# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| WMI INVESTMENT CORP. and | ) | Case Nos. 08-12228 (MFW) and |
| WASHINGTON MUTUAL INC., | ) | 08-12229 (MFW) |
| | ) | |
| Debtors | | |

## SCHEDULING ORDER

AND NOW, this **29th** day of **SEPTEMBER, 2008,** it is hereby

**ORDERED** that a status hearing will be held before this Court on **OCTOBER 3, 2008,** at **9:30 A.M.;** and it is further

**ORDERED** that the Debtor shall notify all other interested parties of this hearing.

BY THE COURT:

_____
Mary F. Walrath
United States Bankruptcy Judge