UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207, LOCKBOX 35
WILMINGTON, DELAWARE 19801
(302) 573-6491    FAX (302) 573-6497

ROBERTA A. DEANGELIS                                    WILLIAM K. HARRINGTON
ACTING U.S. TRUSTEE                                     ASSISTANT U.S. TRUSTEE

REQUEST BY THE U.S. TRUSTEE TO THE CLERK OF BANKRUPTCY COURT
TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Sec. 341(a) of the Bankruptcy Code, please schedule a meeting of creditors for the following case(s):

**DEBTORS:**       Washington Mutual, Inc., *et al.*

**CASE NO:**       08-12229 (MFW)

**DATE:**          October 30, 2008

**TIME:**          10:00 A.M.

**LOCATION:**      **J. Caleb Boggs Federal Building, 5th Floor, Room 5209**

        By:    /s/ Joseph J. McMahon, Jr.
               Joseph J. McMahon, Jr.


        Dated:  October 3, 2008

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME REQUIRED BY RULE 2003, FEDERAL RULES OF THE BANKRUPTCY PROCEDURE.  IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**