# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WASHINGTON MUTUAL, INC., | ) | Case No. 08-12229 (MFW) |
| | ) | |
| Debtor. | ) | Hearing Date: October 30, 2008 at 2:00 p.m. |
| | ) | Objection Deadline: October 23, 2008 at 4:00 p.m. |
| | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on October 7, 2008, counsel to Siemens IT Solutions and Services, Inc., in the above-captioned case, filed the **Motion of Siemens IT Solutions and Services, Inc. for Entry of an Order (I) Compelling Assumption or Rejection of Executory Contract; and (II) Directing Debtor to Provide Adequate Assurance of Timely Future Performance** (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **October 30, 2008 at 2:00 p.m.** Prevailing Eastern Time before the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801, and served so to be received no later than **October 23, 2008 at 4:00 p.m.** Prevailing Eastern Time by that time upon:

| | |
|---|---|
| David B. Stratton, Esq. | Douglas J. Lipke, Esq. |
| Evelyn J. Meltzer, Esq. | Arlene N. Gelman, Esq. |
| Pepper Hamilton LLP | Jonathan E. Aberman, Esq. |
| Hercules Plaza, Suite 5100 | Stephanie K. Hor-Chen, Esq. |
| 1313 Market Street | Vedder Price P.C. |
| P.O. Box 1709 | 222 North LaSalle Street, Suite 2600 |
| Wilmington, Delaware 19899-1709 | Chicago, IL 60601-1003 |

#10148331 v1

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: October 7, 2008<br>Wilmington, Delaware | Respectfully Submitted,<br><br>PEPPER HAMILTON LLP<br><br>By: /s/ Evelyn J. Meltzer<br>David B. Stratton (DE No. 960)<br>Evelyn J. Meltzer (DE No. 4581)<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br><br>-AND-<br><br>Douglas J. Lipke, Esq.<br>Arlene N. Gelman, Esq.<br>Jonathan E. Aberman, Esq.<br>Stephanie K. Hor-Chen, Esq.<br>Vedder Price P.C.<br>222 North LaSalle Street, Suite 2600<br>Chicago, IL 60601-1003<br>Telephone: (312) 609-7500<br>Facsimile: (312) 609-5005<br><br>*Attorneys for Siemens IT Solutions and Services, Inc.* |