UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

----------------------------------------------------------------x
: 
*In re* : **Chapter 11**
:
**WASHINGTON MUTUAL, INC., <u>et</u> <u>al.</u>,**[1] :
: **Case No. 08-12229 (MFW)**
:
:
**Debtors.** : **(Jointly Administered)**
:
:
----------------------------------------------------------------x

## NOTICE OF FILING

PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have today filed the attached **Creditor Matrix** with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that the Debtors expect to file an amended Creditor Matrix, or a supplement thereto, on or prior to October 10, 2008.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

RLF1-3329456-1

Dated: October 8, 2008
       Wilmington, Delaware

                                           */s/ Chun I. Jang*
                                           Mark D. Collins (No. 2981)
                                           Chun I. Jang (No. 4790)
                                           RICHARDS, LAYTON & FINGER, P.A.
                                           One Rodney Square
                                           920 North King Street
                                           Wilmington, DE 19801
                                           Telephone: (302) 651-7700
                                           Facsimile: (302) 651-7701

                                           – and –

                                           Marcia L. Goldstein, Esq.
                                           Brian S. Rosen, Esq.
                                           Michael F. Walsh, Esq.
                                           WEIL, GOTSHAL & MANGES LLP
                                           767 Fifth Avenue
                                           New York, New York 10153
                                           Telephone: (212) 310-8000
                                           Facsimile: (212) 310-8007

                                           PROPOSED ATTORNEYS TO THE DEBTORS
                                           AND DEBTORS IN POSSESSION