UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re*                                          :     **Chapter 11**
:
WASHINGTON MUTUAL, INC., et al.,[1]              :
:     **Case No. 08-12229 (MFW)**
:
:
**Debtors.**                                     :     **(Jointly Administered)**
:
:
---------------------------------------------------------------x

### NOTICE OF FILING OF AMENDED CREDITOR MATRIX

PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have today filed the attached **Amended Creditor Matrix** with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801. The Debtors expect to supplement the Amended Creditor Matrix as more information becomes available.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

Dated: October 9, 2008
      Wilmington, Delaware

*/s/ Chun I. Jang*
_____
Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
Michael F. Walsh, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

PROPOSED ATTORNEYS TO THE DEBTORS
AND DEBTORS IN POSSESSION