LOEB & LOEB LLP
Walter H. Curchack (WC-3177)
Vadim J. Rubinstein (VR-5896)
Daniel B. Besikof (DB-6872)
345 Park Avenue
New York, New York 10154
Tel: 212-407-4000

Counsel for Wells Fargo Bank,
National Association

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
----------------------------------------------------------x

In re

WASHINGTON MUTUAL, INC. *et al.*,                   Case No. 08-12229 (MFW)

                                     Debtor.                                  Chapter 11

----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Daniel B. Besikof, a member in good standing of the Bar of the State of New York, pursuant to 28 U.S.C. § 1746, certify under penalty of perjury that on October 17, 2008, I caused a true and correct copy of the Notice of Appearance and Request for Service of Documents to be served upon each of the parties on the attached service list by first class U.S. mail.

Dated: New York, New York
       October 17, 2008

                                                    Daniel B. Besikof

| | |
|---|---|
| Attn Legal Dept<br>Acxiom Corp<br>4057 Collections Center Dr<br>Chicago, IL 60693 | J William Boone<br>Alston & Brid LLP<br>1201 W Peachtree St Atlanta,<br>GA 30309-3424 |
| George Rosenberg<br>Arapahoe County Attorney's Office<br>5334 S Prince St<br>Littleton, CO 80166 | Darryl S Laddin<br>Arnall Golden Gregory LLP<br>171 17th St NW Ste 2100<br>Atlanta, GA 30363-1031 |
| Arnall Golden Gregory LLP<br>171 17th St NW Ste 21W<br>Atlanta, GA 30363-1031 | Attn Legal Dept<br>AT&T<br>PO Box 830018<br>Baltimore, MD 21283-0018 |
| Attorney Generals Office<br>Carvel State Office Bldg<br>820 N French St, 8th Fl<br>Wilmington, DE 19801 | Frank F McGinn<br>Bartlett Hackett Feinberg PC<br>155 Federal St 9th Fl<br>Boston, MA 02110 |
| Chad Johnson<br>Bernstein Litowitz Berger & Grossmann LLP<br>1285 Avenue of the Americas 38th Fl<br>New York, NY 10019 | Hannah Ross<br>Bernstein Litowitz Berger & Grossmann LLP<br>1285 Avenue of the Americas 38th Fl<br>New York, NY 10019 |
| Jerald Bien-Willner<br>Bernstein Litowitz Berger & Grossmann LLP<br>1285 Avenue of the Americas 38th Fl<br>New York, NY 10019 | Attn Bulent Ozdemir<br>CB Richard Ellis Inc<br>1301 2nd Ave 10th Fl<br>Seattle, WA 98101 |
| Attn Legal Dept<br>Cognizant Technology Solutions<br>PO Box 822347<br>Philadelphia, PA 19182-2347 | Jeffrey C. Wisler<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Bldg<br>1007 N Orange St<br>PO Box 2207<br>Wilmington, DE 19899 |
| Marc J Phillips<br>Connolly Bove Lodge & Hutz LLP The<br>Nemours Bldg<br>1007 N Orange St<br>PO Box 2207<br>Wilmington, DE 19899 | Attn Legal Dept<br>Covansys<br>PO Box 100177<br>Pasadena, CA 91189-0177 |
| Asst Attorney General<br>David D Lennon<br>Revenue Section<br>PO Box 629<br>Raleigh, NC 27602-0629 | Attn Bankruptcy Dept<br>Delaware Dept of Justice<br>Div of Securities<br>820 N French St., 5th Floor<br>Wilmington, DE 19801 |

