# EXHIBIT A

List of Ordinary Course Professionals

| PROFESSIONAL | SERVICES PROVIDED |
|---|---|
| Joele Frank, Wilkinson Brimmer Katcher | Crisis communication assistance, including, communication with investors, employees and other parties in interest. |
| Grant Thornton | Tax services. |