# EXHIBIT B

Ordinary Course Professional Affidavit

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                :

*In re*                                        :        Chapter 11

WASHINGTON MUTUAL, INC., et al.,[1]    :

                                                :        Case No. 08- 12229 (MFW)

              Debtors.                  :        (Jointly Administered)

------------------------------------------------------------x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF** _____,
**ON BEHALF OF** _____

STATE OF _____    )
                                 ) ss:
COUNTY OF _____  )

        _____, being duly sworn, upon his oath, deposes and says:

        1.     I am a _____ of _____, located at _____ (the "Company").

        2.     Washington Mutual, Inc. and WMI Investment Corp. (together, the "Debtors") have requested that the Company provide _____ services to the Debtors, and the Company has consented to provide such services (the "Services").

        3.     The Services include, but are not limited to, the following:_____

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

_____

_____.

       4.       The Company may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Company is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants, employees of the Debtors, or other parties in interest in these chapter 11 cases. The Company does not perform services for any such person in connection with these chapter 11 cases. In addition, the Company does not have any relationship with any such person, their attorneys, or their accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Company is to be retained.

       5.       Neither I nor any principal of or professional employed by the Company has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Company.

       6.       Neither I nor any principal of or professional employed by the Company, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matters on which the Company is to be retained.

       7.       As of the date of the commencement of their chapter 11 cases, the Debtors owed the Company $_____ for prepetition services.

8. The Company is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Company should discover any facts bearing on the matters described herein, the Company will supplement the information contained in this affidavit.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on _____ 200\_, at _____, _____.

_____
Affiant Name:

SWORN TO AND SUBSCRIBED before
me this \_\_\_ day of _____, 200\_.

_____
Notary Public