# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 08-12229 (MFW)
WASHINGTON MUTUAL, INC., et al.,[1] :
: (Jointly Administered)
Debtors. :
: Related to Docket No. 155
---------------------------------------------------------------x

## RESERVATION OF RIGHTS OF FIR TREE VALUE MASTER FUND, L.P. AND FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. TO DEBTORS' MOTION PURSUANT TO SECTIONS 105(a) AND 362 OF THE BANKRUPTCY CODE FOR INTERIM AND FINAL ORDERS (I) ESTABLISHING NOTIFICATION PROCEDURES AND APPROVING RESTRICTIONS ON CERTAIN TRANSFERS OF INTERESTS IN THE DEBTORS AND (II) SCHEDULING A FINAL HEARING

Fir Tree Value Master Fund, L.P. and Fir Tree Capital Opportunity Master Fund, L.P. (collectively, "Fir Tree"), a holder of shares in one or more series of WMI Stock,[2] hereby submits this Reservation of Rights (the "Reservation of Rights") to the Motion. In support of its Reservation of Rights, Fir Tree respectfully represents as follows:

## JURISDICTION

1. This is a core proceeding as defined in 28 U.S.C. § 157(b). The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1134. Venue is proper under 28 U.S.C. §§ 1408 and 1409.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal officers are located at 1301 Second Avenue, Seattle, Washington 98101.

[2] Each capitalized term used but not otherwise defined herein shall have the meaning ascribed to it in the Motion of Debtors pursuant to Sections 105(a) and 362 of the Bankruptcy Code for Interim and Final Orders (i) Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtors and (ii) Scheduling a Final Hearing (the "Motion") (Docket No. 155).

## BACKGROUND

2. On September 26, 2008, each of the above captioned debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3. These cases are jointly administered and have been consolidated for procedural purposes only. No trustee or examiner has been appointed in these cases. The Debtors continue to operate their businesses and manage their respective properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

## RESERVATION

4. The Motion, in part, requests Court authority to establish trading restrictions and notification requirements applicable to the acquisition or disposition of WMI Stock. Fir Tree hereby reserves its right to object or otherwise respond to the relief requested in the Motion at any final hearing scheduled with respect to the same.

Dated: October 29, 2008

**O'MELVENY & MYERS LLP**

By: /s/ Michael J. Sage
    Michael J. Sage
    Times Square Tower
    7 Times Square
    New York, New York 10036
    Telephone: (212) 326-2000

    Attorney for Fir Tree Value Master Fund,
    L.P. and Fir Tree Capital Opportunity Master
    Fund, L.P.

NY1:1759400.1