# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Washington Mutual, Inc. |
| **Case Number:** | 08-12229-MFW     **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 30, 2008 02:00 PM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | LESLIE MURIN |

### *Matters:*

**1)** Omnibus
   **R / M #:** 189 / 0

**2)** Continued hearing on Motion to Approve Stipulation with JP Morgan Chase Bank - Moved from 10:30 am - Cont'd from 10/27/08
   **R / M #:** 0 / 0

### *Appearances:*

See attached sign-in sheet

### *Proceedings:*

Agenda Matters:
   Item 1 - Order entered
   Item 2 - Continued to 11/25/08
   Item 3 - Order entered
   Item 4 - Order entered
   Item 5 - Continued to 11/14/08
   Item 6 - Order due under Certification of Counsel
   Item 7 - Order due under Certification of Counsel
   Item 8 - Order due under Certification of Counsel
   Item 9 - Order due under Certification of Counsel
   Item 10 - Continued to 11/14/08