U.S. Department of Justice,
Office of The United States Trustee, District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
Tel. (302) 573-6491     Fax (302) 573-6497

CHAPTER 11 - 341 (a) MINUTE SHEET

TO THE CLERK OF THE BANKRUPTCY COURT --

DEBTORS: Washington Mutual, Inc., *et al.*

CASE NUMBER: 08-12229 (MFW)

DATE PETITIONS FILED: 9/26/08

TIME OF MEETING: 10:00 A.M.

PLACE OF MEETING: Suite 5209, J. Caleb Boggs Federal Courthouse, Wilmington, DE

ORIGINAL 341(a) DATE: 10/30/08

ADJOURNED 341(a) DATE: To be determined

DEBTORS' ATTORNEYS (APPEARING): Michael F. Walsh, Esquire; Brian S. Rosen, Esquire; Chun I. Jang, Esquire
       FIRM NAMES: Weil, Gotshal & Manges LLP; Richards, Layton & Finger, P.A.

CREDITORS' COMMITTEE COUNSEL (APPEARING): Scott L. Alberino, Esquire
       FIRM NAME: Akin Gump Strauss Hauer & Feld LLP

WITNESSES (NAMES & TITLES): Stewart M. Landefeld, Executive Vice President; William C. Kosturos, Chief Restructuring Officer

SCHEDULES FILED?            DATE:            NO ( x )

WHY HAVE SCHEDULES NOT BEEN FILED?: Debtors have extension of deadline to file documents through 12/1/08

WHEN WILL SCHEDULES BE FILED?: See above

HAVE DEBTORS FILED INTERIM REPORTS?:    YES ( x )        NO (  )

IF NO, WHY NOT?: N/A – initial reporting requirements filed, first monthly operating report not yet due

WERE QUARTERLY FEES EXPLAINED?:    YES ( x )        NO (  )


/s/ Joseph J. McMahon, Jr.
*Name*
Trial Attorney

DATED: October 31, 2008        CONCLUDED (  )    CONTINUED ( x )

**\* Meeting continued to a date to be determined after the Debtors have filed their schedules and Statements of Financial Affairs.**