# <u>Exhibit A</u>

**Johnston Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re* : **Chapter 11**
:
**WASHINGTON MUTUAL, INC., et al.,**[1] : **Case No. 08-12229 (MFW)**
:
: **(Jointly Administered)**
**Debtors.** :
:
---------------------------------------------------------------x

## DECLARATION OF THOMAS D. JOHNSTON IN SUPPORT OF THE APPLICATION OF DEBTORS AND DEBTORS IN POSSESSION PURSUANT TO SECTIONS 327(e) AND 328(a) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE BANKRUPTCY RULES FOR AUTHORIZATION TO EMPLOY AND RETAIN SHEARMAN & STERLING LLP AS SPECIAL TAX LITIGATION COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO OCTOBER 8, 2008

THOMAS D. JOHNSTON declares and says:

        1.      I am a member of the law firm of Shearman & Sterling LLP ("Shearman & Sterling"), 801 Pennsylvania Avenue, N.W., Suite 900, Washington, D.C. 20004-2634, and am admitted to practice law in the District of Columbia, United States Court of Federal Claims, United States Tax Court, United States Courts of Appeals (D.C., Second, Federal, and Fifth Circuits), United States District Court for the Northern District of Texas, and the United States Supreme Court. Before joining Shearman & Sterling in June 2007, I was a member of Miller & Chevalier Chartered ("Miller & Chevalier"), 655 Fifteenth Street N.W., Washington, D.C., 20005-5701. I submit this declaration in support of the application of the Debtors, pursuant to sections 327(e) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court District of Delaware (the "Local Rules"),

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

for entry of an order authorizing them to employ Shearman & Sterling as special tax counsel, effective nunc pro tunc to October 8, 2008, (the "Application"). Except as otherwise indicated, I have knowledge of the matters set forth herein, either from personal knowledge or from the review of Shearman & Sterling's files conducted by Shearman & Sterling attorneys involved in preparing this declaration, and, if called as a witness, would testify thereto.[2]

2.      I believe that Shearman & Sterling is both well qualified and uniquely able to provide the services described above and that its retention would be in the best interests of the Debtors and the estates. As set forth in the Application, since June 2007,[3] Shearman & Sterling, together with Miller & Chevalier (co-counsel) and Perkins Coie LLP (local counsel in the first action listed below), has represented WMI in three pending tax litigations (the "Pending Tax Cases"):

- *Washington Mutual, Inc., as Successor in Interest to H.F. Ahmanson & Co. and Subsidiaries v. United States*, involving tax years 1990, 1992, and 1993, was commenced in October 2006 in the United States District Court for the Western District of Washington (Case No. CV06-1550). Summary judgment on the principal issue was granted for the United States on August 12, 2008, and final judgment is expected to be entered in January 2009. An appeal of the final judgment will be taken. Pending appeal, the deposition to preserve the testimony of an elderly witness is scheduled for December 11, 2008.

- *Washington Mutual Inc., as Successor in Interest to H.F. Ahmanson & Co. and Subsidiaries; Washington Mutual Bank, a Federal Association, as Successor in Interest to Home Savings of America; and Savings of America, Inc., as Substitute Agent for H.F. Ahmanson & Co. and Subsidiaries v. United States*, (Case No. 08-211), was commenced in 2008 in the United States Court of Federal Claims. This matter involves tax years 1991 and 1994. Defendant's Answer is due November 7, 2008. Defendant has moved for an enlargement of time to answer until December 8, 2008.

---

[2] Certain of the disclosures herein relate to matters within the knowledge of other attorneys and personnel at Shearman and are based on information provided by them.

[3] I have represented WMI on these tax matters since 2004, first as a member of Miller & Chevalier and since June 2007 as a member of Shearman & Sterling.

- *Washington Mutual, Inc., as Successor in Interest to H.F. Ahmanson & Co. and Subsidiaries; Washington Mutual Bank, a Federal Association, as Successor in Interest to Home Savings of America; and Savings of America, Inc., as Substitute Agent for H.F. Ahmanson & Co. and Subsidiaries v. United States*, (Case No. 08-321), was commenced in 2008 and is pending in the United States Court of Federal Claims. This matter involves tax years 1995 and 1998. Defendant's Answer is due November 7, 2008. Defendant has moved for an enlargement of time to answer until December 8, 2008.

3.      Over the course of its representation of the Debtors in the Pending Tax Cases, Shearman & Sterling has become uniquely familiar with the legal and factual issues in dispute, and the related businesses and affairs of the Debtors and their predecessors.

## Services to be Rendered

4.      Subject to further order of this Court, the Debtors have requested that Shearman & Sterling continue to serve as counsel, nunc pro tunc to October 8, 2008, with respect to the Pending Tax Cases.

5.      Shearman & Sterling will represent the Debtors in connection with the Pending Tax Cases, and other similar services, as requested from time to time by the Debtors, including handling the appeal of the Pending Tax Cases. I have been advised that Weil Gotshal & Manges LLP ("Weil") will represent WMI in connection with the financial restructuring of the Debtors and bankruptcy-specific issues, and that Shearman & Sterling has not rendered "services . . . in contemplation of, or in connection with the case" within the meaning of section 327(a) of the Bankruptcy Code. Shearman & Sterling's work on the matters described above would have proceeded irrespective of the commencement of these bankruptcy cases. Further, the services rendered and functions to be performed by Shearman & Sterling will not be duplicative of work performed by Weil, or any other law firms retained by the Debtors.

3

6. Shearman & Sterling has not rendered legal services to any entities that cause it to be disqualified under the Bankruptcy Code to represent the Debtors in the Pending Tax Cases.

7. Moreover, Shearman & Sterling will not undertake any future representations that will cause it to be disqualified from continuing to represent the Debtors in the Pending Tax Cases during these bankruptcy cases.

8. As a result of the foregoing, I believe that Shearman & Sterling is qualified to represent the Debtors as special tax counsel pursuant to section 327(e) of the Bankruptcy Code.

## No Adverse Interest

9. As described in the Application, Shearman & Sterling is owed approximately $867,000 for prepetition legal fees in connection with the Pending Tax Cases. I understand, however, that the Debtors and Shearman & Sterling submit in the Application that this prepetition amount owing to the Debtors does not constitute an adverse interest against the Debtors or the estate.

10. To the best of my knowledge, neither Shearman & Sterling nor I hold or represent any interest adverse to the Debtors with respect to the matters on which Shearman & Sterling was engaged.

11. To the best of my knowledge, neither Shearman & Sterling nor I have any disqualifying "connection" with the Debtors, their creditors, any other parties in interest herein or their respective attorneys or accountants, or the U.S. Trustee.

12. I am advised that the term "connection" as used in Federal Rule of Bankruptcy Procedure 2014 (and the proper scope of a professional's search for "connection")

has not been defined, and it is therefore uncertain what the Court may consider a "connection" requiring disclosure. Out of an abundance of caution, I am disclosing in Schedule "B" many things that I am advised are not disqualifying or problematic under either section 327(e) of the Bankruptcy Code or applicable standards of professional ethics.

13. The Debtors are a very large enterprise and there are hundreds of parties in interest. Shearman & Sterling is one of the largest law firms in the United States and (a) may from time to time have represented, (b) may currently represent, and (c) may in the future represent, in matters unrelated to the Debtors, many entities which are parties in interest in these cases. With assistance from others within Shearman & Sterling, I have performed "conflict checks" and reviewed our databases of matters for which Shearman & Sterling has been engaged for "connections" to the entities listed on the document titled "Washington Mutual, Inc. Master Retention Checklist" provided by Weil on October 17, 2008 (the "Conflicts List") (attached hereto as Schedule "A"). That list includes, among other entities, non-debtor banking subsidiaries, non-debtor non-banking subsidiaries, officers and directors of the last three years, affiliations of certain such officers and directors, secured creditors, unsecured creditors, holders of WMI securities, insurance companies, governmental and non-governmental authorities, taxing authorities, parties to litigation involving the Debtors, regulatory agencies/governmental units and significant shareholders.

14. Given the scope of the Conflicts List, and the limited scope of Shearman & Sterling's proposed engagement under section 327(e) of the Bankruptcy Code, Shearman & Sterling focused its search to look for instances where parties on the Conflicts List were clients of the firm, or affiliates of clients of the firm. The results of Shearman & Sterling's search for "connections" to the various entities listed on the Conflicts List are set forth in Schedule B. The

search results indicate that Shearman & Sterling currently represents or has recently represented some of the parties in interest (or their affiliates) in unrelated matters all as set forth in Schedule B.

15. Shearman & Sterling may also represent, in matters unrelated to the Debtors, competitors of the Debtors, or parties involved in financings for competitors of the Debtors. I am advised that applicable law does not require disclosure of such situations. In addition, Shearman & Sterling may have represented, may currently represent, or may in the future represent, a borrower, issuer of securities, financial advisor, underwriter of securities, lead bank or other client in financing transactions, merger and acquisition transactions, litigation or arbitration matters, bankruptcy matters or other matters unrelated to these cases in which one or more non-Debtor parties in interest (or an affiliate) or a professional involved in these cases, including, but not limited to those listed on the Conflicts List, happens to be involved, although not as Shearman & Sterling's client. I am advised that applicable law does not require disclosure of such situations. Moreover, Shearman & Sterling intends to accept engagements from other parties in interest (whether existing or new clients) so long as such matters are unrelated to these chapter 11 cases.

