**Schedule B**

**Results Of Shearman & Sterling's Search For "Connections" To The Various Entities Listed On The Conflicts List**

## Schedule B

Attorneys at Shearman & Sterling & Sterling LLP ("Shearman & Sterling") have reviewed the firm's databases of Shearman & Sterling engagements as of October 22, 2008, for connections to the parties of interest listed on the Conflicts List (updated October 17, 2008). For many of the parties of interest, Shearman & Sterling did not find a connection. The exceptions are listed below.

In many instances, the entity names on the Conflicts List do not precisely match the entity names in Shearman & Sterling's databases. We have listed all instances where the names approximately match and there is reason to believe the entities from the Conflicts List are related to or affiliated with entities in Shearman & Sterling's databases. Where an entity name from the Conflicts List is not a precise match with the entity name that appears in Shearman & Sterling's databases, we have indicated this by displaying the name from the Shearman & Sterling database (in the "Description" column for tables) in italics.

Shearman & Sterling does not represent any of the parties of interest in connection with the Debtors or the Debtors' chapter 11 cases.

### Debtors

Washington Mutual, Inc. is a client of Shearman & Sterling in the Pending Tax Cases. It is also the parent of Washington Mutual Bank. Washington Mutual Bank is a client of Shearman & Sterling.

Washington Mutual, Inc. is related to or affiliated with Washington Mutual Savings Bank. Washington Mutual Savings Bank is a Customer of Merrill Lynch, which is a client of Shearman & Sterling.

Washington Mutual Tower is or was property of Cornerstone Properties Inc. Cornerstone Properties Inc. has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2003.

### Non-Debtor, Banking Subsidiairies

Of the entities listed on the Conflicts List as "Non-Debtor, Banking Subsidiaries," most of these entities are not or have not recently been clients of Shearman & Sterling. *Providian Financial Corporation* has been a client of Shearman & Sterling. The Debtors acquired Providian in 2006. Shearman last billed time to *Providian Financial Corporation* in 2006.

### Non-Debtor, Non-Banking Subsidiaries

Of the entities listed on the Conflicts List as "Non-Debtor, Non-Banking Subsidiaries," none of these entities is or has recently been a client of Shearman & Sterling.

**Current and Former Directors/Managers (up to three years)**

        Of the "Current and Former Directors/Managers" listed on the Conflicts List, the following are affiliated with current or former clients of Shearman & Sterling:

| Category | Individual/Entity | Description |
|---|---|---|
| Current and Former Directors/Managers (up to three years) | Stephen I. Chazen | Stephen I. Chazen is or was the CFO of Occidental Petroleum Corp., which is a client of Shearman & Sterling. |
| Current and Former Directors/Managers (up to three years) | David Bonderman | David Bonderman was a founding partner of TPG, which is a client of Shearman & Sterling. |
| Current and Former Directors/Managers (up to three years) | Charles M. Lillis | Charles Lillis is or was Director of Medco Health Solutions, Inc., which is a client of Shearman & Sterling. |
| Current and Former Directors/Managers (up to three years) | William G. Reed | Someone named William Reed is or was the COO of an entity that has been a client of Shearman & Sterling. But that entity is not listed as an affiliation of William G. Reed on the Conflicts List. |
| Current and Former Directors/Managers (up to three years) | Michael K. Murphy | Someone named Michael Murphy is or was the Vice President of an entity that has been a client of Shearman & Sterling. But that entity is not listed as an affiliation of Michael K. Murphy on the Conflicts List. |

**Officers (Current and Former – Up to three years)**

Of the individuals listed on the Conflicts List as "Officers," it appears that none of these individuals are not or have not recently been clients of Shearman & Sterling. The possible exceptions are as follows.

Someone named Kenneth E. Kido is or was director of an entity that is a client of Shearman & Sterling. But that entity is not listed as an affiliation of Kenneth Kido on the conflicts list.

Someone named Susan Taylor is or was director of an entity that has been a client of Shearman & Sterling. But that entity is not listed as an affiliation of Susan R. Taylor on the conflicts list.

Someone named Robert Williams is or was vice president of an entity that has been a client of Shearman & Sterling. But that entity is not listed as an affiliation of Robert J. Williams on the conflicts list.

Someone named Robert Moore is or was director of an entity that is a client of Shearman & Sterling. But that entity is not listed as an affiliation of Robert H. Moore on the conflicts list.

**Affiliations of Certain Directors**

Of the "Affiliations of Certain Directors" listed on the Conflicts List, the following are current or former clients of Shearman & Sterling or affiliated with current or former clients of Shearman & Sterling:

| Category | Individual/Entity | Description |
|---|---|---|
| Director Affiliations – David Bonderman | J. Crew Group Inc. | J. Crew Group Inc. has been a client of Shearman & Sterling. |
| Director Affiliations – David Bonderman | TPG Newbridge Capital; Newbridge Asia Partners; Newbridge Latin America | *Newbridge Securities Inc.* has been a client of Shearman & Sterling. Shearman & Sterling has not billed time to that client for more than ten years. |
| Director Affiliations – David Bonderman | Keystone Inc. | *Keystone International Inc.* has been a client of Shearman & Sterling. Shearman & Sterling has not billed time to that client for more than ten years. |
| Director Affiliations – David | Portland General Electric Co. | Portland General Electric Co. has been a client of Shearman |

| | | |
|---|---|---|
| Bonderman | | & Sterling. Shearman & Sterling has not billed time to that client for more than ten years. |
| Director Affiliations – David Bonderman | Gemplus International S.A. | *Gemplus* has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2000. |
| Director Affiliations – David Bonderman | Seagate Technology Holdings; Seagate Software (Cayman) Holdings Corporation | *Seagate Technology* has been a client of Shearman & Sterling. |
| Director Affiliations – David Bonderman | TPG; TPG Newbridge Capital; TPG Ventures | TPG, formerly known as Texas Pacific Group, is a client of Shearman & Sterling. |
| Director Affiliations – David Bonderman | New SAC | New SAC is the parent of Seagate Technology. Seagate Technology has been a client of Shearman & Sterling. |
| Director Affiliations – David Bonderman | Harvard Law School Dean's Advisory Board | Harvard Law School is affiliated with Harvard University. Harvard University is affiliated with John F. Kennedy School of Government, which has been a client of Shearman & Sterling. |
| Director Affiliations – Charles M. Lillis Ph.D. | Medcohealth Solutions Inc. | *Medco Health Solutions, Inc.*, is a client of Shearman & Sterling. |
| Director Affiliations – Charles M. Lillis Ph.D. | Williams Companies Inc. | *The Williams Companies Inc.* has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2002. |
| Director Affiliations – Charles M. Lillis Ph.D. | LoneTree Capital Partners | LoneTree Capital Partners has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in |

