# Exhibit B

Proposed Order

RLF1-3339137-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                              :
*In re*                                       : **Chapter 11**
                                              :
**WASHINGTON MUTUAL, INC., et al.,**[1]       : **Case No. 08-12229 (MFW)**
                                              :
                                              : **(Jointly Administered)**
            **Debtors.**                      :
                                              : Re: Docket No. _____
---------------------------------------------------------------x

## ORDER PURSUANT TO SECTIONS 327(e) AND 328(a) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF SHEARMAN & STERLING LLP AS SPECIAL TAX COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO OCTOBER 8, 2008

Upon the application, dated November 7, 2008 (the "Application"), of Washington Mutual, Inc. ("WMI") and WMI Investment Corp. ("WMI Investment"), as debtors and debtors in possession (collectively, the "Debtors"), for entry of an order pursuant to sections 327(e) and 328(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), authorizing the Debtors to employ and retain Shearman & Sterling LLP ("Shearman & Sterling") as special tax counsel to the Debtors *nunc pro tunc* to October 8, 2008;[2] and upon the Declaration of Thomas D. Johnston (the "Johnston Declaration"), a partner at Shearman & Sterling, which is annexed to the Application; and the Court being satisfied based on the representations made in the Application and in the Johnston Declaration that Shearman & Sterling represents no interest adverse to the Debtors' estates with respect to the matters upon which they are to be engaged; and that their employment is necessary and in the best interests of

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Application.

the Debtors' estates; and that the terms of the engagement are reasonable terms for the purposes of section 328(a) of the Bankruptcy Code; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Application is in the best interests of the Debtors, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is granted; and it is further

ORDERED, that in accordance with sections 327(e) and 328(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court District of Delaware (the "Local Rules"), the Debtors are authorized to employ and retain Shearman & Sterling as special tax counsel to the Debtors in the above-captioned cases on the terms set forth in the Application and this order, effective *nunc pro tunc* to October 8, 2008; and it is further

ORDERED, that Shearman & Sterling shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, this order, and any other applicable orders of this Court; and it is further

ORDERED, that during the pendency of any of the Debtors' chapter 11 cases, this Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation or enforcement of this Order.

Dated: November ____, 2008
      Wilmington, Delaware

                                                                                                   _____
                                                                 THE HONORABLE MARY F. WALRATH
                                                                 UNITED STATES BANKRUPTCY JUDGE