## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
*In re*                          :        **Chapter 11**

**WASHINGTON MUTUAL, INC., <u>et al.</u>,**[1]    :

                                 :        **Case No. 08- 12229 (MFW)**

        **Debtors.**             :        **(Jointly Administered)**
:
:
------------------------------------------------------------x

### NOTICE OF FILING OF MONTHLY FEE AND SERVICES REPORT OF ALVAREZ & MARSAL AS RESTRUCTURING ADVISORS FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM <u>OCTOBER 1, 2008 THROUGH OCTOBER 31, 2008</u>

PLEASE TAKE NOTICE THAT, pursuant to that certain *Order Authorizing the Employment and Retention of Alvarez & Marsal North America, LLC as Restructuring Advisors for the Debtors and Debtors in Possession*, dated November 7, 2008 [Docket No. 246], attached is a monthly fee and services report from Alvarez & Marsal North America, LLC for the time period of October 1, 2008 through October 31, 2008.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

Dated: December 2, 2008
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

_____

Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Lee E. Kaufman (No. 4877)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

**WEIL, GOTSHAL & MANGES LLP**
Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
Michael F. Walsh, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

_Attorneys to the Debtors_
_and Debtors in Possession_

RLF1-3345823-1



# ALVAREZ & MARSAL

100 Pine Street, Suite 2200 ♦ San Francisco, CA 94111 ♦ Phone: 415.490.2300 ♦ Fax: 415.837.1684

November 20, 2008

Robert Williams
Executive Vice President
Washington Mutual, Inc.
1301 Second Avenue
Seattle, WA 98101

**INVOICE #:**         83432 - 1

SPECIAL SERVICES RENDERED
    By Alvarez & Marsal

| | Hours | Rate | Total |
|---|---|---|---|
| Fees:        10/1 - 10/31/2008 | | | |
| Restructuring | | | $    740,145.00 |
| DAF (litigation) | | | 40,620.00 |
| Insurance | | | 9,600.00 |
| Tax | | | 335,156.50 |
| Total Fees: | | | $ 1,125,521.50 |
| Out-of-Pocket Expenses: | | | $      58,540.92 |
| **TOTAL DUE:** | | | $ 1,184,062.42 |

Note:
Detail by person provided on separate pages.

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ Los Angeles ♦ New York ♦ Phoenix ♦ San Francisco
London ♦ Paris ♦ Hong Kong



ALVAREZ & MARSAL

100 Pine Street, Suite 2200 • San Francisco, CA 94111 • Phone: 415.490.2300 • Fax: 415.837.1684

**Expense Detail**
**Period Covering**
**10/1 - 10/31/2008**

| | | |
|---|---|---:|
| | Airfare | $ 20,227.25 |
| | Ground Transportation | 5,409.64 |
| | Meals | 6,413.48 |
| | Hotel | 26,490.55 |
| | Telecom | - |
| | Miscellaneous | - |
| [1] | Total Out-of-Pocket Expenses | $ 58,540.92 |

Notes:
[1] Expenses included in this invoice may fall outside the period of services rendered but
in no event will include expenses incurred pre-petition.



**ALVAREZ & MARSAL**

100 Pine Street, Suite 2200 ♦ San Francisco, CA 94111 ♦ Phone: 415.490.2300 ♦ Fax: 415.837.1684

November 20, 2008

Robert Williams
Executive Vice President
Washington Mutual, Inc.
1301 Second Avenue
Seattle, WA 98101

**INVOICE #:**          **83432 - 1**

SPECIAL SERVICES RENDERED
      By Alvarez & Marsal

| | | Hours | Rate | | Total | |
|---|---|---|---|---|---|---|
| Fees: | 10/1 - 10/31/2008 | | | | | |
| **Restructuring** | | | | | | |
| Kosturos | | 253.50 | $ | 695 | $ | 176,182.50 |
| Maciel | | 279.80 | | 540 | | 151,092.00 |
| Wells | | 109.85 | | 530 | | 58,220.50 |
| Goulding | | 264.00 | | 490 | | 129,360.00 |
| Jain | | 169.00 | | 475 | | 80,275.00 |
| Western | | 71.70 | | 475 | | 34,057.50 |
| Arko | | 114.00 | | 390 | | 44,460.00 |
| Ojha | | 198.50 | | 335 | | 66,497.50 |
| | | | | | $ | 740,145.00 |

**Washington Mutual, Inc. (83432)**
**Time Summary**
**Kosturos**
**Restructuring**

| Day | Date | Time | Rate | Billings | Description |
|---|---|---|---|---|---|
| Thur | 10/2/2008 | 11.00 | $ 695 | $ 7,645.00 | Initial download of information including trial balances, legal structure, etc. Met with Stewart Landefeld and Weil Gotshal to discuss issues. |
| Fri | 10/3/2008 | 10.00 | 695 | 6,950.00 | Meetings to discuss access to information and document preservation. Review of organizational structure and restricted stock. |
| Sat | 10/4/2008 | 4.00 | 695 | 2,780.00 | Attendance at Board Meeting and calls with executives. |
| Sun | 10/5/2008 | 4.00 | 695 | 2,780.00 | Review of list of bank accounts and strategic capital fund. |
| Mon | 10/6/2008 | 11.00 | 695 | 7,645.00 | Review of both bankrupt and non-bankrupt entities. Discussions regarding captive insurance companies. |
| Tues | 10/7/2008 | 11.00 | 695 | 7,645.00 | Discussions pertaining to the transition services agreement. Review of analysis related to insurance companies. Call with banks re: accounts. |
| Wed | 10/8/2008 | 11.00 | 695 | 7,645.00 | Review of accounting processes. Review of pension plans. |
| Thur | 10/9/2008 | 12.00 | 695 | 8,340.00 | Review of consolidated balance sheet. Review of board presentation and legal entity chart. Meeting with JPM executives. |
| Fri | 10/10/2008 | 11.00 | 695 | 7,645.00 | Review of team work plan and next steps. Call regarding intellectual property. Meetings with JPM executives. |
| Sat | 10/11/2008 | 4.00 | 695 | 2,780.00 | Attendance at Board Meeting and calls with executives. |
| Sun | 10/12/2008 | 3.00 | 695 | 2,085.00 | Review of consolidating balance sheet. |
| Mon | 10/13/2008 | 11.00 | 695 | 7,645.00 | Review of staffing plan. Meeting with potential new hire candidates; Review of cash management analysis. |
| Tues | 10/14/2008 | 10.00 | 695 | 6,950.00 | 1031 exchange analysis. Review of capital calls pertaining to the strategic capital account. Travel to Philadelphia. |
| Wed | 10/15/2008 | 10.00 | 695 | 6,950.00 | Attendance at 341 meeting, hearing on NOL and A&M retention. |
| Thur | 10/16/2008 | 11.00 | 695 | 7,645.00 | Call regarding trust issues. Call with FTI regarding open items. Discussions pertaining to BOLI & COLI. Participation in Board call. |
| Fri | 10/17/2008 | 8.00 | 695 | 5,560.00 | Calls with FTI & Akin pertaining to open items. |
| Sat | 10/18/2008 | 2.50 | 695 | 1,737.50 | Review of team workplan and next steps. Calls with JPM executives. |
| Sun | 10/19/2008 | 2.00 | 695 | 1,390.00 | Review of analysis pertaining to the strategic capital fund. |
| Mon | 10/20/2008 | 12.00 | 695 | 8,340.00 | Discussions pertaining to the Transition Services Agreement. Review of information access plan. |
| Tues | 10/21/2008 | 12.00 | 695 | 8,340.00 | Review of revised organizational structure. Discussions regarding the strategic capital fund. |
| Wed | 10/22/2008 | 11.00 | 695 | 7,645.00 | Discussions regarding escrow information. Review of intellectual property issues. Review of staffing situation. |
| Thur | 10/23/2008 | 12.00 | 695 | 8,340.00 | Review of issues related to executory contracts. Review of pension analysis. Participation in Board call. |
| Fri | 10/24/2008 | 10.00 | 695 | 6,950.00 | Staffing review and analysis. Review of issues pertaining to the strategic capital fund. |
| Sat | 10/25/2008 | 2.00 | 695 | 1,390.00 | Review of team workplan and next steps. |
| Sun | 10/26/2008 | 2.00 | 695 | 1,390.00 | Review of 1031 issues. |
| Mon | 10/27/2008 | 4.00 | 695 | 2,780.00 | Review of analysis pertaining to BOLI/COLI. Discussions pertaining pension plans and cash management. |
| Tues | 10/28/2008 | 10.00 | 695 | 6,950.00 | Review of draft MOR. Discussions related to executory contract issues. Travel to New York. |
| Wed | 10/29/2008 | 11.00 | 695 | 7,645.00 | Meeting with JPM, FDIC and Creditors' Committee in New York. |
| Thur | 10/30/2008 | 11.00 | 695 | 7,645.00 | Discussions pertaining to intercompany accounting issues. Discussions related to the TSA. |
| Fri | 10/31/2008 | 10.00 | 695 | 6,950.00 | Status Meeting with Stewart Landefeld, Discussions with HR pertaining to WMI staffing. |
| **Total** | | **253.50** | | **$ 176,182.50** | |

