## EXHIBIT A

### List of Ordinary Course Professionals

| PROFESSIONAL | SERVICES PROVIDED |
| --- | --- |
| Joele Frank, Wilkinson Brimmer Katcher | Crisis communication assistance, including, communication with investors, employees and other parties in interest. |
| Milliman USA, Inc. | Reinsurance performance metrics and actuarial services. |
| Arnold & Porter LLP | Litigation counsel in *American Savings Bank, FA, et al. v. United States of America*, Case No. 92872C. |