# EXHIBIT B

Ordinary Course Professional Affidavit

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
*In re* : Chapter 11
:
WASHINGTON MUTUAL, INC., et al.,[1] :
: Case No. 08-12229 (MFW)
:
Debtors. : (Jointly Administered)
:
: Re: Docket No. 173
:
------------------------------------------------------------x

### AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF [_____]    )
                           )  ss:
COUNTY OF [_____]   )

[INSERT NAME OF AFFIANT], being duly sworn, deposes and says:

1. I am a [INSERT POSITION] of [INSERT FIRM NAME] (the "Firm"), which maintains offices at [INSERT ADDRESS].

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about November 25, 2008, authorizing the above-captioned debtors and debtors in possession (the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of this chapter 11 case.

3. Prior to the filing of the petition which initiated the above-captioned case, the Firm has represented and advised the Debtors as [INSERT DESCRIPTION OF SERVICES]. The Debtors have requested, and the Firm has

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

RLF1-3344201-2

agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of this chapter 11 case. To the extent that the Firm is seeking approval of certain terms and conditions of employment that are contained in an engagement agreement, the agreement is attached to this Affidavit. [NOTE: ATTACH ENGAGEMENT AGREEMENT].

4. The Firm's current customary rates, subject to change from time to time, are [INSERT DESCRIPTION OF RATES]. In the normal course of its business, the Firm revises its billing rates on [INSERT DATE, IF APPLICABLE] of each year and requests that, effective [INSERT DATE, IF APPLICABLE] of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

[DISCLOSE CONNECTIONS HERE]

The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to this chapter 11 case,

2

RLF1-3344201-2

for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with this chapter 11 case.

6. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

7. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or its estate with respect to the matter(s) upon which the Firm is to be employed.

8. Prior to the filing of the above-captioned cases, the Firm [WAS/WAS NOT] employed by the Debtors. The Debtors owe the Firm $[INSERT FIGURE, IF APPLICABLE] for prepetition services. If the Firm's employment is authorized pursuant to the Ordinary Course Professionals order, the Firm [WILL/WILL NOT] waive the pre-petition claim.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

10. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____, 200_

Affiant

Sworn to and subscribed before me
this _____ day of _____, 200_

_____
Notary Public

4

RLF1-3344201-2