IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | : | Chapter 11 |
| --- | --- | --- |
| | : | |
| WASHINGTON MUTUAL, INC., *et al.* | : | Case No. 08-12229 (MFW) |
| | : | (Jointly Administered) |
| | : | Obj. Deadline: 4/6/09 at 4:00 p.m. |
| Debtors. | : | Hearing Date: 4/23/09 at 10: 30 a.m. |
| | : | Related Docket Nos. 498, 599, 719 |
| | : | |

## NOTICE OF FIRST QUARTERLY FEE APPLICATION REQUEST

Name of Applicant: FTI Consulting, Inc.

Authorized to provide professional
services to: Official Committee of Unsecured Creditors

Date of Retention: December 17, 2008 *nunc pro tunc* to
October 15, 2008

Period for which compensation
and reimbursement are sought: October 15, 2008 through January 31, 2009

| Fee Application, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Cert. of No Objection Filing Date, Docket No. | 80% of Fees | 100% of Expenses | Amount of Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| 1st Monthly App. (10/15/08 – 11/30/08) Filed: 12/24/08 Docket No. 498 | $672,123.25 | $11,750.72 | Filed: 1/23/09 Docket No. 595 | $537,698.60 | $11,750.72 | $134,424.65 |
| 2nd Monthly App. (12/1/08 – 12/31/08) Filed: 1/23/09 Docket No. 599 | $323,746.50 | $3,294.01 | Filed: 2/17/09 Docket No. 689 | $258,997.20 | $3,294.01 | $64,749.30 |
| 3rd Monthly App. (1/1/09 – 1/31/09) Filed: 2/25/09 Docket No. 719 | $400,216.25 | $1,615.12 | To be filed. | $320,173.00 | $1,615.12 | $80,043.25 |

#10664177 v1

| Fee Application, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Cert. of No Objection Filing Date, Docket No. | 80% of Fees | 100% of Expenses | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|
| TOTAL | $1,396,086.00 | $16,659.85 | | $1,116,868.80 | $16,659.85 | $279,217.20 |

**PLEASE TAKE NOTICE** that, pursuant to the Court's Amended Administrative Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals (D.I. No. 302) (the "Interim Compensation Order"), objections, if any, to the Interim Fee Application Request must be filed with the Court and served on the Applicant at the address set forth below and the Notice Parties (as such term is defined in the Interim Compensation Order) so as to be received by April 6, 2009.

Dated: March 17, 2009

Steven Simms
FTI Consulting, Inc.
3 Times Square
New York, New York 10036
Tel.: (212) 247-1010
Fax: (212) 841-9350

#10664177 v1