# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| WASHINGTON MUTUAL, INC., *et al.* | : Case No. 08-12229 (MFW) |
| | : (Jointly Administered) |
| | : |
| | : **Related Docket No. 776** |
| Debtors. | : |

## SUPPLEMENT TO FIRST QUARTERLY FEE APPLICATION REQUEST OF FTI CONSULTING, INC., FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD OCTOBER 15, 2008 THROUGH JANUARY 31, 2009

FTI Consulting, Inc. ("FTI"), financial advisor for the Official Committee of Unsecured Creditors in the above-captioned cases (the "Committee"), hereby files this Supplement to its *Notice of First Quarterly Fee Application Request for the Period October 15, 2008 Through January 31, 2009* (Docket No. 776; the "FTI First Quarterly Application").

1.  On March 17, 2009, FTI filed the FTI First Quarterly Application, requesting approval of fees and expenses incurred during the period October 15, 2008 through January 31, 2009.

2.  At the hearing to consider the applications for compensation and reimbursement of expenses of the retained professionals held on April 23, 2009 (the "Fee Hearing"), the Court raised certain questions regarding the airfare and lodging expenses requested in the FTI First Quarterly Application.

3.  On April 24, 2009, the Court entered the Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses (Docket No. 847) granting the relief requested in the FTI First Quarterly Application.

#10850573 v2

4. FTI wishes to address the concerns of the Court raised at the Fee Hearing and to do so provides the Court and parties in interest with the following information:

- a. FTI was retained as Financial Advisor for the Committee on December 17, 2008, effective as of October 15, 2008. In order to gain an effective and in-depth understanding of the Debtors' current and former operations, as well as critical issues the Debtors may face in the future, the FTI team held meetings on November 4, 2008 and November 5, 2008 with the Debtors' management and financial advisor, Alvarez & Marsal, at the Debtors' headquarters in Seattle, Washington (the "Travel Period")

- b. The difference in airfare charges for the Travel Period is due to the booking of refundable versus non-refundable tickets. Andrew Scuton, Steven Simms, and Melissa Ellis booked refundable tickets due to the potential for scheduling conflicts during the Travel Period. Justin Heller and Caroline Manalo had no potential scheduling conflicts for the Travel Period and, therefore, purchased non-refundable tickets at a lower price than the refundable tickets purchased by their colleagues. In addition, (i) the flights of the FTI team members were booked on different dates and (ii) Steven Simms traveled from a different airport and on a different airline than his colleagues, both of which may have contributed to the difference in cost.

- c. The range in lodging expenses during the Travel Period can be attributed to the difference in room rates charged by the hotel. When the rooms were initially reserved, a discounted rate of $159.00 per night was available (or offered) to Melissa Ellis, Caroline Manalo and Justin Heller. This rate was not available (nor offered) when Andrew Scruton and Steven Simms booked their rooms. The resulting room rates were $299.00 and $199.00 per night, respectively. In addition, each professional incurred certain additional expenses, including In Room Dining, Internet Service charges, and Fax and Business Center charges, all of which were reasonable and necessary in order to maintain a level of productivity while traveling.

- d. The room costs per person for the Travel Period are as follows:

|  | LODGING EXPENSES | | | | |
| --- | --- | --- | --- | --- | --- |
|  | Andrew Scrunton | Steven Simms | Melissa Ellis | Caroline Manalo | Justin Heller |
| Room Charge (2 Nights) | $598.00 | $398.00 | $318.00 | $318.00 | $318.00 |
| In Room Dining (2 Meals) | $62.83 | - | - | - | - |
| Internet Charge | $32.59 | - | - | - | - |
| State Tax | $51.42 | $34.22 | $27.34 | $27.34 | $27.34 |
| Occupancy Fee | $41.86 | $27.86 | $22.26 | $22.26 | $22.26 |
| Fax and Business Center | - | $5.56 | - | - | $29.79 |
| **TOTAL** | **$786.70** | **$465.64** | **$367.60** | **$367.60** | **$407.39** |

Dated: May 18, 2009

                                       Steven Simms
                                       FTI Consulting, Inc.
                                       3 Times Square
                                       New York, New York 10036
                                       Tel.: (212) 247-1010
                                       Fax: (212) 841-9350

#10850573 v2