# **Exhibit A**

## Exhibit A
### First Omnibus (Substantive) Objection to Claims

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Ada County Treasurer | 275 | Unliquidated | 4,232.83 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ada County Treasurer | 276 | Unliquidated | 1,941.37 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ada County Treasurer | 277 | Unliquidated | 1,744.62 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ada County Treasurer | 278 | Unliquidated | 1,911.09 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ada County Treasurer | 279 | Unliquidated | 1,196.28 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ada County Treasurer | 280 | Unliquidated | 7,949.92 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ada County Treasurer | 281 | Unliquidated | 3,905.10 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ada County Treasurer | 282 | Unliquidated | 1,778.16 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ada County Treasurer | 283 | Unliquidated | 1,151.82 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ada County Treasurer | 284 | Unliquidated | 2,703.44 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ada County Treasurer | 285 | Unliquidated | 2,424.40 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ada County Treasurer | 286 | Unliquidated | 1,599.56 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ada County Treasurer | 287 | Unliquidated | 1,021.34 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Alameda County Tax Collector | 93 | Unliquidated | 2,212.03 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Alvarado Independent School District | 533 | 931.54 | 931.54 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| American Property Management Corp as agent for & on behalf of Weston Investment Co LLC | 987 | 310,779.83 | 310,779.83 | Washington Mutual, Inc. | The agreement, dated 2/28/06, that is the subject of this claim is between Washington Mutual Bank, FA and Weston Investment Co LLC. Neither of the Debtors is a party to this agreement. |

| Name of Claimant | Claim Number | Claim Amount | Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Arlington Independent School District | 546 | 102,272.39 | 102,272.39 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Blue Ridge Independent School District | 523 | 6,783.99 | 6,783.99 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Broward County Revenue Collector | 345 | 196,254.08 | 196,254.08 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Broward County Revenue Collector | 3539 | 815,145.40 | 815,145.40 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Burleson Independent School District | 527 | 16,342.42 | 16,342.42 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Carroll Independent School District | 543 | 7,134.07 | 7,134.07 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| City & County of Denver Treasury | 1677 | 587,241.54 | 587,241.54 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| City and County of San Francisco | 178 | 191.42 | 191.42 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| City and County of San Francisco | 179 | 1,049.62 | 1,049.62 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| City of Aberdeen | 2878 | 1,164.73 | 1,164.73 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| City of Azle | 538 | 1,795.19 | 1,795.19 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| City of Bellevue | 372 | 11,418.52 | 11,418.52 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| City of Bellevue | 373 | 106,519.15 | 106,519.15 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| City of Bellevue | 386 | 37,431.59 | 37,431.59 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| City of Bellevue | 388 | 627.56 | 627.56 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| City of Blue Ridge | 524 | 441.90 | 441.90 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| City of Burleson | 534 | 7,281.76 | 7,281.76 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| City of Cedar Hill | 535 | 8,002.63 | 8,002.63 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |

| Name of Claimant | Claim Number | Claim Amount | Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| City of Colleyville | 541 | 2,237.90 | 2,237.90 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| City of Des Moines | 777 | 1,760.42 | 1,760.42 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| City of Everett | 31 | 6,134.71 | 6,134.71 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| City of Haltom City | 547 | 577.36 | 577.36 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| City of Itasca | 536 | 343.90 | 343.90 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| City of Keene | 530 | 868.29 | 868.29 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| City of Kent | 1225 | 133,552.40 | 133,552.40 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| City of Lakewood | 1042 | 2,395.80 | 2,395.80 | Washington Mutual, Inc. | Claim designates Washington Mutual Bank as debtor. Supporting documentation attributes all claimed amounts to Washington Mutual Bank. |
| City of North Bend | 2815 | 380.66 | 380.66 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| City of Tacoma | 1876 | 33,957.86 | 33,957.86 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| Clark County Recorder | 29 | 2,525.22 | 2,525.22 | Washington Mutual, Inc. | The claim relates to tax liability arising from the transfer of property not owned by the debtor. |
| Cleburne Independent School District | 532 | 1,772.43 | 1,772.43 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| County of San Bernadino | 2187 | Unliquidated | 845,677.25 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| County of Santa Clara | 516 | 5,169.08 | 5,169.08 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| County of Santa Clara | 753 | 91,428.11 | 91,428.11 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| County of Santa Clara | 1263 | 894,619.88 | 894,619.88 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Doris Leska | 796 | 10,414.20 | 10,414.20 | Washington Mutual, Inc. | This claim relates to an investment account held at Morgan Stanley, not with the Debtors. |

