**Exhibit B**
**(Proposed Order)**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

------------------------------------------------------------x
:
*In re*                                            : **Chapter 11**
:
**WASHINGTON MUTUAL, INC., et al.,**[3]          :
:                                          **Case No. 08-12229 (MFW)**
:
**Debtors.**                           :  **(Jointly Administered)**
:
:                                          **Re: Docket No. ___**
------------------------------------------------------------x

### ORDER GRANTING DEBTORS' FIRST
### OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS

Upon the objection, dated May 29, 2009 (the "First Omnibus Objection"), of

Washington Mutual, Inc. ("WMI") and WMI Investment Corp. (collectively, the "Debtors"), as

debtors and debtors in possession, for entry of an order disallowing and expunging in their

entirety certain claims filed against these estates, all as more fully set forth in the First Omnibus

Objection; and upon the Declaration of Michael Arko Pursuant to Local Rule 3007-1 in Support

of the First Omnibus Objection, dated as of May 29, 2009; and the Court having jurisdiction to

consider the First Omnibus Objection and the relief requested therein pursuant to 28 U.S.C. §§

157 and 1334; and consideration of the First Omnibus Objection and the relief requested therein

being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this

Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the First Omnibus

Objection having been provided to those parties identified therein, and no other or further notice

being required; and the Court having determined that the relief sought in the First Omnibus

---

[3]     The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

Objection is in the best interest of the Debtors, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the First Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the First Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that each claim listed on Exhibit A hereto is hereby disallowed and expunged in its entirety; and it is further

ORDERED that Kurtzman Carson Consultants, LLC, the Debtors' court-appointed claims and noticing agent, is authorized and directed to delete the claims listed on Exhibit A hereto from the official claims register in these chapter 11 cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: _____, 2009
      Wilmington, Delaware

                                    _____
                                    THE HONORABLE MARY F. WALRATH
                                    UNITED STATES BANKRUPTCY JUDGE

