# Exhibit A

## Exhibit A
### Second Omnibus (Substantive) Objection to Claims

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Regional Income Tax Agency | 23 | 630.43 | 630.43 | Washington Mutual, Inc. | This claim relates to an alleged tax liability of Washington Mutual Bank. |
| Richardson Independent School District | 545 | 62,302.67 | 62,302.67 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Roscoe Independent School District | 520 | 357.72 | 357.72 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| San Diego County Treasurer Tax Collector | 511 | 455,747.11 | 455,747.11 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| San Diego County Treasurer Tax Collector | 512 | 2,392,211.96 | 2,392,211.96 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| San Diego County Treasurer Tax Collector | 1021 | 26,907.55 | 26,907.55 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| San Diego County Treasurer Tax Collector | 1872 | 230,087.69 | 230,087.69 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| San Diego County Treasurer Tax Collector | 2308 | 26,907.55 | 26,907.55 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| San Diego County Treasurer Tax Collector | 2817 | 230,087.69 | 230,087.69 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| San Diego County Treasurer Tax Collector | 3099 | 45,284.63 | 45,284.63 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| San Joaquin County Tax Collector | 1376 | 429,137.47 | 429,137.47 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Santa Clara County | 2282 | 91,428.11 | 91,428.11 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Santa Clara County | 3303 | 894,619.88 | 894,619.88 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Shabbir A Chan, San Joaquin County Tax Collector | 3516 | 429,137.47 | 429,137.47 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Snohomish County Treasurer | 181 | 16,678.38 | 16,678.38 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Snohomish County Treasurer | 493 | 12,286.83 | 12,286.83 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Snohomish County Treasurer | 2276 | 24,573.66 | 24,573.66 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| SR Partners Highway 26 LLC | 3556 | 3,348,442.79 | 3,348,442.79 | Washington Mutual, Inc. | The claim relates to a retail lease agreement, dated as of 1/8/2008, by and between SR Partners Highway 26, LLC and Washington Mutual Bank. Neither Debtor is a party to the agreement and, therefore, has no liability with respect thereto. |

| Name of Claimant | Claim Number | Claim Amount | Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| SR Partners Hulen LLC | 3545 | 3,283,561.60 | 3,283,561.60 | Washington Mutual, Inc. | The claim relates to a retail lease agreement, dated as of 4/9/2008, by and between SR Partners Hulen LLC and Washington Mutual Bank. Neither Debtor is a party to the agreement and, therefore, has no liability with respect thereto. |
| SR Partners Irving LLC | 3557 | 3,663,733.89 | 3,663,733.89 | Washington Mutual, Inc. | The claim relates to a retail lease agreement, dated as of 2/5/2008, by and between SR Partners Irving LLC and Washington Mutual Bank. Neither Debtor is a party to the agreement and, therefore, has no liability with respect thereto. |
| St Lucie County Tax Collector | 893 | 5,199.60 | 5,199.60 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| St Lucie County Tax Collector | 1198 | Unliquidated | 4,176.60 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| State of Georgia | 631 | 8,295.01 | 8,295.01 | Washington Mutual, Inc. | The claim, and all supporting documentation attached thereto, designates Washington Mutual Bank FA as debtor. No liability is asserted against either Debtor in these chapter 11 cases. |
| State of New Jersey | 632 | 1,488,289.54 | 1,488,289.54 | Washington Mutual, Inc. | Claim relates to liabilities assessed against Washington Mutual Bank and Long Beach Mortgage Company. |
| State of New Jersey | 2886 | 868,652.42 | 868,652.42 | Washington Mutual, Inc. | This claim relates to an alleged tax liability of Washington Mutual Bank and/or Long Beach Mortgage Company. |
| State of New Jersey | 2912 | 1,289,639.28 | 1,289,639.28 | Washington Mutual, Inc. | This claim relates to an alleged tax liability of Washington Mutual Bank and/or Long Beach Mortgage Company. |
| State of Utah | 577 | 218.57 | 218.57 | Washington Mutual, Inc. | The claim relates to an alleged tax liability of Washington Mutual Bank FA. The claim designates Washington Mutual Bank as the appropriate debtor. |
| Tarpon IV LLC | 808 | Unliquidated | 3,986.24 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Tarpon IV LLC | 2920 | Unliquidated | 3,986.24 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Tax Collector Pinellas County | 193 | Unliquidated | 146,421.24 | WMI Investment Corp. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Tax Collector Pinellas County | 194 | Unliquidated | 113,436.68 | WMI Investment Corp. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Town of Highland Park | 526 | 131.98 | 131.98 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Travis County | 197 | 282,651.17 | 282,651.17 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Treasurer of Arapahoe County Colorado | 43 | Unliquidated | 35,775.94 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Tulare County Tax Collector | 851 | 44,395.93 | 44,395.93 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |

| Name of Claimant | Claim Number | Claim Amount | Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Ventura County Clerk | 2435 | 9,183.20 | 9,183.20 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Virtual Hold Technology Llc | 1488 | 730,080.00 | 730,080.00 | Washington Mutual, Inc. | The claim relates to an agreement between the claimant and Washington Mutual Bank. |
| Westchester Plaza Holdings LLC | 1587 | 423,852.00 | 423,852.00 | Washington Mutual, Inc. | This claim relates to a lease agreement, dated 2/6/04, by and between Washington Mutual Bank, FA and Westchester Plaza Holding LLC (as successor to Mount Vernon Shopping Center Delaware LLC). Neither Debtor is a party to the lease agreement and, therefore, has no liability with respect thereto. |
| Whatcom County Treasurer | 186 | 7,293.66 | 7,293.66 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |
| Whitewright Independent School District | 548 | 872.99 | 872.99 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by the debtor. |