# Exhibit A

Exhibit A
Wrong Debtor Objections

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Asserted Debtor | Correct Debtor | Reason for Disallowance |
|---|---|---|---|---|---|---|
| Adnan Ahmed | 3189 | 4,500.00 | 4,500.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| John David Alexander | 434 | Unliquidated | - | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| R Phillip Altman | 436 | Unliquidated | - | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| R Phillip Altman | 437 | 429,155.14 | 429,155.14 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Anna M Breymaier | 1053 | Unliquidated | - | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| H Frederick Christie | 435 | 11,650.00 | 11,650.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Ronald L Claveloux | 789 | 1,812,415.36 | 1,812,415.36 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Gloria M Crane | 438 | 31,898.98 | 31,898.98 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Davidson Kempner Institutional Partners LP | 2707 | Unliquidated | 15,160,000.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Davidson Kempner International Ltd | 2706 | Unliquidated | 19,023,000.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Mary Davis | 968 | 591,250.00 | 591,250.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Michael J Ekmanian | 2001 | 2,715.00 | 2,715.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Michael J Ekmanian | 2003 | 1,578.00 | 1,578.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| J Lance Erikson | 439 | Unliquidated | - | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Allan Frazier | 976 | 84,474.62 | 84,474.62 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Carl F Geuther | 440 | Unliquidated | - | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| John Giovenco | 383 | 69,764.50 | 69,764.50 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| John Giovenco | 420 | 69,764.50 | 69,764.50 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Janice Gryp | 441 | 20,261.74 | 20,261.74 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Deborah Hoover | 3396 | 183,356.00 | 183,356.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Joe Jackson | 829 | 715,651.89 | 715,651.89 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Joe M Jackson | 826 | Unliquidated | - | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Lamberta R Jackson | 824 | Unliquidated | - | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Asserted Debtor | Correct Debtor | Reason for Disallowance |
|---|---|---|---|---|---|---|
| Dominic R Janusky and Patricia A Janusky | 746 | 81,462.77 | 81,462.77 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Virginia Kilcheski | 2269 | 18,000.00 | 18,000.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| John F Maher | 429 | Unliquidated | - | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Morgan Stanley & Co Incorporated and the Other | 3114 | Unliquidated | 1,600,000,000.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Joanne S Nesset | 3272 | 5,330.00 | 5,330.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| John S Pereira As Chapter 11 Trustee of Maywood Capital Corp | 2675 | 292,047.13 | 292,047.13 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Sean A Rowles | 1300 | 37,171.67 | 37,171.67 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| A William Schenck III | 452 | Unliquidated | - | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Alice F Schenk | 172 | 236,610.93 | 236,610.93 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Alice Schenk | 918 | 439,461.93 | 439,461.93 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Jay Shergill | 3433 | 33,500.00 | 33,500.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Christine C Stalder | 2477 | 305,747.00 | 305,747.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Fred C Stalder | 2355 | 1,222,989.00 | 1,222,989.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Jaynie M Studenmund | 442 | Unliquidated | . | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Mark Thomas | 2525 | 72,547.50 | 72,547.50 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Thompson & Knight LLP | 2346 | 108,297.75 | 108,297.75 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Treasurer State of Connecticut | 869 | - | - | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Jerry E Weeks | 479 | Unliquidated | - | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Ronald H Wilkowski | 2931 | 389,988.00 | 389,988.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |