# Exhibit B

Exhibit B
Amended Claim Objections

| Name of Claimant | Remaining Claim Number | Amended Claim to Be Expunged | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|---|
| Affiliated Computer Services | 679 | 611 | 661,574.11 | 661,574.11 | Washington Mutual, Inc. | Amended and superseded claim |
| Reza Aghamirzadeh | 1330 | 554 | 58,409.20 | 58,409.20 | Washington Mutual, Inc. | Amended and superseded claim |
| AT&T Corp | 1697 | 491 | 1,875,614.75 | 1,875,614.75 | Washington Mutual, Inc. | Amended and superseded claim |
| Bailey Publishing & Communications | 3584 | 713 | 845.25 | 845.25 | Washington Mutual, Inc. | Amended and superseded claim |
| Melba Ann Bartels | 1142 | 124 | 70,000.00 | 70,000.00 | Washington Mutual, Inc. | Amended and superseded claim |
| Henry J Berens | 2129 | 1726 | 381,167.03 | 381,167.03 | Washington Mutual, Inc. | Amended and superseded claim |
| City and County of San Francisco | 179 | 326 | 524.34 | 524.34 | Washington Mutual, Inc. | Amended and superseded claim |
| Donald Cook | 3221 | 2270 | 129,948.19 | 129,948.19 | Washington Mutual, Inc. | Amended and superseded claim |
| Richard Deihl | 3119 | 2752 | Unliquidated | | Washington Mutual, Inc. | Amended and superseded claim |
| Deltec Special Situations Partners L P | 3160 | 814 | Unliquidated | | Washington Mutual, Inc. | Amended and superseded claim |
| Department of the Treasury Internal Revenue Service | 2299 | 8 | 2,326,616,411.71 | 2,326,616,411.71 | Washington Mutual, Inc. | Amended and superseded claim |
| Alan J Doman | 1072 | 347 | 143,032.12 | 143,032.12 | Washington Mutual, Inc. | Amended and superseded claim |
| Lynn E DuBey | 1039 | 760 | 661,548.35 | 661,548.35 | Washington Mutual, Inc. | Amended and superseded claim |
| Lindy J Friedlander | 3343 | 153 | Unliquidated | 297,447.44 | Washington Mutual, Inc. | Amended and superseded claim |
| Rafael Gonzalez an Individual Carmen Gonzalez an individual | 321 | 175 | 75,000.00 | 75,000.00 | Washington Mutual, Inc. | Amended and superseded claim |
| Dottie Jensen | 2455 | 607 | 219,613.40 | 219,613.40 | Washington Mutual, Inc. | Amended and superseded claim |

| Name of Claimant | Remaining Claim Number | Amended Claim to Be Expunged | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|---|
| Debra Kegel | 3059 | 1195 | 305,856.00 | 305,856.00 | Washington Mutual, Inc. | Amended and superseded claim |
| Live Nation Marketing Inc | 3659 | 2667 | 93,187.50 | 93,187.50 | Washington Mutual, Inc. | Amended and superseded claim |
| Aldo T Lombardi | 835 | 338 | Unliquidated | - | Washington Mutual, Inc. | Amended and superseded claim |
| Celia T Lucente | 3608 | 1693 | 484,954.00 | 484,954.00 | Washington Mutual, Inc. | Amended and superseded claim |
| Robert Andrew Mackie | 1757 | 680 | Unliquidated | - | Washington Mutual, Inc. | Amended and superseded claim |
| Robert Andrew Mackie | 1757 | 681 | Unliquidated | - | Washington Mutual, Inc. | Amended and superseded claim |
| McKinsey & Company Inc | 3664 | 2155 | 2,566,500.00 | 2,566,500.00 | Washington Mutual, Inc. | Amended and superseded claim |
| Metropolitan Edison Company a FirstEnergy Company | 18 | 290 | 958.98 | 958.98 | Washington Mutual, Inc. | Amended and superseded claim |
| Michigan Schools & Government Credit Union | 1326 | 664 | 1,994,748.89 | 1,994,748.89 | Washington Mutual, Inc. | Amended and superseded claim |
| Peoplesupport Inc | 1837 | 1339 | 4,230,405.39 | 4,230,405.39 | Washington Mutual, Inc. | Amended and superseded claim |
| Mark Robbins | 2336 | 2350 | 2,802,014.36 | 2,802,014.36 | Washington Mutual, Inc. | Amended and superseded claim |
| Bard W Saladin | 1322 | 375 | Unliquidated | - | Washington Mutual, Inc. | Amended and superseded claim |
| Alice F Schenk | 910 | 394 | 236,610.93 | 236,610.93 | Washington Mutual, Inc. | Amended and superseded claim |
| Patricia Schulte | 1088 | 404 | 82,002.92 | 82,002.92 | Washington Mutual, Inc. | Amended and superseded claim |
| Charles M Sledd | 1904 | 1616 | 217,379.38 | 217,379.38 | Washington Mutual, Inc. | Amended and superseded claim |
| Elizabeth Turner | 2150 | 551 | 404,557.23 | 404,557.23 | Washington Mutual, Inc. | Amended and superseded claim |
| David M Williams | 1194 | 786 | 527,825.00 | 527,825.00 | Washington Mutual, Inc. | Amended and superseded claim |