# Exhibit C
## (Proposed Order)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
: 
*In re* : Chapter 11
:
WASHINGTON MUTUAL, INC., et al.,[1] :
: Case No. 08-12229 (MFW)
:
Debtors. : (Jointly Administered)
:
: Re: Docket No. ___
------------------------------------------------------------x

## ORDER GRANTING DEBTORS' THIRD
## OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS

Upon the objection, dated May 29, 2009 (the "Third Omnibus Objection"), of Washington Mutual, Inc. ("WMI") and WMI Investment Corp. (collectively, the "Debtors"), as debtors and debtors in possession, for entry of an order disallowing and expunging in their entirety certain claims filed against these estates, all as more fully set forth in the Third Omnibus Objection; and upon the Declaration of Michael Arko Pursuant to Local Rule 3007-1 in Support of the Third Omnibus Objection, dated as of May 29, 2009; and the Court having jurisdiction to consider the Third Omnibus Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Third Omnibus Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Third Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that the relief sought in the Third Omnibus

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

Objection is in the best interest of the Debtors, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Third Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Third Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that each Misidentifying Claim listed on <u>Exhibit A</u> hereto is hereby recategorized as a claim asserted against the Debtor indicated in the column marked "Correct Debtor"; and it is further

ORDERED that each claim listed on <u>Exhibit B</u> hereto and listed in the column marked "Amended Claim to be Expunged" is hereby disallowed and expunged in its entirety; and it is further

ORDERED that Kurtzman Carson Consultants, LLC, the Debtors' court-appointed claims and noticing agent, is authorized and directed to delete the claims disallowed and expunged pursuant to this Order from the official claims register in these chapter 11 cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: _____, 2009
Wilmington, Delaware

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

# Exhibit A

# Exhibit B

## Exhibit A
## Wrong Debtor Objections

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Asserted Debtor | Correct Debtor | Reason for Disallowance |
|---|---|---|---|---|---|---|
| Adnan Ahmed | 3189 | 4,500.00 | 4,500.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| John David Alexander | 434 | Unliquidated | - | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| R Phillip Altman | 436 | Unliquidated | - | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| R Phillip Altman | 437 | 429,155.14 | 429,155.14 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Anna M Breymaier | 1053 | Unliquidated | - | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| H Frederick Christie | 435 | 11,650.00 | 11,650.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Ronald L Claveloux | 789 | 1,812,415.36 | 1,812,415.36 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Gloria M Crane | 438 | 31,898.98 | 31,898.98 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Davidson Kempner Institutional Partners LP | 2707 | Unliquidated | 15,160,000.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Davidson Kempner International Ltd | 2706 | Unliquidated | 19,023,000.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Mary Davis | 968 | 591,250.00 | 591,250.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Michael J Ekmanian | 2001 | 2,715.00 | 2,715.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Michael J Ekmanian | 2003 | 1,578.00 | 1,578.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| J Lance Erikson | 439 | Unliquidated | - | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Allan Frazier | 976 | 84,474.62 | 84,474.62 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Carl F Geuther | 440 | Unliquidated | - | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| John Giovenco | 383 | 69,764.50 | 69,764.50 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| John Giovenco | 420 | 69,764.50 | 69,764.50 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Janice Gryp | 441 | 20,261.74 | 20,261.74 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Deborah Hoover | 3396 | 183,356.00 | 183,356.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Joe Jackson | 829 | 715,651.89 | 715,651.89 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Joe M Jackson | 826 | Unliquidated | - | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Lamberta R Jackson | 824 | Unliquidated | - | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Asserted Debtor | Correct Debtor | Reason for Disallowance |
|---|---|---|---|---|---|---|
| Dominic R Janusky and Patricia A Janusky | 746 | 81,462.77 | 81,462.77 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Virginia Kilcheski | 2269 | 18,000.00 | 18,000.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| John F Maher | 429 | Unliquidated | - | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Morgan Stanley & Co Incorporated and the Other | 3114 | Unliquidated | 1,600,000,000.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Joanne S Nesset | 3272 | 5,330.00 | 5,330.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| John S Pereira As Chapter 11 Trustee of Maywood Capital Corp | 2675 | 292,047.13 | 292,047.13 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Sean A Rowles | 1300 | 37,171.67 | 37,171.67 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| A William Schenck III | 452 | Unliquidated | - | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Alice F Schenk | 172 | 236,610.93 | 236,610.93 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Alice Schenk | 918 | 439,461.93 | 439,461.93 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Jay Shergill | 3433 | 33,500.00 | 33,500.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Christine C Stalder | 2477 | 305,747.00 | 305,747.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Fred C Stalder | 2355 | 1,222,989.00 | 1,222,989.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Jaynie M Studenmund | 442 | Unliquidated | - | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Mark Thomas | 2525 | 72,547.50 | 72,547.50 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Thompson & Knight LLP | 2346 | 108,297.75 | 108,297.75 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Treasurer State of Connecticut | 869 | - | - | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Jerry E Weeks | 479 | Unliquidated | - | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |
| Ronald H Wilkowski | 2931 | 389,988.00 | 389,988.00 | WMI Investment Corp. | Washington Mutual, Inc. | Wrong Debtor |

