# Exhibit A

## Exhibit A
## Duplicate Objections

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Expunged | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason fo Disallowance |
|---|---|---|---|---|---|---|
| Adnan Ahmed | 3191 | 3189* | 4,500.00 | 4,500.00 | Washington Mutual, Inc. | Duplicate claim |
| John David Alexander | 447 | 434* | Unliquidated | | Washington Mutual, Inc. | Duplicate claim |
| R Phillip Altman | 471 | 436* | Unliquidated | | Washington Mutual, Inc. | Duplicate claim |
| R Phillip Altman | 472 | 437* | 429,155.14 | 429,155.14 | Washington Mutual, Inc. | Duplicate claim |
| Alvarado Independent School District | 533 | 41 | 931.54 | 931.54 | Washington Mutual, Inc. | Duplicate claim |
| Arlington Independent School District | 546 | 42 | 102,272.39 | 102,272.39 | Washington Mutual, Inc. | Duplicate claim |
| Ashbury Park Press | 2306 | 608 | 79,890.20 | 79,890.20 | Washington Mutual, Inc. | Duplicate claim |
| Blue Ridge Independent School District | 523 | 91 | 6,783.99 | 6,783.99 | Washington Mutual, Inc. | Duplicate claim |
| Bowne of Los Angeles Inc | 3296 | 1325 | 3,956.00 | 3,956.00 | Washington Mutual, Inc. | Duplicate claim |
| Bowne of Los Angeles Inc | 3296 | 1328 | 3,956.00 | 3,956.00 | Washington Mutual, Inc. | Duplicate claim |
| Anna M Breymaier | 874 | 1053* | Unliquidated | | Washington Mutual, Inc. | Duplicate claim |
| Jenne K Britell | 1481 | 1252 | 4,409,724.00 | 4,409,724.00 | Washington Mutual, Inc. | Duplicate claim |
| Burleson Independent School District | 527 | 17 | 16,342.42 | 16,342.42 | Washington Mutual, Inc. | Duplicate claim |
| Charles L Byrge | 567 | 475 | 13,630.87 | 13,630.87 | Washington Mutual, Inc. | Duplicate claim |
| Marian Caltagirone | 563 | 553 | . | . | Washington Mutual, Inc. | Duplicate claim |
| Carroll Independent School District | 543 | 100 | 7,134.07 | 7,134.07 | Washington Mutual, Inc. | Duplicate claim |
| H Frederick Christie | 470 | 435* | 11,650.00 | 11,650.00 | Washington Mutual, Inc. | Duplicate claim |
| Cincinnati Bell Telephone | 85 | 30 | 733.93 | 733.93 | Washington Mutual, Inc. | Duplicate claim |
| City of Azle | 538 | 260 | 1,795.19 | 1,795.19 | Washington Mutual, Inc. | Duplicate claim |
| City of Blue Ridge | 524 | 90 | 441.90 | 441.90 | Washington Mutual, Inc. | Duplicate claim |
| City of Burleson | 534 | 267 | 7,281.76 | 7,281.76 | Washington Mutual, Inc. | Duplicate claim |
| City of Cedar Hill | 535 | 266 | 8,002.63 | 8,002.63 | Washington Mutual, Inc. | Duplicate claim |
| City of Colleyville | 541 | 97 | 2,237.90 | 2,237.90 | Washington Mutual, Inc. | Duplicate claim |
| City of Haltom | 547 | 99 | 577.36 | 577.36 | Washington Mutual, Inc. | Duplicate claim |
| City of Homestead FL | 1772 | 1270 | 2,170.25 | 2,170.25 | Washington Mutual, Inc. | Duplicate claim |
| City of Houston Texas | 1101 | 1223 | 25.17 | 25.17 | Washington Mutual, Inc. | Duplicate claim |
| City of Itasca | 536 | 265 | 343.90 | 343.90 | Washington Mutual, Inc. | Duplicate claim |
