# EXHIBIT A

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Acxiom Corp | 2464 | 35,946,116 | 35,946,116 | Washington Mutual, Inc. | This claim relates to amounts owed pursuant to an agreement between the claimant and WMB. Neither Debtor is a party to such agreement and is, therefore, not liable for any amounts due thereunder. |
| Adnan Ahmed | 3191 | 4,500 | 4,500 | Washington Mutual, Inc. | This claim relates to a lawsuit commenced against WMB. Neither of the Debtors is party to the lawsuit and, therefore, has no liability with respect to the claims alleged therein. |
| David L Alexander | 400 | 950,356.22 | 950,356.22 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| All American Contracting | 2432 | 41,967 | 41,967 | Washington Mutual, Inc. | This claim relates to amounts owed pursuant to an agreement between the claimant and WMB. Neither Debtor is a party to such agreement and is, therefore, not liable for any amounts due thereunder. |
| Allen Systems Group Inc | 1629 | 288,783 | 288,783 | Washington Mutual, Inc. | This claim relates to services provided pursuant to an agreement with WMB. Neither Debtor is a party to such agreement and is, therefore, not liable for any amounts due thereunder. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Amy Burley &The William A Moore Trust Act | 2242 | Unliquidated | 100,000 | Washington Mutual, Inc. | This claim relates to a lawsuit commenced against a WMB subsidiary entity. Per the information provided with the proof of claim, all claims asserted in the underlying lawsuit were dismissed with prejudice. Upon information and belief, the lawsuit resulted in a settlement with WMB. Neither Debtor is party to the lawsuit or the resulting settlement agreement. Accordingly, neither Debtor is liable with respect to either the allegations contained in the lawsuit or any amounts due under the settlement agreement. |
| Robert L Anderson | 2388 | 332,593.00 | 332,593.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Dalzell F Andrews | 1368 | Unliquidated |  | Washington Mutual, Inc. | This claim unreposedly asserts a claim for distributions and/or benefits allegedly due pursuant to the WaMu Cash Balance Pension Plan (the "Plan"). All benefits and/or distributions due pursuant to the Plan are paid solely out of the Plan trust, and not from WMI's general assets. Accordingly, because such plan beneficiaries have no legal recourse against WMI or WMI's assets, this claim should be disallowed and expunged in its entirety. |
| Ariba Inc | 2017 | 353,856 | 353,856 | Washington Mutual, Inc. | This claim relates to an agreement entered into between claimant and Providian Bancorp Services, a subsidiary of WMB (the agreement was originally with Providian Leasing Corporation, which merged into Providian Bancorp Services as of 5/1/08). Neither Debtor is a party to the agreement and, therefore, has no liability with respect thereto. |
| Dean B Arnold | 497 | 120,000.00 | 120,000.00 | Washington Mutual, Inc. | This claim is made pursuant to a retention bonus agreement ("Agreement") between the Claimant and Washington Mutual Bank. Upon information and belief, the Claimant was an employee of WMB, not WMI, at the time the Agreement was executed. Neither Debtor is a party to the Agreement and, therefore, has no liability with respect thereto. |
| Asbury Park Press | 2306 | 79,890 | 79,890 | Washington Mutual, Inc. | This claim relates to amounts owed pursuant to an agreement between the claimant and WMB. Neither Debtor is a party to such agreement and is, therefore, not liable for any amounts due thereunder. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Helga Ausin | 3563 | 59 | 59 | Washington Mutual, Inc. | This claim relates to an action commenced against WMB. Neither of the Debtors is party to the lawsuit and, therefore, has no liability with respect to the claims alleged therein. |
| Edward F Bach | 2855 | 577,000.00 | 577,000.00 | Washington Mutual, Inc. | This claim arises out of and relates to (1) a Change in Control Agreement ("CIC Agreement") and (2) a retention bonus agreement ("Retention Agreement," and together with the CIC Agreement, the "Agreements"). The Agreements were entered into by and between the Claimant and WMB. Neither Debtor is a party to either of the Agreements. Upon information and belief, the Claimant was, at all times relevant hereto, an employee of WMB, not WMI. Therefore, because neither Debtor is a party to the Agreements, neither Debtor has any liability with respect thereto. As such, this claim should be disallowed and expunged in its entirety. |
| Nirmal K Baid | 1051 | 723,917.00 | 723,917.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Nirmal Baid | 1523 | 89,000.00 | 89,000.00 | Washington Mutual, Inc. | This claim is made pursuant to a retention bonus agreement ("Agreement") between the Claimant and Washington Mutual Bank. Upon information and belief, the Claimant was an employee of WMB, not WMI, at the time the Agreement was executed. Neither Debtor is a party to the Agreement and, therefore, has no liability with respect thereto. |
