## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 08-12229 (MFW) |
| WASHINGTON MUTUAL, INC., *et al.* | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Related Docket Nos. 818, 955, 1063, 1225** |
| | : | |

## NOTICE OF SECOND QUARTERLY FEE APPLICATION REQUEST

Name of Applicant: FTI Consulting, Inc.

Authorized to provide professional
services to: Official Committee of Unsecured Creditors

Date of Retention: November 30, 2008 *nunc pro tunc* to
October 15, 2008

Period for which compensation
and reimbursement are sought: February 1, 2009 through May 31, 2009

| Fee Application, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Cert. of No Objection Filing Date, Docket No. | 80% of Fees | 100% of Expenses | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|
| 4th Monthly App. (2/1/09 – 2/28/09) Filed: 3/26/09 Docket No. 818 | $239,106.50 | $2,580.00 | Filed: 4/17/09 Docket No. 912 | $191,285.20 | $2,580.00 | $47,821.30 |
| 5th Monthly App. (3/1/09 – 3/31/09) Filed: 4/27/09 Docket No. 955 | $208,329.50 | $226.50 | Filed: 5/21/09 Docket No. 1058 | $166,663.60 | $226.50 | $41,665.90 |
| 6th Monthly App. (4/1/09 – 4/30/09) Filed: 5/22/09 Docket No. 1063 | $248,446.50 | $1,535.90 | Filed: 6/15/09 Docket No. 1130 | $198,757.20 | $1,535.90 | $49,689.30 |

| Fee Application, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Cert. of No Objection Filing Date, Docket No. | 80% of Fees | 100% of Expenses | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|
| 7th Monthly App. (5/1/09 – 5/31/09) Filed: 6/25/09 Docket No. 1225 | $247,830.00 | $167.36 | To be filed. | $198,264.00 | $167.36 | $49,566.00 |
| **TOTAL** | **$943,712.50** | **$4,509.76** | | **$754,970.00** | **$4,509.76** | **$188,742.50** |

**PLEASE TAKE NOTICE** that, pursuant to the Court's Amended Administrative Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals (D.I. No. 302) (the "Interim Compensation Order"), objections, if any, to the Interim Fee Application Request must be filed with the Court and served on the Applicant at the address set forth below and the Notice Parties (as such term is defined in the Interim Compensation Order) so as to be received by August 4, 2009.

Dated: July 15, 2009

Steven Simms
FTI Consulting, Inc.
3 Times Square
New York, New York 10036
Tel.: (212) 247-1010
Fax: (212) 841-9350