Emil Lippe, Jr.
Law Offices of Lippe & Associates
Plaza of the Americas, South Tower
600 N. Pearl Street, Suite S2460
Dallas, Texas 75201
Tel: 214-855-1850
Fax: 214-720-6074

COUNSEL FOR COURIER SOLUTIONS, INC., CREDITOR

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § § § | CHAPTER 11 |
| WASHINGTON MUTUAL., et al., | § § § § | CASE NO. 08-12229 (MFW) |
| Debtors. | § | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Respectfully submitted,

LAW OFFICES OF LIPPE & ASSOCIATES


    /s/     Emil Lippe, Jr.
By:   Emil Lippe, Jr.

State Bar No. 12398300
Plaza of the Americas, South Tower
600 N. Pearl Street, Suite S2460
Dallas, Texas 75201
Phone: 214-855-1850
Fax:    214-720-6074
Email: emil@texaslaw.com

ATTORNEY FOR CREDITOR
COURIER SOLUTIONS, INC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, pursuant to the Bankruptcy Rules, true and correct copies of the above and foregoing instrument were served upon the following parties electronically:

RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

SIGNED this   16th   day of July, 2009.

    /s/   Emil Lippe, Jr.
Emil Lippe, Jr.