Response to objection and expungement to "Notice-Substantive)
Objection to Claims

OBJECTION TO DISALLOWANCE AND EXPUGEMENT TO CLAIM AGAINST
WASHINGTON MUTUAL,INC., ET AL,.CHAPTER11,CASE:08-12229 (MFW)

August 6, 2009,

I the undersigned oppose the disallowance and expungement of my claim against Washington Mutual, Inc., et al., chapter 11, case number:08-12229 (MFW)

**Name of the court:**
Clerk of the Court for the for the United States Bankruptcy Court.
For the District of Delaware
824 North Market Street 3rd floor,
Wilmington, Delaware 19801
**Name of the Debtors:** Washington Mutual,Inc., et al.
**Case Number:** 08-12229 (MFW)
**Title of the Objection:** Late filed claim

**Claimant Information:**
**Name:** JOSEFINA FLORES OCHOA/JOSEFINA LEAL FLORES
**Claim #:** 3741
**Description of the Basis:** WASH MUTUAL PFD FUNDING REG S.

WE THE CLAIMANTS & CREDITORS (JOSEFINA LEAL FLORESJOSEFINA LEAL FLORES,) STRONGLY OBJECT TO WASHINGTON MUTUAL INC. (THE DEBTORS) FILING WITH THE COURT TO HAVE OUR CLAIM # 3741 FOR $ 300,000.00 DISALLOWING AND EXPUNGEMENT FOR THE REASON OF LATE FILING. WE RESPONDED WITH THE FILING OF THIS CLAIM AS SOON AS WE RECEIVED NOTIFICATION TO FILE.

WE THE CLAIMANTS ASK THE COURT TO REJECT AND DISALLOW WASHINGTON MUTUAL INC. REQUEST TO HAVE OUR CLAIM DISALLOWED.

WE IN TURN ASK THE COURT TO RECOGNIZE OUR CLAIM FOR THE WASHINGTON MUTUAL INC.NOTE THAT WE OWN AND HOLD AS SUBMITTED IN OUR ORIGINAL CLAIM.

WE ARE AT THE COURTS DEPOSAL FOR ANY THING THAT THE COURT MAY NEED US TO DO TO FURTHER SUBSTANTIATE OUR CLAIM.

**Supporting Documents:** All supporting documents were included with Proof of Claim previously filed

Sincerely,

*Josefina DeLeal*

JOSEFINA FLORES OCHOA

*Josefina Leal Flores*

JOSEFINA LEAL FLORES