IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WASHINGTON MUTUAL, INC., *et al.*,[1]<br><br>Debtors | Chapter 11<br><br>Case No. 08-12229 (MFW)<br><br>Jointly Administered |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP.,<br><br>Defendants for all claims,<br><br>-and-<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Additional Defendant for Interpleader Claim | Adv. Proc. No. 09-50551 (MFW) |

Remainder of Caption on Following Page

---

[1] Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). Debtors continue to share their principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

{683.001-W0002194.}

| | |
|---|---|
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., <br><br> Plaintiffs and Counterclaim Defendants <br><br> v. <br><br> JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, <br><br> Defendant and Counterclaimant. | Adv. Pro. No. 09-50934 (MFW) |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, <br><br> Cross-Claimant, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Washington Mutual Bank, Henderson Nevada, <br><br> Cross-Claim Defendant. | |

## NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE that briefing is completed with respect to the Motion of JPMorgan Chase Bank, National Association for Determination with Respect to Whether Matters are Core or Non Core and Statement with Respect to Motion to Withdraw the Reference (the "Motion") and the Motion is ready for disposition by the Court. A list of all relevant pleadings and docket numbers related to the Motion follows below.

| Exhibit | Pleading | Date Filed | Case No. 08-12229 | Adv. Case No. 09-50551 | Adv. Case No. 09-50934 |
|---|---|---|---|---|---|
| 1 | Motion of JPMorgan Chase Bank, National Association for Determination with Respect to Whether Matters are Core or Non Core and Statement with Respect to Motion to Withdraw the Reference | 06/23/09 | 1205 | 47 | 47 |
| 2 | Exhibit A to Motion of JPMorgan Chase Bank, National Association for Determination with Respect to Whether Matters are Core or Non Core and Statement with Respect to Motion to Withdraw the Reference | 06/23/09 | 1210 | 48 | N/A |
| 3 | Debtors' Response to the Motion of JPMorgan Chase Bank, N.A. for Determination with Respect to Whether Matters are Core or Non Core | 07/08/09 | 1276 | 70 | 70 |

Dated: August 17, 2009
      Wilmington, Delaware

LANDIS RATH & COBB LLP

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:   (302) 467-4400
Facsimile:   (302) 467-4450

– and –

Robert A. Sacks
Hydee R. Feldstein
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600
Facsimile :   (310) 712-8800

Bruce E. Clark
Stacey R. Friedman
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone:   (212) 558-4000
Facsimile:   (212) 558-3588

*Counsel for JPMorgan Chase Bank, National Association*

{683.001-W0002194.}         3