UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
In re                                                          :
                                                               :   Chapter 11
WASHINGTON MUTUAL, INC., et al.,                               :
                                                               :   Case No. 08-12229 (MFW)
                         Debtors.                              :
                                                               :
---------------------------------------------------------------x

## VERIFIED STATEMENT OF KASOWITZ, BENSON, TORRES & FRIEDMAN LLP PURSUANT TO BANKRUPTCY RULE 2019

**DAVID S. ROSNER**, certifies as follows:

1.    I am an attorney at law and a partner in the law firm of Kasowitz, Benson, Torres & Friedman LLP ("Kasowitz"), which firm serves as co-counsel to the Washington Mutual, Inc. Noteholders Group (the "WMI Noteholders Group"), consisting of certain unaffiliated holders of notes issued by Washington Mutual, Inc. I am the attorney at Kasowitz responsible for this engagement and have knowledge of Kasowitz's representation of the WMI Noteholders Group in these chapter 11 cases. I make this verified statement on behalf of Kasowitz in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure.

2.    The participants participating in the WMI Noteholders Group are as follows:

| | |
|---|---|
| Advent Capital Management<br>1065 Avenue of the Americas, 31st Floor<br>New York, NY 10018 | Banc of America Securities LLC<br>One Bryant Park, 3rd Floor<br>New York, NY 10036 |
| Aurelius Capital Management, LP<br>535 Madison Avenue, 22nd Floor<br>New York, NY 10022 | Citigroup Global Markets Inc.<br>390 Greenwich Street, 4th Floor<br>New York, NY 10013 |

Concordia Advisors LLC
1350 Avenue of the Americas, 32nd Floor
New York, NY 10019

Davidson Kempner Capital
Management LLC
65 East 55th Street, 19th Floor
New York, NY 10022

Deutsche Bank Securities Inc.
60 Wall Street, Floor 3
New York, NY 10005

Durham Asset Management L.L.C.
680 Fifth Avenue
22nd Floor
New York, NY 10019

Elliott Associates L.P.
712 Fifth Avenue
New York, NY 10019

Goldman, Sachs & Co.
One New York Plaza
New York, NY 10004

Goldentree Asset Management LP
300 Park Avenue
New York, NY 10022

Greenwich Capital Markets, Inc.
600 Steamboat Road
Greenwich, CT 06830

Gruss Asset Management
667 Madison Avenue, 3rd Floor
New York, NY 10019

Halcyon Asset Management LLC
477 Madison Avenue, 8th Floor
New York, NY 10022

King Street Capital Management, L.P.
65 East 55th Street, 30th Floor
New York, NY 10022

KS Capital Partners, L.P.
11 West 42nd Street, Floor 2
New York, NY 10036

Latigo Partners, L.P.
590 Madison Ave, 9th Floor
New York, NY 10022

Longacre Fund Management, LLC
810 Seventh Ave, 33rd Floor
New York, NY 10019

Luxor Capital Group, L.P.
767 5th Avenue
New York, NY 10153

Morgan Stanley & Co. Inc.
1585 Broadway
New York, NY 10036

Och-Ziff Capital Management Group
9 West 57th Street, 39th Floor
New York, NY 10019

One East Partners
551 Madison Avenue, 10th Floor
New York, NY 10022

Owl Creek Asset Management, L.P.
410 Park Avenue, 20th Floor
New York, NY 10019

Serengeti Asset Management LP
632 Broadway, 12th Floor
New York, NY 10012

Silver Point Capital LLC
336 Republic Street
Pittsburgh, PA 15211

Stone Lion Portfolio L.P.
461 Fifth Avenue, 14th Floor
New York, NY 10017

Taconic Capital Advisors LP
450 Park Avenue, 9th Floor
New York, NY 10022

Third Point LLC
390 Park Avenue
New York, NY 10022

Valinor Capital Management, LLC
90 Park Avenue, 40th Floor
New York, NY 10016

VSO Capital Management
130 East 59th Street, 11th Floor
New York, NY 10022

Venor Capital Management LP
Times Square Tower
7 Times Square, Suite 3505
New York, NY 10036

3. Although the WMI Noteholders Group has hired Kasowitz to represent their interests and to enable their voices to be heard more effectively and efficiently as a group, each participant participating in the WMI Noteholders Group makes its own decisions as to how it wishes to proceed and does not speak for, or on behalf of, any other creditor, including the other participants participating in the WMI Noteholders Group in their individual capacities. It is anticipated that the identities of the participants participating in the WMI Noteholders Group will change from time to time.

4. Kasowitz has been advised by its co-counsel, White & Case LLP, that, as of the date hereof, the participants participating in the WMI Noteholders Group collectively are the beneficial owner of, or the holder or manager of, various accounts with investment authority, contractual authority or voting authority for more than $3.26 billion in principal amount of notes issued by Washington Mutual, Inc.

Dated: August 19, 2009
    New York, New York

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: _____
David S. Rosner (admitted *pro hac vice*)
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1726
Facsimile: (212) 835-5026

Attorneys for the Washington Mutual, Inc. Noteholders Group