IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| *In re:* | : | Chapter 11 |
| WASHINGTON MUTUAL, INC., et al.,[1] | : | Case No. 08-12229 (MFW) |
| Debtors. | : | (Jointly Administered) |

---

| | | |
|---|---|---|
| *In re:* | : | Chapter 11 |
| WASHINGTON MUTUAL, INC., et al., | : | Case No. 08-12229 (MFW) |
| Debtors. | : | (Jointly Administered) |

---

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | : | Adv. Pro. No. 09-50551 (MFW) |
| Plaintiff, | : | |
| v. | : | |
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., | : | |
| Defendant for all claims | : | |
| - and - | : | |
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br>  Additional Defendant<br>  for Interpleader claim | : | |

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

RLF1-3426541-1

------------------------------------------------------x
                                                      :
*In re:*                                              :   Chapter 11
                                                      :
WASHINGTON MUTUAL, INC., et al.,                      :   Case No. 08-12229 (MFW)
                                                      :
                                                      :   (Jointly Administered)
           Debtors.                                   :
                                                      :
------------------------------------------------------x
                                                      :
WASHINGTON MUTUAL, INC. AND                           :
WMI INVESTMENT CORP.,                                 :   Adv. Proc. No. 09-50934
                                                      :
           Plaintiffs,                                :
                                                      :
    v.                                                :
                                                      :
JPMORGAN CASH BANK, NATIONAL                          :
ASSOCIATION,                                          :
                                                      :
           Defendant.                                 :
------------------------------------------------------x

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 24, 2009 AT 11:30 A.M. (EDT)

I.  **CONTINUED MATTERS:**

   1.  Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1087; filed 5/29/09]

       Objection Deadline: June 22, 2009 at 4:00 p.m. (EDT)

       Objections/Responses Received:

       A.  Schindler Family Trust's Response to Debtors' First Omnibus Objection to Claims [Docket No. 1190; filed 6/22/09]

       Status: This matter has been adjourned until the hearing scheduled for September 25, 2009.

       B.  Response of Los Angeles County Tax Collector and Treasurer to Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1197; filed 6/22/09]

---

[2] Amended/Added agenda items are noted in bold.

Status: This matter has been adjourned until the hearing scheduled for September 25, 2009.

Related Documents:

i. Withdrawal of Original Proof of Claim $325 in Response to Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1117; filed 6/8/09]

ii. Withdrawal of Original Proof of Claim # 146 in Response to Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1118; filed 6/8/09]

iii. Amendment to Notice of Debtors' Omnibus Objections to Claims [Docket No. 1177; filed 6/18/09]

iv. Notice of Submission of Proofs of Claims Relating to Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1292; filed 7/13/09]

v. Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1364; filed 7/22/09]

vi. Notice of Withdrawal re: Docket No. 1364 [Docket No. 1367; filed 7/22/09]

vii. Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1368; filed 7/22/09]

viii. Order Granting Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1469; filed 8/10/09]

ix. Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

2. Safe Harbor Technology Corporation's Motion for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [Docket No. 1268; filed 7/6/09]

Objection Deadline: July 20, 2009 at 4:00 p.m. (EDT), extended until August 17, 2009 at 4:00 p.m. (EDT); extended until September 18, 2009

Objections/Responses Received: None.

Related Documents: None.

Status: The hearing on this matter is continued to the September 25, 2009 omnibus hearing.

3. Motion of Debtors Pursuant to Rule 9024 of the Federal Rules of Bankruptcy Procedures for Reconsideration of the Order Approving That Certain Stipulation By and Between the Debtors and Dell Marketing, L.P., Dated as of December 17, 2008 [Docket No. 1288; filed 7/10/09]

3

Objection Deadline: July 31, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.  Dell Marketing, L.P.'s Response to the Motion of Debtors Pursuant to Rule 9024 of the Federal Rules of Bankruptcy Procedures for Reconsideration of the Order Approving That Certain Stipulation By and Between the Debtors and Dell Marketing, L.P., Dated as of December 17, 2008 [Docket No. 1422; filed 7/31/09]

