IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WASHINGTON MUTUAL, INC., et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-12229 (MFW) <br><br> (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

Michelle M. Dero, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for JPMorgan Chase Bank, National Association in the above-referenced cases, and on the 21st day of August, 2009, she caused a copy of the following:

**JPMORGAN CHASE BANK, N.A.'S RESPONSE TO THE WASHINGTON MUTUAL NOTEHOLDERS GROUP'S OBJECTION TO THE MOTION TO COMPLY WITH FEDERAL RULES OF BANKRUPTCY PROCEDURE 2019** [Docket No. 1535]

to be served upon the parties identified on the attached service lists in the manner indicated.

_____
Michelle M. Dero

SWORN TO AND SUBSCRIBED before me this 25th day of August, 2009.

_____
Notary Public

LINDA M. ROGERS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 20, 2011

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). The Debtors continue to share their principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

{683.001-W0002352.}

**WASHINGTON MUTUAL, INC.
BANKRUPTCY CASE NO. 08-12229 (MFW)**

**2002 SERVICE LIST**

*Via* **Hand Delivery**

(Counsel for Debtors)
Mark D. Collins, Esquire
Chun I. Jang, Esquire
*Richards, Layton & Finger, P.A.*
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Via* **First Class Mail**

(Counsel for Parker CAD; Kaufman County; Wise CAD; Smith County; Rockwell County; Dallas County; Van Zandt CAD; Wise County; Rusk County; City of Memphis; Rockwell CAD; Tarrant County)
Elizabeth A. Weller, Esquire
*Linebarger Goggan Blair & Sampson, LLP*
2323 Bryan Street, Suite 1600
Dallas, TX 75201

*Via* **First Class Mail**

(Counsel for Burleson ISD; City of Burleson; Arlington ISD; Mansfield ISD; Carroll ISD)
Elizabeth Banda, Esquire
*Perdue, Brandon, Fielder, Collins & Mott, L.L.P.*
P.O. Box 13430
Arlington, TX 76094-0430

*Via* **First Class Mail**

(Counsel for Various Ad Valorem Property Taxing Entities and Secured Creditors)
Michael S. Mitchell, Esquire
*Michael S. Mitchell, P.C.*
Plains Capital Bank Building
18111 North Preston Road, Suite 810
Dallas, TX 75252

*Via* **First Class Mail**

(Counsel for Debtors)
Brian S. Rosen, Esquire
Marcia L. Goldstein, Esquire
Michael F. Walsh, Esquire
*Weil, Gotshal & Manges LLP*
767 Fifth Avenue
New York, NY 10153

*Via* **Hand Delivery**

Joseph J. McMahon, Jr., Esquire
*Office of the United States Trustee*
844 King Street, Room 2207
Wilmington, DE 19801

*Via* **First Class Mail**

(Counsel for Iron Mountain Information Management, Inc.)
Frank F. McGinn, Esquire
*Bartlett Hackett Feinberg P.C.*
155 Federal Street, 9th Floor
Boston, MA 02110

*Via* **First Class Mail**

(Counsel for Arapahoe County)
George Rosenberg, Esquire
*Arapahoe County Attorney's Office*
5334 South Prince Street
Littleton, CO 80166

*Via* **First Class Mail**

Christopher A. Sterbenz, Esquire
*Office of Thrift Supervision - Litigation Division*
1700 G Street, N.W.
Washington, DC 20552

*Via* **Hand Delivery**

(Counsel for LaSalle Bank, National Association)
Duane D. Werb, Esquire
Matthew P. Austria, Esquire
*Werb & Sullivan*
300 Delaware Avenue, 13th Floor
Wilmington, DE 19801

*Via* **First Class Mail**

(Counsel to Tata American International Corporation and Tata Consultancy Services Limited)
Howard S. Steel, Esquire
*Kelley Drye & Warren LLP*
101 Park Avenue
New York, NY 10178

