IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re* : Chapter 11
:
WASHINGTON MUTUAL, INC., et al.,[1] : Case No. 08-12229 (MFW)
:
: (Jointly Administered)
Debtors. :
: Hearing Date: September 25, 2009 at 10:30 a.m. EDT
: Objection Deadline: September 18, 2009 at 4:00 p.m. EDT
---------------------------------------------------------------x

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on September 4, 2009, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Motion for Order Authorizing Debtors to Enter Into Letter of Intent With Goldman, Sachs & Co. and Approving Reimbursement of Due Diligence Expenses and Exclusivity** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be filed in writing with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Debtors on or before **September 18, 2009 at 4:00 p.m. (Eastern Daylight Time)**.

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motion will be held before The Honorable Mary F. Walrath at the Bankruptcy

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

RLF1-3430717-1

Court, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **September 25, 2009 at 10:30 a.m. (Eastern Daylight Time).**

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 4, 2009　　　**RICHARDS, LAYTON & FINGER, P.A.**
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　*/s/ Andrew C. Irgens*
　　　　　　　　　　　　　　　Mark D. Collins (No. 2981)
　　　　　　　　　　　　　　　Chun I. Jang (No. 4790)
　　　　　　　　　　　　　　　Lee E. Kaufman (No. 4877)
　　　　　　　　　　　　　　　Andrew C. Irgens (No. 5193)
　　　　　　　　　　　　　　　One Rodney Square
　　　　　　　　　　　　　　　920 North King Street
　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　Telephone: (302) 651-7700
　　　　　　　　　　　　　　　Facsimile: (302) 651-7701

　　　　　　　　　　　　　　　– and –

　　　　　　　　　　　　　　　**WEIL, GOTSHAL & MANGES LLP**
　　　　　　　　　　　　　　　Marcia L. Goldstein, Esq.
　　　　　　　　　　　　　　　Brian S. Rosen, Esq.
　　　　　　　　　　　　　　　Michael F. Walsh, Esq.
　　　　　　　　　　　　　　　767 Fifth Avenue
　　　　　　　　　　　　　　　New York, New York 10153
　　　　　　　　　　　　　　　Telephone: (212) 310-8000
　　　　　　　　　　　　　　　Facsimile: (212) 310-8007

　　　　　　　　　　　　　　　*Attorneys to the Debtors and Debtors in Possession*