# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-----------------------------------------------------x
                  :

*In re:*                         :        **Chapter 11**

**WASHINGTON MUTUAL, INC., et al.,**[1]   :       **Case No. 08-12229 (MFW)**
                  :
                  :        **(Jointly Administered)**

           **Debtors.**          :
                  :
-----------------------------------------------------x

## SEVENTH MONTHLY APPLICATION OF WEIL, GOTSHAL & MANGES LLP, AS ATTORNEYS FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM JUNE 1, 2009 THROUGH JUNE 30, 2009

| | |
|---|---|
| Name of Applicant: | Weil, Gotshal & Manges LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | October 30, 2008 *nunc pro tunc* to September 26, 2008 |
| Period for which compensation and reimbursement are sought: | June 1, 2009 through June 30, 2009 |
| Amount of compensation sought as actual, reasonable, and necessary | $585,608.00 (80% of $732,010.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $25,375.67 |

This is a(n): __X__ monthly ___ interim ___ final application.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

Prior Applications Filed:

| Date Filed | Period Covered | Fees | Expenses |
|---|---|---|---|
| 12/8/08 | 09/26/08 through 10/31/08 | $1,822,321.75 | $22,814.37 |
| 1/12/09 | 11/01/08 through 11/30/08 | $1,629,218.00 | $47,680.84 |
| 2/27/09 | 12/01/08 through 12/30/08 | $1,862,930.00 | $54,866.09 |
| 3/13/09 | 1/01/09 through 1/31/09 | $2,217,478.25 | $57,514.95 |
| 8/11/09 | 2/01/09 through 4/30/09 | $3,813,194.25 | $108,324.71 |
| 9/1/09 | 5/01/09 through 5/31/09 | $717,499.25 | $13,574.84 |

## COMPENSATION BY PROFESSIONAL
## JUNE 1, 2009 THROUGH JUNE 30, 2009

| NAME OF PROFESSIONAL PERSON<br><br>PARTNERS & COUNSELS: | DEPARTMENT AND YEAR ADMITTED[2]<br><br>Year of Obtaining License to Practice, Area of Expertise | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| Goldstein, Marcia L. | BFR – 1976 | $950.00 | .30 | $285.00 |
| Gold, Simeon | CORP – 1974 | $925.00 | 26.00 | $24,050.00 |
| Rosen, Brian[3] | BFR – 1985 | $925.00 | 102.90 | $94,350.00 |
| Goldring, Stuart J. | TAX – 1984 | $900.00 | 21.80 | $19,620.00 |
| Kam, Michael K. | TAX – 1987 | $875.00 | 4.80 | $4,200.00 |
| Berz, David R. | LR – 1973 | $860.00 | 19.50 | $16,770.00 |
| Stangland, Elaine | CORP – 1978 | $860.00 | .80 | $688.00 |
| Bloch, Matthew | CORP – 1986 | $850.00 | .40 | $340.00 |
| Dicker, Howard | CORP – 1990 | $850.00 | .30 | $255.00 |
| Horton Jr., William H. | TAX – 1977 | $825.00 | 27.00 | $22,275.00 |
| Strochak, Adam P. | LR – 1993 | $790.00 | 7.90 | $6,241.00 |
| Zalenski, Walter E. | LR – 1985 | $790.00 | 1.10 | $869.00 |
| Burck, William A. | LR – 2001 | $700.00 | 4.10 | $2,870.00 |
| Margolis, Steven M. (Counsel) | TAX – 1990 | $700.00 | 71.00 | $49,700.00 |
| **Total Partners and Counsel** | | | **287.90** | **$242,513.00** |

---

[2] BFR- Business Finance & Restructuring, CORP – Corporate, LR – Litigation/Regulatory, TAX – Tax,
 * Not yet admitted to the bar.

