Douglas Poling
137 Gardenia Way
Franklin, TN 37064
October 7,2009

FILED 2009 OCT 13 PM 2:34 US BANKRUPTCY COURT DISTRICT OF DELAWARE

My name is Douglas Poling and I am contacting you to request your
assistance in determining the current status of a Bank United Houston bond
cusip # 06541EAA0 I continue to hold in my Edward Jones investment
account. I was not aware this Bank United Houston bond was acquired by
Washington Mutual (WAMU) in February 2001 and was shocked to
discover Bank United Houston was part of the WAMU bankruptcy filing in
September of 2008. I am extremely interested in trying to find out what
possibly recovery I might receive from this Bank United Houston bond
bankruptcy.

I would appreciation your verification that this Bank United Houston bond is
included in the ongoing litigation surrounding the WAMU bankruptcy
proceeding. I am hopeful you can also provide me with a web site or other
entity representing the hundreds of other investors eagerly seeking
information on this specific Bank United Houston bond allowing me to
follow events surrounding this bankruptcy. I am also curious if there are
any actions required of myself to ensure I am included in any redistribution
of dollars once this bankruptcy is finalized?

I will appreciate any assistance your office can provide me. My home phone
is 615 595-1475 and my e-mail is

Respectfully submitted,

Douglas Poling