IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            :
*In re:*                                                    :   Chapter 11
                                                            :
WASHINGTON MUTUAL, INC., et al.,[1]                         :   Case No. 08-12229 (MFW)
                                                            :
                                                            :   (Jointly Administered)
            Debtors.                                        :
                                                            :
------------------------------------------------------------x

------------------------------------------------------------x
                                                            :
*In re:*                                                    :   Chapter 11
                                                            :
WASHINGTON MUTUAL, INC., et al.,                            :   Case No. 08-12229 (MFW)
                                                            :
                                                            :   (Jointly Administered)
            Debtors.                                        :
                                                            :
------------------------------------------------------------x
WASHINGTON MUTUAL, INC. AND                                 :
WMI INVESTMENT CORP.,                                       :   Adv. Proc. No. 09-50934
                                                            :
            Plaintiffs,                                     :
                                                            :
      v.                                                    :
                                                            :
JPMORGAN CASH BANK, NATIONAL                                :
ASSOCIATION,                                                :
                                                            :
            Defendant.                                      :
------------------------------------------------------------x

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 22, 2009 AT 9:30 A.M. (EDT)

I. **MATTERS GOING FORWARD:**

   1. Motion of Plaintiffs Washington Mutual, Inc. and WMI Investment Corp. for Summary Judgment [Adversary Docket No. 14; filed 5/19/09]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

Objections/Responses Received:

A. Joinder of the Official Committee of Unsecured Creditors of Washington Mutual, Inc. and WMI Investment Corp. in Plaintiff's Motion for Reconsideration of the Order Granting Expedited Motion of Defendant JPMorgan Chase Bank, National Association for Additional Time to Respond to Debtors' Summary Judgment Motion [Adversary Docket No. 34; filed 6/10/09]

B. Memorandum of Law of Cross-Claim Defendant Federal Deposit Insurance Corporation, as Receiver, in Opposition to Plaintiff's Motion for Summary Judgment [Adversary Docket No. 97; filed 7/24/09]

C. Opposition of Defendant JPMorgan Chase Bank, National Association to Plaintiffs' Motion for Summary Judgment [Adversary Docket No. 102; filed 7/24/09]

D. Appendix Regarding Opposition of Defendant JPMorgan Chase Bank, National Association to Plaintiffs' Motion for Summary Judgment [Adversary Docket No. 103; filed 7/24/09]

E. Bank Bondholders' Statement in Opposition to Debtors' Motion for Summary Judgment [Adversary Docket No. 115; filed 8/3/09]

F. Supplemental Memorandum of Law of Cross-Claim Defendant Federal Deposit Insurance Corporation, as Receiver, in Opposition to Plaintiffs' Motion for Summary Judgment [Adversary Docket No. 152; filed 9/11/09]

G. Supplemental Opposition of Defendant JPMorgan Chase Bank, National Association to Plaintiffs' Motion for Summary Judgment [Adversary Docket No. 156; filed 9/11/09]

H. Appendix Regarding Supplemental Opposition of Defendant JPMorgan Chase Bank, National Association to Plaintiffs' Motion for Summary Judgment [Adversary Docket No. 157; filed 9/11/09]

I. Reply Brief in Support of the Motion of Plaintiffs for Summary Judgment [Adversary Docket No. 163; filed 9/18/09]

J. Appendix Regarding Reply Brief in Support of the Motion of Plaintiffs for Summary Judgment [Adversary Docket No. 164; filed 9/18/09]

K. Joinder of the Official Committee of Unsecured Creditors in the Debtors' Reply Brief in Support of the Motion of Plaintiffs for Summary Judgment [Adversary Docket No. 166; filed 9/21/09]

