UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x
In re                               :    Chapter 11
                                    :
WASHINGTON MUTUAL, INC., et al.,[1]  :    Case No. 08-12229 (MFW)
                                    :
                                    :    (Jointly Administered)
                       Debtors.     :
------------------------------------x

## SECOND SUPPLEMENTAL DECLARATION OF BARRY R. OSTRAGER

BARRY R. OSTRAGER declares and says:

1. I am a member of the firm of Simpson Thacher & Bartlett LLP ("STB"), 425 Lexington Avenue, New York, New York 10017, and am admitted to practice law in the State of New York, the State of California, federal Courts of Appeals in the Second, Third, Fourth, Sixth, Seventh, Ninth and D.C. Circuits, and numerous federal district courts.

2. Except as otherwise indicated, I have knowledge of the matters set forth herein, either from personal knowledge or review of information in STB files conducted by STB lawyers involved in preparing this declaration, and, if called as a witness, would testify thereto.[2]

3. I submit this declaration as a supplement to the Declaration of Barry R. Ostrager (the "Ostrager Declaration") dated October 9, 2008 (annexed to the application of the Debtors for entry of an order pursuant to sections 327(e) and 328(a) of title 11 of the United States Code authorizing the Debtors to employ and retain STB as special counsel to the Debtors

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

[2] Certain of the disclosures herein relate to matters within the knowledge of other attorneys and personnel at STB and are based on information provided by them.

*nunc pro tunc* to the Commencement Date (the "Application") (Docket No. 62) and the Supplemental Declaration of Barry R. Ostrager (the "Supplemental Declaration") dated November 13, 2008 (Docket No. 284).

4. On September 26, 2008 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

5. STB was retained effective as of the Petition Date by this Court's Order dated November 14, 2008 (the "Retention Order") (Docket No. 297) upon the Application, the Ostrager Declaration, and the Supplemental Declaration.

6. The Supplemental Declaration states that "[t]o the extent that STB has represented or will represent WMI in connection with federal and state government inquiries and investigations arising out of or related to litigation matters set forth on Schedule A of the Initial Declaration, such representation has been and will be of WMI only, and not of individuals in their individual capacity."

7. STB has been retained by one or more former executives of the Debtors in connection with a particular government investigation (the "New Retention").

8. STB is not representing the Debtors in connection with the New Retention and, in connection with the New Retention, will not hold or represent any interest adverse to the Debtors with respect to the matters on which the Debtors have engaged STB.

9. STB will not bill the Debtors' estates for any fees or expenses in connection with the New Retention.

10. The Debtors have consented to the New Retention.

11. I understand that the U.S. Trustee has no objection to the New Retention.

I declare under penalty of perjury the foregoing to be true and correct to the best of my knowledge.

Dated: New York, New York
      October 20, 2009

_____
Barry R. Ostrager