IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
*In re:*                                                       :   Chapter 11
                                                               :
WASHINGTON MUTUAL, INC., et al.,[1]                            :   Case No. 08-12229 (MFW)
                                                               :
                                                               :   (Jointly Administered)
         Debtors.                                              :
                                                               :
---------------------------------------------------------------x

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 28, 2009 AT 3:00 P.M. (EDT)

I.  **CONTINUED MATTERS:**

  1. Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1087; filed 5/29/09]

     Objection Deadline: June 22, 2009 at 4:00 p.m. (EDT)

     Objections/Responses Received:

     A.  Schindler Family Trust's Response to Debtors' First Omnibus Objection to Claims [Docket No. 1190; filed 6/22/09]

     B.  Response of Los Angeles County Tax Collector and Treasurer to Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1197; filed 6/22/09]

     Related Documents:

     i.    Withdrawal of Original Proof of Claim $325 in Response to Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1117; filed 6/8/09]

     ii.   Withdrawal of Original Proof of Claim # 146 in Response to Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1118; filed 6/8/09]

     iii.  Amendment to Notice of Debtors' Omnibus Objections to Claims [Docket No. 1177; filed 6/18/09]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

iv. Notice of Submission of Proofs of Claims Relating to Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1292; filed 7/13/09]

v. Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1364; filed 7/22/09]

vi. Notice of Withdrawal re: Docket No. 1364 [Docket No. 1367; filed 7/22/09]

vii. Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1368; filed 7/22/09]

viii. Order Granting Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1469; filed 8/10/09]

ix. Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

Status: This matter has been adjourned until the hearing scheduled for November 24, 2009. The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit A.

2. Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1233; filed 6/26/09]

Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received: None.

Related Documents:

i. Notice of Submission of Proof of Claim Relating to Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1294; filed 7/13/09]

ii. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

iii. Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Objection to Claims [Docket No. 1366; filed 7/22/09]

iv. Notice of Withdrawal re: Docket No. 1364 and 1365 [Docket No. 1367; filed 7/22/09]

v. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

vi. Order Granting Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1466; filed 8/10/09]

2

vii. Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

viii. Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

ix. Notice of Withdrawal of Proof of Claim No. 2512 filed by Courier Solutions, Inc. [Docket No. 1703; filed 10/9/09]

x. Notice of Withdrawal of Proof of Claim No. 2836 filed by Compliance Coach, Inc. [Docket No. 1725; filed 10/15/09]

Status: The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit B.

3. Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1234; filed 6/26/09]

   Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT)

   Objections/Responses Received:

   A. Response by John S. Pereira as Chapter 11 Trustee of Maywood Capital Corp., et. al in Opposition to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1314; filed 7/15/09]

   Related Documents:

   i. Notice of Submission of Copies of Proofs of Claims Relating to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1295; filed 7/13/09]

   ii. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

   iii. Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Objection to Claims [Docket No. 1366; filed 7/22/09]

   iv. Notice of Withdrawal re: Docket No. 1364 and 1365 [Docket No. 1367; filed 7/22/09]

   v. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

   vi. Declaration of Rishi Jain in Further Support of Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1388; filed 7/27/09]

3

vii. Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1467; filed 8/10/09]

viii. Debtors' Reply to Response and Opposition of MSG Media to Debtors' Sixth Omnibus Claims Objection [Docket No. 1482; filed 8/12/09]

ix. Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

x. Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

xi. Second Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1579; filed 9/3/09]

xii. Supplemental Briefing of MSG Media in Connection with Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1599; filed 9/9/09]

xiii. Debtors' Memorandum of Law in Further Support of Their Sixth Omnibus Objection to Claims with Respect to Proof of Claim Number 1841, Filed by MSG Media, A Division of Madison Square Garden, L.P. [Docket No. 1600; filed 9/9/09]

Status: The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit C.

4. Eighth Omnibus (Substantive) Objection to Claims [Docket No. 1385; filed 7/24/09]

Objection Deadline: August 13, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Response of Los Angeles County Tax Collector in Opposition to Debtors' Eighth Omnibus Objection to Claims [Docket No. 1483; filed 8/13/09]

Related Documents:

i. Notice of Submission of Proof of Claim Regarding Eighth Omnibus (Substantive) Objection to Claims [Docket No. 1459; filed 8/10/09]

ii. Declaration of Deborah Nichols in Support of Response of the County of Santa Clara to Debtors' Eighth Omnibus Objection to Claims [Docket No. 1486; filed 8/13/09]

iii. Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

4

iv. Order Granting Debtors' Eighth Omnibus (Substantive) Objection to Claims [Docket No. 1580; filed 9/3/09]

Status: This matter has been adjourned until the hearing scheduled for November 24, 2009. The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit D.

5. Plaintiffs' Buus et al. Motion for Relief from the Automatic Stay [Docket No. 1568; filed 9/1/09]

Objection Deadline: October 21, 2009 at 4:00 p.m. (EDT); extended to the later of November 17, 2009 or one week prior to the date of any hearing to consider the motion.

