# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WASHINGTON MUTUAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-12229 (MFW)<br><br>Jointly Administered |

### JPMORGAN CHASE BANK, N.A.'S CORRECTION TO A STATEMENT IN DEBTORS' MOTION FOR AN ORDER (A) AUTHORIZING DEBTORS TO SUPPLEMENT THE RECORD OR, IN THE ALTERNATIVE, (B) REOPENING THE RECORD AND AUTHORIZING THE DEBTORS TO SUBMIT SUPPLEMENTAL EVIDENCE IN SUPPORT OF MOTION OF DEBTORS FOR AN ORDER PURSUANT TO SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE AUTHORIZING BUT NOT DIRECTING (I) WASHINGTON MUTUAL, INC. TO EXERCISE ITS OWNERSHIP RIGHTS OVER CERTAIN TRUST ASSETS, (II) DISTRIBUTION OF TRUST ASSETS, AND (III) TERMINATION OF THE TRUSTS

JPMorgan Chase Bank, National Association ("JPMC"), by its undersigned attorneys, is compelled to file this statement to correct an assertion in the motion of debtors seeking an Order authorizing debtors to supplement the record or to reopen the record to supplemental evidence (the "Motion") in support of debtors' HFA Trust Motion [Docket No. 1713]. The HFA Trust Motion related to nine H.F. Ahmanson & Company rabbi trusts (the "Ahmanson trusts") [Docket No. 1023]. By their motion, Washington Mutual, Inc. ("WMI") and Washington Mutual Investment Corp. have sought authorization to exercise ownership rights and distribution rights over the Ahmanson trusts. *Id.*

---

[1] Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). Debtors continue to share their principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

{683.001-W0003999.}

On September 25, 2009 the Court held a hearing addressing the HFA Trust Motion, and thereafter permitted supplemental briefing by the parties. The Motion seeks permission to supplement the evidence submitted. JPMC does not take a position in relation to the Motion; however, JPMC seeks to correct a statement made by the debtors in their supplemental briefing.

Debtors describe the outstanding issues before the Court and then state, with regard to the WMI Deferred Compensation Plan, that "pursuant to the Purchase and Assumption Agreement ("P&A"), JPMorgan Chase assumed all liabilities with respect to the payment of such plan." (Debtors' Motion 5 n.2.) JPMC disagrees with this statement because it is incorrect. The P&A does not state that JPMC assumed the liabilities associated with this plan.

Dated: November 11, 2009
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street Suite 1800
Wilmington, Delaware 19801
Tel: (302) 467-4400
Fax: (302) 467-4450

– and –

Robert A. Sacks
Hydee R. Feldstein
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Tel: (310) 712-6600
Fax : (310) 712-8800

Bruce E. Clark
Stacey R. Friedman
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Tel:   (212) 558-4000
Fax:   (212) 558-3588

*Counsel for JPMorgan Chase Bank,*
*National Association*