**EXHIBIT B**

## Summary By Expenses Incurred

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 08/12/09 | Air Travel; Agent Fee for R. Feldman | 50.00 |
| 08/12/09 | Air Travel - R; Feldman; San Jose to Seattle | 479.20 |
| 08/13/09 | Air Travel; Agent Fee for R. Feldman | 50.00 |
| 08/28/09 | Express Mail | 36.05 |
| 08/28/09 | Express Mail | 16.08 |
| 09/01/09 | Litigation Support Services - CD Duplication | 90.00 |
| 09/01/09 | Litigation Support Services - DVD Duplication | 720.00 |
| 09/01/09 | Photocopying | 0.60 |
| 09/01/09 | Photocopying | 0.30 |
| 09/01/09 | Printing | 0.30 |
| 09/01/09 | Printing | 0.40 |
| 09/01/09 | Printing | 1.10 |
| 09/01/09 | Printing | 0.20 |
| 09/01/09 | Printing | 0.20 |
| 09/01/09 | Printing | 0.10 |
| 09/01/09 | Printing | 0.10 |
| 09/01/09 | Printing | 0.20 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---:|
| 09/01/09 | Printing | 1.60 |
| 09/01/09 | Printing | 4.70 |
| 09/01/09 | Printing | 0.10 |
| 09/01/09 | Printing | 0.10 |
| 09/01/09 | Printing | 0.60 |
| 09/01/09 | Printing | 0.40 |
| 09/01/09 | Printing | 0.30 |
| 09/01/09 | Printing | 0.60 |
| 09/01/09 | Printing | 1.70 |
| 09/01/09 | Printing | 5.80 |
| 09/01/09 | Printing | 1.70 |
| 09/01/09 | Printing | 1.60 |
| 09/01/09 | Printing | 4.00 |
| 09/01/09 | Printing | 1.20 |
| 09/01/09 | Printing | 2.50 |
| 09/01/09 | Printing | 3.40 |
| 09/01/09 | Printing | 0.30 |
| 09/01/09 | Printing | 4.70 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/01/09 | Printing | 0.40 |
| 09/01/09 | Printing | 3.40 |
| 09/01/09 | Printing | 0.30 |
| 09/01/09 | Printing | 1.70 |
| 09/01/09 | Printing | 0.60 |
| 09/01/09 | Printing | 1.70 |
| 09/01/09 | Printing | 7.10 |
| 09/01/09 | Printing | 4.70 |
| 09/01/09 | Printing | 0.50 |
| 09/01/09 | Printing | 0.80 |
| 09/01/09 | Printing | 1.00 |
| 09/01/09 | Printing | 3.00 |
| 09/01/09 | Printing | 3.00 |
| 09/01/09 | Printing | 3.00 |
| 09/01/09 | Printing | .30 |
| 09/01/09 | Printing | .40 |
| 09/02/09 | Color Printing | 5.70 |
| 09/02/09 | Outside Photocopy | 14.06 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/02/09 | Outside Photocopy | 2.33 |
| 09/02/09 | Outside Photocopy | 10.50 |
| 09/02/09 | Outside Photocopy | 313.60 |
| 09/02/09 | Outside Photocopy | 24.50 |
| 09/02/09 | Outside Photocopy | 5.95 |
| 09/02/09 | Outside Photocopy | 25.20 |
| 09/02/09 | Outside Photocopy | 89.60 |
| 09/02/09 | Outside Photocopy | 1.00 |
| 09/02/09 | Outside Photocopy | 63.68 |
| 09/02/09 | Outside Photocopy | 3.98 |
| 09/02/09 | Outside Photocopy | 15.92 |
| 09/02/09 | Outside Photocopy | 11.93 |
| 09/02/09 | Outside Photocopy | 47.72 |
| 09/02/09 | Photocopying | 2,922.00 |
| 09/02/09 | Photocopying | 52.80 |
| 09/02/09 | Photocopying | 37.20 |
| 09/02/09 | Photocopying | 168.00 |
| 09/02/09 | Photocopying | 212.80 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---:|
| 09/02/09 | Printing | 5.00 |
| 09/02/09 | Printing | 0.50 |
| 09/02/09 | Printing | 0.50 |
| 09/02/09 | Printing | 1.90 |
| 09/02/09 | Printing | 1.80 |
| 09/02/09 | Printing | 1.30 |
| 09/02/09 | Printing | 4.80 |
| 09/02/09 | Printing | 0.30 |
| 09/02/09 | Printing | 0.90 |
| 09/02/09 | Printing | 0.30 |
| 09/02/09 | Printing | 0.40 |
| 09/02/09 | Printing | 0.30 |
| 09/02/09 | Printing | 0.80 |
| 09/02/09 | Printing | 1.70 |
| 09/02/09 | Printing | 0.50 |
| 09/02/09 | Printing | 0.90 |
| 09/02/09 | Printing | 1.40 |
| 09/02/09 | Printing | 0.60 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/02/09 | Printing | 1.20 |
| 09/02/09 | Printing | 3.80 |
| 09/02/09 | Printing | 0.30 |
| 09/02/09 | Printing | 0.30 |
| 09/02/09 | Printing | 0.60 |
| 09/02/09 | Printing | 0.30 |
| 09/02/09 | Printing | 15.20 |
| 09/02/09 | Printing | 0.60 |
| 09/02/09 | Printing | 0.30 |
| 09/02/09 | Printing | 1.60 |
| 09/02/09 | Printing | 1.90 |
| 09/02/09 | Printing | 3.10 |
| 09/02/09 | Printing | 2.60 |
| 09/02/09 | Printing | 0.50 |
| 09/02/09 | Printing | 0.70 |
| 09/02/09 | Printing | 1.80 |
| 09/02/09 | Printing | 0.80 |
| 09/02/09 | Printing | 0.80 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/02/09 | Printing | 0.40 |
| 09/02/09 | Telecopier | 20.75 |
| 09/02/09 | Telecopier | 12.75 |
| 09/02/09 | Telecopier | 0.75 |
| 09/02/09 | Printing | 1.70 |
| 09/02/09 | Printing | .60 |
| 09/02/09 | Printing | 3.10 |
| 09/02/09 | Printing | 3.10 |
| 09/02/09 | Printing | 1.60 |
| 09/03/09 | Printing | 0.30 |
| 09/03/09 | Printing | 1.40 |
| 09/03/09 | Printing | 1.00 |
| 09/03/09 | Printing | 1.10 |
| 09/03/09 | Printing | 0.40 |
| 09/03/09 | Printing | 0.40 |
| 09/03/09 | Printing | 0.50 |
| 09/03/09 | Printing | 2.60 |
| 09/03/09 | Printing | 1.00 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---:|
| 09/03/09 | Printing | 0.30 |
| 09/03/09 | Printing | 0.50 |
| 09/03/09 | Printing | 1.40 |
| 09/03/09 | Printing | 2.60 |
| 09/03/09 | Printing | 4.10 |
| 09/03/09 | Printing | 2.00 |
| 09/03/09 | Printing | 0.30 |
| 09/03/09 | Printing | 1.80 |
| 09/03/09 | Printing | 2.10 |
| 09/03/09 | Printing | 8.20 |
| 09/03/09 | Printing | 0.30 |
| 09/03/09 | Printing | 0.30 |
| 09/03/09 | Printing | 1.50 |
| 09/03/09 | Printing | 2.00 |
| 09/03/09 | Printing | 0.50 |
| 09/03/09 | Printing | 1.00 |
| 09/03/09 | Printing | .40 |
| 09/03/09 | Printing | .80 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/03/09 | Printing | .80 |
| 09/04/09 | Color Printing | 1.14 |
| 09/04/09 | Color Printing | 9.69 |
| 09/04/09 | Express Mail | 55.57 |
