IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                :
*In re:*                                        :   Chapter 11
                                                :
WASHINGTON MUTUAL, INC., et al.,[1]             :   Case No. 08-12229 (MFW)
                                                :
                                                :   (Jointly Administered)
            Debtors.                            :
                                                :
---------------------------------------------------------------x

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 24, 2009 AT 2:00 P.M. (EST)

I. **CONTINUED MATTERS:**

1. Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1087; filed 5/29/09]

    Objection Deadline: June 22, 2009 at 4:00 p.m. (EDT)

    Objections/Responses Received:

    A. Schindler Family Trust's Response to Debtors' First Omnibus Objection to Claims [Docket No. 1190; filed 6/22/09]

    B. Response of Los Angeles County Tax Collector and Treasurer to Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1197; filed 6/22/09]

    Related Documents:

    i. Withdrawal of Original Proof of Claim $325 in Response to Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1117; filed 6/8/09]

    ii. Withdrawal of Original Proof of Claim # 146 in Response to Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1118; filed 6/8/09]

    iii. Amendment to Notice of Debtors' Omnibus Objections to Claims [Docket No. 1177; filed 6/18/09]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

iv. Notice of Submission of Proofs of Claims Relating to Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1292; filed 7/13/09]

v. Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1364; filed 7/22/09]

vi. Notice of Withdrawal re: Docket No. 1364 [Docket No. 1367; filed 7/22/09]

vii. Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1368; filed 7/22/09]

viii. Order Granting Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1469; filed 8/10/09]

ix. Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

Status: This matter has been adjourned until the hearing scheduled for December 18, 2009. The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit A.

2. Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1233; filed 6/26/09]

Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received: None.

Related Documents:

i. Notice of Submission of Proof of Claim Relating to Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1294; filed 7/13/09]

ii. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

iii. Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Objection to Claims [Docket No. 1366; filed 7/22/09]

iv. Notice of Withdrawal re: Docket No. 1364 and 1365 [Docket No. 1367; filed 7/22/09]

v. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

vi. Order Granting Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1466; filed 8/10/09]

2

vii. Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

viii. Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

ix. Notice of Withdrawal of Proof of Claim No. 2512 filed by Courier Solutions, Inc. [Docket No. 1703; filed 10/9/09]

x. Notice of Withdrawal of Proof of Claim No. 2836 filed by Compliance Coach, Inc. [Docket No. 1725; filed 10/15/09]

Status: This matter has been adjourned until the hearing scheduled for December 18, 2009. The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit B.

3. Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1234; filed 6/26/09]

   Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT)

   Objections/Responses Received:

   A. Response by John S. Pereira as Chapter 11 Trustee of Maywood Capital Corp., et. al in Opposition to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1314; filed 7/15/09]

   Related Documents:

   i. Notice of Submission of Copies of Proofs of Claims Relating to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1295; filed 7/13/09]

   ii. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

   iii. Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Objection to Claims [Docket No. 1366; filed 7/22/09]

   iv. Notice of Withdrawal re: Docket No. 1364 and 1365 [Docket No. 1367; filed 7/22/09]

   v. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

   vi. Declaration of Rishi Jain in Further Support of Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1388; filed 7/27/09]

3

vii. Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1467; filed 8/10/09]

viii. Debtors' Reply to Response and Opposition of MSG Media to Debtors' Sixth Omnibus Claims Objection [Docket No. 1482; filed 8/12/09]

ix. Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

x. Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

xi. Second Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1579; filed 9/3/09]

xii. Supplemental Briefing of MSG Media in Connection with Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1599; filed 9/9/09]

xiii. Debtors' Memorandum of Law in Further Support of Their Sixth Omnibus Objection to Claims with Respect to Proof of Claim Number 1841, Filed by MSG Media, A Division of Madison Square Garden, L.P. [Docket No. 1600; filed 9/9/09]

Status: This matter has been adjourned until the hearing scheduled for December 18, 2009. The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit C.

