UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                         :
*In re*                                                  :  Chapter 11
                                                         :
WASHINGTON MUTUAL, INC., et al.,[1]                      :
                                                         :  Case No. 08-12229 (MFW)
                                                         :
    Debtors.                                             :  (Jointly Administered)
                                                         :
                                                         :  Re: Docket Nos. 1233, 1234
---------------------------------------------------------x

## SCHEDULING ORDER WITH
## RESPECT TO HEARING ON EMPLOYEE CLAIMS

Upon the filing of the *Debtors' Fifth Omnibus (Substantive) Objection to Claims*, dated June 26, 2009, and the *Debtors' Sixth Omnibus (Substantive) Objection to Claims*, dated June 26, 2009 (collectively, the "Omnibus Objections"), by Washington Mutual, Inc. ("WMI") and WMI Investment Corp. (collectively, the "Debtors"), as debtors and debtors in possession in the above-captioned chapter 11 case; and the Debtors having objected to, among others, those claims listed on Exhibit A hereto (the "Employee Claims"); and the following claimants having filed responses to the Omnibus Objections: (i) William Finzer (Dkt. No. 1476), (ii) Brian T. Foster (Dkt. No. 1301), (iii) Michele Grau-Iversen (Dkt. No. 1336), (iv) Andrew J. Eschenbach (Dkt. No. 1329), (v) Julie Morales (Dkt. No. 1300), (vi) John H. Murphy (Dkt. No. 1338) (vii) Bruce Weber (Dkt. No. 1302), (viii) Jeffrey P. Weinstein (Dkt. No. 1320), and (ix) Stephen E. Whittaker (Dkt. No. 1337) (collectively, the "Responding Claimants," and, together with the Debtors, the "Parties"); and the Court having determined at the hearing held on September 25,

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

2009 that a separate hearing (the "Hearing") with respect to the Omnibus Objections as they pertain to the Employee Claims was required; and the Debtors having obtained the agreement of certain of the Responding Claimants with respect to this Scheduling Order, it is hereby

ORDERED that the Parties shall serve written discovery requests, including, without limitation, requests for production of documents, on or prior to **December 11, 2009**; and it is further

ORDERED that responses or objections to written discovery requests shall be served in accordance with the requirements imposed by the Federal Rules of Civil Procedure, as adopted by the Federal Rules of Bankruptcy Procedure and the Local Rules; and it is further

ORDERED that, on or before **January 22, 2010**, the Parties shall exchange a list of witnesses (collectively, the "Witnesses") who may be called at the Hearing; and it is further

ORDERED that, to the extent requested, depositions of the Witnesses shall be taken on or prior to **March 3, 2010**; and it is further

ORDERED that the Parties shall be entitled to submit supplemental briefing with respect to the Omnibus Objections and any fact discovery that may be elicited pursuant to this Scheduling Order by not later than five (5) days in advance of the Hearing; and it is further

ORDERED that the Hearing shall be held on [**WEEK OF MARCH 15, 2010**] March 15, 2010 at 10:00 a.m. and it is further

ORDERED that the terms and deadlines set forth in this Scheduling Order shall apply to all Employee Claimants; and it is further

ORDERED that any deadlines set forth in this order may be amended by written agreement of the Parties or by further order of this Court.

Dated: November 19, 2009
Wilmington, Delaware

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE