# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---:|:---|
| **Debtor:** | Washington Mutual, Inc. |
| **Case Number:** | 08-12229-MFW   **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 24, 2009 02:00 PM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## Matter:

Omnibus

**R / M #:**   1,920 / 0

## Appearances:

See attached sign-in sheet

## Proceedings:

Agenda Matters:
  Items 1 through 7 - Continued
  Item 8 - Order entered under CNO
  Item 9 - Order due under Certification of Counsel