# SIGN-IN SHEET

**CASE NAME:** Washington Mutual, Inc.

**CASE NUMBER:** 08-12229 (MFW)

**COURTROOM NUMBER:** 4

**DATE:** 11/24/09 at 2:00 pm

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bruce Clark | Sullivan + Cromwell LLP | JPMorgan Chase |
| Joshua Fritsch | Sullivan & Cromwell LLP | JPMorgan Chase |
| Matthew McGuire | Landis Rath & Cobb | JPMorgan Chase |
| Brian Rosen | Weil Gotshal | WaMu |
| Kelly Rodler | " | " |
| Mark Collins | Richards Layton | " |
| Laurie Urgo | Montgomery McCracken | Outzen Meyer Partnership |
| Jeanne Bahler | " | " |
| Lorin Parks | DLA Piper LLP (US) | FDIC-Receiver |
| Elaine Ryan | 4CST | " |
| Dick Stroller | K+Piper Hamilton | Creditors' Committee |

Court Conference
Calendar Date: 11/24/2009
Calendar Time: 02:00 PM

U.S. Bankruptcy Court-Delaware
Confirmed Telephonic Appearance Schedule
Honorable Mary F. Walrath
#4

Amended Calendar 11/24/2009 08:32 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | WMI Investment Corp. | 08-12228 | Hearing | 3208790 | Barry S. Glaser | Steckbauer Weinhart Jaffe | Creditor, County of Los Angeles / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3205608 | Scott L. Alberino | Akin, Gump, Strauss, Hauer & Feld, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3205894 | Phil Anker | Wilmer Cutler Pickering Hale & Dorr, LLP | Interested Party, Bank Bondholders / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3209877 | Gavaskar Balasingam | Gavaskar Balasingam - Client | Creditor, Davidson Kempner / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3207439 | George Brickfield | The Seaport Group | Interested Party, The Seaport Group / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3206517 | Eleanor Chan | Aurelius Capital | Interested Party, Aurelius Capital / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3205705 | Leo T. Crowley | Pillsbury Winthrop Shaw Pittman LLP | Creditor, Bank of New York Mellon / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3206189 | Walter H. Curchack | Loeb & Loeb, LLP | Creditor, Wells Fargo, N.A. / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3209900 | Matthew Ehmer | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3206303 | Margot P. Erlich | Pillsbury Winthrop Shaw Pittman LLP | Creditor, Bank of New York Mellon / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3205902 | Lisa Ewart | Wilmer Cutler Pickering Hale & Dorr, LLP | Interested Party, Bank Bondholders / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3207132 | Jim F. Farner | Morgan Stanley | Creditor, Morgan Stanley / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3030024 | Hydee R. Feldstein | Sullivan & Cromwell, LLP | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3206113 | Brian Guiney | Patterson, Belknap, Webb & Tyler | Creditor, Law Debenture Trust Company of NY / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3205489 | Peter J. Gurfein | Akin, Gump, Strauss, Hauer & Feld, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| Case | Type | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|
| Washington Mutual, Inc. 08-12229 | Hearing | 3205527 | Fred S. Hodara | 212-872-8040 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Washington Mutual, Inc. 08-12229 | Hearing | 3205469 | Robert A. Johnson | 212-872-1077 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Washington Mutual, Inc. 08-12229 | Hearing | 3207258 | Sarah Johnson | 212-478-0833 | DE Shaw | Creditor, D.E. Shaw / LISTEN ONLY |
| Washington Mutual, Inc. 08-12229 | Hearing | 3173641 | Alexander Klipper | 646-855-8252 | Bank Of America Securities | Creditor, Bank of America Securities / LISTEN ONLY |
| Washington Mutual, Inc. 08-12229 | Hearing | 3207169 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Creditor, Bond Holders / LISTEN ONLY |
| Washington Mutual, Inc. 08-12229 | Hearing | 3200007 | Katherine Lindsay | 860-256-8605 | Bracewell & Giuliani - Conneticut | Creditor, Noteholder Group / LISTEN ONLY |
| Washington Mutual, Inc. 08-12229 | Hearing | 3205897 | Nancy Manzer | 202-663-6183 | Wilmer Cutler Pickering Hale & Dorr, | Interested Party, Bank Bondholders / LIVE |
| Washington Mutual, Inc. 08-12229 | Hearing | 3209870 | John Pike | 212-974-6000 | Elliott Management | Creditor, John Pike & Elliott Management / LISTEN ONLY |
| Washington Mutual, Inc. 08-12229 | Hearing | 3205759 | Matthew Roose | (212) 859-8000 | Fried Frank | Creditor, Appaloosa Mgmt. et al / LISTEN ONLY |
| Washington Mutual, Inc. 08-12229 | Hearing | 3206205 | Jeffrey Rothleder | 202-828-3472 | Arent Fox LLP | Creditor, Wilmington Trust FSB / LIVE |
| Washington Mutual, Inc. 08-12229 | Hearing | 3206996 | Vadim Rubinstein | 212-407-4092 | Loeb & Loeb, LLP | Creditor, Wells Fargo, N.A. / LIVE |
| Washington Mutual, Inc. 08-12229 | Hearing | 3199075 | James Russo | (212) 412-2168 | James Russo | Interested Party, Barclays Capital / LISTEN ONLY |
| Washington Mutual, Inc. 08-12229 | Hearing | 3205503 | David Simonds | 310-552-6692 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Washington Mutual, Inc. 08-12229 | Hearing | 3207016 | Jay Steen | (214) 965-9100 | Talamod Asset Management, LLC | Creditor, Talamod Asset Management / LISTEN ONLY |
| Washington Mutual, Inc. 08-12229 | Hearing | 3207466 | Mitchell E. Sussman | (212) 843-1230 | Tudor Investment | Creditor, Tudor Investment / LISTEN ONLY |
| Washington Mutual, Inc. 08-12229( 09-50934) | Hearing | 3195125 | Whitman L. Holt | 310-228-5690 | Stutman, Treister & Glatt | Creditor/Claimant, Elliott Management / LISTEN ONLY |
| Washington Mutual, Inc. 08-12229( 09-50934) | Hearing | 3195133 | K. John Shaffer | 310-228-5785 | Stutman, Treister & Glatt | Creditor/Claimant, Elliott Management / LISTEN ONLY |

Philip Nichols