UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
------------------------------------------------------X
In re:                                          Chapter 11

WASHINGTON MUTUAL, INC., et al.,[1]             Case No. 08-12229 (MFW)

                                                (Jointly Administered)

                        Debtors.
------------------------------------------------------X

**TWELFTH MONTHLY APPLICATION OF FTI CONSULTING, INC, FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED DURING THE PERIOD <u>OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009</u>**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to Provide Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Retention order entered December 16, 2008 Effective as of October 15, 2008 |
| Period for which Compensation/ Reimbursement is Sought: | October 1, 2009 through October 31, 2009 |
| Compensation Sought as Actual, Reasonable and Necessary: | $ 409,341.00 |
| Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 722.80 |

This is a: _X_ monthly ____ interim ____ final application

---

[1] The Debtors in these cases include Washington Mutual, Inc. and WMI Investment Corp.

**Prior Fee Applications:**

| Time Period | Fees Requested | Expenses Requested | Status |
|---|---|---|---|
| 10/15/08 - 11/30/08 (First Monthly Fee Application)[1] | $537,698.60 | $11,750.72 | Certificate of No Objection (Revised) Filed (Docket # 595) |
| 12/01/08 - 12/31/08 (Second Monthly Fee Application)[1] | $258,997.20 | $3,294.01 | Certificate of No Objection Filed (Docket # 689) |
| 01/01/09 - 01/31/09 (Third Monthly Fee Application)[1] | $320,173.00 | $1,615.12 | Certificate of No Objection Filed (Docket # 803) |
| 10/15/08 - 01/31/09 (First Quarterly Fee Application)[2] | $279,217.20 | $0.00 | Order Filed (Docket #947) |
| 02/01/09 - 02/28/09 (Fourth Monthly Fee Application)[1] | $191,285.20 | $2,580.00 | Certificate of No Objection Filed (Docket # 912) |
| 03/01/09 - 03/31/09 (Fifth Monthly Fee Application)[1] | $166,663.60 | $226.50 | Certificate of No Objection Filed (Docket # 1058) |
| 04/01/09 - 04/30/09 (Sixth Monthly Fee Application)[1] | $198,773.20 | $1,535.90 | Certificate of No Objection Filed (Docket # 1130) |
| 05/01/09 - 05/31/09 (Seventh Monthly Fee Application)[1] | $198,264.00 | $167.36 | Certificate of No Objection Filed (Docket # 1355) |
| 2/1/09 - 05/31/09 (Second Quarterly Fee Application)[2] | $188,742.50 | $0.00 | Order Filed (Docket #1550) |
| 06/01/09 - 06/30/09 (Eighth Monthly Fee Application)[1] | $203,757.20 | $7,386.54 | Certificate of No Objection Filed (Docket # 1513) |
| 07/01/09 - 07/31/09 (Ninth Monthly Fee Application)[1] | $260,536.00 | $1,367.50 | Certificate of No Objection Filed (Docket # 1621) |
| 08/01/09 - 08/31/09 (Tenth Monthly Fee Application)[1] | $201,210.00 | $423.34 | Certificate of No Objection Filed (Docket # 1740) |
| 09/01/09 - 09/30/09 (Eleventh Monthly Fee Application)[1] | $187,454.40 | $217.30 | Certificate of No Objection Filed (Docket # 1907) |
| 6/1/09 - 09/30/09 (Third Quarterly Fee Application)[2] | $213,239.40 | $0.00 | Order Not Filed Yet. |

(1) Fees Requested associated with Monthly Fee Applications represent 80% of the total Fees and 100% of the Expenses Requested in the Monthly Applications.
(2) Fees Requested associated with Quarterly Fee Applications represent the Amount of Holdback Fees requested in the Quarterly Applications.

