UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
:
*In re* : Chapter 11
:
WASHINGTON MUTUAL, INC., et al.,[1] : Case No. 08-12229 (MFW)
:
Debtors. : (Jointly Administered)
:
: Re: Docket No. 1773
: Hearing Date: December 18, 2009 at 11:30 a.m. (ET)
------------------------------------------------------------x

## NOTICE OF RESCHEDULED HEARING ON MOTION

PLEASE TAKE NOTICE that, on September 1, 2009, plaintiffs (the "Plaintiffs") Gary Buus, Sydney Flor, Kellie Plumb, Tom Shoenleber, and Margaret Webber, class representatives in the certified class action, *Buus v. WaMu Pension Plan*, No. 07-903 (W.D. Wash.) filed the Motion of Plaintiffs' Buus et al. for Relief from the Automatic Stay [Docket No. 1773] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). The Motion was originally to be considered at the omnibus hearing scheduled for October 28, 2009 at 3:00 p.m. (Eastern Daylight Time). The Plaintiffs and the above-captioned debtors and debtors in possession (collectively, the "Debtors") agreed to continue the Motion to a hearing scheduled on December 3, 2009 at 3:00 p.m. (Eastern Standard Time).

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

RLF1 3509967v.1

PLEASE TAKE FURTHER NOTICE that the Plaintiffs and Debtors have further continued the Motion to the hearing scheduled for **December 18, 2009 at 11:30 a.m. (Eastern Standard Time)** before The Honorable Mary F. Walrath at the Bankruptcy Court.

Dated: November 30, 2009
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

_____
Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Lee E. Kaufman (No. 4877)
Andrew C. Irgens (No. 5193)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

**WEIL, GOTSHAL & MANGES LLP**
Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
Michael F. Walsh, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys to the Debtors and Debtors in Possession*