# EXHIBIT A

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238
Page 3

Client #  710549

Matter # 164760

For services through October 31, 2009
relating to  Case Administration

| | | | | |
|---|---|---|---|---|
| 10/01/09 | Meeting with J. Finocchiaro re: motion tracking worksheet | | | |
| Associate | Andrew C. Irgens | 0.20 hrs. | 230.00 | $46.00 |
| 10/01/09 | Review communications with K. Rodden re: status of agendas | | | |
| Director | Mark D. Collins | 0.10 hrs. | 675.00 | $67.50 |
| 10/02/09 | Prepare pro hac of K. Rodden | | | |
| Paralegal | Cathy M. Greer | 0.10 hrs. | 195.00 | $19.50 |
| 10/02/09 | Organize 7 volumes of binders utilized by Court and counsel at 9/25/09 hearing | | | |
| Paralegal | Rochelle I. Warren | 1.00 hrs. | 90.00 | $90.00 |
| 10/05/09 | Meeting with J. Finocchiaro re: motion tracking worksheet | | | |
| Associate | Andrew C. Irgens | 0.10 hrs. | 230.00 | $23.00 |
| 10/05/09 | Update critical dates calendar | | | |
| Paralegal | Cathy M. Greer | 0.20 hrs. | 195.00 | $39.00 |
| 10/05/09 | Maintain/organize original pleadings | | | |
| Paralegal | Rochelle I. Warren | 0.20 hrs. | 90.00 | $18.00 |
| 10/06/09 | Review docket for motion tracking worksheet | | | |
| Associate | Andrew C. Irgens | 0.30 hrs. | 230.00 | $69.00 |
| 10/06/09 | Update critical dates calendar including adversary information (.9); Circulate same (.1); Revise critical dates to add divestiture hearing date (.1); Circulate same (.1); File pro hac of K. Rodden (.2); Coordinate submission to chambers re: same (.1); Email to KCC re: claims binders for 10/28/09 hearing (.1); Circulate dockets for both district court cases (.2) | | | |
| Paralegal | Cathy M. Greer | 1.80 hrs. | 195.00 | $351.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238
Page 4

Client # 710549

Matter # 164760

| 10/06/09 | Prepare motion tracking chart | | | |
|---|---|---|---|---|
| Associate | Julie A. Finocchiaro | 0.50 hrs. | 230.00 | $115.00 |
| 10/07/09 | Update critical dates calendar | | | |
| Paralegal | Cathy M. Greer | 0.10 hrs. | 195.00 | $19.50 |
| 10/07/09 | Leave message for M. Curro re: omnibus hearings | | | |
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |
| 10/07/09 | Organize 1 volume binder utilized by Court and counsel at 9/25/09 hearing | | | |
| Paralegal | Rochelle I. Warren | 0.20 hrs. | 90.00 | $18.00 |
| 10/08/09 | Maintain/organize original pleadings | | | |
| Paralegal | Rochelle I. Warren | 0.40 hrs. | 90.00 | $36.00 |
| 10/09/09 | Circulate docket (.2); Review correspondence and circulate (.1) | | | |
| Paralegal | Cathy M. Greer | 0.30 hrs. | 195.00 | $58.50 |
| 10/09/09 | Create and revise motion tracking worksheet (.6); Revise motion tracking worksheet (.5) | | | |
| Associate | Julie A. Finocchiaro | 1.10 hrs. | 230.00 | $253.00 |
| 10/09/09 | Maintain/organize original pleadings | | | |
| Paralegal | Rochelle I. Warren | 0.20 hrs. | 90.00 | $18.00 |
| 10/14/09 | Email correspondence with M. Curro re: local procedures | | | |
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |
| 10/19/09 | Maintain/organize original pleadings | | | |
| Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | $27.00 |
| 10/21/09 | Circulate docket (.2); Review correspondence and circulate (.2); Update critical dates calendar (.3) | | | |
| Paralegal | Cathy M. Greer | 0.70 hrs. | 195.00 | $136.50 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238

Page 5

Client #  710549

Matter #  164760

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 10/26/09 | Organize 3 volumes of binders utilized by Court and counsel at 10/22/09 hearing | | | |
| Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | $27.00 |
| 10/26/09 | Maintain/organize original pleadings | | | |
| Paralegal | Rochelle I. Warren | 0.40 hrs. | 90.00 | $36.00 |
| 10/27/09 | Maintain/organize original pleadings | | | |
| Paralegal | Rochelle I. Warren | 0.20 hrs. | 90.00 | $18.00 |
| 10/28/09 | Organize 3 volumes of binders utilized by Court and counsel at 10/22/09 hearing | | | |
| Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | $27.00 |
| 10/28/09 | Maintain/organize original pleadings | | | |
| Paralegal | Rochelle I. Warren | 0.20 hrs. | 90.00 | $18.00 |
| 10/28/09 | Maintain/organize original pleadings | | | |
| Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | $27.00 |
| 10/29/09 | Organize 2 volumes of binders utilized by Court and counsel at 10/28/09 hearing | | | |
| Paralegal | Rochelle I. Warren | 0.30 hrs. | 90.00 | $27.00 |

|  | Total Fees for Professional Services | $1,644.50 |
|--|--------------------------------------|-----------|

| | |
|--|--|
| TOTAL DUE FOR THIS INVOICE | **$1,644.50** |
| BALANCE BROUGHT FORWARD | $2,202.00 |
| **TOTAL DUE FOR THIS MATTER** | **$3,846.50** |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238

Page 6

Client # 710549

Matter # 164760

For services through October 31, 2009

relating to Meetings

| 10/30/09 | Email correspondence with J. McMahon and M. Curro re: transcript from 341 meeting (.1); Meeting with V. Lockman re: same (.2); Email correspondence with J. McMahon re: recording of 341 meeting (.1); Coordinate delivery of 341 recordings to M. Curro (.2) | | | |
|---|---|---|---|---|
| Associate | Andrew C. Irgens | 0.60 hrs. | 230.00 | $138.00 |

|  | Total Fees for Professional Services | $138.00 |
|---|---|---|

| TOTAL DUE FOR THIS INVOICE | **$138.00** |
|---|---|

| **TOTAL DUE FOR THIS MATTER** | **$138.00** |
|---|---|

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238
Page 7

Client # 710549

Matter # 164760

For services through October 31, 2009
relating to Executory Contracts/Unexpired Leases

| 10/01/09 | Respond to phone call re: rejection notices | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 0.10 hrs. | 195.00 | $19.50 |
| 10/23/09 | File notice of rejection of executory contracts (.2); Coordinate service of same (.1); Circulate same (.1) | | | |
| Paralegal | Cathy M. Greer | 0.40 hrs. | 195.00 | $78.00 |
| 10/23/09 | Review and finalize for filing contract rejection motion | | | |
| Associate | Lee Kaufman | 0.20 hrs. | 275.00 | $55.00 |

