# EXHIBIT B



Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

Tax I.D. No.: 51-0226371

November 24, 2009
Invoice 345238

Page 1
Client # 710549
Matter # 164760

For disbursements incurred through October 31, 2009
relating to Washington Mutual - Restructuring Advice

OTHER CHARGES:

| | |
|---|---|
| Binding | $30.00 |
| Business Meals | $387.64 |
| Court Reporter Services | $601.85 |
| Document Retrieval | $286.80 |
| Filing Fees | $135.00 |
| Long distance telephone charges | $120.93 |
| Messenger and delivery service | $112.87 |
| Outside Services- Photocopies | $374.16 |
| Photocopies/Printing 10,067 @ $.10 pg./ 5,054 @ $.10/pg. | $1,512.10 |
| Travel Expenses | $88.10 |

Other Charges $3,649.45

TOTAL DUE FOR THIS INVOICE **$3,649.45**
BALANCE BROUGHT FORWARD $6,777.13

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

Washington Mutual  
c/o Marcia L. Goldstein, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York NY  10153

November 24, 2009  
Invoice 345238  
Page 2  
Client #  710549  

Matter #  164760

| | |
|---|---:|
| **TOTAL DUE FOR THIS MATTER** | $10,426.58 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY  10153

November 24, 2009
Invoice 345238
Page 39
Client #  710549

Client:  Washington Mutual, Inc.

Matter:  Washington Mutual - Restructuring Advice
Case Administration
Meetings
Executory Contracts/Unexpired Leases
Automatic Stay/Adequate Protection
Plan of Reorganization/Disclosure Statement
Use, Sale of Assets
Cash Collateral/DIP Financing
Claims Administration
Court Hearings
Schedules/SOFA/U.S. Trustee Reports
Litigation/Adversary Proceedings
RLF Retention
Retention of Others
RLF Fee Application
Fee Application of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 09/21/09 | GROTTO PIZZA, INC. | | MEALSCL |
| | Amount = | $27.01 | |
| 10/01/09 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 10/01/09 | Printing | | DUP.10CC |
| | Amount = | $4.70 | |
| 10/01/09 | Printing | | DUP.10CC |
| | Amount = | $4.70 | |
| 10/02/09 | Printing | | DUP.10CC |
| | Amount = | $5.40 | |
| 10/02/09 | Printing | | DUP.10CC |
| | Amount = | $2.20 | |

Washington Mutual  
c/o Marcia L. Goldstein, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York NY 10153

November 24, 2009  
Invoice 345238  
Page 40

Client # 710549

| Date | Description | Amount | Code |
|---|---|---|---|
| 10/02/09 | Printing | Amount = $6.80 | DUP.10CC |
| 10/02/09 | Printing | Amount = $2.20 | DUP.10CC |
| 10/04/09 | ALL PACER | Amount = $2.00 | DOCRETRI |
| 10/05/09 | 2123108142 Long Distance | Amount = $8.34 | LD |
| 10/05/09 | ALL PACER | Amount = $14.56 | DOCRETRI |
| 10/05/09 | Printing | Amount = $6.30 | DUP.10CC |
| 10/05/09 | Printing | Amount = $1.60 | DUP.10CC |
| 10/06/09 | COURTCALL LLC | Amount = $135.00 | FLFEE |
| 10/06/09 | 2123108032 Long Distance | Amount = $1.39 | LD |
| 10/06/09 | 2128065539 Long Distance | Amount = $6.95 | LD |
| 10/06/09 | ALL PACER | Amount = $0.96 | DOCRETRI |
| 10/06/09 | ALL PACER | Amount = $0.80 | DOCRETRI |
| 10/06/09 | Printing | Amount = $0.10 | DUP.10CC |
| 10/06/09 | Printing | Amount = $0.10 | DUP.10CC |
| 10/06/09 | Printing | Amount = $0.10 | DUP.10CC |
| 10/06/09 | Printing | Amount = $0.10 | DUP.10CC |
| 10/06/09 | Printing | Amount = $2.00 | DUP.10CC |
| 10/07/09 | Photocopies | Amount = $3.00 | DUP.10CC |

Washington Mutual  
c/o Marcia L. Goldstein, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York NY  10153

