**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WASHINGTON MUTUAL, INC., et al., | ) | Case No. 08-12229 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER**

    **AND NOW,** this **2nd** day of **DECEMBER, 2009,** upon consideration of the Motion filed by JPMorgan Chase Bank, National Association and for the reasons set forth in the accompanying Opinion, it is hereby

    **ORDERED** that the Motion is **GRANTED.**


Dated: December 2, 2009        BY THE COURT:

                                Mary F. Walrath
                                United States Bankruptcy Judge


cc: Adam Landis, Esquire[1]

---

    [1] Counsel shall serve a copy of this Order and the accompanying Opinion on all interested parties and file a Certificate of Service with the Court.

SERVICE LIST

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
LANDIS RATH & COBB LLP
919 North Market Street, Suite 1800
Wilmington, DE 19899
Counsel for JP Morgan Chase Bank,
National Association

Robert A. Sacks, Esquire
Hydee R. Fedlstein, Esquire
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067
Counsel for JP Morgan Chase Bank,
National Association

Jeffrey M. Schlerf, Esquire
Seth A. Niederman, Esquire
FOX ROTHSCHILD LLP
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE 19801
Counsel for Washington Mutual, Inc.,
Noteholders Group

Thomas E. Lauria, Esquire
WHITE & CASE LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131
Counsel for Washington Mutual, Inc.,
Noteholders Group

David S. Rosner, Esquire
Paul M. O'Connor III, Esquire
Adam L. Shiff, Esquire
Seth A. Moskowitz, Esquire
KASOWITZ BENSON TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Counsel for Washington Mutual, Inc.,
Noteholders Group