IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | : Chapter 11 |
| WASHINGTON MUTUAL, INC., *et al.*,[1] | : Case No. 08-12229 (MFW) |
| Debtors. | : Jointly Administered |
| | : Ref. Docket Nos. 1568, 1942 |

## RESPONSE OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO DEBTORS' OBJECTION TO MOVANTS' BUUS *ET AL.* MOTION FOR RELIEF FROM THE AUTOMATIC STAY

JPMorgan Chase Bank, National Association ("JPMC"), by its undersigned counsel, submits this response to Washington Mutual, Inc. and WMI Investment Corp.'s (together, "Debtors") objection (the "Objection" or "Obj.") to the motion (the "Motion") of Movants Gary Buus, Sydney Flor, Kellie Plumb, Tom Shoenleber and Margaret Webster (collectively, the "Movants") for relief from the automatic stay in order to allow the action *Buus v. WaMu Pension Plan*, No. 07-903 (W.D. Wash.) (the "ERISA Litigation") to proceed.

1. Although JPMC does not take a position with respect to the merits of the Motion, JPMC respectfully submits this response to the Objection in order to address certain statements made in the Objection.

---

[1] Debtors in these Chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). Debtors continue to share their principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

2. Since the Receivership, JPMC has sought to ensure that employees covered by the WaMu Pension Plan (the "Pension Plan") — nearly all of whom were employees of WMB or its subsidiaries, and many of whom are now employed by JPMC — retain their benefits under the Plan. In that regard JPMC has sought through its adversary complaint in this Court, and in discussions with Debtors, to become the sponsor of the Pension Plan. In anticipation of sponsoring the Pension Plan, the record keeper of the Pension Plan (without objection by Debtors) recorded accruals from September 25, 2008 through June 30, 2009 on behalf of former WMB employees who were then employed by JPMC. Regardless of who ultimately sponsors the Pension Plan, however, JPMC has consistently asserted that liabilities of the Pension Plan, including pending litigation matters such as the ERISA Litigation, are liabilities of Debtors.

3. In the Objection, Debtors offer their position in the ongoing litigation with JPMC with respect to the Pension Plan in support of their opposition to the Motion. Specifically, Debtors claim that "WMI's participation and efforts in connection with the ERISA Litigation would be misplaced if this Court were to determine that JPMorgan should assume sponsorship of the Pension Plan and the corresponding liabilities, including the ERISA Litigation," and that "it would be in the best interests of the Debtors . . . if the ERISA Litigation were stayed until this Court has determined whether JPMorgan should assume sponsorship of the Pension Plan and the liabilities associated therewith[.]" (Obj. 20.)

4. Debtors' reliance on their position in the litigation with JPMC is misplaced. Even if JPMC were to accept the non-litigation obligations under the Pension Plan once its sponsorship and ownership of the associated assets were recognized, this does not necessarily imply that JPMC also is responsible for so-called "corresponding" liabilities of the

Pension Plan, including the ERISA Litigation. In fact, Debtors' own position explicitly contemplates that the two need not go hand in glove. *See* Objection at 6 ("the Debtors have contended that JPMorgan, under the terms of the P&A, assumed liability for the ERISA Litigation, independent of whether it ultimately assumes sponsorship of the Pension Plan").

Dated: December 10, 2009  
Wilmington, Delaware

LANDIS RATH & COBB LLP

Adam G. Landis (I.D. 3407)  
Matthew B. McGuire (I.D. 4366)  
919 Market Street Suite 1800  
Wilmington, DE 19899  
Tel: (302) 467-4400  
Fax: (302) 467-4450  
landis@lrclaw.com  
mcguire@lrclaw.com

– and –

Robert A. Sacks  
Hydee R. Feldstein  
SULLIVAN & CROMWELL LLP  
1888 Century Park East  
Los Angeles, California 90067  
Tel: (310) 712-6600  
Fax : (310) 712-8800  
sacksr@sullcrom.com  
feldsteinh@sullcrom.com

Bruce E. Clark  
Stacey R. Friedman  
SULLIVAN & CROMWELL LLP  
125 Broad Street  
New York, New York 10004  
Tel : (212) 558-4000  
Fax (212) 558-3588  
clarkb@sullcrom.com  
friedmans@sullcrom.com

*Counsel for JPMorgan Chase Bank, National Association*