UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| WASHINGTON MUTUAL, INC., *et al.*,[1] | : | |
| | | Case No. 08-12229 (MFW) |
| Debtors. | : | (Jointly Administered) |

**Related to Docket Entry # 2015**

## ORDER LIMITING NOTICE AND SHORTENING NOTICE RE: THE MOTION OF THE ACTING UNITED STATES TRUSTEE FOR AN ORDER DIRECTING THE DEBTORS TO PRODUCE A SORTABLE LIST OF EQUITY SECURITY HOLDERS

Upon consideration of the motion of the United States Trustee to limit and shorten notice (the "Motion to Limit/Shorten") of her motion directing the Debtors to produce a sortable list of equity security holders (the "Motion to Compel") and any response(s) to the Motion to Limit/Shorten, it is ORDERED that the Motion to Limit/Shorten is granted. A hearing on the Motion to Compel will be heard on **December 18, 2009 at 11:30 A.M.** in Courtroom #4, 824 North Market Street, Wilmington, Delaware 19801. Objections to the Motion to Compel may be made at or prior to the hearing.

BY THE COURT:

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

**Date: December 17, 2009**

---

[1] The Debtors in these cases, and the last four digits of each Debtor's federal tax identification numbers, are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.