IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                          :
*In re:*                                  :    Chapter 11
                                          :
**WASHINGTON MUTUAL, INC., <u>et al.</u>,**[1]   :    Case No. 08-12229 (MFW)
                                          :
                                          :    (Jointly Administered)
         **Debtors.**                     :
                                          :
---------------------------------------------------------------x

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 18, 2009 AT 11:30 A.M. (EST)

I. **CONTINUED MATTERS:**

1. Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1087; filed 5/29/09]

    Objection Deadline: June 22, 2009 at 4:00 p.m. (EDT)

    Objections/Responses Received:

    A. Schindler Family Trust's Response to Debtors' First Omnibus Objection to Claims [Docket No. 1190; filed 6/22/09]

    Related Documents:

    i. Amendment to Notice of Debtors' Omnibus Objections to Claims [Docket No. 1177; filed 6/18/09]

    ii. Notice of Submission of Proofs of Claims Relating to Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1292; filed 7/13/09]

    iii. Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1364; filed 7/22/09]

    iv. Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1368; filed 7/22/09]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

[2] **Amended/Added agenda items are noted in bold.**

v. Order Granting Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1469; filed 8/10/09]

vi. Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

Status: This matter has been adjourned until the hearing scheduled for January 20, 2010. The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit A.

2. Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1233; filed 6/26/09]

Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received: None.

Related Documents:

i. Notice of Submission of Proof of Claim Relating to Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1294; filed 7/13/09]

ii. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

iii. Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Objection to Claims [Docket No. 1366; filed 7/22/09]

iv. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

v. Order Granting Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1466; filed 8/10/09]

vi. Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

vii. Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

Status: This matter has been adjourned until the hearing scheduled for January 20, 2010. The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit B.

3. Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1234; filed 6/26/09]

2

Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Response by John S. Pereira as Chapter 11 Trustee of Maywood Capital Corp., et. al in Opposition to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1314; filed 7/15/09]

Related Documents:

i. Notice of Submission of Copies of Proofs of Claims Relating to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1295; filed 7/13/09]

ii. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

iii. Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Objection to Claims [Docket No. 1366; filed 7/22/09]

iv. Notice of Withdrawal re: Docket No. 1364 and 1365 [Docket No. 1367; filed 7/22/09]

v. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

vi. Declaration of Rishi Jain in Further Support of Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1388; filed 7/27/09]

vii. Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1467; filed 8/10/09]

viii. Debtors' Reply to Response and Opposition of MSG Media to Debtors' Sixth Omnibus Claims Objection [Docket No. 1482; filed 8/12/09]

ix. Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

x. Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

xi. Second Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1579; filed 9/3/09]

xii. Supplemental Briefing of MSG Media in Connection with Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1599; filed 9/9/09]

3

xiii. Debtors' Memorandum of Law in Further Support of Their Sixth Omnibus Objection to Claims with Respect to Proof of Claim Number 1841, Filed by MSG Media, A Division of Madison Square Garden, L.P. [Docket No. 1600; filed 9/9/09]

Status: This matter has been adjourned until the hearing scheduled for January 20, 2010. The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit C.

4. Plaintiffs' Buus et al. Motion for Relief from the Automatic Stay [Docket No. 1568; filed 9/1/09]

   Objection Deadline: October 21, 2009 at 4:00 p.m. (EDT); extended to January 11, 2010

   Objections/Responses Received:

   A. Debtors' Objection to Movants' Buus et al. Motion for Relief from the Automatic Stay [Docket No. 1942; filed 11/25/09

   B. Response of JPMorgan Chase Bank, National Association to Debtors' Objection to Movants' Buus et al. Motion for Relief from the Automatic Stay [Docket No. 1985; filed 12/10/09]

   Related Documents:

   i. Notice of Rescheduled Hearing on Motion [Docket No. 1944; filed 11/30/09]

   Status: The hearing on this matter is continued to the omnibus hearing scheduled for January 20, 2010 at 3:00 p.m.

5. Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1701; filed 10/7/09]

   Objection Deadline: October 21, 2009 at 4:00 p.m. (EDT)

   Objections/Responses Received:

   A. Objection of JPMorgan Chase Bank, N.A. to the Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1746; filed 10/21/09]

   Related Documents: None.

4

Status: This hearing on this matter is continued to the omnibus hearing scheduled for January 20, 2010 at 3:00 p.m.

6. Motion of the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, for an Order Modifying the Automatic Stay [Docket No. 1834; filed 11/4/09]

Objection Deadline: November 17, 2009 at 4:00 p.m. (EST)

Objections/Responses Received:

A. Debtors' Objection to Motion of the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, for an Order Modifying the Automatic Stay [Docket No. 1872; filed 11/11/09]

B. Statement of Bank Bondholders in Response to (1) Motion of the Federal Deposit Insurance Corporation for an Order Modifying the Automatic Stay and (2) the Debtors' Objection to the Motion [Docket No. 1896; filed 11/17/09]

C. JPMorgan Chase Bank, National Association's Response to Motion of the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, for an Order Modifying the Automatic Stay [Docket No. 1898; filed 11/17/09]

D. Objection of the Washington Mutual, Inc. Noteholders Group to the Motion of the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, for an Order Modifying the Automatic Stay and Joinder in the Debtors' Objection [Docket No. 1900; filed 11/17/09]

E. Reply of the FDIC-Receiver in Further Support of Its Motion for an Order Modifying the Automatic Stay [Docket No. 1951; filed 12/1/09]

Related Documents: None.

