# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x
                      :

*In re*                    :          **Chapter 11**

**WASHINGTON MUTUAL, INC., <u>et al.</u>,**[1]  :

                      :          **Case No. 08-12229 (MFW)**

                      :

      **Debtors.**         :          **(Jointly Administered)**

                      :
-------------------------------------------------------------x

## CERTIFICATION OF COUNSEL REGARDING
## <u>SCHEDULING OF OMNIBUS HEARING DATES</u>

The undersigned hereby certifies that the Court has provided the omnibus hearing

dates set forth on the proposed order attached hereto as <u>Exhibit A</u>.

Dated: December 23, 2009
       Wilmington, Delaware

                        _____

                        Mark D. Collins (No. 2981)
                        Chun I. Jang (No. 4790)
                        Andrew C. Irgens (No. 5193)
                        RICHARDS, LAYTON & FINGER, P.A.
                        One Rodney Square
                        920 North King Street
                        Wilmington, DE 19801
                        Telephone: (302) 651-7700
                        Facsimile: (302) 651-7701

                        – and –

---

[1]  The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
Michael F. Walsh, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR THE DEBTORS

# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
          :

*In re*              :       **Chapter 11**

**WASHINGTON MUTUAL, INC., <u>et al.</u>,**[1]  :

          :       **Case No. 08-12229 (MFW)**

          :

       **Debtors.**      :       **(Jointly Administered)**

          :

          :

------------------------------------------------------------x

## <u>ORDER SCHEDULING OMNIBUS HEARING DATES</u>

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following

omnibus hearing dates in the above-captioned case:

| <u>Date & Time</u> | <u>Location</u> |
|---|---|
| February 5, 2010 at 10:30 a.m. (EST) | U.S. Bankruptcy Court for the District of Delaware 824 North Market Street, 5th Floor, Courtroom 4 Wilmington, Delaware 19801 |
| March 4, 2010 at 11:30 a.m. (EST) | U.S. Bankruptcy Court for the District of Delaware 824 North Market Street, 5th Floor, Courtroom 4 Wilmington, Delaware 19801 |

Dated: _____, 2009
      Wilmington, Delaware

               _____
               THE HONORABLE MARY F. WALRATH
               UNITED STATE BANKRUPTCY JUDGE

------------------------------

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.