# EXHIBIT A

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY  10153

December 22, 2009
Invoice 347202
Page 2
Client #  710549

Matter #  164760

For services through November 30, 2009
relating to  Case Administration

| Date | Description | | Hours | Rate | Amount |
|------|-------------|--|-------|------|--------|
| 11/02/09 Paralegal | Maintain/organize original pleadings Rochelle I. Warren | | 0.50 hrs. | 90.00 | $45.00 |
| 11/03/09 Paralegal | Update critical dates calendar (.8); Circulate same (.1) Cathy M. Greer | | 0.90 hrs. | 195.00 | $175.50 |
| 11/05/09 Associate | Meet with C. Greer re: updating motion tracking chart. Julie A. Finocchiaro | | 0.20 hrs. | 230.00 | $46.00 |
| 11/06/09 Paralegal | Update critical dates Cathy M. Greer | | 0.20 hrs. | 195.00 | $39.00 |
| 11/08/09 Paralegal | Update critical dates calendar Cathy M. Greer | | 0.50 hrs. | 195.00 | $97.50 |
| 11/09/09 Paralegal | Maintain/organize original pleadings Rochelle I. Warren | | 0.60 hrs. | 90.00 | $54.00 |
| 11/10/09 Paralegal | Maintain/organize original pleadings Rochelle I. Warren | | 1.30 hrs. | 90.00 | $117.00 |
| 11/11/09 Paralegal | Maintain/organize original pleadings Rochelle I. Warren | | 0.60 hrs. | 90.00 | $54.00 |
| 11/13/09 Paralegal | Maintain/organize original pleadings Rochelle I. Warren | | 0.40 hrs. | 90.00 | $36.00 |
| 11/17/09 Paralegal | Circulate docket Cathy M. Greer | | 0.20 hrs. | 195.00 | $39.00 |
| 11/19/09 Paralegal | Circulate docket Cathy M. Greer | | 0.30 hrs. | 195.00 | $58.50 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

December 22, 2009
Invoice 347202

Page 3

Client #  710549

Matter # 164760

| 11/23/09 | Circulate docket | | | |
|----------|------------------|-----------|--------|--------|
| Paralegal | Cathy M. Greer | 0.20 hrs. | 195.00 | $39.00 |

Total Fees for Professional Services | $800.50

TOTAL DUE FOR THIS INVOICE | **$800.50**
BALANCE BROUGHT FORWARD | $2,964.50

**TOTAL DUE FOR THIS MATTER** | **$3,765.00**

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

December 22, 2009
Invoice 347202

Page 4

Client # 710549

Matter # 164760

For services through November 30, 2009

relating to Executory Contracts/Unexpired Leases

| | | | | |
|---|---|---|---|---|
| 11/03/09 | Meeting with C. Greer re: certifications of no objection re: executory contract rejection notices (.1); Review same for filing (.1) | | | |
| Associate | Andrew C. Irgens | 0.20 hrs. | 230.00 | $46.00 |
| 11/03/09 | Review docket and update rejection notices chart (.5); Prepare certificate of no objection re: rejection notice (.2); File same (.2); Prepare additional certificate of no objection re: rejection notice (.2); File same (.2) | | | |
| Paralegal | Cathy M. Greer | 1.30 hrs. | 195.00 | $253.50 |
| 11/04/09 | File affidavit of service of T. Kelsey re: notice of rejection contract | | | |
| Paralegal | Cathy M. Greer | 0.20 hrs. | 195.00 | $39.00 |
| 11/05/09 | File affidavit of service of C. Lara re motion to enter into stipulation re: rejection of contracts with Systemware (.2); File affidavit of service of C. Lara re: notice of rejection of executory contracts (.2); File affidavit of service of C. Lara re: order approving rejection of executory contracts (.2); File affidavit of service of C. Lara re: notice of rejection of executory contracts (.2) | | | |
| Paralegal | Cathy M. Greer | 0.80 hrs. | 195.00 | $156.00 |

Total Fees for Professional Services    $494.50

TOTAL DUE FOR THIS INVOICE    **$494.50**

BALANCE BROUGHT FORWARD    $845.80

**TOTAL DUE FOR THIS MATTER**    **$1,340.30**

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

December 22, 2009
Invoice 347202
Page 5

Client # 710549

Matter # 164760

For services through November 30, 2009
relating to Automatic Stay/Adequate Protection

| | | | | |
|---|---|---|---|---|
| 11/06/09 | Email correspondence with C. Jang re: Buus stay relief motion | | | |
| Associate | Andrew C. Irgens | 0.10 hrs. | 230.00 | $23.00 |
| 11/11/09 | Review objection to FDIC motion for modification of automatic stay | | | |
| Associate | Chun I. Jang | 0.30 hrs. | 300.00 | $90.00 |
| 11/20/09 | Phone call to chambers re: hearing for Buus stay relief motion (.1); Review docket for notice of hearing (.1) | | | |
| Paralegal | Cathy M. Greer | 0.20 hrs. | 195.00 | $39.00 |
| 11/20/09 | Email correspondence with K. Rodden and B. Rosen re scheduling of Buus stay relief motion | | | |
| Associate | Chun I. Jang | 0.20 hrs. | 300.00 | $60.00 |
| 11/25/09 | Email correspondence with M. Curro re: objection to Buus stay relief motion (.1); Review objection to Buus stay relief motion (.2); Review and revise same (.2) | | | |
| Associate | Andrew C. Irgens | 0.50 hrs. | 230.00 | $115.00 |
| 11/25/09 | Finalize and file debtors' objection to Buus motion for relief from automatic stay (.3); Coordinate service of same (.1); Circulate same (.1) | | | |
| Paralegal | Cathy M. Greer | 0.50 hrs. | 195.00 | $97.50 |
| 11/25/09 | Review objection to Buus stay relief motion | | | |
| Associate | Chun I. Jang | 0.30 hrs. | 300.00 | $90.00 |
| 11/30/09 | Email correspondence with C. Jang re: Buus Stay relief motion (.1); Research on docket re: stay relief motion (.3); Draft notice of rescheduled hearing on same (.2) | | | |
| Associate | Andrew C. Irgens | 0.60 hrs. | 230.00 | $138.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

December 22, 2009
Invoice 347202
Page 6
Client #  710549

Matter # 164760

| 11/30/09 | File notice of rescheduled hearing re: Buus automatic stay motion (.2); Coordinate service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 0.30 hrs. | 195.00 | $58.50 |
| 11/30/09 | Email A. Irgens re Buus stay relief motion | | | |
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |

