# EXHIBIT B



Washington Mutual
c/o Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

Tax I.D. No.: 51-0226371

December 22, 2009
Invoice 347202

Page 1
Client # 710549
Matter # 164760

For disbursements incurred through November 30, 2009
relating to Washington Mutual - Restructuring Advice

OTHER CHARGES:

| | |
|---|---:|
| Binding | $36.00 |
| Business Meals | $188.66 |
| Court Reporter Services | $188.40 |
| Document Retrieval | $131.44 |
| Long distance telephone charges | $55.60 |
| Messenger and delivery service | $57.20 |
| Photocopying/Printing | $578.20 |
| 4,611 @ $.10 pg./ 1,171 @ $.10/pg. | |

| | |
|---|---:|
| Other Charges | $1,235.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$1,235.50** |
| BALANCE BROUGHT FORWARD | $3,649.45 |
| **TOTAL DUE FOR THIS MATTER** | **$4,884.95** |

Washington Mutual  
c/o Marcia L. Goldstein, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York NY 10153

December 22, 2009  
Invoice 347202  
Page 33  
Client # 710549

Client: Washington Mutual, Inc.

Matter: Washington Mutual - Restructuring Advice
- Case Administration
- Executory Contracts/Unexpired Leases
- Automatic Stay/Adequate Protection
- Plan of Reorganization/Disclosure Statement
- Use, Sale of Assets
- Claims Administration
- Court Hearings
- Schedules/SOFA/U.S. Trustee Reports
- Litigation/Adversary Proceedings
- Retention of Others
- RLF Fee Application
- Fee Application of Others

| Date | Description | Summary Phrase |
|---|---|---|
| 10/28/09 | DIANA DOMAN TRANSCRIBING  Amount = $14.40 | CTRPT |
| 11/02/09 | Printing  Amount = $5.50 | DUP.10CC |
| 11/02/09 | Printing  Amount = $0.10 | DUP.10CC |
| 11/02/09 | Printing  Amount = $0.10 | DUP.10CC |
| 11/03/09 | Photocopies  Amount = $0.40 | DUP.10CC |
| 11/03/09 | 2123108032 Long Distance  Amount = $6.95 | LD |
| 11/03/09 | Printing  Amount = $8.50 | DUP.10CC |
| 11/03/09 | Printing  Amount = $3.70 | DUP.10CC |

Washington Mutual  
c/o Marcia L. Goldstein, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York NY 10153  

December 22, 2009  
Invoice 347202  
Page 34  
Client # 710549  

| Date | Description | | Code |
|---|---|---|---|
| 11/03/09 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 11/04/09 | 2123108142 Long Distance | | LD |
| | Amount = | $1.39 | |
| 11/04/09 | Messenger and delivery 11/3/09, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 11/04/09 | Printing | | DUP.10CC |
| | Amount = | $1.30 | |
| 11/04/09 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 11/05/09 | Messenger and delivery 11/4/09, BANKRUPTCY COURT, CXG | | MESS |
| | Amount = | $4.50 | |
| 11/05/09 | ALL PACER | | DOCRETRI |
| | Amount = | $1.52 | |
| 11/05/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/05/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/05/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/05/09 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 11/06/09 | ALL PACER | | DOCRETRI |
| | Amount = | $13.52 | |
| 11/06/09 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 11/06/09 | Printing | | DUP.10CC |
| | Amount = | $4.10 | |
| 11/06/09 | Printing | | DUP.10CC |
| | Amount = | $4.10 | |
| 11/06/09 | Printing | | DUP.10CC |
| | Amount = | $3.90 | |
| 11/06/09 | Printing | | DUP.10CC |
| | Amount = | $4.40 | |

Washington Mutual  
c/o Marcia L. Goldstein, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York NY 10153  

December 22, 2009  
Invoice 347202  
Page 35  

Client # 710549

| Date | Description | | Code |
|---|---|---|---|
| 11/09/09 | 2123108142 Long Distance | | LD |
| | Amount = | $2.78 | |
| 11/09/09 | Printing | | DUP.10CC |
| | Amount = | $5.10 | |
| 11/09/09 | Printing | | DUP.10CC |
| | Amount = | $1.70 | |
| 11/09/09 | Printing | | DUP.10CC |
| | Amount = | $2.40 | |
| 11/09/09 | Printing | | DUP.10CC |
| | Amount = | $1.60 | |
| 11/10/09 | GALLUCIO'S CAFE | | MEALSCL |
| | Amount = | $15.25 | |
| 11/10/09 | Photocopies | | DUP.10CC |
| | Amount = | $1.40 | |
| 11/10/09 | Photocopies | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/10/09 | 8564357172 Long Distance | | LD |
| | Amount = | $1.39 | |
| 11/10/09 | ALL PACER | | DOCRETRI |
| | Amount = | $9.20 | |
| 11/10/09 | Printing | | DUP.10CC |
| | Amount = | $1.20 | |
| 11/10/09 | Printing | | DUP.10CC |
| | Amount = | $2.40 | |
| 11/11/09 | 2024192155 Long Distance | | LD |
| | Amount = | $2.78 | |
| 11/12/09 | Photocopies | | DUP.10CC |
| | Amount = | $1.90 | |
| 11/12/09 | 2123108142 Long Distance | | LD |
| | Amount = | $2.78 | |
| 11/12/09 | 8564357172 Long Distance | | LD |
| | Amount = | $1.39 | |
| 11/12/09 | ALL PACER | | DOCRETRI |
| | Amount = | $0.80 | |
| 11/12/09 | Printing | | DUP.10CC |
| | Amount = | $1.30 | |

