# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re                                                      :  Chapter 11
                                                           :
WASHINGTON MUTUAL, INC., *et al.*,[1]                      :  Case No. 08-12229 (MFW)
                                                           :
                    Debtors.                               :  Jointly Administered
                                                           :
                                                           :  Re: Docket No. 2025
---------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF DEBTORS' MOTION FOR A PROTECTIVE ORDER PURSUANT TO BANKRUPTCY RULE 7026(C) REQUIRING JPMORGAN CHASE BANK, N.A. TO PROVIDE ADVANCE NOTICE TO DEBTORS OF REQUESTS TO THIRD PARTIES SEEKING WMI-PRIVILEGED INFORMATION

Washington Mutual, Inc. ("WMI") and WMI Investment Corp. ("WMI Investment," and with WMI, "Debtors"), through their undersigned counsel, hereby withdraw the *Debtors' Motion for a Protective Order Pursuant to Bankruptcy Rule 7026(c) Requiring JPMorgan Chase Bank, N.A. to Provide Advance Notice to Debtors of Requests to Third Parties Seeking WMI-Privileged Information* (Docket No. 2025) filed on December 17, 2009, without prejudice, on the grounds that it has been mooted by the parties' voluntary agreement.

Dated: January 8, 2010          **ELLIOTT GREENLEAF**
       Wilmington, Delaware

                                  /s/ Neil R. Lapinski
                                Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
                                Neil R. Lapinski (DE Bar No. 3645)
                                Shelley A. Kinsella (DE Bar No. 4023)
                                1105 North Market Street, Suite 1700
                                Wilmington, Delaware 19801
                                Telephone: (302) 384-9400
                                Facsimile: (302) 384-9399

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases") and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395).

Email: rxza@elliottgreenleaf.com
Email: nrl@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

-and-

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
Peter E. Calamari
Michael B. Carlinsky
Susheel Kirpalani
David Elsberg
51 Madison Avenue
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: petercalamari@quinnemanuel.com
Email: michaelcarlinsky@quinnemanuel.com
Email: susheelkirpalani@quinnemanuel.com
Email: davidelsberg@quinnemanuel.com

Erica P. Taggart
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: ericataggart@quinnemanuel.com

*Special Litigation and Conflicts Co-Counsel to Washington Mutual, Inc. and WMI Investment Corp.*