UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------ x
In re                          : Chapter 11
                               :
Washington Mutual, Inc., *et al.*,[1]  : Case No. 08-12229 (MFW)
                               :
                    Debtors.   : (Jointly Administered)
                               :
------------------------------ x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Greg Barlage, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On November 3, 2009, I caused to be served per postal forwarding address the following document listed below upon the party listed on **Exhibit A** via U.S. First Class mail:

- **Debtors' Omnibus Reply to Responses to Debtors' Tenth, Eleventh, Twelfth and Thirteenth Omnibus Claims Objections** [Docket No. 1756]

Dated: November 6, 2009

_____
Greg Barlage

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on November 6, 2009, by Greg Barlage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____


GABRIELA MEDINA
COMM #1853581
Notary Public-California
LOS ANGELES COUNTY
My Comm. Exp. JUNE 11, 2013

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

# Exhibit A

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Triple A Specialties Inc | 13071 W Mine Trl | Peoria | AZ | 85383-7611 |