UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 08-12229 (MFW) |
| Washington Mutual, Inc., *et al.*, | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF EQUITY SECURITY |
| Debtors. | : | HOLDERS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Equity Security Holders in connection with the above-captioned cases:

1. **Esopus Creek Value, LLC**, Attn: Joseph S. Criscione, 150 JFK Parkway, Suite 100, Short Hills, NJ 07078, Phone: 973-847-5904

2. **Kenneth I. Feldman**

3. **Saul Sutton**

4. **Dorothea Barr**

5. **Joyce M. Presnall**

6. **Tyson Matthews**

7. **Michael Willingham**

        ROBERTA A. DEANGELIS
        Acting United States Trustee, Region 3

        /s/ Joseph J. McMahon, Jr. for
        WILLIAM K. HARRINGTON
        ASSISTANT UNITED STATES TRUSTEE

DATED: January 11, 2010

Attorney assigned to these cases: Joseph J. McMahon, Jr., Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' co-counsel: Mark D. Collins, Esquire, Phone: (302) 651-7700, Fax: (302) 651-7701