## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| WASHINGTON MUTUAL, INC., *et al.*[1], ) | Case No. 08-12229 (MFW) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Venable, LLP and Benesch, Friedlander, Coplan & Aronoff LLP hereby enter their appearance as proposed counsel to the Official Committee of Equity Holders in the above-captioned case pursuant to 11 U.S. C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, and hereby request that copies of all notices and pleadings given or filed in this case be given and served upon the following:

| | |
|---|---|
| Gregory A. Cross, Esquire | Jorian L. Rose, Esquire |
| Venable LLP | Venable LLP |
| 750 East Pratt Street, Suite 900 | Rockefeller Center |
| Baltimore, MD 21202 | 1270 Avenue of the Americas, 25th Floor |
| 410-244-7400 (telephone) | New York, NY 10020 |
| 410-244-7742 (facsimile) | 212-307-5500 (telephone) |
| gacross@venable.com | 212-307-5598 (facsimile) |
| | jlrose@venable.com |

Bradford J. Sandler, Esquire
Jennifer R. Hoover, Esquire
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
302-442-7010 (telephone)
302-442-7012 (facsimile)
bsandler@beneschlaw.com
jhoover@beneschlaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-referenced case and the proceedings therein.

PLEASE TAKE FURTHER NOTICE that the Committee intends that neither this Notice of Appearance and Requests for Notices and Papers nor any later appearance, pleading, claim, or suit shall waive any right, claim, action, defense, set-off or recoupment to which the Committee is or may be entitled.

Dated: January 11, 2010

BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP

By: */s/ Bradford J. Sandler*
Bradford J. Sandler, Esquire (No. 4142)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302-442-7010 (telephone)
302-442-7012 (facsimile)
bsandler@beneschlaw.com

*Proposed Counsel to the Official Committee of Equity Holders*