## Exhibit B

**(Letter from the Debtors to the US Trustee)**

US_ACTIVE:\43245934\06\79831.0003

# WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE • NEW YORK, NY 10153-0119

(212) 310-8000

FAX: (212) 310-8007

AUSTIN
BEIJING
BOSTON
BUDAPEST
DALLAS
DUBAI
FRANKFURT
HONG KONG
HOUSTON
LONDON
MIAMI
MUNICH
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
WARSAW
WASHINGTON, D.C.

DIRECT LINE 212-310-8602
brian.rosen@weil.com

October 21, 2009

**BY EMAIL TRANSMISSION**

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

Re: **Washington Mutual, Inc., et al. (the "Debtors")**

Dear Mr. McMahon:

       Thank you for your email correspondence, dated October 19, 2009, concerning your ongoing consideration regarding the formation of a committee comprised of equity interest holders and your request for the Debtor's position regarding such formation.

       Each of the items referenced in your correspondence have been known for some period of time and have been raised in various venues and through different forms of litigation. As such, such claims have been considered in each of our prior responses to you regarding this issue. Additionally, the Debtors continue to vigorously litigate and seek recoveries on account of these asserted claims and causes of action in both the Delaware and District of Columbia actions. Likewise, through the Bankruptcy Rule 2004 examinations and corresponding discovery authorized by the Bankruptcy Court, the Debtors continue to investigate the numerous claims and causes of action asserted in other litigations and the propriety of bringing such actions on behalf of the Debtors' chapter 11 estates.

       Furthermore, it should be noted that the Creditors' Committee and the Debtors continue to work together to generate maximum value for the Debtors' chapter 11 estates. Similarly, as the claims reconciliation process continues, the Debtors and the Creditors' Committee endeavor to reduce claims and corresponding liabilities asserted against the Debtors' chapter 11 estates. Accordingly, the Debtors believe that all parties

are working in the same direction, with the same goal, and, by doing so, continue to act not only in the best interest of creditors, but also, for the potential benefit of WMI's equity interest holders.

Lastly, the Debtors continue to include financial information in their monthly operating reports filed with the United States Bankruptcy Court reflecting the Debtors' understanding of their assets and liabilities as of the date of such statements. Based upon the information contained therein, the Debtors do not see the basis for the appointment of a committee compromised of equity interest holders.

If you have additional questions, please do not hesitate to contact me.

Very truly yours,

Brian S. Rosen

cc: Mark Collins, Esq.
Fred Hodara, Esq.
David Stratton, Esq.