# Exhibit D

## (Junior Subordinated Debentures Quote – Bloomberg Printout)

## EXCH/CLOSE/PRICE

WASHINGTON MUTUA (WM   )   5.3750%  5/03/41 Series UNIT                Page 1 / 3
                                                                        [EXCH]
                                                 HI 24.800    ON  1/11/10
Range 7/13/09 to 1/11/10    Period D Daily      AVE 9.857
                       USD  Market T Trade      LOW 7.000    ON  10/22/09

| | DATE | PRICE | | DATE | PRICE | | DATE | PRICE |
|---|---|---|---|---|---|---|---|---|
| F | | | F | 12/25 | | F | 12/ 4 | 10.150 |
| T | | | T | 12/24 | 14.500 | T | 12/ 3 | 9.899 |
| W | | | W | 12/23 | 14.650 | W | 12/ 2 | 9.900 |
| T | | | T | 12/22 | 14.550 | T | 12/ 1 | 10.000 |
| M | 1/11 | H24.800 | M | 12/21 | 14.800 | M | 11/30 | 8.600 |
| F | 1/ 8 | 24.000 | F | 12/18 | 14.500 | F | 11/27 | 8.600 |
| T | 1/ 7 | 23.250 | T | 12/17 | 14.250 | T | 11/26 | |
| W | 1/ 6 | 23.000 | W | 12/16 | 13.250 | W | 11/25 | 8.690 |
| T | 1/ 5 | 23.050 | T | 12/15 | 12.500 | T | 11/24 | 8.500 |
| M | 1/ 4 | 23.050 | M | 12/14 | 12.240 | M | 11/23 | 8.750 |
| F | 1/ 1 | | F | 12/11 | 12.250 | F | 11/20 | 8.700 |
| T | 12/31 | 22.000 | T | 12/10 | 12.200 | T | 11/19 | 8.000 |
| W | 12/30 | 14.750 | W | 12/ 9 | 11.750 | W | 11/18 | 8.000 |
| T | 12/29 | 14.850 | T | 12/ 8 | 12.260 | T | 11/17 | 8.000 |
| M | 12/28 | 14.750 | M | 12/ 7 | 11.160 | M | 11/16 | 8.070 |