**Exhibit E**

**(Stock Quote - Google Finance Printout)**

# Google finance  `PINK:WAMUQ`  [Get quotes]
Example: "CSCO" or "Google"

**WASH MUTUAL INC** (Public, PINK:WAMUQ)   Watch this stock                    Find more results for WAMUQ

**0.189** +0.015 (8.62%)   Range       0.18 - 0.20   Mkt cap 322.31M   Shares    1.71B       WAMUQ    0.189   8.62%
                          52 week     0.01 - 0.44   P/E           -   Beta      3.01
Jan 8 - Close             Open               0.19   Div/yield     -   Inst. own 0%
PINK data delayed by 15 mins - Disclaimer   Vol / Avg. 21.07M/15.94M   EPS   -9.98

**Compare:** [Enter ticker here]  [Add]                                    Advertisement



Settings | Plot feeds | Technicals |    Link to this chart

**WASH MUTUAL INC discussions**   View all discussions »

Google Finance Beta available in: U.S. - Canada - U.K. - 简体中文 (China) - 香港版 (Hong Kong)

Information is provided 'as is' and solely for informational purposes, not for trading purposes or advice, and may be delayed.
To see all exchange delays, please see disclaimer.

©2009 Google    Google Home - Help - Privacy Policy - Terms of Service