**Exhibit F**

**(Proposed Order)**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

----------------------------------------------------------x
                                              :
*In re*                                       :    **Chapter 11**
                                              :
**WASHINGTON MUTUAL, INC., et al.,**[1]       :
                                              :    **Case No. 08-12229 (MFW)**
                                              :
         **Debtors.**                         :    **(Jointly Administered)**
                                              :
                                              :    **Re: Docket No. __**
----------------------------------------------------------x

## ORDER GRANTING DEBTORS' MOTION FOR AN ORDER DISBANDING THE OFFICIAL COMMITTEE OF EQUITY HOLDERS APPOINTED BY THE UNITED STATES TRUSTEE

Upon the motion, dated January 11, 2009 (the "Motion"), of Washington Mutual, Inc. ("WMI") and WMI Investment Corp. (collectively, the "Debtors"), as debtors and debtors in possession, for entry of an order, pursuant to sections 105(a) and 1102 of the title 11 of the United States Code (the "Bankruptcy Code") and Rules 2020 and 9014 of the Federal Rules of Bankruptcy Procedure, directing the United States Trustee for the District of Delaware (the "US Trustee") to disband the official committee of equity security holders (the "Equity Committee"), formed by the US Trustee on January 11, 2010, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that the relief sought in the Motion is in the best interest of the Debtors, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the US Trustee hereby is directed to immediately disband and dissolve the Equity Committee; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: _____, 2010
Wilmington, Delaware

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE