# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
: Chapter 11
In re :
: Case No. 08-12229 (MFW)
WASHINGTON MUTUAL, INC., *et al.*,[1] :
: Jointly Administered
Debtors. :
: Re: Docket No. 1997
------------------------------------------------------- x

## NOTICE OF PARTIAL WITHDRAWAL OF DEBTORS' MOTION FOR AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AND LOCAL BANKRUPTCY RULE 2004-1 DIRECTING THE EXAMINATION OF WITNESSES AND PRODUCTION OF DOCUMENTS FROM KNOWLEDGEABLE PARTIES

Washington Mutual, Inc. ("WMI") and WMI Investment Corp. ("WMI Investment," and with WMI, "Debtors"), through their undersigned counsel, hereby partially withdraw the *Debtors' Motion for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of Witnesses and Production of Documents from Knowledgeable Parties* (the "Motion") (Docket No. 1997) filed on December 14, 2009, without prejudice, only insofar as the Motion pertains to Moody's Investors Service ("Moody's"), on the grounds that the Debtors and Moody's have reached a voluntary agreement. The remainder of the Motion is not withdrawn and remains on the calendar for the Omnibus Hearing scheduled for January 28, 2010.

Dated: January 13, 2010  **ELLIOTT GREENLEAF**
Wilmington, Delaware

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Neil R. Lapinski (DE Bar No. 3645)

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases") and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395).

Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: nrl@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

-and-

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
Peter E. Calamari
Michael B. Carlinsky
Susheel Kirpalani
David Elsberg
51 Madison Avenue
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: petercalamari@quinnemanuel.com
Email: michaelcarlinsky@quinnemanuel.com
Email: susheelkirpalani@quinnemanuel.com
Email: davidelsberg@quinnemanuel.com

Erica P. Taggart
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: ericataggart@quinnemanuel.com

*Special Litigation and Conflicts Co-Counsel to Washington Mutual, Inc. and WMI Investment Corp.*