IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
*In re* : Chapter 11
: 
WASHINGTON MUTUAL, INC., et al.,[1] : Case No. 08-12229 (MFW)
: 
: (Jointly Administered)
Debtors. :
: Re: Docket No. 2083
: 
---------------------------------------------------------------x

## NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM RELATING TO DEBTOR'S OBJECTION TO PROOF OF CLAIM FILED BY EGENCIA, LLC (CLAIM NO. 3678)

PLEASE TAKE NOTICE that, on January 14, 2010, the above-captioned debtors and debtors in possession (collectively, the "Debtors") has delivered to the Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 copies of the relevant proofs of claim (the "Claims") relating to the **Debtor's Objection to Proof of Claim Filed by Egencia, LLC (Claim No. 3678)** [Docket No. 2083], filed on January 4, 2010.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

RLF1 3527291v.1

PLEASE TAKE FURTHER NOTICE copies of the Claims may be obtained from the Debtors undersigned counsel.

Dated: January 14, 2010
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

_____
Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Lee E. Kaufman (No. 4877)
Andrew C. Irgens (5193)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

**WEIL, GOTSHAL & MANGES LLP**
Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys to the Debtors and Debtors in Possession*

2

RLF1 3527291v.1