UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
*In re*                                                        :    Chapter 11
                                                               :
WASHINGTON MUTUAL, INC., et al.,[1]                            :
                                                               :    Case No. 08-12229 (MFW)
                                                               :
         Debtors.                                              :    (Jointly Administered)
                                                               :
                                                               :
---------------------------------------------------------------x

## NOTICE OF REJECTION OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES

**PLEASE TAKE NOTICE** that, on March 25, 2009, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Procedures Order") in the above-referenced chapter 11 cases of Washington Mutual, Inc. and WMI Investment Corp., as debtors and debtors in possession (collectively, the "Debtors"), among other things, approving expedited procedures (the "Rejection Procedures") for the rejection of executory contracts and unexpired leases ("Contracts" or "Leases," as the case may be).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, the Debtors hereby provide notice of their intent to reject the Leases and/or Contracts listed on Schedule 1 attached hereto as Exhibit 1 (the "Rejected Contracts and Leases"). Unless a written objection is filed and served in accordance with the terms of the Procedures Order, the Rejected Contracts and Leases will be rejected pursuant to 11 U.S.C. § 365(a) effective as of the date set forth on Schedule 1 to this Rejection Notice or, if no such date is set forth therein, the date of this Rejection Notice (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to this Rejection Notice must be filed and served so that such objection is filed with the Bankruptcy Court and served on the following parties so as to be actually received on or before **January 25, 2010 at 4:00 p.m. (prevailing Eastern Time)** by: (i) counsel to the Debtors, Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Brian S. Rosen, Esq.) and Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attn: Mark D. Collins, Esq.); (ii) the counterparties affected by this Rejection Notice; (iii) counsel to the Creditors' Committee, Akin Gump Strauss Hauer & Feld, LLP, One Bryant Park, New York, New York 10036 (Attn: Fred S. Hodara, Esq. and David P. Simonds, Esq.);

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

(iv) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Joseph J. McMahon, Jr., Esq.); and (v) any other interested parties to the Contract or Lease (collectively, the "Rejection Notice Parties").

**PLEASE TAKE FURTHER NOTICE** that, if an objection to this Notice is timely filed and served, the Debtors shall seek a hearing on such objection and shall provide notice of such hearing to the objecting party and the Rejection Notice Parties. If such objection is overruled by the Court or withdrawn, the rejection of the Contract or Lease shall be deemed effective (a) as of the Rejection Date, or (b) as otherwise determined by the Court as set forth in any order overruling such objection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if the Debtors have deposited monies with the Contract or Lease counterparty as a security deposit or otherwise, the Contract or Lease counterparty may not setoff or otherwise use such deposit without the prior authorization of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, for any claim that you may assert against the Debtors as a result of the rejection of any Contract or Lease, you must submit a proof of claim for damages arising from such rejection, if any, to Kurtzman Carson Consultants LLC, at Washington Mutual Claims Processing Center, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245, on or before the date that is 30 days after the date an order is entered approving the rejection of the Rejected Contracts and Leases. If you do not timely file such proof of claim, you shall be forever barred from asserting a claim for damages arising from the rejection of the applicable Lease or Contract.

Dated: Wilmington, Delaware
January 14, 2010

_/s/ Mark D. Collins_
Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Andrew C. Irgens (No. 5193)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS TO THE DEBTORS
AND DEBTORS IN POSSESSION

# **EXHIBIT 1**

## Schedule 1

| Counterparty | Title of Agreement | Contract Notice Address | Effective Date of Rejection |
|---|---|---|---|
| DataMentors, Inc. | Software License Agreement dated March 22, 2002; Addendum No. 1 dated January 1, 2005; Second Addendum to Software License Agreement dated October 24, 2005; Third Addendum to Software License Agreement dated November 28, 2005; Software Support and Maintenance Agreement | DataMentors, Incorporated 13153 N. Dale Mabry, Suite 100 Tampa, Florida 33618 Fax: 813-960-7811 Attn.: Robert S. Orf | January 25, 2010 |
| Autodesk, Inc. (successor-in-interest to Emerging Solutions, Inc., d/b/a Constructw@re) | License and Services Agreement dated May 10, 2005 between Emerging Solutions, Inc., d/b/a Constructw@re | Autodesk, Inc. 3780 Mansell Road, Suite 200 Alpharetta, GA 30022 Attn.: Gary Christensen | January 25, 2010 |

