UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
*In re*                                                        :    Chapter 11
                                                               :
WASHINGTON MUTUAL, INC., et al.,[1]                            :
                                                               :    Case No. 08-12229 (MFW)
                                                               :
        Debtors.                                               :    (Jointly Administered)
                                                               :
                                                               :    Re: Docket Nos. 173 and 381
---------------------------------------------------------------x

**NOTICE OF FILING OF SUPPLEMENTAL LIST OF ORDINARY
COURSE PROFESSIONALS PURSUANT TO ORDER PURSUANT TO
SECTIONS 105(a), 327, 328, AND 330 OF THE BANKRUPTCY CODE
AUTHORIZING THE DEBTORS TO EMPLOY PROFESSIONALS
USED IN THE ORDINARY COURSE OF BUSINESS**

PLEASE TAKE NOTICE that, on October 28, 2008, the above-captioned debtors and debtors in possession (collectively, the "*Debtors*") filed the **Debtors' Motion Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business** [Docket No. 173] (the "*OCP Motion*") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "*Bankruptcy Court*"). Pursuant to the OCP Motion, the Debtors sought the entry of an order authorizing the Debtors to retain and compensate certain professionals utilized in the ordinary course of the Debtors' businesses.

PLEASE TAKE FURTHER NOTICE that, on December 3, 2008, the Bankruptcy Court entered an **Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business** [Docket No. 381] (the "*OCP Order*"). Pursuant to the OCP Order, the Bankruptcy Court granted the relief requested in the OCP Motion (as modified by the OCP Order).

PLEASE TAKE FURTHER NOTICE that, pursuant to the OCP Order, the Debtors, in the exercise of their business judgment, have added the Ordinary Course Professionals[2] listed on **Exhibit A** hereto to the list of Ordinary Course Professionals (the "*OCP List*") attached as **Exhibit A** to the OCP Order (or made modifications to the Ordinary Course Professionals listed thereon).

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to those terms in the OCP Motion.

RLF1 3527250v.1

that:   PLEASE TAKE FURTHER NOTICE that, the OCP Order specifically provides that:

> [T]he Debtors are authorized to supplement the list of Ordinary Course professionals from time to time during these chapter 11 cases, as the need arises, and file such supplemental lists, along with the Ordinary Course Affidavit and Retention Questionnaire, with the Court and serve such list, Ordinary Course Affidavit and Retention Questionnaire on the Reviewing Parties by first class mail, postage-prepaid.

See OCP Order at 4.

PLEASE TAKE FURTHER NOTICE that, consistent with the OCP Order, each of the Ordinary Course Professionals listed on **Exhibit A** hereto will, in the future, separately file an OCP Affidavit and Retention Questionnaire in accordance with the terms of the OCP Order.

Dated: January 14, 2010           Respectfully submitted,
       Wilmington, Delaware

/s/ Mark D. Collins

Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Lee E. Kaufman (No. 4877)
Andrew I. Irgens (No. 5193)
Julie A. Finocchiaro (No. 5303)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
– and –

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
Michael F. Walsh, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*

# Exhibit A

**[Ordinary Course Professionals Added To List]**

# EXHIBIT A

## List of Ordinary Course Professionals

| PROFESSIONAL | SERVICES PROVIDED |
|---|---|
| Goodwin Procter LLP<br>901 New York Avenue<br>Washington, DC 20001<br><br>Contact: Thomas M. Hefferon, Esq. | Continue to provide services to Debtor WMI in the case of <u>Robert Alexander et al. v. Washinuton Mutual, Inc., Washington Mutual Bank, Washington Mutual Bank fsb, and WM Mortgage Reinsurance Co.</u>, C.A. No. 2:07-4426 (E.D. Pa.) ("<u>Alexander</u>") (to the extent required consistent with the bankruptcy stay), and to assist Debtor WMI in responding to the <u>Alexander</u> POC or any related claims made against the Estate in these cases. |