

MILLER CHEVALIER

Miller & Chevalier Chartered

EXHIBIT A
655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
(202) 626-5800 FAX: (202) 626-5801
E.I.N. 52-1212890

| LEGAL SERVICES FOR: | Billing Coordinator |
| --- | --- |
| | Washington Mutual Legal |
| | Washington Mutual Center |
| | Washington Mutual Inc. |
| | 1301 Second Avenue, WMC 3501 |
| | Seattle, WA 98101 |

| PERIOD: | December 2009 | INVOICE NO: | 308851 |
| --- | --- | --- | --- |
| | | CLIENT/MATTER NO.: | 907270.000014 |
| | | DATE: | January 21, 2010 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending December 31, 2009, in connection with:

Post-Commencement Date WD Washington

| | |
| --- | --- |
| Fees | $ 39,426.00 |
| Expenses | 11.20 |
| **Total Amount Due** | **$ 39,437.20** |

1024100.1

## TIME DETAIL

| Date | Name | Description | Task Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2009 | A. I. Horowitz | Conference with S. Dixon regarding filing notice of appeal and procedures for moving forward on draft brief. | L520 | 0.50 | 850.00 | $ 425.00 |
| 12/01/2009 | A. I. Horowitz | Review sample notices of appeal and forward to S. Dixon. | L520 | 0.20 | 850.00 | 170.00 |
| 12/01/2009 | S. Dixon | Conference with M. Jones regarding appeal (0.1); conference with A. Horowitz regarding same (0.5); telephone conference with local counsel regarding notice of appeal (0.2); review sample notices and research court rules (0.4). | L520 | 1.20 | 600.00 | 720.00 |
| 12/02/2009 | S. Dixon | Research admission to 9th Circuit and correspond with T. Johnston and M. Jones regarding same (0.4); prepare application for admisssion (0.2); research rules regarding excerpts of record (0.2); review materials regarding appeal (0.4). | L520 | 1.20 | 600.00 | 720.00 |
| 12/03/2009 | S. Dixon | Review sample notices of appeal (0.2); draft notice of appeal (0.4); research and review Ninth Circuit rules (1.2); review materials for appeal (0.6). | L520 | 2.40 | 600.00 | 1,440.00 |
| 12/03/2009 | M. O. Kirby, Jr. | Conduct research regarding S. Dixon's working files (1.0); retrieve Legislative Materials binder for S. Dixon's review (0.5). | L520 | 1.50 | 185.00 | 277.50 |
| 12/07/2009 | S. Dixon | Review rules regarding excerpts of record (0.4); review docket sheet regarding same (0.5); conference with M. Jones regarding notice of appeal and timing (0.1). | L520 | 1.00 | 600.00 | 600.00 |
| 12/08/2009 | S. Dixon | Review and revise notes | L520 | 1.90 | 600.00 | 1,140.00 |

10241001

| Date | Name | Description | Task Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | regarding appeal (1.6); prepare and review excerpts of record (0.3). | | | | |
| 12/08/2009 | M. O. Kirby, Jr. | Retrieve documents from 9th Circuit docket per S. Dixon's request (0.5); create Excerpts of Record Folder in DMS and import electronic documents received from docket regarding Excerpts of record (0.5); conduct research regarding Excerpts of Record (1.0). | L520 | 2.00 | 185.00 | 370.00 |
| 12/09/2009 | S. Dixon | Review files (0.3); correspond regarding notice of appeal (0.2); review court order and other materials in preparation for appeal (1.0). | L520 | 1.50 | 600.00 | 900.00 |
| 12/11/2009 | M. O. Jones | Telephone conference with S. Dixon regarding appeal procedures (0.2); telephone conference with C. Brouwer (0.1). | L520 | 0.30 | 720.00 | 216.00 |
| 12/11/2009 | S. Dixon | Conference with M. Jones regarding notice of appeal (0.2); telephone conference with C. Brouwer regarding same (0.1). | L520 | 0.30 | 600.00 | 180.00 |
| 12/14/2009 | A. I. Horowitz | Review and revise draft notice of appeal. | L520 | 0.80 | 850.00 | 680.00 |
| 12/14/2009 | A. I. Horowitz | Telephone conference with S. Dixon regarding notice. | L520 | 0.10 | 850.00 | 85.00 |
| 12/14/2009 | S. Dixon | Correspond regarding notice of appeal (0.3); review docket sheet and revise notice accordingly (0.2); telephone conference with C. Brouwer regarding notice (0.1); telephone conference with A. Horowitz regarding notice (0.1); review correspondence regarding notice (0.1); review notes regarding appeal (0.4). | L520 | 1.20 | 600.00 | 720.00 |
| 12/15/2009 | S. Dixon | Review/revise notice of appeal (0.8); review materials in | L520 | 3.30 | 600.00 | 1,980.00 |

