

# MILLER CHEVALIER

Miller & Chevalier Chartered

EXHIBIT B
655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
(202) 626-5800  FAX: (202) 626-5801
E.I.N. 52-1212890

LEGAL SERVICES FOR: Billing Coordinator
Washington Mutual Legal
Washington Mutual Center
Washington Mutual Inc.
1301 Second Avenue, WMC 3501
Seattle, WA

PERIOD: December 2009
INVOICE NO: 308852
CLIENT/MATTER NO.: 907270.000015
DATE: January 21, 2010

FOR PROFESSIONAL SERVICES RENDERED
for the period ending December 31, 2009, in connection with:

Post-Commencement Date CFC

| | |
|---|---:|
| Fees | $ 17,141.50 |
| Expenses | 3.00 |
| **Total Amount Due** | **$ 17,144.50** |

1024097.1

## TIME DETAIL

| Date | Name | Description | Task Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2009 | M. O. Jones | Meeting with S. Dixon (.2); left messages for B. McIntosh, C. Brouwer (.1); email correspondence with C. Brouwer (.1); review edits for Gibson waiver letter (.2). | L510 | 0.60 | 720.00 | $ 432.00 |
| 12/01/2009 | S. Dixon | Conference with M. Jones regarding waiver letter (0.3); review and revise motions and declarations (0.5); review waiver letter and related correspondence (0.2). | L510 | 1.00 | 600.00 | 600.00 |
| 12/02/2009 | S. Dixon | Telephone conference with T. Johnston regarding substitution of counsel (0.2). | L510 | 0.20 | 600.00 | 120.00 |
| 12/07/2009 | M. O. Jones | Telephone conference with C. Brouwer (.5); telephone conference with M. Soller (.1); meeting with S. Dixon and left messages for D. Arash and B. McIntosh (.3); email to D. Arash (.3) | L510 | 1.20 | 720.00 | 864.00 |
| 12/07/2009 | S. Dixon | Review waiver letter (0.5); conference with M. Jones regarding same (0.3); telephone conference with M. Jones and C. Brouwer regarding letter and strategy (0.5); review other correspondence regarding refund litigation (0.2). | L510 | 1.50 | 600.00 | 900.00 |
| 12/15/2009 | S. Dixon | Review correspondence and letter regarding documents (0.7); review IRS correspondence (0.3); conference with C. Brouwer regarding correspondence (0.2). | L510 | 1.20 | 600.00 | 720.00 |
| 12/16/2009 | S. Dixon | Review letter regarding documents (0.5); review other materials regarding documents (0.5); conference with M. Soller regarding same (0.4). | L510 | 1.40 | 600.00 | 840.00 |

1024097.1

| Date | Name | Description | Task Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/17/2009 | M. O. Jones | Telephone conference regarding document sharing agreement with Sullivan and Cromwell including calls with S. Dixon and M. Soller (.8); telephone conference with S. Dixon regarding documents (.2); telephone conference with M. Soller, S. Dixon and C. Brouwer regarding letter (.3) | L510 | 1.30 | 720.00 | 936.00 |
| 12/17/2009 | S. Dixon | Review and revise correspondence regarding documents (1.3); telephone conference with M. Jones regarding documents (0.2) telephone conferences regarding correspondence (0.8); correspond with client regarding letter (0.2); telephone conference with client regarding letter (0.3); review revised correspondence (0.4); review related materials (0.3). | L510 | 3.30 | 600.00 | 1,980.00 |
| 12/18/2009 | M. O. Jones | Review and revise letter to B. McIntosh (.5); telephone conference with M. Soller regarding letter (.5); send revised letter to C. Brouwer (.5); telephone conference with C. Brouwer, S. Dixon, M. Soller regarding letter (.5); telephone conference with T. Johnston regarding letter (.6); email to B. McIntosh regarding letter (.1). | L510 | 2.70 | 720.00 | 1,944.00 |
| 12/18/2009 | S. Dixon | Review revised letter (0.7); telephone conference regarding interim fees (0.8); telephone conference with C. Brouwer regarding letter (0.5); telephone conferences with T. Johnston and D. Arash regarding letter (0.8); correspond regarding letter (0.2). | L510 | 3.00 | 600.00 | 1,800.00 |

