UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re* : **Chapter 11**
:
**WASHINGTON MUTUAL, INC., et al.,**[1] : Case No. 08-12229 (MFW)
: (Jointly Administered)
:
**Debtors.** :
:
---------------------------------------------------------------x

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on January 22, 2010, counsel for the above-captioned debtors and debtors-in-possession (the "Debtors") caused a copy of the *Debtors' Request for Production of Documents and Interrogatories Directed to WMB Noteholders* to be served via first class mail on counsel of record as set forth on the Certificate of Service attached hereto as Exhibit 1.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

Dated: Wilmington, Delaware
January 22, 2010

/s/ Julie A. Finocchiaro
_____
Mark D. Collins, Esq. (No. 2981)
Chun I. Jang (No. 4790)
Lee E. Kaufman (No. 4877)
Andrew C. Irgens (No. 5193)
Julie A. Finocchiaro (No. 5303)
RICHARDS, LAYTON & FINGER , P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701


-and-

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*