UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                          :
*In re*                                   :   Chapter 11
                                          :
WASHINGTON MUTUAL, INC., et al.,[1]       :   Case No. 08-12229 (MFW)
                                          :   (Jointly Administered)
                                          :
          Debtors.                        :
                                          :
---------------------------------------------------------------x

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on January 22, 2010, counsel for the above-captioned debtors and debtors-in-possession (the "Debtors") caused a copy of the *Debtors' Request for Production of Documents and Interrogatories Directed to Marathon Creditor Claimants* to be served via first class mail on counsel of record as set forth on the Certificate of Service attached hereto as Exhibit 1.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

RLF1 3530473v.1

Dated: Wilmington, Delaware
January 22, 2010

*/s/ Julie A. Finocchiaro*
_____
Mark D. Collins, Esq. (No. 2981)
Chun I. Jang (No. 4790)
Lee E. Kaufman (No. 4877)
Andrew C. Irgens (No. 5193)
Julie A. Finocchiaro (No. 5303)
RICHARDS, LAYTON & FINGER , P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701


-and-

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*

# **Exhibit 1**

# CERTIFICATE OF SERVICE

I, Julie A. Finocchiaro, do hereby certify that on January 22, 2010, I caused a copy of the foregoing ***Debtors' Request for Production of Documents and Interrogatories Directed to Marathon Creditor Claimants*** to be served on the following counsel of record in the manner indicated:

***Via First Class Mail***

Wilmer Cutler Pickering Hale and Dorr LLP
Attn: Philip D. Anker
399 Park Ave
New York, NY 10022

                                                            Julie A. Finocchiaro (No. 5303)