UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
*In re*                                                        :    Chapter 11
                                                               :
WASHINGTON MUTUAL, INC., et al.,[1]                            :    Case No. 08-12229 (MFW)
                                                               :    (Jointly Administered)
                                                               :
       Debtors.                                                :
                                                               :
---------------------------------------------------------------x

## DEBTORS' WITNESS LIST PURSUANT TO THE COURT'S NOVEMBER 19, 2009 SCHEDULING ORDER WITH RESPECT TO HEARING ON EMPLOYEE CLAIMS

Washington Mutual, Inc. ("WMI") and WMI Investment Corp. ("WMI Investment," and together with WMI, the "Debtors"), by and through their undersigned counsel, hereby submit their witness list pursuant to the Court's November 19, 2009 Scheduling Order With Respect To Hearing On Employee Claims (the "Scheduling Order"). Due to the fact that discovery in this matter is ongoing, only limited documents have been exchanged between the Debtors and the claimants to date, and no depositions have been conducted by any party, the Debtors have not yet identified any witnesses whom they may call to testify at the March 15, 2010 hearing (the "Hearing"), except the Debtors reserve the right to call any and all persons listed on the claimants' witness lists submitted pursuant to the Scheduling Order. The Debtors further reserve the right to revise and/or supplement their witness list should Debtors determine that additional witnesses may be required to testify at the Hearing.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

RLF1 3530457v.1

Dated: Wilmington, Delaware
January 22, 2010

/s/ [signature]

Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Andrew C. Irgens (No. 5193)
RICHARDS, LAYTON & FINGER , P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*

2

RLF1 3530457v.1