# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                          :
In re                                     :        Chapter 11
                                          :
WASHINGTON MUTUAL, INC., et al.,[1]       :        Case No. 08-12229 (MFW)
                                          :
                                          :        (Jointly Administered)
            Debtors.                      :
                                          :        Re: Docket No. 2039
-----------------------------------------------------------x
```

## CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' OBJECTION TO PROOF OF CLAIM FILED BY WELLS FARGO BANK, NATIONAL ASSOCIATION, AS IDENTURE TRUSTEE (CLAIM NO. 2134)

The undersigned hereby certifies that, as of the date hereof, the above-captioned debtors and debtors in possession (collectively, the "Debtors") have received no answer, objection or any other responsive pleading to the *Debtors' Objection to Proof of Claim Filed by Wells Fargo Bank, National Association, as Indenture Trustee (Claim No. 2134)* [Docket No. 2039] (the "Objection to Wells Fargo POC"), filed by the Debtors on December 18, 2009.

The undersigned further certifies that he has reviewed the Court's docket in the above-captioned cases and that no answer, objection or other responsive pleading to the Objection to Wells Fargo POC appears thereon. Objections or responses to the Objection to Wells Fargo POC, if any, were to be filed and served no later than **January 4, 2010 at 4:00 p.m. (EST).**

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

It is hereby respectfully requested that an order, substantially in the form of the proposed order attached to the Objection to Wells Fargo POC and attached hereto as <u>Exhibit A</u>, be entered at the earliest convenience of the Court.

Dated: January 25, 2010          Respectfully submitted,
       Wilmington, Delaware

_____

Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Lee E. Kaufman (No. 4877)
Andrew C. Irgens (No. 5193)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

–and–

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
Michael F. Walsh, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*

2

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------x
               :

*In re*                    :        **Chapter 11**

**WASHINGTON MUTUAL, INC., et al.,**[1]  :

                   :        **Case No. 08-12229 (MFW)**

        **Debtors.**         :        **(Jointly Administered)**

                   :

                   :        Re: Docket No. 2039

-------------------------------------------------------x

## ORDER GRANTING DEBTORS' OBJECTION
## TO PROOF OF CLAIM NUMBER 2134 FILED BY
## WELLS FARGO BANK, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE

Upon the objection, dated December 18, 2009 (the "Objection"),[2] of Washington

Mutual, Inc. ("WMI") and WMI Investment Corp. (collectively, the "Debtors"), as debtors and

debtors in possession, for entry of an order reducing and allowing, in part, proof of claim 2134

("Claim 2134"), all as more fully set forth in the Objection; and the Court having jurisdiction to

consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334;

and consideration of the Objection and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and due and proper notice of the Objection having been provided to those

parties identified therein, and no other or further notice being required; and the Court having

determined that the relief sought in the Objection is in the best interests of the Debtors, their

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

[2] Capitalized terms used, but not defined, herein shall have the meanings ascribed to them in the Objection.

creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Objection is GRANTED as set forth herein; and it is further

ORDERED that Claim 2134, solely with respect to the Debentures Claims, is hereby reduced and allowed as follows:

| Notes Issuance | Maturity Date | Allowed Principal ($) | Allowed Accrued Interest[3] ($) | Allowed Total Amount ($) |
|---|---|---|---|---|
| 5.375% Junior Subordinated Deferrable Interest Debentures | | | | |
| Preferred Securities | May 1, 2041 | 756,230,623.24 | 9,443,576.39 | 765,674,199.63 |
| Common Securities | May 1, 2041 | 23,387,254.01 | 292,052.86 | 23,679,306.87 |

; and it is further

ORDERED that all parties rights with respect to the Remaining Claims are hereby expressly preserved, including, without limitation, the Debtors' rights to object to the Remaining Claims on any grounds whatsoever; and it is further

ORDERED that Kurtzman Carson Consultants, LLC, the Debtors' court-appointed claims and noticing agent, is authorized and directed to update the official claims register in these chapter 11 cases to reflect the provisions of this Order ; and it is further

---

[3] Interest is calculated as of the Commencement Date.

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: January ___, 2010
      Wilmington, Delaware

                                  _____
                                  THE HONORABLE MARY F. WALRATH
                                  UNITED STATES BANKRUPTCY JUDGE