IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
*In re:*                                                       :    **Chapter 11**
                                                               :
**WASHINGTON MUTUAL, INC., et al.,**[1]                        :    **Case No. 08-12229 (MFW)**
                                                               :
                                                               :    **(Jointly Administered)**
            **Debtors.**                                       :
                                                               :
---------------------------------------------------------------x

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JANUARY 29, 2010 AT 10:30 A.M. (EST)

**I.    CONTESTED MATTER GOING FORWARD:**

1. Motion of Debtors for an Order Pursuant to Section 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1023; filed 5/15/09]

   Objection Deadline:   June 2, 2009 at 4:00 p.m. (EST); extended to June 12, 2009 for the Plan Participants

   Objections/Responses Received:

   A. Objection of Claimant William E. Broza to Motion of Debtors for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1084; filed 5/29/09]

   B. Objection filed by Alan H. White to Motion of Debtors for an Order Pursuant to Section 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1100; filed 6/2/09]

   C. Objection of Certain Plan Participants to Debtor's Motion for Authority to: (I) Exercise Its Ownership Rights Over Certain Trust Assets; (II) Distribute Trust Assets; and (III) Terminate the Trust [Docket No. 1129; filed 6/12/09]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

D.  Response of Debtors to Objections of William E. Broza, Alan White, and Certain Plan Participants to Debtors' Motion for an order Pursuant to Sections 105(a) and 373 of the Bankruptcy Code Authorizing But not Directing (I) Washington Mutual, Inc. to Exercise its Ownership Rights Over Certain trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1363; filed 7/22/09]

Related Documents:

i.  Brief of Certain Plan Participants in Support of Certain Plan Participants Objection to the Debtors' Motion for Authority to: (I) Exercise Ownership Rights Over Certain Trust Assets; (II) Distribute the Trust Assets; and (III) Terminate the Trust [Docket No. 1710; filed 10/13/09]

ii. Appendix for Brief of Certain Plan Participants in Support of Certain Plan Participants Objection to the Debtors' Motion for Authority to: (I) Exercise Ownership Rights Over Certain Trust Assets; (II) Distribute the Trust Assets; and (III) Terminate the Trust [Docket No. 1711; filed 10/13/09]

iii. Motion of Debtors for an Order (A) Authorizing Debtors to Supplement the Record or, in the Alternative, (B) Reopening the Record and Authorizing the Debtors to Submit Supplemental Evidence in Support of Motion of Debtors for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1713; filed 10/13/09]

iv. Debtors' Memorandum of Law in Further Support of Their Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1714; filed 10/13/09]

v.  Appendix in Connection with Debtors' Memorandum of Law in Further Support of Their Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1715; filed 10/13/09]

vi. Declaration of Laura M. Malafronte in Connection with Debtors' Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1716; filed 10/13/09]

vii. Declaration of Robbyn W. Dewar in Connection with Debtors' Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code

Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1717; filed 10/13/09]

viii. Joinder of the Official Committee of Unsecured Creditors in the Debtors' Memorandum of Law in Further Support of Their Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1742; filed 10/20/09]

ix. Joinder of the Official Committee of Unsecured Creditors in the Motion of Debtors for an Order (A) Authorizing Debtors to Supplement the Record or, in the Alternative, (B) Reopening the Record and Authorizing the Debtors to Submit Supplemental Evidence in Support of Motion of Debtors for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1743; filed 10/20/09]

x. Statement of Certain Plan Participants in Lieu of Reply Brief to Memorandum of Law of Debtors in Further Support of Motion for Authority to: (I) Exercise Ownership Rights Over Certain Trust Assets; (II) Distribute the Trust Assets; and (III) Terminate the Trust [Docket No. 1766; filed 10/26/09]

xi. Debtors' Reply Memorandum of Law in Further Support of Their Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1774; filed 10/27/09]

xii. Joinder of the Official Committee of Unsecured Creditors of Washington Mutual, Inc. et al. to the Debtors' Reply Memorandum of Law in Further Support of Their Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1779; filed 10/28/09

xiii. Debtors' Response to Statement of Certain Plan Participants in Lieu of Reply Brief to Memorandum of Law of Debtors in Further Support of Motion for Authority to: (I) Exercise Ownership Rights Over Certain Trust Assets; (II) Distribute the Trust Assets; and (III) Terminate the Trust [Docket No. 1788; filed 10/29/09]

xiv. Certain Plan Participants Objection to the Debtors' Motion to Reopen the Record and Submit Supplemental Evidence in Support of Debtors' Motion to

Exercise Ownership Rights Over Certain Trusts, Distribute the Trust Assets, and Terminate the Trusts [Docket No. 1810; filed 11/2/09]

xv. JPMorgan Chase Bank, N.A.'s Correction to A Statement in Debtor's Motion for an Order (A) Authorizing Debtors to Supplement the Record or, in the Alternative, (B) Reopening the Record and Authorizing the Debtors to Submit Supplemental Evidence in Support of Motion of Debtors for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1870; filed 11/11/09]

xvi. Debtors' Reply to Certain Plan Participants Objection to the Debtors' Motion to Reopen the Record and Submit Supplemental Evidence in Support of Debtors' Motion to Exercise Ownership Rights Over Certain Trusts, Distribute the Trust Assets, and Terminate the Trusts [Docket No. 1919; filed 11/19/09]

xvii. Order Supplementing Record [Docket No. 2063; filed 12/28/09]

Status: The hearing on this matter is going forward.

Dated: January 27, 2010
Wilmington, Delaware

Respectfully submitted,

Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Lee E. Kaufman (No. 4877)
Andrew C. Irgens (No. 5193)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*

RLF1 3530575v.1