# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 Cases |
|  | Case No. 08-12229 (MFW) |
| WASHINGTON MUTUAL, INC., et al.,[1] | Jointly Administered |
|  |  |
| Debtors. |  |
|  | **Related Docket No. 2205** |

## JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WASHINGTON MUTUAL, INC., ET AL. TO THE DEBTORS' TWENTIETH (20TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS

The Official Committee of Unsecured Creditors (the "Creditors' Committee") of Washington Mutual, Inc., et al. (collectively, the "Debtors"), by and through its undersigned co-counsel, submits this joinder (the "Joinder") regarding the Debtors' Twentieth (20th) Omnibus (Substantive) Objection to Claims (the "Objection") [Docket No. 2205]. The Creditors' Committee joins in the Debtors' Objection and fully adopts the statements contained therein. First, the WMB Noteholders and the Marathon Credit Claimants (collectively, the "Bondholders"), holders of indebtedness of Washington Mutual Bank ("WMB"), do not have standing to pursue most of their asserted claims on behalf of all the creditors of WMB. To the extent that there are any facially valid causes of action, only the Federal Deposit Insurance Company ("FDIC"), in its capacity as receiver for WMB (the "Receivership") has standing to pursue the claims. Second, even if the Bondholders are deemed to have standing, the claims themselves are legally insufficient. The claims fail to state plausible claims on which relief can

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Washington Mutual, Inc. (3725) and WMI Investment Corporation (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

#12084805 v1

be granted.  Finally, even if the pleadings are deemed sufficient, the claims are undermined by compelling evidence.

**WHEREFORE**, the Committee respectfully requests that the Court grant the relief requested in the Objection.

Dated: February 1, 2010

>Respectfully Submitted,
>
>**PEPPER HAMILTON LLP**
>
>By: /s/ John H. Schanne, II
>David B. Stratton (DE No. 960)
>John H. Schanne, II (DE No. 5260)
>Hercules Plaza, Suite 5100
>1313 Market Street
>P.O. Box 1709
>Wilmington, DE 19801
>Tel. (302) 777-6500
>Fax (302) 421-8390
>
>- and –
>
>**AKIN GUMP STRAUSS HAUER & FELD LLP**
>Fred S. Hodara (admitted pro hac vice)
>Robert A. Johnson (admitted pro hac vice)
>One Bryant Park
>New York, NY 10036
>Tel. (212) 872-1000
>Fax (212) 872-1002
>
>Attorneys for the Official Committee of Unsecured Creditors of Washington Mutual, Inc., *et al.*