IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re:* : Chapter 11
:
WASHINGTON MUTUAL, INC., et al.,[1] : Case No. 08-12229 (MFW)
:
: (Jointly Administered)
Debtors. :
:
---------------------------------------------------------------x

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 5, 2009 AT 10:30 A.M. (EST)

I. **CONTINUED/RESOLVED MATTERS:**

1. Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1234; filed 6/26/09]

   Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT)

   Objections/Responses Received:

   A. Response by John S. Pereira as Chapter 11 Trustee of Maywood Capital Corp., et. al in Opposition to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1314; filed 7/15/09]

   Related Documents:

   i. Notice of Submission of Copies of Proofs of Claims Relating to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1295; filed 7/13/09]

   ii. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

   iii. Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Objection to Claims [Docket No. 1366; filed 7/22/09]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

iv. Notice of Withdrawal re: Docket No. 1364 and 1365 [Docket No. 1367; filed 7/22/09]

v. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

vi. Declaration of Rishi Jain in Further Support of Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1388; filed 7/27/09]

vii. Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1467; filed 8/10/09]

viii. Debtors' Reply to Response and Opposition of MSG Media to Debtors' Sixth Omnibus Claims Objection [Docket No. 1482; filed 8/12/09]

ix. Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

x. Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

xi. Second Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1579; filed 9/3/09]

xii. Supplemental Briefing of MSG Media in Connection with Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1599; filed 9/9/09]

xiii. Debtors' Memorandum of Law in Further Support of Their Sixth Omnibus Objection to Claims with Respect to Proof of Claim Number 1841, Filed by MSG Media, A Division of Madison Square Garden, L.P. [Docket No. 1600; filed 9/9/09]

Status: This hearing on this matter is continued to the omnibus hearing scheduled for March 4, 2010 at 11:30 a.m. (EST). The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit A.

2. Debtors' Sixteenth Omnibus (Substantive) Objection to Claims [Docket No. 1911; filed 11/18/09]

Objection Deadline: December 7, 2009 at 4:00 p.m. (EST)

Objections/Responses Received: None.

Related Documents:

i. Notice of Submission of Claims [Docket No. 1958; filed 12/4/09]

ii. Order Granting Debtors' Sixteenth Omnibus (Substantive) Objection to Claims [Docket No. 2035; filed 12/18/09]

Status: This hearing on this matter is continued to the omnibus hearing scheduled for March 4, 2010 at 11:30 a.m. (EST) with respect to the claim filed by Relizon Company (Claim No. 3293). The individual status of each remaining claim subject to this matter is listed on the attached Exhibit B.

3. Debtors' Seventeenth Omnibus (Substantive) Objection to Claims [Docket No. 2040; filed 12/18/09]

Objection Deadline: January 4, 2010 at 4:00 p.m. (EST)

Objections/Responses Received:

A. Response of First American CoreLogic, Inc. to Debtors' Seventeenth Omnibus (Substantive) Objection to Claims [Docket No. 2086; filed 1/5/2010]

Related Documents:

i. Notice of Submission of Proof of Claim Regarding Debtors Seventeenth Omnibus (Substantive) Objection to Claims [Docket No. 2148; filed 1/14/2010]

Status: The parties have resolved the objection to this claim and will submit a stipulation for approval of the Court upon certification of counsel. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit C.

4. Debtors' Objection to Proof of Claim Filed by Egencia LLC (Claim No. 3678) [Docket No. 2083; filed 1/4/2010]

Objection Deadline: January 18, 2010 at 4:00 p.m. (EST)

Objections/Responses Received: None.

Related Documents:

i. Notice of Submission of Claims Regarding Debtors' Objection to Proof of Claim Filed by Egencia LLC (Claim No. 3678) [Docket No. 2146; filed 1/14/2010]

Status: This hearing on this matter is continued to the omnibus hearing scheduled for March 4, 2010 at 11:30 a.m. (EST).

RLF1 3533459v.1

## II. UNCONTESTED MATTER WITH CERTIFICATION OF NO OBJECTION:

5. Debtors' Motion Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014 to Amend the Retention of Quinn Emanuel Urquhart Oliver & Hedges, LLP, as Special Litigation and Conflicts Counsel to the Debtors [Docket No. 2158; filed 1/15/2010]

    Objection Deadline: January 28, 2010 at 4:00 p.m. (EST)

    Objections/Responses Received: None.

