IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
                                              :
*In re*                                       :   Chapter 11
                                              :
WASHINGTON MUTUAL, INC., et al.,[1]           :   Case No. 08-12229 (MFW)
                                              :
         Debtors.                             :   (Jointly Administered)
                                              :
                                              :   Re: Docket No. 2205
----------------------------------------------------------------x

## NOTICE OF CORRECTED HEARING DATE WITH RESPECT TO DEBTORS' TWENTIETH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS

PLEASE TAKE NOTICE that on January 22, 2010 the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Twentieth Omnibus (Substantive) Objection to Claims* (the "Objection") [Docket No. 2205] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). **You were already served with a copy of the Objection.**

PLEASE TAKE FURTHER NOTICE that the Notice of Application and Hearing attached to the Objection incorrectly identified the hearing date for the Objection as 10:30 a.m. (Eastern Standard Time) on March 8, 2010.

PLEASE TAKE FURTHER NOTICE that the hearing with respect to the Objection will go forward at **11:30 a.m. (Eastern Standard Time) on March 8, 2010.**

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

Dated: February 8, 2010
     Wilmington, Delaware

/s/ Chun I. Jang
---
Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Andrew C. Irgens (No. 5193)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Marcia L. Goldstein
Brian S. Rosen

*Attorneys for the Debtors and
Debtors in Possession*