# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | : Chapter 11 |
| WASHINGTON MUTUAL, INC., *et al.*,[1] | : Case No. 08-12229 (MFW) |
| *Debtors.* | : Jointly Administered |

## NOTICE OF DEPOSITION OF DOREEN LOGAN

**To All Parties And Counsel Of Record On The Attached Service List**

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rules 7030 and 9014 and Rule 30 of the Federal Rules of Civil Procedure, the holders of senior notes issued by Washington Mutual Bank listed below (the "Bank Bondholders"),[2] by and through the undersigned counsel, will take

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395).

[2] The Bank Bondholders include Anchorage Capital Master Offshore, Ltd.; Bank of Scotland plc; Cetus Capital, LLC; HFR ED Select Fund IV Master Trust; Juggernaut Fund, L.P.; Lyxor/York Fund Limited; Marathon Credit Opportunity Master Fund, Ltd.; Marathon Special Opportunity Master Fund, Ltd.; Permal York Ltd.; Quintessence Fund L.P.; QVT Fund LP; The Värde Fund, L.P.; The Värde Fund VI-A, L.P.; The Värde Fund VII-B, L.P.; The Värde Fund VIII, L.P.; The Värde Fund IX, L.P.; The Värde Fund IX-A, L.P.; Värde Investment Partners (Offshore) Master, L.P.; Värde Investment Partners, L.P.; Windmill Master Fund, LP; York Capital Management, L.P.; York Credit Opportunities Fund, L.P.; York Credit Opportunities Master Fund, L.P.; York Investment Master Fund, L.P.; York Select, L.P.; and York Select Master Fund, L.P., all of which are included on Proofs of Claim nos. 3710 and 3711. Subsequent to the filing of those proofs of claims, additional holders of WMB Senior Notes, some of which are included on a proof of claim filed on behalf of another set of bondholders, have retained Wilmer Cutler Pickering Hale and Dorr LLP to represent them, including CVI GVF (Lux) Master S.a.r.l.; Caspian Capital Advisors LLC; Citigroup Global Markets, Inc.; D. E. Shaw Laminar Portfolios, LLC; Halcyon Asset Management LLC; King Street Capital Management, L.P.; Plainfield Special Situations Master Fund II Limited; Plainfield OC Master Fund II Limited; Plainfield Liquid Strategies Master Fund Limited; Scoggin Capital Management. These additional bondholders also join in this deposition notice.

the oral deposition of Doreen Logan. The deposition will take place at the offices of Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801, or such other location mutually agreed upon by the parties, at a date and time to be determined, before a notary public or another office legally authorized to administer oaths and shall continue from day to day until concluded. A stenographer will transcribe the deposition and a videographer may video the deposition.

February 09, 2010

By their Attorneys,

/s/ Mark M. Billion
Philip D. Anker (367957)
WILMER CUTLER PICKERING HALE &
DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Russell J. Bruemmer (289074)
Nancy L. Manzer (421144)
Gianna Ravenscroft (487712)
Lisa Ewart (497290)
WILMER CUTLER PICKERING HALE &
DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000

Laura Davis Jones
Alan Kornfeld
Timothy P. Cairns
Mark M. Billion
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400