UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                            :
*In re*                                     :   Chapter 11
                                            :
WASHINGTON MUTUAL, INC., et al.,[1]         :   Case No. 08-12229 (MFW)
                                            :
   Debtors.                                 :   (Jointly Administered)
                                            :
                                            :   Re: Docket Nos. 2250 and 2255
---------------------------------------------------------------x

## DEBTORS' RESERVATION OF RIGHTS WITH RESPECT TO THE APPLICATIONS OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS FOR ORDERS AUTHORIZING THE EMPLOYMENT AND RETENTION OF (I) VENABLE LLP AS ITS COUNSEL AND (II) BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP AS ITS DELAWARE AND CONFLICTS COUNSEL

Washington Mutual, Inc. ("*WMI*") and WMI Investment Corp. ("*WMI Investment*"), as debtors and debtors in possession (collectively, the "*Debtors*"), hereby file this reservation of rights and respectfully represent:

### Background

1. On January 11, 2010, the Office of the United States Trustee for the District of Delaware (the "*U.S. Trustee*") appointed an official committee of equity security holders (the "*Equity Committee*") in these chapter 11 cases [Docket No. 2130].

2. On January 13, 2010, the Debtors filed the Motion of Washington Mutual, Inc. and WMI Investment Corp. for an Order (A) Disbanding the Official Committee of Equity Holders Appointed by the United States Trustee or (B) Limiting the Fees and Expenses Which

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are now located at 925 Fourth Avenue, Suite 2500, Seattle, Washington 98101.

May be Incurred by Such Committee (the "*Motion*") [Docket No. 2132]. In the Motion, the Debtors sought an order disbanding the Equity Committee because the Debtors believed, and continue to believe, that equity security holders simply have no economic interest in these chapter 11 cases.

3. After a hearing on January 28, 2010, the Court denied the Motion and declined to grant the relief sought therein.

## The Retention Applications

4. By applications (the "*Retention Applications*"), dated January 27, 2010 [Docket No. 2250] and January 28, 2010 [Docket No. 2255], the Equity Committee seeks to retain Venable LLP as its counsel and Benesch, Friedlander, Coplan & Aronoff LLP as its local counsel, each *nunc pro tunc* to January 11, 2010.

## Reservation of Rights

5. For the reasons stated in the Motion, which are incorporated herein as though set forth in full, the Debtors believe that they are insolvent, and, therefore, there will be no meaningful recovery to equity security holders in these chapter 11 cases. As equity security holders lack any economic interest in these chapter 11 cases, the Debtors believe that the retention of counsel by the Equity Committee will be costly to their estates without any corresponding benefit.

6. Based upon the foregoing, and without prejudice to any and all claims, causes of action and defenses, the Debtors reserve all rights with respect to the Retention Applications and any applications filed by any counsel or any other professional retained by or for the Equity Committee pursuant to section 330 of the Bankruptcy Code for compensation for services rendered and for reimbursement of expenses incurred.

Dated: Wilmington, Delaware
February 16, 2009

/s/ Ch. I.J.

Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Lee E. Kaufman (No. 4877)
Andrew C. Irgens (No. 5193)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys to the Debtors
and Debtors-in-Possession