# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 Cases |
|  | ) | Case No. 08-12229 (MFW) |
| WASHINGTON MUTUAL, INC., *et al.*,[1] | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) ) |  |
|  | ) | **Related Docket Nos. 2250, 2255, 2363** |

**STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WASHINGTON MUTUAL, INC., *ET AL.* RESERVING ITS RIGHTS AND IN SUPPORT OF THE DEBTORS' RESERVATION OF RIGHTS WITH RESPECT TO THE APPLICATIONS OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF VENABLE LLP AND BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

The Official Committee of Unsecured Creditors (the "Creditors' Committee") of Washington Mutual, Inc. ("WMI"), *et al.* (collectively, the "Debtors"), by and through its undersigned co-counsel, submits this statement (the "Statement") reserving it rights and in support of the Debtors' reservation of rights (the "Reservation of Rights") [Docket No. 2363] with respect to the applications of the Official Committee of Equity Security Holders (the "Equity Committee") for orders authorizing the retention of Venable LLP as its counsel [Docket No. 2250] and Benesch, Friedlander, Coplan & Aronoff LLP as its local counsel [Docket No. 2255], each *nunc pro tunc* to January 11, 2010. (the "Applications"), on the grounds set forth herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Washington Mutual, Inc. (3725) and WMI Investment Corporation (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Suite 2500, Seattle, Washington 98101.

#12135823 v1

1. The Creditors' Committee concurs with the Debtors' Reservation of Rights with respect to any requests for compensation by Venable LLP and Benesch, Friedlander, Coplan & Aronoff LLP in their representation of the Equity Committee.

2. The Creditors' Committee reserves its rights to object to any requests for compensation by Venable LLP and Benesch, Friedlander, Coplan & Aronoff LLP in their representation of the Equity Committee. In its Application, Venable stated that it "intends to apply to this Court for periodic allowances of compensation and reimbursement of costs." Application at ¶ 12. As a party in interest, the Creditors' Committee reserves its rights under Bankruptcy Code sections 330, 331, or other applicable law to object to requests by Venable LLP and Benesch, Friedlander, Coplan & Aronoff LLP for compensation on any appropriate grounds, including, without limitation, if the requested compensation is (i) excessive, (ii) on account of duplicative services, (iii) on account of services performed that are beyond the scope of that which is reasonably necessary to provide adequate representation to the Equity Committee, or (iv) otherwise unreasonable, inequitable, or contrary to applicable law. 11 U.S.C. § 330.

#12135823 v1

Dated: February 16, 2010

    Respectfully Submitted,

    **PEPPER HAMILTON LLP**

    By: /s/ David B. Stratton
    David B. Stratton (DE No. 960)
    Hercules Plaza, Suite 5100
    1313 Market Street
    P.O. Box 1709
    Wilmington, Delaware 19899-1709
    Tel. (302) 777-6500
    Fax (302) 421-8390

    - and -

    **AKIN GUMP STRAUSS HAUER & FELD LLP**
    Fred S. Hodara (admitted pro hac vice)
    Robert A. Johnson (admitted pro hac vice)
    One Bryant Park
    New York, NY 10036
    Tel. (212) 872-1000
    Fax (212) 872-1002

    Attorneys for the Official Committee of Unsecured Creditors of Washington Mutual, Inc., *et al.*