UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

*In re*  : Chapter 11

WASHINGTON MUTUAL, INC., et al.,[1]  :

: Case No. 08-12229 (MFW)

**Debtors.**  : (Jointly Administered)

: Re: Docket Nos. 2132, 2185, 2186,
: 2194, 2198, 2215, 2223, 2232, 2259

---

ORDER DENYING (I) DEBTORS' MOTION FOR
AN ORDER DISBANDING THE OFFICIAL COMMITTEE OF
EQUITY HOLDERS APPOINTED BY THE UNITED STATES TRUSTEE AND
(II) BLACK HORSE'S MOTION TO RECONSTITUTE THE EQUITY COMMITTEE

Upon the motion, dated January 11, 2010 (the "Motion"), of Washington Mutual, Inc. ("WMI") and WMI Investment Corp. (collectively, the "Debtors"), as debtors and debtors in possession, for entry of an order, pursuant to sections 105(a) and 1102 of the title 11 of the United States Code (the "Bankruptcy Code") and Rules 2020 and 9014 of the Federal Rules of Bankruptcy Procedure, directing the United States Trustee for the District of Delaware (the "US Trustee") to disband the official committee of equity security holders (the "Equity Committee"), formed by the US Trustee on January 11, 2010, or, in the alternative limiting the amount of fees and expenses which may be incurred by the Equity Committee, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

RLF1 3537815v.1

this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to those parties identified therein, and no other or further notice being required; and upon consideration of (i) the objections to the Motion filed by (a) the Equity Committee [Dkt. No. 2185] and (b) the US Trustee [Dkt. No. 2198], (ii) Black Horse Capital Management LLC's (I) Response to the Motion and (II) Request for Alternative Relief Consisting of a Reconstituted Committee of Certain Preferred Equity Holders (the "Black Horse Motion"), (iii) the Statement of the Official Committee of Unsecured Creditors in Support of Disbanding the Equity Committee [Dkt. No. 2194], (iv) the Bank Bondholders' Response to the Opposition of the Equity Committee to the Motion [Dkt. No. 2215], (v) the objection of the US Trustee to the Black Horse Motion [Dkt. No. 2232] and (vi) the Reply of the Debtors in Further Support of the Motion [Dkt. No. 2223]; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is DENIED; and it is further

ORDERED that the Black Horse Motion is DENIED; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: February 17, 2010
Wilmington, Delaware

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE