IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                              :
*In re:*                                      :    Chapter 11
                                              :
WASHINGTON MUTUAL, INC., et al.,[1]           :    Case No. 08-12229 (MFW)
                                              :
                                              :    (Jointly Administered)
         Debtors.                             :
                                              :
---------------------------------------------------------------x

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON FEBRUARY 22, 2009 AT 3:00 P.M. (EST)

I.  **CONTINUED/RESOLVED MATTERS:**

   1.  Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1087; filed 5/29/09]

       Objection Deadline: June 22, 2009 at 4:00 p.m. (EDT)

       Objections/Responses Received:

       A.  Schindler Family Trust's Response to Debtors' First Omnibus Objection to Claims [Docket No. 1190; filed 6/22/09]

       Related Documents:

       i.   Amendment to Notice of Debtors' Omnibus Objections to Claims [Docket No. 1177; filed 6/18/09]

       ii.  Notice of Submission of Proofs of Claims Relating to Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1292; filed 7/13/09]

       iii. Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1364; filed 7/22/09]

       iv.  Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1368; filed 7/22/09]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

RLF1 3537963v.1

v. Order Granting Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1469; filed 8/10/09]

vi. Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

Status: This hearing on this matter is continued to the omnibus hearing scheduled for March 18, 2010 at 10:30 a.m. (EDT).

2. Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1233; filed 6/26/09]

Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received: None.

Related Documents:

i. Notice of Submission of Proof of Claim Relating to Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1294; filed 7/13/09]

ii. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

iii. Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Objection to Claims [Docket No. 1366; filed 7/22/09]

iv. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

v. Order Granting Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1466; filed 8/10/09]

vi. Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

vii. Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

Status: This hearing on this matter is continued to the omnibus hearing scheduled for March 18, 2010 at 10:30 a.m. (EDT).

3. Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1234; filed 6/26/09]

Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.  Response by John S. Pereira as Chapter 11 Trustee of Maywood Capital Corp., et. al in Opposition to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1314; filed 7/15/09]

Related Documents:

i.  Notice of Submission of Copies of Proofs of Claims Relating to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1295; filed 7/13/09]

ii.  Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

iii.  Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Objection to Claims [Docket No. 1366; filed 7/22/09]

iv.  Notice of Withdrawal re: Docket No. 1364 and 1365 [Docket No. 1367; filed 7/22/09]

v.  Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

vi.  Declaration of Rishi Jain in Further Support of Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1388; filed 7/27/09]

vii.  Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1467; filed 8/10/09]

viii.  Debtors' Reply to Response and Opposition of MSG Media to Debtors' Sixth Omnibus Claims Objection [Docket No. 1482; filed 8/12/09]

ix.  Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

x.  Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

xi.  Second Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1579; filed 9/3/09]

xii.  Supplemental Briefing of MSG Media in Connection with Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1599; filed 9/9/09]

xiii.  Debtors' Memorandum of Law in Further Support of Their Sixth Omnibus Objection to Claims with Respect to Proof of Claim Number 1841, Filed by MSG Media, A Division of Madison Square Garden, L.P. [Docket No. 1600; filed 9/9/09]

Status: This hearing on this matter is continued to the omnibus hearing scheduled for March 4, 2010 at 11:30 a.m. (EST).

4. Plaintiffs' Buus et al. Motion for Relief from the Automatic Stay [Docket No. 1568; filed 9/1/09]

   Objection Deadline: October 21, 2009 at 4:00 p.m. (EDT); extended to January 11, 2010

   Objections/Responses Received:

   A. Debtors' Objection to Movants' Buus et al. Motion for Relief from the Automatic Stay [Docket No. 1942; filed 11/25/09

   B. Response of JPMorgan Chase Bank, National Association to Debtors' Objection to Movants' Buus et al. Motion for Relief from the Automatic Stay [Docket No. 1985; filed 12/10/09]

   Related Documents:

   i. Notice of Rescheduled Hearing on Motion [Docket No. 1944; filed 11/30/09]

   Status: The hearing on this matter is continued to the omnibus hearing scheduled for March 4, 2010 at 11:30 a.m.

5. Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1701; filed 10/7/09]

   Objection Deadline: October 21, 2009 at 4:00 p.m. (EDT)

   Objections/Responses Received:

   A. Objection of JPMorgan Chase Bank, N.A. to the Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1746; filed 10/21/09]

   Related Documents: None.

   Status: The hearing on this matter is continued to the omnibus hearing scheduled for March 4, 2010 at 11:30 a.m.

6. Debtors' Sixteenth Omnibus (Substantive) Objection to Claims [Docket No. 1911; filed 11/18/09]

   Objection Deadline: December 7, 2009 at 4:00 p.m. (EST)

4

Objections/Responses Received: None.

