IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

*In re*  : Chapter 11

WASHINGTON MUTUAL, INC., et al.,[1]  : Case No. 08-12229 (MFW)

: (Jointly Administered)

Debtors.

: Re: Docket No. 2311

---

## NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIMS (NON-SUBSTANTIVE) RELATING TO DEBTOR'S TWENTY-SECOND OMNIBUS OBJECTION TO CLAIMS

PLEASE TAKE NOTICE that, on February 18, 2010, the above-captioned debtors and debtors in possession (collectively, the "Debtors") has delivered to the Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 copies of the relevant proofs of claim (the "Claims") relating to the **Debtor's Twenty-Second Omnibus Objection to Claims (Non-Substantive)** [Docket No. 2311], filed on February 2, 2010.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

RLF1 3539741v.1

PLEASE TAKE FURTHER NOTICE copies of the Claims may be obtained from the Debtors undersigned counsel.

Dated: February 18, 2010
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

_____
Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Lee E. Kaufman (No. 4877)
Andrew C. Irgens (5193)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

**WEIL, GOTSHAL & MANGES LLP**
Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys to the Debtors and Debtors in Possession*