IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re* : Chapter 11
:
WASHINGTON MUTUAL, INC., et al.,[1] : Case No. 08-12229 (MFW)
:
Debtors. : (Jointly Administered)
:
: Re: Docket No. 1234
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM FROM
## DEBTORS' SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS

**PLEASE TAKE NOTICE** that, on June 26, 2009, Washington Mutual, Inc. ("***WMI***") and WMI Investment Corp., as debtors and debtors in possession (collectively, the "***Debtors***"), filed with this Court their *Sixth Omnibus (Substantive) Objection to Claims* (the "***Claims Objection***") [Docket No. 1234], pursuant to which the Debtors objected to, among other claims, proof of claim 3515 filed by New Orleans Employees' Retirement System and MARTA/ATU Local 732 Employees Retirement Plan ("***Claim 3515***").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby withdraw, without prejudice, the Claims Objection solely with respect to Claim 3515, and reserve all rights to further object to Claim 3515, as such claim may be amended and superseded.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

RLF1 3537927v.2

Dated: February 19, 2010
      Wilmington, Delaware

/s/ Andrew C. Irgens
Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Lee E. Kaufman (No. 4877)
Andrew C. Irgens (No. 5193)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Marcia L. Goldstein
Brian S. Rosen

*Attorneys for the Debtors and
Debtors in Possession*