IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WASHINGTON MUTUAL, INC. et al., | ) | Case No. 08-12229 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| ----------------------------------------------- | ) | |

## NOTICE OF SERVICE

I, Theresa V. Brown-Edwards, hereby certify that on the 22nd day of February 2010, Renee M. Dailey of Bracewell & Giuliani LLP., caused a true and correct copy of the **WMB Noteholders' Responses and Objections to the Debtors' Interrogatories and Request for Production** to be served via electronic mail on the following:

Brian S. Rosen, Esquire
Matthew L. Curro, Esquire
Weil Gotshal and Manges LLP
767 Fifth Avenue
New York, NY 10153

Thomas C. Frongillo, Esquire
Patrick J. O'Toole, Esquire
Elizabeth Blackey-Bosshard, Esquire
Weil Gotshal and Manges, LLP
100 Federal Street,
Floor 34
Boston, MA 02110

Dated: February 23, 2010

**POTTER ANDERSON & CORROON LLP**

Theresa V. Brown-Edwards (DE No. 4225)
R. Stephen McNeill (DE No. 5210)
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000 Tele.
(302) 658-1192 Fax
tbrown-edwards@potteranderson.com

and

**BRACEWELL & GIULIANI LLP**
Evan D. Flaschen
Renee M. Daily
Kevin J. O'Connor
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, Connecticut 06103

*Attorneys for WMB Noteholders*

# CERTIFICATE OF SERVICE

I, Theresa V. Brown-Edwards, certify that I am not less than 18 years of age and that on this 23rd day of February, 2010, I caused a true and correct copy of the within **Notice of Service** to be served upon the following parties via first class, U.S. mail, postage prepaid.

> Brian S. Rosen, Esquire
> Matthew L. Curro, Esquire
> Weil Gotshal and Manges LLP
> 767 Fifth Avenue
> New York, NY 10153
>
> Thomas C. Frongillo, Esquire
> Patrick J. O'Toole, Esquire
> Elizabeth Blackey-Bosshard, Esquire
> Weil Gotshal and Manges, LLP
> 100 Federal Street,
> Floor 34
> Boston, MA 02110

Under penalty of perjury, I declare that the foregoing is true and correct.

_____
Theresa V. Brown-Edwards (DE No. 4225)

954459v.1/33537