# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
                                                           :
*In re:*                                                   :   Chapter 11
                                                           :
WASHINGTON MUTUAL, INC., et al.,[1]                        :   Case No. 08-12229 (MFW)
                                                           :
                                                           :   (Jointly Administered)
                                                           :
        Debtors.                                           :
                                                           :
-----------------------------------------------------------X

-----------------------------------------------------------X
                                                           :
*In re:*                                                   :   Chapter 11
                                                           :
WASHINGTON MUTUAL, INC., et al.,                           :   Case No. 08-12229 (MFW)
                                                           :
                                                           :   (Jointly Administered)
                                                           :
        Debtors.                                           :
                                                           :
-----------------------------------------------------------X
                                                           :
WASHINGTON MUTUAL, INC. AND                                :
WMI INVESTMENT CORP.,                                      :   Adv. Proc. No. 09-50934
                                                           :
        Plaintiffs,                                        :
                                                           :
    v.                                                     :
                                                           :
JPMORGAN CASH BANK, NATIONAL                               :
ASSOCIATION,                                               :
                                                           :
        Defendant.                                         :
-----------------------------------------------------------X

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MARCH 4, 2009 AT 11:30 A.M. (EST)

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

I. **CONTINUED/RESOLVED MATTERS:**

1. Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1087; filed 5/29/09]

    Objection Deadline: June 22, 2009 at 4:00 p.m. (EDT)

    Objections/Responses Received:

    A. Schindler Family Trust's Response to Debtors' First Omnibus Objection to Claims [Docket No. 1190; filed 6/22/09]

    Related Documents:

    i. Amendment to Notice of Debtors' Omnibus Objections to Claims [Docket No. 1177; filed 6/18/09]

    ii. Notice of Submission of Proofs of Claims Relating to Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1292; filed 7/13/09]

    iii. Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1364; filed 7/22/09]

    iv. Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1368; filed 7/22/09]

    v. Order Granting Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1469; filed 8/10/09]

    vi. Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

    Status: This hearing on this matter is continued to the omnibus hearing scheduled for April 21, 2010 at 11:30 a.m. (EDT). The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit A.

2. Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1233; filed 6/26/09]

    Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT)

    Objections/Responses Received: None.

    Related Documents:

    i. Notice of Submission of Proof of Claim Relating to Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1294; filed 7/13/09]

2

ii. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

iii. Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Objection to Claims [Docket No. 1366; filed 7/22/09]

iv. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

v. Order Granting Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1466; filed 8/10/09]

vi. Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

vii. Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

Status: This hearing on this matter is continued to the omnibus hearing scheduled for March 18, 2010 at 10:30 a.m. (EDT). The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit B.

3. Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1234; filed 6/26/09]

Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Response by John S. Pereira as Chapter 11 Trustee of Maywood Capital Corp., et. al in Opposition to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1314; filed 7/15/09]

Related Documents:

i. Notice of Submission of Copies of Proofs of Claims Relating to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1295; filed 7/13/09]

ii. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

iii. Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Objection to Claims [Docket No. 1366; filed 7/22/09]

3

iv. Notice of Withdrawal re: Docket No. 1364 and 1365 [Docket No. 1367; filed 7/22/09]

v. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

vi. Declaration of Rishi Jain in Further Support of Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1388; filed 7/27/09]

vii. Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1467; filed 8/10/09]

viii. Debtors' Reply to Response and Opposition of MSG Media to Debtors' Sixth Omnibus Claims Objection [Docket No. 1482; filed 8/12/09]

ix. Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

x. Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

xi. Second Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1579; filed 9/3/09]

xii. Supplemental Briefing of MSG Media in Connection with Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1599; filed 9/9/09]

xiii. Debtors' Memorandum of Law in Further Support of Their Sixth Omnibus Objection to Claims with Respect to Proof of Claim Number 1841, Filed by MSG Media, A Division of Madison Square Garden, L.P. [Docket No. 1600; filed 9/9/09]

Status: This hearing on this matter is continued to the omnibus hearing scheduled for April 6, 2010 at 2:00 p.m. (EDT). The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit C.

4. Plaintiffs' Buus et al. Motion for Relief from the Automatic Stay [Docket No. 1568; filed 9/1/09]

Objection Deadline: October 21, 2009 at 4:00 p.m. (EDT); extended to January 11, 2010

Objections/Responses Received:

A. Debtors' Objection to Movants' Buus et al. Motion for Relief from the Automatic Stay [Docket No. 1942; filed 11/25/09

4

B. Response of JPMorgan Chase Bank, National Association to Debtors' Objection to Movants' Buus et al. Motion for Relief from the Automatic Stay [Docket No. 1985; filed 12/10/09]

Related Documents:

i. Notice of Rescheduled Hearing on Motion [Docket No. 1944; filed 11/30/09]

Status: The hearing on this matter is continued.

5. Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1701; filed 10/7/09]

Objection Deadline: October 21, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Objection of JPMorgan Chase Bank, N.A. to the Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1746; filed 10/21/09]

Related Documents: None.

Status: The hearing on this matter is continued.

6. Debtors' Sixteenth Omnibus (Substantive) Objection to Claims [Docket No. 1911; filed 11/18/09]

Objection Deadline: December 7, 2009 at 4:00 p.m. (EST)

Objections/Responses Received: None.

Related Documents:

i. Notice of Submission of Claims [Docket No. 1958; filed 12/4/09]

ii. Order Granting Debtors' Sixteenth Omnibus (Substantive) Objection to Claims [Docket No. 2035; filed 12/18/09]

Status: This hearing on this matter is continued to the omnibus hearing scheduled for April 6, 2010 at 2:00 p.m. (EDT) with respect to the claim filed by Relizon Company (Claim No. 3293). The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit D.

5

RLF1 3539819v.1

7. Debtors' Objection to Proof of Claim Filed by Egencia LLC (Claim No. 3678) [Docket No. 2083; filed 1/4/2010]

   Objection Deadline: January 18, 2010 at 4:00 p.m. (EST)

   Objections/Responses Received: None.

   Related Documents:

   i. Notice of Submission of Claims Regarding Debtors' Objection to Proof of Claim Filed by Egencia LLC (Claim No. 3678) [Docket No. 2146; filed 1/14/2010]

   Status: This hearing on this matter is continued to the omnibus hearing scheduled for April 6, 2010 at 2:00 p.m. (EDT).

8. Debtors' Twentieth (20th) Omnibus (Substantive) Objection to Claims [Docket No. 2205; filed 1/22/2010]

   Objection Deadline: February 5, 2010 at 4:00 p.m. (EST)

   Objections/Responses Received:

   A. Joinder of the Official Committee of Unsecured Creditors of Washington Mutual, Inc., et al. to the Debtors' Twentieth (20th) Omnibus (Substantive) Objection to Claims [Docket No. 2278; filed 2/1/2010]

   Related Documents:

   i. Notice of Corrected Debtors' Twentieth Omnibus (Substantive) Objection to Claims [Docket No. 2327; filed 2/5/2010]

   ii. Notice of Corrected Hearing Date with Respect to Debtors' Twentieth Omnibus (Substantive) Objection to Claims [Docket No. 2335; filed 2/8/2010]

   iii. Notice of Submission of Proof of Claim Regarding Debtors' Twentieth (20th) Omnibus (Substantive) Objection to Claims [Docket No. 2381; filed 2/18/2010]

   iv. Notice of Amended Exhibit and Continued Hearing Date with Respect to Debtors' Twentieth Omnibus (Substantive) Objection to Claims and Thereto [Docket No. 2446; filed 3/1/2010]

   Status: This hearing on this matter is being continued to the omnibus hearing scheduled for April 6, 2010 at 2:00 p.m. (EDT) The individual status of each remaining claim subject to this matter is listed on the attached Exhibit E.

## II. UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:

9. Motion of Washington Mutual, Inc. for an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, Approving Settlement Agreement Between Washington Mutual, Inc. and TBWA Worldwide Inc. [Docket No. 2325; filed 2/5/2010]

   Objection Deadline: February 19, 2010 at 4:00 p.m. (EST)

   Objections/Responses Received: None.

   Related Documents:

   i. Certification of No Objection Regarding Motion of Washington Mutual, Inc. for an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, Approving Settlement Agreement Between Washington Mutual, Inc. and TBWA Worldwide Inc. [Docket No. 2419; filed 2/24/2010]

   Status: On February 24, 2010, the Debtors filed a certification of no objection with respect to this matter. Accordingly, no hearing on this matter is necessary unless the Court has questions or concerns.

10. Debtors' Motion for an Order Authorizing the Debtors to File Under Seal (A) Certain Portions of the Post-Trial Memorandum of Law in Support of Debtors' Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing but not Directing (I) Washington Mutual, Inc. to Exercise its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts and (B) Tab "A" to Appendix Thereto [Docket No. 2372; filed 2/17/2010]

    Objection Deadline: February 25, 2010 at 4:00 p.m. (EST)

    Objections/Responses Received: None.

    Related Documents:

    i. Certification of No Objection Regarding Debtors' Motion for an Order Authorizing the Debtors to File Under Seal (A) Certain Portions of the Post-Trial Memorandum of Law in Support of Debtors' Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing but not Directing (I) Washington Mutual, Inc. to Exercise its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts and (B) Tab "A" to Appendix Thereto [Docket No. 2438; filed 3/1/2010

    Status: On March 1, 2010, the Debtors filed a certification of no objection with respect to this matter. Accordingly, no hearing on this matter is necessary unless the Court has questions or concerns.

