# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | |
| WASHINGTON MUTUAL, INC., | ) | Case No. 08-12229 (MFW) |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Bradford J. Sandler, Esq. and Benesch, Friedlander, Coplan & Aronoff LLP, 222 Delaware Avenue, Suite 801, Wilmington, Delaware 19801, hereby withdraws their appearance as Delaware counsel to the Official Committee of Equity Security Holders of Washington Mutual, Inc., et al. (the "Equity Committee").

**PLEASE TAKE FURTHER** NOTICE that William P. Bowden, Esq. and Ashby & Geddes, P.A., 500 Delaware Avenue, 8th Floor, P.O. Box 1150, Wilmington, Delaware 19801, hereby enters their appearance as proposed Delaware counsel to the Equity Committee.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, the Equity Committee requests that copies of all notices and pleadings given or filed in these cases be given and served upon the following person at the mailing address, telephone and facsimile numbers, and e-mail address indicated below:

William P. Bowden, Esq.
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: 302-654-1888
Facsimile: 302-654-2067
wbowden@ashby-geddes.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

Dated: March 4, 2010                    Benesch Friedlander, Coplan & Aronoff LLP

*/s/ Bradford J. Sandler*
Bradford J. Sandler
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone: (302) 442-7007
Facsimile: (302) 442-7012
*bsandler@beneschlaw.com*

ASHBY & GEDDES, P.A.

*/s/ William P. Bowden*
William P. Bowden (#2553)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
*wbowden@ashby-geddes.com*

*Proposed Delaware Counsel to the
Official Committee of Equity Security Holders*

-and-

VENABLE LLP
Gregory A. Cross
750 East Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 244-7400
Facsimile: (410) 244-7742
*gacross@venable.com*

Jorian L. Rose
1270 Avenue of the Americas
New York, NY 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
*jlrose@venable.com*

*Counsel to the Official Committee of Equity
Security Holders of Washington Mutual, Inc., et al.*