# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
*In re:* : Chapter 11
: 
WASHINGTON MUTUAL, INC., et al.,[1] : Case No. 08-12229 (MFW)
: 
: (Jointly Administered)
**Debtors.** : 
: Re: Docket No. 1023
---------------------------------------------------------------x

## NOTICE OF COMPLETION OF BRIEFING

**PLEASE TAKE NOTICE** that briefing on the *Motion of Debtors for an Order Pursuant to Section 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts* [Docket No. 1023] (the "Motion") has been completed. The above-captioned debtors and debtors in possession (the "Debtors"), hereby advise the Court that the following pleadings are relevant to the Motion:

1. Objection of Claimant William E. Broza to Motion of Debtors for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1084] filed on May 29, 2009;

2. Objection filed by Alan H. White to Motion of Debtors for an Order Pursuant to Section 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

RLF1 3540721v.2

Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1100] filed June 2, 2009;

3. Objection of Certain Plan Participants to Debtors' Motion for Authority to: (I) Exercise Its Ownership Rights Over Certain Trust Assets; (II) Distribute Trust Assets; and (III) Terminate the Trust [Docket No. 1129] filed on June 12, 2009;

4. Response of Debtors to Objections of William E. Broza, Alan White, and Certain Plan Participants to Debtors' Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1363] filed on July 22, 2009;

5. Brief of Certain Plan Participants in Support of Certain Plan Participants Objection to the Debtors' Motion for Authority to: (I) Exercise Ownership Rights Over Certain Trust Assets; (II) Distribute the Trust Assets; and (III) Terminate the Trust [Docket No. 1710] filed on October 13, 2009;

6. Appendix for Brief of Certain Plan Participants in Support of Certain Plan Participants Objection to the Debtors' Motion for Authority to: (I) Exercise Ownership Rights Over Certain Trust Assets; (II) Distribute the Trust Assets; and (III) Terminate the Trust [Docket No. 1711] filed on October 13, 2009;

7. Motion of Debtors for an Order (A) Authorizing Debtors to Supplement the Record or, in the Alternative, (B) Reopening the Record and Authorizing the Debtors to Submit Supplemental Evidence in Support of Motion of Debtors for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual,

RLF1 3540721v.2

Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1713] filed on October 13, 2009;

8. Debtors' Memorandum of Law in Further Support of Their Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1714] filed on October 13, 2009;

9. Appendix in Connection with Debtors' Memorandum of Law in Further Support of Their Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1715] filed on October 13, 2009;

10. Declaration of Laura M. Malafronte in Connection with Debtors' Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1716] filed on October 13, 2009;

11. Declaration of Robbyn W. Dewar in Connection with Debtors' Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1717] filed on October 13, 2009;

12. Joinder of the Official Committee of Unsecured Creditors in the Debtors' Memorandum of Law in Further Support of Their Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1742] filed on October 20, 2009;

13. Joinder of the Official Committee of Unsecured Creditors in the Motion of Debtors for an Order (A) Authorizing Debtors to Supplement the Record or, in the Alternative, (B) Reopening the Record and Authorizing the Debtors to Submit Supplemental Evidence in Support of Motion of Debtors for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1743] filed on October 20, 2009;

14. Statement of Certain Plan Participants in Lieu of Reply Brief to Memorandum of Law of Debtors in Further Support of Motion for Authority to: (I) Exercise Ownership Rights Over Certain Trust Assets; (II) Distribute the Trust Assets; and (III) Terminate the Trust [Docket No. 1766] filed on October 26, 2009;

15. Debtors' Reply Memorandum of Law in Further Support of Their Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1774] filed on October 27, 2009;

16. Joinder of the Official Committee of Unsecured Creditors of Washington Mutual, Inc. et al. to the Debtors' Reply Memorandum of Law in Further Support of Their Motion for an

RLF1 3540721v.2

Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1779] filed on October 28, 2009;

17. Debtors' Response to Statement of Certain Plan Participants in Lieu of Reply Brief to Memorandum of Law of Debtors in Further Support of Motion for Authority to: (I) Exercise Ownership Rights Over Certain Trust Assets; (II) Distribute the Trust Assets; and (III) Terminate the Trust [Docket No. 1788] filed on October 29, 2009;

18. Certain Plan Participants Objection to the Debtors' Motion to Reopen the Record and Submit Supplemental Evidence in Support of Debtors' Motion to Exercise Ownership Rights Over Certain Trusts, Distribute the Trust Assets, and Terminate the Trusts [Docket No. 1810] filed on November 2, 2009;

19. JPMorgan Chase Bank, N.A.'s Correction to a Statement in Debtors' Motion for an Order (A) Authorizing Debtors to Supplement the Record or, in the Alternative, (B) Reopening the Record and Authorizing the Debtors to Submit Supplemental Evidence in Support of Motion of Debtors for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 1870] filed on November 11, 2009;

20. Debtors' Reply to Certain Plan Participants Objection to the Debtors' Motion to Reopen the Record and Submit Supplemental Evidence in Support of Debtors' Motion to Exercise Ownership Rights Over Certain Trusts, Distribute the Trust Assets, and Terminate the Trusts [Docket No. 1919] filed on November 19, 2009;

RLF1 3540721v.2

21. Order Supplementing Record [Docket No. 2063] entered on December 28, 2009;

22. Debtors' Motion for an Order Authorizing the Debtors to File Under Seal (A) Certain Portions of the Post-Trial Memorandum of Law in Support of Debtors' Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts and (B) Tab "A" to Appendix Thereto [Docket No. 2372] filed on February 17, 2010;

23. Reply Brief of Certain Plan Participants in Support of Certain Plan Participants Objection to the Debtors' Motion for Authority to: (I) Exercise Ownership Rights Over Certain Trust Assets; (II) Distribute the Trust Assets; and (III) Terminate the Trusts [Docket No. 2373] filed on February 17, 2010;

24. Appendix for Closing Brief of Certain Plan Participants in Support of Certain Plan Participants Objection to the Debtors' Motion for Authority to: (I) Exercise Ownership Rights Over Certain Trust Assets; (II) Distribute the Trust Assets; and (III) Terminate the Trusts [Docket No. 2374] filed on February 17, 2010;

25. Post-Trial Memorandum of Law in Support of Debtors' Motion for An Order Pursuant to Section 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 2375] filed on February 17, 2010 (unredacted document sent to Chambers under seal);

26. Appendix in Connection with Post-Trial Memorandum of Law in Support of Debtors' Motion for An Order Pursuant to Section 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights

RLF1 3540721v.2

Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 2376] filed on February 17, 2010 (unredacted document sent to Chambers under seal);

27. Joinder of the Official Committee of Unsecured Creditors of Washington Mutual, Inc., *et al.* in Support of the Closing Memorandum of Law in Support of the Debtors' Motion for An Order Pursuant to Section 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise Its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts [Docket No. 2377] filed on February 17, 2010; and

28. Order Authorizing the Debtors to File Under Seal (A) Certain Portions of the Post-Trial Memorandum of Law in Support of Debtors' Motion for an Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing But Not Directing (I) Washington Mutual, Inc. to Exercise its Ownership Rights Over Certain Trust Assets, (II) Distribution of Trust Assets, and (III) Termination of the Trusts and (B) Tab "A" to Appendix Thereto [Docket No. 2450] entered on March 3, 2010.

Accordingly, the Motion is fully briefed and ready for disposition by this Court.

Dated: March 5, 2010
Wilmington, Delaware

Respectfully submitted,

/s/ *signature*

Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*