# **EXHIBIT C**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL, INC. SECURITIES LITIGATION This Document Relates to: ALL ACTIONS | No. 2:08-md-1919 MJP Lead Case No. C08-387 MJP |

## DECLARATION OF CHAD COFFMAN, CFA

My name is Chad Coffman. I am the President of Winnemac Consulting, a Chicago-based firm that specializes in the application of economics, finance, statistics, and valuation principles to questions that arise in a variety of contexts, including, as here, in the context of litigation. My qualifications are set forth in the next section.

I have been asked by counsel for Plaintiffs to review their Consolidated Class Action Complaint ("Complaint") in regards to the Washington Mutual, Inc. ("WaMu") Securities Litigation and assess whether, in my opinion, assuming the truth of Plaintiffs' allegations, the Complaint has articulated an economically and logically sound basis for loss causation. To be clear, I have not been asked to quantify or determine the extent of loss causation at this stage of the litigation. A quantification of loss causation will require substantial factual and expert analysis with the benefit of discovery. My analysis is limited to evaluating whether the Complaint provides a sufficient link between allegations of fraud and information associated with declines in price and thus establishes a coherent theory of loss causation that can be

proven or rebutted by the parties at trial. In my opinion it has. In addition to my review of the Complaint, for the purpose of this report I have reviewed selected analyst reports and stock price information. The next section presents my qualifications and the remainder of the report provides the basis for my opinion.

## QUALIFICATIONS

I hold a Bachelors Degree in Economics with Honors from Knox College and a Masters in Public Policy from the University of Chicago. I am also a CFA charter-holder. The CFA, or Chartered Financial Analyst, designation is awarded to those who have sufficient practical experience and complete a rigorous series of three exams over three years that cover a wide variety of financial topics with a particular focus on valuation.

I, along with several others, founded Winnemac Consulting in March of this year. Prior to starting Winnemac Consulting, I was employed by Chicago Partners for over twelve years where I was responsible for conducting and managing analysis in a wide variety of areas including securities valuation and damages, labor discrimination and antitrust. I have been responsible for conducting loss causation, damages, and valuation analysis in some of the most high profile securities cases on record including Parmalat, Enron, Tyco, and WorldCom among others. I have been engaged numerous times as a valuation expert both within and outside the litigation context. My experience in class action securities cases includes work for plaintiffs, defendants, D&O insurers and more recently I have been engaged by a prominent mediator (Retired Judge Daniel Weinstein) to provide neutral economic analysis and opinions in several securities class actions as well as other matters.

My qualifications are further detailed in my curriculum vitae, which is attached as Exhibit A. Winnemac Consulting is being compensated at an hourly rate for my work on this matter and my compensation is not contingent on the outcome of the case.

## BASIS FOR OPINION

I understand loss causation to be a combination of the "but-for" test and the "foresee-ability" test. In other words, would Plaintiffs have suffered the loss but-for Defendants' actions and was the loss a foreseeable consequence of their actions? The roles for economists in this

type of inquiry include evaluating the economic impact of the alleged fraud (in terms of how it would affect stock prices) and determining whether there is economic evidence to link later price declines (if any) to the revelation of the prior misstatements or omissions.

The Complaint details a series of fraud allegations, but in my mind there are two primary themes that capture many of them: (1) WaMu fraudulently influenced the appraisal process to obtain inflated asset appraisals, and (2) WaMu misrepresented the quality of its underwriting and loss reserving process. Plaintiffs assert that these fraudulent actions and misrepresentations caused the company's loan loss reserves to be knowingly and materially understated because the company faced materially greater risk of losses than disclosed. For example, if WaMu was relying on fraudulently inflated appraisal values, this would have the effect of overstating the value of collateral and understating loan to value ratios. These are important metrics used by practitioners in evaluating the quality of loan portfolios. In addition, if WaMu fraudulently overstated the quality of its underwriting and loss reserving standards, the market would underestimate expected credit losses. In both cases, the foreseeable consequence of the alleged fraud is that the Company, at some point, would have substantially higher than expected credit losses.

If we take Plaintiffs' allegations as well pled and true, then as a matter of economics it is clear that the market overvalued WaMu. The quantification of the extent to which WaMu was overvalued as a result of these alleged misstatements is a complex question that would be subject of expert analysis later in the litigation. However, it is clear that credit losses and loan loss reserves are important metrics in evaluating the performance of a lending institution. Even a cursory review of reports issued by securities analysts that covered WaMu, and the transcripts of WaMu's conference calls with securities analysts, reveals that analysts focused on credit losses and loan loss reserves as critical metrics in evaluating the company's financial performance and condition.[1]

---

[1] For example, in a report dated October 18, 2007, DA Davidson issued a report that lowered its purchase recommendation to "Underperform" from "Neutral" and observed that "Credit quality deterioration was the big news this quarter, and it appears credit trends will disrupt Q4 results as well" (See Exhibit B). Following the release of WaMu's financial results for the fourth quarter of 2007, Merrill Lynch lowered its estimates of WaMu's earnings and reported that "Credit remains the chief concern, likely delaying the return to profitability until Q2'09, based on our forecast for losses and related provisions" (See Exhibit C).

As in many securities fraud cases, the alleged corrective disclosures are not perfect mirror images of the alleged misstatements. In other words, WaMu never directly admits to either theme of Plaintiffs' fraud claims. Instead, over the second half of 2007 and first half of 2008, WaMu repeatedly disclosed deteriorating financial performance, specifically including substantial credit losses and increases in loan loss reserves. In addition, the New York Attorney General implicated WaMu as participating in fraudulent influence over appraisers. WaMu's stock price reacted negatively to a series of these announcements.

The Complaint clearly identifies dates which Plaintiffs allege represent corrective disclosures (see section titled "The Truth About WaMu's Financial Condition Begins to Emerge"). For example, the Complaint describes that after the close of trading on October 17, 2007, WaMu announced their financial results for the third quarter of 2007. WaMu's quarterly net income fell 72 percent from the same quarter a year earlier. The company cited a weaker housing market and disruptions in the capital markets as the reasons for the decline. As part of the announcement, the Company disclosed that it may have to set aside as much as $2.9 billion in loan loss provisions, up $1.2 billion from their July 2007 estimate of $1.7 billion. WaMu also announced that it would not be increasing its stock dividend for the first time in 12 years. WaMu's stock price responded to the news, by falling 7.71% from $33.07 per share on October 17, 2007 to $30.52 per share on October 18, 2007. I have undertaken a preliminary event study and determined that this price movement is highly statistically significant.[2]

An earnings announcement such as this contains a myriad of information and is not simply a revelation that WaMu engaged in fraudulent behavior. However, if Plaintiffs are able to prove, as they allege clearly in the Complaint, that the Company fraudulently withheld information from the market regarding its appraisal practices, underwriting standards and the credit quality of its customers, then there is a coherent economic and logical link between these misstatements and the stock price decline. This is because the foreseeable consequence of

---

[2] An event study is a procedure that statistically tests whether a particular change in price is sufficiently large, after controlling for market effects, that simple random variation can be ruled out as the cause of the price movements. In this case, I analyzed WaMu's stock price after controlling for general market movements (using the S&P 500) and industry price movements (using the S&P Supercomposite Banking Index). The change in WaMu's stock price on October 18, 2007, after controlling for market and industry effects, is far greater than the conventional threshold for statistical significance (i.e. less than 5% probability the change in price would occur by chance.)

lending money to less creditworthy individuals than disclosed to the market is, at some point, incurring larger than expected credit losses and the need to record greater loss reserves. The October 17, 2007 announcement specifically reveals substantially greater than expected increases in loss reserves. In my opinion, this portion of the announcement contributed materially to the price decline. This is supported by the comments of securities analysts immediately subsequent to the announcement.[3] This focus on credit losses and loss reserves as important valuation drivers is consistent with my own understanding and experience valuing these types of institutions.

The previous example is just one of a series of alleged corrective disclosures identified in the Complaint, but it highlights the direct and economically coherent loss causation argument Plaintiffs are pleading. The other alleged corrective disclosures are clearly detailed in the complaint and are either specific to the New York Attorney General's investigation of inflated appraisals (e.g. November 1, 2007) or underscore the weakening of WaMu's credit portfolio (e.g. December 11, 2007, March 27, 2008, and April 8, 2008, June 9, 2008). I have not engaged in a detailed analysis to determine whether each and every date included in the Complaint is appropriate, but I have satisfied myself that Plaintiffs' overall loss causation theory is sound.

I am mindful that Defendants may try to argue that some or all of the declines in the stock price on the announcements identified by Plaintiffs, such as the example above, represent losses that would have occurred regardless of the alleged fraud because of broader declines in the housing market and the economy in general. I concur that some fraction of the price decline on at least certain of the dates identified by Plaintiffs are likely due to these outside factors. Fact discovery and further expert analysis in this case will play an important role in understanding what proportion of losses are directly linked to, and a foreseeable consequence of, the alleged fraud and which are not. However, in my opinion, Plaintiffs have provided a coherent

---

[3] For example, a Credit Suisse analyst report dated October 18, 2007 stated "We are reducing our 2007 and 2008 EPS estimates to reflect higher loss provisions . . . We remain concerned about the earnings impact of the costs related to higher problem assets and reiterate our Neutral rating" (See Exhibit D). A Merrill Lynch analyst report dated the same day, "Most surprising was the outlook for higher credit costs in Q4'07, $1.2B, due to the rapidly deteriorating performance of its loan portfolio." The report concludes by stating, "We have lowered our '07 [earnings per share] estimate to $2.40 from $2.80, reflecting Q3 Actuals and WM's increased provision guidance. Our '08 estimate has been lowered to $2.60 from $3.45. *The revision largely reflects $3.8[Billion] of provision expenses vs. our prior expectation of $2.0[Billion]"* (See Exhibit E - emphasis added).

economic theory of how and why the alleged fraud would result in inflated prices for WaMu's securities and specific, logical, and economically coherent theory of causal linkage to information disclosures that resulted in declines in price – and thus losses for WaMu investors.

I declare under penalty of perjury that the aforesaid is true and correct.

Executed in Chicago, Illinois on August 5, 2008

Chad Coffman, CFA

# EXHIBIT A

**to the Declaration of Chad Coffman**

# CHAD W. COFFMAN

Winnemac Consulting, L.L.C.
One South Wacker Drive, Suite 3800
Chicago, IL 60606
Mobile:    (815) 382-0092
Email:    coffman@winnemac.com

## EMPLOYMENT:

**Winnemac Consulting, LLC**
President (2008 - Current)

**Chicago Partners, LLC**
Principal (2007 – 2008)
Vice President (2003 – 2007)
Director (2000 – 2003)
Senior Associate (1999 – 2000)
Associate (1997 – 1999)
Research Analyst (1995 – 1997)

## EDUCATION:

**C.F.A.**   Chartered Financial Analyst, 2003

**M.P.P.**   University of Chicago, 1997
Masters of Public Policy, with a focus in economics including coursework in Finance, Labor Economics, Econometrics, and Regulation

**B.A.**   Knox College, 1995
Economics, Magna Cum Laude
Graduated with College Honors for Paper entitled "Increasing Efficiency in Water Supply Pricing: Using Galesburg, Illinois as a Case Study"
Dean's List Every Term
Phi Beta Kappa

## SELECTED EXPERIENCE:

<u>Experience in Securities and Valuation Cases:</u>

- Expert consultant for Citigroup/Salomon Smith Barney in various matters related to Jack Grubman's analyst coverage of various companies. This included supporting multiple experts at high-profile arbitration where plaintiffs claimed $900 million in damages. Arbitration panel returned a verdict in favor of client (reported in Wall Street Journal).

**SELECTED EXPERIENCE** (CONT.):

- Expert damages consultant in dozens of 10b-5 and Section 11 securities litigation, including, but not limited to:
  - WorldCom
  - Enron
  - Tyco
  - Parmalat
  - Sears
  - Atlas Air
  - UnumProvident
  - XL Capital
  - Household Finance/HSBC
  - Dynegy
  - Anicom

- Served as neutral expert for mediator (Judge Daniel Weinstein) in multiple 10(b)-5 securities cases as well as futures manipulation case.

- Expert consultant for the American Stock Exchange (AMEX) where I evaluated issues related to multiple listing of options. Performed econometric analysis of various measures of option spread using tens of millions of trades.

- Expert consultant to large hedge fund that owned bonds in WorldCom. Responsible for directing analysis that led to favorable settlement of their claim in the bankruptcy.

- Testifying expert in the matter of <u>Kuo, Steven Wu v. Xceedium Inc, Supreme Court of New York, County of New York, Index No. 06-100836</u>. Filed report re: the fair value of Mr. Kuo's shares.

- Testifying expert in the matter of <u>Pallas, Dennis H. v. BPRS/Chestnut Venture Limited Partnership and Gerald Nudo, Circuit Court of Cook County, Illinois, County Department, Chancery Division.</u> Filed report re: fair value of Pallas shares.


<u>Experience in Labor Economics and Discrimination-Related Cases:</u>

- Expert consultant for Cargill in class action race discrimination matter in which class certification was defeated.

- Expert consultant for 3M in class action age discrimination matter.

- Expert consultant for Wal-Mart in class action race discrimination matter.

- Expert consultant for Novartis regarding various labor related issues.

- Expert consultant on various other significant confidential labor economics matters in which there were class action allegations related to race and gender.

**SELECTED EXPERIENCE (CONT.):**

- Expert consultant for Farmers Insurance related to litigation and potential regulation resulting from the use of credit scores in the insurance underwriting process.

- Testifying expert in <u>Shirley Cohens v. William Henderson, Postmaster General, United States Postal Service.  United States District Court for the District of Columbia. C.A 1:00CV-1834 (TFH)</u> – Filed report re: lost wages and benefits.

- Testifying expert in <u>Richard Akins v. NCR Corporation</u>.  Before the American Arbitration Association – Filed report re: lost wages.

<u>Selected Experience in Antitrust, General Damages, and Other Matters:</u>

- Expert consultant in high-profile, ongoing antitrust matters in the computer and credit card industries.

- Expert consultant for plaintiffs in re: Brand Name Drugs Litigation.  Responsible for managing, maintaining and analyzing data totaling over one billion records in one of the largest antitrust cases ever filed in the Federal Courts.

- Served as neutral expert for mediator (Judge Daniel Weinstein) in allocating a settlement in an antitrust matter.

- Expert consultant in Seminole County and Martin County absentee ballot litigation during disputed presidential election of 2000.

- Expert consultant for sub-prime lending institution to determine effect of alternative loan amortization and late fee policies on over 20,000 customers of a sub-prime lending institution. Case settled favorably at trial immediately after the testifying expert presented an analysis I developed showing fundamental flaws in opposing experts calculations.

- Expert consultant to CIB Marine for bank valuation study

- Played significant role in highly-publicized internal accounting investigation of two Fortune 500 companies.

**TEACHING EXPERIENCE:**

 KNOX COLLEGE, Teaching Assistant - Statistics, (1995)
 KNOX COLLEGE, Tutor in Mathematics, (1992 - 1993)

**PUBLICATIONS:**

Coffman, Chad and Mary Gregson, "Railroad Construction and Land Value." *Journal of Real Estate and Finance*, 16:2, 191-204 (1998).

## PROFESSIONAL AFFILIATIONS:

Associate Member CFA Society of Chicago Partners
Associate Member CFA Institute
Phi Beta Kappa

## AWARDS:

1994 Ford Fellowship Recipient for Summer Research.
1993 Arnold Prize for Best Research Proposal.
1995 Knox College Economics Department Award.

