UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WASHINGTON MUTUAL, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-12229 (MFW)<br>(Jointly Administered) |

**DECLARATION OF NANCY L. MANZER IN SUPPORT OF THE BANK
BONDHOLDERS' PRELIMINARY RESPONSE TO THE LEGAL ISSUES
SET FORTH IN DEBTORS' TWENTIETH (20TH)
OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS**

Nancy L. Manzer, hereby declares under penalty of perjury as follows:

1. I am a member in good standing of the Bar of the District of Columbia, the Bar of the State of New York, and the Bar of the Commonwealth of Virginia. I am Special Counsel with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, attorneys for the Bank Bondholders identified in the Bank Bondholders' Preliminary Response to the Legal Issues Set Forth in Debtors' Twentieth (20th) Omnibus (Substantive) Objection to Claims (the "Response"). I submit this declaration in support of that Response.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email from Brian S. Rosen, dated Feb. 12, 2010.

3. Attached hereto as Exhibit 2 is a true and correct copy of an email from Philip Anker, dated Feb. 12, 2010.

1

4. Attached hereto as Exhibit 3 is a true and correct copy of the relevant transcript excerpts from the January 28, 2010 Hearing, in *In re Washington Mutual, Inc.*, Case No. 08-12229 (Bankr. D. Del.).

5. Attached hereto as Exhibit 4 is a true and correct copy of the Purchase and Assumption Agreement Among Federal Deposit Insurance Corporation, Receiver of Washington Mutual Bank, Henderson, Nevada, Federal Deposition Insurance Corporation, and JPMorgan Chase Bank, National Association, dated September 25, 2008.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of John J. Clarke, Jr., dated June 15, 2009, filed in the civil case captioned *Washington Mutual, Inc. v. FDIC*, Case No. 09-00533 (D. D.C.).

7. Attached hereto as Exhibit 6 is a true and correct copy of Proof of Claim No. 3710, dated June 2, 2009.

8. Attached hereto as Exhibit 7 is a true and correct copy of Proof of Claim No. 3711, dated June 2, 2009.

9. Attached hereto as Exhibit 8 is a true and correct copy of Proof of Claim No. 2480, dated March 27, 2009.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Complaint, dated Mar. 3, 2009, filed in the civil case captioned *Washington Mutual, Inc. v. FDIC*, Case No. 09-00533 (D. D.C.).

11. Attached hereto as Exhibit 10 is a true and correct copy of the Proof of Claim, dated March 26, 2009, filed in these bankruptcy cases by the Federal Deposit Insurance Corporation.

12. Attached hereto as Exhibit 11 is a true and correct copy of an Order and Memorandum, dated Oct. 13, 2009, granting the Bank Bondholders' motion to intervene in the civil case captioned *Washington Mutual, Inc. v. FDIC*, Case No. 09-00533 (D. D.C.).

13. Attached hereto as Exhibit 12 is a true and correct copy of Debtors' Objections and Responses to Bank Bondholders' First Set of Document Requests to Washington Mutual, Inc. and WMI Investment Corp., dated Jan. 14, 2010, served in the adversary proceedings captioned as *JPMorgan Chase Bank, National Association v. Washington Mutual, Inc., et al.*, Adv. Proc. No. 09-50551 (Bankr. D. Del.), and *Washington Mutual, Inc. v. JPMorgan Chase Bank*, Adv. Proc. No. 09-50934 (Bank. D. Del.).

14. Attached hereto as Exhibit 13 is a true and correct copy of an email from Matthew Curro, dated Jan. 26, 2010.

15. Attached hereto as Exhibits 14A and 14B are true and correct copies of emails from Brian Rosen, dated Feb. 17, 2010.

16. Attached hereto as Exhibit 15 is a true and correct copy of Debtors' Request for Production of Documents and Interrogatories Directed to Marathon Creditor Claimants, dated Jan. 22, 2010, served in the bankruptcy case captioned *In re Washington Mutual, Inc., et al.*, Case No. 08-12229 (Bankr. D. Del.).

17. Attached hereto as Exhibit 16 is a true and correct copy of Request by the Official Committee of Unsecured Creditors For Production of Documents and Interrogatories, Directed to Marathon Credit Claimants, dated Feb. 3, 2010, served in the bankruptcy case captioned *In re Washington Mutual, Inc., et al.*, Case No. 08-12229 (Bankr. D. Del.).

