IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re*                                            :   Chapter 11
:
WASHINGTON MUTUAL, INC., et al.,[1]                :   Case No. 08-12229 (MFW)
:
:   (Jointly Administered)
Debtors.                                           :
:   Re: Docket No. 2495
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that on March 11, 2010, the above-captioned debtors and debtors in possession (the "Debtors"), filed the **Notice of Service Regarding Debtors' Responses and Objections to the Bank Bondholders' First Set of Document Requests and Interrogatories** [Docket No. 2495] (the "Notice") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that the Debtors hereby withdraw the Notice without prejudice.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

RLF1 3548026v.1

Dated: March 11, 2010
       Wilmington, Delaware

/s/ Chun I. Jang

Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Lee E. Kaufman (No. 4877)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
Michael F. Walsh, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors
and Debtors in Possession*