UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
                                          :   Chapter 11
In re:                                    :   Case No. 08-12229 (MFW)
                                          :   (Jointly Administered)
WASHINGTON MUTUAL, INC., et al.,          :
                                          :   Hearing Date: April 6, 2010 at 2:00 p.m.
                           Debtors.       :   Objections Due: March 30, 2010 at 4:00 p.m.
                                          :
------------------------------------------------------x
------------------------------------------------------x
OFFICIAL COMMITTEE OF                     :
EQUITY SECURITY HOLDERS                   :   Adversary Proc. No. 10-50731(MFW)
                                          :
Plaintiff,                                :
                                          :
v.                                        :
                                          :
WASHINGTON MUTUAL, INC.,                  :
                                          :
Defendant.                                :
------------------------------------------------------x
```

## THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY

Plaintiff Official Committee of Equity Security Holders (the "Equity Committee" or "Plaintiff") of Washington Mutual, Inc. ("WMI" and, together with its chapter 11 debtor-affiliate, WMI Investment Corp., the "Debtors"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 56 and Federal Rules of Bankruptcy Procedure 7056, and section 362 of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure, respectfully moves the Court for entry of an Order granting it summary judgment, or in the alternative, entry of an Order determining that the automatic stay does not apply, or granting relief from the automatic stay if and to the extent applicable. In support of this Motion, the Equity Committee respectfully refers the Court to the Memorandum of Law and the

Declaration of Joyce M. Presnall filed contemporaneously in support of this Motion, and respectfully states as follows:

1. There is no genuine dispute of material fact, and Plaintiff is entitled to judgment as a matter of law, on its Complaint as set forth in the attached Memorandum of Law.

Wherefore, Plaintiff moves for an Order in the form attached hereto entering summary judgment in its favor and requiring WMI to:

(A) schedule an annual shareholder's meeting in April 2010;

(B) send out the required notices to shareholders;

(C) designate the time, place, and procedures to be followed to hold the annual meeting, as well as the form of notice of the meeting to be delivered to all shareholders by WMI; and

(D) take such further actions as might be necessary to accomplish the purposes of the meeting.

2. In the alternative, Plaintiff requests entry of an Order by the Court determining that the automatic stay does not apply or, alternatively, grant relief from the automatic stay such that the Plaintiffs may seek the relief in its Complaint in Washington State.

*-Signature Page to Follow-*

| Dated: March 11, 2010 | ASHBY & GEDDES, P.A. |
|---|---|
| | /s/ William P. Bowden |
| | William P. Bowden (#2553)<br>Gregory A. Taylor (#4008)<br>Stacy L. Newman (#5044)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br>wbowden@ashby-geddes.com<br>gtaylor@ashby-geddes.com<br>snewman@ashby-geddes.com |

*Proposed Delaware Counsel to the Official Committee of Equity Security Holders of Washington Mutual, Inc., et al.*

-and-

VENABLE LLP
Gregory A. Cross
750 East Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 244-7400
Facsimile: (410) 244-7742
gacross@venable.com

Jorian L. Rose
1270 Avenue of the Americas
New York, NY 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
jlrose@venable.com

*Counsel to the Official Committee of Equity Security Holders of Washington Mutual, Inc., et al.*