IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------x
                                               :   Chapter 11

In re:                                     :
                                             :   Case No. 08-12229 (MFW)

WASHINGTON MUTUAL, INC., *et al.*[1]   :   Jointly Administered

         Debtor.   :

------------------------------------------------x

## NOTICE OF CHANGE OF FIRM NAME

**PLEASE TAKE NOTICE** that the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP has changed their name to Quinn Emanuel Urquhart & Sullivan, LLP, effective March 11, 2010. All other firm information remains the same.

Dated: March 12, 2010             ELLIOTT GREENLEAF
       Wilmington, Delaware

                                    Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
                                    Neil R. Lapinski (DE Bar No. 3645)
                                    Shelley A. Kinsella (DE Bar No. 4023)
                                    1105 North Market Street, Suite 1700
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 384-9400
                                    Facsimile: (302) 384-9399
                                    Email: rxza@elliottgreenleaf.com
                                    Email: nrl@elliottgreenleaf.com
                                    Email: sak@elliottgreenleaf.com

                                    -and-

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395). The Debtors continue to share their principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Peter E. Calamari
Michael B. Carlinsky
Susheel Kirpalani
David Elsberg
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Special Litigation and Conflicts Co-Counsel to Washington Mutual, Inc. and WMI Investment Corp.*