# EXHIBIT A

# CCB-1 GUARANTEES CLAIMS

| Trust | Notes Issuance | Maturity Date | Allowed Principal | Allowed Accrued Interest[1] | Allowed Total Amount | Estimated Postpetition Interest[2] |
|---|---|---|---|---|---|---|
| CCB Capital Trust IV | 7,732,000 | October 8, 2033 | 7,732,000 | 97,788.32 | 7,829,788.32 | 594,059 |
| CCB Capital Trust V | 10,310,000 | January 23, 2034 | 10,310,000 | 103,303.25 | 10,413,303.25 | 744,551 |
| CCB Capital Trust VII | 7,732,000 | July 23, 2034 | 7,732,000 | 73,982.29 | 7,805,982.29 | 522,241 |
| CCB Capital Trust VIII | 7,732,000 | July 23, 2034 | 7,732,000 | 73,982.29 | 7,805,982.29 | 506,632 |

---

[1] This amount includes interest accrued as of the Petition Date, and does not include any postpetition interest to which such Claim holders may be entitled.

[2] This amount includes the estimated amount of interest accrued from the Petition Date through an expected Effective Date of July 31, 2010.