# EXHIBIT B

# CCB-2 GUARANTEES CLAIMS

| Trust | Notes Issuance | Maturity Date | Allowed Principal | Allowed Accrued Interest[1] | Allowed Total Amount | Estimated Postpetition Interest[2] |
|---|---|---|---|---|---|---|
| HFC Capital Trust I | 9,300,000 | June 8, 2031 | 9,300,000 | 284,022.00 | 9,584,022.00 | 1,748,839 |
| CCB Capital Trust VI | 10,310,000 | April 15, 2034 | 10,310,000 | 113,743.93 | 10,423,743.93 | 743,942 |
| CCB Capital Trust IX | 15,464,000 | March 30, 2035 | 15,464,000 | 223,025.24 | 15,687,025.24 | 1,705,636 |

---

[1] This amount includes interest accrued as of the Petition Date, and does not include any postpetition interest to which such Claim holders may be entitled.
[2] This amount includes the estimated amount of interest accrued from the Petition Date through an expected Effective Date of July 31, 2010.