# EXHIBIT C

# PIERS CLAIMS

| Notes Issuance | Maturity Date | Allowed Principal | Allowed Accrued Interest [1] | Allowed Total Amount | Estimated Postpetition Interest [2] |
|---|---|---|---|---|---|
| **5.375% Junior Subordinated Deferrable Interest Debentures** | | | | | |
| **Preferred Securities** | May 1, 2041 | $756,230,623.24 | $9,443,576.39 | $765,674,199.63 | 118,931,796 |
| **Common Securities**[3] | May 1, 2041 | $23,387,254.01 | $292,052.86 | $23,679,306.87 | 3,678,095 |

---

[1] This amount includes interest accrued as of the Petition Date, and does not include any postpetition interest to which such Claim holders may be entitled.
[2] This amount includes the estimated amount of interest accrued from the Petition Date through an expected Effective Date of July 31, 2010.
[3] These securities are owned by WMI.