**EXHIBIT D**

**SENIOR NOTES CLAIMS**

| Notes Issuance | Maturity Date | Allowed Principal | Allowed Accrued Interest[1] | Allowed Total Amount | Estimated Postpetition Interest[2] |
|---|---|---|---|---|---|
| **4.0% Notes** | January 15, 2009 | $804,984,292.60 | $6,351,912.45 | $811,336,205.05 | 59,770,435 |
| **4.2% Notes** | January 15, 2010 | $504,220,132.10 | $4,178,270.72 | $508,398,402.82 | 39,392,224 |
| **5.5% Notes** | August 24, 2011 | $361,181,452.96 | $1,766,795.55 | $362,948,248.51 | 36,903,823 |
| **5.0% Notes** | March 22, 2012 | $374,791,867.96 | $208,722.22 | $375,000,590.18 | 35,233,135 |
| **5.25% Notes** | September 15, 2017 | $726,744,896.63 | $1,171,426.67 | $727,916,323.30 | 71,643,851 |
| **Floating Rate Notes** | August 24, 2009 | $358,645,000.00 | $911,252.44 | $359,556,252.44 | 7,364,853 |
| **Floating Rate Notes** | January 15, 2010 | $175,500,000.00 | $1,099,878.10 | $176,599,878.10 | 4,968,613 |
| **Floating Rate Notes** | March 22, 2012 | $363,350,000.00 | $141,454.17 | $363,491,454.17 | 8,828,447 |
| **Floating Rate Notes** | September 17, 2012 | $446,815,000.00 | $359,267.16 | $447,174,267.16 | 11,590,717 |

[1] This amount includes interest accrued as of the Petition Date, and does not include any postpetition interest to which such Claim holders may be entitled.

[2] This amount includes the estimated amount of interest accrued from the Petition Date through an expected Effective Date of July 31, 2010.