# EXHIBIT E

# SENIOR SUBORDINATED NOTES CLAIMS

| Notes Issuance | Maturity Date | Allowed Principal | Allowed Accrued Interest[1] | Allowed Total Amount | Estimated Postpetition Interest[2] |
|---|---|---|---|---|---|
| **8.250% Notes** | April 1, 2010 | $451,870,530.25 | $18,133,500.00 | $470,004,030.25 | 69,300,390 |
| **4.625% Notes** | April 1, 2014 | $729,187,229.50 | $16,449,467.71 | $745,636,697.21 | 63,427,602 |
| **7.250% Notes** | November 1, 2017 | $437,962,198.47 | $12,862,043.75 | $450,824,242.22 | 59,583,343 |

---

[1] This amount includes interest accrued as of the Petition Date, and does not include any postpetition interest to which such Claim holders may be entitled.

[2] This amount includes the estimated amount of interest accrued from the Petition Date through an expected Effective Date of July 31, 2010.