| | |
|---|---|
| Division of Corporations<br>Delaware Secretary of the State<br>PO Box 7040<br>Franchise Tax Division<br>Dover, DE 19903 | Delaware Secretary of the Treasury<br>PO Box 7040<br>Dover, DE 19903 |
| Division of Unemployment Ins<br>Department of Labor<br>4425 N Market St.<br>Wilmington, DE 19802 | Attn Legal Dept<br>E Tajima Creative Inc<br>1700 El Camino Real<br>Menlo Park, CA 94025 |
| Attn Kristi Salisbury<br>EMC Corp<br>35 Parkwood Dr<br>Hopkinton, MA 01748 | Legal Division<br>Federal Deposit Insurance Corp<br>550 17th St NW<br>Washington, DC 20429-9990 |
| Attn Legal Dept<br>Fidelity National Information Services<br>Payment Processing Center<br>PO Box 18012<br>Ashburn, VA 20146 | Margaret Peg M Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St., Ste 3000<br>Chicago, IL 60606 |
| Attn Legal Dept<br>IBM Corporation<br>500 1st Ave<br>Pittsburgh, PA 15219 | Insolvency Section<br>Internal Revenue Service<br>31 Hopkins Plz., Rm 1150<br>Baltimore, MD 21201 |
| Eric R. Wilson<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | Howard S. Steel<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 |
| Attn Legal Dept<br>KPMG LLP<br>Dept No 0771<br>PO Box 120001<br>Dallas, TX 75312-0771 | Adam G Landis<br>Landis Rath & Cobb LLP<br>919 Market St., Ste 600<br>Wilmington, DE 19801 |
| Matthew B McGuire<br>Landis Rath & Cobb LLP<br>919 Market St Ste 600<br>Wilmington, DE 19801 | Elizabeth Weller<br>Linebarger Goggan Blair & Sampson LLP<br>2323 Bryan St., Ste 1600<br>Dallas, TX 75201 |
| Ira M Levee<br>Lowenstein Sandler PC<br>65 Livingston Ave<br>Roseland, NJ 07068 | Michael S. Etkin<br>Lowenstein Sandler PC<br>65 Livingston Ave<br>Roseland, NJ 07068 |
| Michael Reed<br>McCreary Veselka Bragg & Allen<br>PO Box 1269<br>Round Rock, TX 78680 | Attn Legal Dept<br>McKinsey & Co Inc US<br>PO Box 7247-7255<br>Philadelphia, PA 19170-7255 |

| | |
|---|---|
| Brett D. Fallon<br>Morris James LLP<br>500 Delaware Ave., Ste 1500<br>PO Box 2306<br>Wilmington, DE 19899-2306 | Joseph McMahon<br>Office of the United States Trustee<br>Delaware<br>844 King St., Ste 2207<br>Lockbox 35<br>Wilmington, DE 19899-0035 |
| Christopher A. Sterbenz<br>Office of Thrift Supervision<br>Trial Counsel Litigation Div<br>1700 G St. NW<br>Washington, DE 20552 | Attn Legal Dept<br>Oracle Corp<br>PO Box 44471<br>San Francisco, CA 94144-4471 |
| Attn Legal Dept<br>Peoplesupport Inc<br>1100 Glendon Ave. No 1250<br>Los Angeles, CA 90024 | Elizabeth Banda<br>Perdue Brandon Fielder Collins & Mott LLP<br>PO Box 13430<br>Arlington, TX 76094-0430 |
| Michael S Mitchell<br>Plains Capital Bank Building<br>18111 N Preston Rd., Ste 810<br>Dallas, TX 75252 | Chun I Jang<br>Richards Layton & Finger<br>PA One Rodney Square<br>920 N King St<br>Wilmington, DE 19899 |
| Mark D Collins<br>Richards Layton & Finger PA One<br>Rodney Square<br>920 N King St<br>Wilmington, DE 19899 | Joseph E. Shickich Jr<br>Riddell Williams PS<br>1001 4th Avenue., Ste. 4500<br>Seattle, WA 98154-1192 |
| Attn Legal Dept<br>Securitas Security Services USA Inc File 57220<br>Los Angeles, CA 90074-7200 | Securities & Exchange<br>Commission 100 F Street NE<br>Washington, DC 20549 |
| Securities & Exchange<br>Commission 15th & Pennsylvania<br>Ave NW Washington, DC 20020 | Mark Schonfeld Regional Director<br>Securities & Exchange Commission<br>Northeast Regional Office<br>3 World Financial Center Rm 4300<br>New York, NY 10281 |
| Julie A. Manning<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | Randy R. Weller Ms No. 25<br>State of Delaware Division of Revenue<br>820 N French St., 8th Floor<br>Wilmington, DE 19801-0820 |
| Hydee R. Feldstein<br>Sullivan & Cromwell LLP<br>1888 Century Park E<br>Lost Angeles, CA 90067-1725 | Robert R. Urband<br>Sullivan & Cromwell LLP<br>1888 Century Park E<br>Lost Angeles, CA 90067-1725 |