16. Due to the nature of the Debtors' business prior to the commencement of these cases (*i.e.* a significant national financial institution), Shearman & Sterling may have represented parties in interest in transactions and other engagements opposite the Debtors. To the best of my knowledge, except as disclosed herein, Shearman & Sterling will not be advising any client in connection with or with respect to these chapter 11 cases.

17.    In addition to the foregoing, Shearman & Sterling has the following "connections" to certain of the other professionals who are or may be involved with these bankruptcy cases or the Court:

- Shearman & Sterling may retain various such professionals or affiliates thereof, to provide services to Shearman & Sterling or Shearman & Sterling's clients in a variety of past, present or future engagements. Alternatively, Shearman & Sterling may have a client or other relationship with such advisors or their affiliates. To the extent possible, we have noted these client relationships on Schedule B based upon information contained in the Conflicts List.

- Weil and other counsel to the Debtors may be trustees, witnesses, advisors or counsel, as the case may be, in transactions or cases in which Shearman & Sterling also represents a client.

- Current employees at Shearman & Sterling may be former employees of, or related to employees of, one or more of the other professionals in these cases.

- Attorneys at Shearman & Sterling may belong to professional organizations to which other professionals in these cases also belong.

- Individual members or employees of Shearman & Sterling may own shares in the Debtors or in other parties in interest.

18.    Shearman & Sterling notes that a large number of the Debtors' debt and equity securities are held by various mutual funds, trusts, and portfolios and accounts managed by various advisors, or otherwise held through intermediaries or in street name. Except to the extent disclosed on the Conflicts List, Shearman & Sterling does not know the ultimate beneficial owners of these securities. It is possible that some of such owners may be Shearman & Sterling clients.

19.    Some attorneys at or employees of Shearman & Sterling may purchase products or services of or receive credit or services from the Debtors or other parties in interest. Attorneys at or employees of Shearman & Sterling or their spouses or relatives may have beneficial ownership of securities issued by, or banking, insurance, brokerage or money management relationships with, other parties in interest. Attorneys at Shearman & Sterling may

7

have relatives or spouses who are members of law firms involved in these cases or employed by parties in interest. I have conducted no investigation of my colleagues' banking, insurance, brokerage or investment activities or familial connections in preparing this declaration.

20.     Certain persons or entities with ambiguous names are on the Conflicts List and, despite reasonable diligence efforts, I was unable to determine if those entities are clients or affiliates of clients. Where possible, we have noted these ambiguities on Schedule B.

## Compensation

21.     In consideration for the services to be rendered to the Debtors post-petition, and except as set forth herein, Shearman & Sterling will seek to be compensated for services rendered at its regular hourly rates and will be reimbursed for all reasonable out-of-pocket expenses. Shearman & Sterling's hourly rates and billing policies are based on market conditions among certain firms of a size, location and practice comparable to Shearman & Sterling's size, location and practice.

22.     As of the effective date of its retention, Shearman & Sterling will bill the Debtors at its standard billing rates, which range from $740 to $995 for partners, $535 to $850 for counsel and specialists, $345 to $705 for associates and $100 to $245 for legal assistants.[4] Prior to the Commencement Date, Shearman & Sterling billed WMI at a discount compared to its standard rates, but as a result of changed circumstances — including the fact that, as noted above, Shearman & Sterling is owed approximately $867,000 as of the Commencement Date — Shearman & Sterling is no longer prepared to represent the Debtors at a discounted rate.

23.     Consistent with past practice and its staffing procedures generally, Shearman & Sterling expects a number of attorneys will provide services to the Debtors from

---

[4] From time to time, Shearman & Sterling adjusts its standard billing rates according to market conditions. As those adjustments are made, they will become applicable to the Debtors.

time to time. Those attorneys who recently have been active in representing the Debtors in the subject tax litigation, and the current hourly billing rate (at standard rate) for each named attorney, are set forth in Schedule "C." From time to time, additional attorneys may be active in representing the Debtors.

24.     Shearman & Sterling's policy is to charge each client for all expenses and disbursements incurred in connection with the client's case, including, inter alia, word processing, telephone and telecopier usage, photocopying charges, travel expenses, expenses for "working meals," and computer-aided research. Shearman & Sterling's policy is also to charge for expenses incurred for fees for the services of expert consultants or expert witnesses. Shearman & Sterling believes that allocating these expenses to the client that incurs the expenses is more equitable than distributing these expenses among all clients through higher hourly billing rates.

25.     Shearman & Sterling maintains contemporaneous records of the time expended and out-of-pocket expenses incurred in connection with providing services to its clients.

26.     Shearman & Sterling recognizes that it will be required to submit applications for interim and/or final allowances of compensation pursuant to sections 330 and 331 of the Bankruptcy Code and the rules and orders of this Court. Shearman & Sterling has reviewed the fee application guidelines promulgated by the U.S. Trustee for this District and will comply with them.

27.     Other than as set forth above, no arrangement is proposed between the Debtors and Shearman & Sterling for compensation to be paid in these cases.

I declare under penalty of perjury the foregoing to be true and correct to the best of my knowledge.

Dated: Washington, District of Columbia
      November 7, 2008

Thomas D. Johnston

## Schedule A

## Conflicts List

**Washington Mutual, Inc.**
**Master Retention Checklist**

**Debtors**

Washington Mutual, Inc.
WMI Investments Corp.

**Non-Debtor, Non-Banking Subsidiaries**

WM Aircraft Holdings LLC
HS Loan Partners LLC
Sutter Bay Associates LLC
Sutter Bay Corporation
Ahmanson GGC LLC
Ahmanson Residential 2
Washington Mutual Finance Group LLC
Flower Street Corporation
ACD3
Riverpoint Associates
WMHFA Delaware Holdings LLC
Great Western Service Corporation Two
Ahmanson Obligation Company
ACD2
Ahmanson Residential Development
H.S. Loan Corporation
WM Citation Holdings, LLC
Ahmanson Developments, Inc.
WMI Rainier LLC
PCA Asset Holdings LLC

**Non-Debtor, Banking Subsidiaries**

110 East 42nd Operating Company, Inc.
620-622 Pelhamdale Avenue Owners Corporation
Accord Realty Management Corporation
Ahmanson Land Company
Ahmanson Marketing, Inc.
Bryant Financial Corporation
California Reconveyance Company
CCB Capital Trust IV
CCB Capital Trust IX
CCB Capital Trust V
CCB Capital Trust VI
CCB Capital Trust VII
CCB Capital Trust VIII
Commercial Loan Partners L.P.
Cranbrook Real Estate Investment Trust
CRP Properties, Inc.
Development, Inc.

Dime Capital Partners, Inc.
Dime Mortgage of New Jersey, Inc.
ECP Properties, Inc.
F.C. LTD.
FA California Aircraft Holding Corp.
FA Out-of-State Holdings, Inc.
Great Western FS Corporation, Inc.
H.F. Ahmanson & Company
Harmony Agency, Inc.
HCP Properties Holdings, Inc.
HCP Properties, Inc.
HFC Capital Trust 1
HHP Investment, LLC
HMP Properties, Inc.
Home Crest Insurance Services, Inc.
Irvine Corporate Center, Inc.
Ladue Service Corporation
Long Beach Securities Corp.
Marion Insurance Company, Inc.
Mats Mats Bay BPS, Ltd
Mid Country Inc.
Murphey Favre Properties, Inc.
NAMCO Securities Corp.
Neah Bay BPS Holdco, Inc.
Nickel Purchasing Company, Inc.
Norstar Mortgage Corp.
North Properties, Inc.
Pacific Centre Associates LLC
Pacoima Investment Fund I, LLC
Pike Street Holdings, Inc.
Plainview Inn, Inc.
Providian Bancorp Services
Providian Services Corporation
Providian Services LLC
Providian Technology Services Private Limited
Rivergrade Investment Corp.
Robena Feedstock LLC
Robena LLC
Savings of America, Inc.
Seafair Securities Holding Corp.
Second and Union LLC
Seneca Funding (UK) Limited
Sivage Financial Services LLC
SoundBay Leasing LLC
Stockton Plaza, Incorporated
The E-F Battery Accord Corporation
WaMu 1031 Exchange
WaMu Asset Acceptance Corp.
WaMu Capital Corp.