| | | |
|---|---|---|
| | | 2003. |
| Director Affiliations – Charles M. Lillis Ph.D. | MediaOne Group Inc. | *MediaOne Inc.* has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2003. |
| Director Affiliations – Charles M. Lillis Ph.D. | Charter Communications Inc. | Charter Communications is a client of Shearman & Sterling. |
| Director Affiliations – Larry Kellner | Continental Airlines Inc. | Continental Airlines Inc. has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 1997. |
| Director Affiliations – Larry Kellner | Marriott International Inc.; Marriot Hotel Services, Inc. | Marriott International Inc. is a client of Shearman & Sterling. |
| Director Affiliations – Stephen I. Chazen | Occidental Petroleum Corp. | Occidental Petroleum Corp. is a client of Shearman & Sterling. |
| Director Affiliations – Stephen E. Frank | Northrop Grumman Corp. | Northrop Grumman Corp. has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 1996. |
| Director Affiliations – Stephen E. Frank | GTE Corporation | GTE Corporation has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2000. |
| Director Affiliations – Stephen E. Frank | UNOVA Inc. | UNOVA has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2001. |
| Director Affiliations – Alan H. Fishman | Chemical Bank | Chemical Bank was a client of Shearman & Sterling. |
| Director Affiliations – Alan H. | Meridian Capital Group, LLC | *Meridian Capital Partners Inc.* has been a client of |

| | | |
|---|---|---|
| Fishman | | Shearman & Sterling. Shearman & Sterling last billed time to that client in 2006. |
| Director Affiliations – Alan H. Fishman | Neuberger and Berman | Neuberger and Berman was the employer of a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 1999. Neuberger and Berman is a shareholder in a client of Shearman & Sterling. |
| Director Affiliations – Alan H. Fishman | ContiFinancial Corp. | ContiFinancial Corp. was a client of Shearman & Sterling. Shearman & Sterling has not billed time to that client for more than ten years. |
| Director Affiliations – Thomas C. Leppert | Hochtief AG | Hochtief AG has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2007. |
| Director Affiliations – Thomas C. Leppert | Trammell Crow Company | *Tishman Speyer Trammell Crow L.P.* and *Trammell Crow International* have been clients of Shearman & Sterling. Shearman & Sterling last billed time to those clients in 2000. |
| Director Affiliations – Thomas C. Leppert | Pacific Century Financial Corporation | Pacific Century Financial Corporation has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2000. |
| Director Affiliations – Regina T. Montoya | AARP | *AARP Pharmacy Service* does business as Retired Persons Services, Inc. Retired Persons Services, Inc. has been a client of Shearman & Sterling. Shearman & Sterling last |

| | | billed time to that client in 2001. |
|---|---|---|
| Director Affiliations – Orin Smith | Nike Inc. | Nike Inc. has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2004. Nike Inc. is the parent of an entity that is a client of Shearman & Sterling. |
| Director Affiliations – Orin Smith | Danzas USA | *Danzas Corporation* and *Danzas Holding Ltd.* have been clients of Shearman & Sterling. Shearman & Sterling has not billed time to those clients for more than ten years. |
| Director Affiliations – Orin Smith | Deloitte & Touche | *Deloitte Touche Tomatsu* has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2007. |
| Director Affiliations – Orin Smith | Walt Disney Co. | Walt Disney Co. is the parent of an entity that has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2007. Walt Disney Co. is the parent of another entity that has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that other client in 2000. |
| Director Affiliations – William G. Reed Jr. | Paccar Inc. | Paccar Inc. is a client of Shearman & Sterling. |
| Director Affiliations – Phillip D Matthews | Massachusetts Institute of Technology | Massachusetts Institute of Technology has been a client of Shearman & Sterling. Shearman & Sterling has not billed time to that client for more than ten years. |

| | | |
|---|---|---|
| Director Affiliations – Margaret Osmer Mcquade | Cornell University | The BR Legal Program at Cornell University has been a client of Shearman & Sterling. |
| Director Affiliations – Margaret Osmer Mcquade | Dime Savings Bank | Dime Savings Bank was the employer of a client of Shearman & Sterling. |

### Affiliations of Certain Officers

Some individuals listed on the Conflicts List as "Officers" have affiliations with Shearman & Sterling clients as follows. Stephen Rotella, Bill Steinmetz, and Frank Vella, Jr., have affiliations with J.P. Morgan Chase. (It is our understanding that substantially all former officers of the Debtors have become employees of J.P. Morgan Chase.) Thomas W. Casey and Debora M. Horvath have affiliations with General Electric Company. Mr. Casey has affiliations with Citicorp. Anthony F. Vuoto has affiliations with Citigroup. Michelle McCarthy has affiliations with Deutsche Bank. Anthony T. Meola has affiliations with Morgan Stanley. Melissa J. Ballenger, John P. McMurray, and John F. Woods have affiliations with Federal Home Loan Mortgage Corp. (Freddie Mac).

Of the other "Affiliations of Certain Officers" listed on the Conflicts List, the following are also current or former clients of Shearman & Sterling or affiliated with current or former clients of Shearman & Sterling:

| Category | Individual/Entity | Description |
|---|---|---|
| Officer Affiliations – Alfred R. Brooks | Union Bank of California | Union Bank of California is a client of Shearman & Sterling. |
| Officer Affiliations – Alfred R. Brooks | Wells Fargo | *Wells Fargo Bank N.A.* is a client of Shearman & Sterling. |
| Officer Affiliations – Alfred R. Brooks | Sanwa Bank California | *Sanwa Bank Ltd. (Atlanta)* and *Sanwa Bank Ltd. (Boston)* are clients of Shearman & Sterling. *Sanwa Bank Ltd.* is the parent of other clients of Shearman & Sterling. |
| Officer Affiliations – David C. Schneider | Old Kent Financial Corporation | Old Kent Financial Corporation has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2000. |