Subject to Change

**Washington Mutual, Inc. (83432)**
Time Summary
Maciel
Restructuring

| Day | Date | Time | Rate | Billings | Description |
|---|---|---|---|---|---|
| Thur | 10/2/2008 | 10.00 | $ 540 | $ 5,400.00 | Initial download of information. Initial meetings and next steps. Document review. |
| Fri | 10/3/2008 | 10.00 | 540 | 5,400.00 | Initial meetings and information gathering. Document preservation. Discuss organizational structure |
| Mon | 10/6/2008 | 10.00 | 540 | 5,400.00 | Review additional entities information. Work on creditor/equity matrices |
| Tues | 10/7/2008 | 12.50 | 540 | 6,750.00 | Consolidating balance sheet. Working on transition services agreements. Accounting processes |
| Wed | 10/8/2008 | 11.50 | 540 | 6,210.00 | Accounting processes. Working on transition services agreements. Creditor matrices. |
| Thur | 10/9/2008 | 13.50 | 540 | 7,290.00 | A/P and accounting processes. Equity listing. First pass of consolidating balance sheet. |
| Fri | 10/10/2008 | 10.00 | 540 | 5,400.00 | Worked on equity listing and the top 30 creditor listing. |
| Sun | 10/12/2008 | 3.00 | 540 | 1,620.00 | Consolidating balance sheet. 1031 Exchange situation analysis |
| Mon | 10/13/2008 | 10.00 | 540 | 5,400.00 | Track down balance sheet explanations for all entities. Work further on 1031 Exchange. |
| Tues | 10/14/2008 | 12.50 | 540 | 6,750.00 | Tracking down additional 1031 Exchange company information and issues. Reconciliation of cash accounts |
| Wed | 10/15/2008 | 14.50 | 540 | 7,830.00 | 1031 Exchange company issues. Tracking down CCB Trust guarantor issues. |
| Thur | 10/16/2008 | 13.50 | 540 | 7,290.00 | Transition Services Agreement work. Review of CCBI life insurance policies and BOLI/COLI issues |
| Fri | 10/17/2008 | 11.00 | 540 | 5,940.00 | CCBI/1031 Exchange Company cash surrender value policies. Download on equity securities structure |
| Sat | 10/18/2008 | 2.00 | 540 | 1,080.00 | Organizing case administration and issues. |
| Sun | 10/19/2008 | 8.00 | 540 | 4,320.00 | Addressing 1031 Exchange companies. Organizing case issues. |
| Mon | 10/20/2008 | 12.00 | 540 | 6,480.00 | TSA review and discussions. 1031 Exchange company investigation. Develop information access plan |
| Tues | 10/21/2008 | 12.50 | 540 | 6,750.00 | Work on information access. Work with accounting on information coordination |
| Wed | 10/22/2008 | 11.00 | 540 | 5,940.00 | 1031 Exchange company issues management and investigation. Work on schedules, SOFA and Doc requests |
| Thur | 10/23/2008 | 12.00 | 540 | 6,480.00 | Contracts preparation and review including reacting to motions. 1031 Exchange issues. |
| Fri | 10/24/2008 | 10.00 | 540 | 5,400.00 | Contracts preparation. BOLI/COLI review. 1031 Exchange issues. |
| Sat | 10/25/2008 | 1.00 | 540 | 540.00 | Responded to emails and questions left over from week |
| Sun | 10/26/2008 | 7.60 | 540 | 4,104.00 | 1031 Exchange company business case review. Contracts research |
| Mon | 10/27/2008 | 14.30 | 540 | 7,722.00 | 1031 Exch company review. Download of BOLI/COLI information. US Trustee Request and Initial MOR |
| Tues | 10/28/2008 | 14.90 | 540 | 8,046.00 | US Trustee Request and Initial MOR. 1031 Exchange business case review. Contracts review. Intercompany accounting review. |
| Wed | 10/29/2008 | 12.00 | 540 | 6,480.00 | US Trustee Request and Initial MOR. Intercompany accounting discussion and review. Asset identification. |
| Thur | 10/30/2008 | 11.60 | 540 | 6,264.00 | US Trustee Request and Initial MOR. TSA discussions and accounting infrastructure. |
| Fri | 10/31/2008 | 8.90 | 540 | 4,806.00 | 1031 Exchange follow-up and windown. Insurance coverage issues. Address JPMorgan transition issues. |
| **Total** | | **279.80** | | **$ 151,092.00** | |

Confidential Draft          Subject to Change

**Washington Mutual, Inc. (83432)**
**Time Summary**
**Wells**
**Restructuring**

| Day | Date | Time | Rate | Billings | Description |
|---|---|---|---|---|---|
| Mon | 10/20/2008 | 10.00 | $ 530 | $ 5,300.00 | Introduction to Captive Insurance Business; Discussion with P. Struck re: operations of the business; Review of historical financial statements |
| Tues | 10/21/2008 | 11.50 | 530 | 6,095.00 | Discussion with R. Moore (Investment Mgmt) re: investment portfolio; Review of prelim Run-off scenario; Aggregate/Review all Reinsurance Agreements |
| Wed | 10/22/2008 | 10.50 | 530 | 5,565.00 | Introduction/Creation of To-Do List with Marsh Management (VT); Review of cession statements/reinsurance agreements |
| Thur | 10/23/2008 | 11.50 | 530 | 6,095.00 | Introduction/Creation of To-Do List with Marsh Management (Hawaii); Intro to Milliman |
| Fri | 10/24/2008 | 9.75 | 530 | 5,167.50 | Coordinate filing of D&Os / Bios with State Commission's office; Discussion with PMI on cession statements; Hawaii contingency letter review/distribution |
| Mon | 10/27/2008 | 10.60 | 530 | 5,618.00 | Creation of run-off letters for all MIs; Discussion with Genworth on cession statements/trusts; Discussion with VT/Hawaii local counsel |
| Tues | 10/28/2008 | 13.60 | 530 | 7,208.00 | Continue Discounted Cash Flow of captives; Aggregate captive due diligence documents for FTI; Discussion/prelim analysis of capital calls/process |
| Wed | 10/29/2008 | 12.90 | 530 | 6,837.00 | Creation of Discounted Cash Flow of captives; Aggregate captive due diligence documents for FTI |
| Thur | 10/30/2008 | 13.80 | 530 | 7,314.00 | Discussion with former WAMU counsel on WMMRC o/s lawsuit; Review capital/maintenance requirements |
| Fri | 10/31/2008 | 5.70 | 530 | 3,021.00 | Discussion with Triad on cession statements; finish Cash flow begin capital/main cash flow requirements; creation of intro ppt presentation on captives; Process Marion expenses |
| **Total** | | **109.85** | | **$ 58,220.50** | |