| Name of Claimant | Claim Number | Claim Amount | Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Douglas County | 500 | 4,527.05 | 4,527.05 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Douglas County | 501 | 2,206.54 | 2,206.54 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Douglas County | 502 | 7,860.71 | 7,860.71 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Douglas County | 503 | 8,139.15 | 8,139.15 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Douglas County | 504 | 1,921.73 | 1,921.73 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Douglas County | 505 | 2,354.13 | 2,354.13 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Douglas County | 506 | 6,212.58 | 6,212.58 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Douglas County | 507 | 3,530.46 | 3,530.46 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Eagle Mountain Saginaw Independent School District | 539 | 13,592.78 | 13,592.78 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Earl K Wood | 765 | 1,342.24 | 1,342.24 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Earl K Wood | 766 | 1,177.74 | 1,177.74 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Earl K Wood | 767 | 3,876.63 | 3,876.63 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Earl K Wood | 768 | 374.38 | 374.38 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Earl K Wood | 769 | 2,695.44 | 2,695.44 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Earl K Wood | 770 | 7,707.85 | 7,707.85 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| ERA Realty Corp | 3178 | 212,125.00 | 212,125.00 | Washington Mutual, Inc. | This claim relates to an agreement, dated 5/6/06, by and between Washington Mutual Bank and E.R.A. Realty Corp. Neither of the Debtors is party to the agreement and, therefore, has no liability with respect thereto. |

| Name of Claimant | Claim Number | Claim Amount | Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Eric J & Carrie L Schindler Co Trustees of the Schindler Family Trust UTD 4 23 1990 | 2375 | 856,800.00 | 856,800.00 | Washington Mutual, Inc. | This claim relates to an agreement, dated 9/23/05, by and between Washington Mutual Bank, FA and Hamden Financial LLC. Neither of the Debtors is party to this agreement and, therefore, has not liability with respect thereto. |
| Fort Worth Independent School District | 544 | 53,241.49 | 53,241.49 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Franklin County Treasurer | 757 | 2,144.89 | 2,144.89 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Franklin County Treasurer | 2757 | Unliquidated | 2,144.89 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Grandview Independent School District | 528 | 624.33 | 624.33 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Grapevine Colleyville Independent School District | 542 | 11,349.04 | 11,349.04 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| GTC II LLC | 775 | 892.91 | 892.91 | Washington Mutual, Inc. | This claim relates to an agreement, dated January 2005, by and between Washington Mutual Bank, FA and Biltmore Lakes Associates LLC. Neither of the Debtors is party to this agreement and, therefore, has no liability with respect thereto. |
| Highland Park Independent School District | 525 | 1,884.00 | 1,884.00 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Johsnon County Hill County Junior College | 529 | 6,181.96 | 6,181.96 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Keene Independent School District | 531 | 1,098.92 | 1,098.92 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Keller Independent School District | 517 | 53,916.05 | 53,916.05 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 160 | Unliquidated | 6,748.01 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 161 | Unliquidated | 4,126.86 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 162 | Unliquidated | 5,511.40 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 163 | Unliquidated | 4,580.32 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |

| Name of Claimant | Claim Number | Claim Amount | Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Ken Burton Jr CFC | 164 | Unliquidated | 3,698.51 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 165 | Unliquidated | 6,039.26 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 166 | Unliquidated | 4,622.58 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 167 | Unliquidated | 24,299.58 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 168 | Unliquidated | 3,963.20 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 169 | Unliquidated | 3,054.96 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 170 | Unliquidated | 2,715.51 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 171 | Unliquidated | 4,794.98 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 248 | Unliquidated | 2,233.51 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 249 | Unliquidated | 6,714.62 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 250 | Unliquidated | 5,088.53 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 251 | Unliquidated | 2,639.01 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 252 | Unliquidated | 660.83 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 253 | Unliquidated | 3,433.10 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 254 | Unliquidated | 6,296.54 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| King County | 296 | 74.95 | 74.95 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |

| Name of Claimant | Claim Number | Claim Amount | Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| King County | 297 | 74.95 | 74.95 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 298 | 74.95 | 74.95 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 299 | 74.95 | 74.95 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 300 | 74.95 | 74.95 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 301 | 74.95 | 74.95 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 302 | 74.95 | 74.95 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 303 | 87.95 | 87.95 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 304 | 23.82 | 23.82 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 305 | 31.22 | 31.22 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 306 | 77.28 | 77.28 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 307 | 76.93 | 76.93 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 308 | 23.82 | 23.82 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 309 | 32.37 | 32.37 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 310 | 410.99 | 410.99 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 311 | 74.95 | 74.95 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 312 | 96.90 | 96.90 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County Treasury Operations | 3322 | 742,135.90 | 742,135.90 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| King County Treasury Operations | 3551 | 742,135.90 | 742,135.90 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |

| Name of Claimant | Claim Number | Claim Amount | Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| LA County Treasurer and Tax Collector | 188 | 3,739,885.83 | 3,739,885.83 | WMI Investment Corp. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| LA County Treasurer and Tax Collector | 263 | 160,803.85 | 160,803.85 | WMI Investment Corp. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Leandria Foster | 3542 | 9,265.73 | 9,265.73 | Washington Mutual, Inc. | The claim relates to an agreement between the claimant and with Washington Mutual Bank. |
| Mansfield Independent School District | 540 | 27,058.49 | 27,058.49 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Miami Dade County Tax Collector | 3044 | Unliquidated | 122.58 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Michail Kushinsky | 1769 | 150,560.00 | 150,560.00 | WMI Investment Corp. | This claim relates to an investment account held at WaMu Investments, Inc. |
| Mike Hogan Tax Collector | 158 | Unliquidated | 480,481.22 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Mike Hogan Tax Collector | 487 | Unliquidated | 14,512.65 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Mike Hogan Tax Collector | 2304 | 14,512.65 | 14,512.65 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| MW Schofield | 225 | 798.99 | 798.99 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Newmark Holdings Inc | 1207 | 1,127,201.74 | 1,127,201.74 | Washington Mutual, Inc. | The claim relates to an agreement, dated 10/19/98, between Washington Mutual Bank, FA and Newmark Holding Inc. Neither Debtor is a party to the agreement and, therefore, has no liability with respect thereto. |
| Nolan County | 519 | 107.41 | 107.41 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Nolan County Hospital | 522 | 40.79 | 40.79 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Pasadena Independent School District | 325 | Unliquidated | 16,605.69 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Pearland Independent School District | 146 | 22,165.50 | 22,165.50 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 33 | 6,273.48 | 6,273.48 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 34 | 2,183.36 | 2,183.36 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |

| Name of Claimant | Claim Number | Claim Amount | Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Ray Valdes Seminole County Tax Collector | 58 | 2,651.07 | 2,651.07 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 59 | 5,810.91 | 5,810.91 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 60 | 4,942.39 | 4,942.39 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 61 | 5,517.42 | 5,517.42 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 62 | 6,498.70 | 6,498.70 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 63 | 3,321.31 | 3,321.31 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 64 | 5,315.45 | 5,315.45 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 65 | 3,402.12 | 3,402.12 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 66 | 5,171.39 | 5,171.39 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 67 | 5,059.60 | 5,059.60 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 68 | 1,701.51 | 1,701.51 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 69 | 2,245.51 | 2,245.51 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 70 | 3,122.47 | 3,122.47 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 71 | 5,951.23 | 5,951.23 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Reata Real Estate Services LP | 3155 | 51,266.00 | 51,266.00 | Washington Mutual, Inc. | This claim relates to a lease agreement by and between Reata Real Estate Services LP and Washington Mutual Bank. Neither Debtor is a party to the agreement and, therefore, has no liability with respect thereto. |