## Exhibit A

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Ada County Treasurer | 275 | Unliquidated | 4,232.83 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ada County Treasurer | 276 | Unliquidated | 1,941.37 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ada County Treasurer | 277 | Unliquidated | 1,744.62 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ada County Treasurer | 278 | Unliquidated | 1,911.09 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ada County Treasurer | 279 | Unliquidated | 1,196.28 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ada County Treasurer | 280 | Unliquidated | 7,949.92 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ada County Treasurer | 281 | Unliquidated | 3,905.10 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ada County Treasurer | 282 | Unliquidated | 1,778.16 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ada County Treasurer | 283 | Unliquidated | 1,151.82 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ada County Treasurer | 284 | Unliquidated | 2,703.44 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ada County Treasurer | 285 | Unliquidated | 2,424.40 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ada County Treasurer | 286 | Unliquidated | 1,599.56 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ada County Treasurer | 287 | Unliquidated | 1,021.34 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Alameda County Tax Collector | 93 | Unliquidated | 2,212.03 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Alvarado Independent School District | 533 | 931.54 | 931.54 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| American Property Management Corp as agent for & on behalf of Weston Investment Co LLC | 987 | 310,779.83 | 310,779.83 | Washington Mutual, Inc. | The agreement, dated 2/28/06, that is the subject of this claim is between Washington Mutual Bank, FA and Weston Investment Co LLC. Neither of the Debtors is a party to this agreement. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Arlington Independent School District | 546 | 102,272.39 | 102,272.39 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Blue Ridge Independent School District | 523 | 6,783.99 | 6,783.99 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Broward County Revenue Collector | 345 | 196,254.08 | 196,254.08 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Broward County Revenue Collector | 3539 | 815,145.40 | 815,145.40 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Burleson Independent School District | 527 | 16,342.42 | 16,342.42 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Carroll Independent School District | 543 | 7,134.07 | 7,134.07 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| City & County of Denver Treasury | 1677 | 587,241.54 | 587,241.54 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| City and County of San Francisco | 178 | 191.42 | 191.42 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| City and County of San Francisco | 179 | 1,049.62 | 1,049.62 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| City of Aberdeen | 2878 | 1,164.73 | 1,164.73 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| City of Azle | 538 | 1,795.19 | 1,795.19 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| City of Bellevue | 372 | 11,418.52 | 11,418.52 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| City of Bellevue | 373 | 106,519.15 | 106,519.15 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| City of Bellevue | 386 | 37,431.59 | 37,431.59 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| City of Bellevue | 388 | 627.56 | 627.56 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| City of Blue Ridge | 524 | 441.90 | 441.90 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| City of Burleson | 534 | 7,281.76 | 7,281.76 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| City of Cedar Hill | 535 | 8,002.63 | 8,002.63 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| City of Colleyville | 541 | 2,237.90 | 2,237.90 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| City of Des Moines | 777 | 1,760.42 | 1,760.42 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| City of Everett | 31 | 6,134.71 | 6,134.71 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| City of Haltom City | 547 | 577.36 | 577.36 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| City of Itasca | 536 | 343.90 | 343.90 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| City of Keene | 530 | 868.29 | 868.29 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| City of Kent | 1225 | 133,552.40 | 133,552.40 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| City of Lakewood | 1042 | 2,395.80 | 2,395.80 | Washington Mutual, Inc. | Claim designates Washington Mutual Bank as debtor. Supporting documentation attributes all claimed amounts to Washington Mutual Bank. |
| City of North Bend | 2815 | 380.66 | 380.66 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| City of Tacoma | 1876 | 33,957.86 | 33,957.86 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| Clark County Recorder | 29 | 2,525.22 | 2,525.22 | Washington Mutual, Inc. | The claim relates to tax liability arising from the transfer of property not owned by the debtor. |
| Cleburne Independent School District | 532 | 1,772.43 | 1,772.43 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| County of San Bernadino | 2187 | Unliquidated | 845,677.25 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| County of Santa Clara | 516 | 5,169.08 | 5,169.08 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| County of Santa Clara | 753 | 91,428.11 | 91,428.11 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| County of Santa Clara | 1263 | 894,619.88 | 894,619.88 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Doris Leska | 796 | 10,414.20 | 10,414.20 | Washington Mutual, Inc. | This claim relates to an investment in Wachovia, not the Debtors. |
| Douglas County | 500 | 4,527.05 | 4,527.05 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Douglas County | 501 | 2,206.54 | 2,206.54 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Douglas County | 502 | 7,860.71 | 7,860.71 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Douglas County | 503 | 8,139.15 | 8,139.15 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Douglas County | 504 | 1,921.73 | 1,921.73 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Douglas County | 505 | 2,354.13 | 2,354.13 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Douglas County | 506 | 6,212.58 | 6,212.58 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Douglas County | 507 | 3,530.46 | 3,530.46 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Eagle Mountain Saginaw Independent School District | 539 | 13,592.78 | 13,592.78 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Earl K Wood | 765 | 1,342.24 | 1,342.24 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Earl K Wood | 766 | 1,177.74 | 1,177.74 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Earl K Wood | 767 | 3,876.63 | 3,876.63 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Earl K Wood | 768 | 374.38 | 374.38 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Earl K Wood | 769 | 2,695.44 | 2,695.44 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Earl K Wood | 770 | 7,707.85 | 7,707.85 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| ERA Realty Corp | 3178 | 212,125.00 | 212,125.00 | Washington Mutual, Inc. | This claim relates to an agreement, dated 5/6/06, by and between Washington Mutual Bank and E.R.A. Realty Corp. Neither of the Debtors is party to the agreement and, therefore, has no liability with respect thereto. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Eric J & Carrie L Schindler Co Trustees of the Schindler Family Trust UTD 4 23 1990 | 2375 | 856,800.00 | 856,800.00 | Washington Mutual, Inc. | This claim relates to an agreement, dated 9/23/05, by and between Washington Mutual Bank, FA and Hamden Financial LLC. Neither of the Debtors is party to this agreement and, therefore, has not liability with respect thereto. |