## Exhibit B
## Amended Claim Objections

| Name of Claimant | Remaining Claim Number | Amended Claim to Be Expunged | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|---|
| Affiliated Computer Services | 679 | 611 | 661,574.11 | 661,574.11 | Washington Mutual, Inc. | Amended and superseded claim |
| Reza Aghamirzadeh | 1330 | 554 | 58,409.20 | 58,409.20 | Washington Mutual, Inc. | Amended and superseded claim |
| AT&T Corp | 1697 | 491 | 1,875,614.75 | 1,875,614.75 | Washington Mutual, Inc. | Amended and superseded claim |
| Bailey Publishing & Communications | 3584 | 713 | 845.25 | 845.25 | Washington Mutual, Inc. | Amended and superseded claim |
| Melba Ann Bartels | 1142 | 124 | 70,000.00 | 70,000.00 | Washington Mutual, Inc. | Amended and superseded claim |
| Henry J Berens | 2129 | 1726 | 381,167.03 | 381,167.03 | Washington Mutual, Inc. | Amended and superseded claim |
| City and County of San Francisco | 179 | 326 | 524.34 | 524.34 | Washington Mutual, Inc. | Amended and superseded claim |
| Donald Cook | 3221 | 2270 | 129,948.19 | 129,948.19 | Washington Mutual, Inc. | Amended and superseded claim |
| Richard Deihl | 3119 | 2752 | Unliquidated | - | Washington Mutual, Inc. | Amended and superseded claim |
| Deltec Special Situations Partners L P | 3160 | 814 | Unliquidated | - | Washington Mutual, Inc. | Amended and superseded claim |
| Department of the Treasury Internal Revenue Service | 2299 | 8 | 2,326,616,411.71 | 2,326,616,411.71 | Washington Mutual, Inc. | Amended and superseded claim |
| Alan J Doman | 1072 | 347 | 143,032.12 | 143,032.12 | Washington Mutual, Inc. | Amended and superseded claim |
| Lynn E DuBey | 1039 | 760 | 661,548.35 | 661,548.35 | Washington Mutual, Inc. | Amended and superseded claim |
| Lindy J Friedlander | 3343 | 153 | Unliquidated | 297,447.44 | Washington Mutual, Inc. | Amended and superseded claim |
| Rafael Gonzalez an Individual Carmen Gonzalez an Individual | 321 | 175 | 75,000.00 | 75,000.00 | Washington Mutual, Inc. | Amended and superseded claim |
| Dottie Jensen | 2455 | 607 | 219,613.40 | 219,613.40 | Washington Mutual, Inc. | Amended and superseded claim |

| Name of Claimant | Remaining Claim Number | Amended Claim to Be Expunged | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|---|
| Debra Kegel | 3059 | 1195 | 305,856.00 | 305,856.00 | Washington Mutual, Inc. | Amended and superseded claim |
| Live Nation Marketing Inc | 3659 | 2667 | 93,187.50 | 93,187.50 | Washington Mutual, Inc. | Amended and superseded claim |
| Aldo T Lombardi | 835 | 338 | Unliquidated | - | Washington Mutual, Inc. | Amended and superseded claim |
| Celia T Lucente | 3608 | 1693 | 484,954.00 | 484,954.00 | Washington Mutual, Inc. | Amended and superseded claim |
| Robert Andrew Mackie | 1757 | 680 | Unliquidated | - | Washington Mutual, Inc. | Amended and superseded claim |
| Robert Andrew Mackie | 1757 | 681 | Unliquidated | - | Washington Mutual, Inc. | Amended and superseded claim |
| McKinsey & Company Inc | 3664 | 2155 | 2,566,500.00 | 2,566,500.00 | Washington Mutual, Inc. | Amended and superseded claim |
| Metropolitan Edison Company a FirstEnergy Company | 18 | 290 | 958.98 | 958.98 | Washington Mutual, Inc. | Amended and superseded claim |
| Michigan Schools & Government Credit Union | 1326 | 664 | 1,994,748.89 | 1,994,748.89 | Washington Mutual, Inc. | Amended and superseded claim |
| Peoplesupport Inc | 1837 | 1339 | 4,230,405.39 | 4,230,405.39 | Washington Mutual, Inc. | Amended and superseded claim |
| Mark Robbins | 2336 | 2350 | 2,802,014.36 | 2,802,014.36 | Washington Mutual, Inc. | Amended and superseded claim |
| Bard W Saladin | 1322 | 375 | Unliquidated | - | Washington Mutual, Inc. | Amended and superseded claim |
| Alice F Schenk | 910 | 394 | 236,610.93 | 236,610.93 | Washington Mutual, Inc. | Amended and superseded claim |
| Patricia Schulte | 1088 | 404 | 82,002.92 | 82,002.92 | Washington Mutual, Inc. | Amended and superseded claim |
| Charles M Sledd | 1904 | 1616 | 217,379.38 | 217,379.38 | Washington Mutual, Inc. | Amended and superseded claim |
| Elizabeth Turner | 2150 | 551 | 404,557.23 | 404,557.23 | Washington Mutual, Inc. | Amended and superseded claim |
| David M Williams | 1194 | 786 | 527,825.00 | 527,825.00 | Washington Mutual, Inc. | Amended and superseded claim |