| City of Keene | 530 | 20 | 868.29 | 868.29 | Washington Mutual, Inc. | Duplicate claim |
| City of Moreno Valley California | 657 | 652 | 1,007,888.89 | 1,007,888.89 | Washington Mutual, Inc. | Duplicate claim |
| City of North Bend | 2815 | 954 | Unliquidated | 380.66 | Washington Mutual, Inc. | Duplicate claim |
| City of San Buenaventura Ventura | 3333 | 2125 | 5,280,486.11 | 5,280,486.11 | Washington Mutual, Inc. | Duplicate claim |
| Ronald L Claveloux | 790 | 789* | 1,812,415.36 | 1,812,415.36 | Washington Mutual, Inc. | Duplicate claim |
| Cleburne Independent School District | 532 | 40 | 1,772.43 | 1,772.43 | Washington Mutual, Inc. | Duplicate claim |
| Daniel R Coleman | 2080 | 2030 | 581,250.00 | 581,250.00 | Washington Mutual, Inc. | Duplicate claim |
| Colorado Department of Revenue | 513 | 243 | . | . | Washington Mutual, Inc. | Duplicate claim |

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Expunged | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason fo Disallowance |
|---|---|---|---|---|---|---|
| Harry Constas Esq | 3129 | 2015 | 50,000.00 | 50,000.00 | Washington Mutual, Inc. | Duplicate claim |
| Jack A Cornick | 147 | 357 | 281,919.39 | 281,919.39 | Washington Mutual, Inc. | Duplicate claim |
| County of Santa Clara | 516 | 228 | 5,169.08 | 5,169.08 | Washington Mutual, Inc. | Duplicate claim |
| Gloria M Crane | 448 | 438* | 31,898.98 | 31,898.98 | Washington Mutual, Inc. | Duplicate claim |
| Davidson Kempner Institutional Partners LP | 2389 | 2707* | Unliquidated | 15,160,000.00 | Washington Mutual, Inc. | Duplicate claim |
| Davidson Kempner International Ltd | 2396 | 2706* | Unliquidated | 19,023,000.00 | Washington Mutual, Inc. | Duplicate claim |
| Mary Davis | 970 | 968* | 591,250.00 | 591,250.00 | Washington Mutual, Inc. | Duplicate claim |
| Department of Revenue State of Oregon | 1111 | 805 | 29,381,722.91 | 29,381,722.91 | Washington Mutual, Inc. | Duplicate claim |
| Department of Treasury Internal Revenue Service | 2299 | 173 | 10,287,968,018.13 | 10,287,968,018.13 | Washington Mutual, Inc. | Duplicate claim |
| Beverly Duane | 1789 | 1788 | 49,460.04 | 49,460.04 | Washington Mutual, Inc. | Duplicate claim |
| Paul DuPraw | 176 | 236 | 20,080.00 | 20,080.00 | Washington Mutual, Inc. | Duplicate claim |
| Eagle Mountain Saginaw Independent School District | 539 | 274 | 13,592.78 | 13,592.78 | Washington Mutual, Inc. | Duplicate claim |
| Michael J Ekmanian | 2001* | 2000 | 2,715.00 | 2,715.00 | Washington Mutual, Inc. | Duplicate claim |
| Michael J Ekmanian | 2003* | 2002 | 1,578.00 | 1,578.00 | Washington Mutual, Inc. | Duplicate claim |
| J Lance Erikson | 482 | 439* | Unliquidated | | Washington Mutual, Inc. | Duplicate claim |
| Ezequiel Investments LLLP | 2965 | 2964 | 50,000.00 | 50,000.00 | Washington Mutual, Inc. | Duplicate claim |
| Carl A Formato and Spouse Judith Formato | 2649 | 2063 | 245,353.05 | 245,353.05 | Washington Mutual, Inc. | Duplicate claim |
| Fortent Americas Inc | 3176 | 923 | 15,348.96 | 15,348.96 | Washington Mutual, Inc. | Duplicate claim |