| Bank Of America | 2947 | 25,000 | 25,000 | Washington Mutual, Inc. | This claim relates to a lawsuit commenced against WMB. Neither of the Debtors is party to the lawsuit and, therefore, has no liability with respect to the claims alleged therein. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Barclay Dean Interiors | 2818 | 47,467 | 47,467 | Washington Mutual, Inc. | This claim relates to amounts owed pursuant to an agreement between the claimant and WMB. Neither Debtor is a party to such agreement and is, therefore, not liable for any amounts due thereunder. |
| Melvin Bearse | 1867 | Unliquidated | - | Washington Mutual, Inc. | This claim improperly asserts a claim for distributions and/or benefits allegedly due pursuant to the WaMu Cash Balance Pension Plan (the "Plan"). All benefits and/or distributions due pursuant to the Plan are paid solely out of the Plan trust, and not from WMI's general assets. Accordingly, because such plan beneficiaries have no legal recourse against WMI or WMI's assets, this claim should be disallowed and expunged in its entirety. |
| Better Chinatown Society | 935 | 23,000 | 23,000 | Washington Mutual, Inc. | This claim relates to services provided pursuant to an agreement between claimant and WMB. Neither Debtor is a party to the agreement and, therefore, has no liability with respect thereto. |
| Thomas V Biggs | 581 | 10,157.03 | 10,157.03 | Washington Mutual, Inc. | This claim is made pursuant to a retention bonus agreement ("Agreement") between the Claimant and Washington Mutual Bank. Upon information and belief, the Claimant was an employee of WMB, not WMI, at the time the Agreement was executed. Neither Debtor is a party to the Agreement and, therefore, has no liability with respect thereto. |
| Michelle Blunck | 151 | 271,213.57 | 271,213.57 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| George Boa | 1547 | 10,342.98 | 10,342.98 | Washington Mutual, Inc. | This claim improperly asserts a claim for distributions and/or benefits allegedly due pursuant to the WaMu Cash Balance Pension Plan (the "Plan"). All benefits and/or distributions due pursuant to the Plan are paid solely out of the Plan trust, and not from WMI's general assets. Accordingly, because such plan beneficiaries have no legal recourse against WMI or WMI's assets, this claim should be disallowed and expunged in its entirety. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| George Boa | 1548 | 900,000.00 | 900,000.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Boilermakers National Annuity Trust Fund on behalf of itself and all others similarly situated | 2154 | 39,837,106,891.00 | 39,837,106,891.00 | Washington Mutual, Inc. | This claim relates to a lawsuit to which neither of the Debtors is a party. Therefore, because neither Debtor is a party to the action, neither Debtor has liability with respect to the claims alleged therein. |
| Wayne Kent A Bradshaw | 748 | 600,000.00 | 600,000.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Martha Ann Brady | 3415 | 156,729.00 | 156,729.00 | Washington Mutual, Inc. | This claim unmovorly asserts a claim for distributions and/or benefits allegedly due pursuant to the WaMu Cash Balance Pension Plan (the "Plan"). All benefits and/or distributions due pursuant to the Plan are paid solely out of the Plan trust, and not from WMI's general assets. Accordingly, because such plan beneficiaries have no legal recourse against WMI or WMI's assets, this claim should be disallowed and expunged in its entirety. |
| Brv Inc | 701 | 56,127 | 56,127 | Washington Mutual, Inc. | This claim relates to an agreement, dated February 1, 2008, between claimant and a non-debtor entity. Neither of the Debtors are party to the agreement and, therefore, have no liability with respect thereto. |
| Cane Publications Inc Dba | 1026 | 81,351 | 81,351 | Washington Mutual, Inc. | This claim relates to an advertising services agreement between claimant and Mediaspace Solutions. Mediaspace solutions was party to an advertising agreement with WMB. Neither Debtor is party to any of the underlying agreements and is, therefore, not liable for the debt alleged in this claim. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Jeanne Catalano | 3002 | 659,836.15 | 659,836.15 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Jinning Chen | 1479 | 306,260.00 | 306,260.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Deborah Clark | 1314 | 31,727.47 | 31,727.47 | Washington Mutual, Inc. | This claim improperly asserts a claim for distributions and/or benefits allegedly due pursuant to (i) the WaMu Savings Plan (the "Plan") and (ii) the WaMu Cash Balance Pension Plan ("Pension Plan," and together witht the Plan, the "Plans"). All benefits and/or distributions due pursuant to the Plans are paid solely out of the respective Plan trusts, and not from WMI's general assets. Accordingly, because such plan beneficiaries have no legal recourse against WMI or WMI's assets, this claim should be disallowed and expunged in its entirety. |