B.  JPMorgan Chase Bank, N.A.'s Limited Response to the Motion of Debtors Pursuant to Rule 9024 of the Federal Rules of Bankruptcy Procedures for Reconsideration of the Order Approving That Certain Stipulation By and Between the Debtors and Dell Marketing, L.P., Dated as of December 17, 2008 [Docket No. 1460; filed 8/10/09]

Related Documents:

i.  Notice of Filing Exhibit and Amended Exhibit to D.I. 1422 [Docket No. 1442; filed 8/5/09]

Status: This matter has been adjourned until the hearing scheduled for September 25, 2009.

## II. UNCONTESTED MATTER WITH CERTIFICATION OF NO OBJECTION:

4.  Debtors' Third Motion for Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereto [Docket No. 1370; filed 7/22/09]

    Objection Deadline: August 10, 2009

    Objections/Responses Received: None.

    Related Documents:

    i.  Certification of No Objection Regarding Debtors' Third Motion for Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending Exclusive Periods for the Filing of A Chapter 11 Plan and Solicitation of Acceptances Thereto [Docket No. 1524; filed 8/19/09]

    Status: On August 19, 2009, the Debtors filed a certification of no objection with respect to this matter. Accordingly, no hearing on this matter is necessary unless the Court has additional questions or concerns.

## III. CONTESTED MATTERS GOING FORWARD:

5. Motion of Denise Cassese, George Rush and Richard Schroer for Relief from Automatic Stay to Continue Pre-Petition Class Action Against Washington Mutual, Inc. [Docket No. 857; filed 4/2/09]

    Objection Deadline: May 13, 2009, extended until August 17, 2009.

    Objections/Responses Received:

    A. Debtors' Objection to Motion of Denise Cassese, George Rush and Richard Schroer for Relief from Automatic Stay to Continue Pre-Petition Class Action Against Washington Mutual, Inc. [Docket No. 1502; filed 8/17/09]

    Related Documents:

    i. Notice of Filing of Stipulation to Extend Time [Docket No. 1003; filed 5/12/09]

    ii. Memorandum of Law of Denise Cassese, George Rush and Richard Schroer in Further Support of Motion for Relief from Automatic Stay to Continue Pre-Petition Class Action Against Washington Mutual, Inc. [Docket No. 1512; filed 8/19/09]

    Status: The hearing on this matter is going forward.

6. Debtors' Third Omnibus (Non-Substantive) Objection to Claims [Docket No. 1089; filed 5/29/09]

    Objection Deadline: June 22, 2009 at 4:00 p.m. (EDT)

    Objections/Responses Received:

    A. Bank Bondholders' Response to Debtor's Third and Fourth Omnibus Objections to Claims [Docket No. 1196; filed 6/22/09]

    Status: This matter will be going forward.

    Related Documents:

    i. Amendment to Notice of Debtors' Third Omnibus (Non-Substantive) Objection to Claims [Docket No. 1092; filed 6/1/09]

    ii. Amendment to Notices of Debtors' Omnibus Objection to Claims [Docket No. 1177; filed 6/18/09]

    iii. Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1364; filed 7/22/09]

5

RLF1-3426541-1

  iv. Notice of Withdrawal re: Docket No. 1364 [Docket No. 1367; filed 7/22/09]

  v. Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1368; filed 7/22/09]

  vi. Order Granting Debtors' Third Omnibus (Non-Substantive) Objection to Claims [Docket No. 1464; filed 8/10/09]

7. Debtors' Fourth (Non-Substantive) Objection to Claims [Docket No. 1090; filed 5/29/09]

Objection Deadline: June 22, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

 A. Bank Bondholders' Response to Debtor's Third and Fourth Omnibus Objections to Claims [Docket No. 1196; filed 6/22/09]

Status: This matter will be going forward.