*Via* **First Class Mail**

(Counsel to Lead Plaintiff and the Putative Class in *In re Washington Mutual, Inc. Securities Litigation*)
Chad Johnson, Esquire
Hannah Ross, Esquire
Jerald Bien-Willner, Esquire
*Bernstein Litowitz Berger & Grossmann LLP*
1285 Avenue of the Americas, 38th Floor
New York, NY 10019

*Via* **First Class Mail**

(Counsel to Burnet Consolidated ISD, *et al.*)
Michael Reed, Esquire
*McCreary, Veselka, Bragg & Allen, P.C.*
P.O. Box 1269
Round Rock, TX 78680

*Via* **First Class Mail**

(Counsel for United HealthCare Insurance Company)
Julie A. Manning, Esquire
*Shipman & Goodwin LLP*
One Constitution Plaza
Hartford, CT 06103-1919

*Via* **First Class Mail**

(Counsel for LaSalle Bank, National Association)
J. William Boone, Esquire
*Alston & Bird, LLP*
1201 West Peachtree Street
Atlanta, GA 30309-3424

*Via* **First Class Mail**

(Counsel to Lead Plaintiff and the Putative Class in *In re Washington Mutual, Inc. Securities Litigation*)
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
*Lowenstein Sandler PC*
65 Livingston Avenue
Roseland, NJ 07068

*Via* **First Class Mail**

(Counsel to Microsoft Corporation and Microsoft Licensing, GP)
Joseph E. Shickich, Jr., Esquire
*Riddell Williams P.S.*
1001 4th Avenue, Suite 4500
Seattle, WA 98154-1192

*Via* **Hand Delivery**

(Counsel for Stephen J. Rotella; Paradigm Tax Group, LLC)
Jeffrey C. Wisler, Esquire
Marc J. Phillips, Esquire
*Connolly Bove Lodge & Hutz LLP*
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

*Via* **Hand Delivery**

(Counsel for Old Republic Insurance Company)
Brett D. Fallon, Esquire
*Morris James LLP*
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

*Via* **First Class Mail**

(Counsel for Old Republic Insurance Company)
Margaret (Peg) M. Anderson, Esquire
*Fox, Hefter, Swibel, Levin & Carroll, LLP*
200 West Madison Street, Suite 3000
Chicago, IL 60606

*Via* **First Class Mail**

David D. Lennon, Esquire
*North Carolina Department of Revenue*
Post Office Box 629
Raleigh, NC 27602-0629

*Via* **First Class Mail**

(Counsel for Verizon Communications Inc.)
Darryl S. Laddin, Esquire
Michael F. Holbein, Esquire
*Arnall Golden Gregory LLP*
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031

*Via* **First Class Mail**

(Counsel for City of Homestead, Florida)
Douglas R. Gonzales, Esquire
*Weiss Serota Helfman Pastoriza Cole & Boniske, P.L.*
200 East Broward Boulevard, Suite 1900
Fort Lauderdale, FL 33301

*Via* **First Class Mail**

Mr. E. Gaston Riou
110 SW Robin Road
Lee's Summit, MO 64063

*Via* **First Class Mail**

(Counsel for Bloomberg L.P. and Bloomberg Finance L.P.)
Shelley Champman, Esquire
Thomas H. Golden, Esquire
Shaunna D. Jones, Esquire
*Willkie Farr & Gallagher LLP*
787 Seventh Avenue
New York, NY 10019-6099

*Via* **First Class Mail**

(Counsel for Carrollton-Farmers Branch ISD; Lewisville ISD)
Andrea Sheehan, Esquire
*Law Offices of Robert E. Luna, P.C.*
4411 North Central Expressway
Dallas, TX 75205

*Via* **First Class Mail**

Michelle Leeson, CFCA
*Ken Burton, Jr., Manatee County Tax Collector*
P.O. Box 25300
Bradenton, FL 34206-5300

*Via* **First Class Mail**

(Counsel for Official Committee of Unsecured Creditors)
Fred S. Hodara, Esquire
*Akin Gump Strauss Hauer & Feld LLP*
One Bryant Park
New York, NY 10036

*Via* **First Class Mail**

(Counsel for Official Committee of Unsecured Creditors)
Scott L. Alberino, Esquire
*Akin Gump Strauss Hauer & Feld LLP*
1333 New Hampshire Avenue, N.W.
Washington, DC 20036