[3] Pursuant to Del. Bankr. L.R. 2016-2(d)(viii), travel time during which no work is performed is billed at 50% of regular hourly rates. Mr. Rosen had 1.8 hours of non-working travel billed at $462.50 in compliance with this rule.

| NAME OF PROFESSIONAL PERSON  ASSOCIATES: | DEPARTMENT AND YEAR ADMITTED  Year of Obtaining License to Practice, Area of Expertise | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| Sapeika, Tal S. | BFR – 2003 | $610.00 | 134.40 | $81,984.00 |
| Petherbridge, Vaughan | CORP – 2008 | $580.00 | 42.40 | $24,592.00 |
| Bell, Marshall T. | LR – 2004 | $580.00 | 109.50 | $63,510.00 |
| Coursant, Caroline S. | TAX – 2003 | $580.00 | 2.90 | $1,682.00 |
| Jordan, Robert F. | BFR – 2005 | $540.00 | .30 | $162.00 |
| Rodden, Kelly | BFR – 2005 | $540.00 | 150.90 | $81,486.00 |
| Santillan, Aida P. | TAX – 2007 | $500.00 | 10.30 | $5,150.00 |
| Wine, Jennifer L. | LR – 2007 | $465.00 | 66.90 | $31,108.50 |
| Curro, Matthew L. | BFR – 2008 | $465.00 | 113.00 | $52,545.00 |
| Saavedra, Andrea C. | BFR – 2007 | $465.00 | 6.00 | $2,790.00 |
| Pohl, Joshua | TAX – 2007 | $465.00 | 64.80 | $30,132.00 |
| Packer, Tlalit | TAX – 2008 | $465.00 | 3.20 | $1,488.00 |
| Saler, Stephen L. | TAX – 2006 | $415.00 | 15.20 | $6,308.00 |
| Kalayoglu, Sinan | CORP – 2008 | $415.00 | 2.70 | $1,120.50 |
| Offir, Itay | CORP – 2008 | $415.00 | 6.10 | $2,531.50 |
| Sagot, Jonathan L. | CORP – 2009 | $355.00 | 30.70 | $10,898.50 |
| Yates, Erin K. | LR – 2009 | $355.00 | 3.30 | $1,171.50 |
| Benfield, Brianna N. | LR – * | $355.00 | 34.40 | $12,212.00 |
| Hatcher, R. Todd T. | TAX – 2009 | $355.00 | 13.30 | $4,721.50 |
| Morgan, Gabriel A. | BFR – 2009 | $355.00 | 7.30 | $2,591.50 |
| Sharma, Rahul K. | BFR – 2009 | $355.00 | 34.90 | $12,389.50 |
| Lyman, Ray C. | CORP – 2008 | $355.00 | 4.90 | $1,739.50 |
| Baker, Adrienne | Summer Associate | $250.00 | 20.30 | $5,075.00 |
| Diaz, Ondrej S. | Summer Associate | $250.00 | 4.10 | $1,025.00 |
| Linden, Christopher | Summer Associate | $250.00 | 7.40 | $1,850.00 |
| Neading, Henry T. | Summer Associate | $250.00 | 1.50 | $375.00 |
| Pankowski, Arielle R. | Summer Associate | $250.00 | 16.70 | $4,175.00 |
| Pedone, Joanne | Summer Associate | $250.00 | 43.20 | $10,800.00 |
| Phillips, Jeremiah | Summer Associate | $250.00 | 4.00 | $1,000.00 |
| Rutova, Sandra | Summer Associate | $250.00 | 9.30 | $2,325.00 |
| Silverman, Cliff | Summer Associate | $250.00 | 16.80 | $4,200.00 |
| Friedman, Jill M. | Summer Associate | $250.00 | 5.50 | $1,375.00 |
| Enlow, Courtney D. | Summer Associate | $250.00 | 6.10 | $1,525.00 |
| Bueso, Lara | Summer Associate | $250.00 | 7.30 | $1,825.00 |
| **Total Associates** | | | **999.60** | **$467,863.50** |