Related Documents:

i.   Brief in Support of the Motion of Plaintiffs Washington Mutual, Inc. and WMI Investment Corp. for Summary Judgment [Adversary Docket No. 15; filed 5/19/09]

ii.  Appendix Regarding Brief in Support of the Motion of Plaintiffs Washington Mutual, Inc. and WMI Investment Corp. for Summary Judgment [Adversary Docket No. 16; filed 5/19/09]

iii. Expedited Motion of Defendant JPMorgan Chase Bank, National Association for Additional Time to Respond to Debtors' Summary Judgment Motion [Adversary Docket No. 21; filed 5/27/09]

iv.  Order Granting Expedited Motion of Defendant JPMorgan Chase Bank, National Association for Additional Time to Respond to Debtors' Summary Judgment Motion [Adversary Docket No. 23; filed 5/29/09]

v.   Plaintiffs' Motion for Reconsideration of the Order Granting Expedited Motion of Defendant JPMorgan Chase Bank, National Association for Additional Time to Respond to Debtors' Summary Judgment [Adversary Docket No. 25; filed 5/29/09]

vi.  Notice of Hearing to Consider Plaintiffs' Motion for Reconsideration of the Order Granting Expedited Motion of Defendant JPMorgan Chase Bank, National Association for Additional Time to Respond to Debtors' Summary Judgment [Adversary Docket No. 32; filed 6/3/09]

vii. Reply in Support of Plaintiff's Motion for Reconsideration of the Order Granting Expedited Motion of Defendant JPMorgan Chase Bank, National Association for Additional Time to Respond to Debtors' Summary Judgment Motion [Adversary Docket No. 41; filed 6/19/09]

viii. Order Denying Plaintiffs' Motion for Reconsideration of the Order Granting Expedited Motion of Defendant JPMorgan Chase Bank, National Association for Additional Time to Respond to Debtors' Summary Judgment [Adversary Docket No. 65; filed 7/6/09]

ix.  JPMorgan Chase Bank, National Association's Motion to Seal and to Redact for Public Filing Material Included in Its Opposition to Plaintiffs' Motion for Summary Judgment [Adversary Docket No. 101; filed 7/24/09]

x.   Stipulation Between JPMorgan Chase Bank, N.A. and Washington Mutual, Inc. and WMI Investment Corp. Extending Reply in Support of the Motion for Summary Judgment [Adversary Docket No. 114; filed 7/31/09]

xi.  Debtor's Motion to Exceed Page Limitation [Adversary Docket No. 162; filed 9/18/09]

xii. Order Granting Debtors' Motion to Exceed Page Limitation [Adversary Docket No. 168; filed 9/21/09]

xiii. Notice of Completion of Briefing [Adversary Docket No. 173; filed 9/25/09]

xiv. Notice of Hearing to Consider Motion of Plaintiffs Washington Mutual, Inc. and WMI Investment Corp. for Summary Judgment [Adversary Docket No. 178; filed 10/6/09]

xv. Motion for Leave to File Declarations of Daniel P. Cooney and Robert C. Schoppe [Adversary Docket No. 181; filed 10/16/09]

xvi. Motion Pursuant to Local Rule 9006-1(e) to Shorten Notice of JPMorgan Chase Bank, N.A.'s Motion for Leave to File Declarations of Daniel P. Cooney and Robert C. Schoppe [Adversary Docket No. 182; filed 10/16/09]

xvii. Order Regarding Motion to Shorten Notice of JPMorgan Chase Bank, N.A.'s Motion for Leave to File Declarations of Daniel P. Cooney and Robert C. Schoppe [Adversary Docket No. 184; filed 10/19/09]

xviii. Debtors' Objection to Motion for Leave to File Declarations of Daniel P. Cooney and Robert C. Schoppe [Adversary Docket No. 186; filed 10/20/09]

Status: The hearing on this matter is going forward.

Dated: October 20, 2009
Wilmington, Delaware

Respectfully submitted,

/s/ Mark D. Collins
Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Lee E. Kaufman (No. 4877)
Andrew C. Irgens (No. 5193)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*

4