Objections/Responses Received: None.

Related Documents: None.

Status: The hearing on this matter is being continued to the omnibus hearing scheduled for November 24, 2009 or a subsequent hearing date to be determined.

6. Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1701; filed 10/7/09]

Objection Deadline: October 21, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Objection of JPMorgan Chase Bank, N.A. to the Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1746; filed 10/21/09]

Related Documents: None.

Status: The hearing on this matter is being continued to the omnibus hearing scheduled for November 24, 2009 or a subsequent hearing date to be determined.

II. **UNCONTESTED MATTERS GOING FORWARD:**

7. Debtors' Eleventh Omnibus (Non-Substantive) Objection to Claims [Docket No. 1665; filed 9/28/09]

Objection Deadline: October 16, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Debtors' Omnibus Reply to Responses to Debtors' Tenth, Eleventh, Twelfth and Thirteenth Omnibus Claims Objections [Docket No. 1756; filed 10/23/09]

Related Documents: None.

Status: The individual status of each claim subject to this objection is listed on the attached Exhibit F.

8. Debtors' Thirteenth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1667; filed 9/28/09]

Objection Deadline: October 16, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Debtors' Omnibus Reply to Responses to Debtors' Tenth, Eleventh, Twelfth and Thirteenth Omnibus Claims Objections [Docket No. 1756; filed 10/23/09]

Related Documents: None.

Status: The individual status of each claim subject to this objection is listed on the attached Exhibit H.

III. **CONTESTED MATTERS GOING FORWARD:**

9. Debtors' Tenth Omnibus (Substantive) Objection to Claims [Docket No. 1664; filed 9/28/09]

Objection Deadline: October 16, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Response of Greenspoon Marder, P.A. to Debtors' Tenth Omnibus (Substantive) Objection to Claims [Docket No. 1733; filed 10/16/09]

B. Response of Joanne Taylor to Debtors' Tenth Omnibus (Substantive) Objection to Claims [Docket No. 1741; filed 10/19/09]

C. Debtors' Omnibus Reply to Responses to Debtors' Tenth, Eleventh, Twelfth and Thirteenth Omnibus Claims Objections [Docket No. 1756; filed 10/23/09]

Related Documents:

6

- i. Notice of Withdrawal of Proof of Claim No. 1573 filed by Tasty Candies, Inc. [Docket No. 1674; filed 9/29/09]

- ii. Notice of Withdrawal of Proof of Claim No. 1416 filed by San Marin Construction, Inc. [Docket No. 1675; filed 9/29/09]

- iii. Notice of Withdrawal of Proof of Claim No. 839 filed by Leonard Street and Deinard [Docket No. 1691; filed 10/6/09]

- iv. Notice of Withdrawal of Proof of Claim No. 900 filed by Briggs Electric, Inc. [Docket No. 1694; filed 10/7/09]

- v. Notice of Withdrawal of Proof of Claim No. 49 filed by Kipinis Law Firm [Docket No. 1695; filed 10/7/09]

- vi. Notice of Withdrawal of Proof of Claim No. 50 filed by Kipinis Law Firm [Docket No. 1696; filed 10/6/09]

- vii. Notice of Withdrawal of Proof of Claim No. 48 filed by Kipinis Law Firm [Docket No. 1697; filed 10/6/09]

- viii. Notice of Withdrawal of Proof of Claim No. 83 filed by Kipinis Law Firm [Docket No. 1698; filed 10/6/09]

- ix. Notice of Submission of Proofs of Claims Relating to Debtors' Tenth Omnibus (Substantive) Objection to Claims [Docket No. 1719; filed 10/14/09]

- x. Notice of Withdrawal of Proof of Claim No. 3460 and 3320 filed by Hopp Law Firm, LLC [Docket No. 1721; filed 10/13/09]

- xi. Notice of Withdrawal of Proof of Claim No. 1938 filed by ISM Barsa, Inc. [Docket No. 1722; filed 10/14/09]

Status: The individual status of each remaining claim subject to this matter is listed on the attached Exhibit E.

10. Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1666; filed 9/28/09]

Objection Deadline: October 16, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

- A. Response of Ben D. Shiriak to Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1688; filed 10/6/09]

- B. Notice of Withdrawal of Proof of Claim No. 839 filed by Leonard, Street and Deinard [Docket No. 1691; filed 10/6/09]

C. Response of Geoffrey Olsen to Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1720; filed 10/9/09]

D. Debtors' Omnibus Reply to Responses to Debtors' Tenth, Eleventh, Twelfth and Thirteenth Omnibus Claims Objections [Docket No. 1756; filed 10/23/09]

Related Documents: None.

Status: The individual status of each remaining claim subject to this matter is listed on the attached Exhibit G.

Dated: October 26, 2009  
Wilmington, Delaware

Respectfully submitted,

_____
Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Lee E. Kaufman (No. 4877)
Andrew C. Irgens (No. 5193)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*