| 09/04/09 | Express Mail | 38.97 |
| 09/04/09 | Printing | 0.30 |
| 09/04/09 | Printing | 7.20 |
| 09/04/09 | Printing | 0.60 |
| 09/04/09 | Printing | 0.90 |
| 09/04/09 | Printing | 2.10 |
| 09/04/09 | Printing | 0.30 |
| 09/04/09 | Printing | 0.90 |
| 09/04/09 | Printing | 0.30 |
| 09/04/09 | Printing | 0.30 |
| 09/04/09 | Printing | 0.90 |
| 09/04/09 | Printing | 2.60 |
| 09/04/09 | Printing | 2.30 |
| 09/04/09 | Printing | 0.60 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/04/09 | Printing | 2.40 |
| 09/04/09 | Printing | 0.20 |
| 09/04/09 | Printing | 0.40 |
| 09/04/09 | Printing | 0.80 |
| 09/04/09 | Printing | 0.30 |
| 09/04/09 | Printing | 0.90 |
| 09/04/09 | Printing | 7.90 |
| 09/04/09 | Printing | 0.30 |
| 09/04/09 | Printing | 0.80 |
| 09/04/09 | Printing | 0.60 |
| 09/04/09 | Printing | 3.70 |
| 09/04/09 | Printing | 1.30 |
| 09/04/09 | Printing | 1.40 |
| 09/04/09 | Printing | 0.30 |
| 09/04/09 | Printing | 0.40 |
| 09/04/09 | Printing | 0.70 |
| 09/04/09 | Printing | 1.40 |
| 09/04/09 | Printing | .40 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/04/09 | Printing | 1.00 |
| 09/04/09 | Printing | 3.10 |
| 09/04/09 | Printing | 3.10 |
| 09/05/09 | Printing | 2.50 |
| 09/07/09 | Printing | 3.50 |
| 09/07/09 | Printing | 6.60 |
| 09/08/09 | Printing | 0.60 |
| 09/08/09 | Printing | 1.90 |
| 09/08/09 | Printing | 0.40 |
| 09/08/09 | Printing | 0.20 |
| 09/08/09 | Printing | 2.60 |
| 09/08/09 | Printing | 4.80 |
| 09/08/09 | Printing | 1.30 |
| 09/08/09 | Printing | 0.30 |
| 09/08/09 | Printing | 1.70 |
| 09/08/09 | Printing | 1.00 |
| 09/08/09 | Printing | 0.90 |
| 09/08/09 | Printing | 0.60 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/08/09 | Printing | 10.80 |
| 09/08/09 | Printing | 7.20 |
| 09/08/09 | Printing | 6.70 |
| 09/08/09 | Printing | 0.10 |
| 09/08/09 | Printing | 10.70 |
| 09/08/09 | Printing | 0.60 |
| 09/08/09 | Printing | 15.90 |
| 09/08/09 | Printing | 0.40 |
| 09/08/09 | Printing | 3.50 |
| 09/08/09 | Printing | 1.00 |
| 09/08/09 | Printing | 5.50 |
| 09/08/09 | Printing | 1.30 |
| 09/08/09 | Printing | 1.60 |
| 09/08/09 | Printing | 2.90 |
| 09/08/09 | Printing | 2.60 |
| 09/08/09 | Printing | 1.70 |
| 09/08/09 | Printing | 0.40 |
| 09/08/09 | Printing | 4.30 |

| Date Posted | Expense / Date Incurred | Amount |
|-------------|------------------------|--------|
| 09/08/09 | Printing | 6.60 |
| 09/08/09 | Printing | 2.10 |
| 09/08/09 | Printing | 3.50 |
| 09/08/09 | Printing | 1.80 |
| 09/08/09 | Printing | 4.70 |
| 09/08/09 | Printing | 5.70 |
| 09/08/09 | Printing | 21.70 |
| 09/08/09 | Printing | 0.40 |
| 09/08/09 | Printing | 3.60 |
| 09/08/09 | Printing | 0.40 |
| 09/08/09 | Printing | 5.00 |
| 09/08/09 | Printing | 1.00 |
| 09/08/09 | Printing | 1.10 |
| 09/08/09 | Printing | .80 |
| 09/08/09 | Printing | 1.90 |
| 09/08/09 | Printing | .40 |
| 09/08/09 | Printing | .80 |
| 09/08/09 | Printing | 1.10 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/08/09 | Printing | .30 |
| 09/08/09 | Printing | .80 |
| 09/08/09 | Printing | .80 |
| 09/08/09 | Printing | .80 |
| 09/08/09 | Printing | .80 |
| 09/08/09 | Printing | .80 |
| 09/08/09 | Printing | .80 |
| 09/08/09 | Printing | .80 |
| 09/08/09 | Printing | 1.10 |
| 09/08/09 | Printing | 1.60 |
| 09/08/09 | Printing | 1.00 |
| 09/08/09 | Printing | 1.10 |
| 09/09/09 | Litigation Support Services - CD Duplication | 90.00 |
| 09/09/09 | Photocopying | 5.10 |
| 09/09/09 | Printing | 7.60 |
| 09/09/09 | Printing | 7.80 |
| 09/09/09 | Printing | 7.50 |
| 09/09/09 | Printing | 0.70 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/09/09 | Printing | 5.40 |
| 09/09/09 | Printing | 7.50 |
| 09/09/09 | Printing | 1.20 |
| 09/09/09 | Printing | 0.40 |
| 09/09/09 | Printing | 0.40 |
| 09/09/09 | Printing | 7.50 |
| 09/09/09 | Printing | 4.80 |
| 09/09/09 | Printing | 2.20 |
| 09/09/09 | Printing | 6.60 |
| 09/09/09 | Printing | 7.50 |
| 09/09/09 | Printing | 0.60 |
| 09/09/09 | Printing | 7.50 |
| 09/09/09 | Printing | 7.40 |
| 09/09/09 | Printing | 2.10 |
| 09/09/09 | Printing | 0.40 |
| 09/09/09 | Printing | 0.20 |
| 09/09/09 | Printing | 0.40 |
| 09/09/09 | Printing | 0.20 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/09/09 | Printing | 0.60 |
| 09/09/09 | Printing | 0.20 |
| 09/09/09 | Printing | 2.60 |
| 09/09/09 | Printing | 0.10 |
| 09/09/09 | Printing | 0.10 |
| 09/09/09 | Printing | 4.70 |
| 09/09/09 | Printing | 5.50 |
| 09/09/09 | Printing | 4.80 |
| 09/09/09 | Printing | 2.40 |
| 09/09/09 | Printing | 2.50 |
| 09/09/09 | Printing | 0.30 |
| 09/09/09 | Printing | 0.10 |
| 09/09/09 | Printing | 4.80 |
| 09/09/09 | Photocopying | 1.10 |
| 09/09/09 | Printing | 2.80 |
| 09/09/09 | Printing | 2.00 |
| 09/09/09 | Printing | 2.00 |
| 09/09/09 | Printing | 1.10 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/09/09 | Printing | 2.00 |
| 09/09/09 | Printing | 2.00 |
| 09/10/09 | Color Printing | 19.38 |
| 09/10/09 | Photocopying | 0.40 |
| 09/10/09 | Printing | 0.40 |
| 09/10/09 | Printing | 0.30 |
| 09/10/09 | Printing | 0.30 |
| 09/10/09 | Printing | 0.10 |
| 09/10/09 | Printing | 1.60 |
| 09/10/09 | Printing | 0.30 |
| 09/10/09 | Printing | 0.30 |
| 09/10/09 | Printing | 3.00 |
| 09/10/09 | Printing | 0.70 |
| 09/10/09 | Printing | 1.60 |
| 09/10/09 | Printing | 0.30 |
| 09/10/09 | Printing | 0.30 |
| 09/10/09 | Printing | 0.40 |
| 09/10/09 | Printing | 2.40 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/10/09 | Printing | 3.50 |