4. Eighth Omnibus (Substantive) Objection to Claims [Docket No. 1385; filed 7/24/09]

   Objection Deadline: August 13, 2009 at 4:00 p.m. (EDT)

   Objections/Responses Received:

   A. Response of Los Angeles County Tax Collector in Opposition to Debtors' Eighth Omnibus Objection to Claims [Docket No. 1483; filed 8/13/09]

   Related Documents:

   i. Notice of Submission of Proof of Claim Regarding Eighth Omnibus (Substantive) Objection to Claims [Docket No. 1459; filed 8/10/09]

   ii. Declaration of Deborah Nichols in Support of Response of the County of Santa Clara to Debtors' Eighth Omnibus Objection to Claims [Docket No. 1486; filed 8/13/09]

   iii. Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

4

iv. Order Granting Debtors' Eighth Omnibus (Substantive) Objection to Claims [Docket No. 1580; filed 9/3/09]

Status: This matter has been adjourned until the hearing scheduled for December 18, 2009. The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit D.

5. Debtors' Tenth Omnibus (Substantive) Objection to Claims [Docket No. 1664; filed 9/28/09]

    Objection Deadline: October 16, 2009 at 4:00 p.m. (EDT)

    Objections/Responses Received: None.

    Related Documents:

    i. Notice of Submission of Proofs of Claims Relating to Debtors' Tenth Omnibus (Substantive) Objection to Claims [Docket No. 1719; filed 10/14/09]

    ii. Order Granting Debtors' Tenth Omnibus (Substantive) Objection to Claims [Docket No. 1782; filed 10/21/09]

    Status: This matter has been adjourned until the hearing scheduled for December 18, 2009. The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit E.

6. Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1701; filed 10/7/09]

    Objection Deadline: October 21, 2009 at 4:00 p.m. (EDT)

    Objections/Responses Received:

    A. Objection of JPMorgan Chase Bank, N.A. to the Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1746; filed 10/21/09]

    Related Documents: None.

    Status: This matter has been adjourned until the hearing scheduled for December 18, 2009.

5
RLF1 3503444v.1

7. Motion of the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, for an Order Modifying the Automatic Stay [Docket No. 1834; filed 11/4/09]

   Objection Deadline: November 17, 2009 at 4:00 p.m. (EST)

   Objections/Responses Received:

   A. Debtors' Objection to Motion of the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, for an Order Modifying the Automatic Stay [Docket No. 1872; filed 11/11/09]

   B. Statement of Bank Bondholders in Response to (1) Motion of the Federal Deposit Insurance Corporation for an Order Modifying the Automatic Stay and (2) the Debtors' Objection to the Motion [Docket No. 1896; filed 11/17/09]

   C. JPMorgan Chase Bank, National Association's Response to Motion of the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, for an Order Modifying the Automatic Stay [Docket No. 1898; filed 11/17/09]

   D. Objection of the Washington Mutual, Inc. Noteholders Group to the Motion of the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, for an Order Modifying the Automatic Stay and Joinder in the Debtors' Objection [Docket No. 1900; filed 11/17/09]

   Related Documents: None.

   Status: This matter has been adjourned until the hearing scheduled for December 18, 2009.

## II. UNCONTESTED MATTER WITH CERTIFICATION OF NO OBJECTION:

8. Debtors' Fourth Motion for Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending Exclusive Periods for the Filing of A Chapter 11 Plan and Solicitation of Acceptances Thereto [Docket No. 1736; filed 10/19/09]

   Objection Deadline: November 6, 2009 at 4:00 p.m. (EST)

   Objections/Responses Received: None.

   Related Documents:

   i. Certificate of No Objection Regarding Debtors' Fourth Motion for Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending Exclusive Periods for the Filing of A Chapter 11 Plan and Solicitation of Acceptances Thereto [Docket No. 1867; filed 11/10/09]

Status: On November 10, 2009, the Debtors filed a certification of no objection with respect to this matter. Accordingly, no hearing on this matter is necessary unless the Court has additional questions or concerns.

### III. CONTESTED MATTERS GOING FORWARD:

9. Motion of Debtors for an Order (A) Authorizing Debtors to Supplement the Record or, in the Alternative, (B) Reopening the Record and Authorizing the Debtors to Submit Supplemental Evidence in Support of Motion of Debtors for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1713; filed 10/13/09]

    Objection Deadline: November 2, 2009 at 4:00 p.m. (EST)

    Objections/Responses Received:

    A. Certain Plan Participants Objection to the Debtors' Motion to Reopen the Record and Submit Supplemental Evidence in Support of Debtors' Motion to Exercise Ownership Rights Over Certain Trusts, Distribute the Trust Assets, and Terminate the Trusts [Docket No. 1810; filed 11/2/09]