## SUMMARY OF HOURS BY PROFESSIONAL
## FOR THE PERIOD OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009[1]

| PROFESSIONAL | POSITION | HOURS | BILLING RATE | AMOUNT |
|---|---|---|---|---|
| Friedland, Scott D. | Sr Managing Dir | 44.6 | $657 | $ 29,304.00 |
| Hershman, Richard | Sr Managing Dir | 2.0 | $660 | 1,320.00 |
| Joffe, Steven | Sr Managing Dir | 3.0 | $825 | 2,475.00 |
| Scruton, Andrew | Sr Managing Dir | 136.1 | $825 | 112,282.50 |
| Simms, Steven | Sr Managing Dir | 46.6 | $825 | 38,445.00 |
| Sloane, Raymond | Sr Managing Dir | 5.3 | $637 | 3,378.00 |
| Stern, Philip H. | Sr Managing Dir | 0.5 | $630 | 315.00 |
| Cordasco, Michael | Managing Dir | 23.1 | $655 | 15,130.50 |
| Ellis, Melissa | Managing Dir | 5.7 | $635 | 3,619.50 |
| Fedorek, Thomas | Managing Dir | 4.0 | $568 | 2,272.00 |
| Chin, Clara | Director | 3.9 | $495 | 1,930.50 |
| Eversmann, Thomas | Director | 1.8 | $495 | 891.00 |
| Hofstad, Ivo J | Director | 1.5 | $450 | 675.00 |
| Manalo, Caroline | Director | 107.0 | $615 | 65,805.00 |
| Davis, Jordan | Sr Consultant | 70.7 | $455 | 32,168.50 |
| Heller, Alana | Sr Consultant | 7.0 | $340 | 2,380.00 |
| Nickerson, Kelly | Sr Consultant | 8.9 | $348 | 3,093.50 |
| Chen, Iris | Consultant | 42.5 | $290 | 12,325.00 |
| Davies - Demarco, Mariellen | Consultant | 4.0 | $250 | 1,000.00 |
| Green, Brian | Consultant | 3.7 | $290 | 1,073.00 |
| Heller, Justin | Consultant | 228.3 | $335 | 76,480.50 |
| Kream, Benjamin | Consultant | 1.9 | $350 | 665.00 |
| Orce, Ken | Consultant | 8.0 | $275 | 2,200.00 |
| Herold, Christopher | Associate | 0.5 | $225 | 112.50 |
| **Total** | | **760.6** | | **$ 409,341.00** |

(1) Note that approximately 56.4 hours included in this 12th monthly fee application were incurred during September 2009, but were not billed in our 11th monthly fee application.

## SUMMARY OF HOURS BY PROJECT CODE
## FOR THE PERIOD OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009[1]

| PROJECT CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 1 | Analyze Cash Flow Systems (Debtor, Non-Debtor, Other Affiliates) | 4.1 | $ 3,054.50 |
| 2 | Current Operating Results and Related Matters | 1.5 | 922.50 |
| 3 | Assessment / Monetization Assets | 7.0 | 3,976.00 |
| 6 | Review / Valuation of Various Assets, Including Portfolios | 12.7 | 5,304.50 |
| 7 | Forensic Accounting Projects | 272.8 | 137,487.00 |
| 8 | Review Assets & Liabilities by Entity | 138.6 | 62,850.50 |
| 9 | Intercompany Activity | 0.7 | 430.50 |
| 10 | Claims Assessment, Analysis and Adjudication | 21.9 | 13,522.50 |
| 11 | Analyze Employee Compensation, Pension and Other | 47.0 | 22,801.00 |
| 13 | Formulation of Plan of Liquidation / Disc. Statement | 81.3 | 54,112.50 |
| 19 | Review and Assessment of Tax Issues | 40.5 | 16,497.50 |
| 21 | Analysis of Bankruptcy Filings, Court Docket, Bankruptcy Schedules and Related Matters | 0.7 | 438.00 |
| 23 | Planning, Supervision and Review | 9.4 | 5,481.00 |
| 25 | Review and Analysis of Other Motions as Requested by Counsel | 2.2 | 1,053.00 |
| 27 | Prep/Part in Calls Mtg w/Debtor | 21.7 | 13,566.50 |
| 28 | Prep/Part in Calls Mtg w/UCC | 35.4 | 23,793.50 |
| 29 | Prep/Part in Calls Mtg w/Counsel | 49.1 | 35,782.50 |
| 30 | Meetings with Other Parties | 8.1 | 6,010.50 |
| 32 | Preparation of Fee / Expense Applications | 5.9 | 2,257.00 |
| Total | | 760.6 | $ 409,341.00 |

(1) Note that approximately 56.4 hours included in this 12th monthly fee application were incurred during September 2009, but were not billed in our 11th monthly fee application.

## SUMMARY OF EXPENSES
## FOR THE PERIOD OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009

| EXPENSE | AMOUNT |
|---|---|
| Computerized Research & Corporate Service Fees | $ 351.34 |
| Working Meals | 111.36 |
| Travel Expenses - Ground Transportation | 260.10 |
| **Total** | **$ 722.80** |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
------------------------------------------------------------X
In re:                                  Chapter 11

WASHINGTON MUTUAL, INC.., et al.,        Case No. 08-12229 (MFW)

                                        (Jointly Administered)
                    Debtors.
------------------------------------------------------------X

# TWELFTH MONTHLY APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED DURING THE PERIOD OCTOBER 1, 2009 THROUGH OCTOBER 31, 2009[1]

For its Twelfth Monthly Application for Compensation and Reimbursement of Expenses (the "Application") FTI Consulting, Inc. ("FTI" or the "Applicant"), Financial Advisor for the Official Committee of Unsecured Creditors (the "Committee"), respectfully represents as follows:

## I. INTRODUCTION

1. Applicant, as financial advisor to the Committee, makes this the Twelfth Fee Application for payment of professional services rendered and expenses incurred in its representation of the Committee as provided under Section 330 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

---

(1) Note that approximately 56.4 hours included in this 12th monthly fee application were incurred during September 2009, but were not billed in our 11th monthly fee application.