Total Fees for Professional Services $152.50

TOTAL DUE FOR THIS INVOICE **$152.50**

$1,131.30

**TOTAL DUE FOR THIS MATTER** **$1,283.80**

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238

Page 8

Client # 710549

Matter # 164760

For services through October 31, 2009
relating to Automatic Stay/Adequate Protection

| 10/22/09 | E-mail correspondence with T. Sapeika and B. Rosen re: hearing on lift stay motion | | | |
|----------|----------|----------|----------|----------|
| Associate | Chun I. Jang | 0.20 hrs. | 300.00 | $60.00 |

| | | |
|---|---|---|
| | Total Fees for Professional Services | $60.00 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$60.00** |
| | $292.60 |
| **TOTAL DUE FOR THIS MATTER** | **$352.60** |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238

Page 9

Client # 710549

Matter # 164760

For services through October 31, 2009
relating to Plan of Reorganization/Disclosure Statement

| 10/19/09 | Email with Weil re: fourth motion to extend effective date (.1); Review and revise same (.5); Draft notice of same (.2) | | | |
|---|---|---|---|---|
| Associate | Andrew C. Irgens | 0.80 hrs. | 230.00 | $184.00 |
| 10/19/09 | Review emails from T. Sapeika and A. Irgens re: exclusivity motion | | | |
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |
| 10/19/09 | Efile fourth exclusivity motion (.2); Coordinate service of same (.1) | | | |
| Paralegal | Jamie E. Schairer | 0.30 hrs. | 195.00 | $58.50 |
| 10/30/09 | File affidavit of service of T. Kelsey re: motion to enter into letter of intent with Goldman Sachs re exclusivity | | | |
| Paralegal | Cathy M. Greer | 0.20 hrs. | 195.00 | $39.00 |

Total Fees for Professional Services $311.50

TOTAL DUE FOR THIS INVOICE **$311.50**

$351.80

**TOTAL DUE FOR THIS MATTER** **$663.30**

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238

Page 10

Client #  710549

Matter # 164760

For services through October 31, 2009
relating to  Use, Sale of Assets

| 10/07/09 | Prepare IP sale motion for filing (.4); Draft notice of same (.1); Meeting with C. Jang re: comments to same (.1); Review, revise and finalize IP Sale motion for filing (.5) | | | |
|---|---|---|---|---|
| Associate | Andrew C. Irgens | 1.10 hrs. | 230.00 | $253.00 |
| 10/07/09 | File motion for sale of intellectual property (.2); Coordinate service of same (.1); Circulate same (.1); Retrieve motion from Oncor case for A. Irgens re: emergency motion to reopen the record of confirmation hearing (.2); Email same to A. Irgens (.1) | | | |
| Paralegal | Cathy M. Greer | 0.70 hrs. | 195.00 | $136.50 |
| 10/07/09 | Email and telephone call with T. Sapeika re: IP sale procedures motion (.2); Review same (.5); Telephone call with T. Sapeika re: same (.1); Conference with A. Irgens re: same (.1) | | | |
| Associate | Chun I. Jang | 0.90 hrs. | 300.00 | $270.00 |
| 10/13/09 | Email with C. Jang re: revised declaration in support of HFA brief (.1); Review revised declaration in support of same (.2); Email with K. Rodden and C. Jang re: appendix to HFA brief (.1); Review appendix to HFA brief with C. Jang (.3); Meeting with J. Schairer re: appendix to HFA brief (.1); Review declarations in support of same (.2); Email with C. Jang re: Dewar declaration in support of same (.1); Meeting with J. Schairer re: declarations in support of same (.1); Review, revise and finalize brief in support of HFA motion for filing (1.4); Review and revise motion to reopen record in connection with same (.4); Review and revise proposed order re: same (.2); Finalize appendix and declarations in support of same for filing (.4) | | | |
| Associate | Andrew C. Irgens | 3.60 hrs. | 230.00 | $828.00 |
| 10/14/09 | Email correspondence with K. Rodden re: brief in support of HFA trust motion (.1); Meeting with B. Tobin re: service of HFA trust brief and related docs (.1); Meeting with C. Greer re: affidavit of service re: HFA brief  (.1) | | | |
| Associate | Andrew C. Irgens | 0.30 hrs. | 230.00 | $69.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238
Page 11
Client # 710549

Matter # 164760

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/14/09 | Assembled documents for service and hand delivery re: HFA Trust brief | | | |
| Paralegal | Brenda D. Tobin | 0.80 hrs. | 100.00 | $80.00 |
| 10/14/09 | Serve out memo of law and supporting documents re: motion for order authorizing WMI to exercise ownership rights over trust assets | | | |
| Paralegal | Cathy M. Greer | 0.50 hrs. | 195.00 | $97.50 |
| 10/24/09 | E-mail correspondence (x6) with L. Kaufman concerning IP sales procedures motion | | | |
| Associate | Jason M. Madron | 0.10 hrs. | 345.00 | $34.50 |
| 10/25/09 | E-mail correspondence (x5) with L. Kaufman and M. Curro re: asset sale procedures motion (.5); E-mail correspondence (x4) with M. Collins and L. Kaufman re: same (.3); E-mail correspondence (x2) with M. Curro re: same (.2) | | | |
| Associate | Chun I. Jang | 1.00 hrs. | 300.00 | $300.00 |
| 10/25/09 | Email correspondence with M. Curro, C. Jang and M. Collins re: request for production of documents re: IP sale motion | | | |
| Associate | Lee Kaufman | 0.30 hrs. | 275.00 | $82.50 |
| 10/27/09 | Review, revise and finalize reply brief in support of HFA trust motion (.9); Review local rules re: notice of completion of briefing re: HFA trust motion (.1); Email correspondence with J. Schairer and T. Kelsley re: service of same (.1); Email correspondence with K. Rodden re: reply brief re: HFA trust motion (.1) | | | |
| Associate | Andrew C. Irgens | 1.20 hrs. | 230.00 | $276.00 |
| 10/29/09 | Email with K. Rodden re: statement re: HFA trust motion briefing (.1); Review and revise statement re: same (.3); Meeting with C. Greer re: service of statement re: HFA briefing (.1) | | | |
| Associate | Andrew C. Irgens | 0.50 hrs. | 230.00 | $115.00 |
| 10/29/09 | File debtors' response to statement of plan participants in support of motion to exercise ownership rights over certain trust assets (.2); Coordinate service of same (.1); Circulate same (.1) | | | |
| Paralegal | Cathy M. Greer | 0.40 hrs. | 195.00 | $78.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238

Page 12

Client # 710549

Matter # 164760

| | |
|---|---:|
| Total Fees for Professional Services | $2,620.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$2,620.00** |
| | $3,501.90 |
| **TOTAL DUE FOR THIS MATTER** | **$6,121.90** |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238
Page 13
Client # 710549

Matter # 164760

For services through October 31, 2009
relating to Cash Collateral/DIP Financing

| | | | | |
|---|---|---|---|---|
| 10/12/09 | Provide K. Rodden with appendix to memorandum of law re: Washington Mutual's trust assets | | | |
| Paralegal | Jamie E. Schairer | 0.60 hrs. | 195.00 | $117.00 |
| 10/13/09 | Revise appendix in connection with debtors' memorandum of law in support of their Motion for an order re: trust assets (.1); Prepare same for filing (.2); Prepare binder with same (1.2); Prepare binder with declaration of Laura M. Malafronte and Robbyn W. Dewar in connection with same (.6); Draft index for same (.4); Efile motion re: supplementing or reopening the record (.5); Serve same (.1); Efile debtors' memorandum of law in support of their Motion for an order re: trust assets (.4); Efile appendix re: same (.4); Efile declaration of Laura M. Malafronte re: same (.1); Efile declaration of Robbyn W. Dewar re: same (.1) | | | |
| Paralegal | Jamie E. Schairer | 4.10 hrs. | 195.00 | $799.50 |