November 24, 2009  
Invoice 345238  
Page 41  

Client #  710549

| Date | Description | Code |
|---|---|---|
| 10/07/09 | 2123108142 Long Distance | LD |
| | Amount = $2.78 | |
| 10/07/09 | 2123108582 Long Distance | LD |
| | Amount = $1.39 | |
| 10/07/09 | 2123108582 Long Distance | LD |
| | Amount = $1.39 | |
| 10/07/09 | 2123108582 Long Distance | LD |
| | Amount = $4.17 | |
| 10/07/09 | Messenger and delivery 10/6/09, BANKRUPTCY COURT, CXG | MESS |
| | Amount = $4.50 | |
| 10/07/09 | ALL PACER | DOCRETRI |
| | Amount = $15.20 | |
| 10/07/09 | Printing | DUP.10CC |
| | Amount = $2.10 | |
| 10/07/09 | Printing | DUP.10CC |
| | Amount = $2.70 | |
| 10/07/09 | Printing | DUP.10CC |
| | Amount = $1.20 | |
| 10/07/09 | Printing | DUP.10CC |
| | Amount = $2.70 | |
| 10/07/09 | Printing | DUP.10CC |
| | Amount = $1.70 | |
| 10/07/09 | Printing | DUP.10CC |
| | Amount = $4.80 | |
| 10/08/09 | Photocopies | DUP.10CC |
| | Amount = $1.80 | |
| 10/08/09 | Printing | DUP.10CC |
| | Amount = $2.30 | |
| 10/09/09 | GROTTO PIZZA, INC. | MEALSCL |
| | Amount = $26.99 | |
| 10/09/09 | Photocopies | DUP.10CC |
| | Amount = $15.80 | |
| 10/09/09 | Messenger and delivery 10/8/09, BANKRUPTCY COURT, ACI/JZS | MESS |
| | Amount = $6.00 | |

Washington Mutual  
c/o Marcia L. Goldstein, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York NY 10153

November 24, 2009  
Invoice 345238  
Page 42

Client # 710549

| Date | Description | | Code |
|---|---|---|---|
| 10/09/09 | Printing | | DUP.10CC |
| | Amount = | $2.60 | |
| 10/09/09 | Printing | | DUP.10CC |
| | Amount = | $2.30 | |
| 10/09/09 | Printing | | DUP.10CC |
| | Amount = | $1.60 | |
| 10/09/09 | Printing | | DUP.10CC |
| | Amount = | $2.30 | |
| 10/09/09 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 10/09/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/13/09 | Photocopies | | DUP.10CC |
| | Amount = | $2.60 | |
| 10/13/09 | 2123108032 Long Distance | | LD |
| | Amount = | $1.39 | |
| 10/13/09 | 2123108032 Long Distance | | LD |
| | Amount = | $2.78 | |
| 10/13/09 | 2123108142 Long Distance | | LD |
| | Amount = | $2.78 | |
| 10/13/09 | 2123108032 Long Distance | | LD |
| | Amount = | $8.34 | |
| 10/13/09 | 2123108032 Long Distance | | LD |
| | Amount = | $2.78 | |
| 10/13/09 | 2123108032 Long Distance | | LD |
| | Amount = | $1.39 | |
| 10/13/09 | 2123108032 Long Distance | | LD |
| | Amount = | $4.17 | |
| 10/13/09 | 2123108032 Long Distance | | LD |
| | Amount = | $2.78 | |
| 10/13/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/13/09 | Printing | | DUP.10CC |
| | Amount = | $3.40 | |
| 10/13/09 | Printing | | DUP.10CC |
| | Amount = | $1.50 | |

Washington Mutual  
c/o Marcia L. Goldstein, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York NY 10153  