Status: This hearing on this matter is continued to the omnibus hearing scheduled for January 20, 2010 at 3:00 p.m.

## II. UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:

7. Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, for Approval of Stipulation and Agreement Between Washington Mutual, Inc. and The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee [Docket No. 1901; filed 11/17/09]

Objection Deadline: December 7, 2009 at 4:00 p.m. (EST)

Objections/Responses Received: None.

Related Documents:

i. Certification of No Objection Regarding Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, for Approval of Stipulation and Agreement Between Washington Mutual, Inc. and The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee [Docket No. 1986; filed 12/10/09]

Status: On December 10, 2009, the Debtors filed a certification of no objection with respect to this matter. Accordingly, no hearing on this matter is necessary unless the Court has additional questions or concerns.

8. Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, for Approval of Stipulation and Agreement Between Washington Mutual, Inc. and Law Debenture Trust Company of New York, as Identure Trustee [Docket No. 1902; filed 11/17/09]

Objection Deadline: December 7, 2009 at 4:00 p.m. (EST)

Objections/Responses Received: None.

Related Documents:

i. Certification of No Objection Regarding Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, for Approval of Stipulation and Agreement Between Washington Mutual, Inc. and Law Debenture Trust Company of New York, as Identure Trustee [Docket No. 1987; filed 12/10/09]

Status: On December 10, 2009, the Debtors filed a certification of no objection with respect to this matter. Accordingly, no hearing on this matter is necessary unless the Court has additional questions or concerns.

### III. UNCONTESTED MATTERS GOING FORWARD:

9. Debtors' Tenth Omnibus (Substantive) Objection to Claims [Docket No. 1664; filed 9/28/09]

Objection Deadline: October 16, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received: None.

Related Documents:

i. Notice of Submission of Proofs of Claims Relating to Debtors' Tenth Omnibus (Substantive) Objection to Claims [Docket No. 1719; filed 10/14/09]

ii. Order Granting Debtors' Tenth Omnibus (Substantive) Objection to Claims [Docket No. 1782; filed 10/21/09]

Status: The hearing on this matter is going forward with respect to the claim filed by Mann Realty (Claim No. 2911). At the request of Claimant's counsel, this matter was initially adjourned. No additional requests for an adjournment or responses have been filed with respect to Claim No. 2911 and, so, this matter will be proceeding uncontested  The individual status of each remaining claim subject to this matter is listed on the attached Exhibit D.

10. Debtors' Fifteenth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1910; filed 11/18/09]

Objection Deadline: December 7, 2009 at 4:00 p.m. (EST)

Objections/Responses Received: None.

Related Documents:

i. Notice of Withdrawal of Proof of Claim filed by ADT Security Services, Inc. [Docket No. 1948; filed 12/1/09]

Status: This hearing on this matter is going forward. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit F.

11. Debtors' Sixteenth Omnibus (Substantive) Objection to Claims [Docket No. 1911; filed 11/18/09]

Objection Deadline: December 7, 2009 at 4:00 p.m. (EST)

Objections/Responses Received: None.

Related Documents:

i. Notice of Submission of Claims [Docket No. 1958; filed 12/4/09]

Status: This hearing on this matter is going forward. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit G.

IV. **CONTESTED MATTER GOING FORWARD:**

12. Debtors' Fourteenth Omnibus (Non-Substantive) Objection to Claims [Docket No. 1909; filed 11/18/09]

Objection Deadline: December 7, 2009 at 4:00 p.m. (EST)

Objections/Responses Received:

A. Objection to Debtors' Fourteenth Omnibus (Non-Substantive) Objection to Claims filed by George Sims & Associates Inc. [Docket No. 1957; filed 11/30/09]

B. Response to Debtors' Fourteenth Omnibus (Non-Substantive) Objection to Claims filed by Robert Helsom [Docket No. 1963; filed 12/7/09]

C. Response to Debtors' Fourteenth Omnibus (Non-Substantive) Objection to Claims filed by Glenn A. Wearner [Docket No. 1965; filed 12/8/09]

D. Response to Debtors' Fourteenth Omnibus (Non-Substantive) Objection to Claims filed by Felix McCarthy [Docket No. 1966; filed 12/8/09]

Related Documents: None.

Status: This hearing on this matter is going forward. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit E.

## V. FEE APPLICATIONS:

13. See index attached as Exhibit H.

    Status: The hearing on the first and second interim fee applications will go forward. A hearing binder containing the applicable fee applications was submitted to the Court on December 14, 2009. The Debtors intend to present an omnibus form of order approving the applications at the hearing.

## VI. ADDITIONAL MOTION TO BE HEARD:

14. **Motion of the Acting United States Trustee for an Order Directing the Debtors to Produce A Sortable List of Equity Security Holders [Docket No. 2013; filed 12/16/09]**

    **Objection Deadline:** At the Hearing

    **Objections/Responses Received:** None.

    **Related Documents:** None.

    i. **Order Limiting Notice and Shortening Notice Re: the Motion of the Acting United States Trustee for an Order Directing the Debtors to Produce a Sortable List of Equity Security Holders [Docket No. 2016; filed 12/17/09]**

    Status: This hearing on this matter is going forward.

Dated: December 17, 2009  
Wilmington, Delaware

Respectfully submitted,

*[signature]*

Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Lee E. Kaufman (No. 4877)
Andrew C. Irgens (No. 5193)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*