Total Fees for Professional Services            $741.00

TOTAL DUE FOR THIS INVOICE            **$741.00**
BALANCE BROUGHT FORWARD            $321.40

**TOTAL DUE FOR THIS MATTER**            **$1,062.40**

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY  10153

December 22, 2009
Invoice 347202
Page 7

Client #  710549

Matter #  164760

For services through November 30, 2009
relating to  Plan of Reorganization/Disclosure Statement

| 11/04/09 | File affidavit of service of T. Kelsey re: debtors' fourth motion to extend exclusive periods | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 0.20 hrs. | 195.00 | $39.00 |
| 11/10/09 | Review certification of no objection re: motion to extend exclusive periods for filing | | | |
| Associate | Andrew C. Irgens | 0.10 hrs. | 230.00 | $23.00 |
| 11/10/09 | Prepare certificate of no objection re: debtors' fourth motion extending exclusive periods (.2); File same (.2) | | | |
| Paralegal | Cathy M. Greer | 0.40 hrs. | 195.00 | $78.00 |
| 11/20/09 | Research re: plan classifications | | | |
| Associate | Andrew C. Irgens | 0.10 hrs. | 230.00 | $23.00 |
| 11/23/09 | Review order extending exclusive date to file plan | | | |
| Associate | Andrew C. Irgens | 0.10 hrs. | 230.00 | $23.00 |
| 11/23/09 | Coordinate service of order extending exclusive periods | | | |
| Paralegal | Cathy M. Greer | 0.10 hrs. | 195.00 | $19.50 |
| 11/24/09 | Circulate fourth order extending exclusive periods to file plan | | | |
| Paralegal | Cathy M. Greer | 0.10 hrs. | 195.00 | $19.50 |

Total Fees for Professional Services  $225.00

TOTAL DUE FOR THIS INVOICE  **$225.00**

BALANCE BROUGHT FORWARD  $476.10

**TOTAL DUE FOR THIS MATTER**  **$701.10**

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

December 22, 2009
Invoice 347202
Page 8
Client # 710549

Matter # 164760

For services through November 30, 2009
relating to Use, Sale of Assets

| | | | | |
|---|---|---|---|---|
| 11/03/09 | Call with K. Rodden re: HFA Trust briefing (.1); Discussion with P. Heath re: same (.1); Call with K. Rodden re: same (.1) | | | |
| Associate | Chun I. Jang | 0.30 hrs. | 300.00 | $90.00 |
| 11/04/09 | File affidavit of service of T. Kelsey re: motion of debtors to reopen record and authorizing debtors to supplement evidence re trust assets (.2); File affidavit of service of T. Kelsey re: motion to approve procedures for sale of intellectual property (.2) | | | |
| Paralegal | Cathy M. Greer | 0.40 hrs. | 195.00 | $78.00 |
| 11/05/09 | File affidavit of service of C. Lara re: motion authorizing but not directing WaMu to exercise ownership rights re: trust assets (.2); File supplemental affidavit of service of C. Lara re: motion authorizing but not directing WaMu to exercise ownership rights re: trust assets (.2) | | | |
| Paralegal | Cathy M. Greer | 0.40 hrs. | 195.00 | $78.00 |
| 11/06/09 | Research objection to HFA trust motion | | | |
| Associate | Andrew C. Irgens | 0.30 hrs. | 230.00 | $69.00 |
| 11/06/09 | E-mail correspondence with K. Rodden re: scheduling of HFA Trust motion (.2); Telephone call with K. Rodden re: same (.2) | | | |
| Associate | Chun I. Jang | 0.40 hrs. | 300.00 | $120.00 |
| 11/10/09 | Research on docket re: HFA trust motion and related briefing | | | |
| Associate | Andrew C. Irgens | 0.30 hrs. | 230.00 | $69.00 |
| 11/13/09 | Review emails from K. Rodden and J. Bakker re: HFA Trust motion scheduling | | | |
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY  10153

December 22, 2009
Invoice 347202

Page 9

Client #  710549

Matter # 164760

| | | | | |
|---|---|---|---|---|
| 11/16/09 | Call with K. Rodden re scheduling issues re HFA Trust motion (.1); Conference call with chambers re scheduling of HFA hearings (.2) | | | |
| Associate | Chun I. Jang | 0.30 hrs. | 300.00 | $90.00 |
| 11/17/09 | Call with chambers re scheduling of HFA trust motion issues | | | |
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |
| 11/19/09 | Email with K. Rodden re: reply to objection to reopen the record re: HFA trust motion (.1); Review and revise same for filing (.6); Email with K. Rodden and C. Greer re: service of same (.1) | | | |
| Associate | Andrew C. Irgens | 0.80 hrs. | 230.00 | $184.00 |
| 11/19/09 | Revisions to debtors' reply to plan participants re debtors' motion to reopen record re trusts (.2); Finalize and file same (.3); Coordinate service of same (.1); Circulate same (.1) | | | |
| Paralegal | Cathy M. Greer | 0.70 hrs. | 195.00 | $136.50 |

Total Fees for Professional Services     $974.50

TOTAL DUE FOR THIS INVOICE               **$974.50**
BALANCE BROUGHT FORWARD                   $3,670.30

**TOTAL DUE FOR THIS MATTER**            **$4,644.80**

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

December 22, 2009
Invoice 347202
Page 10
Client # 710549

Matter # 164760

For services through November 30, 2009
relating to Claims Administration

| 10/26/09 | Research on docket and system re: COCs for Second Order of Fifth Objection and Third Order for Sixth Objection | | | |
|---|---|---|---|---|
| Associate | Julie A. Finocchiaro | 1.00 hrs. | 230.00 | $230.00 |
| 11/03/09 | Review entered orders re: claims objections | | | |
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |
| 11/04/09 | Email with M. Curro re: filing of 9019 motions re: Indenture Trust claim settlements (.1); Meeting with C. Jang and J. Finnochiaro re: 9019 motions (.1); Phone call with M. Curro re: same (.1) | | | |
| Associate | Andrew C. Irgens | 0.30 hrs. | 230.00 | $69.00 |
| 11/04/09 | File affidavit of service of T. Kelsey re: debtors' tenth omnibus objection to claims (.2); File affidavit of service of T. Kelsey re: debtors' eleventh omnibus objection to claims (.2); File affidavit of service of T. Kelsey re: debtors' memorandum of law in support of their sixth omnibus objection to claims (.2) | | | |
| Paralegal | Cathy M. Greer | 0.60 hrs. | 195.00 | $117.00 |
| 11/06/09 | Review proposed scheduling order re: contested claim proceedings (.3); Research on docket re: status of omnibus claim orders (.2) | | | |
| Associate | Andrew C. Irgens | 0.50 hrs. | 230.00 | $115.00 |
| 11/06/09 | Review email from M. Curro re: scheduling order for employee claims | | | |
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |
| 11/09/09 | Email with M. Curro re: scheduling order for contested claim matters (.1); Research on chambers website re: Walrath scheduling order forms (.1); Research on docket re: examples of scheduling orders (.4); Phone calls (x2) with M. Curro re: same (.2) | | | |
| Associate | Andrew C. Irgens | 0.80 hrs. | 230.00 | $184.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