Washington Mutual  
c/o Marcia L. Goldstein, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York NY  10153

December 22, 2009  
Invoice 347202  
Page 36  
Client #  710549

| Date | Description | Code |
|---|---|---|
| 11/12/09 | Printing | DUP.10CC |
| | Amount = $1.30 | |
| 11/13/09 | Messenger and delivery 11/12/09, From Washington Street Ale House, ACI | MEALSCL |
| | Amount = $12.30 | |
| 11/13/09 | Printing | DUP.10CC |
| | Amount = $1.60 | |
| 11/13/09 | Printing | DUP.10CC |
| | Amount = $4.00 | |
| 11/13/09 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 11/13/09 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 11/13/09 | Printing | DUP.10CC |
| | Amount = $1.60 | |
| 11/16/09 | Delivery expense 11/13/09 | MESS |
| | Amount = $3.20 | |
| 11/16/09 | ALL PACER | DOCRETRI |
| | Amount = $0.64 | |
| 11/16/09 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 11/16/09 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 11/16/09 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 11/16/09 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 11/16/09 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 11/17/09 | 2123108142 Long Distance | LD |
| | Amount = $2.78 | |
| 11/17/09 | 2123108236 Long Distance | LD |
| | Amount = $1.39 | |
| 11/17/09 | Printing | DUP.10CC |
| | Amount = $0.10 | |

Washington Mutual  
c/o Marcia L. Goldstein, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York NY 10153  

December 22, 2009  
Invoice 347202  
Page 37  

Client # 710549  

| Date | Description | | Code |
|---|---|---|---|
| 11/17/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/17/09 | Printing | | DUP.10CC |
| | Amount = | $1.50 | |
| 11/17/09 | Printing | | DUP.10CC |
| | Amount = | $1.40 | |
| 11/17/09 | Printing | | DUP.10CC |
| | Amount = | $1.30 | |
| 11/17/09 | Printing | | DUP.10CC |
| | Amount = | $1.30 | |
| 11/17/09 | Printing | | DUP.10CC |
| | Amount = | $1.20 | |
| 11/17/09 | Printing | | DUP.10CC |
| | Amount = | $1.20 | |
| 11/18/09 | GALLUCIO'S CAFE | | MEALSCL |
| | Amount = | $14.12 | |
| 11/18/09 | 2123108032 Long Distance | | LD |
| | Amount = | $8.34 | |
| 11/18/09 | 2137650802 Long Distance | | LD |
| | Amount = | $9.73 | |
| 11/18/09 | 2123108142 Long Distance | | LD |
| | Amount = | $4.17 | |
| 11/18/09 | 2123108142 Long Distance | | LD |
| | Amount = | $2.78 | |
| 11/18/09 | Messenger and delivery 11/17/09, From Kid Shelleen's, AEM | | MEALSCL |
| | Amount = | $12.92 | |
| 11/18/09 | ALL PACER | | DOCRETRI |
| | Amount = | $18.08 | |
| 11/18/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/18/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/18/09 | Printing | | DUP.10CC |
| | Amount = | $1.70 | |

Washington Mutual  
c/o Marcia L. Goldstein, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York NY  10153

December 22, 2009  
Invoice 347202  
Page 38  

Client #  710549

| Date | Description | Code |
|---|---|---|
| 11/18/09 | Printing<br>Amount = $1.80 | DUP.10CC |
| 11/18/09 | Printing<br>Amount = $2.10 | DUP.10CC |
| 11/18/09 | Printing<br>Amount = $1.20 | DUP.10CC |
| 11/19/09 | Photocopies<br>Amount = $63.70 | DUP.10CC |
| 11/19/09 | Photocopies<br>Amount = $69.60 | DUP.10CC |
| 11/19/09 | Photocopies<br>Amount = $11.60 | DUP.10CC |
| 11/19/09 | Messenger and delivery 11/18/09, From Kid Shelleen's, ACI<br>Amount = $36.75 | MEALSCL |
| 11/19/09 | ALL PACER<br>Amount = $39.04 | DOCRETRI |
| 11/19/09 | Printing<br>Amount = $1.50 | DUP.10CC |
| 11/19/09 | Printing<br>Amount = $1.50 | DUP.10CC |
| 11/19/09 | Printing<br>Amount = $1.50 | DUP.10CC |
| 11/19/09 | Printing<br>Amount = $1.50 | DUP.10CC |
| 11/19/09 | Printing<br>Amount = $0.10 | DUP.10CC |
| 11/19/09 | Printing<br>Amount = $0.10 | DUP.10CC |
| 11/19/09 | Printing<br>Amount = $0.10 | DUP.10CC |
| 11/19/09 | Printing<br>Amount = $0.10 | DUP.10CC |
| 11/19/09 | Printing<br>Amount = $0.10 | DUP.10CC |