# EXHIBIT 2

**Proposed Order Approving the
Rejection of the Rejected Contracts and Leases**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
                                              :
*In re*                                       :    Chapter 11
                                              :
WASHINGTON MUTUAL, INC., et al.,[1]           :
                                              :    Case No. 08-12229 (MFW)
                                              :
        Debtors.                              :    (Jointly Administered)
                                              :
                                              :
                                              :    Re: Docket No. __
------------------------------------------------------------x

## ORDER APPROVING THE REJECTION
## OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES

Upon the motion, dated March 9, 2009 (the "Rejection Procedures Motion"), of Washington Mutual, Inc. ("WMI") and WMI Investment Corp. ("WMI Investment"), as debtors and debtors in possession (collectively, the "Debtors"), for entry of an order, pursuant to sections 105(a) and 365 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 6006 of the Federal Rules of Bankruptcy Procedure, for authorization to, among other things, establish expedited procedures (the "Rejection Procedures") for the rejection of executory contracts and unexpired leases, all as more fully set forth in the Rejection Procedures Motion; and the Court having entered an order, dated March 25, 2009, approving, among other things, the Rejection Procedures (the "Procedures Order") [Docket No. 817]; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Debtors having properly filed and served a rejection notice, dated January 14, 2010 (the "Rejection Notice"), in accordance with the terms of the Procedures Order

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

in respect of the Contracts[2] and Leases listed on Exhibit A hereto (the "Rejected Contracts and Leases"); and no timely objections having been filed to the rejection of the Rejected Contracts and Leases; and due and proper notice of the Procedures Order and Rejection Notice having been provided, and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that, pursuant to sections 105(a) and 365(a) of the Bankruptcy Code, the Debtors' rejection of the Rejected Contracts and Leases is hereby approved, with such rejection deemed effective as of the date set forth in the Rejection Notice; and it is further

ORDERED that any claims against the Debtors arising from the rejection of the Rejected Contracts and Leases must be filed in accordance with the procedures for filing of proofs of claim as set forth in the Procedures Order; and it is further

ORDERED that the Debtors are authorized to take any action necessary to implement the terms of this Order and the rejection of the Rejected Contracts and Leases without further order of the Court; and it is further

ORDERED that, in connection with the Debtors' obligation, if any, under the Rejected Contracts and Leases to return or certify the destruction of property licensed or confidential information obtained pursuant to the Rejected Contracts and Leases, upon termination or expiration thereof, the Debtors' rights are reserved to assert any and all claims against JPMorgan Chase Bank, N.A. ("JPMorgan") for contribution, reimbursement, indemnification or otherwise with respect to any such obligations and corresponding liabilities incurred by the Debtors as a direct or indirect result of JPMorgan's refusal to return or provide certification of destruction of property or confidential information in JPMorgan's possession

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Procedures Order.

arising from or related to a Rejected Contract or Lease, including, without limitation, all costs, attorneys' fees, and expenses incurred by the Debtors in connection therewith; <u>provided, however</u>, that nothing herein shall prejudice JPMorgan's right to contest any claims so asserted by the Debtors, any parties to the Rejected Contracts, or any other party in interest in this case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: Wilmington, Delaware
_____, 2010

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

# Exhibit A

| Counterparty | Title of Agreement | Contract Notice Address | Effective Date of Rejection |
|---|---|---|---|
| DataMentors, Inc. | Software License Agreement dated March 22, 2002; Addendum No. 1 dated January 1, 2005; Second Addendum to Software License Agreement dated October 24, 2005; Third Addendum to Software License Agreement dated November 28, 2005; Software Support and Maintenance Agreement | DataMentors, Incorporated<br>13153 N. Dale Mabry, Suite 100<br>Tampa, Florida 33618<br>Fax: 813-960-7811<br>Attn.: Robert S. Orf | January 25, 2010 |
| Autodesk, Inc. (successor-in-interest to Emerging Solutions, Inc., d/b/a Constructw@re) | License and Services Agreement dated May 10, 2005 between Emerging Solutions, Inc., d/b/a Constructw@re | Autodesk, Inc.<br>3780 Mansell Road,<br>Suite 200<br>Alpharetta, GA 30022<br>Attn.: Gary Christensen | January 25, 2010 |