1024100.1

| Date | Name | Description | Task Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | preparation for appeal (1.2); review court rules regarding necessary filings (1.0); correspond with local counsel regarding notice of appeal (0.3). | | | | |
| 12/16/2009 | A. I. Horowitz | Review and revise draft brief (1.0); outline remainder of section (1.0); send draft to S. Dixon (0.7). | L520 | 2.70 | 850.00 | 2,295.00 |
| 12/16/2009 | S. Dixon | Correspondence regarding notice (0.1); review Ninth Circuit rules regarding appeal (0.4); review materials regarding appeal and strategy (1.0). | L520 | 1.50 | 600.00 | 900.00 |
| 12/16/2009 | M. O. Kirby, Jr. | Import miscellaneous pdf's into Excerpt of Record workspace folder per S. Dixon's request (0.5). | L520 | 0.50 | 185.00 | 92.50 |
| 12/17/2009 | A. I. Horowitz | Review Rev. Rul. and draft portion of brief addressing that. | L520 | 3.00 | 850.00 | 2,550.00 |
| 12/17/2009 | S. Dixon | Review draft brief section. | L520 | 0.50 | 600.00 | 300.00 |
| 12/18/2009 | A. I. Horowitz | Arrange for ECF access (0.2); conference with K. Tafuri regarding filing (0.1); review mediation statement requirement (0.1). | L520 | 0.40 | 850.00 | 340.00 |
| 12/18/2009 | A. I. Horowitz | Work on brief. | L520 | 1.00 | 850.00 | 850.00 |
| 12/18/2009 | A. I. Horowitz | Conference with S. Dixon regarding draft brief. | L520 | 0.70 | 850.00 | 595.00 |
| 12/18/2009 | S. Dixon | Review draft brief section (0.3); correspond with team regarding mediation questionnaire (0.2); conference with A. Horowitz regarding brief (0.7). | L520 | 1.20 | 600.00 | 720.00 |
| 12/19/2009 | S. Dixon | Draft mediation questionnaire for 9th Circuit appeal. | L520 | 1.90 | 600.00 | 1,140.00 |
| 12/20/2009 | S. Dixon | Revise mediation questionnaire and correspond with team regarding same. | L520 | 1.00 | 600.00 | 600.00 |
| 12/21/2009 | A. I. Horowitz | Review and revise draft mediation statement and | L520 | 2.60 | 850.00 | 2,210.00 |

| Date | Name | Description | Task Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | changes to it (2.0); e-mails regarding the same (0.6). | | | | |
| 12/21/2009 | M. O. Jones | Review and make edits to mediation statement for 9th Circuit (.6); review revisions to mediation statement (.5) | L520 | 1.10 | 720.00 | 792.00 |
| 12/21/2009 | S. Dixon | Review comments to mediation questionnaire (0.4); revise questionnaire (2.3); review correspondence regarding questionnaire (0.3); correspond with team regarding questionnaire (0.3). | L520 | 3.30 | 600.00 | 1,980.00 |
| 12/22/2009 | A. I. Horowitz | Work on draft brief. | L520 | 4.90 | 850.00 | 4,165.00 |
| 12/22/2009 | A. I. Horowitz | Finalize mediation statement. | L520 | 0.30 | 850.00 | 255.00 |
| 12/22/2009 | A. I. Horowitz | File notice of appearance. | L520 | 0.20 | 850.00 | 170.00 |
| 12/22/2009 | M. O. Jones | Review of mediation statement and emails. | L520 | 0.90 | 720.00 | 648.00 |
| 12/22/2009 | S. Dixon | Review and revise mediation questionnaire (0.4); correspond with team regarding same (0.2); prepare notice of appearance for A. Horowitz (0.4); file notice of appearance (0.7). | L520 | 1.70 | 600.00 | 1,020.00 |
| 12/23/2009 | A. I. Horowitz | Confer with S. Dixon regarding brief. | L520 | 0.50 | 850.00 | 425.00 |
| 12/23/2009 | A. I. Horowitz | Final review and file mediation statement. | L520 | 0.40 | 850.00 | 340.00 |
| 12/23/2009 | S. Dixon | Review/revise mediation questionnaire (0.7); prepare service list (0.5); telephone conference with 9th Circuit clerk regarding service list (0.4); telephone conference with paralegal at Seattle U.S. Attorney's office regarding service list (0.1); telephone conference with DOJ regarding service list (0.2); prepare final filing and questionnaire (0.6); file questionnaire and service list (0.5); conference with A. Horowitz regarding draft brief. | L520 | 3.50 | 600.00 | 2,100.00 |