1024097.1

| Date | Name | Description | Task Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/18/2009 | M. L. Soller | Call with M. Jones regarding letter (0.5); review letter (1.0); call with M. Jones, S. Dixon regarding letter (0.5). | L510 | 2.00 | 575.00 | 1,150.00 |
| 12/21/2009 | M. O. Jones | Work on letter to B. McIntosh (.6); telephone conference with T. Johnston and M. Soller regarding letter (1.0) | L510 | 1.60 | 720.00 | 1,152.00 |
| 12/21/2009 | S. Dixon | Review revised letter regarding document sharing. | L510 | 0.50 | 600.00 | 300.00 |
| 12/21/2009 | M. L. Soller | Call with M. Jones regarding document sharing (0.5); call with M. Jones, T. Johnston regarding document sharing (1.0); review and draft letter (0.5); call with JPMorgan counsel (1.0). | L510 | 3.00 | 575.00 | 1,725.00 |
| 12/22/2009 | M. O. Jones | Telephone conference with S. Dixon regarding status of document disclosure letter with Sullivan and Cromwell. | L510 | 0.30 | 720.00 | 216.00 |
| 12/22/2009 | S. Dixon | Telephone conference with M. Jones regarding document letter (0.3); correspond with M. Soller regarding same (0.2); correspond with B. McIntosh regarding protective order (0.5). | L510 | 1.00 | 600.00 | 600.00 |
| 12/22/2009 | M. L. Soller | Review WAMU issues (1.0); confer with M. Jones (0.20); call with JPMorgan counsel (0.30). | L510 | 1.50 | 575.00 | 862.50 |

Total Fees $ 17,141.50

## TASK CODE SUMMARY

1024097.1

| Name | Task Code | Hours | Amount |
|---|---|---|---|
| M. L. Soller | L510 | 6.50 | $ 3,737.50 |
| M. O. Jones | L510 | 7.70 | 5,544.00 |
| S. Dixon | L510 | 13.10 | 7,860.00 |

## TASK CODE SUMMARY

| Task Code | Hours | Amount |
|---|---|---|
| L510 | 27.30 | $ 17,141.50 |

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| M. O. Jones | 7.70 | 720.00 | $ 5,544.00 |
| S. Dixon | 13.10 | 600.00 | 7,860.00 |
| M. L. Soller | 6.50 | 575.00 | 3,737.50 |
| Totals | 27.30 | | 17,141.50 |
| Total Fees | | | $ 17,141.50 |

## EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Copying | $ 0.80 |
| Telephone | 2.20 |
| Total Expenses | $ 3.00 |

## BILLING HISTORY

| | Legal Fees | Expenses | Totals to Date |
|---|---|---|---|
| Inception to Date | $28,108.00 | $0.00 | $28,108.00 |
| Year to Date | $0.00 | $0.00 | $0.00 |

1024097.1



MILLER
CHEVALIER

Miller & Chevalier Chartered

655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
(202) 626-5800 FAX: (202) 626-5801
E.I.N. 52-1212890

## REMITTANCE PAGE

### For Professional Services Rendered

Billing Coordinator
Washington Mutual Legal
Washington Mutual Center
Washington Mutual Inc.
1301 Second Avenue, WMC 3501
Seattle, WA

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice No: 308852
Client/Matter No: 907270.000015
January 21, 2010

| | |
|---|---:|
| Balance Due From Previous Statement | $ 22,798.00 |
| Payments Received Since Previous Statement | (13,056.80) |
| **Previous Balance Due** | **9,741.20** |
| Total Fees and Expenses - Current Period | 17,144.50 |
| **Total Amount Due** | **$ 26,885.70** |

### OUTSTANDING STATEMENTS

| Date | Invoice | Invoice Amount | Payment Received | Balance |
|---|---|---|---|---|
| 10/20/09 | 307635 | $4,747.50 | $3,798.00 | $949.50 |
| 11/18/09 | 308048 | $16,321.00 | $13,056.80 | $3,264.20 |
| 12/14/09 | 308385 | $5,527.50 | $0.00 | $5,527.50 |

### AGING

| Current | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days |
|---|---|---|---|---|
| $0.00 | $5,527.50 | $3,264.20 | $949.50 | $0.00 |

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT TO:**
Miller & Chevalier Chartered, P.O. Box 758604, Baltimore, MD 21275-8604
PAYMENT MAY BE MADE BY WIRE TO: WACHOVIA BANK, NA
WASHINGTON, D.C.
ACCOUNT NUMBER: 2000002972561
ABA NUMBER: 054001220

1024097.1