    Related Documents:

    i. Application of Debtors Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014 for Authorization to Employ and Retain Quinn Emanuel Urquhart Oliver & Hedges, LLP as Special Litigation and Conflicts Counsel to the Debtors, *Nunc Pro Tunc* to April 3, 2009 [Docket No. 888; filed 4/8/09]

    ii. Order Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment and Retention of Quinn Emanuel Urquhart Oliver & Hedges, LLP as Special Litigation and Conflicts Counsel to the Debtors *Nunc Pro Tunc* to April 3, 2009 [Docket No. 1043; filed 5/19/09]

    iii. Certification of No Objection Regarding Debtors' Motion Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014 to Amend the Retention of Quinn Emanuel Urquhart Oliver & Hedges, LLP, as Special Litigation and Conflicts Counsel to the Debtors [Docket No. 2309; filed 2/2/2010]

    Status: On February 2, 2010, the Debtors filed a certification of no objection with respect to this matter. Accordingly, no hearing on this matter is necessary unless the Court has additional questions or concerns.

## III. UNCONTESTED MATTER GOING FORWARD:

6. Motion of Debtors Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) for Approval of Settlements with Old Republic Insurance Company, Zurich American Insurance Company and JPMorgan Chase Bank, N.A. [Docket No. 2082; filed 1/4/2010]

    Objection Deadline: January 19, 2010 at 4:00 p.m. (EST)

    Objections/Responses Received: None.

    Related Documents: None.

Status: This hearing on this matter is going forward.

## IV. CONTESTED MATTERS GOING FORWARD:

7. Debtor's Nineteenth Omnibus (Substantive) Objection to Claims (Litigation Claims) [Docket No. 2087; filed 1/5/2010]

   Objection Deadline: January 25, 2010 at 4:00 p.m. (EST)

   Objections/Responses Received:

   A. Response to Debtors Nineteenth Omnibus (Substantive) Objection to Claims filed by Silas and Barbara Wrigley [Docket No. 2202; filed 1/22/2010]

   B. Response to Debtors Nineteenth Omnibus (Substantive) Objection to Claims filed by Belal Dalati [Docket No. 2203; filed 1/22/2010]

   C. Response to Debtors Nineteenth Omnibus (Substantive) Objection to Claims filed by Bert and Linda Barber [Docket No. 2204; filed 1/22/2010]

   D. Response to Debtors Nineteenth Omnibus (Substantive) Objection to Claims filed by Lisa Costantino [Docket No. 2211; filed 1/25/2010]

   E. Response to Debtors Nineteenth Omnibus (Substantive) Objection to Claims filed by Richard Chapter 7 Trustee McCord [Docket No. 2216; filed 1/25/2010]

   F. Response to Debtors Nineteenth Omnibus (Substantive) Objection to Claims filed by Melissa Gonell [Docket No. 2217; filed 1/25/2010]

   G. Response to Debtors Nineteenth Omnibus (Substantive) Objection to Claims filed by Ernest J. Ciccotelli [Docket No. 2218; filed 1/25/2010]

   H. Response to Debtors Nineteenth Omnibus (Substantive) Objection to Claims filed by Ali S. Muhammad James and Dorthea Cornelius [Docket No. 2257; filed 1/26/2010]

   I. Response to Debtors Nineteenth Omnibus (Substantive) Objection to Claims filed by Deborah Hoover [Docket No. 2258; filed 1/26/2010]

   Related Documents:

   i. Notice of Submission of Proof of Claim Regarding Debtor's Nineteenth Omnibus (Substantive) Objection to Claims (Litigation Claims) [Docket No. 2147; filed 1/14/2010]

   ii. Debtor's Omnibus Reply to Responses to Debtors Nineteenth (19th) Omnibus (Substantive) Objection to Claims [Docket No. 2308; filed 2/2/2010]

Status: This hearing on this matter is going forward. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit D.

## V. ITEM CONTINUED FROM JANUARY 28, 2010 HEARING:

8. Motion of the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, for an Order Modifying the Automatic Stay [Docket No. 1834; filed 11/4/09]

   Objection Deadline: November 17, 2009 at 4:00 p.m. (EST)

   Objections/Responses Received:

   A. Debtors' Objection to Motion of the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, for an Order Modifying the Automatic Stay [Docket No. 1872; filed 11/11/09]

   B. Statement of Bank Bondholders in Response to (1) Motion of the Federal Deposit Insurance Corporation for an Order Modifying the Automatic Stay and (2) the Debtors' Objection to the Motion [Docket No. 1896; filed 11/17/09]

   C. JPMorgan Chase Bank, National Association's Response to Motion of the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, for an Order Modifying the Automatic Stay [Docket No. 1898; filed 11/17/09]

   D. Objection of the Washington Mutual, Inc. Noteholders Group to the Motion of the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, for an Order Modifying the Automatic Stay and Joinder in the Debtors' Objection [Docket No. 1900; filed 11/17/09]

   E. Reply of the FDIC-Receiver in Further Support of Its Motion for an Order Modifying the Automatic Stay [Docket No. 1951; filed 12/1/09]

   Related Documents: None.

   Status: This hearing on this matter is going forward.

Dated: February 3, 2010
Wilmington, Delaware

Respectfully submitted,

*[signature]*

Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Lee E. Kaufman (No. 4877)
Julie A. Finocchiaro (No. 5303)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*