Related Documents:

i. Notice of Submission of Claims [Docket No. 1958; filed 12/4/09]

ii. Order Granting Debtors' Sixteenth Omnibus (Substantive) Objection to Claims [Docket No. 2035; filed 12/18/09]

Status: This hearing on this matter is continued to the omnibus hearing scheduled for March 4, 2010 at 11:30 a.m. (EST) with respect to the claim filed by Relizon Company (Claim No. 3293).

7. Debtors' Fifth Motion for Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending Periods for the Filing of A Chapter 11 Plan and Solicitation of Acceptances Thereto [Docket No. 2176; filed 1/15/2010]

Objection Deadline: January 29, 2010 at 4:00 p.m. (EST)

Objections/Responses Received: None.

Related Documents:

i. Certification of No Objection Regarding Debtors' Fifth Motion for Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending Periods for the Filing of A Chapter 11 Plan and Solicitation of Acceptances Thereto [Docket No. 2329; filed 2/8/2010]

ii. Order Extending Exclusive Periods for the Filing of A Chapter 11 Plan and Solicitation of Acceptances Thereto [Docket No. 2342; filed 2/9/2010]

Status: On February 9, 2010, the Court entered an order with respect to this matter. Accordingly, no hearing on this matter is necessary.

## II. UNCONTESTED MATTERS GOING FORWARD:

8. Motion of Debtors Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) for Approval of Settlements with Old Republic Insurance Company, Zurich American Insurance Company and JPMorgan Chase Bank, N.A. [Docket No. 2082; filed 1/4/2010]

Objection Deadline: January 19, 2010 at 4:00 p.m. (EST)

Objections/Responses Received: None.

Related Documents: None.

Status: This hearing on this matter is going forward.

## III. CONTESTED MATTERS GOING FORWARD:

9. Application of the Official Committee of Equity Security Holders for an Order Authorizing the Employment and Retention of Venable LLP as Its Counsel Pursuant to 11 U.S.C. § 1103, Nunc Pro Tunc to January 11, 2010 [Docket No. 2250; filed 1/27/2010]

   Objection Deadline: February 16, 2010 at 4:00 p.m. (EST)

   Objections/Responses Received:

   A. Debtors' Reservation of Rights with Respect to the Application of the Official Committee of Equity Security Holders for Orders Authorizing the Employment and Retention of (I) Venable LLP as Its Counsel and (II) Benesch, Friedlander, Coplan & Aronoff LLP as Its Delaware and Conflicts Counsel [Docket No. 2363; filed 2/16/2010]

   B. Statement of the Official Committee of Unsecured Creditors of Washington Mutual, Inc. et al. Reserving Its Rights and in Support of the Debtors' Reservation of Rights with Respect to the Application of the Official Committee of Equity Security Holders for Orders Authorizing the Employment and Retention of (I) Venable LLP as Its Counsel and (II) Benesch, Friedlander, Coplan & Aronoff LLP as Its Delaware and Conflicts Counsel [Docket No. 2364; filed 2/16/2010]

   Related Documents: None.

   Status: This hearing on this matter is going forward.

10. Application of the Official Committee of Equity Security Holders for an Order Authorizing the Employment and Retention of Benesch, Friedlander, Coplan & Aronoff LLP as Its Delaware and Conflicts Counsel Pursuant to 11 U.S.C. §§ 327 and 1103, Nunc Pro Tunc to January 11, 2010 [Docket No. 2255; filed 1/28/2010]

    Objection Deadline: February 16, 2010 at 4:00 p.m. (EST)

    Objections/Responses Received:

    A. Debtors' Reservation of Rights with Respect to the Application of the Official Committee of Equity Security Holders for Orders Authorizing the Employment and Retention of (I) Venable LLP as Its Counsel and (II) Benesch, Friedlander, Coplan & Aronoff LLP as Its Delaware and Conflicts Counsel [Docket No. 2363; filed 2/16/2010]

    B. Statement of the Official Committee of Unsecured Creditors of Washington Mutual, Inc. et al. Reserving Its Rights and in Support of the Debtors' Reservation of Rights with Respect to the Application of the Official

Committee of Equity Security Holders for Orders Authorizing the Employment and Retention of (I) Venable LLP as Its Counsel and (II) Benesch, Friedlander, Coplan & Aronoff LLP as Its Delaware and Conflicts Counsel [Docket No. 2364; filed 2/16/2010]

Related Documents: None.

Status: This hearing on this matter is going forward.

Dated: February 18, 2010
Wilmington, Delaware

Respectfully submitted,

/s/ 

Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Lee E. Kaufman (No. 4877)
Andrew C. Irgens (No. 5193)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*