## III. CONTESTED MATTERS GOING FORWARD:

11. Motion of the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, for an Order Modifying the Automatic Stay [Docket No. 1834; filed 11/4/09]

    Objection Deadline: November 17, 2009 at 4:00 p.m. (EST)

    Objections/Responses Received:

    A. Debtors' Objection to Motion of the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, for an Order Modifying the Automatic Stay [Docket No. 1872; filed 11/11/09]

    B. Statement of Bank Bondholders in Response to (1) Motion of the Federal Deposit Insurance Corporation for an Order Modifying the Automatic Stay and (2) the Debtors' Objection to the Motion [Docket No. 1896; filed 11/17/09]

    C. JPMorgan Chase Bank, National Association's Response to Motion of the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, for an Order Modifying the Automatic Stay [Docket No. 1898; filed 11/17/09]

    D. Objection of the Washington Mutual, Inc. Noteholders Group to the Motion of the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, for an Order Modifying the Automatic Stay and Joinder in the Debtors' Objection [Docket No. 1900; filed 11/17/09]

    E. Reply of the FDIC-Receiver in Further Support of Its Motion for an Order Modifying the Automatic Stay [Docket No. 1951; filed 12/1/09]

    Related Documents: None.

    Status: This hearing on this matter is going forward.

12. Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [Docket No. 2310; filed 2/2/2010]

    Objection Deadline: February 16, 2010 at 4:00 p.m. (EST)

    Objections/Responses Received:

    A. Response Filed by Wellborn Cabinet Inc. [Docket No. 2365; filed 2/16/2010]

    Related Documents:

8

i. Notice of Submission of Proof of Claim Regarding Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [Docket No. 2382; filed 2/18/2010]

B. Response Filed by Hovanes John and Linda Reed Bekeredjian [Docket No. 2391; filed 2/16/2010]

Status: The hearing on this matter is going forward. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit F.

13. Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 2311; filed 2/2/2010]

Objection Deadline: February 16, 2010 at 4:00 p.m. (EST)

Objections/Responses Received:

A. Response filed by filed by Jack A. Matalka [Docket No. 2351; filed 2/9/2010]

Related Documents:

i. Notice of Submission of Proof of Claim Regarding Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 2383; filed 2/18/2010]

Status: The hearing on this matter is going forward. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit G.

IV. **ADVERSARY PROCEEDING (CASE NO. 09-50934) STATUS CONFERENCE:**

14. Motion of Plaintiffs Washington Mutual, Inc. and WMI Investment Corp. for Summary Judgment [Adversary Docket No. 14; filed 5/19/09]

Objections/Responses Received:

A. Joinder of the Official Committee of Unsecured Creditors of Washington Mutual, Inc. and WMI Investment Corp. in Plaintiff's Motion for Reconsideration of the Order Granting Expedited Motion of Defendant JPMorgan Chase Bank, National Association for Additional Time to Respond to Debtors' Summary Judgment Motion [Adversary Docket No. 34; filed 6/10/09]

B. Memorandum of Law of Cross-Claim Defendant Federal Deposit Insurance Corporation, as Receiver, in Opposition to Plaintiff's Motion for Summary Judgment [Adversary Docket No. 97; filed 7/24/09]

C. Opposition of Defendant JPMorgan Chase Bank, National Association to Plaintiffs' Motion for Summary Judgment [Adversary Docket No. 102; filed 7/24/09]

D. Appendix Regarding Opposition of Defendant JPMorgan Chase Bank, National Association to Plaintiffs' Motion for Summary Judgment [Adversary Docket No. 103; filed 7/24/09]

E. Bank Bondholders' Statement in Opposition to Debtors' Motion for Summary Judgment [Adversary Docket No. 115; filed 8/3/09]

F. Supplemental Memorandum of Law of Cross-Claim Defendant Federal Deposit Insurance Corporation, as Receiver, in Opposition to Plaintiffs' Motion for Summary Judgment [Adversary Docket No. 152; filed 9/11/09]

G. Supplemental Opposition of Defendant JPMorgan Chase Bank, National Association to Plaintiffs' Motion for Summary Judgment [Adversary Docket No. 156; filed 9/11/09]

H. Appendix Regarding Supplemental Opposition of Defendant JPMorgan Chase Bank, National Association to Plaintiffs' Motion for Summary Judgment [Adversary Docket No. 157; filed 9/11/09]