## PERSONAL ACTIVITIES:

Pro bono consulting for Cook County State's Attorney's Office

# EXHIBIT B

**to the Declaration of Chad Coffman**

# WASHINGTON MUTUAL, INC.
## WM – NYSE

**October 18, 2007**

**Rating:**
## UNDERPERFORM↓

**Price:** (10/17/07) $33.07

**Price Targets:**
12-18 month: $29↓
5-year: $36↓

**Industry:**
Banks & Thrifts

**Jim Bradshaw**
503.603.3022
jbradshaw@dadco.com

**Jeff Rulis**
503.603.3025
jrulis@dadco.com

**Katherine Woods-Eliot**
Research Associate
503.603.3096
kwoods-eliot@dadco.com

| FY (Dec) | 2006A | 2007E | Y-O-Y Growth | 2008E | Y-O-Y Growth |
|---|---|---|---|---|---|
| Revenue ($B) | $14.6 | $14.6 | 0% | $16.2 | 11% |
| Previous | - | $14.8 | | $17.3 | |
| Price/Revenue ratio | 2.2x | 2.0x | | 1.8x | |
| EPS Revised | $3.64 | $2.35 | -35% | $2.60 | 10% |
| Previous | - | $2.63 | | $3.75 | |
| Price/EPS ratio | 9.1x | 14.1x | | 12.7x | |

| Quarterly Data: | EPS | EPS Previous | Revenue ($B) | Revenue Previous |
|---|---|---|---|---|
| 3/31/07A | $0.86 | - | $3.6 | - |
| 6/30/07A | $0.92 | - | $3.8 | - |
| 9/30/07A | $0.23 | $0.19 | $3.4 | NC |
| 12/31/07E | $0.32 | $0.66 | $3.8 | $4.1 |

| Valuation Data | | Trading Data | |
|---|---|---|---|
| Long-term growth rate (E) | 13% | Shares outstanding (M) | 876.0 |
| Equity/Assets (9/30/07) | 7.5% | Market Capitalization ($B) | $29.0 |
| Book value per share (9/30/07) | $27.21 | 52-week range | $31.27 - $46.38 |
| Tangible BV per share (9/30/07) | $16.78 | Average daily volume (3 mos.) (M) | 11.6 |
| Dividend (yield) | $2.24 (6.8%) | Float | 98% |
| Return on Equity (T-T-M) | 3.4% | Index Membership | S&P 500 |

## Credit Rapidly Softening, Taking A Cautious Approach. Lowering Rating To UNDERPERFORM

- **It was a rough quarter for the company** with severe credit losses, high mark-to-market and other credit market disruption costs, and a cautious near-term outlook from management. Reported EPS was $0.23, above our $0.19 estimate (consensus was a near-meaningless $0.27, within a range of $0.19-$0.83). Operating income was actually worse than we feared, as the company only recorded a 4.5% tax rate in Q3 versus our 37.5% forecast, related to the sharp drop in income.

- **Credit quality deterioration was the big news this quarter,** and it appears credit trends will disrupt Q4 results as well. The company reported a loan loss provision of $967 million, just below the $975 million figure we expected. Non-performing assets increased from $4.02 billion to $5.45 billion during the quarter.

- **We are sharply lowering our EPS outlook** for the company given the uncertainty surrounding asset quality and revenue from home mortgage activities. We were assuming 2007 EPS of $2.63 and $3.75 in 2008. We are cutting these forecasts to $2.35 and $2.60, respectively. The bulk of the cut is related to rising credit costs.

- **We are lowering our price target to $29 (from $37) and our rating from Neutral to UNDERPERFORM** given lower EPS estimates and our concern about credit quality. The cash dividend offers some support to the share price, and the yield is above 6%. The company does not seem to be in a strong position to support the dividend, fund asset growth, and buyback stock, however. We assume share purchase is off the table for now, suggesting limited support for the stock in the interim.

**Company Description:**
Seattle, WA – Washington Mutual is the nation's largest thrift with approximately $330 billion in assets and more than 2,500 banking offices throughout the nation. The company, founded in 1889, offers primarily retail and commercial banking, along with mortgage loans and services.

---

**Please refer to pages 6-7 of this report for detailed disclosure and certification information.**

## Price Chart



Source: Thomson One

**All Around Rough Quarter**

Washington Mutual reported Q3 EPS of $0.23, slightly better than the $0.19 EPS figure we were expecting. The company recently guided net income down about 75% from the Q3:06 figure of $748 million, causing us to lower our forecast from $0.72 to $0.19 per share. Actual reported net income was $202 million, down about 73%.

It was a rough quarter for the company with severe credit losses, high mark-to-market and other credit market disruption costs, and a cautious near term outlook from management on the conference call following the earnings release. Operating income was actually worse than we feared, as the company only recorded a 4.5% tax rate in Q3 versus our 37.5% forecast, related to the sharp drop in income. Oddly enough, while it felt like a kitchen sink quarter, the company suggested that credit costs in Q4 are likely to rise even further.

**Narrower Spreads, Less Asset Growth Than Assumed**

Spread income was $2.01 billion during Q3, a drop of $20 million from Q2. We expected spread income, driven by improved NIM and more rapid balance sheet growth, to be almost $200 million higher. Instead, NIM fell by 4bp in the quarter, to 2.86%, while we expected margins would rise about 5bp. The high cost of funding asset growth in the quarter, with funding mostly coming from FHLB and other short term borrowings linked to LIBOR, caused margin decay in the quarter. We anticipate that margins will lay flat in Q4 unless funding spreads improve quickly.

Average earning assets increased about $4 billion in the quarter to $283 billion while average assets rose about the same. The company shifted a large portion of loans (about $15 billion) from a held-for-sale category to held-for-investment, recognizing a loss of about $147 million. While we anticipated the transfer, we also assumed that current quarter production would ultimately end up on the company's balance sheet—but production volume fell sharply, keeping balance sheet growth more subdued than we expected. Home loan production per quarter has fallen from $41 billion during Q1 to $36 billion in Q2 to $26 billion in Q3. Most of the volume has been in conforming residential loans, as sub-prime and non-conforming production has stalled.

**Rapid Decline In Credit Quality**

Credit quality deterioration was the big news this quarter, and it appears credit trends will disrupt Q4 results as well. The company reported a loan loss provision of $967 million, just below the $975 million figure we expected. Non-performing assets increased from $4.02 billion to $5.45 billion during the quarter, 1.70% of average assets. This is one of the highest ratios in our universe. The company also recorded net loan losses of $421 million in the quarter, an increase of 55% from the Q2 pace.

The company's commercial loan book is performing well and accounted for only a small piece of the increase in NPAs, but virtually all the home loan categories saw an increase in delinquencies and loss rates. The company anticipates further deterioration in credit quality in Q4 given the rapid decline in home prices in most markets. This leads us to push our Q4 loan loss provision assumption from the $968 million level noted in Q3 to $1.25 billion, an increase of $250 million from our last forecast. This is the fourth time this year we have boosted loss expectations.

The increase in loan totals held in the company's investment portfolio also leads us to forecast higher provision rates in 2008, and we are lifting our loan loss provision assumption from $2.8 billion to $3.35 billion in 2008. Until credit markets return to more normal operations and housing prices stabilize, it is difficult to assess near-term loss severity, in our opinion.

**Numerous Mark-To-Market Charges Included In Q3 Results**

Fee income was $1.4 billion, falling about $380 million from Q2. In addition to the loss reported above on the loan transfer, the company also noted about $83 million in charges related to market disruptions in the sale and risk management activities. It also booked a $153 million mark-to-market loss on various trading assets, including the reduction of the carrying value of credit card and sub-prime residuals. In addition, the company recorded a $104 million charge related to an impairment of carrying value on investment grade mortgage securities. The positive mark on the company's mortgage servicing rights asset was $222 million during the quarter, and offset some of the other charges. All of these items, when aggregated, reduced EPS by about $0.19.

**Low Tax Rate Helps Q3 EPS By $0.07**

Operating costs were $2.2 billion, $109 million higher than we expected. The company shuttered about 33 branch offices in Q3, but the net headcount figure was higher than we expected. We believe this is a timing issue. The company plans to open 50 new stores in Q4.

The tax rate was just 4.5% in Q3 versus our forecast 37.5% rate. We were expecting operating income of $288 million for Q3. The reported figure was $220 million, so operating results were softer than we expected. If the company had paid normal taxes in Q3, EPS would have been $0.16. The tax rate will revert back to a more normal level in Q4, assuming the company posts profits in line with our revised expectations.

**No Buyback, No Dividend Increase For Now**

The company left the cash dividend at $0.56 per quarter, breaking a long string of boosting the cash dividend each quarter. Management seems committed to maintaining this base for the time being, and has curtailed repurchasing shares for now. Management expects about $5 billion in asset growth in Q4. It appears there is sufficient capital to pay the dividend and support modest balance sheet growth for several more quarters, assuming loss rates do not materially ramp past the expected Q4 pace.

**EPS Is Disappearing**

We are sharply lowering our EPS outlook for the company, given the uncertainty surrounding asset quality and revenue from homer mortgage activities. We were assuming 2007 EPS of $2.63 and $3.75 in 2008. We are cutting these forecasts to $2.35 and $2.60, respectively. The bulk of the cut is related to rising credit costs.

**Cutting Rating From Neutral To UNDERPERFORM**

Over the last decade WM shares have traded at an average of 11.5x forward EPS within a range of 6.2x to more than 20x. We believe a forward EPS multiple of 10x-11x is appropriate at this juncture given credit and interest rate risks. This suggests a price target in the range of $27-$29 looking out to 2008 EPS. We are lowering our price target to $29 (from $37) given lower EPS estimates and our concern about credit quality. The cash dividend offers some support to the share price, and the yield is above 6%. But the company does not seem to be in a strong position to support the dividend, fund asset growth, and buyback stock. We assume share purchase is off the table for now, suggesting limited support for the stock in the interim. We are lowering our rating from Neutral to **UNDERPERFORM**.