18. Attached hereto as Exhibit 17 is a true and correct copy of Objections and Responses to Debtors' Requests for Production of Documents and Interrogatories Directed to "Marathon Credit Claimants," dated Feb. 22, 2010, served in the bankruptcy case captioned *In re Washington Mutual, Inc., et al.*, Case No. 08-12229 (Bankr. D. Del.).

19. Attached hereto as Exhibit 18 is a true and correct copy of Bank Bondholders' First Set Of Document Requests And Interrogatories To Debtors, dated Feb. 9, 2010, served in the bankruptcy case captioned *In re Washington Mutual, Inc., et al.*, Case No. 08-12229 (Bankr. D. Del.).

20. Attached hereto as Exhibit 19 is a true and correct copy of Notices of Depositions for Doreen Logan, Curt Brouwer, Stewart M. Landefeld, John Maciel, Robert Williams, and Bill Kostouros, dated Feb. 9, 2010, served in the bankruptcy case captioned *In re Washington Mutual, Inc., et al.*, Case No. 08-12229 (Bankr. D. Del.).

21. Attached hereto as Exhibit 20 is a true and correct copy of the relevant transcript excerpts from the August 24, 2009 Hearing, *In re Washington Mutual, Inc.*, Case No. 08-12229 (Bankr. D. Del.).

22. Attached hereto as Exhibit 21 is a true and correct copy of an email from Philip Anker, dated Feb. 17, 2010.

23.     Attached hereto as Exhibit 22 is a true and correct copy of Plaintiffs' Consolidated Response to (I) The Partial Motion to Dismiss of Defendant Federal Deposit Insurance Corporation, As Receiver for Washington Mutual Bank, and (II) The Motion to Dismiss of Defendant Federal Deposit Insurance Corporation, Acting [In] Its Corporate Capacity, dated July 16, 2009, filed in the civil case captioned *Washington Mutual, Inc. v. FDIC*, Case No. 09-00533 (D. D.C.).

24.     Attached hereto as Exhibit 23 is a true and correct copy of Declaration of C. Jack Read, dated July 22, 2009, as filed as part of Appendix in Support of Defendant JPMorgan Chase Bank, National Association's Opposition to Plaintiffs' Motion for Summary Judgment, filed in the adversary proceeding captioned *Washington Mutual, Inc. v. JPMorgan Chase Bank,* Adv. Proc. No. 09-50934 (Bank. D. Del.).

25.     Attached hereto as Exhibit 24 are the relevant transcript excerpts from the February 5, 2010 Hearing, *In re Washington Mutual, Inc.*, Case No. 08-12229 (Bankr. D. Del.).

26.     Attached hereto as Exhibit 25 is a true and correct copy of a September 21, 2005 Prospectus Supplement to Prospectus dated November 6, 2003 for notes issued by Washington Mutual, Inc.

27.     Attached hereto as Exhibit 26 is a true and correct copy of an August 21, 2006 Prospectus Supplement to Prospectus dated January 9, 2006 for notes issued by Washington Mutual, Inc.

28. Attached hereto as Exhibit 27 is a true and correct copy of an October 25, 2007 Prospectus Supplement to Prospectus dated January 9, 2006 for notes issued by Washington Mutual, Inc.

29. Attached hereto as Exhibit 28 is a true and correct copy (without exhibits), as attached to the Declaration of C. Jack Read, of the Tax Sharing Agreement dated August 31, 1999.

30. Attached hereto as Exhibit 29 is a true and correct copy of Interagency Policy Statement on Income Tax Allocation in a Holding Company Structure, 63 Fed. Reg. 64757, 64758 (Nov. 23, 1998).

31. Attached hereto as Exhibit 30 are true and correct copies of the Certifications of the Chief Executive Officer and the Certification of the Chief Financial Offer, attached as Exhibits to Washington Mutual Bank, Form 10-K for the Fiscal Year Ended December 31, 2007.

32. Attached hereto as Exhibit 31 are true and correct copies of the Certifications of the Chief Executive Officer and the Certification of the Chief Financial Offer, attached as Exhibits to Washington Mutual Inc, Form 10-K for the Fiscal Year Ended December 31, 2007.

33. Attached hereto as Exhibit 32 is a true and correct copy of the Complaint, dated Aug. 26, 2009, filed in civil case captioned *Deutsche National Bank Trust v. FDIC*, Case No. 09-01656 (D.D.C.).

34. Attached hereto as Exhibit 33 is a true and correct copy of Washington Mutual Bank, Form 10-K for the Fiscal Year Ended December 31, 1999.

Executed on March 5, 2010

_____
Nancy L. Manzer