| | |
|---|---|
| Robinson B Lacy<br>Sullivan & Cromwell<br>LLP 125 Broad St<br>New York, NY 10004-2498 | Attn Legal Dept<br>Tata America<br>TCS America<br>12977 Collections Center Dr<br>Chicago, IL 60693 |
| Corporate Trust Administration<br>The Bank of New York as Successor to Harris Trust and Savings Bank, as Trustee for Holders of $500,000,000 Floating Rate Notes due 2012<br>101 Barclay St 8W<br>New York, NY 10286 | Corporate Trust Administration<br>The Bank of New York as Successor to Harris Trust and Savings Bank, as Trustee for Holders of 4.625% Subordinated Notes due 2014<br>101 Barclay St 8W<br>New York, NY 10286 |
| Corporate Trust Administration<br>The Bank of New York as Successor to Harris Trust and Savings Bank, as Trustee for Holders of 8.25% Subordinated Notes due 2010<br>101 Barclay St 8W<br>New York, NY 10286 | Corporate Trust Administration<br>The Bank of New York, as Trustee for Holders of $250,000,000 Floating Rate Notes due 2010<br>101 Barclay St 8W<br>New York, NY 10286 |
| Corporate Trust Administration<br>The Bank of New York, as Trustee for Holders of $450,000,000 Floating Rate Notes due 2012<br>101 Barclay St 8W<br>New York, NY 10286 | Corporate Trust Administration<br>The Bank of New York, as Trustee for Holders of $500,000,000 Floating Rate Notes due 2009<br>101 Barclay St 8W<br>New York, NY 10286 |
| Corporate Trust Administration<br>The Bank of New York, as Trustee for Holders of 4% Fixed Rate Notes due 2009<br>101 Barclay St 8W<br>New York, NY 10286 | Corporate Trust Administration<br>The Bank of New York, as Trustee for Holders of 4.2% Fixed Rate Notes due 2010<br>101 Barclay St 8W<br>New York, NY 10286 |
| Corporate Trust Administration<br>The Bank of New York, as Trustee for Holders of 5% Fixed Rate Notes due 2012<br>101 Barclay St 8W<br>New York, NY 10286 | Corporate Trust Administration<br>The Bank of New York, as Trustee for Holders of 5.25% Fixed Rate Notes due 2017<br>101 Barclay St 8W<br>New York, NY 10286 |

| | |
|---|---|
| Corporate Trust Administration<br>The Bank of New York, as Trustee for Holders of 5.5% Fixed Rate Notes due 2011<br>101 Barclay St 8W<br>New York, NY 10286 | Corporate Trust Administration<br>The Bank of New York, as Trustee for Holders of 7.25% Subordinated Notes due 2017<br>101 Barclay St 8W<br>New York, NY 10286 |
| Corporate Trust Administration<br>The Bank of New York, as Trustee for Holders of Junior Subordinated Debentures<br>101 Barclay St 8W<br>New York, NY 10286 | Michael Mukasey<br>US Attorney General US Department of Justice 950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 |
| Ellen W Slights<br>US Attorneys Office<br>1007 N Orange St Ste 700 PO Box 2046<br>Wilmington, DE 19899-2046 | Attn Legal dept<br>Verizon Business<br>LockBox No 21<br>PO Box 382008<br>Pittsburgh, PA 15250-800 |
| Kurtzman Carson Consultants<br>Washington Mutual Claims Processing<br>2335 Alaska Ave<br>El Segundo, CA 90245 | Brian S. Rosen<br>Weil Gotshal & Manges LLP<br>767 Fifth Ave<br>New York, NY 10153 |
| Marcia L. Goldstein<br>Weil Gotshal & Manges LLP<br>767 Fifth Ave<br>New York, NY 10153 | Michael F. Walsh<br>Weil Gotshal & Manges LLP<br>767 Fifth Ave<br>New York, NY 10153 |