WaMu Insurance Services, Inc.
WaMu Investments, Inc.
Washington Mutual - Seattle Art Museum Project Owners Association
Washington Mutual Asset Securities Corp.
Washington Mutual Brokerage Holdings, Inc.
Washington Mutual Capital Trust 2001
Washington Mutual Community
Washington Mutual Mortgage Securities Corp.
Washington Mutual Preferred Funding LLC
Washington Mutual Trade Service Limited
Washington Mutual, Inc.
Western Service Co.
WM Asset Holdings Corp.
WM Enterprises & Holdings, Inc.
WM Funds Disbursements, Inc.
WM Marion Holdings, LLC
WM Mortgage Reinsurance Company, Inc.
WM Specialty Mortgage LLC
WM Winslow Funding LLC
WMB Baker LLC
WMB St. Helens LLC
WMBFA Insurance Agency, Inc.
WMFS Insurance Services, Inc.
WMGW Delaware Holdings LLC
WMICC Delaware Holdings LLC
WMRP Delaware Holdings LLC
Yellowstone Venture, Inc.
Washington Mutual Bank
Washington Mutual Bank fsb

## Current and Former Directors/Managers (up to three years)

Stephen E. Frank
Alan H. Fishman
David Bonderman
Michael K. Murphy
William G. Reed
James H. Stever
Phillip D. Matthews
Margaret Osmer-McQuade
Charles M. Lillis
Orin C. Smith
Thomas C. Leppert
Regina T. Montoya
Stephen I. Chazen
Larry Kellner

**<u>Officers</u>** (Current and Former – Up to 3 years)

Alfred R. Brooks
Alison Watson
Andrea Radosevich
Angela D. Veksler
Anna Griffel
Anthony F. Vuoto
Anthony T. Meola
Bill Murray
Bill Steinmetz
Brandon L. Varnadore
Brenda G. Eck
Carey M. Brennan
Casey M. Nault
Catharine E. Killien
Charles E. Smith III
Christen L. ZZ-Blunt
Christopher J. Bellavia
Cinzia A. Keller
Colin Eccles
Craig E. Tall
Curt Brouwer
Damir Pekusic
Dana N. Green
Daniel P. Leary
Daryl D. David
David Beck
David C. Schneider
David G. Murphy
David M. Coultas
Debora D. Horvath
Deborah Brignac
Deveri M. Ray
Don L. Rigsbee
Doreen A. Logan
Dottie J. Jensen
Douglas G. Wisdorf
Elizabeth A. Proctor
Elizabeth Pepper
Erik E. Strom
Eunhee C. Sumner
Fergal Stack
Fernando Hernandez
Frank Vella, Jr
Frank W. Baier
Glen D. Simecek
Greg Camas

Greg Sayegh
Gregory Cornick
Gwendolyn Y. Austin
Harold Holbrook
Huey-Jen Chiu
Jake D. Domer
James B. Corcoran
James Gorzalski
Jan L. Owen
Janquelin F. Schrag
Jarrod M. Bone
Jason R. Eaker
Jeffrey W. Gideon
Jim Gorzalski
Joan I. Olds
Jocelyn Tate
John C. Berens
John E. Robinson
John F. Robinson
John F. Woods
John P. McMurray
Joyce M. Raidle
Karen Crandall
Kathleen E. Burton
Kelly K. Livingston
Kelly P. Wilson
Kenneth Kido
Kimberly A. Cannon
Kimberly S. Mathys
Kurt Schumacher
Laurie K. Hanson
Linda O'Brien
Mark A. Reinhardt
Martha V. Baggs
Matthew "Scott" Gaspard
Melba A. Barteis
Melissa J. Ballenger
Michael A. Reynoldson
Michael S. Solender
Michelle McCarthy
Miguel P. Suazo
Monica J. Berger
Nandita Bakhshi
Nelda Soza
Nerminka Hasanic
Nicole Gonzalez
Oretha C. Brooks
Patricia Schulte
Peter Freilinger

Pia Jorgensen
Randy Melby
Renee T. Johnson
Reza Aghamirzadeh
Richard Blunck
Richard Careaga
Robert "Rob" H. Moore
Robert C. Bjorklund
Robert J. Williams
Shannon L. Macklin
Sophie H. Hume
Stephen Fortunato
Stephen J. Rotella
Steve Brinton
Steve K. Stearns
Steven Audino
Stewart M. Landefeld
Susan Jackso
Susan R. Taylor
Suzanne M. Krahling
Svetlana V. Khomutova
Tandrea D. Matthews
Thomas Casey
Thomas E. Morgan
Thomas M. Schieffer
Thomas W. Casey
Tim M. Cleary
Todd H. Baker
Vincent Hui
Virginia Doolen
Weijia Wu
William L. Lynch
Yolandra Johnson

## **Affiliations of Certain Directors**

    a.   Affiliations for Stephen E. Frank

Edison International (formerly Southern California Edison)
Southern California Edison (SCE.)
Florida Power and Light Company, the principal subsidiary of the FPL Group
TRW Inc.
GTE Corporation
Director of Puget Energy Inc.
Puget Sound Energy Inc.
Northrop Grumman Corp.
LNR Property Corp.
Associated Electric & Gas Insurance Services Limited (AEGIS)
Washington Mutual Bank, FA.

Los Angeles Philharmonic Association and Town Hall Los Angeles.
Great Western Financial Corp.
Florida Power and Light Company
served on the Boards of Directors of SCE and FPL Group.
Member of the board of Trustees of Claremont McKenna College
Trustee of Autry Museum of Western Heritage.
Director of Intermec, Inc. (Formerly UNOVA Inc.) from 1997 to May 16, 2007.

### b. Affiliations of Alan H. Fishman

Independence Community Bank Corp.
ContiFinancial Corp.
Columbia Financial Partners LP
Chemical Bank
Chemical Bank's Worldwide Investment Banking Operations
American International Group's Financial Services Division.
Neuberger and Berman
AIG Financial Services Group
Adler and Shaykin
KeySpan Corporation
Independence Community Bank Corp.
Independence Community Bank
New York City Investment Fund Manager, Inc.
Meridian Capital Group, LLC.
Affinity Technology Group Inc.
Keyspan Energy Corp.
ContiFinancial Corporation
Brooklyn Academy of Music,
the Brooklyn Navy Yard,
Brooklyn Chamber of Commerce.
He is a Member of the Executive Committee at the Brown University Annual Fund.

### c. Affiliations of Thomas C. Leppert

Turner Corporation
Turner Construction Company.
Castle & Cooke Hawaii
Castle & Cooke Properties Inc.
Castle & Cooke
Trammell Crow Company
White House Fellow in 1984,
Board of Turner Construction Company.
Bank of Hawaii and Pacific Century Financial Corporation from 1996 to 1997.
He serves as a Trustee of the Estate of James Campbell.
Board of Directors of U.S. Chamber of Commerce, as a Member of the Chief Executive Officer
Advisory Council of the US Green Building Council (USGBC),
the Board of Trustees for Claremont McKenna College.
The Turner Corporation from 1998 to December 31, 2006.
Leighton Holdings Ltd.

Director of Aecon Group Inc.
Greater Dallas Chamber of Commerce.
Member of International Committee of Hochtief AG.

### d. Affiliations of Regina T. Montoya

Chief Executive Officer of New America Alliance (NAA)
visiting Professor of the University of Texas at Dallas.
She founded Workrules
Southwest Regional Director of AARP
Assistant to the President and Director in the White House of the Office of Intergovernmental Affairs.
Vice President of the Harvard Alumni Association.
serves as a Member of the Board of Trustees of Wellesley College.
She served as an Elected Director of the Board of the Harvard Alumni Association.
She is the Volunteer of National President of Girls Inc. (formerly, Girls Clubs of America).

### e. Affiliations of Orin Smith

Chief Executive Officer and President of Starbucks Corp. from June 2000 to March 31, 2005.
Executive Vice President and Chief Financial and Administrative Officer of Danzas USA, a subsidiary of Europe's largest transportation company.
Deloitte & Touche.
He served as Chief Policy and Finance Officer in the administration of two Washington State Governors.
He has been Director of Walt Disney Co. since January 1, 2006,
Washington Mutual Inc. since July 20, 2005.
Nike Inc. since September 20, 2004.
Director of Starbucks Coffee International and Molbak's Inc.
Director of Starbucks Corp. since January 1996.

### f. Affiliations of James H. Stever,

Director of Washington Mutual Bank FA.

### g. Affiliations of David Bonderman

Founding Partner at TPG.
serves as the Co-Founder, Principal, and Co-Chairman at TPG Newbridge Capital.
Officer at 1996 Air G.P., Inc.
Chief Operating Officer at Keystone, Inc. since 1983.
Director of XOJET, Inc.
General Partner Advisory Board roles for Air Partners III; Aqua International; Newbridge Asia Partners; Newbridge Latin America; and TPG Ventures.
He has been the Chairman of the Board of Ryanair Holdings PLC and Ryanair Limited since December 1996 and their Director since August 23, 1996.
Vice Chairman of the Board of Gemplus International S.A. since December 19, 2001
Director of CoStar Group Inc.
Director of Ducati Motor Holding S.P.A.