8

| Officer Affiliations – Fernando Hernandez | Microsoft Corporation | Microsoft Corporation has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2002. |
|---|---|---|
| Officer Affiliations – Nandita Bakhshi | FleetBoston Financial Corp. | FleetBoston Financial Corp. has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2000. |
| Officer Affiliations – Anthony F. (Tony) Vuoto | Providian Financial | Providian Financial Corporation has been a client of Shearman & Sterling. The Debtors acquired Providian in 2006. Shearman last billed time to Providian Financial Corporation in 2006. |
| Officer Affiliations – Daryl D. David | AlliedSignal, Inc. | AlliedSignal, Inc. is the former name of Honeywell International Inc., which has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client (when the client's name was still "AlliedSignal, Inc.") in 2001. |
| Officer Affiliations – Michelle McCarthy | Bankers Trust | Bankers Trust Company has been a client of Shearman & Sterling. *Bankers Trust International Ltd.* has been a client of Shearman & Sterling. "Bankers Trust Company" is the former name of Deutsche Bank Securities Inc., which is a client of Shearman & Sterling. |
| Officer Affiliations – Anthony T. Meola | PNC Mortgage Bank, NA | *PNC Financial Corporation* has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2002. |

| | | |
|---|---|---|
| Officer Affiliations – John F. Woods | Arthur Andersen | Arthur Andersen LLP was clients of Shearman & Sterling prior to its dissolution. |
| Officer Affiliations – Michael S. Solender | The Bear Stearns Companies Inc; Bear Stearns & Co. Inc. | Bear Stearns & Co. Inc. is a client of Shearman & Sterling. |
| Officer Affiliations – Michael S. Solender | Arnold & Porter | Arnold & Porter LLP has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2001. |
| Officer Affiliations – Michael S. Solender | Lawyer's Alliance for New York | Lawyers Alliance for New York is a client of Shearman & Sterling. |
| Officer Affiliations – Fernando Hernandez | AT&T | *AT&T Wireless* has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2002. |

**Significant Stockholders/Investors**

The entity listed on the Conflicts List as "Significant Stockholders/Investors" – TPG Capital – is related to or affiliated with Texas Pacific Group, now known as TPG. TPG is a client of Shearman & Sterling. TPG Capital is related to or affiliated with TPG Partners L.P. TPG Partners L.P. is related to or affiliated an entity that is a client of Shearman & Sterling.

**Secured Creditors**

Of the "Secured Creditors" listed on the Conflicts List, the following are current or former clients of Shearman & Sterling or affiliated with current or former clients of Shearman & Sterling:

| Category | Individual/Entity | Description |
|---|---|---|
| Secured Creditors | Pitney Bowes Credit Corporation | Pitney Bowes Credit Corporation has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in |

| | | 2003. |
|---|---|---|
| Secured Creditors | Key Equipment Finance | Key Equipment Finance has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2004. |
| Secured Creditors | Fleet Business Credit, LLC | *FleetBoston Financial Corporation* and *Fleet Credit Corporation* have been clients of Shearman & Sterling. |
| Secured Creditors | General Electric Capital Company | *General Electric Company* is a client of Shearman & Sterling. |

**Top 30 Unsecured Creditors**

Of the "Top 30 Unsecured Creditors" listed on the Conflicts List, the following are current or former clients of Shearman & Sterling or affiliated with current or former clients of Shearman & Sterling:

| Category | Individual/Entity | Description |
|---|---|---|
| Unsecured Creditors | Bank of New York Mellon | Bank of New York Mellon is a client of Shearman & Sterling. |
| Unsecured Creditors | Wilmington Trust Company | Wilmington Trust Company is a client of Shearman & Sterling. |
| Unsecured Creditors | Oracle Corporation | Oracle Corporation is a client of Shearman & Sterling. |
| Unsecured Creditors | Verizon Services Corp. | *Verizon* and *Verizon Wireless* have been clients of Shearman & Sterling. |
| Unsecured Creditors | McKinsey & Company Inc US | McKinsey & Company has been a client of Shearman & Sterling. Shearman & Sterling has not billed time to that client for more than ten years. |
| Unsecured Creditors | IBM | IBM and some of its affiliates have been clients of Shearman |

| | | & Sterling. |
|---|---|---|
| Unsecured Creditors | Law Debenture Trust Company of New York | *Law Debenture Corporation Ltd.* has been a client of Shearman & Sterling. *Law Debenture Trust Corporation PLC* is a client of Shearman & Sterling. |
| Unsecured Creditors | KPMG LLP | KPMG LLP is a client of Shearman & Sterling. |
| Unsecured Creditors | Wells Fargo Bank, N.A. | Wells Fargo Bank, N.A. is a client of Shearman & Sterling. |
| Unsecured Creditors | WIPRO | *Wipro Corporation* is the parent of an entity that has been a client of Shearman & Sterling. |
| Unsecured Creditors | Fidelity National Informa [sic] | *Fidelity National Financial Inc.* is the parent of *Fidelity Information Services Inc.*, which has been a client of Shearman & Sterling. |

## Professionals

Of the "Professionals" listed on the Conflicts List, the following are current or former clients of Shearman & Sterling or affiliated with current or former clients of Shearman & Sterling:

| Category | Individual/Entity | Description |
|---|---|---|
| Professionals | Goldman Sachs Group, Inc. | Goldman Sachs Group, Inc. is a client of Shearman & Sterling. |
| Professionals | Simpson Thatcher & Bartlett LLP | Simpson Thatcher & Bartlett LLP has been a client of Shearman & Sterling. Shearman & Sterling has not billed time to that client for more than ten years. |

| | | |
|---|---|---|
| Professionals | Perkins Coie LLP | One partner of Shearman & Sterling acted as a consultant and expert to Perkins Coie LLP. That matter closed in 2005. |
| Professionals | Alvarez & Marsal | Alvarez & Marsal has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2004. |

## Governmental Authorities

None of the entities listed on the Conflicts List as "Governmental Authorities" are clients of Shearman & Sterling. The possible past connections between Shearman & Sterling and those entities are described below.

| Category | Individual/Entity | Description |
|---|---|---|
| Governmental Authorities | Federal Deposit Insurance Corporation | Federal Deposit Insurance Corporation was a client of Shearman & Sterling for one matter. That matter is closed. |
| Governmental Authorities | Office of Thrift Supervision | Shearman & Sterling advised the Office of Thrift Supervision on one matter in 2005. That matter is closed. |

## Non-Governmental Authorities

Both entities listed on the Conflicts List as "Non-Governmental Authorities" – New York Stock Exchange and Financial Industry Regulatory Authority (FINRA) – are clients of Shearman & Sterling.