Confidential Draft

Subject to Change

**Washington Mutual, Inc. (83432)**
Time Summary
Goldfrain
Restructuring

| Day | Date | Time | Rate | Billings | Description |
|---|---|---|---|---|---|
| Thur | 10/2/2008 | 9.00 | $ 490 | $ 4,410.00 | Reviewed initial documents including field balances, legal structure, etc.; Met with Stewart Landsfeld and Wei Grobhai to discuss various issues |
| Fri | 10/3/2008 | 9.00 | 490 | 4,410.00 | Meeting to discuss documents; Call to discuss restricted stocks; development of a workplan for the team; work with Joelle Frank to get them engaged and up to speed. |
| Sat | 10/4/2008 | 5.00 | 490 | 2,650.00 | Assisted in pulling together bank account list; continued development of workplan |
| Sun | 10/5/2008 | 3.00 | 490 | 1,470.00 | Additional follow up on pulling together bank account list; continued development of workplan |
| Mon | 10/6/2008 | 10.00 | 490 | 4,900.00 | Review of Strategic Capital Fund and pending capital calls; Review of captive insurance companies; discussion of Keystone escrow account |
| Tues | 10/7/2008 | 11.00 | 490 | 5,390.00 | Call to discuss Captive Insurance companies; Call with BNY Mellon to discuss accounts; calls with banks to begin setting up new treasury system |
| Wed | 10/8/2008 | 10.50 | 490 | 5,145.00 | Review of VMPF Conditional Exchange; Review of pension plans; continued work on new bank accounts |
| Thur | 10/9/2008 | 11.00 | 490 | 5,390.00 | Development of Board Presentation; continued work on new bank accounts; continued review of legal and entity structure |
| Fri | 10/10/2008 | 9.00 | 490 | 4,410.00 | Call to discuss VMI Intellectual Property; continued review of legal and entity structure |
| Sat | 10/11/2008 | 1.00 | 490 | 490.00 | Reviewed emails and developed work plan for upcoming week; |
| Sun | 10/12/2008 | 1.00 | 490 | 490.00 | Reviewed emails and developed work plan for upcoming week; |
| Mon | 10/13/2008 | 11.00 | 490 | 5,390.00 | Developed hiring plan and met with potential new hire candidates; continued work on new bank accounts; discussion of contingent assets and liabilities |
| Tues | 10/14/2008 | 12.00 | 490 | 5,880.00 | Continued work on new bank accounts; continued discussion of cash and cash accounts; continued work on developing a hiring plan |
| Wed | 10/15/2008 | 11.50 | 490 | 5,635.00 | Ongoing discussions with potential additional personnel; continued discussion on cash accounts |
| Thur | 10/16/2008 | 13.00 | 490 | 6,370.00 | Call with Union Bank to discuss Rabbi Trusts; Call with FTI; Discussions regarding captive insurance companies |
| Fri | 10/17/2008 | 10.00 | 490 | 4,900.00 | Call with FTI & Akin to discuss various case issues; continued work on analyzing capital calls |
| Sat | 10/18/2008 | 5.00 | 490 | 2,450.00 | Ongoing analysis of cash accounts; review of Strategic Capital Fund |
| Sun | 10/19/2008 | 4.00 | 490 | 1,960.00 | Reviewed emails, got organized for the week ahead; work on signature cards |
| Mon | 10/20/2008 | 12.00 | 490 | 5,880.00 | Thorough review of current case issues; work on signature cards; outlined potential revised org structure |
| Tues | 10/21/2008 | 12.00 | 490 | 5,880.00 | Call with FTI regarding the TSA; Call to discuss how to proceed with the Strategic Capital Fund; |
| Wed | 10/22/2008 | 12.00 | 490 | 5,880.00 | Review of Keystone escrow memo; Discussed Intellectual property issues; ongoing conversations about potential additional VMI personnel |
| Thur | 10/23/2008 | 13.00 | 490 | 6,370.00 | Continued contract review and discussion, ongoing development of new treasury system; discussions with legacy WaMu personnel on Rabbi Trusts BOLI/COLI |
| Fri | 10/24/2008 | 10.50 | 490 | 5,145.00 | Discussion with Brian Pedersen on Pension Plans; ongoing review of additional VMI personnel needs; ongoing review of SCF capital calls; prepared insurance bio |
| Sat | 10/25/2008 | 1.00 | 490 | 490.00 | Responded to small questions on vendor motions; reviewed JPM Wind Power documents |
| Sun | 10/26/2008 | 1.00 | 490 | 490.00 | Reviewed emails and developed work plan for upcoming week; |
| Mon | 10/27/2008 | 11.00 | 490 | 5,390.00 | Met with Linda Roseborough to discuss BOLI/COLI/Rabbi Trusts; Reviewed docs related to pension plans; continue work on setting up new Treasury system |
| Tues | 10/28/2008 | 12.00 | 490 | 5,880.00 | Prepared initial cash flow forecast; discussed and provided direction on WaMu PAC; continued evaluation of pensions and additional meetings to discuss |
| Wed | 10/29/2008 | 11.50 | 490 | 5,635.00 | Discussion with JPM regarding HR related issues; continued review of SCF capital calls; finalized initial cash flow forecast |
| Thur | 10/30/2008 | 12.00 | 490 | 5,880.00 | Discussed VMI accounting system, process for closing the books, etc.; Continued working on developing new Treasury system and moving money; Met with HR to discuss VMI organization; Started developing a plan to liquidate the venture fund |
| Fri | 10/31/2008 | 10.00 | 490 | 4,900.00 | Status Meeting with Stewart Landsfeld; Discussions with HR regarding building out WMI organization |
| **Total** | | **284.00** | | **$ 129,360.00** | |

Confidential Draft                                             Subject to Change

**Washington Mutual, Inc. (83432)**
**Time Summary**
**Jain**
**Restructuring**

| Day | Date | Time | Rate | Billings | Description |
|---|---|---|---|---|---|
| Mon | 10/13/2008 | 8.00 | $ 475 | $ 3,800.00 | Understanding of WMI organizational chart and non-operating subsidiaries. |
| Tues | 10/14/2008 | 12.00 | 475 | 5,700.00 | Review of 27 subsidiaries (all WMI entities besides WMI, WMI Investments, 1031, Marion and WM Reinsurance). |
| Wed | 10/15/2008 | 12.00 | 475 | 5,700.00 | Preparation of consolidated balance sheet for SEC. |
| Thur | 10/16/2008 | 13.00 | 475 | 6,175.00 | Initial review of subsidiary balance sheets. Discussion with A&M tax team on subsidiaries wind-down. |
| Fri | 10/17/2008 | 10.00 | 475 | 4,750.00 | Review and analysis of subsidiary real estate operations (Ahmanson Developments, etc.). |
| Sun | 10/19/2008 | 3.00 | 475 | 1,425.00 | Internal updates to A&M team on real estate related activity. |
| Mon | 10/20/2008 | 13.00 | 475 | 6,175.00 | Meeting with A&M tax team on subsidiary wind-down. Assisted in preparation of summary for WMI lease and contracts. |
| Tues | 10/21/2008 | 11.00 | 475 | 5,225.00 | Review of Ahmanson Developments settlement agreement. |
| Wed | 10/22/2008 | 11.00 | 475 | 5,225.00 | Discussion on WM Aircraft Holdings JV with BofA. |
| Thur | 10/23/2008 | 11.50 | 475 | 5,462.50 | Discussions on Washington Mutual Finance Group MS class action lawsuit. |
| Fri | 10/24/2008 | 9.00 | 475 | 4,275.00 | Discussions on Washington Mutual Finance Group MS class action lawsuit. |
| Mon | 10/27/2008 | 11.50 | 475 | 5,462.50 | Review of WM Aircraft Holdings and SoundBay Leasing lease on Boeing 767 with American Airlines. |
| Tues | 10/28/2008 | 11.00 | 475 | 5,225.00 | Discussions on and review of WM Citation Holdings fractional jet ownership contracts. |
| Wed | 10/29/2008 | 11.50 | 475 | 5,462.50 | Gathering of WMI insurance related certificates for the US Trustee. |
| Thur | 10/30/2008 | 11.50 | 475 | 5,462.50 | Review of insurance policies and the relation to each subsidiary. |
| Fri | 10/31/2008 | 10.00 | 475 | 4,750.00 | Extension of contingent aircraft policy related to WM Aircraft Holdings. Discussion with DWT on WM Citation Holdings. |
| **Total** | | 169.00 | | $ 80,275.00 | |