| Fort Worth Independent School District | 544 | 53,241.49 | 53,241.49 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Franklin County Treasurer | 757 | 2,144.89 | 2,144.89 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Franklin County Treasurer | 2757 | Unliquidated | 2,144.89 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Grandview Independent School District | 528 | 624.33 | 624.33 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Grapevine Colleyville Independent School District | 542 | 11,349.04 | 11,349.04 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| GTC II LLC | 775 | 892.91 | 892.91 | Washington Mutual, Inc. | This claim relates to an agreement, dated January 2005, by and between Washington Mutual Bank, FA and Biltmore Lakes Associates LLC. Neither of the Debtors is party to this agreement and, therefore, has no liability with respect thereto. |
| Highland Park Independent School District | 525 | 1,884.00 | 1,884.00 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Johsnon County Hill County Junior College | 529 | 6,181.96 | 6,181.96 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Keene Independent School District | 531 | 1,098.92 | 1,098.92 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Keller Independent School District | 517 | 53,916.05 | 53,916.05 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 160 | Unliquidated | 6,748.01 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 161 | Unliquidated | 4,126.86 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 162 | Unliquidated | 5,511.40 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 163 | Unliquidated | 4,580.32 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Ken Burton Jr CFC | 164 | Unliquidated | 3,698.51 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 165 | Unliquidated | 6,039.26 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 166 | Unliquidated | 4,622.58 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 167 | Unliquidated | 24,299.58 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 168 | Unliquidated | 3,963.20 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 169 | Unliquidated | 3,054.96 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 170 | Unliquidated | 2,715.51 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 171 | Unliquidated | 4,794.98 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 248 | Unliquidated | 2,233.51 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 249 | Unliquidated | 6,714.62 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 250 | Unliquidated | 5,088.53 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 251 | Unliquidated | 2,639.01 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 252 | Unliquidated | 660.83 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 253 | Unliquidated | 3,433.10 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ken Burton Jr CFC | 254 | Unliquidated | 6,296.54 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| King County | 296 | 74.95 | 74.95 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| King County | 297 | 74.95 | 74.95 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 298 | 74.95 | 74.95 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 299 | 74.95 | 74.95 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 300 | 74.95 | 74.95 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 301 | 74.95 | 74.95 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 302 | 74.95 | 74.95 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 303 | 87.95 | 87.95 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 304 | 23.82 | 23.82 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 305 | 31.22 | 31.22 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 306 | 77.28 | 77.28 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 307 | 76.93 | 76.93 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 308 | 23.82 | 23.82 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 309 | 32.37 | 32.37 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 310 | 410.99 | 410.99 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 311 | 74.95 | 74.95 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County | 312 | 96.90 | 96.90 | Washington Mutual, Inc. | The claim relates to tax liability assessed against Washington Mutual Bank, not the debtor. |
| King County Treasury Operations | 3322 | 742,135.90 | 742,135.90 | Washington Mutual, Inc. | The property identified in the proof of claim giving rise to the asserted liability is not owned by the debtor. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| King County Treasury Operations | 3551 | 742,135.90 | 742,135.90 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| LA County Treasurer and Tax Collector | 188 | 3,739,885.83 | 3,739,885.83 | WMI Investment Corp. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| LA County Treasurer and Tax Collector | 263 | 160,803.85 | 160,803.85 | WMI Investment Corp. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Leandria Foster | 3542 | 9,265.73 | 9,265.73 | Washington Mutual, Inc. | The claim relates to an agreement between the claimant and with Washington Mutual Bank. |
| Mansfield Independent School District | 540 | 27,058.49 | 27,058.49 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Miami Dade County Tax Collector | 3044 | Unliquidated | 122.58 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Michail Kushinsky | 1769 | 150,560.00 | 150,560.00 | WMI Investment Corp. | This claim relates to an investment account held at WaMu Investments, Inc. |
| Mike Hogan Tax Collector | 158 | Unliquidated | 480,481.22 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Mike Hogan Tax Collector | 487 | Unliquidated | 14,512.65 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Mike Hogan Tax Collector | 2304 | 14,512.65 | 14,512.65 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| MW Schofield | 225 | 798.99 | 798.99 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Newmark Holdings Inc | 1207 | 1,127,201.74 | 1,127,201.74 | Washington Mutual, Inc. | The claim relates to an agreement, dated 10/19/98, between Washington Mutual Bank, FA and Newmark Holding Inc. Neither Debtor is a party to the agreement and, therefore, has no liability with respect thereto. |
| Nolan County | 519 | 107.41 | 107.41 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Nolan County Hospital | 522 | 40.79 | 40.79 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Pasadena Independent School District | 325 | Unliquidated | 16,605.69 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Pearland Independent School District | 146 | 22,165.50 | 22,165.50 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 33 | 6,273.48 | 6,273.48 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Ray Valdes Seminole County Tax Collector | 34 | 2,183.36 | 2,183.36 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 58 | 2,651.07 | 2,651.07 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 59 | 5,810.91 | 5,810.91 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 60 | 4,942.39 | 4,942.39 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 61 | 5,517.42 | 5,517.42 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 62 | 6,498.70 | 6,498.70 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 63 | 3,321.31 | 3,321.31 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 64 | 5,315.45 | 5,315.45 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 65 | 3,402.12 | 3,402.12 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 66 | 5,171.39 | 5,171.39 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 67 | 5,059.60 | 5,059.60 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 68 | 1,701.51 | 1,701.51 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 69 | 2,245.51 | 2,245.51 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 70 | 3,122.47 | 3,122.47 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Ray Valdes Seminole County Tax Collector | 71 | 5,951.23 | 5,951.23 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Reata Real Estate Services LP | 3155 | 51,266.00 | 51,266.00 | Washington Mutual, Inc. | This claim relates to a lease agreement by and between Reata Real Estate Services LP and Washington Mutual Bank. Neither Debtor is a party to the agreement and, therefore, has no liability with respect thereto. |