| Fort Worth Independent School District | 544 | 39 | 53,241.49 | 53,241.49 | Washington Mutual, Inc. | Duplicate claim |
| Franchise Tax Board | 2093 | 3621 | 2,479,959,945.00 | 2,479,959,945.00 | Washington Mutual, Inc. | Duplicate claim |
| Sheldon M Frank | 565 | 393 | 45,871.30 | 45,871.30 | Washington Mutual, Inc. | Duplicate claim |
| Allan Frazier | 858 | 976* | 84,474.62 | 84,474.62 | Washington Mutual, Inc. | Duplicate claim |
| Carl F Geuther | 460 | 440* | Unliquidated | | Washington Mutual, Inc. | Duplicate claim |
| John Giovenco | 421 | 380 | 69,764.50 | 69,764.50 | Washington Mutual, Inc. | Duplicate claim |
| John Giovenco | 421 | 383* | 69,764.50 | 69,764.50 | Washington Mutual, Inc. | Duplicate claim |
| John Giovenco | 421 | 420* | 69,764.50 | 69,764.50 | Washington Mutual, Inc. | Duplicate claim |
| Gloria Gowens | 2641 | 2064 | 142,632.00 | 142,632.00 | Washington Mutual, Inc. | Duplicate claim |
| Grandview Independent School District | 528 | 16 | 624.33 | 624.33 | Washington Mutual, Inc. | Duplicate claim |
| Grapevine Colleyville Independent School District | 542 | 98 | 11,349.04 | 11,349.04 | Washington Mutual, Inc. | Duplicate claim |
| Janice Gryp | 459 | 441* | 20,261.74 | 20,261.74 | Washington Mutual, Inc. | Duplicate claim |
| Haight Brown & Bonesteel LLP | 2814 | 1247 | 12,405.07 | 12,405.07 | Washington Mutual, Inc. | Duplicate claim |
| Haight Brown & Bonesteel LLP | 2814 | 1355 | 12,405.07 | 12,405.07 | Washington Mutual, Inc. | Duplicate claim |
| Highland Park Independent School District | 525 | 15 | 1,884.00 | 1,884.00 | Washington Mutual, Inc. | Duplicate claim |
| Anne Jozaitis Hole | 692 | 582 | 351,106.96 | 351,106.96 | Washington Mutual, Inc. | Duplicate claim |
| Deborah Hoover | 3396* | 2949 | 183,356.00 | 183,356.00 | WMI Investment Corp. | Duplicate claim |
| Deborah Hoover | 2950 | 3396* | 183,356.00 | 183,356.00 | Washington Mutual, Inc. | Duplicate claim |

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Expunged | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason fo Disallowance |
|---|---|---|---|---|---|---|
| Idaho State Tax Commission | 2281 | 836 | 1,672,873.16 | 1,672,873.16 | Washington Mutual, Inc. | Duplicate claim |
| Joe Jackson | 818 | 829* | 715,651.89 | 715,651.89 | Washington Mutual, Inc. | Duplicate claim |
| Joe M Jackson | 828 | 826* | Unliquidated | | Washington Mutual, Inc. | Duplicate claim |
| Lamberta R Jackson | 817 | 824* | Unliquidated | | Washington Mutual, Inc. | Duplicate claim |
| Dominic R Janusky and Patricia A Janusky | 745 | 746* | 81,462.77 | 81,462.77 | Washington Mutual, Inc. | Duplicate claim |
| Johnson County Hill County Junior College | 529 | 19 | 6,181.96 | 6,181.96 | Washington Mutual, Inc. | Duplicate claim |
| Edith Katter & Jerome Katter | 32 | 329 | 9,506.00 | 9,506.00 | Washington Mutual, Inc. | Duplicate claim |
| Keene Independent School District | 531 | 269 | 1,098.92 | 1,098.92 | Washington Mutual, Inc. | Duplicate claim |