| Matthew Clark | 736 | 22,800.00 | 22,800.00 | Washington Mutual, Inc. | This claim is made pursuant to a retention bonus agreement ("Agreement") between the Claimant and Washington Mutual Bank. Upon information and belief, the Claimant was an employee of WMB, not WMI, at the time the Agreement was executed. Neither Debtor is a party to the Agreement and, therefore, has no liability with respect thereto. |
| Michael E Cochran | 2040 | 495,527.12 | 495,527.12 | Washington Mutual, Inc. | This claim arises out of and relates to (1) a Change in Control Agreement ("CIC Agreement") and (2) a retention bonus agreement ("Retention Agreement," and together with the CIC Agreement, the "Agreements"). The Agreements were entered into by and between the Claimant and WMB. Neither Debtor is a party to either of the Agreements. Upon information and belief, the Claimant was, at all times relevant hereto, an employee of WMB, not WMI. Therefore, because neither Debtor is a party to the Agreements, neither Debtor has any liability with respect thereto. As such, this claim should be disallowed and expunged in its entirety. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Robert Collins | 956 | 386,752.06 | 386,752.06 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Community Housing Works | 1570 | 1,000,000 | 1,000,000 | Washington Mutual, Inc. | This claim fails to assert a debt owed by either WMI or WMI Investment and, therefore, should be disallowed and expunged in its entirety. |
| Compliance Coach | 2836 | 195,000 | 195,000 | Washington Mutual, Inc. | This claim relates to amounts owed pursuant to an agreement between the claimant and WMB. Neither Debtor is a party to such agreement and is, therefore, not liable for any amounts due thereunder. |
| Thomas J Connally | 1581 | 405,703.83 | 405,703.83 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Donald Cook | 3221 | 115,664.00 | 115,664.00 | Washington Mutual, Inc. | This claim is made pursuant to a Retention Bonus Agreement ("Agreement") between the Claimant and Washington Mutual Bank. Upon information and belief, the Claimant was an employee of WMB, not WMI, at the time the Agreement was executed. Neither Debtor is a party to the Agreement and, therefore, has no liability with respect thereto. |
| County Of Santa Clara | 3701 | 16,509 | 16,509 | Washington Mutual, Inc. | The property identified in the proof of claim as giving rise to the asserted liability is not owned by either of the Debtors. According, the Debtors have no liability on account thereof. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Courier Solutions | 2512 | 56,520,000 | 56,520,000 | Washington Mutual, Inc. | This claim relates to amounts owed pursuant to an agreement between the claimant and WMB. Neither Debtor is a party to such agreement and is, therefore, not liable for any amounts due thereunder. |
| Stephen G Court | 1541 | 10,000 | 10,000 | Washington Mutual, Inc. | This claim relates to a lawsuit commenced against WMB. Neither of the Debtors is party to the lawsuit and, therefore, has no liability with respect to the claims alleged therein. |
| Cox Radio Houston | 80 | 44,349 | 44,349 | Washington Mutual, Inc. | This claim relates to services provided pursuant to an agreement to which WMB is the contracting party. Neither of the Debtors are party to the agreement and, therefore, have no liability with respect thereto. |
| Cox Radio Inc | 262 | 195,254 | 195,254 | Washington Mutual, Inc. | This claim relates to services provided pursuant to an agreement to which WMB is the contracting party. Neither of the Debtors are party to the agreement and, therefore, have no liability with respect thereto. |
| Mark J Conway | 2386 | 316,936.00 | 316,936.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Karen Crandall | 3604 | 481,556.00 | 481,556.00 | Washington Mutual, Inc. | This claim arises out of and relates to (1) a Change in Control Agreement ("CIC Agreement") and (2) a retention bonus agreement ("Retention Agreement," and together with the CIC Agreement, the "Agreements"). The Agreements were entered into by and between the Claimant and WMB. Neither Debtor is a party to either of the Agreements. Upon information and belief, the Claimant was, at all times relevant hereto, an employee of WMB, not WMI. Therefore, because neither Debtor is a party to the Agreements, neither Debtor has any liability with respect thereto. As such, this claim should be disallowed and expunged in its entirety. |