Related Documents:

 i. Amendment to Notice of Debtors' Fourth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1093; filed 6/1/09]

 ii. Amendment to Notice of Debtors' Omnibus Objections to Claims [Docket No. 1177; filed 6/18/09]

 iii. Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1364; filed 7/22/09]

 iv. Notice of Withdrawal re: Docket No. 1364 [Docket No. 1367; filed 7/22/09]

 v. Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1368; filed 7/22/09]

 vi. Order Granting Debtors' Fourth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1465; filed 8/10/09]

8. Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1233; filed 6/26/09]

Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

 A. Response of Brian T. Foster to Debtors' Fifth Omnibus Objection to Claims [Docket No. 1301; filed 7/13/09]

6

Status: This matter is going forward.

B. Response of Compliance Coach, Inc. to Debtors' Fifth Omnibus Objection to Claims [Docket No. 1311; filed 7/14/09]

Status: **This matter is This matter has been adjourned until the hearing scheduled for September 25, 2009.**

C. Response of Andrew J. Eshenbach to Debtors' Fifth Omnibus Objection to Claims [Docket No. 1329; filed 7/15/09]

Status: This matter is This matter has been adjourned until the hearing scheduled for September 25, 2009.

D. Response of Kenneth Koch to Debtors' Fifth Omnibus Objection to Claims [Docket No. 1331; filed 7/15/09]

Status: This matter has been adjourned until the hearing scheduled for September 25, 2009.

E. Response of Michele Susanne Grau-Iversen to Debtors' Fifth Omnibus Objection to Claims [Docket No. 1336; filed 7/16/09]

Status: This matter is going forward.

F. Response of Courier Solutions, Inc. to Debtors' Fifth Omnibus Objection to Claims [Docket No. 1340; filed 7/16/09]

Status: This matter has been adjourned until the hearing scheduled for September 25, 2009.

G. Response of William Finzer to Debtors' Fifth Omnibus Objection to Claims [Docket No. 1476; filed 8/12/09]

Status: This matter is going forward.

Related Documents:

i. Notice of Submission of Proof of Claim Regarding Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1294; filed 7/13/09]

ii. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

iii. Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objection [Docket No. 1366; filed 7/22/09]

iv. Notice of Withdrawal re: Docket No. 1365 [Docket No. 1367; filed 7/22/09]

7

    v.      Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

    vi.     Order Granting Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1466; filed 8/10/09]

    vii.    Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

    viii.   **Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]**

9. Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1234; filed 6/26/09]

Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

    A.    Response of Julie Morales to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1300; filed 7/13/09]

Status: This matter is going forward.

    B.    Response of Bruce Alan Weber to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1302; filed 7/13/09]

Status: This matter is going forward.

    C.    Response of John S. Pereira to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1314; filed 7/15/09]

Status: This matter has been adjourned until the hearing scheduled for September 25, 2009.

    D.    Response of Jeffrey P. Weinstein to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1320; filed 7/15/09]

Status: This matter is going forward.

    E.    Response of John Cangiano to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1330; filed 7/15/09]

Status: This matter is going forward.

    F.    Response of Stephen E. Whittaker to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1337; filed 7/16/09]

Status: This matter is going forward.

G. Response of John H. Murphy to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1338; filed 7/16/09]

Status: This matter has been adjourned until the hearing scheduled for September 25, 2009.

H. Response of MSG Media to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1348; filed 7/20/09]

Status: This matter is going forward.

I. Response of New Orleans Employees Retirement System, MARTA/ATU Employees Retirement Plan to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1478; filed 8/12/09]

Status: This matter has been adjourned until the hearing scheduled for September 25, 2009.