*Via* First Class Mail

(Counsel for Official Committee of Unsecured Creditors)
Peter J. Gurfein, Esquire
David P. Simonds, Esquire
*Akin Gump Strauss Hauer & Feld LLP*
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012

*Via* First Class Mail

(Counsel for Stephen I. Chazen; Anne V. Farrell; Stephen E. Frank; Thomas C. Leppert, *et al.*)
Alan D. Smith, Esquire
Ronald L. Berenstain, Esquire
Brian A. Jennings, Esquire
*Perkins Coie LLP*
1201 Third Avenue, 48th Floor
Seattle, WA 98101

*Via* First Class Mail

(Counsel for AT&T)
Vincent A. D'Agostino, Esquire
Eric H. Horn, Esquire
Joseph M. Yar, Esquire
*Lowenstein Sandler PC*
65 Livingston Avenue
Roseland, NJ 07068

*Via* Hand Delivery

(Counsel for Federal Depository Insurance Corporation)
Robert S. Brady, Esquire
M. Blake Cleary, Esquire
*Young Conaway Stargatt & Taylor, LLP*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

*Via* Hand Delivery

(Counsel for Washington Mutual, Inc. Noteholders Group)
Jeffrey M. Schlerf, Esquire
Eric M. Sutty
*Fox Rothschild LLP*
919 North Market Street, Suite 1600
Wilmington, DE 19801

*Via* Hand Delivery

(Counsel for Official Committee of Unsecured Creditors)
David B. Stratton, Esquire
Evelyn J. Meltzer, Esquire
*Pepper Hamilton LLP*
1313 North Market Street
Wilmington, DE 19801

*Via* First Class Mail

(Counsel for Wells Fargo Bank, National Association)
Walter H. Curchack, Esquire
Vadim J. Rubinstein, Esquire
Daniel B. Besikof, Esquire
*Loeb & Loeb LLP*
345 Park Avenue
New York, NY 10154

*Via* Hand Delivery

(Counsel for AT&T)
Charles J. Brown, Esquire
*Archer & Greiner PC*
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

*Via* First Class Mail

(Counsel for Federal Depository Insurance Corporation)
Thomas R. Califano, Esquire
Jeremy R. Johnson, Esquire
*DLA Piper US LLP*
1251 Avenue of the Americas
New York, NY 10020

*Via* First Class Mail

(Counsel for Washington Mutual, Inc. Noteholders Group)
Thomas E Lauria, Esquire
*White & Case LLP*
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131

*Via* First Class Mail

(Counsel for 2500 Coney Island Avenue LLC)
Sydney G. Platzer, Esquire
*Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow*
1065 Avenue of the Americas, 18th Floor
New York, NY 10018

*Via* First Class Mail

Alberto Burnstein, Paralegal Collection Specialist
*Miami-Dade County Tax Collector*
Miami-Dade Bankruptcy Unit
140 West Flagler Street, Suite 1403
Miami, FL 33130-1575

*Via* Hand Delivery

(Counsel for Owl Creek Asset Management LP)
J. Cory Falgowski, Esquire
*Reed Smith LLP*
1201 Market Street, Suite 1500
Wilmington, DE 19801

*Via* First Class Mail

(Counsel for Owl Creek Asset Management LP)
James C. McCarroll, Esquire
*Reed Smith LLP*
599 Lexington Avenue, 30th Floor
New York, NY 10022

*Via* First Class Mail

(Counsel for CB Richard Ellis, Inc. and CB Richard Ellis Services, Inc.)
Bennett J. Murphy, Esquire
Michael C. Schneidereit, Esquire
*Hennigan, Bennett & Dorman LLP*
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017

*Via* Hand Delivery

(Counsel for CB Richard Ellis, Inc. and CB Richard Ellis Services, Inc.)
William P. Bowden, Esquire
Amanda M. Winfree, Esquire
*Ashby & Geddes, P.A.*
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