| NAME OF PROFESSIONAL<br><br>Paralegals, Clerks, Library Staff, and Other Non-Legal Staff: | DEPARTMENT AND YEAR ADMITTED<br><br>Position of the Applicant, Area of Expertise | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| Viola, Matthew | CORP | $245.00 | .30 | $73.50 |
| Lee, Kathleen | BFR | $245.00 | 27.50 | $6,737.50 |
| Fuller, Deidre E. | LR | $230.00 | 5.10 | $1,173.00 |
| Siebel, Peter A. | BFR | $210.00 | 4.10 | $861.00 |
| George, Camille A. | BFR | $210.00 | 3.90 | $819.00 |
| Maravilla, Mel C. | CORP | $200.00 | 6.50 | $1,300.00 |
| Amponsah, Duke | BFR | $180.00 | 22.60 | $4,068.00 |
| Walker, Christopher L. | LR | $180.00 | 9.90 | $1,782.00 |
| Roth, Debra | CORP | $180.00 | 2.10 | $378.00 |
| Prindle, Kaitlin C. | BFR | $180.00 | 5.00 | $900.00 |
| Bailey, Gregory | MANAGING CLERK | $170.00 | 1.00 | $170.00 |
| Maurissaint, Walden | LR | $170.00 | 5.40 | $918.00 |
| Matiteyahu, Gillad | BFR | $160.00 | .20 | $32.00 |
| Schoenfeld, Matthew | BFR | $160.00 | 2.90 | $464.00 |
| Miller, Joseph M. | LR | $160.00 | 1.40 | $224.00 |
| Carmant, Marie J. | LIBRARY | $145.00 | .80 | $116.00 |
| Burdette, Leslie A. | MANAGING CLERK | $140.00 | 10.70 | $1,498.00 |
| Cruz, Luiz | LIBRARY | $135.00 | .70 | $94.50 |
| Bettini, Elio | LIBRARY | $125.00 | .20 | $25.00 |
| **Total Paraprofessionals** | | | **110.30** | **$21,633.50** |

| PROFESSIONALS

TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Of Counsel | $842.35 | 287.90 | $242,513.00 |
| Associates | $468.05 | 999.60 | $467,863.50 |
| Paraprofessionals | $196.13 | 110.30 | $21,633.50 |
| **Total Fees Incurred** | | **1,397.80** | **$732,010.00** |
| **Blended Attorney Rate** | **$551.75**[4] | | |
| | | | |
| **Grand Total Fees Requested** | | **1,397.80** | **$732,010.00** |

[4] The blended attorney rate was calculated using total compensation of $710,376.50 and total hours billed of 1,287.50, and includes $35,550.00 billed for 142.20 hours of work performed by twelve summer associates.

**COMPENSATION BY PROJECT CATEGORY**
**JUNE 1, 2009 THROUGH JUNE 30, 2009**

| PROJECT CODE | PROJECT DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| | **Bankruptcy-General Administration Issues** | | |
| 11100 | General Case Administration | 34.30 | $13,220.50 |
| 11160 | Monthly Operating Reports | 1.50 | $886.50 |
| 11170 | Agenda Letters | 3.80 | $2,048.00 |
| 11190 | Non-Working Travel | 1.80 | $832.50 |
| 11200 | General Case Strategy | 28.30 | $18,793.50 |
| | **Bankruptcy Meetings and Communications** | | |
| 12100 | General Communications | 2.20 | $1,000.00 |
| 12200 | Creditors Committee Communications/Meetings | 5.70 | $3,997.50 |
| 12500 | WaMu Team Meetings | 0.80 | $372.00 |
| 12600 | General Hearing Preparation and Attendance | 6.20 | $1,617.50 |
| | **Bankruptcy – Retention and Compensation Issues** | | |
| 13200 | Retention – WGM | 0.70 | $139.00 |
| 13300 | Retention – Other Professionals | 32.50 | $14,782.50 |
| 13400 | Billing / Fee Applications – WGM | 63.90 | $23,631.00 |
| 13500 | Billing / Fee Applications – Other Professionals | 7.90 | $3,506.00 |
| | **Bankruptcy – Executory Contract Issues** | | |
| 14500 | Executory Contracts | 27.60 | $13,604.50 |
| | **Bankruptcy – Claims Issues** | | |
| 15100 | General Claims Matters | 65.40 | $30,909.50 |
| 15200 | Bar Date | 0.20 | $93.00 |
| 15600 | Claims Processing / Reconciliation | 194.40 | $81,239.00 |
| 15700 | Claims Determination / Litigation | 6.30 | $1,963.50 |
| 15800 | Administrative Claim Matters | 39.70 | $14,978.00 |
| | **Bankruptcy – Plan Issues** | | |
| 16200 | Exclusivity | 2.30 | $1,069.50 |
| 16400 | Plan Formulation | 3.80 | $2,514.00 |
| | **Litigation – Bankruptcy / Adversary Proceedings** | | |
| 18000 | General Bankruptcy Litigation Issues | 89.70 | $62,308.50 |
| | **Litigation – Non-Bankruptcy Litigation** | | |
| 19000 | General Non-Bankruptcy Litigation Issues | 222.50 | $119,428.50 |
| 19100 | BUUS Litigation | 8.20 | $5,327.00 |
| 19210 | American Savings Litigation | 4.60 | $2,963.50 |
| | **J.P. Morgan Issues** | | |
| 21000 | General JPM Issues | 10.10 | $6,364.00 |
| 21200 | Information Access | 5.20 | $3,468.00 |
| 21400 | Vendor Stipulation | 1.10 | $660.50 |
| | **Assets Sales** | | |
| 22100 | General Asset Sales, Recovery and Analysis Issues | 80.30 | $46,413.50 |
| 22200 | Strategic Capital Fund Sales | 58.20 | $27,557.00 |
| | **Tax** | | |
| 24100 | General Tax Issues | 70.50 | $47,037.00 |
| 24200 | NOL and Claims Trading Motion | 65.80 | $33,224.00 |
| | **Employees** | | |
| 25100 | General Employee Issues | 29.50 | $12,908.00 |
| 25200 | Pension Plan Issues | 7.70 | $5,192.00 |