| 09/10/09 | Printing | 1.10 |
| 09/10/09 | Printing | 2.20 |
| 09/10/09 | Printing | 4.00 |
| 09/10/09 | Printing | 2.40 |
| 09/10/09 | Printing | 0.50 |
| 09/10/09 | Printing | 0.30 |
| 09/10/09 | Printing | 0.30 |
| 09/10/09 | Printing | 0.60 |
| 09/10/09 | Printing | 2.40 |
| 09/10/09 | Printing | 0.40 |
| 09/10/09 | Printing | 0.70 |
| 09/10/09 | Printing | 0.70 |
| 09/10/09 | Printing | 0.30 |
| 09/10/09 | Printing | 0.50 |
| 09/10/09 | Printing | 0.50 |
| 09/10/09 | Printing | 0.40 |
| 09/10/09 | Printing | 2.20 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/10/09 | Printing | 4.00 |
| 09/10/09 | Printing | 0.10 |
| 09/10/09 | Printing | 0.10 |
| 09/10/09 | Printing | 0.90 |
| 09/10/09 | Printing | 0.90 |
| 09/10/09 | Printing | 2.50 |
| 09/10/09 | Printing | 0.30 |
| 09/10/09 | Printing | 0.30 |
| 09/10/09 | Printing | 0.10 |
| 09/10/09 | Printing | 0.40 |
| 09/10/09 | Photocopying | 2.70 |
| 09/10/09 | Printing | 1.80 |
| 09/10/09 | Printing | 1.00 |
| 09/10/09 | Printing | 1.00 |
| 09/10/09 | Printing | 1.30 |
| 09/10/09 | Printing | 1.80 |
| 09/10/09 | Printing | .30 |
| 09/11/09 | Express Mail | 19.55 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/11/09 | Printing | 0.90 |
| 09/11/09 | Printing | 2.90 |
| 09/11/09 | Printing | 0.40 |
| 09/11/09 | Printing | 0.40 |
| 09/11/09 | Printing | 0.40 |
| 09/11/09 | Printing | 0.30 |
| 09/11/09 | Printing | 4.30 |
| 09/11/09 | Printing | 4.60 |
| 09/11/09 | Printing | 3.70 |
| 09/11/09 | Printing | 1.10 |
| 09/11/09 | Printing | 1.70 |
| 09/11/09 | Printing | 0.60 |
| 09/11/09 | Printing | 0.50 |
| 09/11/09 | Printing | 0.50 |
| 09/11/09 | Printing | 6.00 |
| 09/11/09 | Printing | 2.20 |
| 09/11/09 | Printing | 0.30 |
| 09/11/09 | Printing | 0.90 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/11/09 | Printing | 0.40 |
| 09/11/09 | Printing | 2.60 |
| 09/11/09 | Printing | 0.90 |
| 09/11/09 | Printing | 0.70 |
| 09/11/09 | Printing | 0.50 |
| 09/11/09 | Printing | 0.30 |
| 09/11/09 | Printing | 0.80 |
| 09/11/09 | Printing | 0.70 |
| 09/11/09 | Printing | 0.50 |
| 09/11/09 | Printing | 0.10 |
| 09/11/09 | Printing | 1.70 |
| 09/11/09 | Printing | 1.40 |
| 09/11/09 | Printing | 6.00 |
| 09/11/09 | Printing | 0.90 |
| 09/11/09 | Printing | 1.00 |
| 09/11/09 | Printing | 1.60 |
| 09/11/09 | Printing | 2.10 |
| 09/11/09 | Printing | 0.40 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/11/09 | Printing | 1.10 |
| 09/11/09 | Printing | 0.50 |
| 09/11/09 | Printing | 0.20 |
| 09/11/09 | Printing | 2.80 |
| 09/11/09 | Printing | 0.50 |
| 09/11/09 | Printing | 0.50 |
| 09/11/09 | Printing | 3.30 |
| 09/11/09 | Telephone | 35.47 |
| 09/11/09 | Telephone | 36.90 |
| 09/11/09 | Telephone | 20.27 |
| 09/11/09 | Telephone | 3.83 |
| 09/11/09 | Telephone | 18.21 |
| 09/11/09 | Telephone | 21.83 |
| 09/11/09 | Telephone | 23.03 |
| 09/11/09 | Telephone | 26.37 |
| 09/11/09 | Telephone | 124.03 |
| 09/11/09 | Telephone | 27.82 |
| 09/11/09 | Telephone | 49.13 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/11/09 | Telephone | 33.52 |
| 09/11/09 | Telephone | 0.83 |
| 09/11/09 | Telephone | 3.01 |
| 09/11/09 | Telephone | 28.45 |
| 09/11/09 | Telephone | 14.59 |
| 09/11/09 | Telephone | 14.38 |
| 09/11/09 | Telephone | 17.89 |
| 09/11/09 | Telephone | 28.17 |
| 09/11/09 | Telephone | 19.24 |
| 09/11/09 | Telephone | 27.82 |
| 09/11/09 | Telephone | 32.40 |
| 09/11/09 | Printing | .30 |
| 09/11/09 | Printing | .80 |
| 09/11/09 | Printing | 1.90 |
| 09/11/09 | Printing | 1.80 |
| 09/11/09 | Printing | 1.90 |
| 09/11/09 | Printing | 1.80 |
| 09/11/09 | Printing | .80 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/11/09 | Printing | 1.00 |
| 09/11/09 | Printing | 0.30 |
| 09/11/09 | Printing | .10 |
| 09/11/09 | Printing | .90 |
| 09/11/09 | Printing | .10 |
| 09/11/09 | Printing | .30 |
| 09/11/09 | Printing | .30 |
| 09/11/09 | Printing | 1.00 |
| 09/11/09 | Printing | 1.90 |
| 09/11/09 | Printing | .90 |
| 09/11/09 | Printing | .30 |
| 09/11/09 | Printing | 1.60 |
| 09/11/09 | Printing | 1.00 |
| 09/11/09 | Printing | .10 |
| 09/11/09 | Printing | 1.00 |
| 09/13/09 | Printing | 3.70 |
| 09/13/09 | Printing | 0.70 |
| 09/14/09 | Printing | 4.80 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---:|
| 09/14/09 | Printing | 0.10 |
| 09/14/09 | Printing | 6.80 |
| 09/14/09 | Printing | 3.70 |
| 09/14/09 | Printing | 1.10 |
| 09/14/09 | Printing | 0.50 |
| 09/14/09 | Printing | 21.70 |
| 09/14/09 | Printing | 2.60 |
| 09/14/09 | Printing | 3.20 |
| 09/14/09 | Printing | 0.40 |
| 09/14/09 | Printing | 0.50 |
| 09/14/09 | Printing | 0.40 |
| 09/14/09 | Printing | 2.00 |
| 09/14/09 | Printing | 0.60 |
| 09/14/09 | Printing | 0.30 |
| 09/14/09 | Printing | 2.00 |
| 09/14/09 | Printing | 0.50 |
| 09/14/09 | Printing | 0.50 |
| 09/14/09 | Printing | 2.90 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/14/09 | Printing | 0.60 |
| 09/15/09 | Photocopying | 0.20 |
| 09/15/09 | Photocopying | 4.40 |
| 09/15/09 | Photocopying | 2.00 |
| 09/15/09 | Printing | 1.10 |
| 09/15/09 | Printing | 6.80 |
| 09/15/09 | Printing | 1.70 |
| 09/15/09 | Printing | 1.20 |
| 09/15/09 | Printing | 0.30 |
| 09/15/09 | Printing | 2.70 |
| 09/15/09 | Printing | 0.80 |
| 09/15/09 | Printing | 0.80 |
| 09/15/09 | Printing | 6.20 |
| 09/15/09 | Printing | 7.20 |
| 09/15/09 | Printing | 6.00 |
| 09/15/09 | Printing | 1.30 |
| 09/15/09 | Printing | 2.70 |