    B. Joinder of the Official Committee of Unsecured Creditors in the Motion of Debtors for an Order (A) Authorizing Debtors to Supplement the Record or, in the Alternative, (B) Reopening the Record and Authorizing the Debtors to Submit Supplemental Evidence in Support of Motion of Debtors for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1743; filed 10/20/09]

    C. Debtors' Reply to Certain Plan Participants Objection to the Debtors' Motion to Reopen the Record and Submit Supplemental Evidence in Support of Debtors' Motion to Exercise Ownership Rights Over Certain Trusts, Distribute the Trust Assets, and Terminate the Trusts [Docket No. 1919; filed 11/19/09]

    Related Documents:

    i. Motion of Debtors for an Order Pursuant to Section 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1023; filed 5/15/09]

    ii. Objection of Claimant William E. Broza to Motion of Debtors for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But

7

|      | Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1084; filed 5/29/09] |
|------|---|
| iii. | Objection filed by Alan H. White to Motion of Debtors for an Order Pursuant to Section 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1100; filed 6/2/09] |
| iv. | Objection of Certain Plan Participants to Debtor's Motion for Authority to: (I) Exercise Its Ownership Rights Over Certain Trust Assets; (II) Distribute Trust Assets; and (III) Terminate the Trust [Docket No. 1129; filed 6/12/09] |
| v. | Response of Debtors to Objections of William E. Broza, Alan White, and Certain Plan Participants to Debtors' Motion for an order Pursuant to Sections 105(a) and 373 of the Bankruptcy Code Authorizing But not Directing (I) Washington Mutual, Inc. to Exercise its Ownership Rights Over Certain trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1363; filed 7/22/09] |
| vi. | Brief of Certain Plan Participants in Support of Certain Plan Participants Objection to the Debtors' Motion for Authority to: (I) Exercise Ownership Rights Over Certain Trust Assets; (II) Distribute the Trust Assets; and (III) Terminate the Trust [Docket No. 1710; filed 10/13/09] |
| vii. | Appendix for Brief of Certain Plan Participants in Support of Certain Plan Participants Objection to the Debtors' Motion for Authority to: (I) Exercise Ownership Rights Over Certain Trust Assets; (II) Distribute the Trust Assets; and (III) Terminate the Trust [Docket No. 1711; filed 10/13/09] |
| viii. | Debtors' Memorandum of Law in Further Support of Their Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1714; filed 10/13/09] |
| ix. | Appendix in Connection with Debtors' Memorandum of Law in Further Support of Their Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1715; filed 10/13/09] |
| x. | Declaration of Laura M. Malafronte in Connection with Debtors' Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1716; filed 10/13/09] |

xi. Declaration of Robbyn W. Dewar in Connection with Debtors' Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1717; filed 10/13/09]

xii. Joinder of the Official Committee of Unsecured Creditors in the Debtors' Memorandum of Law in Further Support of Their Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1742; filed 10/20/09]

xiii. Debtors' Reply Memorandum of Law in Further Support of Their Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1774; filed 10/27/09]

xiv. Statement of Certain Plan Participants in Lieu of Reply Brief to Memorandum of Law of Debtors in Further Support of Motion for Authority to: (I) Exercise Ownership Rights Over Certain Trust Assets; (II) Distribute the Trust Assets; and (III) Terminate the Trust [Docket No. 1766; filed 10/26/09]

xv. Joinder of the Official Committee of Unsecured Creditors of Washington Mutual, Inc. et al. to the Debtors' Reply Memorandum of Law in Further Support of Their Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1779; filed 10/28/09

xvi. Debtors' Response to Statement of Certain Plan Participants in Lieu of Reply Brief to Memorandum of Law of Debtors in Further Support of Motion for Authority to: (I) Exercise Ownership Rights Over Certain Trust Assets; (II) Distribute the Trust Assets; and (III) Terminate the Trust [Docket No. 1788; filed 10/29/09]

xvii. JPMorgan Chase Bank, N.A.'s Correction to A Statement in Debtor's Motion for an Order (A) Authorizing Debtors to Supplement the Record or, in the Alternative, (B) Reopening the Record and Authorizing the Debtors to Submit Supplemental Evidence in Support of Motion of Debtors for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1870; filed 11/11/09]

RLF1 3503444v.1

Status: The hearing on this matter is going forward.

Dated: November 20, 2009
Wilmington, Delaware

Respectfully submitted,

_____
Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Lee E. Kaufman (No. 4877)
Andrew C. Irgens (No. 5193)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*