6

2. Applicant, for this Twelfth Monthly Period, seeks an award of compensation in the amount of $409,341.00 for 760.6 hours of professional services rendered and reimbursement of disbursements actually and necessarily incurred in the amount of $722.80. These services were rendered, and disbursements recorded, from October 1, 2009 through October 31, 2009.

## II. **BACKGROUND**

3. On September 26, 2008 (the "Petition Date"), the Debtors filed with this Court their voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtors are continuing to operate their businesses and manage their properties and assets as debtors in possession.

4. On October 15, 2008, the United States Trustee appointed the Committee, consisting of the following five members: (i) The Bank of New York Mellon, (ii) Law Debenture Trust Company of New York, (iii) Wells Fargo Bank, N.A., (iv) Wilmington Trust Company, and (v) Verizon Services Corp.

5. On October 15, 2008, the Committee selected the law firms of Akin Gump Strauss Hauer & Feld LLP and Pepper Hamilton LLP to serve as co-counsel to the Committee in connection with the Debtor's Chapter 11 proceedings. On October 15, 2008 the Committee selected FTI as its financial advisor.

6.     On December 17, 2008, the Court entered an Order Pursuant to section 1103 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") Authorizing the Retention of FTI Consulting as Financial Advisors for the Official Committee of Unsecured Creditors (Docket No. 456; the "Retention Order"). A copy of the Retention Order is attached hereto as Exhibit A.

### III. PROFESSIONAL SERVICES RENDERED

7.     In accordance with Local Rule 2016.2 and the Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Compensation Procedures Order"), and to assist the Court, the Debtors, the United States Trustee and other parties in interest in evaluating this Application for compensation, the primary services performed by Applicant during the Twelfth Monthly Period are summarized in the Summary attached hereto as Exhibit C. The Summary reflects certain services of major importance which required the special attention, efforts and skill of Applicant. Applicant's services throughout the Twelfth Monthly Period have enhanced the Committee's understanding of many issues critical to these cases. Furthermore, Applicant's efforts have enabled the Committee to act in an informed, efficient manner and to actively participate in these cases and to significantly assist in the maximization of value to the estates.

8.     A summary sheet of the professionals and the number of hours incurred by each during the Twelfth Monthly Period is annexed hereto as Exhibit D. A summary sheet which includes identification of services performed by the professionals, categorized by Applicant into "project codes" in order to group related time entries in a certain subject area, is annexed hereto as Exhibit E. In addition, detail of Professional Fees by project codes, including detailed time entry by professional with description of tasks performed, is annexed hereto as

Exhibit E.1.

9. A summary of Out-of-Pocket Expenses by Category is annexed hereto as Exhibit F. In addition, detail of expenses by Category is annexed here to as Exhibit F.1.

10. Applicant has worked closely with the Debtors' financial advisors, the other case professionals and the Committee to avoid unnecessary duplication of services charged to the Debtors' estates.

## IV. CONCLUSION

11. Applicant has necessarily and properly expended 760.6 hours of services in performance of its duties as financial advisor to the Committee during the Twelfth Monthly Period. Applicant respectfully requests a fee allowance for professional services rendered in the amount of $409,341.00 during the Twelfth Monthly Period. Pursuant to the Compensation Procedures Order, Applicant requests that upon the expiration of the applicable objection period, the Debtors remit to the Applicant eighty (80%) percent of the fees, or $327,472.80. Applicant has also necessarily incurred disbursements in the amount of $722.80 in the performance of Applicant's duties to the Committee during the Twelfth Monthly Period. Applicant respectfully requests reimbursement of disbursements in the sum of $722.80.

12. As stated in the Affidavit of Steven Simms, annexed hereto as Exhibit B, Applicant has not agreed to share any compensation to be received herein with any other person.

WHEREFORE, Applicant respectfully requests compensation for professional services rendered as financial advisor to the Committee during the Twelfth Monthly Period in the sum of $409,341.00, together with reimbursement of disbursements in the amount of $722.80; and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
        November 25, 2009

FTI CONSULTING, INC

By: _____

Steven Simms
Senior Managing Director
Financial Advisor for the Official
Committee of Unsecured
Creditors of Washington Mutual, Inc., et al.
3 Times Square New York, New York 10036