Total Fees for Professional Services      $916.50

TOTAL DUE FOR THIS INVOICE      **$916.50**

**TOTAL DUE FOR THIS MATTER**      **$916.50**

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238
Page 14

Client # 710549

Matter # 164760

For services through October 31, 2009
relating to Claims Administration

| 10/05/09 | Meeting with C. Jang re: continued omnibus claim objections (.1); Review 9/25 transcript re: treatment of employee claims (.3); Phone call with M. Curro re: strategy going forward re: employee claims (.2); Email with C. Jang re: same (.1); Research 9/25 transcript for treatment of publisher claims (.2) | | | |
| Associate | Andrew C. Irgens | 0.90 hrs. | 230.00 | $207.00 |

| 10/05/09 | E-mail correspondence (x2) with A. Irgens re: employee claims | | | |
| Associate | Chun I. Jang | 0.20 hrs. | 300.00 | $60.00 |

| 10/07/09 | Email correspondence with counsel to Embarg re: 10th omnibus claim objection | | | |
| Associate | Andrew C. Irgens | 0.10 hrs. | 230.00 | $23.00 |

| 10/08/09 | Email correspondence with M. Curro re: stipulation resolving Dell admin claim (.1); Review stipulation re: same (.2); Phone call with C. Jang re: same (.1); Draft certification of counsel (coc) re: stip and order re: same (.3); Email correspondence with M. Curro re: executed copy of stipulation re: same (.1); Prepare order and stipulation for filing (.2); Review and revise coc re: same (.2); Circulate fully executed copy of stip to M. Curro (.1); Meeting with J. Schairer re: filing same (.1) | | | |
| Associate | Andrew C. Irgens | 1.40 hrs. | 230.00 | $322.00 |

| 10/08/09 | Conference with A. Irgens re: Dell stipulation (.1); Review same (.3) | | | |
| Associate | Chun I. Jang | 0.40 hrs. | 300.00 | $120.00 |

| 10/08/09 | Efile certification of counsel re: stipulation between debtors and Dell Marketing, L.P. re: admin claim (.1); Coordinate delivery of same to chambers (.1) | | | |
| Paralegal | Jamie E. Schairer | 0.20 hrs. | 195.00 | $39.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238
Page 15

Client #  710549

Matter # 164760

| 10/09/09 | Phone call with counsel to claimant re: response to 12th omnibus claims objection (.2); Review revised 10/22 agenda re: claims (.2) | | | |
|---|---|---|---|---|
| Associate | Andrew C. Irgens | 0.40 hrs. | 230.00 | $92.00 |
| 10/13/09 | Phone call with C. Jang re: omnibus claim objections going forward on the 28th (.1); Meeting with C. Greer re: hearing binder for 10th omnibus objection (.1) | | | |
| Associate | Andrew C. Irgens | 0.20 hrs. | 230.00 | $46.00 |
| 10/13/09 | Call with A. Irgens re: claims objections (.2); Discussion with C. Greer re: claims binders (.1) | | | |
| Associate | Chun I. Jang | 0.30 hrs. | 300.00 | $90.00 |
| 10/14/09 | Email correspondence with C. Greer re: notice of submission of claim binders (.1); Review notice of submission of claim binder for filing (.1); Email correspondence with M. Curro re: MSG claim objection (.1) | | | |
| Associate | Andrew C. Irgens | 0.30 hrs. | 230.00 | $69.00 |
| 10/14/09 | Prepare claims binders for 10/28/09 hearing (2.0); Email to/from M. Curro re: same (.1) | | | |
| Paralegal | Cathy M. Greer | 2.10 hrs. | 195.00 | $409.50 |
| 10/14/09 | Review email from M. Curro re: hearing for employee claims objections | | | |
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |
| 10/15/09 | Calls with M. Curro re: scheduling of employee claims (.2); Discussion with M. Collins re: same (.1) | | | |
| Associate | Chun I. Jang | 0.30 hrs. | 300.00 | $90.00 |
| 10/15/09 | Review briefing on HFA compensation plans and constructive trust dispute | | | |
| Director | Mark D. Collins | 1.40 hrs. | 675.00 | $945.00 |
| 10/21/09 | Prepare claims status charts for 10/28/09 hearing | | | |
| Paralegal | Cathy M. Greer | 1.50 hrs. | 195.00 | $292.50 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238
Page 16
Client #  710549

Matter # 164760

| 10/23/09 | Prepare claims status charts for 10/28/09 hearing (1.5); Email same to M. Curro (.1); File debtors' omnibus reply to claims objections (.2); Coordinate service of same (.1); Circulate same (.1) | | | |
| Paralegal | Cathy M. Greer | 2.00 hrs. | 195.00 | $390.00 |

| 10/23/09 | Review, revise and finalize for filing omnibus reply to Debtors' tenth, eleventh, twelfth and thirteenth omnibus claim objections | | | |
| Associate | Lee Kaufman | 0.50 hrs. | 275.00 | $137.50 |

| 10/26/09 | Review and revise certification of counsel re: 5th and 6th omnibus objections | | | |
| Associate | Chun I. Jang | 1.20 hrs. | 300.00 | $360.00 |

| 10/26/09 | Communicate with J. Finocchiaro (x2)  and C. Jang regarding filing of certifications of counsel for the second order granting the fifth omnibus objection and  certification of counsel for the third order granting the sixth omnibus objection (.3) Finalize and efile same certifications of counsel (.5); Coordinate service to chambers (.2) | | | |
| Paralegal | Janel Gates | 1.00 hrs. | 195.00 | $195.00 |

| 10/26/09 | Draft Certificates Of Counsel and prepare exhibits for 2nd order of 5th and 3rd order for 6th omnibus objections (.7);Revise Certificate Of Counsel for 2nd order of 5th and 3rd order for 6th omnibus objections (1.3); Meet with C. Jang re: Certificate Of Counsel for 2nd order of 5th and 3rd order for 6th omnibus objections (.3); Revise Certificate Of Counsel for 2nd order of 5th and 3rd order for 6th omnibus objections (.7) | | | |
| Associate | Julie A. Finocchiaro | 3.00 hrs. | 230.00 | $690.00 |

| 10/27/09 | Prepare orders re: 10/13 claims objections for 10/28 hearing | | | |
| Associate | Andrew C. Irgens | 0.80 hrs. | 230.00 | $184.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238
Page 17
Client # 710549