November 24, 2009  
Invoice 345238  
Page 43  
Client # 710549  

| Date | Description | Amount | Code |
|---|---|---|---|
| 10/13/09 | Printing | Amount = $1.00 | DUP.10CC |
| 10/13/09 | Printing | Amount = $0.20 | DUP.10CC |
| 10/13/09 | Printing | Amount = $1.50 | DUP.10CC |
| 10/13/09 | Printing | Amount = $0.10 | DUP.10CC |
| 10/13/09 | Printing | Amount = $0.10 | DUP.10CC |
| 10/13/09 | Printing | Amount = $0.10 | DUP.10CC |
| 10/13/09 | Printing | Amount = $0.10 | DUP.10CC |
| 10/13/09 | Printing | Amount = $0.10 | DUP.10CC |
| 10/13/09 | Printing | Amount = $0.10 | DUP.10CC |
| 10/14/09 | Photocopies | Amount = $453.10 | DUP.10CC |
| 10/14/09 | Photocopies | Amount = $0.20 | DUP.10CC |
| 10/14/09 | ALL PACER | Amount = $39.92 | DOCRETRI |
| 10/14/09 | Printing | Amount = $2.00 | DUP.10CC |
| 10/14/09 | Printing | Amount = $4.00 | DUP.10CC |
| 10/14/09 | Printing | Amount = $2.00 | DUP.10CC |
| 10/14/09 | Printing | Amount = $3.70 | DUP.10CC |
| 10/14/09 | Printing | Amount = $5.30 | DUP.10CC |

Washington Mutual  
c/o Marcia L. Goldstein, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York NY 10153  

November 24, 2009  
Invoice 345238  
Page 44  
Client # 710549  

| Date | Description | Code |
|---|---|---|
| 10/14/09 | Printing | DUP.10CC |
| | Amount = $5.40 | |
| 10/14/09 | Printing | DUP.10CC |
| | Amount = $4.10 | |
| 10/14/09 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 10/14/09 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 10/15/09 | 2123108142 Long Distance | LD |
| | Amount = $1.39 | |
| 10/15/09 | 2123108142 Long Distance | LD |
| | Amount = $6.95 | |
| 10/15/09 | 2123108142 Long Distance | LD |
| | Amount = $1.39 | |
| 10/15/09 | Messenger and delivery 10/14/09, BANKRUPTCY COURT, CXG | MESS |
| | Amount = $7.50 | |
| 10/15/09 | Messenger and delivery 10/14/09, US TRUSTEE, CXG | MESS |
| | Amount = $4.50 | |
| 10/15/09 | Messenger and delivery 10/14/09, PEPPER HAMILTON, CXG | MESS |
| | Amount = $4.50 | |
| 10/15/09 | Messenger and delivery 10/14/09, Montgomery McCracken, CXG | MESS |
| | Amount = $4.50 | |
| 10/15/09 | ALL PACER | DOCRETRI |
| | Amount = $7.52 | |
| 10/15/09 | Printing | DUP.10CC |
| | Amount = $3.30 | |
| 10/16/09 | 2132297389 Long Distance | LD |
| | Amount = $1.39 | |
| 10/16/09 | ALL PACER | DOCRETRI |
| | Amount = $15.12 | |
| 10/18/09 | ALL PACER | DOCRETRI |
| | Amount = $72.48 | |

Washington Mutual  
c/o Marcia L. Goldstein, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York NY 10153

November 24, 2009  
Invoice 345238  
Page 45  

Client # 710549

| Date | Description | | Code |
|---|---|---|---|
| 10/19/09 | BINDING 10/9-10/18 | | BIND |
| | Amount = | $12.00 | |
| 10/19/09 | Photocopies | | DUP.10CC |
| | Amount = | $34.40 | |
| 10/19/09 | Photocopies | | DUP.10CC |
| | Amount = | $114.80 | |
| 10/19/09 | Photocopies | | DUP.10CC |
| | Amount = | $15.60 | |
| 10/19/09 | Photocopies | | DUP.10CC |
| | Amount = | $78.80 | |
| 10/19/09 | ALL PACER | | DOCRETRI |
| | Amount = | $80.72 | |
| 10/19/09 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 10/19/09 | Printing | | DUP.10CC |
| | Amount = | $1.90 | |
| 10/19/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/19/09 | Printing | | DUP.10CC |
| | Amount = | $11.50 | |
| 10/19/09 | Printing | | DUP.10CC |
| | Amount = | $23.40 | |
| 10/19/09 | Printing | | DUP.10CC |
| | Amount = | $0.50 | |
| 10/19/09 | Printing | | DUP.10CC |
| | Amount = | $10.40 | |
| 10/19/09 | Printing | | DUP.10CC |
| | Amount = | $7.40 | |
| 10/19/09 | Printing | | DUP.10CC |
| | Amount = | $0.80 | |
| 10/19/09 | Printing | | DUP.10CC |
| | Amount = | $96.10 | |
| 10/19/09 | Printing | | DUP.10CC |
| | Amount = | $1.60 | |