December 22, 2009
Invoice 347202
Page 11
Client # 710549

Matter # 164760

---

| 11/12/09 | Email correspondence with M. Curro re: scheduling order re: employee claims (.1); Prepare same for filing (.3); Draft coc re: same for filing (.4) | | | |
|---|---|---|---|---|
| Associate | Andrew C. Irgens | 0.80 hrs. | 230.00 | $184.00 |

| 11/12/09 | Efile certification of counsel re: employee claims (.2); Coordinate delivery to Judge's chambers (.1) | | | |
|---|---|---|---|---|
| Paralegal | Tracy Allen | 0.30 hrs. | 195.00 | $58.50 |

| 11/16/09 | Email correspondence with M. Curro re: scheduling order re: contested employee claims | | | |
|---|---|---|---|---|
| Associate | Andrew C. Irgens | 0.10 hrs. | 230.00 | $23.00 |

| 11/17/09 | Draft notice of New York Mellon 9019 motion (.1); Efile and serve same (.2); Draft notice of Law Debenture Trust 9019 motion (.1); Efile and serve same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Aja E. McDowell | 0.60 hrs. | 195.00 | $117.00 |

| 11/17/09 | Email with M. Curro re: 9019 motions re: claim settlements (.1); Review, revise and finalize 9019 motion re: settlement of Bank of New York claims (.8); Meeting with C. Samis re: same (.1); Phone call with M. Curro re: same (.1); Review, revise and finalize 9019 motion re: Debenture trust company claims settlement for filing (.6); Meeting with A. McDowell re: service of same (.1); Review notices of 9019 motions re: same (.2) | | | |
|---|---|---|---|---|
| Associate | Andrew C. Irgens | 2.00 hrs. | 230.00 | $460.00 |

| 11/17/09 | Email correspondence with A. Irgens re 9019 motion for claim settlement | | | |
|---|---|---|---|---|
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

December 22, 2009
Invoice 347202
Page 12
Client # 710549

Matter # 164760

| 11/18/09 | Revise exhibits to 15th and 16th omnibus claim objections (.7); Draft general and specific notices for omnibus claim objections (.5); Discussions with C. Jang and M. Curro re: strategy re: 14th omnibus claims objection (.3); Email correspondence with C. Greer re: service of omnibus claim objections (.1); Email correspondence with M. Curro re: exhibits to omnibus claim objection (.1); Email correspondence with M. Curro re: omnibus claim objections (.1); Review and revise 14th omnibus claims objection (.8); Review and revise 15th omnibus claims objection (.8); Review and revise 16th omnibus claims objection (.6) | | | |
|---|---|---|---|---|
| Associate | Andrew C. Irgens | 4.00 hrs. | 230.00 | $920.00 |
| | | | | |
| 11/18/09 | Assist with preparation and filing of sixteenth omnibus objection to claims (.5); Coordinate service of same (.1); Assist with preparation and filing of fourteenth omnibus objection to claims (.5); Coordinate service re: same (.1); Assist with preparation and filing of fifteenth omnibus objection to claims (.5); Coordinate service of sam e(.1) | | | |
| Paralegal | Cathy M. Greer | 1.80 hrs. | 195.00 | $351.00 |
| | | | | |
| 11/23/09 | Email to KCC re: claims binders for December omnibus hearing (.1); Circulate scheduling order re: hearing on employee claims (.1) | | | |
| Paralegal | Cathy M. Greer | 0.20 hrs. | 195.00 | $39.00 |
| | | | | |
| 11/24/09 | Emails from M. Curro re: service of scheduling order re: employee claims (.1); Email from A. Irgens re: same (.1); Email from C. Lara re: same (.1); Coordinate service of scheduling order re: employee claims (.1) | | | |
| Paralegal | Cathy M. Greer | 0.40 hrs. | 195.00 | $78.00 |
| | | | | |
| 11/25/09 | Attention to voice mail from M Bloom re: 14th omnibus objection | | | |
| Associate | Andrew C. Irgens | 0.10 hrs. | 230.00 | $23.00 |
| | | | | |
| 11/30/09 | Call with M. Gavish re claim in 14th Omnibus Objection | | | |
| Associate | Chun I. Jang | 0.30 hrs. | 300.00 | $90.00 |

Total Fees for Professional Services $3,148.50

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY  10153

December 22, 2009
Invoice 347202

Page 13

Client #  710549

Matter # 164760

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$3,148.50** |
| BALANCE BROUGHT FORWARD | $8,865.30 |
| **TOTAL DUE FOR THIS MATTER** | **$12,013.80** |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

December 22, 2009
Invoice 347202
Page 14

Client # 710549

Matter # 164760

For services through November 30, 2009
relating to Court Hearings

| | | | | |
|---|---|---|---|---|
| 11/03/09 | Phone call to Court to obtain omnibus hearing dates (.1); Prepare certification of counsel re: same (.2); File certification of counsel re: omnibus hearing dates (.2); Coordinate submission to chambers re: same (.1) | | | |
| Paralegal | Cathy M. Greer | 0.60 hrs. | 195.00 | $117.00 |
| 11/03/09 | Conference with C. Jang re: hearing issue | | | |
| Director | Paul N. Heath | 0.20 hrs. | 525.00 | $105.00 |
| 11/04/09 | File affidavit of service of T. Kelsey re: Agenda for 10/22/09 hearing (.2); File affidavit of service of T. Kelsey re: Agenda for 9/25/09 hearing (.2) | | | |
| Paralegal | Cathy M. Greer | 0.40 hrs. | 195.00 | $78.00 |
| 11/04/09 | Email J. Truong re: interim fee hearing | | | |
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |
| 11/05/09 | File affidavit of service of C. Lara re: amended agenda for 5/20/09 hearing (.2); File affidavit of service of C. Lara re: amended agenda for 5/20/09 hearing (.2) | | | |
| Paralegal | Cathy M. Greer | 0.40 hrs. | 195.00 | $78.00 |
| 11/10/09 | Review and revise proposed agenda | | | |
| Associate | Andrew C. Irgens | 0.20 hrs. | 230.00 | $46.00 |
| 11/10/09 | Prepare agenda for 11/24/09 hearing (1.0); Email to B. Finestone re: adversary matters (.1) | | | |
| Paralegal | Cathy M. Greer | 1.10 hrs. | 195.00 | $214.50 |
| 11/10/09 | Discussion with C. Greer re 11/24 hearing agenda | | | |
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