Washington Mutual  
c/o Marcia L. Goldstein, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York NY 10153

December 22, 2009  
Invoice 347202  
Page 39  
Client # 710549

| Date | Description | | Code |
|---|---|---|---|
| 11/19/09 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 11/19/09 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |
| 11/19/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/19/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/19/09 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 11/19/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/19/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/19/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/19/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/19/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/20/09 | Photocopies | | DUP.10CC |
| | Amount = | $4.00 | |
| 11/20/09 | Messenger and delivery 11/16/09, from Harry's Seafood, CXG | | MEALSCL |
| | Amount = | $17.16 | |
| 11/20/09 | ALL PACER | | DOCRETRI |
| | Amount = | $0.16 | |
| 11/20/09 | Printing | | DUP.10CC |
| | Amount = | $4.20 | |
| 11/20/09 | Printing | | DUP.10CC |
| | Amount = | $2.10 | |
| 11/20/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/20/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

Washington Mutual  
c/o Marcia L. Goldstein, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York NY 10153  

December 22, 2009  
Invoice 347202  
Page 40  
Client # 710549

| Date | Description | | Code |
|------|-------------|---|------|
| 11/23/09 | Photocopies | | DUP.10CC |
| | Amount = | $141.80 | |
| 11/23/09 | Photocopies | | DUP.10CC |
| | Amount = | $150.10 | |
| 11/23/09 | Photocopies | | DUP.10CC |
| | Amount = | $15.00 | |
| 11/23/09 | Messenger and delivery 11/20/09, Bankruptcy Court, CXG | | MESS |
| | Amount = | $4.50 | |
| 11/23/09 | ALL PACER | | DOCRETRI |
| | Amount = | $0.48 | |
| 11/23/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/23/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/23/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/23/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/24/09 | WRITER'S CRAMP, INC. | | CTRPT |
| | Amount = | $174.00 | |
| 11/24/09 | MANHATTAN BAGEL COMPANY/Lunch for 3 on 11/24/09 | | MEALSCL |
| | Amount = | $60.00 | |
| 11/24/09 | Photocopies | | DUP.10CC |
| | Amount = | $0.50 | |
| 11/24/09 | Photocopies | | DUP.10CC |
| | Amount = | $1.00 | |
| 11/24/09 | ALL PACER | | DOCRETRI |
| | Amount = | $1.84 | |
| 11/24/09 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/24/09 | Printing | | DUP.10CC |
| | Amount = | $2.20 | |
| 11/24/09 | Printing | | DUP.10CC |
| | Amount = | $3.00 | |

Washington Mutual  
c/o Marcia L. Goldstein, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York NY 10153

December 22, 2009  
Invoice 347202  
Page 41  

Client # 710549

| Date | Description | Code |
|---|---|---|
| 11/25/09 | 2154967005 Long Distance | LD |
| | Amount = $6.95 | |
| 11/25/09 | Messenger and delivery 11/24/09, Bankruptcy Court, ACI | MESS |
| | Amount = $27.00 | |
| 11/25/09 | Messenger and delivery 11/24/09, From Bankruptcy Court, MDC/ACI | MESS |
| | Amount = $13.50 | |
| 11/25/09 | ALL PACER | DOCRETRI |
| | Amount = $2.80 | |
| 11/25/09 | Printing | DUP.10CC |
| | Amount = $2.40 | |
| 11/25/09 | Printing | DUP.10CC |
| | Amount = $4.30 | |
| 11/25/09 | Printing | DUP.10CC |
| | Amount = $4.30 | |
| 11/29/09 | ALL PACER | DOCRETRI |
| | Amount = $16.40 | |
| 11/29/09 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 11/30/09 | Binding 11/20-11/30 | BIND |
| | Amount = $36.00 | |
| 11/30/09 | Messenger and delivery 11/30/09, From Kid Shelleen's | MEALSCL |
| | Amount = $20.16 | |
| 11/30/09 | ALL PACER | DOCRETRI |
| | Amount = $26.96 | |
| 11/30/09 | Printing | DUP.10CC |
| | Amount = $1.10 | |
| 11/30/09 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 11/30/09 | Printing | DUP.10CC |
| | Amount = $1.30 | |
| 11/30/09 | Printing | DUP.10CC |
| | Amount = $2.40 | |

Washington Mutual  
c/o Marcia L. Goldstein, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York NY  10153

December 22, 2009  
Invoice 347202  
Page 42  
Client #  710549

TOTALS FOR  710549        Washington Mutual, Inc.

Expenses     $1,235.50