| Date | Name | Description | Task Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/24/2009 | A. I. Horowitz | Review research and work on outline of argument. | L520 | 3.10 | 850.00 | 2,635.00 |
| 12/25/2009 | S. Dixon | Draft notes regarding appellate brief. | L520 | 1.00 | 600.00 | 600.00 |
| 12/28/2009 | S. Dixon | Review draft section of brief (0.8); outline potential alternative approach (1.0). | L520 | 1.80 | 600.00 | 1,080.00 |
| Total Fees | | | | | | $ 39,426.00 |

## TASK CODE SUMMARY

| Name | Task Code | Hours | Amount |
|---|---|---|---|
| A. I. Horowitz | L520 | 21.40 | $ 18,190.00 |
| M. O. Jones | L520 | 2.30 | 1,656.00 |
| M. O. Kirby, Jr. | L520 | 4.00 | 740.00 |
| S. Dixon | L520 | 31.40 | 18,840.00 |

## TASK CODE SUMMARY

| Task Code | Hours | Amount |
|---|---|---|
| L520 | 59.10 | $ 39,426.00 |

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| A. I. Horowitz | 21.40 | 850.00 | $ 18,190.00 |
| M. O. Jones | 2.30 | 720.00 | 1,656.00 |
| S. Dixon | 31.40 | 600.00 | 18,840.00 |
| M. O. Kirby, Jr. | 4.00 | 185.00 | 740.00 |
| Total Fees | | | $ 39,426.00 |

## EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Copying | $ 0.20 |
| Telephone | 11.00 |
| Total Expenses | $ 11.20 |

1024100.1



**MILLER CHEVALIER**

Miller & Chevalier Chartered

655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
(202) 626-5800  FAX: (202) 626-5801
E.I.N. 52-1212890

## REMITTANCE PAGE

### For Professional Services Rendered

Billing Coordinator
Washington Mutual Legal
Washington Mutual Center
Washington Mutual Inc.
1301 Second Avenue, WMC 3501
Seattle, WA 98101

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice No: 308851
Client/Matter No: 907270.000014
January 21, 2010

| | |
|---|---:|
| Balance Due From Previous Statement | $ 40,446.36 |
| Payments Received Since Previous Statement | (16,142.00) |
| **Previous Balance Due** | 24,304.36 |
| Total Fees and Expenses - Current Period | 39,437.20 |
| **Total Amount Due** | $ __63,741.56__ |

### OUTSTANDING STATEMENTS

| Date | Invoice | Invoice Amount | Payment Received | Balance |
|---|---|---|---|---|
| 07/24/09 | 306375 | $23,545.43 | $18,857.27 | $4,688.16 |
| 08/20/09 | 306710 | $18,244.50 | $14,595.60 | $3,648.90 |
| 09/21/09 | 307168 | $18,945.00 | $15,156.00 | $3,789.00 |
| 10/20/09 | 307634 | $23,742.50 | $19,069.50 | $4,673.00 |
| 11/17/09 | 307997 | $20,177.50 | $16,142.00 | $4,035.50 |
| 12/14/09 | 308384 | $3,469.80 | $0.00 | $3,469.80 |

### AGING

| Current | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days |
|---|---|---|---|---|
| $0.00 | $3,469.80 | $4,035.50 | $4,673.00 | $12,126.06 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT TO:**
Miller & Chevalier Chartered, P.O. Box 758604, Baltimore, MD 21275-8604
PAYMENT MAY BE MADE BY WIRE TO: WACHOVIA BANK, NA
WASHINGTON, D.C.
ACCOUNT NUMBER: 2000002972561
ABA NUMBER: 054001220

1024100.1