I. Reply Brief in Support of the Motion of Plaintiffs for Summary Judgment [Adversary Docket No. 163; filed 9/18/09]

J. Appendix Regarding Reply Brief in Support of the Motion of Plaintiffs for Summary Judgment [Adversary Docket No. 164; filed 9/18/09]

K. Joinder of the Official Committee of Unsecured Creditors in the Debtors' Reply Brief in Support of the Motion of Plaintiffs for Summary Judgment [Adversary Docket No. 166; filed 9/21/09]

Related Documents:

i. Brief in Support of the Motion of Plaintiffs Washington Mutual, Inc. and WMI Investment Corp. for Summary Judgment [Adversary Docket No. 15; filed 5/19/09]

ii. Appendix Regarding Brief in Support of the Motion of Plaintiffs Washington Mutual, Inc. and WMI Investment Corp. for Summary Judgment [Adversary Docket No. 16; filed 5/19/09]

iii. Expedited Motion of Defendant JPMorgan Chase Bank, National Association for Additional Time to Respond to Debtors' Summary Judgment Motion [Adversary Docket No. 21; filed 5/27/09]

iv. Order Granting Expedited Motion of Defendant JPMorgan Chase Bank, National Association for Additional Time to Respond to Debtors' Summary Judgment Motion [Adversary Docket No. 23; filed 5/29/09]

v. Plaintiffs' Motion for Reconsideration of the Order Granting Expedited Motion of Defendant JPMorgan Chase Bank, National Association for Additional Time to Respond to Debtors' Summary Judgment [Adversary Docket No. 25; filed 5/29/09]

vi. Notice of Hearing to Consider Plaintiffs' Motion for Reconsideration of the Order Granting Expedited Motion of Defendant JPMorgan Chase Bank, National Association for Additional Time to Respond to Debtors' Summary Judgment [Adversary Docket No. 32; filed 6/3/09]

vii. Reply in Support of Plaintiff's Motion for Reconsideration of the Order Granting Expedited Motion of Defendant JPMorgan Chase Bank, National Association for Additional Time to Respond to Debtors' Summary Judgment Motion [Adversary Docket No. 41; filed 6/19/09]

viii. Order Denying Plaintiffs' Motion for Reconsideration of the Order Granting Expedited Motion of Defendant JPMorgan Chase Bank, National Association for Additional Time to Respond to Debtors' Summary Judgment [Adversary Docket No. 65; filed 7/6/09]

ix. JPMorgan Chase Bank, National Association's Motion to Seal and to Redact for Public Filing Material Included in Its Opposition to Plaintiffs' Motion for Summary Judgment [Adversary Docket No. 101; filed 7/24/09]

x. Stipulation Between JPMorgan Chase Bank, N.A. and Washington Mutual, Inc. and WMI Investment Corp. Extending Reply in Support of the Motion for Summary Judgment [Adversary Docket No. 114; filed 7/31/09]

xi. Debtor's Motion to Exceed Page Limitation [Adversary Docket No. 162; filed 9/18/09]

xii. Order Granting Debtors' Motion to Exceed Page Limitation [Adversary Docket No. 168; filed 9/21/09]

xiii. Notice of Completion of Briefing [Adversary Docket No. 173; filed 9/25/09]

xiv. Notice of Hearing to Consider Motion of Plaintiffs Washington Mutual, Inc. and WMI Investment Corp. for Summary Judgment [Adversary Docket No. 178; filed 10/6/09]

xv. Motion for Leave to File Declarations of Daniel P. Cooney and Robert C. Schoppe [Adversary Docket No. 181; filed 10/16/09]

xvi. Motion Pursuant to Local Rule 9006-1(e) to Shorten Notice of JPMorgan Chase Bank, N.A.'s Motion for Leave to File Declarations of Daniel P. Cooney and Robert C. Schoppe [Adversary Docket No. 182; filed 10/16/09]

xvii. Order Regarding Motion to Shorten Notice of JPMorgan Chase Bank, N.A.'s Motion for Leave to File Declarations of Daniel P. Cooney and Robert C. Schoppe [Adversary Docket No. 184; filed 10/19/09]

xviii. Debtors' Objection to Motion for Leave to File Declarations of Daniel P. Cooney and Robert C. Schoppe [Adversary Docket No. 186; filed 10/20/09]

Status: The Court indicated at the conclusion of the February 5, 2010 hearing that it would reserve ruling on this matter pending the outcome of the FDIC's motion for relief from the automatic stay. The Debtors respectfully request that the Court render its decision on this matter at its earliest convenience.

RLF1 3539819v.1

Dated: March 2, 2010
Wilmington, Delaware

Respectfully submitted,

*/s/ Chun I. Jang*

Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Lee E. Kaufman (No. 4877)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*

RLF1 3539819v.1