Jim Bradshaw
Senior Research Analyst
503.603.3022

**Washington Mutual, Inc.**
**Financial Data  (In MM's, except PS)**
NYSE:WM FYE  Dec

| Income Statement | 2005 | Q1:06 | Q2:06 | Q3:06 | Q4:06 | 2006 | Q1:07 | Q2:07 | Q3:07 | Q4:07e | 2007e | 2008e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Interest Income | $ 15,919 | $ 4,657 | $ 4,935 | $ 5,105 | $ 5,210 | $ 19,907 | $ 5,008 | $ 4,748 | $ 4,856 | $ 5,078 | $ 19,690 | $ 21,779 |
| Interest Expense | $ 7,701 | $ 2,540 | $ 2,875 | $ 3,158 | $ 3,212 | $ 11,785 | $ 2,927 | $ 2,714 | $ 2,842 | $ 3,025 | $ 11,508 | $ 12,767 |
| Net Interest Income | $ 8,218 | $ 2,117 | $ 2,060 | $ 1,947 | $ 1,998 | $ 8,122 | $ 2,081 | $ 2,034 | $ 2,014 | $ 2,053 | $ 8,182 | $ 9,012 |
| Loan Loss Provision | $ 316 | $ 82 | $ 224 | $ 166 | $ 344 | $ 816 | $ 234 | $ 372 | $ 967 | $ 1,250 | $ 2,823 | $ 3,345 |
| Inc. After Provision | $ 7,902 | $ 2,035 | $ 1,836 | $ 1,781 | $ 1,654 | $ 7,306 | $ 1,847 | $ 1,662 | $ 1,047 | $ 803 | $ 5,359 | $ 5,667 |
| Depositor Fees | $ 2,194 | $ 578 | $ 641 | $ 655 | $ 692 | $ 2,566 | $ 665 | $ 720 | $ 740 | $ 761 | $ 2,886 | $ 3,204 |
| Loan Servicing Fees, net | $ 946 | $ 537 | $ 462 | $ 256 | $ 472 | $ 1,727 | $ 419 | $ 637 | $ 748 | $ 769 | $ 2,573 | $ 2,728 |
| Securities, Annuities & Credit Card Fees | $ 1,006 | $ 290 | $ 241 | $ 248 | $ 266 | $ 1,045 | $ 261 | $ 282 | $ 305 | $ 311 | $ 1,159 | $ 1,252 |
| Other operating income | $ 654 | $ 238 | $ 179 | $ 127 | $ 180 | $ 724 | $ 120 | $ 191 | $ 7 | $ 195 | $ 513 | $ 554 |
| Gain on sale of loans | $ 847 | $ 157 | $ 184 | $ 217 | $ 64 | $ 622 | $ 149 | $ 66 | $ (169) | $ (125) | $ (79) | $ - |
| Gain on sale of other assets/hedging | $ (241) | $ (75) | $ (129) | $ 67 | $ (82) | $ (219) | $ (73) | $ (138) | $ (252) | $ (125) | $ (588) | $ (510) |
| Total Other Income | $ 5,406 | $ 1,725 | $ 1,578 | $ 1,570 | $ 1,592 | $ 6,465 | $ 1,541 | $ 1,758 | $ 1,379 | $ 1,787 | $ 6,465 | $ 7,227 |
| Salaries & Benefits | $ 3,738 | $ 1,044 | $ 1,021 | $ 939 | $ 945 | $ 3,949 | $ 1,002 | $ 977 | $ 910 | $ 880 | $ 3,769 | $ 3,930 |
| Net Occupancy & Equipment | $ 1,523 | $ 392 | $ 435 | $ 408 | $ 476 | $ 1,711 | $ 376 | $ 354 | $ 371 | $ 355 | $ 1,456 | $ 1,614 |
| Regulatory Assessments | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| DP Fees | $ 451 | $ 135 | $ 145 | $ 142 | $ 133 | $ 555 | $ 129 | $ 132 | $ 135 | $ 138 | $ 534 | $ 566 |
| Other operating expense | $ 2,106 | $ 626 | $ 650 | $ 714 | $ 722 | $ 2,711 | $ 626 | $ 702 | $ 775 | $ 755 | $ 2,858 | $ 3,029 |
| Non-recurring Expenses | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Amort. of Goodwill &CDI | $ 52 | $ 15 | $ 15 | $ 15 | $ 15 | $ 60 | $ 15 | $ 15 | $ 15 | $ 15 | $ 60 | $ 60 |
| RE owned operations | $ - | $ - | $ - | $ 8 | $ 9 | $ 418 | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Other Expenses | $ 7,870 | $ 2,211 | $ 2,266 | $ 2,218 | $ 2,291 | $ 8,986 | $ 2,148 | $ 2,180 | $ 2,206 | $ 2,143 | $ 8,677 | $ 9,200 |
| Income B4 Taxes | $ 5,438 | $ 1,549 | $ 1,148 | $ 1,133 | $ 955 | $ 4,785 | $ 1,240 | $ 1,240 | $ 220 | $ 446 | $ 3,146 | $ 3,694 |
| Accounting Changes, Net | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Applicable Taxes | $ 2,006 | $ 564 | $ 389 | $ 394 | $ 315 | $ 1,662 | $ 456 | $ 410 | $ 10 | $ 154 | $ 1,030 | $ 1,385 |
| Net Income | $ 3,432 | $ 985 | $ 759 | $ 739 | $ 640 | $ 3,123 | $ 784 | $ 830 | $ 210 | $ 292 | $ 2,116 | $ 2,309 |
| Extraordinary/Discontinued Item, Net | $ - | $ - | $ - | $ 9 | $ 418 | $ 435 | $ - | $ - | $ - | $ - | $ - | $ - |
| Income After Extraordinary | $ 3,432 | $ 985 | $ 767 | $ 748 | $ 1,058 | $ 3,558 | $ 784 | $ 830 | $ 210 | $ 292 | $ 2,116 | $ 2,309 |
| Income Attributable to Common | $ 3,432 | $ 985 | $ 767 | $ 748 | $ 1,050 | $ 3,550 | $ 777 | $ 822 | $ 202 | $ 285 | $ 2,086 | $ 2,281 |
| | | | | | | | | | | | | |
| Avg Shares Outstanding (FD) | 918.98 | 1003.46 | 975.50 | 967.38 | 955.82 | 975.54 | 899.71 | 893.09 | 876.00 | 878.00 | 886.70 | 878.00 |
| EPS (FD) | $ 3.73 | $ 0.98 | $ 0.79 | $ 0.77 | $ 1.10 | $ 3.64 | $ 0.86 | $ 0.92 | $ 0.23 | $ 0.32 | $ 2.35 | $ 2.60 |
| Dividends Per Share | 1.90 | $ 0.50 | $ 0.51 | $ 0.52 | $ 0.53 | 2.06 | $ 0.54 | $ 0.55 | $ 0.56 | $ 0.56 | $ 2.21 | $ 2.24 |
| Payout Ratio | 50.9% | 50.9% | 64.9% | 67.3% | 48.2% | 56.6% | 62.5% | 59.8% | 242.9% | 172.4% | 93.9% | 86.2% |
| Book Value Per Share | $ 27.95 | $ 27.45 | $ 27.66 | $ 28.17 | $ 28.21 | $ 28.21 | $ 27.30 | $ 27.27 | $ 27.21 | $ 26.97 | $ 26.97 | $ 27.33 |
| Tangible Book Value Per Share | $ 19.60 | $ 18.80 | $ 19.00 | $ 19.32 | $ 18.74 | $ 18.74 | $ 17.11 | $ 16.93 | $ 16.78 | $ 16.54 | $ 16.54 | $ 16.90 |
| | | | | | | | | | | | | |
| **Balance Sheet (Avg Balances)** | | | | | | | | | | | | |
| Investments & other earning assets | $ 34,567 | $ 45,499 | $ 46,369 | $ 44,995 | $ 44,370 | $ 45,308 | $ 37,636 | $ 37,607 | $ 42,571 | $ 42,997 | $ 40,203 | $ 45,147 |
| Loans, Net | $ 260,197 | $ 262,326 | $ 266,870 | $ 267,832 | $ 270,414 | $ 266,861 | $ 258,064 | $ 242,229 | $ 240,692 | $ 243,099 | $ 246,021 | $ 255,254 |
| Total Earning Assets | $ 294,764 | $ 307,825 | $ 313,239 | $ 312,827 | $ 314,784 | $ 312,169 | $ 295,700 | $ 279,836 | $ 283,283 | $ 286,096 | $ 286,224 | $ 300,400 |
| Total Assets | $ 326,560 | $ 344,562 | $ 349,561 | $ 349,542 | $ 353,056 | $ 349,180 | $ 331,905 | $ 316,004 | $ 320,475 | $ 323,680 | $ 323,016 | $ 339,864 |
| Checking | $ 46,545 | $ 40,436 | $ 37,603 | $ 34,866 | $ 33,098 | $ 36,501 | $ 31,821 | $ 30,373 | $ 28,492 | $ 28,634 | $ 29,830 | $ 30,066 |
| MMDA | $ 42,549 | $ 44,816 | $ 48,095 | $ 49,144 | $ 53,314 | $ 48,842 | $ 54,862 | $ 58,969 | $ 57,377 | $ 57,664 | $ 57,218 | $ 60,547 |
| Time CD's | $ 62,107 | $ 73,182 | $ 79,541 | $ 90,001 | $ 93,415 | $ 84,035 | $ 91,631 | $ 84,330 | $ 80,719 | $ 81,123 | $ 84,451 | $ 85,179 |
| Sec Sold under Repo | $ 20,673 | $ 22,743 | $ 25,690 | $ 23,058 | $ 18,958 | $ 22,612 | $ 15,944 | $ 10,585 | $ 11,608 | $ 11,666 | $ 12,451 | $ 12,249 |
| Advances from FHLB | $ 68,703 | $ 66,995 | $ 60,862 | $ 52,886 | $ 46,005 | $ 56,687 | $ 36,051 | $ 22,063 | $ 34,128 | $ 34,299 | $ 31,635 | $ 38,014 |
| Other Borrowings | $ 21,585 | $ 26,636 | $ 26,239 | $ 27,815 | $ 34,420 | $ 28,778 | $ 32,808 | $ 39,886 | $ 40,567 | $ 40,770 | $ 38,508 | $ 42,808 |
| Total Int-Bearing Liabilities | $ 262,162 | $ 274,808 | $ 278,030 | $ 277,770 | $ 279,210 | $ 277,455 | $ 263,117 | $ 246,206 | $ 252,891 | $ 254,155 | $ 254,092 | $ 266,863 |
| Stockholders Equity | $ 23,454 | $ 27,798 | $ 26,932 | $ 26,147 | $ 26,700 | $ 26,894 | $ 24,407 | $ 24,436 | $ 23,994 | $ 24,137 | $ 24,243 | $ 25,277 |
| | | | | | | | | | | | | |
| Net Chargeoffs | $ 244 | $ 105 | $ 116 | $ 154 | $ 136 | $ 511 | $ 183 | $ 271 | $ 421 | $ 939 | $ 1,814 | $ 2,745 |
| NCO/Avg. Loans | 0.09% | 0.16% | 0.17% | 0.23% | 0.20% | 0.19% | 0.28% | 0.45% | 0.70% | 1.55% | 0.74% | 1.08% |
| Loan Loss Reserve | $ 1,695 | $ 1,642 | $ 1,663 | $ 1,580 | $ 1,830 | $ 1,830 | $ 1,540 | $ 1,560 | $ 1,889 | $ 2,200 | $ 2,200 | $ 2,800 |
| LLR/End Period Loans | 0.74% | 0.68% | 0.68% | 0.64% | 0.72% | 0.72% | 0.71% | 0.73% | 0.80% | 0.91% | 0.91% | 1.05% |
| Non-Performing Loans (N/A & Restr) | $ 1,708 | $ 1,752 | $ 1,850 | $ 2,006 | $ 2,313 | $ 2,313 | $ 2,688 | $ 3,275 | $ 4,577 | $ 5,500 | $ 5,500 | $ 6,500 |
| OREO & Repo'd Property | $ 276 | $ 309 | $ 330 | $ 405 | $ 480 | $ 480 | $ 587 | $ 750 | $ 874 | $ 1,000 | $ 1,000 | $ 1,250 |
| Total Non-Performing Assets | $ 1,984 | $ 2,061 | $ 2,180 | $ 2,411 | $ 2,793 | $ 2,793 | $ 3,275 | $ 4,025 | $ 5,451 | $ 6,500 | $ 6,500 | $ 7,750 |
| NPA/Avg TA | 0.61% | 0.60% | 0.62% | 0.69% | 0.79% | 0.80% | 0.99% | 1.27% | 1.70% | 2.01% | 2.01% | 2.28% |
| LLR/Non-performing Loans | 99.24% | 93.72% | 89.89% | 77.27% | 70.47% | 70.47% | 57.29% | 47.63% | 41.27% | 40.00% | 40.00% | 43.08% |
| NPA/Equity & Reserves | 7.89% | 7.00% | 7.62% | 8.70% | 9.86% | 9.79% | 12.62% | 15.48% | 21.06% | 24.68% | 24.58% | 27.60% |
| | | | | | | | | | | | | |
| NIM (FTE) | 2.80% | 2.75% | 2.65% | 2.53% | 2.58% | 2.60% | 2.79% | 2.90% | 2.86% | 2.87% | 2.86% | 3.00% |
| Avg Rate on Earning Assets | 5.38% | 6.07% | 6.30% | 6.51% | 6.60% | 6.37% | 6.81% | 6.79% | 6.84% | 7.10% | 6.89% | 7.25% |
| Cost of Funds Supporting Assets | 2.58% | 3.32% | 3.65% | 3.98% | 4.02% | 3.77% | 4.02% | 3.89% | 3.98% | 4.23% | 4.03% | 4.25% |
| Efficiency ratio | 57.77% | 57.55% | 62.29% | 63.07% | 63.82% | 61.60% | 59.30% | 57.49% | 65.02% | 55.82% | 59.25% | 56.65% |
| ROAA | 1.05% | 1.14% | 0.88% | 0.86% | 1.19% | 1.02% | 0.94% | 1.05% | 0.26% | 0.35% | 0.65% | 0.67% |
| ROE | 14.63% | 14.17% | 11.39% | 11.44% | 15.73% | 13.20% | 12.73% | 13.46% | 3.37% | 4.73% | 8.61% | 9.02% |
| Avg Equity/Avg TA | 7.18% | 8.07% | 7.70% | 7.48% | 7.56% | 7.70% | 7.35% | 7.73% | 7.49% | 7.46% | 7.51% | 7.44% |
| | | | | | | | | | | | | |
| **Loan Portfolio** | | | | | | | | | | | | |
| Residential | $ 135,290 | $ 144,001 | $ 145,701 | $ 141,185 | $ 118,204 | $ 118,204 | $ 111,061 | $ 106,145 | $ 123,145 | $ 125,882 | $ 125,682 | $ 138,250 |
| Residential Construction | $ 2,037 | $ 2,095 | $ 2,082 | $ 2,077 | $ 2,082 | $ 2,082 | $ 2,071 | $ 2,058 | $ 2,110 | $ 2,153 | $ 2,153 | $ 2,369 |
| Commercial Real Estate | $ 30,636 | $ 31,504 | $ 32,286 | $ 33,276 | $ 36,906 | $ 36,906 | $ 36,243 | $ 36,169 | $ 39,166 | $ 39,973 | $ 39,973 | $ 43,970 |
| Mfg Housing, 2nd's, & Consumer | $ 51,489 | $ 52,474 | $ 53,268 | $ 54,645 | $ 55,200 | $ 55,200 | $ 56,384 | $ 58,874 | $ 62,055 | $ 63,333 | $ 63,333 | $ 69,667 |
| Credit Card | $ 8,043 | $ 7,906 | $ 8,451 | $ 8,807 | $ 10,861 | $ 10,861 | $ 9,490 | $ 9,913 | $ 8,791 | $ 9,123 | $ 9,123 | $ 10,583 |
| Commercial | $ 2,137 | $ 2,024 | $ 1,715 | $ 1,775 | $ 1,707 | $ 1,707 | $ 1,772 | $ 1,835 | $ 1,865 | $ 1,903 | $ 1,903 | $ 2,094 |
| Total | $ 229,632 | $ 240,004 | $ 243,503 | $ 241,765 | $ 224,960 | $ 224,960 | $ 217,021 | $ 214,994 | $ 237,132 | $ 242,168 | $ 242,168 | $ 266,932 |

**D.A. Davidson & Co.**
Two Centerpointe Drive, Suite 400 • Lake Oswego, Oregon 97035 • (503) 603-3000 • (800) 755-7848 • www.dadavidson.com

Copyright D.A. Davidson & Co., 2007. All rights reserved.

## Required Disclosures

D.A. Davidson & Co. expects to receive, or intends to seek, compensation for investment banking services from this company in the next three months.

D.A. Davidson & Co. is a full service investment firm that provides both brokerage and investment banking services. Jim Bradshaw, Jeff Rulis, and Katherine Woods-Eliot, the research analysts principally responsible for the preparation of this report, will receive compensation that is based upon (among other factors) D.A. Davidson & Co.'s investment banking revenue. However, D.A. Davidson & Co.'s analysts are not directly compensated for involvement in specific investment banking transactions.

We, Jim Bradshaw, Jeff Rulis, and Katherine Woods-Eliot, attest that (i) all the views expressed in this research report accurately reflect our personal views about the common stock of the subject company, and (ii) no part of our compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

## Ratings Information

| D.A. Davidson & Co. Ratings | Buy | Neutral | Underperform |
|---|---|---|---|
| Risk adjusted return potential | Over 15% total return expected on a risk adjusted basis over next 12-18 months | >0-15% return potential on a risk adjusted basis over next 12-18 months | Likely to remain flat or lose value on a risk adjusted basis over next 12-18 months |

| Distribution of Ratings (as of 9/30/07) | Buy | Hold | Sell |
|---|---|---|---|
| Corresponding Institutional Research Ratings and Distribution | Buy 38% | Neutral 57% | Underperform 5% |
| Corresponding Private Client Research Ratings and Distribution | Outperform 52% | Market Perform 40% | Underperform 8% |
| Distribution of Combined Ratings | 40% | 54% | 6% |

| Distribution of companies from whom D.A. Davidson & Co. has received compensation for investment banking services in last 12 mos. | | | |
|---|---|---|---|
| Institutional Coverage | 6% | 3% | 0% |
| Private Client Coverage | 0% | 10% | 0% |
| Distribution of Combined Investment Banking | 5% | 3% | 0% |



**D.A. Davidson & Co. Institutional Research Rating Scale (maintained since 7/9/02)**
Buy, Neutral, Underperform

**WASHINGTON MUTUAL INCORPORATED**

Currency = USD

| Date | Closing Price | Recommendation Change | Date | Closing Price | Price Target |
|---|---|---|---|---|---|
| | | | 10-Sep-2007 | 34.74 | 37.00 |
| | | | 02-Aug-2007 | 36.24 | 39.00 |
| | | | 17-Apr-2007 | 40.13 | 44.00 |
| | | | 19-Oct-2006 | 42.35 | 46.00 |
| | | | 19-Jul-2006 | 48.42 | 47.00 |
| | | | 18-Apr-2006 | 44.44 | 45.00 |
| | | | 18-Jan-2006 | 44.41 | 42.50 |
| | | | 19-Oct-2005 | 37.80 | 41.00 |
| | | | 22-Jul-2005 | 43.54 | 45.00 |
| | | | 20-Jan-2005 | 42.17 | 41.00 |

**D.A. Davidson & Co.**
**Two Centerpointe Drive, Suite 400 • Lake Oswego, Oregon 97035 • (503) 603-3000 • (800) 755-7848 • www.dadavidson.com**

Copyright D.A. Davidson & Co., 2007. All rights reserved.

Target prices are our Institutional Research Department's evaluation of price potential over the next 12-18 months and 5 years, based upon our assessment of future earnings and cash flow, comparable company valuations, growth prospects and other financial criteria. Certain risks may impede achievement of these price targets including, but not limited to, broader market and macroeconomic fluctuations and unforeseen changes in the subject company's fundamentals or business trends.

## Other Disclosures

Information contained herein has been obtained by sources we consider reliable, but is not guaranteed and we are not soliciting any action based upon it. Any opinions expressed are based on our interpretation of data available to us at the time of the original publication of the report. These opinions are subject to change at any time without notice. Investors must bear in mind that inherent in investments are the risks of fluctuating prices and the uncertainties of dividends, rates of return and yield. Investors should also remember that past performance is not necessarily an indicator of future performance and D.A. Davidson & Co. makes no guarantee, express or implied, as to future performance. Investors should note this report was prepared by D.A. Davidson & Co.'s Institutional Research Department for distribution to D.A. Davidson & Co.'s institutional investor clients and assumes a certain level of investment sophistication on the part of the recipient. Readers, who are not institutional investors or other market professionals, should seek the advice of their individual investment advisor for an explanation of this report's contents, and should always seek such advisor's advice before making any investment decisions. Further information and elaboration will be furnished upon request.

# EXHIBIT C

## to the Declaration of Chad Coffman

Earnings Review     **SELL**

Equity | United States | Savings & Loans/Thrifts
18 January 2008

# Reiterate sell, No end in sight

**Merrill Lynch**

Kenneth Bruce        +1 415 676 3545
Research Analyst
MLPF&S
kenneth_bruce@ml.com

Randy M. Sternke, CFA     +1 415 676 3555
Research Analyst
MLPF&S
randy_sternke@ml.com

## Q4'07 loss worse than expected; Credit issues will linger

WM reported a Q4'07 EPS loss of $2.19, below our -$1.95 forecast, due to losses on trading and AFS securities. Credit remains the chief concern, likely delaying the return to profitability until Q2'09, based on our forecast for losses and related provisions. Maintain Sell rating. WM shares likely to remain under pressure as credit continues to erode and visibility is poor. Take-out seems unlikely, given uncertainty surrounding asset valuations despite strong deposit franchise value.