8

Director of Gemplus International SA
Director of Agenesys Inc.;
J. Crew Group Inc.;
Virgin Cinemas Ltd.;
Urogenesys Inc.;
New SAC;
Oxford Health Plans Inc.;
Washington Mutual Inc.;
Co-Star Group Inc.;
Co-Star Realty Information Inc.;
IASIS Healthcare;
Portland General Electric Co.;
Air G.P. Inc.;
Korea First Bank Ltd.
Director of Beringer Wine Estates Holdings Inc.
Boards of Wilderness Society; the Grand Canyon Trust; and the American Himalayan Foundation.
Board of Directors of the University of Washington Foundation as well as the Harvard Law School
Dean's Advisory Board.
Director of Seagate Technology Holdings
Director of IASIS Healthcare Corporation until April 2007;
Qantas Airways Ltd.;
National Education Corp. since 1993;
Seagate Software (Cayman) Holdings Corporation;
Bell & Howell Holding Co. since February 1993;
Magellan Health Services Inc. since December 1999;

h. Affiliations of Stephen I. Chazen

Officer of Occidental Petroleum Corp.
Senior Executive Vice President of Occidental Petroleum Corp.,
Director of Lyondell Chemical Co. since August 22, 2002.
Director of Sabine River Holding Corp., the General partner of Port Arthur Coker Co LP. Director
of Premcor Inc. since its formation in April 1999.
Governance Committees of Equistar Chemicals, LP and OxyVinyls L.P.

i. Affiliations of Larry Kellner

Board and Chief Executive Officer of Continental Airlines Inc.,
Executive Vice President and Chief Financial Officer of CALFINCO Inc., a parent of Calair L.L.C.
and a wholly owned subsidiary of Continental Airlines Inc., since March 1998.
Continental Airlines Inc.
Director of Continental Airlines Inc. since 2001.
Director of Calfinco Inc. since July 1998.
Director of Marriott International Inc. of Marriott Hotel Services, Inc. since 2002.
Director of Belden & Blake Corp. since 1997.
Director of Orbitz Inc. since September 2000
Director of ExpressJet Holdings Inc. since July 1995.
Director of the YMCA of Greater Houston
Director on the executive advisory board for the Houston Minority Business Council.

Director of the Spring Branch Education Foundation, Boy Scouts of America, Greater Houston Partnership and the Air Transport Association.

j. <u>Charles M. Lillis Ph.D.</u>

Co-Founder and Managing Partner at LoneTree Capital Partners since 2000.
Managing Partner at Castle Pines Capital.
Director and Chairman of Audit Committee for Charter Communications Inc.,
Chairman and Chief Executive Officer at MediaOne Group, Inc.
Director of Supervalu Inc. since 1995.
Director of Williams Companies Inc., since 2000
Director of Medcohealth Solutions Inc. since January 2005.
Director of Agilera, Inc.
Director of MediaOne Group Inc., since 1998.
Director of SomaLogic Inc., since October 2003
Director of On Command Corporation since February 2000.
Director of Ascent Entertainment Group Inc.
Dean of the University of Colorado's College of Business and as a Professor at Washington State University.
Chairman of the University of Washington Business Advisory Board,
Member of the University of Washington Foundation Board,

k. <u>Phillip D. Matthews</u>

General Partner at Hayden Capital Investments LLC.
Chief Executive Officer of Sutter Securities Inc. since 1998.
Wolverine World Wide, Inc.
Worldwide Restaurant Concepts, Inc.
owner and Chief Executive Officer of Bell Helmets, Inc. a
Serves as an Advisory Partnership Executive at Pasadena Capital Partners LLC.
Director of Dayrunner Inc. since 2001.
Director of Washington Mutual Inc.
Director of Wolverine World Wide Inc. since 1981
Serves on the Boards of Panda Restaurant Group, Trojan Battery, Micro Source, Bell Auto/Bay Travel Gear, Russell Racing, Bell Sports Inc., and SIZZLER International Inc. Trustee of Massachusetts Institute of Technology since 1988.
Director of H. F. Ahmanson & Company since 1995.

l. <u>Affiliations of Margaret Osmer Mcquade</u>

Qualitas International, since 1993.
Director of Riverside Capital International LLC.
Trustee Emeritus of Cornell University.
Director of Dime Bancorp Inc. since 1994 and Anchor Bancorp and/or the Board of Directors of Anchor Savings Bank FSB & Dime Savings since 1980.

m.  Affiliations of Michael Murphy

Investment Advisor of WM Group of Funds, subsidiary of Washington Mutual Inc.
Chairman and Chief Executive Officer of CPM Development Corporation, the parent company of
Central Pre-Mix Concrete Company and Inland Asphalt Company.
Trustee of the registered investment companies that comprise the WM Group of Funds.
WM Trust I - Equity Income Fund and Principal Investors Fund Inc. - Equity Income Fund I.
Trustee of Small Cap Growth Fund and International Growth Fund.

n.  Affiliations of William G. Reed Jr.

Director of Paccar Inc., since 1998,
Director of Simpson Resource Company since July 2002.
Director of its subsidiary Washington Mutual Bank, FA.
Director of Green Diamond Resource Company and The Seattle Times Company.
Director of SAFECO Corp., since 1974.

**Affiliation of Certain Officers**

a.  Affiliations of Stephen Rotella

Chase Home Finance, LLC
JP Morgan Chase
Chase Manhattan Mortgage Company
He serves as president of the Consumer Mortgage Coalition.
He served as Chair and Director of a large regional arts company in Columbus, Ohio called
BalletMet.
He serves as Chair of Chase's Housing Advisory Council,
Member of the Board of Directors of the Mortgage Bankers Association.
He serves as Member of Consumer Mortgage Coalition.
Chase Home Finance, LLC,
Chase Manhattan Mortgage Corporation,
JPMorgan Chase & Co (NYSE:JPM) (Prior)

b.  Affiliations of Thomas W. Casey

General Electric Company
GE Financial Assurance (now part of GE Insurance)
He joined Citicorp in 1990 before moved to GE Capital Corp.

c.  Affiliations of Alfred R. Brooks

Union Bank of California
Wells Fargo, Bank of America
California Federal Mortgage
Sanwa Bank California

d. Affiliations of David C. Schneider

St. Louis-based CitiMortgage Inc
Old Kent Financial Corporation.
Stratmor Group

e. Affiliations of Anthony F. (Tony) Vuoto

Providian Financial.
WaMu Card Services.
Washington Mutual Card Services (formerly, Providian Financial Corp.)
Served as Chief Financial Officer of Citigroup's Europe/North America Card Group, Financial
Institutions and Transaction Services Group and Citicorp's U.S. Bankcard Division.
He served as Vice Chairman of Washington Mutual Card Services since April 2002.
Washington Mutual Card Services
First USA, Inc. (Prior)

f. Affiliations of Nandita Bakhshi

Managing Director of First Data Mobile Solutions since January 2005.
VP of Consumer Deposits and Payments at FleetBoston Financial Corp.

g. Affiliations of Melissa J. Ballenger

Freddie Mac, served as Vice President of Valuation Accounting, Policy and Analysis.

h. Affiliations of John C. Berens

AirNet Communications Corporation since July 2000.

i. Affiliations of Daryl D. David

MagneTek, Inc.
AlliedSignal, Inc.,
General Mills, Inc. and
Weyerhaeuser Co.
He is a member of the board of the Center for Effective Organizations and Communities in Schools
of the State of Washington

j. Affiliations of Jim Gorzalski

Nacco Materials Handling Group, Inc

k. Affiliations of Fernando Hernandez

Microsoft Corporation
AT&T

l. <u>Affiliations of Debora M. Horvath</u>

GE Financial Assurance.
General Electric Company
Great Northern Annuity (GNA)
Genworth Financial Inc.
GE Insurance
Member of The Board of The Greater Richmond Technology Council
Serves as Member of Women in Technology International.
Genworth Financial Inc. (NYSE:GNW) (Prior)


m. <u>Affiliations of Michelle McCarthy</u>

Deutsche Bank Group.
Deutsche Bank Securities, Inc.
Bankers Trust.

n. <u>Affiliations of John P. McMurray</u>

Senior Managing Director of Countrywide Financial Corp.,
Chief Risk Officer of Countrywide Financial Corp.
Freddie Mac
BancPLUS Mortgage Corporation
Crestar Bank,
Crestar Mortgage Corporation.

o. <u>Anthony T. Meola</u>

Executive Officer of Morgan Stanley
Home 1-2-3 Corp.,
Morgan Stanley (NYSE:MS),
CitiMortgage, Inc. (Prior),
Mortgage Bankers Association (Prior),
New Century Financial Corp. (Prior),
PNC Mortgage Bank, NA (Prior)

p. <u>Affiliations of Greg Sayegh</u>

Silver Circle member of the United Way
serves on the Board of Directors for the Orange County Child Abuse Prevention Center

q. <u>Affiliations of Michael S. Solender</u>

The Bear Stearns Companies Inc
Bear, Stearns & Co. Inc., a subsidiary of The Bear Stearns Companies Inc.
Arnold & Porter
General Counsel for U.S. Consumer Product Safety Commission
the Board of Directors of the Lawyer's Alliance for New York

as Secretary of the New York American Inn of Court;
Lincoln Center for the Performing Arts' Counsel's Council.