## Party to Purchase and Assumption Agreement

J.P. Morgan Chase Bank, N.A. is a client of Shearman & Sterling.

## Vendors, Contract Counterparties, and Other Parties in Interest

Of the "Vendors, Contract Counterparties, and Other Parties in Interest" listed on the Conflicts List, the following are current or former clients of Shearman & Sterling or affiliated with current or former clients of Shearman & Sterling:

| Category | Individual/Entity | Description |
|---|---|---|
| Vendors, Contract Counterparties, and Other Parties in Interest | Affiliated Computer Services, Inc. | Affiliated Computer Services, Inc. has been a client of Shearman & Sterling. Shearman & Sterling has not billed time to that client for more than ten years. |
| Vendors, Contract Counterparties, and Other Parties in Interest | AT&T Wireless | AT&T Wireless was a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2002. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Adobe Systems Inc. | Adobe Systems Inc. is a client of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Accenture LLP | *Accenture Ltd.* has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2005. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Alston & Bird LLP | Alston & Bird LLP has been a client of Shearman & Sterling. Shearman & Sterling has not billed time to that client for more than ten years. |
| Vendors, Contract Counterparties, and Other Parties in Interest | American Express | American Express Company is a client of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Ariba, Inc. | Ariba, Inc. is a client of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other | Aon Risk Services, Inc. | *Aon Corporation* is a client of Shearman & Sterling. |

| Parties in Interest | | |
|---|---|---|
| Vendors, Contract Counterparties, and Other Parties in Interest | Bank of New York, Trustee | Bank of New York is a client of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other Parties in Interest | BEA Systems, Inc. | BEA Systems, Inc. is a client of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Cisco Systems Capital Corporation | *Cisco Systems Inc.* has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2001. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Business Objects Americas | *Business Objects* is a client of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other Parties in Interest | CA Inc. | CA, Inc. is a client of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Charles M. Lillis | Charles Lillis is or was Director of Medco Health Solutions, Inc., which is a client of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Cingular Wireless LLC; Cingular Interactive | *Cingular* is affiliated with AT&T Wireless. AT&T Wireless was a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2002. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Bellsouth Telecommunications, Inc. | An entity that has been a client of Shearman & Sterling is related to or affiliated with *Bellsouth Corporation.* Shearman & Sterling last billed time to that client in 2000. |
| Vendors, Contract Counterparties, and Other | Bostoncoach | An entity that is a client of Shearman & Sterling is related |

| | | |
|---|---|---|
| Parties in Interest | | to or affiliated with *Boston Coach Connection Corporation* and *Boston Coach Corporation.* |
| Vendors, Contract Counterparties, and Other Parties in Interest | Computer Sciences Corporation | Computer Sciences Corporation is a client of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Eagle Energy Partners I, LP | *Eagle Energy Corporation* has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2001. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Deloitte & Touche | *Deloitte Touche Tomatsu* has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2007. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Computer Associates Inc. | *CA, Inc.* is a client of Shearman & Sterling. *Computer Associates (China) Company Ltd.* has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2003. Shearman & Sterling represented an employee of *Computer Associates* but last billed time on that matter in 2004. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Dun & Bradstreet, Inc. | *Dun & Bradstreet Corporation* is a client of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Compucom Systems, Inc. | Compucom Systems, Inc. is the parent of an entity that has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2002. |
| Vendors, Contract Counterparties, and Other | Foley & Lardner LLP | Shearman & Sterling retained Foley & Lardner LLP as an |

| | | |
|---|---|---|
| Parties in Interest | | expert witness for litigation. Shearman & Sterling also represented another law firm that merged with Foley & Lardner. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Heller Ehrman LLP | Heller Ehrman LLP was a client of Shearman & Sterling prior to its dissolution. |
| Vendors, Contract Counterparties, and Other Parties in Interest | International Business Machines Corporation | IBM and some of its affiliates have been clients of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Filenet Corporation | Filenet Corporation has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2002. |
| Vendors, Contract Counterparties, and Other Parties in Interest | First Data Resources LLC | *First Data Resources Ltd.* is a client of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Group 1 Software, Inc. | Group 1 Software, Inc. has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 1999. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Fujitsu Software Technology Corporation | *Fujitsu America Inc.* and *Fujitsu Systems of America* Inc. have been clients of Shearman & Sterling. Shearman & Sterling has not billed time to those clients for more than ten years. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Expedia Corporate Travel, LLC | *Expedia Inc.* is a client of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Fidelity National Information Services | *Fidelity National Financial Inc.* is the parent of *Fidelity Information Services Inc.*, which has been a client of |

| | | Shearman & Sterling. |
|---|---|---|
| Vendors, Contract Counterparties, and Other Parties in Interest | Jones Day | Jones Day has been a client of Shearman & Sterling. Shearman & Sterling has not billed time to that client for more than ten years. |
| Vendors, Contract Counterparties, and Other Parties in Interest | IPC Information Systems, Inc. | IPC Information Systems Inc. has been a client of Shearman & Sterling. Shearman & Sterling has not billed time to that client in more than ten years. |
| Vendors, Contract Counterparties, and Other Parties in Interest | KPMG LLP | KPMG LLP is a client of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Lanier Worldwide, Inc. dba Ricoh Corp | *Ricoh Europe B.V.* has been a client of Shearman & Sterling. Shearman & Sterling has not billed time to that client in more than ten years. |
| Vendors, Contract Counterparties, and Other Parties in Interest | McDermott, Will & Emery | McDermott, Will & Emery has been a client of Shearman & Sterling. Shearman & Sterling has not billed time to that client for more than ten years. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Mayer, Brown, Rowe & Maw LLP | Mayer, Brown, Rowe & Maw LLP has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 1999. |
| Vendors, Contract Counterparties, and Other Parties in Interest | NCR Corporation; Teradata Corporation NKA NCR Corp | NCR Corporation has been a client of Shearman & Sterling. Shearman & Sterling has not billed time to that client for more than ten years. |
| Vendors, Contract Counterparties, and Other | Mckinsey [sic] & Company | McKinsey & Company has been a client of Shearman & |