Confidential Draft

Subject to Change

**Washington Mutual, Inc. (83432)**
**Time Summary**
**Western**
**Restructuring**

| Day | Date | Time | Rate | Billings | Description |
|---|---|---|---|---|---|
| Tues | 10/21/2008 | 1.50 | $ 475 | $ 712.50 | Reviewed background documents relating to WaMu 1031 Exchange. |
| Wed | 10/22/2008 | 5.50 | 475 | 2,612.50 | Meeting with Linda Monroe, VP of 1031 Exchange to discuss a range of issues and matters faced by the company including systems issues, staffing matters, company background, potential interested parties and relationship with WaMu/JPM. |
| Thur | 10/23/2008 | 8.10 | 475 | 3,847.50 | Review of daily cash collections and payments report distributed by Karen Abajian. Discussed staff reductions with VP WaMu 1031. Discussed assets available for sale with VP WaMu 1031, Linda Monroe and reviewed available financial information. |
| Fri | 10/24/2008 | 8.60 | 475 | 4,085.00 | Discussed surplus leased space with landlords of Culver City and Long Beach. Reviewed and discussed financial projections with Linda Abajian, WaMu 1031 regarding exchange portfolio runout and other associated operating costs. |
| Sat | 10/25/2008 | 3.50 | 475 | 1,662.50 | Prepared various forecast scenarios for WaMu 1031 for consideration in determining ongoing strategy for WaMu 1031. |
| Sun | 10/26/2008 | 2.40 | 475 | 1,140.00 | Continued preparation of scenarios for WaMu 1031 for consideration in determining ongoing strategy for WaMu 1031. |
| Mon | 10/27/2008 | 8.10 | 475 | 3,847.50 | Continued discussions with interested parties, NDA discussions and other matters related to sale of WaMu 1031 assets. Attention to other operating issues as needed. |
| Tues | 10/28/2008 | 8.50 | 475 | 4,037.50 | Continued discussions with interested parties, NDA discussions and other matters related to sale of WaMu 1031 assets. Discussed and researched asset ownership with Linda Monroe. |
| Wed | 10/29/2008 | 8.50 | 475 | 4,037.50 | Discussion with interested parties of WaMu 1031 regarding NDA terms, and the business and assets generally. Research into intercompany allocations between WaMu 1031 and WMB. |
| Thur | 10/30/2008 | 9.00 | 475 | 4,275.00 | Discussion and contact with competitor exchanges as to interest in the WaMu 1031 business and distributed NDA's as appropriate. Further updates to diligence materials for distribution to interested parties. Research into intercompany allocations. |
| Fri | 10/31/2008 | 8.00 | 475 | 3,800.00 | Discussion regarding ongoing systems/ requirements at WaMu 1031. Further discussion with interested parties potentially interested in acquiring the WaMu 1031 assets. |
| **Total** | | **71.70** | | **$ 34,057.50** | |

Subject to Change

Confidential Draft.

**Washington Mutual, Inc. (83432)**
**Time Summary**
**Arko**
**Restructuring**

| Day | Date | Time | Rate | Billings | Description |
|---|---|---|---|---|---|
| Thur | 10/16/2008 | 3.00 | $ 390 | $ 1,170.00 | Review and analysis of trust agreements. |
| Fri | 10/17/2008 | 5.00 | 390 | 1,950.00 | Review and analysis of limited partnership agreements in the strategic capital fund. |
| Sat | 10/18/2008 | 1.50 | 390 | 585.00 | Review and analysis of limited partnership agreements in the strategic capital fund. |
| Mon | 10/20/2008 | 10.00 | 390 | 3,900.00 | Analysis and follow up regarding potential financial impact of capital calls. Discussions with WAMU management re: capital calls. |
| Tues | 10/21/2008 | 10.50 | 390 | 4,095.00 | Pension plan review and analysis. Follow up re: documents pertaining to funded status of pension plan. Call with FTI re: strategic capital fund. |
| Wed | 10/22/2008 | 10.50 | 390 | 4,095.00 | Review and analysis of JPM wind portfolio. Review of sale procedures for WMI interest in the portfolio. |
| Thur | 10/23/2008 | 10.50 | 390 | 4,095.00 | Analysis and discussions pertaining to the potential sale of the SCF portfolio. |
| Fri | 10/24/2008 | 10.00 | 390 | 3,900.00 | Follow up regarding trust issues. Review and analysis of investments in the FTV III fund. |
| Sat | 10/25/2008 | 1.00 | 390 | 390.00 | Review and analysis of investments in the FTV III fund. |
| Mon | 10/27/2008 | 10.00 | 390 | 3,900.00 | Review and analysis of investments in the ARCH fund. Discussions regarding the outstanding capital call. |
| Tues | 10/28/2008 | 10.75 | 390 | 4,192.50 | Review of sale procedures and rights of first refusal for LP investments in the SCF portfolio. |
| Wed | 10/29/2008 | 10.50 | 390 | 4,095.00 | Executory contract review and analysis. Discussion regarding assumption / rejection of contracts. |
| Thur | 10/30/2008 | 10.75 | 390 | 4,192.50 | Statements and Schedules review and analysis. Discussions with administrative agent re: timeline and next steps. |
| Fri | 10/31/2008 | 10.00 | 390 | 3,900.00 | Online data room pertaining to the creditors committee - options and procedures. Discussions with potential vendors re: online data room. Review of term sheets for online data room. |
| **Total** | | **114.00** | | **$ 44,460.00** | |

Subject to Change

**Washington Mutual, Inc. (83432)**
**Time Summary**
**Olha**
**Restructuring**

| Day | Date | Time | Rate | Billings | Description |
|---|---|---|---|---|---|
| Mon | 10/6/2008 | 9.00 | $ 335 | $ 3,015.00 | Identify and group WMI executory contracts. |
| Tues | 10/7/2008 | 10.00 | 335 | 3,350.00 | Identify and group WMI executory contracts. Review and summarize outstanding legal invoices. |
| Wed | 10/8/2008 | 10.00 | 335 | 3,350.00 | Update consolidated financials. |
| Thur | 10/9/2008 | 9.00 | 335 | 3,015.00 | Research entity financial statement line items: Other Assets, CSV |
| Fri | 10/10/2008 | 8.00 | 335 | 2,680.00 | Preliminary determinations on WMI executory contracts. |
| Mon | 10/13/2008 | 9.00 | 335 | 3,015.00 | Preliminary determinations on WMI executory contracts. |
| Tues | 10/14/2008 | 10.00 | 335 | 3,350.00 | Research entity level benefits: persion plan, SURP's, CSV. Research real estate entities. |
| Wed | 10/15/2008 | 10.00 | 335 | 3,350.00 | Research entity level benefits: persion plan, SURP's, CSV. Summarize information on real estate entities. |
| Thur | 10/16/2008 | 12.00 | 335 | 4,020.00 | Review SEC filings for WMI as guarantor. Review entity level legal documents in file room. |
| Fri | 10/17/2008 | 8.50 | 335 | 2,847.50 | Research BOLI/COLI Policies. |
| Mon | 10/20/2008 | 10.00 | 335 | 3,350.00 | Review JPM's listing of WMI executory contracts. Review debt and capital agreements for WMI as guarantor. |
| Tues | 10/21/2008 | 11.00 | 335 | 3,685.00 | Review debt and capital agreements for WMI as guarantor. Review determinations on WMI executory contracts. |
| Wed | 10/22/2008 | 10.00 | 335 | 3,350.00 | Review contracts for vendors that filed a motion to compel. |
| Thur | 10/23/2008 | 13.00 | 335 | 4,355.00 | Review contracts for vendors that filed a motion to compel. Identify WMI leases. |
| Fri | 10/24/2008 | 9.00 | 335 | 3,015.00 | Review and summarize WMI leases |
| Mon | 10/27/2008 | 13.00 | 335 | 4,355.00 | Review WMI marketing/sponsorship lease agreements. Review contracts for vendors that filed motion to compel. |
| Tues | 10/28/2008 | 10.00 | 335 | 3,350.00 | Review intercompany leases. |
| Wed | 10/29/2008 | 9.00 | 335 | 3,015.00 | Review and analysis of executory contracts. Discussion related to preliminary list of executory contracts |
| Thur | 10/30/2008 | 9.00 | 335 | 3,015.00 | Review and analysis of executory contracts. Discussion related to preliminary list of executory contracts |
| Fri | 10/31/2008 | 9.00 | 335 | 3,015.00 | Review and analysis of executory contracts. Discussion related to preliminary list of executory contracts |
| **Total** | | **198.50** | | **$ 66,497.50** | |