| Keller Independent School District | 517 | 89 | 53,916.05 | 53,916.05 | Washington Mutual, Inc. | Duplicate claim |
| Shabbir A Khan San Joaquin County Tax Collector | 3516 | 2285 | 429,137.47 | 429,137.47 | Washington Mutual, Inc. | Duplicate claim |
| Virginia Kilcheski | 2269* | 2110 | 18,000.00 | 18,000.00 | Washington Mutual, Inc. | Duplicate claim |
| Rich Kirk | 3337 | 2585 | 438,087.82 | 438,087.82 | Washington Mutual, Inc. | Duplicate claim |
| Stanley J Konopacki | 661 | 643 | 384,679.58 | 384,679.58 | Washington Mutual, Inc. | Duplicate claim |
| Joseph Krakowski | 314 | 315 | 5,000.00 | 5,000.00 | Washington Mutual, Inc. | Duplicate claim |
| Raj Kumar | 2084 | 2083 | 579,013.00 | 579,013.00 | Washington Mutual, Inc. | Duplicate claim |
| Laws & Murdoch PA | 1043 | 94 | 951.10 | 951.10 | Washington Mutual, Inc. | Duplicate claim |
| Chen Yu Liang | 334 | 227 | 400,966.64 | 400,966.64 | Washington Mutual, Inc. | Duplicate claim |
| Grainger C Lott | 138 | 237 | 20,000.00 | 20,000.00 | Washington Mutual, Inc. | Duplicate claim |
| LSI Appraisal LLC | 2381 | 478 | 1,682,167.00 | 1,682,167.00 | Washington Mutual, Inc. | Duplicate claim |
| John F Maher | 456 | 429* | Unliquidated | | Washington Mutual, Inc. | Duplicate claim |
| Mansfield Independent School District | 540 | 72 | 27,058.49 | 27,058.49 | Washington Mutual, Inc. | Duplicate claim |
| Chu Chien Ming | 332 | 295 | 100,241.67 | 100,241.67 | Washington Mutual, Inc. | Duplicate claim |
| Morgan Stanley & Co Incorporated | 2584 | 2569 | 78,928.68 | 78,928.68 | Washington Mutual, Inc. | Duplicate claim |
| Morgan Stanley & Co Incorporated and the Other Creditors Listed | 3071 | 3114* | Unliquidated | 1,600,000,000.00 | Washington Mutual, Inc. | Duplicate claim |
| MW Schofield | 225 | 224 | 798.99 | 798.99 | Washington Mutual, Inc. | Duplicate claim |
| NBC Universal Corp | 28 | 27 | 1,352,228.45 | 1,352,228.45 | Washington Mutual, Inc. | Duplicate claim |
| Joanne S Nesset | 3272* | 1826 | 5,330.00 | 5,330.00 | Washington Mutual, Inc. | Duplicate claim |
| Nolan County | 519 | 270 | 107.41 | 107.41 | Washington Mutual, Inc. | Duplicate claim |
| Nolan County Hospital | 522 | 272 | 40.79 | 40.79 | Washington Mutual, Inc. | Duplicate claim |
| Oregon Department of Revenue | 1111 | 754 | 29,381,722.91 | 29,381,722.91 | Washington Mutual, Inc. | Duplicate claim |
| Pennsylvania Department of Revenue | 2284 | 1236 | 10,319.88 | 10,319.88 | Washington Mutual, Inc. | Duplicate claim |
| John S Pereira As Chapter 11 Trustee of Maywood Capital Corp et al | 2675* | 2544 | 292,047.13 | 292,047.13 | Washington Mutual, Inc. | Duplicate claim |
| Pitney Bowes Global Financial Services | 3354 | 3150 | 27,616.58 | 27,616.58 | Washington Mutual, Inc. | Duplicate claim |
| Potestivo & Associates | 2816 | 1320 | 3,100.00 | 3,100.00 | Washington Mutual, Inc. | Duplicate claim |
| Potestivo & Associates | 2816 | 1580 | 3,100.00 | 3,100.00 | Washington Mutual, Inc. | Duplicate claim |
| Michael A Reynoldson | 752 | 537 | 1,328,245.99 | 1,328,245.99 | Washington Mutual, Inc. | Duplicate claim |