| William E Crawford | 784 | 361,919.63 | 361,919.63 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Mayo S. David | 1197 | 180,210.94 | 180,210.94 | Washington Mutual, Inc. | This claim improperly asserts a claim against WMI for distributions allegedly due pursuant to the Claimant's 401(k) Plan account and/or the lost value of such plan. All benefits and/or distributions due pursuant to the 401(k) Plan are paid solely out of the respective plan trust, and not from WMI's general assets. Furthermore, this claim fails to state any other grounds that could give rise to a liability against WMI. Accordingly, the Claimant has no legal recourse against WMI or WMI's assets, and this claim should be disallowed and expunged in its entirety. |
| Michael F Dav | 2378 | 325,437.55 | 325,437.55 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Jean M DeFord | 2310 | 242,395.46 | 242,395.46 | Washington Mutual, Inc. | This claim improperly asserts a claim for distributions and/or benefits allegedly due pursuant to the WaMu Savings Plan (the "Plan"). All benefits and/or distributions due pursuant to the Plan are paid solely out of the respective plan trust, and not from WMI's general assets. Accordingly, because such plan beneficiaries have no legal recourse against WMI or WMI's assets, this claim should be disallowed and expunged in its entirety. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Jean M DeFond | 2333 | $15,961.79 | $15,961.79 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Jean M DeFond | 2324 | 86,609.32 | 86,609.32 | Washington Mutual, Inc. | This claim improperly asserts a claim for distributions and/or benefits allegedly due pursuant to the WaMu Cash Balance Pension Plan (the "Plan"). All benefits and/or distributions due pursuant to the Plan are paid solely out of the Plan trust, and not from WMI's general assets. Accordingly, because such plan beneficiaries have no legal recourse against WMI or WMI's assets, this claim should be disallowed and expunged in its entirety. |
| Allen Derheim | 2275 | 15,400.00 | 15,400.00 | Washington Mutual, Inc. | This claim is made pursuant to a retention bonus agreement ("Agreement") between the Claimant and Washington Mutual Bank. Upon information and belief, the Claimant was an employee of WMB, not WMI, at the time the Agreement was executed. Neither Debtor is a party to the Agreement and, therefore, has no liability with respect thereto. |
| Jeffrey J Deuel | 1033 | 1,299,000.00 | 1,299,000.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Kathleen Dewar | 406 | 272,725.99 | 272,725.99 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Dixieline Lumber Company Adba Probuild | 3012 | 27,415 | 27,415 | Washington Mutual, Inc. | This claim is properly asserted, if at all, against JP Morgan Chase & Co., as successor to WMB. JPMorgan Chase & Co. is named in the subject lawsuit. Neither of the Debtors is party to the lawsuit and, therefore, has no liability with respect to the claims alleged therein. |

| Name of Claimant | Claim Number | Fied Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Yoko Dominguez | 603 | 2,000,000 | 2,000,000 | Washington Mutual, Inc. | This claim relates to a lawsuit commenced against, among others, WMB. Neither of the Debtors is party to the lawsuit and, therefore, has no liability with respect to the claims alleged therein. |
| Cristal Noell Downing | 402 | 367,500.00 | 367,500.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Michael T Eggleston | 1387 | 36,000.00 | 36,000.00 | Washington Mutual, Inc. | This claim is made pursuant to a retention bonus agreement ("Agreement") between the Claimant and Washington Mutual Bank. Upon information and belief, the Claimant was an employee of WMB, not WMI, at the time the Agreement was executed. Neither Debtor is a party to the Agreement and, therefore, has no liability with respect thereto. |
| Andrew J Eschenbach | 557 | 390,000.00 | 390,000.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Jennifer A Fancher | 377 | 45,000.00 | 45,000.00 | Washington Mutual, Inc. | This claim is made pursuant to a retention bonus agreement ("Agreement") between the Claimant and Washington Mutual Bank. Upon information and belief, the Claimant was an employee of WMB, not WMI, at the time the Agreement was executed. Neither Debtor is a party to the Agreement and, therefore, has no liability with respect thereto. |
| Deanne Farhang | 2917 | Unliquidated | - | Washington Mutual, Inc. | This claim relates to an order/notice to withhold child support payments from income. The subject notice is directed at WMB, on account of a WMB employee. This claim is not properly asserted against either Debtor and, accordingly, should be disallowed and expunged in its entirety. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Marjorie B Ferrer | 2697 | Unliquidated | 2,000,000 | Washington Mutual, Inc. | This claim relates to a lawsuit commenced against WMB. Neither of the Debtors is party to the lawsuit and, therefore, has no liability with respect to the claims alleged therein. |