Related Documents:

i. Notice of Submission of Proof of Claim Regarding Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1295; filed 7/13/09]

ii. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

iii. Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objection [Docket No. 1366; filed 7/22/09]

iv. Notice of Withdrawal re: Docket No. 1365 [Docket No. 1367; filed 7/22/09]

v. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

vi. Order Granting Debtors' Sixth Omnibus(Substantive) Objection to Claims [Docket No. 1467; filed 8/10/09]

vii. Debtors' Response and Opposition of MSG Media to Debtors' Sixth Omnibus Claims Objection [Docket No. 1482; filed 8/12/09]

viii. Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

ix. **Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]**

10. Eighth Omnibus (Substantive) Objection to Claims [Docket No. 1385; filed 7/24/09]

   Objection Deadline: August 13, 2009 at 4:00 p.m. (EDT)

   Objections/Responses Received:

   A. Response of Los Angeles County Tax Collector in Opposition to Debtors' Eighth Omnibus Objection to Claims [Docket No. 1483; filed 8/13/09]

   Status: This matter has been adjourned until the hearing scheduled for September 25, 2009.

   B. Response of the County of Santa Clara to Debtors' Eighth Omnibus Objection to Claims [Docket No. 1485; filed 8/13/09]

   Status: The Debtors and the claimant have resolved the issues surrounding the objection to this claim.

   C. Response by the Tennessee Department of Revenue to Creditor Trusts' Eighth Omnibus Objection to Claims [Docket No. 1490; filed 8/13/09]

   Status: The Debtors and the claimant have resolved the issues surrounding the objection to this claim. Claimant has no further objection to the relief sought pursuant to the Eighth Omnibus Objection.

   Related Documents:

   i. Notice of Submission of Proof of Claim Regarding Eighth Omnibus (Substantive) Objection to Claims [Docket No. 1459; filed 8/10/09]

   ii. Declaration of Deborah Nichols in Support of Response of the County of Santa Clara to Debtors' Eighth Omnibus Objection to Claims [Docket No. 1486; filed 8/13/09]

   iii. Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

   Status: The hearing on this matter is going forward.

11. Ninth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1386; filed 7/24/09]

   Objection Deadline: August 13, 2009 at 4:00 p.m. (EDT)

   Objections/Responses Received:

   A. Response of Loyd B. & Deborah J. Copeland to Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1429; filed 8/3/09]

Status: This matter is going forward.

B.   Response of Jack A. Matalka to Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1435; filed 8/4/09]

Status: This matter has been adjourned until the hearing scheduled for September 25, 2009.

C.   Response of Kanubhai D. Surti to Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1440; filed 8/5/09]

Status: This matter is going forward.

D.   Response of Bjupendra D. Surti to Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1441; filed 8/5/09]

Status: This matter is going forward.

E.   Response of Bjupendra D. Surti to Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1450; filed 8/7/09]

Status: This matter is going forward.

F.   Response of Kanubhai D. Surti to Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1451; filed 8/7/09]

Status: This matter is going forward.

G.   Response of Manuel Aguilera Canton and Liliana Aguilera Sanchez to Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1471; filed 8/11/09]

Status: This matter is going forward.

H.   Response of Gerardo Montibeller Campos and Justo Montibeller Campos to Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1472; filed 8/11/09]

Status: This matter is going forward.

I.   Response of Jorge Velazquez Villasenor and Ma Amparo De Gonzalez to Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1473; filed 8/11/09]

Status: This matter is going forward.

J.   Response of Jeffrey D. & Sherry J. Frederick Family Trust to Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1475; filed 8/12/09]

11

Status: This matter is going forward.

K.  Bank Bondholders' Response to Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1477; filed 8/12/09]

Status: Claimant and the Debtors have resolved the issues surrounding the objection to this claim.

L.  Response of Leida Polania to Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1493; filed 8/13/09]

Status: This matter is going forward.

M.  Response of Josephine Flores Ochoa to Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1494; filed 8/14/09]

Status: This matter is going forward.

N.  Response of Josephine Flores and Sergio Leal Flores to Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1495; filed 8/14/09]

Status: This matter is going forward.