*Via* First Class Mail

(Counsel for Law Debenture Trust Company of New York)
Daniel A. Lowenthal, Esquire
Brian P. Guiney, Esquire
*Patterson Belknap Webb & Tyler LLP*
1133 Avenue of the Americas
New York, NY 10036-6710

*Via* Hand Delivery

(Counsel for Law Debenture Trust Company of New York)
Stuart M. Brown, Esquire
Craig R. Martin, Esquire
*Edwards Angell Palmer & Dodge LLP*
919 North Market Street, 15th Floor
Wilmington, DE 19801

*Via* First Class Mail

*Newstart Factors, Inc.*
2 Stamford Plaza – Suite 1501
281 Tresser Boulevard
Stamford, CT 06901
Attn: Gregory Vadasdi

*Via* First Class Mail

(Counsel for Reconveyance Settlement Class (LASC No. BC304993/JCCP No. 4411)
A. Clifton Hodges, Esquire
*Hodges and Associates*
4 East Holly Street, Suite 202
Pasadena, CA 91103-3900

*Via* First Class Mail

(Counsel for Clear Channel Communications, Inc.)
Patrick L. Huffstickler, Esquire
*Cox Smith Matthews Incorporated*
112 East Pecan, Suite 1800
San Antonio, TX 78205

*Via* First Class Mail

(Counsel for Fir Tree Value Master Fund, L.P. and Fir Tree Capital Opportunity Master Fund, L.P.)
Michael J. Sage, Esquire
Jason Alderson, Esquire
*O'Melveny & Myers LLP*
Time Square Tower
7 Times Square
New York, NY 10036

*Via* First Class Mail

Vivek Melwani, Esquire
*Centerbridge Capital Partners, LP*
375 Park Avenue, 12th Floor
New York, NY 10152-0002

*Via* First Class Mail

Mr. Walter R. Holly, Jr.
10853 Garland Avenue
Culver City, CA 90232

*Via* First Class Mail

(Counsel for Moody's Investors Service)
Christopher R. Belmonte, Esquire
Pamela A. Bosswick, Esquire
*Satterlee Stephens Burke & Burke LLP*
230 Park Avenue
New York, NY 10169

*Via* First Class Mail

(Counsel for Nationwide Title Clearing, Inc.)
Angelina E. Lim, Esquire
*Johnson, Pope, Bokor, Ruppel & Burns, LLP*
Post Office Box 1368
Clearwater, FL 33757

*Via* First Class Mail

(Counsel for Concur Technologies, Inc.)
John R. Knapp, Jr., Esquire
*Cairncross & Hempelmann, P.S.*
524 2nd Avenue, Suite 500
Seattle, WA 98104-2323

*Via* First Class Mail

(Counsel for Tyco International)
Sally E. Edison, Esquire
Nicholas E. Meriwether, Esquire
*McGuire Woods LLP*
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222

*Via* First Class Mail

(Counsel for Paradigm Tax Group)
Barry S. Glaser, Esquire
*Steckbauer Weinhart Jaffe, LLP*
333 South Hope Street, Suite 3600
Los Angeles, CA 90071

*Via* Hand Delivery

(Counsel for Workflow Solutions LLC)
Ronald S. Gellert, Esquire
Tara L. Lattomus, Esquire
*Eckert Seamans Cherin & Mellott, LLC*
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

*Via* **First Class Mail**

(Counsel for Washington Mutual, Inc. Noteholders Group)
David S. Rosner, Esquire
Paul M. O'Connor, III, Esquire
Trevor J. Welch, Esquire
*Kasowitz Benson Torres & Friedman LLP*
1633 Broadway
New York, NY 10019


*Via* **Hand Delivery**

(Counsel for Brandes Investment Partners, L.P.)
Don A. Beskrone, Esquire
Amanda M. Winfree, Esquire
*Ashby & Geddes, P.A.*
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801


*Via* **First Class Mail**

Peter A. Ivanick, Esquire
Andrew Z. Lebwohl, Esquire
*Dewey & LeBoeuf, LLP*
1301 Avenue of the Americas
New York, NY 10019