| PROJECT CODE | PROJECT DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 25220 | Non-Qualified Plans | 57.20 | $32,608.50 |
| 25230 | 401(K) Plan | 69.80 | $44,272.00 |
| 25240 | Employee Medical Plan | 5.00 | $3,152.00 |
| | **Corporate Issues** | | |
| 26100 | General Corporate Issues | 12.30 | $5,489.00 |
| 26200 | Securities Issues | 11.20 | $7,442.00 |
| 26300 | Corporate Governance and Board-Related Issues | 14.60 | $11,093.00 |
| 26400 | Corporate Communications / Filings | 22.10 | $11,737.00 |
| | **Insurance** | | |
| 27100 | General Insurance Matters | 7.40 | $4,424.00 |
| 27200 | D&O Insurance | 0.10 | $86.00 |
| | **Other Matters** | | |
| 28100 | General Business Issues | 5.00 | $2,426.50 |
| 28200 | Non-Debtor Issues | 1.10 | $590.50 |
| 28210 | WM Mortgage Reinsurance Company, Inc. | 2.80 | $1,095.50 |
| 28220 | Marion Insurance Company | 2.40 | $1,298.00 |
| 28400 | Automatic Stay Issues | 4.10 | $2,247.00 |
| **TOTAL** | | **1,397.80** | **$732,010.00** |

## EXPENSE SUMMARY
## JUNE 1, 2009 THROUGH JUNE 30, 2009

| EXPENSES | AMOUNTS |
|---|---|
| Local Transportation | $1,136.38 |
| Domestic Travel/Domestic Travel Meals | $1,211.02 |
| Meals | $631.44 |
| Business Meals | $136.31 |
| Postage | $119.98 |
| Duplicating – Firm | $2,656.10 |
| Air Courier/Express Mail | $178.35 |
| Corporation Services | $565.40 |
| Computerized Research | $18,205.89 |
| Filing Fees/Edgar Filing Fees | $280.00 |
| Online News Monitoring/News Watch and Clipping Service | $170.00 |
| Document Processing | $84.80 |
| **Total Expenses Requested:** | **$25,375.67** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------x
:
*In re:* : **Chapter 11**
:
**WASHINGTON MUTUAL, INC., et al.,**[1] : **Case No. 08-12229 (MFW)**
:
: **(Jointly Administered)**
**Debtors.** :
:
---------------------------------------------------------------x

**SEVENTH MONTHLY APPLICATION OF WEIL,**
**GOTSHAL & MANGES LLP, AS ATTORNEYS FOR THE DEBTORS,**
**FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES**
**RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY**
**EXPENSES INCURRED FROM JUNE 1, 2009 THROUGH JUNE 30, 2009**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United

States Bankruptcy Court for the District of Delaware (the "Local Rules"), the United States

Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of

Expenses Filed Under 11 U.S.C. § 330 issued by the Executive Office for United States Trustees

(the "Guidelines"), the Court's *Administrative Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses of Professionals* [Docket No. 204], and the

*Amended Administrative Order Establishing Procedures for Interim Compensation and*

*Reimbursement of Expenses of Professionals* [Docket No. 302] (the "Administrative Order"),

Weil, Gotshal & Manges LLP ("WG&M"), counsel for Washington Mutual, Inc. ("WMI") and