| 09/15/09 | Printing | 2.60 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/15/09 | Printing | 1.30 |
| 09/15/09 | Printing | 0.70 |
| 09/15/09 | Printing | 0.60 |
| 09/15/09 | Printing | 1.80 |
| 09/15/09 | Printing | 4.20 |
| 09/15/09 | Printing | 0.60 |
| 09/15/09 | Printing | 0.30 |
| 09/15/09 | Printing | 3.00 |
| 09/15/09 | Printing | 0.60 |
| 09/15/09 | Printing | 6.90 |
| 09/15/09 | Printing | 3.10 |
| 09/15/09 | Printing | 7.40 |
| 09/15/09 | Printing | 3.90 |
| 09/15/09 | Printing | 2.60 |
| 09/15/09 | Printing | 0.10 |
| 09/15/09 | Printing | 0.30 |
| 09/15/09 | Printing | 2.60 |
| 09/15/09 | Printing | 0.20 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/15/09 | Printing | 0.10 |
| 09/15/09 | Printing | 0.30 |
| 09/15/09 | Printing | 0.30 |
| 09/15/09 | Printing | 0.30 |
| 09/16/09 | Photocopying | 35.80 |
| 09/16/09 | Photocopying | 6.80 |
| 09/16/09 | Photocopying | 116.30 |
| 09/16/09 | Printing | 0.10 |
| 09/16/09 | Printing | 0.30 |
| 09/16/09 | Printing | 0.10 |
| 09/16/09 | Printing | 3.90 |
| 09/16/09 | Printing | 3.50 |
| 09/16/09 | Printing | 0.10 |
| 09/16/09 | Printing | 0.60 |
| 09/16/09 | Printing | 0.30 |
| 09/16/09 | Printing | 0.40 |
| 09/16/09 | Printing | 0.40 |
| 09/16/09 | Printing | 0.60 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/16/09 | Printing | 6.90 |
| 09/16/09 | Printing | 0.20 |
| 09/16/09 | Printing | 2.40 |
| 09/16/09 | Printing | 0.90 |
| 09/16/09 | Printing | 0.40 |
| 09/16/09 | Printing | 13.60 |
| 09/16/09 | Printing | 3.00 |
| 09/16/09 | Printing | 2.00 |
| 09/16/09 | Printing | 0.40 |
| 09/16/09 | Printing | 0.40 |
| 09/16/09 | Printing | 0.40 |
| 09/16/09 | Printing | 6.90 |
| 09/16/09 | Printing | 0.30 |
| 09/16/09 | Printing | 0.30 |
| 09/16/09 | Printing | 0.30 |
| 09/16/09 | Printing | 1.70 |
| 09/16/09 | Printing | 0.10 |
| 09/16/09 | Printing | 0.40 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/16/09 | Printing | 0.10 |
| 09/16/09 | Printing | 5.10 |
| 09/16/09 | Printing | 0.30 |
| 09/16/09 | Printing | 9.20 |
| 09/16/09 | Printing | 14.20 |
| 09/16/09 | Printing | 0.40 |
| 09/16/09 | Printing | 0.60 |
| 09/16/09 | Printing | 1.10 |
| 09/16/09 | Printing | 10.00 |
| 09/16/09 | Printing | 0.70 |
| 09/16/09 | Printing | 1.70 |
| 09/16/09 | Printing | 0.60 |
| 09/16/09 | Printing | 0.70 |
| 09/16/09 | Printing | 1.30 |
| 09/16/09 | Printing | 0.30 |
| 09/16/09 | Professional services - L.A. County Law Library Document Delivery, 08/31/09 | 30.00 |
| 09/17/09 | Messenger Service | 13.00 |
| 09/17/09 | Photocopying | 29.80 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/17/09 | Photocopying | 24.00 |
| 09/17/09 | Printing | 0.80 |
| 09/17/09 | Printing | 0.80 |
| 09/17/09 | Printing | 1.00 |
| 09/17/09 | Printing | 1.70 |
| 09/17/09 | Printing | 6.70 |
| 09/17/09 | Printing | 6.80 |
| 09/17/09 | Printing | 0.30 |
| 09/17/09 | Printing | 0.80 |
| 09/17/09 | Printing | 0.40 |
| 09/17/09 | Printing | 0.40 |
| 09/17/09 | Printing | 1.60 |
| 09/17/09 | Printing | 4.40 |
| 09/17/09 | Printing | 0.10 |
| 09/17/09 | Printing | 8.00 |
| 09/17/09 | Printing | 0.70 |
| 09/17/09 | Printing | 0.40 |
| 09/17/09 | Printing | 1.70 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/17/09 | Printing | 6.80 |
| 09/17/09 | Printing | 0.10 |
| 09/17/09 | Printing | 1.20 |
| 09/18/09 | Express Mail | 14.05 |
| 09/18/09 | Express Mail | 19.41 |
| 09/18/09 | Express Mail | 38.64 |
| 09/18/09 | Express Mail | 17.16 |
| 09/18/09 | Express Mail | 50.15 |
| 09/18/09 | Express Mail | 20.91 |
| 09/18/09 | Photocopying | 124.60 |
| 09/18/09 | Printing | 0.40 |
| 09/18/09 | Printing | 0.10 |
| 09/18/09 | Printing | 0.10 |
| 09/18/09 | Printing | 0.40 |
| 09/18/09 | Printing | 1.70 |
| 09/18/09 | Printing | 0.30 |
| 09/18/09 | Printing | 1.10 |
| 09/18/09 | Printing | 6.90 |

| Date Posted | Expense / Date Incurred | Amount |
| --- | --- | ---: |
| 09/18/09 | Printing | 1.00 |
| 09/18/09 | Printing | 7.50 |
| 09/18/09 | Printing | 5.10 |
| 09/18/09 | Printing | 0.10 |
| 09/18/09 | Printing | 4.40 |
| 09/18/09 | Printing | 0.70 |
| 09/18/09 | Printing | 1.00 |
| 09/18/09 | Printing | 0.60 |
| 09/18/09 | Printing | 0.50 |
| 09/18/09 | Printing | 0.50 |
| 09/18/09 | Printing | 0.50 |
| 09/18/09 | Printing | 1.40 |
| 09/18/09 | Printing | 0.20 |
| 09/18/09 | Printing | 4.40 |
| 09/18/09 | Printing | 1.30 |
| 09/18/09 | Printing | 1.10 |
| 09/18/09 | Printing | 3.20 |
| 09/18/09 | Printing | .40 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/20/09 | Printing | 0.30 |
| 09/20/09 | Printing | 3.10 |
| 09/20/09 | Printing | 1.70 |
| 09/20/09 | Printing | 1.30 |
| 09/20/09 | Printing | 0.40 |
| 09/20/09 | Printing | 0.80 |
| 09/20/09 | Printing | 0.30 |
| 09/21/09 | Local travel - Evan Parness -9/1/09 | 7.00 |
| 09/21/09 | Local travel - Evan Parness -9/2/09 | 5.80 |
| 09/21/09 | Photocopying | 11.50 |
| 09/21/09 | Photocopying | 0.10 |
| 09/21/09 | Printing | 1.70 |
| 09/21/09 | Printing | 1.60 |
| 09/21/09 | Printing | 1.20 |
| 09/21/09 | Printing | 1.70 |
| 09/21/09 | Printing | 0.80 |
| 09/21/09 | Printing | 0.70 |
| 09/21/09 | Printing | 0.10 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/21/09 | Printing | 0.30 |
| 09/21/09 | Printing | 4.40 |
| 09/21/09 | Printing | 3.80 |
| 09/21/09 | Printing | 0.90 |
| 09/21/09 | Printing | 2.30 |
| 09/21/09 | Printing | 1.30 |
| 09/21/09 | Printing | 0.60 |
| 09/21/09 | Printing | 2.10 |
| 09/21/09 | Printing | 1.60 |