Matter # 164760

| | | | | |
|---|---|---|---|---|
| 10/28/09 | Meeting with J. Madron and M. Collins re: strategy for misclassified claims (.2); Meeting with C. Jang re: same (.1); Meeting with M. Curro re: revisions to 10th omnibus claim order (.1); Prepare revised 10th omnibus claims order (.2); Research on claims register re: proofs of claim re: misclassified claims objection (.5); Meeting with C. Jang re: 5th and 6th omnibus claim objection orders (.1) | | | |
| Associate | Andrew C. Irgens | 1.20 hrs. | 230.00 | $276.00 |
| 10/28/09 | Conference with J. Madron and M. Collins re: claims issues (.2); Conference with A. Irgens re: same (.1) | | | |
| Associate | Lee Kaufman | 0.30 hrs. | 275.00 | $82.50 |
| 10/29/09 | Email with M. Curro re: certifications of counsel re: 5th and 6th omnibus claims objections (.1); Research on docket re: same (.1); Email with M. Curro re: MSG claim briefing (.1) | | | |
| Associate | Andrew C. Irgens | 0.30 hrs. | 230.00 | $69.00 |
| 10/30/09 | File affidavit of service of T. Kelsey re: second order re: sixth omnibus claims objection | | | |
| Paralegal | Cathy M. Greer | 0.20 hrs. | 195.00 | $39.00 |

Total Fees for Professional Services $5,258.00

TOTAL DUE FOR THIS INVOICE **$5,258.00**

$7,862.90

**TOTAL DUE FOR THIS MATTER** **$13,120.90**

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238
Page 18
Client # 710549

Matter # 164760

For services through October 31, 2009
relating to Court Hearings

| 10/01/09 | Review email and message from K. Rodden re: hearing agendas (.1); Email to RLF team re: same (.1) | | | |
|----------|---|---|---|---|
| Associate | Chun I. Jang | 0.20 hrs. | 300.00 | $60.00 |
| 10/05/09 | Research on docket re: motions going forward at 10/28 omnibus hearing | | | |
| Associate | Andrew C. Irgens | 0.20 hrs. | 230.00 | $46.00 |
| 10/06/09 | E-mail correspondence with M. Curro re: scheduling of omnibus hearings | | | |
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |
| 10/07/09 | Email 9/25/09 hearing transcript to A. VanKampen (.1) | | | |
| Paralegal | Cathy M. Greer | 0.10 hrs. | 195.00 | $19.50 |
| 10/08/09 | Email with B. Firestone re: 10/28 agenda | | | |
| Associate | Andrew C. Irgens | 0.10 hrs. | 230.00 | $23.00 |
| 10/08/09 | Email 8/24/09 hearing transcript to D. Amponsah | | | |
| Paralegal | Cathy M. Greer | 0.10 hrs. | 195.00 | $19.50 |
| 10/08/09 | Phone call to chambers re: 10/22/09 summary judgment hearing (.1); Prepare agenda for 10/22/09 hearing (3.2); Email same to B. Firestone and N. Lapinski (.1) | | | |
| Paralegal | Cathy M. Greer | 3.40 hrs. | 195.00 | $663.00 |
| 10/08/09 | Review email from B. Finestone re: agenda for 10/22/09 hearing | | | |
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |
| 10/09/09 | Email with Lowenstein team re: canceled 10/13 hearing (.1); Review agenda for 10/22 hearing (.1); Email with C. Greer re: revised 10/22 agenda (.1) | | | |
| Associate | Andrew C. Irgens | 0.30 hrs. | 230.00 | $69.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238
Page 19

Client #  710549

Matter # 164760

| | | | | |
|---|---|---|---|---|
| 10/09/09 | Revise agenda for 10/22/09 hearing (.2); Circulate same (.1) | | | |
| Paralegal | Cathy M. Greer | 0.30 hrs. | 195.00 | $58.50 |
| | | | | |
| 10/09/09 | Conference with A. Irgens re: 10/22/09 hearing (.1); Attention to agenda for 10/22/09 hearing (.2) | | | |
| Associate | Chun I. Jang | 0.30 hrs. | 300.00 | $90.00 |
| | | | | |
| 10/09/09 | Review agenda for 10/22 hearing (.8) | | | |
| Associate | Julie A. Finocchiaro | 0.80 hrs. | 230.00 | $184.00 |
| | | | | |
| 10/13/09 | Prepare agenda for 10/28/09 hearing (3.2); Revise agenda for 10/28/09 hearing (.7); Circulate same (.1); Review transcript for 9/25/09 hearing re: employee claims (1.0); Email to M. Curro re: same (.1) | | | |
| Paralegal | Cathy M. Greer | 5.10 hrs. | 195.00 | $994.50 |
| | | | | |
| 10/16/09 | Prepare hearing binders for 10/22/09 hearing | | | |
| Paralegal | Cathy M. Greer | 2.00 hrs. | 195.00 | $390.00 |
| | | | | |
| 10/19/09 | Email with C. Greer and C. Jang re: 10/28 hearing (.1); Email with C. Greer and C. Jang re: 10/22 hearing (1); Review agenda re: 10/22 hearing (.1); Email with Weil and Quinn Emanuel Teams re: preparation for 10/22 hearing (.1) | | | |
| Associate | Andrew C. Irgens | 0.40 hrs. | 230.00 | $92.00 |
| | | | | |
| 10/19/09 | Update 10/22/09 hearing agenda (.2); Circulate same (.1); Retrieve docket items for 10/22/09 hearing (5.0); Assemble 10/22/09 hearing binder (1.4) | | | |
| Paralegal | Cathy M. Greer | 6.70 hrs. | 195.00 | $1,306.50 |
| | | | | |
| 10/20/09 | Review hearing binder for 10/22 hearing (.3); Meeting with C. Greer re: updated 10/22 agenda (.1); Review updated 10/22 agenda for filing (.1) | | | |
| Associate | Andrew C. Irgens | 0.50 hrs. | 230.00 | $115.00 |
| | | | | |
| 10/20/09 | Update 10/22/09 agenda (.2); Update hearing binders for 10/22/09 hearing (.5); File agenda for 10/22/09 hearing (.2); Coordinate submission to chambers re: same (.1); Coordinate service of same (.1); Circulate same (.1); Update agenda for 10/28/09 hearing (.5) | | | |
| Paralegal | Cathy M. Greer | 1.70 hrs. | 195.00 | $331.50 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY  10153

November 24, 2009
Invoice 345238
Page 20
Client #  710549

Matter # 164760

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/20/09 | Review email from V. Lockman re: preparations for 10/22/09 hearing (.1); Conference with A. Irgens re: agenda for 10/22/09 hearing (.1); Conference with A. Irgens re: preparations for same (.1); Telephone call with C. Greer re: same (.1) | | | |
| Associate | Chun I. Jang | 0.40 hrs. | 300.00 | $120.00 |
| 10/21/09 | Email correspondence (x2) with B. Finestone re: preparation for 10/22 hearing (.1); Meeting with C. Jang re: preparations for 10/22 hearing (.1) | | | |
| Associate | Andrew C. Irgens | 0.20 hrs. | 230.00 | $46.00 |
| 10/21/09 | Revise agenda for 10/28/09 hearing (2.0); Prepare additional hearing binders for 10/22/09 hearing (1.0) | | | |
| Paralegal | Cathy M. Greer | 3.00 hrs. | 195.00 | $585.00 |
| 10/21/09 | Telephone call with C. Greer re: 10/22/09 hearing (.1); E-mail correspondence with B. Rosen re: same (.1); Review emails from B. Finestone and D. Elsberg re: same (.1) | | | |
| Associate | Chun I. Jang | 0.30 hrs. | 300.00 | $90.00 |
| 10/22/09 | Order transcript for 10/22/09 hearing (.1); Revisions to agenda for 10/28/09 hearing (.5); Retrieve all previous hearing transcripts and email to T. Sapeika (.8) | | | |
| Paralegal | Cathy M. Greer | 1.40 hrs. | 195.00 | $273.00 |
| 10/22/09 | Assist with preparation for 10/22/09 hearing (.4); Hearing (Court appearance) (2.6) | | | |
| Associate | Chun I. Jang | 3.00 hrs. | 300.00 | $900.00 |
| 10/22/09 | Coordinate service of box of  binders to court | | | |
| Paralegal | Janel Gates | 0.20 hrs. | 195.00 | $39.00 |
| 10/22/09 | Prepare binders for hearing (.7); Prepare conference room for hearing (.5). Print documents needed for hearing (.2); Prepare conference room for co-counsel lunch (.1) | | | |
| Associate | Julie A. Finocchiaro | 1.50 hrs. | 230.00 | $345.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238
Page 21
Client # 710549