Washington Mutual  
c/o Marcia L. Goldstein, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York NY  10153

November 24, 2009  
Invoice 345238  
Page 46  
Client #  710549

| Date | Description | | Code |
|---|---|---|---|
| 10/19/09 | Printing | | DUP.10CC |
| | Amount = $1.30 | | |
| 10/19/09 | Printing | | DUP.10CC |
| | Amount = $1.10 | | |
| 10/19/09 | Printing | | DUP.10CC |
| | Amount = $1.10 | | |
| 10/19/09 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 10/19/09 | Printing | | DUP.10CC |
| | Amount = $29.90 | | |
| 10/19/09 | Printing | | DUP.10CC |
| | Amount = $1.90 | | |
| 10/19/09 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 10/19/09 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 10/19/09 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 10/19/09 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 10/19/09 | Printing | | DUP.10CC |
| | Amount = $7.70 | | |
| 10/19/09 | Printing | | DUP.10CC |
| | Amount = $35.00 | | |
| 10/20/09 | Photocopies | | DUP.10CC |
| | Amount = $0.40 | | |
| 10/20/09 | Photocopies | | DUP.10CC |
| | Amount = $113.20 | | |
| 10/20/09 | Photocopies | | DUP.10CC |
| | Amount = $83.60 | | |
| 10/20/09 | Photocopies | | DUP.10CC |
| | Amount = $31.20 | | |

Washington Mutual  
c/o Marcia L. Goldstein, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York NY 10153

November 24, 2009  
Invoice 345238  
Page 47  

Client # 710549

| Date | Description | Code |
|---|---|---|
| 10/20/09 | Messenger and delivery 10/19/09, FROM KID SHELLEEN'S, CXG | MEALSCL |
| | Amount = $23.64 | |
| 10/20/09 | ALL PACER | DOCRETRI |
| | Amount = $22.64 | |
| 10/21/09 | 2128497000 Long Distance | LD |
| | Amount = $1.39 | |
| 10/21/09 | 2124552488 Long Distance | LD |
| | Amount = $2.78 | |
| 10/21/09 | Messenger and delivery 10/20/09, BANKRUPTCY COURT, CXG | MESS |
| | Amount = $4.50 | |
| 10/21/09 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 10/21/09 | Printing | DUP.10CC |
| | Amount = $2.00 | |
| 10/21/09 | Printing | DUP.10CC |
| | Amount = $1.00 | |
| 10/22/09 | RODNEY GRILLE | MEALSCL |
| | Amount = $159.20 | |
| 10/22/09 | RODNEY GRILLE | MEALSCL |
| | Amount = $98.00 | |
| 10/22/09 | ROADRUNNER EXPRESS INC. | TRAV |
| | Amount = $88.10 | |
| 10/22/09 | PERFECT PAGES TRANSCRIPTION AND REPORTING, INC. /TRANSCRIPT OF 10/22/09 | CTRPT |
| | Amount = $601.85 | |
| 10/22/09 | 2063693376 Long Distance | LD |
| | Amount = $30.58 | |
| 10/22/09 | Printing | DUP.10CC |
| | Amount = $2.00 | |
| 10/22/09 | Printing | DUP.10CC |
| | Amount = $2.50 | |
| 10/22/09 | Printing | DUP.10CC |
| | Amount = $1.00 | |

Washington Mutual  
c/o Marcia L. Goldstein, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York NY 10153