December 22, 2009
Invoice 347202
Page 15

Client # 710549

Matter # 164760

| 11/12/09 | Review 10/28 hearing transcript | | | |
| Associate | Chun I. Jang | 0.20 hrs. | 300.00 | $60.00 |

| 11/17/09 | Revise agenda for 11/24/09 hearing (1.5); Circulate same (.1); Email to B. Finestone re: same (.1) | | | |
| Paralegal | Cathy M. Greer | 1.70 hrs. | 195.00 | $331.50 |

| 11/17/09 | Review emails re 11/24 hearing | | | |
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |

| 11/18/09 | Update agenda for 11/24/09 hearing (.5); Circulate same (.1) | | | |
| Paralegal | Cathy M. Greer | 0.60 hrs. | 195.00 | $117.00 |

| 11/18/09 | Call with K. Rodden re 11/24 hearing (x2) | | | |
| Associate | Chun I. Jang | 0.20 hrs. | 300.00 | $60.00 |

| 11/19/09 | Review and revise 11/24 agenda (.2); Email with C. Greer re: revisions to 11/24 agenda (.1) | | | |
| Associate | Andrew C. Irgens | 0.30 hrs. | 230.00 | $69.00 |

| 11/19/09 | Revise agenda for 11/24/09 hearing (.3);Circulate same (.1); Prepare hearing binders for 11/24/09 hearing (1.5); Further revisions to 11/24/09 agenda (.2); Circulate same (.1); Further revisions to agenda for 11/24/09 hearing (.2) | | | |
| Paralegal | Cathy M. Greer | 2.40 hrs. | 195.00 | $468.00 |

| 11/20/09 | Phone call with C. Jang re: 11/24 agenda (.1); Meeting with C. Greer re: hearing binders for 11/24 agenda (.1); Revise 11/24 hearing binders (.2) | | | |
| Associate | Andrew C. Irgens | 0.40 hrs. | 230.00 | $92.00 |

| 11/20/09 | Revise agenda for 11/24/09 hearing (.2); Circulate same (.1); File agenda for 11/24/09 hearing (.2); Coordinate submission to chambers re: same (.1); Coordinate service of same (.1); Circulate same (.1) | | | |
| Paralegal | Cathy M. Greer | 0.80 hrs. | 195.00 | $156.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY  10153

December 22, 2009
Invoice 347202
Page 16
Client #  710549

Matter # 164760

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/20/09 | Call with A. Irgens re agenda for 11/24 hearing (.1); Review agenda for 11/24 hearing (.1) | | | |
| Associate | Chun I. Jang | 0.20 hrs. | 300.00 | $60.00 |
| 11/23/09 | Email correspondence with K. Rodden and C. Greer re: preparations for 11/24 hearing (.1); Meeting with V. Lockman re: preparation for 11/24 hearing (.1) | | | |
| Associate | Andrew C. Irgens | 0.20 hrs. | 230.00 | $46.00 |
| 11/23/09 | Revise hearing binders for 11/24/09 hearing | | | |
| Paralegal | Cathy M. Greer | 0.20 hrs. | 195.00 | $39.00 |
| 11/23/09 | Preparation for hearing scheduled for 11/24/09 | | | |
| Director | Mark D. Collins | 1.20 hrs. | 675.00 | $810.00 |
| 11/24/09 | Email correspondence with M. Curro re: materials for 11/24 hearing (.1); Prepare materials re: SCOPE and Zurich settlements for B. Rosen's review re: 11/24 hearing (.3); Meeting with C. Jang and B. Rosen re: preparation for 11/24 hearing (.1); Meeting with C. Greer re: 11/24 hearing preparations (.1) | | | |
| Associate | Andrew C. Irgens | 0.60 hrs. | 230.00 | $138.00 |
| 11/24/09 | Provide support to co-counsel re: preparation for 11/24/09 hearing (1.5); Order transcript of 11/24/09 hearing (.1); Prepare order for 11/24/09 hearing (.2) | | | |
| Paralegal | Cathy M. Greer | 1.80 hrs. | 195.00 | $351.00 |
| 11/24/09 | Discussion with M. Collins re 11/24 hearing (.1); Discussion with M. Collins re results from 11/24 hearing (.1) | | | |
| Associate | Chun I. Jang | 0.20 hrs. | 300.00 | $60.00 |
| 11/24/09 | Preparation for and attendance at omnibus hearing | | | |
| Director | Mark D. Collins | 1.60 hrs. | 675.00 | $1,080.00 |
| 11/25/09 | Email correspondence with V. Lockman re: 12/2 hearing | | | |
| Associate | Andrew C. Irgens | 0.10 hrs. | 230.00 | $23.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

December 22, 2009
Invoice 347202

Page 17

Client # 710549

Matter # 164760

| | |
|---|---|
| Total Fees for Professional Services | $4,689.00 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$4,689.00** |
| BALANCE BROUGHT FORWARD | $19,732.80 |
| **TOTAL DUE FOR THIS MATTER** | **$24,421.80** |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

December 22, 2009
Invoice 347202

Page 18

Client # 710549

Matter # 164760

For services through November 30, 2009
relating to Schedules/SOFA/U.S. Trustee Reports

| 11/04/09 | Attention to original signature page re: monthly operating report | | | |
|---|---|---|---|---|
| Associate | Andrew C. Irgens | 0.10 hrs. | 230.00 | $23.00 |
| 11/04/09 | File affidavit of service of T. Kelsey re: August monthly operating report | | | |
| Paralegal | Cathy M. Greer | 0.20 hrs. | 195.00 | $39.00 |
| 11/30/09 | Email correspondence with M. Curro re: 1/28 continuation of 341 recording (.1); Research on system re: same (.2); Review MOR for filing (.3); Email correspondence (x2) with M. Curro re: recording of continued 341 hearing (.2) | | | |
| Associate | Andrew C. Irgens | 0.80 hrs. | 230.00 | $184.00 |
| 11/30/09 | Preparation of October monthly operating report (.2); File same (.2); Serve out same (.1) | | | |
| Paralegal | Cathy M. Greer | 0.50 hrs. | 195.00 | $97.50 |