## Credit deteriorates further; No turn in sight

Credit erosion accelerated in the quarter and looks to be elevated through 2009, if not longer. Losses were 1.22% loans held for investment, up 51 bps from Q3'07, while NPAs were 2.17% vs. 1.65%. Reserves were 1.05% of loans and appear inadequate, in our view, as losses likely will grow in WM's credit card, 2nd lien, sub-prime and recent vintage pay-option ARM portfolios.

## Lowering EPS estimates on credit

Lowering EPS forecast due to higher credit charges. '08e goes to -$1.20 p.s. from -$0.12 and taking '09e to +$0.80 from +$2.70. WaMu continues to build reserves to improve its balance sheet strength and ease regulatory concerns, though we suspect investors remain skeptical about the value of WaMu balance sheet as housing values fall and losses build. Tangible BV of ~$16 p.s. remains under-pressure, in our view, as additional losses suggests YE'08 of about $14.30 p.s.

## Maintain Sell

The possible downside from problem credits is high and fundamentals are still deteriorating. We forecast GAAP losses through Q1'09 and investors are likely to question the value of WaMu's balance sheet, suggesting the meaningful discount to BV is warranted. Distressed financials typically witness trough multiples below 75% of BV, suggesting further downside risk to WM. Given WM's weak balance sheet and systemic issues in the mortgage market, a take-out seems unlikely in the near-term, despite the value in WM's retail franchise.

### Stock Data

| | |
|---|---|
| Price | US$12.46 |
| Investment Opinion | B-3-8 |
| Volatility Risk | MEDIUM |
| 52-Week Range | US$10.73-45.81 |
| Mrkt Val / Shares Out (mn) | US$10,825 / 868.8 |
| ML Symbol / Exchange | WM / NYS |
| Bloomberg / Reuters | WM US / WM.N |
| ROE (2008E) | -4.0% |
| Total Dbt to Cap (Dec-2007A) | 92.4% |
| Est. 5-Yr EPS / DPS Growth | 10.0% / 8.0% |



~ WaMu – S&P 500 INDEX

### Quarterly Earnings Estimates

| | 2007 | 2008 |
|---|---|---|
| Q1 | 0.85A | -0.29E |
| Q2 | 0.91A | -0.28E |
| Q3 | 0.22A | -0.30E |
| Q4 | -2.19A | -0.23E |

### Estimates (Dec)

| (US$) | 2006A | 2007A | 2008E | 2009E | 2010 |
|---|---|---|---|---|---|
| EPS | 3.64 | (0.09) | (1.10) | 0.80 | NA |
| GAAP EPS | 3.64 | (0.09) | (1.10) | 0.80 | NA |
| EPS Change (YoY) | -2.4% | NM | NM | NM | NA |
| Consensus EPS (First Call: 14-Jan-2008) | | | (0.42) | 1.46 | 1.72 |
| Dividend Rate | 2.06 | 1.80 | 1.80 | 0.60 | NA |

### Valuation (Dec)

| | 2006A | 2007A | 2008E | 2009E | 2010 |
|---|---|---|---|---|---|
| P/E | 3.4x | NM | NM | 15.6x | NA |
| GAAP P/E | 3.4x | NM | NM | 15.6x | NA |
| Dividend Yield | 16.5% | 14.4% | 14.4% | 4.8% | NA |

Merrill Lynch does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Customers of Merrill Lynch in the US can receive independent, third-party research on companies covered in this report, at no cost to them, if such research is available. Customers can access this independent research at http://www.ml.com/independentresearch or can call 1-800-637-7455 to request a copy of this research.
Refer to important disclosures on page 6 to 7. Analyst Certification on page 5.

10689004


# *iQprofile*$^{SM}$ Washington Mutual Inc

## Income Statement Data (Dec)

| (US$ Millions) | 2006A | 2007A | 2008E | 2009E | 2010 |
|---|---|---|---|---|---|
| Net Interest Income | 8,122 | 8,176 | 8,602 | 9,019 | NA |
| % change | 3.0% | 0.7% | 5.2% | 4.8% | NA |
| Net Fee Income | 2,907 | 3,270 | 3,651 | 3,865 | NA |
| Securities Gains / (Losses) | (9) | (318) | 120 | 120 | NA |
| Total Operating Income | 14,523 | 14,219 | 15,668 | 16,789 | NA |
| Operating Expenses | (8,728) | (10,562) | (8,049) | (8,225) | NA |
| % change | 10.9% | 21.0% | -23.8% | 2.2% | NA |
| Provisions Expense | (816) | (3,107) | (8,404) | (6,893) | NA |
| % change | 270.9% | 280.8% | 170.5% | -18.0% | NA |
| Operating Pre-Tax Income | 4,979 | 550 | (784) | 1,671 | NA |
| Operating Net Income to Comm S/Hold. | 3,317 | 128 | (781) | 864 | NA |
| GAAP Net Income | 3,553 | (75) | (953) | 692 | NA |

## Balance Sheet Data (Dec)

| (US$ Millions) | 2006A | 2007A | 2008E | 2009E | 2010 |
|---|---|---|---|---|---|
| Total Assets | 346,288 | 327,913 | 322,678 | 322,758 | NA |
| Average Interest Earning Assets | 309,204 | 283,730 | 289,124 | 290,935 | NA |
| Total Gross Customer Loans | 268,300 | 247,218 | 247,362 | 247,658 | NA |
| % change | 2.6% | -7.9% | 0.1% | 0.1% | NA |
| Total Customer Deposits | 213,956 | 181,926 | 209,741 | 209,793 | NA |
| % change | 10.8% | -15.0% | 15.3% | 0% | NA |
| Tangible Equity | 18,076 | 17,297 | 15,823 | 15,907 | NA |
| Common Shareholders' Equity | 27,126 | 24,584 | 23,110 | 23,194 | NA |

## Key Metrics (Dec)

| (US$ Millions) | 2006A | 2007A | 2008E | 2009E | 2010 |
|---|---|---|---|---|---|
| Net Interest Margin | 2.63% | 2.88% | 2.98% | 3.10% | NA |
| Effective Tax Rate | 33.4% | 70.9% | 40.2% | 29.6% | NA |
| Loan / Deposit Ratio | 125.4% | 135.9% | 117.9% | 118.0% | NA |
| Tangible Common Equity / Assets | 5.2% | 5.3% | 4.9% | 4.9% | NA |
| ROA | 1.0% | 0% | -0.3% | 0.2% | NA |
| ROE | 12.9% | -0.3% | -4.0% | 3.0% | NA |
| RoTE | 19.7% | -0.4% | -6.0% | 4.4% | NA |
| Dividend Payout Ratio | 58.9% | 1,215.1% | NA | 70.4% | NA |
| Efficiency Ratio (Cost / Income Ratio) | 60.1% | 72.7% | 51.8% | 49.3% | NA |

## Quality of Earnings (Dec)

| (US$ Millions) | 2006A | 2007A | 2008E | 2009E | 2010 |
|---|---|---|---|---|---|
| Total Non-Interest Inc / Operating Inc | 44.1% | 42.5% | 45.1% | 46.3% | NA |
| NPLs plus Foreclosed Real Estate / Loans | 0% | 0% | 0% | 0% | NA |
| Loan Loss Reserves / NPLs | -0.61% | -1.04% | -2.28% | -2.69% | NA |
| Loan Loss Reserves / Total Loans | -0.60% | -1.03% | -2.23% | -2.62% | NA |

## Company Description

Washington Mutual Inc. (WM) is the largest US thrift-holding company and third-largest residential mortgage lender. WM is principally focused on mortgage lending/ servicing, and consumer/commercial banking, and operates more than 2600 branches nationally.

## Stock Data

| | |
|---|---|
| Average Daily Volume | 43,541,392 |
| Brokers Covered (FirstCall) | 17 |


**Q4'07 Key takeaways:**

- Shortfall to our estimates driven by losses in trading/AFS portfolio

- Credit continues to deteriorate; WM remains under-reserved

- Capital ratios supported by recent preferred offering; Should help forego "must-sell" scenario

- Buyers to remain reluctant as credit environment continues to erode and asset valuations remain at risk

Chart 1: POAs mostly reset after '09



Source: Company Presentation

# Q4 loss worse than expected; Maintain Sell

WaMu reported a $2.19 p.s. loss in Q4'07, $0.24 p.s. below our $1.95 p.s. loss estimate. WaMu pre-announced credit provisions in December, which accounted for most of the loss, though the downside to our forecast is due to impairments to WM's trading and available-for-sale securities portfolio. The losses included 1) $159M related to retained interest in credit card securitizations 2) $261M write down of securities and 3) $83M of trading losses by WM's broker-dealer.

As expected, Q4 results highlighted further deterioration in the credit environment and WM's relatively weak reserve. Excluding credit card related balances, NCOs and NPAs increased to 1.11% and 3.00% of related loans, while reserves finished at only 0.73%. This equates to a coverage ratio of just 0.24x NPAs. We expect reserve building will create further EPS headwinds in 2008, with a return to profitability unlikely until 2009. Based on recent data, we are beginning to think this credit cycle may have an even a longer tail than we previously thought. The majority of WM's pay-option ARMs are expected to reset after '09 (see Chart 1).

# Maintain Sell; Take-out seems unlikely for now

We continue to rate WM shares Sell. At roughly 0.75x tangible common book value of ~$16 p.s. (TBV excluding preferred equity), WM shares remain over-valued, in our view, given that BV is positioned to erode. Troubled financials historically witness trough valuations of 0.65x – 0.75x TBV, largely due to the uncertainty of BV, suggesting further downside risk to WM shares. Valuations are likely will remain at sizeable discounts to cycle norms, until there is better visibility into the bottom of the housing market and WaMu's ability to navigate the current capital markets disruption.

A take-out does not seem likely in the near-term, in our view, despite heightened speculation. While WM has an attractively positioned retail footprint, the high level of uncertainty regarding asset valuations likely will leave buyers on the sidelines until the market shows signs of stability. Further, WM is not in a must sell position, in our view, as its deposit franchise and recent capital raises appear adequate enough to support WM's operations for the foreseeable future. However, if the operating environment worsens, a sale could become a more obvious choice to remedy the pain inflicted by the sins of the past.

# Credit cards add to the quarter; Losses to rise

WM's credit card segment continues to contribute positively to earnings, though rising credit costs likely will impede growth through 2008. The card segment added $0.11 p.s. to Q4'07 earnings, posting a 2.49% return on average owned assets. Related credit losses finished at 3.57% of average owned balances, down from 3.78% in Q3. Despite the slow down of losses, WM added $161M to the credit card reserves in expectation of higher losses in '08 and suggested its cards segment could witness losses in the range of 8.5% - 9.5%. This is well above industry norms of 6%, suggesting WaMu is bracing for meaningful credit erosion in light of the portfolio's unproven experience through a credit cycle.

# Revising EPS lower

We lowered our '08 EPS estimate to -$1.10 from -$0.12 and our '09 EPS estimate to $0.80 from $2.70. The revisions are a result of increased credit costs, which we now will approximate $15B through 2009 on roughly $11B in losses. We think a substantial reserve will remain in 2010, in anticipation of pay-option arm resets.


**Spread income up 7% (alq) on higher asset base:** Earning assets grew 7% from Q3 while NIM compressed 1 bp on lower asset yields. Expect modest NIM compression in '08 as funding costs subside.

**Provisions up on further credit deterioration:** Provision expense finished at $1.5B in Q4, up from $967M in Q3. NCOs finished at 1.22% of loans, up 51 bps, and NPAs increased 52 bps to 2.17% of assets. Expect higher provisions to continue in '08 as credit metrics continue to worsen.

**Non-interest income down on impairments and lower contribution from credit cards:** Non-int inc fell 4% (ann.) from Q3. $528M of losses on trading and for-sale assets comprised the majority of the miss. Credit cards contributed $589M in the quarter, down from $627M in Q3.

**Non-interest expense up largely on goodwill impairment and 1x restructuring costs:** Core non-int expense was up 10% (ann.) from Q3 due to higher occupancy expense and increased expenses related to foreclosed assets.

**Tangible common book fell to $16.25 p.s.,** down from $16.54 p.s. in Q3: Tier 1 capital, however, improved due to preferred equity issuance, finishing at 6.84% of average total assets and 7.02% of adjusted total assets

Table 1: WM Q4'07 earnings variance table

| | Q4'07 | Variance $ | Variance % | Q4'07-E | New Estimates 2008-E | New Estimates 2009-E |
|---|---|---|---|---|---|---|
| Avg. Earning Assets | $ 287,690 | -0.2% | -0.2% | $ 288,357 | $ 289,124 | $ 290,935 |
| *NIM* | 2.85% | -1.0 bp | | 2.86% | 2.98% | 3.10% |
| Net Interest Income | 2,047 | -0.7% | -0.7% | 2,062 | 8,602 | 9,019 |
| Provision Expense | (1,534) | -6.2% | -6.2% | (1,635) | (8,404) | (6,893) |
| SFR Mortgage Bank Inc. | 358 | 37.5% | 37.5% | 260 | 1,074 | 1,131 |
| Credit Card Services | 589 | 0.5% | 0.5% | 586 | 1,741 | 2,174 |
| Deposit & Banking Fees | 769 | 0.4% | 0.4% | 766 | 3,223 | 3,418 |
| Total Noninterest Income | 1,365 | | | (537) | 7,066 | 7,770 |
| | | | | | | |
| Compensation & Benefits | (877) | -22.4% | 22.4% | (1,130) | (3,210) | (3,200) |
| Occupancy & Equipment | (488) | 29.6% | 29.6% | (377) | (1,327) | (1,319) |
| Total Noninterest Exp. | (4,166) | 75.3% | 75.3% | (2,376) | (8,049) | (8,225) |
| Pretax Income | (2,353) | -7.3% | -7.3% | (2,539) | (956) | 1,499 |
| GAAP Net Income | (1,867) | 9.7% | 9.7% | (1,701) | (641) | 1,004 |
| GAAP EPS | $ (2.19) | 12.5% | 12.5% | $ (1.95) | $ (1.10) | $ 0.80 |
| Key Metrics: | | | | | 0 | 0 |
| ROAE | -36.69% | | | -31.87% | -3.22% | 5.25% |
| ROAA | -2.27% | | | -2.08% | -0.20% | 0.31% |
| Efficiency Ratio | 122.10% | | | 155.84% | 51.37% | 48.99% |
| Tan. Equity / Assets | 6.61% | 1.2 bp | | 6.60% | 0.00% | 0.00% |
| BVPS | $28.49 | -0.2% | -0.2% | $28.54 | $26.78 | $26.88 |
| TBVPS | $15.97 | -7.3% | -7.3% | $17.22 | $14.31 | $14.41 |

Source: Company Reports & Merrill Lynch Research

 **Merrill Lynch**

18 January 2008

## Analyst Certification

I, Kenneth Bruce, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities and issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.