    r.   <u>Affiliations of Bill Steinmetz</u>

Chase Home Finance,

    s.   <u>Affiliations of Frank Vella, Jr</u>

JP Morgan Chase

    t.   <u>Affiliations of Robert J. Williams</u>

Music Products of RealNetworks
RealNetworks
Openwave Systems Inc., a
HemoCleanse, Inc.,
Interpore Spine Ltd.,
Ash Access Technology, Inc. (Prior)

    u.  <u>Affiliations of John F. Woods</u>

Arthur Andersen
Freddie Mac

## Significant Stockholders/Investors

TPG Capital

## Secured Creditors

Information Leasing Corporation
General Electric Capital Company
Key Equipment Finance, a division of Key Corporate Capital Inc.
General Electric Capital Corporation
Fleet Business Credit, LLC
EMC Corporation
DDI Leasing, Inc.
Pitney Bowes Credit Corporation
Charlette Sneed
Nancy Lloyd
CIC Works Inc
Kimberly Henn

## Top 30 Unsecured Creditors

Bank of New York Mellon

Law Debenture Trust Company of New York
Wells Fargo Bank, N.A.
Wilmington Trust Company
Verizon Services Corp.
KPMG LLP
MCKINSEY & COMPANY INC US
IBM
COGNIZANT
CB RICHARD ELLIS
PEOPLESUPPORT INC
TATA AMERICAN INTERNATIONAL
AT&T
EMC
SECURITAS SECURITY SERVICES USA
COVANSYS
FIDELITY NATIONAL INFORMA
ACXIOM CORP
TAJIMA CREATIVE
WIPRO
ORACLE CORPORATION

**Professionals**

Goldman Sachs Group, Inc.
Alvarez & Marsal
Kurtzman Carson Consultants
Joele Frank, Wilkinson Brimmer Katcher
Richards, Layton & Finger, P.A.
Simpson Thacher & Bartlett LLP
Davis Wright Tremaine LLP
Perkins Coie LLP
McKee Nelson LLP
Gibson Dunn & Crutcher LLP
Shearman & Sterling LLP
Miller & Chevalier, Chartered

**Governmental Authorities**

Office of Thrift Supervision
Federal Deposit Insurance Corporation
Securities and Exchange Commission
Board of Governors of Federal Reserve

**Non-Governmental Authorities**

Financial Industry Regulatory Authority
New York Stock Exchange

**Party to Purchase and Assumption Agreement**

JP Morgan Chase Bank, N.A.

**Vendors, Contract Counterparties, and Other Parties in Interest**

1-800-Gift Certificate LLC
ACCENTURE LLP
ACCURATE BACKGROUND INC
ACI FKA INTRANET, INC.
ACOTT COLORADO INC.
ACS COMMERCIAL SOLUTIONS INC
ACXIOM CORPORATION - ACXIOM
ADOBE SYSTEMS INC.
ADT SECURITY SERVICES 310
AFFILIATED COMPUTER SERVICES, INC.
Aguero Photo Inc
Alston & Bird LLP
AMCOR SUNCLIPSE NORTH AMERICA
American Express
AMERICORP, INC. DBA ALTAIR GLOBAL RELOCATION
Ampco System Parking
AON RISK SERVICES, INC.
APPINTELLIGENCE, INC. NKA INTERTHINX
APPRAISAL.COM
Aptara Inc.
APTARE, INC.
AR Deposit Entry
ARCHER TECHNOLOGIES LLC
ARENSON OFFICE FURNISHINGS, A MEMBER OF THE KNOLL SMART DEALER
CONSORTIUM
ARIBA, INC.
AT&T WIRELESS
AUTHORIA, INC.
AVANADE INC.
AVAYA INC
AWS, A SUBSIDIARY OF AT & T WIRELESS
BANK OF NEW YORK, TRUSTEE
BEA SYSTEMS, INC.
BEACH CONCERTS, INC.
BEARINGPOINT, INC.
BEELING ACQUISITION CORP
BELLSOUTH TELECOMMUNICATIONS, INC., A SUBSIDIARY OF BELLSOUTH CORP
BIDDLE CONSULTING GROUP INC
Bill Small
BINDVIEW CORPORATION
BLANK RECORD
BLOOMBERG L.P.

BMC SOFTWARE DISTRIBUTION, INC.
BMC SOFTWARE, INC.
BOOKS 24X7, INC.
Bostoncoach
British Motor Coach
Broadridge Investor Comm SVCS
Browne
BUSINESS OBJECTS AMERICAS
Business Wire Inc
CA Inc
Cairncross & Hempelmann, P.S.
CALLIDUS SOFTWARE, INC.
CAN INSURANCE GROUP
CARREKER CORP
CAVE CANEM CONSULTING, INC.
CB RICHARD ELLIS SERVICES, INC.
CCH INCORPORATED
CENTERPRISE SERVICES, INC.
CENVEO CORPORATION
CGI - AMS INC.
Charles D Miller
Charles M Lillis
CHARTERED MARKETING SERVICES, INC. AND INTERSECTIONS, INC.
CHECKFREE CORPORATION
CHECKFREE FINANCIAL & COMPLIANCE SOLUTIONS
CHECKFREE SERVICES CORP.
CHINA BASIN BALLPARK COMPANY LLC
CIBAR INCORPORATED
CINGULAR INTERACTIVE
CINGULAR WIRELESS LLC
CIRRO ENERGY SERVICES, INC.
CISCO SYSTEMS CAPITAL CORPORATION
CITRIX SYSTEMS, INC.
COGNIZANT
COGNIZANT TECHNOLOGY SOLUTIONS
COLDSPARK, LLC
COMMERCIAL OFFICE INTERIORS, INC.
Compass Group Inc DBA
COMPUCOM SYSTEMS INC
COMPUCOM SYSTEMS, INC.
COMPUTER ASSOCIATES INC.
COMPUTER NETWORK TECHNOLOGY
COMPUTER SCIENCES CORPORATION
CONCUR TECHNOLOGIES, INC
CONSTRUCTWARE
CORILLIAN CORPORATION
CORPORATE CONCEPTS, A MEMBER OF THE KNOLL SMART DEALER CONSORTIUM
CORPORATE ENVIRONMENTS OF GEORGIA, A MEMBER OF THE KNOLL SMART
DEALER CONSORTIUM

CORPORATE EXECUTIVE BOARD
Corporation Service Company
COVANSYS
COVANSYS CORPORATION
CREDITSIGHTS, INC.
CSC FINANCIAL SERVICES
CVM SOLUTIONS LLC
CVM SOLUTIONS, INC.
CYOTA, AN RSA SECURITY COMPANY
DATA ANALYSIS INTERNATIONAL, LLC
DAUGHETRY SYSTEMS
David Bonderman
Davis Wright Tremaine LLP
DELAWARE ATTORNEY GENERAL'S OFFICE
DELL COMPUTERS
DELL MARKETING, LP, AN INDIRECTLY WHOLLY OWNED SUBSIDIARY OF DELL, INC.
DELL, INC.
DELOITTE & TOUCHE
DELTA EXECUTIVE LEARNING CENTER (ELF), A UNIT OF DELTA ORGANIZATION &
LEADERSHIP F/K/A DELTA MERCER
DIALOGIC COMMUNICATIONS CORPORATION
DIGITAL HARBOR NKA NORKOM TECHNOLOGIES
DORADO CORPORATION
DORADO NETWORK SYSTEMS CORPORATION
Douglas Paul Beighle
DUFF & PHELPS
Duff & Phelps LLC
DUN & BRADSTREET, INC.
DYNAMIC CARD SOLUTIONS LLC
E TAJIMA CREATIVE INC
EAGLE ENERGY PARTNERS I, LP
Eco Securities Consulting Ltd.
ED BECK & ASSOCIATES, INC.
Edwards Angell Palmer & Dodge LLP
EFUNDS CORP AND WILDCARD SYSTEMS, INC, DBA EFUNDS PREPAID SOLUTIONS
eLitigation Solutions Inc
ELOYALTY CORPORATION
EMC
EN POINTE TECHNOLOGIES
EN POINTE TECHNOLOGIES INC DBA EN POINTE TECHNOLOGIES SALES, INC.
ENSIGNS PATTISON SIGN GROUP
EPROPERTY TAX INC
EQUIFAX CONSUMER SERVICES
EQUIFAX CREDIT INFO SVCS INC
EQUIFAX CREDIT INFORMATION SERVICES INC. - EQUIFAX
EQUIFAX INFORMATION SERVICES LLC
EXACTBID, INC.
EXECUTIVE JET AVIATION, INC.
EXECUTIVE JET SALES, INC.