| | | |
|---|---|---|
| Parties in Interest | Inc U.S. | Sterling. Shearman & Sterling has not billed time to that client for more than ten years. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Moody's KMV Co | *Moody's Investors Service Inc.* is a client of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Oracle Corporation; Oracle USA, Inc.; Oracle Credit Corp. | Oracle Corporation is a client of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Mastercard International Incorporated – Mastercard | MasterCard International Inc. is a client of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Mercury Interactive | Mercury Interactive is the former employer of a client of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Microsoft; Microsoft Licensing, GP | Microsoft Corporation has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2002. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Michael K. Murphy | Someone named Michael Murphy is or was the Vice President of an entity that has been a client of Shearman & Sterling. But that entity is not listed as an affiliation of Michael K. Murphy on the Conflicts List. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Nexans Inc. | Nexans is a client of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Network Associates | Shearman & Sterling has had a client named *Networks* (not "Network") *Associates Inc.* "Network Associates" is possibly an alternative name for Networks Associates. |

| Vendors, Contract Counterparties, and Other Parties in Interest | New Horizons | *New Horizon Group Inc.* is a client of Shearman & Sterling |
|---|---|---|
| Vendors, Contract Counterparties, and Other Parties in Interest | Mercer Management Consulting, Inc. | Shearman & Sterling has a client that is affiliated with *Mercer Management Associates Ltd.* |
| Vendors, Contract Counterparties, and Other Parties in Interest | Ricoh Americas Corporation | *Ricoh Europe B.V.* has been a client of Shearman & Sterling. Shearman & Sterling has not billed time to that client in more than ten years. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Robert Half International Inc. | Robert Half International Inc. has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 1998. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Simpson Thatcher & Bartlett LLP | Simpson Thatcher & Bartlett LLP has been a client of Shearman & Sterling. Shearman & Sterling has not billed time to that client for more than ten years. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Sidley Austin LLP | Sidley Austin LLP has been a client of Shearman & Sterling. Shearman & Sterling has not billed that client for more than ten years. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Perkins Coie LLP | One partner of Shearman & Sterling acted as a consultant and expert to Perkins Coie LLP. That matter closed in 2005. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Siemens Aktiengesellschaft; Siemens Business Services Inc | Siemens AG is a client of Shearman & Sterling. *Siemens Business Services PTE Ltd.* is related to or affiliated clients of Shearman & Sterling. |

| Vendors, Contract Counterparties, and Other Parties in Interest | Price Waterhouse Coopers | *Price Waterhouse U.S.A., Price Waterhouse & Company,* and *Price Waterhouse GMBH* have been clients of Shearman & Sterling. Shearman & Sterling has not billed time to those clients for more than ten years. |
|---|---|---|
| Vendors, Contract Counterparties, and Other Parties in Interest | Qwest Corporation | *Qwest Communications International Inc.* has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2003. *Qwest Communications Corporation* and *Qwest Communications International Inc.* are related to or affiliated with a client of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Stephen I. Chazen | Stephen I. Chazen is or was the CFO of Occidental Petroleum Corp., which is a client of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Sun Microsystems, Inc. | Sun Microsystems, Inc. has been a client of Shearman & Sterling. Shearman & Sterling has not billed time to that client for more than ten years. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Summit Systems, Inc, a Susidiary [sic] of Misys | *Misys PLC* has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2006. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Washington Mutual Bank | Washington Mutual Bank is a client of Shearman & Sterling in the litigation described in the declaration. Washington Mutual Bank is related to or affiliated with Washington Mutual Savings Bank. Washington Mutual Savings Bank is a Customer of Merrill |

| | | Lynch, which is a client of Shearman & Sterling. |
|---|---|---|
| Vendors, Contract Counterparties, and Other Parties in Interest | Thoughtworks, Inc. | Shearman & Sterling acted as mediator in a dispute that involved Thoughtworks, Inc. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Verizon Business | *Verizon* and *Verizon Wireless* have been clients of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Towers Perrin | *Towers, Perrin, Forster & Crosby Inc.* has been a client of Shearman & Sterling. Shearman & Sterling has not billed time to that client for more than ten years. |
| Vendors, Contract Counterparties, and Other Parties in Interest | U.S. Trust Company – Special Fiduciary Services | *U.S. Trust Corporation* is the parent of a client of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Welles Fargo Bank, National Association ("WFB") | Wells Fargo Bank N.A. is a client of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Xerox | Xerox Corporation is the parent of clients of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other Parties in Interest | Wipro | *Wipro Corporation* is the parent of an entity that has been a client of Shearman & Sterling. |
| Vendors, Contract Counterparties, and Other Parties in Interest | William D. Schulte | William D. Schulte is or was Vice Chairman of KPMG LLP, which is a client of Shearman & Sterling. |

## Parties That Filed a Notice of Appearance

Of the "Parties That Filed a Notice of Appearance" listed on the Conflicts List, the following are current or former clients of Shearman & Sterling or affiliated with current or former clients of Shearman & Sterling:

| Category | Individual/Entity | Description |
| --- | --- | --- |
| Parties That Filed a Notice of Appearance | Office of Thrift Supervision | Shearman & Sterling advised the Office of Thrift Supervision on one matter in 2005. That matter is closed. |
| Parties That Filed a Notice of Appearance | LaSalle Bank, N.A. | LaSalle Bank, N.A. has been a client of Shearman & Sterling. LaSalle Bank, N.A. is also related to or affiliated with ABN AMRO Inc., which is a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2006. |
| Parties That Filed a Notice of Appearance | JPMorgan Chase & Co. | J.P. Morgan Chase is a client of Shearman & Sterling. |
| Parties That Filed a Notice of Appearance | Microsoft Corporation; Microsoft Licensing, GP f/k/a MSLI, GP | Microsoft Corporation has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2002. |