Confidential Draft

Subject to Change



## ALVAREZ & MARSAL

100 Pine Street, Suite 2200 ◆ San Francisco, CA 94111 ◆ Phone: 415.490.2300 ◆ Fax: 415.837.1684

November 20, 2008

Robert Williams
Executive Vice President
Washington Mutual, Inc.
1301 Second Avenue
Seattle, WA 98101

**INVOICE #:**          **83432 - 1**

SPECIAL SERVICES RENDERED
    By Alvarez & Marsal

| | Hours | Rate | Total |
|---|---|---|---|
| Fees:     10/1 - 10/31/2008 | | | |
| **DAF (litigation)** | | | |
| Lakhani | 2.00 | $ 600 | $ 1,200.00 |
| Langenkamp | 73.00 | 540 | 39,420.00 |
| | | | $ 40,620.00 |

**Washington Mutual, Inc. (83432)**
**Time Summary**
**Lakhani**
**DAF**

| Day | Date | Time | Rate | Billings | Description |
|---|---|---|---|---|---|
| Thur | 10/16/2008 | 0.50 | $ 600 | 300.00 | Discussion regarding TSA issues. |
| Tues | 10/21/2008 | 0.50 | 600 | 300.00 | Discussion regarding TSA issues. |
| Wed | 10/22/2008 | 1.00 | 600 | 600.00 | Conference call regarding TSA. |
| **Total** | | **2.00** | | **$ 1,200.00** | |

Confidential Draft

Subject to Change

**Washington Mutual, Inc. (83432)**
**Time Summary**
**Langenkamp**
**DAF**

| Day | Date | Time | Rate | Billings | Description |
|---|---|---|---|---|---|
| Tues | 10/21/2008 | 8.50 | $ 540 | $ 4,590.00 | Work on Information Technology/Data Preservation issues. Update file with documentation. Travel to Seattle. |
| Wed | 10/22/2008 | 8.00 | 540 | 4,320.00 | Work on Information Technology/Data Preservation issues. Develop data preservation work plan. Update file with documentation. |
| Thur | 10/23/2008 | 8.00 | 540 | 4,320.00 | Work on Information Technology/Data Preservation issues. Develop data preservation work plan. Update file with documentation. |
| Fri | 10/24/2008 | 9.50 | 540 | 5,130.00 | Work on Information Technology/Data Preservation issues. Travel from Seattle. |
| Sun | 10/26/2008 | 3.50 | 540 | 1,890.00 | Travel to Seattle. Work on Information Technology/Data Preservation issues. |
| Mon | 10/27/2008 | 8.00 | 540 | 4,320.00 | Work on Information Technology/Data Preservation issues. Update file with documentation. |
| Tues | 10/28/2008 | 8.00 | 540 | 4,320.00 | Work on Information Technology/Data Preservation issues. |
| Wed | 10/29/2008 | 8.00 | 540 | 4,320.00 | Work on Information Technology/Data Preservation issues. |
| Thur | 10/30/2008 | 8.00 | 540 | 4,320.00 | Work on Information Technology/Data Preservation issues. |
| Fri | 10/31/2008 | 3.50 | 540 | 1,890.00 | Travel from Seattle. Work on Information Technology/Data Preservation issues. |
| **Total** | | **73.00** | | **$ 39,420.00** | |

Confidential Draft

Subject to Change



## ALVAREZ & MARSAL

November 20, 2008

Robert Williams
Executive Vice President
Washington Mutual, Inc.
1301 Second Avenue
Seattle, WA 98101

**INVOICE #:**            **83432 - 1**

SPECIAL SERVICES RENDERED
    By Alvarez & Marsal

|  |  | Hours | Rate | Total |
|---|---|---|---|---|
| Fees: | 10/1 - 10/31/2008 |  |  |  |
| **Insurance** |  |  |  |  |
| Spragg |  | 16.00 | $ 600 | $ 9,600.00 |

**Washington Mutual, Inc. (83432)**
**Time Summary**
**Sp009**
**Insurance**

| Day | Date | Time | Rate | Billings | Description |
|-----|------|------|------|----------|-------------|
| Mon | 10/13/2008 | 2.00 | $ 600 | $ 1,200.00 | Discussions regarding WAMU Captives. |
| Tues | 10/14/2008 | 2.00 | 600 | 1,200.00 | Review of WAMU Captive documents. |
| Thur | 10/16/2008 | 2.00 | 600 | 1,200.00 | Teleconference with WAMU and Marsh Hawaii on WMM Captives. |
| Fri | 10/17/2008 | 2.00 | 600 | 1,200.00 | Document review and teleconference on Marion Re Captive in Vermont. |
| Wed | 10/22/2008 | 2.00 | 600 | 1,200.00 | Analysis and discussion on WMM Captive audit requirements and status. |
| Thur | 10/23/2008 | 2.00 | 600 | 1,200.00 | Teleconference with Marsh Hawaii on WMM Captive operations and audit. |
| Wed | 10/29/2008 | 2.00 | 600 | 1,200.00 | Document review and teleconference on WMM Re Captive financial status and strategy. |
| Fri | 10/31/2008 | 2.00 | 600 | 1,200.00 | Discussions on WMM Captive status and going forward strategy. |
| **Total** | | **16.00** | | **$ 9,600.00** | |

Confidential Draft

Subject to Change



# ALVAREZ & MARSAL

100 Pine Street, Suite 2200 • San Francisco, CA 94111 • Phone: 415.490.2300 • Fax: 415.837.1684

November 20, 2008

Robert Williams
Executive Vice President
Washington Mutual, Inc.
1301 Second Avenue
Seattle, WA 98101

**INVOICE #:**              83432 - 1
**Tax Summary**

SPECIAL SERVICES RENDERED
    By Alvarez & Marsal

|  | | Hours | Rate | Total |
|---|---|---|---|---|
| Fees: | 10/1 - 10/31/2008 | | | |
| **Tax** | | | | |
| **Total Fees by Person** | | | | |
| Pedersen | | 133.00 | $ 670 | $ 89,110.00 |
| Green | | 92.00 | 550 | 50,600.00 |
| Reiss | | 63.40 | 355 | 22,507.00 |
| Prasad | | 56.00 | 355 | 19,880.00 |
| Brand | | 54.00 | 220 | 11,880.00 |
| Zheng | | 28.30 | 220 | 6,226.00 |
| Carreon | | 114.50 | 670 | 76,715.00 |
| Panisko | | 76.50 | 550 | 42,075.00 |
| Cumberland | | 8.50 | 670 | 5,695.00 |
| Spittell | | 8.00 | 550 | 4,400.00 |
| Miller | | 8.00 | 550 | 4,400.00 |
| Haas | | 2.50 | 465 | 1,162.50 |
| Richardson | | 2.30 | 220 | 506.00 |
| | | | | $ 335,156.50 |