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Expunged | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason fo Disallowance |
|---|---|---|---|---|---|---|
| Richardson Independent School District | 545 | 289 | 62,302.67 | 62,302.67 | Washington Mutual, Inc. | Duplicate claim |
| Roscoe Independent School District | 520 | 268 | 357.72 | 357.72 | Washington Mutual, Inc. | Duplicate claim |
| Mitchell M Rosenberg | 2647 | 2646 | 656,910.00 | 656,910.00 | Washington Mutual, Inc. | Duplicate claim |
| Sean A Rowles | 1656 | 1300* | 37,171.67 | 37,171.67 | Washington Mutual, Inc. | Duplicate claim |
| Joanne Ruggiano | 255 | 87 | 25,000.00 | 25,000.00 | Washington Mutual, Inc. | Duplicate claim |
| Raaj K Sah Revocable Living Trust DOT 02 09 | 742 | 665 | 40,000.00 | 40,000.00 | Washington Mutual, Inc. | Duplicate claim |
| San Diego County Treasurer Tax Collector | 512 | 187 | 2,392,211.96 | 2,392,211.96 | Washington Mutual, Inc. | Duplicate claim |
| San Diego County Treasurer Tax Collector | 511 | 207 | 455,747.11 | 455,747.11 | Washington Mutual, Inc. | Duplicate claim |
| San Diego County Treasurer Tax Collector | 3099 | 1736 | 45,284.63 | 45,284.63 | Washington Mutual, Inc. | Duplicate claim |
| San Joaquin County Tax Collector | 1376 | 1190 | 429,137.47 | 429,137.47 | Washington Mutual, Inc. | Duplicate claim |
| A William Schenck III | 453 | 452* | Unliquidated | | Washington Mutual, Inc. | |
| Alice F Schenk | 394 | 172* | 236,610.93 | 236,610.93 | Washington Mutual, Inc. | Duplicate claim |
| Alice Schenk | 910 | 918* | 439,461.93 | 439,461.93 | Washington Mutual, Inc. | Duplicate claim |
| Patricia Schulte | 1088 | 562 | 61,029.43 | 61,029.43 | Washington Mutual, Inc. | Duplicate claim |
| Chandan Sharma | 2539 | 2172 | 581,627.55 | 581,627.55 | Washington Mutual, Inc. | Duplicate claim |
| Jay Shergill | 2291 | 210 | 33,500.00 | 33,500.00 | Washington Mutual, Inc. | Duplicate claim |
| Jay Shergill | 3433* | 2293 | 33,500.00 | 33,500.00 | WMI Investment Corp. | Duplicate claim |
| Jay Shergill | 2291 | 3433* | 33,500.00 | 33,500.00 | Washington Mutual, Inc. | Duplicate claim |
| Jane M Shevell | 1742 | 1311 | 20,350.00 | 20,350.00 | Washington Mutual, Inc. | Duplicate claim |
| Chen Shin Shi & Lai Yu Yen | 335 | 206 | 100,241.67 | 100,241.67 | Washington Mutual, Inc. | Duplicate claim |
| Barbara J Snyder | 937 | 1027 | 214,078.00 | 214,078.00 | Washington Mutual, Inc. | Duplicate claim |
| Christine C Stalder | 2460 | 2477* | 305,747.00 | 305,747.00 | Washington Mutual, Inc. | Duplicate claim |
| Fred C Stalder | 2458 | 2355* | 1,222,989.00 | 1,222,989.00 | Washington Mutual, Inc. | Duplicate claim |
| State of Maine | 1323 | 576 | 471,048.35 | 471,048.35 | Washington Mutual, Inc. | Duplicate claim |
| State of Maine | 3130 | 1323 | 471,048.35 | 471,048.35 | Washington Mutual, Inc. | Duplicate claim |
| State of New Jersey | 2886 | 605 | 868,652.42 | 868,652.42 | Washington Mutual, Inc. | Duplicate claim |