| William Finzer | 3453 | 76,636.00 | 76,636.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| William Finzer | 3461 | 55,000.00 | 55,000.00 | Washington Mutual, Inc. | This claim is made pursuant to a Retention Bonus Agreement ("Agreement") between the Claimant and Washington Mutual Bank. Upon information and belief, the Claimant was an employee of WMB, not WMI, at the time the Agreement was executed. Neither Debtor is a party to the Agreement and, therefore, has no liability with respect thereto. |
| Bruce Fletcher | 2576 | 234,000.00 | 234,000.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Foothall Northwest LLC | 779 | 487,000 | 487,000 | Washington Mutual, Inc. | This claim pertains to a Naming Rights and Sponsorship Agreement, dated as of September 21, 2006, by and between claimant and WMB. Neither Debtor is a party to the agreement and, therefore, has no liability with respect thereto. |
| Brian T Foster | 612 | 14,600.00 | 14,600.00 | WMI Investment Corp. | This claim is made pursuant to a retention bonus agreement ("Agreement") between the Claimant and Washington Mutual Bank. Upon information and belief, the Claimant was an employee of WMB, not WMI, at the time the Agreement was executed. Neither Debtor is a party to the Agreement and, therefore, has no liability with respect thereto. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Brian T Foster | 637 | 263,826.87 | 263,826.87 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Keith O Fukui | 710 | 814,261.06 | 814,261.06 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Dewayne Allen Furr | 849 | 228,750.00 | 228,750.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Leona Gaedicke | 1451 | Unliquidated | - | Washington Mutual, Inc. | This claim improperly asserts a claim for distributions and/or benefits allegedly due pursuant to the WaMu Cash Balance Pension Plan (the "Plan"). All benefits and/or distributions due pursuant to the Plan are paid solely out of the Plan trust, and not from WMI's general assets. Accordingly, because such plan beneficiaries have no legal recourse against WMI or WMI's assets, this claim should be disallowed and expunged in its entirety. |
| Dean Gaynor | 3321 | 8,345.98 | 8,345.98 | Washington Mutual, Inc. | This claim improperly asserts a claim for distributions and/or benefits allegedly due pursuant to the WaMu Cash Balance Pension Plan (the "Plan"). All benefits and/or distributions due pursuant to the Plan are paid solely out of the Plan trust, and not from WMI's general assets. Accordingly, because such plan beneficiaries have no legal recourse against WMI or WMI's assets, this claim should be disallowed and expunged in its entirety. |
| Peter Gerrald | 2300 | 755,494.00 | 755,494.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Michael J Giampaolo | 2874 | 86,539.29 | 86,539.29 | Washington Mutual, Inc. | This claim improperly asserts a claim for distributions and/or benefits allegedly due pursuant to the WaMu Cash Balance Pension Plan (the "Plan"). All benefits and/or distributions due pursuant to the Plan are paid solely out of the Plan trust, and not from WMI's general assets. Accordingly, because such plan beneficiaries have no legal recourse against WMI or WMI's assets, this claim should be disallowed and expunged in its entirety. |
| Greg Gilchrist | 3364 | 25,000.00 | 25,000.00 | Washington Mutual, Inc. | This claim relates to (1) a retention bonus agreement ("Agreement") between the Claimant and Washington Mutual Bank and (2) a notice of position elimination ("Elimination Notice") issued by JPMorgan Chase & Co. Upon information and belief, the Claimant was an employee of WMB, not WMI, at the time the Agreement was executed. Neither Debtor is a party to the Agreement and, therefore, has no liability with respect thereto. In addition, Neither Debtor is party to the Elimination Notice. Accordingly, any severance benefits owed to the Claimant as a result of the Elimination Notice are not owed by the Debtors. This claim, therefore, should be disallowed and expunged in its entirety. |
| William K Glasby | 1030 | 35,000.00 | 35,000.00 | Washington Mutual, Inc. | This claim is made pursuant to a retention bonus agreement ("Agreement") between the Claimant and Washington Mutual Bank. Upon information and belief, the Claimant was an employee of WMB, not WMI, at the time the Agreement was executed. Neither Debtor is a party to the Agreement and, therefore, has no liability with respect thereto. |
| William K Glasby | 1030 | 35,000.00 | 35,000.00 | Washington Mutual, Inc. | This claim is made pursuant to a retention bonus agreement ("Agreement") between the Claimant and Washington Mutual Bank. Upon information and belief, the Claimant was an employee of WMB, not WMI, at the time the Agreement was executed. Neither Debtor is a party to the Agreement and, therefore, has no liability with respect thereto. |