Related Documents:

i.  Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

12. Motion of JPMorgan Chase Bank, National Association to Compel the Washington Mutual, Inc. Noteholders Group to Comply with Federal Rule of Bankruptcy Procedure 2019 [Docket No. 1444; filed 8/6/09]

Objection Deadline: August 19, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.  Objection by the Washington Mutual, Inc. Noteholders Group to the Motion of JPMorgan Chase Bank, National Association to Compel the Washington Mutual, Inc. Noteholders Group to Comply with Federal Rule of Bankruptcy Procedure 2019 [Docket No. 1515; filed 8/19/09]

Related Documents:

i.  List For Noteholders' Objection To 2019 Motion [Docket No. 1516; filed 8/19/09]

Status: The hearing on this matter is going forward.

## IV. ADVERSARY PROCEEDING NO. 09-50551:

13. JPMorgan Chase Bank, N.A.'s Motion to Dismiss Debtors' Counterclaims [Adversary Docket No. 41; filed 6/18/09]

    Objections/Responses Received:

    A. Debtor's Opposition to the Motion of JPMorgan Chase Bank, N.A. to Dismiss Debtors' Counterclaims [Adversary Docket No. 64; filed 7/2/09]

    Related Documents:

    i. Opening Brief in Support of Motion to Dismiss Debtors' Counterclaims [Adversary Docket No. 42; filed 6/18/09]

    ii. Appendix Regarding Opening Brief in Support of Motion to Dismiss Debtors' Counterclaims [Adversary Docket No. 43; filed 6/18/09]

    iii. JPMorgan Chase Bank, N.A.'s Reply Brief in Support of Its Motion to Dismiss Debtors' Counterclaims [Adversary Docket No. 80; filed 7/10/09]

    iv. Appendix Regarding JPMorgan Chase Bank, N.A.'s Reply Brief in Support of Its Motion to Dismiss Debtors' Counterclaims [Adversary Docket No. 81; filed 7/10/09]

    v. Notice of Completion of Briefing and Request for Oral Argument Regarding Motion to Dismiss Debtors' Counterclaims [Adversary Docket No. 92; filed 7/21/09]

    Status: The parties have completed briefing on this matter. The oral argument is going forward.

14. Motion of JPMorgan Chase Bank, National Association for Determination with Respect to Whether Matters are Core or Non Core and Statement with Respect to Motion to Withdraw the Reference [Adversary Docket No. 47; filed 6/23/09]

    Objections/Responses Received:

    A. Debtors' Response to the Motion of JPMorgan Chase Bank, N.A. for Determination with Respect to Whether Matters are Core or Non Core [Adversary Docket No. 70; filed 7/8/09]

    Related Documents:

    i. Exhibit A to Motion of JPMorgan Chase Bank, National Association for Determination with Respect to Whether Matters are Core or Non Core and Statement with Respect to Motion to Withdraw the Reference [Adversary Docket No. 48; filed 6/23/09]

13

ii. Notice of Completion of Briefing Regarding Motion of JPMorgan Chase Bank, National Association for Determination with Respect to Whether Matters are Core or Non Core and Statement with Respect to Motion to Withdraw the Reference [Adversary Docket No. 120; filed 8/17/09]

Status: The parties have completed briefing on this matter.

15. Bank Bondholders' Motion to Intervene in Pending Adversary Proceedings [Adversary Docket No. 83; filed 7/15/09]

   Objections/Responses Received:

   A. Debtors' Opposition to the Bank Bondholders' Motion to Intervene in Pending Adversary Proceedings [Adversary Docket No. 107; filed 7/29/09]

   B. Objection to Motion to Intervene by Certain Bondholders of Washington Mutual Bank filed by Federal Deposit Insurance Corporation [Adversary Docket No. 108; filed 7/29/09]

   C. Joinder in Bank Bondholders' Motion to Intervene in Pending Adversary Proceedings filed by Bank Bondholders [Adversary Docket No. 110; filed 8/3/09]

   D. Reply in Support of Bank Bondholders' Motion to Intervene in Pending Adversary Proceedings filed by Bank Bondholders [Adversary Docket No. 111; filed 8/5/09]