*Via* **First Class Mail**

(Counsel for MMA Financial Institutional Tax Credits XXXII, LP)
Christine D. Lynch, Esquire
*Goulston & Storrs, P.C.*
400 Atlantic Avenue
Boston, MA 02110-3333


*Via* **First Class Mail**

(Counsel for American National Insurance Company)
Frederick Black, Esquire
Tara B. Annweiler, Esquire
*Greer, Herz & Adams, LLP*
One Moody Plaza, 18th Floor
Galveston, TX 77550


*Via* **First Class Mail**

(Counsel for Affiliated Computer Services, Inc. and ACS Commercial Solutions, Inc.)
Michelle E. Shriro, Esquire
*Singer & Levick, P.C.*
16200 Addison Road, Suite 140
Addison, TX 75001


*Via* **First Class Mail**

(Counsel for Brandes Investment Partners, L.P.)
Glenn E. Siegel, Esquire
Donald M. Badaczewski, Esquire
Joshua Krakowsky, Esquire
*Dechert LLP*
1095 Avenue of the Americas
New York, NY 10036-6797


*Via* **First Class Mail**

(Counsel for Toscafund Asset Management LLP, Tosca and Tosca Long)
Gary O. Ravert, Esquire
Nava Hazan, Esquire
*McDermott Will & Emery LLP*
340 Madison Avenue
New York, NY 10173-1922


*Via* **First Class Mail**

(Counsel for Yuanta Asset Management (HK) Ltd. and Yuanta Asset Management Limited)
Brett H. Miller, Esquire
*Morrison & Foerster LLP*
1290 Avenue of the Americas
New York, NY 10104


*Via* **First Class Mail**

Joel W. Ruderman, Esquire
*Pension Benefit Guaranty Corporation*
Office of the Chief Counsel
1200 K Street, N.W.
Washington, DC 20005-4026

*Via* First Class Mail

(Counsel for New York State Comptroller)
Andrew J. Entwistle, Esquire
Johnston de F. Whitman, Jr., Esquire
Joshua K. Porter, Esquire
*Entwistle & Cappucci LLP*
280 Park Avenue, 26th Floor West
New York, NY 10017

*Via* First Class Mail

Mr. Leslie Stephen Wolfe
711 Van Nuys Street
San Diego, CA 92109

*Via* First Class Mail

(Counsel to Frisco ISD Tax Assessor; Collin County Tax Assessor; City of Garland Tax Assessor; Garland ISD Tax Assessor)
David McCall, Esquire
*Gay, McCall, Isaacks, Gordon & Roberts, P.C.*
777 East 15th Street
Plano, TX 75074

*Via* First Class Mail

(Counsel to Pearland ISD; Pasadena ISD)
Dexter D. Joyner, Esquire
4701 Preston Avenue
Pasadena, TX 77505

*Via* First Class Mail

(Counsel to Banc of America Leasing & Capital, LLC)
William G. Wright, Esquire
*Capehart & Scatchard, P.A.*
8000 Midlantic Drive, Suite 300 S
Mt. Laurel, NJ 08054

*Via* First Class Mail

Edward W. Kressler
*Angelo, Gordon & Co.*
245 Park Avenue, 26th Floor
New York, NY 10167

*Via* Hand Delivery

(Co-Counsel to Lead Plaintiff and the Putative Class in *In re Washington Mutual, Inc. Securities Litigation*)
Christopher P. Simon, Esquire
*Cross & Simon, LLC*
913 North Market Street, 11th Floor
Wilmington, DE 19801

*Via* First Class Mail

(Counsel to Tennessee Department of Revenue)
*Tennessee Attorney General's Office*
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

*Via* First Class Mail

(Tax Collector - Polk County, Florida)
Bonnie Holly, Paralegal
*Office of Joe G. Tedder, CFC*
Delinquency and Enforcement
P.O. Box 2016
Bartow, FL 33831-2016

*Via* Hand Delivery

(Counsel to Appaloosa Management L.P.)
Michael D. DeBaecke, Esquire
*Blank Rome LLP*
1201 Market Street, Suite 800
Wilmington, DE 19801