WMI Investment Corp., as debtors and debtors in possession (together, the "Debtors"), hereby

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification
number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal
offices are located at 1301 Second Avenue, Seattle, Washington 98101.

files this seventh monthly application (the "Application") for allowance of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred in connection with WG&M's representation of the Debtors for the period commencing June 1, 2009 through and including June 30, 2009 (the "Compensation Period"). In support of this Application, WG&M respectfully represents as follows:

## Background

1.     On September 26, 2008 (the "Commencement Date"), each of the Debtors commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code. As of the date hereof, the Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.     On October 3, 2008, this Court entered an order pursuant to Rule 1015(b) of the Bankruptcy Rules authorizing the joint administration of the Debtors' chapter 11 cases.

3.     During the October 30, 2008 hearing before the Court, and by order, dated November 11, 2008 [Docket No. 244] (the "Retention Order"), the Court approved the Debtors' application to employ and retain WG&M as counsel for the Debtors nunc pro tunc to the Commencement Date. The Retention Order authorized WG&M to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses, in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Guidelines, and the Administrative Order.

4.     Similarly, by order, dated October 31, 2008 [Docket No. 203], the Court approved the employment and retention of Richards, Layton & Finger, P.A. ("RL&F") as co-counsel for the Debtors. WG&M and RL&F have divided responsibilities regarding

2

representation of the Debtors and have made every effort to avoid and/or minimize unnecessary duplication of efforts in these chapter 11 cases.

## Summary of Professional Compensation
## and Reimbursement of Expenses Requested

5. By this Application, WG&M requests allowance of $732,010.00 as compensation for professional services rendered during the Compensation Period and $25,375.67 as reimbursement for actual and necessary expenses incurred by WG&M during the Compensation Period. All services for which compensation is requested by WG&M were performed for or on behalf of the Debtors.

6. WG&M has received no payment and no promises of payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered during the Compensation Period and addressed by this Application. There is no agreement or understanding between WG&M and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these cases.

7. The fees charged by WG&M in these cases are billed in accordance with its existing billing rates and procedures in effect during the Compensation Period. The rates WG&M charges for the services rendered by its professionals and paraprofessionals in these chapter 11 cases are the same rates WG&M charges for professional and paraprofessional services rendered in comparable non-bankruptcy related matters. Such fees are reasonably based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.

8. WG&M maintains computerized records of the time spent by all WG&M attorneys and paraprofessionals in connection with its representation of the Debtors. Subject to redaction where necessary to preserve the attorney-client privilege, annexed hereto as

Exhibit "A" are copies of WG&M's itemized time records for professionals and paraprofessionals performing services for the Debtors during the Compensation Period. All entries itemized in WG&M's time records comply with the requirements set forth in Local Rule 2016-2 and the Guidelines, including the use of separate work codes for different project types, as hereinafter described.

9.     Annexed hereto as Exhibit "B" are WG&M's itemized records detailing expenses incurred on behalf of the Debtors during the Compensation Period. All entries itemized in WG&M's expense records comply with the requirements set forth in Local Rule 2016-2 and the Guidelines.

10.    I have read this Application and, to the best of my knowledge, it complies with sections 330 and 331 of the Bankruptcy Code, and the applicable sections of the Bankruptcy Rules, Local Rule 2016-2, the Guidelines and the Administrative Order.

### Summary of Services

11.    The following is a summary of the significant professional services rendered by WG&M during the Compensation Period. This summary is organized in accordance with the internal system of work codes set up by WG&M at the outset of these chapter 11 cases, as reflected on pages vii-viii of this Application. Only those work codes for which ten (10) or more hours of work was performed during the Compensation Period are listed below.

   a.    General Case Administration (Task Code 11100)
         Fees: $13,220.50; Hours: 34.30

This category includes matters relating to, without limitation, maintenance of case calendars, contact lists and work-in-progress lists, circulation of recently filed pleadings, review of and communications about pending issues,and general document review and organization of case files.

b. General Case Strategy (Task Code 11200)
   Fees: $18,793.50; Hours: 28.30

This category relates to meetings and other communications among WG&M employees, WMI, Alvarez & Marsal ("A&M"), and other professionals relating to overall case strategy, including discussions relating to, among other things, WMI's assets and WMI's relationship with JPMorgan Chase Bank, National Association ("JPMorgan") and the Federal Deposit Insurance Corporation (the "FDIC").