| 09/21/09 | Printing | 1.30 |
| 09/21/09 | Printing | 0.30 |
| 09/21/09 | Printing | 1.50 |
| 09/21/09 | Printing | 4.20 |
| 09/21/09 | Printing | 3.00 |
| 09/21/09 | Printing | 1.70 |
| 09/21/09 | Printing | 2.50 |
| 09/21/09 | Printing | 0.90 |
| 09/21/09 | Printing | 1.40 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/21/09 | Printing | 1.50 |
| 09/21/09 | Printing | 1.50 |
| 09/21/09 | Printing | 0.30 |
| 09/21/09 | Printing | 0.60 |
| 09/21/09 | Printing | 1.50 |
| 09/21/09 | Printing | 2.40 |
| 09/21/09 | Printing | 2.40 |
| 09/21/09 | Printing | 0.60 |
| 09/21/09 | Printing | 7.50 |
| 09/21/09 | Printing | 0.70 |
| 09/21/09 | Printing | 1.10 |
| 09/21/09 | Printing | 2.10 |
| 09/21/09 | Printing | 0.10 |
| 09/21/09 | Printing | 1.40 |
| 09/21/09 | Printing | 0.20 |
| 09/21/09 | Printing | 1.60 |
| 09/21/09 | Printing | 3.20 |
| 09/21/09 | Printing | 0.50 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/21/09 | Printing | 0.40 |
| 09/21/09 | Printing | 0.50 |
| 09/21/09 | Printing | 0.60 |
| 09/21/09 | Printing | 0.10 |
| 09/21/09 | Printing | 0.30 |
| 09/21/09 | Printing | 0.40 |
| 09/21/09 | Printing | 0.20 |
| 09/21/09 | Printing | 1.10 |
| 09/21/09 | Printing | 0.10 |
| 09/21/09 | Printing | 2.00 |
| 09/21/09 | Printing | 1.60 |
| 09/21/09 | Printing | 0.30 |
| 09/21/09 | Printing | 0.50 |
| 09/21/09 | Printing | 1.30 |
| 09/21/09 | Printing | 0.60 |
| 09/21/09 | Printing | 0.40 |
| 09/21/09 | Printing | 2.00 |
| 09/21/09 | Printing | 0.80 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/21/09 | Printing | 0.40 |
| 09/21/09 | Printing | 0.40 |
| 09/21/09 | Printing | 1.80 |
| 09/21/09 | Printing | 0.20 |
| 09/21/09 | Printing | 0.10 |
| 09/21/09 | Printing | 2.00 |
| 09/21/09 | Printing | 1.50 |
| 09/21/09 | Printing | 1.70 |
| 09/21/09 | Printing | 2.10 |
| 09/21/09 | Printing | 1.10 |
| 09/21/09 | Printing | 2.00 |
| 09/21/09 | Printing | 2.00 |
| 09/21/09 | Printing | .50 |
| 09/21/09 | Printing | 1.80 |
| 09/21/09 | Printing | .50 |
| 09/21/09 | Printing | 11.00 |
| 09/21/09 | Printing | .50 |
| 09/21/09 | Printing | .50 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/21/09 | Printing | .50 |
| 09/22/09 | Printing | 2.50 |
| 09/22/09 | Printing | 0.40 |
| 09/22/09 | Printing | 2.80 |
| 09/22/09 | Printing | 0.60 |
| 09/22/09 | Printing | 0.50 |
| 09/22/09 | Printing | 0.80 |
| 09/22/09 | Printing | 2.20 |
| 09/22/09 | Printing | 2.30 |
| 09/22/09 | Printing | 2.30 |
| 09/22/09 | Printing | 0.70 |
| 09/22/09 | Printing | 1.20 |
| 09/22/09 | Printing | 1.20 |
| 09/22/09 | Printing | 2.70 |
| 09/22/09 | Printing | 4.30 |
| 09/22/09 | Printing | 4.80 |
| 09/22/09 | Printing | 4.30 |
| 09/22/09 | Printing | 0.40 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/22/09 | Printing | 2.70 |
| 09/22/09 | Printing | 1.50 |
| 09/22/09 | Printing | 1.40 |
| 09/22/09 | Printing | 0.50 |
| 09/22/09 | Printing | 2.30 |
| 09/22/09 | Printing | 0.30 |
| 09/22/09 | Printing | 2.30 |
| 09/22/09 | Printing | 0.90 |
| 09/22/09 | Printing | 2.70 |
| 09/22/09 | Printing | 0.10 |
| 09/22/09 | Printing | 0.60 |
| 09/22/09 | Printing | 2.30 |
| 09/22/09 | Printing | 2.70 |
| 09/22/09 | Printing | 0.60 |
| 09/22/09 | Printing | 2.30 |
| 09/22/09 | Printing | 0.60 |
| 09/22/09 | Printing | 0.30 |
| 09/22/09 | Printing | 0.30 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/22/09 | Printing | 0.40 |
| 09/22/09 | Printing | 3.80 |
| 09/22/09 | Printing | 0.10 |
| 09/22/09 | Printing | 0.60 |
| 09/22/09 | Printing | 2.30 |
| 09/22/09 | Printing | 2.30 |
| 09/22/09 | Printing | 2.30 |
| 09/22/09 | Printing | 0.60 |
| 09/22/09 | Printing | 0.60 |
| 09/22/09 | Printing | 2.10 |
| 09/22/09 | Printing | 3.00 |
| 09/22/09 | Printing | 5.20 |
| 09/22/09 | Printing | 4.70 |
| 09/22/09 | Printing | 2.00 |
| 09/22/09 | Printing | 0.10 |
| 09/22/09 | Printing | 0.30 |
| 09/22/09 | Printing | 0.10 |
| 09/22/09 | Printing | 0.10 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/22/09 | Printing | 2.70 |
| 09/22/09 | Printing | 1.70 |
| 09/22/09 | Printing | 1.20 |
| 09/22/09 | Printing | 0.10 |
| 09/22/09 | Printing | 0.60 |
| 09/22/09 | Telecopier | 1.25 |
| 09/22/09 | Telecopier | 1.50 |
| 09/23/09 | Color Printing | 0.57 |
| 09/23/09 | Deposition Transcript – Deposition of Doreen A. Logan-8/26/09 | 1,214.60 |
| 09/23/09 | Local travel - Ben Finestone - 8/11/09 | 8.90 |
| 09/23/09 | Local travel - Ben Finestone - 8/20/09 | 9.30 |
| 09/23/09 | Local travel - Ben Finestone - 8/24/09 | 7.60 |
| 09/23/09 | Local travel - Ben Finestone - 9/2/09 | 7.30 |
| 09/23/09 | Local Travel – Amtrak - B. Finestone - 8/24/09 | 30.00 |
| 09/23/09 | Local Travel – Amtrak - S. Kirpalani - 8/24/09 | 30.00 |
| 09/23/09 | Local travel - Ben Finestone - 8/10/09 | 8.50 |
| 09/23/09 | Local travel - Ben Finestone - 9/4/09 | 8.10 |
| 09/23/09 | Photocopying | 124.60 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/23/09 | Printing | 0.30 |
| 09/23/09 | Printing | 0.70 |
| 09/23/09 | Printing | 0.40 |
| 09/23/09 | Printing | 0.90 |
| 09/23/09 | Printing | 0.70 |
| 09/23/09 | Printing | 0.30 |
| 09/23/09 | Printing | 2.80 |
| 09/23/09 | Printing | 0.90 |
| 09/23/09 | Printing | 2.30 |
| 09/23/09 | Printing | 2.80 |
| 09/23/09 | Printing | 0.30 |
| 09/23/09 | Printing | 1.40 |
| 09/23/09 | Printing | 0.70 |
| 09/23/09 | Printing | 0.70 |
| 09/23/09 | Printing | 1.90 |
| 09/23/09 | Printing | 0.50 |
| 09/23/09 | Printing | 1.20 |