Matter # 164760

| 10/23/09 | Revise agenda for 10/28/09 hearing (1.0); Circulate same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 1.10 hrs. | 195.00 | $214.50 |

| 10/24/09 | E-mail correspondence (x3) with P. Heath re: agenda for 10/28/09 hearing (.2); Review chambers procedures re: same (.2); E-mail correspondence (x3) with M. Collins re: same (.2); E-mail and telephone call with T. Sapeika re: same (.2); Review e-mail from M. McGuire re: same (.5) | | | |
|---|---|---|---|---|
| Associate | Chun I. Jang | 1.30 hrs. | 300.00 | $390.00 |

| 10/24/09 | E-mail correspondence with C. Jang re: hearing issue | | | |
|---|---|---|---|---|
| Director | Paul N. Heath | 0.30 hrs. | 525.00 | $157.50 |

| 10/26/09 | Revise agenda for 10/28/09 hearing (.3); Circulate same (.1); Circulate 10/22/09 hearing transcript (.1); Update hearing binders for 10/28/09 hearing (.5); Further revisions to 10/28/09 agenda (.5); Revise hearing binders for 10/28/09 hearing (.5); Further revisions to 10/28/09 agenda (.5); Revise binders for 10/28/09 hearing (.7); File agenda for 10/28/09 hearing (.2); Coordinate submission to chambers re: same (.1); Coordinate service of same (.1); Circulate same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 3.70 hrs. | 195.00 | $721.50 |

| 10/26/09 | Attention to agenda for 10/28/09 hearing | | | |
|---|---|---|---|---|
| Associate | Chun I. Jang | 0.50 hrs. | 300.00 | $150.00 |

| 10/26/09 | Review and revise agenda for the 10/28 hearing (.5); Review binders for 10/28 hearing (1.) | | | |
|---|---|---|---|---|
| Associate | Julie A. Finocchiaro | 1.50 hrs. | 230.00 | $345.00 |

| 10/27/09 | Meeting with C. Jang re: matters going forward at 10/28 hearing (.1); Meeting with V. Lockman re: preparations for 10/28 hearing (.1) | | | |
|---|---|---|---|---|
| Associate | Andrew C. Irgens | 0.20 hrs. | 230.00 | $46.00 |

| 10/27/09 | Prepare for 10/28/09 hearing | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 2.30 hrs. | 195.00 | $448.50 |

| 10/27/09 | Telephone call with chambers re: scheduling of automatic stay motion | | | |
|---|---|---|---|---|
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238
Page 22

Client # 710549

Matter # 164760

| | | | | |
|---|---|---|---|---|
| 10/27/09 | Preparation for hearing on 10/28/09 | | | |
| Director | Mark D. Collins | 0.60 hrs. | 675.00 | $405.00 |
| 10/28/09 | Prepare materials for 10/28 hearing (.2); Meeting with C. Jang re: 10/28 hearing (.1); Work with C. Greer re: preparation of materials for 10/28 hearing (.2); Email correspondence with M. Curro re: 10/28 hearing (.1); Meeting with S. Sartori re: conference space for pre-hearing preparation (.1); Email correspondence with M. Curro re: outcome of 10/28 hearing (.1); Assist Weil team in preparation for 10/28 hearing (.5); Email with M. Curro re: outcome of 10/28 hearing (.1) | | | |
| Associate | Andrew C. Irgens | 1.40 hrs. | 230.00 | $322.00 |
| 10/28/09 | Prepare orders for 10/28/09 hearing (1.5); Assemble additional documents for co-counsel for 10/28/09 hearing (1.5); Revise orders for 10/28/09 hearing (.5); Assemble additional documents for co-counsel (.5) | | | |
| Paralegal | Cathy M. Greer | 4.00 hrs. | 195.00 | $780.00 |
| 10/28/09 | Conference with M. Collins re: 10/28/09 hearing (.1); Conference with A. Irgens re: same (.1) | | | |
| Associate | Chun I. Jang | 0.20 hrs. | 300.00 | $60.00 |
| 10/28/09 | Preparation for and attendance at hearing | | | |
| Director | Mark D. Collins | 1.10 hrs. | 675.00 | $742.50 |
| 10/29/09 | Review emails re: scheduling of omnibus hearing dates | | | |
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |
| 10/30/09 | Organize 6 volumes of binders utilized by Court and counsel at 10/28/09 hearing | | | |
| Paralegal | Rochelle I. Warren | 0.70 hrs. | 90.00 | $63.00 |

Total Fees for Professional Services     $11,825.50

TOTAL DUE FOR THIS INVOICE     **$11,825.50**

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY  10153

November 24, 2009
Invoice 345238

Page 23

Client #  710549

Matter # 164760

$17,507.70

**TOTAL DUE FOR THIS MATTER**                    **$29,333.20**

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY  10153

For services through October 31, 2009
relating to  Schedules/SOFA/U.S. Trustee Reports

| | | | | |
|---|---|---|---|---|
| 10/28/09 | Email correspondence with T. Sapeika re: MOR requirements (.1); Research MOR requirements in UST guidelines (.3) | | | |
| Associate | Andrew C. Irgens | 0.40 hrs. | 230.00 | $92.00 |
| 10/29/09 | Email with T. Sapeika re: monthly operating report (MOR) (.1); Review September MOR for filing (.2) | | | |
| Associate | Andrew C. Irgens | 0.30 hrs. | 230.00 | $69.00 |