November 24, 2009  
Invoice 345238  
Page 48  
Client # 710549

| Date | Description | | Code |
|---|---|---|---|
| 10/22/09 | Printing | | DUP.10CC |
| | Amount = | $1.40 | |
| 10/22/09 | Printing | | DUP.10CC |
| | Amount = | $1.40 | |
| 10/22/09 | Printing | | DUP.10CC |
| | Amount = | $2.90 | |
| 10/22/09 | Printing | | DUP.10CC |
| | Amount = | $2.90 | |
| 10/22/09 | Printing | | DUP.10CC |
| | Amount = | $1.60 | |
| 10/23/09 | GROTTO PIZZA, INC. | | MEALSCL |
| | Amount = | $17.79 | |
| 10/23/09 | 10/21/09 - FROM SUBWAY - RVS | | MESS |
| | Amount = | $10.91 | |
| 10/23/09 | Messenger and delivery 10/22/09, FROM SHERATON SUITES, CIJ | | MESS |
| | Amount = | $4.50 | |
| 10/23/09 | Messenger and delivery 10/22/09, FROM BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $10.50 | |
| 10/23/09 | Messenger and delivery 10/22/09, BANKRUPTCY COURT, CIJ/ACI | | MESS |
| | Amount = | $10.50 | |
| 10/23/09 | ALL PACER | | DOCRETRI |
| | Amount = | $13.28 | |
| 10/23/09 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 10/23/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/23/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/23/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/23/09 | Printing | | DUP.10CC |
| | Amount = | $1.60 | |

Washington Mutual  
c/o Marcia L. Goldstein, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York NY 10153

November 24, 2009  
Invoice 345238  
Page 49

Client # 710549

| Date | Description | | Code |
|---|---|---|---|
| 10/23/09 | Printing | | DUP.10CC |
| | Amount = $1.60 | | |
| 10/23/09 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 10/23/09 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 10/23/09 | Printing | | DUP.10CC |
| | Amount = $1.10 | | |
| 10/23/09 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 10/23/09 | Printing | | DUP.10CC |
| | Amount = $1.60 | | |
| 10/23/09 | Printing | | DUP.10CC |
| | Amount = $2.70 | | |
| 10/23/09 | Printing | | DUP.10CC |
| | Amount = $2.80 | | |
| 10/23/09 | Printing | | DUP.10CC |
| | Amount = $2.50 | | |
| 10/23/09 | Printing | | DUP.10CC |
| | Amount = $9.30 | | |
| 10/23/09 | Printing | | DUP.10CC |
| | Amount = $1.00 | | |
| 10/23/09 | Printing | | DUP.10CC |
| | Amount = $10.90 | | |
| 10/23/09 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 10/25/09 | Photocopies | | DUP.10CC |
| | Amount = $1.50 | | |
| 10/25/09 | Printing | | DUP.10CC |
| | Amount = $26.90 | | |
| 10/25/09 | Printing | | DUP.10CC |
| | Amount = $1.90 | | |
| 10/25/09 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |

Washington Mutual  
c/o Marcia L. Goldstein, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York NY  10153

November 24, 2009  
Invoice 345238  
Page 50  

Client #  710549

| Date | Description | | | Code |
|---|---|---|---|---|
| 10/26/09 | PARCELS, INC. | | | OUTSIDE |
| | Amount = | $374.16 | | |
| 10/26/09 | GALLUCIO'S CAFE | | | MEALSCL |
| | Amount = | $5.13 | | |
| 10/26/09 | Photocopies | | | DUP.10CC |
| | Amount = | $3.70 | | |
| 10/26/09 | 2123108142 Long Distance | | | LD |
| | Amount = | $6.95 | | |
| 10/26/09 | 2123108142 Long Distance | | | LD |
| | Amount = | $5.56 | | |
| 10/26/09 | Printing | | | DUP.10CC |
| | Amount = | $1.60 | | |
| 10/26/09 | Printing | | | DUP.10CC |
| | Amount = | $1.60 | | |
| 10/26/09 | Printing | | | DUP.10CC |
| | Amount = | $0.10 | | |
| 10/26/09 | Printing | | | DUP.10CC |
| | Amount = | $4.20 | | |
| 10/26/09 | Printing | | | DUP.10CC |
| | Amount = | $7.50 | | |
| 10/26/09 | Printing | | | DUP.10CC |
| | Amount = | $3.20 | | |
| 10/26/09 | Printing | | | DUP.10CC |
| | Amount = | $8.30 | | |
| 10/26/09 | Printing | | | DUP.10CC |
| | Amount = | $3.90 | | |
| 10/26/09 | Printing | | | DUP.10CC |
| | Amount = | $2.70 | | |
| 10/26/09 | Printing | | | DUP.10CC |
| | Amount = | $2.70 | | |
| 10/26/09 | Printing | | | DUP.10CC |
| | Amount = | $1.70 | | |
| 10/26/09 | Printing | | | DUP.10CC |
| | Amount = | $1.80 | | |
| 10/26/09 | Printing | | | DUP.10CC |
| | Amount = | $1.70 | | |