Total Fees for Professional Services     $343.50

TOTAL DUE FOR THIS INVOICE     **$343.50**

BALANCE BROUGHT FORWARD     $266.00

**TOTAL DUE FOR THIS MATTER**     **$609.50**

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY  10153

December 22, 2009
Invoice 347202
Page 19

Client #  710549

Matter # 164760

For services through November 30, 2009
relating to  Litigation/Adversary Proceedings

| 11/06/09 | Review amended Youklesone complaint (.3); Review bankruptcy rules 7012 and 7016 re: time to respond to amended complaint (.2); Review opinion granting motion to dismiss first complaint (.2) | | | |
|---|---|---|---|---|
| Associate | Andrew C. Irgens | 0.70 hrs. | 230.00 | $161.00 |
| 11/06/09 | Circulate Youkelsone amended complaint | | | |
| Paralegal | Cathy M. Greer | 0.10 hrs. | 195.00 | $19.50 |
| 11/06/09 | Call with T. Kaufman re: litigation issues (.1); Email correspondence with Weil team re: Youkelsone amended complaint (.1) | | | |
| Associate | Lee Kaufman | 0.20 hrs. | 275.00 | $55.00 |
| 11/11/09 | Email with C. Jang re: objection to FDIC setoff motion (.1); Review setoff objection (.4); Review updated objection re: same (.3); Email (x2) with N. Lapinski and B. Finestone re: revisions to same (.2) | | | |
| Associate | Andrew C. Irgens | 1.00 hrs. | 230.00 | $230.00 |
| 11/11/09 | Call with J. Esposito (Hunt & Williams) re litigation matter | | | |
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |
| 11/19/09 | Email correspondence with K. Rodden re mediation between Committee and JPMorgan (.1); Email correspondence with N. Lapinksi re mediation between Committee and JPMorgan (.1) | | | |
| Associate | Chun I. Jang | 0.20 hrs. | 300.00 | $60.00 |
| 11/23/09 | Email correspondence (x2) with M. Curro re: scheduling order re: contested employee claims (.1); Email correspondence with C. Lara (x2) re: service of same (.1); Review response and reply materials re: motion to reopen the record going forward at 11/24 hearing (.1); Review order scheduling employee claim objection adversarial proceedings (.1) | | | |
| Associate | Andrew C. Irgens | 0.40 hrs. | 230.00 | $92.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

December 22, 2009
Invoice 347202
Page 20

Client # 710549

Matter # 164760

| 11/24/09 | Meeting with C. Greer re: service info re: contested employee claims (.1); Email correspondence with M. Curro re: same (.1) | | | |
| Associate | Andrew C. Irgens | 0.20 hrs. | 230.00 | $46.00 |
| | | | | |
| 11/24/09 | Research service issue re: Youkelsone amended complaint | | | |
| Paralegal | Cathy M. Greer | 0.10 hrs. | 195.00 | $19.50 |
| | | | | |
| 11/24/09 | Review local rules re: answer deadline re: Youkelsone complaint (.3); Email correspondence with B. Benfield re: same (.1) | | | |
| Associate | Lee Kaufman | 0.40 hrs. | 275.00 | $110.00 |

Total Fees for Professional Services     $823.00

| TOTAL DUE FOR THIS INVOICE | **$823.00** |
| BALANCE BROUGHT FORWARD | $4,242.50 |
| **TOTAL DUE FOR THIS MATTER** | **$5,065.50** |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY  10153

December 22, 2009
Invoice 347202
Page 21
Client #  710549

Matter # 164760

For services through November 30, 2009

relating to  Retention of Others

| | | | | |
|---|---|---|---|---|
| 11/04/09 | File affidavit of service of T. Kelsey re: second supplemental declaration of B. Ostrager of Simpson Thacher re: STB retention | | | |
| Paralegal | Cathy M. Greer | 0.20 hrs. | 195.00 | $39.00 |
| 11/05/09 | File affidavit of service of C. Lara re: notice of filing of supplemental ordinary course professional (.2); File affidavit of service of C. Lara re: order approving Quinn Emanuel retention (.2) | | | |
| Paralegal | Cathy M. Greer | 0.40 hrs. | 195.00 | $78.00 |
| 11/17/09 | Call with R. Sharma re: Grant Thornton retention | | | |
| Associate | Lee Kaufman | 0.10 hrs. | 275.00 | $27.50 |

Total Fees for Professional Services     $144.50

TOTAL DUE FOR THIS INVOICE     **$144.50**

BALANCE BROUGHT FORWARD     $478.80

**TOTAL DUE FOR THIS MATTER**     **$623.30**

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

December 22, 2009
Invoice 347202
Page 22

Client #  710549

Matter #  164760

For services through November 30, 2009
relating to  RLF Fee Application

| Date | Description | | | |
|---|---|---|---|---|
| 11/04/09 | Email with C. Jang and J. Truoung re: September monthly fee app (.1); Research on docket re: same (.1) | | | |
| Associate | Andrew C. Irgens | 0.20 hrs. | 230.00 | $46.00 |
| 11/04/09 | File affidavit of service of T. Kelsey re: RLF eleventh fee application | | | |
| Paralegal | Cathy M. Greer | 0.20 hrs. | 195.00 | $39.00 |
| 11/04/09 | Email J. Truong re: RLF fee estimate (.1); Review email from J. Truong re: September fee application (.1); Review email from A. Irgens re: September fee application (.1) | | | |
| Associate | Chun I. Jang | 0.30 hrs. | 300.00 | $90.00 |
| 11/05/09 | Meeting with C. Jang re: notice of withdrawal re: RLF fee application (.1); Research on docket re: RLF fee application (.1); Review notice of withdrawal re: RLF fee application for filing (.1) | | | |
| Associate | Andrew C. Irgens | 0.30 hrs. | 230.00 | $69.00 |
| 11/05/09 | Prepare notice of withdrawal re: RLF fourteenth fee application (.2); File same (.2) | | | |
| Paralegal | Cathy M. Greer | 0.40 hrs. | 195.00 | $78.00 |
| 11/13/09 | Prepare RLF third interim fee application (.3); File same (.2); Coordinate service of same (.1) | | | |
| Paralegal | Cathy M. Greer | 0.60 hrs. | 195.00 | $117.00 |
| 11/14/09 | Review RLF October bill memo | | | |
| Paralegal | Cathy M. Greer | 1.00 hrs. | 195.00 | $195.00 |
| 11/17/09 | Review and revise RLF bill memo | | | |
| Associate | Andrew C. Irgens | 0.70 hrs. | 230.00 | $161.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