### *iQmethod*℠ Measures Definitions

| Business Performance | Numerator | Denominator |
|---|---|---|
| Return On Capital Employed | NOPAT = (EBIT + Interest Income) * (1 - Tax Rate) + Goodwill Amortization | Total Assets – Current Liabilities + ST Debt + Accumulated Goodwill Amortization |
| Return On Equity | Net Income | Shareholders' Equity |
| Operating Margin | Operating Profit | Sales |
| Earnings Growth | Expected 5-Year CAGR From Latest Actual | N/A |
| Free Cash Flow | Cash Flow From Operations – Total Capex | N/A |

| Quality of Earnings | | |
|---|---|---|
| Cash Realization Ratio | Cash Flow From Operations | Net Income |
| Asset Replacement Ratio | Capex | Depreciation |
| Tax Rate | Tax Charge | Pre-Tax Income |
| Net Debt-To-Equity Ratio | Net Debt = Total Debt, Less Cash & Equivalents | Total Equity |
| Interest Cover | EBIT | Interest Expense |

| Valuation Toolkit | | |
|---|---|---|
| Price / Earnings Ratio | Current Share Price | Diluted Earnings Per Share (Basis As Specified) |
| Price / Book Value | Current Share Price | Shareholders' Equity / Current Basic Shares |
| Dividend Yield | Annualised Declared Cash Dividend | Current Share Price |
| Free Cash Flow Yield | Cash Flow From Operations – Total Capex | Market Cap. = Current Share Price * Current Basic Shares |
| Enterprise Value / Sales | EV = Current Share Price * Current Shares + Minority Equity + Net Debt + Other LT Liabilities | Sales |
| EV / EBITDA | Enterprise Value | Basic EBIT + Depreciation + Amortization |

*iQmethod*℠is the set of Merrill Lynch standard measures that serve to maintain global consistency under three broad headings: Business Performance, Quality of Earnings, and validations. The key features of iQmethod are: A consistently structured, detailed, and transparent methodology. Guidelines to maximize the effectiveness of the comparative valuation process, and to identify some common pitfalls.

*iQdatabase* ® is our real-time global research database that is sourced directly from our equity analysts' earnings models and includes forecasted as well as historical data for income statements, balance sheets, and cash flow statements for companies covered by Merrill Lynch.

*iQprofile*℠, *iQmethod*℠ are service marks of Merrill Lynch & Co., Inc.*iQdatabase* ®is a registered service mark of Merrill Lynch & Co., Inc.

# Important Disclosures

**WM Price Chart**



B : Buy, N : Neutral, S : Sell, PO : Price objective, NA : No longer valid

The Investment Opinion System is contained at the end of the report under the heading "Fundamental Equity Opinion Key". Dark Grey shading indicates the security is restricted with the opinion suspended. Light Grey shading indicates the security is under review with the opinion withdrawn. Chart current as of December 31, 2007 or such later date as indicated.

**Investment Rating Distribution: Financial Services Group (as of 01 Jan 2008)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 123 | 40.33% | Buy | 47 | 39.83% |
| Neutral | 161 | 52.79% | Neutral | 74 | 48.37% |
| Sell | 21 | 6.89% | Sell | 6 | 28.57% |

**Investment Rating Distribution: Global Group (as of 01 Jan 2008)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 1714 | 46.25% | Buy | 445 | 29.10% |
| Neutral | 1653 | 44.60% | Neutral | 454 | 30.55% |
| Sell | 339 | 9.15% | Sell | 67 | 21.82% |

* Companies in respect of which MLPF&S or an affiliate has received compensation for investment banking services within the past 12 months.

FUNDAMENTAL EQUITY OPINION KEY: Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating. VOLATILITY RISK RATINGS, indicators of potential price fluctuation, are: A - Low, B - Medium, and C - High. INVESTMENT RATINGS, indicators of expected total return (price appreciation plus yield) within the 12-month period from the date of the initial rating, are: 1 - Buy (10% or more for Low and Medium Volatility Risk Securities - 20% or more for High Volatility Risk securities); 2 - Neutral (0-10% for Low and Medium Volatility Risk securities - 0-20% for High Volatility Risk securities); 3 - Sell (negative return); and 6 - No Rating. INCOME RATINGS, indicators of potential cash dividends, are: 7 - same/higher (dividend considered to be secure); 8 - same/lower (dividend not considered to be secure); and 9 - pays no cash dividend.

---

MLPF&S or one of its affiliates acts as a market maker for the securities recommended in the report: WaMu.

The company is or was, within the last 12 months, an investment banking client of MLPF&S and/or one or more of its affiliates: WaMu.

MLPF&S or an affiliate has received compensation from the company for non-investment banking services or products within the past 12 months: WaMu.

The company is or was, within the last 12 months, a non-securities business client of MLPF&S and/or one or more of its affiliates: WaMu.

MLPF&S or an affiliate has received compensation for investment banking services from this company within the past 12 months: WaMu.

MLPF&S or an affiliate expects to receive or intends to seek compensation for investment banking services from this company within the next three months: WaMu.

MLPF&S together with its affiliates beneficially owns one percent or more of the common stock of this company. If this report was issued on or after the 10th day of the month, it reflects the ownership position on the last day of the previous month. Reports issued before the 10th day of a month reflect the ownership position at the end of the second month preceding the date of the report: WaMu.

MLPF&S or one of its affiliates is willing to sell to, or buy from, clients the common equity of the company on a principal basis: WaMu.

The company is or was, within the last 12 months, a securities business client (non-investment banking) of MLPF&S and/or one or more of its affiliates: WaMu.

The analyst(s) responsible for covering the securities in this report receive compensation based upon, among other factors, the overall profitability of Merrill Lynch, including profits derived from investment banking revenues.


# Other Important Disclosures

UK readers: MLPF&S or an affiliate is a liquidity provider for the securities discussed in this report.

MLPF&S or one of its affiliates has a significant financial interest in the fixed income instruments of the issuer. If this report was issued on or after the 10th day of a month, it reflects a significant financial interest on the last day of the previous month. Reports issued before the 10th day of a month reflect a significant financial interest at the end of the second month preceding the date of the report: WaMu.

**Information relating to Non-U.S. affiliates of Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S):**

MLPF&S distributes research reports of the following non-US affiliates in the US (short name: legal name): Merrill Lynch (France): Merrill Lynch Capital Markets (France) SAS; Merrill Lynch (Frankfurt): Merrill Lynch International Bank Ltd, Frankfurt Branch; Merrill Lynch (South Africa): Merrill Lynch South Africa (Pty) Ltd; Merrill Lynch (Milan): Merrill Lynch International Bank Limited; MLPF&S (UK): Merrill Lynch, Pierce, Fenner & Smith Limited; Merrill Lynch (Australia): Merrill Lynch Equities (Australia) Limited; Merrill Lynch (Hong Kong): Merrill Lynch (Asia Pacific) Limited; Merrill Lynch (Singapore): Merrill Lynch (Singapore) Pte Ltd; Merrill Lynch (Canada): Merrill Lynch Canada Inc; Merrill Lynch (Mexico): Merrill Lynch Mexico, SA de CV, Casa de Bolsa; Merrill Lynch (Argentina): Merrill Lynch Argentina SA; Merrill Lynch (Japan): Merrill Lynch Japan Securities Co, Ltd; Merrill Lynch (Seoul): Merrill Lynch International Incorporated (Seoul Branch); Merrill Lynch (Taiwan): Merrill Lynch Global (Taiwan) Limited; DSP Merrill Lynch (India): DSP Merrill Lynch Limited; PT Merrill Lynch (Indonesia): PT Merrill Lynch Indonesia; Merrill Lynch (KL) Sdn. Bhd.: Merrill Lynch (Malaysia); Merrill Lynch (Israel): Merrill Lynch Israel Limited; Merrill Lynch (Russia): Merrill Lynch CIS Limited, Moscow; Merrill Lynch (Turkey): Merrill Lynch Yatirim Bankasi A.S.; Merrill Lynch (Dubai): Merrill Lynch International Bank Ltd, Dubai Branch; MLPF&S (Zürich rep. office): MLPF&S Incorporated Zürich representative office.

This research report has been prepared and issued by MLPF&S and/or one or more of its non-U.S. affiliates. MLPF&S is the distributor of this research report in the U.S. and accepts full responsibility for research reports of its non-U.S. affiliates distributed in the U.S. Any U.S. person receiving this research report and wishing to effect any transaction in any security discussed in the report should do so through MLPF&S and not such foreign affiliates.

This research report has been approved for publication in the United Kingdom by Merrill Lynch, Pierce, Fenner & Smith Limited, which is authorized and regulated by the Financial Services Authority; has been considered and distributed in Japan by Merrill Lynch Japan Securities Co, Ltd, a registered securities dealer under the Securities and Exchange Law in Japan; is distributed in Hong Kong by Merrill Lynch (Asia Pacific) Limited, which is regulated by the Hong Kong SFC; is issued and distributed in Taiwan by Merrill Lynch Global (Taiwan) Ltd or Merrill Lynch, Pierce, Fenner & Smith Limited (Taiwan Branch); is issued and distributed in Malaysia by Merrill Lynch (KL) Sdn. Bhd., a licensed investment adviser regulated by the Malaysian Securities Commission; is issued and distributed in India by DSP Merrill Lynch Limited; and is issued and distributed in Singapore by Merrill Lynch International Bank Limited (Merchant Bank) and Merrill Lynch (Singapore) Pte Ltd (Company Registration No.'s F 06872E and 198602883D respectively). Merrill Lynch International Bank Limited (Merchant Bank) and Merrill Lynch (Singapore) Pte Ltd. are regulated by the Monetary Authority of Singapore. Merrill Lynch Equities (Australia) Limited, (ABN 65 006 276 795), AFS License 235132, provides this report in Australia. No approval is required for publication or distribution of this report in Brazil.

Merrill Lynch (Frankfurt) distributes this report in Germany. Merrill Lynch (Frankfurt) is regulated by BaFin.

**Copyright, User Agreement and other general information related to this report:**

Copyright 2008 Merrill Lynch, Pierce, Fenner & Smith Incorporated. All rights reserved. This research report is prepared for the use of Merrill Lynch clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Merrill Lynch. Merrill Lynch research reports are distributed simultaneously to internal and client websites eligible to receive such research prior to any public dissemination by Merrill Lynch of the research report or information or opinion contained therein. Any unauthorized use or disclosure is prohibited. Receipt and review of this research report constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained in this report (including any investment recommendations, estimates or price targets) prior to Merrill Lynch's public disclosure of such information. The information herein (other than disclosure information relating to Merrill Lynch and its affiliates) was obtained from various sources and we do not guarantee its accuracy. Merrill Lynch makes no representations or warranties whatsoever as to the data and information provided in any third party referenced website and shall have no liability or responsibility arising out of or in connection with any such referenced website.

This research report provides general information only. Neither the information nor any opinion expressed constitutes an offer or an invitation to make an offer, to buy or sell any securities or other investment or any options, futures or derivatives related to such securities or investments. It is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person who may receive this report. Investors should seek financial advice regarding the appropriateness of investing in any securities, other investment or investment strategies discussed or recommended in this report and should understand that statements regarding future prospects may not be realized. Investors should note that income from such securities or other investments, if any, may fluctuate and that price or value of such securities and investments may rise or fall. Accordingly, investors may receive back less than originally invested. Past performance is not necessarily a guide to future performance. Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or related investment mentioned in this report. In addition, investors in securities such as ADRs, whose values are influenced by the currency of the underlying security, effectively assume currency risk.

Officers of MLPF&S or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.

Merrill Lynch Research policies relating to conflicts of interest are described at http://www.ml.com/media/43347.pdf.

Fundamental equity reports are produced on a regular basis as necessary to keep the investment recommendation current.

iQmethod, iQmethod 2.0, iQprofile, iQtoolkit, iQworks are service marks of Merrill Lynch & Co., Inc. iQanalytics®, iQcustom®, iQdatabase® are registered service marks of Merrill Lynch & Co., Inc.

# EXHIBIT D

**to the Declaration of Chad Coffman**



18 October 2007
Americas/United States
**Equity Research**
Mortgage Finance / MARKET WEIGHT

# Washington Mutual Inc. (WM)

| Rating | NEUTRAL* |
|---|---|
| Price (17 Oct 07) | 33.07 (US$) |
| Target price (12M) | 35.00 (US$) |
| 52 week high - low | 46.29 - 32.57 |
| Market cap. (US$ m) | 29,534.49 |

\* Stock ratings are relative to the coverage universe in each analyst's or each team's respective sector.

**Research Analysts**

Moshe Orenbuch
212 538 6795
moshe.orenbuch@credit-suisse.com

Kerry Hueston
212 538 6704
kerry.hueston@credit-suisse.com

**EARNINGS**

## NPAs and Provisions Rising

- WaMu reported Q3 EPS of $0.23, $0.04 above our estimate and $0.04 below consensus. A lower tax rate added about $0.12 to headline EPS. The quarter included $300 million of write-downs partially offset by a $222 million write-up of the MSR (about $0.06 per share net). The company announced a $0.56 quarterly dividend, flat with 2Q. However, if the challenging operating environment persists into early 2008, we believe WaMu may have to re-examine its dividend policy.

- We continue to be concerned by the rate of credit deterioration across a number of WaMu's portfolios, which will likely constrain earnings for the remainder of 2007 and into 2008. Nonperforming assets climbed another 35% in the quarter to nearly $5.5 billion. Given that the reserve only grew $330 million coverage of NPLS fell sharply to 41% from 48% in the second quarter. The increase in NPAs was about $500 million more than we had expected, and we would expect that the pace of increase will remain high. WaMu raised its Q4 loss provision guidance by another $300 million to $1.1-1.3 billion, a full year provision nearly 2x their guidance at mid-year.

- Capital levels declined 46 bps to 5.61% as assets grew and earnings didn't cover the dividend. Based upon company guidance we estimate capital is likely to decline about another 20 bps in Q4.

- We are reducing our 2007 and 2008 EPS estimates to reflect higher loss provisions to $2.35 and $3.00. Our estimates already contemplated margin expansion and better mortgage banking profitability in 2008. The company will likely give 2008 guidance at its November 7th analyst day. We remain concerned about the earnings impact of the costs related to higher problem assets and reiterate our Neutral rating.

### Share price performance



Daily Oct 18, 2006 - Oct 17, 2007, 10/18/06 = US$43.71

On 10/17/07 the S&P 500 index closed at 1,541.24.

| Quarterly EPS | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2006A | 0.98 | 0.79 | 0.77 | 1.10 |
| 2007E | 0.86 | 0.92 | 0.23 | 0.34 |
| 2008E | | | | |

### Financial and valuation metrics

| Year | 12/06A | 12/07E | 12/08E |
|---|---|---|---|
| EPS (CS adj., US$) | 3.64 | 2.35 | 3.00 |
| Prev. EPS (US$) | | 2.45 | 3.15 |
| P/E (x) | 9.1 | 14.1 | 11.0 |
| P/E rel. (%) | 54.6 | 87.3 | 75.8 |
| Revenue (US$ m) | 14,500.0 | 14,702.5 | 16,414.2 |
| OCFPS (US$) | — | — | — |
| P/OCF (x) | — | — | — |
| P/BV (x) | 1.2 | 1.2 | 1.2 |
| ROE | 13.1% | 8.7% | 11.6% |

| | | | |
|---|---|---|---|
| Number of shares (m) | 893.09 | Dividend (current, US$) | 2.20 |
| BV/share (12/06A, US$) | 28.21 | Dividend yield | 6.7% |
| P/BV (x) | 1.2 | | — |

Source: Company data, Credit Suisse estimates.

**IMPORTANT DISCLOSURES, ANALYST CERTIFICATIONS AND INFORMATION ON TRADE ALERTS AND ANALYST MODEL PORTFOLIOS ARE IN THE DISCLOSURE APPENDIX.** U.S. Disclosure: Credit Suisse does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Customers of Credit Suisse in the United States can receive independent, third party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.credit-suisse.com/ir or call 1 877 291 2683 or email equity.research@credit-suisse.com to request a copy of this research.