EXPEDIA CORPORATE TRAVEL, LLC, A SUBSIDIARY OF EXPEDIA/INC
EXPERIAN
EXPERIAN INFORMATION SOLUTIONS, INC., AND EXPERIAN MARKETING
SOLUTIONS, INC.
F5 NETWORKS, INC.
FAIR ISAAC CORPORATION
FATHOM COMMUNICATIONS, LLC
Fidelity National Information Services.
FILE PACK & TRANSPORT INC
FILENET CORPORATION
FINANCIAL PROFORMAS, INC.
FIRST ADVANTAGE CREDCO, LLC
FIRST DATA PAYMENT SERVICES LLC
FIRST DATA RESOURCES LLC
FLORIDA ATTORNEY GENERAL'S OFFICE
FLORIDA DEPT. OF REVENUE GENERAL TAX ADMIN.
FOCUSFRAME, INC.
Foley & Lardner LLP
FORESEE RESULTS INC.
FORRESTER RESEARCH, INC.
FORSEE RESULTS INC
FORTENT AMERICAS INC.
Foster Pepper PLLC
FRAMEWORK INC
FUJITSU SOFTWARE TECHNOLOGY CORPORATION
GEORGESON SHAREHOLDER COMMUNICATIONS INC.
GEORGIA ATTORNEY GENERAL'S OFFICE
GHR SYSTEMS
Gibson Dunn & Crutcher LLP
Global Compliance Services
GOLDENGATE SOFTWARE, INC.
GRANT THORNTON LLP
Gray Line Of Seattle
GROUP 1 SOFTWARE, INC., A WHOLLY OWNED SUBSIDIARY OF PITNEY BOWES, INC.
GROUP HEALTH COOPERATIVE
HANDS ON NETWORK, INC.
HAVER ANALYTICS, INC.
Heller Ehrman LLP
Hudson Global Resources Management Inc.
HYPERION SOFTWARE OPERATIONS INC.
I/O CONCEPTS, INCORPORATED
IBM CORP
IBM CREDIT LLC
ICT GROUP INC
IKON Office Solutions
IMAKE CONSULTING, INC.
INCENTIVE INNOVATIONS, A DIVISION OF AMCOR SUNCLIPSE NORTH AMERICA
INFOR GLOBAL SOLUTIONS
INFORMATICA CORPORATION

INSIGHT DIRECT USA INC
INTEGRATED PAYMENT SYSTEMS INC, NKA FIRST DATA PAYMENT SERVICES LLC
INTERACT COMMERCE CORPORATION NKA BEST SOFTWARE
INTERNATIONAL BUSINESS MACHINES CORPORATION
INTERNATIONAL NETWORK SERVICES INC.
INTERNATIONAL SOS
INTERSECTIONS INC
INTERVOICE BRITE INC
INTRANET, INC. (FKA ACI WORLDWIDE)
INTREPID LEARNING SOLUTIONS, INC.
IPC INFORMATION SYSTEMS, INC.
Ipreo Holdings LLC
Ivize of San Francisco Valley, LLC
IXI CORPORATION
James H Stever
James Montgomery
JEFFERSON WELLS INTERNATIONAL, INC.
JK GROUP, INC.
John V Giovenco
Jones Day
JON-JAY ASSOCIATES, INC.
Judith Chambers
JWT SPECIALIZED COMMUNICATIONS
K/P CORPORATION
KANA COMMUNICATIONS, INC.
KATHLEEN HUMPHREY
KBM WORKSPACE
KPMG LLP
LANIER WORLDWIDE, INC DBA RICOH CORP
LAWSON SOFTWARE, INC.
Levine, Blaszak, Block & Boothby LLP
Lewis, Brisbois, Bisgaard & Smith LLP
Littler Mendelson PC
LIVEPERSON INC.
LOANPERFORMANCE, A SUBSIDARY OF FIRST AMERICAN REAL ESTATE
SOLUTIONS
Loretta Rust
Lynn Ryder
MacKenzie Partners Inc.
Marc McCall
Margaret Osmer-Mcquade
Margaret Rodgers
MARKETWATCH.COM, INC.
MARSH USA INC.
MASTERCARD INTERNATIONAL INCORPORATED - MASTERCARD
Mayer, Brown, Rowe & Maw LLP
MCCRACKEN FINANCIAL SOFTWARE, INC.
McDermott, Will & Emery
McKee Nelson LLP

Mckinsey & Company Inc U.S.
Medina & Thompson
Mellon Investor Services LLC
Mercer Delta Consulting LLC
MERCER DELTA EXECUTIVE LEARNING CENTER, A DIVISION OF MERCER DELTA CONSULTING LLC
MERCER OLIVER WYMAN, A DIVISION OF MERCER MANAGEMENT CONSULTING, INC., NKA OLIVER WYMAN
MERCURY INTERACTIVE
MERIDIAN CONSULTING LLC
MERIDIAN TECHNOLOGIES
METAVANTE CORPORATION
Michael K Murphy
MICROMUSE INC.
MICROSOFT
MICROSOFT LICENSING, GP
Miller & Chevalier
MITRATECH HOLDINGS, INC.
MOODY'S KMV CO
MOORE BUSINESS COMMUNICATION SERVICES, A DIVISION OF MOORE NORTH AMERICA, INC.
Morgan Lewis & Bockius LLP
Morivillo, Abramovitz, Grand, Iason & Silberberg, P.C.
Morris, James, Hichens & Williams LLP
Morrison & Foerster LLP
MORVILLO, ABRAMOWITZ, GRAND, IASON, & SILBERBERG, P.C.
MOSS ADAMS, LLP
NCR CORPORATION
NCR CORPORATION, BY AND THROUGH ITS TERADATA DIVISION
NEC-MISUBISHI ELECTRONICS DISPLAY OF AMERICA, INC.
Netjets Aviation Inc.
NETVERSANT
NETWORK ASSOCIATES
NEUSTAR, INC.
NEW HORIZONS
NEXANS INC.
OBLIX, INC NKA ORACLE
OCE BUSINESS SERVICES INC
On-Site Sourcing Inc
OPENPAGES, INC.
ORACLE CORPORATION
ORACLE USA, INC.; ORACLE CREDIT CORP.
ORCA CREATIVE GROUP, INC.
Orin C Smith
Orrick, Herrington & Suttcliffe LLP
ORTRONICS INCORPORATED
PAR3 COMMUNICATIONS, INC.
PARADIGM DKD TAX GROUP LLC
PATTISON SIGN GROUP

PAULA J HUCHISON
PEOPLESOFT, USA INC.
PEOPLESUPPORT, INC.
Perkins Coie LLP
Phillip D Matthews
POINT & SHIP SOFTWARE INC
Point & Ship Software Inc
POINT B SOLUTIONS GROUP, LLP
PORTIVA CORPORATION
PRICE WATERHOUSE COOPERS
PROTIVITI, INC.
QUADSTONE INC.
QUAERO CORPORATION
QUEST SOFTWARE, INC.
QUESTION MARK CORPORATION
QWEST CORPORATION
RECRUITSOFT, INC. NKA TALEO CORP
Regina Montoya
RESOURCES AUDIT SOLUTIONS, LLC AND ITS AFFILIATE, RESOURCES GLOBAL
PROFESSIONALS
REVAL.COM, INC.
RICOH AMERICAS CORPORATION
ROBERT HALF INTERNATIONAL INC.
Rose Law Firm
RSA SECURITY INCORPORATED
SAFEHARBOR TECHNOLOGY CORP
SAS INSTITUTE INC
SBC GLOBAL SERVICES
SEARCHSPACE CORP. NKA FORTENT
Second and Union, LLC
SECURITAS SECURITY
SECURITAS SECURITY SERVICES USA
SEDGEWICK CLAIMS MANAGEMENT SERVICES, INC.
SERVICE COMMUNICATIONS INC
Shearman & Sterling LLP
Sidley Austin LLP
SIEMENS AKTIENGESELLSCHAFT
SIEMENS BUSINESS SERVICES INC
Simpson Thacher & Bartlett LLP
SITTIG, INC.
Skadden Arps Slate Meagher & Flom LLP
Smith Banking Consultants
SOFTWARE HOUSE INTERNATIONAL
SPECIALTY RISK SERVICES, LLC
SQN PERIPHERALS, INC.
SSI USA Inc.
STATE OF DELAWARE, DIVISION OF REVENUE
Stephen E Frank
Stephen I Chazen