## Insurance Companies

Of the "Insurance Companies" listed on the Conflicts List, the following are current or former clients of Shearman & Sterling or affiliated with current or former clients of Shearman & Sterling:

| Category | Individual/Entity | Description |
| --- | --- | --- |
| Insurance Companies | AIG | American International Group Inc. is a client of Shearman & Sterling. |
| Insurance Companies | Chubb | *Chubb & Son Inc.* has been a client of Shearman & Sterling. |

| | | Shearman & Sterling last billed time to that client in 1999. *Chubb Security PLC* has been a client of Shearman & Sterling. Shearman & Sterling has not billed time to that client in over ten years. |
|---|---|---|
| Insurance Companies | Federal Insurance Company | Federal Insurance Company is related to or affiliated with Chubb & Son Inc., which has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 1999. |
| Insurance Companies | Lloyds | *Lloyds Bank PLC* has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2002. |
| Insurance Companies | Ace American Insurance Co. | *Ace Insurance Company Ltd.* has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2003. |
| Insurance Companies | Travelers | *Travelers Insurance Company Inc.* has been a client of Shearman & Sterling. Shearman & Sterling has not billed time to that client for more than ten years. Travelers is affiliated with or related to Citigroup, which is a client of Shearman & Sterling. |
| Insurance Companies | Zurich American Insurance Company | *Zurich Insurance Company* has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 1999. |
| Insurance Companies | HCC | *HCC Insurance Holdings Inc.* is a client of Shearman & |

| | | Sterling. |
|---|---|---|
| Insurance Companies | American Security Insurance Company | *American Security Life Insurance Company* is related to or affiliated with a client of Shearman & Sterling. |
| Insurance Companies | Hartford Steam & Boiler | *Hartford Steam Boiler Inspection & Ins.* is a client of Shearman & Sterling. |
| Insurance Companies | Lexington | *Lexington Insurance Company Inc.* is related to or affiliated with American International Group Inc., which is a client of Shearman & Sterling. |

**Taxing Authorities**

      Shearman & Sterling does not represent any of the four taxing authorities listed on the Master Retention Checklist.

**Litigation Parties**

      Of the "Litigation Parties" listed on the Conflicts List, the following are current or former clients of Shearman & Sterling or affiliated with current or former clients of Shearman & Sterling:

| Category | Individual/Entity | Description |
|---|---|---|
| Litigation Parties | American Express Travel Related Services Company Inc. | *American Express Company* is a client of Shearman & Sterling. |
| Litigation Parties | CHS Inc. | *CHS Electronics Inc.* is a client of Shearman & Sterling. |
| Litigation Parties | First American Corp. | First American Corp. was a party to a merger with an entity that has been a client of Shearman & Sterling. |

| Litigation Parties | Barbara Alexander | Someone named Barbara Alexander is or was a director of Freddie Mac, which is a client of Shearman & Sterling. |
|---|---|---|
| Litigation Parties | Helaba Invest Kapitalanlagegesellschaft | Helaba is an alternative name for a client of Shearman & Sterling. |
| Litigation Parties | Robert Ross | Someone named Robert Samuel Ross was a client of Shearman & Sterling in 1991. |
| Litigation Parties | Visa USA Inc. | *Visa International* has been a client of Shearman & Sterling. Shearman & Sterling has not billed any time to that client for more than ten years. |
| Litigation Parties | MasterCard | *MasterCard International Inc.* is a client of Shearman & Sterling. |
| Litigation Parties | Ontario Teachers Pension Plan | Ontario Teachers Pension Plan Board is a client of Shearman & Sterling. |
| Litigation Parties | Robert Williams | Someone named Robert Williams is or was vice president of an entity that has been a client of Shearman & Sterling. |
| Litigation Parties | Robert Garber | Someone named Robert Garber is or was an officer to a client of Shearman & Sterling. |

## Members of the Unsecured Creditors' Committee

As described below, all of the entities listed on the Conflicts List as "Members of the Unsecured Creditors' Committee" are or have recently been clients of Shearman & Sterling or are related to or affiliated with clients of Shearman & Sterling.

| Category | Individual/Entity | Description |
|---|---|---|

| Members of the Unsecured Creditors' Committee | Bank of New York Mellon | Bank of New York Mellon is a client of Shearman & Sterling. |
|---|---|---|
| Members of the Unsecured Creditors' Committee | Wilmington Trust Company | Wilmington Trust Company is a client of Shearman & Sterling. |
| Members of the Unsecured Creditors' Committee | Verizon Services Corp. | *Verizon* and *Verizon Wireless* have been clients of Shearman & Sterling. |
| Members of the Unsecured Creditors' Committee | Law Debenture Trust Company of New York | *Law Debenture Corporation Ltd.* has been a client of Shearman & Sterling. *Law Debenture Trust Corporation PLC* is a client of Shearman & Sterling. |
| Members of the Unsecured Creditors' Committee | Wells Fargo Bank N.A. | Wells Fargo Bank N.A. is a client of Shearman & Sterling. |

## Holders of WMI securities

As described below, some of the entities on the Conflicts List as "Holders of WMI" are or have recently been clients of Shearman & Sterling or are related to or affiliated with clients of Shearman & Sterling.

| Category | Individual/Entity | Description |
|---|---|---|
| Holders of WMI securities | Bny Gcm Client Acct (M) Rb6 | *Bank of New York* is a client of Shearman & Sterling. |
| Holders of WMI securities | Citigroup (Travelers) | Citigroup is a client of Shearman & Sterling. |
| Holders of WMI securities | Deutsche Bank | Deutsche Bank is a client of Shearman & Sterling. |
| Holders of WMI securities | Federal Home Loan Bank of Dallas | Federal Home Loan Bank of Dallas has been a client of Shearman & Sterling. Shearman & Sterling has not billed time to that client for more than ten years. |
| Holders of WMI securities | AIG Global Investment | AIG Global Investment |

| | Corporation | Corporation is a client of Shearman & Sterling. |
|---|---|---|
| Holders of WMI securities | Fidelity Management & Research Co. | Fidelity Management & Research Co. has been a client of Shearman & Sterling. Shearman & Sterling has not billed time to that client in more than ten years. |
| Holders of WMI securities | Allianz Life Insurance Company of North America | *Allianz AG* is the parent of several Shearman & Sterling clients. |
| Holders of WMI securities | AMR Investment Management | *AMR Corporation* has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2000. |
| Holders of WMI securities | Bank One National Securities | *Bank One Corporation* and *Bank One N.A.* are clients of Shearman & Sterling. |
| Holders of WMI securities | Barclays Capital – London; Barclays Global Investors | Barclays Capital, is a client of Shearman & Sterling. Barclays Global Investors N.A. has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2006. |
| Holders of WMI securities | Baird Associates | *Baird Corporation* has been a client of Shearman & Sterling. Shearman & Sterling has not billed time to that client for more than ten years. |
| Holders of WMI securities | Cigna Corp. | Cigna Corp. is a client of Shearman & Sterling. |
| Holders of WMI securities | DBL Equities | *Drexel Burnham Lambert Group Inc.* was a client of Shearman & Sterling prior to its dissolution. |