**Washington Mutual, Inc. (83432)**
**Time Summary**
**Pedersen**
**State & Local Tax**

| Day | Date | Time | Rate | Billings | Description |
|---|---|---|---|---|---|
| Mon | 10/13/2008 | 10.00 | $ 670 | $ 6,700.00 | Meeting w/Curt Brouwer, discussion of WaMu tax attributes and situation. |
| Tues | 10/14/2008 | 10.00 | 670 | 6,700.00 | Research and review of IRS NOL carryback situation at WaMU. |
| Wed | 10/15/2008 | 9.00 | 670 | 6,030.00 | Review and prep of IRS Appeals issues. |
| Thur | 10/16/2008 | 9.00 | 670 | 6,030.00 | Review of state tax posture. |
| Fri | 10/17/2008 | 9.00 | 670 | 6,030.00 | Review of IRS Appeals issues. |
| Sat | 10/18/2008 | 2.00 | 670 | 1,340.00 | Summary memo to restructuring team re: tax attributes and former WaMu tax team. |
| Sun | 10/19/2008 | 2.00 | 670 | 1,340.00 | Summary memo re: TSA/info sharing agreement. |
| Mon | 10/20/2008 | 9.00 | 670 | 6,030.00 | Review of cost seg issue and transaction cost issue. |
| Tues | 10/21/2008 | 10.00 | 670 | 6,700.00 | Mtg. w/Curt Brouwer and Tim Cleary—explain org chart and entity structure. Follow-up review of structure. |
| Wed | 10/22/2008 | 9.00 | 670 | 6,030.00 | Review of partnership IRS Appeals issue |
| Thur | 10/23/2008 | 10.00 | 670 | 6,700.00 | Review of pension plan valuation, benefit plan audit and charitable contribution issue. |
| Fri | 10/24/2008 | 9.00 | 670 | 6,030.00 | Review of state filing posture (Cal, Oregon). |
| Mon | 10/27/2008 | 3.00 | 670 | 2,010.00 | Review NOL trading motion issue. |
| Tues | 10/28/2008 | 6.00 | 670 | 4,020.00 | 165(g)(3) review and follow up. |
| Wed | 10/29/2008 | 8.00 | 670 | 5,360.00 | TSA, info sharing issues, 165(g)(3) issues. |
| Thur | 10/30/2008 | 10.00 | 670 | 6,700.00 | IRS Appeals conference, prep and follow-up. |
| Fri | 10/31/2008 | 8.00 | 670 | 5,360.00 | State audit issues. |
| **Total** | | **133.00** | | **$ 89,110.00** | |

Confidential Draft

Subject to Change

**Washington Mutual, Inc. (83432)**
Time Summary
Green
State & Local Tax

| Day | Date | Time | Rate | Billings | Description |
|---|---|---|---|---|---|
| Mon | 10/13/2008 | 3.00 | $ 550 | $ 1,650.00 | Initial review of documents and background of case. |
| Tues | 10/14/2008 | 3.00 | 550 | 1,650.00 | Reading tax sharing agreement, purchase agreement. |
| Wed | 10/15/2008 | 2.50 | 550 | 1,375.00 | Discussions re: Wamu logistics. Conf call with JC and Brian to discuss agreements. Review of refund doc sent by Curt. |
| Fri | 10/17/2008 | 2.50 | 550 | 1,375.00 | Discussion regarding WAMU subsidiaries. |
| Sun | 10/19/2008 | 3.00 | 550 | 1,650.00 | Review of entities. Preferred stock agreement for AOC. |
| Mon | 10/20/2008 | 10.50 | 550 | 5,775.00 | 592 and 561 research. Discussion regarding banking specifics of worthless stock. Research into toll charge. |
| Tues | 10/21/2008 | 8.50 | 550 | 4,675.00 | Review and analysis of WAMU entities. Discussions regarding outstanding items/refunds/issues. |
| Wed | 10/22/2008 | 9.00 | 550 | 4,950.00 | Prep of tax entity pictoral org chart. Discussions regarding FDIC agency control. Rights to agreements/information and documentation. Research into 6402-2 to determine agency relationship. Further work on org chart. |
| Thur | 10/23/2008 | 8.00 | 550 | 4,400.00 | NOL attribute or asset. Discuss purchase agreement and tax sharing agreement. Research into 597 Regs to determine carry back. |
| Fri | 10/24/2008 | 4.00 | 550 | 2,200.00 | Discussions regarding entities. WA specific definition of BHC and financial institution. |
| Sat | 10/25/2008 | 5.00 | 550 | 2,750.00 | Worthless stock deduction research. 165gbB gross receipts, active test applicability to parent. Research of research related to 581 definition. Shepardize cases. |
| Sun | 10/26/2008 | 3.00 | 550 | 1,650.00 | Reading case law related to worthless stock, banking definition, section 165. |
| Mon | 10/27/2008 | 6.00 | 550 | 3,300.00 | Research into gross receipts test applicability to parent company. Calls to various IRS financial institution experts. 597-4 further research. NOL carryback limitations set forth in sub (v). |
| Tues | 10/28/2008 | 8.00 | 550 | 4,400.00 | NOL carry back research. 1502 regulations. Email to stan. Further research into passive business or active requirements. DE definitions of bank. Title 12 definition research. |
| Wed | 10/29/2008 | 11.00 | 550 | 6,050.00 | Review of summary outline detailing worthless stock deduction research. 1502-19 research. Prep for stock trading hearing on 10/20. review of motion. 382 research, new irs notices, summarize. |
| Thur | 10/30/2008 | 4.00 | 550 | 2,200.00 | Discussions regarding entities and worthless stock. Hearing preparation. |
| Fri | 10/31/2008 | 1.00 | 550 | 550.00 | 165(g)(3)(B) test research. |
| **Total** | | **92.00** | | **$ 50,600.00** | |

Subject to Change

**Washington Mutual, Inc. (83432)**
Time Summary
Reiss
State & Local Tax

| Day | Date | Time | Rate | Billings | Description |
|-----|------|------|------|----------|-------------|
| Tues | 10/14/2008 | 0.20 | $ 355 | $ 71.00 | Initial project set up work. |
| Mon | 10/20/2008 | 9.00 | 355 | 3,195.00 | Work related to creating the WMI & Subs org. chart. |
| Tues | 10/21/2008 | 8.20 | 355 | 2,911.00 | Work related to creating the WMI & Subs org. chart. |
| Wed | 10/22/2008 | 5.80 | 355 | 2,059.00 | Work related to creating the WMI & Subs org. chart. Research related to the worthless stock deduction and holding company of a bank. |
| Thur | 10/23/2008 | 8.80 | 355 | 3,124.00 | Research related to holding company of a bank, including review of Title 12. Compiled project manager task report. Research related to NOL treatment when there is FDIC receivership. |
| Fri | 10/24/2008 | 8.00 | 355 | 2,840.00 | Research related to the definition of bank holding company, including conversations with the IRS. Review of WMI tax returns. |
| Mon | 10/27/2008 | 3.00 | 355 | 1,065.00 | Compiled matrix summarizing state tax refunds and apportionment. Research related to 582/163 issues. |
| Tues | 10/28/2008 | 4.70 | 355 | 1,668.50 | Research related to the applicability and timing of toll charge. Discussions with IRS regarding treatment of bank holding companies through 581/582. Research related to NOL ordering rules. |
| Wed | 10/29/2008 | 8.10 | 355 | 2,875.50 | Research related to Washington's definition of a bank and bank holding company. Research related to the 172 regs and any applicable exceptions to financial institutions. Research related to the timing of the toll charge. |
| Thur | 10/30/2008 | 7.60 | 355 | 2,698.00 | Calls with the IRS regarding the definition of a bank holding company and the timing of the toll charge. Research related to the same. Review of state apportionment and refund data. |
| **Total** | | **63.40** | | **$ 22,507.00** | |