| State of New Jersey | 2912 | 606 | 1,289,639.28 | 1,289,639.28 | Washington Mutual, Inc. | Duplicate claim |
| Stewart Sokol & Gray LLC | 2970 | 2828 | 155,496.24 | 155,496.24 | Washington Mutual, Inc. | Duplicate claim |
| Chris Stovic or Nancy Stovic | 132 | 184 | 15,300.00 | 15,300.00 | Washington Mutual, Inc. | Duplicate claim |
| Jaynie M Studenmund | 451 | 442* | Unliquidated | | Washington Mutual, Inc. | Duplicate claim |
| SunGuard Availability Services LP | 3063 | 801 | 505,848.00 | 505,848.00 | Washington Mutual, Inc. | Duplicate claim |
| Craig E Tall | 1220 | 1191 | 4,015,033.00 | 4,015,033.00 | Washington Mutual, Inc. | Duplicate claim |
| Craig E Tall | 1220 | 1219 | 4,015,033.00 | 4,015,033.00 | Washington Mutual, Inc. | Duplicate claim |
| Craig Tall | 1220 | 1090 | 4,015,033.00 | 4,015,033.00 | Washington Mutual, Inc. | Duplicate claim |
| Lim Jang Tek / Sasty Susanto | 1901 | 1897 | 100,000.00 | 100,000.00 | Washington Mutual, Inc. | Duplicate claim |
| The Hopp Law Firm Llc | 3460 | 3320 | 5,528.34 | 5,528.34 | Washington Mutual, Inc. | Duplicate claim |
| The Relizon Company Dba Workflowone | 3349 | 2755 | 553,973.42 | 553,973.42 | Washington Mutual, Inc. | Duplicate claim |

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Expunged | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason fo Disallowance |
|---|---|---|---|---|---|---|
| The Relizon Company dba Workflowone | 3293 | 2756 | 1,048,923.55 | 1,048,923.55 | Washington Mutual, Inc. | Duplicate claim |
| Mark Thomas | 2530 | 2525* | 72,547.50 | 72,547.50 | Washington Mutual, Inc. | Duplicate claim |
| Thompson & Knight LLP | 2352 | 2346* | 108,297.75 | 108,297.75 | Washington Mutual, Inc. | Duplicate claim |
| Town of Highland Park | 526 | 271 | 131.98 | 131.98 | Washington Mutual, Inc. | Duplicate claim |
| Treasurer State of Connecticut | 864 | 869* | | | Washington Mutual, Inc. | Duplicate claim |
| Janice D Turner | 2545 | 1790 | 432,390.00 | 432,390.00 | Washington Mutual, Inc. | Duplicate claim |
| Anthony F Vuoto | 985 | 484 | 650,000.00 | 650,000.00 | Washington Mutual, Inc. | Duplicate claim |
| Anthony F Vuoto | 997 | 729 | 3,538,629.00 | 3,538,629.00 | Washington Mutual, Inc. | Duplicate claim |
| Jerry E Weeks | 481 | 479* | Unliquidated | | Washington Mutual, Inc. | Duplicate claim |
| Frank Whitemaine | 840 | 618 | 540,167.00 | 540,167.00 | Washington Mutual, Inc. | Duplicate claim |
| Whitewright Independent School District | 548 | 273 | 872.99 | 872.99 | Washington Mutual, Inc. | Duplicate claim |
| Ronald H Wilkowski | 2931* | 2927 | 389,988.00 | 389,988.00 | Washington Mutual, Inc. | Duplicate claim |
| Douglas G Wisdorf | 106 | 246 | 357,728.70 | 357,728.70 | Washington Mutual, Inc. | Duplicate claim |
| David H Zielke | 812 | 640 | 463,955.80 | 463,955.80 | Washington Mutual, Inc. | Duplicate claim |

* Indicates the Debtors have sought to recategorize such claim pursuant to the Debtors Third Omnibus (Non-Substantive) Objection to Claims as a claim against Washington Mutual, Inc.