| Judith B Goldstein | 3048 | 25,000 | 25,000 | Washington Mutual, Inc. | This claim relates to a lawsuit commenced against WMB. Neither of the Debtors is party to the lawsuit and, therefore, has no liability with respect to the claims alleged therein. |
| Rafael Gonzalez an Individual Carmen Gonzalez an individual Rafael Gonzalez an Alleged Entity Carmen Gonzalez an Alleged Enti | 321 | 75,000.00 | 75,000.00 | Washington Mutual, Inc. | This claim relates to a lawsuit commenced against WMB. Neither of the Debtors is party to the lawsuit and, therefore, has no liability with respect to the claims alleged therein. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Diana Graham | 1715 | 992,080.00 | 992,080.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Blake Grayson | 401 | 352,734.00 | 352,734.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Amber Gravett | 2841 | 290,625.00 | 290,625.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Donna M Gregg | 1268 | Unliquidated | - | Washington Mutual, Inc. | This claim improperly asserts a claim for distributions and/or benefits allegedly due pursuant to the WaMu Cash Balance Pension Plan (the "Plan"). All benefits and/or distributions due pursuant to the Plan are paid solely out of the Plan trust, and not from WMI's general assets. Accordingly, because such plan beneficiaries have no legal recourse against WMI or WMI's assets, this claim should be disallowed and expunged in its entirety. |
| Elizabeth A Hale | 75 | 361,160.00 | 361,160.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Brian K Hale | 74 | 292,500.00 | 292,500.00 | Washington Mutual, Inc. | This claim is made pursuant to a Change in Control Agreement between the Claimant and Washington Mutual Bank. The Claimant was an employee of WMB, not WMI. Therefore, the Claimant should look to WMB for satisfaction of such claim. As such, WMI has no liability with respect to the Claimant's claim. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Marjorie J Hale | 2560 | Unliquidated | - | Washington Mutual, Inc. | This claim improperly asserts a claim for distributions and/or benefits allegedly due pursuant to the WaMu Cash Balance Pension Plan (the "Plan"). All benefits and/or distributions due pursuant to the Plan are paid solely out of the Plan trust, and not from WMI's general assets. Accordingly, because such plan beneficiaries have no legal recourse against WMI or WMI's assets, this claim should be disallowed and expunged in its entirety. |
| Laurie K Hanson | 2942 | 305,484.00 | 305,484.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Laurie K Hanson | 2943 | 30,000.00 | 30,000.00 | Washington Mutual, Inc. | This claim is made pursuant to a retention bonus agreement ("Agreement") between the Claimant and Washington Mutual Bank. Upon information and belief, the Claimant was an employee of WMB, not WMI, at the time the Agreement was executed. Neither Debtor is a party to the Agreement and, therefore, has no liability with respect thereto. |
| David Harmer | 3110 | 415,410.10 | 415,410.10 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Cyrus R Harrington Iii | 2431 | Unliquidated | - | Washington Mutual, Inc. | This claim relates to a lawsuit commenced against WMB. Neither of the Debtors is party to the lawsuit and, therefore, has no liability with respect to the claims alleged therein. |
| Cyrus R Harrington Iii | 2433 | Unliquidated | - | Washington Mutual, Inc. | This claim relates to a lawsuit commenced against WMB. Neither of the Debtors is party to the lawsuit and, therefore, has no liability with respect to the claims alleged therein. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Linda M Harris | 2826 | 619,020.00 | 619,020.00 | Washington Mutual, Inc. | This claim improperly asserts a claim for distributions and/or benefits allegedly due pursuant to the WaMu Cash Balance Pension Plan (the "Plan"). All benefits and/or distributions due pursuant to the Plan are paid solely out of the Plan trust, and not from WMI's general assets. Accordingly, because such plan beneficiaries have no legal recourse against WMI or WMI's assets, this claim should be disallowed and expunged in its entirety. |
| Christopher Heinlein | 733 | 6,400.00 | 6,400.00 | Washington Mutual, Inc. | This claim is made pursuant to a retention bonus agreement ("Agreement") between the Claimant and Washington Mutual Bank. Upon information and belief, the Claimant was an employee of WMB, not WMI, at the time the Agreement was executed. Neither Debtor is a party to the Agreement and, therefore, has no liability with respect thereto. |