   E. Request for Oral Argument filed by Bank Bondholders [Adversary Docket No. 112; filed 8/10/09]

   F. Joinder in Debtors' Opposition to the Bank Bondholders' Motion to Intervene in Pending Adversary Proceedings [Adversary Docket No. 114; filed 8/11/09]

   Related Documents:

   i. Memorandum of Law in Support of Bank Bondholders' Motion to Intervene in Pending Adversary Proceedings [Adversary Docket No. 84; filed 7/15/09]

   ii. Notice of Completion of Briefing with Respect to Bank Bondholders' Motion to Intervene in Pending Adversary Proceedings [Adversary Docket No. 115; filed 8/12/09]

   iii. Notice of Scheduling of Oral Argument with Respect to Bank Bondholders' Motion to Intervene in Pending Adversary Proceedings [Docket No. 124; filed 8/18/09]

   Status: The oral argument on this matter is going forward.

V.  **ADVERSARY PROCEEDING NO. 09-50934:**

16. Motion of JPMorgan Chase Bank, National Association for Determination with Respect to Whether Matters are Core or Non Core and Statement with Respect to Motion to Withdraw the Reference [Adversary Docket No. 47; filed 6/23/09]

    Objections/Responses Received:

    A. Debtors' Response to the Motion of JPMorgan Chase Bank, N.A. for Determination with Respect to Whether Matters are Core or Non Core [Adversary Docket No. 70; filed 7/8/09]

    Related Documents:

    i. Notice of Completion of Briefing Regarding Motion of JPMorgan Chase Bank, National Association for Determination with Respect to Whether Matters are Core or Non Core and Statement with Respect to Motion to Withdraw the Reference [Adversary Docket No. 131; filed 8/17/09]

    Status: The parties have completed briefing on this matter.

17. Bank Bondholders' Motion to Intervene in Pending Adversary Proceedings [Adversary Docket No. 82; filed 7/15/09]

    Objections/Responses Received:

    A. Debtors' Opposition to the Bank Bondholders' Motion to Intervene in Pending Adversary Proceedings [Adversary Docket No. 111; filed 7/29/09]

    B. Objection to Motion to Intervene by Certain Bondholders of Washington Mutual Bank filed by Federal Deposit Insurance Corporation [Adversary Docket No. 112; filed 7/29/09]

    C. Joinder in Bank Bondholders' Motion to Intervene in Pending Adversary Proceedings [Adversary Docket No. 116; filed 8/3/09]

    D. Reply in Support of Bank Bondholders' Motion to Intervene in Pending Adversary Proceedings [Adversary Docket No. 117; filed 8/5/09]

    E. Joinder in Debtors' Opposition to the Bank Bondholders' Motion to Intervene in Pending Adversary Proceedings [Adversary Docket No. 123; filed 8/11/09]

    Related Documents:

    i. Memorandum of Law in Support of Bank Bondholders' Motion to Intervene in Pending Adversary Proceeding [Adversary Docket No. 83; filed 7/15/09]

15

RLF1-3426541-1

      ii.     Request for Oral Argument filed by Bank Bondholders [Adversary Docket No. 119; filed 8/10/09]

      iii.    Notice of Completion of Briefing with Respect to Bank Bondholders Motion to Intervene in Pending Adversary Proceedings [Adversary Docket No. 124; filed 8/12/09]

      iv.    Notice of Scheduling of Oral Argument with Respect to Bank Bondholders' Motion to Intervene in Pending Adversary Proceedings [Adversary Docket No. 135]

Status: The oral argument on this matter is going forward.

## VI. INTERIM FEE APPLICATIONS:

18. See index attached as Exhibit A.

Status: The hearing on the first and second interim fee applications will go forward. A hearing binder containing the applicable fee applications was submitted to the Court on August 18, 2009. The Debtor intends to present an omnibus form of order approving the applications at the hearing.

RLF1-3426541-1

Dated: August 21, 2009
Wilmington, Delaware

Respectfully submitted,

_/s/ Mark D. Collins_
Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Lee E. Kaufman (No. 4877)
Andrew C. Irgens (No. 5193)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*