*Via* **First Class Mail**

(Counsel to Appaloosa Management L.P.)
Brian D. Pfeiffer, Esquire
Matthew M. Roose, Esquire
*Fried, Frank, Harris, Shriver & Jacobson LLP*
One New York Plaza
New York, NY 10004-1980

*Via* **First Class Mail**

(Counsel to Oracle USA, Inc.)
Shawn M. Christianson, Esquire
*Buchalter Nemer, PC*
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

*Via* **First Class Mail**

(Counsel to IBM Corporation and IBM Credit LLC)
Steven J. Reisman, Esquire
*Curtis, Mallet-Prevost, Colt & Mosle LLP*
101 Park Avenue
New York, NY 10178-0061

*Via* **First Class Mail**

Bill Dimos, Esquire
*IBM Credit LLC*
North Castle Drive, MD 320
Armonk, NY 10504

*Via* **First Class Mail**

Zachary Mosner, Esquire
*State of Washington - Department of Revenue*
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

*Via* **First Class Mail**

(Counsel to Wilmington Trust Company)
Andrew I. Silfen, Esquire
*Arent Fox LLP*
1675 Broadway
New York, NY 10019

*Via* **First Class Mail**

(Counsel to Wilmington Trust Company)
Jeffrey N. Rothleder, Esquire
*Arent Fox LLP*
1050 Connecticut Avenue, N.W.
Washington, DC 20036

*Via* **First Class Mail**

Vicky Namken, Bankruptcy Coordinator
*IBM Corporation*
13800 Diplomat Drive
Dallas, TX 75234

*Via* **First Class Mail**

(Counsel to Realty Associates Iowa Corporation and The Realty Associates Fund VIII, L.P.)
Robert E. Greenberg, Esquire
*Friedlander Misler, PLLC*
1101 Seventeenth Street, N.W., Suite 700
Washington, DC 20036-4704

*Via* **First Class Mail**

(Counsel for Intel Americas Inc.)
Michael Rosenthal, Esquire
Janet M. Weiss, Esquire
*Gibson, Dunn & Crutcher LLP*
200 Park Avenue
New York, NY 10166-0193

*Via* **First Class Mail**

James Burgess, Esquire
*First Pacific Bancorp*
9333 Genesee Avenue, Suite 300
San Diego, CA 92121

*Via* **First Class Mail**

(Counsel for Misys Banking Systems)
Rick B. Antonoff, Esquire
Erica Carrig, Esquire
1540 Broadway
New York, NY 10036-4039

*Via* **Hand Delivery**

(Counsel for Siemens IT Solutions and Services, Inc.)
Mark Minuti, Esquire
*Saul Ewing LLP*
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

*Via* **First Class Mail**

(Counsel for City of Fort Worth)
Christopher B. Mosley, Esquire
City Attorney's Office
1000 Throckmorton Street
Fort Worth, TX 76102

*Via* **First Class Mail**

(Counsel for Todd H. Baker, Thomas Casey, Deborah Horvath, David Schneider and John McMurray)
Stephen W. Spence, Esquire
*Phillips, Goldman & Spence, P.A.*
1200 North Broom Street
Wilmington, DE 19806

*Via* **Hand Delivery**

(Counsel for Misys Banking Systems)
William P. Bowden, Esquire
*Ashby & Geddes, P.A.*
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

*Via* **First Class Mail**

(Counsel for Siemens IT Solutions and Services, Inc.)
Douglas J. Lipke, Esquire
*Vedder Price P.C.*
222 North LaSalle Street, Suite 2600
Chicago, IL 60601

*Via* **First Class Mail**

C.B. Blackard, III, Esquire
*Acxiom Corporation*
301 East Dave Ward Drive
P.O. Box 2000
Conway, AR 72033-2000

*Via* **First Class Mail**

(Counsel for ERISA Plaintiffs and the Putative Class)
Andrew M. Volk, Esquire
*Hagens Berman Sobol Shapiro LLP*
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