c. Retention – Other Professionals (Task Code 13300)
   Fees: $14,782.50; Hours: 32.50

This category includes matters relating to the retention of other professionals in these chapter 11 cases and includes, without limitation, communications with the Debtors and their professionals to assess the scope of the professionals' services, reviewing other professionals' engagement letters, drafting retention applications and supporting affidavits, and reviewing ordinary course professionals' retention affidavits and questionnaires.

d. Billing/Fee Applications – WGM (Task Code 13400)
   Fees: $23,631.00; Hours: 63.90

This category relates to the review of attorney and paraprofessional billing entries in accordance with the Guidelines and preparation of the fifth monthly fee application of WG&M.

e. Executory Contracts (Task Code 14500)
   Fees: $13,604.50; Hours: 27.60

This category relates to, among other things, the review, research, and analysis of issues relating to the Debtors' executory contracts and the vendor stipulation between the Debtors and JPMorgan, and conferences with the Debtors and A&M regarding the foregoing. In addition, during the Compensation Period, WG&M prepared and filed notices for the rejection of

executory contracts in accordance with the Court's order, dated March 26, 2009, approving expedited procedures for the rejection of executory contracts.

      f.    General Claims Matters (Task Code 15100) /
            Claims Processing/ Reconciliation (Task Code 15600)
            Fees: $112,148.50; Hours: 259.80

These categories relate to the analysis of proofs of claim and other potential claims held by various creditors against the Debtors, including the preparation and filing of substantive and non-substantive omnibus claims objections, as well as communications with the Debtors, A&M, and counsel to the official committee of unsecured creditors (the "Creditors' Committee") regarding the foregoing.

      g.    Administrative Claims Matters (Task Code 15800)
            Fees: $14,978.00; Hours: 39.70

This category relates to the analysis of administrative claims held by various creditors against the Debtors, including the drafting of a motion for reconsideration of the order approving a stipulation between the Debtors and Dell Marketing, L.P., as well as communications with the Debtors regarding the foregoing.

      h.    General Bankruptcy Litigation Issues (Task Code 18000)
            Fees: $62,308.50; Hours: 89.70

This category includes matters relating to bankruptcy litigation and includes, without limitation, advising the Debtors on issues related to (a) the adversary proceeding filed by JPMorgan, (b) the adversary proceeding filed by WMI for turnover of estate property, (c) the motions filed by the FDIC to intervene in and to stay the foregoing, and (d) the motion filed by WMI for Rule 2004 discovery of JPMorgan, including the preparation and filing of documents related to the foregoing proceedings and communications with the Debtors, A&M, Quinn Emmanuel Urquhart Oliver & Hedges, LLP, the Debtors' special litigation counsel, counsel to

the Creditors' Committee, and counsel to other key creditor constituencies in connection therewith.

    i.    General Non-Bankruptcy Litigation Issues (Task Code 19000)
          Fees: $119,428.50; Hours: 222.50

This category includes research, drafting documents, communications, and other matters relating to non-bankruptcy litigation and includes, without limitation, advising the Debtors on issues related to stayed non-bankruptcy proceedings as well as the Debtors' action against the FDIC in response to the FDIC's disallowance of the Debtors' proof of claim.

    j.    General JPMorgan Issues (Task Code 21000)
          Fees: $6,364.00; Hours: 10.10

This category includes matters relating to JPMorgan including, without limitation, the review and analysis of JPMorgan's acquisition of WMB and issues related thereto, as well as communications with the Debtors, their professionals, and counsel to the Creditors' Committee regarding the foregoing.

    k.    General Asset Sales, Recovery and Analysis Issues (Task Code 22100)
          Fees: $46,413.50; Hours: 80.30

This category relates to the sale of certain of the Debtors' assets, including, but not limited to, the marketing and potential sale of the Debtors' interest in certain wind energy projects, and includes the preparation of nondisclosure agreements and bid instructions and communications with the Debtors, A&M, and CP Energy Group, LLC, the Debtors' investment banker, in connection therewith.

    l.    Strategic Capital Fund Sales (Task Code 22200)
          Fees: $27,557.00; Hours: 58.20