| 09/23/09 | Printing | 2.10 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---:|
| 09/23/09 | Printing | 0.90 |
| 09/23/09 | Printing | 1.40 |
| 09/23/09 | Printing | 0.30 |
| 09/23/09 | Printing | 0.40 |
| 09/23/09 | Printing | 0.90 |
| 09/23/09 | Printing | 0.90 |
| 09/23/09 | Printing | 0.30 |
| 09/23/09 | Printing | 3.00 |
| 09/23/09 | Printing | 1.20 |
| 09/23/09 | Printing | 0.40 |
| 09/23/09 | Printing | 2.10 |
| 09/23/09 | Printing | 2.30 |
| 09/23/09 | Printing | 1.00 |
| 09/23/09 | Printing | 2.30 |
| 09/23/09 | Printing | 2.50 |
| 09/23/09 | Printing | 0.60 |
| 09/23/09 | Printing | 1.30 |
| 09/23/09 | Printing | 0.30 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/23/09 | Printing | 0.90 |
| 09/23/09 | Printing | 1.40 |
| 09/23/09 | Printing | 0.50 |
| 09/23/09 | Printing | 0.50 |
| 09/23/09 | Printing | 0.60 |
| 09/23/09 | Printing | 0.30 |
| 09/23/09 | Printing | 0.90 |
| 09/23/09 | Printing | 3.20 |
| 09/23/09 | Printing | 0.80 |
| 09/23/09 | Printing | 2.30 |
| 09/23/09 | Printing | 3.90 |
| 09/23/09 | Printing | 2.30 |
| 09/23/09 | Printing | 0.60 |
| 09/23/09 | Printing | 4.00 |
| 09/23/09 | Printing | 3.50 |
| 09/23/09 | Printing | 2.80 |
| 09/23/09 | Printing | 2.10 |
| 09/23/09 | Printing | 1.80 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/23/09 | Printing | 4.00 |
| 09/23/09 | Printing | 0.50 |
| 09/23/09 | Printing | 2.20 |
| 09/23/09 | Printing | 2.10 |
| 09/23/09 | Printing | 1.10 |
| 09/23/09 | Printing | 1.00 |
| 09/23/09 | Printing | 1.00 |
| 09/23/09 | Printing | 1.40 |
| 09/23/09 | Printing | 0.90 |
| 09/23/09 | Printing | 1.30 |
| 09/23/09 | Printing | 1.30 |
| 09/23/09 | Printing | 0.50 |
| 09/23/09 | Printing | 1.40 |
| 09/23/09 | Printing | 0.40 |
| 09/23/09 | Printing | 2.00 |
| 09/23/09 | Printing | 1.10 |
| 09/23/09 | Printing | 0.20 |
| 09/23/09 | Printing | 0.30 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/23/09 | Printing | 0.80 |
| 09/23/09 | Printing | 1.00 |
| 09/23/09 | Printing | 0.80 |
| 09/23/09 | Printing | 1.30 |
| 09/23/09 | Printing | 0.30 |
| 09/23/09 | Printing | 0.30 |
| 09/23/09 | Printing | 2.10 |
| 09/23/09 | Printing | 1.30 |
| 09/23/09 | Printing | 0.30 |
| 09/23/09 | Printing | 1.60 |
| 09/23/09 | Taxi - Ben Finestone -8/24/09 | 9.00 |
| 09/24/09 | Digital Prints | 0.48 |
| 09/24/09 | Litigation Support Services - Native Files | 299.16 |
| 09/24/09 | Local travel - Amtrak - M. Carlinsky - 8/24/09 | 134.00 |
| 09/24/09 | Local travel - Susheel Kirpalani - 8/24/09 | 7.00 |
| 09/24/09 | Outside Photocopy | 39.81 |
| 09/24/09 | Outside Photocopy | 105.35 |
| 09/24/09 | Outside Photocopy | 83.51 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/24/09 | Photocopying | 1.00 |
| 09/24/09 | Photocopying | 7.60 |
| 09/24/09 | Photocopying | 18.00 |
| 09/24/09 | Photocopying | 637.00 |
| 09/24/09 | Photocopying | 7.50 |
| 09/24/09 | Printing | 1.00 |
| 09/24/09 | Printing | 0.30 |
| 09/24/09 | Printing | 2.60 |
| 09/24/09 | Printing | 1.60 |
| 09/24/09 | Printing | 0.50 |
| 09/24/09 | Printing | 4.30 |
| 09/24/09 | Printing | 0.60 |
| 09/24/09 | Printing | 0.30 |
| 09/24/09 | Printing | 3.60 |
| 09/24/09 | Printing | 0.10 |
| 09/24/09 | Printing | 0.10 |
| 09/24/09 | Printing | 1.70 |
| 09/24/09 | Printing | 2.60 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/24/09 | Printing | 4.20 |
| 09/24/09 | Printing | 0.70 |
| 09/24/09 | Printing | 1.70 |
| 09/24/09 | Printing | 1.00 |
| 09/24/09 | Printing | 0.20 |
| 09/24/09 | Printing | 0.30 |
| 09/24/09 | Printing | 0.40 |
| 09/24/09 | Printing | 0.40 |
| 09/24/09 | Printing | 3.10 |
| 09/24/09 | Printing | 0.30 |
| 09/24/09 | Printing | 0.30 |
| 09/24/09 | Printing | 0.80 |
| 09/24/09 | Printing | 0.30 |
| 09/24/09 | Printing | 0.80 |
| 09/24/09 | Printing | 0.50 |
| 09/24/09 | Printing | 0.20 |
| 09/24/09 | Printing | 0.50 |
| 09/24/09 | Printing | 0.30 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/24/09 | Printing | 0.40 |
| 09/24/09 | Printing | 1.50 |
| 09/24/09 | Printing | 0.40 |
| 09/24/09 | Printing | 0.60 |
| 09/24/09 | Printing | 0.50 |
| 09/24/09 | Printing | 0.60 |
| 09/24/09 | Printing | 0.90 |
| 09/24/09 | Printing | 0.10 |
| 09/24/09 | Printing | 3.80 |
| 09/24/09 | Printing | 2.60 |
| 09/24/09 | Printing | 0.60 |
| 09/24/09 | Printing | 2.60 |
| 09/24/09 | Printing | 0.50 |
| 09/24/09 | Printing | 0.50 |
| 09/24/09 | Printing | 0.50 |
| 09/24/09 | Printing | 2.20 |
| 09/24/09 | Printing | 1.60 |
| 09/24/09 | Printing | 0.30 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/24/09 | Printing | 0.40 |
| 09/24/09 | Printing | 0.30 |
| 09/24/09 | Printing | 2.80 |
| 09/24/09 | Printing | 0.30 |
| 09/24/09 | Printing | 0.30 |
| 09/24/09 | Printing | 0.90 |
| 09/24/09 | Printing | 0.40 |
| 09/24/09 | Printing | 0.20 |
| 09/24/09 | Printing | 1.80 |
| 09/24/09 | Printing | 0.80 |
| 09/24/09 | Printing | 2.00 |
| 09/24/09 | Printing | 0.40 |
| 09/24/09 | Printing | 1.30 |
| 09/24/09 | Printing | 0.50 |
| 09/24/09 | Printing | 1.60 |
| 09/24/09 | Printing | 1.10 |
| 09/24/09 | Printing | 0.50 |
| 09/24/09 | Telephone | 35.77 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/24/09 | Printing | 1.90 |
| 09/25/09 | Printing | 0.30 |
| 09/25/09 | Printing | 3.20 |
| 09/25/09 | Printing | 1.00 |
| 09/25/09 | Printing | 3.00 |
| 09/25/09 | Printing | 0.30 |
| 09/25/09 | Printing | 0.60 |
| 09/25/09 | Printing | 0.30 |
| 09/25/09 | Printing | 0.30 |
| 09/25/09 | Printing | 3.20 |
| 09/25/09 | Printing | 3.50 |