Total Fees for Professional Services     $161.00

TOTAL DUE FOR THIS INVOICE     **$161.00**

$191.40

**TOTAL DUE FOR THIS MATTER**     **$352.40**

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY  10153

November 24, 2009
Invoice 345238
Page 25

Client #  710549

Matter # 164760

For services through October 31, 2009
relating to  Litigation/Adversary Proceedings

| 10/06/09 | Meeting with C. Jang re: examples of briefs, appendices, and declarations in support thereof re: motions for summary judgment(.1); Research on system re: examples of same (.3); Email (x2) with C. Jang re: same (.1); Meeting with T. Allen re: examples of same from G.I. Joe adversary (.1); Email with M. Decarli re: same (.1); Email with C. Jang re: same (.1); Review docket activity in District court appeals in adversary proceedings (.1); Review docket in adversary proceedings re: matters going forward (.2) | | | |
|---|---|---|---|---|
| Associate | Andrew C. Irgens | 1.10 hrs. | 230.00 | $253.00 |

| 10/06/09 | Phone call to chambers re: adversary hearing date re: divestiture (.1); Email to B. Finestone re: adversary items scheduled for October hearing (.1); Email to N. Lapinski re adversary hearing date re: divestiture (.1) | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 0.30 hrs. | 195.00 | $58.50 |

| 10/06/09 | Telephone call with K. Rodden re: supplemental briefing on HFA trust issues (.1); Conference with M. Ramos re: same (.1); Attention to same (.5); Conference with M. Collins re: same (.1) | | | |
|---|---|---|---|---|
| Associate | Chun I. Jang | 0.80 hrs. | 300.00 | $240.00 |

| 10/06/09 | Confer with C. Jang re: procedural issues related to hearing | | | |
|---|---|---|---|---|
| Counsel | Marcos A. Ramos | 0.20 hrs. | 450.00 | $90.00 |

| 10/07/09 | Phone call with C. Jang re: examples of motion to reopen record (.1); Research on system re: same (.5); Research on the docket re: same (.2) | | | |
|---|---|---|---|---|
| Associate | Andrew C. Irgens | 0.80 hrs. | 230.00 | $184.00 |

| 10/07/09 | Conference with A. Irgens re: motion to open record | | | |
|---|---|---|---|---|
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |

| 10/08/09 | Email with C. Greer re: summary judgment motion in adversary proceeding (.1); Research on docket re: same (.1); Email with C. Jang re: same (.1) | | | |
|---|---|---|---|---|
| Associate | Andrew C. Irgens | 0.30 hrs. | 230.00 | $69.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238
Page 26
Client # 710549

Matter # 164760

| Date | Description | | | |
|------|-------------|---|---|---|
| 10/08/09 | Circulate opinion and order re: Youkelsone adversary (.1); Coordinate service of Youkelsone order (.1) | | | |
| Paralegal | Cathy M. Greer | 0.20 hrs. | 195.00 | $39.00 |
| 10/08/09 | E-mail correspondence with K. Rodden re: examples of briefs using appendices (.1); Review samples of same (.2); E-mail to K. Rodden re: same (.1); Review order dismissing Youkelsone adversary (.1); Telephone call with K. Rodden re: supplemental briefing of HFA trust motion (.4) | | | |
| Associate | Chun I. Jang | 0.90 hrs. | 300.00 | $270.00 |
| 10/12/09 | Review e-mail from K. Rodden re: brief on HFA motion (.1); E-mail correspondence with K. Rodden re: same (.2) | | | |
| Associate | Chun I. Jang | 0.30 hrs. | 300.00 | $90.00 |
| 10/13/09 | Attention to appendix for brief re: HFA motion (.6); Calls (x3) with K. Rodden re: brief for HFA motion (.3); Review appendix for brief re: same (.7); Review declarations for brief re: same (.4); Calls (x2) with A. Irgens re: same (.2); Call with K. Rodden re: same (.1); Review motion to re-open record for brief re: same (.5); Call with A. Irgens re: same (.1); Review brief (.6); Call with A. Irgens re: same (.1) | | | |
| Associate | Chun I. Jang | 3.60 hrs. | 300.00 | $1,080.00 |
| 10/19/09 | Review pleadings re: summary judgment | | | |
| Associate | Chun I. Jang | 2.20 hrs. | 300.00 | $660.00 |
| 10/20/09 | Discussion with C. Jang re: motion for summary judgment and objection filed in advance of 10/20 hearing re: same | | | |
| Associate | Andrew C. Irgens | 0.10 hrs. | 230.00 | $23.00 |
| 10/27/09 | Efile debtors' reply memorandum of law re: motion to authorize exercise of ownership rights over certain trust assets, the distribution of trust assets, and the termination of trusts (.2); Serve same (.1); Circulate same to K. Rodden (.1) | | | |
| Paralegal | Jamie E. Schairer | 0.40 hrs. | 195.00 | $78.00 |
| 10/27/09 | Preparation for 10/28/09 hearing | | | |
| Director | Mark D. Collins | 0.80 hrs. | 675.00 | $540.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238
Page 27
Client #  710549

Matter # 164760

| | |
|---|---:|
| Total Fees for Professional Services | $3,704.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$3,704.50** |
| | $879.20 |
| **TOTAL DUE FOR THIS MATTER** | **$4,583.70** |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238
Page 28
Client # 710549

Matter # 164760

For services through October 31, 2009
relating to RLF Retention

| 10/25/09 | Conference with J. Madron re: retention issues (.1); Email correspondence with J. Madron re: same (.1) | | | |
|----------|----------|----------|----------|----------|
| Associate | Lee Kaufman | 0.20 hrs. | 275.00 | $55.00 |

Total Fees for Professional Services     $55.00

TOTAL DUE FOR THIS INVOICE     **$55.00**

**TOTAL DUE FOR THIS MATTER**     **$55.00**

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238
Page 29

Client # 710549

Matter # 164760

For services through October 31, 2009
relating to Retention of Others

| Date | Description | | | Amount |
|---|---|---|---|---|
| 10/20/09 | Email with J. Press re: supplemental declaration in support of retention | | | |
| Associate | Andrew C. Irgens | 0.10 hrs. | 230.00 | $23.00 |
| 10/20/09 | File Second Supplemental Declaration of Barry R. Ostrager (.2); Coordinate service of same (.1) | | | |
| Paralegal | Cathy M. Greer | 0.30 hrs. | 195.00 | $58.50 |
| 10/20/09 | Research for A. Irgens re: second supplemental declaration of Barry R. Ostrager of Simpson Thacher & Bartlett LLP | | | |
| Paralegal | Jamie E. Schairer | 0.30 hrs. | 195.00 | $58.50 |

Total Fees for Professional Services     $140.00

TOTAL DUE FOR THIS INVOICE     **$140.00**

$644.80

**TOTAL DUE FOR THIS MATTER**     **$784.80**

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238
Page 30

Client # 710549

Matter # 164760

For services through October 31, 2009
relating to RLF Fee Application

| 10/02/09 | Attention to email from J. Truong re: RLF fee estimates | | | |
|---|---|---|---|---|
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |
| 10/05/09 | Email to J. Truong re: RLF fee estimate | | | |
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |
| 10/11/09 | Review RLF September bill memo | | | |
| Paralegal | Cathy M. Greer | 1.00 hrs. | 195.00 | $195.00 |
| 10/12/09 | Email with C. Greer re: RLF bill memo (.1); Review and revise same (.6); Meeting with J. Finocchiaro re: RLF bill memo (.1); Meeting with C. Jang re: same (.1) | | | |
| Associate | Andrew C. Irgens | 0.90 hrs. | 230.00 | $207.00 |
| 10/12/09 | Research meal charges for RLF September bill memo | | | |
| Paralegal | Cathy M. Greer | 0.80 hrs. | 195.00 | $156.00 |
| 10/12/09 | E-mail correspondence with C. Greer re: RLF fee application | | | |
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |
| 10/12/09 | Review bill memo. | | | |
| Associate | Julie A. Finocchiaro | 0.50 hrs. | 230.00 | $115.00 |
| 10/13/09 | Review RLF Bill Memo. | | | |
| Associate | Julie A. Finocchiaro | 1.10 hrs. | 230.00 | $253.00 |
| 10/30/09 | Email correspondence with C. Greer re: RLF monthly fee application (.1); Review and revise RLF fee application (.2) | | | |
| Associate | Andrew C. Irgens | 0.30 hrs. | 230.00 | $69.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238