Washington Mutual  
c/o Marcia L. Goldstein, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York NY  10153

November 24, 2009  
Invoice 345238  
Page 51  
Client #  710549

| Date | Description | | Code |
|---|---|---|---|
| 10/26/09 | Printing | | DUP.10CC |
| | Amount = | $1.30 | |
| 10/26/09 | Printing | | DUP.10CC |
| | Amount = | $1.60 | |
| 10/26/09 | Printing | | DUP.10CC |
| | Amount = | $1.70 | |
| 10/26/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/26/09 | Printing | | DUP.10CC |
| | Amount = | $1.60 | |
| 10/26/09 | Printing | | DUP.10CC |
| | Amount = | $3.70 | |
| 10/26/09 | Printing | | DUP.10CC |
| | Amount = | $2.10 | |
| 10/26/09 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 10/26/09 | Printing | | DUP.10CC |
| | Amount = | $2.20 | |
| 10/26/09 | Printing | | DUP.10CC |
| | Amount = | $1.20 | |
| 10/26/09 | Printing | | DUP.10CC |
| | Amount = | $4.80 | |
| 10/26/09 | Printing | | DUP.10CC |
| | Amount = | $5.00 | |
| 10/27/09 | GROTTO PIZZA, INC. | | MEALSCL |
| | Amount = | $17.50 | |
| 10/27/09 | GALLUCIO'S CAFE | | MEALSCL |
| | Amount = | $12.38 | |
| 10/27/09 | BINDING 10/19-10/26 | | BIND |
| | Amount = | $16.00 | |
| 10/27/09 | Photocopies | | DUP.10CC |
| | Amount = | $33.10 | |
| 10/27/09 | 2123108602 Long Distance | | LD |
| | Amount = | $4.17 | |

Washington Mutual  
c/o Marcia L. Goldstein, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York NY  10153  

November 24, 2009  
Invoice 345238  
Page 52  
Client #  710549  

| Date | Description | | Code |
|---|---|---|---|
| 10/27/09 | Messenger and delivery 10/26/09, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 10/27/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/27/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/27/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/27/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/28/09 | Washington Mutual Inc. - Messenger and delivery | | MESS |
| | Amount = | $16.46 | |
| 10/28/09 | Photocopies | | DUP.10CC |
| | Amount = | $14.00 | |
| 10/28/09 | Photocopies | | DUP.10CC |
| | Amount = | $4.50 | |
| 10/28/09 | Photocopies | | DUP.10CC |
| | Amount = | $1.40 | |
| 10/28/09 | 6023262390 Long Distance | | LD |
| | Amount = | $5.56 | |
| 10/28/09 | Messenger and delivery 10/27/09, BANKRUPTCY COURT, CIJ/JH | | MESS |
| | Amount = | $4.50 | |
| 10/28/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/28/09 | Printing | | DUP.10CC |
| | Amount = | $6.00 | |
| 10/28/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/28/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/28/09 | Printing | | DUP.10CC |
| | Amount = | $0.60 | |

Washington Mutual  
c/o Marcia L. Goldstein, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York NY 10153  

November 24, 2009  
Invoice 345238  
Page 53  
Client # 710549  

| Date | Description | | Code |
|---|---|---|---|
| 10/28/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/29/09 | Messenger and delivery 10/28/09, FROM BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 10/29/09 | Messenger and delivery 10/28/09, BANKRUPTCY COURT, ACI/CXG | | MESS |
| | Amount = | $10.50 | |
| 10/29/09 | ALL PACER | | DOCRETRI |
| | Amount = | $1.60 | |
| 10/29/09 | Printing | | DUP.10CC |
| | Amount = | $4.70 | |
| 10/29/09 | Printing | | DUP.10CC |
| | Amount = | $4.70 | |
| 10/29/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/29/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/30/09 | BINDING 10/27-10/31 | | BIND |
| | Amount = | $2.00 | |
| 10/30/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

TOTALS FOR 710549        Washington Mutual, Inc.

Expenses      $3,649.45