December 22, 2009
Invoice 347202
Page 23

Client #  710549

Matter # 164760

| 11/18/09 | Prepare certificate of no objection re: RLF September fee application | | | |
| Paralegal | Cathy M. Greer | 0.20 hrs. | 195.00 | $39.00 |
| 11/20/09 | Meeting with C. Jang re: status of RLF fee application | | | |
| Associate | Andrew C. Irgens | 0.10 hrs. | 230.00 | $23.00 |
| 11/23/09 | File certification of no objection re: RLF twelfth fee application | | | |
| Paralegal | Cathy M. Greer | 0.20 hrs. | 195.00 | $39.00 |
| 11/29/09 | Prepare RLF October fee application (.5); Prepare notice re: same (.2) | | | |
| Paralegal | Cathy M. Greer | 0.70 hrs. | 195.00 | $136.50 |
| 11/30/09 | Review and revise RLF fee application | | | |
| Associate | Andrew C. Irgens | 0.30 hrs. | 230.00 | $69.00 |
| 11/30/09 | File and Serve Thirteenth Monthly Fee Application of RLF | | | |
| Paralegal | Tracy A. Cameron | 0.20 hrs. | 195.00 | $39.00 |

Total Fees for Professional Services $1,140.50

**TOTAL DUE FOR THIS INVOICE** **$1,140.50**

BALANCE BROUGHT FORWARD $1,932.70

**TOTAL DUE FOR THIS MATTER** **$3,073.20**

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

December 22, 2009
Invoice 347202
Page 24
Client # 710549

Matter # 164760

For services through November 30, 2009
relating to Fee Application of Others

| 11/02/09 | Email with J. Finnochiaro and C. Greer re: PWC fee app | | | |
|---|---|---|---|---|
| Associate | Andrew C. Irgens | 0.10 hrs. | 230.00 | $23.00 |

| 11/02/09 | Finalize and file PricewaterhouseCoopers seventh fee application (.3); Coordinate service of same (.1); Email same to A. Clark (.1) | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 0.50 hrs. | 195.00 | $97.50 |

| 11/02/09 | PricewaterhouseCooper 7th Fee application review and revise(.3); Prepare notice for PWC 7th fee application (.2). | | | |
|---|---|---|---|---|
| Associate | Julie A. Finocchiaro | 0.50 hrs. | 230.00 | $115.00 |

| 11/04/09 | Review CP Energy interim fee application for filing | | | |
|---|---|---|---|---|
| Associate | Andrew C. Irgens | 0.10 hrs. | 230.00 | $23.00 |

| 11/04/09 | File affidavit of service of T. Kelsey re: Miller & Chevalier ninth fee application (.2); File affidavit of service of T. Kelsey re: re CP Energy fifth fee application (.2); File affidavit of service of T. Kelsey re: Grant Thornton eighth fee application (.2); File affidavit of service of T. Kelsey re: Davis Wright tenth fee application (.2); File affidavit of service of T. Kelsey re: PricewaterhouseCoopers sixth fee application (.2); File affidavit of service of T. Kelsey re: Bingham McCutchen ninth fee application (.2); File affidavit of service of T. Kelsey re: Perkins Coie tenth fee application (.2); File affidavit of service of T. Kelsey re: Gibson Dunn tenth fee application (.2); File affidavit of service of T. Kelsey re: John Wolfe ninth fee application (.2); File affidavit of service of T. Kelsey re: Weil Gotshal seventh fee application (.2) | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 2.00 hrs. | 195.00 | $390.00 |

| 11/04/09 | File second interim fee application of CP Energy (.2); Coordinate service of same (.1); Email same to S. Prevost (.1) | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 0.40 hrs. | 195.00 | $78.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

December 22, 2009
Invoice 347202
Page 25
Client #  710549

Matter # 164760

| | | | | |
|---|---|---|---|---|
| 11/04/09 | Email to fee professionals re: third interim fee application deadline | | | |
| Paralegal | Cathy M. Greer | 0.10 hrs. | 195.00 | $19.50 |
| 11/05/09 | File affidavit of service of C. Lara re: Alvarez & Marsal monthly fee application (.2); File affidavit of service of C. Lara re: Grant Thornton fourth fee application (.2); File affidavit of service of C. Lara re: order approving rejection of executory contracts (.2); File J. Wolfe fifth fee application (.2); File affidavit of service of C. Lara re: Miller & Chevalier fourth fee application (.2) | | | |
| Paralegal | Cathy M. Greer | 1.00 hrs. | 195.00 | $195.00 |
| 11/06/09 | Update fee app chart | | | |
| Paralegal | Cathy M. Greer | 0.50 hrs. | 195.00 | $97.50 |
| 11/09/09 | Email with C. Greer re: monthly Consor fee application (.1); Review same for filing (.2); Email with K. Rodden re: Weil monthly fee app (.1); Email with J. Finnochiaro re: Weil fee app (.1) | | | |
| Associate | Andrew C. Irgens | 0.50 hrs. | 230.00 | $115.00 |
| 11/09/09 | Email from D. Martin re: Consor interim fee application (.1); Email from A. Owens re: Bingham interim fee application (.1) | | | |
| Paralegal | Cathy M. Greer | 0.20 hrs. | 195.00 | $39.00 |
| 11/09/09 | Review fifth fee application of Consor (.2); Draft notice for fifth fee application of Consor (.3); Prepare notice for Weil's fee application (.3); Review Fee Application for Weil Gotschel (.3). | | | |
| Associate | Julie A. Finocchiaro | 1.10 hrs. | 230.00 | $253.00 |
| 11/09/09 | Finalize, file and serve Fifth Monthly Fee Application (.1); Finalize and file Ninth Monthly Fee Application (.1). | | | |
| Paralegal | Marisa C. DeCarli | 0.20 hrs. | 195.00 | $39.00 |
| 11/10/09 | Email with C. Greer : interim fee applications | | | |
| Associate | Andrew C. Irgens | 0.10 hrs. | 230.00 | $23.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