## Exhibit 1: WaMu's Q307 Earnings Highlights
*US$ in millions, unless otherwise stated*

| | Q3:06 | Q2:07 | Q3:07 | Q3:07E | Actual vs. Estimate | % change from prior Year | Quarter |
|---|---|---|---|---|---|---|---|
| **Income Statement** | | | | | | | |
| Net Interest income | 1,947 | 2,034 | 2,014 | 2,026 | -1% | 3% | -1% |
| Non-interest income | 1570 | 1758 | 1,379 | 1,430 | -4% | -12% | -22% |
| Non-interest expense | 2,184 | 2,138 | 2,153 | 2,148 | 0% | -1% | 1% |
| Provision | 166 | 372 | 967 | 975 | -1% | 483% | 160% |
| Net Income | 748 | 830 | 210 | 175 | 20% | -72% | -75% |
| EPS | $  0.77 | $  0.92 | $  0.23 | $  0.19 | 22% | -70% | -75% |
| Book Value Per Share | $ 27.65 | $ 27.27 | $ 27.21 | $ 26.76 | 2% | -2% | 0% |
| **Balance Sheet** | | | | | | | |
| Loan HFS | 23,720 | 19,327 | 7,586 | 11,053 | -31% | -68% | -61% |
| Loans HTM | 241,765 | 214,994 | 237,132 | 238,067 | 0% | -2% | 10% |
| Deposits | 210,882 | 201,380 | 194,280 | 199,096 | -2% | -8% | -4% |
| Equity | 26,458 | 24,210 | 23,965 | 23,681 | 1% | -9% | -1% |
| **Mortgage Banking** | | | | | | | |
| SF Loan Volume | 37,168 | 31,035 | 22,329 | 24,911 | -10% | -40% | -28% |
| Gain on Mtg. Loans | 119 | 192 | (222) | - | NA | -287% | -216% |
| Net Servicing (Exp.) Income | (1) | 108 | 383 | 296 | 30% | -38400% | 255% |
| Total Mortgage Revs. | 118 | 300 | 161 | 296 | -46% | 36% | -46% |
| MSR | 6,288 | 7,231 | 6,794 | 7,396 | -8% | 8% | -6% |
| Servicing Portfolio | 439,208 | 474,867 | 463,436 | 473,732 | -2% | 6% | -2% |
| MSR Cap. Rate | 1.43% | 1.52% | 1.47% | 1.56% | (10) | 3 | (6) |
| | | | | | | Change in bps | |
| **Profitability Ratios** | | | | | | | |
| Earning Asset (%) | 6.51% | 6.79% | 6.84% | 6.80% | 4 | 33 | 5 |
| Cost of Funds (%) | 4.48% | 4.42% | 4.46% | 4.44% | 2 | (2) | 4 |
| NIM (%) | 2.53% | 2.90% | 2.86% | 2.87% | (1) | 33 | (4) |
| Efficiency Ratio (%) | 62.10% | 56.38% | 63.45% | 62.16% | 129 | 136 | 707 |
| ROA (%) | 0.86% | 1.04% | 0.25% | 0.21% | 4 | (60) | (79) |
| ROE (%) | 11.38% | 13.48% | 3.35% | 2.78% | 57 | (802) | (1,012) |
| **Credit Quality** | | | | | | | |
| NPAs (%) | 0.69% | 1.29% | 1.61% | 1.63% | (2) | 93 | 32 |
| NCOs (%) | 0.25% | 0.50% | 0.74% | 1.00% | (25) | 49 | 24 |
| Loss Reserve (%) | 0.64% | 0.73% | 0.80% | 0.83% | (3) | 16 | 7 |

*Source: Company data, Credit Suisse estimates*


**Companies Mentioned** *(Price as of 18 Oct 07)*
Washington Mutual Inc. (WM, $33.07, NEUTRAL, TP $35.00, MARKET WEIGHT)

# Disclosure Appendix

## Important Global Disclosures

I, Moshe Orenbuch, certify that (1) the views expressed in this report accurately reflect my personal views about all of the subject companies and securities and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

*See the Companies Mentioned section for full company names.*

**3-Year Price, Target Price and Rating Change History Chart for WM**



Closing Price ■ Target Price ○ Initiation/Assumption ● Rating

O=Outperform; N=Neutral; U=Underperform; R=Restricted; NR=Not Rated; NC=Not Covered

| WM Date | Closing Price Price (US$) | Target Price Price (US$) | Rating | Initiation/ Assumption |
|---|---|---|---|---|
| 9/21/05 | 40.67 | 44 | NEUTRAL | X |
| 10/20/05 | 37.75 | 43 | | |
| 1/4/06 | 44.9 | 45 | | |
| 10/19/06 | 42.35 | 43 | | |
| 1/4/07 | 45.5 | 50 | | |
| 1/18/07 | 44.26 | 47 | | |
| 4/5/07 | 39.81 | 42 | | |
| 10/3/07 | 35.89 | 38 | | |
| 10/5/07 | 36.07 | 35 | | |

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors including Credit Suisse's total revenues, a portion of which are generated by Credit Suisse's investment banking activities.

## Analysts' stock ratings are defined as follows***:

**Outperform:** The stock's total return is expected to exceed the industry average* by at least 10-15% (or more, depending on perceived risk) over the next 12 months.

**Neutral:** The stock's total return is expected to be in line with the industry average* (range of ±10%) over the next 12 months.

**Underperform**:** The stock's total return is expected to underperform the industry average* by 10-15% or more over the next 12 months.

*The industry average refers to the average total return of the analyst's industry coverage universe (except with respect to Asia/Pacific, Latin America and Emerging Markets, where stock ratings are relative to the relevant country index.

**In an effort to achieve a more balanced distribution of stock ratings, the Firm has requested that analysts maintain at least 15% of their rated coverage universe as Underperform. This guideline is subject to change depending on several factors, including general market conditions.



***For Australian and New Zealand stocks a 7.5% threshold replaces the 10% level in all three rating definitions, with a required equity return overlay applied.*

**Restricted:** In certain circumstances, Credit Suisse policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Credit Suisse's engagement in an investment banking transaction and in certain other circumstances.

**Volatility Indicator [V]:** A stock is defined as volatile if the stock price has moved up or down by 20% or more in a month in at least 8 of the past 24 months or the analyst expects significant volatility going forward.

## Analysts' coverage universe weightings are distinct from analysts' stock ratings and are based on the expected performance of an analyst's coverage universe* versus the relevant broad market benchmark**:

**Overweight:** Industry expected to outperform the relevant broad market benchmark over the next 12 months.
**Market Weight:** Industry expected to perform in-line with the relevant broad market benchmark over the next 12 months.
**Underweight:** Industry expected to underperform the relevant broad market benchmark over the next 12 months.
*An analyst's coverage universe consists of all companies covered by the analyst within the relevant sector.*
**The broad market benchmark is based on the expected return of the local market index (e.g., the S&P 500 in the U.S.) over the next 12 months.*

## Credit Suisse's distribution of stock ratings (and banking clients) is:

| | Global Ratings Distribution | |
|---|---|---|
| Outperform/Buy* | 45% | (57% banking clients) |
| Neutral/Hold* | 41% | (56% banking clients) |
| Underperform/Sell* | 12% | (51% banking clients) |
| Restricted | 2% | |

*For purposes of the NYSE and NASD ratings distribution disclosure requirements, our stock ratings of Outperform, Neutral, and Underperform most closely correspond to Buy, Hold, and Sell, respectively; however, the meanings are not the same, as our stock ratings are determined on a relative basis. (Please refer to definitions above.) An investor's decision to buy or sell a security should be based on investment objectives, current holdings, and other individual factors.*

Credit Suisse's policy is to update research reports as it deems appropriate, based on developments with the subject company, the sector or the market that may have a material impact on the research views or opinions stated herein.

Credit Suisse's policy is only to publish investment research that is impartial, independent, clear, fair and not misleading. For more detail please refer to Credit Suisse's Policies for Managing Conflicts of Interest in connection with Investment Research: http://www.csfb.com/research-and-analytics/disclaimer/managing_conflicts_disclaimer.html

Credit Suisse does not provide any tax advice. Any statement herein regarding any US federal tax is not intended or written to be used, and cannot be used, by any taxpayer for the purposes of avoiding any penalties.

*See the Companies Mentioned section for full company names.*
**Price Target:** (12 months) for (WM)
**Method:** Our price target of $35 represents an absolute P/E ratio of roughly 11.5x our 2008 EPS estimate of $3.00, in line with its historical average.
**Risks:** A rapid rise in short-term interest rates, coupled with an inverted yield curve and rising credit losses would erode the profitability at Washington Mutual, in particular its WaMu Home Loans and Card Services operating units. This would negatively impact the earnings power of Washington Mutual and cause P/E multiple contraction, impeding achievement of our $35 target price.

*See the Companies Mentioned section for full company names.*
The subject company (WM) currently is, or was during the 12-month period preceding the date of distribution of this report, a client of Credit Suisse.
Credit Suisse provided investment banking services to the subject company (WM) within the past 12 months.
Credit Suisse provided non-investment banking services, which may include Sales and Trading services, to the subject company (WM) within the past 12 months.
Credit Suisse has managed or co-managed a public offering of securities for the subject company (WM) within the past 12 months.
Credit Suisse has received investment banking related compensation from the subject company (WM) within the past 12 months.
Credit Suisse expects to receive or intends to seek investment banking related compensation from the subject company (WM) within the next 3 months.
Credit Suisse has received compensation for products and services other than investment banking services from the subject company (WM) within the past 12 months.

## Important Regional Disclosures

The analyst(s) involved in the preparation of this report have not visited the material operations of the subject company (WM) within the past 12 months.

Restrictions on certain Canadian securities are indicated by the following abbreviations: NVS--Non-Voting shares; RVS--Restricted Voting Shares; SVS--Subordinate Voting Shares.
Individuals receiving this report from a Canadian investment dealer that is not affiliated with Credit Suisse should be advised that this report may not contain regulatory disclosures the non-affiliated Canadian investment dealer would be required to make if this were its own report.
For Credit Suisse Securities (Canada), Inc.'s policies and procedures regarding the dissemination of equity research, please visit http://www.csfb.com/legal_terms/canada_research_policy.shtml.

As of the date of this report, Credit Suisse acts as a market maker or liquidity provider in the equities securities that are the subject of this report.

Principal is not guaranteed in the case of equities because equity prices are variable.



Commission is the commission rate or the amount agreed with a customer when selling up an account or at anytime after that.

CS may have issued a Trade Alert regarding this security. Trade Alerts are short term trading opportunities identified by an analyst on the basis of market events and catalysts, while stock ratings reflect an analyst's investment recommendations based on expected total return over a 12-month period relative to the relevant coverage universe. Because Trade Alerts and stock ratings reflect different assumptions and analytical methods, Trade Alerts may differ directionally from the analyst's stock rating.

The author(s) of this report maintains a CS Model Portfolio that he/she regularly adjusts. The security or securities discussed in this report may be a component of the CS Model Portfolio and subject to such adjustments (which, given the composition of the CS Model Portfolio as a whole, may differ from the recommendation in this report, as well as opportunities or strategies identified in Trading Alerts concerning the same security). The CS Model Portfolio and important disclosures about it are available at www.credit-suisse.com/ti.

For Credit Suisse disclosure information on other companies mentioned in this report, please visit the website at www.credit-suisse.com/researchdisclosures or call +1 (877) 291-2683.

Disclaimers continue on next page.



This report is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Credit Suisse, the Swiss bank, or its subsidiaries or its affiliates ("CS") to any registration or licensing requirement within such jurisdiction. All material presented in this report, unless specifically indicated otherwise, is under copyright to CS. None of the material, nor its content, nor any copy of it, may be altered in any way, transmitted to, copied or distributed to any other party, without the prior express written permission of CS. All trademarks, service marks and logos used in this report are trademarks or service marks or registered trademarks or service marks of CS or its affiliates.

The information, tools and material presented in this report are provided to you for information purposes only and are not to be used or considered as an offer or the solicitation of an offer to sell or to buy or subscribe for securities or other financial instruments. CS may not have taken any steps to ensure that the securities referred to in this report are suitable for any particular investor. CS will not treat recipients as its customers by virtue of their receiving the report. The investments or services contained or referred to in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about such investments or investment services. Nothing in this report constitutes investment, legal, accounting or tax advice or a representation that any investment or strategy is suitable or appropriate to your individual circumstances or otherwise constitutes a personal recommendation to you. CS does not offer advice on the tax consequences of investment and you are advised to contact an independent tax adviser. Please note in particular that the bases and levels of taxation may change.

CS believes the information and opinions in the Disclosure Appendix of this report are accurate and complete. Information and opinions presented in the other sections of the report were obtained or derived from sources CS believes are reliable, but CS makes no representations as to their accuracy or completeness. Additional information is available upon request. CS accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that liability arises under specific statutes or regulations applicable to CS. This report is not to be relied upon in substitution for the exercise of independent judgment. CS may have issued, and may in the future issue, a trading call regarding this security. Trading calls are short term trading opportunities based on market events and catalysts, while stock ratings reflect investment recommendations based on expected total return over a 12-month period relative to the relevant coverage universe. Because trading calls and stock ratings reflect different assumptions and analytical methods, trading calls may differ directionally from the stock rating. In addition, CS may have issued, and may in the future issue, other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them and CS is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report. CS is involved in many businesses that relate to companies mentioned in this report. These businesses include specialized trading, risk arbitrage, market making, and other proprietary trading.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgement at its original date of publication by CS and are subject to change without notice. The price, value of and income from any of the securities or financial instruments mentioned in this report can fall as well as rise. The value of securities and financial instruments is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities or financial instruments. Investors in securities such as ADR's, the values of which are influenced by currency volatility, effectively assume this risk.

Structured securities are complex instruments, typically involve a high degree of risk and are intended for sale only to sophisticated investors who are capable of understanding and assuming the risks involved. The market value of any structured security may be affected by changes in economic, financial and political factors (including, but not limited to, spot and forward interest and exchange rates), time to maturity, market conditions and volatility, and the credit quality of any issuer or reference issuer. Any investor interested in purchasing a structured product should conduct their own investigation and analysis of the product and consult with their own professional advisers as to the risks involved in making such a purchase.

Some investments discussed in this report have a high level of volatility. High volatility investments may experience sudden and large falls in their value causing losses when that investment is realised. Those losses may equal your original investment. Indeed, in the case of some investments the potential losses may exceed the amount of initial investment, in such circumstances you may be required to pay more money to support those losses. Income yields from investments may fluctuate and, in consequence, initial capital paid to make the investment may be used as part of that income yield. Some investments may not be readily realisable and it may be difficult to sell or realise those investments, similarly it may prove difficult for you to obtain reliable information about the value, or risks, to which such an investment is exposed.

This report may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the report refers to website material of CS, CS has not reviewed the linked site and takes no responsibility for the content contained therein. Such address or hyperlink (including addresses or hyperlinks to CS's own website material) is provided solely for your convenience and information and the content of the linked site does not in any way form part of this document. Accessing such website or following such link through this report or CS's website shall be at your own risk.

This report is issued and distributed in Europe (except Switzerland) by Credit Suisse Securities (Europe) Limited, One Cabot Square, London E14 4QJ, England, which is regulated in the United Kingdom by The Financial Services Authority ("FSA"). This report is being distributed in Germany by Credit Suisse Securities (Europe) Limited Niederlassung Frankfurt am Main regulated by the Bundesanstalt fuer Finanzdienstleistungsaufsicht ("BaFin"). This report is being distributed in the United States by Credit Suisse Securities (USA) LLC ; in Switzerland by Credit Suisse; in Canada by Credit Suisse Securities (Canada), Inc..; in Brazil by Banco de Investimentos Credit Suisse (Brasil) S.A.; in Japan by Credit Suisse Securities (Japan) Limited, a member of Japan Securities Dealers Association, The Financial Futures Association of Japan; elsewhere in Asia/Pacific by whichever of the following is the appropriately authorised entity in the relevant jurisdiction: Credit Suisse (Hong Kong) Limited, Credit Suisse Equities (Australia) Limited , Credit Suisse Securities (Thailand) Limited, Credit Suisse Securities (Malaysia) Sdn Bhd, Credit Suisse Singapore Branch and elsewhere in the world by the relevant authorised affiliate of the above. Research on Taiwanese securities produced by Credit Suisse Taipei Branch has been prepared by a registered Senior Business Person. Research provided to residents of Malaysia is authorised by the Head of Research for Credit Suisse Securities (Malaysia) Sdn. Bhd., to whom they should direct any queries on +603 2723 2020.