STERLING COMMERCE (AMERICA), INC.
STEVE ROTELLA
SUMMIT SYSTEMS, INC, A SUSIDIARY OF MISYS
SUN MICROSYSTEMS, INC.
SUPPORTSOFT, INC.
SYMANTEC
SYMON COMMUNICATIONS, INC.
SYSTEM SOURCE
SYSTEMWARE INCORPORATED
TAJIMA CREATIVE
TALEO CORPORATION FKA RECRUITSOFT
TALX CORPORATION
TATA AMERICA INTERNATIONAL CORPORATION AND MICROSOFT LICENSING, GP
TEKSYSTEMS, INC.
TELEPRESS INC
TERADATA
TERADATA CORPORATION NKA NCR CORP
THE ABERNATHY MACGREGOR GROUP INC
THE JK GROUP INC DBA
THE MEDSTAT GROUP, INC.
THE RELIZON COMPANY DBA
THE STANDARD REGISTER COMPANY
Thomas C Leppert
THOUGHTWORKS, INC.
TOTAL SYSTEM SERVICES INC
Towers Perrin
TRANS UNION CORP
TRANSFIRST, LLC
TRANSUNION SETTLEMENT SOLUTIONS, INC.
TUBE ART DISPLAYS, INC.
TUSA OFFICE SOLUTIONS
U. S. TRUST COMPANY - SPECIAL FIDUCIARY SERVICES
UNITED HEALTHCARE SERVICES INC
VERITY, INC.
Verizon Business
VISUAL SCIENCES, LLC
VMWARE, INC.
WAGEWORKS
WASHINGTON ATTORNEY GENERAL'S OFFICE
Washington Mutual Bank
WEBTRENDS CORPORATION
WELLS FARGO BANK, NATIONAL ASSOCIATION ("WFB")
WESTERN OFFICE INTERIORS
William D Schulte
William G Reed Jr
WIPRO
WITNESS SYSTEMS, INC.
WOLTERS KLUWER FINANCIAL SERVICES, INC.
XEROX - XEROX

ZOOT ENTERPRISES INC

**Parties That Filed a Notice of Appearance**

Parker CAD
Van Zan dt CAD
Kaufman County
Wise County
Wise CAD
Rusk County
Smith County
CITY OF Memphis (TN)
Rockwall County
Rockwall CAD
Dallas County
Tarrant County
Iron Mountain Information Management, Inc.
Burleson ISD
City of Burleson
Johnson County
Arlington ISD
Mansfield ISD
Carroll ISD
Araphoe County Treasurer
Collin County, Texas
JPMorgan Chase & Co.
Office of Thrift Supervision
LaSalle Bank, N.A.
Tata American International Corporation
Tata Consultancy Services Limited
Microsoft Corporation
Microsoft Licensing, GP f/k/a MSLI, GP
Manatee County, Florida
Stephen Rotella
Julie A. Manning
Burnet Consolidated Independent School District
Old Republic Insurance Company
North Carolina Department of Revenue
Bloomberg, LP
E. Gaston Riou
Carrollton Independent School District
Lewisville Independent School District

**Insurance Companies**

Ace American Insurance Co.
AIG
Alleghany Holdings Group/RSUI Indemnity
American Security Insurance Company

Arch Capital Group
AWAC
Axis Insurance Company
Chubb
CNA Insurance Group
Federal Insurance Company
FM Global
Great American Insurance Co.
Great Lakes - Munich Re
Great Northern Insurance Co. (Chubb)
Hannover Re
Hartford Steam & Boiler
HCC
Houston Casualty Group
Integon
Lexington
Liberty Insurance Underwriters
Liberty Mutual
Lloyds
London Markets
Marion (WaMu Captive)
NACA
Old Republic
PIA/Liberty Insurance Underwriters
RLI Insurance Company
Scottsdale Indemnity
Starnet Insurance Co
Travelers
XL Specialty Insurance Co.
Zurich American Insurance Company

**Taxing Authorities**

Internal Revenue Service
Washington State Department of Revenue
Georgia Department of Revenue
Florida Department of Revenue

**Litigation Parties**

A Dash of Salt, L.L.C.
Adele Brody
Alameda County Employees Retirement Association
Alan Henry
Alfred Brooks
American Express Travel Related Services Company, Inc.
Andrew Cuomu
Angelita Punzalan
Attorney General of the State of New York

Barbara Alexander
Barry Solof
Bill Longbrake
Brian Roffe
Brockton Contributory Retirement Fund
Burton Rosenfield
Camille Laplaca-Post
Catholic Medical Mission
Chana Scheller
CHS Inc.
City of Philadelphia Board of Pensions and Retirement
Curt Brouwer
Dana Marra
Darlene Mitchell
Daryl David
David Beck
David C. Schneider
Dean Morris LLP
Debora Horvath
Deborah Bedwell
Dennis Koesterer
Dewone Westerfield
Diane Novak
Donald Molosky
Elizabeth Molosky
Evelyn Weingarten
Felton A. Spears
First American Corp.
Gail Sloan
Good Hill Master Fund, L.P.
Good Hill Partners
Gregory Bushansky
Gregory Sloan
Helaba Invest Kapitalanlagegesellschaft
Helen Yack
James B. Corcoran
James Gibb
Joel Abrams
John Berens
John F. Woods
Joseph Procida
June Robinson
Kenneth Z. Slater
Kerry K. Killinger
KSARRA, L.L.C.
L. Jay Agnes
Larry Patterson
Lee Family Investments
Lee Kalinsky

Leon Rosenblatt
Linda Mckell
Luz Zapien
Lynne Harrison
Marina Ware
Mark Nelson
Marta/ATU Local 732 Employees Retirement System
Martin Yack
Mary Patterson
Massachusetts Pension Reserves Investment Management Board
MasterCard
Matt McDonald
Melissa J. Ballenger
Metzler Asset Management GmbH
Michael Duff
Michele Grau-Iverson
Michelle McCarthy
Mike Amato
New Orleans Employees' Retirement System
New York City Police and Fire Pension Funds
Ontario Teachers Pension Plan
Photos Etc. Corporation
Pia Jorgenson
R.S. Bassman
Randall Wachsmuth
Richard Careaga
Robert Alexander
Robert Bauer
Robert L. Garber
Robert Ross
Robert Williams
Rolland Jurgens
Ronald J. Cathcart
Sidney Scholl
South Ferry LP #2
Stephen J. Rotella
Suzanne Krahling
Thomas B. Breene
Thomas Green
Thomas W. Casey
Todd Baker
Tom Sneva
Tony Meola
Traditions Ltd.
Vincent Bussey
Visa USA Inc.
Walter E. Ryan
WaMu Asset Acceptance Corp.
WaMu Capital Corp.

WaMu Institutional Investor Group
WaMu Mortgage Securities Corp.
Washington Mutual Bank
Washington Mutual, Inc.

**Members of the Unsecured Creditors' Committee**

Bank of New York Mellon
Law Debenture Trust Company of New York
Wells Fargo Bank, N.A.
Wilmington Trust Company
Verizon Services Corp.

**Holders of WMI securities**[1]

**Holding/ Management Co.**

| | |
|---|---|
| (1) | AAM Insurance Investment Management |
| (2) | AIG Global Investment Corporation |
| (3) | AllianceBernstein Advisors |
| (4) | Allianz Life Insurance Company of North America |
| (5) | American Beacon Advisors |
| (6) | American Money Management Corp. |
| (7) | AMR Investment Management |
| (8) | Army & Air Force Mutual Aid Association |
| (9) | Asset Allocation & Management Co. |
| (10) | Baird Associates |
| (11) | Bank Hapoalim B.M. |
| (12) | Bank Of Utica |
| (13) | Bank One National Securities |
| (14) | Banker Bank Wisconsin |
| (15) | Bankers Bank Of The West |
| (16) | BankPlus |
| (17) | Banner Life Insurance Company |
| (18) | Barclays Capital - London |
| (19) | Barclays Global Investors |
| (20) | Bay City National Bank |
| (21) | BlackRock Financial Management |
| (22) | Bny Gcm Client Acct (M) Rb6 |
| (23) | Boston Investment Grade Cayman Fund |
| (24) | Brandes Investment Partners & Co. |
| (25) | Broad Family Tr-The Broad Foundation |
| (26) | Brotherhood-A3 |
| (27) | California Public Employees R.S. |

---

[1]     List includes CUSIP No.'s 939322AE3, 939322-81-4, 939322AY9, and 939322AN3. This list of WMI debtholders has been provided by counsel to JPMorgan Chase Bank, N.A. (H. Feldstein from S&C).