| Holders of WMI securities | Bank Hapoalim B.M. | Bank Hapoalim B.M. has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2005. |
|---|---|---|
| Holders of WMI securities | Blackrock Financial Management | *Blackrock Financial Management Inc.* has been a client of Shearman & Sterling. |
| Holders of WMI securities | Brandes Investment Partners & Co. | *Brandes Investment Partners L.P.* has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2006. |
| Holders of WMI securities | Citizens Bank of Rhode Island Trust | *Citizens Bank* is affiliated with a client of Shearman & Sterling. |
| Holders of WMI securities | Franklin Templeton Investments | Franklin Templeton Investments does business as Franklin Resources, Inc., which is a client of Shearman & Sterling. |
| Holders of WMI securities | Capital Research & Management | *Capital Research & Management Company* has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2005. |
| Holders of WMI securities | GE Asset Management | *General Electric Company* is a client of Shearman & Sterling. |
| Holders of WMI securities | JPMorgan Chase; JPMorgan Chase – London; JPMorgan Chase – Luxembourg; JPMorgan Investment Management | J.P. Morgan Chase is a client of Shearman & Sterling. |
| Holders of WMI securities | Israel Discount Bank | *Israel Discount Bank of New York* has been a client of Shearman & Sterling. Shearman & Sterling has not |

| | | |
|---|---|---|
| | | billed time to that client for more than ten years. |
| Holders of WMI securities | Lazard Freres Asset Management | *Lazard Freres* and *Lazard Asset Management* are clients of Shearman & Sterling. |
| Holders of WMI securities | Janus Capital Corporation | *Janus Capital Management LLC* has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2005. Janus Capital Corporation is related to or affiliated with entities that have been clients of Shearman & Sterling. |
| Holders of WMI securities | Hewlett-Packard's [sic] Company | *Hewlett Packard Asia Pacific PTE Ltd* has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2005. *Hewlett-Packard Corporation* is or was the parent of an entity that has been a client of Shearman & Sterling. |
| Holders of WMI securities | ING Investment Management | *ING Groep N.V.* and some of its affiliates are clients of Shearman & Sterling. |
| Holders of WMI securities | Morgan Stanley Asset Management | *Morgan Stanley & Co.* is a client of Shearman & Sterling. |
| Holders of WMI securities | Nationwide Life Insurance Company | Nationwide Life Insurance Company is a client of Shearman & Sterling. |
| Holders of WMI securities | National Bank of Detroit | National Bank of Detroit is a client of Shearman & Sterling. |
| Holders of WMI securities | Prudential Investments | Shearman & Sterling has represented many Prudential entities. |

| Holders of WMI securities | Metropolitan Life Insurance Company | Metropolitan Life Insurance Company is a client of Shearman & Sterling. |
|---|---|---|
| Holders of WMI securities | Pacific Investment Management Company LLC (PIMCO) | PIMCO is a client of Shearman & Sterling. |
| Holders of WMI securities | National City Bank – Columbus Ohio – Sub A/C | *National City* has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2001. |
| Holders of WMI securities | Putnam Investment Management | *Putnam Investments LLC* has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2006. *Putnam Investment Management LLC* is or was related to or affiliated with an entity that has been a client of Shearman & Sterling. |
| Holders of WMI securities | Phoenix Investment Counsel, Inc. | *Phoenix Investment Managers* is the parent of an entity that has been a client of Shearman & Sterling. |
| Holders of WMI securities | Northern Trust Global Investments | *Northern Trust Company* and *Northern Trust Corporation* are the parents of entities that have been clients of Shearman & Sterling. |
| Holders of WMI securities | TIAA-CREF | TIAA-CREF is a client of Shearman & Sterling. |
| Holders of WMI securities | Susquehanna Bancshres [sic] Inc | *Susquehanna Investment Group* is a client of Shearman & Sterling. *Susquehanna Financial Group LLLP* has been a client of Shearman & Sterling. |
| Holders of WMI securities | T. Rowe Price Associates Inc. | T. Rowe Price Associates Inc. has been a client of Shearman |

| | | & Sterling. Shearman & Sterling has not billed time to that client for more than ten years. |
|---|---|---|
| Holders of WMI securities | State Street Global Advisors (SSGA) | State Street Global Advisors has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2002. |
| Holders of WMI securities | Smith Breeden Associates | Smith Breeden Associates has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2006. |
| Holders of WMI securities | Wellington Management Company, LLP | Wellington Management Company, LLP is a client of Shearman & Sterling. |
| Holders of WMI securities | UBS Global Asset Management | UBS Global Asset Management has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2005. Its parent is UBS AG, which is a client of Shearman & Sterling. |

## Hedge Fund Custodians

As described below, all of the entities on the Conflicts List as "Hedge Fund Custodians" are or have recently been clients of Shearman & Sterling or are related to or affiliated with clients of Shearman & Sterling.

| Category | Individual/Entity | Description |
|---|---|---|
| Hedge Fund Custodians | ABN AMRO Incorporated/Equity Finance | ABN AMRO Inc. is a client of Shearman & Sterling. |
| Hedge Fund Custodians | Banc of America Securities LLC; Banc of America Securities LLC, as Agent for BA Futures, Inc. | Bank of America Securities is a client of Shearman & Sterling. |