Confidential Draft

Subject to Change

**Washington Mutual, Inc. (83432)**
Time Summary
Prasad
State & Local Tax

| Day | Date | Time | Rate | Billings | Description |
|---|---|---|---|---|---|
| Wed | 10/15/2008 | 5.50 | $ 355 | $ 1,952.50 | Research rules regarding FDIC receivership and impact of the federal consolidated group. |
| Thur | 10/16/2008 | 2.50 | 355 | 887.50 | Research rules regarding FDIC receivership and impact of the federal consolidated group. Review deconsolidation rules. |
| Mon | 10/20/2008 | 1.00 | 355 | 355.00 | Research the scope and authority of temporary IRS regulations. Draft email of findings. |
| Tues | 10/21/2008 | 2.00 | 355 | 710.00 | Research authority regarding IRC § 597 and related regulations. |
| Wed | 10/22/2008 | 4.00 | 355 | 1,420.00 | Summarize prior WMI transactions as indicated in its IPO memo. Research authority regarding transaction costs. |
| Thur | 10/23/2008 | 7.50 | 355 | 2,662.50 | Research issues regarding deconsolidation between a non-bank holding company and bank subsidiary. |
| Fri | 10/24/2008 | 7.00 | 355 | 2,485.00 | Research issues regarding deconsolidation, e.g., does a holding company need to be engaged in an active trade/business; carryback of NOLs. |
| Mon | 10/27/2008 | 7.50 | 355 | 2,662.50 | Research issues related to IRS refund and a bankrupt taxpayer and how the funds are treated. Summarize and discuss case law regarding this matter. |
| Tues | 10/28/2008 | 7.00 | 355 | 2,485.00 | Research worthless stock deduction and any impact a bankrupt subsidiary may have on the deduction. Looking at authority related to sec. 165, 597, 382. |
| Wed | 10/29/2008 | 5.00 | 355 | 1,775.00 | Review federal issues surrounding WMI deconsolidating from WMB. Draft summary discussing issues, authority, and unresolved questions. |
| Thur | 10/30/2008 | 7.00 | 355 | 2,485.00 | Revise summary of deconsolidation issues. Review POA for Comp & Benefits. Organize research. |
| Fri | 10/31/2008 | - | 355 | - | |
| **Total** | | **56.00** | | **$ 19,880.00** | |

Confidential Draft                                                    Subject to Change

**Washington Mutual, Inc. (83432)**
**Time Summary**
**Brand**
**State & Local Tax**

| Day | Date | Time | Rate | Billings | Description |
|-----|------|------|------|----------|-------------|
| Tues | 10/14/2008 | 0.75 | $ 220 | $ 165.00 | Researched, created and organized Washington Mutual file. |
| Wed | 10/15/2008 | 0.25 | 220 | 55.00 | Analysis pertaining to Washington Mutual file. |
| Thur | 10/16/2008 | 7.50 | 220 | 1,650.00 | Researched difference between temporary and final regulations. |
| Fri | 10/17/2008 | 6.75 | 220 | 1,485.00 | Created organizational chart for Washington Mutual. |
| Sun | 10/19/2008 | 2.00 | 220 | 440.00 | Edited Washington Mutual's organizational chart. |
| Wed | 10/22/2008 | 4.75 | 220 | 1,045.00 | Compared Washington Mutual's organizational chart and subsidiaries list to find discrepancies. Edited organizational chart. Researched dates regarding Washington Mutual's bankruptcy. |
| Thur | 10/23/2008 | 1.50 | 220 | 330.00 | Researched authority related to Sec. 597 and Reg. 1.597-4. |
| Fri | 10/24/2008 | 8.50 | 220 | 1,870.00 | Researched authority related to Sec. 597 and Sec. 582. Tracked down IRS contact information. |
| Mon | 10/27/2008 | 6.75 | 220 | 1,485.00 | Reviewed and prioritized Sec. 582 research. Searched for cases related to FDIC seizure and worthless stock. Researched IRS notices relating to Sec. 382 relief. |
| Tues | 10/28/2008 | 3.75 | 220 | 825.00 | Summarized IRS notices that related to Sec. 382 relief. Put together a binder to organize Washington Mutual work papers. |
| Wed | 10/29/2008 | 5.20 | 220 | 1,144.00 | Researched the definition of a "bank" and a "bank holding company" in Delaware. Researched author of IRS Notice 2008-76. |
| Thur | 10/30/2008 | 6.30 | 220 | 1,386.00 | Organized and updated the Washington Mutual files, both hard files and electronic files. Filled out Power of Attorney. |
| **Total** | | **54.00** | | **$ 11,880.00** | |

**Washington Mutual, Inc. (83432)**
**Time Summary**
Zheng
**State & Local Tax**

| Day | Date | Time | Rate | Billings | Description |
|---|---|---|---|---|---|
| Mon | 10/20/2008 | 3.10 | $ 220 | $ 682.00 | Research on tax treatment of IPO cost and transactional cost. |
| Tues | 10/21/2008 | 3.00 | 220 | 660.00 | Analysis pertaining to federal & SALT research materials. |
| Wed | 10/22/2008 | 2.10 | 220 | 462.00 | Research and analysis on tax treatment of IPO cost and transactional cost. |
| Thur | 10/23/2008 | 4.10 | 220 | 902.00 | Research on tax treatment of worthless stock deduction; research on CA tax refund treatment & research memo; update wamu meeting notes; continue filing federal & SALT research materials. |
| Mon | 10/27/2008 | 5.00 | 220 | 1,100.00 | Create excel sheet for 2007 WMI state tax refund and apportionment summary, work on Wamu entity list excel sheet-check off each entity see if the entity is in org. chart, return extension, |
| Tues | 10/28/2008 | 3.50 | 220 | 770.00 | Worked on Wamu research memo on CA state tax refund treatment, pull and research bankruptcy court cases relates to tax payment. |
| Wed | 10/29/2008 | 3.50 | 220 | 770.00 | Research and pull BNA Portfolios on Bank Tax, including find author's contact information; Research 2008 Bank Master Tax Guide & author's contact information. |
| Thur | 10/30/2008 | 4.00 | 220 | 880.00 | Pull BNA Portfolios from the Checkpoint, File and organize Research materials. |
| **Total** | | **28.30** | | **$ 6,226.00** | |