| Tom Heldmann | 483 | 278,223.00 | 278,223.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Steven Herniy | 1899 | 518,539.85 | 518,539.85 | Washington Mutual, Inc. | This claim arises out of and relates to (1) a Change in Control Agreement ("CIC Agreement") and (2) a Retention Bonus Agreement ("Retention Agreement," and together with the CIC Agreement, the "Agreements"). The Agreements were entered into by and between the Claimant and WMB. Neither Debtor is a party to either of the Agreements. Upon information and belief, the Claimant was, at all times relevant hereto, an employee of WMB, not WMI. Therefore, because neither Debtor is a party to the Agreements, neither Debtor has any liability with respect thereto. As such, this claim should be disallowed and expunged in its entirety. |
| Mark Hettel | 2141 | 226,217.06 | 226,217.06 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Hewlett Packard Financial Services Company | 2313 | 21,581 | 21,581 | Washington Mutual, Inc. | This claim relates to amounts owed pursuant to an agreement between the claimant and WMB. Neither Debtor is a party to such agreement and is, therefore, not liable for any amounts due thereunder. |
| Art J Den Heyer | 2441 | 272,456.00 | 272,456.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Lucille Hoeberlein | 3565 | Unliquidated | - | Washington Mutual, Inc. | This claim improperly asserts a claim for distributions and/or benefits allegedly due pursuant to the WaMu Cash Balance Pension Plan (the "Plan"). All benefits and/or distributions due pursuant to the Plan are paid solely out of the Plan trust, and not from WMI's general assets. Accordingly, because such plan beneficiaries have no legal recourse against WMI or WMI's assets, this claim should be disallowed and expunged in its entirety. |
| Anne Jozaitis Hole | 692 | 351,106.96 | 351,106.96 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Horizon Contracting Group Llc | 2797 | 52,162 | 52,162 | Washington Mutual, Inc. | This claim relates to amounts owed pursuant to an agreement between the claimant and WMB. Neither Debtor is a party to such agreement and is, therefore, not liable for any amounts due thereunder. |
| Michael D Hubbs | 660 | 231,117.00 | 231,117.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| David Christopher Hutton | 2923 | 234,154.15 | 234,154.15 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Arlene M Hyde | 1913 | 700,000.00 | 700,000.00 | Washington Mutual, Inc. | This claim is made pursuant to a retention bonus agreement ("Agreement") between the Claimant and Washington Mutual Bank. Upon information and belief, the Claimant was an employee of WMB, not WMI, at the time the Agreement was executed. Neither Debtor is a party to the Agreement and, therefore, has no liability with respect thereto. |
| Incharge Debt Solutions | 1350 | 552,908.92 | 552,908.92 | Washington Mutual, Inc. | This claim asserts a liability incurred by WMB. Neither Debtor is responsible for the asserted liability. The claim should, therefore, be disallowed and expunged in its entirety. |
| Michele S Grau Iversen | 610 | 221,000.00 | 221,000.00 | Washington Mutual, Inc. | This claim is made pursuant to a retention bonus agreement ("Agreement") between the Claimant and Washington Mutual Bank. Upon information and belief, the Claimant was an employee of WMB, not WMI, at the time the Agreement was executed. Neither Debtor is a party to the Agreement and, therefore, has no liability with respect thereto. |
| Michele S Grau Iversen | 613 | 1,486,352.00 | 1,486,352.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Dottie Jensen | 2969 | 95,634.06 | 95,634.06 | Washington Mutual, Inc. | This claim improperly asserts a claim for distributions and/or benefits allegedly due pursuant to the WaMu Cash Balance Pension Plan (the "Plan"). All benefits and/or distributions due pursuant to the Plan are paid solely out of the Plan trust, and not from WMI's general assets. Accordingly, because such plan beneficiaries have no legal recourse against WMI or WMI's assets, this claim should be disallowed and expunged in its entirety. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Jerry Kachel Builder Inc | 11 | 2,239,936 | 2,239,936 | Washington Mutual, Inc. | This claim relates to an underlying Master Contractor's Agreement, dated March 19, 2001, and various related Work Authorizations. The Master Contractor's Agreement, as well as all Work Authorizations, are signed by Washington Mutual Bank ("WMB"), not Washington Mutual, Inc. ("WMI"). Accordingly, the claim should be disallowed. |
| Mee Jin Jo | 2189 | 2,000,000 | 2,000,000 | Washington Mutual, Inc. | This claim relates to a lawsuit in which WMI was improperly named. Upon information and belief, in April 2009, the lawsuit was dismissed with prejudice as to WMI. Accordingly, neither WMI nor WMI Investment will incur any liability as a result of the underlying lawsuit. As such, the claim should be disallowed and expunged in its entirety. |