*Via* **First Class Mail**

Mr. Gregory L. Armstrong
1024 Pine Crest Loop
Leeds, AL 35094

*Via* **First Class Mail**

(Counsel for PT. Bank Negara Indonesia (Persaro) Tbk.)
Roy H. Carlin, PC
*Tannenbaum Helpern Syracuse & Hirschtritt LLP*
900 Third Avenue, 13th Floor
New York, NY 10022

*Via* **First Class Mail**

(Counsel for Courier Solutions, Inc.)
Emil Lippe, Jr., Esquire
*Law Offices of Lippe & Associates*
Plaza of the Americas, South Tower
600 North Pearl Street, Suite S2460
Dallas, TX 75201

*Via* **First Class Mail**

Dan McAllister, Treasurer-Tax Collector
Attn: Bankruptcy Desk
1600 Pacific Highway, Room 162
San Diego, CA 92101

*Via* **First Class Mail**

(Counsel for Bowne of Los Angeles, Inc.)
Gail B. Price, Esquire
*Bronwen Price*
2600 Mission Street, Suite 206
San Marino, CA 91108

*Via* **First Class Mail**

(Counsel for Trust Committee)
J. Andrew Rahl, Esquire
*Reed Smith LLP*
599 Lexington Avenue
New York, NY 10022

*Via* **First Class Mail**

(Counsel for County of San Bernardino, California)
Martha E. Romero, Esquire
*Romero Law Firm*
BMR Professional Building
6516 Bright Avenue
Whittier, CA 90601

*Via* **First Class Mail**

Tulare County Tax Collector
Attn: Melissa Quinn
221 South Mooney Boulevard, Room 104-E
Visalia, CA 93291-4593

*Via* **First Class Mail**

Janet Fitzpatrick, Legal Assistant
*Unisys Corporation*
Unisys Way
P.O. Box 500, M/S E8-108
Blue Bell, PA 19424

*Via* **Hand Delivery**

(Counsel for Trust Committee)
Kurt F. Gwynne, Esquire
*Reed Smith LLP*
1201 Market Street, Suite 1500
Wilmington, DE 19801

*Via* **First Class Mail**

(Counsel for NCR Corporation)
Ashley M. Chan, Esquire
*Hangley Aronchick Segal & Pudlin*
One Logan Square, 27th Floor
Philadelphia, PA 19103

*Via* **First Class Mail**

Eugene J. Kottenstette, Esquire
*City and County of Denver*
Municipal Operations
201 West Colfax Avenue, Department 1207
Denver, CO 80202-5332

*Via* **First Class Mail**

*Electronic Data Systems LLC*
Attn: Ayala A. Hassell
5400 Legacy Drive
MS: H3-3A-05
Plano, TX 75024

*Via* **First Class Mail**

Alberto Burnstein, Paralegal Collection Specialist
*Miami-Dade County Florida*
Bankruptcy Unit
140 West Flagler Street, Suite 1403
Miami, FL 33130-1575

*Via* **Hand Delivery**

(Counsel for Compliance Coach)
Ian Connor Bifferato, Esquire
Kevin G. Collins, Esquire
*Bifferato LLC*
800 North King Street, Plaza Level
Wilmington, DE 19801

*Via* **First Class Mail**

(Counsel for Plaintiffs in the ERISA Class Action Pending in the United States District Court, Western District of Washington)
Derek W. Loeser, Esquire
*Keller Rohrback LLP*
1201 Third Avenue, Suite 3200
Seattle, WA 98101

*Via* **First Class Mail**

*Hewlett-Packard Company*
Attn: Ken Higman
2125 E Katella Avenue, Suite 400
Anaheim, CA 92806

*Via* **First Class Mail**

(Counsel for Andrew J. Eschenbach)
Michael J. Bennett, Esquire
Kathleen R. Dahlgren, Esquire
*Lichtsinn & Haensel, s.c.*
111 East Wisconsin Avenue, Suite 1800
Milwaukee, WI 53202

*Via* **First Class Mail**

(Counsel for Compliance Coach)
Jeffrey Isaacs, Esquire
*Procopio, Cory, Hargreaves & Savitch LLP*
530 B Street, Suite 2100
San Diego, CA 92101