This category relates to the sale of WMI's stake in certain venture capital funds and other equity investments held in WMI's Strategic Capital Fund, including, without limitation, the review of purchase and sale agreements and the preparation of other

documentation relating to Wavelink Corporation and conferences with A&M, the Debtors, and counsel to the Creditors' Committee in connection therewith.

      m.   General Tax Issues (Task Code 24100)
           Fees: $47,037.00; Hours: 70.50

This category includes matters relating to the analysis of general state and federal tax issues. In connection with the foregoing, WG&M participated in numerous meetings and conferences with the Debtors, A&M, various tax advisors to the Creditors' Committee and other key creditor constituencies, and representatives from the Internal Revenue Service.

      n.   NOL and Claims Trading Motion (Task Code 24200)
           Fees: $33,224.00; Hours: 65.80

This category includes matters relating to the preservation the Debtors' net operating losses and other tax attributes and the implementation of related procedures, and the preparation and filing of a revenue ruling request related to the foregoing.

      o.   General Employee Issues (Task Code 25100)
           Fees: $12,908.00; Hours: 29.50

This category includes matters relating to employee issues, including, without limitation, the review and analysis of employee benefits and agreements, as well communications with the Debtors and A&M in connection therewith.

      p.   Non-Qualified Plans (Task Code 25220)
           Fees: $32,608.50; Hours: 57.20

This category includes matters relating to the review and analysis of the Debtors' non-qualified employee benefit plans and insurance policies, efforts to liquidate assets related thereto, and communications with the Debtors and counsel to certain plan participants in connection therewith.

q.   401(K) Plan (Task Code 25230)
     Fees: $44,272.00; Hours: 69.80

This category includes issues relating to the transfer of the WaMu Savings Plan to

JPMorgan, including, but not limited to, communications with the Debtors, A&M, counsel to

JPMorgan, and counsel to various creditor constituencies in connection therewith.

r.   General Corporate Issues (Task Code 26100)
     Fees: $5,489.00; Hours: 12.30

This category includes matters relating to the Debtors' corporate operations,

including, but not limited to, issues relating to restricted stock and a potential corporate credit

card account.

s.   Securities Issues (Task Code 26200)
     Fees: $7,442.00; Hours: 11.20

This category includes matters relating to the Debtors' securities, including,

without limitation, a review and analysis of securities trading issues.

t.   Corporate Governance and Board-Related Issues (Task Code 26300)
     Fees: $11,093.00; Hours: 14.60

This category includes matters relating to various corporate governance issues,

including, without limitation, advising the Debtors' Board of Directors with respect to, among

other things, the Debtors' by-laws and committees.

u.   Corporate Communications/Filings (Task Code 26400)
     Fees: $11,737.00; Hours: 22.10

This category includes matters relating to the Debtors' corporate communications

and filing of corporate reporting documents.

12.   The foregoing professional services performed by WG&M were

(a) necessary and appropriate to the administration of the Debtors' chapter 11 cases, (b) in the

best interests of the Debtors and their estates, and (c) provided without unnecessary duplication

of effort or expense incurred by professionals and paraprofessionals employed by RL&F. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved. The professional services were performed with expedition and in an efficient manner.

13.    A significant percentage of services performed by members, counsel, and associates of WG&M were rendered by the Business Finance and Restructuring Department. WG&M has a preeminent practice in this area and enjoys a national reputation for its expertise in financial reorganizations and restructurings of troubled entities, with approximately 80 attorneys specializing in this area of law. WG&M has been actively involved in major chapter 11 cases, and currently represents or has represented, among others, the following debtors: General Motors Corporation; Lehman Brothers Holdings Inc.; Enron Corp.; BearingPoint, Inc.; SemGroup L.P.; Extended Stay Inc.; Magna Entertainment Group; Finlay Enterprises, Inc.; LandSource Communities Development LLC; Vertis Holdings, Inc.; PRC, LLC; Charys Holding Co., Inc. and Crochet & Borel Services, Inc.; Sharper Image Corporation; Silicon Graphics, Inc.; Atkins Nutritionals, Inc.; Footstar, Inc.; New World Pasta Company; Parmalat USA Corp.; Loral Space & Communications Ltd.; TL Administration Corporation; Republic Engineered Product Holdings; WestPoint Stevens Inc.; Worldcom, Inc.; Adelphia Business Solutions, Inc.; APW Ltd.; Agway, Inc.; Formica Corp.; and Global Crossing Ltd. As a consequence, WG&M brings to these cases a high level of expertise and experience that inures to the benefit of the Debtors and all parties in interest.