| 09/25/09 | Printing | 0.30 |
| 09/25/09 | Printing | 3.50 |
| 09/25/09 | Printing | 0.30 |
| 09/25/09 | Printing | 3.00 |
| 09/25/09 | Printing | 1.60 |
| 09/25/09 | Printing | 0.60 |
| 09/25/09 | Printing | 0.60 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/25/09 | Printing | 0.50 |
| 09/25/09 | Printing | 3.40 |
| 09/25/09 | Printing | 1.50 |
| 09/25/09 | Printing | 7.20 |
| 09/25/09 | Printing | 0.10 |
| 09/25/09 | Printing | 2.00 |
| 09/25/09 | Printing | 0.30 |
| 09/25/09 | Printing | 0.40 |
| 09/25/09 | Printing | 1.00 |
| 09/25/09 | Printing | 0.20 |
| 09/25/09 | Printing | 3.00 |
| 09/25/09 | Printing | 3.20 |
| 09/25/09 | Printing | 3.50 |
| 09/25/09 | Printing | 3.50 |
| 09/25/09 | Printing | 3.00 |
| 09/25/09 | Printing | 1.60 |
| 09/25/09 | Printing | 0.10 |
| 09/25/09 | Printing | 0.30 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---:|
| 09/25/09 | Printing | 0.20 |
| 09/25/09 | Printing | 1.60 |
| 09/25/09 | Printing | 0.60 |
| 09/25/09 | Printing | 0.10 |
| 09/25/09 | Printing | 1.60 |
| 09/25/09 | Printing | 0.10 |
| 09/25/09 | Printing | 0.10 |
| 09/25/09 | Printing | 0.40 |
| 09/25/09 | Printing | 0.40 |
| 09/25/09 | Printing | 14.20 |
| 09/25/09 | Printing | 9.20 |
| 09/25/09 | Printing | 1.00 |
| 09/25/09 | Printing | 7.50 |
| 09/25/09 | Printing | 0.20 |
| 09/25/09 | Printing | 0.10 |
| 09/25/09 | Printing | 0.30 |
| 09/25/09 | Printing | 0.50 |
| 09/25/09 | Printing | 0.30 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/25/09 | Printing | 0.80 |
| 09/25/09 | Printing | 0.10 |
| 09/25/09 | Printing | 0.90 |
| 09/25/09 | Telecopier | 1.25 |
| 09/25/09 | Telecopier | .75 |
| 09/25/09 | Printing | 4.60 |
| 09/25/09 | Printing | .90 |
| 09/25/09 | Printing | 1.00 |
| 09/25/09 | Printing | .50 |
| 09/25/09 | Printing | 1.30 |
| 09/25/09 | Printing | 4.70 |
| 09/25/09 | Printing | .90 |
| 09/25/09 | Printing | 1.30 |
| 09/25/09 | Printing | .70 |
| 09/26/09 | Digital Prints | 0.62 |
| 09/26/09 | Digital Prints | 7.00 |
| 09/26/09 | Outside Photocopy | 0.63 |
| 09/28/09 | Local travel - David Elsberg - 07/29/09 | 34.22 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/28/09 | Postage | 9.68 |
| 09/28/09 | Printing | 7.10 |
| 09/28/09 | Printing | 1.60 |
| 09/28/09 | Printing | 0.50 |
| 09/28/09 | Printing | 2.70 |
| 09/28/09 | Printing | 3.90 |
| 09/28/09 | Printing | 8.20 |
| 09/28/09 | Printing | 1.00 |
| 09/28/09 | Printing | 1.50 |
| 09/28/09 | Printing | 1.90 |
| 09/28/09 | Printing | 0.30 |
| 09/28/09 | Printing | 0.40 |
| 09/28/09 | Printing | 0.30 |
| 09/28/09 | Printing | 0.30 |
| 09/28/09 | Printing | 0.20 |
| 09/28/09 | Printing | 0.60 |
| 09/28/09 | Printing | 1.20 |
| 09/28/09 | Printing | 4.00 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---:|
| 09/28/09 | Printing | 3.90 |
| 09/28/09 | Printing | 0.40 |
| 09/28/09 | Printing | 15.90 |
| 09/28/09 | Printing | 7.00 |
| 09/28/09 | Printing | 7.70 |
| 09/28/09 | Printing | 16.10 |
| 09/28/09 | Printing | 1.20 |
| 09/28/09 | Printing | 1.30 |
| 09/28/09 | Printing | 0.50 |
| 09/28/09 | Printing | 0.90 |
| 09/28/09 | Printing | 0.50 |
| 09/28/09 | Printing | 0.40 |
| 09/28/09 | Printing | 1.80 |
| 09/28/09 | Printing | 0.90 |
| 09/28/09 | Printing | 2.10 |
| 09/28/09 | Printing | 3.90 |
| 09/28/09 | Printing | 11.80 |
| 09/28/09 | Printing | 0.40 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/28/09 | Printing | 1.00 |
| 09/28/09 | Printing | 0.50 |
| 09/28/09 | Printing | 1.80 |
| 09/28/09 | Printing | 12.00 |
| 09/28/09 | Printing | 1.10 |
| 09/28/09 | Printing | 1.00 |
| 09/28/09 | Printing | 0.10 |
| 09/28/09 | Printing | 0.10 |
| 09/28/09 | Printing | 1.50 |
| 09/28/09 | Printing | 6.80 |
| 09/29/09 | Air Travel - 08/21/09 Agent Fee For Michael Longyear | 47.25 |
| 09/29/09 | Air Travel - 08/21/09 Agent Fee For Susheel Kirpalani | 47.25 |
| 09/29/09 | Air Travel - Agent Fee For Benjamin Finestone | 47.25 |
| 09/29/09 | Air Travel - 08/21/09 Agent Fee For Susheel Kirpalani | 47.25 |
| 09/29/09 | Air Travel - Michael Longyear, NYC to DE, DE TO NYC – 08/31/09 | 208.00 |
| 09/29/09 | Air Travel - Susheel Kirpalani, NYC to DE, DE TO NYC – 08/31/09 | 208.00 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/29/09 | Local travel - Benjamin Finestone, NYC TO DE, DE TO NYC – 08/31/09 | 208.00 |
| 09/29/09 | Local travel - David Elsberg - 07/31/09 | -214.20 |
| 09/29/09 | Outside Photocopy | 2.54 |
| 09/29/09 | Outside Photocopy | 39.20 |
| 09/29/09 | Outside Photocopy | 67.55 |
| 09/29/09 | Photocopying | 40.60 |
| 09/29/09 | Printing | 0.40 |
| 09/29/09 | Printing | 0.30 |
| 09/29/09 | Printing | 0.40 |
| 09/29/09 | Printing | 0.40 |
| 09/29/09 | Printing | 0.60 |
| 09/29/09 | Printing | 0.30 |
| 09/29/09 | Printing | 0.90 |
| 09/29/09 | Printing | 1.50 |
| 09/29/09 | Printing | 0.20 |
| 09/29/09 | Printing | 2.20 |
| 09/29/09 | Printing | 4.30 |
| 09/29/09 | Printing | 0.50 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/29/09 | Printing | 0.80 |
| 09/29/09 | Printing | 0.30 |
| 09/29/09 | Printing | 0.60 |
| 09/29/09 | Printing | 0.50 |
| 09/29/09 | Printing | 1.00 |
| 09/29/09 | Printing | 1.50 |
| 09/29/09 | Printing | 0.80 |
| 09/29/09 | Printing | 1.30 |
| 09/29/09 | Printing | 0.10 |
| 09/29/09 | Printing | 0.10 |
| 09/29/09 | Printing | 0.10 |
| 09/29/09 | Printing | 0.50 |
| 09/29/09 | Printing | 0.50 |
| 09/29/09 | Printing | 0.10 |
| 09/29/09 | Printing | 0.10 |
| 09/29/09 | Printing | 0.10 |
| 09/29/09 | Printing | 0.50 |