Page 31

Client # 710549

Matter # 164760

| 10/30/09 | File affidavit of service of T. Kelsey re: RLF tenth fee application (.2); Finalize RLF September fee application (.2); Prepare notice re: same (.2); File same (.2); Coordinate service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 0.90 hrs. | 195.00 | $175.50 |

|  | Total Fees for Professional Services | $1,260.50 |
|---|---|---|

| TOTAL DUE FOR THIS INVOICE | **$1,260.50** |
|---|---|
|  | $1,253.00 |

| **TOTAL DUE FOR THIS MATTER** | **$2,513.50** |
|---|---|

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238
Page 32

Client # 710549

Matter # 164760

For services through October 31, 2009
relating to Fee Application of Others

| | | | | |
|---|---|---|---|---|
| 10/01/09 | Email with J. Finocchiaro re: Bingham McCutcheon fee app | | | |
| Associate | Andrew C. Irgens | 0.10 hrs. | 230.00 | $23.00 |
| | | | | |
| 10/01/09 | Efile ninth monthly fee application of Bingham McCutchen LLP (.3); Coordinate service of same (.1) | | | |
| Paralegal | Jamie E. Schairer | 0.40 hrs. | 195.00 | $78.00 |
| | | | | |
| 10/01/09 | Review and prepare notice for Ninth Fee Application for Bingham. | | | |
| Associate | Julie A. Finocchiaro | 0.50 hrs. | 230.00 | $115.00 |
| | | | | |
| 10/02/09 | Email with A. Smith re: PWC fee application (.1); Review Weil fee application (.2) | | | |
| Associate | Andrew C. Irgens | 0.30 hrs. | 230.00 | $69.00 |
| | | | | |
| 10/02/09 | File PricewaterhouseCoopers sixth fee app (.2); Coordinate service of same (.1); Update fee app chart (.1) | | | |
| Paralegal | Cathy M. Greer | 0.40 hrs. | 195.00 | $78.00 |
| | | | | |
| 10/02/09 | Efile eighth monthly fee application of Weil, Gotshal & Manges LLP (.3); Coordinate service of same (.1) | | | |
| Paralegal | Jamie E. Schairer | 0.40 hrs. | 195.00 | $78.00 |
| | | | | |
| 10/02/09 | Review fee application for PricewaterhouseCoopers (.4); Review fee application for Weil Gotshal (.4) | | | |
| Associate | Julie A. Finocchiaro | 0.80 hrs. | 230.00 | $184.00 |
| | | | | |
| 10/07/09 | Review Perkins monthly fee application for filing (.2); Meeting with C. Greer re: filing same (.1) | | | |
| Associate | Andrew C. Irgens | 0.30 hrs. | 230.00 | $69.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238
Page 33

Client # 710549

Matter # 164760

---

| 10/07/09 | File Perkins Coie eleventh fee application (.2); Coordinate service of same (.1); Email same to M. Maag (.1) | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 0.40 hrs. | 195.00 | $78.00 |

| 10/07/09 | Review and revise fee application for Perkins Coie (.5); Prepare notice re: same (.2) | | | |
|---|---|---|---|---|
| Associate | Julie A. Finocchiaro | 0.70 hrs. | 230.00 | $161.00 |

| 10/09/09 | Review Davis Wright Tremain fee application for filing (.2); Review certification of no objection for PWC monthly fee application (.1); Review certification of no objection re: Grant Thornton fee application for filing (.1) | | | |
|---|---|---|---|---|
| Associate | Andrew C. Irgens | 0.40 hrs. | 230.00 | $92.00 |

| 10/09/09 | Prepare certificate of no objection re: Perkins Coie June fee application (.2); File same (.2); Email same to Alvarez (.1); Prepare certificate of no objection re: Simpson Thacher fourth fee application (.2); File same (.2); Email same to Alvarez (.1); Email same to J. Press (.1); Prepare certificate of no objection re: CP Energy August fee application (.2); File same (.2); Email same to Alvarez (.1); Prepare certificate of no objection re: Grant Thornton August fee application (.2); File same (.2); Email same to Alvarez (.1); Email same to D. Corbett (.1); Prepare certificate of no objection re: PricewaterhouseCoopers July fee application (.2); File same (.2); Email same to Alvarez (.1); Email same to A. Clark (.1); Finalize Davis Wright July fee application (.1); File same (.2); Coordinate service of same (.1); Email same to S. Caplow (.1) | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 3.30 hrs. | 195.00 | $643.50 |

| 10/15/09 | Review 3 certifications of no objection re: monthly fee applications for filing | | | |
|---|---|---|---|---|
| Associate | Andrew C. Irgens | 0.20 hrs. | 230.00 | $46.00 |

| 10/15/09 | Prepare certificate of no objection re: Weil June fee application (.2); File same (.2); Email same to T. Sapeika (.1); Prepare certificate of no objection re: Miller & Chevalier June fee application (.2); File same (.2); Prepare certificate of no objection re: J. Wolfe August fee application (.2); File same (.2); Prepare certificate of no objection re: Shearman & Sterling August fee application (.2); File same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 1.70 hrs. | 195.00 | $331.50 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238
Page 34

Client #  710549

Matter # 164760

| 10/16/09 | Update fee application chart | | | |
| Paralegal | Cathy M. Greer | 0.70 hrs. | 195.00 | $136.50 |

| 10/19/09 | Email with C. Jang and C. Greer re: John Wolfe monthly fee application (.1); Review CP Energy monthly fee app for filing (.2) | | | |
| Associate | Andrew C. Irgens | 0.30 hrs. | 230.00 | $69.00 |

| 10/19/09 | Review John Wolfe monthly fee application | | | |
| Associate | Andrew C. Irgens | 0.10 hrs. | 230.00 | $23.00 |

| 10/19/09 | Efile September fee application of CP Energy Group, LLC (.2); Serve same (.1); Efile September fee application of John W. Wolfe, P.S. (.2); Serve same (.1) | | | |
| Paralegal | Jamie E. Schairer | 0.60 hrs. | 195.00 | $117.00 |

| 10/19/09 | Review Fifth fee application for CP Energy Group (.2); Prepare notice for Fifth fee application for CP Energy Group (.2); Review 10th Wolfe fee application (.2); Prepare notice for the Tenth Wolfe fee application (.2); Revise Wolfe Fee application (.7); | | | |
| Associate | Julie A. Finocchiaro | 1.50 hrs. | 230.00 | $345.00 |

| 10/21/09 | Email correspondence with M. Callaghn re: Simpson Thatcher monthly fee application (.1); Review Simpson Thatcher monthly fee application for filing (.2); Phone call with M. Callaghn re: same (.1); Review amended Simpson Thatcher monthly fee application for filing (.1); Email correspondence with C. Greer and J. Finnochiaro re: Grant Thornton fee application (.1); Review Grant Thornton fee application for filing (.2); Email correspondence with M. Arko re: Alvarez and Marsal fee application (.1); Review Alvarez and Marsal fee application for filing (.1) | | | |
| Associate | Andrew C. Irgens | 1.00 hrs. | 230.00 | $230.00 |

| 10/21/09 | Revise notice of September fee application of Grant Thornton LLP (.1); Efile same (.2); Revise notice of September fee application of Simpson Thacher & Bartlett LLP (.1); Efile same (.2); Prepare notice of September Monthly Fee and Services Report of Alvarez & Marsal (.2); Efile same (.2); Serve all (.1) | | | |
| Paralegal | Jamie E. Schairer | 1.10 hrs. | 195.00 | $214.50 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238
Page 35