December 22, 2009
Invoice 347202
Page 26

Client #  710549

Matter # 164760

| Date | Description | | | Amount |
|---|---|---|---|---|
| 11/10/09 | Work on finalizing and filing re: Gibson Dunn September fee application (.9); E-mail to KCC re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 195.00 | $195.00 |
| 11/10/09 | Email from K. Goodall re: Gibson Dunn interim fee application (.1); Email from H. Brooks re: Grant Thornton interim fee application (.1); Email from M. Slevin re: information needed for Miller & Chevalier interim fee application (.1); File Consor second interim fee application (.2); Email same to D. Martin (.1); Coordinate service of same (.1); File third interim fee application of J. Wolfe (.2); Coordinate service of same (.1); File third interim fee application of Miller & Chevalier (.2); Coordinate service of same (.1); Email same to M. Soller (.1); File third interim fee application of Perkins Coie (.2); Coordinate service of same (.1); Email same to M. Maag (.1) | | | |
| Paralegal | Cathy M. Greer | 1.80 hrs. | 195.00 | $351.00 |
| 11/10/09 | Review of 12th monthly fee app of Gibson Dunn (.3); Prepare notice of 12th monthly fee app of Gibson Dunn  (.3). | | | |
| Associate | Julie A. Finocchiaro | 0.60 hrs. | 230.00 | $138.00 |
| 11/10/09 | Call with Weil re: interim fee application issues (.1); Review four interim fee applications for filing (.1) | | | |
| Associate | Lee Kaufman | 0.20 hrs. | 275.00 | $55.00 |
| 11/10/09 | Request and service for 9th monthly Weil fee application. | | | |
| Paralegal | Marisa C. DeCarli | 0.10 hrs. | 195.00 | $19.50 |
| 11/12/09 | Email correspondence with C. Greer re: Grant Thornton monthly fee application (.1); Review Grant Thronton monthly fee application for filing (.2); Review STB and MSK interim fee applications (.2) | | | |
| Associate | Andrew C. Irgens | 0.50 hrs. | 230.00 | $115.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

December 22, 2009
Invoice 347202
Page 27
Client #  710549

Matter # 164760

---

| 11/12/09 | Finalize and file Grant Thornton ninth fee application (.2); Coordinate service of same (.1); Email same to J. Durant (.1); File Bingham McCutchen third fee application (.2); Coordinate service of same (.1); Email same to A. Laughlin (.1); File Grant Thornton third interim fee application (.2); Coordinate service of same (.1); Email same to D. Corbett (.1); Prepare certificate of no objection re: Simpson Thacher fifth fee application (.2); File same (.2); Email same to M. Cannella (.1); Email from S. Dixon re: Shearman third interim fee application (.1) | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 1.80 hrs. | 195.00 | $351.00 |
| | | | | |
| 11/12/09 | Email correspondence with J. Truong re OCP fees | | | |
| Associate | Chun I. Jang | 0.20 hrs. | 300.00 | $60.00 |
| | | | | |
| 11/12/09 | Prepare and draft notice of 9th monthly fee app of Grant Thorton | | | |
| Associate | Julie A. Finocchiaro | 0.30 hrs. | 230.00 | $69.00 |
| | | | | |
| 11/13/09 | Review Weil interim fee application | | | |
| Associate | Andrew C. Irgens | 0.10 hrs. | 230.00 | $23.00 |
| | | | | |
| 11/13/09 | Retrieve and assemble Davis Wright eleventh fee application (.2); Prepare notice re: same (.2); Retrieve and assemble Davis Wright twelfth fee application (.2); Prepare notice re: same (.2); File Simpson Thacher third interim fee application (.2); Coordinate service of same (.1); Email same to M. Cannella (.1); File Weil Gotshal second interim fee application (.2); Coordinate service of same (.1); Email same to T. Sapeika (.1) | | | |
| Paralegal | Cathy M. Greer | 1.60 hrs. | 195.00 | $312.00 |
| | | | | |
| 11/13/09 | Review email from R. Sharma re Weil Gotchal interim fee application (.1); Discussion with C. Greer re interim fee applications (.1) | | | |
| Associate | Chun I. Jang | 0.20 hrs. | 300.00 | $60.00 |
| | | | | |
| 11/13/09 | Review 11th and 12th monthly fee applications for Davis Termaine. | | | |
| Associate | Julie A. Finocchiaro | 0.40 hrs. | 230.00 | $92.00 |
| | | | | |
| 11/16/09 | Review two monthly fee applications for filing (.2); Email correspondence with Wamu team re: Miller Chevalier interim fee issue (.1) | | | |
| Associate | Andrew C. Irgens | 0.30 hrs. | 230.00 | $69.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY  10153

December 22, 2009
Invoice 347202
Page 28

Client #  710549

Matter #  164760

| 11/16/09 | Retrieve and assemble September fee application of Shearman & Sterling (.2); Prepare notice re: same (.2); Finalize and file third interim fee application of Davis Wright (.3); Coordinate service of same (.1); Email same to S. Caplow (.1); Retrieve and assemble October fee application of Shearman & Sterling (.2); Prepare notice re: same (.2); File Shearman & Sterling September fee application (.2); Coordinate service of same (.1); Email same to S. Dixon (.1); File Shearman & Sterling October fee application (.2); Coordinate service of same (.1); Email same to S. Dixon (.1); Finalize and file second interim fee application of Shearman & Sterling (.3); Coordinate service of same (.1); Email same to S. Dixon (.1) | | | |
|---|---|---|---|---|
| Paralegal | Cathy M. Greer | 2.60 hrs. | 195.00 | $507.00 |
| 11/16/09 | Review email from J. Truong re Miller Chevalier interim fee application | | | |
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |
| 11/16/09 | Review and revise 10th and 11th Fee applications of Sherman and Sterling | | | |
| Associate | Julie A. Finocchiaro | 0.30 hrs. | 230.00 | $69.00 |
| 11/17/09 | Efile and serve October fee application of CP Energy Group | | | |
| Paralegal | Aja E. McDowell | 0.20 hrs. | 195.00 | $39.00 |
| 11/17/09 | Retrieve and assemble CP Energy October fee application (.2); Prepare notice re: same (.2) | | | |
| Paralegal | Cathy M. Greer | 0.40 hrs. | 195.00 | $78.00 |
| 11/18/09 | Review 3 certifications no no objection re: monthly fee applications for filing | | | |
| Associate | Andrew C. Irgens | 0.20 hrs. | 230.00 | $46.00 |
| 11/18/09 | Meeting with C. Jang re: RLF bill memo (.1); Meeting with J. Finnochiaro re: RLF bill memo (.1); Review and revise RLF bill memo (.1); Review John Wolf monthly fee application for filing (.2) | | | |
| Associate | Andrew C. Irgens | 0.50 hrs. | 230.00 | $115.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