In jurisdictions where CS is not already registered or licensed to trade in securities, transactions will only be effected in accordance with applicable securities legislation, which will vary from jurisdiction to jurisdiction and may require that the trade be made in accordance with applicable exemptions from registration or licensing requirements. Non-U.S. customers wishing to effect a transaction should contact a CS entity in their local jurisdiction unless governing law permits otherwise. U.S. customers wishing to effect a transaction should do so only by contacting a representative at Credit Suisse Securities (USA) LLC in the U.S.

Please note that this report was originally prepared and issued by CS for distribution to their market professional and institutional investor customers. Recipients who are not market professional or institutional investor customers of CS should seek the advice of their independent financial advisor prior to taking any investment decision based on this report or for any necessary explanation of its contents. This research may relate to investments or services of a person outside of the UK or to other matters which are not regulated by the FSA or in respect of which the protections of the FSA for private customers and/or the UK compensation scheme may not be available, and further details as to where this may be the case are available upon request in respect of this report.

Any Nielsen Media Research material contained in this report represents Nielsen Media Research's estimates and does not represent facts. NMR has neither reviewed nor approved this report and/or any of the statements made herein.

Copyright 2007 CREDIT SUISSE and/or its affiliates. All rights reserved.

**CREDIT SUISSE SECURITIES (USA) LLC**
United States of America: +1 (212) 325-2000

# EXHIBIT E

**to the Declaration of Chad Coffman**

# Washington Mutual Inc

Rating Change **SELL**

Equity | United States | Savings & Loans/Thrifts
18 October 2007

# Credit to worsen; Downgrade to Sell



## Merrill Lynch

Kenneth Bruce          +1 415 676 3545
Research Analyst
MLPF&S
kenneth_bruce@ml.com

Randy M. Sternke, CFA   +1 415 676 3555
Research Analyst
MLPF&S
randy_sternke@ml.com

## Downgrade to Sell on continued credit weakness

Downgrade to Sell, as credit appears far worse than we anticipated, undermining WM's fundamentals and likely further weighing on valuation. Given material credit issues, which continue to erode, there is likely little support from a take-out, as we think few strategic buyers will be interested in stepping into a weak balance sheet. Strategic interest in WM's attractive deposit footprint and a decent yield had been the center-piece of our Neutral. Both appear at risk.

## Noisy Q3'07 finishes well-short of expectations

WM reported Q3'07 EPS of $0.23, largely in-line with its pre-announced short-fall, due to higher credit cost and 1x charges, though a $0.07 tax benefit suggests adj. EPS of $0.16. Most surprising was the outlook for higher credit costs in Q4'07, $1.2B, due to the rapidly deteriorating performance of its loan portfolio. Given the serial changes to guidance, investors are justified in assuming credit matters may be far worse than WM anticipates. Given the pace of non-performing asset growth, higher charge-offs and reserve building could persist for another year, or more. We think the results and unfavorable outlook will further embolden short-sellers and shake already nervous longs out of the stock.

## Valuation seems unattractive

WM still valued at 1.2x GAAP BV of $28 p.s. and 1.8x tangible book value of ~$18 p.s., well above other heavily mortgage exposed stocks. WM could witness 1x BV and 1.5x tangible, in our view, as a take-out premium is unwarranted and the dividend seems in jeopardy. Our revised '08 forecast suggests WM will barely earn its dividend, suggesting capital constraints are likely. On a valuation basis, this could prove to be a new trough, as WM has historically remained above BV. That said, WM strategy to grab higher-yields by bulking up on credit-risk looks to have positioned it poorly to weather a likely history-making downturn in housing. Timing is everything. We are late, but WM still has to work through the long-tail of credit, so downside remains, in our view.

### Stock Data

| | |
|---|---|
| Price | US$33.07 |
| Investment Opinion | B-2-7 to B-3-8 |
| Volatility Risk | MEDIUM |
| 52-Week Range | US$31.27-46.38 |
| Mrkt Val / Shares Out (mn) | US$28,731 / 868.8 |
| ML Symbol / Exchange | WM / NYS |
| Bloomberg / Reuters | WM US / WM.N |
| ROE (2007E) | 8.7% |
| Total Dbt to Cap (Sep-2007A) | 92.4% |
| Est. 5-Yr EPS / DPS Growth | 10.0% / 8.0% |

### Quarterly Earnings Estimates

| | 2006 | 2007 |
|---|---|---|
| Q1 | 0.98A | 0.86A |
| Q2 | 0.79A | 0.92A |
| Q3 | 0.77A | 0.23A |
| Q4 | 1.11A | 0.35E |

### Estimates (Dec)

| (US$) | 2005A | 2006A | 2007E | 2008E | 2009E |
|---|---|---|---|---|---|
| EPS | 3.73 | 3.64 | 2.40 | 2.60 | 3.65 |
| GAAP EPS | 3.73 | 3.64 | 2.40 | 2.60 | 3.65 |
| EPS Change (YoY) | 14.8% | -2.4% | -34.1% | 8.3% | 40.4% |
| Consensus EPS (First Call: 15-oct-2007) | | | 2.75 | 3.50 | 4.40 |
| Dividend Rate | 1.90 | 2.06 | 2.22 | 2.28 | 2.38 |

### Valuation (Dec)

| | 2005A | 2006A | 2007E | 2008E | 2009E |
|---|---|---|---|---|---|
| P/E | 8.9x | 9.1x | 13.8x | 12.7x | 9.1x |
| GAAP P/E | 8.9x | 9.1x | 13.8x | 12.7x | 9.1x |
| Dividend Yield | 5.7% | 6.2% | 6.7% | 6.9% | 7.2% |

Merrill Lynch does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Customers of Merrill Lynch in the US can receive independent, third-party research on companies covered in this report, at no cost to them, if such research is available. Customers can access this independent research at http://www.ml.com/independentresearch or can call 1-800-637-7455 to request a copy of this research.
Refer to important disclosures on page 6 to 7. Analyst Certification on page 5.

10662003



# *iQprofile*<sup>SM</sup> **Washington Mutual Inc**

## Income Statement Data (Dec)

| (US$ Millions) | 2005A | 2006A | 2007E | 2008E | 2009E |
|---|---|---|---|---|---|
| Net Interest Income | 7,886 | 8,122 | 8,207 | 8,824 | 8,965 |
| % change | 10.8% | 3.0% | 1.0% | 7.5% | 1.6% |
| Net Fee Income | 3,200 | 2,907 | 3,284 | 3,662 | 3,877 |
| Securities Gains / (Losses) | (82) | (9) | (57) | 120 | 120 |
| Total Operating Income | 13,527 | 14,523 | 14,782 | 16,279 | 17,044 |
| Operating Expenses | (7,870) | (8,728) | (8,542) | (8,803) | (9,320) |
| % change | 4.4% | 10.9% | -2.1% | 3.1% | 5.9% |
| Provisions Expense | (220) | (816) | (2,900) | (3,812) | (2,654) |
| % change | 5.3% | 270.9% | 255.4% | 31.4% | -30.4% |
| Operating Pre-Tax Income | 5,437 | 4,979 | 3,340 | 3,665 | 5,070 |
| Operating Net Income to Comm S/Hold. | 3,431 | 3,317 | 2,313 | 2,512 | 3,454 |
| GAAP Net Income | 3,431 | 3,553 | 2,132 | 2,340 | 3,282 |

## Balance Sheet Data (Dec)

| (US$ Millions) | 2005A | 2006A | 2007E | 2008E | 2009E |
|---|---|---|---|---|---|
| Total Assets | 343,119 | 346,288 | 330,858 | 331,191 | 332,035 |
| Average Interest Earning Assets | 294,764 | 309,204 | 285,257 | 297,841 | 298,822 |
| Total Gross Customer Loans | 261,519 | 268,300 | 258,252 | 258,464 | 259,124 |
| % change | 5.2% | 2.6% | -3.7% | 0.1% | 0.3% |
| Total Customer Deposits | 193,167 | 213,956 | 215,058 | 215,274 | 215,823 |
| % change | 11.2% | 10.8% | 0.5% | 0.1% | 0.3% |
| Tangible Equity | 18,981 | 18,076 | 14,722 | 15,081 | 16,295 |
| Common Shareholders' Equity | 27,279 | 27,126 | 23,784 | 24,143 | 25,357 |

## Key Metrics (Dec)

| (US$ Millions) | 2005A | 2006A | 2007E | 2008E | 2009E |
|---|---|---|---|---|---|
| Net Interest Margin | 2.68% | 2.63% | 2.88% | 2.96% | 3.00% |
| Effective Tax Rate | 36.9% | 33.4% | 30.8% | 31.5% | 31.9% |
| Loan / Deposit Ratio | 135.4% | 125.4% | 120.1% | 120.1% | 120.1% |
| Tangible Common Equity / Assets | 5.5% | 5.2% | 4.4% | 4.6% | 4.9% |
| ROA | 1.1% | 1.0% | 0.7% | 0.7% | 1.0% |
| ROE | 14.6% | 12.9% | 8.7% | 9.8% | 13.3% |
| RoTE | 18.1% | 19.7% | 14.5% | 15.5% | 20.1% |
| Dividend Payout Ratio | 49.5% | 58.9% | 83.0% | 78.9% | 59.9% |
| Efficiency Ratio (Cost / Income Ratio) | 57.8% | 60.1% | 57.6% | 54.5% | 55.1% |

## Quality of Earnings (Dec)

| (US$ Millions) | 2005A | 2006A | 2007E | 2008E | 2009E |
|---|---|---|---|---|---|
| Total Non-Interest Inc / Operating Inc | 41.7% | 44.1% | 44.5% | 45.8% | 47.4% |
| NPLs plus Foreclosed Real Estate / Loans | 0% | 0% | 0% | 0% | 0% |
| Loan Loss Reserves / NPLs | -0.65% | -0.61% | -0.99% | -1.20% | -1.38% |
| Loan Loss Reserves / Total Loans | -0.64% | -0.60% | -0.98% | -1.18% | -1.36% |

## Company Description

Washington Mutual Inc. (WM) is the largest US thrift-holding company and third-largest residential mortgage lender. WM is principally focused on mortgage lending/ servicing, and consumer/commercial banking, and operates more than 2600 branches nationally.

### Table 1: Provision guidance increased...Again

| | 2007-Old | 2007-New | ML 2007-E |
|---|---|---|---|
| Avg. Assets | 5-7% ⇩ | | -7.94% |
| NIM | 2.85-2.95% | | 2.85% |
| Provisions | $1.5-1.7B | $2.7-2.9B | $2.9B |
| Dep Fees | 12-14% ⇧ | | 12.66% |
| Non-int Inc | $6.9-7.1B | $6.4-6.5B | $6.6B |
| Non-int Exp | $8.4-8.5B | | $8.5B |

Source: Company Reports & Merrill Lynch Research

### Chart 1: Breakdown of investment portfolio



- ■ Home Loans
- ▨ Subprime
- ▨ HELOC
- ■ Construction
- ■ Multi-Family
- ▨ Credit Card
- ▨ Other

\* Subprime category includes both home loans and HELOCs.

Source: Company Reports & Merrill Lynch Estimates

### Stock Data

| | |
|---|---|
| Average Daily Volume | 9,345,381 |
| Brokers Covered (FirstCall) | 18 |


**Q3'07 Key takeaways:**

- Pace of credit deterioration accelerating

- Credit outlook clouds earnings visibility

- Capital looks suspiciously low

- Poor quality balance sheet likely to keep suitors at bay

**Earnings assets up 5% sequentially (ann.) due to $17B transfer and lower loans originated for sale:** Loans originated for sale fell to $14B (64% of production) from $29B (95% of production) in Q2. Available for sale balances also fell to $7.5B from $19.3B). Loans held for investment (ex Credit Card) increased $23B, largely due to pre-announced $17B transfer from AFS. Expect continued portfolioing of loans to drive growth until secondary mortgage market reopens. Average assets likely to finish below guidance range of down 5-7%.

**NIM compression due to higher cost borrowings:** NIM fell to 2.86% from 2.90% in Q2 despite average asset yields increasing 5 bps. Contraction due to larger dependence on high cost FHLB advances, offsetting a decline in lower cost deposits. Further, higher spread between 3m LIBOR and Fed funds makes borrowings relatively expensive. Expect NIM to finish '07 at the low end of 2.85-2.95% guidance.

**Reserves appear inadequate at 0.80% loans and 0.35% NPAs:** Stripping out estimated credit card related balances, reserves finish at 0.63% of loans and only 0.27x NPAs. We expect provision expense to continue to climb, possibly over WM's revised '07 guidance, and likely will continue be a sizable headwind to earnings growth in 2008.

**GOS margin fell to -22 bps:** likely due the continued disruption in the non-conforming secondary mortgage market along with higher competition in the conforming market. Expect GOS income to remain low as WM retains the majority of its production.

**Operating expenses are low, but foreclosure expenses are increasing:** Higher foreclosures will not only increase credit costs but will add to non-interest expenses.

**De novo branch growth slows to a trickle:** WM added 10 branches while closing 33 in Q3, bring the YTD grand total up to 13 (27 new, 40 closed). WM expects to open 50 in Q4, short of stated '07 target of 100-125.

**No more repurchases.** Capital being retained to protect what is now a liquidating dividend.

# Q3 highlights credit risk; Downgrading to Sell

WaMu reported Q3'07 EPS of $0.23, including a $0.07 tax benefit. Excluding the benefit, Q3 finished $0.04 below our estimate. More importantly, Q3 results highlighted the deteriorating credit environment and WM's relatively weak loss allowance. Excluding credit card related balances, NCOs and NPAs increased to 0.55% and 2.39% of related loans while reserves finished at only 0.63%. This equates to a coverage ratio of just 0.27x NPAs (see Table 2 for trends).

Table 2: Credit trends worsen

|  | Adjusted Q3'07 | Q3'07 | Q2'07 | Q1'07 | Q4'06 | Q3'06 |
|---|---|---|---|---|---|---|
| NCO / Loans | 0.60% | 0.55% | 0.35% | 0.20% | 0.16% | 0.12% |
| NPA / Loans | 2.35% | 2.39% | 1.96% | 1.57% | 1.30% | 1.03% |
| Reserves / Loans | 0.69% | 0.63% | 0.52% | 0.51% | 0.51% | 0.48% |
| Reserves / NPAs | 0.29 x | 0.27 x | 0.26 x | 0.33 x | 0.39 x | 0.46 x |

Excludes credit card related balances, NCOs and reserves (estimated at 5% of balances). Adjusted Q3'07 excludes $500M of restructured loans and $17B of recently transferred loans.
Source: Company Reports & Merrill Lynch Reseach

We are downgrading WM shares to sell in expectation that credit costs will continue to rise. The rapid turn in the U.S. housing market has pressured borrowers and, in our view, will lead WM to realize higher than expected losses. Visibility into the cycle trough is poor, as is illustrated by WM's serial changes to its provision guidance. However, WM's reserve will likely prove inadequate, in our view. This likely will impede EPS growth in '08 and threaten WM's dividend policy. We now estimate 2008 DPS to be 2.28, $0.10 below the $2.38 implied by WaMu's current policy. However, there is some risk to our dividend assumption, in our view, as tangible capital equity runs relatively low.