| | |
|---|---|
| (28) | Capital Research & Management |
| (29) | Carolina First Bank |
| (30) | Chancellor Capital Management (USF&G Financial Services) |
| (31) | Cigna Corp. |
| (32) | Cincinnati Financial Corp. |
| (33) | Citigroup (Travelers) |
| (34) | Citizens Bank Of Rhode Island Trust |
| (35) | Country Life Insurance Company |
| (36) | DBL Equities |
| (37) | Dearborn Partners |
| (38) | Delaware Lincoln Investment Advisers |
| (39) | Deutsche Bank |
| (40) | Dwight Asset Management |
| (41) | Euro Clear Brussels |
| (42) | Farm Family Casualty Insurance |
| (43) | Federal Home Loan Bank Of Dallas |
| (44) | Fidelity Management & Research Co. |
| (45) | First American Insurance Co. |
| (46) | First Financial Bank |
| (47) | First Trust Indiana |
| (48) | Florida State Treasury |
| (49) | Fort Washington Investment Management |
| (50) | Frank Russell Trust Co. |
| (51) | Franklin Templeton Investments |
| (52) | Fulton Financial Advisors, Na |
| (53) | GE Asset Management |
| (54) | Global Investment Advisers |
| (55) | Hanover New Jersey Insurance |
| (56) | Hartford Investment Management Company (HIMCO) |
| (57) | Hewlett-Packard's Company |
| (58) | HVB - Clearing |
| (59) | ING Investment Management |
| (60) | Investors Independent Trust Company |
| (61) | Investors Insurance Corp Lmg |
| (62) | Israel Discount Bank |
| (63) | Janus Capital Corporation |
| (64) | JPMorgan Chase |
| (65) | JPMorgan Chase - London |
| (66) | JPMorgan Chase - Luxembourg |
| (67) | JPMorgan Investment Management |
| (68) | Keystone Health Plan |
| (69) | La Capital Cayman Fund |
| (70) | Lazard Freres Asset Management |
| (71) | Leader Capital Corp. |
| (72) | Liberty Bankers Life Insurance |
| (73) | Liberty Life Insurance Company |
| (74) | Logan Circle Partners LP |
| (75) | Loomis, Sayles & Company, L.P. |
| (76) | Marine Bank Springfield |

| | |
|---|---|
| (77) | Maryland Teachers & State Employees |
| (78) | McGlinn Capital Management |
| (79) | Metropolitan Life Insurance Company |
| (80) | MFC Global Investment Management |
| (81) | Middleburg Trust Company |
| (82) | Minnesota State Board Of Investment |
| (83) | Morgan Stanley Asset Management |
| (84) | National Bank Of Detroit |
| (85) | National City Bank - Columbus Ohio -Sub A/C |
| (86) | National Life Insurance Co. |
| (87) | National Nominees Ltd. |
| (88) | Nationwide Life Insurance Company |
| (89) | NCM Capital Management |
| (90) | New England Insurance Co. |
| (91) | New Jersey Division of Investments |
| (92) | Northern Trust Global Investments |
| (93) | Ohio National Financial Services |
| (94) | Pacific Investment Management Company LLC (PIMCO) |
| (95) | Partner Reinsurance Company Ltd. |
| (96) | Phoenix Investment Counsel, Inc. |
| (97) | Pioneer Investment Management |
| (98) | Police Annuity & Benefit Fund of Chicago |
| (99) | PPM America Inc. |
| (100) | Principal Global Investors |
| (101) | Principal Trust Company |
| (102) | Protective Administrative Services |
| (103) | Protective Life Corp. |
| (104) | Prudential Investments |
| (105) | Putnam Investment Management |
| (106) | Reams Asset Management Company |
| (107) | Respondent Bank |
| (108) | Russell Investment Group |
| (109) | Sage Advisory Services |
| (110) | SCOR Life Insurance Company |
| (111) | Securities Management & Research Inc. |
| (112) | Security Life Of Denver Insurance Co. |
| (113) | Smith Breeden Associates |
| (114) | Southland Life Insurance Co. |
| (115) | Standard Insurance Co. |
| (116) | State Street Global Advisors (SSgA) |
| (117) | State Street's Wealth Management |
| (118) | Stone Castle Advisors, LLC |
| (119) | Susquehanna Bancshres Inc |
| (120) | T. Rowe Price Associates, Inc. |
| (121) | Tennessee Farmers Life Insurance Company |
| (122) | The Bank & Trust Company |
| (123) | The Frost National Bank Trust Dept |
| (124) | The Guardian Insurance And Annuity Co. Inc. |
| (125) | Thrivent Financial |

| (126) | TIAA-CREF |
| (127) | Triton Insurance Company |
| (128) | Tulsa Trust Dept. |
| (129) | UBS Global Asset Management |
| (130) | Union Bank & Trust Company |
| (131) | United American Insurance Company |
| (132) | United Banker'S Bank Bloomington |
| (133) | Unity Management Inc. |
| (134) | Universal Institutional Funds, Inc |
| (135) | USAA Investment Management Company |
| (136) | Wellington Management Company, LLP |
| (137) | Western Asset Management Company |
| (138) | William Penn Life Insurance Company |
| (139) | Zazove Associates LLC |

## Hedge Fund Custodians

| (1) | ABN AMRO Incorporated/Equity Finance |
| (2) | Banc of America Securities LLC |
| (3) | Banc of America Securities LLC, as Agent for BA Futures, Inc. |
| (4) | Bank of New York, The//DBAG London Global Markets |
| (5) | Bear, Stearns Securities Corp. |
| (6) | BNP Paribas Securities Corp. |
| (7) | BNP Paribas Securities Corp. /Fixed Income |
| (8) | BNY/DBTC Americas/Deutsche Bank AG, London |
| (9) | BNY/HVB Clearing |
| (10) | Citigroup Global Markets Inc. /Salomon Brothers |
| (11) | Credit Suisse Securities (USA) LLC |
| (12) | Deutsche Bank Securities, Inc. |
| (13) | Goldman Sachs Execution & Clearing, L.P. |
| (14) | Goldman Sachs International |
| (15) | Goldman, Sachs & Co. |
| (16) | J.P. Morgan Securities Inc. |
| (17) | LBI - Lehman Government Securities Inc. (LBI) |
| (18) | Lehman Brothers Inc. /Equity Finance |
| (19) | Lehman Brothers, Inc. |
| (20) | Merrill Lynch, Pierce, Fenner & Smith Incorporated |
| (21) | Morgan Stanley & Co. Incorporated |
| (22) | Morgan Stanley-International Limited |
| (23) | UBS AG Stamford Branch/As Custodian for UBS AG London Branch |
| (24) | UBS Securities LLC |

## Retail Brokerage Houses

| (1) | Alliant Securities, Inc. Turner, Nord, Kienbaum |
| (2) | American Enterprise Investment Services Inc. |
| (3) | Baird (Robert W.)& Co. Incorporated |
| (4) | Bbandt Co |
| (5) | BMO Nesbitt Burns Inc. /CDS |
| (6) | Chapdelaine Corporate Securities & Co. (NFS LLC) |
| (7) | Charles Schwab & Co., Inc. |

| | |
|---|---|
| (8) | CIBC World Markets Corp. |
| (9) | Citigroup Global Markets Inc. |
| (10) | Clearview Correspondent Services, LLC |
| (11) | Crowell, Weedon & Co. |
| (12) | D.A. Davidson & Co., Inc. |
| (13) | Davenport & Company LLC |
| (14) | E*Trade Clearing LLC |
| (15) | Edward D. Jones & Co. |
| (16) | Ferris, Baker Watts, Incorporated |
| (17) | First Clearing, LLC |
| (18) | First Southwest Company |
| (19) | Fiserv Trust Company (TD AMERITR) |
| (20) | H & R Block Financial Advisors, Inc. |
| (21) | HSBC Securities (Canada) Inc. /CDS |
| (22) | Interactive Brokers Retail Equity Clearing |
| (23) | J.J.B. Hilliard, W.L. Lyons, Inc. |
| (24) | Janney Montgomery Scott Inc. |
| (25) | JPMorgan Chase Bank Correspondence Clearing Services 2 |
| (26) | JPMorgan Chase Bank/PCS Shared Services |
| (27) | Legent Clearing LLC |
| (28) | LPL Financial Corporation (Linsco/Private Ledger Corp. (LPL Financial Services)) |
| (29) | M.L. Stern & Co., LLC |
| (30) | Merrill Lynch Safekeeping |
| (31) | Mesirow Financial, Inc. |
| (32) | Morgan Stanley DW Inc. |
| (33) | Morgan, Keegan & Company, Inc. |
| (34) | National Financial Services LLC |
| (35) | North American Clearing, Inc. |
| (36) | Oppenheimer & Co. Inc. |
| (37) | OptionXpress, Inc |
| (38) | Penson Financial Services, Inc. |
| (39) | Penson Financial Services, Inc. /CDS |
| (40) | Pershing LLC |
| (41) | PrimeVest Financial Services, Inc. |
| (42) | Raymond, James & Associates, Inc. |
| (43) | RBC Dain Rauscher Inc. |
| (44) | RBC Dominion Securities, Inc. /CDS |
| (45) | Reliance Trust Company |
| (46) | Richards, Merrill & Peterson, Inc. |
| (47) | Ridge Clearing & Outstanding Solutions, Inc. |
| (48) | Sanford C. Bernstein & Co., LLC |
| (49) | Scotia Capital Inc. /CDS |
| (50) | Scottrade, Inc. |
| (51) | Southwest Securities, Inc. |
| (52) | Sterne, Agee & Leach, Inc. |
| (53) | Stifel, Nicolaus & Company Incorporated |
| (54) | StockCross Financial Services, Inc. |
| (55) | Stoever, Glass & Co., Inc. |
| (56) | Swiss American Securities Inc. |

(57)     TD Ameritrade Clearing, Inc.
(58)     Timber Hill LLC
(59)     UBS Financial Services LLC
(60)     US Bancorp Investments, Inc.
(61)     USAA Investment Management Company
(62)     Wachovia Capital Markets, LLC
(63)     Wachovia Securities, LLC
(64)     Wedbush Morgan Securities, Inc.
(65)     Wells Fargo Investment, LLC