| | | |
|---|---|---|
| Hedge Fund Custodians | The Bank of New York//DBAG London Global Markets | Bank of New York is a client of Shearman & Sterling. |
| Hedge Fund Custodians | BNY/DBTC Americas/Deutsche Bank AG, London | BNY and Deutsche Bank are clients of Shearman & Sterling. |
| Hedge Fund Custodians | BNY/HVB Clearing | BNY is a client of Shearman & Sterling. |
| Hedge Fund Custodians | Citigroup Global Markets Inc./Salomon Brothers | Citigroup Global Markets and Salomon Brothers are clients of Shearman & Sterling. |
| Hedge Fund Custodians | Credit Suisse Securities (USA) LLC | Credit Suisse Securities is a client of Shearman & Sterling. |
| Hedge Fund Custodians | Deutsche Bank Securities, Inc. | Deutsche Bank is a client of Shearman & Sterling. |
| Hedge Fund Custodians | Goldman Sachs Execution & Clearing, L.P.; Goldman Sachs International; Goldman, Sachs & Co. | Goldman, Sachs & Co. is a client of Shearman & Sterling. |
| Hedge Fund Custodians | J.P. Morgan Securities Inc. | J.P. Morgan Chase is a client of Shearman & Sterling. |
| Hedge Fund Custodians | Merrill Lynch, Pierce Fenner & Smith Incorporated | Merrill Lynch is a client of Shearman & Sterling. |
| Hedge Fund Custodians | Morgan Stanley & Co. Incorporated; Morgan Stanley – International Limited | Morgan Stanley & Co. is a client of Shearman & Sterling. |
| Hedge Fund Custodians | Lehman Brothers Inc./Equity Finance; Lehman Brothers, Inc.; LBI – Lehman Government Securities Inc. | Lehman Brothers Inc. is a client of Shearman & Sterling. |
| Hedge Fund Custodians | BNP Paribas Securities Corp.; BNP Paribas Securities Corp./Fixed Income | *BNP Paribas* is a client of Shearman & Sterling. |
| Hedge Fund Custodians | Bear, Stearns Securities Corp. | *Bear Stearns & Co. Inc.* is a client of Shearman & Sterling. |

| Hedge Fund Custodians | UBS AG Stamford Branch/As Custodian for UBS AG London Branch | UBS AG is a client of Shearman & Sterling. |
|---|---|---|
| Hedge Fund Custodians | UBS Securities LLC | UBS Securities LLC is the former name of UBS Limited, which is a client of Shearman & Sterling. |

## Retail Brokerage Houses

As described below, many of the entities on the Conflicts List as "Retail Brokerage Houses" are or have recently been clients of Shearman & Sterling or are related to or affiliated with clients of Shearman & Sterling.

| Category | Individual/Entity | Description |
|---|---|---|
| Retail Brokerage Houses | JPMorgan Chase Bank Correspondence Clearing Services 2; JPMorgan Chase Bank/PCS Shared Services | J.P. Morgan Chase is a client of Shearman & Sterling. |
| Retail Brokerage Houses | Merrill Lynch Safekeeping | Merrill Lynch is a client of Shearman & Sterling. |
| Retail Brokerage Houses | Citigroup Global Markets Inc. | Citigroup Global Markets Inc. is a client of Shearman & Sterling. |
| Retail Brokerage Houses | H&R Block Financial Advisors, Inc. | H&R Block Financial Advisors, Inc. is a client of Shearman & Sterling. |
| Retail Brokerage Houses | Fiserv Trust Company (TD Ameritr) | *Fiserv, Inc.* has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 1998. |
| Retail Brokerage Houses | CIBC World Markets Corp. | *CIBC World Markets* is a client of Shearman & Sterling. |
| Retail Brokerage Houses | Edward D. Jones & Co. | *Edward D. Jones & Company L.P.* has been a client of Shearman & Sterling. Shearman & Sterling has not |

| Retail Brokerage Houses | | billed time to that client in more than ten years. |
|---|---|---|
| Retail Brokerage Houses | HSBC Securities (Canada) Inc./CDS | *HSBC Holdings PLC* and *HSBC Bank PLC* are clients of Shearman & Sterling. |
| Retail Brokerage Houses | BMO Nesbitt Burns Inc./CDS | *BMO Nesbitt Burns Ltd.* is a client of Shearman & Sterling. |
| Retail Brokerage Houses | Charles Schwab & Co., Inc. | Charles Schwab & Co., Inc. has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2006. |
| Retail Brokerage Houses | E*Trade Clearing LLC | *E*Trade Financial Corporation* is a client of Shearman & Sterling. |
| Retail Brokerage Houses | Janney Montgomery Scott Inc. | Janney Montgomery Scott, Inc. has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2007. |
| Retail Brokerage Houses | Morgan Stanley DW Inc. | *Morgan Stanley & Co.* is a client of Shearman & Sterling. |
| Retail Brokerage Houses | National Financial Services, LLC | *National Financial Services Corporation* is a subsidiary of an entity that is a client of Shearman & Sterling. |
| Retail Brokerage Houses | Oppenheimer & Co. Inc. | Oppenheimer & Co. Inc. has been a client of Shearman & Sterling. Shearman & Sterling has not billed time to that client in more than ten years. |
| Retail Brokerage Houses | RBC Dominion Securities, Inc./CDS | RBC Dominion Securities Inc. is a client of Shearman & Sterling. |
| Retail Brokerage Houses | RBC Dain Rauscher Inc. | RBC Dain Rauscher Corporation has been a client |

| | | |
|---|---|---|
| | | of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2004. |
| Retail Brokerage Houses | Raymond, James & Associates, Inc. | *Raymond James Financial Inc.* has been a client of Shearman & Sterling. |
| Retail Brokerage Houses | Pershing LLC | Pershing LLC is affiliated with an entity that is a client of Shearman & Sterling. |
| Retail Brokerage Houses | UBS Financial Services LLC | *UBS Financial Services Inc.* is a client of Shearman & Sterling. *UBS AG* is a client of Shearman & Sterling. |
| Retail Brokerage Houses | Scotia Capital Inc./CDS | *Scotia Capital* is a client of Shearman & Sterling. |
| Retail Brokerage Houses | US Bancorp Investments, Inc. | *US Bancorp* has been a client of Shearman & Sterling. Shearman & Sterling last billed time to that client in 2006. |
| Retail Brokerage Houses | Wells Fargo Investment, LLC | *Wells Fargo Bank N.A.* is a client of Shearman & Sterling. |
| Retail Brokerage Houses | Sanford C. Bernstein & Co., LLC | *Sanford C. Bernstein Fund Inc.* and *Sanford C. Bernstein Fund II Inc.* have been clients of Shearman & Sterling. |
| Retail Brokerage Houses | Wachovia Securities, LLC | Wachovia Securities, LLC is a client of Shearman & Sterling. |

## **Schedule C**

CURRENT STANDARD HOURLY RATES

| Attorney | Rate |
|---|---|
| Thomas D. Johnston | $950 |
| Steven R. Dixon | $630 |