Confidential Draft

Subject to Change

Washington Mutual Inc. (R3432)
Time Summary
Carson
Federal Tax

| Day | Date | Time | Rate | Billings | Description |
|---|---|---|---|---|---|
| Wed | 10/8/2008 | 2.00 | $ 670 | $ 1,340.00 | Review of WMI's general tax history and current tax position. |
| Thur | 10/9/2008 | 3.00 | 670 | 2,010.00 | Review of WMI's general tax history and current tax position. |
| Fri | 10/10/2008 | 2.00 | 670 | 1,340.00 | Review of WMI's general tax history and current tax position. |
| Mon | 10/13/2008 | 8.00 | 670 | 5,360.00 | Various in/ext discussions and review/analysis of certain documents in preparation of WMI's appeals conference. |
| Tues | 10/14/2008 | 8.00 | 670 | 5,360.00 | Various in/ext discussions and review/analysis of certain documents in preparation of WMI's appeals conference. |
| Wed | 10/15/2008 | 8.00 | 670 | 5,360.00 | Various in/ext discussions and review/analysis of certain documents in preparation of WMI's appeals conference. |
| Thur | 10/16/2008 | 8.00 | 670 | 5,360.00 | Various in/ext discussions and review/analysis of certain documents in preparation of WMI's appeals conference. |
| Sun | 10/19/2008 | 4.00 | 670 | 2,680.00 | Various in/ext discussions and review/analysis of certain documents in preparation of WMI's appeals conference. |
| Mon | 10/20/2008 | 8.50 | 670 | 5,695.00 | Various in/ext discussions and review/analysis of certain documents in preparation of WMI's appeals conference. |
| Tues | 10/21/2008 | 8.50 | 670 | 5,695.00 | Various in/ext discussions and review/analysis of certain documents in preparation of WMI's appeals conference. |
| Wed | 10/22/2008 | 8.50 | 670 | 5,695.00 | Various in/ext discussions and review/analysis of certain documents in preparation of WMI's appeals conference. |
| Thur | 10/23/2008 | 8.50 | 670 | 5,695.00 | Various in/ext discussions and review/analysis of certain documents in preparation of WMI's appeals conference. |
| Fri | 10/24/2008 | 4.00 | 670 | 2,680.00 | Various in/ext discussions and review/analysis of certain documents in preparation of WMI's appeals conference. |
| Mon | 10/27/2008 | 8.00 | 670 | 5,360.00 | Strategy meeting with client & advisors in preparation for IRS appeals conference; attendance in appeals conference; attendance in Delaware Bankruptcy court hearing; weekly tax call with Weil Gotshal discussing tax issues and election issue. |
| Tues | 10/28/2008 | 8.00 | 670 | 5,360.00 | Strategy meeting with client & advisors in preparation for IRS appeals conference; attendance in appeals conference; attendance in Delaware Bankruptcy court hearing; weekly tax call with Weil Gotshal discussing tax issues and election issue. |
| Wed | 10/29/2008 | 8.00 | 670 | 5,360.00 | Strategy meeting with client & advisors in preparation for IRS appeals conference; attendance in appeals conference; attendance in Delaware Bankruptcy court hearing; weekly tax call with Weil Gotshal discussing tax issues and election issue. |
| Thur | 10/30/2008 | 8.00 | 670 | 5,360.00 | Strategy meeting with client & advisors in preparation for IRS appeals conference; attendance in appeals conference; attendance in Delaware Bankruptcy court hearing; weekly tax call with Weil Gotshal discussing tax issues and election issue. |
| Fri | 10/31/2008 | 1.50 | 670 | 1,005.00 | Strategy meeting with client & advisors in preparation for IRS appeals conference; attendance in appeals conference; attendance in Delaware Bankruptcy court hearing; weekly tax call with Weil Gotshal discussing tax issues and election issue. |
| Total | | 114.50 | | $ 76,715.00 | |

**Washington Mutual, Inc. (83432)**
**Time Summary**
**Panisko**
**Federal Tax**

| Day | Date | Time | Rate | Billings | Description |
|---|---|---|---|---|---|
| Sun | 10/19/2008 | 8.00 | $ 550 | $ 4,400.00 | Research on Appeals issues (transaction cost analysis). |
| Mon | 10/20/2008 | 6.00 | 550 | 3,300.00 | Research on Appeals issues (IPO costs and transaction costs). |
| Tues | 10/21/2008 | 4.00 | 550 | 2,200.00 | Research on Appeals issues (Amanas ranch and charitable contributions). |
| Wed | 10/22/2008 | 8.00 | 550 | 4,400.00 | Research on Appeals issues (Amanas ranch and charitable contributions). |
| Thur | 10/23/2008 | 8.00 | 550 | 4,400.00 | Research on Appeals issues (Cost Segregation). |
| Sun | 10/26/2008 | 4.00 | 550 | 2,200.00 | Research on Appeals issues (Partnership distributions) |
| Mon | 10/27/2008 | 10.00 | 550 | 5,500.00 | Research on Appeals issues (Partnership distributions) |
| Tues | 10/28/2008 | 10.50 | 550 | 5,775.00 | IRS Appeals conference at Wampum and related post-day follow-ups (research on transaction |
| Wed | 10/29/2008 | 10.00 | 550 | 5,500.00 | IRS Appeals conference at Wampum and related post-day follow-ups (research on charitable contributions) |
| Thur | 10/30/2008 | 8.00 | 550 | 4,400.00 | IRS Appeals conference at Wampum and related post-day follow-ups (research partnership distributions) |
| **Total** | | **76.50** | | **$ 42,075.00** | |

Confidential Draft

Subject to Change

**Washington Mutual, Inc. (83432)**
**Time Summary**
**Cumberland**
**Pension (CAB)**

| Day | Date | Time | Rate | Billings | Description |
|-----|------|------|------|----------|-------------|
| Mon | 10/20/2008 | 1.00 | $ 670 | $ 670.00 | Review and analysis of Pension Information. |
| Tues | 10/21/2008 | 0.50 | 670 | 335.00 | Conference Call re: WAMU Pension. |
| Mon | 10/27/2008 | 0.50 | 670 | 335.00 | Power of Attorney review and analysis. |
| Tues | 10/28/2008 | 2.50 | 670 | 1,675.00 | Conference call with Towers Perrin regarding actuarial information needed; Review actuarial information. |
| Wed | 10/29/2008 | 1.00 | 670 | 670.00 | Research and discussions pertaining to restricted stock. |
| Thur | 10/30/2008 | 1.50 | 670 | 1,005.00 | Conference call on COLI and review information. |
| Fri | 10/31/2008 | 1.50 | 670 | 1,005.00 | Review information on qualifying plan audit and discuss with IRS agent. |
| **Total** | | **8.50** | | **$ 5,695.00** | |

Confidential Draft

Subject to Change

**Washington Mutual, Inc. (83432)**
**Time Summary**
**Spitell**
**Pension (CAB)**

| Day | Date | Time | Rate | Billings | Description |
|---|---|---|---|---|---|
| Tues | 10/28/2008 | 5.00 | $ 550 | $ 2,750.00 | Review of plan document and related amendments, review of Towers Perrin termination liability estimate, review of 2006 Form 5500, provision of comments and observations to WaMu team. |
| Wed | 10/29/2008 | 1.00 | 550 | 550.00 | Discussions re: funded status of plan and termination liability considerations. |
| Thur | 10/30/2008 | 2.00 | 550 | 1,100.00 | Tax research regarding indirect reversions and applicability of IRC section 4980 to WaMu plan. |
| **Total** | | **8.00** | | **$ 4,400.00** | |

Subject to Change

Confidential Draft

**Washington Mutual, Inc. (83432)**
**Time Summary**
**Miller**
**Pension (CAB)**

| Day | Date | Time | Rate | Billings | Description |
|---|---|---|---|---|---|
| Fri | 10/24/2008 | 3.50 | $ 550 | $ 1,925.00 | Review Form 5500 and Towers' analysis for Defined Benefit Pension Plan. |
| Mon | 10/27/2008 | 0.50 | 550 | 275.00 | Discuss overview of issues regarding COLI policies. |
| Tues | 10/28/2008 | 4.00 | 550 | 2,200.00 | Review Actuarial Report, Estimate sensitivity factors and termiantion liability for Defined Benefit Pension Plan. |
| **Total** | | **8.00** | | **$ 4,400.00** | |

Confidential Draft

Subject to Change

**Washington Mutual, Inc. (83432)**
Time Summary
Haas
Pension (CAB)

| Day | Date | Time | Rate | Billings | Description |
|---|---|---|---|---|---|
| Mon | 10/27/2008 | 2.00 | $ 465 | $ 930.00 | Determined information we need to request from client to provide analysis on Coli policies; Review of spreadsheet detailing Coli policies; Discussions regarding Coli policies and Pension Plan. |
| Fri | 10/31/2008 | 0.50 | 465 | 232.50 | Analysis of Plan Documents regarding whether Restricted Stock vested on ""Company |
| **Total** | | **2.50** | | **$ 1,162.50** | |

Confidential Draft

Subject to Change

**Washington Mutual, Inc. (83432)**
**Time Summary**
**Richardson**
**Pension (CAB)**

| Day | Date | Time | Rate | Billings | Description |
|-----|------|------|------|----------|-------------|
| Fri | 10/31/2008 | 2.30 | $ 220 | $ 506.00 | Amend Power of Attorney Form; Analysis of Plan Documents regarding Restricted Stock Vesting. |
| **Total** | | 2.30 | | $ 506.00 | |

Confidential Draft

Subject to Change