| Renee T Johnson | 3525 | 100,000.00 | 100,000.00 | Washington Mutual, Inc. | This claim is made pursuant to a Retention Bonus Agreement ("Agreement") between the Claimant and Washington Mutual Bank. Upon information and belief, the Claimant was an employee of WMB, not WMI, at the time the Agreement was executed. Neither Debtor is a party to the Agreement and, therefore, has no liability with respect thereto. |
| Jones V Wamu Class Action Lawsuit Dist of Nevada Las Vegas Div Adv 05 1214 | 221 | Unliquidated | - | Washington Mutual, Inc. | This claim relates to a lawsuit commenced against WMB. Neither of the Debtors is party to the lawsuit and, therefore, has no liability with respect to the claims alleged therein. |
| Theodora T Jones | 3532 | 150,000.00 | 150,000.00 | WMI Investment Corp. | This proof of claim does not assert a valid claim against the Debtors. This claim is based on a brokerage account held at WaMu Investments, inc., not with either of the Debtors. Accordingly, because no valid obligation of the Debtors is asserted in the claim, the claim should be disallowed and expunged in its entirety. |
| George W Kaye | 1232 | 478,713.00 | 478,713.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| John J Kelleher | 2073 | 408,465.00 | 408,465.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Alexander Kipkalov | 3517 | 838,100.00 | 838,100.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Alexander Sasha Kipkalov | 920 | 40,000.00 | 40,000.00 | Washington Mutual, Inc. | This claim is made pursuant to a retention bonus agreement ("Agreement") between the Claimant and Washington Mutual Bank. Upon information and belief, the Claimant was an employee of WMB, not WMI, at the time the Agreement was executed. Neither Debtor is a party to the Agreement and, therefore, has no liability with respect thereto. |
| Roddy Klein & Ryan Attorneys Fees Usdc District Of Mass 08 Cv 11593 | 2982 | Unliquidated | - | Washington Mutual, Inc. | This claim relates to a lawsuit commenced against WMB. Neither of the Debtors is party to the lawsuit and, therefore, has no liability with respect to the claims alleged therein. |
| Tom Kleven | 174 | 24,240.00 | 24,240.00 | Washington Mutual, Inc. | This claim is made pursuant to a retention bonus agreement ("Agreement") between the Claimant and Washington Mutual Bank. Upon information and belief, the Claimant was an employee of WMB, not WMI, at the time the Agreement was executed. Neither Debtor is a party to the Agreement and, therefore, has no liability with respect thereto. |
| Brian D Knob | 3581 | 747,676.55 | 747,676.55 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| Brian D Knob | 3575 | 150,000.00 | 150,000.00 | Washington Mutual, Inc. | This claim is made pursuant to a Retention Bonus Agreement ("Agreement") between the Claimant and Washington Mutual Bank. Upon information and belief, the Claimant was an employee of WMB, not WMI, at the time the Agreement was executed. Neither Debtor is a party to the Agreement and, therefore, has no liability with respect thereto. |
| Frank M Kobayashi | 3367 | 297,600.00 | 297,600.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Kenneth Koch | 1260 | 5,000,000 | 5,000,000 | Washington Mutual, Inc. | This claim relates to an action pending against WMB. Neither Debtor is a party to the action and, therefore, has no liability with respect to the allegations made therein. |
| Susanna Gouws Korn | 694 | 403,328.91 | 403,328.91 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Edward T Kron | 2749 | 768,500.00 | 768,500.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| Margaret A Kuhlman | 622 | 10,400.00 | 10,400.00 | Washington Mutual, Inc. | This claim is made pursuant to a retention bonus agreement ("Agreement") between the Claimant and Washington Mutual Bank. Upon information and belief, the Claimant was an employee of WMB, not WMI, at the time the Agreement was executed. Neither Debtor is a party to the Agreement and, therefore, has no liability with respect thereto. |

| Name of Claimant | Claim Number | Filed Claim Amount | Liquidated Claim Amount | Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| John Y Lam | 1037 | 612,554.00 | 612,554.00 | Washington Mutual, Inc. | This claim pertains to a Change in Control Agreement ("Agreement") by and between the Claimant and Washington Mutual Bank. Upon information and belief, at all times relevant hereto, the Claimant was an employee of WMB, not WMI. Accordingly, because neither Debtor is a party to the Agreement, neither Debtor has any liability with respect thereto. |
| John Y Lam | 1035 | 30,000.00 | 30,000.00 | Washington Mutual, Inc. | This claim is made pursuant to a retention bonus agreement ("Agreement") between the Claimant and Washington Mutual Bank. Upon information and belief, the Claimant was an employee of WMB, not WMI, at the time the Agreement was executed. Neither Debtor is a party to the Agreement and, therefore, has no liability with respect thereto. |