14.    Professional services performed by WG&M on behalf of the Debtors during the Compensation Period required an aggregate expenditure of 1,397.80 recorded hours by WG&M's members, counsel, associates, and paraprofessionals. Of the aggregate time

expended, 287.90 recorded hours were expended by partners and counsel of WG&M, 999.60 recorded hours were expended by associates, and 110.30 recorded hours were expended by paraprofessionals of WG&M.

15.     During the Compensation Period, WG&M's hourly billing rates for attorneys ranged from $355 to $950 per hour. Allowance of compensation in the amount requested would result in a blended hourly rate for attorneys of approximately $551.75 (based on 1,287.50 recorded hours at WG&M's regular billing rates in effect at the time of the performance of services)[5].

### Actual and Necessary Disbursements of WG&M

16.     Annexed hereto as Exhibit "B" are WG&M's itemized records detailing expenses incurred on behalf of the Debtors during the Compensation Period. WG&M requests allowance of actual and necessary expenses incurred by WG&M during the Compensation Period in the aggregate amount of $25,375.67.

17.     WG&M's disbursement policies pass through all out of pocket expenses at actual cost or an estimated actual cost when the actual cost is difficult to determine. For example, with respect to duplication charges, WG&M will charge $.10 per page because the actual cost is difficult to determine. Similarly, as it relates to computerized research, WG&M believes that it does not make a profit on that service as a whole although the cost of any particular search is difficult to ascertain. Other reimbursable expenses (whether the service is performed by WG&M in-house or through a third party vendor) include, but are not limited to, facsimiles, toll calls, overtime, overtime meals, deliveries, court costs, cost of food at meetings,

---

[5] The blended attorney rate was calculated using total compensation of $710,376.50 and total hours billed of 1,287.50, and includes $35,550.00 billed for 142.20 hours of work performed by twelve summer associates at $250 per hour.

transcript fees, travel, and clerk fees. Notably, WG&M charges all of its clients $1.00/page for out-going facsimile transmissions and does not charge its clients for incoming facsimile transmissions, and all travel expenses are billed at coach fare rates.

## Reservation

18.     To the extent time or disbursement charges for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, or WG&M has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Compensation Period, WG&M reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

## Notice

19.     No trustee or examiner has been appointed in these chapter 11 cases. Notice of this Application has been provided to: (i) the U.S. Trustee; (ii) counsel for the Creditors' Committee; and (iii) parties entitled to receive notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested, the Debtors submit that no other or further notice need be provided.

## Conclusion

WHEREFORE WG&M respectfully requests (i) allowance of compensation for professional services rendered to the Debtors during the Compensation Period in the amount of $732,010.00 (80% of which equals $585,608.00) and reimbursement for actual and necessary costs and expenses incurred by WG&M during the Compensation Period in the amount of $25,375.67, for a total of $757,385.67, (ii) that, in accordance with the Administrative Order, the Court direct the Debtors to pay WG&M $610,983.67, representing 80% of the total amount of fees and 100% of the expenses allowed, (iii) that the allowance of such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred be without prejudice to WG&M's right to seek such further compensation for the full value of services performed and expenses incurred, and (iv) that the Court grant WG&M such other and further relief as is just.

Dated: Wilmington, Delaware
September 21, 2009

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

## VERIFICATION

STATE OF NEW YORK       )
                        ) s.s.:
COUNTY OF NEW YORK      )

Brian S. Rosen, after being duly sworn according to law, deposes and says as follows:

(a) I am a member with the applicant firm, Weil, Gotshal & Manges LLP, and have been admitted to appear before this Court.

(b) I have personally performed many of the legal services rendered by Weil, Gotshal & Manges LLP, as counsel to the Debtors, and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers in the firm.

(c) I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-2 and submit that the Application substantially complies with such rule.

_____
Brian S. Rosen, Esq.

SWORN TO AND SUBSCRIBED before

me this 21st day of September, 2009

_____
Notary Public
My Commission Expires:

NICOLE ALISEO
Notary Public, State of New York
No. 01AL6186782
Qualified in Richmond County
Commission Expires May 12, 20__