| 09/29/09 | Printing | 0.60 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/29/09 | Printing | 0.10 |
| 09/29/09 | Printing | 0.10 |
| 09/29/09 | Printing | 0.10 |
| 09/29/09 | Printing | 0.10 |
| 09/29/09 | Printing | 0.10 |
| 09/29/09 | Printing | 0.10 |
| 09/29/09 | Printing | 0.10 |
| 09/29/09 | Printing | 0.10 |
| 09/29/09 | Printing | 0.10 |
| 09/29/09 | Printing | 0.10 |
| 09/29/09 | Printing | 0.70 |
| 09/29/09 | Printing | 0.70 |
| 09/29/09 | Printing | 0.10 |
| 09/29/09 | Printing | 2.00 |
| 09/29/09 | Printing | 1.40 |
| 09/29/09 | Printing | 3.20 |
| 09/29/09 | Printing | 1.40 |
| 09/29/09 | Printing | 0.90 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/29/09 | Printing | 1.40 |
| 09/29/09 | Printing | 15.90 |
| 09/29/09 | Printing | 4.40 |
| 09/29/09 | Printing | 0.30 |
| 09/29/09 | Printing | 2.30 |
| 09/29/09 | Printing | 0.30 |
| 09/29/09 | Printing | 0.70 |
| 09/29/09 | Printing | 0.40 |
| 09/29/09 | Printing | 1.10 |
| 09/29/09 | Printing | 0.90 |
| 09/29/09 | Printing | 1.10 |
| 09/29/09 | Printing | 0.50 |
| 09/29/09 | Printing | 0.70 |
| 09/29/09 | Printing | 0.40 |
| 09/29/09 | Printing | 3.80 |
| 09/29/09 | Printing | 0.80 |
| 09/29/09 | Printing | 5.30 |
| 09/29/09 | Printing | 0.30 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/29/09 | Printing | 0.50 |
| 09/29/09 | Printing | 0.30 |
| 09/29/09 | Printing | 0.30 |
| 09/29/09 | Printing | .70 |
| 09/29/09 | Printing | .60 |
| 09/29/09 | Printing | 1.30 |
| 09/29/09 | Printing | .60 |
| 09/29/09 | Printing | 1.00 |
| 09/30/09 | Color Photocopy | 1.14 |
| 09/30/09 | Document Review Meal - Lori Weiss- 08/31/09 | 18.05 |
| 09/30/09 | Litigation Support Services - Native Files | 114.08 |
| 09/30/09 | Meals during Travel - Michael B. Carlinsky - 8/24/09 | 54.85 |
| 09/30/09 | Online Research | 1,080.48 |
| 09/30/09 | Online Research | 2,311.80 |
| 09/30/09 | Online Research | 3,993.93 |
| 09/30/09 | Online Research | 50.00 |
| 09/30/09 | Online Research | 75.00 |
| 09/30/09 | Outside Photocopy | 2.10 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/30/09 | Outside Photocopy | 408.00 |
| 09/30/09 | Outside Photocopy | 5.97 |
| 09/30/09 | Outside Photocopy | 59.70 |
| 09/30/09 | Photocopying | 41.60 |
| 09/30/09 | Photocopying | 20.70 |
| 09/30/09 | Printing | 0.60 |
| 09/30/09 | Printing | 1.10 |
| 09/30/09 | Printing | 2.40 |
| 09/30/09 | Printing | 1.50 |
| 09/30/09 | Printing | 2.10 |
| 09/30/09 | Printing | 2.10 |
| 09/30/09 | Printing | 2.20 |
| 09/30/09 | Printing | 2.50 |
| 09/30/09 | Printing | 1.30 |
| 09/30/09 | Printing | 2.20 |
| 09/30/09 | Printing | 0.80 |
| 09/30/09 | Printing | 0.80 |
| 09/30/09 | Printing | 0.90 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/30/09 | Printing | 1.10 |
| 09/30/09 | Printing | 0.90 |
| 09/30/09 | Printing | 0.80 |
| 09/30/09 | Printing | 2.20 |
| 09/30/09 | Printing | 1.00 |
| 09/30/09 | Printing | 1.30 |
| 09/30/09 | Printing | 0.60 |
| 09/30/09 | Printing | 5.80 |
| 09/30/09 | Printing | 1.40 |
| 09/30/09 | Printing | 0.80 |
| 09/30/09 | Printing | 0.90 |
| 09/30/09 | Printing | 1.50 |
| 09/30/09 | Printing | 3.00 |
| 09/30/09 | Printing | 13.80 |
| 09/30/09 | Printing | 0.30 |
| 09/30/09 | Printing | 0.40 |
| 09/30/09 | Printing | 0.60 |
| 09/30/09 | Printing | 0.90 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/30/09 | Printing | 0.30 |
| 09/30/09 | Printing | 0.90 |
| 09/30/09 | Printing | 1.20 |
| 09/30/09 | Printing | 0.40 |
| 09/30/09 | Printing | 1.30 |
| 09/30/09 | Printing | 0.80 |
| 09/30/09 | Printing | 9.00 |
| 09/30/09 | Printing | 0.50 |
| 09/30/09 | Printing | 0.40 |
| 09/30/09 | Printing | 1.20 |
| 09/30/09 | Printing | 0.30 |
| 09/30/09 | Printing | 0.50 |
| 09/30/09 | Printing | 0.30 |
| 09/30/09 | Printing | 1.30 |
| 09/30/09 | Printing | 0.70 |
| 09/30/09 | Printing | 1.30 |
| 09/30/09 | Printing | 0.60 |
| 09/30/09 | Printing | 0.90 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/30/09 | Printing | 0.70 |
| 09/30/09 | Printing | 0.40 |
| 09/30/09 | Printing | 7.10 |
| 09/30/09 | Printing | 0.20 |
| 09/30/09 | Printing | 0.30 |
| 09/30/09 | Printing | 0.10 |
| 09/30/09 | Printing | 2.30 |
| 09/30/09 | Printing | 0.60 |
| 09/30/09 | Printing | 2.60 |
| 09/30/09 | Printing | 2.40 |
| 09/30/09 | Printing | 2.40 |
| 09/30/09 | Printing | 0.40 |
| 09/30/09 | Printing | 11.80 |
| 09/30/09 | Printing | 2.40 |
| 09/30/09 | Printing | 2.40 |
| 09/30/09 | Printing | 0.80 |
| 09/30/09 | Printing | 1.70 |
| 09/30/09 | Printing | 0.20 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/30/09 | Printing | 1.00 |
| 09/30/09 | Printing | 1.10 |
| 09/30/09 | Online Research | 47.50 |
| 09/30/09 | Online Research | 488.61 |
| 09/30/09 | Online Research | 955.66 |
| 09/30/09 | Online Research | 609.45 |
| 09/30/09 | Online Research | 76.40 |
| 09/30/09 | Printing | .40 |
| 09/30/09 | Printing | 4.40 |
| 09/30/09 | Printing | 1.40 |
| 09/30/09 | Printing | 1.00 |
| 09/30/09 | Printing | .70 |
| 09/30/09 | Printing | 2.60 |
| 09/30/09 | Printing | .40 |
| 09/30/09 | Printing | 1.30 |
| 09/30/09 | Printing | .40 |
| 09/30/09 | Printing | .30 |
| 09/30/09 | Printing | 1.00 |

| Date Posted | Expense / Date Incurred | Amount |
|---|---|---|
| 09/30/09 | Printing | .70 |
| 09/30/09 | Printing | .70 |
| 09/30/09 | Printing | .50 |
| 09/30/09 | Printing | 1.00 |
| 09/30/09 | Printing | .70 |
| 09/30/09 | Printing | .40 |
| | **Total Disbursements** | **$22,854.62** |