Client #  710549

Matter # 164760

| | | | | |
|---|---|---|---|---|
| 10/21/09 | Review fee application for Grant Thornton (.2); Prepare notice for Grant Thornton fee application(.2); Review fee application for Simpson Thacher (.2); Prepare notice for Simpson Thacher (.2). | | | |
| Associate | Julie A. Finocchiaro | 0.80 hrs. | 230.00 | $184.00 |
| 10/22/09 | Prepare certificate of no objection re: Gibson Dunn July fee application (.2); File same (.2); Email same to Alvarez (.1); Email same to D. Arash (.1); Prepare certificate of no objection re: Gibson Dunn August fee application (.2); File same (.2); Email same to Alvarez (.1); Email same to D. Arash (.1) | | | |
| Paralegal | Cathy M. Greer | 1.20 hrs. | 195.00 | $234.00 |
| 10/22/09 | Review certifications of no objection for Gibson Dunn fee applications | | | |
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |
| 10/22/09 | Efile September fee application of Miller & Chevalier Chartered (.2); Serve same (.1) | | | |
| Paralegal | Jamie E. Schairer | 0.30 hrs. | 195.00 | $58.50 |
| 10/22/09 | Review and revise Miller and Chevalier fee application (.2); Prepare notice for Miller fee application (.2); Review and revise CNO for Gibson 10th Fee Application (.2); Review docket for objections to Gibson 10th Fee application (.2); Review and revise CNO for Gibson 11th Fee Application (.2); Review docket for objections to Gibson 11th Fee Application  (.2) | | | |
| Associate | Julie A. Finocchiaro | 1.20 hrs. | 230.00 | $276.00 |
| 10/23/09 | Prepare certificate of no objection re: Perkins Coie tenth fee application (.2); File same (.2); Email same to M. Maag (.1); Email same to Alvarez (.1); Email Weil June fee application and certificate of no objection to Alvarez (.2) | | | |
| Paralegal | Cathy M. Greer | 0.80 hrs. | 195.00 | $156.00 |
| 10/23/09 | Prepare CNO for 10th Perkins Coie (.3); Review and revise CNO for fee applications of RLF (.3); Review and revise CNO for Miller Chevalier fee application (.3); Review and revise CNO for McKee Nelson fee application (.3); | | | |
| Associate | Julie A. Finocchiaro | 1.20 hrs. | 230.00 | $276.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238
Page 36

Client #  710549

Matter # 164760

| | | | | |
|---|---|---|---|---|
| 10/26/09 | Update fee application chart | | | |
| Paralegal | Cathy M. Greer | 0.90 hrs. | 195.00 | $175.50 |
| 10/27/09 | Review certification of no objection (cno) re: WGM monthly fee app for filing (.1); Review cno re: PWC fee app for filing (.1); Phone call with M. Maag re: cnos re: Perkins Coie monthly fee apps (.1) | | | |
| Associate | Andrew C. Irgens | 0.30 hrs. | 230.00 | $69.00 |
| 10/28/09 | Prepare certificate of no objection re: PricewaterhouseCoopers August fee application (.2); File same (.2); Email same to A. Clark (.1); Prepare certificate of no objection re: Weil Gotshal eighth fee application (.2); File same (.2); Email same to T. Sapeika (.1) | | | |
| Paralegal | Cathy M. Greer | 1.00 hrs. | 195.00 | $195.00 |
| 10/29/09 | Review Perkins Coie fee application for filing (.1); Review certification of no objection re: Silverstein monthly fee application for filing (.1); Review Bingham McCutchen fee application for filing (.2) | | | |
| Associate | Andrew C. Irgens | 0.40 hrs. | 230.00 | $92.00 |
| 10/29/09 | Prepare certificate of no objection re: Perkin Coie August fee application (.2); File same (.2); Email same to M. Maag (.1); Prepare certificate of no objection re: Silverstein & Pomerantz first fee application (.2); File same (.2) | | | |
| Paralegal | Cathy M. Greer | 0.90 hrs. | 195.00 | $175.50 |
| 10/29/09 | Review 10th fee application for McKee (.3); Prepare notice for 10th fee application for McKee (.2). | | | |
| Associate | Julie A. Finocchiaro | 0.50 hrs. | 230.00 | $115.00 |
| 10/30/09 | Email with T. Sapeika re: interim fee hearing (.1); Research critical dates re: interim fee deadline (.1) | | | |
| Associate | Andrew C. Irgens | 0.20 hrs. | 230.00 | $46.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238
Page 37

Client #  710549

Matter # 164760

| 10/30/09 | File affidavit of service of T. Kelsey re: Bingham McCutchen eighth fee application (.2); File affidavit of service of T. Kelsey re: Weil sixth fee application (.2); File affidavit of service of T. Kelsey re: Perkins Coie ninth fee application (.2) | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 0.60 hrs. | 195.00 | $117.00 |

|  | Total Fees for Professional Services | $5,380.50 |
|---|---|---|

| TOTAL DUE FOR THIS INVOICE | **$5,380.50** |
|---|---|
|  | $9,054.20 |
| **TOTAL DUE FOR THIS MATTER** | **$14,434.70** |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

November 24, 2009
Invoice 345238
Page 38
Client #  710549

### Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Andrew C. Irgens | 25.50 | 230.00 | 5,865.00 |
| Brenda D. Tobin | 0.80 | 100.00 | 80.00 |
| Cathy M. Greer | 61.60 | 195.00 | 12,012.00 |
| Chun I. Jang | 19.80 | 300.00 | 5,940.00 |
| Jamie E. Schairer | 8.70 | 195.00 | 1,696.50 |
| Janel Gates | 1.20 | 195.00 | 234.00 |
| Jason M. Madron | 0.10 | 345.00 | 34.50 |
| Julie A. Finocchiaro | 17.20 | 230.00 | 3,956.00 |
| Lee Kaufman | 1.50 | 275.00 | 412.50 |
| Marcos A. Ramos | 0.20 | 450.00 | 90.00 |
| Mark D. Collins | 4.00 | 675.00 | 2,700.00 |
| Paul N. Heath | 0.30 | 525.00 | 157.50 |
| Rochelle I. Warren | 5.00 | 90.00 | 450.00 |
| TOTAL | 145.90 | $230.49 | 33,628.00 |

**TOTAL DUE FOR THIS INVOICE** $37,277.45

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

710549