December 22, 2009
Invoice 347202
Page 29

Client # 710549

Matter # 164760

| Date | Description | | | |
|---|---|---|---|---|
| 11/18/09 | Prepare certificate of no objection re: Bingham McCutchen September fee application (.2); Prepare certificate of no objection re: Miller & Chevalier September fee application (.2); File same (.2); Email same to M. Slevin (.1); Prepare certificate of no objection re: J. Wolfe September fee application (.2); File same (.2); Email same to R. Long (.1); Prepare certificate of no objection re: Davis Wright tenth fee application (.2); File same (.2); Email same to S. Caplow (.1); Prepare certificate of no objection re: Grant Thornton September fee application (.2); File same (.2); Email same to D. Corbett (.1); Retrieve and assemble J. Wolfe October fee application (.2); Prepare notice re: same (.2); File J. Wolfe October fee application (.2); Coordinate service of same (.1); Email same to R. Long (.1) | | | |
| Paralegal | Cathy M. Greer | 3.00 hrs. | 195.00 | $585.00 |
| 11/18/09 | Review fee application of John Wolfe | | | |
| Associate | Julie A. Finocchiaro | 0.20 hrs. | 230.00 | $46.00 |
| 11/19/09 | Review certification of no objection (cno) re: CP Energy for filing (.1); Review cno re: CP energy fee application (.1) | | | |
| Associate | Andrew C. Irgens | 0.20 hrs. | 230.00 | $46.00 |
| 11/19/09 | Prepare certificate of no objection re: CP Energy September fee application (.2); File same (.2); Email same to S. Prevost (.1) | | | |
| Paralegal | Cathy M. Greer | 0.50 hrs. | 195.00 | $97.50 |
| 11/20/09 | Review Perkins Coie fee application for filing | | | |
| Associate | Andrew C. Irgens | 0.20 hrs. | 230.00 | $46.00 |
| 11/20/09 | Finalize and file re: Perkins Coie September fee application (.2); E-mail to KCC re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 195.00 | $58.50 |
| 11/20/09 | File certification of no objection re: Bingham McCutchen September fee application (.2); Email same to A. Owens (.1) | | | |
| Paralegal | Cathy M. Greer | 0.30 hrs. | 195.00 | $58.50 |
| 11/20/09 | Preparation of 12th fee application of Perkins Coie. | | | |
| Associate | Julie A. Finocchiaro | 0.60 hrs. | 230.00 | $138.00 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

December 22, 2009
Invoice 347202
Page 30
Client # 710549

Matter # 164760

| 11/23/09 | Efile and serve Miller & Chevalier October fee application | | | |
| Paralegal | Aja E. McDowell | 0.30 hrs. | 195.00 | $58.50 |
| 11/23/09 | Review and revise Miller Chevalier fee application (.3); Revise notice of same and meeting with C. Greer re: filing same (.1); Email correspondence with M. Arko re: A and M monthly fee application (.1) | | | |
| Associate | Andrew C. Irgens | 0.50 hrs. | 230.00 | $115.00 |
| 11/23/09 | Update fee app chart | | | |
| Paralegal | Cathy M. Greer | 1.00 hrs. | 195.00 | $195.00 |
| 11/23/09 | Prepare and review 10th Fee Application of Miller and Chevalier. | | | |
| Associate | Julie A. Finocchiaro | 0.30 hrs. | 230.00 | $69.00 |
| 11/24/09 | Review Alvarez and Marsal fee detail for filing (.2); Email correspondence with C. Greer re: filing same (.1); Meeting with J. Schairer re: filing A and M monthly fee application (.1) | | | |
| Associate | Andrew C. Irgens | 0.40 hrs. | 230.00 | $92.00 |
| 11/24/09 | Retrieve and assemble Alvarez & Marsal October fee application (.2); Prepare notice re: same (.2) | | | |
| Paralegal | Cathy M. Greer | 0.40 hrs. | 195.00 | $78.00 |
| 11/24/09 | Review email from M. Arko re Alvarez fees | | | |
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |
| 11/24/09 | Efile October fee application of Alvarez & Marsal (.2); Serve same (.1) | | | |
| Paralegal | Jamie E. Schairer | 0.30 hrs. | 195.00 | $58.50 |
| 11/25/09 | Review Bingham Mcutcheon fee app for filing | | | |
| Associate | Andrew C. Irgens | 0.30 hrs. | 230.00 | $69.00 |
| 11/25/09 | Update fee application chart | | | |
| Paralegal | Cathy M. Greer | 0.50 hrs. | 195.00 | $97.50 |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

December 22, 2009
Invoice 347202
Page 31

Client #  710549

Matter #  164760

| | | | | |
|---|---|---|---|---|
| 11/25/09 | Finalize and file Bingham McCutchen October fee application (.3); Coordinate service of same (.1); Email same to A. Owens (.1) | | | |
| Paralegal | Cathy M. Greer | 0.50 hrs. | 195.00 | $97.50 |
| 11/30/09 | Review S and P monthly fee application for filing (.3); Draft notice of same (.1) | | | |
| Associate | Andrew C. Irgens | 0.40 hrs. | 230.00 | $92.00 |
| 11/30/09 | Review and forward email from L. King re Silverstein and Pomerantz fee application | | | |
| Associate | Chun I. Jang | 0.10 hrs. | 300.00 | $30.00 |
| 11/30/09 | File and Serve Second Consolidated Monthly Fee Application of Silverstein & Pomerantz | | | |
| Paralegal | Tracy A. Cameron | 0.20 hrs. | 195.00 | $39.00 |

Total Fees for Professional Services         $6,497.50

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$6,497.50** |
| BALANCE BROUGHT FORWARD | $9,613.90 |
| **TOTAL DUE FOR THIS MATTER** | **$16,111.40** |

Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

December 22, 2009
Invoice 347202
Page 32
Client #  710549

### Summary of Hours

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Aja E. McDowell | 1.10 | 195.00 | 214.50 |
| Andrew C. Irgens | 22.70 | 230.00 | 5,221.00 |
| Barbara J. Witters | 1.30 | 195.00 | 253.50 |
| Cathy M. Greer | 44.80 | 195.00 | 8,736.00 |
| Chun I. Jang | 5.10 | 300.00 | 1,530.00 |
| Jamie E. Schairer | 0.30 | 195.00 | 58.50 |
| Julie A. Finocchiaro | 5.50 | 230.00 | 1,265.00 |
| Lee Kaufman | 0.90 | 275.00 | 247.50 |
| Marisa C. DeCarli | 0.30 | 195.00 | 58.50 |
| Mark D. Collins | 2.80 | 675.00 | 1,890.00 |
| Paul N. Heath | 0.20 | 525.00 | 105.00 |
| Rochelle I. Warren | 3.40 | 90.00 | 306.00 |
| Tracy A. Cameron | 0.40 | 195.00 | 78.00 |
| Tracy Allen | 0.30 | 195.00 | 58.50 |
| TOTAL | 89.10 | $224.71 | 20,022.00 |

**TOTAL DUE FOR THIS INVOICE**                                    **$21,257.50**

Payment may be made by wire transfer to our account at Wilmington Trust Company, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 031100092.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

710549