We expect WM shares to trade at book value, or at a slight discount, reflecting downside risk of 10 – 20%. The usual fly-in-the-ointment is a possible take-out, which we have assigned a $50 - $55 value. However, we do not think a buyout is likely, given the continued lack of visibility into a worsening credit/housing market.

Table 3: Q3'07 actual vs. estimate: Lower tax rate added $0.07 p.s. vs. our estimate

| ($ in Millions) | Actuals 3Q:07A | % Change Y/Y | % Change Q/Q | ML Ests 3Q:07E | Variation Dollar | Variation % | Comparables 3Q:06A | Comparables 2Q:07A |
|---|---|---|---|---|---|---|---|---|
| **Income Statement:** | | | | | | | | |
| Net interest income | $2,014 | 3% | -1% | $2,046 | -$32 | -2% | $1,947 | $2,034 |
| Provisions | 967 | 483% | 160% | 975 | -8 | -1% | 166 | 372 |
| SFR Mort. Bank | 161 | 36% | -46% | 127 | 34 | 27% | 118 | 300 |
| Total Non-interest income | 1,379 | -12% | -22% | 1,361 | 18 | 1% | 1,570 | 1,758 |
| Total Non-interest Expense | 2,191 | -0% | -4% | 2,191 | 0 | 0% | 2,184 | 2,278 |
| Net income | 210 | -72% | -75% | 183 | 27 | 15% | 748 | 830 |
| Diluted EPS | $0.23 | NA | -75% | $0.20 | $ 0.03 | 13% | $0.76 | $0.92 |
| **Operational Data:** | | | | | | | | |
| Avg. Earning Assets (bil) | $283.3 | -9% | -1% | $277.4 | $6 | 2% | $312.8 | $279.8 |
| WM Home Loan Orig. (bil) | 22.3 | -40% | -28% | 30.0 | -8 | -26% | 37.2 | 31.0 |
| Net Interest Margin | 2.86% | 15% | -1% | 2.95% | -9 bp | -3% | 2.49% | 2.90% |
| Estimated GOS (net of hedging) | -0.22% | -666% | -434% | 0.40% | -259 bp | -647% | 0.39% | 0.65% |
| Tang. Equity / Tang. Assets | 5.44% | -5% | -9% | 5.74% | -30 bp | -5% | 5.75% | 6.01% |
| ROAA | 0.26% | -69% | -75% | 0.23% | 3 bp | 12% | 0.84% | 1.06% |
| ROAE | 3.93% | -68% | -74% | 3.43% | 50 bp | 15% | 12.15% | 15.40% |
| NCO (ann.) / Avg. loans HFI | 0.71% | 204% | 55% | 0.71% | -1 bp | -1% | 0.23% | 0.46% |
| Efficiency Ratio | 63.45% | 7% | 1% | 62.01% | 145 bp | 2% | 62.10% | 56.38% |

Source: Company Reports & Merrill Lynch Estimates



### Credit cost rising; Reserve appears inadequate

Credit metrics continue to worsen against WM's weak $1.9B reserve. NCOs and NPAs finished Q3 at 0.71% and 2.30% of loans, respectively, versus only 0.86% of reserves. We expect NPAs and NCOs to continue to growth in 2008, making WM's fight to strengthen its reserve an uphill battle. Two areas of particular concern are WM's HELOC and subprime portfolios of $3.2B and $20B, respectively. Currently these portfolios contain $2.9B of combined NPAs.

### Revising estimates on higher credit costs

We have lowered our '07 estimate to $2.40 from $2.80, reflecting Q3 actuals and WM's increased '07 provision guidance. Our '08 estimate has been lowered to $2.60 from $3.45. The revision largely reflects $3.8B of provision expenses vs. our prior expectation of $2.0B. We expect WM to pay $2.28 p.s. of dividends in '08, $0.10 below WaMu's current run rate of +$0.01 per quarter.


# Analyst Certification

I, Kenneth Bruce, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities and issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.

*iQmethod℠* Measures Definitions

| Business Performance | Numerator | Denominator |
|---|---|---|
| Return On Capital Employed | NOPAT = (EBIT + Interest Income) * (1 - Tax Rate) + Goodwill Amortization | Total Assets – Current Liabilities + ST Debt + Accumulated Goodwill Amortization |
| Return On Equity | Net Income | Shareholders' Equity |
| Operating Margin | Operating Profit | Sales |
| Earnings Growth | Expected 5-Year CAGR From Latest Actual | N/A |
| Free Cash Flow | Cash Flow From Operations – Total Capex | N/A |
| **Quality of Earnings** | | |
| Cash Realization Ratio | Cash Flow From Operations | Net Income |
| Asset Replacement Ratio | Capex | Depreciation |
| Tax Rate | Tax Charge | Pre-Tax Income |
| Net Debt-To-Equity Ratio | Net Debt = Total Debt, Less Cash & Equivalents | Total Equity |
| Interest Cover | EBIT | Interest Expense |
| **Valuation Toolkit** | | |
| Price / Earnings Ratio | Current Share Price | Diluted Earnings Per Share (Basis As Specified) |
| Price / Book Value | Current Share Price | Shareholders' Equity / Current Basic Shares |
| Dividend Yield | Annualised Declared Cash Dividend | Current Share Price |
| Free Cash Flow Yield | Cash Flow From Operations – Total Capex | Market Cap. = Current Share Price * Current Basic Shares |
| Enterprise Value / Sales | EV = Current Share Price * Current Shares + Minority Equity + Net Debt + Other LT Liabilities | Sales |
| EV / EBITDA | Enterprise Value | Basic EBIT + Depreciation + Amortization |

*iQmethod℠* is the set of Merrill Lynch standard measures that serve to maintain global consistency under three broad headings: Business Performance, Quality of Earnings, and validations. The key features of iQmethod are: A consistently structured, detailed, and transparent methodology. Guidelines to maximize the effectiveness of the comparative valuation process, and to identify some common pitfalls.

*iQdatabase℠* is our real-time global research database that is sourced directly from our equity analysts' earnings models and includes forecasted as well as historical data for income statements, balance sheets, and cash flow statements for companies covered by Merrill Lynch.

*iQprofile℠*, *iQmethod℠* are service marks of Merrill Lynch & Co., Inc. *iQdatabase℠* is a registered service mark of Merrill Lynch & Co., Inc.

# Important Disclosures

**WM Price Chart**



B : Buy, N : Neutral, S : Sell, PO : Price objective, NA : No longer valid

The Investment Opinion System is contained at the end of the report under the heading "Fundamental Equity Opinion Key". Dark Grey shading indicates the security is restricted with the opinion suspended. Light Grey shading indicates the security is under review with the opinion withdrawn. Chart current as of September 30, 2007 or such later date as indicated.

**Investment Rating Distribution: Financial Services Group (as of 01 Oct 2007)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 108 | 38.85% | Buy | 45 | 44.55% |
| Neutral | 156 | 56.12% | Neutral | 67 | 45.27% |
| Sell | 14 | 5.04% | Sell | 4 | 28.57% |

**Investment Rating Distribution: Global Group (as of 01 Oct 2007)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 1701 | 47.03% | Buy | 437 | 29.15% |
| Neutral | 1611 | 44.54% | Neutral | 425 | 29.11% |
| Sell | 305 | 8.43% | Sell | 58 | 21.09% |

* Companies in respect of which MLPF&S or an affiliate has received compensation for investment banking services within the past 12 months.

FUNDAMENTAL EQUITY OPINION KEY: Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating. VOLATILITY RISK RATINGS, indicators of potential price fluctuation, are: A - Low, B - Medium, and C - High. INVESTMENT RATINGS, indicators of expected total return (price appreciation plus yield) within the 12-month period from the date of the initial rating, are: 1 - Buy (10% or more for Low and Medium Volatility Risk Securities - 20% or more for High Volatility Risk securities); 2 - Neutral (0-10% for Low and Medium Volatility Risk securities - 0-20% for High Volatility Risk securities); 3 - Sell (negative return); and 6 - No Rating. INCOME RATINGS, indicators of potential cash dividends, are: 7 - same/higher (dividend considered to be secure); 8 - same/lower (dividend not considered to be secure); and 9 - pays no cash dividend.

---

MLPF&S or one of its affiliates acts as a market maker for the securities recommended in the report: WaMu.

The company is or was, within the last 12 months, an investment banking client of MLPF&S and/or one or more of its affiliates: WaMu.

MLPF&S or an affiliate has received compensation from the company for non-investment banking services or products within the past 12 months: WaMu.

The company is or was, within the last 12 months, a non-securities business client of MLPF&S and/or one or more of its affiliates: WaMu.

MLPF&S or an affiliate has received compensation for investment banking services from this company within the past 12 months: WaMu.

MLPF&S or an affiliate expects to receive or intends to seek compensation for investment banking services from this company within the next three months: WaMu.

MLPF&S together with its affiliates beneficially owns one percent or more of the common stock of this company. If this report was issued on or after the 10th day of the month, it reflects the ownership position on the last day of the previous month. Reports issued before the 10th day of a month reflect the ownership position at the end of the second month preceding the date of the report: WaMu.

MLPF&S or one of its affiliates is willing to sell to, or buy from, clients the common equity of the company on a principal basis: WaMu.

The company is or was, within the last 12 months, a securities business client (non-investment banking) of MLPF&S and/or one or more of its affiliates: WaMu.

The analyst(s) responsible for covering the securities in this report receive compensation based upon, among other factors, the overall profitability of Merrill Lynch, including profits derived from investment banking revenues.


## Other Important Disclosures

UK readers: MLPF&S or an affiliate is a liquidity provider for the securities discussed in this report.

MLPF&S or one of its affiliates has a significant financial interest in the fixed income instruments of the issuer. If this report was issued on or after the 10th day of a month, it reflects a significant financial interest on the last day of the previous month. Reports issued before the 10th day of a month reflect a significant financial interest at the end of the second month preceding the date of the report: WaMu.

---

**Information relating to Non-U.S. affiliates of Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S):**

MLPF&S distributes research reports of the following non-US affiliates in the US (short name: legal name): Merrill Lynch (France): Merrill Lynch Capital Markets (France) SAS; Merrill Lynch (Frankfurt): Merrill Lynch International Bank Ltd, Frankfurt Branch; Merrill Lynch (South Africa): Merrill Lynch South Africa (Pty) Ltd; Merrill Lynch (Milan): Merrill Lynch International Bank Limited; MLPF&S (UK): Merrill Lynch, Pierce, Fenner & Smith Limited; Merrill Lynch (Australia): Merrill Lynch Equities (Australia) Limited; Merrill Lynch (Hong Kong): Merrill Lynch (Asia Pacific) Limited; Merrill Lynch (Singapore): Merrill Lynch (Singapore) Pte Ltd; Merrill Lynch (Canada): Merrill Lynch Canada Inc; Merrill Lynch (Mexico): Merrill Lynch Mexico, SA de CV, Casa de Bolsa; Merrill Lynch (Argentina): Merrill Lynch Argentina SA; Merrill Lynch (Japan): Merrill Lynch Japan Securities Co, Ltd; Merrill Lynch (Seoul): Merrill Lynch International Incorporated (Seoul Branch); Merrill Lynch (Taiwan): Merrill Lynch Global (Taiwan) Limited; DSP Merrill Lynch (India): DSP Merrill Lynch Limited; PT Merrill Lynch (Indonesia): PT Merrill Lynch Indonesia; Merrill Lynch (KL) Sdn. Bhd.: Merrill Lynch (Malaysia); Merrill Lynch (Israel): Merrill Lynch Israel Limited; Merrill Lynch (Russia): Merrill Lynch CIS Limited, Moscow; Merrill Lynch (Turkey): Merrill Lynch Yatirim Bankasi A.S.; Merrill Lynch (Dubai): Merrill Lynch International Bank Ltd, Dubai Branch.

This research report has been prepared and issued by MLPF&S and/or one or more of its non-U.S. affiliates. MLPF&S is the distributor of this research report in the U.S. and accepts full responsibility for research reports of its non-U.S. affiliates distributed in the U.S. Any U.S. person receiving this research report and wishing to effect any transaction in any security discussed in the report should do so through MLPF&S and not such foreign affiliates.

This research report has been approved for publication in the United Kingdom by Merrill Lynch, Pierce, Fenner & Smith Limited, which is authorized and regulated by the Financial Services Authority; has been considered and distributed in Japan by Merrill Lynch Japan Securities Co, Ltd, a registered securities dealer under the Securities and Exchange Law in Japan; is distributed in Hong Kong by Merrill Lynch (Asia Pacific) Limited, which is regulated by the Hong Kong SFC; is issued and distributed in Taiwan by Merrill Lynch Global (Taiwan) Ltd or Merrill Lynch, Pierce, Fenner & Smith Limited (Taiwan Branch); is issued and distributed in Malaysia by Merrill Lynch (KL) Sdn. Bhd., a licensed investment adviser regulated by the Malaysian Securities Commission; is issued and distributed in India by DSP Merrill Lynch Limited; and is issued and distributed in Singapore by Merrill Lynch International Bank Limited (Merchant Bank) and Merrill Lynch (Singapore) Pte Ltd (Company Registration No.'s F 06872E and 198602883D respectively). Merrill Lynch International Bank Limited (Merchant Bank) and Merrill Lynch (Singapore) Pte Ltd. are regulated by the Monetary Authority of Singapore. Merrill Lynch Equities (Australia) Limited, (ABN 65 006 276 795), AFS License 235132, provides this report in Australia. No approval is required for publication or distribution of this report in Brazil.

Merrill Lynch (Frankfurt) distributes this report in Germany. Merrill Lynch (Frankfurt) is regulated by BaFin.

**Copyright, User Agreement and other general information related to this report:**

Copyright 2007 Merrill Lynch, Pierce, Fenner & Smith Incorporated. All rights reserved. This research report is prepared for the use of Merrill Lynch clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Merrill Lynch. Merrill Lynch research reports are distributed simultaneously to internal and client websites eligible to receive such research prior to any public dissemination by Merrill Lynch of the research report or information or opinion contained therein. Any unauthorized use or disclosure is prohibited. Receipt and review of this research report constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained in this report (including any investment recommendations, estimates or price targets) prior to Merrill Lynch's public disclosure of such information. The information herein (other than disclosure information relating to Merrill Lynch and its affiliates) was obtained from various sources and we do not guarantee its accuracy. Merrill Lynch makes no representations or warranties whatsoever as to the data and information provided in any third party referenced website and shall have no liability or responsibility arising out of or in connection with any such referenced website.

This research report provides general information only. Neither the information nor any opinion expressed constitutes an offer or an invitation to make an offer, to buy or sell any securities or other investment or any options, futures or derivatives related to such securities or investments. It is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person who may receive this report. Investors should seek financial advice regarding the appropriateness of investing in any securities, other investment or investment strategies discussed or recommended in this report and should understand that statements regarding future prospects may not be realized. Investors should note that income from such securities or other investments, if any, may fluctuate and that price or value of such securities and investments may rise or fall. Accordingly, investors may receive back less than originally invested. Past performance is not necessarily a guide to future performance. Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or related investment mentioned in this report. In addition, investors in securities such as ADRs, whose values are influenced by the currency of the underlying security, effectively assume currency risk.

Officers of MLPF&S or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.

**Merrill Lynch Research policies relating to conflicts of interest are described at http://www.ml.com/media/43347.pdf.**

Fundamental equity reports are produced on a regular basis as necessary to keep the investment recommendation current.

iQmethod, iQmethod 2.0, iQprofile, iQtoolkit, iQworks are service marks of Merrill Lynch & Co., Inc. iQanalytics®, iQcustom®, iQdatabase® are registered service marks of Merrill Lynch & Co., Inc.