**Exhibit A**

**The Plan**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------------x
:
*In re*                                         :          **Chapter 11**
:
**WASHINGTON MUTUAL, INC., *et al.*,**           :
:          **Case No. 08-12229 (MFW)**
:
**Debtors.**                                :          **(Jointly Administered)**
:
:
-------------------------------------------------------------x


# JOINT PLAN OF AFFILIATED DEBTORS PURSUANT TO
# CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE


WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
(212) 310-8000

- and -

RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
(302) 651-7700


Dated: March 26, 2010

# TABLE OF CONTENTS

**Page**

ARTICLE I         DEFINITIONS ..................................................................................... 1

1.1    Acquisition JPMC Entities .............................................................. 1

1.2    Actions ............................................................................................. 1

1.3    Additional Common Stock ............................................................... 1

1.4    Admin Account ................................................................................ 1

1.5    Administrative Claim Bar Date ....................................................... 1

1.6    Administrative Expense Claim ........................................................ 1

1.7    Affiliate ............................................................................................ 2

1.8    Affiliated Banks ............................................................................... 2

1.9    Allowed Administrative Expense Claim ......................................... 2

1.10   Allowed CCB-1 Guarantees Claim .................................................. 2

1.11   Allowed CCB-2 Guarantees Claim .................................................. 2

1.12   Allowed Claim .................................................................................. 2

1.13   Allowed Convenience Claim ........................................................... 3

1.14   Allowed General Unsecured Claim ................................................. 3

1.15   Allowed JPMC Assumed Liability Claim ....................................... 3

1.16   Allowed PIERS Claim ...................................................................... 3

1.17   Allowed Priority Non-Tax Claim .................................................... 3

1.18   Allowed Priority Tax Claim ............................................................. 3

1.19   Allowed Senior Notes Claim ........................................................... 3

1.20   Allowed Senior Subordinated Notes Claim ..................................... 3

1.21   Allowed Subordinated Claim ........................................................... 3

1.22   Allowed Trustee Claim .................................................................... 3

1.23   American Savings Escrow Funds ..................................................... 3

1.24   American Savings Litigation ............................................................ 3

1.25   Anchor Litigation ............................................................................ 3

1.26   Appaloosa Parties ............................................................................ 4

1.27   Assets ............................................................................................... 4

1.28   Aurelius Parties ............................................................................... 4

1.29   Avoidance Actions ........................................................................... 4

# TABLE OF CONTENTS
## (continued)

| | | |
|---|---|---|
| 1.30 | Backstop Commitment Agreement | 4 |
| 1.31 | Backstop Purchasers | 4 |
| 1.32 | Ballot | 4 |
| 1.33 | Ballot Date | 4 |
| 1.34 | Bankruptcy Code | 4 |
| 1.35 | Bankruptcy Court | 5 |
| 1.36 | Bankruptcy Rules | 5 |
| 1.37 | Bankruptcy Stay Motions | 5 |
| 1.38 | Benefit Plan | 5 |
| 1.39 | BKK Liabilities | 5 |
| 1.40 | BKK Litigation | 5 |
| 1.41 | BKK Proofs of Claim | 5 |
| 1.42 | Bond Claim | 5 |
| 1.43 | Bond Indemnity | 5 |
| 1.44 | Bonding Companies | 5 |
| 1.45 | Bonds | 6 |
| 1.46 | Business Day | 6 |
| 1.47 | Cash | 6 |
| 1.48 | Cash Equivalents | 6 |
| 1.49 | Causes of Action | 6 |
| 1.50 | CCB-1 Guarantees | 6 |
| 1.51 | CCB-1 Guarantees Claim | 6 |
| 1.52 | CCB-1 Guarantee Agreements | 6 |
| 1.53 | CCB-1 Trustee | 7 |
| 1.54 | CCB-2 Guarantees | 7 |
| 1.55 | CCB-2 Guarantees Claim | 7 |
| 1.56 | CCB-2 Guarantee Agreements | 7 |
| 1.57 | CCB-2 Trustees | 7 |
| 1.58 | Centerbridge Parties | 7 |
| 1.59 | Chapter 11 Cases | 7 |

# TABLE OF CONTENTS
## (continued)

1.60 Claim ................................................................................................................. 7

1.61 Class ................................................................................................................. 7

1.62 Common Equity Interest ................................................................................... 7

1.63 Confirmation Date ............................................................................................ 8

1.64 Confirmation Hearing ...................................................................................... 8

1.65 Confirmation Order .......................................................................................... 8

1.66 Convenience Claim .......................................................................................... 8

1.67 Creditor ............................................................................................................ 8

1.68 Creditor Cash ................................................................................................... 8

1.69 Creditors' Committee ....................................................................................... 9

1.70 Debtors ............................................................................................................. 9

1.71 Debtors' Claims ............................................................................................... 9

1.72 Debtors in Possession ...................................................................................... 9

1.73 Dime Inc. ......................................................................................................... 9

1.74 Dime Warrants ................................................................................................. 9

1.75 Disbursing Agent ............................................................................................. 9

1.76 Disclosure Statement ....................................................................................... 9

1.77 Disclosure Statement Order ............................................................................. 9

1.78 Disputed Accounts ........................................................................................... 9

1.79 Disputed Claim ................................................................................................ 9

1.80 Effective Date ................................................................................................ 10

1.81 Entity .............................................................................................................. 10

1.82 Equity Committee ........................................................................................... 10

1.83 Equity Committee Adversary Proceeding ...................................................... 10

1.84 Equity Interest ................................................................................................ 10

1.85 FDIC Claim .................................................................................................... 10

1.86 FDIC Corporate .............................................................................................. 10

1.87 FDIC Receiver ................................................................................................ 10

1.88 FDIC Stay Relief Motion ............................................................................... 10

1.89 Final Order ..................................................................................................... 11

| | | |
|---|---|---|
| 1.90 | FSB | 11 |
| 1.91 | General Unsecured Claim | 11 |
| 1.92 | Global Settlement Agreement | 11 |
| 1.93 | Guarantee Agreements | 11 |
| 1.94 | Indentures | 11 |
| 1.95 | Intercompany Claim | 11 |
| 1.96 | Intercompany Notes | 11 |
| 1.97 | IRC | 11 |
| 1.98 | IRS | 12 |
| 1.99 | JPMC | 12 |
| 1.100 | JPMC Action | 12 |
| 1.101 | JPMC Assumed Liabilities | 12 |
| 1.102 | JPMC Assumed Liability Claim | 12 |
| 1.103 | JPMC Claims | 12 |
| 1.104 | JPMC Entities | 12 |
| 1.105 | JPMC Policies | 12 |
| 1.106 | JPMC Rabbi Trust/Policy Claim | 12 |
| 1.107 | JPMC Rabbi Trusts | 13 |
| 1.108 | Junior Subordinated Notes Indenture | 13 |
| 1.109 | Lakeview Plan | 13 |
| 1.110 | Lien | 13 |
| 1.111 | Liquidating Trust | 13 |
| 1.112 | Liquidating Trust Agreement | 13 |
| 1.113 | Liquidating Trust Assets | 13 |
| 1.114 | Liquidating Trust Beneficiaries | 13 |
| 1.115 | Liquidating Trust Claims Reserve | 14 |
| 1.116 | Liquidating Trustee | 14 |
| 1.117 | Liquidating Trust Interests | 14 |
| 1.118 | Local Bankruptcy Rules | 14 |
| 1.119 | Other Benefit Plan Claim | 14 |

# TABLE OF CONTENTS
## (continued)

1.120  Other Subordinated Claim ............................................................. 14

1.121  Owl Creek Parties ......................................................................... 14

1.122  Penalty Claim ................................................................................ 14

1.123  Person ........................................................................................... 15

1.124  Petition Date ................................................................................. 15

1.125  PIERS Claim ................................................................................. 15

1.126  PIERS Common Securities ........................................................... 15

1.127  PIERS Guarantee Agreement ....................................................... 15

1.128  PIERS Preferred Securities .......................................................... 15

1.129  PIERS Trust Agreement ............................................................... 15

1.130  PIERS Subscription Rights .......................................................... 15

1.131  PIERS Trustee: ............................................................................. 15

1.132  Plan ............................................................................................... 15

1.133  Plan Contribution Assets .............................................................. 15

1.134  Plan Supplement ........................................................................... 16

1.135  Postpetition Interest Claim ........................................................... 16

1.136  Preferred Equity Interest .............................................................. 16

1.137  Priority Non-Tax Claim ................................................................ 16

1.138  Priority Tax Claim ........................................................................ 16

1.139  Pro Rata Share .............................................................................. 16

1.140  Purchase and Assumption Agreement .......................................... 17

1.141  Qualified Plan Claim .................................................................... 17

1.142  Receivership ................................................................................. 17

1.143  Record Date .................................................................................. 17

1.144  Registry Funds .............................................................................. 17

1.145  REIT Series .................................................................................. 17

1.146  Related Actions ............................................................................ 17

1.147  Related Persons ............................................................................ 17

1.148  Released Claims ........................................................................... 17

1.149  Released Parties ........................................................................... 18

# TABLE OF CONTENTS
## (continued)

1.150    Reorganized Common Stock ........................................................................... 18

1.151    Reorganized Debtors.................................................................................... 18

1.152    Reorganized Debtors By-Laws ...................................................................... 18

1.153    Reorganized Debtors Certificates of Incorporation ........................................... 18

1.154    Reorganized WMI...................................................................................... 18

1.155    Rights Offering ........................................................................................ 18

1.156    Rights Offering Agent................................................................................. 18

1.157    Rights Offering Record Date ........................................................................ 18

1.158    Rights Offering Trust Account ...................................................................... 18

1.159    Rule 2004 Inquiry ..................................................................................... 19

1.160    Rule 2019 Appeal ..................................................................................... 19

1.161    Schedules ............................................................................................... 19

1.162    Senior Notes............................................................................................ 19

1.163    Senior Notes Claim.................................................................................... 19

1.164    Senior Notes Indenture ............................................................................... 19

1.165    Senior Notes Indenture Trustee ..................................................................... 19

1.166    Senior Subordinated Notes ........................................................................... 19

1.167    Senior Subordinated Notes Claim ................................................................... 19

1.168    Senior Subordinated Notes Indenture .............................................................. 19

1.169    Senior Subordinated Notes Indenture Trustee .................................................... 20

1.170    Settlement Note Holders .............................................................................. 20

1.171    Stock Trading Order ................................................................................... 20

1.172    Subordinated Claim .................................................................................... 20

1.173    Subordination Model .................................................................................. 20

1.174    Subscription Expiration Date......................................................................... 20

1.175    Subscription Form...................................................................................... 20

1.176    Subscription Purchase Price .......................................................................... 20

1.177    Subscription Right ..................................................................................... 20

1.178    Tax Authority........................................................................................... 20

1.179    Taxes ..................................................................................................... 20

1.180 Tax Refunds ................................................................................................. 21

1.181 Tax Return ................................................................................................... 21

1.182 Texas Litigation ........................................................................................... 21

1.183 Transferred Intellectual Property ................................................................ 21

1.184 Treasury Regulations ................................................................................... 21

1.185 Trust Advisory Board ................................................................................... 21

1.186 Trustee Claims ............................................................................................. 21

1.187 Trustees ........................................................................................................ 21

1.188 Trust Preferred Securities ........................................................................... 21

1.189 Turnover Action ........................................................................................... 22

1.190 Unidentified Intellectual Property .............................................................. 22

1.191 Unsecured Claim .......................................................................................... 22

1.192 Vendor Escrow ............................................................................................. 22

1.193 Visa Claims .................................................................................................. 22

1.194 Visa Shares ................................................................................................... 22

1.195 WaMu Pension Plan ..................................................................................... 22

1.196 WMB ............................................................................................................ 22

1.197 WMB Intellectual Property ......................................................................... 22

1.198 WMB Recipient ........................................................................................... 22

1.199 WMB Vendor Claim ..................................................................................... 22

1.200 WMI .............................................................................................................. 23

1.201 WMI Accounts ............................................................................................. 23

1.202 WMI Action .................................................................................................. 23

1.203 WMI Entities ................................................................................................ 23

1.204 WMI Intellectual Property ........................................................................... 23

1.205 WMI Investment ........................................................................................... 23

1.206 WMI Medical Plan ....................................................................................... 23

1.207 WMI Medical Plan Claim ............................................................................ 23

1.208 WMI Policies ................................................................................................ 23

1.209 WMI  Rabbi Trust ........................................................................................ 23

# TABLE OF CONTENTS
## (continued)

1.210   WMI Vendor Claim ............................................................................ 23

1.211   WMI/WMB Intercompany Claim ...................................................... 23

1.212   WMMRC .............................................................................................. 23

1.213   Other Definitions ................................................................................ 23

ARTICLE II          COMPROMISE AND SETTLEMENT OF DISPUTES WITH THE
                    JPMC ENTITIES,  THE FDIC PARTIES, AND THE
                    SETTLEMENT NOTE HOLDERS .......................................... 24

2.1     Compromise and Settlement ............................................................. 24

ARTICLE III         PROVISIONS FOR PAYMENT OF ADMINISTRATIVE
                    EXPENSE CLAIMS AND PRIORITY TAX CLAIMS ......... 27

3.1     Administrative Expense Claims ........................................................ 27

3.2     Professional Compensation and Reimbursement Claims ................. 28

3.3     Priority Tax Claims ........................................................................... 28

3.4     Statutory Fees .................................................................................... 28

ARTICLE IV          CLASSIFICATION OF CLAIMS AND EQUITY INTERESTS ............ 28

ARTICLE V           PROVISION FOR TREATMENT OF PRIORITY NON-TAX
                    CLAIMS (CLASS 1) ................................................................. 29

5.1     Payment of Allowed Priority Non-Tax Claims ................................. 29

ARTICLE VI          PROVISION FOR TREATMENT OF SENIOR NOTES CLAIMS
                    (CLASS 2) ................................................................................ 29

6.1     Treatment of Senior Notes Claims .................................................... 29

6.2     Limitation on Recovery ..................................................................... 30

ARTICLE VII         PROVISION FOR TREATMENT OF  SENIOR
                    SUBORDINATED NOTES CLAIMS (CLASS 3) ................... 30

7.1     Treatment of Senior Subordinated Notes Claims ............................. 30

7.2     Right of Election ............................................................................... 31

7.3     Limitation on Recovery ..................................................................... 31

ARTICLE VIII        PROVISION FOR TREATMENT OF WMI MEDICAL PLAN
                    CLAIMS (CLASS 4) ................................................................. 32

8.1     Treatment of WMI Medical Plan Claims .......................................... 32

# TABLE OF CONTENTS
## (continued)

ARTICLE IX      PROVISION FOR TREATMENT OF JPMC RABBI TRUST/POLICY CLAIMS (CLASS 5) ................................................... 32

    9.1      Treatment of JPMC Rabbi Trust/Policy Claims .................................. 32

ARTICLE X      PROVISION FOR TREATMENT OF OTHER BENEFIT PLAN CLAIMS (CLASS 6) ................................................................. 32

    10.1    Treatment of Other Benefit Plan Claims ........................................... 32

ARTICLE XI      PROVISION FOR TREATMENT OF QUALIFIED PLAN CLAIMS (CLASS 7) ................................................................. 32

    11.1    Treatment of Qualified Plan Claims ................................................. 32

ARTICLE XII      PROVISION FOR TREATMENT OF WMB VENDOR CLAIMS (CLASS 8) ......................................................................... 32

    12.1    Treatment of WMB Vendor Claims .................................................. 32

ARTICLE XIII      PROVISION FOR TREATMENT OF VISA CLAIMS (CLASS 9) ........ 33

    13.1    Treatment of Visa Claims ................................................................ 33

ARTICLE XIV      PROVISION FOR TREATMENT OF BOND CLAIMS (CLASS 10) ................................................................................ 33

    14.1    Treatment of Bond Claims ............................................................... 33

ARTICLE XV      PROVISION FOR TREATMENT OF WMI VENDOR CLAIMS (CLASS 11) ....................................................................... 33

    15.1    Treatment of WMI Vendor Claims ................................................... 33

ARTICLE XVI      PROVISION FOR TREATMENT OF GENERAL UNSECURED CLAIMS (CLASS 12) ............................................... 33

    16.1    Treatment of General Unsecured Claims ........................................... 33

    16.2    Limitation on Recovery ................................................................... 33

    16.3    Allowed Claims of Fifty Thousand Dollars ($50,000.00) or More/Election to be Treated as a Convenience Claim ................................................. 34

ARTICLE XVII      PROVISION FOR TREATMENT OF CONVENIENCE CLAIMS (CLASS 13) ....................................................................... 34

    17.1    Treatment of Convenience Claims .................................................... 34

ARTICLE XVIII      PROVISION FOR TREATMENT OF CCB-1 GUARANTEES CLAIMS (CLASS 14) ............................................... 34

    18.1    Treatment of CCB-1 Guarantees Claims ........................................... 34

    18.2    Limitation on Recovery ................................................................... 35

# TABLE OF CONTENTS
## (continued)

ARTICLE XIX      PROVISION FOR TREATMENT OF CCB-2 GUARANTEES CLAIMS (CLASS 15) ................................................................ 35

19.1    Treatment of CCB-2 Guarantees Claims ........................................... 35

19.2    Limitation on Recovery ................................................................. 36

ARTICLE XX      PROVISION FOR TREATMENT OF PIERS CLAIMS (CLASS 16) ................................................................................................. 37

20.1    Treatment of PIERS Claims ........................................................... 37

20.2    Limitation on Recovery ................................................................. 37

20.3    Subscription Rights ...................................................................... 38

ARTICLE XXI     PROVISION FOR TREATMENT OF SUBORDINATED CLAIMS (CLASS 17) ................................................................................. 38

21.1    Treatment of Subordinated Claims .................................................. 38

21.2    Limitation on Recovery ................................................................. 38

ARTICLE XXII    PROVISION FOR TREATMENT OF REIT SERIES (CLASS 18) ......... 38

22.1    Treatment of REIT Series .............................................................. 38

22.2    Cancellation of REIT Series ........................................................... 39

ARTICLE XXIII   PROVISION FOR TREATMENT OF PREFERRED EQUITY INTERESTS (CLASS 19) .......................................................... 39

23.1    Treatment of Preferred Equity Interests ........................................... 39

23.2    Cancellation of Preferred Equity Interests ........................................ 39

ARTICLE XXIV   PROVISION FOR TREATMENT OF DIME WARRANTS (CLASS 20) ................................................................................ 39

24.1    Cancellation of Dime Warrants ...................................................... 39

ARTICLE XXV    PROVISION FOR TREATMENT OF COMMON EQUITY INTERESTS (CLASS 21) .......................................................... 39

25.1    Cancellation of Common Equity Interests ........................................ 39

ARTICLE XXVI   PROVISION FOR TREATMENT OF DISPUTED CLAIMS ................ 40

26.1    Objections to Claims; Prosecution of Disputed Claims ...................... 40

26.2    Estimation of Claims .................................................................... 40

26.3    Payments and Distributions on Disputed Claims ............................... 40

ARTICLE XXVII  THE LIQUIDATING TRUST ........................................................ 41

27.1    Execution of Liquidating Trust Agreement ....................................... 41

27.2    Purpose of the Liquidating Trust ......................................................... 41

27.3    Liquidating Trust Assets ................................................................. 42

27.4    Administration of the Liquidating Trust ........................................... 42

27.5    The Liquidating Trustee .................................................................. 42

27.6    Role of the Liquidating Trustee ...................................................... 42

27.7    Liquidating Trustee's Tax Power for Debtors .................................. 43

27.8    Transferability of Liquidating Trust Interests ................................... 43

27.9    Cash ................................................................................................ 44

27.10   Distribution of Liquidating Trust Assets ......................................... 44

27.11   Costs and Expenses of the Liquidating Trust .................................. 44

27.12   Compensation of the Liquidating Trustee ........................................ 44

27.13   Retention of Professionals/Employees by the Liquidating Trustee .................... 45

27.14   Federal Income Tax Treatment of the Liquidating Trust .................. 45

27.15   Indemnification of Liquidating Trustee ........................................... 48

ARTICLE XXVIII   PROSECUTION AND EXTINGUISHMENT OF CLAIMS HELD BY THE DEBTORS ................................................. 48

28.1    Prosecution of Claims .................................................................... 48

ARTICLE XXIX   ACCEPTANCE OR REJECTION OF THE PLAN; EFFECT OF REJECTION BY ONE OR MORE CLASSES OF CLAIMS OR EQUITY INTERESTS ................................................ 48

29.1    Impaired Classes to Vote ............................................................... 48

29.2    Acceptance by Class of Creditors ................................................... 49

29.3    Cramdown ...................................................................................... 49

ARTICLE XXX   IDENTIFICATION OF CLAIMS AND EQUITY INTERESTS IMPAIRED AND NOT IMPAIRED BY THE PLAN ............................. 49

30.1    Impaired and Unimpaired Classes .................................................. 49

30.2    Impaired Classes Entitled to Vote on Plan ...................................... 49

30.3    Equity Interests Deemed to Reject .................................................. 49

30.4    Claims Deemed to Accept .............................................................. 49

30.5    Controversy Concerning Impairment .............................................. 49

# TABLE OF CONTENTS
## (continued)

ARTICLE XXXI    PROVISIONS GOVERNING DISTRIBUTIONS ................................... 49

31.1    Time and Manner of Distributions ......................................................... 49

31.2    Timeliness of Payments ....................................................................... 50

31.3    Distributions by the Disbursing Agent ............................................... 50

31.4    Manner of Payment under the Plan ...................................................... 50

31.5    Delivery of Distributions ..................................................................... 51

31.6    Undeliverable Distributions ................................................................ 51

31.7    Withholding and Reporting Requirements ......................................... 51

31.8    Time Bar to Cash Payments ................................................................ 52

31.9    Distributions After Effective Date ...................................................... 52

31.10   Setoffs ................................................................................................. 52

31.11   Allocation of Plan Distributions Between Principal and Interest ....... 52

31.12   Certain Trustee Fees and Expenses ..................................................... 53

31.13   Record Date ......................................................................................... 53

31.14   Post-Effective Date Interest ................................................................ 53

ARTICLE XXXII    MEANS OF IMPLEMENTATION ........................................... 54

32.1    Incorporation and Enforcement of Global Settlement Agreement ..... 54

32.2    Intercompany Claims ........................................................................... 54

32.3    Merger/Dissolution/Consolidation ..................................................... 54

32.4    Cancellation of Existing Securities and Agreements .......................... 54

32.5    Claims of Subordination ...................................................................... 55

32.6    Surrender of Instruments ..................................................................... 55

32.7    Issuance of Reorganized Common Stock and Additional Common Stock ......... 55

32.8    Exemption from Securities Laws ......................................................... 55

32.9    Hart-Scott-Rodino Compliance ........................................................... 55

32.10   Fractional Stock or Other Distributions .............................................. 56

ARTICLE XXXIII    RIGHTS OFFERING ............................................................ 56

33.1    Issuance of Subscription Rights .......................................................... 56

33.2    Subscription Period ............................................................................. 56

33.3    Subscription Purchase Price ................................................................ 56

33.4 Exercise of Subscription Rights.................................................................. 56

33.5 General Procedures Governing Exercise of Subscription Rights ....................... 57

33.6 Undersubscription/Backstop of the Rights Offering............................................ 57

33.7 Distribution of the Additional Common Stock.................................................... 58

33.8 No Interest............................................................................................................. 58

33.9 Disputes/Defects Regarding Exercise of Subscription Rights............................. 58

ARTICLE XXXIV   CREDITORS' COMMITTEE/EQUITY COMMITTEE ......................... 58

34.1 Dissolution of the Creditors' Committee............................................................. 58

34.2 Dissolution of the Equity Committee .................................................................. 59

ARTICLE XXXV      EXECUTORY CONTRACTS AND UNEXPIRED LEASES ................ 59

35.1 Rejection or Assumption of Remaining Executory Contracts and
Unexpired Leases.................................................................................................. 59

35.2 Approval of Rejection or Assumption of Executory Contracts and
Unexpired Leases.................................................................................................. 59

35.3 Inclusiveness........................................................................................................ 60

35.4 Cure of Defaults................................................................................................... 60

35.5 Rejection Damage Claims.................................................................................... 60

35.6 Indemnification and Reimbursement Obligations ............................................... 60

35.7 Termination of Benefit Plans............................................................................... 60

35.8 Termination of Vendor Stipulation...................................................................... 61

ARTICLE XXXVI   RIGHTS AND POWERS OF DISBURSING AGENT ........................... 61

36.1 Exculpation .......................................................................................................... 61

36.2 Powers of the Disbursing Agent .......................................................................... 61

36.3 Fees and Expenses Incurred From and After the Effective Date......................... 62

ARTICLE XXXVII  CONDITIONS PRECEDENT TO CONFIRMATION OF THE
PLAN ................................................................................................................... 62

37.1 Conditions Precedent to Confirmation of the Plan .............................................. 62

37.2 Waiver of Conditions Precedent to Confirmation ............................................... 63

ARTICLE XXXVIII CONDITIONS PRECEDENT TO EFFECTIVE  DATE OF THE
PLAN ................................................................................................................... 63

38.1 Conditions Precedent to Effective Date of the Plan............................................. 63

38.2    Waiver of Conditions Precedent ........................................................ 64

ARTICLE XXXIX   RETENTION OF JURISDICTION .......................................... 64

39.1    Retention of Jurisdiction ................................................................... 64

ARTICLE XL        MODIFICATION, REVOCATION, OR WITHDRAWAL OF THE
PLAN ...................................................................................... 66

40.1    Modification of Plan ......................................................................... 66

40.2    Revocation or Withdrawal ................................................................ 66

40.3    Amendment of Plan Documents ........................................................ 66

40.4    No Admission of Liability ................................................................. 67

ARTICLE XLI      CORPORATE GOVERNANCE AND  MANAGEMENT OF THE
REORGANIZED DEBTORS ...................................................... 67

41.1    Corporate Action .............................................................................. 67

41.2    Reincorporation ............................................................................... 68

41.3    Amendment of Articles of Incorporation and By-Laws .................... 68

41.4    Directors of the Reorganized Debtors ............................................. 68

41.5    Officers of the Reorganized Debtors ............................................... 68

41.6    Shareholders' Agreement ................................................................. 68

ARTICLE XLII     MISCELLANEOUS PROVISIONS ........................................... 68

42.1    Title to Assets ................................................................................. 68

42.2    Discharge and Release of Claims and Termination of Equity Interests ............. 69

42.3    Injunction on Claims ........................................................................ 70

42.4    Integral to Plan ................................................................................ 71

42.5    Releases by the Debtors .................................................................... 71

42.6    Releases by Holders of Claims and Equity Interests ......................... 71

42.7    Injunction Related to Releases .......................................................... 72

42.8    Exculpation ...................................................................................... 72

42.9    Bar Order .......................................................................................... 73

42.10   Deemed Consent ............................................................................... 73

42.11   No Waiver ........................................................................................ 73

42.12   Supplemental Injunction ................................................................... 74

# TABLE OF CONTENTS
## (continued)

42.13   Term of Existing Injunctions or Stays .................................................................. 74

42.14   Payment of Statutory Fees .................................................................................... 75

42.15   Post-Effective Date Fees and Expenses ............................................................... 75

42.16   Exemption from Transfer Taxes ........................................................................... 75

42.17   Withdrawal of Equity Committee Adversary Proceeding ................................... 75

42.18   Payment of Fees and Expenses of Certain Creditors .......................................... 75

42.19   Severability ........................................................................................................... 76

42.20   Governing Law ..................................................................................................... 76

42.21   Notices .................................................................................................................. 76

42.22   Closing of Case .................................................................................................... 77

42.23   Section Headings ................................................................................................. 77

42.24   Inconsistencies ..................................................................................................... 78

Washington Mutual, Inc. and WMI Investment Corp. hereby propose the following joint chapter 11 plan pursuant to section 1121(a) of the Bankruptcy Code:

# ARTICLE I

# DEFINITIONS

As used in the Plan, the following terms shall have the respective meanings specified below and be equally applicable to the singular and plural of the terms defined:

1.1 **Acquisition JPMC Entities:** JPMC in its capacity as the "Acquiring Bank" pursuant to the Purchase and Assumption Agreement and each former subsidiary of WMB acquired pursuant to the Purchase and Assumption Agreement (including each entity into which such former subsidiary may have been merged, consolidated or liquidated), together with JPMC in its capacity as the "Purchaser" pursuant to the Purchase and Assumption Agreement.

1.2 **Actions**: Collectively, the WMI Action, the JPMC Action, the Turnover Action, the Rule 2004 Inquiry and the Bankruptcy Stay Motions, together with any and all appeals therefrom, the Rule 2019 Appeal, and any proceeding arising from the motions, dated June 23, 2009, to withdraw the reference for the WMI Action and the JPMC Action, respectively.

1.3 **Additional Common Stock**: The additional shares of duly authorized common stock of Reorganized WMI to be issued as of the Effective Date or as soon thereafter as is practicable on account of the Rights Offering, the number and par value of which shall be disclosed by the Debtors pursuant to written notice at least three (3) Business Days before the date of the hearing on the Disclosure Statement.

1.4 **Admin Account**: That certain account identified as Account No. xxxxxx1206, identified by WMI as having a balance as of the Petition Date in the approximate amount of Fifty Two Million Six Hundred Thousand Dollars ($52,600,000.00).

1.5 **Administrative Claim Bar Date**: Unless otherwise ordered by the Bankruptcy Court, the date established by the Bankruptcy Court and set forth in the Confirmation Order as the last day to file proof of Administrative Expense Claims, which date shall be no more than ninety (90) days after the Effective Date, after which date, any proof of Administrative Expense Claim not filed shall be deemed forever barred, and the Debtors, the Reorganized Debtors, and the Liquidating Trust shall have no obligation with respect thereto; provided, however, that no proof of Administrative Expense Claim shall be required to be filed if such Administrative Expense Claim shall have been incurred (i) in accordance with an order of the Bankruptcy Court or (ii) with the consent of the Debtors and in the ordinary course of the Debtors' operations.

1.6 **Administrative Expense Claim**: A Claim constituting a cost or expense of administration of the Chapter 11 Cases asserted or authorized to be asserted, on or prior to the Administrative Claim Bar Date, in accordance with sections 503(b) and 507(a)(2) of the Bankruptcy Code arising during the period up to and including the Effective Date, including, without limitation, (i) any actual and necessary cost and expense of preserving the estates of the

Debtors, (ii) any actual and necessary cost and expense of operating the businesses of the Debtors in Possession, (iii) any post-Petition Date loan or advance extended by one Debtor to the other Debtor, (iv) any cost and expense of the Debtors in Possession for the management, maintenance, preservation, sale, or other disposition of any assets, (v) the administration and implementation of the Plan, (vi) the administration, prosecution, or defense of Claims by or against the Debtors and for distributions under the Plan, (vii) any guarantee or indemnification obligation extended by the Debtors in Possession, (viii) any Claim for compensation and reimbursement of expenses arising during the period from and after the Petition Date and prior to the Effective Date and awarded by the Bankruptcy Court in accordance with section 328, 330, 331, or 503(b) of the Bankruptcy Code or otherwise in accordance with the provisions of the Plan, whether fixed before or after the Effective Date, (ix) any fee or charge assessed against the Debtors' estates pursuant to section 1930, chapter 123, title 28, United States Code, and (x) any tort or extracontractual claims against the Debtors in Possession.

       1.7    **Affiliate:** With respect to any specified Entity, any other Person that directly, or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with, such specified entity.

       1.8    **Affiliated Banks:** WMB and FSB.

       1.9    **Allowed Administrative Expense Claim**: An Administrative Expense Claim, to the extent it is or has become an Allowed Claim.

       1.10    **Allowed CCB-1 Guarantees Claim**: A CCB-1 Guarantees Claim, to the extent set forth on Exhibit "A" hereto.

       1.11    **Allowed CCB-2 Guarantees Claim**: A CCB-2 Guarantees Claim, to the extent set forth on Exhibit "B" hereto.

       1.12    **Allowed Claim**: A Claim against any of the Debtors or the Debtors' estates, (i) proof of which was filed on or before the date designated by the Bankruptcy Court as the last date for filing such proof of claim against any such Debtor or such Debtor's estate, or (ii) if no proof of Claim has been timely filed, which has been or hereafter is listed by such Debtor in its Schedules as liquidated in amount and not disputed or contingent, in each such case in clauses (i) and (ii) above, a Claim as to which no objection to the allowance thereof, or action to equitably subordinate or otherwise limit recovery with respect thereto, has been interposed within the applicable period of limitation fixed by the Plan, the Bankruptcy Code, the Bankruptcy Rules, or a Final Order, or as to which an objection has been interposed and such Claim has been allowed in whole or in part by a Final Order. For purposes of determining the amount of an "Allowed Claim," there shall be deducted therefrom an amount equal to the amount of any claim that the Debtors may hold against the holder thereof, to the extent such claim may be set off pursuant to applicable bankruptcy and non-bankruptcy law. Without in any way limiting the foregoing, "Allowed Claim" shall include any Claim arising from the recovery of property in accordance with sections 550 and 553 of the Bankruptcy Code and allowed in accordance with section 502(h) of the Bankruptcy Code, any Claim allowed under or pursuant to the terms of the Plan, or any Claim to the extent that it has been allowed pursuant to a Final Order; _provided_, _however_, that (i) Claims allowed solely for the purpose of voting to accept or

reject the Plan pursuant to an order of the Bankruptcy Court shall not be considered "Allowed Claims" hereunder unless otherwise specified herein or by order of the Bankruptcy Court, (ii) for any purpose under the Plan, "Allowed Claim" shall not include interest, penalties, or late charges arising from or relating to the period from and after the Petition Date, and (iii) "Allowed Claim" shall not include any Claim subject to disallowance in accordance with section 502(d) of the Bankruptcy Code.

1.13    **Allowed Convenience Claim**:  A Convenience Claim, to the extent it is or has become an Allowed Claim.

1.14    **Allowed General Unsecured Claim**:  A General Unsecured Claim, to the extent it is or has become an Allowed Claim.

1.15    **Allowed JPMC Assumed Liability Claim:**  A JPMC Assumed Liability Claim, to the extent it is or has become an Allowed Claim.

1.16    **Allowed PIERS Claim**:  A PIERS Claim, to the extent set forth on Exhibit "C" hereto.

1.17    **Allowed Priority Non-Tax Claim**:  A Priority Non-Tax Claim, to the extent it is or has become an Allowed Claim.

1.18    **Allowed Priority Tax Claim**:  A Priority Tax Claim, to the extent it is or has become an Allowed Claim.

1.19    **Allowed Senior Notes Claim**:  A Senior Notes Claim, to the extent set forth on Exhibit "D" hereto.

1.20    **Allowed Senior Subordinated Notes Claim**:  A Senior Subordinated Notes Claim, to the extent set forth on Exhibit "E" hereto.

1.21    **Allowed Subordinated Claim**:  A Subordinated Claim, to the extent it is or has become an Allowed Claim.

1.22    **Allowed Trustee Claim:**  A Trustee Claim, to the extent it is or has become an Allowed Claim.

1.23    **American Savings Escrow Funds:**  All funds held in escrow in connection with the American Savings Litigation, pursuant to that certain Escrow Agreement, dated December 20, 1996, by and among WMI, Keystone Holdings Partners, L.P., Escrow Partners, L.P. and The Bank of New York.

1.24    **American Savings Litigation:**  That certain litigation styled American Savings Bank, F.A. v. United States, No. 92-872C, currently pending in the United States Court of Federal Claims.

1.25    **Anchor Litigation**:  That certain litigation styled Anchor Savings Bank, FSB v. United States, No. 95-39C, currently pending in the United States Court of Federal

Claims, and on appeal in the United States Court of Appeals for the Federal Circuit, as <u>Anchor Savings Bank, FSB</u> v. <u>United States</u>, No. 2008-5175.5182.

1.26    **Appaloosa Parties**:  Appaloosa Management L.P. on behalf of Appaloosa Investment L.P. I, Palomino Fund Ltd., Thoroughbred Fund, L.P., Thoroughbred Master Ltd., and any other Affiliates who own securities issued by and/or have Claims against WMI.

1.27    **Assets**:  With respect to a Debtor, (i) all "property" of such Debtor's estate, as defined in section 541 of the Bankruptcy Code, including, without limitation, such property as is reflected on such Debtor's books and records as of the date of the Disclosure Statement Order (including, without limitation, received and anticipated "Net Tax Refunds," as defined in the Global Settlement Agreement) and certain Plan Contribution Assets transferred to such Debtor pursuant to the Global Settlement Agreement, unless modified pursuant to the Plan or a Final Order, and except as transferred pursuant to the Global Settlement Agreement and (ii) all claims and causes of action, and any subsequent proceeds thereof, that have been or may be commenced by such Debtor in Possession or other authorized representative for the benefit of such Debtor's estate, unless modified pursuant to the Plan or a Final Order, including, without limitation, any claim or cause of action pursuant to chapter 5 of the Bankruptcy Code.

1.28    **Aurelius Parties**:  Aurelius Capital Management, LP, on behalf of Aurelius Capital Master, Ltd., ACP Master, Ltd., Aurelius Convergence Master, Ltd. or other managed fund entities, and any other Affiliates who own securities issued by and/or have Claims against WMI.

1.29    **Avoidance Actions**:  Any and all avoidance, recovery, subordination or other actions or remedies against Entities that may be brought by or on behalf of a Debtor or its estate under the Bankruptcy Code or applicable non-bankruptcy law, including, without limitation, actions, settlements or remedies under sections 510, 542, 543, 544, 545, 547, 548, 549, 550, 551, 552 and 553 of the Bankruptcy Code.

1.30    **Backstop Commitment Agreement**:  That certain commitment agreement to be executed by and between the Debtors and the Backstop Purchasers in connection with the Rights Offering, which agreement shall be in form and substance reasonably satisfactory to the Creditors' Committee.

1.31    **Backstop Purchasers**:  One or more funds managed by the Appaloosa Parties, the Centerbridge Parties, the Owl Creek Parties and the Aurelius Parties.

1.32    **Ballot**:  The form distributed to each holder of an impaired Claim entitled to vote on the plan (as set forth herein), on which is to be indicated, among other things, acceptance or rejection of the Plan.

1.33    **Ballot Date**:  The date established by the Bankruptcy Court and set forth in the Disclosure Statement Order for the submission of Ballots and the election of alternative treatments pursuant to the terms and provisions of the Plan.

1.34    **Bankruptcy Code**:  The Bankruptcy Reform Act of 1978, as amended, to the extent codified in title 11, United States Code, as applicable to the Chapter 11 Cases.

1.35     **Bankruptcy Court**:  The United States Bankruptcy Court for the District of Delaware or such other court having jurisdiction over the Chapter 11 Cases.

1.36     **Bankruptcy Rules**:  The Federal Rules of Bankruptcy Procedure, as promulgated by the United States Supreme Court under section 2075 of title 28 of the United States Code, as applicable to the Chapter 11 Cases.

1.37     **Bankruptcy Stay Motions:**  The motions by the FDIC Receiver and JPMC to stay or dismiss the Turnover Action and the JPMC Action in favor of proceedings before the United States District Court for the District of Columbia in the WMI Action.

1.38     **Benefit Plan**:  Any employee welfare benefit plan, employee pension benefit plan, or a plan that is both an employee welfare benefit plan and an employee pension benefit plan within the meaning of Section 3(3) of ERISA, including, without limitation, those benefit plans listed on Exhibit "G" hereto, or any such similar employee benefit plan or arrangement that any of the Debtors maintained prior to the Petition Date; provided, however, that the term "Benefit Plan" does not include the WaMu Savings Plan (#002) and does not include any plan policy, or arrangement transferred to JPMC pursuant to the Global Settlement Agreement.

1.39     **BKK Liabilities:**  Any and all liabilities and obligations of the WMI Entities (other than WMI Rainier) for remediation or clean-up costs and expenses (and excluding tort and tort related liabilities, if any) in excess of applicable and available insurance arising from or relating to (i) the BKK Litigation, (ii) the Amended Consent Decree, dated March 6, 2006, entered in connection therewith, and (iii) that certain Amended and Restated Joint Defense, Privilege and Confidentiality Agreement, dated as of February 28, 2005, by and among the BKK Joint Defense Group, as defined therein.

1.40     **BKK Litigation**:  That certain litigation styled California Department of Toxic Substances Control, et al. v. American Honda Motor Co., Inc., et al., No. CV05-7746 CAS (JWJx), currently pending in the United States District Court for the Central District of California.

1.41     **BKK Proofs of Claim:**  The BKK Liabilities-related proofs of claim filed against the Debtors and the Debtors' chapter 11 estates numbered 2138, 2213, 2233, 2405, 2467, 2693 and 3148.

1.42     **Bond Claim:**  Any Claim against the Debtors set forth on Schedule 2.23 to the Global Settlement Agreement filed by any of the Bonding Companies, to the extent such Claim constitutes an Allowed JPMC Assumed Liability Claim.

1.43     **Bond Indemnity:**  That certain General Agreement of Indemnity, as amended, dated as of June 14, 1999, executed and delivered by WMI, pursuant to which, among other things, the Bonds were to be issued and WMI agreed to pay all losses and expenses of the Bonding Companies associated therewith.

1.44     **Bonding Companies:**  Safeco Insurance Company and such other insurance or bonding companies that issued Bonds pursuant to the Bond Indemnity.

1.45    **Bonds:**  The bonds issued by the Bonding Companies on behalf of one or more of the Affiliated Banks or their Affiliates, each as identified on Exhibit "D" to the Global Settlement Agreement, together with the numbers of the respective proofs of Claim that have been filed with the Bankruptcy Court in connection therewith.

1.46    **Business Day**:  A day other than a Saturday, Sunday, or any other day on which commercial banking institutions in New York, New York are required or authorized to close by law or executive order.

1.47    **Cash**:  Lawful currency of the United States, including, but not limited to, bank deposits, checks representing good funds, and other similar items.

1.48    **Cash Equivalents**:  Equivalents of Cash in the form of readily marketable securities or instruments issued by a person other than the Debtors, including, without limitation, readily marketable direct obligations of, or obligations guaranteed by, the United States of America, commercial paper of domestic corporations carrying a Moody's Rating of "A" or better, or equivalent rating of any other nationally recognized rating service, or interest-bearing certificates of deposit or other similar obligations of domestic banks or other financial institutions having a shareholders' equity or equivalent capital of not less than One Hundred Million Dollars ($100,000,000.00), having maturities of not more than one (1) year, at the then best generally available rates of interest for like amounts and like periods.

1.49    **Causes of Action**:  All Claims, actions, causes of action, rights to payment, choses in action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, remedies, rights of set-off, third-party claims, subrogation claims, contribution claims, reimbursement claims, indemnity claims, counterclaims, and cross claims (including, but not limited to, all claims for breach of fiduciary duty, negligence, malpractice, breach of contract, aiding and abetting, fraud, inducement, avoidance, recovery, subordination, and all Avoidance Actions) of any of the Debtors and/or their estates that are pending or may be asserted against any Entity on or after the date hereof, based in law or equity, including, but not limited to, under the Bankruptcy Code, whether known, unknown, reduced to judgment, not reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured and whether assented or assertable directly or derivatively, in law, equity or otherwise and whether asserted or unasserted as of the date of entry of the Confirmation Order.

1.50    **CCB-1 Guarantees**:  The guarantees issued and delivered by WMI in accordance with the terms and conditions of the CCB-1 Guarantee Agreements, and set forth on Exhibit "A" hereto.

1.51    **CCB-1 Guarantees Claim**:  An Unsecured Claim arising from or relating to the CCB-1 Guarantees.

1.52    **CCB-1 Guarantee Agreements**:  Those certain agreements titled "Guarantee of Washington Mutual, Inc.," dated as of November 1, 2007, pursuant to which WMI guaranteed payment of the obligations and liabilities of WMB under certain agreements and

related securities issued by the CCB Capital Trust IV, CCB Capital Trust V, CCB Capital Trust VII, and CCB Capital Trust VIII.

1.53 **CCB-1 Trustee**:  Wilmington Trust Company, as Trustee, or its duly appointed successor, solely in its capacity as trustee with regard to each of the CCB-1 Guarantee Agreements.

1.54 **CCB-2 Guarantees**:  The guarantees issued and delivered by WMI in accordance with the terms and conditions of the CCB-2 Guarantee Agreements, and set forth on Exhibit "B" hereto.

1.55 **CCB-2 Guarantees Claim**:  An Unsecured Claim arising from or relating to the CCB-2 Guarantees.

1.56 **CCB-2 Guarantee Agreements**:  Those certain agreements titled "Guarantee of Washington Mutual, Inc.," dated as of November 1, 2007, pursuant to which WMI guaranteed payment of the obligations and liabilities of WMB under certain agreements and related securities issued by the HFC Capital Trust I, CCB Capital Trust VI, and CCB Capital Trust IX.

1.57 **CCB-2 Trustees**:  Wilmington Trust Company, as Trustee, and Deutsche Bank Trust Company Americas, as Trustee, or their duly appointed successors, solely in their capacities as trustees with regard to each of the CCB-2 Guarantee Agreements.

1.58 **Centerbridge Parties:**  Centerbridge Partners, L.P., on behalf of Centerbridge Credit Advisors, LLC, Centerbridge Special Credit Advisors, LLC, and any other Affiliates who own securities issued by and/or have Claims against WMI.

1.59 **Chapter 11 Cases**:  The jointly administered cases commenced by the Debtors styled as In re Washington Mutual, Inc., et al. and being jointly administered in the Bankruptcy Court, Case No. 08-12229 (MFW), under chapter 11 of the Bankruptcy Code.

1.60 **Claim**:  Any right to payment or performance, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured, known or unknown or asserted or unasserted; or any right to an equitable remedy for breach or enforcement of performance, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured, and all debts, suits, damages, rights, remedies, losses, liabilities, obligations, judgments, actions, causes of action, demands, or claims of every kind or nature whatsoever, in law, at equity, or otherwise.

1.61 **Class**:  A category of holders of Claims or Equity Interests set forth in Article IV of the Plan.

1.62 **Common Equity Interest**:  An Equity Interest represented by the 3,000,000,000 authorized shares of common stock of WMI, including, without limitation, one of the 1,704,958,913 shares of common stock of WMI issued and outstanding as of the Petition

Date, or any interest or right to convert into such an Equity Interest or acquire any Equity Interest of WMI that was in existence immediately prior to or on the Petition Date.

1.63    **Confirmation Date**:  The date on which the Clerk of the Bankruptcy Court enters the Confirmation Order on the docket.

1.64    **Confirmation Hearing**:  The hearing conducted by the Bankruptcy Court pursuant to section 1128(a) of the Bankruptcy Code to consider confirmation of the Plan, as such hearing may be adjourned or continued from time to time.

1.65    **Confirmation Order**:  The order of the Bankruptcy Court confirming the Plan in accordance with section 1129 of the Bankruptcy Code, approving the compromise and settlement set forth in the Global Settlement Agreement and directing the consummation of the transactions contemplated therein, which order shall be in form and substance reasonably satisfactory to the Debtors, JPMC, the FDIC Receiver, FDIC Corporate, the Settlement Note Holders and the Creditors' Committee.

1.66    **Convenience Claim**:  A Claim equal to or less than Fifty Thousand Dollars ($50,000.00) or greater than Fifty Thousand Dollars ($50,000.00) but, with respect to which, the holder thereof voluntarily reduces such Claim to Fifty Thousand Dollars ($50,000.00) on the Ballot; provided, _however_, that, for purposes of the Plan and the distributions to be made hereunder, "Convenience Claim" shall not include (i) an Administrative Expense Claim, (ii) a Priority Tax Claim, (iii) a Priority Non-Tax Claim, (iv) a Senior Notes Claim, (v) a Senior Subordinated Notes Claim, (vi) any JPMC Assumed Liability Claim, (vii) a WMB Vendor Claim, (viii) a WMI Vendor Claim, (ix) a CCB-1 Guarantees Claim, (x) a CCB-2 Guarantees Claim, (xi) a PIERS Claim, (xii) a Subordinated Claim, and (xiii) any other Claim that is a component of a larger Claim, portions of which may be held by one or more holders of Allowed Claims.

1.67    **Creditor**:  Any Entity holding a Claim against one or more of the Debtors or the Debtors' estates or, pursuant to section 102(2) of the Bankruptcy Code, against property of the Debtors, including, without limitation, a Claim against either one of the Debtors or Debtors in Possession of a kind specified in section 502(g), 502(h), or 502(i) of the Bankruptcy Code.

1.68    **Creditor Cash**:  On the Effective Date (or as soon as practicable thereafter when the Disbursing Agent is prepared to make its initial distribution pursuant to Section 31.1 of the Plan), the excess, if any, of (i) all Cash and Cash Equivalents to be distributed in accordance with the Plan over (ii) such amounts of Cash (a) reasonably determined by the Disbursing Agent as necessary to satisfy, in accordance with the terms and conditions of the Plan, Allowed Administrative Expense Claims, Allowed Priority Tax Claims (to the extent necessary), Allowed Priority Non-Tax Claims, Allowed Convenience Claims, Trustee Claims, the fees and expenses owed to certain Creditors' professionals pursuant to Section 42.18 herein, and fees and expenses of the Disbursing Agent as of the Effective Date, (b) necessary to fund the Liquidating Trust in accordance with Article XXVII of the Plan, as reasonably determined by the Debtors (c) necessary to make pro rata distributions to holders of Disputed Claims as if such Disputed Claims were, at such time, Allowed Claims, (d) necessary to make pro rata distributions to holders of Administrative Expense Claims that have not yet been filed or

Allowed as of the Effective Date, and (e) such other amounts reasonably determined by the Disbursing Agent (in consultation with the Liquidating Trustee) as necessary to fund the ongoing operations of the Liquidating Trust during the period from the Effective Date up to and including such later date as the Disbursing Agent shall reasonably determine.

1.69 **Creditors' Committee**: The official committee of unsecured creditors appointed in the Chapter 11 Cases pursuant to section 1102(a) of the Bankruptcy Code.

1.70 **Debtors**: WMI and WMI Investment.

1.71 **Debtors' Claims**: The proof of claim filed by the Debtors and each of WMI's direct and indirect non-banking subsidiaries, on December 30, 2008, with the FDIC Receiver in connection with WMB's receivership, asserting claims on behalf of the Debtors' chapter 11 estates, and as asserted in the WMI Action.

1.72 **Debtors in Possession**: The Debtors as debtors in possession pursuant to sections 1101(1), 1107(a), and 1108 of the Bankruptcy Code.

1.73 **Dime Inc. :** Dime Bancorp, Inc.

1.74 **Dime Warrants:** Those certain Litigation Tracking Warrants™ for shares of Dime Inc. common stock based on the value of the recovery in the Anchor Litigation, which warrants, as a result of the merger of Dime Inc. into WMI, are now exchangeable for and into shares of Common Equity Interests in WMI upon certain conditions.

1.75 **Disbursing Agent**: With respect to (a) the initial distribution of (i) Cash pursuant to Article III of the Plan to holders of Allowed Administrative Expense Claims and, to the extent applicable, Allowed Priority Tax Claims as of the Effective Date, (ii) Cash to holders of Allowed Priority Non-Tax Claims as of the Effective Date, (iii) Cash to holders of Allowed Convenience Claims, Allowed WMI Claims, Trustee Claims, and the fees and expenses owed to certain Creditors' professionals pursuant to Section 42.18 herein, in each case as of the Effective Date and (iv) Creditor Cash pursuant to Section 31.1 of the Plan, the Reorganized Debtors or to such other Entity designated in the Confirmation Order and (b) with respect to all subsequent distributions, the Liquidating Trustee or any Entity in its capacity as a disbursing agent.

1.76 **Disclosure Statement**: The disclosure statement relating to the Plan and approved by the Bankruptcy Court pursuant to section 1125 of the Bankruptcy Code.

1.77 **Disclosure Statement Order**: The Final Order of the Bankruptcy Court approving the Disclosure Statement in accordance with section 1125 of the Bankruptcy Code.

1.78 **Disputed Accounts**: The amounts and intercompany balances identified with the account numbers set forth on Exhibit "E" to the Global Settlement Agreement.

1.79 **Disputed Claim**: A Claim against the Debtors, to the extent the allowance of such Claim is the subject of a timely objection or request for estimation in accordance with the Plan, the Bankruptcy Code, the Bankruptcy Rules, or the Confirmation Order, or is otherwise disputed by the Debtors in accordance with applicable law, and which

objection, request for estimation, or dispute has not been withdrawn, with prejudice, or determined by a Final Order.

1.80    **Effective Date**:  The first (1st) Business Day on which (i) the Confirmation Order is a Final Order, (ii) all of the conditions precedent to confirmation of the Plan specified in Section 37.1 of the Plan shall have been satisfied or waived, as provided in Section 37.2 of the Plan, and (iii) all the conditions precedent to the effectiveness of the Plan specified in Section 38.1 of the Plan shall have been satisfied or waived as provided in Section 38.2 of the Plan.

1.81    **Entity**:  A Person, a corporation, a general partnership, a limited partnership, a limited liability company, a limited liability partnership, an association, a joint stock company, a joint venture, an estate, a trust, an unincorporated organization, a governmental unit or any subdivision thereof, including, without limitation, the office of the United States Trustee, or any other entity.

1.82    **Equity Committee**:  The official committee of equity security holders appointed in the Chapter 11 Cases.

1.83    **Equity Committee Adversary Proceeding:**  The adversary proceeding commenced in the Chapter 11 Cases by the Equity Committee, styled Official Committee of Equity Security Holders v. Washington Mutual, Inc., Adversary Pro. No. 10-50731 (MFW).

1.84    **Equity Interest**:  The interest of any holder of one or more equity securities of WMI (including, without limitation, voting rights, if any, related to such equity securities) represented by issued and outstanding shares of common or preferred stock or other instrument evidencing a present ownership interest in WMI, whether or not transferable, or any option, warrant, or right, contractual or otherwise, to acquire any such interest, including, without limitation, unvested restricted stock.

1.85    **FDIC Claim**:  The proof of Claim filed by the FDIC Receiver against the Debtors and the Debtors' estates, in an unliquidated amount, which was assigned claim number 2140.

1.86    **FDIC Corporate:**  The Federal Deposit Insurance Corporation, in its corporate capacity.

1.87    **FDIC Receiver**:  The Federal Deposit Insurance Corporation, in its capacity as receiver for WMB.

1.88    **FDIC Stay Relief Motion:**  That certain Motion of the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, for an Order Modifying the Automatic Stay, filed by the FDIC Receiver in the Chapter 11 Cases, dated November 4, 2009 [Docket No. 1834], seeking relief from the automatic stay pursuant to section 362 of the Bankruptcy Code in order to exercise rights pursuant to Section 9.5 of the Purchase and Assumption Agreement.

1.89    **Final Order**:  An order or judgment of a court of competent jurisdiction that has been entered on the docket maintained by the clerk of such court and has not been reversed, vacated, or stayed and as to which (i) the time to appeal, petition for certiorari, or move for a new trial, reargument, or rehearing has expired and as to which no appeal, petition for certiorari, or other proceedings for a new trial, reargument, or rehearing shall then be pending or, (ii) if an appeal, writ of certiorari, new trial, reargument, or rehearing thereof has been sought, (a) such order or judgment shall have been affirmed by the highest court to which such order was appealed, certiorari shall have been denied, or a new trial, reargument, or rehearing shall have been denied or resulted in no modification of such order and (b) the time to take any further appeal, petition for certiorari, or move for a new trial, reargument, or rehearing shall have expired; provided, however, that the possibility that a motion under Rule 60 of the Federal Rules of Civil Procedure, or any analogous rule under the Bankruptcy Rules or the Local Bankruptcy Rules, may be filed relating to such order shall not prevent such order from being a Final Order, except as provided in the Federal Rules of Appellate Procedure, the Bankruptcy Rules, or the Local Bankruptcy Rules.

1.90    **FSB:**  Washington Mutual Bank fsb.

1.91    **General Unsecured Claim**:  An Unsecured Claim against the Debtors other than a Senior Notes Claim, a Senior Subordinated Notes Claim, a JPMC Assumed Liability Claim, a WMB Vendor Claim, a WMI Vendor Claim, a CCB-1 Guarantees Claim, a CCB-2 Guarantees Claim, a PIERS Claim, a Convenience Claim, a Trustee Claim or a Subordinated Claim, including, without limitation, any portion of a larger claim to the extent such portion does not relate to JPMC Assumed Liabilities.

1.92    **Global Settlement Agreement**:  That certain Settlement Agreement, to be executed by and among the Debtors, JPMC, the FDIC Receiver, FDIC Corporate, the Settlement Note Holders, and the Creditors' Committee, together with all exhibits annexed thereto, setting forth the compromise and settlement between the parties of, among other things, (i) the WMI Action, (ii) the JPMC Action, (iii) the Turnover Action, (iv) the Rule 2004 Inquiry, (v) the Debtors' Claims, (vi) the JPMC Claims, (vii) the FDIC Claim, and (viii) the asserted transfer of the Trust Preferred Securities and the consequent issuance of the REIT Series, substantially in the form annexed hereto as Exhibit "I".

1.93    **Guarantee Agreements**:  The CCB-1 Guarantee Agreements, CCB-2 Guarantee Agreements, and PIERS Guarantee Agreement.

1.94    **Indentures**:  The Senior Notes Indenture, the Senior Subordinated Notes Indenture, and the Junior Subordinated Notes Indenture.

1.95    **Intercompany Claim**:  A Claim against any of the WMI Entities held by another of the WMI Entities; provided, however, that "Intercompany Claim" does not include any PIERS Claim.

1.96    **Intercompany Notes**:  Those certain intercompany notes set forth on Exhibit "V" to the Global Settlement Agreement.

1.97    **IRC**:  The  Internal Revenue Code of 1986, as amended from time to time.

1.98 **IRS**:  The Internal Revenue Service, an agency of the United States Department of Treasury.

1.99 **JPMC**:  JPMorgan Chase Bank, N.A.

1.100 **JPMC Action**:  The adversary proceeding commenced in the Chapter 11 Cases by JPMC, styled JPMorgan Chase Bank, N.A. v. Washington Mutual, Inc., et al., Adversary Pro. No. 09-5551 (MFW).

1.101 **JPMC Assumed Liabilities:**  Collectively, and except as otherwise set forth in the Global Settlement Agreement, the obligations, undertakings and liabilities expressly assumed by JPMC and the Acquisition JPMC Entities in the Global Settlement Agreement, as follows:  (a) to the extent payment or performance of such liability or obligation arising from or relating to the period from and after the effective date of the Global Settlement Agreement, all obligations, undertakings and liabilities relating to such payment or performance, and (b) to the extent payment or performance of such liability or obligation was due during the period prior to the effective date of the Global Settlement Agreement, all obligations, undertakings and liabilities relating to such payment or performance to the extent of, and in the amounts of, the contractual obligations, undertakings and liabilities arising from or relating to such obligations, undertakings and liabilities; provided, however, that, for purposes of clause (b) above, or to the extent that the delay in payment or performance thereof was due to the actions or inactions, as the case may be, of the WMI Entities, "JPMC Assumed Liabilities" shall not include (i) any damages or compensation for any default, failure to perform or delay in the performance or payment of any obligations, undertakings, or liabilities in connection with such assets or agreements, whether or not provided for in any agreement, document, applicable provision of law or otherwise, (ii) any damages, losses, liabilities, claims or causes of action that are based in tort or on any statute, regulation, rule or principle of applicable or common law or promulgated by governmental or regulatory authority or agency, or that otherwise are extra contractual, (iii) any special, exemplary, consequential or punitive damages, or (iv) Taxes other than Taxes that JPMC has specifically agreed to pay pursuant to Section 2.4 of the Global Settlement Agreement.

1.102 **JPMC Assumed Liability Claim:**  A Claim arising from or relating to a JPMC Assumed Liability.

1.103 **JPMC Claims**:  The proofs of Claim filed by JPMC against the Debtors and the Debtors' estates, as listed in Exhibit "A" to the Global Settlement Agreement and, as resolved, in accordance with Section 2.22 of the Global Settlement Agreement.

1.104 **JPMC Entities**:  JPMC, collectively with those of its Affiliates that have filed proofs of Claims against the Debtors or that are Acquisition JPMC Entities.

1.105 **JPMC Policies:**  All BOLI/COLI policies and the proceeds thereof set forth on Exhibit "N" to the Global Settlement Agreement and all CCBI split dollar policies set forth on Exhibit "O" to the Global Settlement Agreement.

1.106 **JPMC Rabbi Trust/Policy Claim:**  Any Claim against the Debtors and their chapter 11 estates set forth on Schedule 2.9(a) to the Global Settlement Agreement filed by

a beneficiary of the JPMC Rabbi Trusts or the JPMC Policies, to the extent such Claim constitutes an Allowed JPMC Assumed Liability Claim and to the extent payable, in whole or in part, by the Debtors or the Debtors' chapter 11 estates.

1.107 **JPMC Rabbi Trusts**: The "rabbi trusts" set forth on Exhibit "M" to the Global Settlement Agreement, including all assets therein.

1.108 **Junior Subordinated Notes Indenture**: That certain Indenture, dated as of April 30, 2001, as supplemented by that certain First Supplemental Indenture, dated as of April 30, 2001, between WMI and The Bank of New York, as Trustee.

1.109 **Lakeview Plan**: That certain Retirement Income Plan for the Salaried Employees of Lakeview Savings Bank, which plan is intended to satisfy the tax requirements of Section 401 of the IRC and is sponsored by WMI.

1.110 **Lien**: Any charge against or interest in property to secure payment of a debt or performance of an obligation.

1.111 **Liquidating Trust**: The Entity to be created on or after the Confirmation Date in accordance with the provisions of Article XXVII hereof and the Liquidating Trust Agreement, for the benefit of holders of Allowed Senior Notes Claims, Allowed Senior Subordinated Notes Claims, Allowed General Unsecured Claims, Allowed CCB-1 Guarantees Claims, Allowed CCB-2 Guarantees Claims, Allowed PIERS Claims, Allowed Subordinated Claims and, in certain circumstances, Preferred Equity Interests and REIT Series, in accordance with the terms and provisions of the Plan.

1.112 **Liquidating Trust Agreement**: The Liquidating Trust Agreement, substantially in the form contained in the Plan Supplement, pursuant to which the Liquidating Trustee shall manage and administer the Liquidating Trust Assets and distribute the proceeds thereof, if any.

1.113 **Liquidating Trust Assets**: From and after the Effective Date, all Assets of the Debtors (including, without limitation, certain Plan Contribution Assets) except (i) Cash to be distributed by the Reorganized Debtors as Disbursing Agent to holders of Allowed Administrative Expense Claims, Allowed Priority Tax Claims (to the extent applicable), Allowed Priority Non-Tax Claims, Allowed Convenience Claims, WMI Vendor Claims, Allowed Trustee Claims, and the fees and expenses owed to certain Creditors' professionals pursuant to Section 42.18 herein, in each case as of the Effective Date, (ii) Cash necessary to reimburse the Reorganized Debtors for fees and expenses incurred in connection with initial distributions made by the Reorganized Debtors as Disbursing Agent, (iii) Creditor Cash on the Effective Date, (iv) the equity interests in WMI Investment (all the assets of which, for the avoidance of doubt, shall be contributed to the Liquidating Trust, including any Intercompany Claims), WMMRC and WMB, and (v) Cash received on account of the Rights Offering.

1.114 **Liquidating Trust Beneficiaries**: The holders of Allowed Senior Notes Claims, Allowed Senior Subordinated Notes Claims, Allowed General Unsecured Claims, Allowed CCB-1 Guarantees Claims, Allowed CCB-2 Guarantees Claims, Allowed PIERS Claims and, in certain circumstances, Allowed Subordinated Claims, Preferred Equity Interests

and REIT Series, to the extent such holders have received Liquidating Trust Interests under the Plan.

1.115 **Liquidating Trust Claims Reserve**: Any Liquidating Trust Assets allocable to, or retained on account of, Disputed Claims, even if held in commingled accounts.

1.116 **Liquidating Trustee**: Such Entity jointly appointed by the Debtors and the Creditors' Committee, on or before the Effective Date, to administer the Liquidating Trust in accordance with the terms and provisions of Article XXVII hereof and the Liquidating Trust Agreement; provided, however, that under no circumstance shall the Liquidating Trustee be a director or officer with respect to any Entity over which the Liquidating Trust has control.

1.117 **Liquidating Trust Interests**: The beneficial interests in the Liquidating Trust allocable to certain holders of Allowed Claims and Equity Interests in accordance with the terms and conditions of Article XXVII of the Plan (which shall not be certificated or transferable, except by law of descent or distribution).

1.118 **Local Bankruptcy Rules**: The Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, as amended from time to time.

1.119 **Other Benefit Plan Claim**: Any Claim against the Debtors set forth on Schedule 2.9(c) to the Global Settlement Agreement filed by a beneficiary of a benefit plan listed on Exhibit "P" to the Global Settlement Agreement, to the extent such Claim constitutes an Allowed JPMC Assumed Liability Claim.

1.120 **Other Subordinated Claim**: A Claim determined pursuant to a Final Order to be subordinated in accordance with section 510(b), to the extent that such Claim related to the purchase or sale of a debt security (rather than an equity security) or 510(c) of the Bankruptcy Code; provided, however, that "Other Subordinated Claim" shall not include the Allowed Senior Notes Claims, Allowed Senior Subordinated Notes Claims, Allowed JPMC Assumed Liability Claims, Allowed WMB Vendor Claims, WMI Vendor Claims, Allowed General Unsecured Claims, Allowed Convenience Claims, Allowed CCB-1 Guarantees Claims, Allowed CCB-2 Guarantees Claims, Allowed PIERS Claims, and Allowed Trustee Claims; and provided further that, any Claim related to the purchase or sale of an equity security that is subordinated in accordance with section 510(b) of the Bankruptcy Code shall be classified with and receive the treatment provided for the REIT Series, Preferred Equity Interests, or Common Equity Interests, as appropriate.

1.121 **Owl Creek Parties**: Owl Creek Asset Management, L.P., on behalf of Owl Creek I, L.P., Owl Creek II, L.P., Owl Creek Overseas Fund, Ltd., Owl Creek Socially Responsible Investment Fund, Ltd., Owl Creek Asia I, L.P., Owl Creek Asia II, L.P., Owl Creek Asia Master Fund, Ltd. and any other Affiliates who own securities issued by and/or have Claims against WMI.

1.122 **Penalty Claim**: A Claim for a fine, penalty, forfeiture, or for multiple, exemplary, or punitive damages, or otherwise not predicated upon compensatory damages, that

is subject to subordination in accordance with section 726(a)(4) of the Bankruptcy Code or otherwise, as determined pursuant to a Final Order.

1.123 **Person**: An individual, partnership, corporation, limited liability company, cooperative, trust, unincorporated organization, association, joint venture, government, or agency or political subdivision thereof, or any other form of legal entity.

1.124 **Petition Date**: September 26, 2008, the date on which each of the respective Debtors filed its voluntary petition for relief commencing the Chapter 11 Cases.

1.125 **PIERS Claim**: An Unsecured Claim arising from or related to the PIERS Trust Agreement, the PIERS Guarantee Agreement and the Junior Subordinated Notes Indenture, on account of the PIERS Common Securities or the PIERS Preferred Securities.

1.126 **PIERS Common Securities**: The common securities set forth on Exhibit "C" hereto.

1.127 **PIERS Guarantee Agreement**: That certain Guarantee Agreement, dated as of April 30, 2001, as amended by that certain Amendment No. 1 to the Guarantee Agreement, dated as of May 16, 2001, between WMI, as Guarantor, and The Bank of New York, as Guarantee Trustee.

1.128 **PIERS Preferred Securities**: The preferred securities set forth on Exhibit "C" hereto.

1.129 **PIERS Trust Agreement**: That certain Amended and Restated Declaration of Trust, Washington Mutual Capital Trust 2001, dated as of April 30, 2001.

1.130 **PIERS Subscription Rights:** The Subscription Rights allocated to holders of PIERS Claims, to be purchased pursuant to the Rights Offering on the terms and subject to the conditions set forth in Article XXXIII of the Plan, the amount of which Subscription Rights shall be disclosed by the Debtors pursuant to a written notice provided at least three (3) Business Days before the date of the hearing on the Disclosure Statement.

1.131 **PIERS Trustee**: Wells Fargo Bank, National Association, solely in its capacity as successor in interest to The Bank of New York Mellon Trust Company, solely in its capacity as successor in interest to The Bank of New York, or its duly appointed successor, as Trustee and as Guarantee Trustee, solely in its capacity as trustee with regard to the Junior Subordinated Notes Indenture and the PIERS Guarantee Agreement.

1.132 **Plan**: This Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code, including, without limitation, the exhibits and schedules hereto, as the same may be amended, supplemented, or modified from time to time in accordance with the provisions of the Bankruptcy Code and the terms hereof.

1.133 **Plan Contribution Assets:** All right, title and interest of the WMI Entities, the JPMC Entities, the FDIC Receiver and FDIC Corporate in and to the assets set forth on Exhibit "G" to the Global Settlement Agreement.

1.134 **Plan Supplement**:  A separate volume, to be filed with the clerk of the Bankruptcy Court, including, among other documents, forms of (i) the Liquidating Trust Agreement, (ii) the Reorganized Debtors By-laws, (iii) the Reorganized Debtors' Certificates of Incorporation, and (iv) a list of executory contracts and unexpired leases to be rejected pursuant to Section 35.1 of the Plan which, in each case, shall be in form and substance satisfactory to the Settlement Note Holders and the Creditors' Committee.  The Plan Supplement (containing drafts or final versions of the foregoing documents) shall be filed with the clerk of the Bankruptcy Court as soon as practicable (but in no event later than fifteen (15) days) prior to the Ballot Date, or on such other date as the Bankruptcy Court establishes.

1.135 **Postpetition Interest Claim**:  A Claim against any of the Debtors or the Debtors' estates for interest accrued during the period from Petition Date up to and including the Effective Date in respect of an outstanding obligation or liability that is the subject of an Allowed Claim, calculated at the contract rate set forth in any agreement related to such Allowed Claim or, if no such rate or contract exists, at the federal judgment rate.

1.136 **Preferred Equity Interest**:  An Equity Interest represented by an issued and outstanding share of preferred stock of WMI prior to or on the Petition Date, including, without limitation, those certain (i) Series K Perpetual Non-Cumulative Floating Rate Preferred Stock and (ii) Series R Non-Cumulative Perpetual Convertible Preferred Stock, but not including the REIT Series.

1.137 **Priority Non-Tax Claim**:  A Claim entitled to priority in payment pursuant to section 507(a)(4), 507(a)(5), 507(a)(7), or 507(a)(9) of the Bankruptcy Code.

1.138 **Priority Tax Claim**:  A Claim of a governmental unit against the Debtors of the kind entitled to priority in payment pursuant to sections 502(i) and 507(a)(8) of the Bankruptcy Code.

1.139 **Pro Rata Share**:  With respect to Allowed Claims (i) within the same Class, the proportion that an Allowed Claim bears to the sum of all Allowed Claims within such Class, and (ii) among all Classes, the proportion that a Class of Allowed Claims bears to the sum of all Allowed Claims, without regard to subordination; provided, however, that, notwithstanding the foregoing, for purposes of distributing Creditor Cash and Liquidating Trust Interests, "Pro Rata Share" shall not include Administrative Expense Claims, Priority Tax Claims, Priority Non-Tax Claims, JPMC Assumed Liability Claims, WMB Vendor Claims, WMI Vendor Claims, Convenience Claims, Subordinated Claims and Trustee Claims.  With respect to redistributions of Liquidating Trust Interests to holders of Allowed Subordinated Claims, the proportion that an Allowed Subordinated Claim bears to the sum of all Allowed Subordinated Claims.  With respect to Equity Interests (i) within the same Class, the proportion that an Equity Interest bears to the sum of all Equity Interests within such Class, and (ii) among all Classes, the proportion that a Class of Equity Interests bears to the sum of all Equity Interests; provided, however, that, notwithstanding the foregoing, for purposes of redistributing Liquidating Trust Interests, "Pro Rata Share" shall not include Dime Warrants or Common Equity Interests.

1.140 **Purchase and Assumption Agreement**: That certain Purchase and Assumption Agreement, Whole Bank, dated September 25, 2008, between the FDIC Receiver, FDIC Corporate, and JPMC, as amended, modified or supplemented prior to the date hereof.

1.141 **Qualified Plan Claim:** Any Claim against the Debtors and their chapter 11 estates set forth on Schedule 2.10 to the Global Settlement Agreement filed by any Person arising from or relating to the WaMu Pension Plan or the Lakeview Plan, to the extent such Claim constitutes an Allowed JPMC Assumed Liability Claim.

1.142 **Receivership:** WMB's receivership.

1.143 **Record Date**: The date or dates established by the Bankruptcy Court in the Disclosure Statement Order for the purpose of determining the holders of Allowed Claims entitled to vote on and receive distributions pursuant to the Plan.

1.144 **Registry Funds:** The funds deposited into the registry of the Bankruptcy Court with respect to the American Savings Litigation.

1.145 **REIT Series**: Those certain (i) Series I Perpetual Non-Cumulative Fixed-to-Floating Preferred Stock, (ii) Series J Perpetual Non-Cumulative Fixed Rate Preferred Stock, (iii) Series L Perpetual Non-Cumulative Fixed-to-Floating Rate Preferred Stock, (iv) Series M Perpetual Non- Cumulative Fixed-to-Floating Rate Preferred Stock, and (v) Series N Perpetual Non-Cumulative Fixed-to-Floating Rate Preferred Stock.

1.146 **Related Actions:** The Actions, the Texas Litigation, any claims objection process with respect to the JPMC Claims or the FDIC Claim, or any similar proceeding that could have been brought in the Bankruptcy Court, the United States District Court for the District of Columbia or other court of competent jurisdiction, relating to the Debtors, the Receivership or the business, operations, assets or liabilities of the Debtors or their current or former Related Persons at any time prior to the date hereof, or any claims against the Receivership at any time prior to the date hereof, and all related proceedings thereto and appeals therefrom, including, but not limited to, the Rule 2004 Inquiry, the Rule 2019 Appeal and from orders of the Bankruptcy Court under Bankruptcy Rules 2004 and 2019.

1.147 **Related Persons:** With respect to any Entity, such predecessors, successors and assigns (whether by operation of law or otherwise) and their respective present and former Affiliates and each of their respective current and former members, partners, equity holders, officers, directors, employees, managers, shareholders, partners, financial advisors, attorneys, accountants, investment bankers, consultants, agents and professionals, or other representatives, nominees or investment managers, each acting in such capacity, and any Entity claiming by or through any of them (including their respective officers, directors, managers, shareholders, partners, employees, members and professionals).

1.148 **Released Claims:** Collectively, and except as otherwise provided herein or in the Global Settlement Agreement, (a) any and all WMI Released Claims, JPMC Released Claims, FDIC Released Claims, Settlement Note Released Claims and Creditors' Committee Released Claims, in each case as defined in the Global Settlement Agreement, and (b) any and all Claims released or deemed to be released pursuant to the Plan, in each case pursuant to

clauses (a) and (b) above, to the extent any such Claims arise in, relate to or have been or could have been asserted (i) in the Chapter 11 Cases, the Receivership or the Related Actions, (ii) that otherwise arise from or relate to any act, omission, event or circumstance relating to any WMI Entity, WMB, or any subsidiary or Affiliate or any WMI Entity or of WMB, or (iii) that otherwise arise from or relate to the Receivership, the Purchase and Assumption Agreement, the Chapter 11 Cases, the 363 Sale and Settlement as defined in the Global Settlement Agreement, the Plan and the negotiations and compromises set forth in the Global Agreement and the Plan, excluding however, in the case of clauses (a) and (b) hereof, any and all claims asserted pursuant to the JPMC Preserved Indemnification Rights as set forth and defined in Section 2.27 of the Global Settlement Agreement.

1.149 **Released Parties:** Collectively, each of the Debtors, the Reorganized Debtors, the Creditors' Committee and each of its members in their capacity as members of the Creditors' Committee and in their individual capacity as Trustees, the Liquidating Trust, the Liquidating Trustee, the JPMC Entities, the FDIC Receiver and FDIC Corporate, and the Settlement Note Holders, and each of their respective Related Persons.

1.150 **Reorganized Common Stock**: The shares of duly authorized common stock of Reorganized WMI to be issued as of the Effective Date on account of Allowed Senior Subordinated Notes Claims, the number and par value of which shall be determined by the Debtors, and shall be disclosed by the Debtors pursuant to a written notice at least three (3) Business Days before the date of the hearing on the Disclosure Statement.

1.151 **Reorganized Debtors**: The Debtors from and after the Effective Date.

1.152 **Reorganized Debtors By-Laws**: The respective by-laws of the Reorganized Debtors, which by-laws shall be in substantially the form included in the Plan Supplement and shall be in form and substance reasonably satisfactory to the Backstop Purchasers and the Creditors' Committee.

1.153 **Reorganized Debtors Certificates of Incorporation**: The respective Certificates of Incorporation of the Reorganized Debtors, which certificates shall be in substantially the form included in the Plan Supplement and shall be in form and substance reasonably satisfactory to the Backstop Purchasers and the Creditors' Committee.

1.154 **Reorganized WMI**: WMI, on and after the Effective Date, which shall include 100% of the equity interests of WMI Investment, WMMRC and WMB.

1.155 **Rights Offering**: The offering of the Subscription Rights to holders of Allowed PIERS Claims, as described in Article XXXIII of the Plan.

1.156 **Rights Offering Agent**: Kurtzman Carson Consultants.

1.157 **Rights Offering Record Date**: The Ballot Date.

1.158 **Rights Offering Trust Account**: The trust account or similarly segregated account or accounts maintained by the Debtors in accordance with Section 33.4 of the Plan, which account shall be separate and apart from the Debtors' general operating funds and/or

any other funds subject to any Lien or any cash collateral arrangement, and which account shall be for the sole benefit of Reorganized WMI.

1.159 **Rule 2004 Inquiry**: That certain discovery authorized by the Bankruptcy Court and conducted by the Debtors, pursuant to Bankruptcy Rule 2004, in order to facilitate the Debtors' inquiry into the existence of potential additional claims and causes of action of the Debtors and the Debtors' chapter 11 estates against JPMC.

1.160 **Rule 2019 Appeal:** The appeal filed on December 14, 2009 by the WMI Noteholders Group from the Bankruptcy Court order, dated December 2, 2009, granting JPMC's Motion to Compel the Washington Mutual, Inc. Noteholders Group to Comply with Rule 2019 of the Federal Rules of Bankruptcy.

1.161 **Schedules**: Collectively, the schedules of assets and liabilities, schedules of current income and expenditures, schedules of executory contracts and unexpired leases, and statements of financial affairs filed by the Debtors pursuant to section 521 of the Bankruptcy Code, Bankruptcy Rule 1007, and the Official Bankruptcy Forms in the Chapter 11 Cases, as may have been amended or supplemented through the Confirmation Date pursuant to Bankruptcy Rule 1007.

1.162 **Senior Notes**: The promissory notes and debentures issued and delivered by WMI in accordance with the terms and conditions of the Senior Notes Indenture and set forth on Exhibit "D" hereto.

1.163 **Senior Notes Claim**: An Unsecured Claim arising from or relating to the Senior Notes.

1.164 **Senior Notes Indenture**: That certain Senior Debt Securities Indenture, dated as of August 10, 1999, as supplemented by that certain First Supplemental Indenture and Second Supplemental Indenture, dated as of August 1, 2002 and November 20, 2002, respectively, between WMI and The Bank of New York, as Trustee.

1.165 **Senior Notes Indenture Trustee**: The Bank of New York Mellon Trust Company, solely in its capacity as successor in interest to The Bank of New York, solely in its capacity as successor in interest to Harris Trust and Savings Bank, as Trustee, or its duly appointed successor, solely in its capacity as indenture trustee with regard to the Senior Notes Indenture.

1.166 **Senior Subordinated Notes**: The promissory notes and debentures issued and delivered by WMI in accordance with the terms and conditions of the Senior Subordinated Notes Indenture and set forth on Exhibit "E" hereto.

1.167 **Senior Subordinated Notes Claim**: An Unsecured Claim arising from or relating to the Senior Subordinated Notes.

1.168 **Senior Subordinated Notes Indenture**: That certain Subordinated Debt Securities Indenture, dated as of April 4, 2000, as supplemented by that certain First

Supplemental Indenture and Second Supplemental Indenture, dated as of August 1, 2002 and March 16, 2004, respectively, between WMI and The Bank of New York, as Trustee.

1.169 **Senior Subordinated Notes Indenture Trustee**: Law Debenture Trust Company of New York, solely in its capacity as successor in interest to The Bank of New York Mellon Trust Company, solely in its capacity as successor in interest to The Bank of New York, solely in its capacity as successor in interest to Harris Trust and Savings Bank, as Trustee, or its duly appointed successor, solely in its capacity as indenture trustee with regard to the Senior Subordinated Notes Indenture.

1.170 **Settlement Note Holders:** Each of the Appaloosa Parties, the Centerbridge Parties, the Owl Creek Parties, and the Aurelius Parties, and certain funds managed by such parties.

1.171 **Stock Trading Order:** That certain Final Order Pursuant to Sections 105(a) and 362 of the Bankruptcy Code Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtors' Estates, dated November 18, 2008, entered by the Bankruptcy Court in the Chapter 11 Cases [Docket No. 315].

1.172 **Subordinated Claim**: A Penalty Claim or an Other Subordinated Claim.

1.173 **Subordination Model**: The model developed by Alvarez & Marsal LLC for the Debtors, a copy of which is attached hereto as Exhibit "H," which implements the Debtors' interpretation of the respective subordination provisions set forth on Exhibit "F".

1.174 **Subscription Expiration Date**: The Ballot Date, which shall be the final date by holders of Subscription Rights, as of the Rights Offering Record Date, may elect to subscribe to the Rights Offering.

1.175 **Subscription Form**: The form to be used by holders of Subscription Rights to exercise such Subscription Rights.

1.176 **Subscription Purchase Price**: The price per share of Additional Common Stock offered for purchase pursuant to the Rights Offering, which price shall be disclosed by the Debtors pursuant to a written notice at least three (3) Business Days before the date of the hearing on the Disclosure Statement.

1.177 **Subscription Right**: The right to subscribe for one share of Additional Common Stock at the Subscription Purchase Price on the terms and subject to the conditions set forth in Article XXXIII of the Plan.

1.178 **Tax Authority**: A federal, state, local, or foreign government, or agency, instrumentality, or employee thereof, court, or other body (if any) charged with the administration of any law relating to Taxes.

1.179 **Taxes**: All (i) federal, state, local, or foreign taxes, including, without limitation, all net income, alternative minimum, net worth or gross receipts, capital, value added, franchise, profits, and estimated taxes, and (ii) interest, penalties, fines, additions to tax or

additional amounts imposed by any Tax Authority or paid in connection with any item described in clause (i) hereof.

1.180 **Tax Refunds**: To the extent of the Debtors' rights, title and interest therein in whatever capacity, all refunds of Taxes of the Debtors and any consolidated, combined or unitary tax group of which the Debtors are members for taxable periods ended on or before December 31, 2009, including all of the Debtors' rights, title and interest in and with respect to any "Net Tax Refunds" as defined in the Global Settlement Agreement, including, without limitation, any interest received with respect to such refunds.

1.181 **Tax Return**: A return, declaration, form, election letter, report, statement, estimate, information return, or other information filed or required to be filed with respect to any Taxes, including any schedule or attachment thereto or amendment thereof, including any claim for a Tax Refund.

1.182 **Texas Litigation**: That certain litigation styled American National Insurance Company v. FDIC, Case No. 09-1743 (RMC), currently pending in the United States District Court for the District of Columbia.

1.183 **Transferred Intellectual Property:** The intellectual property listed on Exhibit "W" to the Global Settlement Agreement

1.184 **Treasury Regulations**: The United States Department of Treasury regulations promulgated under the IRC.

1.185 **Trust Advisory Board:** The trust advisory board provided for in the Liquidating Trust Agreement, to be selected jointly by the Debtors, the Creditors' Committee, and the Settlement Note Holders, which board shall have an oversight function with respect to the Liquidating Trust, and the composition of which may change only in accordance with the Liquidating Trust Agreement.

1.186 **Trustee Claims**: The Claims of the Senior Notes Indenture Trustee, Senior Subordinated Notes Indenture Trustee, CCB-1 Trustee, CCB-2 Trustees, and PIERS Trustee pursuant to the Senior Notes Indenture, Senior Subordinated Notes Indenture, CCB-1 Guarantee Agreements, CCB-2 Guarantee Agreements, and Junior Subordinated Notes Indenture and PIERS Guarantee Agreement, respectively, for reasonable fees and expenses, including, without limitation, reasonable attorneys' fees and expenses.

1.187 **Trustees**: The Senior Notes Indenture Trustee, Senior Subordinated Notes Indenture Trustee, CCB-1 Trustee, CCB-2 Trustees, and PIERS Trustee.

1.188 **Trust Preferred Securities**: Collectively, those certain (i) Washington Mutual Preferred (Cayman) I Ltd. 7.25% Perpetual Non-Cumulative Preferred Securities, Series A-1, (ii) Washington Mutual Preferred (Cayman) I Ltd. 7.25% Perpetual Non-Cumulative Preferred Securities, Series A-2, (iii) Washington Mutual Preferred Funding Trust I Fixed-to-Floating Rate Perpetual Non-Cumulative Trust Securities, (iv) Washington Mutual Preferred Funding Trust II Fixed-to-Floating Rate Perpetual Non-Cumulative Trust Securities, (v) Washington Mutual Preferred Funding Trust III Fixed-to-Floating Rate Perpetual Non-

Cumulative Trust Securities, and (vi) Washington Mutual Preferred Funding Trust IV Fixed-to-Floating Rate Perpetual Non-Cumulative Trust Securities.

1.189   **Turnover Action**:  The adversary proceeding commenced in the Chapter 11 Cases by the Debtors, styled Washington Mutual, Inc., et al. v. JPMorgan Chase Bank, N.A., Adversary Pro. No. 09-50934 (MFW).

1.190   **Unidentified Intellectual Property:**  The trademarks, patents, domain names and copyrighted materials (whether or not the subject of registration) that were used by WMB by license or otherwise, or were available for WMB's use, prior to the Petition Date, but are not listed on Exhibits "W" or "Y" to the Global Settlement Agreement.

1.191   **Unsecured Claim**:  A Claim against the Debtors, other than an Administrative Expense Claim, a Priority Tax Claim, a Priority Non-Tax Claim, a Convenience Claim, a Trustee Claim or a Subordinated Claim.

1.192   **Vendor Escrow:**  The escrow administered by WMI, or its successor in interest, containing Fifty Million Dollars ($50,000,000.00) paid by JPMC pursuant to the terms of the Global Settlement Agreement, which funds shall be used in connection with the satisfaction of WMI Vendor Claims and, upon payment of all such Claims and all fees and expenses associated with such escrow, which remaining funds shall be distributed equally to WMI and JPMC.

1.193   **Visa Claims:**  Any Claim against the Debtors set forth on Schedule 2.15(a) to the Global Settlement Agreement filed in connection with the Visa Shares or any litigation or agreement relating thereto, and the Claims asserted by VISA U.S.A. Inc. in its proof of claim filed against the Debtors and the Debtors' chapter 11 cases, Claim No. 2483, pertaining to the VISA Strategic Agreement to the extent such Claim constitutes an Allowed JPMC Assumed Liability Claim.

1.194   **Visa Shares**:  The 3.147 million Class B shares of Visa, Inc. held by the WMI Entities.

1.195   **WaMu Pension Plan**:  That certain WaMu Pension Plan, which plan is intended to satisfy the tax requirements of Section 401 of the IRC and is sponsored by WMI.

1.196   **WMB**:  Washington Mutual Bank.

1.197   **WMB Intellectual Property:**  The intellectual property listed on Exhibit "X" to the Global Settlement Agreement.

1.198   **WMB Recipient:**  The FDIC Receiver or such other Person designated, in writing, by the FDIC Receiver ten (10) Business Days prior to the effective date of the Global Settlement Agreement.

1.199   **WMB Vendor Claim:**  Any Claim against the Debtors and their chapter 11 estates filed by a vendor with respect to services, software licenses or goods provided to WMB and its subsidiaries (whether prior or subsequent to JPMC's acquisition of the assets of

WMB) pursuant to a contract or written agreement between WMB and/or its subsidiaries and such vendor.

1.200 **WMI**: Washington Mutual, Inc., a Debtor in these Chapter 11 Cases.

1.201 **WMI Accounts**: The accounts as set forth on Exhibit "E" to the Global Settlement Agreement that are not Disputed Accounts.

1.202 **WMI Action**: The litigation commenced by the Debtors against the FDIC, styled <u>Washington Mutual, Inc. and WMI Investment Corp.</u> v. <u>FDIC</u>, Case No. 09-00533, in the United States District Court for the District of Columbia.

1.203 **WMI Entities**: WMI, WMI Investment and any subsidiary or Affiliate as of the Petition Date of WMI or WMI Investment that is not WMB or a subsidiary of WMB.

1.204 **WMI Intellectual Property**: The intellectual property listed on Exhibit "Y" to the Global Settlement Agreement.

1.205 **WMI Investment**: WMI Investment Corp., a Debtor in these Chapter 11 Cases and, as applicable, WMI Investment Corp. as a reorganized entity from and after the Effective Date.

1.206 **WMI Medical Plan**: Washington Mutual, Inc. Flexible Benefits Plan.

1.207 **WMI Medical Plan Claim**: Any Claim against the Debtors and their chapter 11 estates filed by a beneficiary of the WMI Medical Plan, to the extent such Claim constitutes an Allowed JPMC Assumed Liability Claim.

1.208 **WMI Policies**: The BOLI/COLI policies and the proceeds thereof set forth on Exhibit "R" to the Global Settlement Agreement.

1.209 **WMI Rabbi Trust**: The "rabbi trust" listed on Exhibit "Q" to the Global Settlement Agreement, including all assets therein.

1.210 **WMI Vendor Claim**: Any Claim against WMI asserted by a vendor with respect to services, software licenses or goods asserted to have been provided by the counterparty to or for the benefit of WMB or any of its subsidiaries or minority investments operations prior to the Petition Date pursuant to an agreement between WMI and such vendor.

1.211 **WMI/WMB Intercompany Claim**: Any Claim against WMI, WMB, or one of WMB's subsidiaries held by WMI, WMB, or one of WMB's subsidiaries.

1.212 **WMMRC**: WM Mortgage Reinsurance Company.

1.213 **Other Definitions**: Unless the context otherwise requires, any capitalized term used and not defined herein or elsewhere in the Plan that is defined in the Bankruptcy Code shall have the meaning assigned to that term in the Bankruptcy Code. Unless otherwise specified, (a) all section, schedule, or exhibit references in the Plan are to the respective section

in, article of, or schedule or exhibit to, the Plan, as the same may be amended, waived, or modified from time to time and (b) all references to dollars are to the lawful currency of the United States of America. The words "herein," "hereof," "hereto," "hereunder," and other words of similar import refer to the Plan as a whole and not to any particular section, subsection, or clause contained in the Plan. The rules of construction contained in section 102 of the Bankruptcy Code shall apply to the construction of the Plan. In computing any period of time prescribed or allowed by the Plan, unless otherwise expressly provided, the provisions of Bankruptcy Rule 9006(a) shall apply.

## ARTICLE II

## COMPROMISE AND SETTLEMENT
## OF DISPUTES WITH THE JPMC ENTITIES,
## THE FDIC PARTIES, AND THE SETTLEMENT NOTE HOLDERS

2.1 **Compromise and Settlement**: Pursuant to sections 363, 365, 1123(a)(5) and 1123(b)(3) of the Bankruptcy Code and Bankruptcy Rule 9019, the Plan incorporates, and is expressly conditioned upon the approval and effectiveness of, the sale of the Debtors' rights to and interests in certain of the Plan Contribution Assets and the compromise and settlement by and among the Debtors, JPMC, the FDIC Receiver, FDIC Corporate and the Settlement Note Holders, all as set forth in the Global Settlement Agreement. The Global Settlement Agreement is incorporated into this Plan by reference as if fully set forth herein and, subject to the occurrence of the Effective Date and execution of the Global Settlement Agreement, represents a full, final and complete compromise, settlement, and release of the issues in dispute among the Debtors, JPMC, the FDIC Receiver, FDIC Corporate and the Settlement Note Holders, including, among other issues, resolution of all Related Actions, including, but not limited to, (i) the WMI Action, (ii) the JPMC Action, (iii) the Turnover Action, (iv) the Rule 2004 Inquiry, (v) the Debtors' Claims, (vi) the JPMC Claims, (vii) the FDIC Claim, (viii) the transfer of the Trust Preferred Securities and the consequent issuance of the REIT Series, and (ix) the Rule 2019 Appeal. Without limiting the foregoing, the following describes certain of the principal provisions of the Global Settlement Agreement, but nothing in this Plan shall be construed to, or is intended to, limit or diminish the benefits to be received by, or rights of, JPMC pursuant to the Global Settlement Agreement; provided, however, that, in the event of any inconsistency between the Global Settlement Agreement, the Plan, or the Confirmation Order, the documents shall control in the following order of priority: (i) Confirmation Order, (ii) Global Settlement Agreement and (iii) Plan.

(a) WMI Accounts and Disputed Accounts. In partial consideration for the assets sold pursuant to the Global Settlement Agreement and the releases and other benefits provided to the Released Parties pursuant to this Plan, the JPMC Entities, the FDIC Receiver and FDIC Corporate shall waive any and all claims, rights and liabilities with respect to the WMI Accounts and the Disputed Accounts, and JPMC shall pay to WMI or such other of the WMI Entities as WMI shall designate, the amounts contained in the Disputed Accounts and the WMI Accounts as of the effective date of the Global Settlement Agreement, net of One Hundred Seventy Five Million One Hundred Five Thousand Eight Hundred Ninety-Six Dollars and Seventy-Six Cents ($175,105,896.76), representing seventy percent (70%) of tax amounts received by WMI during the period from the Petition Date up to and including the date hereof,

free and clear of all liens, Claims, interests and encumbrances of any Person.  In connection therewith, the FDIC Receiver shall withdraw, with prejudice, the FDIC Stay Relief Motion.  In addition, JPMC, as successor to WMB, shall (i) release any security interest in or lien upon the Admin Account and the monies contained therein and (ii) release and otherwise transfer the Admin Account and the funds contained therein in accordance with the direction of WMI.

(b)　　Tax Matters.  In partial consideration for the releases and other benefits provided under the Plan, WMI, JPMC, the WMB Recipient and the FDIC Receiver shall jointly direct all Tax Authorities to pay refunds of "Pre-2009 Group Taxes" (as defined in the Global Settlement Agreement) to an escrow account, the custodian of which will distribute such Tax Refunds in accordance with the terms and procedures set forth in the Global Settlement Agreement.  If any such Pre-2009 Group Tax refund is paid directly to any party, such party will deposit such refund in the Refund Escrow Account (as defined in the Global Settlement Agreement).

(c)　　Transfer of Assets to JPMC.  In further consideration for the satisfaction, settlement, release, and discharge of, and in exchange for, the JPMC Action and the JPMC Claims, and the payment by JPMC of the amounts specified in the Global Settlement Agreement, the WMI Entities, the FDIC Receiver and the Receivership shall sell, transfer, and assign to the JPMC Entities, and the JPMC Entities shall acquire, pursuant to the Plan and sections 363 and 365 of the Bankruptcy Code, any and all right, title and interest any of the WMI Entities, the FDIC Receiver and the Receivership may have in (i) the Trust Preferred Securities, (ii) the WMI Medical Plan, any outstanding checks made out to WMI, including pharmacy rebates in connection with contracts associated with or attributable to the WMI Medical Plan and an amount equal to the pharmacy rebates received by the WMI Entities from and after the Petition Date, currently estimated to be approximately Seven Hundred Seventy-Five Thousand Dollars ($775,000.00), (iii) the JPMC Rabbi Trusts and the JPMC Policies, (iv) the WaMu Pension Plan and the Lakeview Plan and all of the sponsor's interest in the assets contained in any trusts or otherwise associated with such plans (subject to the correction and satisfaction of certain potential defects and remediation obligations, as set forth in the Global Settlement Agreement), (v) the Anchor Litigation, (vi) the Visa Shares and the VISA Strategic Agreement (as defined in the Global Settlement Agreement), (vii) the Transferred Intellectual Property, the WMB Intellectual Property and the Unidentified Intellectual Property, (viii) JPMC Wind Investment Portfolio LLC and (ix) the Bonds, in each case under clauses (i) through (ix) inclusively, free and clear of all liens, claims, interests and encumbrances of any Entity, except for any claim that is an Allowed JPMC Assumed Liability Claim.

(d)　　JPMC Claims.  The JPMC Claims shall be allowed and shall be classified with and treated in the same manner as other Allowed General Unsecured Claims under the Plan, including, without limitation, with respect to distributions pursuant to the Plan; provided, however, that, in partial consideration for the releases and other benefits provided to JPMC pursuant to the Plan, JPMC shall waive any distribution JPMC otherwise would be entitled to receive on account of the JPMC Claims.

(e)　　Transfer of Assets to the Debtors.  In further consideration for the satisfaction, settlement, release and discharge of, and in exchange for, the WMI Action, the Turnover Action, the Rule 2004 Inquiry, and the Debtors' Claims, and as further consideration

for the releases and other benefits provided to JPMC pursuant to this Plan, and as set forth in the Global Settlement Agreement, the JPMC Entities shall sell, transfer, and assign to the WMI Entities, and the WMI Entities shall acquire, pursuant to the Plan and sections 363 and 365 of the Bankruptcy Code, any and all right, title and interest any of the JPMC Entities may have in (i) the WMI Rabbi Trust and the WMI Policies, (ii) the stock of H.S. Loan Corporation, (iii) the Registry Funds and the American Savings Escrow Funds, and (iv) the WMI Intellectual Property, in each case, free and clear of all liens, claims, interests and encumbrances of any Entity.

      (f)   <u>Additional Consideration to the Debtors</u>:  As additional consideration for the asset sale and compromise and settlement embodied in the Global Settlement Agreement, and as further consideration for the releases and other benefits provided to JPMC pursuant to this Plan:

      (1)   JPMC shall pay WMI an additional Fifty Million Dollars ($50,000,000.00) for the Visa Shares, WMI shall retain all dividends with respect thereto received prior to the effective date of the Global Settlement Agreement, and JPMC shall assume certain related litigation liabilities (as set forth in the Global Settlement Agreement);

      (2)   JPMC shall pay all obligations under the Intercompany Notes in the amounts set forth in Exhibit "V" to the Global Settlement Agreement, and shall forgive all obligations of the WMI Entities to the extent set forth in the Global Settlement Agreement, which Intercompany Notes shall be cancelled upon payment thereof;

      (3)   As set forth in more detail in the Global Settlement Agreement, JPMC shall cause its affiliates to continue providing loan servicing with respect to certain loans and the remittal of checks and payments received in connection therewith;

      (4)   As set forth in the Global Settlement Agreement, JPMC shall assume the BKK Liabilities, and shall defend the Debtors against and reimburse the Debtors for any distribution on account of the BKK Proofs of Claims not otherwise covered by the BKK-Related Policies and/or reimbursed by the BKK-Related Carriers, as defined in the Global Settlement Agreement;

      (5)   JPMC shall assume the JPMC Assumed Liabilities in connection with the assets it receives pursuant to the Global Settlement Agreement and, on or after the Effective Date, JPMC shall pay or fund the payment of Allowed JPMC Assumed Liability Claims; and

      (6)   JPMC shall pay or fund the payment of WMB Vendor Claims and shall pay the sum of Fifty Million Dollars ($50,000,000.00) to be placed by the Debtors in an escrow and used for satisfaction of WMI Vendor Claims.

(g)     Additional Consideration to the FDIC.  In further consideration for the satisfaction, settlement, release and discharge of, and in exchange for, the FDIC Claim:

(1)     The WMB Recipient shall receive distributions in accordance with Section 2.4 of the Global Settlement Agreement; and

(2)     The FDIC Receiver, FDIC Corporate and the Receivership shall receive the releases set forth in the Global Settlement Agreement and Article XLII herein.

(h)     Settlement with REIT Series Holders.  In consideration for the releases by the REIT Series holders of any and all claims arising out of, related to, or resulting from, among other things, the issuance, sale or assignment of the Trust Preferred Securities, the commitments to or exchange event ordered by the Office of Thrift Supervision or any capital or other commitment, disclosure or non-disclosure with respect thereto, the assignment of the Trust Preferred Securities subsequent thereto, and any and all claims in any way related to the Trust Preferred Securities or the REIT Series, on the Effective Date, JPMC shall (i) pay to the holders of the REIT Series Fifty Million Dollars ($50,000,000.00) or (ii) at the election of JPMC, distribute to the holders of the REIT Series registered and otherwise tradable shares of common stock of JPMC having a value as of the Effective Date in the amount of Fifty Million Dollars ($50,000,000.00).

(i)     Releases.  The releases provided in Article XLII herein are integral to obtaining the value provided under the Global Settlement Agreement and the releases under this Plan constitute an essential component of the compromises reached and are not severable from the other provisions of this Plan.

## ARTICLE III

## PROVISIONS FOR PAYMENT OF
## ADMINISTRATIVE EXPENSE CLAIMS AND PRIORITY TAX CLAIMS

3.1     **Administrative Expense Claims**:  On the later to occur of (i) the Effective Date and (ii) the date on which an Administrative Expense Claim shall become an Allowed Claim, the Disbursing Agent shall (a) pay to each holder of an Allowed Administrative Expense Claim, in Cash, the full amount of such Allowed Administrative Expense Claim or (b) satisfy and discharge such Allowed Administrative Expense Claim in accordance with such other terms no more favorable to the claimant than as may be agreed upon by and between the holder thereof and the Disbursing Agent; provided, however, that Allowed Administrative Expense Claims representing liabilities incurred in the ordinary course of business by the Debtors shall be paid in full and performed by the Disbursing Agent in the ordinary course of business in accordance with the terms and subject to the conditions of any agreement governing, instrument evidencing, or other document relating to such transactions; and provided, further, that, if any such ordinary course expense is not billed, or a request for payment is not made, within ninety (90) days after the Effective Date, such ordinary course expense shall be barred and the holder thereof shall not be entitled to a distribution pursuant to the Plan.

3.2 **Professional Compensation and Reimbursement Claims**: All Entities awarded compensation or reimbursement of expenses by the Bankruptcy Court in accordance with section 328, 330, or 331 of the Bankruptcy Code or entitled to priorities established pursuant to section 503(b)(2), 503(b)(3), 503(b)(4), or 503(b)(5) of the Bankruptcy Code, shall be paid in full, in Cash, in the amounts allowed by the Bankruptcy Court (i) on or as soon as reasonably practicable following the later to occur of (a) the Effective Date and (b) the date upon which the Bankruptcy Court order allowing such Claim becomes a Final Order or (ii) upon such other terms no more favorable to the claimant than as may be mutually agreed upon between such claimant and the Disbursing Agent; provided, however, that, except as provided herein, each professional must file its application for final allowance of compensation for professional services rendered and reimbursement of expenses on or prior to the Administrative Claim Bar Date. The Disbursing Agent is authorized to pay compensation for professional services rendered and reimbursement of expenses incurred after the Effective Date in the ordinary course and without the need for Bankruptcy Court approval.

3.3 **Priority Tax Claims**: Each holder of an Allowed Priority Tax Claim shall receive, in full satisfaction, release and exchange of such holder's Allowed Priority Tax Claim, distributions in an amount equal to the full amount of such Allowed Priority Tax Claim. At the option and discretion of the Debtors, which option shall be exercised, in writing, on or prior to the commencement of the Confirmation Hearing, such payment shall be made (i) in full, in Cash, on or as soon as reasonably practicable following the later to occur of (a) the Effective Date and (b) the date on which such claim becomes an Allowed Claim, (ii) in accordance with section 1129(a)(9)(C) of the Bankruptcy Code, in full, in Cash, in equal quarterly installments commencing on the first (1st) Business Day following the Effective Date and continuing over a period not exceeding five (5) years from and after the Petition Date, together with interest accrued thereon at the applicable non-bankruptcy rate, subject to the sole option of the Disbursing Agent to prepay the entire amount of the Allowed Priority Tax Claim, or (iii) by mutual agreement of the holder of such Allowed Priority Tax Claim and the Disbursing Agent.

3.4 **Statutory Fees**: All fees payable under section 1930 of chapter 123 of title 28 of the United States Code, as determined by the Bankruptcy Court at the Confirmation Hearing, shall be paid on or as soon as reasonably practicable following the Effective Date.

## ARTICLE IV

## CLASSIFICATION OF CLAIMS AND EQUITY INTERESTS

Claims and Equity Interests are classified as follows:

| | | |
|---|---|---|
| 4.1 | Class 1 | Priority Non-Tax Claims |
| 4.2 | Class 2 | Senior Notes Claims |
| 4.3 | Class 3 | Senior Subordinated Notes Claims |
| 4.4 | Class 4 | WMI Medical Plan Claims |
| 4.5 | Class 5 | JPMC Rabbi Trust/Policy Claims |
| 4.6 | Class 6 | Other Benefit Plan Claims |
| 4.7 | Class 7 | Qualified Plan Claims |
| 4.8 | Class 8 | WMB Vendor Claims |

| | | |
|---|---|---|
| 4.9 | Class 9 | Visa Claims |
| 4.10 | Class 10 | Bond Claims |
| 4.11 | Class 11 | WMI Vendor Claims |
| 4.12 | Class 12 | General Unsecured Claims |
| 4.13 | Class 13 | Convenience Claims |
| 4.14 | Class 14 | CCB-1 Guarantees Claims |
| 4.15 | Class 15 | CCB-2 Guarantees Claims |
| 4.16 | Class 16 | PIERS Claims |
| 4.17 | Class 17 | Subordinated Claims |
| 4.18 | Class 18 | REIT Series |
| 4.19 | Class 19 | Preferred Equity Interests |
| 4.20 | Class 20 | Dime Warrants |
| 4.21 | Class 21 | Common Equity Interests |

## ARTICLE V

## PROVISION FOR TREATMENT OF PRIORITY NON-TAX CLAIMS (CLASS 1)

5.1 **Payment of Allowed Priority Non-Tax Claims**: Unless otherwise mutually agreed upon by the holder of an Allowed Priority Non-Tax Claim and the Debtors, on the later of the Effective Date and the date such Allowed Priority Non-Tax Claim becomes an Allowed Priority Non-Tax Claim, or as soon thereafter as is practicable, the Disbursing Agent shall pay to each holder of an Allowed Priority Non-Tax Claim, in Cash, the full amount of such Allowed Priority Non-Tax Claim, in full satisfaction, settlement, release, and discharge of, and in exchange for such Allowed Priority Non-Tax Claim.

## ARTICLE VI

## PROVISION FOR TREATMENT OF SENIOR NOTES CLAIMS (CLASS 2)

6.1 **Treatment of Senior Notes Claims**: Commencing on the Effective Date, each holder of an Allowed Senior Notes Claim shall receive, in full satisfaction, release and exchange of such holder's Allowed Senior Notes Claim and Postpetition Interest Claim, such holder's Pro Rata Share of (i) Creditor Cash and (ii) Liquidating Trust Interests, in an aggregate amount equal to (a) such holder's Allowed Senior Notes Claim and (b) in the event that all Allowed Claims are paid in full, such holder's Postpetition Interest Claim. In addition, in accordance with applicable contractual subordination provisions and section 510(a) of the Bankruptcy Code, each holder of an Allowed Senior Notes Claim shall be entitled to receive on account of such Allowed Senior Notes Claim and, irrespective of whether all Allowed Claims are paid in full, such holder's Postpetition Interest Claim, redistributions of Creditor Cash and Cash received on account of Liquidating Trust Interests. The relative priorities among holders of Allowed Senior Notes Claims, Allowed Senior Subordinated Notes Claims, Allowed General Unsecured Claims, Allowed CCB-1 Guarantees Claims, Allowed CCB-2 Guarantees Claims, and Allowed PIERS Claims, and the order in which such holders are entitled to receive payment of their Allowed Claims and Postpetition Interest Claims, including, without limitation, on account of contractual subordination provisions, are set forth in more detail in the Subordination Model attached hereto as Exhibit "H".

6.2    **Limitation on Recovery**:  Notwithstanding anything contained herein to the contrary, including, without limitation, the distributions to be made to a holder of an Allowed Senior Notes Claim in accordance with Section 6.1 of the Plan, in the event that the sum of (i) distributions of Creditor Cash and Cash received on account of Liquidating Trust Interests in accordance with Section 6.1 and (ii) redistributions of Creditor Cash and Cash received on account of Liquidating Trust Interests in accordance with the enforcement, pursuant to section 510(a) of the Bankruptcy Code, of contractual subordination provisions are equal to or in excess of one hundred percent (100%) of such holder's Allowed Senior Notes Claim and Postpetition Interest Claim, then the Cash received on account of Liquidating Trust Interests remaining to be distributed to such holder in excess of such one hundred percent (100%) shall be deemed redistributed to holders of Allowed Claims or Equity Interests or the Disbursing Agent for and on behalf of holders of Disputed Claims, giving effect to rights of subrogation, including of those parties subordinated pursuant to section 510(a) of the Bankruptcy Code, to the extent applicable, and, accordingly, shall be distributed in accordance with the provisions of the documents, instruments, and agreements governing such Claims and Equity Interests, including, without limitation, the contractual subordination and subrogation provisions set forth therein.

## ARTICLE VII

## PROVISION FOR TREATMENT OF
## SENIOR SUBORDINATED NOTES CLAIMS (CLASS 3)

7.1    **Treatment of Senior Subordinated Notes Claims**:  Commencing on the Effective Date, and subject to the right of election described in Section 7.2 below, each holder of an Allowed Senior Subordinated Notes Claim shall receive, in full satisfaction, release and exchange of such holder's Allowed Senior Subordinated Notes Claim and Postpetition Interest Claim, such holder's Pro Rata Share of (i) Reorganized Common Stock (subject to dilution on account of the Rights Offering), (ii) Creditor Cash and (iii) Liquidating Trust Interests, in an aggregate amount equal to (a) such holder's Allowed Senior Subordinated Notes Claim and (b) in the event that all Allowed Claims are paid in full, such holder's Postpetition Interest Claim; provided, however, that, notwithstanding the foregoing, the contractual subordination rights, if any, of holders of "Senior Debt" or any similar term under the Senior Subordinated Notes Indenture, as defined therein and as identified on Exhibit "F" hereto, shall be preserved and enforced hereunder pursuant to section 510(a) of the Bankruptcy Code and, in the event such rights are determined to be enforceable, any distribution to holders of Allowed Senior Subordinated Notes Claims of (a) Creditor Cash and (b) Cash received on account of Liquidating Trust Interests, but not Reorganized Common Stock, shall be distributed, subject to Bankruptcy Rule 3021 and subject to any lien or priority rights of the Senior Subordinated Notes Indenture Trustee, to holders of Allowed Claims that constitute "Senior Debt," until such time as such holders' Allowed Claims have been satisfied in accordance with the terms and provisions of the Senior Subordinated Notes Indenture.  In addition, in accordance with applicable contractual subordination provisions and section 510(a) of the Bankruptcy Code, each holder of an Allowed Senior Subordinated Notes Claim shall be entitled to receive on account of such Allowed Senior Subordinated Notes Claim and, irrespective of whether all Allowed Claims are paid in full, such holder's Postpetition Interest Claim, redistributions of Creditor Cash and Cash received on account of Liquidating Trust Interests.  The relative priorities among holders of Allowed Senior Notes Claims, Allowed Senior Subordinated Notes Claims, Allowed General Unsecured Claims,

Allowed CCB-1 Guarantees Claims, Allowed CCB-2 Guarantees Claims, and Allowed PIERS Claims, and the order in which such holders are entitled to receive payment of their Allowed Claims and Postpetition Interest Claims, including, without limitation, on account of contractual subordination provisions, are set forth in more detail in the Subordination Model attached hereto as Exhibit "H".

7.2 **Right of Election**: On the Ballot, holders of Allowed Senior Subordinated Notes Claims each shall be provided the right to elect, in their sole and absolute discretion, to receive either additional Creditor Cash or additional Reorganized Common Stock, in lieu of some or all of the Reorganized Common Stock and Creditor Cash that such holder otherwise is entitled to receive pursuant to the Plan in each instance, subject to the lien or priority rights of the Senior Subordinated Notes Indenture Trustee; provided, however, that, to the extent that there is an imbalance between the amount of Creditor Cash and the number of Reorganized Common Stock shares elected by holders of Allowed Senior Subordinated Notes Claims, either the Creditor Cash or Reorganized Common Stock shares elected shall be reduced, on a Pro Rata Share basis, to each holder to eliminate such imbalance. Failure by any holder of an Allowed Senior Subordinated Notes Claim to elect to exercise rights provided in this Section 7.2 on or before the Ballot Date shall constitute a deemed waiver and relinquishment of such rights by such holder. Any election made after the Ballot Date shall not be binding upon the Debtors unless the Ballot Date is waived, in writing, by the Debtors; provided, however, that under no circumstance may such waiver by the Debtors occur on or after the Effective Date.

7.3 **Limitation on Recovery**: Notwithstanding anything contained herein to the contrary, including, without limitation, the distributions to be made to a holder of an Allowed Senior Subordinated Notes Claim in accordance with Section 7.1 of the Plan, in the event that the sum of (i) distributions of Reorganized Common Stock (valued as of the Confirmation Date), Creditor Cash and Cash received on account of Liquidating Trust Interests in accordance with Sections 7.1 and 7.2, (ii) redistributions of Creditor Cash and Cash received on account of Liquidating Trust Interests in accordance with the enforcement, pursuant to section 510(a) of the Bankruptcy Code, of contractual subordination provisions, and (iii) redistributions of Cash received on account of Liquidating Trust Interests in accordance with the provisions of Section 6.2, herein are equal to or in excess of one hundred percent (100%) of such holder's Allowed Senior Subordinated Notes Claim and Postpetition Interest Claim, then the Cash received on account of Liquidating Trust Interests remaining to be distributed to such holder in excess of such one hundred percent (100%) shall be deemed redistributed to holders of Allowed Claims or Equity Interests or the Disbursing Agent for and on behalf of holders of Disputed Claims, giving effect to rights of subrogation, including of those parties subordinated pursuant to section 510(a) of the Bankruptcy Code, to the extent applicable, and, accordingly, shall be distributed in accordance with the provisions of the documents, instruments, and agreements governing such Claims and Equity Interests, including, without limitation, the contractual subordination and subrogation provisions set forth therein.

# ARTICLE VIII

## PROVISION FOR TREATMENT OF WMI MEDICAL PLAN CLAIMS (CLASS 4)

8.1 **Treatment of WMI Medical Plan Claims:** Commencing on the Effective Date, JPMC shall pay or fund the payment of all WMI Medical Plan Claims, in full satisfaction, release and exchange of such Claims.

# ARTICLE IX

## PROVISION FOR TREATMENT OF
## JPMC RABBI TRUST/POLICY CLAIMS (CLASS 5)

9.1 **Treatment of JPMC Rabbi Trust/Policy Claims:** Commencing on the Effective Date, JPMC shall pay or fund the payment of all JPMC Rabbi Trust/Policy Claims, in full satisfaction, release and exchange of such Claims.

# ARTICLE X

## PROVISION FOR TREATMENT OF
## OTHER BENEFIT PLAN CLAIMS (CLASS 6)

10.1 **Treatment of Other Benefit Plan Claims:** Commencing on the Effective Date, JPMC shall pay or fund the payment of all Other Benefit Plan Claims, in full satisfaction, release and exchange of such Claims.

# ARTICLE XI

## PROVISION FOR TREATMENT OF QUALIFIED PLAN CLAIMS (CLASS 7)

11.1 **Treatment of Qualified Plan Claims:** Commencing on the Effective Date, JPMC shall pay or fund the payment of all Qualified Plan Claims, in full satisfaction, release and exchange of such Claims.

# ARTICLE XII

## PROVISION FOR TREATMENT OF WMB VENDOR CLAIMS (CLASS 8)

12.1 **Treatment of WMB Vendor Claims:** Commencing on the Effective Date, JPMC shall pay or otherwise satisfy all WMB Vendor Claims, in full satisfaction, release and exchange of such Claims.

## ARTICLE XIII

## PROVISION FOR TREATMENT OF VISA CLAIMS (CLASS 9)

13.1    **Treatment of Visa Claims:**  Commencing on the Effective Date, JPMC shall pay or fund the payment of all Visa Claims, in full satisfaction, release and exchange of such Claims.

## ARTICLE XIV

## PROVISION FOR TREATMENT OF BOND CLAIMS (CLASS 10)

14.1    **Treatment of Bond Claims:**  Commencing on the Effective Date, JPMC shall pay or fund the payment of all Bond Claims, in full satisfaction, release and exchange of such Claims.

## ARTICLE XV

## PROVISION FOR TREATMENT OF WMI VENDOR CLAIMS (CLASS 11)

15.1    **Treatment of WMI Vendor Claims:**  Commencing on the Effective Date, each holder of a WMI Vendor Claim shall receive, in full satisfaction, release and exchange of such holder's WMI Vendor Claim, payment in Cash from the Vendor Escrow.

## ARTICLE XVI

## PROVISION FOR TREATMENT OF GENERAL UNSECURED CLAIMS (CLASS 12)

16.1    **Treatment of General Unsecured Claims**:  Commencing on the Effective Date, each holder of an Allowed General Unsecured Claim shall receive, in full satisfaction, release and exchange of such holder's Allowed General Unsecured Claim and Postpetition Interest Claim, such holder's Pro Rata Share of (i) Creditor Cash and (ii) Liquidating Trust Interests, in an aggregate amount equal to (a) such holder's Allowed General Unsecured Claim and (b) in the event that all Allowed Claims are paid in full, such holder's Postpetition Interest Claim; provided, however, that, pursuant to the terms of the Global Settlement Agreement, and as partial consideration for the releases set forth in Article XLII herein, upon the Effective Date, JPMC shall be deemed to have waived its right to receive any distribution on account of the JPMC Claims.  The relative priorities among holders of Allowed Senior Notes Claims, Allowed Senior Subordinated Notes Claims, Allowed General Unsecured Claims, Allowed CCB-1 Guarantees Claims, Allowed CCB-2 Guarantees Claims, and Allowed PIERS Claims, and the order in which such holders are entitled to receive payment of their Allowed Claims and Postpetition Interest Claims, including, without limitation, on account of contractual subordination provisions, are set forth in more detail in the Subordinated Model attached hereto as Exhibit "H".

16.2    **Limitation on Recovery**:  Notwithstanding anything contained herein to the contrary, including, without limitation, the distributions to be made to a holder of an Allowed General Unsecured Claim in accordance with Section 16.1 of the Plan, in the event that the sum

of the distributions of Creditor Cash and Cash received on account of Liquidating Trust Interests in accordance with Section 16.1 are equal to or in excess of one hundred percent (100%) of such holder's Allowed General Unsecured Claim and Postpetition Interest Claim, then the Cash received on account of Liquidating Trust Interests remaining to be distributed to such holder in excess of such one hundred percent (100%) shall be deemed redistributed to holders of Allowed Claims or Equity Interests or the Disbursing Agent for and on behalf of holders of Disputed Claims, and, accordingly, shall be distributed in accordance with the provisions of the documents, instruments, and agreements governing such Claims and Equity Interests, including, without limitation, the contractual subordination and subrogation provisions set forth therein.

16.3 **Allowed Claims of Fifty Thousand Dollars ($50,000.00) or More/Election to be Treated as a Convenience Claim**: Notwithstanding the provisions of Section 16.1 of the Plan, any holder of an Allowed General Unsecured Claim, other than a General Unsecured Claim that is a component of a larger General Unsecured Claim, portions of which may be held by such or any other holder of an Allowed Claim, whose Allowed General Unsecured Claim is more than Fifty Thousand Dollars ($50,000.00), and who elects to reduce the amount of such Allowed General Unsecured Claim to Fifty Thousand Dollars ($50,000.00), shall, at such holder's option, be entitled to receive, based on such Allowed General Unsecured Claim as so reduced, distributions pursuant to Section 17.1 hereof. Such election shall be deemed to be a vote in favor of the Plan and the releases set forth in Article XLII of the Plan. Such election must be made on the Ballot and be received by the Debtors on or prior to the Ballot Date. Any election made after the Ballot Date shall not be binding upon the Debtors unless the Ballot Date is expressly waived, in writing, by the Debtors; provided, however, that, under no circumstance may such waiver by the Debtors occur on or after the Effective Date.

## ARTICLE XVII

## PROVISION FOR TREATMENT OF CONVENIENCE CLAIMS (CLASS 13)

17.1 **Treatment of Convenience Claims**: On the later of the Effective Date and the date such Allowed Convenience Claim becomes an Allowed Claim, or as soon thereafter as is practicable, the Disbursing Agent shall pay to each holder of an Allowed Convenience Claim, in Cash, the full amount of such Allowed Convenience Claim, in full satisfaction, settlement, release, and discharge of, and in exchange for such Allowed Convenience Claim.

## ARTICLE XVIII

## PROVISION FOR TREATMENT OF
## CCB-1 GUARANTEES CLAIMS (CLASS 14)

18.1 **Treatment of CCB-1 Guarantees Claims**: Commencing on the Effective Date, each holder of an Allowed CCB-1 Guarantees Claim shall receive, in full satisfaction, release and exchange of such holder's Allowed CCB-1 Guarantees Claim and Postpetition Interest Claim, such holder's Pro Rata Share of (i) Creditor Cash and (ii) Liquidating Trust Interests, in an aggregate amount equal to (a) such holder's Allowed CCB-1 Guarantees Claim and (b) in the event that all Allowed Claims are paid in full, such holder's Postpetition Interest Claim; provided, however, that, notwithstanding the foregoing, the

contractual subordination rights, if any, of holders of "Guarantor Senior Debt" or any similar term under the CCB-1 Guarantee Agreements, as defined therein and as identified on Exhibit "F" hereto, shall be preserved and enforced hereunder pursuant to section 510(a) of the Bankruptcy Code and, in the event such rights are determined to be enforceable, any distribution to holders of Allowed CCB-1 Guarantees Claims of (a) Creditor Cash and (b) Cash received on account of Liquidating Trust Interests shall be distributed, subject to Bankruptcy Rule 3021 and subject to the lien or priority rights of the CCB-1 Trustee, to holders of Allowed Claims that constitute "Guarantor Senior Debt," until such time as such holders' Allowed Claims have been satisfied in accordance with the terms and provisions of the CCB-1 Guarantee Agreements. In addition, in accordance with applicable contractual subordination provisions and section 510(a) of the Bankruptcy Code, each holder of an Allowed CCB-1 Guarantees Claim shall be entitled to receive on account of such Allowed CCB-1 Guarantees Claim and such holder's Postpetition Interest Claim, redistributions of Creditor Cash and Cash received on account of Liquidating Trust Interests. The relative priorities among holders of Allowed Senior Notes Claims, Allowed Senior Subordinated Notes Claims, Allowed General Unsecured Claims, Allowed CCB-1 Guarantees Claims, Allowed CCB-2 Guarantees Claims, and Allowed PIERS Claims, and the order in which such holders are entitled to receive payment of their Allowed Claims and Postpetition Interest Claims, including, without limitation, on account of contractual subordination provisions, are set forth in more detail in the Subordination Model attached hereto as Exhibit "H".

18.2 **Limitation on Recovery**: Notwithstanding anything contained herein to the contrary, including, without limitation, the distributions to be made to a holder of an Allowed CCB-1 Guarantees Claim in accordance with Section 18.1 of the Plan, in the event that the sum of (i) distributions of Creditor Cash and Cash received on account of Liquidating Trust Interests in accordance with Section 18.1, (ii) redistributions of Creditor Cash and Cash received on account of Liquidating Trust Interests in accordance with the enforcement, pursuant to section 510(a) of the Bankruptcy Code, of contractual subordination provisions, (iii) redistributions of Cash received on account of Liquidating Trust Interests in accordance with the provisions of Sections 6.2 or 7.3 herein and (iv) distributions from the Receivership are equal to or in excess of one hundred percent (100%) of such holder's Allowed CCB-1 Guarantees Claim and Postpetition Interest Claim, then the Cash received on account of Liquidating Trust Interests remaining to be distributed to such holder in excess of such one hundred percent (100%) shall be deemed redistributed to holders of Allowed Claims or Equity Interests or the Disbursing Agent for and on behalf of holders of Disputed Claims, giving effect to rights of subrogation, including of those parties subordinated pursuant to section 510(a) of the Bankruptcy Code, to the extent applicable, and, accordingly, shall be distributed in accordance with the provisions of the documents, instruments, and agreements governing such Claims and Equity Interests, including, without limitation, the contractual subordination and subrogation provisions set forth therein.

## ARTICLE XIX

### PROVISION FOR TREATMENT OF
### CCB-2 GUARANTEES CLAIMS (CLASS 15)

19.1 **Treatment of CCB-2 Guarantees Claims**: Commencing on the Effective Date, each holder of an Allowed CCB-2 Guarantees Claim shall receive, in full

satisfaction, release and exchange of such holder's Allowed CCB-2 Guarantees Claim and Postpetition Interest Claim, such holder's Pro Rata Share of (i) Creditor Cash and (ii) Liquidating Trust Interests, in an aggregate amount equal to (a) such holder's Allowed CCB-2 Guarantees Claim and (b) in the event that all Allowed Claims are paid in full, such holder's Postpetition Interest Claim; provided, however, that, notwithstanding the foregoing, the contractual subordination rights, if any, of holders of "Guarantor Senior Debt" or any similar term under the CCB-2 Guarantee Agreements, as defined therein and as identified on Exhibit "F" hereto, shall be preserved and enforced hereunder pursuant to section 510(a) of the Bankruptcy Code and, in the event such rights are determined to be enforceable, any distribution to holders of Allowed CCB-2 Guarantees Claims of (i) Creditor Cash and (ii) Cash received on account of Liquidating Trust Interests shall be distributed, subject to Bankruptcy Rule 3021 and subject to the lien or priority rights of the CCB-2 Trustees, to holders of Allowed Claims and Postpetition Interest Claims that constitute "Guarantor Senior Debt," until such time as such holders' Allowed Claims and Postpetition Interest Claims have been satisfied in accordance with the terms and provisions of the CCB-2 Guarantee Agreements. In addition, in accordance with applicable contractual subordination provisions and section 510(a) of the Bankruptcy Code, each holder of an Allowed CCB-2 Guarantees Claim shall be entitled to receive on account of such Allowed CCB-2 Guarantees Claim and such holder's Postpetition Interest Claim, redistributions of Creditor Cash and Cash received on account of Liquidating Trust Interests. The relative priorities among holders of Allowed Senior Notes Claims, Allowed Senior Subordinated Notes Claims, Allowed General Unsecured Claims, Allowed CCB-1 Guarantees Claims, Allowed CCB-2 Guarantees Claims, and Allowed PIERS Claims, and the order in which such holders are entitled to receive payment of their Allowed Claims and Postpetition Interest Claims, including, without limitation, on account of contractual subordination provisions, are set forth in more detail in the Subordination Model attached hereto as Exhibit "H".

   19.2 **Limitation on Recovery**: Notwithstanding anything contained herein to the contrary, including, without limitation, the distributions to be made to a holder of an Allowed CCB-2 Guarantees Claim in accordance with Section 19.1 of the Plan, in the event that the sum of (i) distributions of Creditor Cash and Cash received on account Liquidating Trust Interests in accordance with Section 19.1, (ii) redistributions of Creditor Cash and Cash received on account of Liquidating Trust Interests in accordance with the enforcement, pursuant to section 510(a) of the Bankruptcy Code, of contractual subordination provisions, (iii) redistributions of Cash received on account of Liquidating Trust Interests in accordance with the provisions of Sections 6.2 or 7.3 herein and (iv) distributions from the Receivership are equal to or in excess of one hundred percent (100%) of such holder's Allowed CCB-2 Guarantees Claim and Postpetition Interest Claim, then the Cash received on account of Liquidating Trust Interests remaining to be distributed to such holder in excess of such one hundred percent (100%) shall be deemed redistributed to holders of Allowed Claims or Equity Interests or the Disbursing Agent for and on behalf of holders of Disputed Claims, giving effect to rights of subrogation, including of those parties subordinated pursuant to section 510(a) of the Bankruptcy Code, to the extent applicable, and, accordingly, shall be distributed in accordance with the provisions of the documents, instruments, and agreements governing such Claims and Equity Interests, including, without limitation, the contractual subordination and subrogation provisions set forth therein.

# ARTICLE XX

## PROVISION FOR TREATMENT OF PIERS CLAIMS (CLASS 16)

20.1   **Treatment of PIERS Claims**:  Commencing on the Effective Date, each holder of an Allowed PIERS Claim shall receive, in full satisfaction, release and exchange of such holder's Allowed PIERS Claim and Postpetition Interest Claim such holder's Pro Rata Share of (i) Creditor Cash and (ii) Liquidating Trust Interests, in an aggregate amount equal to (a) such holder's Allowed PIERS Claim and (b) in the event that all Allowed Claims are paid in full, such holder's Postpetition Interest Claim; provided, however, that, notwithstanding the foregoing, the contractual subordination rights of Entities who hold PIERS Preferred Securities shall be preserved and enforced hereunder pursuant to section 510(a) of the Bankruptcy Code and any distribution on account of the PIERS Common Securities of (i) Creditor Cash and (ii) Cash on account of Liquidating Trust Interests shall be distributed, subject to Bankruptcy Rule 3021 and subject to the lien and priority rights of the PIERS Trustee, to Entities who hold PIERS Preferred Securities, until such time as such Entities' Allowed PIERS Claims and Postpetition Interest Claims have been satisfied in accordance with the terms and provisions of the PIERS Trust Agreement; and provided further that, notwithstanding the foregoing, the contractual subordination rights, if any, of holders of "Senior Indebtedness" or any similar term under the Junior Subordinated Notes Indenture and the PIERS Guarantee Agreement, as defined therein and as identified on Exhibit "F" hereto, shall be preserved and enforced hereunder pursuant to section 510(a) of the Bankruptcy Code and, in the event such rights are determined to be enforceable, any distribution to holders of Allowed PIERS Claims of (i) Creditor Cash and (ii) Cash received on account of Liquidating Trust Interests shall be distributed, subject to Bankruptcy Rule 3021 and subject to the lien or priority rights of the PIERS Trustee, to holders of Allowed Claims and Postpetition Interest Claims that constitute "Senior Indebtedness," until such time as such holders' Allowed Claims and Postpetition Interest Claims have been satisfied in accordance with the terms and provisions of the Junior Subordinated Notes Indenture and the PIERS Guarantee Agreement.  The relative priorities among holders of Allowed Senior Notes Claims, Allowed Senior Subordinated Notes Claims, Allowed General Unsecured Claims, Allowed CCB-1 Guarantees Claims, Allowed CCB-2 Guarantees Claims, and Allowed PIERS Claims, and the order in which such holders are entitled to receive payment of their Allowed Claims and Postpetition Interest Claims, including, without limitation, on account of contractual subordination provisions, are set forth in more detail in the Subordination Model attached hereto as Exhibit "H".

20.2   **Limitation on Recovery**:  Notwithstanding anything contained herein to the contrary, including, without limitation, the distributions to be made to a holder of an Allowed PIERS Claim in accordance with Section 20.1 of the Plan, in the event that the sum of (i) distributions of Creditor Cash and Cash received on account of Liquidating Trust Interests in accordance with Section 20.1 and (ii) redistributions of Cash received on account of Liquidating Trust Interests in accordance with the provisions of Sections  6.2, 7.3, 18.2, or 19.2 herein are equal to or in excess of one hundred percent (100%) of such holder's Allowed PIERS Claim and Postpetition Interest Claim, then the Cash received on account of Liquidating Trust Interests remaining to be distributed to such holder in excess of such one hundred percent (100%) shall be deemed redistributed to holders of Allowed Claims or Equity Interests or the Disbursing Agent for and on behalf of holders of Disputed Claims, giving effect to rights of subrogation, including

of those parties subordinated pursuant to section 510(a) of the Bankruptcy Code, to the extent applicable, and, accordingly, shall be distributed in accordance with the provisions of the documents, instruments, and agreements governing such Claims and Equity Interests, including, without limitation, the contractual subordination and subrogation provisions set forth therein.

20.3 **Subscription Rights:** In addition to the foregoing, on the Effective Date, each holder of an Allowed PIERS Claim shall receive its Pro Rata Share of PIERS Subscription Rights, to be exercised pursuant to the terms of the Rights Offering, as set forth in Article XXXIII of the Plan.

## ARTICLE XXI

## PROVISION FOR TREATMENT OF SUBORDINATED CLAIMS (CLASS 17)

21.1 **Treatment of Subordinated Claims**: In the event that all Allowed Claims and Postpetition Interest Claims in respect of Allowed Claims (in each case, other than Subordinated Claims) are paid in full, the Liquidating Trust Interests shall be redistributed, and holders of Allowed Subordinated Claims shall be entitled to receive their Pro Rata Share of Liquidating Trust Interests in an aggregate amount equal to each holder's Allowed Subordinated Claim and Postpetition Interest Claim.

21.2 **Limitation on Recovery**: Notwithstanding anything contained herein to the contrary, including, without limitation, the distributions to be made to a holder of an Allowed Subordinated Claim in accordance with Section 21.1 of the Plan, in the event that the sum of distributions of Cash received on account of Liquidating Trust Interests in accordance with Section 21.1 are equal to or in excess of one hundred percent (100%) of such holder's Allowed Subordinated Claim and Postpetition Interest Claim, then the Cash received on account of Liquidating Trust Interests remaining to be distributed to such holder in excess of such one hundred percent (100%) shall be deemed redistributed to holders of the Equity Interests or the Disbursing Agent for and on behalf of holders of Disputed Claims, giving effect to rights of subrogation, including of those parties subordinated pursuant to section 510(a) of the Bankruptcy Code, to the extent applicable, and, accordingly, shall be distributed in accordance with the provisions of the documents, instruments, and agreements governing such Claims and Equity Interests, including, without limitation, the contractual subordination and subrogation provisions set forth therein.

## ARTICLE XXII

## PROVISION FOR TREATMENT OF REIT SERIES (CLASS 18)

22.1 **Treatment of REIT Series:** In the event that all Allowed Claims and Postpetition Interest Claims in respect of Allowed Claims are paid in full (including with respect to Allowed Subordinated Claims), the Liquidating Trust Interests shall be redistributed, and holders of the REIT Series shall be entitled to receive their Pro Rata Share of Liquidating Trust Interests, to be shared on a pari passu basis with holders of Preferred Equity Interests. In addition, and separate and district from the distribution to be provided to holders of the REIT Series from the Debtors, pursuant to the Global Settlement Agreement, and in exchange for the

releases set forth in the Global Settlement Agreement and in Article XLII herein, on the Effective Date, JPMC shall pay or transfer to the Disbursing Agent for distribution to each holder of a REIT Series such holder's Pro Rata Share of (i) Fifty Million Dollars ($50,000,000.00) Cash or (ii) at the election of JPMC, shares of common stock of JPMC having a value as of the Effective Date in the amount of Fifty Million Dollars ($50,000,000.00).

   22.2 **Cancellation of REIT Series**:  Notwithstanding the provisions of Section 22.1 hereof, on the Effective Date, all REIT Series shall be deemed extinguished and the certificates and all other documents representing such Equity Interests shall be deemed cancelled and of no force and effect.

## ARTICLE XXIII

## PROVISION FOR TREATMENT OF PREFERRED EQUITY INTERESTS (CLASS 19)

   23.1 **Treatment of Preferred Equity Interests**:  In the event that all Allowed Claims and Postpetition Interest Claims in respect of Allowed Claims are paid in full (including with respect to Allowed Subordinated Claims), the Liquidating Trust Interests shall be redistributed, and holders of Preferred Equity Interests shall be entitled to receive their Pro Rata Share of Liquidating Trust Interests, to be shared on a pari passu basis with holders of the REIT Series.

   23.2 **Cancellation of Preferred Equity Interests**:  Notwithstanding the provisions of Section 23.1 hereof, on the Effective Date, all Preferred Equity Interests shall be deemed extinguished and the certificates and all other documents representing such Equity Interests shall be deemed cancelled and of no force and effect.

## ARTICLE XXIV

## PROVISION FOR TREATMENT OF DIME WARRANTS (CLASS 20)

   24.1 **Cancellation of Dime Warrants:**  Holders of Dime Warrants shall receive no distribution under the Plan.  On the Effective Date, all Dime Warrants shall be deemed extinguished and the certificates and all other documents representing such Equity Interests shall be deemed cancelled and of no force and effect.

## ARTICLE XXV

## PROVISION FOR TREATMENT OF COMMON EQUITY INTERESTS (CLASS 21)

   25.1 **Cancellation of Common Equity Interests**:  Holders of Common Equity Interests shall receive no distribution under the Plan.  On the Effective Date, all Common Equity Interests shall be deemed extinguished and the certificates and all other documents representing such Equity Interests shall be deemed cancelled and of no force and effect.

# ARTICLE XXVI

## PROVISION FOR TREATMENT OF DISPUTED CLAIMS

26.1    **Objections to Claims; Prosecution of Disputed Claims**:  The Liquidating Trustee shall object to, and shall assume any pending objection filed by the Debtors to, the allowance of Claims filed with the Bankruptcy Court with respect to which it disputes liability, priority or amount, including, without limitation, objections to Claims that have been assigned and the assertion of the doctrine of equitable subordination with respect thereto.  All objections, affirmative defenses and counterclaims shall be litigated to Final Order; provided, however, that the Liquidating Trustee shall have the authority to file, settle, compromise or withdraw any objections to Claims or Equity Interests.  Unless otherwise ordered by the Bankruptcy Court, to the extent not already objected to by the Debtors, the Liquidating Trustee shall file and serve all objections to Claims as soon as practicable, but, in each instance, not later than one hundred eighty (180) days following the Effective Date or such later date as may be approved by the Bankruptcy Court.

26.2    **Estimation of Claims**:  Unless otherwise limited by an order of the Bankruptcy Court, the Liquidating Trustee may at any time request the Bankruptcy Court to estimate for final distribution purposes any contingent, unliquidated or Disputed Claim pursuant to section 502(c) of the Bankruptcy Code regardless of whether the Debtors previously objected to or sought to estimate such Claim, and the Bankruptcy Court will retain jurisdiction to consider any request to estimate any Claim at any time during litigation concerning any objection to any Claim, including, without limitation, during the pendency of any appeal relating to any such objection.  Unless otherwise provided in an order of the Bankruptcy Court, in the event that the Bankruptcy Court estimates any contingent, unliquidated or Disputed Claim, the estimated amount shall constitute either the allowed amount of such Claim or a maximum limitation on such Claim, as determined by the Bankruptcy Court; provided, however, that, if the estimate constitutes the maximum limitation on such Claim, the Liquidating Trustee may elect to pursue supplemental proceedings to object to any ultimate allowance of such Claim; and, provided, further, that the foregoing is not intended to limit the rights granted by section 502(j) of the Bankruptcy Code.  All of the aforementioned Claims objection, estimation and resolution procedures are cumulative and not necessarily exclusive of one another; provided, however, that in no event shall any such procedure increase or expand payment or performance from JPMC for any JPMC Assumed Liabilities.

### 26.3    **Payments and Distributions on Disputed Claims**:

(a)    Disputed Claims Holdback:  From and after the Effective Date, and until such time as each Disputed Claim has been compromised and settled, estimated by the Bankruptcy Court in an amount constituting the allowed amount, or allowed or disallowed by Final Order of the Bankruptcy Court, the Liquidating Trustee shall retain, for the benefit of each holder of a Disputed Claim, Creditor Cash (which the Disbursing Agent shall transfer to the Liquidating Trustee) and Liquidating Trust Interests, and any dividends, gains or income attributable thereto, in an amount equal to the Pro Rata Share of distributions that would have been made to the holder of such Disputed Claim if it were an Allowed Claim in an amount equal to the lesser of (i) the liquidated amount set forth in the filed proof of Claim relating to such

Disputed Claim, (ii) the amount in which the Disputed Claim shall be estimated by the Bankruptcy Court pursuant to section 502 of the Bankruptcy Code constitutes and represents the maximum amount in which such Claim may ultimately become an Allowed Claim, or (iii) such other amount as may be agreed upon by the holder of such Disputed Claim and the Liquidating Trustee. Any Creditor Cash and Liquidating Trust Interests retained and held for the benefit of a holder of a Disputed Claim shall be treated as a payment and reduction on account of such Disputed Claim for purposes of computing any additional amounts to be paid in Cash or distributed in Liquidating Trust Interests in the event the Disputed Claim ultimately becomes an Allowed Claim. Such Creditor Cash and any dividends, gains or income paid on account of the Liquidating Trust Interests retained for the benefit of holders of Disputed Claims shall be retained by the Liquidating Trust for the benefit of such holders pending determination of their entitlement thereto under the terms of the Plan.

(b)    <u>Allowance of Disputed Claims</u>: At such time as a Disputed Claim becomes, in whole or in part, an Allowed Claim, the Liquidating Trustee shall distribute to the holder thereof the distributions, if any, to which such holder is then entitled under the Plan, together with any earnings that has accrued on the amount of Cash so retained (net of any expenses, including any taxes, relating thereto), but only to the extent that such earnings are attributable to the amount of the Allowed Claim. Such distribution, if any, shall be made as soon as practicable after the date that the order or judgment of the Bankruptcy Court allowing such Disputed Claim becomes a Final Order, but in no event more than ninety (90) days thereafter. The balance of any Cash and Liquidating Trust Interests previously retained but not distributed to a Disputed Claim holder shall be included in future calculations of Cash and Liquidating Trust Interests, respectively, to holders of Allowed Claims.

(c)    <u>Tax Treatment of Retained Assets</u>: The Liquidating Trustee shall treat any Assets retained pursuant to this Section 26.3 as part of the Liquidating Trust Claims Reserve.

## ARTICLE XXVII

## THE LIQUIDATING TRUST

27.1    **Execution of Liquidating Trust Agreement**: On or before the Effective Date, the Debtors and the Liquidating Trustee shall execute the Liquidating Trust Agreement, and shall take all other necessary steps to establish the Liquidating Trust and the Liquidating Trust Interests therein, which shall be for the benefit of the Liquidating Trust Beneficiaries, as provided in Sections 6.1, 7.1, 16.1, 18.1, 19.1 and 20.1, and, in certain circumstances, 21.1, 22.1 and 23.1 of the Plan, whether their Claims are Allowed before, on or after the Effective Date. In the event of any conflict between the terms of this Section 27.1 and the terms of the Liquidating Trust Agreement, the terms of this Section 27.1 shall govern. The Liquidating Trust Agreement may provide powers, duties, and authorities in addition to those explicitly stated herein, but only to the extent that such powers, duties, and authorities do not affect the status of the Liquidating Trust as a "liquidating trust" for United States federal income tax purposes.

27.2    **Purpose of the Liquidating Trust**: The Liquidating Trust shall be established for the sole purpose of liquidating and distributing its assets, in accordance with

Treasury Regulation section 301.7701-4(d), with no objective to continue or engage in the conduct of a trade or business.

27.3 **Liquidating Trust Assets**: The Liquidating Trust shall consist of the Liquidating Trust Assets. On the Effective Date, the Debtors shall transfer all of the Liquidating Trust Assets to the Liquidating Trust. The Liquidating Trust Assets may be transferred subject to certain liabilities, as provided in the Plan or the Liquidating Trust Agreement. Such transfer shall be exempt from any stamp, real estate transfer, mortgage reporting, sales, use or other similar Tax, pursuant to section 1146(a) of the Bankruptcy Code. Upon delivery of the Liquidating Trust Assets to the Liquidating Trust, the Debtors and their predecessors, successors and assigns, and each other Entity released pursuant to Section 42.5 herein shall be discharged and released from all liability with respect to the delivery of such distributions. In addition, the Liquidating Trust shall assume all of WMI's rights and obligations pursuant to Section 2.4 of the Global Settlement Agreement, and WMI shall have no further liability or obligations thereunder, to the extent that the transfer to the Liquidating Trust shall not impose any additional obligations or liabilities on JPMC.

27.4 **Administration of the Liquidating Trust**: The Liquidating Trust shall be administered by the Liquidating Trustee according to the Liquidating Trust Agreement and the Plan. In the event of any inconsistency between the Plan and the Liquidating Trust Agreement, the Liquidating Trust Agreement shall govern.

27.5 **The Liquidating Trustee:** The Liquidating Trustee shall be designated jointly by the Debtors and the Creditors' Committee. In the event the Liquidating Trustee dies, is terminated, or resigns for any reason, the Trust Advisory Board shall designate a successor.

27.6 **Role of the Liquidating Trustee**: In furtherance of and consistent with the purpose of the Liquidating Trust and the Plan, and subject to the terms of the Confirmation Order, the Plan, and the Liquidating Trust Agreement, the Liquidating Trustee shall, among other things, have the following rights, powers and duties, in each case subject to the Global Settlement Agreement: (i) to hold, manage, convert to Cash, and distribute the Liquidating Trust Assets, including prosecuting and resolving the Claims belonging to the Liquidating Trust, (ii) to hold the Liquidating Trust Assets for the benefit of the Liquidating Trust Beneficiaries, whether their Claims are Allowed on or after the Effective Date, (iii) in the Liquidating Trustee's reasonable business judgment, to investigate, prosecute, settle and/or abandon rights, causes of action, or litigation of the Liquidating Trust, (iv) to monitor and enforce the implementation of the Plan, (v) to file all tax and regulatory forms, returns, reports, and other documents required with respect to the Liquidating Trust, (vi) in the Liquidating Trustee's reasonable business judgment, to object to Claims, and manage, control, prosecute, and/or settle on behalf of the Liquidating Trust, objections to Claims on account of which the Liquidating Trustee (as Disbursing Agent) will be responsible (if Allowed) for making distributions under the Plan, (vii) to take all actions necessary and create any document necessary to implement the Plan, (viii) to hold, manage, and distribute Cash or non-Cash Liquidating Trust Assets obtained through the exercise of its power and authority, (ix) to act as a signatory to the Debtors for all purposes, including those associated with the novation of contracts or other obligations arising out of the sales of the Debtors' assets, and (x) to take all necessary actions and file all appropriate motions to obtain an order closing the Chapter 11 Cases. In all circumstances, the Liquidating Trustee

shall comply with all of the Debtors' obligations under the Global Settlement Agreement and in accordance with applicable law, and otherwise shall act in the best interests of all Liquidating Trust Beneficiaries and in furtherance of the purpose of the Liquidating Trust. Under no circumstance may the Liquidating Trustee serve on the Board of Directors of any Affiliate of the Liquidating Trust.

27.7    **Liquidating Trustee's Tax Power for Debtors**:

(a)    Following the Effective Date, the Liquidating Trustee shall prepare and file (or cause to be prepared and filed), on behalf of the Debtors, all Tax Returns required to be filed or that the Liquidating Trustee otherwise deems appropriate, including the filing of amended Tax Returns or requests for refunds for all taxable periods ended on or before December 31, 2009.

(b)    For all taxable periods ended on or before December 31, 2009, the Liquidating Trustee shall have full and exclusive authority and responsibility in respect of all Taxes of the Debtors (including, without limitation, as the common parent or other agent of any consolidated, combined or unitary tax group of which the Debtors were the agent), to the same extent as if the Liquidating Trustee was the Debtor-in-Possession. Without limiting the foregoing, each of the Debtors shall execute, on or prior to the Effective Date, a power of attorney authorizing the Liquidating Trustee to correspond with any Authority on behalf of such Debtor and to sign, collect, negotiate, settle, and administer Tax payments and Tax Returns.

(c)    In furtherance of the transfer of the Liquidating Trust Assets to the Liquidating Trust on the Effective Date, the Liquidating Trust shall be entitled to all Tax Refunds of the Debtors (and the Liquidating Trust bears responsibility for (i) all Tax liabilities of the Debtors for taxable years ended on or before December 31, 2009, to the extent not discharged by the Plan or provided for payment in the Plan or the Global Settlement Agreement and (ii) WMI's obligations pursuant to Section 2.4 of the Global Settlement Agreement), it being understood that the Liquidating Trustee only shall have whatever rights WMI itself has pursuant to the terms of the Global Settlement Agreement and the Liquidating Trustee shall be contractually bound to all restrictions in the Global Settlement Agreement with respect to tax filings.

27.8    **Transferability of Liquidating Trust Interests**: The Debtors shall, in their commercially reasonable discretion, cause the Liquidating Trust Interests to be certificated and transferable; provided, however, that, if so certificated, (i) the applicable form of certificate shall carry a legend, in substance and form reasonably satisfactory to the Creditors' Committee and the Settlement Note Holders, setting forth that the interest in such certificate and the holder thereof as to such interest are governed by the terms and provisions of the Plan, (ii) any transferee of such certificate shall provide written notice to the Liquidating Trustee of such transfer and, in connection therewith, shall execute a joinder by which it agrees to adhere to the terms and provisions of the Plan solely with respect to its equitable interest directly or indirectly in the Liquidating Trust (which joinder shall be in form and substance reasonably satisfactory to the Liquidating Trustee, the Creditors' Committee and the Settlement Note Holders), and (iii) on or after February 14, 2011, if the Liquidating Trustee, with consent of the Trust Advisory Board and upon advice of counsel, determines that a class of Liquidating Trust Interests may be subject

to registration pursuant to Section 12 of the Securities Exchange Act of 1934, as amended, the Liquidating Trustee shall pursue obtaining relief from such registration by way of obtaining an exemptive order, no-action letter or interpretive letter from the Securities and Exchange Commission or its staff or, absent its ability to achieve that objective or in lieu thereof, shall register such class pursuant to Section 12 of such statute (it being understood and agreed that the Liquidating Trustee shall be authorized, among other things, to register such class and to seek relief from one or more of the requirements then applicable subsequent to such registration and to de-register such class); and provided, further, that, notwithstanding the foregoing, in the event so certificated, (1) the Liquidating Trustee may disregard any transfer of certificates if sufficient information, including applicable tax-related information, is not provided to the Liquidating Trustee and (2) no transfers shall be permitted to non-United States Entities, as determined for U.S. federal income tax purposes.

27.9 **Cash**: The Liquidating Trustee may invest Cash (including any earnings thereon or proceeds therefrom) as permitted by section 345 of the Bankruptcy Code; provided, however, that such investments are investments permitted to be made by a Liquidating Trust within the meaning of Treasury Regulation section 301.7701-4(d), as reflected therein, or under applicable IRS guidelines, rulings, or other controlling authorities.

27.10 **Distribution of Liquidating Trust Assets**: The Liquidating Trustee is required to distribute to the holders of Allowed Claims on account of their Liquidating Trust Interests, on a quarterly basis, all unrestricted Cash on hand (including any Cash received from the Debtors on the Effective Date, and treating any permissible investment as Cash for purposes of this Section 27.10), except such amounts (i) as have been reserved on account of Disputed Claims, or are otherwise part of the Liquidating Trust Claims Reserve, in accordance with Section 26.3 of the Plan, (ii) as are reasonably necessary to meet contingent liabilities and to maintain the value of the Liquidating Trust Assets during liquidation, (iii) as are necessary to pay reasonable incurred or anticipated expenses (including, but not limited to, any Taxes imposed on or payable by the Debtors or the Liquidating Trust or in respect of the Liquidating Trust Assets), or (iv) as are necessary to satisfy other liabilities incurred or anticipated by the Liquidating Trust in accordance with the Plan, the Global Settlement Agreement, or the Liquidating Trust Agreement; provided, however, that the Liquidating Trustee shall not be required to make a distribution pursuant to this Section 27.10 unless and until the aggregate, net amount of unrestricted Cash available for distribution (taking into account the above listed exclusions) is at least Twenty-Five Million Dollars ($25,000,000.00) or such lesser amount as the Liquidating Trustee determines would make distribution impracticable, in accordance with applicable law.

27.11 **Costs and Expenses of the Liquidating Trust**: The reasonable costs and expenses of the Liquidating Trust, including the fees and expenses of the Liquidating Trustee and its retained professionals, shall be paid out of the Liquidating Trust Assets. Fees and expenses incurred in connection with the prosecution and settlement of any Claims shall be considered costs and expenses of the Liquidating Trust.

27.12 **Compensation of the Liquidating Trustee**: The individual(s) serving as or comprising the Liquidating Trustee shall be entitled to reasonable compensation in an amount consistent with that of similar functionaries in similar roles.

**27.13** **Retention of Professionals/Employees by the Liquidating Trustee:**
The Liquidating Trustee may retain and compensate attorneys, other professionals, and employees to assist in its duties as Liquidating Trustee on such terms as the Liquidating Trustee deems appropriate without Bankruptcy Court approval. Without limiting the foregoing, the Liquidating Trustee may retain any professional that represented parties in interest in the Chapter 11 Cases.

## 27.14 **Federal Income Tax Treatment of the Liquidating Trust**:

(a)     Liquidating Trust Assets Treated as Owned by Creditors: For all United States federal income tax purposes, all parties (including, without limitation, the Debtors, the Liquidating Trustee, and the Liquidating Trust Beneficiaries) shall treat the transfer of the Liquidating Trust Assets to the Liquidating Trust as (1) a transfer of the Liquidating Trust Assets (subject to any obligations relating to those assets) directly to the Liquidating Trust Beneficiaries and, to the extent Liquidating Trust Assets are allocable to Disputed Claims, to the Liquidating Trust Claims Reserve, followed by (2) the transfer by such beneficiaries to the Liquidating Trust of the Liquidating Trust Assets (other than the Liquidating Trust Assets allocable to the Liquidating Trust Claims Reserve) in exchange for Liquidating Trust Interests. Accordingly, the Liquidating Trust Beneficiaries shall be treated for United States federal income tax purposes as the grantors and owners of their respective share of the Liquidating Trust Assets (other than such Liquidating Trust Assets as are allocable to the Liquidating Trust Claims Reserve, discussed below). The foregoing treatment shall also apply, to the extent permitted by applicable law, for state and local income tax purposes.

(b)     Tax Reporting.

(1)     The Liquidating Trustee shall file Tax Returns for the Liquidating Trust treating the Liquidating Trust as a grantor trust pursuant to Treasury Regulation section 1.671-4(a) and in accordance with this Section 27.14. The Liquidating Trustee also shall annually send to each holder of a Liquidating Trust Interest a separate statement setting forth the holder's share of items of income, gain, loss, deduction, or credit and will instruct all such holders to report such items on their United States federal income tax returns or to forward the appropriate information to their respective beneficial holders with instructions to report such items on their United States federal income tax returns. The Liquidating Trustee shall also file (or cause to be filed) any other statement, return or disclosure relating to the Liquidating Trust that is required by any governmental unit.

(2)     On or before the Effective Date, the Debtors shall provide the Liquidating Trustee with a good-faith valuation of the Tax Refunds as of the Effective Date. The Liquidating Trustee will then in good faith value all other Liquidating Trust Assets, and shall make all such values (including the Tax Refund values) available from time to time, to the extent relevant, and such values shall be used consistently by all parties to the Liquidating Trust (including, without limitation, the Debtors, the

Liquidating Trustee, and Liquidating Trust Beneficiaries) for all United States federal income tax purposes.

(3)     Allocations of Liquidating Trust taxable income among the Liquidating Trust Beneficiaries (other than taxable income allocable to the Liquidating Trust Claims Reserve) shall be determined by reference to the manner in which an amount of cash representing such taxable income would be distributed (were such cash permitted to be distributed at such time) if, immediately prior to such deemed distribution, the Liquidating Trust had distributed all its assets (valued at their tax book value, and other than assets allocable to the Liquidating Trust Claims Reserve) to the holders of the Liquidating Trust Interests, adjusted for prior taxable income and loss and taking into account all prior and concurrent distributions from the Liquidating Trust.  Similarly, taxable loss of the Liquidating Trust shall be allocated by reference to the manner in which an economic loss would be borne immediately after a hypothetical liquidating distribution of the remaining Liquidating Trust Assets.  The tax book value of the Liquidating Trust Assets for purpose of this paragraph shall equal their fair market value on the Effective Date, adjusted in accordance with tax accounting principles prescribed by the IRC, the applicable Treasury Regulations, and other applicable administrative and judicial authorities and pronouncements.

(4)     Subject to definitive guidance from the IRS or a court of competent jurisdiction to the contrary (including the receipt by the Liquidating Trustee of a private letter ruling if the Liquidating Trustee so requests one, or the receipt of an adverse determination by the IRS upon audit if not contested by the Liquidating Trustee), the Liquidating Trustee shall (A) timely elect to treat any Liquidating Trust Claims Reserve as a "disputed ownership fund" governed by Treasury Regulation section 1.468B-9, and (B) to the extent permitted by applicable law, report consistently with the foregoing for state and local income tax purposes. All parties (including the Liquidating Trustee, the Debtors, and the Liquidating Trust Beneficiaries) shall report for United States federal, state and local income tax purposes consistently with the foregoing.

(5)     The Liquidating Trustee shall be responsible for payment, out of the Liquidating Trust Assets, of any Taxes imposed on the trust or its assets, including the Liquidating Trust Claims Reserve.  In the event, and to the extent, any Cash retained on account of Disputed Claims in the Liquidating Trust Claims Reserve is insufficient to pay the portion of any such Taxes attributable to the taxable income arising from the assets allocable to, or retained on account of, Disputed Claims, such Taxes shall be (i) reimbursed from any subsequent Cash amounts retained on account of Disputed Claims, or (ii) to the extent such Disputed Claims have subsequently been resolved, deducted from any amounts otherwise

distributable by the Liquidating Trustee as a result of the resolution of such Disputed Claims.

(6) The Liquidating Trustee may request an expedited determination of Taxes of the Liquidating Trust, including the Liquidating Trust Claims Reserve, or the Debtors under section 505(b) of the Bankruptcy Code for all Tax Returns filed for, or on behalf of, the Liquidating Trust or the Debtors for all taxable periods through the dissolution of the Liquidating Trust.

(c)     Tax Withholdings by Liquidating Trustee.  The Liquidating Trustee may withhold and pay to the appropriate Taxing Authority all amounts required to be withheld pursuant to the IRC or any provision of any foreign, state or local tax law with respect to any payment or distribution to the holders of Liquidating Trust Interests.  All such amounts withheld and paid to the appropriate Taxing Authority shall be treated as amounts distributed to such holders of Liquidating Trust Interests for all purposes of the Liquidating Trust Agreement. The Liquidating Trustee shall be authorized to collect such tax information from the holders of Liquidating Trust Interests (including, without limitation, social security numbers or other tax identification numbers) as in its sole discretion deems necessary to effectuate the Plan, the Confirmation Order, and the Liquidating Trust Agreement.  The Liquidating Trustee may refuse to make a distribution to any holder of a Liquidating Trust Interest that fails to furnish such information in a timely fashion, until such information is delivered; provided, however, that, upon the delivery of such information by a holder of a Liquidating Trust Interest, the Liquidating Trustee shall make such distribution to which the holder of the Liquidating Trust Interest is entitled, without interest; and, provided further that, if the Liquidating Trustee fails to withhold in respect of amounts received or distributable with respect to any such holder and the Liquidating Trustee is later held liable for the amount of such withholding, such holder shall reimburse the Liquidating Trustee for such liability.

(d)     Dissolution.  The Liquidating Trustee and the Liquidating Trust shall be discharged or dissolved, as the case may be, at such time as (i) all of the Liquidating Trust Assets have been distributed pursuant to the Plan and the Liquidating Trust Agreement, (ii) the Liquidating Trustee determines, in its sole discretion, that the administration of any remaining Liquidating Trust Assets is not likely to yield sufficient additional Liquidating Trust proceeds to justify further pursuit, or (iii) all distributions required to be made by the Liquidating Trustee under the Plan and the Liquidating Trust Agreement have been made; provided, however, in no event shall the Liquidating Trust be dissolved later than three (3) years from the Effective Date unless the Bankruptcy Court, upon motion within the six-month period prior to the third (3rd) anniversary (or within the six-month period prior to the end of an extension period), determines that a fixed period extension (not to exceed three (3) years, together with any prior extensions, without a favorable private letter ruling from the IRS or an opinion of counsel satisfactory to the Liquidating Trustee and the Trust Advisory Board that any further extension would not adversely affect the status of the trust as a liquidating trust for United States federal income tax purposes) is necessary to facilitate or complete the recovery and liquidation of the Liquidating Trust Assets.  If at any time the Liquidating Trustee determines, in reliance upon such professionals as the Liquidating Trustee may retain, that the expense of administering the Liquidating Trust so as to make a final distribution to its beneficiaries is likely to exceed the

value of the assets remaining in the Liquidating Trust, the Liquidating Trustee may apply to the Bankruptcy Court for authority to (i) reserve any amount necessary to dissolve the Liquidating Trust, (ii) donate any balance to a charitable organization (A) described in section 501(c)(3) of the IRC, (B) exempt from United States federal income tax under section 501(a) of the IRC, (C) not a "private foundation", as defined in section 509(a) of the IRC, and (D) that is unrelated to the Debtors, the Liquidating Trust, and any insider of the Liquidating Trustee, and (iii) dissolve the Liquidating Trust.

27.15 **Indemnification of Liquidating Trustee**: The Liquidating Trustee or the individual(s) comprising the Liquidating Trustee, as the case may be, and the Liquidating Trustee's agents and professionals, shall not be liable to the Liquidating Trust Beneficiaries for actions taken or omitted in their capacity as, or on behalf of, the Liquidating Trustee, except those acts arising out of their own willful misconduct or gross negligence, and each shall be entitled to indemnification and reimbursement for fees and expenses in defending any and all actions or inactions in their capacity as, or on behalf of, the Liquidating Trustee, except for any actions or inactions involving willful misconduct or gross negligence. Any indemnification claim of the Liquidating Trustee (and the other parties entitled to indemnification under this subsection) shall be satisfied solely from the Liquidating Trust Assets and shall be entitled to a priority distribution therefrom, ahead of the Liquidating Trust Interests and any other claim to or interest in such assets. The Liquidating Trustee shall be entitled to rely, in good faith, on the advice of its retained professionals.

# ARTICLE XXVIII

# PROSECUTION AND EXTINGUISHMENT OF CLAIMS HELD BY THE DEBTORS

28.1 **Prosecution of Claims**: Except as settled and released herein, from and after the Effective Date, the Liquidating Trustee shall have the exclusive right and power to litigate any Claim or Cause of Action that constituted an Asset of the Debtors or Debtors in Possession, including, without limitation, any avoidance or recovery action under section 541, 542, 544, 545, 547, 548, 549, 550, 551, or 553 of the Bankruptcy Code and any other cause of action, right to payment, or claim that may be pending on the Effective Date or instituted by the Debtors or Debtors in Possession thereafter, to a Final Order, and the Liquidating Trustee may compromise and settle such claims, upon approval of the Bankruptcy Court. The net proceeds of any such litigation or settlement (after satisfaction of all costs and expenses incurred in connection therewith) shall be transferred to the Liquidating Trust for distribution in accordance with the Plan and the Liquidating Trust Agreement.

# ARTICLE XXIX

# ACCEPTANCE OR REJECTION OF THE PLAN; EFFECT OF
# REJECTION BY ONE OR MORE CLASSES OF CLAIMS OR EQUITY INTERESTS

29.1 **Impaired Classes to Vote**: Each holder of a Claim in an impaired Class, not otherwise deemed to have rejected or accepted the Plan in accordance with Sections 30.3 and 30.4 of the Plan, shall be entitled to vote separately to accept or reject the Plan.

29.2 **Acceptance by Class of Creditors**:  An impaired Class of holders of Claims shall have accepted the Plan if the Plan is accepted by at least two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims of such Class that have voted to accept or reject the Plan.

29.3 **Cramdown**:  In the event that any impaired Class of Claims or Equity Interests shall fail to accept, or be deemed to reject, the Plan in accordance with section 1129(a) of the Bankruptcy Code, the Debtors reserve the right to (i) request that the Bankruptcy Court confirm the Plan in accordance with section 1129(b) of the Bankruptcy Code or (ii) subject to the consent of the Creditors' Committee and, in the event it affects any of JPMC's rights, obligations or liabilities, JPMC, amend the Plan.

# ARTICLE XXX

## IDENTIFICATION OF CLAIMS AND EQUITY
## INTERESTS IMPAIRED AND NOT IMPAIRED BY THE PLAN

30.1 **Impaired and Unimpaired Classes**:  Claims in Classes 1, 4 through 11, and 13 are not impaired under the Plan.  Claims and Equity Interests in Classes 2, 3, 12, and 14 through 21 are impaired under the Plan.

30.2 **Impaired Classes Entitled to Vote on Plan**:  The Claims and Equity Interests in Classes 2, 3, 12, and 14 through 19 are impaired and receiving distributions pursuant to the Plan, and are therefore entitled to vote to accept or reject the Plan.

30.3 **Equity Interests Deemed to Reject**:  The Equity Interests in Classes 20 and 21 are not entitled to receive any distribution or retain their Equity Interests pursuant to the Plan, are deemed to reject the Plan, and are not entitled to accept or reject the Plan, pursuant to section 1126(g) of the Bankruptcy Code.

30.4 **Claims Deemed to Accept:**  The Claims in Classes 1, 4 through 11, and 13 are not impaired pursuant to the Plan, are deemed to accept the Plan, and are not entitled to accept or reject the Plan, pursuant to section 1126(f) of the Bankruptcy Code.

30.5 **Controversy Concerning Impairment**:  In the event of a controversy as to whether any Class of Claims or Equity Interests is impaired under the Plan, the Bankruptcy Court shall, after notice and a hearing, determine such controversy.

# ARTICLE XXXI

## PROVISIONS GOVERNING DISTRIBUTIONS

31.1 **Time and Manner of Distributions**:  Except as otherwise provided herein, distributions under the Plan shall be made to each holder of an Allowed Claim or Equity Interest as follows:

(a) **Initial Distributions of Creditor Cash**:  Within ten (10) Business Days following the Effective Date, the Disbursing Agent shall distribute, or cause to be

distributed, to each holder of an Allowed Senior Notes Claim, an Allowed Senior Subordinated Notes Claim, an Allowed General Unsecured Claim, an Allowed CCB-1 Guarantees Claim, an Allowed CCB-2 Guarantees Claim, or an Allowed PIERS Claim, such Creditor's share, if any, of Creditor Cash, as determined pursuant to Article VI, Article VII, Article VIII, Article XVI, Article XVIII, Article XIX, and Article XX hereof.

(b)     Allocation of Liquidating Trust Interests:  Within ten (10) Business Days after creation of the Liquidating Trust, the Disbursing Agent shall allocate, or cause to be allocated, to the Liquidating Trustee on behalf of holders of Disputed Claims, and to each holder of an Allowed Senior Notes Claim, an Allowed Senior Subordinated Notes Claim, an Allowed General Unsecured Claim, an Allowed CCB-1 Guarantees Claim, an Allowed CCB-2 Guarantees Claim, an Allowed PIERS Claim, such holder's share, if any, of Liquidating Trust Interests, as determined pursuant to Article VI, Article VII, Article VIII, Article XVI, Article XVIII, Article XIX, and Article XX hereof.  In addition, in the event that all Allowed Claims and Postpetition Interest Claims are paid in full, the Liquidating Trust Interests shall be redistributed to holders of Subordinated Claims and, after such Allowed Claims and Postpetition Interest Claims are paid in full, holders of the REIT Series and Preferred Equity Interests, as set forth in Sections 21.1, 22.1 and 23.1 of the Plan.

(c)     Distribution of Cash to Holders of Certain Other Claims:  Except as otherwise provided herein, on or as soon as practicable after the later of (i) the Effective Date and (ii) the date on which such claim becomes an Allowed Claim, the Disbursing Agent shall distribute, or cause to be distributed, to each holder of an Allowed Administrative Expense Claim, an Allowed Priority Tax Claim (to the extent applicable), an Allowed Priority Non-Tax Claim, an WMI Vendor Claim, an Allowed Convenience Claim, or an Allowed Trustee Claim, such holder's share of Cash, as determined pursuant to Article III, Article V, Article XV, Article XVII and Section 31.12 hereof.

31.2     **Timeliness of Payments**:  Any payment or distribution to be made pursuant to the Plan shall be deemed to be timely made if made within ten (10) days after the date specified in the Plan.  Whenever any distribution to be made under this Plan shall be due on a day other than a Business Day, such distribution shall instead be made, without interest, on the immediately succeeding Business Day, but shall be deemed to have been made on the date due.

31.3     **Distributions by the Disbursing Agent**:  All distributions under the Plan shall be made by the Disbursing Agent.  The Disbursing Agent shall be deemed to hold all property to be distributed hereunder in trust for the Entities entitled to receive the same.  The Disbursing Agent shall not hold an economic or beneficial interest in such property.

31.4     **Manner of Payment under the Plan**:  Unless the Entity receiving a payment agrees otherwise, any payment in Cash to be made by the Disbursing Agent shall be made, at the election of the payor, by check drawn on a domestic bank or by wire transfer from a domestic bank; provided, however, that no Cash payment shall be made to a holder of an Allowed Claim or Equity Interest until such time, if ever, as the amount payable thereto is equal to or greater than Ten Dollars ($10.00).

31.5    **Delivery of Distributions**:  Subject to the provisions of Rule 9010 of the Bankruptcy Rules, and except as provided in Section 31.4 of the Plan, distributions and deliveries to holders of Allowed Claims or Equity Interests shall be made at the address of each such holder as set forth on the Schedules filed with the Bankruptcy Court, unless superseded by the address set forth on proofs of Claim or Equity Interest filed by such holders, or at the last known address of such holder if no proof of Claim is filed or if the Debtors have been notified in writing of a change of address; provided, however, that distributions for the benefit of holders of Senior Notes Claims, Senior Subordinated Notes Claims, CCB-1 Guarantees Claims, CCB-2 Guarantees Claims, and PIERS Claims shall be made to the appropriate Trustees under the respective governing documents for such obligations.  Each such Trustee shall, in turn, administer the distribution to the holders of Allowed Claims in accordance with the Plan and the applicable indentures.  The Trustees shall not be required to give any bond or surety or other security for the performance of their duties unless otherwise ordered by the Bankruptcy Court.

31.6    **Undeliverable Distributions**:

(a)    Holding of Undeliverable Distributions:  If any distribution to any holder is returned to the Disbursing Agent as undeliverable, no further distribution shall be made to such holder unless and until the Disbursing Agent is notified, in writing, of such holder's then-current address.  Undeliverable distributions shall remain in the possession of the Disbursing Agent until such time as a distribution becomes deliverable.  All Entities ultimately receiving undeliverable Cash shall not be entitled to any interest or other accruals of any kind.  Nothing contained in the Plan shall require the Disbursing Agent to attempt to locate any holder of an Allowed Claim or Equity Interest.

(b)    Failure to Claim Undeliverable Distributions:  On or about the first (1st) anniversary of the Effective Date, the Disbursing Agent shall file a list with the Bankruptcy Court setting forth the names of those Entities for which distributions have been made hereunder that have been returned as undeliverable as of the date thereof.  Any holder of an Allowed Claim or Equity Interest on such list that does not assert its rights pursuant to the Plan to receive a distribution within two (2) years from and after the Effective Date shall have its entitlement to such undeliverable distribution discharged and shall be forever barred from asserting any entitlement pursuant to the Plan against the Reorganized Debtors, the Liquidating Trust, or their respective property.  In such case, any consideration held for distribution on account of such Claim or Equity Interest shall revert to the Disbursing Agent for redistribution to holders of Allowed Claims and Equity Interests in accordance with the terms and provisions hereof.

31.7    **Withholding and Reporting Requirements**:  Any party issuing any instrument or making any distribution under the Plan shall comply with all applicable withholding and reporting requirements imposed by any United States federal, state or local tax law or Tax Authority, and all distributions under the Plan shall be subject to any such withholding or reporting requirements.  Notwithstanding the above, each holder of an Allowed Claim or Equity Interest that is to receive a distribution under the Plan shall have the sole and exclusive responsibility for the satisfaction and payment of any Taxes imposed on such holder by any governmental unit, including income, withholding and other tax obligations, on account of such distribution.  Any party issuing any instrument or making any distribution under the Plan has the right, but not the obligation, to not make a distribution until such holder has made

arrangements satisfactory to such issuing or disbursing party for payment of any such Tax obligations and, if any party issuing any instrument or making any distribution under the Plan fails to withhold with respect to any such holder's distribution, and is later held liable for the amount of such withholding, the holder shall reimburse such party. The Disbursing Agent may require, as a condition to the receipt of a distribution, that the holder complete the appropriate Form W-8 or Form W-9, as applicable to each holder. If the holder fails to comply with such a request within one hundred eighty (180) days, such distribution shall be deemed an unclaimed distribution.

      31.8   **Time Bar to Cash Payments**: Checks issued by the Disbursing Agent on account of Allowed Claims or Equity Interests shall be null and void if not negotiated within ninety (90) days from and after the date of issuance thereof. Requests for reissuance of any check shall be made directly to the Disbursing Agent by the holder of the Allowed Claim or Equity Interest with respect to which such check originally was issued. Any claim in respect of such a voided check shall be made on or before the later of (i) the first (1st) anniversary of the Effective Date or (ii) ninety (90) days after the date of issuance of such check, if such check represents a final distribution hereunder on account of such Claim or Equity Interest. After such date, all Claims and Equity Interests in respect of voided checks shall be discharged and forever barred and the Disbursing Agent shall retain all monies related thereto for the sole purpose of redistribution to holders of Allowed Claims and Equity Interests in accordance with the terms and provisions hereof.

      31.9   **Distributions After Effective Date**: Distributions made after the Effective Date to holders of Claims that are not Allowed Claims as of the Effective Date, but which later become Allowed Claims, shall be deemed to have been made in accordance with the terms and provisions of Article XXXI of the Plan.

      31.10   **Setoffs**: The Disbursing Agent may, pursuant to applicable bankruptcy or non-bankruptcy law, set off against any Allowed Claim and the distributions to be made pursuant to the Plan on account thereof (before any distribution is made on account of such Claim by the Disbursing Agent), the claims, rights, and causes of action of any nature that one or more of the Debtors, Debtors in Possession, or the Reorganized Debtors may hold against the holder of such Allowed Claim; provided, however, that neither the failure to effect such a setoff nor the allowance of any Claim hereunder shall constitute a waiver or release by the Debtors, Debtors in Possession, or the Reorganized Debtors of any such claims, rights, and causes of action that the Debtors, Debtors in Possession, or the Reorganized Debtors may possess against such holder; and, provided, further, that nothing contained herein is intended to limit the ability of any Creditor to effectuate rights of setoff or recoupment preserved or permitted by the provisions of sections 553, 555, 559, or 560 of the Bankruptcy Code or pursuant to the common law right of recoupment.

      31.11   **Allocation of Plan Distributions Between Principal and Interest**: To the extent that any Allowed Claim entitled to a distribution under the Plan consists of indebtedness and other amounts (such as accrued but unpaid interest thereon), such distribution shall be allocated first to the principal amount of the Claim (as determined for federal income tax purposes) and then, to the extent the consideration exceeds the principal amount of the Claim, to such other amounts.

31.12  **Certain Trustee Fees and Expenses**:  In the event that the Debtors and the Creditors' Committee agree, in their joint and absolute discretion, as to the Trustee Claims incurred during the period from the Petition Date up to and including the Effective Date, such Trustee Claims shall be paid in Cash by the Disbursing Agent on the Effective Date, or as soon as practicable thereafter, without the need for the Trustees to file an application for allowance thereof with the Bankruptcy Court; provided, however, that each member of the Creditors' Committee shall not participate in the Creditors' Committee vote regarding the reasonableness of its own fees and expenses.  In the event that either the Debtors or the Creditors' Committee disagree with a Trustee as to the reasonableness of all or a portion of the fees and expenses requested by such Trustee, such Trustee may, at its sole discretion, request that the Bankruptcy Court (i) determine the reasonableness and allowance of such contested amounts and (ii) direct the Disbursing Agent to pay such additional amounts determined to be reasonable, if any, and the Debtors, Creditors' Committee, and any other Creditor or party in interest may object thereto. With respect to any undisputed portion of such Trustee's fees and expenses, such claims shall be deemed Allowed Claims, and the Debtors shall direct the Disbursing Agent to pay such undisputed fees and expenses to the Trustee on the Effective Date.  To the extent that the Disbursing Agent fails to pay any Trustee Claim in full, whether as a result of the Creditors' Committee's or the Debtors' objection as to reasonableness, the Bankruptcy Court's determination as to reasonableness, or a Trustee's determination not to request payment therefor, such Trustee shall have the right to assert its Lien and priority rights pursuant to the applicable Indenture or Guarantee Agreement for payment of any unpaid amount upon any payment or other distribution to be made in accordance with the provisions contained herein. Notwithstanding the foregoing, the Disbursing Agent shall be responsible and, upon presentation of supporting documentation in form and substance satisfactory to the Disbursing Agent, shall satisfy the reasonable direct out-of-pocket costs and expenses incurred by the Trustees in connection with making distributions pursuant to the Plan; provided, however, that, under no circumstance shall the Disbursing Agent be responsible for any indemnification obligation, cost, or expense of any of the Trustees associated with the gross negligence or willful misconduct of a Trustee in making any such distribution.

31.13  **Record Date**:  On the Record Date, registers of the respective Trustees shall be closed and the Trustees shall have no obligation to recognize, and shall not recognize, any transfers of Claims arising under or related to the Indentures or the Guarantee Agreements occurring from and after the Record Date.

31.14  **Post-Effective Date Interest:**  Notwithstanding anything herein to the contrary, in the event that all Allowed Claims and Postpetition Interest Claims in respect of Allowed Claims are paid in full and there remains value in the Liquidating Trust to be distributed, then, prior to any redistribution to holders of the REIT Series or Preferred Equity Interests, each holder of an Allowed Claim shall be entitled to a further distribution from its Pro Rata Share of Liquidating Trust Interests in an aggregate amount equal to interest accrued during the period from the Effective Date through the date of payment of such Allowed Claim, calculated at the contract rate set forth in any agreement related to such Allowed Claim or, if no such rate or contract exists, at the federal judgment rate, after giving effect to any applicable contractual subordination rights, as described herein and as set forth in the Subordination Model.

# ARTICLE XXXII

## MEANS OF IMPLEMENTATION

32.1 **Incorporation and Enforcement of Global Settlement Agreement**: The Plan incorporates by reference the terms of the Global Settlement Agreement, including, without limitation, (i) the Debtors' agreement to sell, free and clear of all claims, rights, interests, and liens, certain of the Plan Contribution Assets to the JPMC Entities, (ii) JPMC's obligations to pay certain consideration for such sale, including, without limitation, JPMC's agreement to pay or fund the payment of the JPMC Assumed Liabilities and certain other Claims, and to waive certain of its Claims against the Debtors, (iii) JPMC's obligation to transfer certain of the Plan Contribution Assets to the Debtors, (iv) the FDIC Receiver's transfer of any interest it or the Receivership might have in any Plan Contribution Assets, and (v) the agreement among the parties to the Global Settlement Agreement to resolve certain pending Claims and litigation, including the Related Actions, pursuant to the terms of the Global Settlement Agreement and the Plan.

32.2 **Intercompany Claims**: Intercompany Claims will be adjusted, continued, or discharged to the extent determined appropriate by the Debtors or the Liquidating Trustee, as the case may be, in their sole and absolute discretion. Any such transaction may be effected without any further action by the stockholders of any of the Debtors or the Debtors in Possession.

32.3 **Merger/Dissolution/Consolidation**: On or as of the Effective Date or as soon as practicable thereafter, and without the need for any further action, the Reorganized Debtors may (i) cause either or both of the Reorganized Debtors to be merged, dissolved, or otherwise consolidated, (ii) cause the transfer of assets between or among the Reorganized Debtors, or (iii) engage in any other transaction in furtherance of the Plan.

32.4 **Cancellation of Existing Securities and Agreements**: On the latest to occur of (i) the Effective Date, (ii) the entry of a Final Order resolving all Claims in the Chapter 11 Cases, and (iii) the final distribution made to holders of Allowed Claims in accordance with Article XXXI of the Plan, any document, agreement, or instrument evidencing any Claim or Equity Interest shall be deemed automatically cancelled and terminated without further act or action under any applicable agreement, law, regulation, order, or rule and the obligations of the Debtors under such documents, agreements, or instruments evidencing such Claims and Equity Interests shall be discharged; provided, however, that the Indentures and Guarantee Agreements shall continue in effect for the purposes of (i) allowing the Trustees to make distributions pursuant to the Plan and to perform such other necessary functions with respect thereto, (ii) permitting the Trustees to maintain and assert any right or Lien for reasonable fees, costs, expenses and indemnities under the Indentures and Guarantee Agreements, (iii) effectuating the applicable subordination provisions of such documents, (iv) enabling the noteholders to receive distributions and (v) enabling the Trustees to make applications in accordance with Section 31.12 of the Plan; and, provided, further, that, except as otherwise provided herein, nothing in this Plan shall impair, affect, or adversely affect the related transactions and the rights of the parties thereto.

32.5    **Claims of Subordination:**  Except as specifically provided herein, to the fullest extent permitted by applicable law, on the latest to occur of (i) the Effective Date, (ii) the entry of a Final Order resolving all Claims in the Chapter 11 Cases, and (iii) the final distribution made to holders of Allowed Claims in accordance with Article XXXI of the Plan, all Claims and Equity Interests, and all rights and claims between or among holders of Claims and Equity Interests relating in any manner whatsoever to Claims or Equity Interests, based upon any contractual, equitable or legal subordination rights, will be terminated and discharged in the manner provided in this Plan, and all such Claims, Equity Interests and rights so based, and all such contractual, equitable and legal subordination rights to which any Entity may be entitled will be irrevocably waived.  To the fullest extent permitted by applicable law, the rights afforded and the distributions that are made in respect of any Claims or Equity Interests under this Plan will not be subject to levy, garnishment, attachment or like legal process by any holder of a Claim or Equity Interest by reason of any contractual, equitable or legal subordination rights, so that, notwithstanding any such contractual, equitable or legal subordination rights, each holder of a Claim or Equity Interest shall have and receive the benefit of the rights and distributions set forth in this Plan.

32.6    **Surrender of Instruments**:  Except to the extent evidenced by electronic entry, as a condition of receiving any distribution under the Plan, each holder of a certificated instrument or note must surrender such instrument or note to the appropriate Trustee or the Disbursing Agent or its designee.  Any holder of such instrument or note that fails to (i) surrender such instrument or note or (ii) execute and deliver an affidavit of loss and/or indemnity reasonably satisfactory to the appropriate Trustee or the Disbursing Agent before the first (1st) anniversary of the Effective Date shall be deemed to have forfeited all rights and Claims and may not participate in any distribution under the Plan.  Any distribution so forfeited shall become the property of the Disbursing Agent for distribution to holders of Allowed Claims in accordance with the terms and provisions hereof.

32.7    **Issuance of Reorganized Common Stock and Additional Common Stock**:  The issuance by Reorganized WMI of the Reorganized Common Stock and Additional Common Stock on the Effective Date is hereby authorized without the need for any further corporate action and without any further action by holders of Claims or Equity Interests.

32.8    **Exemption from Securities Laws**:  To the maximum extent provided by section 1145 of the Bankruptcy Code and applicable non-bankruptcy law, except with respect to the Additional Common Stock purchased pursuant to the Backstop Commitment Agreement, the issuance under the Plan of the Reorganized Common Stock, the Additional Common Stock, and the Subscription Rights will be exempt from registration under the Securities Act of 1933, as amended, and all rules and regulations promulgated thereunder.

32.9    **Hart-Scott-Rodino Compliance**:  Any shares of Reorganized Common Stock or Additional Common Stock to be distributed under the Plan to any Entity required to file a Premerger Notification and Report Form under the Hart-Scott-Rodino Antitrust Improvement Act of 1976, as amended, shall not be distributed until the notification and waiting periods applicable under such Act to such Entity shall have expired or been terminated.

32.10   **Fractional Stock or Other Distributions:**  Notwithstanding anything to the contrary contained herein, no fractional shares of Reorganized Common Stock or Additional Common Stock shall be distributed, and no Cash payments of fractions of cents will be made. Fractional dollars shall be rounded down to the nearest whole dollar.  Fractional shares of stock shall be rounded down to the nearest whole unit.  No Cash will be paid in lieu of such fractional shares of stock or dollars.

**ARTICLE XXXIII**

**RIGHTS OFFERING**

33.1   **Issuance of Subscription Rights**:  Pursuant to Section 20.3 of the Plan, each holder of an Allowed PIERS Claim shall receive certain Subscription Rights (as set forth therein), entitling such holder to purchase its Pro Rata Share of Additional Common Stock, if such holder (except as otherwise permitted in the Backstop Commitment Agreement) possesses the right to purchase at least the minimum amount prescribed by the Backstop Commitment Agreement.  The Additional Common Stock shall be issued on the Effective Date or as soon thereafter as is practicable.  Each eligible holder of Subscription Rights shall have the right, but not the obligation, to participate in the Rights Offering as provided herein, and shall be entitled to acquire all or none of its Pro Rata Share of Additional Common Stock.  Pursuant to the Rights Offering, a minimum aggregate number of shares of Additional Common Stock having a value of Fifty Million Dollars ($50,000,000.00) shall be available for purchase; provided, however, that such number of shares may be increased in accordance with the Backstop Commitment Agreement, with such increased amount to be fixed and disclosed by the Debtors by written notice no later than three (3) Business Days prior to the hearing on the Disclosure Statement.

33.2   **Subscription Period**:  The Rights Offering shall commence on the date Ballots and Subscription Forms are mailed to holders of Allowed PIERS Claims.  Each holder of Subscription Rights intending to participate in the Rights Offering must affirmatively elect to exercise its Subscription Rights on or prior to the Subscription Expiration Date.  Unexercised Subscription Rights shall be treated as acquired by the Backstop Purchasers, and any exercise of such Subscription Rights by any Entity other than the Backstop Purchasers shall be null and void, and the Debtors shall not be obligated to honor any such purported exercise received by the Rights Offering Agent after the Subscription Expiration Date, regardless of when the documents relating to such exercise were sent.

33.3   **Subscription Purchase Price**:  Each holder of Subscription Rights shall be required to pay, on or prior to the Subscription Expiration Date, the Subscription Purchase Price for each share of Additional Common Stock to be issued thereunder, in accordance with the provisions of Section 33.4 hereof.

33.4   **Exercise of Subscription Rights**:  In order to exercise Subscription Rights, each holder thereof must (i) be a holder of an Allowed PIERS Claim as of the Rights Offering Record Date, (ii) meet the other eligibility requirements set forth in the Backstop Commitment Agreement, (iii) make the election to exercise such rights on the Subscription Form in a specified amount, (iv) return such Subscription Form to the Rights Offering Agent, so that such Subscription Form is actually received by the Rights Offering Agent on or before the

Subscription Expiration Date, and (v) pay to the Debtors on or before the Subscription Expiration Date an amount equal to the Subscription Purchase Price multiplied by the number of shares of Additional Common Stock such holder is electing to purchase, in accordance with the wire instructions set forth on the Subscription Form or by bank or cashier's check delivered to the Rights Offering Agent with the Subscription Form.  If, on or prior to the Subscription Expiration Date, the Rights Offering Agent and/or the Debtors for any reason do not receive from a given holder of Subscription Rights (i) a Subscription Form, pursuant to which such holder elected to exercise its Subscription Rights and (ii) immediately available funds as set forth above, such holder shall be deemed to have relinquished and waived its right to participate in the Rights Offering.  The payments made in accordance with the Rights Offering shall be deposited and held by the Debtors in the Rights Offering Trust Account.  The Rights Offering Trust Account will be maintained by the Debtors for the purpose of administration of the Rights Offering until the Effective Date or such other later date, at the option of the Reorganized Debtors.  The Debtors shall not use such funds for any other purpose and shall not encumber or permit such funds to be encumbered with any Lien or similar encumbrance.

        **33.5**    **General Procedures Governing Exercise of Subscription Rights**:  Each holder of Subscription Rights as of the Rights Offering Record Date may exercise all or any portion of such holder's Subscription Rights pursuant to the Subscription Form; <u>provided</u>, <u>however</u>, that such holder (except as otherwise permitted in the Backstop Commitment Agreement) must be eligible to purchase and must subscribe for shares of Additional Common Stock having an aggregate Subscription Purchase Price of at least the minimum amount prescribed in the Backstop Commitment Agreement.  The valid exercise of the Subscription Rights shall be irrevocable.  In order to facilitate the exercise of the Subscription Rights, on the commencement date of the Rights Offering, the Debtors will mail a Subscription Form to each holder of Subscription Rights as of the Rights Offering Record Date, together with appropriate instructions for the proper completion, due execution, and timely delivery of the Subscription Form, as the case maybe, as well as instructions for payment.  The Debtors may adopt such additional detailed procedures consistent with the provisions of this Article XXXIII to more efficiently administer the exercise of the Subscription Rights.

        **33.6**    **Undersubscription/Backstop of the Rights Offering**:  Subject to the terms and conditions of the Backstop Commitment Agreement, any shares of Additional Common Stock not purchased by holders of Subscription Rights pursuant to the Rights Offering may be purchased by the Backstop Purchasers at the Subscription Purchase Price.  To the extent applicable, and as set forth in the Backstop Commitment Agreement, the Debtors shall notify the Backstop Purchasers of the number of shares of Additional Common Stock not purchased pursuant to the Rights Offering.  Pursuant to the terms and subject to the conditions of the Backstop Commitment Agreement, if they are so committed, the Backstop Purchasers shall pay to the Debtors, by wire transfer of immediately available funds, prior to the Effective Date, or shall direct the Disbursing Agent to deduct from such Entities' initial distribution of Creditor Cash, Cash in an amount equal to the Subscription Purchase Price multiplied by the number of shares of Additional Common Stock not purchased.  The Debtors shall deposit such payment into the Rights Offering Trust Account.  The Backstop Purchasers shall not be entitled to purchase the Additional Common Stock at a discount, nor shall the Backstop Purchasers be entitled to any fee in connection with their commitments and obligations set forth in the Backstop Commitment Agreement.

33.7    **Distribution of the Additional Common Stock**:  On the Effective Date, or as soon as reasonably practicable thereafter, the Rights Offering Agent shall facilitate the distribution of the Additional Common Stock purchased pursuant to the Rights Offering.

33.8    **No Interest**:  No interest shall be paid to Entities exercising Subscription Rights on account of amounts paid in connection with such exercise.

33.9    **Disputes/Defects Regarding Exercise of Subscription Rights**:  All questions concerning the timeliness, viability, form, and eligibility of any exercise of Subscription Rights shall be determined by the Debtors, whose good-faith determinations shall be final and binding.  The Debtors, in their reasonable discretion, may waive any defect or irregularity, or permit a defect or irregularity to be corrected within such times as they may determine, or reject the purported exercise of any Subscription Rights.  Elections on Subscription Forms shall be deemed not to have been received or accepted until all irregularities have been waived or cured within such time as the Debtors determine in their reasonable discretion.  The Debtors will use commercially reasonable efforts to give notice to any holder of Subscription Rights regarding any defect or irregularity in connection with any purported exercise of Subscription Rights by such holder and may permit such defect or irregularity to be cured within such time as the Debtors may determine in good faith to be appropriate; provided, however, that neither the Debtors nor the Disbursing Agent nor the Rights Offering Agent shall incur any liability for failure to give such notification.

# ARTICLE XXXIV

# CREDITORS' COMMITTEE/EQUITY COMMITTEE

34.1    **Dissolution of the Creditors' Committee**:  On the first (1st) Business Day thirty (30) days following the Effective Date, and provided that payments to holders of Unsecured Claims have been made in accordance with Article XXXI of the Plan, the Creditors' Committee shall be dissolved, and the members thereof shall be released and discharged of and from all further authority, duties, responsibilities, and obligations related to and arising from and in connection with the Chapter 11 Cases, and the retention or employment of the Creditors' Committee's attorneys, financial advisors, and other agents, if any, shall terminate other than for purposes of filing and prosecuting applications for final allowances of compensation for professional services rendered and reimbursement of expenses incurred in connection therewith; provided, however, that the Creditors' Committee may, at its own discretion, continue or resume its duties arising from or relating to (i) any pending litigation or contested matter to which the Creditors' Committee is a party, (ii) any appeal filed regarding confirmation of the Plan, (iii) obligations arising under confidentiality agreements, joint interest agreements, and protective orders, if any, entered during the Chapter 11 Cases that remain in full force and effect according to their terms, (iv) applications for fees and expenses of members of the Creditors' Committee and requests for compensation and reimbursement of expenses pursuant to section 503(b) of the Bankruptcy Code for making a substantial contribution in any of the Chapter 11 Cases, and (v) motions, appeals or other litigation seeking the enforcement of the provisions of the Plan and the transactions contemplated hereunder or in the Confirmation Order; and provided further that the Debtors or the Reorganized Debtors, as the case may be, shall continue to compensate the

Creditors' Committee's attorneys, financial advisors, and other agents, if any, for any of the post-Effective Date activities identified in this Section 34.1 of the Plan.

34.2 **Dissolution of the Equity Committee**:  On the first (1st) Business Day following the Effective Date, the Equity Committee shall be dissolved and the members thereof shall be released and discharged of and from all further authority, duties, responsibilities, and obligations related to and arising from and in connection with the Chapter 11 Cases, and the retention or employment of the Equity Committee's attorneys, financial advisors, and other agents, if any, shall terminate other than for purposes of filing and prosecuting applications for final allowances of compensation for professional services rendered and reimbursement of expenses incurred in connection therewith.

## ARTICLE XXXV

## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

35.1 **Rejection or Assumption of Remaining Executory Contracts and Unexpired Leases**:  Pursuant to sections 365(a) and 1123(b)(2) of the Bankruptcy Code, all executory contracts and unexpired leases that exist between one or both of the Debtors and any Entity, and which have not expired by their own terms on or prior to the Confirmation Date, shall be deemed rejected by the Debtors as of the Effective Date, except for any executory contract or unexpired lease that (i) has been assumed and assigned or rejected pursuant to an order of the Bankruptcy Court entered prior to the Effective Date or (ii) that is specifically designated as a contract or lease to be assumed or assumed and assigned on the schedules to the Plan Supplement, including, without limitation, any executory contract or unexpired lease sold, accepted, or transferred to one of the JPMC Entities pursuant to the terms of the Global Settlement Agreement; provided, however, that the Debtors reserve the right, on or prior to the Confirmation Date, to amend such schedules to delete any executory contract or unexpired lease therefrom or add any executory contract or unexpired lease thereto, in which event such executory contract(s) or unexpired lease(s) shall be deemed to be, as the case may be, either rejected, assumed, or assumed and assigned as of the Effective Date.  The Debtors shall serve notice of any executory contract and unexpired lease to be rejected or assumed or assumed and assigned through the operation of this Section 35.1 by including schedules of such contracts and leases in the Plan Supplement.  To the extent there are any amendments to such schedules, the Debtors shall provide notice of any such amendments to the parties to the executory contracts and unexpired leases affected thereby.  The listing of a document on the schedules to the Plan Supplement shall not constitute an admission by the Debtors that such document is an executory contract or an unexpired lease or that the Debtors have any liability thereunder.

35.2 **Approval of Rejection or Assumption of Executory Contracts and Unexpired Leases:**  Entry of the Confirmation Order by the Bankruptcy Court shall constitute approval, pursuant to sections 365(a) and 1123(b)(2) of the Bankruptcy Code, of the rejection, assumption, or assumption and assignment, as the case may be, of executory contracts and unexpired leases pursuant to Section 35.1 of the Plan or pursuant to the Global Settlement Agreement.

35.3    **Inclusiveness:**  Unless otherwise specified on the schedules to the Plan Supplement, each executory contract and unexpired lease listed or to be listed therein shall include any and all modifications, amendments, supplements, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without regard to whether such agreement, instrument, or other document is listed on such schedule.

35.4    **Cure of Defaults:**  Except to the extent that different treatment has been agreed to by the non-debtor party or parties to any executory contract or unexpired lease to be assumed or assumed and assigned pursuant to Section 35.1 of the Plan, the Debtors shall, pursuant to the provisions of sections 1123(a)(5)(G) and 1123(b)(2) of the Bankruptcy Code and consistent with the requirements of section 365 of the Bankruptcy Code, within at least twenty (20) days prior to the Confirmation Hearing, file with the Bankruptcy Court and serve by first class mail on each non-debtor party to such executory contracts or unexpired leases to be assumed pursuant to Section 35.1 of the Plan, a notice, which shall list the cure amount as to each executory contract or unexpired lease to be assumed or assumed and assigned.  The parties to such executory contracts or unexpired leases will have twenty (20) days from the date of service of such notice to file and serve any objection to the cure amounts listed by the Debtors.  If there are any objections filed, the Bankruptcy Court shall hold a hearing on a date to be set by the Bankruptcy Court.  Notwithstanding Section 35.1 of the Plan, the Debtors shall retain their rights to reject any of their executory contracts or unexpired leases that are subject to a dispute concerning amounts necessary to cure any defaults through the Effective Date.

35.5    **Rejection Damage Claims**:  If the rejection of an executory contract or unexpired lease by the Debtors hereunder results in damages to the other party or parties to such contract or lease, any claim for such damages, if not heretofore evidenced by a filed proof of Claim, shall be forever barred and shall not be enforceable against the Debtors, or their properties or agents, successors, or assigns, including, without limitation, the Reorganized Debtors and the Liquidating Trust, unless a proof of Claim is filed with the Bankruptcy Court and served upon attorneys for the Debtors or the Liquidating Trustee, as the case may be, on or before thirty (30) days after the latest to occur of (i) the Confirmation Date, and (ii) the date of entry of an order by the Bankruptcy Court authorizing rejection of a particular executory contract or unexpired lease.

35.6    **Indemnification and Reimbursement Obligations**:  For purposes of the Plan, (i) the obligations of the Debtors to indemnify and reimburse their directors or officers that were directors or officers, respectively, on or prior to the Petition Date shall be assumed by the Reorganized Debtors and (ii) indemnification obligations of the Debtors arising from services as officers and directors during the period from and after the Petition Date shall be Administrative Expense Claims to the extent previously authorized by a Final Order.

35.7    **Termination of Benefit Plans**:  Notwithstanding anything contained in the Plan to the contrary, the Debtors shall be authorized, but not required, to terminate all Benefit Plans, in accordance with the terms and provisions of the documents and instruments relating thereto and applicable law, at such time as determined by the Debtors in their sole discretion; provided, however, that, until the transfer or termination of any Benefit Plan, the Debtors and the Reorganized Debtors, as the case may be, shall (a) continue to perform any and all of their

administrative obligations thereunder and (b) with respect to Benefit Plans subject to Title IV of ERISA, continue to make any required minimum funding contributions and pay applicable Pension Benefit Guaranty Corporation insurance premiums; and, _provided_, _further_, that, upon termination thereof, the Debtors or the Reorganized Debtors, as the case may be, shall provide administrative services in connection with the operation and wind down of the Benefit Plans; and, _provided_, _further_, that the continuation of any Benefit Plan by the Debtors or the Reorganized Debtors, as the case may be, from and after the Confirmation Date, including, without limitation, the provision of administrative services in connection with the operation and wind down of such Benefit Plan, shall not constitute an assumption of such Benefit Plans in accordance with section 365 of the Bankruptcy Code; and, _provided_, _further_, that the failure to perform any obligation under the Benefit Plans or to provide administrative services in connection with the wind down of the Benefit Plans shall be without prejudice to (i) any Entity to assert such failure gives rise to an Administrative Expense Claim and (ii) the Debtors or the Liquidating Trustee to contest the assertion thereof.  For the avoidance of doubt, the foregoing shall not apply to any employee benefit or welfare plan to be maintained by the Reorganized Debtors or the Liquidating Trustee, as the case may be, in the ordinary course of business after the Effective Date for the benefit of employees actively employed by the Reorganized Debtors or the Liquidating Trustee.

35.8 **Termination of Vendor Stipulation:**  On the Effective Date, that certain Stipulation By and Between Debtors and JPMorgan Chase Bank, N.A. Concerning Certain Contracts, dated October 16, 2008, shall be terminated and deemed of no further force and effect; _provided_, _however_, that any and all rights and obligations of JPMC pursuant to such Stipulation arising from the acts or omissions of JPMC prior to the Effective Date shall survive the Effective Date and shall not be released by the terms of the Global Settlement Agreement or the Plan.

## ARTICLE XXXVI

## RIGHTS AND POWERS OF DISBURSING AGENT

36.1 **Exculpation**:  From and after the Effective Date, the Disbursing Agent shall be exculpated by all Entities, including, without limitation, holders of Claims and Equity Interests and other parties in interest, from any and all claims, causes of action, and other assertions of liability arising out of the discharge of the powers and duties conferred upon such Disbursing Agent by the Plan or any order of the Bankruptcy Court entered pursuant to or in furtherance of the Plan, or applicable law, except for actions or omissions to act arising out of the gross negligence or willful misconduct of such Disbursing Agent.  No holder of a Claim or an Equity Interest or other party in interest shall have or pursue any claim or cause of action against the Disbursing Agent for making payments in accordance with the Plan or for implementing the provisions of the Plan.

36.2 **Powers of the Disbursing Agent**:  Except as may be provided otherwise hereunder, the Disbursing Agent shall be empowered to (i) take all steps and execute all instruments and documents necessary to effectuate the Plan, (ii) make distributions contemplated by the Plan, (iii) comply with the Plan and the obligations thereunder, and (iv) exercise such other powers as may be vested in the Disbursing Agent pursuant to order of the Bankruptcy

Court, pursuant to the Plan, or as deemed by the Disbursing Agent to be necessary and proper to implement the provisions of the Plan.

36.3 **Fees and Expenses Incurred From and After the Effective Date**: Except as otherwise ordered by the Bankruptcy Court, the amount of any reasonable fees and expenses incurred by the Disbursing Agent from and after the Effective Date and any reasonable compensation and expense reimbursement claims, including, without limitation, reasonable fees and expenses of counsel, incurred by the Disbursing Agent, shall be paid in Cash without further order of the Bankruptcy Court.

**ARTICLE XXXVII**

**CONDITIONS PRECEDENT TO CONFIRMATION OF THE PLAN**

37.1 **Conditions Precedent to Confirmation of the Plan:** Confirmation of the Plan is subject to satisfaction of the following conditions precedent:

(a) Required Orders: The Clerk of the Bankruptcy Court shall have entered an order or orders (including, without limitation, the Disclosure Statement Order and the Confirmation Order):

(1) approving the Disclosure Statement as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code;

(2) authorizing the solicitation of votes with respect to the Plan;

(3) determining that all votes are binding and have been properly tabulated as acceptances or rejections of the Plan;

(4) confirming and giving effect to the terms and provisions of the Plan, including the releases in Article XLII of the Plan;

(5) approving the Global Settlement Agreement in accordance with its terms including, but not limited to the releases of the Released Parties;

(6) determining that all applicable tests, standards and burdens in connection with the Plan have been duly satisfied and met by the Debtors and the Plan;

(7) approving the documents in the Plan Supplement;

(8) authorizing the Debtors to execute, enter into, and deliver the documents in the Plan Supplement, and to execute, implement and take all actions otherwise necessary or appropriate to give effect to the transactions contemplated by the Plan, the documents in the Plan Supplement, and the Global Settlement Agreement;

(9)    determining that the compromises and settlements set forth in the Global Settlement Agreement and this Plan are appropriate, reasonable and approved; and

(10)    ordering the sale of the Plan Contribution Assets to be sold to the JPMC Entities or the Debtors, as applicable, pursuant to the Global Settlement Agreement, free and clear of all rights, claims, interests and liens, and finding that the parties acquired such assets in good faith under the meaning of, and subject to the protections of, section 363(m) and pursuant to section 1123(a)(5) of the Bankruptcy Code.

(b)    <u>Form of Orders</u>:  The Confirmation Order and this Plan each is in a form and substance reasonably satisfactory to the Debtors, the Creditors' Committee, the JPMC Entities, the FDIC Receiver, FDIC Corporate and the Settlement Note Holders.

(c)    <u>Confirmation Order</u>:  The Confirmation Order includes (i) determinations that all of the settlements and compromises contained in the Plan and Global Settlement Agreement satisfy applicable standards under section 1123(b)(3) of the Bankruptcy code and Bankruptcy Rule 9019, and (ii) the releases and injunctions set forth in  Article XLII of the Plan.

37.2    **Waiver of Conditions Precedent to Confirmation**:  To the extent practicable and legally permissible, each of the conditions precedent in Section 37.1 hereof may be waived, in whole or in part, by the Debtors, subject to the approval of the Creditors' Committee, the JPMC Entities, the FDIC Receiver, FDIC Corporate and the Settlement Note Holders.  Any such waiver of a condition precedent may be effected at any time by filing a notice thereof with the Bankruptcy Court executed by the Debtors, the Creditors' Committee, the JPMC Entities, the FDIC Receiver, FDIC Corporate and the Settlement Note Holders.

# ARTICLE XXXVIII

## CONDITIONS PRECEDENT TO EFFECTIVE  DATE OF THE PLAN

38.1    **Conditions Precedent to Effective Date of the Plan**:  The occurrence of the Effective Date and the substantial consummation of the Plan are subject to satisfaction of the following conditions precedent:

(a)    <u>Satisfaction of Certain Global Settlement Agreement Conditions</u>: The satisfaction of the "Conditions to Effective Date" set forth in Sections 7.2(a), (b), (c), (e) and (f) of the Global Settlement Agreement.

(b)    <u>Entry of the Confirmation Order</u>:  The Clerk of the Bankruptcy Court shall have entered the Confirmation Order, in form and substance reasonably satisfactory to the Debtors, the Creditors' Committee, the JPMC Entities, the FDIC Receiver, FDIC Corporate and the Settlement Note Holders, in accordance with section 1129 of the Bankruptcy Code, and the Confirmation Order shall have become a Final Order.

(c)     Execution of Documents; Other Actions:  All other actions and documents necessary to implement the Plan shall have been effected or executed.

    38.2   **Waiver of Conditions Precedent**:  To the extent practicable and legally permissible, each of the conditions precedent in Section 38.1 hereof may be waived, in whole or in part, by the Debtors, subject to the approval of the Creditors' Committee, the JPMC Entities, the FDIC Receiver, FDIC Corporate and the Settlement Note Holders.  Any such waiver of a condition precedent may be effected at any time by filing a notice thereof with the Bankruptcy Court executed by the Debtors, the Creditors' Committee, the JPMC Entities, the FDIC Receiver, FDIC Corporate and the Settlement Note Holders.

<h1 style="text-align:center">ARTICLE XXXIX</h1>

<h2 style="text-align:center">RETENTION OF JURISDICTION</h2>

    39.1   **Retention of Jurisdiction**:  The Bankruptcy Court shall retain and have exclusive jurisdiction over any matter arising under the Bankruptcy Code, arising in or related to the Chapter 11 Cases or the Plan, or that relates to the following:

        (a)     to resolve any matter related to the assumption, assumption and assignment, or rejection of any executory contract or unexpired lease to which a Debtor is a party or with respect to which a Debtor may be liable and to hear, determine, and, if necessary, liquidate, any Claim arising therefrom, including those matters related to the amendment after the Effective Date of the Plan to add any executory contract or unexpired lease to the list of executory contracts and unexpired leases to be rejected;

        (b)     to enter such orders as may be necessary or appropriate to implement or consummate the provisions of the Plan and all contracts, instruments, releases, and other agreements or documents created in connection with the Plan, including, without limitation, the Global Settlement Agreement, unless any such agreements or documents contain express enforcement and dispute resolution provisions to the contrary, in which case, such provisions shall govern;

        (c)     to determine any and all motions, adversary proceedings, applications, and contested or litigated matters that may be pending on the Effective Date or that, pursuant to the Plan, may be instituted by the Debtors, the Reorganized Debtors, or the Liquidating Trustee prior to or after the Effective Date;

        (d)     to ensure that distributions to holders of Allowed Claims are accomplished as provided herein;

        (e)     to hear and determine any timely objection to any Claim or Equity Interest, whether such objection is filed before or after the Confirmation Date, including any objection to the classification of any Claim or Equity Interest, and to allow, disallow, determine, liquidate, classify, estimate, or establish the priority of or secured or unsecured status of any Claim or Equity Interest, in whole or in part;

(f)     to enter and implement such orders as may be appropriate in the event the Confirmation Order is for any reason stayed, revoked, modified, reversed, or vacated;

(g)     to issue such orders in aid of execution of the Plan, to the extent authorized by section 1142 of the Bankruptcy Code;

(h)     to consider any modification of the Plan, to cure any defect or omission, or reconcile any inconsistency in any order of the Bankruptcy Court, including the Confirmation Order;

(i)     to hear and determine all applications for awards of compensation for services rendered and reimbursement of expenses incurred prior to the Effective Date;

(j)     to hear and determine disputes arising in connection with or relating to the Plan or the Global Settlement Agreement, or the interpretation, implementation, or enforcement of the Plan or the Global Settlement Agreement, or the extent of any Entity's obligations incurred in connection with or released under the Plan or the Global Settlement Agreement, unless such agreements or documents contain express enforcement or dispute resolution provisions to the contrary, in which case such provisions should govern;

(k)     to issue injunctions, enter and implement other orders, or take such other actions as may be necessary or appropriate to restrain interference by any Entity with consummation or enforcement of the Plan or the Global Settlement Agreement;

(l)     to determine any other matter that may arise in connection with or that is related to the Plan, the Disclosure Statement, the Confirmation Order, the Global Settlement Agreement, or any contract, instrument, release, or other agreement or document created in connection therewith, unless such agreements or documents contain express enforcement or dispute resolution provisions, in which case, such provisions should govern;

(m)     to hear and determine matters concerning state, local, and federal Taxes in accordance with sections 346, 505, and 1146 of the Bankruptcy Code (including, without limitation, any matter relating to the Tax Refunds, and any request by the Debtors or by the Liquidating Trustee, as applicable, for an expedited determination of Tax under section 505(b) of the Bankruptcy Code with respect to the Debtors, the Liquidating Trust, or the Liquidating Trust Claims Reserve, as applicable);

(n)     to hear any other matter or for any purpose specified in the Confirmation Order that is not inconsistent with the Bankruptcy Code; and

(o)     to enter a final decree closing the Chapter 11 Cases;

provided, however, that the foregoing is not intended to (i) expand the Bankruptcy Court's jurisdiction beyond that allowed by applicable law, (ii) grant the Bankruptcy Court jurisdiction over disputes between JPMC and the FDIC Receiver and/or FDIC Corporate under the Purchase and Assumption Agreement, (iii) impair the rights of an Entity to (a) invoke the jurisdiction of a court, commission, or tribunal with respect to matters relating to a governmental unit's police and regulatory powers and (b) contest the invocation of any such jurisdiction; and provided,

<u>further</u>, that the invocation of such jurisdiction, if granted, shall not extend to the allowance or priority of Claims or the enforcement of any money judgment against the Debtors, the Reorganized Debtors, or the Liquidating Trust, as the case may be, entered by such court, commission, or tribunal, and (iv) impair the rights of an Entity to (a) seek the withdrawal of the reference in accordance with 28 U.S.C. § 157(d) and (b) contest any request for the withdrawal of reference in accordance with 28 U.S.C. § 157(d).

## ARTICLE XL

## MODIFICATION, REVOCATION, OR WITHDRAWAL OF THE PLAN

40.1     **Modification of Plan**:  The Debtors reserve the right, in accordance with the Bankruptcy Code and the Bankruptcy Rules, in the event any amendment or modification would materially adversely affect the substance of the economic provisions set forth in the Plan or the Global Settlement Agreement, to amend or modify the Plan, the Plan Supplement, or any exhibit to the Plan at any time prior to the entry of the Confirmation Order, subject in each case to the consent of the Creditors' Committee, the JPMC Entities, the FDIC Receiver, FDIC Corporate and the Settlement Note Holders; <u>provided</u>, <u>however</u>, that, for the avoidance of doubt, it is understood and agreed that any change to the definition of JPMC Assumed Liabilities or to the releases in Article XLII of the Plan, or to the assets or benefits to be received by JPMC pursuant to the Global Settlement Agreement, would be material to the JPMC Entities.  Upon entry of the Confirmation Order, the Debtors may, upon order of the Bankruptcy Court, amend or modify the Plan, in accordance with section 1127(b) of the Bankruptcy Code, or remedy any defect or omission or reconcile any inconsistency in the Plan in such manner as may be necessary to carry out the purpose and intent of the Plan, subject in each case to the terms of the Global Settlement Agreement.  A holder of a Claim that has accepted the Plan shall be deemed to have accepted the Plan as modified if the proposed modification does not materially and adversely change the treatment of the Claim of such holder.

40.2     **Revocation or Withdrawal**:

(a)     The Plan may be revoked or withdrawn prior to the Confirmation Date by the Debtors.

(b)     If the Plan is revoked or withdrawn prior to the Confirmation Date, or if the Plan does not become effective for any reason whatsoever, then the Plan shall be deemed null and void.  In such event, nothing contained herein shall be deemed to constitute a waiver or release of any claim by the Debtors or any other Entity, or to prejudice in any manner the rights of the Debtors or any other Entity in any further proceeding involving the Debtors.

40.3     **Amendment of Plan Documents**:  From and after the Effective Date, the authority to amend, modify, or supplement the Plan Supplement, the Exhibits to the Plan Supplement and the Exhibits to the Plan, and any document attached to any of the foregoing, shall be as provided in such Plan Supplement, Exhibit to the Plan Supplement, or Exhibit to the Plan and their respective attachments, as the case may be.

40.4    **No Admission of Liability.**

(a)    The submission of this Plan is not intended to be, nor shall it be construed as, an admission or evidence in any pending or subsequent suit, action, proceeding or dispute of any liability, wrongdoing, or obligation whatsoever (including as to the merits of any claim or defense) by any Entity with respect to any of the matters addressed in this Plan.

(b)    None of this Plan (including, without limitation, the Exhibits hereto), or any settlement entered, act performed or document executed in connection with this Plan:  (i) is or may be deemed to be or may be used as an admission or evidence of the validity of any claim, or any allegation made in any of the Related Actions or of any wrongdoing or liability of any Entity; (ii) is or may be deemed to be or may be used as an admission or evidence of any liability, fault or omission of any Entity in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal; or (iii) is or may be deemed to be or used as an admission or evidence against the Reorganized Debtors, the Debtors, or any other Person or Entity with respect to the validity of any Claim.  None of this Plan or any settlement entered, act performed or document executed in connection with this Plan shall be admissible in any proceeding for any purposes, except to carry out the terms of this Plan, and except that, once confirmed, any Entity may file this Plan in any action for any purpose, including, but not limited to, in order to support a defense or counterclaim based on the principles of *res judicata*, collateral estoppel, release, good faith settlement, judgment bar or reduction or any other theory of claim preclusion or issue preclusion or similar defense of counterclaim.

# ARTICLE XLI

## CORPORATE GOVERNANCE AND
## MANAGEMENT OF THE REORGANIZED DEBTORS

41.1    **Corporate Action**:  On the Effective Date, all matters provided for under the Plan that would otherwise require approval of the stockholders or directors of one or more of the Debtors or Reorganized Debtors, including, without limitation, the authorization to issue or cause to be issued the Reorganized Common Stock, the Additional Common Stock, and the Subscription Rights, the adoption of the Reorganized Debtors Certificates of Incorporation and the Reorganized Debtors By-Laws, and the election or appointment, as the case may be, of directors and officers of the Reorganized Debtors pursuant to the Plan, shall be authorized and approved in all respects, in each case without further action under applicable law, regulation, order, or rule, including, without limitation, any action by the stockholders of the Debtors or the Reorganized Debtors, as the case may be.  The cancellation of all Equity Interests and other matters provided under the Plan involving the corporate structure of the Reorganized Debtors or corporate action by the Reorganized Debtors shall be deemed to have occurred, be authorized, and shall be in effect without requiring further action under applicable law, regulation, order, or rule, including, without limitation, any action by the stockholders of the Debtors or the Reorganized Debtors.  Without limiting the foregoing, from and after the Confirmation Date, the Debtors and the Reorganized Debtors shall take any and all actions deemed appropriate in order to consummate the transactions contemplated herein, and, notwithstanding any provision contained in the Debtors' articles of incorporation and by-laws to the contrary, such Entities shall not require the affirmative vote of holders of Equity Interests in order to take any corporate

action including to (i) compromise and settle claims and causes of action of or against the Debtors and their chapter 11 estates and (ii) dissolve, merge, or consolidate with any other Entity.

41.2  **Reincorporation**:  Prior to the Effective Date, WMI shall reincorporate from the State of Washington to the State of Delaware.

41.3  **Amendment of Articles of Incorporation and By-Laws**:  The articles of incorporation and by-laws of the Debtors shall be amended as of the Effective Date to provide substantially as set forth in the Reorganized Debtors Certificates of Incorporation and the Reorganized Debtors By-Laws, each of which shall in form and substance be satisfactory to the Backstop Purchasers and reasonably satisfactory to the Creditors' Committee.  The Reorganized Debtors Certificates of Incorporation and the Reorganized Debtors By-Laws, to the extent applicable, shall prohibit the issuance of nonvoting equity securities to the extent required by section 1123(a)(6) of the Bankruptcy Code.

41.4  **Directors of the Reorganized Debtors**:  On the Effective Date, the boards of directors of each of the Reorganized Debtors shall each consist of seven (7) persons and will be comprised as follows:  (i) the chief executive officer of Reorganized WMI and (ii) six (6) individuals selected by the Backstop Purchasers; provided, however, that the first annual election of the boards of directors shall take place within six (6) months after the Effective Date. The initial directors shall be disclosed prior to the Confirmation Hearing.  In the event that, during the period from the Confirmation Hearing up to and including the Effective Date, circumstances require the substitution of one (1) or more persons selected to serve on the boards of directors of the Reorganized Debtors, the Backstop Purchasers shall choose such substitute and the Debtors shall file a notice thereof with the Bankruptcy Court and, for purposes of section 1129 of the Bankruptcy Code, any such replacement person, designated in accordance with the requirements of the immediately preceding sentence, shall be deemed to have been selected and disclosed prior to the Confirmation Hearing.

41.5  **Officers of the Reorganized Debtors**:  The board of directors of the Reorganized Debtors shall elect officers of the Reorganized Debtors as of or after the Effective Date.

41.6  **Shareholders' Agreement:**  Reorganized WMI and its shareholders (and their shares of Reorganized Common Stock and Additional Common Stock) shall be subject to, and bound by, a shareholders' agreement, which shall in form and substance be reasonably satisfactory to the Backstop Purchasers and the Creditors' Committee.

## ARTICLE XLII

## MISCELLANEOUS PROVISIONS

42.1  **Title to Assets**:  Except as otherwise provided by the Plan and the Global Settlement Agreement, on the Effective Date, title to all assets and properties encompassed by the Plan shall vest in the Reorganized Debtors, the Liquidating Trust, the JPMC Entities or the WMB Recipient, as the case may be, free and clear of all Liens and in accordance with sections

363 and 1141 of the Bankruptcy Code, and the Confirmation Order shall be a judicial determination of discharge of the liabilities of the Debtors and the Debtors in Possession except as provided in the Plan.

### 42.2  **Discharge and Release of Claims and Termination of Equity Interests**.

(a)  Except as expressly provided in the Plan or the Confirmation Order, all distributions and rights afforded under the Plan and the treatment of Claims and Equity Interests under the Plan shall be, and shall be deemed to be, in exchange for, and in complete satisfaction, settlement, discharge and release of, all Claims and any other obligations, suits, judgments, damages, debts, rights, remedies, causes of action or liabilities of any nature whatsoever, and of all Equity Interests, or other rights of a holder of an Equity Interest, relating to any of the Debtors or the Reorganized Debtors or any of their respective assets, property and estates, or interests of any nature whatsoever, including any interest accrued on such Claims from and after the Petition Date, and regardless of whether any property will have been distributed or retained pursuant to the Plan on account of such Claims or other obligations, suits, judgments, damages, debts, rights, remedies, causes of action or liabilities, or Equity Interests or other rights of a holder of an equity security or other ownership interest.  Upon the Effective Date, the Debtors and the Reorganized Debtors shall (i) be deemed discharged under section 1141(d)(1)(A) of the Bankruptcy Code and released from any and all Claims and any other obligations, suits, judgments, damages, debts, rights, remedies, causes of action or liabilities, and any Equity Interests or other rights of a holder of an equity security or other ownership interest, of any nature whatsoever, including, without limitation, liabilities that arose before the Effective Date (including prior to the Petition Date), and all debts of the kind specified in sections 502(g), 502(h) or 502(i) of the Bankruptcy Code, whether or not (a) a proof of Claim based upon such debt is filed or deemed filed under section 501 of the Bankruptcy Code, (b) a Claim based upon such debt is allowed under section 502 of the Bankruptcy Code (or is otherwise resolved), or (c) the holder of a Claim based upon such debt voted to accept the Plan and (ii) terminate and cancel all rights of any equity security holder in any of the Debtors and all Equity Interests.

(b)  Except as provided in the Plan or the Confirmation Order, all Entities shall be precluded from asserting against any and each of the Released Parties, and any and each of their respective assets, property and estates, any other or further Claims, or any other obligations, suits, judgments, damages, debts, rights, remedies, causes of action or liabilities of any nature whatsoever, and of all Equity Interests, or other rights of a holder of an Equity Interest, relating to any of the Debtors or the Reorganized Debtors or any of their respective assets, property and estates, including any interest accrued on such Claims from and after the Petition Date, and regardless of whether any property will have been distributed or retained pursuant to the Plan on account of such Claims or other obligations, suits, judgments, damages, debts, rights, remedies, causes of action or liabilities, or Equity Interests or other rights of a holder of an equity security or other ownership interest.  In accordance with the foregoing, except as expressly provided in the Plan or the Confirmation Order, the Confirmation Order shall constitute a judicial determination, as of the Effective Date, of the discharge and release of all such Claims or other obligations, suits, judgments, damages, debts, rights, remedies, causes of action or liabilities, and any Equity Interests, or other rights of a holder of an equity interest and termination of all rights of any such holder in any of the Debtors, pursuant to sections 524 and 1141 of the Bankruptcy Code, and such discharge shall void and extinguish any judgment

obtained against any of the Released Parties, and their respective assets, property and estates at any time, to the extent such judgment is related to a discharged Claim, debt or liability or terminated right of any holder of any Equity Interest in any of the Debtors. As of the Effective Date, and in consideration for the value provided under the Global Settlement Agreement to effectuate the Plan, each holder of a Claim or Equity Interest in any Class under this Plan shall be and hereby is deemed to release and forever waive and discharge as against each and any of the Released Parties, and their respective assets, property and estates, all such Claims and Equity Interests.

(c)     In furtherance of the foregoing, and except for the JPMC Assumed Liabilities, Allowed WMB Vendor Claims, and WMI Vendor Claims, to the extent provided in the Global Settlement Agreement, none of the JPMC Entities or any of their Related Persons shall have any liability for, and the Debtors on behalf of themselves and their respective estates and Related Persons hereby release the JPMC Entities and each of their Related Persons from liability for, any and all Claims that (i) are or were property of the Debtors, their estates, or their respective Related Persons or (ii) were or could have been brought in any of the Related Actions.

42.3    **Injunction on Claims:  Except as otherwise expressly provided in the Plan, the Confirmation Order or such other order of the Bankruptcy Court that may be applicable, all Entities, and each Related Person of such Entities, who have held, hold or may hold Claims or any other debt or liability that is discharged or Equity Interests or other right of equity interest that is terminated or cancelled pursuant to the Plan or the Global Settlement Agreement, or who have held, hold or may hold Claims or any other debt or liability that is discharged or released pursuant to Sections 42.2 or 42.6 hereof, respectively, are permanently enjoined, from and after the Effective Date, from (a) commencing or continuing, directly or indirectly, in any manner, any action or other proceeding (including, without limitation, any judicial, arbitral, administrative or other proceeding) of any kind on any such Claim or other debt or liability or Equity Interest that is terminated or cancelled pursuant to the Plan against any of the Released Parties or any of their respective assets, property or estates, (b) the enforcement, attachment, collection or recovery by any manner or means of any judgment, award, decree or order against any of the Released Parties or any of their respective assets, property or estates, (c) creating, perfecting, or enforcing any encumbrance of any kind against any of the Released Parties or any of their respective assets, property or estates, and (d) except to the extent provided, permitted or preserved by sections 553, 555, 556, 559 or 560 of the Bankruptcy Code or pursuant to the common law right of recoupment, asserting any right of setoff, subrogation or recoupment of any kind against any obligation due from any of the Released Parties or any of their respective assets, property or estates, with respect to any such Claim or other debt or liability that is discharged or Equity Interest or other right of equity interest that is terminated or cancelled pursuant to the Plan; _provided_, _however_, that such injunction shall not preclude the United States of America, any state or any of their respective police or regulatory agencies from enforcing their police or regulatory powers; and, _provided_, _further_, that, except in connection with a properly filed proof of Claim, the foregoing proviso does not permit the United States of America, any State or any of their respective police or regulatory agencies from obtaining any monetary recovery from any of the Released Parties or any of their respective assets, property or estates, with respect to any such Claim or other debt or liability that is discharged or Equity Interest or other right of**

**equity interest that is terminated or cancelled pursuant to the Plan, including, without limitation, any monetary claim or penalty in furtherance of a police or regulatory power. Such injunction shall extend to all successors and assigns of the Released Parties and their respective assets, property and estates.**

42.4 **Integral to Plan**: Each of the discharge, injunction and release provisions provided in this Article XLII is an integral part of the Plan and is essential to its implementation. Each of the Released Parties shall have the right to independently seek the enforcement of the discharge, injunction and release provisions set forth in this Article XLII.

42.5 **Releases by the Debtors**: Except as otherwise expressly provided in the Plan, the Confirmation Order, or the Global Settlement, on the Effective Date, for good and valuable consideration, each of the Debtors and the Reorganized Debtors on its own behalf and as representative of its respective estate, and each of its respective Related Persons, and on behalf of the Liquidating Trust, the Liquidating Trustee, the Liquidating Trust Beneficiaries and the Disbursing Agent, and each of their respective Related Persons, shall be deemed to have and hereby does irrevocably and unconditionally, fully, finally and forever waive, release, acquit, and discharge the Released Parties and each of their respective Related Persons, from any and all Claims or Causes of Action that the Debtors, the Reorganized Debtors, the Liquidating Trust, the Liquidating Trustee, the Liquidating Trust Beneficiaries, and the Disbursing Agent, and their respective Related Persons, or any of them, or anyone claiming through them, on their behalf or for their benefit, have or may have or claim to have, now or in the future, against any Released Party or any of their respective Related Persons that are Released Claims or otherwise are based upon, relate to, or arise out of or in connection with, in whole or in part, any act, omission, transaction, event or other circumstance relating to the Debtors, the Affiliated Banks, or any of their respective Related Persons, taking place or existing on or prior to the Effective Date, and/or any Claim, act, fact, transaction, occurrence, statement, or omission in connection with or alleged or that could have been alleged in the Related Actions, including, without limitation, any such claim, demand, right, liability, or cause of action for indemnification, contribution, or any other basis in law or equity for damages, costs or fees.

42.6 **Releases by Holders of Claims and Equity Interests**. Except as otherwise expressly provided in the Plan, the Confirmation Order, or the Global Settlement Agreement, on the Effective Date, for good and valuable consideration, each Entity that has held, currently holds or may hold a Released Claim or any Equity Interest that is terminated, and each of its respective Related Persons, on their own behalf and on behalf of anyone claiming through them, on their behalf, or for their benefit, shall be deemed to have and hereby does irrevocably and unconditionally, fully, finally and forever waive, release, acquit and discharge each and all of the Released Parties from any and all Released Claims in connection with or related to any of the Debtors, the Reorganized Debtors, the Affiliated Banks, or their respective subsidiaries, assets, liabilities, operations, property or estates, the Chapter 11 Cases or the Plan or the Disclosure Statement, the assets to be received by JPMC pursuant to the Global Settlement Agreement, the Plan Contribution Assets, the Debtors' Claims, the JPMC Claims, the FDIC Claim, the Purchase and Assumption Agreement, the WMI/WMB Intercompany Claims, any intercompany claims on the books of WMI or WMB related to the WaMu Pension Plan or the Lakeview Plan, claims related in any way to the Trust Preferred Securities (including, without limitation, the creation of the Trust Preferred Securities, the financing associated therewith, the

requested assignment of the Trust Preferred Securities by the Office of Thrift Supervision and the transfer and the asserted assignment of the Trust Preferred Securities subsequent thereto), and/or any claim, act, fact, transaction, occurrence, statement, or omission in connection with or alleged in the Actions or in the Texas Litigation, or that could have been alleged in respect of the foregoing or other similar proceeding, including, without limitation, any such claim demand, right, liability, or cause of action for indemnification, contribution or any other basis in law or equity for damages, costs or fees incurred by the releasors herein arising directly or indirectly from or otherwise relating thereto; **provided, however, that each Entity that has submitted a Ballot may elect, by checking the appropriate box on its Ballot, not to grant the releases set forth in Section 42.6 of the Plan with respect to those Released Parties other than (i) the Debtors, (ii) the Reorganized Debtors, and (iii) the Creditors' Committee and its members in such capacity and for their actions as members, their respective Related Persons, and their respective predecessors, successors and assigns (whether by operation of law or otherwise), in which case, such Entity that so elects to not grant the releases will not receive a distribution hereunder; and provided, further, that, because the Plan and the Global Settlement Agreement, and the financial contributions contained therein, are conditioned upon the aforementioned releases, and, as such, these releases are essential for the successful reorganization of the Debtors, pursuant to the Confirmation Order, those Entities that opt out of the releases provided hereunder shall be bound and shall receive the distributions they otherwise would be entitled to receive pursuant to the Plan**.

42.7 **Injunction Related to Releases. Except as provided in the Plan, the Confirmation Order, or the Global Settlement Agreement, as of the Effective Date, (i) all Entities that hold, have held, or may hold a Released Claim or Equity Interest relating to any of the Debtors or the Reorganized Debtors or any of their respective assets, property and estates, that is released pursuant to Section 42.6 of the Plan, (ii) all other parties in interest, and (iii) each of the Related Persons of each of the foregoing entities, are, and shall be, permanently, forever and completely stayed, restrained, prohibited, barred and enjoined from taking any of the following actions, whether directly or indirectly, derivatively or otherwise, on account of or based on the subject matter of such discharged Released Claims or such Equity Interests: (i) commencing, conducting or continuing in any manner, directly or indirectly, any suit, action or other proceeding (including, without limitation, any judicial, arbitral, administrative or other proceeding) in any forum; (ii) enforcing, attaching (including, without limitation, any prejudgment attachment), collecting, or in any way seeking to recover any judgment, award, decree, or other order; (iii) creating, perfecting or in any way enforcing in any matter, directly or indirectly, any Lien; (iv) setting off, seeking reimbursement or contributions from, or subrogation against, or otherwise recouping in any manner, directly or indirectly, any amount against any liability or obligation owed to any Entity released under Section 42.6 hereof; and (v) commencing or continuing in any manner, in any place of any judicial, arbitration or administrative proceeding in any forum, that does not comply with or is inconsistent with the provisions of the Global Settlement Agreement, the Plan or the Confirmation Order.**

42.8 **Exculpation**: The Released Parties, members of the Plan Administration Committee and Plan Investment Committee of the WaMu Savings Plan, and each of their Related Persons shall not have or incur any liability to any Entity for any act taken or omitted to be taken in connection with the Chapter 11 Cases (including any actions taken by the Creditors'

Committee after the Effective Date), the formulation, preparation, dissemination, implementation, confirmation or approval of the Plan or any compromises or settlements contained therein, the Disclosure Statement related thereto, the Global Settlement Agreement, or any contract, instrument, release or other agreement or document provided for or contemplated in connection with the consummation of the transactions set forth in the Plan and the Global Settlement Agreement; provided, however, that the foregoing provisions of this Section 42.8 shall not affect the liability of any Entity that otherwise would result from any such act or omission to the extent that such act or omission is determined in a Final Order to have constituted gross negligence or willful misconduct. Any of the foregoing parties in all respects shall be entitled to rely upon the advice of counsel with respect to their duties and responsibilities under the Plan.

42.9 **Bar Order:** Each and every Entity is permanently enjoined, barred and restrained from instituting, prosecuting, pursuing or litigating in any manner any and all claims, demands, rights, liabilities, or causes of action of any and every kind, character or nature whatsoever, in law or in equity, known or unknown, direct or derivative, whether asserted or unasserted, against any of the Released Parties, based upon, related to, or arising out of or in connection with any of the Released Claims, the Debtors' Claims, the JPMC Claims, the FDIC Claim, the Purchase and Assumption Agreement (other than the JPMC Preserved Indemnification Rights, as defined in the Global Settlement Agreement), confirmation and consummation of the Plan, the negotiation and consummation of the Global Settlement Agreement or any claim, act, fact, transaction, occurrence, statement or omission in connection with or alleged or that could have been alleged in the Related Actions, including, without limitation, any such claim, demand, right, liability, or cause of action for indemnification, contribution, or any other basis in law or equity for damages, costs or fees incurred arising directly or indirectly from or otherwise relating to the Related Actions, either directly or indirectly by any Person for the direct or indirect benefit of any Released Party arising from or related to the claims, acts, facts, transactions, occurrences, statements or omissions that are, could have been or may be alleged in the Related Actions or any other action brought or that might be brought by, through, on behalf of, or for the benefit of any of the Released Parties (whether arising under federal, state or foreign law, and regardless of where asserted).

42.10 **Deemed Consent**: By submitting a Ballot and receiving a distribution under or any benefit pursuant to this Plan and not electing to withhold consent to the releases of the applicable Released Parties set forth in Section 42.6 of the Plan, or by order of the Bankruptcy Court, each holder of a Claim or Equity Interest shall be deemed, to the fullest extent permitted by applicable law, to have specifically consented to the releases set forth in Section 42.6 of the Plan.

42.11 **No Waiver**: Notwithstanding anything to the contrary contained in Sections 42.5 and 42.6 hereof, the releases and injunctions set forth in such sections shall not, and shall not be deemed to, limit, abridge or otherwise affect the rights of the Reorganized Debtors, the Creditors' Committee, the Liquidating Trustee, the JPMC Entities, the FDIC Receiver, FDIC Corporate or the Settlement Note Holders to enforce, sue on, settle or compromise the rights, claims and other matters expressly retained by any of them.

42.12   **Supplemental Injunction:  Notwithstanding anything contained herein to the contrary, all Entities, including Entities acting on their behalf, who currently hold or assert, have held or asserted, or may hold or assert, any Released Claims or Equity Interests against any of the Released Parties based upon, attributable to, arising out of or relating to any Claim against or Equity Interest in any of the Debtors, whenever and wherever arising or asserted, whether in the U.S. or anywhere else in the world, whether sounding in tort, contract, warranty, statute, or any other theory of law, equity or otherwise, shall be, and shall be deemed to be, permanently stayed, restrained and enjoined from taking any action against any of the Released Parties for the purpose of directly or indirectly collecting, recovering or receiving any payment or recovery with respect to any Released Claims or Equity Interests arising prior to the Effective Date (including prior to the Petition Date), including, but not limited to:**

(a)   **Commencing or continuing in any manner any action or other proceeding of any kind with respect to any such Released Claim or Equity Interest against any of the Released Parties or the assets or property of any Released Party;**

(b)   **Enforcing, attaching, collecting or recovering, by any manner or means, any judgment, award, decree or order against any of the Released Parties or the assets or property of any Released Party with respect to any such Released Claim or Equity Interest;**

(c)   **Creating, perfecting or enforcing any Lien of any kind against any of the Released Parties or the assets or property of any Released Party with respect to any such Released Claim or Equity Interest;**

(d)   **Except as otherwise expressly provided in the Plan, the Confirmation Order, or the Global Settlement Agreement, asserting, implementing or effectuating any setoff, right of subrogation, indemnity, contribution or recoupment of any kind against any obligation due to any of the Released Parties or against the property of any Released Party with respect to any such Released Claim or Equity Interest; and**

(e)   **Taking any act, in any manner, in any place whatsoever, that does not conform to, or comply with, the provisions of the Plan, the Confirmation Order, or the Global Settlement Agreement relating to such Released Claim or Equity Interest;**

**provided, however, that the Debtors' compliance with the formal requirements of Bankruptcy Rule 3016 shall not constitute an admission that the Plan provides for an injunction against conduct not otherwise enjoined under the Bankruptcy Code.**

42.13   **Term of Existing Injunctions or Stays**:  Unless otherwise provided, all injunctions or stays provided for in the Chapter 11 Cases pursuant to sections 105, 362, or 525 of the Bankruptcy Code, or otherwise, and in existence on the Confirmation Date, shall remain in full force and effect until entry of an order in accordance with Section 42.22 of the Plan or such other Final Order of the Bankruptcy Court; provided, however, that the terms of the Stock Trading Order shall remain in full force and effect forever, including, without limitation, with respect to any violation thereof on or before the Effective Date.

42.14 **Payment of Statutory Fees**: All fees payable pursuant to section 1930 of title 28 of the United States Code, and, if applicable, any interest payable pursuant to section 3717 of title 31 of the United States Code, as determined by the Bankruptcy Court, shall be paid on the Effective Date or thereafter as and when they become due or otherwise pursuant to an agreement between the Reorganized Debtors and the United States Department Justice, Office of the United States Trustee, until such time as the Chapter 11 Cases are closed in accordance with the provisions of Section 42.22 of the Plan.

42.15 **Post-Effective Date Fees and Expenses**: From and after the Effective Date, the Reorganized Debtors shall, in the ordinary course of business and without the necessity for any approval by the Bankruptcy Court, retain professionals and pay the reasonable professional fees and expenses incurred by the Reorganized Debtors related to implementation and consummation of the Plan without further approval from the Bankruptcy Court.

42.16 **Exemption from Transfer Taxes**: Pursuant to sections 106, 1141 and 1146(a) of the Bankruptcy Code, the issuance, transfer, or exchange of notes or equity securities under or in connection with the Plan or the Global Settlement Agreement, the creation of any mortgage, deed of trust, or other security interest, the making or assignment of any lease or sublease, or the making or delivery of any deed or other instrument of transfer under, in furtherance of, or in connection with the Plan or the Global Settlement Agreement, including, without limitation, the Reorganized Common Stock, the Additional Common Stock, the Subscription Rights, the Trust Preferred Securities, and any merger agreements or agreements of consolidation, deeds, bills of sale, or assignments executed in connection with any of the transactions contemplated under the Plan or the Global Settlement Agreement shall not be subject to any stamp, real estate transfer, mortgage recording, sales, use or other similar Tax. The Confirmation Order shall direct all state and local government officials and agents to forego the collection of any such tax or governmental assessment and to accept for filing and recordation any instrument or other document issued or transferred pursuant to the Plan, without the payment of any such tax or government assessment.

42.17 **Withdrawal of Equity Committee Adversary Proceeding:** On the Effective Date, the Equity Committee Adversary Proceeding shall be deemed withdrawn, with prejudice, without any further action.

42.18 **Payment of Fees and Expenses of Certain Creditors:** Except to the extent paid pursuant to the Backstop Commitment Agreement, within ten (10) Business Days of receiving a detailed invoice with respect thereto, but in no event more than ninety (90) days after the Effective Date, the Disbursing Agent shall pay all reasonable fees and expenses incurred by (i) Fried, Frank, Harris, Shriver & Jacobson LLP, (ii) Blank Rome LLP, (iii) White & Case LLP, (iv) Kasowitz, Bensen, Torres & Friedman LLP, and (v) Zolfo Cooper on behalf of certain Creditors who hold claims against the Debtors, during the period from the Petition Date through and including the Effective Date, in connection with the Chapter 11 Cases, the Global Settlement Agreement, the Plan, or the transactions contemplated therein (including, without limitation, investigating, negotiating, documenting, and completing such transactions and enforcing, attempting to enforce, and preserving any right or remedy contemplated under the Global Settlement Agreement and in the Chapter 11 Cases), without the need for any of these professionals to file an application for allowance thereof with the Bankruptcy Court. In the event

that the Disbursing Agent disagrees with the reasonableness of all or a portion of any such invoice, the Creditors may, in their sole discretion, request that the Bankruptcy Court (i) determine the reasonableness and allowance of such contested amounts and (ii) direct the Disbursing Agent to pay such additional amounts determined to be reasonable, if any, and the Disbursing Agent, Creditors' Committee, and any other Creditor or party in interest may object thereto.

42.19 **Severability**:  If, prior to the Confirmation Date, any term or provision of the Plan shall be held by the Bankruptcy Court to be invalid, void or unenforceable, the Bankruptcy Court shall, with the consent of the Debtors, have the power to alter and interpret such term or provision to make it valid or enforceable to the maximum extent practicable, consistent with the original purpose of the term or provision held to be invalid, void or unenforceable, and such term or provision shall then be applicable as altered or interpreted. Notwithstanding any such holding, alteration, or interpretation, the remainder of the terms and provisions of the Plan shall remain in full force and effect and shall in no way be affected, impaired or invalidated by such holding, alteration or interpretation; provided, however, that, any holding, alteration or interpretation that alters, amends or modifies the definition of JPMC Assumed Liabilities or the releases provided in the Plan or the assets or benefits to be provided to JPMC pursuant to the Global Settlement Agreement absent JPMC's express written consent (which may be withheld, delayed, or conditioned in JPMC's sole discretion) shall render the remainder of the terms and provisions of the Plan and the Global Settlement Agreement of no force or effect.  Except with respect to the foregoing proviso, the Confirmation Order shall constitute a judicial determination and shall provide that each term and provision of the Plan, as it may have been altered or interpreted, is valid and enforceable pursuant to its terms.

42.20 **Governing Law**:  Except to the extent that the Bankruptcy Code or other federal law is applicable, or to the extent that an exhibit hereto or any document to be entered into in connection herewith provides otherwise, the rights, duties, and obligations arising under this Plan shall be governed by, and construed and enforced in accordance with, the Bankruptcy Code and, to the extent not inconsistent therewith, the laws of the State of New York, without giving effect to principles of conflicts of laws.

42.21 **Notices**:  All notices, requests, and demands to or upon the Debtors, the Debtors in Possession, the Reorganized Debtors, or the Liquidating Trustee to be effective shall be in writing, including by facsimile transmission, and, unless otherwise expressly provided herein, shall be deemed to have been duly given or made when actually delivered or, in the case of notice by facsimile transmission, when received and telephonically confirmed, addressed as follows:

To the Debtors or the Debtors in Possession:

Washington Mutual, Inc.
925 Fourth Avenue, Suite 2500
Seattle, Washington  98104
Attention:  General Counsel
Telephone:  (206) 432-8731
Facsimile:  (206) 432-8879

With a copy to:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attention:  Brian S. Rosen, Esq.
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

42.22    **Closing of Case**:  The Liquidating Trustee shall, promptly upon the full administration of the Chapter 11 Cases, file with the Bankruptcy Court all documents required by Bankruptcy Rule 3022 and any applicable order of the Bankruptcy Court.

42.23    **Section Headings**:  The section headings contained in this Plan are for reference purposes only and shall not affect in any way the meaning or interpretation of the Plan.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

42.24 **Inconsistencies**: To the extent of any inconsistency between the information contained in the Disclosure Statement and the terms and provisions of the Plan, the terms and provisions contained herein shall govern.

Dated: Seattle, Washington
March 26, 2010

WASHINGTON MUTUAL, INC.

By: _Cel Kost_
Name: William C. Kosturos
Title: Chief Restructuring Officer

WMI INVESTMENT CORP.

By: _W C Kost_
Name: William C. Kosturos
Title: President & Chief Executive
Officer

_Ch I. J_
Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS TO THE DEBTORS
AND DEBTORS IN POSSESSION

**EXHIBIT A**

**CCB-1 GUARANTEES CLAIMS**

| Trust | Notes Issuance | Maturity Date | Allowed Principal | Allowed Accrued Interest[1] | Allowed Total Amount | Estimated Postpetition Interest[2] |
|---|---|---|---|---|---|---|
| CCB Capital Trust IV | 7,732,000 | October 8, 2033 | 7,732,000 | 97,788.32 | 7,829,788.32 | 594,059 |
| CCB Capital Trust V | 10,310,000 | January 23, 2034 | 10,310,000 | 103,303.25 | 10,413,303.25 | 744,551 |
| CCB Capital Trust VII | 7,732,000 | July 23, 2034 | 7,732,000 | 73,982.29 | 7,805,982.29 | 522,241 |
| CCB Capital Trust VIII | 7,732,000 | July 23, 2034 | 7,732,000 | 73,982.29 | 7,805,982.29 | 506,632 |

---

[1] This amount includes interest accrued as of the Petition Date, and does not include any postpetition interest to which such Claim holders may be entitled.

[2] This amount includes the estimated amount of interest accrued from the Petition Date through an expected Effective Date of July 31, 2010.

## EXHIBIT B

## CCB-2 GUARANTEES CLAIMS

| Trust | Notes Issuance | Maturity Date | Allowed Principal | Allowed Accrued Interest[1] | Allowed Total Amount | Estimated Postpetition Interest[2] |
|-------|----------------|---------------|-------------------|-----------------------------|----------------------|------------------------------------|
| HFC Capital Trust I | 9,300,000 | June 8, 2031 | 9,300,000 | 284,022.00 | 9,584,022.00 | 1,748,839 |
| CCB Capital Trust VI | 10,310,000 | April 15, 2034 | 10,310,000 | 113,743.93 | 10,423,743.93 | 743,942 |
| CCB Capital Trust IX | 15,464,000 | March 30, 2035 | 15,464,000 | 223,025.24 | 15,687,025.24 | 1,705,636 |

---

[1] This amount includes interest accrued as of the Petition Date, and does not include any postpetition interest to which such Claim holders may be entitled.

[2] This amount includes the estimated amount of interest accrued from the Petition Date through an expected Effective Date of July 31, 2010.

# EXHIBIT C

## PIERS CLAIMS

| Notes Issuance | Maturity Date | Allowed Principal | Allowed Accrued Interest [1] | Allowed Total Amount | Estimated Postpetition Interest [2] |
|---|---|---|---|---|---|
| 5.375% Junior Subordinated Deferrable Interest Debentures | | | | | |
| **Preferred Securities** | May 1, 2041 | $756,230,623.24 | $9,443,576.39 | $765,674,199.63 | 118,931,796 |
| **Common Securities[3]** | May 1, 2041 | $23,387,254.01 | $292,052.86 | $23,679,306.87 | 3,678,095 |

---

[1] This amount includes interest accrued as of the Petition Date, and does not include any postpetition interest to which such Claim holders may be entitled.

[2] This amount includes the estimated amount of interest accrued from the Petition Date through an expected Effective Date of July 31, 2010.

[3] These securities are owned by WMI.

**EXHIBIT D**

**SENIOR NOTES CLAIMS**

| Notes Issuance | Maturity Date | Allowed Principal | Allowed Accrued Interest[1] | Allowed Total Amount | Estimated Postpetition Interest[2] |
|---|---|---|---|---|---|
| **4.0% Notes** | January 15, 2009 | $804,984,292.60 | $6,351,912.45 | $811,336,205.05 | 59,770,435 |
| **4.2% Notes** | January 15, 2010 | $504,220,132.10 | $4,178,270.72 | $508,398,402.82 | 39,392,224 |
| **5.5% Notes** | August 24, 2011 | $361,181,452.96 | $1,766,795.55 | $362,948,248.51 | 36,903,823 |
| **5.0% Notes** | March 22, 2012 | $374,791,867.96 | $208,722.22 | $375,000,590.18 | 35,233,135 |
| **5.25% Notes** | September 15, 2017 | $726,744,896.63 | $1,171,426.67 | $727,916,323.30 | 71,643,851 |
| **Floating Rate Notes** | August 24, 2009 | $358,645,000.00 | $911,252.44 | $359,556,252.44 | 7,364,853 |
| **Floating Rate Notes** | January 15, 2010 | $175,500,000.00 | $1,099,878.10 | $176,599,878.10 | 4,968,613 |
| **Floating Rate Notes** | March 22, 2012 | $363,350,000.00 | $141,454.17 | $363,491,454.17 | 8,828,447 |
| **Floating Rate Notes** | September 17, 2012 | $446,815,000.00 | $359,267.16 | $447,174,267.16 | 11,590,717 |

[1] This amount includes interest accrued as of the Petition Date, and does not include any postpetition interest to which such Claim holders may be entitled.

[2] This amount includes the estimated amount of interest accrued from the Petition Date through an expected Effective Date of July 31, 2010.

# EXHIBIT E

## SENIOR SUBORDINATED NOTES CLAIMS

| Notes Issuance | Maturity Date | Allowed Principal | Allowed Accrued Interest[1] | Allowed Total Amount | Estimated Postpetition Interest[2] |
|---|---|---|---|---|---|
| **8.250% Notes** | April 1, 2010 | $451,870,530.25 | $18,133,500.00 | $470,004,030.25 | 69,300,390 |
| **4.625% Notes** | April 1, 2014 | $729,187,229.50 | $16,449,467.71 | $745,636,697.21 | 63,427,602 |
| **7.250% Notes** | November 1, 2017 | $437,962,198.47 | $12,862,043.75 | $450,824,242.22 | 59,583,343 |

[1] This amount includes interest accrued as of the Petition Date, and does not include any postpetition interest to which such Claim holders may be entitled.

[2] This amount includes the estimated amount of interest accrued from the Petition Date through an expected Effective Date of July 31, 2010.

**SUBORDINATION PROVISIONS**

**(Excerpts of Relevant Documentation)**

## I.    Senior Subordinated Notes Indenture

Section 15.12  Definitions.  The following terms shall have the following meanings:

"Junior Subordinated Notes" means the Company's 8.375% Junior Subordinated Debentures due 2027, its 8.206% Subordinated Deferrable Interest Notes due 2027, its 8.36% Subordinated Notes due 2026, its 8.25% Subordinated Deferrable Interest Notes due 2025, and its 5.375% Subordinated Defeasible Interest Debentures due 2041.

"Senior Debt" means all Debt of the Company except Subordinated Debt and Junior Subordinated Notes.

"Subordinated Debt" means the Company's 7.875% Senior Subordinated Debt due 2004, 8.875% Subordinated Notes due 2007 and 8.275% Subordinated Notes due 2010 and any other Debt of the Company which is subordinate and junior in right of payment to any other Debt of the Company by the terms of the instrument creating or evidencing such Subordinated Debt and senior to the Junior Subordinated Notes.

## II.    CCB-1 Guarantee Agreements

### *CCB Capital Trust IV / CCB Capital Trust VII*

Section 5.    <u>Additional Definitions</u>.

(b)    **"Guarantor Debt"** means whether recourse as to all or a portion of the assets of the Guarantor and whether or not contingent, (i) every obligation of Guarantor for money borrowed; (ii) every obligation of Guarantor evidenced by bonds, debentures, notes or other similar instruments, including obligations incurred in connection with the acquisition of property, assets or businesses; (iii) every reimbursement obligation of the Guarantor with respect to letters of credit, bankers' acceptances or similar facilities issued for the account of Guarantor; (iv) every obligation of Guarantor issued or assumed as the deferred purchase price of property or services (but excluding trade accounts payable or accrued liabilities arising in the ordinary course of business); (v) every capital lease obligation of  Guarantor; (v) all indebtedness of Guarantor, whether incurred on or prior to the date of this Guarantee or thereafter incurred, for claims in respect of derivative products, including interest rate, foreign exchange rate and commodity forward contracts, options, swaps and similar arrangements; and (vii) every obligation of the type referred to in clauses (i) through (vi) of another Person and all dividends of another Person the payment of which, in either case, Guarantor has guaranteed or is responsible or liable for, directly or indirectly, as obligor or otherwise.

(c)     **"Guarantor Senior Debt"** means (i) the principal, premium, if any, and interest in respect of (A) Guarantor Debt for money borrowed and (B) Guarantor Debt evidenced by securities, debentures, notes, bonds, or similar instruments issued by the Guarantor, (ii) all capital lease obligations of the Guarantor, (iii) all obligations of the Guarantor issued or assumed as the deferred purchase price of property, all conditional sale obligations of the Guarantor and all obligations of the Guarantor under any title retention agreement (but excluding trade accounts payable arising in the ordinary course of business), (iv) all obligations of the Guarantor for the reimbursement of any letter of credit, any banker's acceptance, any security purchase facility, any repurchase agreement or similar arrangement, any interest rate swap, any other hedging arrangement, any obligation under options or any similar credit or other transaction, (v) all obligations of the type referred to in clauses (i) through (iv) above of other Persons for the payment of which the Guarantor is responsible or liable as obligor, guarantor or otherwise and (vi) all obligations of the type referred to in clauses (i) through (v) above of other Persons secured by any lien on any property or asset of the Guarantor (whether or not such obligation is assumed by the Guarantor), whether incurred on or prior to the date of this Guarantee or thereafter incurred, <u>unless</u>, with the prior approval of the OTS if not otherwise generally approved, it is provided in the instrument creating or evidencing the same or pursuant to which the same is outstanding that such obligations are not superior or are pari passu in right of payment to the Debt Securities; <u>provided</u>, <u>however</u>, that Guarantor Senior Indebtedness shall not include (A) any debt securities issued to any trust other than the Trust (as defined in the Indenture) that is a financing vehicle of the Guarantor (a "financing entity"), in connection with the issuance by such financing entity of equity or other securities in transactions substantially similar in structure to the transactions contemplated hereunder and in the Trust Agreement or (B) any guarantees of the Guarantor in respect of the equity or other securities of any financing entity referred to in clause (A) above.

*CCB Capital Trust V*

Section 5.     <u>Additional Definitions</u>.

(b)     **"Guarantor Debt"** means whether recourse as to all or a portion of the assets of the Guarantor and whether or not contingent, (i) every obligation of Guarantor for money borrowed; (ii) every obligation of Guarantor evidenced by bonds, debentures, notes or other similar instruments, including obligations incurred in connection with the acquisition of property, assets or businesses; (iii) every reimbursement obligation of the Guarantor with respect to letters of credit, bankers' acceptances or similar facilities issued for the account of Guarantor; (iv) every obligation of Guarantor issued or assumed as the deferred purchase price of property or services (but excluding trade accounts payable or accrued liabilities arising in the ordinary course of business); (v) every capital lease obligation of  Guarantor; (v) all indebtedness of Guarantor, whether incurred on or prior to the date of this Guarantee or thereafter incurred, for claims in respect of derivative products, including interest rate, foreign exchange rate and commodity forward contracts, options, swaps and similar arrangements; and (vii) every obligation of the type referred to in clauses (i) through (vi) of another Person and all dividends of another Person the payment of which, in either case, Guarantor has guaranteed or is responsible or liable for, directly or indirectly, as obligor or otherwise.

(c)   **"Guarantor Senior Debt"** means (i) the principal, premium, if any, and interest in respect of (A) Guarantor Debt for money borrowed and (B) Guarantor Debt evidenced by securities, debentures, notes, bonds, or similar instruments issued by the Guarantor, (ii) all capital lease obligations of the Guarantor, (iii) all obligations of the Guarantor issued or assumed as the deferred purchase price of property, all conditional sale obligations of the Guarantor and all obligations of the Guarantor under any title retention agreement (but excluding trade accounts payable arising in the ordinary course of business), (iv) all obligations of the Guarantor for the reimbursement of any letter of credit, any banker's acceptance, any security purchase facility, any repurchase agreement or similar arrangement, any interest rate swap, any other hedging arrangement, any obligation under options or any similar credit or other transaction, (v) all obligations of the type referred to in clauses (i) through (iv) above of other Persons for the payment of which the Guarantor is responsible or liable as obligor, guarantor or otherwise and (vi) all obligations of the type referred to in clauses (i) through (v) above of other Persons secured by any lien on any property or asset of the Guarantor (whether or not such obligation is assumed by the Guarantor), whether incurred on or prior to the date of this Guarantee or thereafter incurred, <u>unless</u>, with the prior approval of the OTS if not otherwise generally approved, in the instrument creating or evidencing the same or pursuant to which the same is outstanding that such obligations are not superior or are pari passu in right of payment to the Debt Securities.

## *CCB Capital Trust VIII*

Section 5.   <u>Additional Definitions</u>.

(b)   **"Guarantor Debt"** means with respect to Guarantor, whether recourse as to all or a portion of the assets of the Guarantor and whether or not contingent, (i) every obligation of Guarantor for money borrowed; (ii) every obligation of Guarantor evidenced by bonds, debentures, notes or other similar instruments, including obligations incurred in connection with the acquisition of property, assets or businesses; (iii) every reimbursement obligation of the Guarantor with respect to letters of credit, bankers' acceptances or similar facilities issued for the account of Guarantor; (iv) every obligation of Guarantor issued or assumed as the deferred purchase price of property or services (but excluding trade accounts payable or accrued liabilities arising in the ordinary course of business); (v) every capital lease obligation of  Guarantor; (v) all indebtedness of  Guarantor, whether incurred on or prior to the date of this Guarantee or thereafter incurred, for claims in respect of derivative products, including interest rate, foreign exchange rate and commodity forward contracts, options, swaps and similar arrangements; and (vii) every obligation of the type referred to in clauses (i) through (vi) of another Person and all dividends of another Person the payment of which, in either case, Guarantor has guaranteed or is responsible or liable for, directly or indirectly, as obligor or otherwise.

(c)   **"Guarantor Senior Debt"** means (i) the principal, premium, if any, and interest in respect of (A) Guarantor Debt for money borrowed, similar obligations arising from off-balance sheet guarantees and direct credit substitutes and (B) Guarantor Debt evidenced by securities, debentures, notes, bonds, or other similar instruments issued by the Company, (ii) all capital lease obligations of the Guarantor, (iii) all obligations of the Guarantor issued or assumed

as the deferred purchase price of property, all conditional sale obligations of the Guarantor and all obligations of the Guarantor under any title retention agreement (but excluding trade accounts payable arising in the ordinary course of business), (iv) all obligations of the Guarantor for the reimbursement of any letter of credit, any banker's acceptance, any security purchase facility, any repurchase agreement or similar arrangement, all obligations associated with derivative products such as interest rate and foreign exchange contracts and commodity contracts, any interest rate swap, any other hedging arrangement, any obligation under options or any similar credit or other transaction, (v) all obligations of the type referred to in clauses (i) through (iv) above of other Persons for the payment of which the Guarantor is responsible or liable as obligor, guarantor or otherwise and (vi) all obligations of the type referred to in clauses (i) through (v) above of other Persons secured by any lien on any property or asset of the Guarantor (whether or not such obligation is assumed by the Guarantor), whether incurred on or prior to the date of this Guarantee or thereafter incurred, unless, with the prior approval of the OTS if not otherwise generally approved, it is provided in the instrument creating or evidencing the same or pursuant to which the same is outstanding that such obligations are not superior or are pari passu in right of payment to the Debt Securities; provided, however, that Guarantor Senior Debt shall not include (A) any debt securities issued to any trust other than the Trust (or a trustee of such trust) that is a financing vehicle of the Guarantor (a "financing entity"), in connection with the issuance by such financing entity of equity or other securities in transactions contemplated hereunder and in the Trust Agreement or (B) any guarantees of the Guarantor in respect of the equity or other securities of any financing entity referred to in clause (A) above.

## III.      CCB-2 Guarantee Agreements

### *HFC Capital Trust I*

Section 5.      <u>Additional Definitions</u>.

(b)      **"Guarantor Debt"** means whether recourse as to all or a portion of the assets of the Guarantor and whether or not contingent, (i) every obligation of the Guarantor for money borrowed; (ii) every obligation of the Guarantor evidenced by bonds, debentures, notes or other similar instruments, including obligations incurred in connection with the acquisition of property, assets or businesses; (iii) every reimbursement obligation of the Guarantor with respect to letters of credit, bankers' acceptances or similar facilities issued for the amount of the Guarantor; (iv) every obligation of the Guarantor issued or assumed as the deferred purchase price of property or services (but excluding trade accounts payable or accrued liabilities arising in the ordinary course of business); (v) every capital lease obligation of the Guarantor; (v) all indebtedness of the Guarantor, whether incurred on or prior to the date of this Guarantee or hereafter incurred, for claims in respect of derivative products, including interest rate, foreign exchange rate and commodity forward contracts, options, swaps and similar arrangements; and (vii) every obligation of the type referred to in clauses (i) through (vi) of the another Person and all dividends of another Person the payment of which, in either case, the Guarantor has guaranteed or is responsible or liable for directly or indirectly, as obligor or otherwise.

(c)      **"Guarantor Indebtedness Ranking Junior to the Securities"** means any Guarantor Debt, whether outstanding on the date of execution of this Indenture or hereafter

created, assumed or incurred, to the extent such Indebtedness by its terms ranks junior to and not pari passu with or prior or senior to the Securities in right o f payment upon the happening of the dissolution or winding-up or liquidation or reorganization of the Guarantor.  The securing of any Guarantor otherwise constituting Guarantor Indebtedness Ranking Junior to the Securities shall not be deemed to prevent such Indebtedness from constituting Guarantor Indebtedness Ranking Junior to the Securities with respect to any assets of the Guarantor not securing such Guarantor Indebtedness.

(d)  **"Guarantor Indebtedness Ranking on a Parity with the Securities"** means (i) Guarantor Debt, whether outstanding on the date of execution of this Guarantee or hereafter created, assumed or incurred, to the extent such Guarantor Debt by its terms ranks pari passu with and not junior to or prior or senior to the Securities in the right of payment upon the happening of the dissolution, winding-up, liquidation or reorganization of the Guarantor and (ii) all other debt securities, and guarantees in respect of those securities, issued to any trust other than the Trust, or a trustee of such trust, partnership or other entity affiliated with the Guarantor, that is a financing vehicle of the Guarantor (a "financing entity") in connection with the issuance by such financing entity of equity securities or other securities guaranteed by the Guarantor pursuant to an instrument that ranks pari passu with or junior in right of payment to the Guarantee Agreement.  The securing of any Guarantor Debt otherwise constituting Guarantor Indebtedness Ranking on a Parity with the Securities shall not be deemed to prevent such Guarantor Debt from constituting Guarantor Indebtedness Ranking on a Parity with the Securities with respect to any assets of the Guarantor not securing such Guarantor Debt.

(e)  **"Guarantor Senior Debt"** means the principal of (and premium, if any) and interest, if any (including interest accruing on or after the filing of any petition in bankruptcy or for reorganization relating to the Guarantor whether or not such claim for post petition interest is allowed in such proceedings), on all Guarantor Debt, whether or not outstanding on the date of execution of the Guarantee, or hereafter created, assumed or incurred except Guarantor Indebtedness Ranking on a Parity with the Securities or Guarantor Indebtedness Ranking Junior to the Securities, and any deferrals, renewals or extensions of such Guarantor Senior Debt.

*CCB Capital Trust VI*

Section 5.  <u>Additional Definitions</u>.

(b)  **"Guarantor Debt"** means with respect to Guarantor, whether recourse as to all or a portion of the assets of Guarantor, whether currently existing or hereafter incurred or whether or not contingent and without duplication, (i) every obligation of Guarantor for money borrowed; (ii) every obligation of Guarantor evidenced by bonds, debentures, notes or other similar instruments, including obligations incurred in connection with the acquisition of property, assets or businesses; (iii) every reimbursement obligation of Guarantor with respect to letters of credit, bankers' acceptances or similar facilities issued for the account of Guarantor; (iv) every obligation of Guarantor issued or assumed as the deferred purchase price of property or services (but excluding trade accounts payable or other accrued liabilities arising in the ordinary course of business); (v) every capital lease obligation of Guarantor; (vi) all indebtedness of Guarantor, whether incurred on or prior to the date of this Guarantee or thereafter incurred, for

claims in respect of derivative products, including interest rate, foreign exchange rate and commodity forward contracts, options and swaps and similar arrangements; (vii) every obligation of the type referred to in clauses (i) through (vi) of another Person and all dividends of another Person the payment of which, in either case, Guarantor has guaranteed or is responsible or liable for, directly or indirectly, as obligor or otherwise; and (viii) any renewals, extensions, refundings, amendments or modifications of any obligation of the type referred to in clauses (i) through (vii).

(c) **"Guarantor Senior Debt"** means the principal of and any premium and interest on (including interest accruing on or after the filing of any petition in bankruptcy or for reorganization relating to the Guarantor, whether or not such claim for post-petition interest is allowed in such proceeding) all Debt of the Guarantor, whether incurred on or prior to the date of this Indenture or thereafter incurred, <u>unless</u> it is provided in the instrument creating or evidencing the same or pursuant to which the same is outstanding, that such obligations are not superior in right of payment to the Securities; <u>provided</u>, <u>however</u>, that if the Guarantor is subject to the regulation and supervision of an "appropriate Federal banking agency" within the meaning of 12 U.S.C. 1813(q), the Guarantor shall have received the approval of such appropriate Federal banking agency prior to issuing any such obligation if not otherwise generally approved; <u>provided further</u>, that Guarantor Senior Debt shall not include any other debt securities, and guarantees in respect of such debt securities, issued to any trust other than the Trust (or a trustee of such trust), partnership or other entity affiliated with the Guarantor that is a financing vehicle of the Guarantor (a "financing entity), in connection with the issuance by such financing entity of equity securities or other securities that are treated as equity capital for regulatory capital purposes guaranteed by the Guarantor pursuant to an instrument that ranks pari passu with or junior in right of payment to the Indenture, including, without limitation, the debt securities issued under the Indenture, dated November 28, 2001, between NACI and Wilmington Trust Company, as trustee, including, without limitation, the debt securities issued under the Indenture, dated March 15, 2002, between NACI and Wells Fargo Bank, National Association, as trustee, including, without limitation, the debt securities issued under the Indenture, dated March 26, 2002, between NACI and State Street Bank and Trust Company of Connecticut, National Association, as trustee, including without limitation, the debt securities issued under the Indenture, dated September 25, 2003, between NACI and Wilmington Trust Company, as trustee, including, without limitation, the debt securities issued under the Indenture, dated December 19, 2003, between NACI and Wilmington Trust Company, as trustee.

## *CCB Capital Trust IX*

Section 5. <u>Additional Definitions</u>.

(b) **"Guarantor Debt"** means with respect to Guarantor, whether recourse as to all or a portion of the assets of Guarantor, whether currently existing or hereafter incurred or whether or not contingent and without duplication, (i) every obligation of Guarantor for money borrowed; (ii) every obligation of Guarantor evidenced by bonds, debentures, notes or other similar instruments, including obligations incurred in connection with the acquisition of property, assets or businesses; (iii) every reimbursement obligation of Guarantor with respect to letters of credit, bankers' acceptances or similar facilities issued for the account of Guarantor;

(iv) every obligation of Guarantor issued or assumed as the deferred purchase price of property or services (but excluding trade accounts payable or other accrued liabilities arising in the ordinary course of business); (v) every capital lease obligation of Guarantor; (vi) all indebtedness of Guarantor, whether incurred on or prior to the date of this Guarantee or thereafter incurred, for claims in respect of derivative products, including interest rate, foreign exchange rate and commodity forward contracts, options and swaps and similar arrangements; (vii) every obligation of the type referred to in clauses (i) through (vi) of another Person and all dividends of another Person the payment of which, in either case, Guarantor has guaranteed or is responsible or liable for, directly or indirectly, as obligor or otherwise; and (viii) any renewals, extensions, refundings, amendments or modifications of any obligation of the type referred to in clauses (i) through (vii).

(c)     **"Guarantor Senior Debt"** means (i) the principal of and any premium and interest on (including interest accruing on or after the filing of any petition in bankruptcy or for reorganization relating to the Guarantor, whether or not such claim for post-petition interest is allowed in such proceeding) all Guarantor Debt of the Guarantor, whether incurred in or prior to the date of this Indenture or thereafter incurred, unless it is provided in the instrument creating or evidencing the same or pursuant to which the same is outstanding, that such obligations are not superior in right of payment to the Securities; provided, however, that if the Guarantor is subject to the regulation and supervision of an "appropriate Federal banking agency" within the meaning of 12 U.S.C. 1813(q), the Guarantor shall have received the approval of such appropriate Federal banking agency prior to issuing any such obligation if not otherwise generally approved; provided further, that Guarantor Senior Debt shall not include any other debt securities, and guarantees in respect of such debt securities, issued to any trust other than the Trust (or a trustee of such trust), partnership or other entity affiliated with the Guarantor that is a financing vehicle of the Guarantor (a "financing entity), in connection with the issuance by such financing entity of equity securities or other securities that are treated as equity capital for regulatory capital purposes guaranteed by the Guarantor pursuant to an instrument that ranks pari passu with or junior in right of payment to the Indenture, including, without limitation, the debt securities issued under the Indenture, dated November 28, 2001, between the Company and Wilmington Trust Company, as trustee, including, without limitation, the debt securities issued under the Indenture, dated March 15, 2002, between the Company and Wells Fargo Bank, National Association, as trustee, including, without limitation, the debt securities issued under the Indenture, dated March 26, 2002, between the Company and U.S. Bank National Association, as trustee, including without limitation, the debt securities issued under the Indenture, dated September 25, 2003, between the Company and Wilmington Trust Company, as trustee, including, without limitation, the debt securities issued under the Indenture, dated December 19, 2003, between the Company and Wilmington Trust Company, as trustee, including, without limitation, the debt securities issued under the Indenture, dated March 31, 2004, between the Company and Deutsche Bank Trust Company Americas, as trustee, including, without limitation, the debt securities issued under the Indenture, dated May 27, 2004, between the Company and Wilmington Trust Company, as trustee, and including, without limitation the debt securities issued under the Indenture, dated June 22, 2004, between the Company and Wilmington Trust Company, as trustee.

**IV. Junior Subordinated Notes Indenture and PIERS Guarantee Agreement**

<u>Junior Subordinated Notes Indenture</u>

"Senior Indebtedness" means the principal of, premium, if any, interest (including all interest accruing subsequent to the commencement of any bankruptcy or similar proceeding, whether or not a claim for post-petition interest is allowable as a claim in any such proceeding) on and all fees, costs, expenses and other amounts accrued due on or in connection with:

(1) all indebtedness, obligations and other liabilities (contingent or otherwise) of the Company for borrowed money (including obligations of the Company in respect of overdrafts, foreign exchange contracts, currency exchange agreements, interest rate protection agreements, and any loans or advances from banks, whether or not evidenced by notes or similar instruments) or evidenced by bonds, debentures, notes or other instruments for the payment of money, or incurred in connection with the acquisition of any properties or assets (whether or not the recourse of the lender is to the whole of the assets of the Company or to only a portion thereof), other than any account payable or other accrued current liability or obligation to trade creditors incurred in the ordinary course of business;

(2) all obligations and liabilities (contingent or otherwise) in respect of leases of the Company required or permitted, in conformity with generally accepted accounting principles, to be accounted for as capitalized lease obligations on the balance sheet of the Company;

(3) all direct or indirect guaranties or similar agreements by the Company in respect of, and obligations or liabilities (contingent or otherwise) of the Company to purchase or otherwise acquire or otherwise assure a creditor against loss in respect of, indebtedness, obligations or liabilities of another Person of the kind described in clauses (1) and (2);

(4) any and all amendments, renewals, extensions and refundings of any indebtedness, obligations or liability of the kind described in clauses (1) through (3),

unless in the case of any particular indebtedness the instrument creating or evidencing the same or the assumption or guarantee thereof expressly provides that such indebtedness shall not be senior in right of payment to the Debentures or expressly provides that such Indebtedness is *pari passu* or junior to the Debentures.

<u>PIERS Guarantee Agreement</u>

*Section 6.2  Ranking*

This Guarantee will constitute an unsecured obligation of the Guarantor and will rank:

> (i) subordinate and junior in right of payment to Senior Indebtedness (as defined in the [Junior Subordinated Notes Indenture]) . . . .

# EXHIBIT G

# BENEFIT PLANS

## Legacy Non-Qualified Deferred Compensation Plans - DEFINED CONTRIBUTION

| Abbreviation | Full Name |
|---|---|
| Bowery Savings - DCP | Bowery Savings - Deferred Compensation Plan |
| H.F. Ahmanson & Co. - CAP | Capital Accumulation Plan of H. F. Ahmanson & Company |
| H.F. Ahmanson & Co. - CDCP | 1989 Contingent Deferred Compensation Plan of H. F. Ahmanson & Company |
| H.F. Ahmanson & Co. - EDCP | Elective Deferred Compensation Plan of H. F. Ahmanson & Company |
| H.F. Ahmanson & Co. - LCCAP | Loan Consultant Capital Accumulation Plan of H. F. Ahmanson & Company |
| H.F. Ahmanson & Co. - LCEDCP | Loan Agents' Elective Deferred Compensation Plan of H. F. Ahmanson & Company |
| H.F. Ahmanson & Co. - ODCAP | Outside Directors' Capital Accumulation Plan of H. F. Ahmanson & Company |
| H.F. Ahmanson & Co. - ODEDCP | Outside Directors' Elective Deferred Compensation Plan of H. F. Ahmanson & Company |

## Legacy Non-Qualified Deferred Compensation Plans - DEFINED BENEFIT

| Abbreviation | Full Name |
|---|---|
| H.F. Ahmanson & Co. - EDCP CAP | PROVISIONS WITHIN THE: Elective Deferred Compensation Plan of H. F. Ahmanson & Company & Capital Accumulation Plan of H. F. Ahmanson & Company |
| H.F. Ahmanson & Co. - ELIP | Executive Life Insurance Plan of H. F. Ahmanson & Company |
| H.F. Ahmanson & Co. - HSB ODRP | Ahmanson / Home Savings Bank Outside Directors Retirement Plan |
| H.F. Ahmanson & Co. - ODRP | Outside Director Retirement Plan of H. F. Ahmanson & Company |
| H.F. Ahmanson & Co. - SERP | Supplemental Executive Retirement Plan of H. F. Ahmanson & Company |
| H.F. Ahmanson & Co. – SSERP | Senior Supplemental Executive Retirement Plan of H. F. Ahmanson & Company |

## WMI Non-Qualified Deferred Compensation Plans

| Abbreviation | Full Name |
|---|---|
| Washington Mutual, Inc. - DCP | Washington Mutual, Inc. - Deferred Compensation Plan |
| Washington Mutual, Inc. - SERP | Washington Mutual, Inc. - Supplemental Executive Retirement Plan |
| Washington Mutual, Inc. - SERAP | Washington Mutual, Inc. - Supplemental Executive Retirement Accumulation Plan |
| Washington Mutual, Inc. - ETRIP | Washington Mutual, Inc. - Executive Target Retirement Income Plan |

**Individual Contracts**

| Abbreviation | Full Name |
|---|---|
| H.F. Ahmanson & Co. - AHM Supplemental | HFA AHM Supplemental - Hazel Legg |
| (collection of individual contracts) | HFA AHM Supplemental - Anna Varosy |
| H.F. Ahmanson & Co. - Individual Contracts | HFA Individual Contract - John Holoman |
| | HFA Individual Contract - Charles Roussin |
| | HFA Individual Contract - Bruce Manley |
| | HFA Individual Contract - William Wiley |

**Split Dollar Plans**

| Abbreviation | Full Name |
|---|---|
| HFA ELIP | Executive Life Insurance Plan of H. F. Ahmanson & Company |
| HFA SELIP | Senior Executive Life Insurance Plan of H. F. Ahmanson & Company |

**EXHIBIT H**

**WATERFALL RECOVERY MATRIX**

**EXHIBIT I**

**GLOBAL SETTLEMENT AGREEMENT**

| | | Senior Notes | Subordinated Notes | CCB Guarantees [1] | PIERs | General Unsecured Creditors |
|---|---|---|---|---|---|---|
| Recovery [2], [3] | Tranche 1 | Prepetition Claim | - | - | - | Pro Rata Share Based on Prepetition Claims [4] |
| | Tranche 2 | Post-Petition Interest Claim | Prepetition Claim & Post-Petition Interest Claim | - | - | Pro Rata Share Based on Prepetition Claims [4] |
| | Tranche 3 | - | - | Prepetition Claim & Post-Petition Interest Claim | | Pro Rata Share Based on Prepetition Claims [4] |
| | Tranche 4 | - | - | | Prepetition Claim | Pro Rata Share Based on Prepetition Claims [4] |
| | Tranche 5 | | | | Post-Petition Interest Claim | Post-Petition Interest Claim [5] |

Notes:

(1) CCB Guarantees include HFC Capital Trust I, CCB Capital Trust IV, CCB Trust V, CCB Trust VI, CCB Capital Trust VII, CCB Capital Trust VIII and CCB Capital Trust IX.

(2) Within each tranche eligible claims share pro rata based on size of claim. No percentage recovery for an eligible claim will be higher than another percentage recovery for an eligible claim within the same Tranche, and all eligible claims within the Tranche will be fully satisfied concurrently, except with respect to the initial distribution of Reorganized WMI. However, the percentage recovery of the Subordinated Notes, who will receive the stock of Reorganized WMI, will be adjusted in subsequent distributions to ensure recovery percentages across Tranche 2 are the same for all creditors in that tranche.

(3) Eligible claims in Tranches will be paid in order with Tranche 1 claims receiving disbursements first and Tranche 5 claims receiving disbursements last. Tranche 1 eligible claims must be satisfied in full prior to Tranche 2 eligible claims receiving disbursements and so forth, except with respect to the distribution of equity in the Reorganized WMI which is not subject to absolute priority.

(4) Pro Rata share of General Unsecured Claims are calculated by (a) determining the fraction in which the numerator equals the amount of General Unsecured Claims and the denominator equals the total amount of prepetition claims, and (b) by multiplying that by total cash distributed within the Tranche. The cash distributed within the Tranche is the lesser of (i) the amount necessary to satisfy all claims within the Tranche or (ii) the amount of cash available.

(5) If it is provided for in an applicable contract or by law

## SETTLEMENT AGREEMENT

SETTLEMENT AGREEMENT (the "***Agreement***"), dated as of March 26, 2010, by and among (a) Washington Mutual, Inc. ("***WMI***") and WMI Investment Corp. ("***WMIIC***" and, collectively with WMI, the "***Debtors***"), (b) JPMorgan Chase Bank, N.A. ("***JPMC***" and, collectively with those of JPMC's affiliates that have filed proofs of claim against the Debtors and the Debtors' chapter 11 estates or that are Acquisition JPMC Entities, as defined below, the "***JPMC Entities***"), (c) Federal Deposit Insurance Corporation, in its capacity as receiver for Washington Mutual Bank ("***FDIC Receiver***"), (d) Federal Deposit Insurance Corporation, in its corporate capacity ("***FDIC Corporate***"), (e) Washington Mutual Bank fsb ("***FSB***"), (f) Appaloosa Management L.P. ("***Appaloosa***"), on behalf of Appaloosa Investment L.P. I, Palomino Fund Ltd., Thoroughbred Fund, L.P., and Thoroughbred Master Ltd. (collectively, and with Appaloosa, the "***Appaloosa Parties***" and each, an "***Appaloosa Party***"), (g) Centerbridge Partners, L.P. ("***Centerbridge***"), on behalf of Centerbridge Credit Advisors, LLC and Centerbridge Special Credit Advisors, LLC (collectively, and with Centerbridge, the "***Centerbridge Parties,***" and each, a "***Centerbridge Party***"), (h) Owl Creek Asset Management, L.P. ("***Owl Creek***"), on behalf of Owl Creek I, L.P., Owl Creek II, L.P., Owl Creek Overseas Fund, Ltd., Owl Creek Socially Responsible Investment Fund, Ltd., Owl Creek Asia I, L.P., Owl Creek Asia II, L.P., and Owl Creek Asia Master Fund, Ltd. (collectively, and with Owl Creek, the "***Owl Creek Parties***" and each, an "***Owl Creek Party***"), (i) Aurelius Capital Management, LP ("***Aurelius***"), on behalf of Aurelius Capital Master, Ltd., Aurelius Convergence Master, Ltd., ACP Master, Ltd. and other managed fund entities (collectively, and with Aurelius, the "***Aurelius Parties***" and each, an "***Aurelius Party***") and (j) the statutory committee of unsecured creditors appointed in the Debtors' chapter 11 cases (the "***Creditors' Committee***"). The signatories hereto are referred to hereinafter collectively as the "***Parties***" or individually as a "***Party***". Capitalized terms used but not otherwise defined herein shall have the meanings set forth in Article I below.

## RECITALS

A. On September 25, 2008, the Office of Thrift Supervision, by order number 2008-36, closed Washington Mutual Bank ("WMB"), appointed the FDIC Receiver as receiver for WMB and advised that the FDIC Receiver was immediately taking possession of WMB's assets.

B. On or about September 25, 2008, the FDIC Receiver, FDIC Corporate and JPMC entered into that certain Purchase and Assumption Agreement, Whole Bank, dated September 25, 2008, as amended, modified or supplemented prior to the date hereof (the "***Purchase and Assumption Agreement***"). JPMC has asserted various claims for indemnity against each of the FDIC Receiver and FDIC Corporate arising from the Purchase and Assumption Agreement, including, but not limited to, (1) a claim for indemnity for and against any and all potential losses, claims or liabilities arising from or related to the mortgage origination and sale/securitization activities of WMB and its affiliates, including, without limitation, liabilities associated with the

Complaint filed in the litigation styled <u>Deutsche Bank National Trust Co.</u> v. <u>FDIC</u>, No. 09-cv-01656 (RMC), currently pending in the D.C. District Court, as defined below, and (2) other claims for indemnity under Section 12.1(a)(9) of the Purchase and Assumption Agreement.

C.      On September 26, 2008 (the "***Petition Date***"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, as amended (the "***Bankruptcy Code***"), with the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***"). By order, dated October 3, 2008, the Debtors' chapter 11 cases are being jointly administered and are styled as <u>In re Washington Mutual, Inc., et al.</u>, No. 08-12229 (MFW) (the "***Chapter 11 Cases***").

D.      On December 30, 2008, the Debtors timely filed with the FDIC Receiver a proof of claim against WMB's receivership (the "***Receivership***" and, collectively with the FDIC Receiver and FDIC Corporate, sometimes hereinafter referred to as the "***FDIC Parties***"), asserting claims on behalf of the Debtors' chapter 11 estates (the "***Debtors' Claims***"). By letter, dated January 23, 2009, and entitled "Notice of Disallowance", the FDIC Receiver disallowed the Debtors' Claims.

E.      On March 20, 2009, the Debtors commenced litigation (the "***WMI Action***") against the FDIC by filing a Complaint, styled <u>Washington Mutual, Inc. and WMI Investment Corp.</u> v. <u>FDIC</u>, Case No. 09-00533, in the United States District Court for the District of Columbia (the "***D.C. District Court***"), challenging the FDIC Receiver's disallowance of the Debtors' Claims, and asserting, among other claims, a claim for the Disputed Accounts, as defined below, as deposits and several causes of action to avoid preferential or fraudulent transfers pursuant to the Bankruptcy Code and other applicable federal and state laws. On June 11, 2009, FDIC Corporate filed a motion to dismiss the claims asserted against FDIC Corporate and the FDIC Receiver filed an answer and counterclaims asserting claims against the Debtors and a motion to dismiss certain aspects of the Debtors' complaint in the WMI Action. On July 13, 2009, the FDIC Receiver amended its counterclaims and added JPMC as an additional counterclaim defendant. JPMC and certain holders of funded indebtedness of WMB (collectively, the "***Bank Creditors***") have intervened, and the Creditors' Committee has moved to intervene, in the WMI Action. By order, dated January 7, 2010, the D.C. District Court ordered, among other things, that all proceedings in the WMI Action shall be stayed pending a determination by the Bankruptcy Court in the JPMC Action and the Turnover Action, each as defined below, as well as any pending or subsequent appeals.

F.      On March 24, 2009, JPMC commenced litigation against the Debtors by filing a Complaint, styled <u>JPMorgan Chase Bank, N.A.</u> v. <u>Washington Mutual, Inc., et al.</u>, Adversary Pro. No. 09-5-551(MFW), in the Bankruptcy Court, asserting claims against the Debtors with respect to assets that JPMC claims to have acquired pursuant to the Purchase and Assumption Agreement (the "***JPMC Action***") and named the FDIC Receiver as an additional defendant. On May 29, 2009, the Debtors filed an answer and counterclaims. JPMC filed a motion to dismiss such counterclaims,

which motion was denied by the Bankruptcy Court on August 24, 2009.  The Creditors' Committee and the Bank Creditors have intervened in the JPMC Action.

G.      On April 27, 2009, the Debtors commenced litigation against JPMC by filing a Complaint, styled <u>Washington Mutual, Inc. et al.</u> v. <u>JPMorgan Chase Bank, N.A.</u>, Adversary Pro. No. 09-50934(MFW), in the Bankruptcy Court, seeking to recover the Disputed Accounts (the "***Turnover Action***").  JPMC filed a motion to dismiss the Turnover Action, which motion to dismiss was denied by the Bankruptcy Court on June 24, 2009.  On July 6, 2009, JPMC filed an answer, counterclaims and a crossclaim that named the FDIC Receiver as an additional defendant in the Turnover Action.  On July 27, 2009, the FDIC Receiver filed an answer to JPMC's crossclaim.  On August 11, 2009, JPMC filed an amended answer and counterclaims, which also named the FDIC Receiver as a counterclaim defendant.  On August 20, 2009, the FDIC Receiver filed an answer to JPMC's amended counterclaims.  By motion, dated May 19, 2009 (the "***SJ Motion***"), the Debtors sought entry of an order granting summary judgment in their favor and directing turnover of the Disputed Accounts to WMI.  A hearing to consider the SJ Motion was held on October 22, 2009 and the matter is *sub judice*.  The Creditors' Committee and the Bank Creditors have intervened in the Turnover Action.

H.      On June 24, 2009, the Bankruptcy Court denied motions by the FDIC Receiver and JPMC to stay or dismiss the Turnover Action and the JPMC Action in favor of proceedings before the D.C. District Court in the WMI Action (the "***Bankruptcy Stay Motions***").  The Bankruptcy Stay Motions are the subject of pending appeals or, in the alternative, motions for leave to appeal to the United States District Court for the District of Delaware (the "***Delaware District Court***") and to a motion by the FDIC Receiver for certification for immediate appeal to the United States Court of Appeals for the Third Circuit.

I.      By order, dated January 30, 2009 (the "***Bar Date Order***"), the Bankruptcy Court established March 31, 2009, at 5:00 p.m. (Eastern Time) (the "***Bar Date***"), as the date and time by which all proofs of claim against the Debtors and their chapter 11 estates must be filed with the Bankruptcy Court in the manner and form set forth in the Bar Date Order.

J.      On or prior to the Bar Date, JPMC and certain of the other JPMC Entities filed proofs of claim against the Debtors and their chapter 11 estates (collectively, the "***JPMC Claims***"), which JPMC Claims are listed on Exhibit "A" hereto.  As of the date hereof, the Debtors have not interposed a substantive objection to the JPMC Claims.

K.      On or prior to the Bar Date, the FDIC Receiver filed the following proof of claim against the Debtors and their chapter 11 estates (collectively, the "***FDIC Claim***"):

| Claimant | Claim No. | Debtor | Claim Amount |
|---|---|---|---|
| Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank | 2140 | WMI | Unliquidated |

As of the date hereof, the Debtors have not interposed a substantive objection to the FDIC Claim.

L.       Proofs of claim have been filed, timely or otherwise, against the Debtors and their chapter 11 estates by holders, including the Bank Creditors, of funded indebtedness against WMB (collectively, the "***Bank Bondholder Claims***"), which Bank Bondholder Claims are listed on Exhibit "B" hereto.  The Debtors, as joined by the Creditors' Committee, have interposed an objection to the Bank Bondholder Claims.

M.       Each of the Appaloosa Parties, the Centerbridge Parties, the Owl Creek Parties and the Aurelius Parties manage funds (such funds together with the Appaloosa Parties, the Centerbridge Parties, the Owl Creek Parties and the Aurelius Parties are sometimes hereinafter collectively referred to as the "***Settlement Note Holders***") which hold, as of the date hereof, among other assets, claims against and/or equity interests in the Debtors and/or their chapter 11 estates (collectively, the "***Settlement Note Holdings***"), including, without limitation, the REIT Series, all as set forth on Exhibit "C" annexed hereto.  On or prior to the Bar Date, proofs of claim or interests were filed with respect to the Settlement Note Holdings.

N.       The Debtors have provided each of the Settlement Note Holders, and each of the Settlement Note Holders acknowledges that it has received, information and documentation necessary and sufficient to address the merits of the transactions contemplated herein and the execution and delivery of this Agreement.

O.       From and after the Petition Date, the Debtors and JPMC have cooperated to, among other things, (1) determine the respective ownership of assets and responsibility for any corresponding liabilities, (2) facilitate the Debtors' distillation of financial information and (3) prepare and file, with the assistance of the FDIC Receiver, consolidated tax returns for WMI, WMB and certain of their respective subsidiaries and Affiliates.

P.       By order, dated June 24, 2009, the Bankruptcy Court authorized and permitted the Debtors to conduct discovery pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***") in order to facilitate the Debtors' inquiry into the existence of potential additional claims and causes of action of the Debtors and the Debtors' chapter 11 estates against JPMC (the "***Rule 2004 Inquiry***"). By order, dated February 16, 2010, the Bankruptcy Court denied, without prejudice, the Debtors' request to obtain discovery pursuant to Rule 2004 from certain entities and individuals.

Q.       The WMI Entities and the JPMC Entities resolved all issues among them relating to the treatment of WaMu Savings Plan and, by order, dated July 27, 2009,

the Bankruptcy Court approved such agreement and directed the amendment of the JPMC Action to remove claims and causes of action associated therewith.

R. By order, dated December 2, 2009, the Bankruptcy Court granted JPMC's Motion to Compel the Washington Mutual, Inc. Noteholders Group to Comply with Rule 2019 of the Federal Rules of Bankruptcy Procedure. On December 14, 2009, the WMI Noteholders Group filed a notice of appeal therefrom (the ***"Rule 2019 Appeal"***).

S. Contemporaneous with the execution and delivery of this Agreement, the Debtors have filed with the Bankruptcy Court a proposed chapter 11 plan for the Debtors (as the same may be amended or modified from time to time in accordance with the terms hereof and thereof, the "***Plan***") and a disclosure statement in connection therewith (the "***Disclosure Statement***").

T. The Parties have concluded that, because of the complexity, inherent delay and substantial expense of litigating the issues associated with the WMI Action, the JPMC Action, the Turnover Action, the Rule 2004 Inquiry, the Debtors' Claims, the JPMC Claims, the Bankruptcy Stay Motions and the appeals therefrom, the FDIC Claim and the asserted transfer of the Trust Preferred Securities and the consequent issuance of the REIT Series, each as defined below, the length of time necessary to resolve each of the issues presented therein, the complexity and uncertainty involved and the concomitant disruption to the Debtors' efforts to generate distributions for the benefit of the Debtors' creditors and of the FDIC Receiver's efforts to resolve matters with respect to the Receivership, it is in their respective best interests to resolve their disputes and related matters on the terms set forth in this Agreement and as embodied in the Plan. The Debtors further believe that the compromise and settlement provided herein is fair and reasonable, and in the best interests of the Debtors, the Debtors' estates and their creditors.

NOW, THEREFORE, the Parties, in consideration of the promises, covenants and agreements herein described and for other good and valuable consideration acknowledged by each of them to be satisfactory and adequate, and intending to be legally bound, do hereby mutually agree as follows:

## ARTICLE I
## DEFINITIONS

Section 1.1. <u>Recitals</u>. The recitals set forth above are incorporated by reference and are explicitly made a part of this Agreement.

Section 1.2. <u>Definitions</u>. The following definitions shall apply to and constitute part of this Agreement and all schedules, exhibits and annexes hereto:

"***Acquisition JPMC Entities***" shall mean JPMC in its capacity as the "***Acquiring Bank***" pursuant to the Purchase and Assumption Agreement and each former

subsidiary of WMB acquired pursuant to the Purchase and Assumption Agreement (including each entity into which such former subsidiary may have been merged, consolidated or liquidated), together with JPMC in its capacity as the "***Purchaser***" pursuant to the Purchase and Assumption Agreement.

"***Actions***" shall mean, collectively, the WMI Action, the JPMC Action, the Turnover Action, the Rule 2004 Inquiry and the Bankruptcy Stay Motions, together with any and all appeals therefrom, the Rule 2019 Appeal and any proceeding arising from the motions, dated June 23, 2009, to withdraw the reference for the WMI Action and the JPMC Action, respectively.

"***Admin Account***" shall mean that certain account, Account No. xxxxxx1206, maintained by WMI at WMB and having a balance as of the Petition Date in the approximate amount of Fifty Two Million Six Hundred Thousand Dollars ($52,600,000.00).

"***Affiliate***" shall mean, with respect to any specified entity, any other Person that directly, or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with, such specified entity.

"***Affiliate Managed Fund***" shall mean, with respect to any specified entity, a fund, money market account, investment account or other account managed, directly or indirectly by such entity, by an Affiliate of such entity, by such entity's investment manager, or by an Affiliate of such investment manager.

"***Affiliated Banks***" shall mean WMB and FSB.

"***Allowed Claim***" shall have the meaning ascribed to it in the Plan.

"***American Savings Litigation***" shall mean that certain litigation styled American Savings Bank, F.A. v. United States, No. 92-872C, currently pending in the United States Court of Federal Claims.

"***Anchor Litigation***" shall mean that certain litigation styled Anchor Savings Bank, FSB v. United States, No. 95-39C, pending in the United States Court of Federal Claims, and as an appeal in the United States Court of Appeals for Federal Circuit as Anchor Savings Bank, FSB v. United States, No. 2008-5175.5182.

"***Assumed Liabilities***" shall mean, collectively, and except as otherwise set forth in this Agreement, the obligations, undertakings and liabilities expressly assumed by JPMC and the Acquisition JPMC Entities herein, as follows:  (a) to the extent payment or performance of such liability or obligation arising from or relating to the period from and after the Effective Date, all obligations, undertakings and liabilities relating to such payment or performance, and (b) to the extent payment or performance of such liability or obligation was due during the period prior to the Effective Date, all obligations, undertakings and liabilities relating to such payment or performance to the

extent of, and in the amounts of, the contractual obligations, undertakings and liabilities arising from or relating to such obligations, undertakings and liabilities; provided, however, that, for purposes of clause (b) above, or to the extent that the delay in payment or performance thereof was due to the actions or inactions, as the case may be, of the WMI Entities, "Assumed Liabilities" shall not include (i) any damages or compensation for any default, failure to perform or delay in the performance or payment of any obligations, undertakings, or liabilities in connection with such assets or agreements, whether or not provided for in any agreement, document, applicable provision of law or otherwise, (ii) any damages, losses, liabilities, claims or causes of action that are based in tort or on any statute, regulation, rule or principle of applicable or common law or promulgated by governmental or regulatory authority or agency, or that otherwise are extra contractual, or (iii) any special, exemplary, consequential or punitive damages.

"*BKK Litigation*" shall mean that litigation styled California Dep't. of Toxic Substances Control, et al. v. American Honda Motor Co, Inc., et al., No. CV05-7746 CAS (JWJ), currently pending in the United States District Court for the Central District of California.

"*Bond Indemnity*" shall mean that certain General Agreement of Indemnity, dated as of June 14, 1999, executed and delivered by WMI in connection with the issuance of the Bonds.

"*Bonded Obligations*" shall mean, collectively, those liabilities with respect to which the Bonding Companies issued the Bonds, whether or not such obligations are contingent, unliquidated or disputed.

"*Bonding Companies*" shall mean, collectively, Safeco Insurance Company and each other insurance or bonding company that issued Bonds pursuant to the Bond Indemnity.

"*Bonds*" shall mean the bonds issued by the Bonding Companies on behalf of one or more of the Affiliated Banks or their Affiliates, each as identified on Exhibit "D" hereto, together with the numbers of the respective proofs of claim which have been filed with the Bankruptcy Court in connection therewith.

"*Business Day*" shall mean a day other than a Saturday, a Sunday or any other day on which commercial banks in New York, New York are required or authorized to close by law or executive order.

"*Buus Litigation*" shall mean that certain litigation styled Buus v. Washington Mutual Pension Plan, et al., No. 07-CV-903 (MJP), currently pending in the United States District Court for the Western District of Washington.

"*Claims*" shall mean any and all claims, causes of action, liabilities, obligations, undertakings, damages, losses or other rights or remedies, whether at law or

in equity, including, without limitation, all "claims" as defined in section 101(5) of the Bankruptcy Code.

"*Confirmation Order*" shall mean the order of the Bankruptcy Court confirming the Plan in accordance with section 1129 of the Bankruptcy Code, approving the compromise and settlement set forth in this Agreement and directing the consummation of the transactions contemplated herein, which order shall be in form and substance reasonably satisfactory to the Debtors, JPMC, the FDIC Receiver, FDIC Corporate, the Settlement Note Holders and the Creditors' Committee.

"*Disputed Accounts*" shall mean the amounts and intercompany balances identified with the account numbers set forth on Exhibit "E" hereto.

"*Effective Date*" shall mean the first (1st) Business Day after the date on which all conditions to effectiveness set forth in Section 7.2 hereof shall have been satisfied or, to the extent not satisfied, waived in writing, in whole or in part, by each of the Parties.

"*FDIC Stay Relief Motion*" shall mean the motion, dated November 4, 2009, filed by the FDIC Receiver in the Bankruptcy Court seeking relief from the automatic stay pursuant to section 362 of the Bankruptcy Code in order to exercise rights pursuant to Section 9.5 of the Purchase and Assumption Agreement.

"*Final Order*" shall mean an order or judgment of the Bankruptcy Court or other court of competent jurisdiction with respect to the applicable subject matter which has not been reversed, stayed, modified or amended and as to which (a) any right to appeal or seek certiorari, review, reargument, stay or rehearing has expired and no appeal or petition for certiorari, review, reargument, stay or rehearing is pending, or (b) an appeal has been taken or petition for certiorari, review, reargument, stay or rehearing has been filed and (i) such appeal or petition for certiorari, review, reargument, stay or rehearing has been resolved by the highest court to which the order or judgment was appealed or from which certiorari, review, reargument, stay or rehearing was sought or (ii) the time to appeal further or seek certiorari, review, reargument, stay or rehearing has expired and no such further appeal or petition for certiorari, review, reargument, stay or rehearing is pending; provided, however, that the possibility that a motion pursuant to Rule 60 of the Federal Rules of Civil Procedure or Bankruptcy Rule 9024 may be filed relating to such order shall not cause such order to not be a Final Order.

"*Group*" shall mean (a) for U.S. federal income Tax purposes, any affiliated group of corporations within the meaning of section 1504 of the IRC, and (b) for state, local or foreign Tax purposes, any group of corporations that filed (or was required to file) as a combined, unitary or consolidated group under state, local or foreign Tax laws, with respect to which, for purposes of both clause (a) and clause (b) hereof, (i) any of the WMI Entities (or any predecessors thereof) is or was a member and (ii) WMB (or any predecessor thereof) or any subsidiary of WMB (or any predecessor thereof) as of September 24, 2008 is or was also a member.

"**Group Taxes**" shall mean any Taxes of the Group, as well as any Taxes imposed by the State of California in 2008 on any member of the U.S. consolidated group of which WMI was the common parent, whether imposed on a separate return basis, or on a combined, unitary or consolidated group basis.

"**Homeownership Carryback**" shall mean Section 13 of the Worker Homeownership, and Business Assistance Act of 2009.

"**Homeownership Carryback Refund Amount**" shall mean the amount of Net Tax Refunds received in respect of U.S. federal income taxes that are solely attributable to the Homeownership Carryback less any increases in Taxes (including Homeownership Refund Taxes) resulting from the Homeownership Carryback or any decreases in refunds that would have been receivable without the Homeowneship Carryback.

"**Homeownership Carryback Threshold**" shall mean the amount of Net Tax Refunds that would be a receivable applying the Tax law in effect on the date of calculation, but with the provisions of the IRC amended by the Homeownership Carryback replaced by the provisions of the IRC that would be in effect if the Homeownership Carryback had not been enacted, and without taking into account any Refund Related Group Taxes in excess of the Refund Related Group Taxes that would have been incurred if the IRC had not been amended by the Homeownership Carryback.

"**Homeownership Refund Taxes**" shall mean Taxes imposed on the Group (or any member of the Group), including Refund Related Group Taxes, that would not have been imposed on the Group (or any member of the Group) but for the receipt, by the Group, a member of the Group or any Party to this Agreement, of Tax refunds that are attributable to the Homeownership Carryback.

"**IAA**" shall mean that certain Information Access Agreement, dated November 21, 2008, between the Debtors and JPMC, as amended.

"**Interchange Litigation**" shall mean, collectively, that certain litigation styled (a) In re Payment Card Interchange Fee and Merchant-Discount Antitrust Litigation, Master File No. 1:05-md-1720-JG-JO, currently pending in the United States District Court for the Eastern District of New York and (b) Attridge v. Visa U.S.A. Inc. et al., Case No. CGC-04-436920, currently pending in California Superior Court.

"**IRC**" shall mean the Internal Revenue Code of 1986, as amended from time to time, and any regulations promulgated thereunder.

"**IRS**" shall mean the Internal Revenue Service.

"**Issuing Trusts**" shall mean Washington Mutual Preferred (Cayman) I, Washington Mutual Preferred Funding Trust I, Washington Mutual Preferred Funding

Trust II, Washington Mutual Preferred Funding Trust III and Washington Mutual Preferred Funding Trust IV.

"***JPMC Allowed Unsecured Claim***" shall mean, collectively and in the aggregate, the claims of JPMC set forth in Section 2.22 hereof, which claims shall be classified with and treated in the same manner as other allowed general unsecured claims pursuant to the Plan; provided, however, that, in the sole and absolute discretion of the Debtors, for purposes of this Agreement and the compromise and settlement embodied herein, each Allowed Claim comprising the JPMC Allowed Unsecured Claim may be counted as a separate claim for purposes of voting to accept or reject the Plan.

"***JPMC Escrow Account***" shall mean account number _____ at JPMorgan Chase Bank, National Association, established pursuant to the terms and conditions set forth in the Escrow Agreement attached hereto as Exhibit "F".

"***JPMC Receivership Claims***" shall mean, collectively, those claims filed by the JPMC Entities against the Receivership and FDIC Corporate for payment in accordance with the terms and conditions of the Purchase and Assumption Agreement, including, without limitation, any and all notices of indemnification; provided, however, that "JPMC Receivership Claims" shall not include JPMC Preserved Indemnification Rights, as defined below.

"***Lakeview Plan***" shall mean that certain Retirement Income Plan for the Salaried Employees of Lakeview Savings Bank, which plan is intended to satisfy the tax requirements of Section 401 of the IRC and is sponsored by WMI.

"***Net Tax Refunds***" shall mean the sum of (a) the amount of refunds of Pre-2009 Group Taxes deposited into the Refund Escrow Account plus (b) the amount of refunds of Pre-2009 Group Taxes actually received on or after the Petition Date by any Party (other than any refunds totaling $[•] as reflected in Section 2.1 hereof), any current or future subsidiary of any Party, any entity that is or was a subsidiary of any Party at any time on or after the Petition Date, any entity that is or was an Affiliate at any time on or after the Petition Date of any Party, any successor of any Party (including, for the avoidance of doubt, any liquidating trust established pursuant to the Plan) or any member of any Group that, for whatever reason, has not been deposited in the Refund Escrow Account (treating, for all purposes under this definition of "Net Tax Refunds" and for all purposes under Section 2.4 hereof, any credit, offset or abatement of any post-2008 Group Taxes received by any person arising because of an entitlement to a refund of Pre-2009 Group Taxes as a refund of Pre-2009 Group Taxes actually received by such person), and shall be computed net of (i) any Pre-2009 Group Tax Liabilities and any contingency fee relating to such refunds, (ii) any fees and expenses described in the second-to-last sentence of Section 2.4(i) hereof and (iii) any out-of-pocket expenses incurred by WMI or JPMC after the date hereof and solely relating to services performed after the date hereof with respect to outside legal or other tax advisors (which, for the avoidance of doubt, does not include Alvarez & Marsal LLC or any of its Affiliates) that

are participating in any proceeding with any Tax Authorities to resolve any issues with Pre-2009 Group Taxes.

"***ORIC Settlement Agreement***" shall mean that certain Amended and Restated Settlement Agreement, dated as of February 5, 2010, by and among Old Republic Insurance Company and its subsidiaries and affiliated companies, WMI, WMIIC and JPMC, as the same subsequently may be amended or modified.

"***ORIC/Zurich 9019 Motion***" shall mean that certain Motion of Debtors Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) for Approval of Settlements with Old Republic Insurance Company, Zurich American Insurance Company and JPMorgan Chase Bank, N.A., dated January 4, 2010.

"***Person***" shall mean an individual, corporation, limited liability corporation, professional corporation, limited liability partnership, partnership, limited partnership, association, joint stock company, estate, legal representative, trust, unincorporated association, government or any political subdivision or agency thereof, and any business or legal entity and any spouses, heirs, predecessors, successors, representatives or assignees of any of the foregoing.

"***Plan Contribution Assets***" shall mean all right, title and interest of the WMI Entities, the JPMC Entities and the FDIC Parties in and to the assets set forth on Exhibit "G" hereto.

"***Pre-2009 Group Taxes***" shall mean Group Taxes determined, paid or imposed with respect to taxable periods ended on or prior to December 31, 2008 (including, for the avoidance of doubt, amounts that have been paid with respect to such period but may subsequently be refunded by a Tax Authority due to overpayment, a carryback of net operating losses, capital losses or other tax attributes, or a carryforward of net operating losses, capital losses or other tax attributes), and Refund Related Group Taxes.

"***Pre-2009 Group Tax Liabilities***" shall mean any and all Pre-2009 Group Taxes:

(a)     which, on or after the Petition Date, have been paid by, or on behalf of, the WMI Entities or any members of the Group (and, for the avoidance of doubt, including as "payment" the crediting or offsetting of any refunds of Pre-2009 Group Taxes against any non-Pre-2009 Group Taxes to which the WMI Entities or any members of the Group would otherwise have been entitled);

(b)     which are unpaid but have been assessed against either of the WMI Entities (including any predecessor thereof) in their individual capacity or their capacity as common parent, key corporation or the like or any members of the Group, and in each case, such assessment has become final or has been reasonably agreed to with the relevant Taxing Authority pursuant to the procedures set forth in Section 2.4 hereof; or

(c)      for which either of the WMI Entities (or any predecessor thereof) or any member of the Group is otherwise liable.

"***Purchase Price***" shall mean the consideration paid, sold, assigned and transferred by the Acquisition JPMC Entities pursuant to the 363 Sale and Settlement, including, without limitation, (a) the contribution and waiver of distributions with respect to the JPMC Allowed Unsecured Claim, (b) the waiver of any and all right, title and interest the Acquisition JPMC Entities may have in or to the Plan Contribution Assets being retained by the Debtors pursuant to the terms of this Agreement and the Plan, (c) the assumption of the Assumed Liabilities and (d) the payment of certain Allowed Claims pursuant to the Plan.

"***Qualified Plans***" shall mean, collectively, the Lakeview Plan and the WaMu Pension Plan.

"***Refund Escrow Account***" shall mean account number ____ at **[BANK]** established pursuant to the terms and conditions of that certain Escrow Agreement, the form of which is attached hereto as Exhibit "F".

"***Refund Related Group Taxes***" shall mean any U.S. federal income Taxes imposed on the Group or WMB, as a direct result of the allowance or receipt of any refunds, credits or offsets of Pre-2009 Group Taxes (including any interest component of such refunds, credits or offsets) or the carryback of any net operating losses resulting in such refunds, credits or offsets, for which a cash or equivalent payment is made to the IRS either (1) by virtue of the allowance or receipt of such refunds, credits or offsets of Pre-2009 Group Taxes, or (2) on the triggering of any negative basis in the shares of WMB at the time of a deconsolidation of WMB.  The maximum amount that shall be considered a Refund Related Group Tax under subsection (2) of this definition is the amount of U.S. federal income Taxes that would be imposed if the negative basis (if any) were no greater than the negative basis that would exist (if any) if the basis of the WMB shares held by WMI on December 31, 2008 were reduced by the total net operating losses used to offset Pre-2009 Group Taxes.

"***REIT Series***" shall mean, collectively, those certain (a) Series I Perpetual Non-Cumulative Fixed-To-Floating Preferred Stock, (b) Series J Perpetual Non-Cumulative Fixed Rate Preferred Stock, (c) Series L Perpetual Non-Cumulative Fixed-To-Floating Rate Preferred Stock, (d) Series M Perpetual Non-Cumulative Fixed-To-Floating Rate Preferred Stock, and (e) Series N Perpetual Non-Cumulative Fixed-To-Floating Rate Preferred Stock.

"***REIT Trust Holders***" shall mean those entities which are holders of record of the REIT Series as of the record date for purposes of voting to accept or reject the Plan, including, without limitation, the Settlement Note Holders.

"***Related Actions***" shall mean the Actions, the Texas Litigation, any claims objection process with respect to the JPMC Claims, the FDIC Claim or any

similar proceeding that could have been brought in the Bankruptcy Court or such other court of competent jurisdiction prior to the date hereof.

"*Released Claims*" shall mean, collectively, and except as otherwise provided herein or in the Plan, (a) any and all WMI Released Claims, JPMC Released Claims, FDIC Released Claims, Settlement Note Released Claims and Creditors' Committee Released Claims, and (b) any and all Claims released or deemed to be released pursuant to the Plan, in each case pursuant to clauses (a) and (b) above, to the extent any such Claims arise in, relate to or have been or could have been asserted (i) in the Chapter 11 Cases, the Receivership or the Related Actions, (ii) that otherwise arise from or relate to any act, omission, event or circumstance relating to any WMI Entity, WMB, or any subsidiary or Affiliate or any WMI Entity or of WMB, or (iii) that otherwise arise from or relate to the Receivership, the Purchase and Assumption Agreement, the Chapter 11 Cases, the 363 Sale and Settlement, the Plan and the negotiations and compromises set forth in this Agreement and the Plan, excluding however, in the case of clauses (a) and (b) hereof, any and all claims asserted pursuant to the JPMC Preserved Indemnification Rights as set forth in Section 2.27 hereof.

"*Releasees*" shall mean, collectively, the WMI Releasees, the JPMC Releasees, the FDIC Releasees, the Creditors' Committee Releasees and the Settlement Note Releasees, each as defined below.

"*Releasor*" shall mean any Person that provides a release to any of the Releasees pursuant to the terms of this Agreement.

"*Reorganized Debtors*" shall mean WMI and WMIIC, as reorganized.

"*Schedules*" shall mean the schedules of liabilities, as such schedules have been or may be amended during the period up to and including the Effective Date, filed by the Debtors with the Bankruptcy Court pursuant to Rule 1007(b) of the Federal Rules of Bankruptcy Procedure.

"*Tax Authority*" shall mean any federal, state, local or foreign government, or agency, instrumentality or employee thereof, court or other body (if any) charged with the administration of any Law relating to Taxes.

"*Tax Dispute Resolution Procedure*" shall mean the procedures to be used by WMI, JPMC and the WMB Recipient to reconcile issues associated with the calculation and estimation of Taxes, all as set forth in Section 2.4(i) hereof.

"*Tax Return*" shall mean any return, declaration, form, election letter, report, statement, estimates, information return, or other information filed or required to be filed with respect to any Taxes, including any schedule or attachment thereto or amendment thereof, including any claim for a Tax refund.

"**_Taxes_**" shall mean (a) all federal, state, local or foreign taxes, including, without limitation, all net income, alternative minimum, net worth or gross receipts, capital, value added, franchise, profits and estimated taxes, and (b) all interest, penalties, fines, additions to tax or additional amounts imposed by any Tax Authority or paid in connection with any item described in clause (a) hereof.

"**_Texas Litigation_**" shall mean that certain litigation styled <u>American National Insurance Company</u> v. <u>FDIC</u>, Case No. 09-1743 (RMC), currently pending in the D.C. District Court.

"**_363 Sale and Settlement_**" shall mean, collectively, the compromise and settlement set forth herein pursuant to Bankruptcy Rule 9019 and the Plan regarding, among other things, and including, without limitation, agreements with respect to the ownership of the Plan Contribution Assets and the sale, transfer and assignment pursuant to the Plan and sections 363 and 365 of the Bankruptcy Code (a) of any and all right, title and interest any of the WMI Entities may have in (i) the Trust Preferred Securities, (ii) any checks made out to or funds received by WMI, or otherwise for the benefit of the WMI Medical Plan, the JPMorgan Chase Flexible Benefits Plan for Heritage WaMu Active Employees and the JPMorgan Chase Flexible Benefits Plan for Heritage WaMu Retirees, (iii) the JPMC Rabbi Trusts and the JPMC Policies, as defined below, (iv) the WaMu Pension Plan and the Lakeview Plan and all of the sponsor's interest in the assets contained in any trusts or otherwise associated with such plans, (v) the WMI Medical Plan, (vi) certain intellectual property set forth in Section 2.17 hereof, (vii) the Anchor Litigation, (viii) the Visa Shares, (ix) JPMC Wind Investment LLC and (x) the Bonds, in the case of each of the foregoing (a)(i) through (a)(x), to JPMC or its designee, free and clear of all liens, Claims, interests and encumbrances of any Person, other than the Claims, interests, liens and encumbrances of any JPMC Entity, if any, and (b) of any and all right, title and interest of an Acquisition JPMC Entity and any subsidiary or Affiliate of an Acquisition JPMC Entity may have in (i) HS Loan Corporation, (ii) the WMI Rabbi Trust and the WMI Policies, as defined below, and (iii) the intellectual property referred to in Section 2.17 hereof, in the case of each of (b)(i) through (b)(iii) to the WMI Entities or their designee, free and clear of all liens, Claims, interests and encumbrances of any Person, other than the Claims, interests, liens and encumbrances of the WMI Entities; <u>provided</u>, <u>however</u>, that, in accordance with section 1146 of the Bankruptcy Code, the sales, transfers or assignments contemplated herein pursuant to the 363 Sale and Settlement shall not be subject to any transfer or stamp tax.

"**_Trust Preferred Holders_**" shall mean, collectively, all holders of any legal, equitable or beneficial interest in any Trust Preferred Securities, including the holders of record of any REIT Series as of the date on which the Bankruptcy Court approves the Disclosure Statement, including, without limitation, the Settlement Note Holders.

"**_Trust Preferred Securities_**" shall mean, collectively, those certain (a) Washington Mutual Preferred Funding (Cayman) I Ltd. 7.25% Perpetual Non-Cumulative Preferred Securities, Series A-1, (b) Washington Mutual Preferred (Cayman)

I Ltd. 7.25% Perpetual Non-Cumulative Preferred Securities, Series A-2, (c) Washington Mutual Preferred Funding Trust I Fixed-to-Floating Rate Perpetual Non-Cumulative Trust Securities, (d) Washington Mutual Preferred Funding Trust II Fixed-to-Floating Rate Perpetual Non-Cumulative Trust Securities, (e) Washington Mutual Preferred Funding Trust III Fixed-to-Floating Rate Perpetual Non-Cumulative Trust Securities, and (f) Washington Mutual Preferred Funding Trust IV Fixed-to-Floating Rate Perpetual Non-Cumulative Trust Securities.

"*Unknown Claims*" shall mean any Released Claim, as defined herein, that any Releasor, as defined herein, does not know or suspect to exist in his, her or its favor at the time of giving the release in this Agreement that if known by him, her or it, might have affected his, her or its settlement and release in this Agreement. With respect to any and all Released Claims, each Releasor shall expressly waive or be deemed to have waived, and by operation of the Confirmation Order shall have waived the provisions, rights and benefits of California Civil Code § 1542 (to the extent it applies herein), which provides:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTORS.

Each Releasor expressly waives, and shall be deemed to have waived, and by operation of the Confirmation Order shall have waived any and all provisions, rights and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, that is similar, comparable or equivalent in effect to California Civil Code § 1542. The Releasors may hereafter discover facts in addition to or different from those that any of them now knows or believes to be true with respect to the subject matter of the Released Claims, but each Releasor shall expressly have and shall be deemed to have, and by operation of the Confirmation Order shall have fully, finally and forever settled and released any and all Released Claims, known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, that now exist or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including conduct that is negligent, reckless, intentional, with or without malice, or a breach of any duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts. Each Releasor acknowledges and shall be deemed to have acknowledged, and by operation of the Confirmation Order shall have acknowledged, that the foregoing waiver was separately bargained for and a key element of the settlement of which this release is a part.

"*Visa Shares*" shall mean the 3.147 million Class B shares of Visa Inc. held by WMI and set forth on WMI's books and records as of the Petition Date.

**"WMB Escrow Account"** shall mean account number _____ at **[BANK]** established pursuant to the terms and conditions set forth in the Escrow Agreement attached hereto as Exhibit "F".

**"WMB Recipient"** shall mean the FDIC Receiver or such other Person designated, in writing, by the FDIC Receiver ten (10) Business Days prior to the Effective Date.

**"WaMu Pension Plan"** shall mean that certain WaMu Pension Plan, which plan is intended to satisfy the tax requirements of Section 401 of the IRC and is sponsored by WMI.

**"WMI Accounts"** shall mean the accounts as set forth on Exhibit "E" hereto that are not Disputed Accounts.

**"WMI Entities"** shall mean WMI, WMIIC and any subsidiary or Affiliate as of the Petition Date of WMI or WMIIC that is not WMB or a subsidiary of WMB.

**"WMI Medical Plan"** shall mean Washington Mutual, Inc. Flexible Benefits Plan.

**"Washington Mutual Escrow Account"** shall mean account number ___ at Wells Fargo Bank, N.A. established pursuant to the terms and conditions set forth in the Escrow Agreement attached hereto as Exhibit "F".

**"Zurich Settlement Agreement"** shall mean that certain Amended and Restated Settlement Agreement, dated as of February 5, 2010, by and among Zurich Ameican Insurance Company and its subsidiaries and affiliated companies, WMI, WMIIC and JPMC, as the same subsequently may be amended or modified.

Section 1.3.    Other Terms.  Other terms may be defined elsewhere in this Agreement and, unless otherwise indicated, shall have such meaning throughout this Agreement. As used in this Agreement, any reference to any federal, state, local, or foreign law, including any applicable law, will be deemed also to refer to such law as amended and all rules and regulations promulgated thereunder, unless the context requires otherwise. The words "**include**", "**includes**", and "**including**" will be deemed to be followed by "**without limitation**". Pronouns in masculine, feminine, or neuter genders will be construed to include any other gender, and words in the singular form will be construed to include the plural and vice versa, unless the context otherwise requires. The words "**this Agreement**", "**herein**", "**hereof**", "**hereby**", "**hereunder**", and words of similar import refer to this Agreement as a whole and not to any particular subdivision unless expressly so limited.

Section 1.4.    Interpretation.  The Parties have participated jointly in the negotiation and drafting of this Agreement. If an ambiguity or question of intent or interpretation arises, this Agreement will be construed as if drafted jointly by the parties

hereto and no presumption or burden of proof will arise favoring or disfavoring any party hereto because of the authorship of any provision of this Agreement.

# ARTICLE II
## SETTLEMENT TERMS

Section 2.1. <u>WMI Accounts and Disputed Accounts</u>.  On the Effective Date, and in partial consideration for the assets sold pursuant to the 363 Sale and Settlement, (a) the JPMC Entities and the FDIC Parties shall waive any and all claims, rights and liabilities with respect to the WMI Accounts and the Disputed Accounts, including, without limitation, rights of setoff pursuant to section 553 of the Bankruptcy Code and other applicable law, (b) the FDIC Parties shall waive and release any and all rights to seize or set off the WMI Accounts and the Disputed Accounts and any funds contained therein in accordance with Section 9.5 of the Purchase and Assumption Agreement, including, without limitation, by withdrawing, with prejudice, the FDIC Stay Relief Motion, and (c) JPMC shall pay to WMI, or such other of the WMI Entities as WMI shall designate, the amounts contained in the Disputed Accounts and the WMI Accounts as of the Effective Date, net of One Hundred Seventy Five Million One Hundred Five Thousand Eight Hundred Ninety Six Dollars and Seventy Six Cents ($175,105,896.76), representing seventy percent (70%) of tax amounts received by WMI during the period from the Petition Date up to and including the date hereof, free and clear of all liens, Claims, interests and encumbrances of any Person.  Without limiting the generality of the foregoing, on and effective as of the Effective Date, JPMC, as successor to WMB, shall (y) release any security interest in or lien upon the Admin Account and the monies contained therein and (z) release and otherwise transfer the Admin Account and the funds contained therein in accordance with the direction of WMI.  To ensure allocation of any funds credited to the WMI Accounts and the Disputed Accounts in accordance with the terms and provisions of this Agreement, as soon as practicable following execution and delivery of this Agreement, but in no event later than five (5) Business Days subsequent hereto, JPMC shall take any and all action as is appropriate or as WMI may reasonably request to verify all amounts credited or debited to the WMI Accounts and the Disputed Accounts from and after the Petition Date and shall provide copies of all such documentation to the FDIC Receiver contemporaneously with the delivery thereof to WMI.

Section 2.2. <u>Deposit Account Interest</u>.  From and after the date hereof, interest shall continue to accrue or be deemed to accrue on the balances specified for the WMI Accounts and the Disputed Accounts at the greater of (a) three (3) basis points and (b) such other amount as may be quoted by JPMC as applicable to one, three and six month rates, as selected by WMI in its sole and absolute discretion.

Section 2.3. <u>Trust Preferred Securities</u>.  On and effective as of the Effective Date, and pursuant to the 363 Sale and Settlement, (a) JPMC or its designee shall be deemed to be the sole legal, equitable, and beneficial owner of the Trust Preferred Securities for all purposes, (b) the WMI Entities and the FDIC Parties shall be deemed to have sold, transferred, and assigned any and all right, title and interest the

WMI Entities may have or may ever have had in the Trust Preferred Securities, free and clear of any Claims, liens, interests and encumbrances of any Person, other than the Claims, interests, liens and encumbrances of JPMC, if any, (c) any obligation of WMI to transfer the Trust Preferred Securities to WMB, including in accordance with that certain Assignment Agreement, effective as of September 25, 2008, between WMI and WMB, shall be deemed to have been fully satisfied by the contribution to WMB of the Trust Preferred Securities as of September 25, 2008 and thereafter sold and transferred to JPMC in accordance with the Purchase and Assumption Agreement, (d) WMI and the FDIC Parties consent to the sale and transfer of such obligations to JPMC and the Trust Preferred Securities shall be deemed to have been transferred by WMI to JPMC in satisfaction of such obligation as of September 26, 2008, (e) with respect to matters related to the Trust Preferred Securities, all persons and entities shall be authorized and directed to take instructions solely from JPMC or its designee with respect to those items as to which the owner is entitled to give instructions, (f) any and all persons and entities shall be authorized and directed to take necessary, proper or advisable actions and all other actions reasonably requested or instructed by JPMC to record, reflect, transfer, vest, assign, convey, and maintain, as necessary, that a transfer of the Trust Preferred Securities was made to WMI (and subsequently by WMI to JPMC) and that JPMC is the sole legal, equitable, and beneficial owner of the Trust Preferred Securities as transferee of WMI, including, without limitation, by: (i) causing the applicable trustees, registrars, paying agents, depositary, and transfer agents to amend their records (including the securities registers of each Issuing Trust) to reflect a transfer of the Trust Preferred Securities to WMI and then to WMB, and to reflect JPMC as the sole legal, equitable, and beneficial owner of the Trust Preferred Securities; (ii) causing the trustees and boards of directors of the Issuing Trusts to take all necessary, proper and advisable action to reflect JPMC as the sole legal, equitable, and beneficial owner of the Trust Preferred Securities; and (iii) amending any agreements, articles, or declarations to reflect JPMC as the sole legal, equitable, and beneficial owner of the Trust Preferred Securities; and (g) all claims against the Debtors, the WMI Entities, the Acquisition JPMC Entities and the FDIC Parties with respect to the Trust Preferred Securities shall be released and withdrawn, with prejudice, including any claims under section 365(o) of the Bankruptcy Code or any priority claim under section 507(a)(9) of the Bankruptcy Code.

Section 2.4. <u>Tax Matters</u>. It is the understanding of the Parties that this Section 2.4 allocates (i) the Homeownership Carryback Refund Amount fifty-nine and six tenths percent (59.6%) to the WMB Recipient and forty and four-tenths percent (40.4%) to WMI and (ii) all other Net Tax Refunds seventy percent (70%) to JPMC and thirty percent (30%) to WMI, and, to the extent not inconsistent with the specific provisions of this Section 2.4, this Section 2.4 shall be interpreted in manner consistent with this understanding.

(a) <u>Cooperation; Control of Tax Matters</u>.

(i) From and after the date hereof, WMI, JPMC, the WMB Recipient and the FDIC Receiver (on behalf of WMB) shall cooperate with each other to maximize the amount of Net Tax Refunds received (which, for avoidance of

doubt, includes taking such actions as necessary to ensure that net operating losses incurred in connection with Pre-2009 Group Taxes shall to the maximum extent possible be carried back in order to maximize Net Tax Refunds). Notwithstanding anything in this Agreement or otherwise to the contrary, WMI and the FDIC Receiver (on behalf of WMB) agree to make and shall make (or cause to be made), if not already made, any elections or filings necessary to ensure that the 2008 tax year shall be the tax year of the Group to which the 5-year carryback available under Section 172(b)(1)(H) of the Internal Revenue Code of 1986, as amended, shall apply (the "**_Election_**"). Each of WMI and the FDIC Receiver represent that it has not made any election or filing which would make the Election invalid or inoperative in any way.

(ii) From and after the date hereof, subject to the terms and provisions of Section 2.4(a)(iii) hereof, but without otherwise limiting the foregoing, WMI, JPMC and the FDIC Receiver shall jointly control and administer all Pre-2009 Group Tax matters, in respect of all relevant Tax years, that (x) relate to U.S. federal income tax and (y) are reasonably expected to have a material effect on the amount of Net Tax Refunds to which the FDIC Receiver is entitled under this Agreement, provided, however, that the FDIC Receiver's concurrence shall not be required with respect to any settlement offers made or accepted by WMI, the principal terms of which have been evidenced in writing (whether or not such offer or acceptance is conditioned upon approval of any supervising authority). For the avoidance of doubt, the preceding sentence shall not apply to give the FDIC Receiver joint control of any proceedings related to any of the predecessor entities listed on Schedule 2.4(a). WMI and JPMC shall jointly control and administer all other Pre-2009 Group Tax matters, in respect of all relevant Tax years. From and after the date hereof, WMI, JPMC and the FDIC Receiver shall consult with and keep one another fully informed on all other Pre-2009 Group Tax matters that are jointly controlled by WMI, JPMC and the FDIC Receiver pursuant to the first sentence of this Section 2.4(a)(ii), and their ongoing discussions with the applicable Tax Authorities in respect of such Group Tax matters. From and after the date hereof, each of WMI and JPMC shall consult with and keep each other fully informed on all other Pre-2009 Group Tax matters and its ongoing discussions with the applicable Tax Authorities, and shall, from time-to-time, inform the FDIC Receiver of the status of all other Tax proceedings relating to Net Tax Refunds. For purposes of the foregoing, the administration of Pre-2009 Group Tax matters shall include, without limitation, the resolution of all current and pending Tax controversies (both administrative and judicial), the filing of any related carryback claims, elections, and other Tax Returns, and the entering into any other related agreements with a Tax Authority, except to the extent that such actions must be, pursuant to a legal or regulatory requirement, undertaken by the FDIC Receiver on behalf of WMB (or any subsidiary of WMB on or before September 24, 2008). For this purpose, JPMC and WMI will each have the right to participate in any meetings or proceedings related to the resolution of any Tax controversy that relates to the resolution of Pre-2009 Group Tax matters and each Party to this Agreement agrees to execute any forms, including (but not limited to) IRS Forms 2848, to authorize such participation upon the request of either JPMC or WMI; provided, however, in deciding whether to participate in any such meeting or proceeding, JPMC will give due

consideration (in consultation with WMI and the FDIC Receiver) to whether participation by JPMC in any such meeting or proceeding would, in JPMC's sole discretion, materially adversely affect the resolution of the Pre-2009 Group Tax matters at issue and related proceedings. Similarly, the FDIC Receiver will have the right to participate in any meetings or proceedings related to the resolution of any Tax controversy that relates to the resolution of Pre-2009 Group Tax matters that are jointly controlled by WMI, JPMC and the FDIC Receiver pursuant to the first sentence of this Section 2.4(a)(ii), and each Party to this Agreement agrees to execute any forms, including (but not limited to) IRS Forms 2848, to authorize such participation upon the request of the FDIC Receiver; provided, however, in deciding whether to participate in any such meeting or proceeding, the FDIC Receiver will give due consideration (in consultation with WMI and JPMC) to whether participation by the FDIC Receiver in any such meeting or proceeding would, in the FDIC Receiver's sole discretion, materially adversely affect the resolution of the Pre-2009 Group Tax matters at issue and related proceedings. Notwithstanding WMI's and JPMC's control over the administration of certain Pre-2009 Group Tax matters, to the extent that any of the foregoing actions must be undertaken by the FDIC Receiver as a result of a legal or regulatory requirement, then the FDIC Receiver shall take any actions that are reasonably requested by WMI and JPMC jointly with respect to Pre-2009 Group Taxes. None of WMI, JPMC and the FDIC Receiver shall, with respect to Taxes, make or change any Tax election, change any annual Tax accounting period, adopt or change any method of Tax accounting, enter into any closing agreement, settle any Tax claim or assessment, surrender any right to claim a Tax refund, offset or other reduction in Tax liability, or consent to any extension or waiver of the limitations period applicable to any Tax claim or assessment relating to any Pre-2009 Group Tax matters unless it obtains the written consent of: (x) in the case of any such action that is to be taken by WMI, JPMC and, to the extent it has joint control over with respect to the matter pursuant to the first sentence of this Section 2.4(b)(ii), the FDIC Receiver; (y) in the case of any such action that is to be taken by JPMC, WMI and, to the extent it has joint control over with respect to the matter pursuant to the first sentence of this Section 2.4(b)(ii), the FDIC Receiver; and (z) in the case of any such action that is to be taken by the FDIC Receiver, each of WMI and JPMC (which, in the case of each of (x), (y) and (z), shall not be unreasonably withheld or delayed).

(iii)     From and after the date hereof, to the extent reasonably necessary to administer and resolve any Pre-2009 Group Tax matter, (A) JPMC shall provide each of WMI and the FDIC Receiver access in a reasonable and timely manner to historic WMI or WMB employees with material knowledge of such matters who are currently employees of JPMC, and WMI shall provide each of JPMC and the FDIC Receiver access in a reasonable and timely manner to historic WMI, JPMC or WMB employees with material knowledge of such matters that are currently employees of WMI and (B) JPMC shall provide each of WMI and the FDIC Receiver, and, with respect to each of WMI and the FDIC Receiver, its officers, employees, and representatives (including, without limitation, its legal and tax advisors) with reasonable and timely access to all information, data, and documentation (including, without limitation, tax and accounting records, financial information records and financial

information systems, databases, email servers, and other electronic information systems) within its possession or control and reasonably necessary to administer and resolve any Pre-2009 Group Tax matter, and WMI shall provide each of JPMC and the FDIC Receiver, and, with respect to each of JPMC and the FDIC Receiver its officers, employees, and representatives (including, without limitation, its legal and tax advisors) with reasonable and timely access to all information, data, and documentation (including, without limitation, tax and accounting records, financial information records and financial information systems, databases, email servers, and other electronic information systems) within its possession or control and reasonably necessary to administer and resolve any Pre-2009 Group Tax matter. WMI and JPMC, respectively, shall provide such information, data, and documentation in a manner and forum reasonably convenient to each of WMI, JPMC and the FDIC Receiver, and shall permit the other Parties, through their officers, employees, and representatives, to make extracts and copies of such information, data, and documents to the extent reasonably necessary in the administration and resolution of any Pre-2009 Group Tax matter.

(iv)     Without in any way limiting the foregoing, the FDIC Receiver (on behalf of WMB) shall fully cooperate with WMI and JPMC with respect to the administration and resolution of all Pre-2009 Group Tax matters, will reasonably provide WMI, the Creditors' Committee and JPMC, through their respective officers, employees, and representatives, the necessary information, data, and documentation (electronic and otherwise and notwithstanding the termination of the IAA pursuant to Section 2.20 hereof) within its possession or control in support of such administration and resolution (including providing such documentation in a reasonable location and within a reasonable timeframe), and shall permit WMI and JPMC, through their respective officers, employees, and representatives, to make extracts and copies of such information, data, and documents to the extent reasonably necessary in the administration and resolution of any Pre-2009 Group Tax matter.

(v)     Without limiting WMI's rights under Section 8.8 hereof, in the event WMI transfers all or part of its rights under this Section 2.4 to a liquidating trust pursuant to the Plan, WMI may assign (but is not obligated to assign) any or all of its control rights under this Section 2.4 to such liquidating trust provided, however, that WMI shall continue to be responsible for all the liabilities and obligations of WMI under Section 2.4 of this Agreement, provided, further, however, that if WMI assigns all of its rights and obligations under this Section 2.4 to a liquidating trust, WMI shall have no further liability or obligations under this Section 2.4 as long as the transfer to the liquidating trust shall not impose any additional liabilities or obligations on JPMC.

(vi)     Notwithstanding anything to the contrary in this Agreement, the FDIC Receiver may not assign its rights under this Section 2.4(a) without the prior written consent of WMI and JPMC. Any purported assignment in violation of the preceding sentence shall be null and void.

(b)     <u>Receipt and Distribution of Tax Refunds</u>. WMI, the FDIC Receiver and JPMC (as applicable, including on behalf of WMB and any subsidiary

acquired by JPMC from the FDIC Receiver on behalf of WMB) shall jointly direct all Tax Authorities to pay any refunds of Pre-2009 Group Taxes to the Refund Escrow Account. In the event that any Party, any current or future subsidiary of any Party, any entity that is or was a subsidiary of any Party at any time on or after the Petition Date, any entity that is or was an Affiliate at any time on or after the Petition Date of any Party, any successor of any Party (including, for the avoidance of doubt, any liquidating trust established pursuant to the Plan), or any member of any Group (other than any refunds totaling $[•] as reflected in Section 2.1 hereof) has received on or after the Petition Date or hereafter receives any refund of Pre-2009 Group Taxes, the relevant Party shall promptly remit or cause to be remitted the amount of such refunds to the Refund Escrow Account. A list of the refunds of Pre-2009 Group Taxes that have been received by the Parties as of the date hereof is set forth as Schedule 2.4(b). To the extent reasonably determined (as provided in Section 2.4(a)(ii) hereof) by WMI and JPMC (and, as applicable, as provided in Section 2.4(a)(ii) hereof, the FDIC Receiver) jointly to be necessary for the discharge of Pre-2009 Group Tax Liabilities, WMI, JPMC and the FDIC Receiver shall jointly direct the custodian of the Refund Escrow Account to make remittances to discharge Pre-2009 Group Tax Liabilities.

(i)      As soon as practical following JPMC's awareness that any Party, any current or future subsidiary of any Party, any entity that is or was a subsidiary of any Party at any time on or after the Petition Date, any entity that is or was an Affiliate at any time on or after the Petition Date of any Party, any successor of any Party (including, for the avoidance of doubt, any liquidating trust established pursuant to the Plan), or any member of any Group has received a refund of Pre-2009 Group Taxes, other than any refunds totaling $[•] as reflected in Section 2.1 hereof (or if already received, following the Effective Date), JPMC will reasonably estimate the following amounts:

(A)      The total expected amount of Pre-2009 Group Tax Liabilities (the "***Expected Pre-2009 Group Tax Liabilities***");

(B)      The Homeownership Carryback Threshold; and

(C)      The Homeownership Carryback Refund Amount.

For the avoidance of doubt, any estimated amount of the Homeownership Carryback Threshold shall be calculated net of the Expected Pre-2009 Group Tax Liabilities that have not, at the time of the calculation, been paid.

(ii)

(A)      Upon receipt of any refund of Pre-2009 Group Taxes, an amount equal to fifty percent (50%) of the interest component of such refund shall be distributed, in aggregate, as applicable to WMI, JPMC and

the WMB Recipient.  Such direct distributions shall be made in the proportion to which the refunds to which such interest relates are divided between WMI, JPMC and the WMB Recipient under this Agreement (it being understood that such interest which relates to the Homeownership Carryback Refund Amount shall be paid fifty-nine and six-tenths percent (59.6%) to the FDIC Receiver and forty and four-tenths percent (40.4%) to WMI; all other such interest shall be paid seventy percent (70%) to JPMC and thirty percent (30%) to WMI).   Such direct distributions to WMI, JPMC and the WMB Recipient shall be treated, for all computational purposes of this Agreement, as if such distributions were distributions to the Washington Mutual Escrow Account, the JPMC Escrow Account and the WMB Escrow Account, respectively, and released therefrom.

(B)	At least quarterly (on or prior to each March 1, June 1, September 1 and December 1), fifty percent (50%) of all amounts earned by the Refund Escrow Account with respect to assets held in such account shall be distributed to WMI, JPMC and the WMB Recipient in the same proportion that the Net Tax Refunds which were held in the Refund Escrow Account and generated such earnings are expected to be distributed to each of WMI, JPMC and the WMB Recipient, as determined pursuant to the then-current adjusted estimates of the amount of Net Tax Refunds that will be received and the then-current Homeownership Carryback Threshold that are calculated under Section 2.4(b) of this Agreement and adjusted under Section 2.4(c) of this Agreement.  In each case, such direct distributions to WMI, JPMC and the WMB Recipient shall be treated, for all computational purposes of this Agreement, as if such distributions were distributions to the Washington Mutual Escrow Account, JPMC Escrow Account and the WMB Escrow Account, respectively, and released therefrom.

(iii)	Upon estimation of the amounts pursuant to Section 2.4(b)(i) hereof (subject to the Tax Dispute Resolution Procedure), and if any amounts were paid to a Tax Authority pursuant to Section 2.4(g)(iv), JPMC, WMI and the FDIC Receiver shall jointly direct the custodian of the Refund Escrow Account to pay (A) seventy percent (70%) of any amount of refund received attributable to Pre-2009 Group Taxes to JPMC, and (B) thirty percent (30%) of any amount of refund received attributable to Pre-2009 Group Taxes to WMI, in each case until the gross amounts paid by JPMC and WMI, as the case may be, pursuant to Section 2.4(g)(iv) hereof has been offset by gross amounts paid to JPMC and WMI, as the case may be, pursuant to this Section 2.4(b)(iii)  provided, however, that, if any person pursuant to this Section 2.4 shall have not made all or part of a payment required by Section 2.4(g)(iv) hereof, such person will be reimbursed pursuant to this Section 2.4(b)(iii) only up to the amount such person paid pursuant to Section 2.4(g)(iv) hereof.

(iv)	All amounts in the Refund Escrow Account in excess of the amounts required to be paid pursuant to Sections 2.4(b)(ii) and 2.4(b)(iii) hereof shall be retained in the Refund Escrow Account until the balance of the Refund

Escrow Account equals the amount of the Expected Pre-2009 Group Tax Liabilities that have not yet been paid.

(v)     Subject to Section 2.4(b)(vii) below, upon estimation of the amounts pursuant to Section 2.4(b)(i) hereof (subject to the Tax Dispute Resolution Procedure), but only after the payments of any amounts pursuant to Sections 2.4(b)(ii) and 2.4(b)(iii) hereof and after taking into account Section 2.4(b)(iv) hereof, to the extent that the net amount of refunds of Pre-2009 Group Taxes paid to the JPMC Escrow Account under this Agreement (such net amount, the "***JPMC Balance***") is less than seventy percent (70%) of the Homeownership Carryback Threshold (the "***JPMC Amount***"), JPMC, WMI and the FDIC Receiver shall jointly direct the custodian of the Refund Escrow Account to pay seventy percent (70%) of any incremental refunds of Pre-2009 Group Taxes received to the JPMC Escrow Account, and thirty percent (30%) of any incremental refunds of Pre-2009 Group Taxes received to the Washington Mutual Escrow Account.

(vi)     Subject to Section 2.4(b)(vii) below, upon payment of the amounts required pursuant to Section 2.4(b)(v) hereof, JPMC, WMI and the FDIC Receiver shall jointly direct the custodian of the Refund Escrow Account to pay forty and four-tenths percent (40.4%) of any incremental refunds of Pre-2009 Group Taxes to the Washington Mutual Escrow Account and fifty-nine and six-tenths percent (59.6%) of any incremental refunds of Pre-2009 Group Taxes received to the WMB Escrow Account.

(vii)     Notwithstanding anything to the contrary in this Section 2.4 (other than Section 2.4(b)(ii) hereof), any Homeownership Carryback Refund Amount shall be transferred from the Refund Escrow Account forty and four-tenths percent (40.4%) to the Washington Mutual Escrow Account and fifty-nine and six-tenths percent (59.6%) to the WMB Escrow Account so that the net amount of refunds of Pre-2009 Group Taxes paid to the WMB Escrow Account shall be equal to fifty-nine and six-tenths percent (59.6%) of the Homeownership Carryback Refund Amount, and the net amount of refunds of Pre-2009 Group Taxes paid to the Washington Mutual Escrow Account under this Section 2.4(b)(vii) shall be equal to forty and four-tenths percent (40.4%) of the Homeownership Carryback Refund Amount.

(c)     <u>Adjustments to Estimates</u>.  As additional information becomes available about the amount of Net Tax Refunds (including whenever additional Pre-2009 Group Tax Liabilities are determined to come into existence), JPMC may, from time-to-time (and at the reasonable request of WMI or the FDIC Receiver, shall), reasonably revise its estimates of figures calculated pursuant to this Section 2.4.

(i)     Subject to Section 2.4(c)(iv) below, to the extent that, pursuant to a revised estimate calculated under this Section 2.4(c), the JPMC Balance exceeds the revised estimate of the JPMC Amount (such estimate, the "***Revised JPMC Amount***"), JPMC, WMI and the FDIC Receiver shall jointly direct:  (y) the custodian of the JPMC Escrow Account to debit an amount equal to such excess from the JPMC Escrow Account and (z) the custodian of the Washington Mutual Escrow Account

to debit an amount equal to three-sevenths (3/7ths) of such excess from the Washington Mutual Escrow Account, and, in each case, to pay the amounts so debited to the Washington Mutual Escrow Account and the WMB Escrow Account in the percentages set forth in Section 2.4(b)(vi) hereof.

(ii)     Subject to Section 2.4(c)(iv) below, to the extent that the Revised JPMC Amount exceeds the JPMC Balance, JPMC, WMI and the FDIC Receiver shall jointly direct the custodian of the Washington Mutual Escrow Account and the custodian of the WMB Escrow Account (A) to debit an aggregate amount equal to ten-sevenths (10/7ths) of such excess from the Washington Mutual Escrow Account and the WMB Escrow Account in the percentages set forth in Section 2.4(b)(vi) hereof, but as to each only to the extent of the net amount previously allocated to the Washington Mutual Escrow Account and the WMB Escrow Account, respectively, under Section 2.4(b)(vi) and Section 2.4(b)(vii) hereof, and (B) to pay seventy percent (70%) of the amount so debited to the JPMC Escrow Account and thirty percent (30%) of the amount so debited to the Washington Mutual Escrow Account.

(iii)     Payments pursuant to this Section 2.4(c) shall be made within [●] Business Days of the date on which the revised estimate was agreed upon, in writing by JPMC, WMI and the FDIC Receiver, or under the Tax Dispute Resolution Procedure.

(iv)     Notwithstanding anything to the contrary in this Section 2.4, no adjustments shall be made to the Washington Mutual Escrow Account or the WMB Escrow Account under this Section 2.4(c) that would reduce such accounts below the amounts that were transferred to such accounts under Section 2.4(b)(vii) hereof, based on a revised determination of Homeownership Carryback Refund Amount.

(d)     <u>Final JPMC Amount</u>.  Within a reasonable period of time after the date on which both JPMC and WMI reasonably believe that (i) all Net Tax Refunds, including the Homeownership Carryback Refund Amount, have been received and (ii) all Pre-2009 Group Tax liabilities have been satisfied, settled or otherwise discharged, and (iii) the final amount of Net Tax Refunds received has been determined and is not subject to change,  JPMC shall reasonably calculate a final value for the JPMC Amount (such calculated final value, the "***Final JPMC Amount***"), a final value for the Homeownership Carryback Threshold and a final value for the Homeownership Carryback Refund Amount.  If a Final JPMC Amount is agreed upon or determined under the Tax Dispute Resolution Procedure, then --

(i)     Subject to Section 2.4(d)(iv), to the extent that the JPMC Balance exceeds the Final JPMC Amount, JPMC, WMI and the FDIC Receiver shall jointly direct (y) the custodian of the JPMC Escrow Account to debit the JPMC Escrow Account for the amount by which the JPMC Balance exceeds the Final JPMC Amount and (z) the custodian of the Washington Mutual Escrow Account to debit the Washington Mutual Escrow Account for an amount equal to three-sevenths (3/7ths) of such excess, and, in each case, to pay the amounts so debited to the Washington Mutual

Escrow Account and the WMB Escrow Account in the percentages set forth in Section 2.4(b)(vi) hereof.

(ii)     Subject to Section 2.4(d)(iv), to the extent that the Final JPMC Amount exceeds the JPMC Balance, JPMC, WMI and the FDIC Receiver shall jointly direct the custodian of the Washington Mutual Escrow Account and the custodian of the WMB Escrow Account (A) to debit the Washington Mutual Escrow Account and the WMB Escrow Account for an aggregate amount equal to ten-sevenths (10/7ths) of the amount by which the Final JPMC Amount exceeds the JPMC Balance, in the percentages set forth in Section 2.4(b)(vi) hereof, but in each case only to the extent of the net amount previously allocated to the Washington Mutual Escrow Account and the WMB Escrow Account, respectively, under Section 2.4(b)(vi) and Section 2.4(b)(vii) hereof, and (B) to pay seventy percent (70%) of the amount so debited to the JPMC Escrow Account and thirty percent (30%) of the amount so debited to the Washington Mutual Escrow Account; and

(iii)     The payments to be made pursuant to this Section 2.4(d) shall be made within [●] days of the date on which the calculations made pursuant to this Section 2.4(d) are finalized.

(iv)     Notwithstanding anything to the contrary in this Section 2.4, no adjustments shall be made to the Washington Mutual Escrow Account or the WMB Escrow Account under this Section 2.4(d) that would reduce such accounts below the amount that would be transferred to such accounts under Section 2.4(b)(vii) hereof, based on the final determination of Homeownership Carryback Refund Amount.

(e)     Calculations and Estimates.  JPMC shall in a reasonable time (and in case of a revised calculation or estimate, within [•] Business Days) provide such calculations or estimates undertaken pursuant to this Section 2.4 and the underlying data, substantiation and computations to each of WMI and the FDIC Receiver for review. Each of WMI and the FDIC Receiver shall have a reasonable period to review any such calculations or estimates and such underlying items.  WMI, JPMC and the FDIC Receiver shall endeavor in good faith to resolve any differences regarding any calculation or estimate undertaken pursuant to this Section 2.4 without delay.  To the extent WMI, JPMC and the FDIC Receiver are unable to resolve any differences regarding a calculation or estimate undertaken pursuant to this Section 2.4, the Parties shall utilize the Tax Dispute Resolution Procedure.

(f)     Tax Expenses.  Except as otherwise provided herein, each of WMI, JPMC, the FDIC Receiver and the WMB Recipient shall be responsible for its own expenses (including, without limitation, all of its outside advisors) incurred in connection with the pursuit or receipt of any refund, credit, offset or abatement of Pre-2009 Group Taxes.

(g)     Payment of Pre-2009 Group Tax Liabilities.  If, pursuant to the procedure detailed in Section 2.4(a) hereof, it is reasonably determined that an

amount of Pre-2009 Group Taxes should be paid or a claim for any amount of Pre-2009 Group Taxes should be settled, and funds are available in the Refund Escrow Account to pay part or all of such Pre-2009 Group Taxes, JPMC and WMI shall jointly direct the custodian of the Refund Escrow Account to remit the amount of such payment or settlement to the relevant Tax Authority. To the extent that it is reasonably determined pursuant to the procedures detailed in Section 2.4(a) hereof that an amount of Pre-2009 Group Taxes should be paid or a claim for any amount of Pre-2009 Group Taxes should be settled, and funds are not available in the Refund Escrow Account to discharge such payment or provide for such settlement after first making the adjustments provided for by Section 2.4(c) hereof:

(i)     First, JPMC, WMI and the FDIC Receiver shall jointly direct the custodian of the Washington Mutual Escrow Account and the custodian of the JPMC Escrow Account to pay from the Washington Mutual Escrow Account and the JPMC Escrow Account, in the percentages set forth in Section 2.4(b)(v) hereof, one-hundred percent (100%) of the amount of the payment or settlement of such Pre-2009 Group Taxes for which funds are not available in the Refund Escrow Account up to an aggregate amount equal to the result of dividing (y) the excess of the JPMC Balance over the then-current JPMC Amount, if any, by (z) seventy percent (70%).

(ii)     Thereafter, (A) JPMC, WMI and the FDIC Receiver shall jointly direct the custodian of the WMB Escrow Account to pay fifty nine and six tenths percent (59.6%) of the amount of the payment or settlement of such Pre-2009 Group Taxes for which funds are not available in the Refund Escrow Account,  and (B) JPMC, WMI and the FDIC Receiver shall jointly direct the custodian of the Washington Mutual Escrow Account to pay forty and four tenths percent (40.4%) of the amount of the payment or settlement of such Pre-2009 Group Taxes for which funds are not available in the Refund Escrow Account, in both cases until the earlier to occur of: (i) the net amount of refunds of Pre-2009 Group Taxes paid to the WMB Escrow Account pursuant to this Agreement is reduced to fifty nine and six-tenths percent (59.6%) of the excess of (x) the amount of Net Tax Refunds received over (y) the Homeownership Carryback Threshold, and (ii) the net amount of refunds of Pre-2009 Group taxes paid to the WMB Escrow Account pursuant to this Agreement is reduced to zero.

(iii)     Thereafter, JPMC, WMI and the FDIC Receiver shall jointly direct the custodian of the Washington Mutual Escrow Account and the custodian of the JPMC Escrow Account to pay from the Washington Mutual Escrow Account and the JPMC Escrow Account, in the percentages set forth in Section 2.4(b)(v) hereof, one-hundred percent (100%) of the amount of the payment or settlement of such Pre-2009 Group Taxes for which funds are not available in the Refund Escrow Account until the balance of the JPMC Escrow Account is reduced to zero.

(iv)     Thereafter, JPMC shall be responsible for paying seventy percent (70%) of the amount of the payment or settlement of Pre-2009 Group Taxes for which funds are not available in the Refund Escrow Account and WMI shall be responsible for paying thirty percent (30%) of such deficiency.

(v)     Notwithstanding anything to the contrary herein, no amounts shall be debited out of the WMB Escrow Account except with respect to (x), distributions made from the WMB Escrow Account to the FDIC Receiver, (y) fifty-nine and six-tenths percent (59.6%) of any Homeownership Refund Taxes, and (z) amounts debited from the WMB Escrow Account that need to be debited in order to properly reflect adjustments or modifications to the Homeownership Carryback Threshold or any estimates thereof, if any.

(h)     Release of JPMC Escrow Account, Washington Mutual Escrow Account and WMB Escrow Account.

(i)     JPMC, WMI and the FDIC Receiver shall jointly direct the custodian of the JPMC Escrow Account, the Washington Mutual Escrow Account and the WMB Escrow Account to release all or a portion of the JPMC Escrow Account, the Washington Mutual Escrow Account and the WMB Escrow Account as the case may be, to JPMC, WMI and the WMB Recipient, respectively, as soon as is practicable after the earlier to occur of:  (A) the date on which all Pre-2009 Group Tax Liabilities are finally determined and paid and the final amount of Net Tax Refunds Received has been determined and is not subject to change; and (B) the date on which JPMC (with respect to the Washington Mutual Escrow Account), WMI (with respect to the JPMC Escrow Account), or JPMC and WMI jointly (with respect to the WMB Escrow Account), consents, in writing, to permit the release of all or such agreed portion of the JPMC Escrow Account, the Washington Mutual Escrow Account or the WMB Escrow Account, as applicable (such consent, in each case, not to be unreasonably withheld or delayed); provided, however, that there shall be released from each escrow account at least quarterly (on or prior to each March 1, June 1, September 1 and December 1) fifty percent (50%) of all amounts earned by such escrow account with respect to assets held therein.

(ii)     In the event that distributions have been made from the JPMC Escrow Account, the Washington Mutual Escrow Account or the WMB Escrow Account, as the case may be, and a provision of this Section 2.4  (including without limitation, Sections 2.4(c) and 2.4(g) hereof) requires that an amount be paid from the JPMC Escrow Account, the Washington Mutual Escrow Account or the WMB Escrow Account, as applicable, for which there are insufficient funds in such account, then WMI, JPMC or the WMB Recipient, as applicable, shall return such amount to the respective account to allow the account to satisfy its obligations hereunder (and such amount shall thereafter be treated as if it had not been distributed); moreover for the avoidance of doubt, the JPMC Balance shall be determined without regard to distributions from the JPMC Escrow Account to JPMC.

(i)     Tax Dispute Resolution Procedure.  In the event that WMI or the FDIC Receiver do not consent to the estimates or calculations provided by JPMC, and WMI, JPMC and the FDIC Receiver are unable to resolve their differences as provided in Section 2.4(d)(iv)Section 2.4(e) hereof, then WMI, JPMC and the FDIC Receiver will attempt to agree on the appointment of a mutually acceptable tax

professional to arbitrate the dispute. If they are unable to agree on a single tax professional, then a panel of three (3) tax professionals shall be selected as follows: each of WMI, JPMC and the FDIC Receiver shall designate a tax professional. Each of WMI, JPMC and the FDIC Receiver shall then present their calculations or estimates (including underlying data, substantiation and computations) to the tax professional or the panel of tax professionals, which will determine (by majority vote in the case of the panel) whether WMI, JPMC or and the FDIC Receiver's calculations or estimates are more reasonable, and calculations or estimates so determined to be more reasonable shall apply for purposes of this Section 2.4 as if agreed upon by WMI, JPMC and the FDIC Receiver. In assessing whether WMI's, JPMC's or the FDIC Receiver's calculations or estimates are more reasonable, the tax professional or the panel of tax professionals shall treat the calculations or estimates submitted by each party with the same level of deference. The fees and expenses of the tax professional or the panel of tax professionals will be paid from the Refund Escrow Account (or, once the Refund Escrow Account is terminated, from the JPMC Escrow Account, the Washington Mutual Escrow Account or the WMB Escrow Account, as the case may be). WMI, JPMC and the FDIC Receiver agree to act as expeditiously as practicably possible in connection with this tax dispute resolution process.

(j)     Capital Contributions. WMI, WMB, the FDIC Entities and JPMC shall treat, solely for Tax purposes, all amounts paid, waived, allocated or transferred by WMI to WMB or to JPMC (on behalf of WMB or any subsidiary acquired by it from WMB, and hereby at the direction of the FDIC Entities) pursuant to the terms of this Agreement (other than any amounts paid or properties transferred to JPMC pursuant to this Section 2.4 and Sections 2.16 and 2.17 hereof) as capital contributions from WMI to WMB, and then, as applicable, as a transfer from WMB to JPMC pursuant to the terms and conditions of the Purchase and Assumption Agreement.

(k)     WMB Recipient. For the avoidance of doubt, the WMB Recipient shall not be responsible for Group Taxes other than (x) fifty-nine and six tenths percent (59.6%) of any Homeownership Refund Taxes and (y) Taxes, if any, imposed on interest allocated to WMB or the WMB Recipient.

(l)     No Double Counting. The Parties intend that the provisions of this Agreement be applied in a manner that prevents any item of refund, credit, offset, abatement, taxes or expenses from being taken into account more than once.

(m)     Escrow Tax Treatment. For Tax purposes, the WMB Recipient shall be deemed to own the assets in the WMB Escrow Account and shall include as income for Tax purposes any income generated by assets in the WMB Escrow Account. For Tax purposes, JPMC shall be deemed to own the assets in the JPMC Escrow Account and shall include as income for Tax purposes any income generated by assets in the JPMC Escrow Account. For Tax purposes, WMI shall be deemed to own the assets in the Washington Mutual Escrow Account and shall include as income for Tax purposes any income generated by assets in the Washington Mutual Escrow Account.

For Tax purposes, the assets in the Refund Escrow Account shall be deemed to be owned by WMI, JPMC and the WMB Recipient consistent with the allocation of interest in Section 2.4(b)(ii) hereof. Accordingly, as the owner for Tax purposes, WMI (or any assignee of its ownership rights), JPMC and the WMB Recipient shall include as income for Tax purposes the income generated by the assets in the Refund Escrow Account in the same proportion that interest is allocated in Section 2.4(b)(ii) hereof, during the relevant period.

Section 2.5. <u>Withdrawal of Claims</u>.

(a) <u>Chapter 11 Claims</u>. Except as expressly provided herein or pursuant to the terms and provisions of the Plan, from and after the Effective Date, JPMC, the FDIC Receiver and FDIC Corporate shall take such action as may be reasonably requested by WMI to (a) cause the withdrawal, with prejudice, or the expungement of the JPMC Claims and the FDIC Claim and (b) assist the Debtors in the prosecution of any objections to the proofs of claim filed against the WMI Entities by creditors of WMB, including, without limitation, the Bank Bondholder Claims. Without in any way limiting the foregoing, on the Effective Date, the Debtors shall direct Kurtzman Carson Consultants, LLC ("**KCC**"), the Bankruptcy Court appointed claims agent in the Debtors' chapter 11 cases, to remove from the claims registry of the Debtors' chapter 11 cases the FDIC Claim and the JPMC Claims except as expressly set forth herein and pursuant to the terms and provisions of the Plan.

(b) <u>Receivership Claims</u>. Except as expressly provided herein or pursuant to the terms and provisions of the Plan, from and after the Effective Date, the Debtors and JPMC shall take such action as may be reasonably requested by the FDIC Receiver to cause the withdrawal, with prejudice, or the expungement of the Debtors' Claims and the JPMC Receivership Claims, except to the extent provided herein or in the Purchase and Assumption Agreement. Notwithstanding the foregoing, nothing contained herein shall result in the withdrawal, with prejudice, or the expungement of the JPMC Receivership Claims arising from and relating to settlement reconciliation discrepancies, if any, in WMB's processing centers in Stockton, California.

Section 2.6. <u>Stay and Dismissal of Actions</u>.

(a) As soon as practicable subsequent to the execution and delivery of this Agreement by each of the Parties, but in no event later than five (5) Business Days subsequent thereto, the Debtors, the FDIC Parties and JPMC shall take any and all action as is appropriate to (i) stay the Related Actions, including any pending appeals, (ii) maintain the status quo of the JPMC Entities, the FDIC Parties and the Debtors in each of the Related Actions as of the execution of this Agreement, and (iii) ensure that no action (including separate litigation and any objection to such proofs of claim) is undertaken or commenced inconsistent with seeking a stay of and maintaining the status quo of the Related Actions; <u>provided</u>, <u>however</u>, that any such stay shall terminate on the first (1st) Business Day following termination of this Agreement. The Debtors, the FDIC Receiver, FDIC Corporate and JPMC acknowledge that this Section

2.6(a) is not intended to alter, affect or modify the rights, claims, defenses or substantive positions of any of the Debtors, the FDIC Receiver, FDIC Corporate or the JPMC Entities in the Related Actions.

(b)     As soon as practicable following the Effective Date, but in no event later than five (5) Business Days subsequent thereto, JPMC, the FDIC Entities and the Debtors shall take any and all action as is appropriate or as another Party may reasonably request to cause the respective clerk's office to record the dismissal, with prejudice, of each of the Actions, including, without limitation, filing with the District Court and the Bankruptcy Court, as applicable, a Stipulation of Dismissal With Prejudice, substantially in the forms annexed hereto as Exhibit "H", "I" and "J", respectively, and the filing of appropriate notices withdrawing any pending appeals.

Section 2.7.    <u>Texas Litigation</u>.  As soon as practicable following the execution and delivery of this Agreement by all of the Parties, but in no event later than fifteen (15) Business Days subsequent thereto, WMI and the FDIC Parties shall use their reasonable best efforts to obtain rulings from the D.C. District Court and, to the extent necessary or desirable, the Bankruptcy Court, (a) determining that the claims and causes of action being asserted in the Texas Litigation and all claims brought or may in the future be brought on behalf of WMI are property of the Debtors and the Debtors' chapter 11 estates or the FDIC Receiver and the Receivership, as the case may be, (b) enjoining the plaintiffs in the Texas Litigation and any other plaintiffs who have brought or may in the future bring such claims from taking any action inconsistent with the Debtors' and the FDIC Receiver's ownership and exclusive control of such claims and causes of action (including resolutions of such claims and causes of action), including, without limitation, prosecution of the Texas Litigation, and (c) enjoining any other Person from instituting or prosecuting any claims on behalf of WMI, WMB or the Receivership.  Upon the Effective Date, or as soon thereafter as is practicable following entry of an order of the D.C. District Court and/or the Bankruptcy Court consistent with clauses (a), (b) and (c) above, WMI and the FDIC Parties shall take any and all actions reasonably requested by WMI, the FDIC Parties or JPMC to dismiss, with prejudice, the Texas Litigation by taking any and all action as is appropriate, including without limitation, filing with the D.C. District Court a Stipulation of Dismissal With Prejudice, substantially in the form annexed hereto as Exhibit "K", and appealing any order of the D.C. District Court providing less than all of the relief contemplated by this Section 2.7; <u>provided</u>, <u>however</u>, that it shall not be a breach hereunder if, the Debtors and the FDIC Receiver having used their reasonable best efforts, the D.C. District Court, the Bankruptcy Court or any appellate court nevertheless (1) determines that the claims and causes of action being asserted in the Texas Litigation are, in whole or in part, not property of the Debtors and the Debtors' chapter 11 cases and allows the current plaintiffs in the Texas Litigation to continue prosecuting the claims asserted therein, in whole or in part, or (2) does not grant the relief referred to in clauses (a), (b) and (c) of this Section 2.7.

Section 2.8.    <u>WMI Medical Plan</u>.  On the Effective Date, and pursuant to the 363 Sale and Settlement, (a) JPMC shall be deemed to have assumed, as of September 25, 2008, sponsorship and (i) be the sole legal, equitable and beneficial owner

of the WMI Medical Plan and its assets for all purposes and the WMI Entities shall be deemed to have sold, transferred and assigned any and all right, title and interest the WMI Entities may have in such assets, free and clear of the liens, Claims, interests and encumbrances of any Person, other than the liens, Claims, interests and encumbrances, if any, of JPMC, (ii) assumed all duties, responsibilities, liabilities and obligations associated with sponsorship, of the WMI Medical Plan and the employee welfare plan and arrangement obligations as set forth on Exhibit "L" hereto, including, without limitation, any and all Assumed Liabilities and other post-Petition Date liabilities to pay retiree obligations in connection with the WMI Medical Plan (including medical and term life insurance and other post employment benefits), and (iii) shall satisfy the liabilities and obligations to pay or provide any and all benefits accrued from and after September 25, 2008 in connection with the WMI Medical Plan and the employee welfare plan and arrangement obligations as set forth on Exhibit "L" hereto, (b) to the extent any beneficiaries of the WMI Medical Plan have filed a proof of claim against the Debtors and the Debtors' chapter 11 estates, JPMC shall pay or fund the payment of the Assumed Liabilities portion of any and all such Claims, to the extent such portion of any such Claim becomes an Allowed Claim; provided, however, that JPMC shall not be obligated to make duplicative payments to such beneficiaries on account of clauses (a)(iii) and (b) hereof, and (c) WMI shall (i) transfer all its right, title and interest in and to any outstanding checks made out to WMI, including pharmacy rebates in connection with contracts associated with or attributable to the WMI Medical Plan and (ii) pay to JPMC an amount equal to the pharmacy rebates in connection with contracts associated with or attributable to the WMI Medical Plan and received by the WMI Entities from and after the Petition Date, currently estimated to be approximately Seven Hundred Seventy-Five Thousand Dollars ($775,000.00). Nothing contained herein to the contrary shall preclude JPMC, as sponsor, from amending, modifying or changing the aforementioned plans from and after the Effective Date to the extent permitted by law and the terms of such plans.

        Section 2.9.    <u>Non-Qualified Benefit Plans and Assets/Employee Issues</u>.

        (a)    On and effective as of the Effective Date, and pursuant to the 363 Sale and Settlement, (i) all assets in the Rabbi Trusts set forth on Exhibit "M" hereto (the "***JPMC Rabbi Trusts***"), all BOLI/COLI policies and the proceeds thereof set forth on Exhibit "N" hereto and all CCBI split dollar policies set forth on Exhibit "O" hereto (the policies identified on Exhibits "N" and "O" hereto are sometimes hereinafter collectively referred to as the "***JPMC Policies***") and all rights thereunder shall be deemed to be and forever determined to be the property of JPMC, (ii) the WMI Entities shall be deemed to have relinquished any claims that the WMI Entities may have asserted with respect to the assets set forth on Exhibits "M", "N" and "O" and the WMI Entities shall be deemed to have sold, transferred and assigned any and all right, title and interest the WMI Entities may have or may have had in such assets, free and clear of all liens, Claims, interests and encumbrances, other than the liens, Claims, interests and encumbrances, if any, of JPMC and of those Persons who have filed proofs of claim against the Debtors and the Debtors' chapter 11 estates, as set forth on Schedule 2.9(a)

hereto, (iii) the WMI Entities shall take such actions as may be reasonably requested by JPMC to cause third parties, including, without limitation, the issuers of the JPMC Policies to recognize and reflect on their books and records that JPMC is the owner of or the beneficiary of, as the case may be, the JPMC Rabbi Trusts and the JPMC Policies and JPMC shall be authorized and expressly permitted to exercise all ownership rights related to the JPMC Policies, including, without limitation, surrender or liquidation rights, (iv) the WMI Entities shall take such action as may be reasonably requested by JPMC to cause the trustees of the JPMC Rabbi Trusts to terminate the JPMC Rabbi Trusts and to distribute the assets contained in such JPMC Rabbi Trusts to JPMC, including, but not limited to, using their reasonable best efforts to obtain dismissal of the Second and Third Claims for declaratory relief set forth in the complaint, dated March 11, 2010, filed in the litigation styled <u>Union Bank</u> v. <u>JPMorgan Chase Bank, N.A.</u>, Adversary Pr. No. 10-50788 (MFW), currently pending in the Bankruptcy Court, (v) subject to JPMC becoming the owner of the JPMC Policies and receiving the assets contained in the JPMC Rabbi Trusts, and subject to JPMC's receipt of a release of claims (in form reasonably acceptable to JPMC and the WMI Entities) in favor of JPMC and the WMI Entities from the beneficiaries of the arrangements identified on Exhibit "P" hereto, but it shall not be a breach hereunder if such releases are not provided, JPMC shall (A) satisfy the obligation to pay or provide any and all benefits with respect to the arrangements that are identified on Exhibit "P" hereto (but, to the extent of applicable laws, may change the form and time of payment of benefits), (B) pay or provide for such benefits in a manner consistent with Section 409A of the IRC (to the extent applicable) and (C) irrespective of whether the above-referenced releases are received, to the extent that any beneficiaries of the JPMC Rabbi Trusts and the JPMC Policies have filed proofs of claim in connection therewith against the Debtors and their chapter 11 estates, pay or fund the payment of the Assumed Liabilities portion of any and all such Claims, as set forth on Schedule 2.9(a) hereto, to the extent such portion of any such Claim becomes an Allowed Claim and to the extent payable, in whole or in part, by the Debtors or the Debtors' chapter 11 estates; <u>provided</u>, <u>however</u>, that JPMC shall not be obligated to make duplicative payments to such beneficiaries on account of clauses (B) and (C) hereof, and (vi) the WMI Entities shall use their reasonable efforts and otherwise cooperate with JPMC in obtaining the receipt of a release of claims in favor of JPMC and the WMI Entities from the beneficiaries of the arrangements that are identified on Exhibit "P" hereto.  To the extent necessary, on the Effective Date, the automatic stay, extant pursuant to section 362 of the Bankruptcy Code, shall be deemed modified *nunc pro tunc* to the Petition Date to permit JPMC to cause the surrender of any such policies or the liquidation of any assets contained in such rabbi trusts.  For the avoidance of doubt, except with respect to Assumed Liabilities, nothing contained in this Section 2.9(a) or otherwise in this Agreement is intended to require, and this Agreement shall not be interpreted in any way (y) as requiring JPMC to assume any "nonqualified deferred compensation plan", as defined in Section 409A(d)(1) of the IRC, sponsored or maintained by the WMI Entities, WMB or the JPMC Rabbi Trusts and that any obligation of JPMC to make payments or provide benefits pursuant to this Section 2.9(a) shall be a new obligation of JPMC or (z) as requiring the WMI Entities to assume any liabilities or obligations arising at any time from and after the Effective Date, including any liabilities (other than Assumed

Liabilities) arising from the requirement of the release described in subsection (v) above, or the failure or refusal of any Person to provide such a release.

(b)	On and effective as of the Effective Date, and pursuant to the 363 Sale and Settlement, (i) all assets in the Rabbi Trust set forth on Exhibit "Q" hereto (the "***WMI Rabbi Trust***"), all BOLI/COLI policies and the proceeds thereof set forth on Exhibit "R" hereto (the "***WMI Policies***"), shall be deemed to be and forever determined to be the property of WMI, and the JPMC Entities will be deemed to have sold, transferred and assigned any and all right, title and interest the JPMC Entities may have in such assets, free and clear of all liens, Claims, interests and encumbrances, (ii) the JPMC Entities shall take such action as may be reasonably requested by WMI to cause third parties, including, without limitation, trustees of the WMI Rabbi Trust and the issuers of the WMI Policies to recognize and reflect on their books and records that WMI is the owner of or the beneficiary of, as the case may be, the WMI Rabbi Trusts and the WMI Policies and WMI shall be authorized and expressly permitted to exercise all ownership rights related to the WMI Rabbi Trust and the WMI Policies, including, without limitation, surrender or liquidation rights, and (iii) any liabilities to the third-party beneficiaries of such assets or policies, including, without limitation, insureds, co-insureds or beneficiaries of the WMI Rabbi Trust or the WMI Policies for deferred compensation or other plans in the WMI Rabbi Trust and the WMI Policies which such assets relate shall remain liabilities of WMI's chapter 11 estate.

(c)	Other Benefit Plans.  With respect to the Benefit Plans listed on Exhibit "P" hereto, on and effective as of the Effective Date, and pursuant to the 363 Sale and Settlement, (i) JPMC shall assume the Assumed Liabilities with respect to such plans and the obligations to the beneficiaries of such plans, including, without limitation, the obligations to now pay the amounts, if any, that may be outstanding to such beneficiaries from and after September 25, 2008, (ii) the JPMC Entities shall waive any and all claims the JPMC Entities may have against the WMI Entities in connection with such benefit plans or such obligations, including pursuant to assignments, rights of subrogation or otherwise, and (iii) to the extent that any beneficiaries of such plans have filed proofs of claim against the Debtors and their chapter 11 estates, JPMC shall pay or fund the payment of the Assumed Liabilities portion of any and all such Claims, as set forth on Schedule 2.9(c) hereto, to the extent such portion of any such Claim becomes an Allowed Claim; provided, however, that JPMC shall not be obligated to make duplicate payments on account of clauses (ii) and (iii) hereof.

(d)	Employee Wages and Other Payments.  On the Effective Date, WMI shall pay to JPMC Five Hundred Eight Thousand One Hundred Fifty Four Dollars ($508,154.00) attributable to amounts paid by JPMC to employees of WMI for services rendered to WMI during the period prior to the Petition Date.

Section 2.10.	Qualified Plans.  On and effective as of the Effective Date, and pursuant to the 363 Sale and Settlement, (a) WMI shall (i) adopt an amendment to the Qualified Plans, substantially in the form annexed hereto as Exhibit "S", to provide that (A) JPMC or its designee is a contributing employer with respect to the WaMu

Pension Plan as of September 25, 2008, and (B) JPMC or its designee is the Qualified Plans sponsor as of the Effective Date; (ii) assign its rights and obligations under Qualified Plans trust agreements to JPMC or its designee, subject to the consent of the trustee substantially in the form annexed hereto as Exhibit "T"; (iii) assign to JPMC or its designee as sponsor of the Qualified Plans, as of the Effective Date, all rights and obligations with respect to (A) the Master Trust Agreement between WMI and JPMorgan Chase Bank, dated December 1, 2004, (B) the Pension Plan Administration Service Agreement, dated April 7, 2004, between WMI and ExcellerateHRO (successor by assignment from Towers, Perrin, Forster & Crosby, Inc.), as amended, (C) any and all investment management contracts with respect to the management of the assets of the Qualified Plans, and (D) any other administrative services contracts related to the Qualified Plans not otherwise enumerated herein, (iv) reasonably cooperate with JPMC or its designee to correct all outstanding operational and form defects of the Qualified Plans and filings inconsistent with this Agreement, if any, that exist as of the Effective Date, including (A) taking such reasonable actions as may be necessary to assist JPMC's correction of any such defects, including by providing information reasonably requested by JPMC, and (B) cooperating with JPMC on any responses to pending audit requests with respect to the Qualified Plans and WMI's implementation of any remediation requirements issued by the IRS, the United States Department of Labor or the Pension Benefit Guaranty Corporation with respect to such audits of the Qualified Plans, and (v) cooperate with JPMC or its designee by taking such actions as may be reasonably necessary to facilitate direct or bilateral discussions between JPMC and any governmental, regulatory or taxing authorities regarding any audits or investigations of the Qualified Plans, including by providing JPMC, at JPMC's sole cost and expense, with copies of all correspondence and documents, including memoranda, e-mails and notes received or prepared in connection with or reflecting any meetings or conversations with the IRS, the United States Department of Labor, the Pension Benefit Guaranty Corporation or any other governmental or regulatory authority or agency regarding the Qualified Plans, (b) JPMC shall (i) be responsible for responding to pending and subsequent audit requests with respect to the Qualified Plans and any remediation requirements issued by the IRS, the United States Department of Labor or the Pension Benefit Guaranty Corporation with respect to the Qualified Plans, (ii) waive and release any and all claims and rights, other than claims and rights arising under this Agreement, with respect to the Qualified Plans against WMI and its chapter 11 estate, including, without limitation, intercompany claims and prepaid pension relating to the funding of the Qualified Plans, (iii) be responsible for correcting all outstanding operational and form defects of the Qualified Plans and filings inconsistent with this Agreement, if any, that exist as of the Effective Date, including operational and form defects that existed or arose prior to September 25, 2008, (iv) during the six (6) month period following the Effective Date, provide information reasonably requested by WMI to permit WMI to monitor JPMC's correction of the defects related to the Qualified Plans, if any, (v) effective for events occurring on or after September 25, 2008, and to the extent not covered by insurance policies, indemnify and hold WMI, the Plan Investment Committee (the "*PIC*") and the Plan Administration Committee (the "*PAC*") harmless from any and all claims for any liability that WMI, the PIC, and/or the PAC may incur as a result of

any and all actions or inactions with respect to the Qualified Plans during the period from and after September 25, 2008, whether or not taken by WMI, the PIC and/or the PAC, to the extent that JPMC participated in or approved such actions or inactions, as the case may be, and provided that such actions or inactions, as the case may be, do not constitute a breach of any duty of loyalty by, or the gross negligence or the willful misconduct on the part of, WMI, the PIC and/or the PAC, as the case may be, and (vi) to the extent that any Persons filed proofs of claim against the Debtors and their chapter 11 estates arising from or relating to the Qualified Plans, JPMC shall pay or fund the payment of the Assumed Liabilities portion of any and all such Claims, as set forth on Schedule 2.10 hereto, to the extent such portion of any such Claim becomes an Allowed Claim, and (c) the FDIC Receiver and WMB shall be deemed to have waived and released any and all claims and rights with respect to the Qualified Plans against WMI and its chapter 11 estate, including, without limitation, intercompany claims and prepaid pension relating to the funding of the Qualified Plans. Notwithstanding anything contained herein to the contrary, WMI shall cooperate with JPMC by taking such actions as may be necessary to inform JPMC of the terms and conditions of any settlement of the Buus Litigation and shall provide JPMC with a copy of the agreement setting forth the terms of any settlement of the Buus Litigation prior to the execution thereof. JPMC shall support and take such action as is reasonably requested by WMI to consummate any settlement of the Buus Litigation as provided for in this Agreement, provided that such settlement does not deplete the assets or increase the liabilities associated with the WaMu Pension Plan by more than Twenty Million Dollars ($20,000,000.00) in the aggregate (excluding administrative costs); provided, however, that WMI shall not execute any agreement setting forth the terms of any settlement of the Buus Litigation or agree to a plan of allocation with respect to the compromise and settlement of the Buus Litigation without the prior written consent of JPMC, which consent shall not be unreasonably withheld.

Section 2.11. D&O and Tower Insurance Program. The Parties agree that WMI, WMI's present and former officers and directors and employees (collectively, the "**Insured Parties**") shall be entitled, as their respective interests may exist under applicable law, to a priority recovery as against any right of recovery the JPMC Entities and the FDIC Entities may have, for all claims made by or on behalf of any Insured Party for all claims made by WMI against that certain blended insurance program providing D&O, Bankers Professional Liability, Financial Institution Bond, Fiduciary Liability and EPL coverage to WMI and its Affiliates and subsidiaries (the "**Tower Insurance**"). To the extent that payment is made by one of the carriers in such blended insurance program to any party other than WMI, prior to the reconciliation and determination of all claims made by any Insured Party or its present and former officers and directors and employees, such funds shall be deemed held by such party until a determination of all claims covered by such policy. Notwithstanding the foregoing, solely to the extent that (a) JPMC assumes litigation liabilities as set forth herein and (b) JPMC is required to make payments as a result thereof, such payments shall be treated pari passu with the claims of WMI, its present and former officers and directors and employees against the Tower Insurance; provided, however, that under no circumstances shall JPMC be entitled to seek recovery under the Tower Insurance with respect to claims arising from or

relating to the Buus Litigation; and, provided, further, that, JPMC shall have no right to seek recovery under any D&O insurance policy or component of any insurance program, including, without limitation, the Tower Insurance, or otherwise.

Section 2.12.  H.S. Loan Corporation.  On and effective as of the Effective Date, and pursuant to the 363 Sale and Settlement, JPMC shall be deemed to have sold, transferred and assigned all of its right, title and interest in and to the stock of H.S. Loan Corporation (approximately 1.33%) to WMI as part of the Purchase Price.

Section 2.13.  Goodwill Litigation.

(a)  American Savings Litigation.  On the Effective Date, and as part of the Purchase Price, (i) the JPMC Entities, the FDIC Receiver and FDIC Corporate shall be deemed to have waived and released, as of September 26, 2008, any and all rights and claims associated with the claims, causes of action, damages, liabilities and recoveries associated with the American Savings Litigation, including, without limitation, any rights and claims to (A) any funds deposited into the registry of the Bankruptcy Court with respect to the American Savings Litigation (the "**Registry Funds**"), and (B) any funds held in escrow pursuant to that Escrow Agreement, dated December 20, 1996, by and among WMI, Keystone Holdings Partners, L.P., Escrow Partners, L.P. and The Bank of New York, and (ii) the JPMC Entities and the FDIC Parties shall file such notices as may be reasonably requested by WMI evidencing this Agreement with respect to the American Savings Litigation, including, without limitation, filing with the Bankruptcy Court such notice as may be reasonably requested by WMI evidencing the JPMC Entities' and the FDIC Entities' waiver and release of their respective rights to the Registry Funds.

(b)  Anchor Litigation.  On and effective as of the Effective Date, and pursuant to the 363 Sale and Settlement, (i) the WMI Entities, the FDIC Receiver and FDIC Corporate shall be deemed to have sold, transferred and assigned, as of September 26, 2008, to JPMC any and all right, title and interest such Parties may have in the Anchor Litigation, free and clear of the liens, Claims, interests and encumbrances of any Person, including, without limitation, any liens, Claims, interests and encumbrances of holders of Litigation Tracking Warrants as set forth in the 2003 Amended and Restated Warrant Agreement, dated as of March 11, 2003, between WMI and Mellon Investor Services LLC, other than the liens, Claims, interests and encumbrances, if any, of JPMC, (ii) the WMI Entities, the FDIC Receiver and FDIC Corporate shall be deemed to have waived and released any and all rights and claims associated with the claims, causes of action, damages, liabilities and recoveries associated with the Anchor Litigation and (iii) the WMI Entities shall file such notices as may be reasonably requested by JPMC evidencing this Agreement with respect to the Anchor Litigation.

Section 2.14.  Vendor Claims.

(a)  Effective Date Actions.  On the Effective Date, and as part of the Purchase Price, JPMC shall (i) waive, or contribute and assign for distribution in accordance with the Plan and Section 2.22 hereof, any and all claims JPMC has against WMI in connection with JPMC's payment of prepetition claims of vendors against WMI, WMB or their respective subsidiaries and Affiliates (or its purchase of such claims), whether by subrogation, assignment or otherwise, (ii) pay or otherwise satisfy any proofs of claim filed against the Debtors and the Debtors' chapter 11 estates by vendors with respect to services, software licenses or goods provided to WMB and its subsidiaries (whether prior or subsequent to JPMC's acquisition of the assets of WMB) pursuant to contracts or written agreements between WMB and/or its subsidiaries and such vendors, (iii) pay to WMI Fifty Million Dollars ($50,000,000), which funds (A) shall be placed into an escrow administered by WMI (the "*Vendor Escrow*"), (B) shall be used by WMI in connection with the satisfaction of Claims asserted against WMI by vendors with respect to services, software licenses or goods asserted to have been provided by the counterparties to or for the benefit of WMB or any of its subsidiaries or minority investments operations prior to the Petition Date pursuant to agreements between WMI and such vendors (the "*WMI Vendor Claims*") and (C) to the extent that any funds remain in such escrow following (1) the payment or satisfaction of all WMI Vendor Claims (including, without limitation, the withdrawal, with prejudice, of all related proofs of claim) and (2) the payment of all fees and expenses associated with such escrow, shall be distributed equally to WMI and JPMC and (iv) cooperate, to the extent reasonably requested by WMI, to enable the Debtors to (A) identify all such Claims and proofs of claim filed by vendors against the Debtors and the Debtors' chapter 11 estates in connection therewith, (B) cause the withdrawal, with prejudice, of all such proofs of claim and (C) direct KCC to remove from the claims registry of the Debtors' chapter 11 cases such proofs of claim and (4) provide for releases (whether in the Plan or otherwise) in favor of the Debtors and JPMC in connection with the WMI Vendor Claims.  The Debtors shall use their good faith efforts to pay and fully resolve any WMI Vendor Claim, despite potential arguments that all or a portion of the WMI Vendor Claim is comprised of (i) services, software licenses or goods that were provided to WMB, rather than WMI, or (ii) liabilities associated with a WMI Vendor Claim are not reflected on the books and records of WMI.

(b)  Pre-Effective Date Actions.  The Confirmation Order or such prior order as may be entered by the Bankruptcy Court shall provide that (i) all right, title and interest in the contracts listed on Exhibit "U" hereto and all of the assets acquired thereunder shall be deemed to have been the assets of WMB and sold to Acquisition JPMC Entities pursuant to the Purchase and Assumption Agreement and, effective as of the Effective Date, the WMI Entities shall be deemed to have waived any and all claims and rights to the contracts listed on Exhibit "U" hereto and all of the assets acquired thereunder, (ii) to the extent applicable, as soon as practicable following the execution and delivery of this Agreement by all of the Parties, WMI shall take such action as is appropriate to cause the sale, assumption and assignment and transfer,

pursuant to sections 363 and 365 of the Bankruptcy Code, the aforementioned contracts and corresponding assets, free and clear of any liens, Claims, interests and encumbrances of any Person, other than the liens, Claims, interests and encumbrances, if any, of JPMC, and JPMC shall assume all obligations including the curing of any defaults thereunder (whether such obligations and defaults arise before or after the Petition Date), with respect to the contracts listed on Exhibit "U" hereto, and (iii) WMI and JPMC shall cooperate to obtain all third party consents, if any, required to effectuate the assumption and assignment of such contracts; provided, however, that it shall not be a breach hereunder if the Bankruptcy Court declines to provide for the relief referred to herein or the consents are not provided as contemplated herein. For the avoidance of doubt, Claims asserted against WMI with respect to services, software licenses or goods provided to WMB or its subsidiaries prior to the Petition Date by vendors with respect to the contracts listed on Exhibit "U" hereto shall be paid or otherwise satisfied from funds deposited into the Vendor Escrow.

Without in any way limiting the foregoing, nothing contained in this Section 2.14 shall relieve or otherwise diminish JPMC's and WMI's rights and obligations pursuant to that certain Stipulation By and Between Debtors and JPMorgan Chase Bank, N.A. Concerning Certain Contracts, dated October 16, 2008 (the "***Vendor Stipulation***"). The Vendor Stipulation shall remain in full force and effect until the Effective Date and any and all rights and obligations of JPMC pursuant to the Vendor Stipulation arising from the acts or omissions of JPMC prior to the Effective Date shall survive the Effective Date and shall not be released by the terms of this Agreement.

Section 2.15.   VISA Shares/VISA Strategic Agreement.

(a)      Sales of VISA Shares.  On and effective as of the Effective Date, and pursuant to the 363 Sale and Settlement, (a) in addition to the amounts provided in Section 2.1 hereof, JPMC shall pay to WMI Fifty Million Dollars ($50,000,000.00), (b) WMI shall be deemed to have sold, assigned and transferred to JPMC, or its designee, any and all of WMI's right, title and interest in and to the Visa Shares, free and clear of the liens, Claims, interests and encumbrances of any Person other than the liens, Claims, interests and encumbrances, if any, of JPMC, (c) WMI shall retain, and JPMC shall waive and release any claims to, any and all dividends with respect to the Visa Shares received by WMI prior to the Effective Date, (d) the Parties, other than the JPMC Entities, shall waive and release any claims to ownership of the Visa Shares or future dividends associated therewith, (e) JPMC shall assume all liabilities and obligations of (i) the WMI Entities arising from or relating to the Interchange Litigation, other than claims, liabilities and obligations associated with directors' and officers' liability in connection with the Interchange Litigation, (ii) WMI as set forth in that certain Loss Sharing Agreement, dated July 1, 2007, by and among Visa U.S.A. Inc., Visa International Service Association, VISA, Inc., and the members signatory thereto, as amended by that certain Amended and Restated Loss Sharing Agreement, dated December 16, 2008, by and among Visa U.S.A. Inc., Visa International Service Association, VISA Inc. and the members signatory thereto, and (iii) WMI as set forth in that certain Interchange Judgment Sharing Agreement, dated as of July 1, 2007, by and

among the signatories thereto, as amended by that certain Amended and Restated Interchange Judgment Sharing Agreement, dated December 16, 2008, by and among the signatories thereto, and (f) JPMC shall pay or fund the payment of the Assumed Liabilities portion of any and all proofs of claim relating to the foregoing, as set forth on Schedule 2.15(a) hereto, to the extent such portion of any such Claim becomes an Allowed Claim; provided, however, that JPMC shall not be obligated to make duplicative payments to the holders of such Claims on account of clauses (e) and (f) hereof.

(b) VISA Strategic Agreement. On the Effective Date, and pursuant to the 363 Sale and Settlement, (i) the WMI Entities shall be deemed to have sold, transferred and assigned to JPMC or its designee, free and clear of all liens, Claims and encumbrances, all of the WMI Entities' right, title and interest in, and all claims, and actions arising under or related to (whether arising prior to subsequent to the Petition Date), that certain Amended and Restated Strategic Agreement, dated as of September 26, 2005, between Providian Financial Corporation and its subsidiaries and VISA U.S.A. Inc., as amended and restated from time to time, (the "***VISA Strategic Agreement***"), (ii) JPMC shall assume the Assumed Liabilities of the WMI Entities pursuant to the VISA Strategic Agreement (including available defenses) with respect to the Claims asserted by VISA U.S.A. Inc. in its proof of claim, filed against the Debtors and the Debtors' chapter 11 cases, Claim No. 2483, pertaining to the VISA Strategic Agreement (the "***VISA Claim***"), (iii) the Debtors shall object to the VISA Claim and, to the extent not withdrawn, with prejudice, JPMC shall defend the Debtors with respect to such objection, and (iv) JPMC shall pay or fund the VISA Claim to the extent such Claim becomes an Allowed Claim; provided, however, that JPMC shall not be obligated to make duplicative payments on account of clauses (ii) and (iii) hereof.

With respect to the VISA Claim, the WMI Entities: (i) acknowledge that JPMC believes, based upon available information, that meritorious defenses exist which support objection to and disallowance of claims asserted therein; and (ii) agree not to, without obtaining JPMC's prior written consent, which consent shall not be unreasonably withheld, (a) commence or continue any claim objection proceedings, or (b) enter into, or seek Bankruptcy Court approval of, any settlement agreement with VISA U.S.A. Inc.

Section 2.16. Intercompany Obligations. On and effective as of the Effective Date, and as partial consideration for the assets sold pursuant to the 363 Sale and Settlement, (a) JPMC shall pay all obligations of WMB, WMB's subsidiaries or JPMC under the Revolving Notes set forth on Exhibit "V" annexed hereto, together with all interest which has accrued thereon from and after September 25, 2008, and (b) the JPMC Entities shall forgive all obligations of the WMI Entities, which shall thereupon be deemed to be fully discharged and cancelled. The FDIC Receiver and the Receivership shall have no liability with respect to such obligations.

Section 2.17. Sale/Retention of Intellectual Property and Other Intangible Assets. On the Effective Date, and pursuant to the 363 Sale and Settlement, (a) the Confirmation Order shall confirm, that (i) all of the WMI Entities' right, title and interest in and to the intellectual property listed on Exhibit "W" hereto (the "***Transferred***

***Intellectual Property***") shall be deemed to have been sold, transferred and assigned by the WMI Entities to JPMC or its designee on the Effective Date, free and clear of any liens, Claims, interests and encumbrances of any Person, other than the liens, Claims, interests and encumbrances, if any, of JPMC, (ii) all right, title and interest in and to the intellectual property listed on Exhibit "X" hereto (the "***WMB Intellectual Property***") was sold to the Acquisition JPMC Entities pursuant to the Purchase and Assumption Agreement, (iii) all right, title and interest in and to the intellectual property listed on Exhibit "Y" hereto (the "***WMI Intellectual Property***") was and remains assets of WMI and its estate, and (iv) all of the WMI Entities' right, title and interest, if any, in and to trademarks, patents, domain names and copyrighted materials (whether or not the subject of registration) that were used by WMB by license or otherwise, or were available for WMB's use, prior to the Petition Date, but are not listed on Exhibits "W" or "Y" hereto (the "***Unidentified Intellectual Property***") shall be deemed to have been sold, transferred assigned by the WMI Entities to JPMC or its designee on the Effective Date, (b) the WMI Entities shall waive any and all claims and rights to all WMB Intellectual Property and, to the extent applicable, be deemed to have sold, assigned and transferred pursuant to sections 363 and 365 of the Bankruptcy Code to JPMC or its designee, any and all of the WMI Entities right, title and interest in and to the Transferred Intellectual Property, the WMB Intellectual Property and the Unidentified Intellectual Property, (c) the WMI Entities shall be deemed to have granted to the JPMC Entities a non-exclusive, non-transferable, royalty-free license to use the Transferred Intellectual Property, the Unidentified Intellectual Property and the WMI Intellectual Property during the period from September 25, 2008 until the Effective Date, (d) the JPMC Entities shall waive any and all claims and rights to all WMI Intellectual Property, and to the extent applicable, be deemed to have sold, assigned and transferred to WMI or its designee any and all of any of the JPMC Entities right, title and interest in and to the WMI Intellectual Property, (e) the JPMC Entities shall be deemed to have granted to the WMI Entities a non-exclusive, non-transferable, royalty-free license to use the WMB Intellectual Property during the period from September 25, 2008 until the Effective Date, (f) WMI and JPMC shall cooperate and take all actions reasonably necessary to effectuate the determinations, waivers, assignments, licenses and transfers contemplated by this Section 2.17, and, to the extent that any testimony is reasonably requested from WMI by JPMC to register and enforce JPMC's rights in the Transferred Intellectual Property and the WMB Intellectual Property solely in the name of JPMC, the same shall be provided by WMI at JPMC's sole cost and expense, and (g) the WMI Entities shall limit their use of <u>wamuinc.net</u> to the domain portion of email addresses for employees of the WMI Entities during the period from the Effective Date through the six (6) month anniversary of the date of entry of an order of the Bankruptcy Court closing the Chapter 11 Cases, and thereafter, will discontinue all use of <u>wamuinc.net</u>.

       Section 2.18.  <u>Wind Investment</u>.  On and effective as of the Effective Date, and pursuant to the 363 Sale and Settlement, WMIIC shall be deemed to have sold, transferred and assigned to JPMC, or its nominee, any and all of WMIIC's right, title and interest in and to JPMC Wind Investment Portfolio LLC.  The WMI Entities and the

Acquisition JPMC Entities shall cooperate and take all actions reasonably necessary to effectuate the assignment and transfer contemplated by this Section 2.18.

Section 2.19.  Loan Servicing.  From and after the Effective Date, JPMC shall (a) cause such of its Affiliates to continue to service the loans identified on Exhibit "Z" hereto (the "*Loans*") pursuant to the servicing agreements identified on Exhibit "AA" hereto (the "*Servicing Agreements*"), (b) cause such of its Affiliates to remit to WMI all checks and/or payments received in connection with those loans in its possession and (c) promptly (i) remit to WMI all servicing advances that JPMC is holding with respect to such loans and (ii) provide WMI an accounting with respect to each of the foregoing.  Notwithstanding the foregoing, any dispute that may arise relating to the servicing of such loans during the period from and after the Effective Date shall be brought pursuant to such servicing agreements and this Agreement is not intended to create any additional rights, obligations or remedies.  The Parties acknowledge and agree that (y) the Loans are the only loans that are or will be, from and after the Effective Date, serviced by the JPMC Entities (or their Affiliates) for the WMI Entities (or their Affiliates or their successors in interest) and that the Service Agreements are the only servicing agreements between the JPMC Entities (or their Affiliates) and the WMI Entities (or their Affiliates) and (z) with the exception of the obligations set forth in this Section 2.19, the JPMC Entities (and their Affiliates) shall have no further obligations or liability to any of the WMI Entities (or their Affiliates) with respect to or in any way related to the servicing of any loans for the WMI Entities (or their Affiliates).

Section 2.20.  IAA Amendment.  From and after the date of execution of this Agreement by the WMI Entitles and JPMC, the IAA shall be deemed amended under its current terms to provide for the extension of the term set forth therein (a) up to and including the entry of an order of the Bankruptcy Court approving the Disclosure Statement in accordance with section 1125 of the Bankruptcy Code and (b) either (i) further extended through the later to occur of (A) date of entry of an order of the Bankruptcy Court closing the Chapter 11 Cases and (B) December 31, 2011; provided, however, that such extension shall be solely for the limited purposes of providing the Debtors, or their successors in interest, as the case may be, with access to documents reasonably necessary (1) to comply with pending or future requests in any litigation or governmental investigation, (2) in connection with any objection by the Debtors, or their successors in interest, as the case may be, to any claim in the Chapter 11 Cases, so long as such objection is interposed on or prior to January 31, 2011, and (3) with respect to the Debtors' administration and resolution of all Pre-2009 Group Tax matters in accordance with the terms and provisions of this Agreement or (ii) rather than extending the expiration of the IAA in accordance with subsections (b)(i)(A) and (B) above, JPMC, at its sole option, discretion and expense, may elect to make available for inspection and copying by WMI any or all of the books and records to which WMI has access under the IAA, including all electronic records, through and up to twelve (12) months following the Effective Date.  If so elected, WMI and JPMC shall agree on a third party provider which, subject to confidentiality limitations, shall have such access as may reasonably be required to copy the records (including electronic records and backup tapes) designated

by WMI, and JPMC shall be relieved of any further obligations or undertaking to the WMI Entities with respect thereto.

Section 2.21.    BKK Litigation.

(a)    Liabilities and Policies.  On and effective as of the Effective Date, and pursuant to the 363 Sale and Settlement, (a) JPMC shall assume any and all liabilities and obligations of the WMI Entities (other than WMI Rainier) for remediation or clean-up costs and expenses (and excluding tort and tort related liabilities, if any), in excess of applicable and available insurance, arising from or relating to (i) the BKK Litigation, (ii) the Amended Consent Decree, dated March 6, 2006, entered in connection therewith, and (iii) that certain Amended and Restated Joint Defense, Privilege and Confidentiality Agreement, dated as of February 28, 2005, by and among the BKK Joint Defense Group, as defined therein (collectively, the "**_BKK Liabilities_**"), (b) JPMC shall pay or fund the payment of BKK Liabilities to the extent such BKK Liabilities are not covered by insurance policies (the "**_BKK-Related Policies_**") issued by the insurance carriers (the "**_BKK-Related Carriers_**"), set forth in Schedule 2.21 annexed hereto, (c) the WMI Entities and the FDIC Receiver shall provide JPMC with a corporate resolution, in a form reasonably acceptable to JPMC, duly authorized by the WMI Entities and the FDIC Receiver, as the case may be, authorizing JPMC to act as their exclusive agent with respect to all rights and benefits to which the WMI Entities or the FDIC Receiver are entitled under the BKK-Related Policies and to resolve the BKK Liabilities on behalf of the WMI Entities, (d) the WMI Entities shall cooperate with JPMC in the negotiation of any agreements or settlements with the BKK-Related Carriers or any third parties related to the BKK Liabilities and execute any documents which may be reasonably necessary to effectuate the terms of this Section 2.21 or such agreements or settlements, (e) subject to the consent of the BKK-Related Carriers, if legally required, the WMI Entities and the FDIC Receiver agree that JPMC, rather than any of the WMI Entities or the FDIC Receiver, shall be entitled to recover from the BKK-Related Carriers any costs and expenses, including any costs and expenses related to any judgments or settlements, incurred by any of the WMI Entities or WMB prior to the Effective Date, related to, or in the defense of claims related to, the BKK Liabilities and hereby assign all such rights to JPMC, (f) the WMI Entities agree to provide JPMC with notice of any claim made or suit filed against any of the WMI Entities relating to the BKK Liabilities within thirty (30) days following receipt of such claim or suit, (g) JPMC shall indemnify the WMI Entities (other than WMI Rainier) for the BKK Liabilities to the extent that such liabilities are not covered by the BKK-Related Policies and defend the WMI Entities (other than WMI Rainier) with regard to the BKK Liabilities to the extent that the WMI Entities (other than WMI Rainier) are not defended under the BKK-Related Policies, (h) the WMI Entities agree (i) that JPMC has sole discretion to retain counsel of its choice to defend any claims or suits pursuant to its obligations under this Section 2.21, (ii) that JPMC may retain common counsel to defend both it and the WMI Entities, and (iii) to waive any actual or potential conflicts of interest in order to permit JPMC to use common counsel.  As of the Effective Date, the WMI Entities shall assign for themselves and their successors in interest to JPMC all claims for contribution, equitable indemnity and cost

recovery that they have or may have in the future related to the BKK Liabilities. The FDIC Receiver agrees that all of the BKK-Related Policies and all rights belonging to WMB under the BKK-Related Policies, were assigned or otherwise transferred to JPMC pursuant to the Purchase and Assumption Agreement. The FDIC Receiver agrees to (x) execute any documents which may be necessary to effectuate the terms of the Purchase and Assumption Agreement with regard to the BKK-Related Policies, (y) file, as reasonably requested by JPMC, statements in support of the assignment in any appropriate court of law, and (z) execute any documents reasonably necessary to effectuate any agreement with the BKK-Related Carriers or with any third parties, including any settlement agreements, relating to the BKK-Related Policies or the BKK Liabilities.

(b)     Claims Objections and Reimbursement. The Debtors agree to object to the proofs of claim filed against the Debtors and the Debtors' chapter 11 estates and numbered 2138, 2213, 2233, 2405, 2467, 2693 and 3148 (collectively, the "**_BKK Proofs of Claim_**"). To the extent the BKK Proofs of Claim are not withdrawn, with prejudice, JPMC shall defend the Debtors against and reimburse the Debtors for any distribution which the Debtors become obligated to make and make on account of remediation or clean-up costs and expenses contained in such BKK Proofs of Claim and not otherwise covered by the BKK-Related Policies and/or reimbursed by the BKK-Related Carriers. The Debtors shall cooperate to enable counsel selected by JPMC to defend against such BKK Proofs of Claim. All other provisions of subsection (a) of the Section 2.21 providing for the use of the BKK-Related Policies are applicable to this Section 2.21(b).

(c)     Non-Transferability. Nothing in this Section 2.21 is intended to transfer to JPMC any liabilities of the WMI Entities not specified in this Section 2.21 or any liabilities of WMI Rainier.

Section 2.22.   Allowance of Certain JPMC Claims. On and effective as of the Effective Date, the JPMC Claims shall constitute the JPMC Allowed Unsecured Claim and shall be classified with and treated in the same manner as other allowed general unsecured claims under the Plan, including, without limitation, with respect to distributions pursuant to Plan; provided, however, that, notwithstanding the foregoing, on and effective as of the Effective Date, the JPMC Entities shall be deemed to have contributed all amounts distributable or payable to the JPMC Entities pursuant to the Plan on account of the JPMC Allowed Unsecured Claim to the Debtors in exchange for certain of the releases identified in the Plan.

Section 2.23.   Bond Indemnity Matters. On and effective as of the Effective Date, and pursuant to the 363 Sale and Settlement, (a) all of the WMI Entities' right, title and interest in and to the Bonds, if any, shall be deemed to be and forever determined to be the property of JPMC and the WMI Entities will be deemed to have sold, transferred, and assigned any and all right, title and interest the WMI Entities may have in the Bonds, free and clear of the liens, Claims, interests and encumbrances of any Person other than the liens, Claims, interests and encumbrances, if any, of JPMC, (b)

JPMC shall assume all Assumed Liabilities of the WMI Entities related to the Bonding Companies (including, without limitation, Safeco Insurance Company), the Bonded Obligations and the Bond Indemnity and (c) to the extent that any of the Bonding Companies have filed proofs of claim against the Debtors and their chapter 11 estates, JPMC shall pay or fund the payment of the Assumed Liabilities portion of any and all such Claims, as set forth on Schedule 2.23 hereto, to the extent such portion of any such Claim becomes an Allowed Claim; provided, however, that JPMC shall not be obligated to make duplicate payments on account of clauses (b) and (c) hereof.

Section 2.24.  Plan Releases Matters.  The Plan shall provide, to the fullest extent legally permissible, that any Person, including, without limitation, each REIT Trust Holder, receiving a distribution pursuant to the Plan shall release, and shall be deemed to have released, the JPMC Entities, the FDIC Receiver, FDIC Corporate and the Receivership from any and all Released Claims and any other Claims such Person may have arising from or relating to the claims or interests for which such party is receiving such distribution.  The Plan shall also provide that the Debtors shall seek to bind those entities that opt out of the releases provided in the Plan.  The releases that will be obtained through the Plan are essential to the success of the reorganization and necessary to make the Plan feasible.  Without limiting the foregoing, in consideration for the waiver and release of the JPMC Entities from any and claims resulting from, among other things, the issuance or assignment of the Trust Preferred Securities or any commitment, disclosure or non-disclosure with respect thereto, the declaration of any Exchange Event, as defined in the offering materials relating to the Trust Preferred Securities, with respect to the Trust Preferred Securities by the Office of Thrift Supervision, the assignment of the Trust Preferred Securities subsequent thereto, and any and all claims in any way related to the Trust Preferred Securities or the REIT Series, pursuant to the Plan, on the Effective Date, (a) JPMC shall (i) pay to the REIT Trust Holders Fifty Million Dollars ($50,000,000.00) or (ii) at the election of JPMC, distribute to the REIT Trust Holders shares of common stock of JPMC having a value as of the Effective Date in the amount of Fifty Million Dollars ($50,000,000.00) and (b) each REIT Trust Holder receiving its pro rata share of such consideration shall execute and deliver, or be deemed to have executed and delivered, a release for the benefit of JPMC with respect to the foregoing events.

Section 2.25.  Checks, Funds, Rebatements and Reimbursements.  On and effective as of the Effective Date, pursuant to the 363 Sale and Settlement, and except as otherwise expressly set forth herein, the WMI Entities, the FDIC Receiver and the JPMC Entities shall waive and release any and all claims and rights to checks or funds received by the other Party at any time from and after the Petition Date and made out to "Washington Mutual", "WaMu", "WAMU", "WMI", "WMB" or other similar nomenclature; provided, however, that, within twenty (20) Business Days from the execution and delivery hereof, the WMI Entities, the FDIC Receiver and the JPMC Entities shall provide to the other Party a list setting forth the amounts received by each such Party and referenced above; and, provided, further, that, to the extent that any JPMC Entities have received any amounts from communications carriers that represent funds

for overcharges, refunds or rebates, which relate to activity during the period prior to the Petition Date, such JPMC Entities shall (a) pay to WMI any such amounts received or (b) pay or fund the payment of any Claims of such communications carriers to the extent such Claims become Allowed Claims.

Section 2.26.  ORIC/Zurich Settlement.  Notwithstanding anything contained in this Agreement to the contrary, the ORIC/Zurich 9019 Motion, ORIC Settlement Agreement and Zurich Settlement Agreement, pending as of the date of the execution of this Agreement, shall resolve issues among JPMC and the Debtors with respect to the matters set forth therein.  The Debtors shall use their reasonable best efforts to obtain Bankruptcy Court approval of the ORIC/Zurich 9019 Motion prior to the Effective Date of this Agreement.  Neither the ORIC Settlement Agreement nor the Zurich Settlement Agreement shall be affected by this Agreement, including, without limitation, all rights, remedies, waivers, and releases, asserted by or attributable to or for the benefit of any party to either the ORIC Settlement Agreement or the Zurich Settlement Agreement.

Section 2.27.  JPMC Indemnity Claims.  On and effective as of the Effective Date, JPMC shall be entitled to indemnification from the FDIC Receiver and held harmless against any losses, liabilities, fees (including reasonable attorneys fees), costs, expenses, damages, claims or causes of action that are, in whole or in part, (i) based upon, arising from, relating to or in connection with the mortgage origination and sale/securitization activities of the WMB and its Affiliates or (ii) within the scope of Section 12.1(a)(9) of the Purchase and Assumption Agreement (collectively, including clauses (i) and (ii) above, the "***JPMC Preserved Indemnification Rights***"), subject to an aggregate limit of One Billion Four Hundred Million Dollars ($1,400,000,000.00).  JPMC Preserved Indemnification Rights shall be deemed to be allowed claims against the FDIC Receiver and the Receivership and shall be entitled to first, administrative priority payment by the FDIC Receiver from the Receivership, not subject to offset or claim from any other party or for any other reason.  The FDIC Receiver represents and warrants that it shall, and covenants to, retain sufficient funds in the Receivership to meet any obligations that have been asserted or may arise under the JPMC Preserved Indemnification Rights for a period following the Effective Date to be mutually agreed upon by JPMC and the FDIC Receiver.  Except for the FDIC Receiver's indemnification obligations to JPMC pursuant to this Section 2.27, nothing contained in this Section or elsewhere in this Agreement, the Plan, or otherwise is intended to, or shall be construed to suggest that, (i) JPMC assumed any liabilities based upon, related to, or arising out of or in connection with the mortgage origination or sale/securitization activities of WMB or any of its Affiliates, whether pursuant to the Purchase and Assumption Agreement or otherwise or (ii) the FDIC Receiver has or retained pursuant to the Purchase and Assumption Agreement any liabilities based upon, related to, or arising out of or in connection with the mortgage origination or sale/securitization activities of WMB or any of its Affiliates.

Section 2.28.  No Pass-Through Liability.  This Agreement shall not create, and the terms and provisions shall not be construed to create, any additional

liability on the part of the FDIC Parties as a result of the transfer of assets and assumption of liabilities set forth herein, including, without limitation, liability arising as a result of claims for setoff, recoupment, indemnification, contribution or subrogation.

## ARTICLE III
## RELEASES AND BAR ORDER

Section 3.1.    Release of WMI Entities.  On and effective as of the Effective Date, and without the need for the execution and delivery of additional documentation or the entry of any additional orders of the Bankruptcy Court, except as expressly provided in this Agreement and the Plan, the JPMC Entities, the Creditors' Committee, the FDIC Parties and each of the Settlement Note Holders, each of their respective subsidiaries and Affiliates and the predecessors, successors and assigns of any of them and any other Person that claims or might claim through, on behalf of or for the benefit of any of the foregoing whether directly or derivatively (including, without limitation, by or through the Receivership or otherwise) (collectively, the "***Non-Debtor Releasors***"), shall be deemed to have irrevocably and unconditionally, fully, finally, and forever waived, released, acquitted and discharged the WMI Entities, each of the Debtors' estates, the Reorganized Debtors, their respective past or present parent entities, subsidiaries, Affiliates, directors, officers, employees, professionals and the predecessors, successors and assigns of any of them, (collectively, the "***WMI Releasees***") from any and all claims, demands, rights, liabilities, or causes of action of any and every kind, character or nature whatsoever, in law or in equity, known or unknown (including Unknown Claims), whether asserted or unasserted, which the Non-Debtor Releasors, or any of them, or anyone claiming through them, on their behalf or for their benefit have or may have or claim to have, now or in the future, against any WMI Releasee that are Released Claims or otherwise are based upon, related to, or arise out of or in connection with any of WMI's assets or any assets to be received by WMI as provided herein, the Plan Contribution Assets, the JPMC Claims, the FDIC Claim, the Purchase and Assumption Agreement, the Intercompany Claims, the WMI Accounts, the Disputed Accounts (including, without limitation, any rights of setoff, recoupment, banker's liens, or similar rights a Non-Debtor Releasor may have against funds in the Disputed Accounts or the WMI Accounts), any intercompany claims on the books of WMI or WMB related to the WaMu Pension Plan and the Lakeview Plan and claims related in any way to the Trust Preferred Securities (including, without limitation, the creation of the Trust Preferred Securities, the retention of the Trust Preferred Securities and the transfer of WMI's interest therein to JPMC), or any claim, act, fact, transaction, occurrence, statement or omission in connection with, or alleged or that could have been alleged in the Related Actions, including, without limitation, any such claim, demand, right, liability, or cause of action for indemnification, contribution, or any other basis in law or equity for damages, costs or fees incurred by the Non-Debtor Releasors arising directly or indirectly from or otherwise relating to the Actions (the "***WMI Released Claims***"). Notwithstanding anything contained in this Section 3.1 or elsewhere to the contrary, (a) the foregoing is not intended to release, nor shall it have the effect of releasing, the WMI Releasees from the performance of their obligations in accordance with this Agreement,

the written agreements set forth on Schedule 3.1 hereto and entered into among either of the WMI Entities, on the one hand, and any of the Non-Debtor Releasors, on the other hand, during the period subsequent to the Petition Date and (b) each Non-Debtor Releasor shall retain the right to assert any and all WMI Released Claims by way of setoff, contribution, contributory or comparative fault or in any other defensive manner in the event that such Non-Debtor Releasor or any other person or entity (but solely as a defense against the claims of such person or entity and not for purposes of obtaining an affirmative recovery) and such WMI Released Claim shall be determined in connection with any such litigation as if the provisions of this Section 3.1 were not effective.

Section 3.2. <u>Release of the JPMC Entities</u>. On and effective as of the Effective Date, and without the need for the execution and delivery of additional documentation or the entry of any additional orders of the Bankruptcy Court, except as expressly provided in this Agreement and the Plan, the WMI Entities, each of the Debtors' estates, the Reorganized Debtors, the FDIC Parties, the Creditors' Committee, each of the Settlement Note Holders and each of their respective subsidiaries and Affiliates and the predecessors, successors and assigns of any of them and any other Person that claims or might claim through, on behalf of or for the benefit of any of the foregoing, whether directly or derivatively (including, without limitation, by or through the Debtors, the Receivership or otherwise) (collectively, the "***Non-JPMC Releasors***"), shall be deemed to have irrevocably and unconditionally, fully, finally and forever waived, released, acquitted and discharged the JPMC Entities, the Acquisition JPMC Entities and any of their respective past or present parent entities, subsidiaries, Affiliates, directors, officers, employees, professionals and the predecessors, successors and assigns of any of them (collectively, the "***JPMC Releasees***"), from any and all claims, demands, rights, liabilities, or causes of action of any and every kind, character or nature whatsoever, in law or in equity, known or unknown (including Unknown Claims), whether asserted or unasserted, which the Non-JPMC Releasors, or any of them, or anyone claiming through them, on their behalf or for their benefit, have or may have or claim to have, now or in the future, against any JPMC Releasee that are Released Claims or otherwise are based upon, related to, or arise out of or in connection with any assets to be received by JPMC as provided herein, the Plan Contribution Assets, the Debtors' Claims, the JPMC Claims, the FDIC Claim, the Purchase and Assumption Agreement, the Intercompany Claims, any intercompany claims on the books of WMI or WMB related to the WaMu Pension Plan or the Lakeview Plan and claims related in any way to the Trust Preferred Securities (including, without limitation, the creation of the Trust Preferred Securities, the financing associated therewith, the requested assignment of the Trust Preferred Securities by the Office of Thrift Supervision and the transfer and the asserted assignment of the Trust Preferred Securities subsequent thereto) and or any claim, act, fact, transaction, occurrence, statement or omission in connection with or alleged or that could have been alleged in the Related Actions, including, without limitation, any such claim, demand, right, liability, or cause of action for indemnification, contribution, or any other basis in law or equity for damages, costs or fees incurred by the Non-JPMC Releasors arising directly or indirectly from or otherwise relating to the Related Actions (the "***JPMC Released Claims***"). Notwithstanding anything contained in

this Section 3.2 or elsewhere to the contrary, (a) the foregoing is not intended to release, nor shall it have the effect of releasing, JPMC from the performance of its obligations in accordance with this Agreement, the written agreements set forth on Schedule 3.2 hereto and entered into among any of the JPMC Entities, on the one hand, and either of the WMI Entities, on the other hand, during the period subsequent to the Petition Date and (b) each Non-JPMC Releasor shall retain the right to assert any and all JPMC Released Claims by way of setoff, contribution, contributory or comparative fault or in any other defensive manner in the event that such Non-JPMC Releasor is sued on any JPMC Released Claim by a JPMC Releasee or any other person or entity (but solely as a defense against the claims of such person or entity and not for purposes of obtaining an affirmative recovery) and such JPMC Released Claim shall be determined in connection with any such litigation as if the provisions of this Section 3.2 were not effective.

Section 3.3.    Release of the FDIC Parties.  On and effective as of the Effective Date, and without the need for the execution and delivery of additional documentation or the entry of any additional orders of the Bankruptcy Court, except as expressly provided in this Agreement and the Plan, the WMI Entities, each of the Debtors' estates, the Reorganized Debtors, the JPMC Entities, the Creditors' Committee, each of the Settlement Note Holders and each of their respective subsidiaries and Affiliates and the predecessors, successors and assigns of any of them and any other Person that claims or might claim through, on behalf of or for the benefit of any of the foregoing, whether directly or derivatively (collectively, the "***Non-FDIC Releasors***") shall be deemed to have irrevocably and unconditionally, fully, finally, and forever waived, released, acquitted and discharged the FDIC Receiver, FDIC Corporate, the Receivership, their respective past or present parent entities, subsidiaries, Affiliates, directors, officers, employees, professionals and the predecessors, successors and assigns of any of these (collectively, the "***FDIC Releasees***") from any and all claims, demands, rights, liabilities, or causes of action of any and every kind, character or nature whatsoever, in law or in equity, known or unknown (including Unknown Claims), whether asserted or unasserted, which the Non-FDIC Releasors, or any of them, or anyone claiming through them, on their behalf or for their benefit, have or may have or claim to have, now or in the future, against any FDIC Releasee that are Released Claims or otherwise are based upon, related to, or arise out of or in connection with the Plan Contribution Assets, the Debtors' Claims, the Purchase and Assumption Agreement, the JPMC Claims, the Intercompany Claims, any intercompany claims on the books of WMI or WMB related to the WaMu Pension Plan or the Lakeview Plan and claims related in any way to the Trust Preferred Securities (including, without limitation, the creation of the Trust Preferred Securities, the financing associated therewith, the requested assignment of the Trust Preferred Securities by the Office of Thrift Supervision and the transfer and the asserted assignment of the Trust Preferred Securities subsequent thereto) or any claim, act, fact, transaction , occurrence, statement, or omission in connection with or alleged or that could have been alleged in the Related Actions, including, without limitation, any such claim, demand, right, liability, or cause of action for indemnification, contribution, or any other basis in law or equity for damages, costs or fees incurred by the Non-FDIC Releasors arising directly or indirectly from or otherwise relating to the

Related Actions, including, but not limited to, any and all indemnity claims against FDIC Corporate and any indemnity claims other than the JPMC Preserved Indemnification Rights as set forth in Section 2.27 hereof (collectively, the "*FDIC Released Claims*"). Notwithstanding anything contained in this Section 3.3 or elsewhere to the contrary, (a) the foregoing is not intended to release, nor shall it have the effect of releasing, the FDIC Parties from the performance of their obligations in accordance with this Agreement and the written agreements set forth on Schedule 3.3 hereto and entered into among the FDIC Receiver, FDIC Corporate or the Receivership, on the one hand, and either of the WMI Entities, on the other hand, during the period subsequent to the Petition Date, or with respect to the Purchase and Assumption Agreement or the JPMC Preserved Indemnification Rights and (b) each Non-FDIC Releasor shall retain the right to assert any and all FDIC Released Claims by way of setoff, contribution, contributory or comparative fault or in any other defensive manner in the event that such Non-FDIC Releasor is sued on any FDIC Released Claim by an FDIC Releasee or any other person or entity (but solely as a defense against the claims of such person or entity and not for purposes of obtaining an affirmative recovery) and such FDIC Released Claim shall be determined in connection with any such litigation as if the provisions of this Section 3.3 were not effective.

Section 3.4.   Release of the Settlement Note Holders.  On and effective as of the Effective Date, and without the need for the execution and delivery of additional documentation or the entry of any additional orders of the Bankruptcy Court, except as expressly provided in this Agreement and the Plan, the WMI Entities, each of the Debtors' estates, the Reorganized Debtors, the JPMC Entities, the FDIC Parties, the Creditors' Committee, each of their respective subsidiaries and Affiliates and the predecessors, successors and assigns of any of them and any other Person that claims or might claim through, on behalf of or for the benefit of any of the foregoing, whether directly or derivatively (including, without limitation, by or through the Receivership or otherwise) (collectively, the "*Non-Settlement Note Releasors*") shall be deemed to have irrevocably and unconditionally, fully, finally, and forever waived, released, acquitted and discharged the Settlement Note Holders, their respective past or present parent entities, subsidiaries, Affiliates, directors, officers, employees, professionals and the predecessors, successors and assigns of any of these (collectively, the "*Settlement Note Releasees*") from any and all claims, demands, rights, liabilities or causes of action, of any and every kind, character or nature whatsoever, in law or in equity, known or unknown (including, Unknown Claims), whether asserted or unasserted, which the Non-Settlement Note Releasors, or any of them, or anyone claiming through them, on their behalf or for their benefit, have or may have or claim to have, now or in the future, against any Settlement Note Releasee that are Released Claims or otherwise are based upon, related to, or arise out of or in connection with the Plan Contribution Assets, the Debtors' Claims, the JPMC Claims, the FDIC Claim, the Purchase and Assumption Agreement, the creation of the Trust Preferred Securities, the financing associated therewith, the requested assignment of the Trust Preferred Securities by the Office of Thrift Supervision, the transfer and the asserted assignment of the Trust Preferred Securities subsequent thereto, the Chapter 11 Cases and the negotiation, confirmation and

consummation of the Plan and this Agreement or any claim, act, fact, transaction, occurrence, statement, or omission in connection with or alleged or that could have been alleged in the Related Actions, including, without limitation, any such claim, demand, right, liability, or cause of action for indemnification, contribution, or any other basis in law or equity for damages, costs or fees incurred by the Non-Settlement Note Releasors arising directly or indirectly from or otherwise relating to the Related Actions (collectively, the "**Settlement Note Released Claims**").  Notwithstanding anything contained in this Section 3.4 or elsewhere to the contrary, (a) the foregoing is not intended to release, nor shall have the effect of releasing, the Settlement Note Holders from the performance of their obligations in accordance with this Agreement, the written agreements set forth on Schedule 3.4 hereto and entered into among any of the Settlement Note Holders, on the one hand, and either of the WMI Entities, on the other hand, during the period subsequent to the Petition Date and (b) each Non-Settlement Note Releasor shall retain the right to assert any and all Settlement Note Released Claims by way of setoff, contribution, contributory or comparative fault or in any other defensive manner in the event that such Non-Settlement Note Releasor is sued on any Settlement Note Released Claim by a Settlement Note Releasee or any other person or entity (but solely as a defense against the claims of such person or entity and not for purposes of obtaining an affirmative recovery) and such Settlement Note Released Claim shall be determined in connection with any such litigation as if the provisions of this Section 3.4 were not effective.

   Section 3.5. <u>Release of Creditors' Committee</u>.  On and effective as of the Effective Date, and without the need for the execution and delivery of additional documentation or the entry of any additional orders of the Bankruptcy Court, the WMI Entities, each of the Debtors' estates, the Reorganized Debtors, the JPMC Entities, the FDIC Parties, each of the Settlement Note Holders, each of their respective subsidiaries and Affiliates and the predecessors, successors and assigns of any of them and any other Person that claims or might claim through, on behalf of or for the benefit of any of the foregoing whether directly or derivatively (including, without limitation, by or through the Receivership, the Debtors or otherwise) (the "**Non-Creditors' Committee Releasors**"), shall be deemed to have irrevocably and unconditionally, fully, finally, and forever waived, released, acquitted and discharged the Creditors' Committee, the members of the Creditors' Committee, and their respective past or present members, subsidiaries, Affiliates, directors, officers, employees, professionals and the predecessors, successors and assigns of any of them (the "**Creditors' Committee Releasees**") from any and all claims, demands, rights, liabilities, or causes of action of any and every kind, character or nature whatsoever, in law or in equity, known or unknown (including Unknown Claims), whether asserted or unasserted, which the Non-Creditors' Committee Releasors, or any of them, or anyone claiming through them, on their behalf or for their benefit have or may have or claim to have, now or in the future, against any Creditors' Committee Releasee that are Released Claims or otherwise are based upon, related to, or arise out of or in connection with any of WMI's assets or any assets to be received by WMI, its constituencies, or the Creditors' Committee's constituencies as provided herein, the Plan Contribution Assets, the JPMC Claims, the FDIC Claim, the Purchase and

Assumption Agreement, the Intercompany Claims, the Disputed Accounts and the WMI Accounts (including, without limitation, any rights of setoff, recoupment, banker's liens, or similar rights a Non-Creditors' Committee Releasor may have against funds in the Disputed Accounts and the WMI Accounts), any intercompany claims on the books of WMI or WMB related to the WaMu Pension Plan and the Lakeview Plan and claims related in any way to the Trust Preferred Securities (including, without limitation, the creation of the Trust Preferred Securities, the retention of the Trust Preferred Securities and the transfer of WMI's interest therein to JPMC), or any claim, act, fact, transaction, occurrence, statement or omission in connection with, or alleged or that could have been alleged in the Related Actions, including, without limitation, any such claim, demand, right, liability, or cause of action for indemnification, contribution, or any other basis in law or equity for damages, costs or fees incurred by the Non-Creditors' Committee Releasors arising directly or indirectly from or otherwise relating to the Actions (the "***Creditors' Committee Released Claims***").  Notwithstanding anything contained in this Section 3.5 or elsewhere to the contrary, (a) the foregoing is not intended to release, nor shall it have the effect or releasing, the Creditors' Committee Releasees from the performance of their obligations in accordance with this Agreement, the written agreements set forth on Schedule 3.5 hereto and entered into among any of the Creditors' Committee Releasees, on the one  hand, and any of the Non-Creditors' Committee Releasors, on the other hand, during the period subsequent to the Petition Date and (b) each Non-Creditors' Committee Releasor shall retain the right to assert any and all Creditors' Committee Released Claims by way of setoff, contribution, contributory or comparative fault or in any other defensive manner in the event that such Non-Creditors' Committee Releasor or any other person or entity (but solely as a defense against the claims of such person or entity and not for purposes of obtaining an affirmative recovery) and such Creditors' Committee Released Claim shall be determined in connection with any such litigation as if the provisions of this Section 3.5 were not effective.

Section 3.6.    Bar Order.  The effectiveness of the compromise and settlement set forth herein is conditioned upon, among other things, the Bankruptcy Court entering the Confirmation Order, each of which shall, inter alia, provide that each and every Person who is not a Releasor hereunder is permanently enjoined, barred and restrained from instituting, prosecuting, pursuing or litigating in any manner any and all claims, demands, rights, liabilities, or causes of action of any and every kind, character or nature whatsoever, in law or in equity, known or unknown (including Unknown Claims), whether asserted or unasserted, against any of the WMI Releasees, the JPMC Releasees, the FDIC Releasees, the Creditors' Committee Releasees or the Settlement Note Releasees, that are Released Claims or otherwise are based upon, related to, or arise out of or in connection with the Debtors' Claims, the JPMC Claims, the FDIC Claim, the Purchase and Assumption Agreement (other than the JPMC Preserved Indemnification Rights), confirmation and consummation of the Plan, the negotiation and consummation of this Agreement or any claim, act, fact, transaction, occurrence, statement or omission in connection with or alleged or that could have been alleged in the Related Actions or other similar proceedings, including, without limitation, any such claim, demand, right, liability, or cause of action for indemnification, contribution, or any other basis in law or

equity for damages, costs or fees incurred arising directly or indirectly from or otherwise relating to the Related Actions, either directly or indirectly by any Person for the direct or indirect benefit of any WMI Releasee arising from or related to the claims, acts, facts, transactions, occurrences, statements or omissions that are, could have been or may be alleged in the Related Actions or any other action brought or that might be brought by, through, on behalf of, or for the benefit of the WMI Releasees or any of them (whether arising under federal, state or foreign law, and regardless of where asserted).

**ARTICLE IV**
**REPRESENTATIONS AND WARRANTIES**

Section 4.1.    <u>Representation and Warranties of JPMC Entities</u>.  JPMC hereby represents and warrants for itself, and on behalf of the other JPMC Entities, that: (a) it is duly organized, validly existing and in good standing under the laws of the jurisdiction of its organization with all requisite power and authority to carry on the business in which it is engaged, to own the properties it owns, to execute this Agreement and to consummate the transactions contemplated hereby; (b) it has full requisite power and authority to execute and deliver and to perform its obligations under this Agreement, and the execution, delivery and performance hereof, and the instruments and documents required to be executed by it in connection herewith (i) have been duly and validly authorized by it and (ii) are not in contravention of its organizational documents or any agreements specifically applicable to it; (c) no proceeding, litigation or adversary proceeding before any court, arbitrator or administrative or governmental body is pending against it which would adversely affect its ability to enter into this Agreement or to perform its obligations hereunder; and (d) it, or one of its affiliated JPMC Entities, directly or indirectly, has the power and authority to bind each other JPMC Entity to the terms of this Agreement or otherwise has been duly authorized by such other JPMC Entity to execute and deliver this Agreement on its behalf.

Section 4.2.    <u>Representations of the JPMC Entities as to JPMC Claims</u>. JPMC hereby represents and warrants for itself, and on behalf of the other JPMC Entities, that (a) except with regard to the JPMC Claims referenced in the Recitals herein, none of the JPMC Entities holds any claims against the WMI Entities, known or unknown, whether asserted or unasserted, and that any such claims or causes of action are included among the WMI Released Claims, (b) it has not filed, or caused to be filed, a proof of claim against any of the Debtors other than the JPMC Claims; (c) as of the date hereof, it has not assigned, sold, participated, granted, conveyed, or otherwise transferred, in whole or in part, the JPMC Claims, and, as of the date hereof, it is not a party to any agreement to assign, sell, participate, grant, convey or otherwise transfer, and has not entered into any other agreement to assign, sell, participate, grant or otherwise transfer, in whole or in part, any portion of its right, title or interests in the JPMC Claims, and it has good title thereto, free and clear of all liens, security interests and other encumbrances of any kind; and (d) as of the date hereof, the sole beneficial owners of the JPMC Claims are the JPMC Entities.

Section 4.3.  Representation and Warranties of the WMI Entities.  Each of the WMI Entities hereby represents and warrants for itself, and on behalf of the other Debtors, Reorganized Debtors and WMI Entities, that:  (a) it is duly organized and validly existing under the laws of the jurisdiction of organization with all requisite power and authority to carry on the business in which it is engaged, to own the properties it owns, to execute this Agreement and to consummate the transactions contemplated hereby; (b) subject to entry of the Confirmation Order, it has full requisite power and authority to execute and deliver and to perform its obligations under this Agreement, and the execution, delivery and performance hereof, and the instruments and documents required to be executed by it in connection herewith (i) have been duly and validly authorized by it and (ii) are not in contravention of its organization documents or any material agreement specifically applicable to it; (c) no proceeding, litigation or adversary proceeding before any court, arbitrator or administrative or governmental body is pending against it which would adversely affect its ability to enter into this Agreement or to perform its obligations hereunder; and (d) it, or one of its Affiliated WMI Entities that is signatory hereto, directly or indirectly, and subject to the entry of the Confirmation Order, has the power and authority to bind each Debtor, Reorganized Debtor and other WMI Entity to the terms of this Agreement or otherwise has been duly authorized by such Debtor, Reorganized Debtor and other WMI Entity to execute and deliver this Agreement on its behalf.

Section 4.4.  Representations of the WMI Entities as to Debtors' Claims.  Each of the WMI Entities hereby represents and warrants for itself, and on behalf of the other Debtors and the Reorganized Debtors that:  (a) other than the claims asserted in the Actions, none of the Debtors or the Reorganized Debtors holds any claim or cause of action against the JPMC Entities, the FDIC Entities or the Receivership and that any such claims or causes of actions are included among the JPMC Released Claims and the FDIC Released Claims, respectively; and (b) they are not aware of any proofs of claim filed by or on behalf of the WMI Entities other than the claims set forth in the Recitals herein.

Section 4.5.  Representations and Warranties of the FDIC Parties.  Each of the FDIC Receiver and FDIC Corporate, hereby represents and warrants for itself, and on behalf of the Receivership, that:  (a) it is duly organized, validly existing and in good standing under the laws of the jurisdiction of its organization with all requisite power and authority to carry on the business in which it is engaged, to own the properties it owns, to execute this Agreement and to consummate the transactions contemplated hereby; (b) subject to the approval of the Board of Directors of the Federal Deposit Insurance Corporation, it has full requisite power and authority to execute and deliver and to perform its obligations under this Agreement, and the execution, delivery and performance hereof, and the instruments and documents required to be executed by it in connection herewith (i) have been duly and validly authorized by it and (ii) are not in contravention of its organizational documents or any agreements specifically applicable to it; (c) no proceeding, litigation or adversary proceeding before any court, arbitrator or administrative or governmental body is pending against it which would adversely affect its ability to enter into this Agreement or to perform its obligations hereunder; and (d)

subject to the approval of the Board of Directors of the Federal Deposit Insurance Corporation, it directly or indirectly, has the power and authority to bind itself and the Receivership to the terms of this Agreement or otherwise has been duly authorized to execute and deliver this Agreement on its behalf.

Section 4.6.     Representations of the FDIC Parties as to FDIC Claim. The FDIC Receiver hereby represents and warrants for itself on behalf of the Receivership, and FDIC Corporate hereby represents and warrants that:  (a) except with regard to the FDIC Claim and as set forth in the Actions, none of the FDIC Receiver, FDIC Corporate and the Receivership holds any claims against the WMI Entities, known or unknown, whether asserted or unasserted, and that any such claims or causes of action are included among the WMI Released Claims, (b) it has not filed, or caused to be filed, a proof of claim against any of the Debtors other than the FDIC Claim (c) as of the date hereof, it has not assigned, sold, participated, granted, conveyed, or otherwise transferred, in whole or in part, the FDIC Claim, and, as of the date hereof, it is not a party to any agreement to assign, sell, participate, grant, convey or otherwise transfer, and has not entered into any other agreement to assign, sell, participate, grant or otherwise transfer, in whole or in part, any portion of its right, title or interests in the FDIC Claim, and it has good title thereto, free and clear of all liens, security interests and other encumbrances of any kind; and (d) as of the date hereof, the sole beneficial owner of the FDIC Claim is the FDIC Receivership; provided, however, that certain claims asserted in the FDIC Claim may be claims in which JPMC maintains an interest pursuant to the Purchase and Assumption Agreement.

Section 4.7.     Representations and Warranties of Settlement Note Holders. Each of the Settlement Note Holders hereby represents and warrants for itself and those of its Affiliates that are Settlement Note Holders, that:  (a) it and each such Affiliate is duly organized, validly existing and in good standing under the laws of the jurisdiction of its organization with all requisite power and authority to carry on the business in which it or such Affiliate is engaged, to own the properties it or such Affiliate owns, to execute this Agreement and to consummate the transactions contemplated hereby; (b) it and each such Affiliate has full requisite power and authority to execute and deliver and to perform its obligations under this Agreement, and the execution, delivery and performance hereof, and the instruments and documents required to be executed by it or such Affiliate in connection herewith (i) have been duly and validly authorized by it and by each such Affiliate and (ii) are not in contravention of its or such Affiliates organizational documents or any agreements specifically applicable to it or such Affiliate; (c) no proceeding, litigation or adversary proceeding before any court, arbitrator or administrative or governmental body is pending against it which would adversely affect its ability to enter into this Agreement or to perform its obligations hereunder; and (d) it and each such Affiliate has received from the Debtors financial and other information concerning, among other matters, the Debtors, their chapter 11 estates, and the Related Actions of a kind, scope and extent sufficient to allow each Settlement Note Holder to make an informed decision with respect to voting to accept or reject the Plan.

Section 4.8.     Representations of Settlement Note Holders as to Settlement Note Holdings.  Each of the Settlement Note Holders hereby represents and warrants for itself and those of its Affiliates that are Settlement Note Holders, not jointly with the other Settlement Note Holders, that:  (a) except with regard to the Settlement Note Holdings, none of the Settlement Note Holders holds any claims against or equity interests in the Debtors, (b) it has not filed, or caused to be filed, a proof of claim against any of the Debtors other than the Settlement Note Holdings, (c) as of the date hereof, it has not assigned, sold, participated, granted, conveyed, or otherwise transferred, in whole or in part, the Settlement Note Holdings, and, as of the date hereof, it is not a party to any agreement to assign, sell, participate, grant, convey or otherwise transfer, and has not entered into any other agreement to assign, sell, participate, grant or otherwise transfer, in whole or in part, any portion of its right, title or interests in the Settlement Note Holdings, and it has good title thereto, free and clear of all liens, security interests and other encumbrances of any kind, (d) as of the date hereof, the sole beneficial owners of the Settlement Note Holdings are the respective Settlement Note Holders and (e) Exhibit "C" truly and accurately reflects the holdings of each of the Settlement Note Holders.

Section 4.9.     Representations of the Parties as to this Agreement.  Each Party represents and acknowledges that (a) in executing this Agreement, it does not rely, and has not relied, upon any representation of statement made by any other Party or any of such other Party's representative, agents or attorneys, with regard to the subject matter, basis or effect of this Agreement or otherwise, other than as may be stated specifically in this Agreement, (b) in executing this Agreement, it has relied entirely upon its own judgment, beliefs and interest and the advice of its counsel and that it has had a reasonable period of time to consider the terms of this Agreement before entering into it, and (c) it has reviewed this Agreement and that it fully understands and voluntarily accepts all of the provisions contained herein.  Each Party further represents, acknowledges and agrees that this Agreement was the product of negotiations among the Parties and that any rule of construction as to ambiguities being resolved against the drafting party shall not apply in the interpretation of this Agreement.

## ARTICLE V
## COVENANTS

Section 5.1.     Covenants of JPMC Entities.  JPMC hereby covenants and agrees, on behalf of itself and the other JPMC Entities, as follows:

(a)     None of the JPMC Entities shall sell, transfer, pledge, hypothecate or assign any of the JPMC Claims or any voting rights or participations or other interests therein during the period from the date hereof up to and including the Effective Date; provided, however, that, prior to the Effective Date, the JPMC Entities may enter into one or more agreements to sell, transfer, pledge, hypothecate or assign the JPMC Claims or any voting rights or participations or other interests therein provided that the effectiveness thereof is contingent upon the occurrence of the Effective Date.  To the extent that any of the JPMC Entities sells, transfers, pledges, hypothecates or assigns any of the JPMC Claims or any voting rights or participations or other interests therein

during the period from and after the Effective Date, JPMC shall inform, in writing, any purchaser, agent or other entity with respect thereto (i) of the agreements set forth herein and entry of the Confirmation Order and (ii) that the rights against any of the WMI Entities being acquired are no more and no less than the Plan distributions to which the holder of the Allowed Claim(s) is entitled.

(b)　　None of the JPMC Entities shall (i) file any additional claims or proofs of claim, whatsoever, with the Bankruptcy Court against any of the Debtors (including secured, unsecured, administrative, priority or substantial contribution claims); (ii) file any additional claims, commence or prosecute any pending or additional litigation, proceeding, action or matter or seek to recover damages or to seek any other type of relief against any of the WMI Releasees, the FDIC Releasees, the Creditors' Committee Releasees or the Settlement Note Releasees based upon, arising from or relating to the WMI Released Claims, the FDIC Released Claims, the Creditors' Committee Released Claims or the Settlement Note Released Claims, respectively, or any of the claims or causes of action asserted or which could have been asserted in the Actions or the Related Actions, or (iii) directly or indirectly aid any person in taking any action with respect to the WMI Released Claims, the FDIC Released Claims, the Creditors' Committee Released Claims or the Settlement Note Released Claims, respectively, that is prohibited by this Section 5.1(b).

(c)　　Each of the JPMC Entities shall (i) support, and otherwise take no action to impede or preclude, the entry of the Confirmation Order, the administration of the Debtors' chapter 11 cases, the approval of the Disclosure Statement, the entry of the Confirmation Order or the consummation, implementation and administration of the Plan provided that such Disclosure Statement, Confirmation Order and Plan (and its consummation, implementation and administration) are consistent with the terms herein, and (ii) in accordance with the provisions of Section 6.1 hereof, (A) not consent to or vote for any modification of the Plan unless such modification is proposed or supported by the Debtors and otherwise consistent with the terms herein and (B) not vote for or support any chapter 11 plan not proposed or supported by the Debtors.

(d)　　On the Effective Date, and without limiting the generality of the foregoing, each of the JPMC Entities shall be deemed to have covenanted not to sue the WMI Releasees, the FDIC Releasees, the Creditors' Committee Releasees or the Settlement Note Releasees with respect to the WMI Released Claims, the FDIC Released Claims, the Creditors' Committee Released Claims or the Settlement Note Released Claims, respectively, and to be permanently barred and enjoined from instituting, prosecuting, pursuing or litigating, in any manner, the WMI Released Claims against the WMI Releasees, the FDIC Released Claims against the FDIC Releasees, the Creditors' Committee Released Claims against the Creditors' Committee Releasees and the Settlement Note Released Claims against the Settlement Note Releasees.

(e)　　On the Effective Date, JPMC shall provide the WMI Entities, the FDIC Receiver and FDIC Corporate with a certificate to the effect that each

of the representations and warranties set forth in Sections 4.1, 4.2 and 4.9 of this Agreement are true and correct as of the Effective Date.

Section 5.2. <u>Covenants of the FDIC Parties</u>. The FDIC Receiver, for itself and on behalf of the Receivership, and FDIC Corporate hereby covenant and agree as follows:

(a) The FDIC Receiver shall not sell, transfer, pledge, hypothecate or assign the FDIC Claim or any voting rights or participations or other interests therein during the period from the date hereof up to and including the Effective Date; <u>provided</u>, <u>however</u>, that, prior to the Effective Date, the FDIC Receiver may enter into one or more agreements to sell, transfer, pledge, hypothecate or assign the FDIC Claim or any voting rights or participations or other interests therein provided that the effectiveness thereof is contingent upon the occurrence of the Effective Date. To the extent that the FDIC Receiver sells, transfers, pledges, hypothecates or assigns the FDIC Claim or any voting rights or participations or other interests therein during the period from and after the Effective Date, the FDIC Receiver shall inform, in writing, any purchaser, agent or other entity with respect thereto (i) of the agreements set forth herein and entry of the Confirmation Order and (ii) that the rights against either of the WMI Entities being acquired are no more and no less than the Plan distributions to which the holder of the Allowed Claim is entitled.

(b) Neither the FDIC Receiver nor FDIC Corporate shall (i) file any additional claims or proofs of claim, whatsoever, with the Bankruptcy Court against any of the Debtors (including secured, unsecured, administrative, priority or substantial contribution claims); (ii) file any additional claims, commence or prosecute any pending or additional litigation, proceeding, action or matter or seek to recover damages or to seek any other type of relief against any of the WMI Releasees, the JPMC Releasees, the Creditors' Committee Releasees or the Settlement Note Releasees based upon, arising from or relating to the WMI Released Claims, the JPMC Released Claims, the Creditors' Committee Released Claims or the Settlement Note Released Claims. respectively, or any of the claims or causes of action asserted or which could have been asserted in the Actions or the Related Actions, or (iii) directly or indirectly aid any person in taking any action with respect to the WMI Released Claims, the JPMC Released Claims, the Creditors' Committee Released Claims or the Settlement Note Released Claims, respectively, that is prohibited by this Section 5.2(b).

(c) Subject to the provisions of Section 6.1 hereof, the FDIC Parties shall support, and otherwise take no action to impede or preclude, the administration of the Debtors' chapter 11 cases, approval of the Disclosure Statement, the entry of the Confirmation Order or the consummation, implementation and administration of the Plan provided that such Disclosure Statement, Confirmation Order and Plan (and its consummation, implementation and administration) are consistent with the terms herein.

(d) On the Effective Date, and without limiting the generality of the foregoing, the FDIC Parties shall be deemed to have covenanted not to sue the WMI Releasees, the JPMC Releasees or the Settlement Note Releasees with respect to the WMI Released Claims, the JPMC Released Claims, the Creditors' Committee Released Claims or the Settlement Note Released Claims, respectively, and to be permanently barred and enjoined from instituting, prosecuting, pursuing or litigating, in any manner, the WMI Released Claims against the WMI Releasees, the JPMC Released Claims against the JPMC Releasees, the Creditors' Committee Released Claims against the Creditors' Committee Releasees and the Settlement Note Released Claims against the Settlement Note Releasees.

(e) On the Effective Date, each of the FDIC Receiver and FDIC Corporate shall provide the WMI Entities and JPMC with a certificate to the effect that each of the representations and warranties set forth in Sections 4.5, 4.6 and 4.9 of this Agreement are true and correct as of the Effective Date.

Section 5.3. <u>Covenants of the WMI Entities</u>. Each of the WMI Entities, for themselves, hereby covenants and agrees as follows:

(a) The WMI Entities shall take, and shall cause their subsidiaries and Affiliates to take, all actions reasonably necessary to obtain, and shall take no action to impede or preclude, the approval of the Disclosure Statement and the entry of the Confirmation Order and the consummation, implementation and administration of the Plan provided that the Disclosure Statement and Plan (and its consummation, implementation and administration) are consistent with the terms herein, including, without limitation, that the Parties have acted in good faith in connection with the negotiation of the terms hereof. Such necessary actions shall include, but not be limited to, (A) filing on or prior to March 26, 2010, the Disclosure Statement, in a form reasonably satisfactory to JPMC and the FDIC Entities, (B) filing the Plan, in a form reasonably satisfactory to JPMC and the FDIC Entities, and (C) prosecuting the approval of the Disclosure Statement and the Plan at hearings in accordance with applicable orders entered in the Debtors' chapter 11 cases.

(b) Neither of the WMI Entities shall: (i) file any additional claims, commence or prosecute any pending or additional litigation, proceeding, action, or matter or seek to recover damages or to seek equitable relief against any of the JPMC Releasees or the FDIC Releasees arising from or relating to the JPMC Released Claims or the FDIC Released Claims, respectively, or (ii) directly or indirectly aid any Person in taking any act prohibited by clause (i) of this Section 5.3(b).

(c) On the Effective Date, and without limiting the generality of the foregoing, the Debtors, the Reorganized Debtors, and each of the Debtors' estates shall be deemed to have covenanted not to sue the JPMC Releasees and the FDIC Releasees with respect to the JPMC Released Claims and the FDIC Released Claims, respectively, and to be permanently barred and enjoined from instituting, prosecuting,

pursuing or litigating in any manner the JPMC Released Claims against the JPMC Releasees and the FDIC Released Claims against the FDIC Releasees, respectively.

(d)     On the Effective Date, each of the WMI Parties shall provide JPMC, the FDIC Receiver and FDIC Corporate with a certificate to the effect that each of the representations and warranties set forth in Sections 4.3, 4.4 and 4.9 of this Agreement are true and correct as of the Effective Date.

Section 5.4.     Covenants of the Settlement Note Holders.  Each of the Settlement Note Holders, for itself and on behalf of its Affiliates who are Settlement Note Holders, but not jointly with other Settlement Note Holders, hereby covenants and agrees as follows:

(a)     None of the Settlement Note Holders shall sell, transfer, pledge, hypothecate or assign any of the Settlement Note Holdings or any voting rights or participations or other interests therein during the period from the date hereof up to and including the Effective Date; provided, however, that, prior to the Effective Date, the Settlement Note Holders may enter into one or more agreements to sell, transfer, pledge, hypothecate or assign the Settlement Note Holdings or any voting rights or participations or other interests therein to any third party (a "***Proposed Transferee***") provided that (i) any such Settlement Note Holder desirous of selling, transferring, pledging, hypothecating or assigning any Settlement Note Holdings shall inform, in writing, any purchaser, agent or other entity with respect thereto of the agreements set forth herein and (ii) such Proposed Transferee executes a letter agreement, in form and substance satisfactory to WMI and the transferring Settlement Note Holder, binding the Proposed Transferee to the terms and conditions of this Agreement to the same extent as the transferring Settlement Note Holders is bound herein.

(b)     None of the Settlement Note Holders shall (i) file or assert any additional claims or proofs of claim, whatsoever, with the Bankruptcy Court or any other court or in the Receivership against any of the WMI Releasees, JPMC Releasees, Creditors' Committee Releasees and FDIC Releasees (including secured, unsecured, administrative, priority or substantial contribution claims); (ii) file any additional claims, commence or prosecute any pending or additional litigation, proceeding, action or matter or seek to recover damages or to seek any other type of relief against any of the WMI Releasees, the JPMC Releasees and the FDIC Releasees based upon, arising from or relating to any of the Released Claims, or (iii) directly or indirectly aid any person in taking any action with respect to the Released Claims that is prohibited by this Section 5.4(b).

(c)     The Settlement Note Holders shall support, and otherwise take no action to impede or preclude, administration of the Debtors' chapter 11 cases, the approval of the Disclosure Statement or the confirmation, implementation and administration of the Plan and (ii) in accordance with the provisions of Section 6.1 hereof, (A) not consent to or vote for any modification of the Plan unless such modification is agreed to by the Debtors, JPMC and the FDIC Parties and (B) not vote for

or support any chapter 11 plan not proposed or supported by the Debtors, JPMC and the FDIC Parties.

(d) On and effective as of the Effective Date, and without limiting the generality of the foregoing, the Settlement Note Holders shall be deemed to have covenanted not to sue the WMI Releasees, the JPMC Releasees, the Creditors' Committee Releasees and the FDIC Releasees with respect to the respective claims released in accordance with Article III hereof and to be permanently barred and enjoined from instituting, prosecuting, pursuing or litigating, in any manner, the WMI Released Claims against the WMI Releasees, the JPMC Released Claims against the JPMC Releasees, the Creditors' Committee Released Claims against the Creditors' Committee Releasees and the FDIC Released Claims against the FDIC Releasees.

(e) On the Effective Date, each of the Settlement Note Holders shall provide the WMI Entities, JPMC, FDIC Receiver and FDIC Corporate with a certificate to the effect that each of the representations and warranties set forth in Sections 4.7, 4.8 and 4.9 of this Agreement are true and correct as of the Effective Date.

## ARTICLE VI
## PLAN AND PLAN SUPPORT

Section 6.1. <u>Plan Support Commitment</u>. From and after the date hereof, and provided that (a) this Agreement has not been terminated and (b) neither the Disclosure Statement nor the Plan has been amended or modified in a manner adverse to JPMC, the FDIC Parties, the Creditors' Committee and the Settlement Note Holders, JPMC, the FDIC Parties, the Creditors' Committee and each of the Settlement Note Holders shall (i) take any and all actions reasonably requested by the Debtors to support (A) approval of the Disclosure Statement in accordance with section 1125 of the Bankruptcy Code and (B) confirmation of the Plan in accordance with section 1129 of the Bankruptcy Code, (ii) not consent to or vote for any modification of the Plan unless such modification is (Y) not adverse to JPMC, the FDIC Parties, the Creditors' Committee and the Settlement Note Holders and (Z) not inconsistent with the terms provided herein, as determined by JPMC, the FDIC Receiver, FDIC Corporate, the Creditors' Committee and the Settlement Note Holders, in their sole and absolute discretion, and (iii) not vote for or support any chapter 11 plan not proposed or supported by the Debtors, JPMC, the Creditors' Committee and the FDIC Parties.

Section 6.2. <u>Solicitation Required in Connection with Plan</u>. Notwithstanding anything contained in this Article VI or elsewhere in this Agreement to the contrary, this Agreement is not, and shall not be deemed to be, a solicitation of acceptances of the Plan. The Debtors, JPMC, the FDIC Receiver, FDIC Corporate, the Creditors' Committee and the Settlement Note Holders acknowledge and agree that the acceptance of the Plan will not be solicited until the Bankruptcy Court has approved the Disclosure Statement and related ballots, and such Disclosure Statement and ballots have been transmitted to parties entitled to receive same.

# ARTICLE VII
# CLOSING AND TERMINATION

Section 7.1.    Closing.  The consummation of the transactions contemplated hereby shall take place at a closing to be held at 10:00 am., New York time, on the Effective Date at the offices of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, or such other date or place as is mutually agreed upon in writing by the Parties hereto.

Section 7.2.    Conditions to Effective Date.  Except with regard to the covenants of the JPMC Entities set forth in Section 5.1 hereof, the covenants of the FDIC Entities set forth in Section 5.2 hereof, the covenants of the WMI Entities set forth in Section 5.3 hereof and the covenants of the Settlement Note Holders set forth in Section 5.4 hereof, the terms and provisions of this Agreement are expressly subject to the following conditions unless waived, in writing, by the Parties:

(a)    the execution and delivery of this Agreement by each of the entities identified on the signature pages of this Agreement;

(b)    approval of this Agreement and the consummation of the transactions contemplated herein by the Board of Directors of the Federal Deposit Insurance Corporation;

(c)    the entry of the Confirmation Order by the Bankruptcy Court confirming the Plan in accordance with section 1129 of the Bankruptcy Code, and such Confirmation Order shall have become a Final Order;

(d)    the effective date of the Plan;

(e)    the disposition of the Texas Litigation in a manner provided herein; and

(f)    the entry of an order by the Bankruptcy Court disallowing the Bank Bondholder Claims in their entirety.

Section 7.3.    Termination of Agreement.  This Agreement may be terminated by any Party, at their sole option and discretion, in the event that (a) any other Party hereto materially breaches any of the covenants set forth in Article V hereof or any of its other undertakings in this Agreement, (b) an order approving the Disclosure Statement is not entered by the Bankruptcy Court on or prior to May 31, 2010, or (c) the Confirmation Order is not entered by the Bankruptcy Court on or prior to July 31, 2010.

Section 7.4.    Effect of Termination.  Except as otherwise provided herein, in the event of the termination of this Agreement, this Agreement shall become null and void and be deemed of no force and effect, with no liability on the part of any Party hereto (or of any of its directors, officers, employees, consultants, contractors,

agents, legal and financial advisors or other representatives), and no Party shall have any obligations to any other Party arising out of this Agreement, including, without limitation, the contribution of all or any portion of the Plan Contribution Assets, the allowance, disallowance, expungement or withdrawal of the WMI Claims, the JPMC Claims or the FDIC Claim as provided herein, except for the obligations and or provisions set forth in Section 2.6(a), 2.7 and 2.14(b) hereof, which provisions are intended to survive the expiration or termination of this Agreement. Upon termination, neither this Agreement nor any terms or provisions set forth herein shall be admissible in any dispute, litigation, proceeding or controversy among the Parties and nothing contained herein shall constitute or be deemed to be an admission by any Party as to any matter, it being understood that the statements and resolutions reached herein were as a result of negotiations and compromises of the respective positions of the Parties. In addition, no Party shall seek to take discovery concerning this Agreement or admit this Agreement or any part of it into evidence against any other Party hereto.

## ARTICLE VIII
## MISCELLANEOUS

Section 8.1.  <u>Amendments</u>.  This Agreement may not be modified, amended or supplemented except by a written agreement executed by each Party to be affected, or whose constituency may be affected, by such modification, amendment or supplement.

Section 8.2.  <u>No Admission of Liability</u>.

(a)  The execution of this Agreement is not intended to be, nor shall it be construed as, an admission or evidence in any pending or subsequent suit, action, proceeding or dispute of any liability, wrongdoing, or obligation whatsoever (including as to the merits of any claim or defense) by any Party to any other Party or any other Person with respect to any of the matters addressed in this Agreement.

(b)  None of this Agreement (including, without limitation, the Recitals and Exhibits hereto), the settlement or any act performed or document executed pursuant to or in furtherance of this Agreement or the settlement:  (i) is or may be deemed to be or may be used as an admission or evidence of the validity of any claim, or any allegation made in the Actions or of any wrongdoing or liability of any Party; (ii) is or may be deemed to be or may be used as an admission or evidence of any liability, fault or omission of any Party in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal; or (iii) is or may be deemed to be or used as an admission or evidence against the Reorganized Debtors or the Debtors with respect to the validity of any of the WMI Claims, the JPMC Claims or the FDIC Claim. None of this Agreement, the settlement, or any act performed or document executed pursuant to or in furtherance of this Agreement or the settlement shall be admissible in any proceeding for any purposes, except to enforce the terms of the Agreement, and except that any Party may file this Agreement in any action for any purpose, including, but not limited to, in order to support a defense or counterclaim based on the principles of *res judicata*,

collateral estoppel, release, good faith settlement, judgment bar or reduction or any other theory of claim preclusion or issue preclusion or similar defense of counterclaim.

Section 8.3.    Good Faith Negotiations.  The Parties recognize and acknowledge that each of the Parties hereto is represented by counsel, and such Party received independent legal advice with respect to the advisability of entering into this Agreement.  Each of the Parties acknowledges that the negotiations leading up to this Agreement were conducted regularly and at arm's length; this Agreement is made and executed by and of each Party's own free will; that each knows all of the relevant facts and his or its rights in connection therewith, and that he or it has not been improperly influenced or induced to make this settlement as a result of any act or action on the part of any party or employee, agent, attorney or representative of any party to this Agreement. The Parties further acknowledge that they entered into this Agreement because of their desire to avoid the further expense and inconvenience of litigation and other disputes, and to compromise permanently and settle the claims between the Parties settled by the execution of this Agreement.  The Parties further acknowledge and agree that, in connection with the Chapter 11 Cases and the negotiation and consummation of this Agreement, the Settlement Note Holders, at all times, acted (a) in good faith and (b) solely for themselves and not on behalf of or in representation of any other creditors, bondholders or other parties in interest.

Section 8.4.    Third Party Beneficiaries.  Nothing in this Agreement, express or implied, is intended or shall be construed to confer upon, or to give to, any Person other than the Parties hereto, the Reorganized Debtors, the Releasees, and their respective successors and assigns, any right, remedy or claim under or by reason of this Agreement or any covenant, condition or stipulation thereof; and the covenants, stipulations and agreements contained in this Agreement are and shall be for the sole and exclusive benefit of the Parties hereto, the Releasees and their respective successors and assigns.

Section 8.5.    Governing Law; Retention of Jurisdiction; Service of Process.  This Agreement shall be governed by and construed in accordance with the internal laws of the State of New York, without giving effect to any principles of conflicts of law and applicable federal law.  By its execution and delivery of this Agreement, each of the WMI Entities, JPMC, for itself and on behalf of the JPMC Entities, the FDIC Receiver, FDIC Corporate and the Settlement Note Holders hereby irrevocably and unconditionally agrees for itself that any legal action, suit or proceeding between any or all of the foregoing with respect to any matter under or arising out of or in connection with this Agreement or for recognition or enforcement of any judgment rendered in any such action, suit or proceeding, shall be brought in the Bankruptcy Court for that purpose only, and, by execution and delivery of this Agreement, each hereby irrevocably accepts and submits itself to the jurisdiction of such court, generally and unconditionally, with respect to any such action, suit or proceeding. In the event any such action, suit or proceeding is commenced, the Parties hereby agree and consent that service of process may be made, and personal jurisdiction over any Party hereto in any such action, suit or proceeding may be obtained, by service of a copy of the summons,

complaint and other pleadings required to commence such action, suit or proceeding upon the Party at the address of such Party set forth in Section 8.11 hereof, unless another address has been designated by such Party in a notice given to the other Parties in accordance with Section 8.11 hereof.

Section 8.6.    Fees and Expenses.  If any Party brings an action against any other Party based upon a breach by the other Party of its obligations under this Agreement, the prevailing Party shall be entitled to all reasonable expenses incurred, including reasonable attorneys' fees and expenses.

Section 8.7.    Headings.  The headings of the sections, paragraphs and subsections of this Agreement are inserted for convenience only and are not part of this Agreement and do not in any way limit or modify the terms or provisions of this Agreement and shall not affect the interpretation hereof.

Section 8.8.    Binding Agreement Successors and Assigns; Joint and Several Obligations.  This Agreement shall be binding only upon the execution and delivery of this Agreement by the Parties listed on the signature pages hereto, subject to Bankruptcy Court approval as to the Debtors.  This Agreement is intended to, and shall be deemed to, bind and inure to the benefit of the Parties and their respective successors, assigns, administrators, constituents and representatives. The agreements, representations, covenants and obligations of the Parties under this Agreement are several only and not joint in any respect and none shall be responsible for the performance or breach of this Agreement by another.

Section 8.9.    Entire Agreement.  This Agreement, the Confirmation Order and the Plan constitute the full and entire agreement among the Parties with regard to the subject hereof, and supersedes all prior negotiations, representations, promises or warranties (oral or otherwise) made by any Party with respect to the subject matter hereof.  No Party has entered into this Agreement in reliance on any other Party's prior representation, promise or warranty (oral or otherwise) except for those that may be expressly set forth in this Agreement.

Section 8.10.    Counterparts.  This Agreement may be executed in one or more counterparts, each of which shall be deemed an original copy of this Agreement and all of which, when taken together, shall constitute one and the same Agreement. Copies of executed counterparts transmitted by telecopy or other electronic transmission service shall be considered original executed counterparts, provided receipt of copies of such counterparts is confirmed.

Section 8.11.    Notices.  All demands, notices, requests, consents, and other communications hereunder shall be in writing and shall be deemed to have been duly given (i), when personally delivered by courier service or messenger, (ii) upon actual receipt (as established by confirmation of receipt or otherwise) during normal business hours, otherwise on the first business day thereafter if transmitted electronically (by e-mail transmission), by facsimile or telecopier, with confirmation of receipt, or (iii)

three (3) Business Days after being duly deposited in the mail, by certified or registered mail, postage prepaid-return receipt requested, to the following addresses, or such other addresses as may be furnished hereafter by notice in writing, to the following Parties:

If to the WMI Entities, to:

> Washington Mutual, Inc.
> 925 Fourth Avenue, Suite 2500
> Seattle, Washington  98101
> Attention:  General Counsel
> Telecopy:  (206) 432-8879
> Email:  chad.smith@wamuinc.net

with a copy given in like manner to:

> Alvarez & Marsal LLP
> 100 Pine Street, Suite 900
> San Francisco, California 94111
> Attention:  William Kosturos
> Telecopy:  (415) 837-1684
> Email:  bkosturos@alvarezandmarsal.com

> - and -

> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attention:  Brian S. Rosen, Esq.
> Telecopy:  (212) 310-8007
> Email:  brian.rosen@weil.com

If to the Creditors' Committee, to:

> Akin, Gump, Strauss, Hauer & Feld LLP
> One Bryant Park
> New York, New York 10036
> Attention:  Fred Hodara, Esq.
> Telecopy:  (212) 872-1002
> Email:  fhodara@akingump.com

If to the JPMC Entities, to:

JPMorgan Chase Bank, N.A.
270 Park Avenue, 12th Floor
New York, New York 10017
Attention:  Donald McCree
Telecopy:  (212) 622-4827
Email:  donald.mccree@jpmorgan.com

- and -

JPMorgan Chase Bank, N.A.
270 Park Avenue, 39th Floor
New York, NY 10017
Attention:  Travis Epes, Esq.
Telecopy:  (212) 270-6509
Email:  travis.epes@jpmorgan.com

- and -

JPMorgan Chase Bank, N.A.
One Chase Manhattan Plaza, 26th Floor
New York, New York  10081
Attention:  Lawrence N. Chanen, Esq.
Telecopy:  (212) 552-4272
Email:  lawrence.chanen@jpmorgan.com

with a copy given in like manner to:

Sullivan & Cromwell LLP
1888 Century Park East
Los Angeles, California 90067
Attention:  Hydee Feldstein, Esq.
Telecopy:  (310) 712-8800
Email:  feldsteinh@sullcrom.com

- and -

Sullivan & Cromwell LLP
125 Broad Street
New York, New York  10004
Attention:  Stacey Friedman, Esq.
Telecopy:  (212) 291-9059
Email:  friedmans@sullcrom.com

If to the FDIC Receiver, to:

> Federal Deposit Insurance Corporation
> 3501 Fairfax Drive
> Arlington, Virginia 22226
> Attention:  Tom M. Reeves, Esq.
> Telecopy:  (703) 562-2475
> Email:  treeves@fdic.gov

with a copy given in like manner to:

> DLA Piper LLP
> 1251 Avenue of the Americas
> New York, New York  10020
> Attention:  Thomas R. Califano, Esq.
> Telecopy:  (212) 884-8690
> Email:  thomas.califano@dlapiper.com

If to FDIC Corporate, to:

> Federal Deposit Insurance Corporation
> 3501 Fairfax Drive
> Arlington, Virginia  22226
> Attention:  D. Ashley Doherty, Esq.
> Telecopy:  (703) 562-2477
> Email:  adoherty@fdic.gov

If to the Settlement Note Holders:

> Fried, Frank, Harris
>   Shriver & Jacobson
> One New York Plaza
> New York, New York 10004
> Attention:  Brad E. Scheler, Esq.
> Telecopy:  (212) 859-4000
> Email:  brad.eric.scheler@friedfrank.com

Section 8.12.  <u>Further Assurances</u>.  Each of the Parties hereto agrees to execute and deliver, or to cause to be executed and delivered, all such instruments, and to take all such action as the other Parties may reasonably request in order to effectuate the intent and purposes of, and to carry out the terms of, this Agreement.

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be executed as of the date set forth above.

WASHINGTON MUTUAL, INC.,
    as Debtor in Possession

By: _____
    Name:
    Title:

WMI INVESTMENT CORP.,
    as Debtor in Possession

By: _____
    Name:
    Title:

WASHINGTON MUTUAL BANK fsb

By: _____
    Name:
    Title:

JPMORGAN CHASE BANK, N.A.

By: _____
    Name:
    Title:

FEDERAL DEPOSIT INSURANCE
    CORPORATION, as Receiver for
    Washington Mutual Bank

By: _____
    Name:
    Title:

FEDERAL DEPOSIT INSURANCE
    CORPORATION, in Its Corporate
    Capacity

By: _____
    Name:
    Title:

APPALOOSA MANAGEMENT L.P.

By: _____
    Name:
    Title:

CENTERBRIDGE PARTNERS, L.P.

By: _____
    Name:
    Title:

OWL CREEK ASSET MANAGEMENT, L.P.

By: _____
    Name:
    Title:

AURELIUS CAPITAL MANAGEMENT, LP

By: _____
    Name:
    Title:

THE STATUTORY COMMITTEE
  OF UNSECURED CREDITORS

By: _____
    Name:
    Title:  Authorized Representative

**EXHIBIT "A"**

**LIST OF JPMC CLAIMS**

| Claimant | Claim No. | Debtor | Claim Amount |
|---|---|---|---|
| JPMC | 2343 | WMI | Unliquidated |
| JPMC | 2369 | WMI | Unliquidated |
| JPMC | 2370 | WMI | Unliquidated |
| JPMC | 2373 | WMI | Unliquidated |
| JPMC | 2376 | WMI | Unliquidated |
| JPMC | 2377 | WMI | Unliquidated |
| JPMC | 2382 | WMI | Unliquidated |
| JPMC | 2384 | WMI | Unliquidated |
| JPMC | 2395 | WMI | Unliquidated |
| JPMC | 2507 | WMI | Unliquidated |
| JPMC | 2551 | WMI | Unliquidated |
| JPMC | 2553 | WMI | Unliquidated |
| JPMC | 2559 | WMI | Unliquidated |
| JPMorgan Securities Inc. | 2583 | WMI | Unliquidated |
| JPMC | 2609 | WMI | Unliquidated |
| JPMC | 2611 | WMI | Unliquidated |
| JPMC | 2786 | WMI | Unliquidated |
| JPMC | 2787 | WMI | Unliquidated |
| JPMC | 2788 | WMI | Unliquidated |
| JPMC | 2790 | WMI | Unliquidated |
| JPMC | 2791 | WMI | Unliquidated |
| JPMC | 2958 | WMI | Unliquidated |
| JPMC | 2994 | WMI | Unliquidated |
| JPMC | 2997 | WMI | Unliquidated |
| JPMC | 2999 | WMI | Unliquidated |
| JPMC | 3001 | WMI | Unliquidated |
| JPMC | 3008 | WMI | Unliquidated |
| Second and Union LLC | 3010 | WMI | Unliquidated |
| WaMu Capital Corp. | 3021 | WMI | Unliquidated |
| JPMC | 3023 | WMI | Unliquidated |

| Claimant | Claim No. | Debtor | Claim Amount |
|---|---|---|---|
| JPMC | 3121 | WMI | Unliquidated |
| JPMC | 3168 | WMI | Unliquidated |
| JPMC | 3259 | WMI | Unliquidated |
| JPMC | 3260 | WMI | Unliquidated |
| JPMC | 3261 | WMI | Unliquidated |
| JPMC | 3262 | WMI | Unliquidated |
| JPMC | 3263 | WMI | Unliquidated |
| JPMC | 3264 | WMI | Unliquidated |
| JPMC | 3265 | WMI | Unliquidated |
| JPMorgan Securities Inc. | 3268 | WMI | Unliquidated |
| JPMC | 3361 | WMI | Unliquidated |
| Second and Union LLC | 3389 | WMI | Unliquidated |
| JPMC Wind Investment LLC | 2535 | WMIIC | Unliquidated |
| JPMC Wind Investment Portfolio LLC | 2541 | WMIIC | Unliquidated |
| JPMC | 3267 | WMIIC | Unliquidated |

**EXHIBIT "B"**

**LIST OF BANK BONDHOLDER CLAIMS**

| Claimant | Claim No. | Debtor | Claim Amount |
|---|---|---|---|
| Terry Bysom | 10 | WMI | $38,989.00 |
| Louise M. O'Brian | 82 | WMI | 45,000.00 |
| Frank Landoch | 88 | WMI | 10,000.00 |
| Robert M. Menar | 110 | WMI | 112,150.00 |
| Marie Goodwin Coleman | 135 | WMI | 13,000.00 |
| Wray C. Hiser | 185 | WMI | 25,000.00 |
| Eva Kao | 198 | WMI | 5,000.00 |
| Vincent F. Andreano | 200 | WMI | 50,000.00 |
| Jessica Cheung | 232 | WMI | 59,981.00 |
| Robert H. Halpert | 240 | WMI | 80,000.00 |
| Joanne Ruggiano | 255 | WMI | 25,000.00 |
| Philip Schneider | 257 | WMI | 25,000.00 |
| Joanne Renzi | 258 | WMI | 50,000.00 |
| Robert M. Menar | 316 | WMI | 112,150.00 |
| Twin Lakes Veterinary Hospital | 409 | WMI | 19,520.00 |
| Julie Ann Smolansky | 410 | WMI | 10,713.00 |
| Peter J and Candace R. Zak Living Trust of 2001 u/d/o August 31 2001 | 552 | WMI | 50,000.00 |
| Vadim Tsozik | 559 | WMI | 8,000.00 |
| Hajek Charitable Remainder Unitrust | 662 | WMI | 20,550.00 |
| B. Clyde Cohen | 675 | WMI | 11,000.00 |
| Raaj K. Sah Revocable Living Trust DOT 02 09 2003 | 742 | WMI | 40,000.00 |
| Dominic R. Janusky and Patricia A. Janusky | 745 | WMI | 81,463.00 |
| Dieter Stein | 816 | WMI | 64,587.00 |
| Max L. Goren | 866 | WMI | 55,000.00 |
| Dan McDonald TTEE McDonald Family Trust | 868 | WMI | 25,000.00 |
| Dan McDonald TTEE McDonald Family Trust | 875 | WMI | 50,000.00 |
| Neil Walter White & Barbara White | 880 | WMI | 31,233.00 |
| Malcolm LaBar | 917 | WMI | 73,668.00 |
| Dwight Hollister & Carol Lee Hollister | 936 | WMI | 30,032.00 |
| Steven M. Rowan | 951 | WMI | 25,000.00 |
| James E. & Sabine G. Lamar | 984 | WMI | 50,000.00 |
| Norman Crasko & Eileen Crasko | 1009 | WMI | 10,000.00 |

| Claimant | Claim No. | Debtor | Claim Amount |
|---|---|---|---|
| Union Bank | 1025 | WMI | 5,000,000.00 |
| John H. Sloan | 1054 | WMI | 25,000.00 |
| Marcilla D. Echols | 1095 | WMI | 31,304.00 |
| Greg D. Hoffman | 1104 | WMI | 15,000.00 |
| Bashir G. Khoury Trustee Bashir and Mary Khoury LV Trust | 1188 | WMI | 25,000.00 |
| James E. Jones | 1249 | WMI | 30,000.00 |
| Felix P. La Gioia | 1307 | WMI | 39,974.00 |
| Robert F. Weeks and Nancy D. Weeks | 1352 | WMI | 50,000.00 |
| Charles Dale Coln | 1383 | WMI | 50,000.00 |
| Colleen Engle | 1384 | WMI | 9,855.00 |
| Gerald Engle | 1385 | WMI | 14,783.00 |
| Richard A. Hodgson | 1511 | WMI | 90,000.00 |
| Gloria J. Crivello | 1556 | WMI | 2,000.00 |
| Dr. Robert M. Nakamura | 1632 | WMI | 51,406.00 |
| Amy C. Baker | 1633 | WMI | 40,000.00 |
| Sherry Epstein Trust | 1663 | WMI | 41,600.00 |
| Deborah Lynn Fong IRA Account | 1671 | WMI | 50,000.0 |
| Anna M. Welhausen | 1686 | WMI | 48,440.00 |
| Walter & Grace Stenberg | 1707 | WMI | 9,733.00 |
| Thomas L. Kay | 1733 | WMI | 25,055.00 |
| A. C. Jenkins | 1745 | WMI | 50,000.0 |
| Peter J. & Candace R. Zac Living Trust of 2001 u/d/o August 31 2001 | 1862 | WMI | 19,363.00 |
| Jack H. Wires and Nancy Anderson Wires | 1905 | WMI | 50,000.00 |
| Linda Bennett | 1943 | WMI | 19,976.00 |
| Farmers New World Life Insurance Company | 2018 | WMIIC | 4,039,861.00 |
| Farmers New World Life Insurance Company | 2019 | WMIIC | 5,049,826.00 |
| Farmers New World Life Insurance Company | 2020 | WMIIC | 7,069,757.00 |
| Truck Insurance Exchange | 2023 | WMIIC | 5,031,389.00 |
| Truck Insurance Exchange | 2024 | WMIIC | 5,020,056.00 |
| Virginia Stockton | 2173 | WMI | 50,000.00 |
| Manfred A. Hansen | 2198 | WMI | 28,781.00 |
| John Hancock Life Insurance Company USA | 2210 | WMI | 5,049,826.00 |

| Claimant | Claim No. | Debtor | Claim Amount |
|---|---|---|---|
| Truck Insurance Exchange | 2298 | WMIIC | 10,040,113.00 |
| Zurich Specialties London Limited | 2303 | WMIIC | 1,019,097.00 |
| Universal Underwriters Life Insurance Company | 2305 | WMIIC | 504,983.00 |
| Fire Insurance Exchange | 2307 | WMIIC | 5,020,056.00 |
| Zurich American Insurance Company and certain of its subsidiaries | 2309 | WMIIC | 21,209,271.00 |
| Fire Insurance Exchange | 2312 | WMIIC | 5,031,389.00 |
| Kemper Investors Life Insurance Company | 2314 | WMIIC | 1,893,685.00 |
| New Generations Federal Credit Union | 2319 | WMI | 772,377.00 |
| Judith A. Honey | 2342 | WMI | 25,159.00 |
| Farmers New World Life Insurance Company | 2372 | WMI | 5,049,826.00 |
| Universal Underwriters Life Insurance Company | 2387 | WMI | 504,983.00 |
| National Bank of Canada NBCN Inc. | 2397 | WMI | 27,364,785.00 |
| Truck Insurance Exchange | 2398 | WMI | 5,020,056.00 |
| Zurich Specialties London Limited | 2413 | WMI | 1,019,097.00 |
| Truck Insurance Exchange | 2421 | WMI | 10,040,113.00 |
| Farmers New World Life Insurance Company | 2429 | WMI | 4,039,861.00 |
| Independence Life and Annuity Company | 2440 | WMI | 505,267.00 |
| Sun Life Assurance Company of Canada US | 2444 | WMI | 57,425,757.00 |
| Fire Insurance Exchange | 2446 | WMI | 5,031,389.00 |
| Sun Life Financial US Reinsurance Co. | 2448 | WMI | 14,877,283.00 |
| Sun Life Financial Reinsurance Barbados Ltdv. | 2451 | WMI | 17,036,090.00 |
| Truck Insurance Exchange | 2454 | WMI | 5,031,389.00 |
| Sun Life Insurance and Annuity Company of New York | 2457 | WMI | 19,673,135.00 |
| WMB Noteholder Group c/o Evan D. Flaschen, Esq. Bracewell & Giuliani, LLP. | 2480 | WMI | 1,900,000,000.00 |
| Zurich American Insurance Company and certain of its subsidiaries | 2546 | WMI | 21,209,271.00 |
| Fire Insurance Exchange | 2549 | WMI | 5,020,056.00 |
| Kemper Investors Life Insurance Company | 2554 | WMI | 1,893,685.00 |
| Linda J. Morrison | 2610 | WMI | 50,000.00 |
| J. Amsbuaugh or E. Davis Trustee Elizabeth Smith Davis Revocable Trust | 2621 | WMI | 40,000.00 |
| Jeffrey David Peace | 2630 | WMI | 50,000.00 |

| Claimant | Claim No. | Debtor | Claim Amount |
|---|---|---|---|
| Farmers New World Life Insurance Company | 2653 | WMI | 7,069,757.00 |
| HDI Assicurazioni SPA | 2676 | WMI | 6,652,353.00 |
| Lang Richert and Patch TTEE Plan | 2722 | WMI | 32,024.00 |
| Thomas E. Murphy | 2744 | WMI | 30,000.00 |
| Linda S. Bell | 2745 | WMI | 20,000.00 |
| Timothy I. Massimino | 2764 | WMI | 25,000.00 |
| Sun Life Assurance Company of Canada | 2805 | WMI | 17,647,322.00 |
| Trustees of the Comfort Employee 401k Profit Sharing Plan FBO Dana Comfort | 2860 | WMI | 26,289.00 |
| Continental General Insurance Company | 2865 | WMI | 650,000.00 |
| Linzerin Ltd | 2888 | WMI | 100,000.00 |
| Great American Life Insurance Company | 2913 | WMI | 24,000,000.00 |
| Annuity Investors Life Insurance Co | 2918 | WMI | 1,000,000.00 |
| Lois & Fred Dominey Family Trust | 3211 | WMI | 33,000.00 |
| Universal Investment Gesellschaft mbH acting on account of Money Fonds 6 Deposit No 1459260000 deposited with DZ Bank | 3246 | WMI | 1,174,072.00 |
| Universal Investment Gesellschaft mbH acting on account of Money Fonds 1 Deposit No 1459210000 deposited with DZ Bank | 3249 | WMI | 1,174,07.00 |
| Universal Investment Gesellschaft mbH acting on account of Money Fonds 2 Deposit No 1459220000 deposited with DZ Bank | 3251 | WMI | 1,174,072.00 |
| Universal Investment Gesellschaft mbH acting on account of Money Fonds 8 Deposit No 1459280000 deposited with DZ Bank | 3252 | WMI | 1,174,072.00 |
| Universal Investment Gesellschaft mbH acting on account of Money Fonds 7 Deposit No 1459270000 deposited with DZ Bank | 3254 | WMI | 1,174,072.00 |
| Universal Investment Gesellschaft mbH acting on account of Money Fonds 3 Deposit No 1459230000 deposited with DZ Bank | 3256 | WMI | 1,174,072.00 |
| Universal Investment Gesellschaft mbH acting on account of Money Fonds 5 Deposit No 1459250000 deposited with DZ Bank | 3257 | WMI | 1,174,072.00 |
| Universal Investment Gesellschaft mbH acting on account of Money Fonds 4 Deposit No 1459240000 deposited with DZ Bank | 3258 | WMI | 1,174,072.00 |
| City of San Buenaventura Ventura | 3333 | WMI | 5,280,486.00 |
| Dorothy Jane Houghton | 3582 | WMI | 25,000.00 |

| Claimant | Claim No. | Debtor | Claim Amount |
|---|---|---|---|
| Michael T. Doherty | 3583 | WMI | 100,000.00 |
| Tammy Diane Halstead | 3605 | WMI | 50,000.00 |
| United Teacher Associates Insurance Company | 3626 | WMI | 1,200,000.00 |
| Marathon Credit Opportunity Master Fund Ltd & other Washington Mutual Bondholders c/o Philip D. Anker Wilmer, Cutler, Pickering, Hale & Dorr | 3710 | WMIIC | 1,800,000,000.00 |
| Marathon Credit Opportunity Master Fund Ltd & other Washington Mutual Bondholders c/o Philip D. Anker Wilmer, Cutler, Pickering, Hale & Dorr | 3711 | WMI | 1,800,000,000.00 |
| Janet L. Schmitt | 3776 | WMI | 25,000.00 |
| Janet L. Schmitt | 3777 | WMI | 25,000.00 |

US_ACTIVE:\43233955\13\79831.0003

**EXHIBIT "C"**

**LIST OF CLAIMS AND EQUITY INTERESTS
OF SETTLEMENT NOTE HOLDERS**

Appaloosa Investment L.P. I

Appaloosa Management I, L.P.

Palomino Fund Ltd.

Thoroughbred Fund L.P.

Thoroughbred Master Ltd.

Centerbridge Credit Partners, L.P.

Centerbridge Credit Partners Master, L.P.

Owl Creek I, L.P.

Owl Creek II, L.P.

Owl Creek Overseas Fund, LTD.

Owl Creek Socially Responsible Investment Fund, LTD.

Owl Creek Asia I, L.P.

Owl Creek Asia II, L.P.

Owl Creek Asia Master Fund, LTD.

Aurelius Capital Management, LP

Aurelius Capital Master, Ltd.

Aurelius Convergence Master, Ltd.

ACP Master, Ltd.

**EXHIBIT "D"**

**BONDS**

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Court Bond | 5996832 | 10,000.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFF | DONALD DEE WELDON HAMES, NORENE ALICE HAMES | 1/5/01 | 1/5/02 |
| 1 | Court Bond | 5996833 | 1,500.00 | WASHINGTON MUTUAL, INC. | MYRA G. LEE, WAYNE HARTMAN, STAN L. ZIEVE, FELICE GALLENBERG | 1/5/01 | 1/5/02 |
| 1 | Court Bond | 5996835 | 1,500.00 | WASHINGTON MUTUAL BANK, FA- PLAINTIFF | ALEIDA ACOSTA, ET AL - DEFENDANTS | 1/11/00 | 1/11/01 |
| 1 | Court Bond | 5996836 | 1,500.00 | WASHINGTON MUTUAL BANK, FA -  PLAINTIFF | ALEIDA ACOSTA, ET AL- DEFENDANTS | 1/11/00 | 1/11/01 |
| 1 | Court Bond | 5996837 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | ALBERT NELSON, ET AL | 1/11/01 | 1/11/02 |
| 1 | Court Bond | 5996838 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | ALBERT NELSON, ET AL | 1/11/01 | 1/11/02 |
| 1 | Court Bond | 5996840 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | FERESHTEH PAKRAVAN, ET AL | 1/20/01 | 1/20/02 |
| 1 | Court Bond | 5996841 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | FERESHTEH PAKRAVAN, ET AL | 1/20/01 | 1/20/02 |
| 1 | Court Bond | 5998219 | 1,500.00 | WASHINGTON MUTUAL, INC. | ANGELO R. MARINEZ AND PRAPAI BEN JAUTHRIT, ET AL | 1/20/00 | 1/20/01 |
| 1 | Court Bond | 5998220 | 1,500.00 | WASHINGTON MUTUAL, INC. | ANGELO R. MARINEZ AND PRAPAI BENJAUTHRIT, ET AL | 1/20/01 | 1/20/02 |
| 1 | Court Bond | 5998221 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | ALBERT NELSON, ET AL | 1/25/00 | 1/25/01 |
| 1 | Court Bond | 5998224 | 1,500.00 | WASHINGTON MUTUAL BANK, FA -  PLAINTIFF | ALEIDA ACOSTA, ET AL  - DEFENDANTS | 1/28/01 | 1/28/02 |
| 1 | Court Bond | 5998225 | 1,500.00 | WASHINGTON MUTUAL, INC. | ROBERT LAUER, HENRY RECHNITZ AND REGINA RECHNITZ, ET AL | 2/1/00 | 2/1/01 |
| 1 | Court Bond | 5998226 | 1,500.00 | WASHINGTON MUTUAL, INC. | ROBERT LAUER, HENRY RECHNITZ AND REGINA RECHNITZ | 2/1/01 | 2/1/02 |
| 1 | Court Bond | 5998227 | 1,500.00 | WASHINGTON MUTUAL, INC. | ANGELO R. MARINEZ, ET AL. | 2/3/00 | 2/3/01 |
| 1 | Court Bond | 5998228 | 7,500.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFF | J.D. PROPERTIES COMPANY, VINCENT MARINI II, PETRICE M.MARINI | 2/11/00 | 2/11/01 |
| 1 | Court Bond | 5998229 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | JOSE R. ROBERT LAUER, ET AL | 2/16/00 | 2/16/01 |
| 1 | Court Bond | 5998234 | 1,500.00 | WASHINGTON MUTUAL BANK, FA, PLAINTIFF | ANTONIO &BRENDA M. ROMERO, RONALD & JUDITH PERLSTEIN, ET AL | 3/15/00 | 3/15/01 |
| 1 | Court Bond | 5998235 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | ANTONIO & BRENDA M. ROMERO, RONALD & JUDITH PERLSTEIN, ET AL | 3/15/00 | 3/15/01 |
| 1 | Court Bond | 5998236 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | State of California | 3/15/01 | 3/15/02 |
| 1 | Court Bond | 5998237 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | State of California | 3/15/00 | 3/15/01 |
| 1 | Court Bond | 5998239 | 1,500.00 | WASHINGTON MUTUAL, INC. - PLAINTIFF | JAMES E. ROSS,SR, ANN M. ROSS, LAVONNYA CHILD-FORD & DOES | 3/21/00 | 3/21/01 |
| 1 | Court Bond | 5998242 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | ERNESTO APELACIO AND WANDA APELACIO | 4/20/00 | 4/20/01 |
| 1 | Court Bond | 5998243 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | ERNESTO APELACIO AND WANDA APELACIO, ET AL. | 4/20/00 | 4/20/01 |
| 1 | Court Bond | 5998244 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | RICHARD L. MARTIN | 4/20/00 | 4/20/01 |
| 1 | Court Bond | 5998245 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | RICHARD L. MARTIN | 4/20/00 | 4/20/01 |
| 1 | Court Bond | 5998246 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | CLEO DORSEY | 4/20/00 | 4/20/01 |
| 1 | Court Bond | 5998247 | 1,500.00 | WASHINGTON MUTUAL BANK, FA -  PLAINTIFF | CLEO DORSEY, KIP CYPRUS AND RMP ENTERPRISES, INC. ET AL | 4/20/02 | 4/20/03 |
| 1 | Court Bond | 5998253 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | JIRO YAMAMOTO | 5/4/00 | 5/4/01 |
| 1 | Court Bond | 5998254 | 1,500.00 | WASHINGTON MUTUAL, INC. | JIRO YAMAMOTO & YAEKO YAMAMOTO, ET AL | 5/4/00 | 5/4/01 |
| 1 | Court Bond | 5998256 | 1,500.00 | WASHINGTON MUTUAL, INC. | JIRO YAMAMOTO & YAEKO YAMAMOTO ET AL | 5/25/00 | 5/25/01 |
| 1 | Court Bond | 5998259 | 2,500.00 | WASHINGTON MUTUAL BANK, FA | CLOYCE HUFF, INDIV; ROGER & NANCY ROMMEL, INDIV., DOES 1-100 | 7/7/00 | 7/7/01 |
| 1 | Court Bond | 5998260 | 2,500.00 | WASHINGTON MUTUAL BANK, FA -PLAINTIFF | W. CLOYCE HUFF,INDIV & AS TRUSTEE OF W. CLOYCE HUFF MARITAL | 7/7/00 | 7/7/01 |
| 1 | Court Bond | 6026014 | 30,000.00 | WASHINGTON MUTUAL BANK  - PLAINTIFF | BURRIELL C. KUSTNER AND JANE DOE KUSTNER H/W  - DEFENDANTS | 11/12/99 | 11/12/00 |
| 1 | Court Bond | 6072176 | 5,000.00 | WASHINGTON MUTUAL BANK | PACIFIC COUNTY SHERIFF | 7/24/00 | 7/24/01 |
| 1 | Court Bond | 6072177 | 5,000.00 | WASHINGTON MUTUAL BANK | PIERCE COUNTY SHERIFF | 7/26/00 | 7/26/01 |
| 1 | Court Bond | 6076305 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | CARLTON A. MEAD | 7/14/00 | 7/14/01 |
| 1 | Court Bond | 6076311 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | RUTHERFORD DAWSON | 8/9/00 | 8/9/01 |
| 1 | Court Bond | 6076312 | 1,500.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFF | RUTHERFORD DAWSON, ET AL  - DEFENDANT | 8/9/00 | 8/9/01 |
| 1 | Court Bond | 6076313 | 1,500.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFF | JOYCE KIRBY, ET AL   -   DEFENDENT | 8/10/00 | 8/10/01 |
| 1 | Court Bond | 6076314 | 1,500.00 | WASHINGTON MUTUAL, FA, - PLAINTIFF | JOYCE KIRBY, ETAL  -  DEFENDANT | 8/10/00 | 8/10/01 |
| 1 | Court Bond | 6076315 | 15,000.00 | WASHINGTON MUTUAL, INC.  - PLAINTIFF | RUTHERFORD DAWSON, ET AL  - DEFENDENT(S) | 8/10/00 | 8/10/01 |
| 1 | Court Bond | 6076316 | 1,500.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFF | RICHARD L. MARTIN, ET AL   - DEFENDANT | 8/15/00 | 8/15/01 |
| 1 | Court Bond | 6076317 | 5,000.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFF | J.D. PROPERTIES COMPANY AND DOES 1 THROUGH 100, INCLUSIVE | 8/16/00 | 8/19/01 |
| 1 | Court Bond | 6076321 | 5,000.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFF | J.D. PROPERTIES COMPANY AND DOES 1 THROUGH 100,INCLUSIVE | 8/16/00 | 8/16/01 |
| 1 | Court Bond | 6076327 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | JOYCE KIRBY, ET AL | 9/18/00 | 9/18/01 |
| 1 | Court Bond | 6076336 | 2,500.00 | FEDERAL NATIONAL MORTGAGE ASSOCIATION | JOSEPH&PRISCILLA ISHIZAKI,YARDPETCH&UPON MCMANNIS,DOES 1-100 | 11/2/00 | 11/2/01 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Court Bond | 6076338 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | GWENDOLYN E CRISP | 11/13/00 | 11/13/01 |
| 1 | Court Bond | 6076339 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | GWENDOLYN E CRISP | 11/13/00 | 11/13/01 |
| 1 | Court Bond | 6076340 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | GWENDOLYN E CRISP | 11/13/00 | 11/13/01 |
| 1 | Court Bond | 6076341 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | GWENDOLYN E CRISP | 11/13/00 | 11/13/01 |
| 1 | Court Bond | 6080899 | 5,000.00 | WASHINGTON MUTUAL BANK | SNOHOMISH COUNTY SHERIFF | 8/1/00 | 8/1/01 |
| 1 | Court Bond | 6080906 | 5,000.00 | WASHINGTON MUTUAL BANK | CLARK COUNTY SHERIFF | 8/9/00 | 8/9/01 |
| 1 | Court Bond | 6083049 | 1,500.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFF | AMIGOS ASSOCIATES, L.P. - DEFENDANT | 12/29/01 | 12/29/02 |
| 1 | Court Bond | 6091604 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | GWENDOLYN E. CRISP, INDV. & AS SUCCESSOR TO CHARLES E. CRISP | 11/29/00 | 11/29/01 |
| 1 | Court Bond | 6091605 | 1,500.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFF | GWENDOLYNE E. CRISP, INDIVIDUALLY & AS SUCCESSOR TO CHARLES | 11/30/00 | 11/30/01 |
| 1 | Court Bond | 6091608 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | TAHEREH KATOOZIAN, FREDERICO SAYRE, DOES 1-100 | 12/15/00 | 12/15/01 |
| 1 | Court Bond | 6091609 | 1,500.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFF | TAHEREK KATOOZIAN, FREDERICO SAYRE, DOES 1-100 | 12/15/00 | 12/15/01 |
| 1 | Court Bond | 6091610 | 1,500.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFF | JOSEPH P. & JOSEPH L. SAPIENZA, MELVIN & PATRICIA MARKMAN, AMIGOS ASSOCIATES, L.P., AIDA | 12/15/00 | 12/15/01 |
| 1 | Court Bond | 6091611 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | ALVAREZ AS ADMINISTRATOR OF KERN COUNTY MENTAL HEALTH ASSOCIATION | 12/15/00 | 12/15/01 |
| 1 | Court Bond | 6091612 | 20,000.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFF | KERN COUNTY MENTAL HEALTH ASSOC., A CA NON PROFIT PUBLIC | 12/21/00 | 12/21/01 |
| 1 | Court Bond | 6091613 | 20,000.00 | WASHINGTON MUTUAL, INC. | SHERIFF OF SNOHOMISH COUNTY | 12/21/00 | 12/21/01 |
| 1 | Court Bond | 6092168 | 5,000.00 | WASHINGTON MUTUAL, INC. | SHERIFF OF SNOHOMISH COUNTY | 1/31/01 | 1/31/02 |
| 1 | Court Bond | 6100525 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | TAHEREH KATOOZIAN, FREDERICO C SAYRE, DOES 1-100 | 1/5/01 | 1/5/02 |
| 1 | Court Bond | 6100526 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | SO HWA HO ALSO KNOWN AS SO-HWA CHANG | 1/5/01 | 1/5/02 |
| 1 | Court Bond | 6100528 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | SO HWA HO, ALSO KNOWN AS SO-HWA CHANG OR IRENE SO HWA | 1/8/01 | 1/8/02 |
| 1 | Court Bond | 6100531 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | DEXTER A. HENDERSON, ET AL | 1/19/01 | 1/19/02 |
| 1 | Court Bond | 6100538 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | SO HWA HO ALSO KNOWN AS SO-HWA CHANG OR IRENE SO HWA CHANG | 1/22/01 | 1/22/02 |
| 1 | Court Bond | 6100540 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | DEBRA LYNN SCHOLL | 1/31/01 | 1/31/02 |
| 1 | Court Bond | 6100541 | 1,500.00 | WASHINGTON MUTUAL BANK, FA PLAINTIFF | DEBRA LYNN SCHOLL, EXECUTOR OF ESTATE OF HELEN J. SCHOLL | 1/31/01 | 1/31/02 |
| 1 | Court Bond | 6100547 | 1,500.00 | WASHINGTON MUTUAL BANK, FA PLAINTIFF | HUGH PENDELTON, ET AL DEFENDANTS | 2/6/01 | 2/6/02 |
| 1 | Court Bond | 6100548 | 1,500.00 | WASHINGTON MUTUAL BANK, FAPLAINTIFF | HUGH PENDELTON, ET ALDEFENDANTS | 2/6/01 | 2/6/02 |
| 1 | Court Bond | 6100576 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | HUGH PENDLETON AND DOES 1-100, INCLUSIVE | 2/23/01 | 2/23/02 |
| 1 | Court Bond | 6113761 | 1,500.00 | WASHINGTON MUTUAL, INC. PLAINTIFF(S) | JESUS MANUEL CARRENO, REINA HILDA L. CARRENO AND DOES 1-100 | 4/5/01 | 4/5/02 |
| 1 | Court Bond | 6113762 | 1,500.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFF | JESUS MANUEL CARRENO, REINA HILDA L. CARRENO AND DOES 1 | 4/5/01 | 4/5/02 |
| 1 | Court Bond | 6113763 | 100,000.00 | WASHINGTON MUTUAL BANK, DBA WESTERN BANK - PLAINTIFF | WEST LAKE INDUSTRIES, L.L.C. & DEBRA A PADDOCK - DEFENDANTS | 4/6/01 | 4/6/02 |
| 1 | Court Bond | 6113771 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | MARTHA LOVELACE, ET AL | 4/18/01 | 4/18/02 |
| 1 | Court Bond | 6113772 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | MARTHA LOVELACE, ET AL | 4/18/01 | 4/18/02 |
| 1 | Court Bond | 6113795 | 30,000.00 | WM FINANCIAL SERVICES, INC. - PLAINTIFF | JOHN D. ALLEN & MARITAL COMMUNITY COMPRISED OF JOHN D.& JANE | 5/10/01 | 5/10/02 |
| 1 | Court Bond | 6114429 | 1,500.00 | WASHINGTON MUTUAL BANK, FA (PLAINTIFF) | GREATER POMONA HOUSING DEV. CORP., CITY OF POMONA, COMMUNITY | 5/30/01 | 5/30/02 |
| 1 | Court Bond | 6114431 | 1,500.00 | WASHINGTON MUTUAL BANK, FA (PLAINTIFF) | GREATER POMONA HOUSING DEV. CORP., CITY OF POMONA, COMMUNITY | 5/30/01 | 5/30/02 |
| 1 | Court Bond | 6114433 | 1,500.00 | WASHINGTON MUTUAL BANK, FA (PLAINTIFF) | GREATER POMONA HOUSING DEV. CORP., CITY OF POMONA, COMMUNITY | 5/30/01 | 5/30/02 |
| 1 | Court Bond | 6114434 | 1,500.00 | WASHINGTON MUTUAL BANK, FA (PLAINTIFF) | GREATER POMONA HOUSING DEV. CORP., CITY OF POMONA, COMMUNITY | 5/30/01 | 5/30/02 |
| 1 | Court Bond | 6114435 | 1,500.00 | WASHINGTON MUTUAL BANK, FA (PLAINTIFF) | GREATER POMONA HOUSING DEV. CORP., CITY OF POMONA, COMMUNITY | 5/30/01 | 5/30/02 |
| 1 | Court Bond | 6114436 | 1,500.00 | WASHINGTON MUTUAL BANK, FA (PLAINTIFF) | GREATER POMONA HOUSING DEV. CORP., CITY OF POMONA, COMMUNITY | 5/30/01 | 5/30/02 |
| 1 | Court Bond | 6114437 | 1,500.00 | WASHINGTON MUTUAL BANK, FA (PLAINTIFF) | GREATER POMONA HOUSING DEV. CORP., CITY OF POMONA, COMMUNITY | 5/30/01 | 5/30/02 |
| 1 | Court Bond | 6114438 | 1,500.00 | WASHINGTON MUTUAL BANK, FA (PLAINTIFF) | GREATER POMONA HOUSING DEV. CORP., CITY OF POMONA, COMMUNITY | 5/30/01 | 5/30/02 |
| 1 | Court Bond | 6114453 | 2,500.00 | WASHINGTON MUTUAL BANK, FA (PLAINTIFF) | ELODIA O. AGUILERA AND DOES 1-100, INCLUSIVE | 6/7/01 | 6/7/02 |
| 1 | Court Bond | 6114454 | 2,500.00 | WASHINGTON MUTUAL BANK, FA (PLAINTIFF) | ELODIA O AGUILERA, A TRUSTEE OF THE ANTONIO R AUILERA & | 6/7/01 | 6/7/02 |
| 1 | Court Bond | 6114466 | 1,500.00 | WASHINGTON MUTUAL BANK, FA-PLAINTIFFS | GREATER POMONA HOUSING DEVELOPMENT CORP; CITY OF POMONA; | 6/21/02 | 6/21/03 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Court Bond | 6114467 | 1,500.00 | WASHINGTON MUTUAL BANK, FA. - PLAINTIFFS | GREATER POMONA HOUSING DEVELOPMENT CORP, CITY OF POMONA, | 6/21/02 | 6/21/03 |
| 1 | Court Bond | 6114468 | 1,500.00 | WASHINGTON MUTUAL BANK, FA -PLAINTIFFS | GREATER POMONA HOUSING DEVELOPMENT CORP; CITY OF POMONA | 6/21/02 | 6/21/03 |
| 1 | Court Bond | 6114469 | 1,500.00 | WASHINGTON MUTUAL BANK, FA, -PLAINTIFFS | GREATER POMONA HOUSING DEVELOPMENT CORP, CITY OF POMONA, | 6/21/02 | 6/21/03 |
| 1 | Court Bond | 6126646 | 1,000.00 | WASHINGTON MUTUAL BANK, A WA CORP. - PLAINTIFF | WILLIAM J. PAWLOSKI - DEFENDANT | 7/25/01 | 7/25/02 |
| 1 | Court Bond | 6132170 | 7,500.00 | WASHINGTON MUTUAL BANK, F.A.(PLAINTIFF) | R.S.S. AERO IND., ETC., ET AL (DEFENDANT) | 9/7/01 | 9/7/02 |
| 1 | Court Bond | 6132197 | 25,000.00 | WASHINGTON MUTUAL BANK, FA(PLAINTIFF) | FOUNDATION FUNDING GROUP,INC. DBA GREATSTONE MORTGAGE, COREY | 9/19/01 | 9/19/02 |
| 1 | Court Bond | 6132208 | 7,500.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFF | EEXCELL HOMES, INC. A CA CORP.; JACOBSSON ENGINEERING CON- | 9/25/01 | 9/25/02 |
| 1 | Court Bond | 6132266 | 1,500.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFF | DEBRA LYNN SCHOLL, EXECUTOR OF THE ESTATE OF HELEN J. SCHOLL | 10/11/01 | 10/11/02 |
| 1 | Court Bond | 6141835 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | DEBRA LYNN SCHOLL, ET AL | 10/26/01 | 10/26/02 |
| 1 | Court Bond | 6141839 | 7,500.00 | WASHINGTON MUTUAL BANK, FA PLAINTIFF | WILLIAM W. WONG, THERESA WONG, HENRY W. YU, AMY YU AND DOES | 10/31/01 | 10/31/02 |
| 1 | Court Bond | 6141844 | 1,500.00 | WASHINGTON MUTUAL BANK, FA (PLAINTIFF) | JULIETA ORTIZ ICEDO & DOES 1-100 INCLUSIVE (DEFENDANT) | 11/2/01 | 11/2/02 |
| 1 | Court Bond | 6141845 | 1,500.00 | WASHINGTON MUTUAL BANK, FA (PLAINTIFF) | JULIETA ORTIZ ICEDO & DOES 1-100, INCLUSIVE (DEFENDANT) | 11/2/01 | 11/2/02 |
| 1 | Court Bond | 6141846 | 1,500.00 | WASHINGTON MUTUAL BANK, FA (PLAINTIFF) | FRANCISO, JOSE, MARIA, JULIO, MARLENE CASAS & DOES 1-100 | 11/2/01 | 11/2/02 |
| 1 | Court Bond | 6141847 | 1,500.00 | WASHINGTON MUTUAL BANK, INC.- PLAINTIFF | FRANCISCO CASAS, JOSE CASAS, MARIA E. CASAS, JULIO CASAS, | 11/2/01 | 11/2/02 |
| 1 | Court Bond | 6142090 | 1,500.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFFS | VICTOR JONES, BRUCE HALL, B2JI, LLC & DOES 1-100 INCLUSIVE | 12/14/01 | 12/14/02 |
| 1 | Court Bond | 6142091 | 1,500.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFFS | VICTOR JONES, BRUCE HALL, B2JI, LLC AND DOES 1 THROUGH 100, | 12/14/01 | 12/14/02 |
| 1 | Court Bond | 6142092 | 1,500.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFFS | WILLIE J. ATTERBERRY SR., ET AL - DEFENDANTS | 12/14/01 | 12/14/02 |
| 1 | Court Bond | 6142093 | 1,500.00 | WASHINGTON MUTUAL, FA | WILLIE J. ATTERBERRY, SR., ET AL - DEFENDANTS | 12/14/01 | 12/14/02 |
| 1 | Court Bond | 6142111 | 50,000.00 | WASHINGTON MUTUAL BANK, FDBA WESTERN BANK, | ALLING ENTERPRISES, INC., A WASHINGTON CORPORATION; ARDIS M. | 1/8/02 | 1/8/03 |
| 1 | Court Bond | 6142175 | 1,500.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFFS | VICTOR JONES, ET AL - DEFENDANTS | 1/8/02 | 1/8/03 |
| 1 | Court Bond | 6142179 | 1,500.00 | WASHINGTON MUTUAL BANK, FA (PLAINTIFF) | SAMUEL R. SALAZAR, ET AL (DEFENDANT) | 1/24/02 | 1/24/03 |
| 1 | Court Bond | 6142180 | 1,500.00 | WASHINGTON MUTUAL BANK, FA (PLAINTIFF) | SAMUEL R. SALAZAR, ET AL (DEFENDANT) | 1/24/02 | 1/24/03 |
| 1 | Court Bond | 6142244 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | SAMUEL R. SALAZAR, ET AL | 2/12/03 | 2/12/04 |
| 1 | Court Bond | 6142266 | 2,200.00 | WASHINGTON MUTUAL BANK, FA | LENHARD P. PRESZLER,CO-TRUSTEE OF THE PRESZLER FAMILY TRUST | 2/22/02 | 2/22/03 |
| 1 | Court Bond | 6142288 | 2,500.00 | WASHINGTON MUTUAL BANK, FA | HUNTINGTON BEACH CENTERS, A CA GENERAL PARTNERSHIP,WILLIAM | 3/7/03 | 3/7/04 |
| 1 | Court Bond | 6142289 | 2,500.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFFS | HUNTINGTON BEACH CENTERS, WILLIAM N. LOBEL,INDIV. HUNTINGTON | 3/7/02 | 3/7/03 |
| 1 | Court Bond | 6159629 | 1,500.00 | WASHINGTON MUTUAL BANK, FA (PLAINTIFF) | ASA ARAVA, THEDA DE JESUS ALEXANDER, JOHN GRIGO, COURT | 4/5/02 | 4/5/03 |
| 1 | Court Bond | 6159630 | 1,500.00 | WASHINGTON MUTUAL BANK, FA (PLAINTIFF) | ASA ARAVA, THEDA DE JESUS ALEXANDER, JOHN GRIGO, CORT KLOKE, | 4/5/02 | 4/5/03 |
| 1 | Court Bond | 6159643 | 2,500.00 | WASHINGTON MUTUAL BANK, FA | LENHARD P. PRESZLER, CO-TRUSTEE OF THE PRESZLER FAMILY TRUST | 4/10/02 | 4/10/03 |
| 1 | Court Bond | 6159644 | 2,500.00 | WASHINGTON MUTUAL BANK, FA | LENHARD P. PRESZLER, CO-TRUSTEE OF THE PRESZLER FAMILY TRUST | 4/10/02 | 4/10/03 |
| 1 | Court Bond | 6163406 | 7,500.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFF | HYUNG RAE KIM, ET AL - DEFENDANTS | 5/1/02 | 5/1/03 |
| 1 | Court Bond | 6163407 | 1,500.00 | WASHINGTON MUTUAL BANK, FA -PLAINTIFF | ASA ARAVA, ET AL -DEFENDANTS | 5/1/02 | 5/1/03 |
| 1 | Court Bond | 6166819 | 1,500.00 | WASHINGTON MUTUAL, FA | AYNN RALPH SHAFIK | 6/7/02 | 6/7/03 |
| 1 | Court Bond | 6166820 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | FRANCISCO CASA, ET AL (DEFENDANT) FRANCISCO CASAS, ET AL | 6/12/02 | 6/12/03 |
| 1 | Court Bond | 6166851 | 1,500.00 | WASHINGTON MUTUAL, FA - PLAINTIFF | PIO LUZ, JOSEFA LUZ AND DOES 1 THROUGH 100, INCLUSIVE | 6/27/02 | 6/27/03 |
| 1 | Court Bond | 6166852 | 1,500.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFF | PIO LUZ, JOSEFA LUZ AND DOES 1 THROUGH 100, INCLUSIVE | 6/27/02 | 6/27/03 |
| 1 | Court Bond | 6174720 | 10,000.00 | WASHINGTON MUTUAL BANK, FA, PLAINTIFF(S) | DROR BEN-AMY, ET AL, DEFENDANT(S) | 8/20/02 | 8/20/03 |
| 1 | Court Bond | 6174736 | 30,000.00 | WASHINGTON MUTUAL BANK, FA | SHERPA INDUSTRIES, LLC, PETER J | 8/27/02 | 8/27/03 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | | | | (PLAINTIFF) | KEOGH & LYNN HOUGH CONST.LLC | | |
| 1 | Court Bond | 6184552 | 1,500.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFFS | JESUS MANUEL CARRENO, ETAL - DEFENDANTS | 9/20/02 | 9/20/03 |
| 1 | Court Bond | 6184553 | 1,500.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFFS | JESUS MANUEL CARRENO, ET AL - DEFENDANTS | 9/20/02 | 9/20/03 |
| 1 | Court Bond | 6186232 | 1,500.00 | WASHINGTON MUTUAL BANK, FA, (PLAINTIFF) | AYNN SHAFIK, ET AL (DEFENDANT) | 9/25/02 | 6/25/03 |
| 1 | Court Bond | 6186233 | 1,500.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFF | AYNN SHAFIK, ET AL - DEFENDANTS | 9/25/02 | 9/25/03 |
| 1 | Court Bond | 6186310 | 232,300.00 | WASHINGTON MUTUAL BANK - PLAINTIFF | BAKKER BROTHERS USA INC.; B&B FARMS; NORTHWEST FARM CREDIT; JESUS MANUEL & REINA HILDA L. CARRENO, JOSE A. CASTANEDA, JR | 10/7/02 | 10/7/03 |
| 1 | Court Bond | 6188856 | 1,500.00 | WASHINGTON MUTUAL BANK, FA (PLAINTIFF) | ABUNDANT CAPITAL INC. (DEFENDANT) | 12/2/02 | 12/2/03 |
| 1 | Court Bond | 6199455 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | IBERIA INVESTMENTS, INC. ET AL. | 1/2/03 | 1/2/04 |
| 1 | Court Bond | 6202781 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | IBERIA INVESTMENTS, INC. ET AL. | 4/2/03 | 4/2/04 |
| 1 | Court Bond | 6202782 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | JOSE H. SANCHEZ, ETC., ET AL DEFENDANTS | 4/2/03 | 4/2/04 |
| 1 | Court Bond | 6202799 | 10,000.00 | WASHINGTON MUTUAL BANK, FA PLAINTIFF | FRIDAY'S FOODLINE, INC. A CALIFORNIA CORPORATION, ET AL | 2/11/03 | 2/11/04 |
| 1 | Court Bond | 6202816 | 16,000.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFFS | IBERIA INVESTMENTS, INC. ET AL | 3/12/03 | 3/12/04 |
| 1 | Court Bond | 6202878 | 1,500.00 | WASHINGTON MUTUAL BANK, FA (PLAINTIFF) | FRIDAY'S FOODLINE, INC, ETC, ET AL (DEFENDANTS) | 4/21/03 | 4/21/04 |
| 1 | Court Bond | 6216600 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | RICK HEMERICK, ET AL (DEFENDANT) | 5/1/03 | 5/1/04 |
| 1 | Court Bond | 6222337 | 2,500.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFF | RICK HEMERICK, ET AL -DEFENDANT | 6/4/03 | 6/4/04 |
| 1 | Court Bond | 6222338 | 2,500.00 | WASHINGTON MUTUAL BANK | CHRIS BROWN, AS SHERIFF OF DOUGLAS COUNTY, OREGON | 6/4/03 | 6/4/04 |
| 1 | Court Bond | 6222339 | 170,000.00 | WASHINGTON MUTUAL BANK, FA - PLAINTIFF | ROBERT G. ALLEN CO., INC. ETC, ET AL. - DEFENDANT | 6/6/03 | 6/6/04 |
| 1 | Court Bond | 6222493 | 10,000.00 | WASHINGTON MUTUAL BANK, FA | ZIFF FAMILY MARKETS,INC. DBA: FOUR SEASONS MARKET; RONALD L. | 6/25/03 | 6/25/04 |
| 1 | Court Bond | 6229567 | 10,000.00 | WASHINGTON MUTUAL BANK, FA (PLANTIFF) | MONCKS CORNER FINANCE, INC; MICHAEL J STRONG, SHERRY STRONG, | 7/7/03 | 7/7/04 |
| 1 | Court Bond | 6229663 | 1,000,000.00 | WASHINGTON MUTUAL BANK, FA, ET AL (DEFENDANT) | RANCHO BERNARDO COMMUNITY BANK | 8/11/03 | 8/11/04 |
| 1 | Court Bond | 6237447 | 100,342.00 | WASHINGTON MUTUAL, FAPLAINTIFF | RENO METAL PRODUCTS,INC. DBA RENO SHEET METAL CO. ETAL | 9/29/08 | 9/29/09 |
| 1 | Court Bond | 6241585 | 10,000.00 | WASHINGTON MUTUAL BANK, FA | JAMES M. DONEGAN,AN INDIVIDUAL & DOES 1 THROUGH 50 INCLUSIVE | 10/13/03 | 10/13/04 |
| 1 | Court Bond | 6255195 | 10,000.00 | WASHINGTON MUTUAL BANK, FA | AFFORDABLE HOUSING SERVICES, INC. | 12/23/03 | 12/23/04 |
| 1 | Court Bond | 6255288 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | REBECCA B. TWIGHT, INDIVIDUALLY & AS TRUSTEE OF THE TWIGHT | 3/26/04 | 3/26/05 |
| 1 | Court Bond | 6255305 | 1,500.00 | WASHINGTON MUTUAL BANK, FA (PLAINTIFF) | REBECCA B. TWIGHT, ET AL. (DEFENDANT) | 4/14/04 | 4/14/05 |
| 1 | Court Bond | 6255310 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | TERRA-CAL CONSTRUCITON, INC., A CALIFORNIA CORPORATION,ET AL | 4/21/04 | 4/21/05 |
| 1 | Court Bond | 6255343 | 10,000.00 | WASHINGTON MUTUAL BANK, FA | INEZ HURST, ET AL | 3/22/04 | 3/22/05 |
| 1 | Court Bond | 6311353 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | INEZ HURST, ET AL | 11/2/04 | 11/2/05 |
| 1 | Court Bond | 6311354 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | JINT INVESTMENT CORPORATION | 11/2/04 | 11/2/05 |
| 1 | Court Bond | 6311355 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | JINT INVESTMENT CORPORATION | 11/11/04 | 11/11/05 |
| 1 | Court Bond | 6311356 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | INEZ HURST, ET AL | 11/11/04 | 11/11/05 |
| 1 | Court Bond | 6311357 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | JINT INVESTMENT CORPORATION | 11/11/04 | 11/11/05 |
| 1 | Court Bond | 6317485 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | AZTECA CONSTRUCTION, INC., RAFAEL M. MARTIN, ROSA M. MARTIN* | 12/6/04 | 12/6/05 |
| 1 | Court Bond | 6317493 | 10,000.00 | WASHINGTON MUTUAL BANK, FA | PECKHAM INDUSTRIAL COATINGS, INC. | 12/15/04 | 12/15/05 |
| 1 | Court Bond | 6317498 | 10,000.00 | WASHINGTON MUTUAL | RICHARD AND NANCY MADSEN | 1/6/08 | 1/6/09 |
| 1 | Court Bond | 6317510 | 1,009,643.00 | WASHINGTON MUTUAL BANK FSB | MARTIN SHAFRON, MARGARET SHAFRON, KEVIN D. JANISON, TERRI S. JANISON | 2/4/08 | 2/4/09 |
| 1 | Court Bond | 6317548 | 303,825.00 | WASHINGTON MUTUAL BANK FA | CHARO COMMUNITY DEVELOPMENT CORPORATION | 3/8/08 | 3/8/09 |
| 1 | Court Bond | 6317568 | 10,000.00 | WASHINGTON MUTUAL | DANIEL J. LAROCH | 3/22/08 | 3/22/09 |
| 1 | Court Bond | 6342259 | 162,000.00 | WASHINGTON MUTUAL BANK | DANIEL J. LAROCH | 6/22/08 | 6/22/09 |
| 1 | Court Bond | 6361652 | 324,512.78 | WASHINGTON MUTUAL BANK | SUPERIOR COURT OF THE STATE OF CALIFORNIA | 7/28/08 | 7/28/09 |
| 1 | Court Bond | 6361653 | 125,000.00 | WASHINGTON MUTUAL | BRIAN E. HAYES AND ROBIN HAYES | 8/1/08 | 8/1/09 |
| 1 | Court Bond | 6361720 | 50,000.00 | WASHINGTON MUTUAL | PHILLIP INIGUEZ | 10/11/08 | 10/11/09 |
| 1 | Court Bond | 6361795 | 1,500.00 | WASHINGTON MUTUAL | PHILLIP INIGUEZ | 5/2/06 | 5/2/07 |
| 1 | Court Bond | 6361796 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | PHILLIP INIGUEZ | 5/2/06 | 5/2/07 |
| 1 | Court Bond | 6361835 | 1,500.00 | WASHINGTON MUTUAL | UNITED AKAL, L.L.C.D, HARTZ KRISPY CHICKEN N ROLLS, VARPAL * | 5/22/06 | 5/22/07 |
| 1 | Court Bond | 6361839 | 52,500.00 | WASHINGTON MUTUAL | EDWARD A. SCHWALLY | 6/6/06 | 6/6/07 |
| 1 | Court Bond | 6423280 | 140,000.00 | WASHINGTON MUTUAL | STATE OF NEVADA, DEPARTMENT OF BUILDING & SAFETY | 6/13/08 | 6/13/09 |
| 1 | Court Bond | 6423294 | 465,506.00 | WASHINGTON MUTUAL | STATE OF NEVADA, DEPARTMENT OF | 9/13/06 | 9/13/07 |
| 1 | Court Bond | 6423295 | 482,094.00 | WASHINGTON MUTUAL | STATE OF NEVADA, DEPARTMENT OF | 9/13/06 | 9/13/07 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Court Bond | 6423305 | 2,500.00 | WASHINGTON MUTUAL | BUILDING & SAFETY NICHOLAS LATIMER | 11/3/06 | 11/3/07 |
| 1 | Court Bond | 6423306 | 2,500.00 | WASHINGTON MUTUAL BANK, FA | NICHOLAS LATIMER | 11/3/06 | 11/3/07 |
| 1 | Court Bond | 6423335 | 1,500.00 | WASHINGTON MUTUAL | SAEED DAVID SADRI | 2/6/07 | 2/6/08 |
| 1 | Court Bond | 6423336 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | SAEED DAVID SADRI | 2/6/07 | 2/6/08 |
| 1 | Court Bond | 6423356 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | SAEED DAVID SADRI | 3/9/07 | 3/9/08 |
| 1 | Court Bond | 6423369 | 2,500.00 | WASHINGTON MUTUAL | POWERHOUSE DEVELOPMENT CORPORATION, SUPERIOR COURT OF CALIF* | 7/23/07 | 7/23/08 |
| 1 | Court Bond | 6423370 | 2,500.00 | WASHINGTON MUTUAL BANK, FA | POWERHOUSE DEVELOPMENT CORPORATION, SUPERIOR COURT OF CALIF* | 7/23/07 | 7/23/08 |
| 1 | Court Bond | 6423371 | 2,500.00 | WASHINGTON MUTUAL | POWERHOUSE DEVELOPMENT CORPORATION | 8/10/07 | 8/10/08 |
| 1 | Court Bond | 6525102 | 10,000.00 | WASHINGTON MUTUAL | MOST CREATIVE ENTERTAINMENT | 11/12/08 | 11/12/09 |
| 1 | Court Bond | 6525103 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | GREATER BETHANY ECONOMIC DEVELOPMENT CORPORATION; THE CITY OF LOS ANGELES | 12/19/07 | 12/19/08 |
| 1 | Court Bond | 6525104 | 1,500.00 | WASHINGTON MUTUAL | GREATER BETHANY ECONOMIC DEVELOPMENT CORPORATION; THE CITY OF LOS ANGELES | 12/19/07 | 12/19/08 |
| 1 | Court Bond | 6525105 | 405,455.18 | WASHINGTON MUTUAL BANK | DREW M. DILLWORTH, | 12/20/07 | 12/20/08 |
| 1 | Court Bond | 6525106 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | GREATER BETHANY ECONOMIC DEVELOPMENT CORPORATION; THE CITY OF LOS ANGELES | 1/15/08 | 1/15/09 |
| 1 | Court Bond | 6525107 | 1,500.00 | WASHINGTON MUTUAL | JORGE ESPARZA, ET AL | 1/25/08 | 1/25/09 |
| 1 | Court Bond | 6525108 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | JORGE ESPARZA, ET AL | 1/25/08 | 1/25/09 |
| 1 | Court Bond | 6525109 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | JORGE ESPARZA, ET AL | 2/20/08 | 2/20/09 |
| 1 | Court Bond | 6525110 | 291,746.74 | WASHINGTON MUTUAL BANK, SUCCESSOR IN INTEREST TO WASHINGTON MUTUAL HOME LOANS | WOOLMAN OVAL HOLDINGS, INC. | 3/19/08 | 3/19/09 |
| 1 | Court Bond | 6525111 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | CUSTOM ADVANTAGE BUILDERS, INC. | 3/27/08 | 3/27/09 |
| 1 | Court Bond | 6525112 | 1,500.00 | U.S. BANK NATIONAL ASSOCIATION | ERNEST W. BRUNSON | 4/11/08 | 4/11/09 |
| 1 | Court Bond | 6525113 | 1,500.00 | U.S. BANK NATIONAL ASSOCIATION | ERNEST W. BRUNSON | 4/11/08 | 4/11/09 |
| 1 | Court Bond | 6525114 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | CUSTOM ADVANTAGE BUILDERS, INC. | 4/21/08 | 4/21/09 |
| 1 | Court Bond | 6525116 | 1,500.00 | U.S. BANK NATIONAL ASSOCIATION | ERNEST W. BRUNSON | 5/12/08 | 5/12/09 |
| 1 | Court Bond | 6525117 | 1,500.00 | WASHINGTON MUTUAL BANK | MANUEL R. CONTRERAS | 5/12/08 | 5/12/09 |
| 1 | Court Bond | 6525119 | 1,500.00 | WASHINGTON MUTUAL BANK | SHADOW MOUNTAIN, LLC | 5/16/08 | 5/16/09 |
| 1 | Court Bond | 6525123 | 2,500.00 | WASHINGTON MUTUAL | RJ PROPERTY INVESTMENTS, LLC | 6/9/08 | 6/9/09 |
| 1 | Court Bond | 6525124 | 2,500.00 | WASHINGTON MUTUAL | RJ PROPERTY INVESTMENTS, LLC | 6/9/08 | 6/9/09 |
| 1 | Court Bond | 6525125 | 2,500.00 | WASHINGTON MUTUAL | RJ PROPERTY INVESTMENTS, LLC | 7/9/08 | 7/9/09 |
| 1 | Court Bond | 6525126 | 1,500.00 | WASHINGTON MUTUAL | PARVIZ SANIEOFF ET AL | 8/5/08 | 8/5/09 |
| 1 | Court Bond | 6525127 | 1,500.00 | WASHINGTON MUTUAL BANK, FA | PARVIZ SANIEOFF ET AL | 8/5/08 | 8/5/09 |
| 1 | Court Bond | 6525128 | 2,500.00 | WASHINGTON MUTUAL BANK, FA | JAIME ARELLANO | 8/11/08 | 8/11/09 |
| **207** | **Court Bond Total** | | **6,099,124.70** | | | | |
| 1 | Guarantee Payment Bond | 4486244 | 91,550.00 | HOME SAVINGS OF AMERICA | Florida Power & Light Company | 9/7/00 | 9/7/01 |
| 1 | Guarantee Payment Bond | 4689056 | 1,500.00 | HOME SAVINGS OF AMERICA | WITHLACOOCHEE RIVER ELECTRIC COOPERATIVE, INC. | 7/27/01 | 7/27/02 |
| 1 | Guarantee Payment Bond | 4787032 | 1,835.00 | HOME SAVINGS OF AMERICA | Fort Pierce Utilities Authority | 11/11/00 | 11/11/01 |
| 1 | Guarantee Payment Bond | 5946522 | 284,905.00 | WASHINGTON MUTUAL BANK FA | FLORIDA POWER AND LIGHT COMPANY | 1/14/08 | 1/14/09 |
| 1 | Guarantee Payment Bond | 5946528 | 73,930.00 | WASHINGTON MUTUAL BANK, FA | CITY OF LAKE WORTH | 3/25/08 | 3/25/09 |
| 1 | Guarantee Payment Bond | 5986048 | 4,000,000.00 | WASHINGTON MUTUAL, INC. | KEMARK FINANCIAL SERVICES, INC. | 6/7/08 | 6/7/09 |
| 1 | Guarantee Payment Bond | 6037709 | 2,397.00 | BRYANT FINANCIAL CORPORATION | BELL VINTAGE HOMEOWNERS ASSOCIATION | 11/3/08 | 11/3/09 |
| 1 | Guarantee Payment Bond | 6423339 | 50,000.00 | PROVIDIAN LEASING CORPORATION | STATE OF CALIFORNIA. | 8/1/08 | 8/1/09 |
| 1 | Guarantee Payment Bond | 6525134 | 50,000.00 | WASHINGTON MUTUAL BANK | STATE OF FLORIDA | 9/9/08 | 9/9/09 |
| **9** | **Guarantee Payment Bond Total** | | **4,556,117.00** | | | | |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | License/Perm it Bond | 2062431 | 7,500.00 | OXFORD INVESTMENT CORPORATION | State of California | 10/26/99 | 10/26/02 |
| 1 | License/Perm it Bond | 4095618 | 10,000.00 | WASHINGTON MUTUAL INSURANCE SERVICES, INC. | STATE OF CALIFORNIA/DEPARTMENT OF INSURANCE | 1/28/03 | 1/28/04 |
| 1 | License/Perm it Bond | 4380730 | 5,000.00 | COMMERCE SERVICE | THE STATE OF ARIZONA/ DIRECTOR OF INSURANCE | 6/17/00 | 6/17/03 |
| 1 | License/Perm it Bond | 4380735 | 10,000.00 | COMMERCE SERVICE CORPORATION | THE STATE OF IDAHO/ DEPT. OF INSURANCE | 6/17/03 | 6/17/06 |
| 1 | License/Perm it Bond | 4380737 | 25,000.00 | COMMERCE SERVICE CORPORATION | the state of louisiana | 6/17/03 | 6/17/06 |
| 1 | License/Perm it Bond | 4380744 | 25,000.00 | HOME CREST INSURANCE SERVICES, INC. | STATE OF WASHINGTON | 6/17/06 | 6/17/09 |
| 1 | License/Perm it Bond | 4479958 | 50,000.00 | HOME CREST INSURANCE SERVICES, INC | STATE OF CALIFORNIA. | 1/18/08 | 1/18/09 |
| 1 | License/Perm it Bond | 5162844 | 2,500.00 | WILLIAM A.=HAWKINS | STATE OF ILLINOIS, DEPT. OF INSURANCE | 7/18/99 | 7/18/00 |
| 1 | License/Perm it Bond | 5465134 | 40,000.00 | AHMANSON MORTGAGE CO. | State of Connecticut | 10/1/98 | 10/1/99 |
| 1 | License/Perm it Bond | 5465163 | 10,000.00 | RICHIE DOUGLAS=ROWSEY | STATE OF CALIFORNIA/DEPT. OF INSURANCE | 10/21/99 | 10/21/00 |
| 1 | License/Perm it Bond | 5465164 | 10,000.00 | ROBERT DALE=NORTON | STATE OF CALIFORNIA/DEPT. OF INSURANCE | 10/21/98 | 10/21/99 |
| 1 | License/Perm it Bond | 5552377 | 5,000.00 | RICHIE D.=ROWSEY | STATE OF ARIZONA-DEPT. OF INSURANCE | 10/27/99 | 10/27/00 |
| 1 | License/Perm it Bond | 5552378 | 5,000.00 | RICHIE D.=ROWSEY | State of Georgia | 10/27/99 | 10/27/00 |
| 1 | License/Perm it Bond | 5552379 | 2,500.00 | RICHIE D.=ROWSEY | State of Illinois | 10/27/99 | 10/27/00 |
| 1 | License/Perm it Bond | 5552380 | 15,000.00 | RICHIE D.=ROWSEY | STATE OF NORTH CAROLINA/INSURANCE COMMISSIONER | 10/27/99 | 10/27/00 |
| 1 | License/Perm it Bond | 5573000 | 10,000.00 | RICHIE D.=ROWSEY | State of New Mexico | 4/10/00 | 4/10/01 |
| 1 | License/Perm it Bond | 5587359 | 5,000.00 | RICHIE D.=ROWSEY | STATE OF VERMONT/DEPT. OF INSURANCE | 4/12/00 | 4/12/01 |
| 1 | License/Perm it Bond | 5587383 | 5,000.00 | RICHIE D.=ROWSEY | STATE OF ARKANSAS/DEPT. OF INSURANCE | 4/12/00 | 4/12/01 |
| 1 | License/Perm it Bond | 5587390 | 25,000.00 | RICHIE D.=ROWSEY | State of Louisiana | 4/19/00 | 4/19/01 |
| 1 | License/Perm it Bond | 5611510 | 25,000.00 | WASHINGTON MUTUAL INSURANCE SERVICES, INC. | STATE OF TEXAS | 6/21/08 | 6/21/09 |
| 1 | License/Perm it Bond | 5683295 | 5,000.00 | HOME CREST INSURANCE SERVICES | STATE OF CALIFORNIA | 11/14/08 | 11/14/09 |
| 1 | License/Perm it Bond | 5683318 | 100,000.00 | WASHINGTON MUTUAL INSUR.SERVICES MANAGING GENERAL AGENCY,INC | STATE BOARD OF INSURANCE, STATE OF TEXAS | 11/1/02 | 11/1/03 |
| 1 | License/Perm it Bond | 5693811 | 20,000.00 | HOME CREST INSURANCE SERVICES, INC. | DISTRICT OF COLUMBIA | 4/30/07 | 4/30/09 |
| 1 | License/Perm it Bond | 5700392 | 2,500.00 | LINDA T.MAESTAS | STATE OF ILLINOIS | 6/11/08 | 6/11/09 |
| 1 | License/Perm it Bond | 5700393 | 2,500.00 | MARY A.=PALHINHA | STATE OF ILLINOIS/DEPT. OF INSURANCE | 6/11/99 | 6/11/00 |
| 1 | License/Perm it Bond | 5700395 | 2,500.00 | JILL K.SMITH | STATE OF ILLINOIS | 6/11/08 | 6/11/09 |
| 1 | License/Perm it Bond | 5700419 | 2,500.00 | DOREEN B.-LIUZZI | STATE OF ILLINOIS/DEPT. OF INSURANCE | 7/25/99 | 7/25/00 |
| 1 | License/Perm it Bond | 5761873 | 2,500.00 | MARTHABEATRICE ORTEGA, GRIFFIN FINANCIAL SVS. INS. AGENCY | STATE OF ILLINOIS | 4/16/08 | 4/16/09 |
| 1 | License/Perm it Bond | 5773363 | 2,500.00 | NINAMARIEQUINTERO - GRIFFIN FINANCIAL SERVICES INS. AGENCY | STATE OF ILLINOIS | 11/3/08 | 11/3/09 |
| 1 | License/Perm it Bond | 5773365 | 2,500.00 | IVONNE MARIA GUERRERO - GRIFFIN FINANCIAL SERVICES INS. AGCY | STATE OF ILLINOIS | 10/29/08 | 10/29/09 |
| 1 | License/Perm it Bond | 5773366 | 2,500.00 | RICHARD LOWTHER - GRIFFIN FINANCIAL SERVICE INS. AGENCY | STATE OF ILLINOIS | 10/29/08 | 10/29/09 |
| 1 | License/Perm it Bond | 5828016 | 10,000.00 | HOME CREST INSURANCE SERVICES, INC. | STATE OF CALIFORNIA. | 6/24/08 | 6/24/09 |
| 1 | License/Perm it Bond | 5833830 | 25,000.00 | WASHINGTON MUTUAL INSURANCE SERVICES, INC. | STATE OF TEXAS | 5/5/08 | 5/5/09 |
| 1 | License/Perm it Bond | 5851143 | 7,500.00 | AHMANSON DEVELOPMENTS, INC. | STATE OF CALIFORNIA/CONTRACTOR'S STATE LICENSE BOARD | 10/18/99 | 10/18/00 |
| 1 | License/Perm it Bond | 5851195 | 25,000.00 | JILL K.=SMITH-ELY | State of Louisiana | 11/20/03 | 11/20/04 |
| 1 | License/Perm it Bond | 5851196 | 10,000.00 | JILL K.SMITH-ELY | COMMONWEALTH OF KENTUCKY | 11/20/08 | 11/20/09 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | License/Perm it Bond | 5851198 | 10,000.00 | JILL K.SMITH-ELY | STATE OF NEW MEXICO | 11/20/08 | 11/20/09 |
| 1 | License/Perm it Bond | 5880599 | 25,000.00 | Long Beach Mortgage Company | STATE OF ARIZONA/BANKING DEPT. | 3/31/06 | 3/31/07 |
| 1 | License/Perm it Bond | 5880601 | 40,000.00 | Long Beach Mortgage Company | State of Connecticut | 9/30/05 | 9/30/06 |
| 1 | License/Perm it Bond | 5880602 | 40,000.00 | Long Beach Mortgage Company | State of Connecticut | 9/30/05 | 9/30/06 |
| 1 | License/Perm it Bond | 5880603 | 50,000.00 | Long Beach Mortgage Company | State of Delaware | 12/31/05 | 12/31/06 |
| 1 | License/Perm it Bond | 5880604 | 200,000.00 | Long Beach Mortgage Company | DISTRICT OF COLUMBIA, OFFICE OF BANKING & FINANCIAL INSTIT. | 3/31/06 | 8/29/07 |
| 1 | License/Perm it Bond | 5880606 | 115,000.00 | Long Beach Mortgage Company | STATE OF IDAHO/DEPT. OF FINANCE | 12/10/05 | 12/10/06 |
| 1 | License/Perm it Bond | 5880607 | 20,000.00 | Long Beach Mortgage Company | STATE OF ILLINOIS/ COMMISSIONER OF SAVINGS & RESID. FINANCE | 3/20/06 | 3/20/08 |
| 1 | License/Perm it Bond | 5880608 | 30,000.00 | Long Beach Mortgage Company | STATE OF IOWA, DIVISION OF BANKING | 12/10/05 | 12/10/06 |
| 1 | License/Perm it Bond | 5880609 | 50,000.00 | Long Beach Mortgage Company | STATE OF MAINE, BUREAU OF CONSUMER AFFAIRS | 9/30/04 | 9/30/06 |
| 1 | License/Perm it Bond | 5880610 | 50,000.00 | Long Beach Mortgage Company | STATE OF NEBRASKA, DEPARTMENT OF BANKING | 3/1/06 | 3/1/07 |
| 1 | License/Perm it Bond | 5880611 | 500,000.00 | Long Beach Mortgage Company | STATE OF NEW YORK, SUPERINTENDENT OF BANKS | 12/10/05 | 12/10/06 |
| 1 | License/Perm it Bond | 5880612 | 25,000.00 | Long Beach Mortgage Company | State of North Dakota | 7/1/05 | 6/30/06 |
| 1 | License/Perm it Bond | 5880614 | 80,000.00 | LONG BEACH MORTGAGE COMPANY | STATE OF RHODE ISLAND | 3/31/08 | 3/31/09 |
| 1 | License/Perm it Bond | 5880615 | 350,000.00 | Long Beach Mortgage Company | STATE OF VERMONT, COMMISSIONER OF BANKING | 12/31/05 | 12/31/06 |
| 1 | License/Perm it Bond | 5880618 | 300,000.00 | Long Beach Mortgage Company | STATE OF NEW JERSEY, DEPT OF BANKING | 12/11/05 | 12/11/06 |
| 1 | License/Perm it Bond | 5880619 | 40,000.00 | Long Beach Mortgage Company | State of Connecticut | 9/30/05 | 9/30/06 |
| 1 | License/Perm it Bond | 5880627 | 590,000.00 | Long Beach Mortgage Company | State of Washington | 12/31/05 | 12/31/06 |
| 1 | License/Perm it Bond | 5880628 | 50,000.00 | Long Beach Mortgage Company | State of Hawaii | 12/31/05 | 12/31/06 |
| 1 | License/Perm it Bond | 5880629 | 375,000.00 | Long Beach Mortgage Company | State of Maryland | 12/31/05 | 12/31/07 |
| 1 | License/Perm it Bond | 5880630 | 50,000.00 | Long Beach Mortgage Company | STATE OF MAINE, BUREAU OF CONSUMER AFFAIRS | 9/30/04 | 9/30/06 |
| 1 | License/Perm it Bond | 5895388 | 60,000.00 | AHMANSON MORTGAGE COMPANY | STATE OF NEW JERSEY, COMMISSION OF BANKING | 2/11/99 | 2/11/00 |
| 1 | License/Perm it Bond | 5898598 | 25,000.00 | LONG BEACH MORTGAGE COMPANY, DBA: FINANCING USA | STATE OF CALIFORNIA, DEPT. OF CORPORATIONS | 1/31/00 | 1/31/01 |
| 1 | License/Perm it Bond | 5898618 | 20,000.00 | Long Beach Mortgage Company | State of New Hampshire | 12/31/06 | 12/31/07 |
| 1 | License/Perm it Bond | 5898620 | 20,000.00 | Long Beach Mortgage Company | STATE OF IDAHO - DEPT. OF FINANCE | 12/10/01 | 12/10/02 |
| 1 | License/Perm it Bond | 5901521 | 10,000.00 | HOME CREST INS. SERVICES, INC. | STATE OF MARYLAND | 5/28/08 | 5/28/09 |
| 1 | License/Perm it Bond | 5901522 | 10,000.00 | RICHIE D. ROWSEY | STATE OF MARYLAND/ INSURANCE ADMINISTRATION | 5/28/00 | 5/28/01 |
| 1 | License/Perm it Bond | 5907701 | 10,000.00 | JILL K. SMITH-ELY | STATE OF MARYLAND | 5/28/08 | 5/28/09 |
| 1 | License/Perm it Bond | 5919287 | 14,130.00 | ACD2 | CITY OF CALABASAS | 4/17/08 | 4/17/09 |
| 1 | License/Perm it Bond | 5943147 | 18,000.00 | Long Beach Mortgage Company | state of oklahoma | 6/23/05 | 6/23/06 |
| 1 | License/Perm it Bond | 5943149 | 50,000.00 | LONG BEACH MORTGAGE COMPANY | STATE OF CALIFORNIA. | 8/26/08 | 8/26/09 |
| 1 | License/Perm it Bond | 5943150 | 25,000.00 | Long Beach Mortgage Company | COMMONWEALTH OF MASSACHUSETTS / COMMISSIONER OF BANKING | 9/30/05 | 9/30/06 |
| 1 | License/Perm it Bond | 5943154 | 300,000.00 | Long Beach Mortgage Company | STATE OF WISCONSIN, DEPARTMENT OF FINANCIAL INSTITUTIONS | 12/31/05 | 12/31/06 |
| 1 | License/Perm it Bond | 5943160 | 20,000.00 | FINANCING USA (DBA LONG BEACH MORTGAGE COMPANY) | STATE OF ILLINOIS - OFFICE OF BANKS AND REAL ESTATE | 3/20/02 | 3/20/04 |
| 1 | License/Perm it Bond | 5943167 | 40,000.00 | Long Beach Mortgage Company | BANKING COMMISSIONER OF THE STATE OF CONNECTICUT | 12/11/05 | 12/11/06 |
| 1 | License/Perm it Bond | 5943175 | 300,000.00 | Long Beach Mortgage Company | STATE OF KANSAS - OFFICE OF THE STATE BANK COMMISSIONER | 12/1/05 | 12/1/06 |
| 1 | License/Perm it Bond | 5943178 | 100,000.00 | LONG BEACH MORTGAGE COMPANY D/B/A FINANCING USA | State of Arkansas | 12/14/05 | 12/14/06 |
| 1 | License/Perm it Bond | 5943179 | 40,000.00 | Long Beach Mortgage Company | BANKING COMMISSIONER OF THE STATE OF CONNECTICUT | 9/30/05 | 9/30/06 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | License/Perm it Bond | 5946464 | 1,000.00 | CITY FINANCE COMPANY DBA WASHINGTON MUTUAL FINANCE | STATE OF MISSISSIPPI, DEPT OF BANKING AND CONSUMER FINANCE | 8/7/01 | 8/7/02 |
| 1 | License/Perm it Bond | 5946465 | 1,000.00 | CITY FINANCE COMPANY DBA WASHINGTON MUTUAL FINANCE | STATE OF MISSISSIPPI, DEPT OF BANKING AND CONSUMER FINANCE | 9/19/00 | 9/19/01 |
| 1 | License/Perm it Bond | 5946479 | 5,000.00 | WASHINGTON MUTUAL, INC | STATE OF ALABAMA, DEPT OF REVENUE, MOTOR VEHICLE DIVISION | 10/7/00 | 10/7/01 |
| 1 | License/Perm it Bond | 5946492 | 18,000.00 | WASHINGTON MUTUAL FINANCE GROUP, LLC | STATE OF MISSISSIPPI, DEPT OF BANKING & CONSUMER FINANCE | 12/1/03 | 12/1/04 |
| 1 | License/Perm it Bond | 5946495 | 1,000.00 | BLAZER FINANCIAL SERVICES, INC.DBA WASHINGTON MUTUAL FINANCE | STATE OF ILLINOIS; DEPT. OF FINANCIAL INSTITUTIONS | 12/31/00 | 12/31/01 |
| 1 | License/Perm it Bond | 5946496 | 100,000.00 | BLAZER MORTGAGE SERVICES | STATE OF WEST VIRGINIA, ACCOUNTING DEPT. | 12/31/00 | 12/31/01 |
| 1 | License/Perm it Bond | 5946497 | 100,000.00 | BLAZER FINANCIAL SERVICES, INC. | State of West Virginia | 12/31/00 | 12/31/01 |
| 1 | License/Perm it Bond | 5946498 | 75,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF DELAWARE, OFFICE OF STATE BANK COMMISSIONER | 11/23/03 | 11/23/04 |
| 1 | License/Perm it Bond | 5946499 | 25,000.00 | BLAZER MORTGAGE SERVICES, INC. | NORTH CAROLINA BANKING COMMISSION | 1/1/01 | 1/1/02 |
| 1 | License/Perm it Bond | 5946500 | 25,000.00 | SAFEWAY MORTGAGE COMPANY | COMMISSIONER OF BANKS FOR THE STATE OF NORTH CAROLINA | 1/1/01 | 1/1/02 |
| 1 | License/Perm it Bond | 5946518 | 7,500.00 | GUY=GNIADEK | STATE OF CA CONTRACTORS LICENSE BOARD | 12/28/98 | 12/28/99 |
| 1 | License/Perm it Bond | 5946521 | 12,500.00 | CARL L.HAAS | STATE OF CALIFORNIA. | 1/8/08 | 1/8/09 |
| 1 | License/Perm it Bond | 5946527 | 25,000.00 | BFS ACCEPTANCE CORPORATION DBA=NATIONAL ACCEPTANCE CORP. | STATE OF RI & PROVIDENCE PLANTATIONS DEPT. OF BUSINESS REG. | 3/1/02 | 3/1/03 |
| 1 | License/Perm it Bond | 5946529 | 2,000.00 | WASHINGTON MUTUAL FINANCE, INC. | CITY OF OGDEN | 2/1/04 | 2/1/05 |
| 1 | License/Perm it Bond | 5946530 | 5,000.00 | CITY FINANCE COMPANY DA#68-331 | STATE OF ALABAMA DEPT. OF REVENUE MOTOR VEHICLE DIVISION | 3/30/02 | 3/30/03 |
| 1 | License/Perm it Bond | 5946533 | 10,000.00 | CARL A.FORMATO | COMMONWEALTH OF KENTUCKY | 2/10/08 | 2/10/09 |
| 1 | License/Perm it Bond | 5946534 | 15,000.00 | WASHINGTON MUTUAL INSURANCE SERVICES, INC. | STATE OF ALASKA;DEPART. OF COMMERCE & ECONOMIC DEV. | 1/14/02 | 1/14/03 |
| 1 | License/Perm it Bond | 5946535 | 15,000.00 | WASHINGTON MUTUAL INSURANCE SERVICES, INC. | STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS | 2/12/08 | 2/12/09 |
| 1 | License/Perm it Bond | 5946536 | 15,000.00 | CARL A.FORMATO | STATE OF RHODE ISLAND | 2/12/08 | 2/12/09 |
| 1 | License/Perm it Bond | 5985982 | 10,000.00 | CARL A.FORMATO | STATE OF NEW MEXICO | 2/17/08 | 2/17/09 |
| 1 | License/Perm it Bond | 5985986 | 25,000.00 | WASHINGTON MUTUAL FINANCE, INC. | STATE OF CALIFORNIA, DEPARTMENT OF CORPORATIONS | 4/19/04 | 4/19/05 |
| 1 | License/Perm it Bond | 5986009 | 50,000.00 | WASHINGTON MUTUAL BANK,FA | STATE OF CALIFORNIA. | 6/1/08 | 6/1/09 |
| 1 | License/Perm it Bond | 5986016 | 5,000.00 | WM FINANCIAL SERVICES, INC. | STATE OF HAWAII;DEPART.OF REGULATORY AGENCIES | 1/24/02 | 1/24/03 |
| 1 | License/Perm it Bond | 5986017 | 1,000.00 | CITY FINANCE COMPANY DBA WASHINGTON MUTUAL FINANCE | STATE OF MISSISSIPPI;DEPART.OF BANKING & CONSUMER FINANCE | 6/30/01 | 6/30/02 |
| 1 | License/Perm it Bond | 5986029 | 1,000.00 | BLAZER FINANCIAL SERVICES,INC. DBA WASHINGTON MUTUAL FINANCE | STATE OF ILLINOIS, DEPARTMENT OF FINANCIAL INSTITUTIONS | 12/31/00 | 12/31/01 |
| 1 | License/Perm it Bond | 5986031 | 5,000.00 | CARL A.=FORMATO | STATE OF LOUISIANA;COMMISSIONER OF INSURANCE | 6/8/04 | 6/8/05 |
| 1 | License/Perm it Bond | 5986032 | 10,000.00 | CARL A. FORMATO | STATE OF MARYLAND | 6/6/08 | 6/6/09 |
| 1 | License/Perm it Bond | 5986033 | 1,000.00 | CARL ANTHONY=FORMATO | STATE OF ARIZONA INSURANCE LICENSING SECTION | 6/2/01 | 6/2/02 |
| 1 | License/Perm it Bond | 5986035 | 5,000.00 | CITY FINANCE COMPANY | ALABAMA DEPARTMENT OF REVENUE; MOTOR VEHICLE DIVISION | 5/29/01 | 5/29/02 |
| 1 | License/Perm it Bond | 5986040 | 50,000.00 | WASHINGTON MUTUAL INSURANCE SERVICES, INC. | STATE OF CALIFORNIA | 6/17/08 | 6/17/09 |
| 1 | License/Perm it Bond | 5986059 | 1,000.00 | BLAZER FINANCIAL SERVICES INC. DBA=WASHINGTON MUTUAL FINANCE | STATE OF ILLINOIS, DEPT. OF FINANCIAL INSTITUTIONS | 12/31/00 | 12/31/01 |
| 1 | License/Perm it Bond | 5986060 | 5,000.00 | WASHINGTON MUTUAL FINANCE, INC. | ALABAMA DEPT. OF REVENUE, MOTOR VEHICLE DIVISION | 8/5/99 | 8/5/00 |
| 1 | License/Perm it Bond | 5986061 | 5,000.00 | WASHINGTON MUTUAL FINANCE, INC. | ALABAMA DEPT. OF REVENUE, DEPT. OF MOTOR VEHICLES | 8/1/99 | 8/1/00 |
| 1 | License/Perm it Bond | 5986062 | 5,000.00 | WASHINGTON MUTUAL FINANCE, INC. | ALABAMA DEPARTMENT OF REVENUE, MOTOR VEHICLE DIVISION | 8/1/99 | 8/1/00 |
| 1 | License/Perm it Bond | 5986063 | 5,000.00 | WASHINGTON MUTUAL FINANCE, INC. | ALABAMA DEPARTMENT OF REVENUE, MOTOR VEHICLE DIVISION | 8/1/99 | 8/1/00 |
| 1 | License/Perm it Bond | 5986064 | 5,000.00 | WASHINGTON MUTUAL FINANCE,INC. | ALABAMA DEPARTMENT OF REVENUE, MOTOR VEHICLE DIVISION | 8/1/99 | 8/1/00 |
| 1 | License/Perm it Bond | 5986065 | 2,000.00 | WASHINGTON MUTUAL FINANCE, | STATE OF ALABAMA DEPT. OF | 8/1/99 | 8/1/00 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | it Bond | | | INC. | REVENUE MOTOR VEHICLE DIVISION | | |
| | License/Perm | | | WASHINGTON MUTUAL FINANCE, | ALABAMA DEPARTMENT OF REVENUE, | | |
| 1 | it Bond | 5986066 | 5,000.00 | INC. | MOTOR VEHICLE DIVISION | 8/9/99 | 8/9/00 |
| | License/Perm | | | WASHINGTON MUTUAL FINANCE, | ALABAMA DEPARTMENT OF REVENUE, | | |
| 1 | it Bond | 5986068 | 5,000.00 | INC. | MOTOR VEHICLE DIVISION | 8/1/99 | 8/1/00 |
| | License/Perm | | | CITY FINANCE COMPANY DBA | STATE TAX COMMISSION, BUREAU OF | | |
| 1 | it Bond | 5986069 | 5,000.00 | WASHINGTON MUTUAL FINANCE | REVENUE | 8/29/00 | 8/29/01 |
| | License/Perm | | | CITY FINANCE COMPANY DBA | STATE TAX COMMISSION, BUREAU OF | | |
| 1 | it Bond | 5986074 | 5,000.00 | WASHINGTON MUTUAL FINANCE | REVENUE | 9/2/00 | 9/2/01 |
| | License/Perm | | | | STATE OF VERMONT - COMMISSIONER | | |
| 1 | it Bond | 6007276 | 50,000.00 | Long Beach Mortgage Company | OF BANKING | 12/31/04 | 12/31/05 |
| | | | | | STATE CORPORATION | | |
| | License/Perm | | | BLAZER FINANCIAL SERVICES, | COMMISSION;BUREAU OF FINANCIAL | | |
| 1 | it Bond | 6025920 | 10,000.00 | INC. | INSTITUTION | 6/30/01 | 6/30/02 |
| | License/Perm | | | | | | |
| 1 | it Bond | 6025937 | 10,000.00 | WMFS INSURANCE SERVICES, INC. | STATE OF CALIFORNIA. | 12/9/07 | 12/9/08 |
| | License/Perm | | | | | | |
| 1 | it Bond | 6025968 | 25,000.00 | BLAZER FINANCIAL SERVICES INC. | COMMISSIONER OF CONSUMER CREDIT | 10/15/99 | 12/31/01 |
| | License/Perm | | | | STATE OF MARYLAND, DEPARTMENT | | |
| 1 | it Bond | 6025971 | 168,000.00 | BLAZER FINANCIAL SERVICES INC. | OF LICENSING & REGULATION | 12/31/00 | 12/31/01 |
| | | | | BLAZER FINANCIAL SERVICES,INC. | COMMISSION OF CONSUMER | | |
| | License/Perm | | | DBA=WASHINGTON MUTUAL | CREDIT,DEPT. OF LICENSES & | | |
| 1 | it Bond | 6025973 | 108,000.00 | FINANCE | REGULATION | 12/30/00 | 12/30/01 |
| | License/Perm | | | | | | |
| 1 | it Bond | 6026003 | 2,500.00 | CARL A.FORMATO | STATE OF ILLINOIS | 11/8/08 | 11/8/09 |
| | License/Perm | | | WASHINGTON MUTUAL FINANCE, | KANSAS OFFICE OF THE STATE BANK | | |
| 1 | it Bond | 6026010 | 100,000.00 | INC. OF KANSAS | COMM.,DIV. OF CONSUMER & | 11/10/03 | 11/10/04 |
| | License/Perm | | | | STATE OF WA, DEPT OF MOTOR | | |
| 1 | it Bond | 6026012 | 10,650.00 | THOMAS D.=SLOSSON | VEHICLES | 11/12/99 | 11/12/02 |
| | License/Perm | | | | | | |
| 1 | it Bond | 6026013 | 89,820.00 | WASHINGTON MUTUAL BANK | STATE TAX COMMISSIONER OF UTAH | 11/12/99 | 11/12/02 |
| | License/Perm | | | | | | |
| 1 | it Bond | 6037705 | 58,900.00 | WASHINGTON MUTUAL BANK | State of Utah | 11/19/99 | 11/19/02 |
| | License/Perm | | | WASHINGTON MUTUAL FINANCE, | ALABAMA DEPT. OF REVENUE, MOTOR | | |
| 1 | it Bond | 6037706 | 5,000.00 | INC. | VEHICLE DIVISION | 11/22/99 | 11/22/00 |
| | License/Perm | | | | STATE OF WASHINGTON, DEPARTMENT | | |
| 1 | it Bond | 6037717 | 54,000.00 | HERBERT=JOHNSON | OF MOTOR VEHICLES | 12/13/99 | 12/13/02 |
| | License/Perm | | | | | | |
| 1 | it Bond | 6037718 | 55,800.00 | WASHINGTON MUTUAL, INC. | State of Utah | 12/13/99 | 12/13/02 |
| | | | | BLAZER FINANCIAL SERVICES,INC. | | | |
| | License/Perm | | | DBA=WASHINGTON MUTUAL | STATE OF MARYLAND, DEPARTMENT | | |
| 1 | it Bond | 6037723 | 12,000.00 | FINANCE | OF LICENSING & REGULATION | 12/31/99 | 12/31/01 |
| | | | | BLAZER FINANCIAL SERVICES,INC. | | | |
| | License/Perm | | | DBA=WASHINGTON MUTUAL | STATE OF MARYLAND, DEPARTMENT | | |
| 1 | it Bond | 6037724 | 12,000.00 | FINANCE | OF LICENSING & REGULATION | 12/31/99 | 12/31/01 |
| | | | | BLAZER FINANCIAL SERVICES,INC. | | | |
| | License/Perm | | | DBA=WASHINGTON MUTUAL | STATE OF MARYLAND, DEPARTMENT | | |
| 1 | it Bond | 6037725 | 12,000.00 | FINANCE | OF LICENSING & REGULATION | 12/31/99 | 12/31/01 |
| | | | | BLAZER FINANCIAL SERVICES,INC. | | | |
| | License/Perm | | | DBA=WASHINGTON MUTUAL | STATE OF MARYLAND, DEPARTMENT | | |
| 1 | it Bond | 6037726 | 12,000.00 | FINANCE | OF LICENSING & REGULATION | 12/31/99 | 12/31/01 |
| | | | | BLAZER FINANCIAL SERVICES,INC. | | | |
| | License/Perm | | | DBA=WASHINGTON MUTUAL | STATE OF MARYLAND, DEPARTMENT | | |
| 1 | it Bond | 6037727 | 12,000.00 | FINANCE | OF LINCENSING & REGULATION | 12/31/99 | 12/31/01 |
| | | | | BLAZER FINANCIAL SERVICES,INC. | | | |
| | License/Perm | | | DBA=WASHINGTON MUTUAL | STATE OF MARYLAND, DEPARTMENT | | |
| 1 | it Bond | 6037728 | 12,000.00 | FINANCE | OF LICENSING & REGULATION | 12/31/99 | 12/31/01 |
| | | | | BLAZER FINANCIAL SERVICES,INC. | | | |
| | License/Perm | | | DBA=WASHINGTON MUTUAL | STATE OF MARYLAND, DEPARTMENT | | |
| 1 | it Bond | 6037729 | 12,000.00 | FINANCE | OF LICENSING & REGULATION | 12/31/99 | 12/31/01 |
| | | | | BLAZER FINANCIAL SERVICES,INC. | | | |
| | License/Perm | | | DBA-WASHINGTON MUTUAL | STATE OF MARYLAND, DEPARTMENT | | |
| 1 | it Bond | 6037730 | 12,000.00 | FINANCE | OF LICENSING & REGULATION | 12/31/99 | 12/31/01 |
| | | | | BLAZER FINANCIAL SERVICES,INC. | | | |
| | License/Perm | | | DBA=WASHINGTON MUTUAL | STATE OF MARYLAND, DEPARTMENT | | |
| 1 | it Bond | 6037731 | 12,000.00 | FINANCE | OF LICENSING & REGULATION | 12/31/99 | 12/31/01 |
| | | | | BLAZER FINANCIAL SERVICES,INC. | | | |
| | License/Perm | | | DBA=WASHINGTON MUTUAL | STATE OF MARYLAND, DEPARTMENT | | |
| 1 | it Bond | 6037732 | 12,000.00 | FINANCE | OF LICENSING & REGULATION | 12/31/99 | 12/31/01 |
| | | | | BLAZER FINANCIAL SERVICES,INC. | | | |
| | License/Perm | | | DBA=WASHINGTON MUTUAL | STATE OF MARYLAND, DEPARTMENT | | |
| 1 | it Bond | 6037733 | 12,000.00 | FINANCE | OF LICENSING & REGULATION | 12/31/99 | 12/31/01 |
| | | | | BLAZER FINANCIAL SERVICES,INC. | | | |
| | License/Perm | | | DBA=WASHINGTON MUTUAL | STATE OF MARYLAND, DEPARTMENT | | |
| 1 | it Bond | 6037734 | 12,000.00 | FINANCE | OF LINCENSING & REGULATION | 12/31/99 | 12/31/01 |
| | License/Perm | | | BLAZER FINANCIAL SERVICES,INC. | STATE OF MARYLAND, DEPARTMENT | | |
| 1 | it Bond | 6037735 | 12,000.00 | DBA=WASHINGTON MUTUAL | OF LICENSING & REGULATION | 12/31/99 | 12/31/01 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | | | | FINANCE | | | |
| | | | | BLAZER FINANCIAL SERVICES,INC. | | | |
| | License/Perm | | | DBA=WASHINGTON MUTUAL | STATE OF MARYLAND, DEPARTMENT | | |
| 1 | it Bond | 6037736 | 12,000.00 | FINANCE | OF LICENSING &REGULATION | 12/31/99 | 12/31/01 |
| | License/Perm | | | | | | |
| 1 | it Bond | 6037738 | 10,000.00 | AHMANSON DEVELOPMENT, INC. | STATE OF CALIFORNIA | 12/8/07 | 12/8/08 |
| | License/Perm | | | | | | |
| 1 | it Bond | 6037766 | 70,000.00 | WASHINGTON MUTUAL BANK | STATE TAX COMMISSIONER OF UTAH | 1/25/00 | 1/25/03 |
| | License/Perm | | | | | | |
| 1 | it Bond | 6037777 | 90,000.00 | WASHINGTON MUTUAL BANK | Utah State Tax Commission | 2/9/00 | 2/9/03 |
| | License/Perm | | | | | | |
| 1 | it Bond | 6037778 | 47,400.00 | WASHINGTON MUTUAL, INC. | Utah State Tax Commission | 2/9/00 | 2/9/03 |
| | License/Perm | | | | | | |
| 1 | it Bond | 6037779 | 52,000.00 | WASHINGTON MUTUAL, INC. | Utah State Tax Commission | 2/9/00 | 2/9/03 |
| | License/Perm | | | | | | |
| 1 | it Bond | 6037780 | 50,000.00 | WASHINGTON MUTUAL BANK | Utah State Tax Commission | 2/9/00 | 2/9/03 |
| | License/Perm | | | | | | |
| 1 | it Bond | 6037781 | 91,790.00 | WASHINGTON MUTUAL BANK | Utah State Tax Commission | 2/9/00 | 2/9/03 |
| | License/Perm | | | | | | |
| 1 | it Bond | 6037782 | 118,206.00 | WASHINGTON MUTUAL BANK | Utah State Tax Commission | 2/9/00 | 2/9/03 |
| | License/Perm | | | | | | |
| 1 | it Bond | 6037783 | 27,700.00 | WASHINGTON MUTUAL, INC. | Utah State Tax Commission | 2/9/00 | 2/9/03 |
| | License/Perm | | | | | | |
| 1 | it Bond | 6037784 | 127,168.00 | WASHINGTON MUTUAL, INC. | Utah State Tax Commission | 2/9/00 | 2/9/03 |
| | | | | WESTERN CREDIT SERVICES | | | |
| | License/Perm | | | CO.DBA WASHINGTON MUTUAL | WASHINGTON STATE, DIRECTOR OF | | |
| 1 | it Bond | 6037788 | 400,000.00 | FINANCE | DEPT OF FINANCIAL INSTITUTIONS | 2/24/04 | 2/24/05 |
| | License/Perm | | | | STATE OF VERMONT, COMMISSIONER | | |
| 1 | it Bond | 6038625 | 50,000.00 | Long Beach Mortgage Company | STATE OF ARIZONA, SUPERINTENDANT | 12/31/04 | 12/31/05 |
| | License/Perm | | | LONG BEACH MORTGAGE | STATE OF ARIZONA, SUPERINTENDANT | | |
| 1 | it Bond | 6038632 | 100,000.00 | COMPANY DBA FINANCING USA | OF BANKS | 3/20/05 | 3/20/06 |
| | License/Perm | | | | STATE OF MAINE, BUREAU OF | | |
| 1 | it Bond | 6038636 | 25,000.00 | Long Beach Mortgage Company | CONSUMER CREDIT PROTECTION | 3/23/05 | 3/23/06 |
| | License/Perm | | | | DIST OF COLUMBIA, OFFICE OF | | |
| 1 | it Bond | 6038637 | 25,000.00 | Long Beach Mortgage Company | BANKING & FINANCIAL INSTITUTIONS | 3/31/06 | 3/31/07 |
| | License/Perm | | | WASHINGTON MUTUAL FINANCE | MISSISSIPPI STATE TAX COMMISSION, | | |
| 1 | it Bond | 6057009 | 5,000.00 | GROUP, LLC | BUREAU OF REVENUE | 2/1/04 | 2/1/05 |
| | License/Perm | | | PUBLIC LOAN CORPORATION DBA | STATE OF MD, COMMISSIONER OF | | |
| 1 | it Bond | 6057014 | 25,000.00 | WASHINGTON MUTUAL FINANCE * | CONSUMER CREDIT | 12/31/01 | 12/31/02 |
| | License/Perm | | | BRYANT FINANCIAL | | | |
| 1 | it Bond | 6057015 | 62,000.00 | CORPORATION | CITY OF SAN DIMAS | 4/4/08 | 4/4/09 |
| | License/Perm | | | WASHINGTON MUTUAL FINANCE | COMMISSIONER OF BANKS FOR THE | | |
| 1 | it Bond | 6057024 | 25,000.00 | OF NORTH CAROLINA, LLC | STATE OF NORTH CAROLINA | 5/1/03 | 5/1/04 |
| | License/Perm | | | | BANKING COMMISSIONER OF THE | | |
| 1 | it Bond | 6057026 | 40,000.00 | Long Beach Mortgage Company | STATE OF CONNECTICUT | 4/19/06 | 4/19/07 |
| | License/Perm | | | WASHINGTON MUTUAL FINANCE | ALABAMA DEPARTMENT OF REVENUE, | | |
| 1 | it Bond | 6057028 | 5,000.00 | INC.  DA#1-697 | MOTOR VEHICLE DIVISION | 2/1/00 | 2/1/01 |
| | License/Perm | | | WASHINGTON MUTUAL FINANCE | ALABAMA DEPARTMENT OF | | |
| 1 | it Bond | 6057029 | 5,000.00 | INC. DA#-1-608 | REVENUE;MOTOR VEHICLE DIVISIO | 2/1/00 | 2/1/01 |
| | License/Perm | | | WASHINGTON MUTUAL FINANCE, | ALABAMA DEPARTMENT OF REVENUE, | | |
| 1 | it Bond | 6057030 | 5,000.00 | INC.DA#1-695 | MOTOR VEHICLE DIVISION | 2/1/00 | 2/1/01 |
| | License/Perm | | | WASHINGTON MUTUAL FINANCE | ALABAMA DEPARTMENT OF | | |
| 1 | it Bond | 6057031 | 5,000.00 | INC. DA#-52-131 | REVENUE;MOTOR VEHICLE DIVISION | 2/1/00 | 2/1/01 |
| | License/Perm | | | WASHINGTON MUTUAL FINANCE, | ALABAMA DEPARTMENT OF REVENUE, | | |
| 1 | it Bond | 6057032 | 5,000.00 | INC.DA#1-696 | MOTOR VEHICLE DIVISION | 2/1/00 | 2/1/01 |
| | License/Perm | | | WASHINGTON MUTUAL FINANCE | ALABAMA DEPARTMENT OF REVENUE, | | |
| 1 | it Bond | 6057033 | 5,000.00 | INC.   DA# 3-295 | MOTOR VEHICLE DIVISION | 2/1/00 | 2/1/01 |
| | License/Perm | | | WASHINGTON MUTUAL FINANCE | ALABAMA DEPARTMENT OF | | |
| 1 | it Bond | 6057034 | 5,000.00 | INC. DA#-2-354 | REVENUE;MOTOR VEHICLE DIVISION | 2/1/00 | 2/1/01 |
| | License/Perm | | | WASHINGTON MUTUAL FINANCE | ALABAMA DEPARTMENT OF REVENUE, | | |
| 1 | it Bond | 6057036 | 5,000.00 | INC. DA#-41-96 | REVENUE;MOTOR VEHICLE DIVISION | 2/1/00 | 2/1/01 |
| | License/Perm | | | WASHINGTON MUTUAL FINANCE, | ALABAMA DEPARTMENT OF REVENUE, | | |
| 1 | it Bond | 6057037 | 5,000.00 | INC. DA#14-18 | MOTOR VEHICLE DIVISION | 2/1/00 | 2/1/01 |
| | License/Perm | | | WASHINGTON MUTUAL FINANCE | ALABAMA DEPARTMENT OF | | |
| 1 | it Bond | 6057038 | 5,000.00 | INC. DA#-63-70 | REVENUE;MOTOR VEHICLE DIVISION | 2/1/00 | 2/1/01 |
| | License/Perm | | | WASHINGTON MUTUAL FINANCE, | ALABAMA DEPARTMENT OF REVENUE, | | |
| 1 | it Bond | 6057039 | 5,000.00 | INC. DA#1-462 | MOTOR VEHICLE DIVISION | 2/1/00 | 2/1/01 |
| | License/Perm | | | WASHINGTON MUTUAL FINANCE, | ALABAMA DEPARTMENT OF REVENUE, | | |
| 1 | it Bond | 6057040 | 5,000.00 | INC.  DA# 43-50 | MOTOR VEHICLE DIVISION | 2/1/00 | 2/1/01 |
| | | | | BLAZER FINANCIAL SERVICES, | | | |
| | License/Perm | | | INC. DBA=WASHINGTON MUTUAL | STATE OF ILLINOIS, DEPT. OF | | |
| 1 | it Bond | 6057047 | 1,000.00 | FINANC | FINANCIAL INSTITUTIONS | 12/31/00 | 12/31/01 |
| | | | | BLAZER FINANCIAL SERVICES, | | | |
| | License/Perm | | | INC.DBA=WASHINGTON MUTUAL | STATE OF ILLINOIS, DEPT. OF | | |
| 1 | it Bond | 6057048 | 1,000.00 | FINANCE | FINANCIAL INSTITUTIONS | 12/31/00 | 12/31/01 |
| | License/Perm | | | WASHINGTON MUTUAL | | | |
| 1 | it Bond | 6057068 | 25,000.00 | INSURANCE SERVICES, INC. | STATE OF TEXAS | 5/22/08 | 5/22/09 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | License/Perm it Bond | 6057069 | 10,000.00 | WAMU INSURANCE SERVICES, INC. | STATE OF CALIFORNIA | 7/1/08 | 7/1/09 |
| 1 | License/Perm it Bond | 6057074 | 50,000.00 | WASHINGTON MUTUAL FINANCE OF VIRGINIA, L.L.C. | COMMONWEALTH OF VIRGINIA, STATE CORP COMM. | 6/1/04 | 6/1/05 |
| 1 | License/Perm it Bond | 6057079 | 125,000.00 | BLAZER FINANCIAL SERVICES, INC. OF MIAMI DBA WASHINGTON ** | STATE OF MICHIGAN, COMMISSIONER, FINANCIAL INSTITUTIONS BUR. | 12/31/00 | 12/31/01 |
| 1 | License/Perm it Bond | 6057080 | 25,000.00 | WASHINGTON MUTUAL FINANCE, L.L.C. | STATE OF COLORADO, UCCC | 6/1/04 | 6/1/05 |
| 1 | License/Perm it Bond | 6057081 | 25,000.00 | WASHINGTON MUTUAL FINANCE, L.L.C. | STATE OF OKLAHOMA, DEPARTMENT OF CONSUMER CREDIT | 7/1/03 | 7/1/04 |
| 1 | License/Perm it Bond | 6057084 | 25,000.00 | WM FINANCIAL SERVICES, INC. | STATE OF ARIZONA, CORPORATION COMMISSION | 6/6/00 | 6/6/01 |
| 1 | License/Perm it Bond | 6057100 | 25,000.00 | WASHINGTON MUTUAL FINANCE OF NORTH CAROLINA, INC. | STATE OF MARYLAND, COMMISSION OF FINANCIAL REGULATION | 12/31/01 | 9/1/03 |
| 1 | License/Perm it Bond | 6077561 | 50,000.00 | Long Beach Mortgage Company | STATE OF MAINE, OFFICE OF CONSUMER CREDIT REGULATION | 9/30/04 | 9/30/06 |
| 1 | License/Perm it Bond | 6077562 | 100,000.00 | WASHINGTON MUTUAL FINANCIAL GROUP, LLC | STATE OF WEST VIRGINIA, DIVISION OF BANKING | 12/31/03 | 12/31/04 |
| 1 | License/Perm it Bond | 6077563 | 100,000.00 | Long Beach Mortgage Company | COMMISSIONER OF BANKING OF THE STATE OF WEST VIRGINIA | 7/20/05 | 7/20/06 |
| 1 | License/Perm it Bond | 6077564 | 50,000.00 | Long Beach Mortgage Company | STATE OF WEST VIRGINIA, COMMISSIONER OF BANKING | 7/20/03 | 7/20/04 |
| 1 | License/Perm it Bond | 6077569 | 10,000.00 | WASHINGTON MUTUAL FINANCE, LLC | ALABAMA DEPARTMENT OF REVENUE, MOTOR VEHICLE DIVISION | 8/2/03 | 8/2/04 |
| 1 | License/Perm it Bond | 6077570 | 10,000.00 | WASHINGTON MUTUAL FINANCE, LLC | ALABAMA DEPARTMENT OF REVENUE, MOTOR VEHICLE DIVISION | 8/2/03 | 8/2/04 |
| 1 | License/Perm it Bond | 6077571 | 10,000.00 | WASHINGTON MUTUAL FINANCE, LLC | ALABAMA DEPARTMENT OF REVENUE, MOTOR VEHICLE DIVISION | 8/2/03 | 8/2/04 |
| 1 | License/Perm it Bond | 6077572 | 10,000.00 | WASHINGTON MUTUAL FINANCE, LLC | ALABAMA DEPARTMENT OF REVENUE, MOTOR VEHICLE DIVISION | 8/2/03 | 8/2/04 |
| 1 | License/Perm it Bond | 6077573 | 10,000.00 | WASHINGTON MUTUAL FINANCE, LLC | ALABAMA DEPARTMENT OF REVENUE, MOTOR VEHICLE DIVISION | 8/2/03 | 8/2/04 |
| 1 | License/Perm it Bond | 6077575 | 10,000.00 | WASHINGTON MUTUAL FINANCE, LLC | ALABAMA DEPARTMENT OF REVENUE, MOTOR VEHICLE DIVISION | 8/2/03 | 8/2/04 |
| 1 | License/Perm it Bond | 6077576 | 10,000.00 | WASHINGTON MUTUAL FINANCE, LLC | ALABAMA DEPARTMENT OF REVENUE, MOTOR VEHICLE DIVISION | 8/2/03 | 8/2/04 |
| 1 | License/Perm it Bond | 6077577 | 10,000.00 | WASHINGTON MUTUAL FINANCE, LLC | ALABAMA DEPARTMENT OF REVENUE, MOTOR VEHICLE DIVISION | 8/2/03 | 8/2/04 |
| 1 | License/Perm it Bond | 6077578 | 5,000.00 | WASHINGTON MUTUAL FINANCE, LLC | ALABAMA DEPARTMENT OF REVENUE, MOTOR VEHICLE DIVISION | 8/2/02 | 8/2/03 |
| 1 | License/Perm it Bond | 6077579 | 10,000.00 | WASHINGTON MUTUAL FINANCE, LLC | ALABAMA DEPARTMENT OF REVENUE, MOTOR VEHICLE DIVISION | 8/2/03 | 8/2/04 |
| 1 | License/Perm it Bond | 6077580 | 10,000.00 | WASHINGTON MUTUAL FINANCE, LLC | ALABAMA DEPARTMENT OF REVENUE, MOTOR VEHICLE DIVISION | 8/2/03 | 8/2/04 |
| 1 | License/Perm it Bond | 6077581 | 10,000.00 | WASHINGTON MUTUAL FINANCE, LLC | ALABAMA DEPARTMENT OF REVENUE, MOTOR VEHICLE DIVISION | 8/2/03 | 8/2/04 |
| 1 | License/Perm it Bond | 6077583 | 10,000.00 | WASHINGTON MUTUAL FINANCE, LLC | ALABAMA DEPARTMENT OF REVENUE, MOTOR VEHICLE DIVISION | 8/2/03 | 8/2/04 |
| 1 | License/Perm it Bond | 6077584 | 10,000.00 | WASHINGTON MUTUAL FINANCE, LLC | ALABAMA DEPARTMENT OF REVENUE, MOTOR VEHICLE DIVISION | 8/2/03 | 8/2/04 |
| 1 | License/Perm it Bond | 6077585 | 10,000.00 | WASHINGTON MUTUAL FINANCE, LLC | ALABAMA DEPARTMENT OF REVENUE, MOTOR VEHICLE DIVISION | 8/2/03 | 8/2/04 |
| 1 | License/Perm it Bond | 6077586 | 10,000.00 | WASHINGTON MUTUAL FINANCE, LLC | ALABAMA DEPARTMENT OF REVENUE, MOTOR VEHICLE DIVISION | 8/2/03 | 8/2/04 |
| 1 | License/Perm it Bond | 6077587 | 10,000.00 | WASHINGTON MUTUAL FINANCE, LLC | ALABAMA DEPARTMENT OF REVENUE, MOTOR VEHICLE DIVISION | 8/2/03 | 8/2/04 |
| 1 | License/Perm it Bond | 6077588 | 10,000.00 | WASHINGTON MUTUAL FINANCE, LLC | ALABAMA DEPARTMENT OF REVENUE, MOTOR VEHICLE DIVISION | 8/2/03 | 8/2/04 |
| 1 | License/Perm it Bond | 6077589 | 10,000.00 | WASHINGTON MUTUAL FINANCE, LLC | ALABAMA DEPARTMENT OF REVENUE, MOTOR VEHICLE DIVISION | 8/2/03 | 8/2/04 |
| 1 | License/Perm it Bond | 6077593 | 200,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF ILLINOIS, DEPT. OF FINANCIAL INSTITUTIONS | 12/31/03 | 12/31/04 |
| 1 | License/Perm it Bond | 6077594 | 25,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF ILLINOIS, DEPT. OF FINANCIAL INSTITUTIONS | 12/31/03 | 12/31/04 |
| 1 | License/Perm it Bond | 6077595 | 25,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF ILLINOIS, DEPT. OF FINANCIAL INSTITUTIONS | 12/31/03 | 12/31/04 |
| 1 | License/Perm it Bond | 6077596 | 25,000.00 | WASHINGTON MUTUAL FINANCE, LLC | ILLINOIS DEPARTMENT OF FINANCIAL INSTITUTIONS | 12/31/03 | 12/31/04 |
| 1 | License/Perm it Bond | 6077597 | 25,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF ILLINOIS, DEPT. OF FINANCIAL INSTITUTIONS | 12/31/03 | 12/31/04 |
| 1 | License/Perm it Bond | 6077598 | 25,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF ILLINOIS, DEPT. OF FINANCIAL INSTITUTIONS | 12/31/03 | 12/31/04 |
| 1 | License/Perm it Bond | 6077599 | 25,000.00 | WASHINGTON MUTUAL FINANCE, LLC | ILLINOIS DEPARTMENT OF FINANCIAL INSTITUTIONS | 12/31/03 | 12/31/04 |
| 1 | License/Perm it Bond | 6077600 | 25,000.00 | WASHINGTON MUTUAL FINANCE, LLC | ILLINOIS DEPARTMENT OF FINANCIAL INSTITUTIONS | 12/31/03 | 12/31/04 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | License/Perm it Bond | 6077601 | 375,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF MARYLAND, COMMISSIONER OF FINANCIAL REGULATION | 12/31/03 | 12/31/05 |
| 1 | License/Perm it Bond | 6077602 | 96,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF MARYLAND, DEPARTMENT OF LICENSING & REGULATION | 12/31/03 | 12/31/05 |
| 1 | License/Perm it Bond | 6077603 | 12,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF MARYLAND, DEPARTMENT OF LICENSING & REGULATION | 12/31/03 | 12/31/05 |
| 1 | License/Perm it Bond | 6077604 | 12,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF MARYLAND, DEPARTMENT OF LICENSING & REGULATION | 12/31/03 | 12/31/05 |
| 1 | License/Perm it Bond | 6077605 | 12,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF MARYLAND, DEPARTMENT OF LICENSING & REGULATION | 12/31/03 | 12/31/05 |
| 1 | License/Perm it Bond | 6077606 | 12,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF MARYLAND, DEPARTMENT OF LICENSING & REGULATION | 12/31/01 | 5/1/03 |
| 1 | License/Perm it Bond | 6077607 | 12,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF MARYLAND, DEPARTMENT OF LICENSING & REGULATION | 12/31/01 | 12/31/03 |
| 1 | License/Perm it Bond | 6077608 | 12,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF MARYLAND, DEPARTMENT OF LICENSING & REGULATION | 12/31/03 | 12/31/05 |
| 1 | License/Perm it Bond | 6077609 | 12,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF MARYLAND, DEPARTMENT OF LICENSING & REGULATION | 12/31/03 | 12/31/05 |
| 1 | License/Perm it Bond | 6077610 | 12,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF MARYLAND, DEPARTMENT OF LICENSING & REGULATION | 12/31/03 | 12/31/05 |
| 1 | License/Perm it Bond | 6077611 | 12,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF MARYLAND, DEPARTMENT OF LICENSING & REGULATION | 12/31/03 | 12/31/05 |
| 1 | License/Perm it Bond | 6077612 | 12,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF MARYLAND, DEPARTMENT OF LICENSING & REGULATION | 12/31/01 | 12/31/03 |
| 1 | License/Perm it Bond | 6077613 | 12,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF MARYLAND, DEPARTMENT OF LICENSING & REGULATION | 12/31/03 | 12/31/05 |
| 1 | License/Perm it Bond | 6077614 | 12,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF MARYLAND, DEPARTMENT OF LICENSING & REGULATION | 12/31/01 | 12/31/03 |
| 1 | License/Perm it Bond | 6077615 | 12,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF MARYLAND, DEPARTMENT OF LICENSING & REGULATION | 12/31/01 | 12/31/03 |
| 1 | License/Perm it Bond | 6077616 | 12,000.00 | WASHINGTON MUTUAL FINANCE GROUP, LLC | STATE OF MARYLAND, DEPARTMENT OF LICENSING & REGULATION | 12/31/03 | 12/31/05 |
| 1 | License/Perm it Bond | 6077617 | 12,000.00 | WASHINGTON MUTUAL FINANCE GROUP, LLC | STATE OF MARYLAND, DEPARTMENT OF LICENSING & REGULATION | 12/31/03 | 12/31/05 |
| 1 | License/Perm it Bond | 6077618 | 12,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF MARYLAND, DEPARTMENT OF LICENSING & REGULATION | 12/31/03 | 12/31/05 |
| 1 | License/Perm it Bond | 6077620 | 15,000.00 | WASHINGTON MUTUAL FINANCE OF VIRGINIA, LLC | MARYLAND COMMISSIONER OF FINANCIAL REGULATION | 12/31/01 | 5/1/03 |
| 1 | License/Perm it Bond | 6077621 | 25,000.00 | WASHINGTON MUTUAL FINANCE OF VIRGINIA, LLC. | MARYLAND COMMISSIONER OF FINANCIAL REGULATION | 12/31/03 | 12/31/05 |
| 1 | License/Perm it Bond | 6077622 | 25,000.00 | WASHINGTON MUTUAL FINANCE OF VIRGINIA, LLC | MARYLAND COMMISSIONER OF FINANCIAL REGULATION | 12/31/03 | 12/31/05 |
| 1 | License/Perm it Bond | 6077626 | 6,320.00 | WASHINGTON MUTUAL BANK | Utah State Tax Commission | 8/17/00 | 8/17/03 |
| 1 | License/Perm it Bond | 6077627 | 100,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF WEST VIRGINIA, COMMISSIONER OF BANKING | 12/31/03 | 12/31/04 |
| 1 | License/Perm it Bond | 6077642 | 30,000.00 | WASHINGTON MUTUAL FINANCE, LLC | SUPERINTENDENT OF BANKING, IOWA DEPT OF COMMERCE | 8/25/03 | 8/25/04 |
| 1 | License/Perm it Bond | 6077643 | 5,000.00 | WASHINGTON MUTUAL, INC. | STATE OF WISCONSIN/DEPT. OF FINANCIAL INSTITUTIONS | 8/25/03 | 8/25/04 |
| 1 | License/Perm it Bond | 6083018 | 10,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF IDAHO, DEPT OF FINANCE, SECURITIES BUREAU | 11/9/02 | 11/9/03 |
| 1 | License/Perm it Bond | 6083023 | 125,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF KANSAS, OFFICE OF STATE BANK COMMISSIONER | 11/15/03 | 11/15/04 |
| 1 | License/Perm it Bond | 6083024 | 1,000,000.00 | BLAZER FINANCIAL SERVICES, INC. OF MIAMI DBA WASHINGTON ** | MICHIGAN DIVISION OF INSURANCE | 12/31/03 | 12/31/04 |
| 1 | License/Perm it Bond | 6083029 | 100,000.00 | WASHINGTON MUTUAL FINANCE, INC. DBA ARISTAR MORTGAGE COMPANY | MINNESOTA DEPT OF COMMERCE,DIVISION OF FINANCIAL EXAMINATION | 7/1/03 | 7/1/04 |
| 1 | License/Perm it Bond | 6083030 | 20,000.00 | WASHINGTON MUTUAL, INC. DBA ARISTAR MORTGAGE COMPANY | IL STATE OFFICE OF BANKS AND REAL ESTATE | 2/28/04 | 2/28/05 |
| 1 | License/Perm it Bond | 6083031 | 125,000.00 | WASHINGTON MUTUAL FINANCE, INC. DBA ARISTAR MORTGAGE CO. | State of Michigan | 12/31/03 | 12/31/04 |
| 1 | License/Perm it Bond | 6083032 | 125,000.00 | WASHINGTON MUTUAL, INC.DBA=ARISTAR MORTGAGE COMPANY | STATE BANK COMMISSIONER, DIV. OF CONSUMER & MORTGAGE LENDING | 11/30/03 | 11/30/04 |
| 1 | License/Perm it Bond | 6083033 | 50,000.00 | WASHINGTON MUTUAL FINANCE, INC. DBA ARISTAR MORTGAGE CO. | NEBRASKA DEPARTMENT OF BANKING AND FINANCE | 11/30/03 | 11/30/04 |
| 1 | License/Perm it Bond | 6083034 | 6,000.00 | WASHINGTON MUTUAL FINANCE, INC. DBA ARISTAR MORTGAGE COMPANY | OKLAHOMA DEPARTMENT OF CONSUMER CREDIT | 11/30/03 | 11/30/04 |
| 1 | License/Perm it Bond | 6083035 | 400,000.00 | WASHINGTON MUTUAL, INC.=DBA ARISTAR MORTGAGE COMPANY | DIRECTOR OF THE DEPT. OF FINANCIAL INSTITUTIONS, WASHINGTON | 12/1/03 | 12/1/04 |
| 1 | License/Perm it Bond | 6083040 | 35,000.00 | WASHINGTON MUTUAL FINANCE, LP, A TEXAS LIMITED PARTNERSHIP | STATE OF ARKANSAS, SECURITIES DEPARTMENT | 12/7/03 | 12/7/04 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | License/Perm it Bond | 6083047 | 25,000.00 | WASHINGTON MUTUAL FINANCE OF UTAH, LLC | DIRECTOR OF UT DIVISION OF REAL ESTATE | 12/20/02 | 12/20/03 |
| 1 | License/Perm it Bond | 6083052 | 300,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF WISCONSIN, DEPARTMENT OF FINANCIAL INSTITUTIONS | 8/25/03 | 8/25/04 |
| 1 | License/Perm it Bond | 6083077 | 50,000.00 | WASHINGTON MUTUAL FINANCE, LLC | MINNESOTA DEPT OF COMMERCE, DIV OF FINANCIAL EXAMINATIONS | 7/1/03 | 7/1/04 |
| 1 | License/Perm it Bond | 6083080 | 40,000.00 | WASHINGTON MUTUAL FINANCE, LLC | State of Connecticut | 10/11/03 | 10/11/04 |
| 1 | License/Perm it Bond | 6083081 | 50,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF MAINE, DIR OF OFFICE OF CONSUMER CREDIT REGULATION | 10/6/03 | 10/6/04 |
| 1 | License/Perm it Bond | 6083082 | 50,000.00 | WASHINGTON MUTUAL FINANCE, LLC. | NEBRASKA DEPARTMENT OF BANKING & FINANCE | 10/11/03 | 10/11/04 |
| 1 | License/Perm it Bond | 6083083 | 5,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF NEW HAMPSHIRE ATTN: BANK COMMISSIONER | 12/31/03 | 12/31/04 |
| 1 | License/Perm it Bond | 6083084 | 25,000.00 | WASHINGTON MUTUAL FINANCE, LLC | NORTH DAKOTA DEPT. OF BANKING & FINANCIAL INSTITUTIONS | 7/1/04 | 6/30/05 |
| 1 | License/Perm it Bond | 6083085 | 25,000.00 | WASHINGTON MUTUAL FINANCE, LLC, A DELAWARE LLC | RHODE ISLAND DEPT OF BUSINESS REGULATION, DIV OF BANKING | 10/11/03 | 10/11/04 |
| 1 | License/Perm it Bond | 6083086 | 5,000.00 | WASHINGTON MUTUAL FINANCE, LLC | STATE OF SOUTH DAKOTA, DIRECTOR OF THE DIV. OF BANKING | 6/30/03 | 6/30/04 |
| 1 | License/Perm it Bond | 6083087 | 25,000.00 | WASHINGTON MUTUAL FINANCE, LLC | COMMISSIONER OF BANKING,INSURANCE,SECURITIES & HEALTH ADMIN. | 12/31/03 | 12/31/04 |
| 1 | License/Perm it Bond | 6083088 | 5,000.00 | WASHINGTON MUTUAL FINANCE, LLC | OKLAHOMA DEPARTMENT OF CONSUMER CREDIT | 10/12/03 | 10/12/04 |
| 1 | License/Perm it Bond | 6083090 | 10,000.00 | WASHINGTON MUTUAL FINANCE, LLC | RI & PROVIDENCE PLANTATIONS, DEPT OF BUS REG, DIV OF BANKING | 10/10/03 | 10/10/04 |
| 1 | License/Perm it Bond | 6100523 | 84,642.00 | WASHINGTON MUTUAL, INC. | State of Utah | 1/8/01 | 1/8/04 |
| 1 | License/Perm it Bond | 6100549 | 43,580.00 | WASHINGTON MUTUAL BANK | State of Utah | 2/6/01 | 2/6/04 |
| 1 | License/Perm it Bond | 6100550 | 10,460.00 | WASHINGTON MUTUAL BANK | State of Utah | 2/6/01 | 2/6/04 |
| 1 | License/Perm it Bond | 6100552 | 25,000.00 | WASHINGTON MUTUAL INS SRVS, INC DBA WM INS SRVS INC | STATE OF TEXAS | 2/8/08 | 2/8/09 |
| 1 | License/Perm it Bond | 6100553 | 25,000.00 | WASHINGTON MUTUAL FINANCIAL SERVICES, INC. | STATE OF TEXAS | 2/8/08 | 2/8/09 |
| 1 | License/Perm it Bond | 6100554 | 25,000.00 | WASHINGTON MUTUAL FINANCIAL SERVICES, INC. | STATE OF TEXAS | 2/8/08 | 2/8/09 |
| 1 | License/Perm it Bond | 6100555 | 87,036.00 | WASHINGTON MUTUAL BANK | State of Utah | 2/8/01 | 2/8/04 |
| 1 | License/Perm it Bond | 6100558 | 93,788.00 | WASHINGTON MUTUAL, INC. | Utah State Tax Commission | 2/15/01 | 2/15/04 |
| 1 | License/Perm it Bond | 6100559 | 17,000.00 | WASHINGTON MUTUAL, INC. | UTAH TAX COMISSION | 2/22/01 | 2/22/04 |
| 1 | License/Perm it Bond | 6100592 | 83,000.00 | WASHINGTON MUTUAL BANK | Utah State Tax Commission | 3/13/01 | 3/13/04 |
| 1 | License/Perm it Bond | 6100593 | 45,000.00 | WASHINGTON MUTUAL BANK | Utah State Tax Commission | 3/13/01 | 3/13/04 |
| 1 | License/Perm it Bond | 6100594 | 50,000.00 | WASHINGTON MUTUAL FINANCE, INC., A CA CORPORATION ** | STATE OF COLORADO, UCCC ADMINISTRATOR | 3/13/04 | 3/13/05 |
| 1 | License/Perm it Bond | 6100608 | 68,400.00 | WASHINGTON MUTUAL BANK | Utah State Tax Commission | 3/28/01 | 3/28/04 |
| 1 | License/Perm it Bond | 6100609 | 14,400.00 | WASHINGTON MUTUAL BANK | STATE OF UTAH AND THE UTAH STATE TAX COMMISSION | 3/28/01 | 3/28/04 |
| 1 | License/Perm it Bond | 6100620 | 125,000.00 | Long Beach Mortgage Company | STATE OF MICHIGAN, OFFICE OF FINANCE AND INSURANCE SERVICES | 12/31/05 | 12/31/06 |
| 1 | License/Perm it Bond | 6113777 | 100,000.00 | WASHINGTON MUTUAL FINANCE, INC., A CALIFORNIA CORP. DBA * | State of West Virginia | 12/31/03 | 12/31/04 |
| 1 | License/Perm it Bond | 6114465 | 25,000.00 | WMBFA INSURANCE AGENCY, INC. | TEXAS DEPARTMENT OF INSURANCE | 6/19/08 | 6/19/09 |
| 1 | License/Perm it Bond | 6126628 | 40,000.00 | WASHINGTON MUTUAL BANK | Utah State Tax Commission | 7/2/01 | 7/2/04 |
| 1 | License/Perm it Bond | 6126631 | 35,000.00 | WASHINGTON MUTUAL FINANCE OF FLORIDA, LLC | STATE OF FLORIDA, DEPT OF INSURANCE, BUREAU OF AGENT & FLORIDA DEPT OF INSURANCE, BUREAU OF AGENT & AGENCY | 7/11/03 | 7/11/04 |
| 1 | License/Perm it Bond | 6126633 | 35,000.00 | WASHINGTON MUTUAL FINANCE, LLC. | LICENSE ATTORNEY GENERAL OF THE STATE OF | 7/11/03 | 7/11/04 |
| 1 | License/Perm it Bond | 6126643 | 195,000.00 | Long Beach Mortgage Company | ATTORNEY GENERAL OF THE STATE OF COLORADO | 7/24/05 | 7/24/06 |
| 1 | License/Perm it Bond | 6126681 | 30,000.00 | WASHINGTON MUTUAL BANK | STATE TAX COMMISSION OF UTAH | 8/7/01 | 8/7/04 |
| 1 | License/Perm it Bond | 6126698 | 25,000.00 | COMMONWEALTH INSURANCE SERVICES, INC. | TEXAS DEPARTMENT OF INSURANCE | 7/1/02 | 7/1/03 |
| 1 | License/Perm it Bond | 6126699 | 25,000.00 | COMMONWEALTH INSURANCE SERVICES, INC. | TEXAS DEPARTMENT OF INSURANCE | 7/1/02 | 7/1/03 |
| 1 | License/Perm it Bond | 6132212 | 10,000.00 | WASHINGTON MUTUAL FINANCE, | COMPTROLLER OF FLORIDA, DEPT OF | 9/26/03 | 9/26/04 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
|  | it Bond |  |  | LLC | BANKING & FINANCE |  |  |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | COMPTROLLER, STATE OF FLORIDA, |  |  |
| 1 | it Bond | 6132213 | 10,000.00 | LLC | DEPT. OF BANKING & FINANCE | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | FL DEPARTMENT OF BANKING AND |  |  |
| 1 | it Bond | 6132214 | 10,000.00 | LLC | FINANCE, DIVISION OF FINANCE | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | COMPTROLLER OF THE STATE OF |  |  |
| 1 | it Bond | 6132215 | 10,000.00 | LLC | FLORIDA, DEPT. OF BANKING | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | COMPTROLLER OF THE STATE OF FL, |  |  |
| 1 | it Bond | 6132216 | 10,000.00 | LLC | DEPT. OF BANKING & FINANCE | 9/26/02 | 9/26/03 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | STATE OF FL, OFFICE OF THE |  |  |
| 1 | it Bond | 6132217 | 10,000.00 | LLC | COMPTROLLER, DEPT OF BANKING & | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | STATE OF FL, OFFICE OF THE |  |  |
| 1 | it Bond | 6132218 | 10,000.00 | LLC | COMPTROLLER, DEPT OF BANKING & | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | STATE OF FL, OFFICE OF THE |  |  |
| 1 | it Bond | 6132219 | 10,000.00 | LLC | COMPTROLLER OF STATE OF FL, DEPT. | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | OF BANKING & FINANCE |  |  |
| 1 | it Bond | 6132220 | 10,000.00 | LLC | STATE OF FL, OFFICE OF THE | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | COMPTROLLER, DEPT OF BANKING & |  |  |
| 1 | it Bond | 6132221 | 10,000.00 | LLC | COMPTROLLER OF FLORIDA, DEPT OF | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | BANKING & FINANCE |  |  |
| 1 | it Bond | 6132222 | 10,000.00 | LLC | COMPTROLLER OF STATE OF FL, DEPT. | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | OF BANKING & FINANCE |  |  |
| 1 | it Bond | 6132223 | 10,000.00 | LLC | COMPTROLLER OF FLORIDA, DEPT OF | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | BANKING & FINANCE |  |  |
| 1 | it Bond | 6132224 | 10,000.00 | LLC | COMPTROLLER OF STATE OF FL, DEPT. | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | OF BANKING & FINANCE |  |  |
| 1 | it Bond | 6132225 | 10,000.00 | LLC | STATE OF FL, OFFICE OF THE | 9/26/02 | 9/26/03 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | COMPTROLLER, DEPT OF BANKING & |  |  |
| 1 | it Bond | 6132226 | 10,000.00 | LLC | COMPTROLLER OF FLORIDA, DEPT. OF | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | FL DEPARTMENT OF BANKING AND |  |  |
| 1 | it Bond | 6132227 | 10,000.00 | LLC | FINANCE, DIVISION OF FINANCE | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | COMPTROLLER OF STATE OF FLORIDA, |  |  |
| 1 | it Bond | 6132228 | 10,000.00 | LLC | DEPT OF BANKING & FINANCE | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | COMPTROLLER OF FLORIDA, DEPT. OF |  |  |
| 1 | it Bond | 6132229 | 10,000.00 | LLC | BANKING & FINANCE | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | COMPTROLLER OF STATE OF FLORIDA, |  |  |
| 1 | it Bond | 6132230 | 10,000.00 | LLC | DEPT OF BANKING & FINANCE | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | COMPTROLLER OF STATE OF FLORIDA, |  |  |
| 1 | it Bond | 6132231 | 10,000.00 | LLC | DEPT OF BANKING & FINANCE | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | COMPTROLLER OF STATE OF FLORIDA, |  |  |
| 1 | it Bond | 6132232 | 10,000.00 | LLC | DEPT OF BANKING & FINANCE | 9/26/02 | 9/26/03 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FIANANCE, | COMPTROLLER OF FLORIDA, DEPT OF |  |  |
| 1 | it Bond | 6132233 | 10,000.00 | LLC | BANKING & FINANCE | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | COMPTROLLER OF STATE OF FLORIDA, |  |  |
| 1 | it Bond | 6132234 | 10,000.00 | LLC | DEPT OF BANKING & FINANCE | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | COMPTROLLER OF STATE OF FLORIDA, |  |  |
| 1 | it Bond | 6132235 | 10,000.00 | LLC | DEPT OF BANKING & FINANCE | 9/26/02 | 9/26/03 |
|  | License/Perm |  |  |  | COMPTROLLER OF FLORIDA, DEPT. OF |  |  |
| 1 | it Bond | 6132236 | 10,000.00 | WASHINGTON MUTUAL, INC. | BANKING & FINANCE | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | COMPTROLLER OF STATE OF FLORIDA, |  |  |
| 1 | it Bond | 6132237 | 10,000.00 | LLC | DEPT OF BANKING & FINANCE | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | COMPTROLLER OF STATE OF FLORIDA, |  |  |
| 1 | it Bond | 6132238 | 10,000.00 | LLC | DEPT OF BANKING & FINANCE | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | COMPTROLLER OF FLORIDA, DEPT. OF |  |  |
| 1 | it Bond | 6132239 | 10,000.00 | LLC | BANKING & FINANCE | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | COMPTROLLER OF STATE OF FLORIDA, |  |  |
| 1 | it Bond | 6132240 | 10,000.00 | LLC | DEPT OF BANKING & FINANCE | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | COMPTROLLER OF FLORIDA, DEPT. OF |  |  |
| 1 | it Bond | 6132241 | 10,000.00 | LLC | DEPT OF BANKING & FINANCE | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | COMPTROLLER OF STATE OF FLORIDA, |  |  |
| 1 | it Bond | 6132242 | 10,000.00 | LLC | DEPT OF BANKING & FINANCE | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | COMPTROLLER OF STATE OF FLORIDA, |  |  |
| 1 | it Bond | 6132243 | 10,000.00 | LLC | DEPT OF BANKING & FINANCE | 9/26/03 | 9/26/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE, | STATE OF AR, SECURITIES DEPT |  |  |
| 1 | it Bond | 6132255 | 100,000.00 | LP |  | 10/8/03 | 10/8/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE | NC COMMISSIONER OF BANKS |  |  |
| 1 | it Bond | 6159625 | 25,000.00 | OF VIRGINIA, LLC |  | 4/4/03 | 4/4/04 |
|  | License/Perm |  |  | WASHINGTON MUTUAL FINANCE | THE PEOPLE OF THE STATE OF |  |  |
| 1 | it Bond | 6166776 | 200,000.00 | GROUP, LLC | TENNESSEE | 7/30/03 | 7/30/04 |
|  | License/Perm |  |  |  | CONNECTICUT DEPARTMENT OF |  |  |
|  |  |  |  |  | BANKING, CONSUMER CREDIT |  |  |
| 1 | it Bond | 6166784 | 40,000.00 | Long Beach Mortgage Company | DIVISION | 6/3/06 | 6/3/07 |
|  | License/Perm |  |  |  |  |  |  |
| 1 | it Bond | 6166799 | 25,000.00 | Long Beach Mortgage Company | NC COMMISSIONER OF BANKS | 6/6/06 | 6/6/07 |
|  | License/Perm |  |  |  |  |  |  |
| 1 | it Bond | 6166800 | 150,000.00 | Long Beach Mortgage Company | State of Mississippi | 9/30/05 | 9/30/06 |
|  | License/Perm |  |  |  |  |  |  |
| 1 | it Bond | 6166827 | 150,000.00 | Long Beach Mortgage Company | STATE OF MAINE, BUREAU OF | 9/30/04 | 9/30/06 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | License/Permit Bond | | | | CONSUMER CREDIT PROTECTION | | |
| 1 | License/Permit Bond | 6166828 | 7,500.00 | DANNY D. NOLAN | STATE OF CALIFORNIA, CONTRACTOR'S STATE LICENSE BOARD | 6/17/04 | 6/17/05 |
| 1 | License/Permit Bond | 6166832 | 7,500.00 | DANNY D. NOLAN | STATE OF CALIFORNIA, CONTRACTOR'S STATE LICENSE BOARD | 6/17/04 | 6/17/05 |
| 1 | License/Permit Bond | 6174998 | 150,000.00 | WASHINGTON MUTUAL FINANCE OF NORTH CAROLINA, LLC | STATE OF NORTH CAROLINA, OFFICE OF THE COMMISSIONER OF BANKS | 7/18/03 | 7/18/04 |
| 1 | License/Permit Bond | 6184529 | 150,000.00 | Long Beach Mortgage Company | STATE OF NORTH CAROLINA, OFFICE OF THE COMMISSIONER OF BANKS | 9/18/05 | 9/18/06 |
| 1 | License/Permit Bond | 6186305 | 150,000.00 | WASHINGTON MUTUAL FINANCE OF MISSISSIPPI, LLC | STATE OF MISSISSIPPI, DEPT OF BANKING & CONSUMER FINANCE | 10/1/03 | 9/30/04 |
| 1 | License/Permit Bond | 6188827 | 5,000.00 | Long Beach Mortgage Company | STATE OF OK, ADMINISTRATOR OF THE DEPT OF CONSUMER CREDIT | 11/4/05 | 11/4/06 |
| 1 | License/Permit Bond | 6188828 | 1,000.00 | Long Beach Mortgage Company | OKLAHOMA DEPARTMENT OF CONSUMER CREDIT | 11/4/05 | 11/4/06 |
| 1 | License/Permit Bond | 6188829 | 4,000.00 | Long Beach Mortgage Company | OKLAHOMA DEPARTMENT OF CONSUMER CREDIT | 11/4/05 | 11/4/06 |
| 1 | License/Permit Bond | 6188830 | 25,000.00 | Long Beach Mortgage Company | State of New Hampshire | 12/31/06 | 12/31/07 |
| 1 | License/Permit Bond | 6188839 | 5,000.00 | WMFC ACCEPTANCE, LLC | ADMINISTRATOR OF THE DEPARTMENT OF CONSUMER CREDIT | 11/14/03 | 11/14/04 |
| 1 | License/Permit Bond | 6193543 | 40,000.00 | Long Beach Mortgage Company | COMMISSIONER OF BANKING OF THE STATE OF CONNECTICUT | 12/16/05 | 12/16/06 |
| 1 | License/Permit Bond | 6193595 | 40,000.00 | Long Beach Mortgage Company | STATE OF CONNETICUT COMMISSIONER OF BANKING | 2/4/06 | 2/4/07 |
| 1 | License/Permit Bond | 6199458 | 25,000.00 | WMFC ACCEPTANCE, LLC | DIRECTOR OF THE DEPARTMENT OF FINANCIAL INSTITUTIONS | 1/6/03 | 12/31/03 |
| 1 | License/Permit Bond | 6202806 | 1,000.00 | Long Beach Mortgage Company | ADMINISTRATOR OF THE DEPARTMENT OF CONSUMER CREDIT | 2/14/06 | 2/14/07 |
| 1 | License/Permit Bond | 6202807 | 1,000.00 | Long Beach Mortgage Company | OKLAHOMA DEPARTMENT OF CONSUMER CREDIT | 2/14/06 | 2/14/07 |
| 1 | License/Permit Bond | 6222331 | 200,000.00 | WASHINGTON MUTUAL FINANCE, LLC | COMPTROLLER OF FLORIDA, DEPT OF BANKING & FINANCE | 12/31/03 | 12/31/04 |
| 1 | License/Permit Bond | 6228725 | 12,500.00 | JERRY L. FASCINATO INC. | CALIFORNIA - CONTRACTORS STATE LICENSE BOARD | 7/2/08 | 7/2/09 |
| 1 | License/Permit Bond | 6241591 | 7,500.00 | JERRY L FASCINATO; AHMANSON DEVELOPMENTS, INC. | STATE OF CALIFORNIA, CONTRACTOR'S STATE LICENSE BOARD | 10/15/06 | 10/15/07 |
| 1 | License/Permit Bond | 6241664 | 2,000.00 | WASHINGTON MUTUAL BANK, FA | BOROUGH OF SHREWSBURY, N.J. | 11/6/07 | 11/6/09 |
| 1 | License/Permit Bond | 6241684 | 25,000.00 | BLAZER FINANCIAL SERVICES, INC DBA WASHINGTON MUTUAL FINANCE | STATE OF NEW MEXICO, FIANNCIAL INSTITUTIONS DIV. REGULATION | 11/14/03 | 11/14/04 |
| 1 | License/Permit Bond | 6241685 | 25,000.00 | Long Beach Mortgage Company | STATE OF NEW MEXICO FINANCIAL INSTITUTIONS DIV REG & LCNSING | 11/17/05 | 11/17/06 |
| 1 | License/Permit Bond | 6255148 | 200,000.00 | WASHINGTON MUTUAL FINANCE, INC. | STATE OF TENNESSEE, DEPT. OF FINANCIAL INSTITUTIONS | 6/30/04 | 6/30/05 |
| 1 | License/Permit Bond | 6255271 | 50,000.00 | WASHINGTON MUTUAL BANK, FA | STATE OF LOUISIANA | 2/9/08 | 2/9/09 |
| 1 | License/Permit Bond | 6288514 | 12,500.00 | CRAIG TAYLOR PEOPLES | STATE OF CALIFORNIA. | 8/1/08 | 8/1/09 |
| 1 | License/Permit Bond | 6288515 | 40,000.00 | Long Beach Mortgage Company | COMMISSIONER OF BANKING OF THE STATE OF CONNECTICUT | 7/30/05 | 7/30/06 |
| 1 | License/Permit Bond | 6288523 | 50,000.00 | Long Beach Mortgage Company | STATE OF MAINE, OFFICE OF CONSUMER CREDIT REGULATION | 10/1/05 | 10/1/06 |
| 1 | License/Permit Bond | 6317497 | 1,000.00 | Long Beach Mortgage Company | STATE OF OKLAHOMA, DEPARTMENT OF CONSUMER CREDIT | 12/22/05 | 12/22/06 |
| 1 | License/Permit Bond | 6342227 | 40,000.00 | Long Beach Mortgage Company | BANKING COMMISSIONER OF THE STATE OF CONNECTICUT | 6/1/05 | 9/30/06 |
| 1 | License/Permit Bond | 6342255 | 40,000.00 | Long Beach Mortgage Company | BANKING COMMISSIONER, STATE OF CONNETICUT | 7/1/05 | 7/1/06 |
| 1 | License/Permit Bond | 6342288 | 40,000.00 | Long Beach Mortgage Company | BANKING COMMISSIONER OF THE STATE OF CONNECTICUT | 7/15/05 | 7/15/06 |
| 1 | License/Permit Bond | 6342289 | 50,000.00 | Long Beach Mortgage Company | STATE OF MAINE, OFFICE OF CONSUMER CREDIT REGULATON | 7/15/05 | 7/15/07 |
| 1 | License/Permit Bond | 6361642 | 1,000.00 | LONG BEACH MORTGAGE COMPANY | STATE OF OKLAHOMA, DEPARTMENT OF CONSUMER CREDIT | 7/15/05 | 7/15/06 |
| 1 | License/Permit Bond | 6361658 | 25,000.00 | HOME CREST INSURANCE SERVICES, INC. | STATE OF TEXAS | 8/3/08 | 8/3/09 |
| 1 | License/Permit Bond | 6361668 | 50,000.00 | Long Beach Mortgage Company | STATE OF MAINE, OFFICE OF CONSUMER CREDIT REGULATON | 8/24/05 | 9/30/07 |
| 1 | License/Permit Bond | 6361680 | 113,800.00 | GERARD J. PLANTE | STATE OF IDAHO, TRANSPORTATION DEPT., DEPT OF MOTOR VEHICLES | 9/13/05 | 9/13/08 |
| 1 | License/Permit Bond | 6361705 | 9,556.00 | VICTOR PORRAS | STATE OF UTAH | 9/28/05 | 9/28/12 |
| 1 | License/Permit Bond | 6361706 | 72,000.00 | MINDY BRODSTON | STATE OF UTAH | 9/28/05 | 9/28/12 |
| 1 | License/Permit Bond | 6361721 | 40,000.00 | Long Beach Mortgage Company | BANKING COMMISSIONER OF THE | 11/15/05 | 11/15/06 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | it Bond License/Perm | | | | STATE OF CONNECTICUT, DEPARTMEN* STATE OF MAINE, DIRECTOR OF | | |
| 1 | it Bond License/Perm | 6361723 | 50,000.00 | Long Beach Mortgage Company | CONSUMER CREDIT REGULATION BANKING COMMISSIONER OF THE | 10/28/05 | 10/28/06 |
| 1 | it Bond License/Perm | 6361730 | 40,000.00 | Long Beach Mortgage Company | STATE OF CONNECTICUT GEORGIA DEPARTMENT OF BANKING | 11/4/05 | 11/4/06 |
| 1 | it Bond License/Perm | 6361738 | 150,000.00 | Long Beach Mortgage Company | AND FINANCE STATE OF OKLAHOMA, DEPARTMENT | 1/1/06 | 6/30/07 |
| 1 | it Bond License/Perm | 6361754 | 1,000.00 | Long Beach Mortgage Company | OF CONSUMER CREDIT STATE OF MAINE, OFFICE OF | 12/16/05 | 12/16/06 |
| 1 | it Bond License/Perm | 6361762 | 50,000.00 | Long Beach Mortgage Company | CONSUMER CREDIT REGULATION | 12/21/05 | 9/30/06 |
| 1 | it Bond License/Perm | 6361819 | 10,000.00 | WASHINGTON MUTUAL INSURANCE SERVICES, INC. | STATE OF CALIFORNIA. | 5/1/08 | 5/1/09 |
| 1 | it Bond License/Perm | 6423337 | 10,000.00 | FIRST SELECT CORPORATION | STATE OF TEXAS | 6/13/08 | 6/13/09 |
| 1 | it Bond License/Perm | 6423338 | 20,000.00 | PROVIDIAN FINANCIAL CORPORATION | STATE OF LOUISIANA | 8/1/08 | 8/1/09 |
| 1 | it Bond License/Perm | 6423340 | 10,000.00 | FIRST SELECT CORPORATION | STATE OF TEXAS | 8/16/08 | 8/16/09 |
| 1 | it Bond | 6423341 | 50,000.00 | WASHINGTON MUTUAL, INC. | STATE OF MISSISSIPPI | 12/4/07 | 12/4/08 |
| **376** | **License/Permit Bond Total** | | **16,732,546.00** | | | | |
| 1 | Lost Instrument Bond | 0621140 | 93,815.00 | WASHINGTON MUTUAL BANK, FA HOME SAVINGS OF AMERICA, FACILITY DESIGN & CONSTRUCTION | AMERIGROUP MORTGAGE CORPORATION, A DIVISION OF MORTGAGE | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 5771976 | 249,435.00 | | CITY OF LOS ANGELES, DEPARTMENT OF TRANSPORTATION | 8/30/99 | 8/30/00 |
| 1 | Lost Instrument Bond | 5775677 | 335,000.00 | AMERICAN SAVINGS BANK | CALIFORNIA-EMPLOYMENT DEVELOPMENT DEPARTMENT | 10/14/98 | 10/14/99 |
| 1 | Lost Instrument Bond | 5946449 | 106,841.00 | WASHINGTON MUTUAL, INC | GOVERNMENT NATIONAL MORTGAGE ASSOCIATION(GNMA)XX | 10/1/98 | 10/1/99 |
| 1 | Lost Instrument Bond | 5946450 | 99,080.00 | WASHINGTON MUTUAL, INC | Government National Mortgage Association (GNMA) | 10/1/98 | 10/1/99 |
| 1 | Lost Instrument Bond | 5946451 | 124,769.00 | WASHINGTON MUTUAL, INC | Government National Mortgage Association (GNMA) | 10/1/98 | 10/1/99 |
| 1 | Lost Instrument Bond | 5946452 | 76,962.00 | WASHINGTON MUTUAL, INC | Government National Mortgage Association (GNMA) | 10/1/98 | 10/1/99 |
| 1 | Lost Instrument Bond | 5946453 | 99,395.00 | WASHINGTON MUTUAL, INC | Government National Mortgage Association (GNMA) | 10/1/98 | 10/1/99 |
| 1 | Lost Instrument Bond | 5946454 | 70,874.00 | WASHINGTON MUTUAL, INC | Government National Mortgage Association (GNMA) | 10/1/98 | 10/1/99 |
| 1 | Lost Instrument Bond | 5946455 | 87,429.00 | WASHINGTON MUTUAL, INC | Government National Mortgage Association (GNMA) | 10/1/98 | 10/1/99 |
| 1 | Lost Instrument Bond | 5946456 | 87,936.00 | WASHINGTON MUTUAL, INC | Government National Mortgage Association (GNMA) | 10/1/98 | 10/1/99 |
| 1 | Lost Instrument Bond | 5946457 | 63,099.00 | WASHINGTON MUTUAL, INC | Government National Mortgage Association (GNMA) | 10/1/98 | 10/1/99 |
| 1 | Lost Instrument Bond | 5946458 | 54,116.00 | WASHINGTON MUTUAL, INC | Government National Mortgage Association (GNMA) | 10/1/98 | 10/1/99 |
| 1 | Lost Instrument Bond | 5946459 | 72,882.00 | WASHINGTON MUTUAL, INC | Government National Mortgage Association (GNMA) | 10/1/98 | 10/1/99 |
| 1 | Lost Instrument Bond | 5946460 | 45,065.00 | WASHINGTON MUTUAL, INC | Government National Mortgage Association (GNMA) | 10/1/98 | 10/1/99 |
| 1 | Lost Instrument Bond | 5946461 | 35,430.00 | WASHINGTON MUTUAL, INC | Government National Mortgage Association (GNMA) | 10/1/98 | 10/1/99 |
| 1 | Lost Instrument Bond | 5946462 | 48,435.00 | WASHINGTON MUTUAL, INC | Government National Mortgage Association (GNMA) | 10/1/98 | 10/1/99 |
| 1 | Bond | 6083039 | 159,409.00 | WASHINGTON MUTUAL BANK | CORUS BANK | 12/6/00 | 12/6/01 |
| 1 | Lost | 6083101 | 2,005.00 | JEANNE=WILLHITE | WASHINGTON MUTUAL, INC. | 10/23/00 | 10/23/01 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6113797 | 277,426.00 | WASHINGTON MUTUAL BANK, FA | FLEET BANK, BULL'S HEAD BRANCH | 5/10/01 | 5/10/03 |
| 1 | Instrument Bond Lost | 6114472 | 92,945.00 | WASHINGTON MUTUAL | GOVERNMENT NATIONAL MORTGAGE ASSOCIATION | 6/26/01 | 6/26/02 |
| 1 | Instrument Bond Lost | 6126629 | 21,000.00 | WASHINGTON MUTUAL | PENNAMCO, INC A DELAWARE CORP | 7/3/01 | 7/3/02 |
| 1 | Instrument Bond Lost | 6126630 | 122,980.00 | WASHINGTON MUTUAL, INC. | GOVERNMENT NATIONAL MORTGAGE ASSOCIATION | 7/5/01 | 7/5/02 |
| 1 | Instrument Bond Lost | 6126632 | 36,967.00 | WASHINGTON MUTUAL | MOORE MORTGAGE AND INVESTMENT COMPANY | 7/11/01 | 7/11/02 |
| 1 | Instrument Bond Lost | 6126637 | 46,035.00 | WASHINGTON MUTUAL, INC. | KEYCORP MORTGAGE INC. | 7/17/01 | 7/17/02 |
| 1 | Instrument Bond Lost | 6126644 | 69,429.00 | WASHINGTON MUTUAL | AVSTAR MORTGAGE CORPORATION | 7/24/01 | 7/24/02 |
| 1 | Instrument Bond Lost | 6126645 | 67,300.00 | WASHINGTON MUTUAL, INC. | WM STANWELL COMPANY | 7/24/01 | 7/24/02 |
| 1 | Instrument Bond Lost | 6126650 | 53,056.00 | WASHINGTON MUTUAL | DEPENDABLE MORTGAGE, INC. | 7/27/01 | 7/27/02 |
| 1 | Instrument Bond Lost | 6126659 | 73,301.00 | WASHINGTON MUTUAL, INC. | SOURCE ONE MORTGAGE SERVICES CORPORATION | 7/31/01 | 7/31/02 |
| 1 | Instrument Bond Lost | 6126660 | 83,110.00 | WASHINGTON MUTUAL | HOMESTEAD FUNDING CORP. | 7/31/01 | 7/31/02 |
| 1 | Instrument Bond Lost | 6126661 | 46,523.00 | WASHINGTON MUTUAL | AVSTAR MORTGAGE CORPORATION | 7/31/01 | 7/31/02 |
| 1 | Instrument Bond Lost | 6126662 | 38,881.00 | WASHINGTON MUTUAL | NOTHNAGLE HOME SECURITIES CORP. | 7/31/01 | 7/31/02 |
| 1 | Instrument Bond Lost | 6126663 | 72,934.00 | WASHINGTON MUTUAL | SOURCE ONE MORTGAGE SERVICES CORPORATION | 7/31/01 | 7/31/02 |
| 1 | Instrument Bond Lost | 6126664 | 55,390.00 | WASHINGTON MUTUAL, INC. | SOURCE ONE MORTGAGE SERVICES CORPORATION | 7/31/01 | 7/31/02 |
| 1 | Instrument Bond Lost | 6126665 | 33,873.00 | WASHINGTON MUTUAL | FLEET MORTGAGE COMPANY | 7/31/01 | 7/31/02 |
| 1 | Instrument Bond Lost | 6126666 | 72,480.00 | WASHINGTON MUTUAL | EQUALITY STATE BANK | 7/31/01 | 7/31/02 |
| 1 | Instrument Bond Lost | 6126667 | 5,559.00 | WASHINGTON MUTUAL, INC. | ASSOCIATED-EAST MORTGAGE CO. | 7/31/01 | 7/31/02 |
| 1 | Instrument Bond Lost | 6126669 | 73,344.00 | WASHINGTON MUTUAL, INC. | WESTWOOD ASSOCIATES | 7/31/01 | 7/31/02 |
| 1 | Instrument Bond Lost | 6126672 | 63,216.00 | WASHINGTON MUTUAL, INC. | SOURCE ONE MORTGAGE SERVICES CORPORATION | 8/3/01 | 8/3/02 |
| 1 | Instrument Bond Lost | 6126673 | 83,968.00 | WASHINGTON MUTUAL | REALTY MORTGAGE COMPANY | 8/3/01 | 8/3/02 |
| 1 | Instrument Bond Lost | 6126674 | 81,937.00 | WASHINGTON MUTUAL, INC. | CENTRAL PACIFIC MORTGAGE COMPANY | 8/3/01 | 8/3/02 |
| 1 | Instrument Bond Lost | 6126675 | 34,928.00 | WASHINGTON MUTUAL | WESTERN FEDERAL SAVINGS BANK | 8/3/01 | 8/3/02 |
| 1 | Instrument Bond Lost | 6126676 | 76,048.00 | WASHINGTON MUTUAL | NOTHNAGLE HOME SECURITIES CORP. | 8/3/01 | 8/3/02 |
| 1 | Instrument Bond | 6126677 | 13,630.00 | WASHINGTON MUTUAL | FIREMAN'S FUND MORTGAGE CORPORATION | 8/6/01 | 8/6/02 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6126683 | 67,260.00 | WASHINGTON MUTUAL | COMMONFUND MORTGAGE CORP. | 8/8/01 | 8/8/02 |
| 1 | Lost Instrument Bond | 6126684 | 43,914.00 | WASHINGTON MUTUAL | GATEWAY BANK | 8/8/01 | 8/8/02 |
| 1 | Lost Instrument Bond | 6126685 | 17,961.00 | WASHINGTON MUTUAL | THE MORTGAGE COMPNY OF VIRGINIA | 8/8/01 | 8/8/02 |
| 1 | Lost Instrument Bond | 6126686 | 6,791.00 | WASHINGTON MUTUAL | COUNTRYWIDE FUNDING CORP. | 8/8/01 | 8/8/02 |
| 1 | Lost Instrument Bond | 6126687 | 15,123.00 | WASHINGTON MUTUAL | COUNTRYWIDE FUNDING CORPORATION | 8/8/01 | 8/8/02 |
| 1 | Lost Instrument Bond | 6126688 | 4,531.00 | WASHINGTON MUTUAL | WESTERN PACIFIC FINANCIAL CORP. | 8/8/01 | 8/8/02 |
| 1 | Lost Instrument Bond | 6126689 | 12,333.00 | WASHINGTON MUTUAL | COUNTRYWIDE FUNDING CORPORATION | 8/8/01 | 8/8/02 |
| 1 | Lost Instrument Bond | 6126690 | 59,373.00 | WASHINGTON MUTUAL | SOURCE ONE MORTGAGE SERVICES CORP. | 8/9/01 | 8/9/02 |
| 1 | Lost Instrument Bond | 6126691 | 84,712.00 | WASHINGTON MUTUAL | HOMEOWNERS MORTGAGE ENTERPRISES, INC. | 8/10/01 | 8/10/02 |
| 1 | Lost Instrument Bond | 6126692 | 141,591.00 | WASHINGTON MUTUAL | COMMUNITY MORTGAGE CORPORATION | 8/10/01 | 8/10/02 |
| 1 | Lost Instrument Bond | 6126693 | 55,418.00 | WASHINGTON MUTUAL | MORTGAGE NOW, INC. | 8/10/01 | 8/10/02 |
| 1 | Lost Instrument Bond | 6126694 | 66,673.00 | WASHINGTON MUTUAL | GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES L.P. | 8/10/01 | 8/10/02 |
| 1 | Lost Instrument Bond | 6126695 | 101,469.00 | WASHINGTON MUTUAL | GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, L.P. | 8/10/01 | 8/10/02 |
| 1 | Lost Instrument Bond | 6126696 | 82,855.00 | WASHINGTON MUTUAL | GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, L.P. | 8/10/01 | 8/10/02 |
| 1 | Lost Instrument Bond | 6126697 | 98,215.00 | WASHINGTON MUTUAL | GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, L.P. | 8/10/01 | 8/10/02 |
| 1 | Lost Instrument Bond | 6126700 | 58,704.00 | WASHINGTON MUTUAL | SOURCE ONE MORTGAGE SERVICES CORP. | 8/13/01 | 8/13/02 |
| 1 | Lost Instrument Bond | 6126702 | 42,891.00 | WASHINGTON MUTUAL | MORTGAGE AMERICA | 8/14/01 | 8/14/02 |
| 1 | Lost Instrument Bond | 6126709 | 70,136.00 | WASHINGTON MUTUAL, INC. | SOURCE ONE MORTGAGE SERVICES | 8/24/01 | 8/24/02 |
| 1 | Lost Instrument Bond | 6126710 | 63,236.00 | WASHINGTON MUTUAL | SOURCE ONE MORTGAGE SERVICES | 8/24/01 | 8/24/02 |
| 1 | Lost Instrument Bond | 6126714 | 21,831.00 | WASHINGTON MUTUAL | SENTRY MORTGAGE COMPANY | 8/24/01 | 8/24/02 |
| 1 | Lost Instrument Bond | 6126718 | 250,000.00 | WASHINGTON MUTUAL BANK, FA | FLORIDA DEPT. OF STATE, DIV. OF LICENSING | 8/31/01 | 8/31/02 |
| 1 | Lost Instrument Bond | 6132171 | 17,479.00 | WASHINGTON MUTUAL | ABILENE SAVINGS ASSOCIATION | 9/10/01 | 9/10/02 |
| 1 | Lost Instrument Bond | 6132172 | 42,414.00 | WASHINGTON MUTUAL | CITY WIDE MORTGAGE INC | 9/10/01 | 9/10/02 |
| 1 | Lost Instrument Bond | 6132173 | 51,267.00 | WASHINGTON MUTUAL | HINTON MORTGAGE & INVESTMENTS | 9/10/01 | 9/10/02 |
| 1 | Lost Instrument Bond | 6132174 | 5,842.00 | WASHINGTON MUTUAL | ABILENE SAVINGS ASSOCIATION | 9/10/01 | 9/10/02 |
| 1 | Lost Instrument | 6132175 | 62,875.00 | WASHINGTON MUTUAL | 1ST INTER CITY MORTGAGE CORP. | 9/10/01 | 9/10/02 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6132176 | 51,952.00 | WASHINGTON MUTUAL | FIRST TENNESSEE BANK NATIONAL ASSOCIATION | 9/10/01 | 9/10/02 |
| 1 | Bond Lost Instrument | 6132177 | 5,588.00 | WASHINGTON MUTUAL | ABILENE SAVINGS ASSOCIATION | 9/10/01 | 9/10/02 |
| 1 | Bond Lost Instrument | 6132178 | 63,481.00 | WASHINGTON MUTUAL | FIRST UNITY MORTGAGE CORP | 9/10/01 | 9/10/02 |
| 1 | Bond Lost Instrument | 6132179 | 7,090.00 | WASHINGTON MUTUAL | ABILENE SAVINGS ASSOCIATION | 9/10/01 | 9/10/02 |
| 1 | Bond Lost Instrument | 6132180 | 64,025.00 | WASHINGTON MUTUAL | LIBERTY NATIONAL MORTGAGE CORP. | 9/10/01 | 9/10/02 |
| 1 | Bond Lost Instrument | 6132181 | 63,725.00 | WASHINGTON MUTUAL | ACCUBANC MORTGAGE CORP | 9/10/01 | 9/10/02 |
| 1 | Bond Lost Instrument | 6132182 | 75,926.00 | WASHINGTON MUTUAL | ACCUBANC MORTGAGE CORP | 9/10/01 | 9/10/02 |
| 1 | Bond Lost Instrument | 6132183 | 77,012.00 | WASHINGTON MUTUAL | INDEPENDENCE MORTGAGE CORP | 9/10/01 | 9/10/02 |
| 1 | Bond Lost Instrument | 6132184 | 10,351.00 | WASHINGTON MUTUAL | ABILENE SAVINGS ASSOCIATION | 9/14/01 | 9/14/02 |
| 1 | Bond Lost Instrument | 6132185 | 88,686.00 | WASHINGTON MUTUAL, INC. | RYLAND MORTGAGE CO. | 9/14/01 | 9/14/02 |
| 1 | Bond Lost Instrument | 6132186 | 60,569.00 | WASHINGTON MUTUAL | INVESTORS SAVINGS BANK F.S.B. | 9/14/01 | 9/14/02 |
| 1 | Bond Lost Instrument | 6132187 | 47,589.00 | WASHINGTON MUTUAL | FIRST TENNESSEE BANK NATIONAL ASSOCIATION | 9/14/01 | 9/14/02 |
| 1 | Bond Lost Instrument | 6132188 | 115,526.00 | WASHINGTON MUTUAL | STANDARD TRUST DEED SERVICE CO., A CALIFORNIA CORP | 9/14/01 | 9/14/02 |
| 1 | Bond Lost Instrument | 6132189 | 97,064.00 | WASHINGTON MUTUAL | FIRST CALIFORNIA MORTGAGE CO. | 9/14/01 | 9/14/02 |
| 1 | Bond Lost Instrument | 6132190 | 50,644.00 | WASHINGTON MUTUAL | BOMAR MORTGAGE ACCEPTANCE CORP | 9/14/01 | 9/14/02 |
| 1 | Bond Lost Instrument | 6132191 | 49,989.00 | WASHINGTON MUTUAL | RYLAND MORTGAGE CO. | 9/14/01 | 9/14/02 |
| 1 | Bond Lost Instrument | 6132192 | 40,858.00 | WASHINGTON MUTUAL | CARL I. BROWN & COMPANY | 9/14/01 | 9/14/02 |
| 1 | Bond Lost Instrument | 6132193 | 85,589.00 | WASHINGTON MUTUAL | MERCURY FINANCIAL INC. | 9/14/01 | 9/14/02 |
| 1 | Bond Lost Instrument | 6132194 | 53,639.00 | WASHINGTON MUTUAL | ACCUBANC MORTGAGE CORP. | 9/14/01 | 9/14/02 |
| 1 | Bond Lost Instrument | 6132195 | 88,387.00 | WASHINGTON MUTUAL | MORTGAGE SERVICE AMERICA CO. | 9/14/01 | 9/14/02 |
| 1 | Bond Lost Instrument | 6132196 | 7,000.00 | WASHINGTON MUTUAL BANK, F.A. | STATE OF WASHINGTON, DEPT. OF LICENSING | 9/18/01 | 9/18/02 |
| 1 | Bond Lost Instrument | 6132200 | 22,913.00 | WASHINGTON MUTUAL | COUNTRYWIDE FUNDING CORP. | 9/20/01 | 9/20/02 |
| 1 | Bond Lost Instrument | 6132202 | 26,689.00 | WASHINGTON MUTUAL | BANK UNITED | 9/25/01 | 9/25/02 |
| 1 | Bond Lost Instrument | 6132203 | 79,548.00 | WASHINGTON MUTUAL | ACCUBANC MORTGAGE CORP. | 9/25/01 | 9/25/02 |
| 1 | Bond | 6132204 | 57,763.00 | WASHINGTON MUTUAL | CENSTAR FINACIAL | 9/25/01 | 9/25/02 |
| 1 | Lost | 6132205 | 90,488.00 | WASHINGTON MUTUAL | MORTGAGE FACTORY, LLC | 9/25/01 | 9/25/02 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6132209 | 108,474.00 | WASHINGTON MUTUAL | MISSION MORTGAGE CORPORATION | 9/25/01 | 9/25/02 |
| 1 | Instrument Bond Lost | 6132210 | 95,115.00 | WASHINGTON MUTUAL | PALMETTO FEDERAL SAVINGS BANK OF SOUTH CAROLINA | 9/25/01 | 9/25/02 |
| 1 | Instrument Bond Lost | 6132249 | 55,710.00 | WASHINGTON MUTUAL | MARYLAND NATIONAL MORTGAGE | 10/2/01 | 10/2/02 |
| 1 | Instrument Bond Lost | 6132250 | 4,878.00 | WASHINGTON MUTUAL | ABILENE SAVINGS ASSOCIATION | 10/2/01 | 10/2/02 |
| 1 | Instrument Bond Lost | 6132252 | 44,131.00 | WASHINGTON MUTUAL | FIRST TENNESSEE BANK NATIONAL ASSOCIATION | 10/4/01 | 10/4/02 |
| 1 | Instrument Bond Lost | 6132253 | 90,252.00 | WASHINGTON MUTUAL | ACCUBANC MORTGAGE CORP. | 10/4/01 | 10/4/02 |
| 1 | Instrument Bond Lost | 6132254 | 31,162.00 | WASHINGTON MUTUAL | AMERICAN NATIONAL MORTGAGE CO., INC. | 10/4/01 | 10/4/02 |
| 1 | Instrument Bond Lost | 6132262 | 111,777.00 | WASHINGTON MUTUAL | THE MORTGAGE CONNECTION L.L.C. | 10/11/01 | 10/11/02 |
| 1 | Instrument Bond Lost | 6132263 | 94,980.00 | WASHINGTON MUTUAL | GOVERNMENT NATIONAL MORTGAGE ASSOCIATION | 10/16/01 | 10/16/02 |
| 1 | Instrument Bond Lost | 6132269 | 145,535.00 | WASHINGTON MUTUAL | GOVERNMENT NATIONAL MORTGAGE ASSOCIATION | 10/16/01 | 10/16/02 |
| 1 | Instrument Bond Lost | 6132550 | 4,878.00 | WASHINGTON MUTUAL | ABILENE SAVINGS ASSOCIATION | 10/2/01 | 10/2/02 |
| 1 | Instrument Bond Lost | 6141801 | 78,008.00 | WASHINGTON MUTUAL | GOVERNMENT NATIONAL MORTGAGE ASSOCIATION | 10/16/01 | 10/16/02 |
| 1 | Instrument Bond Lost | 6141802 | 155,428.00 | WASHINGTON MUTUAL | GOVERNMENT NATIONAL MORTGAGE ASSOCIATION | 10/16/01 | 10/16/02 |
| 1 | Instrument Bond Lost | 6141803 | 165,358.00 | WASHINGTON MUTUAL | GOVERNMENT NATIONAL MORTGAGE ASSOCIATION | 10/16/01 | 10/16/02 |
| 1 | Instrument Bond Lost | 6141806 | 19,838.00 | WASHINGTON MUTUAL | CITIZENS MORTGAGE CORP | 10/17/01 | 10/17/02 |
| 1 | Instrument Bond Lost | 6141807 | 92,774.00 | WASHINGTON MUTUAL | CENTRAL PACIFIC MORTGAGE COMPANY | 10/17/01 | 10/17/02 |
| 1 | Instrument Bond Lost | 6141808 | 33,167.00 | WASHINGTON MUTUAL | SOURCE ONE MORTGAGE SERVICES | 10/17/01 | 10/17/02 |
| 1 | Instrument Bond Lost | 6141821 | 160,647.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL HOME LOANS, INC. | 10/23/01 | 10/23/02 |
| 1 | Instrument Bond Lost | 6141823 | 106,597.00 | WASHINGTON MUTUAL | EUSTIS MORTGAGE CORPORATION | 10/23/01 | 10/23/02 |
| 1 | Instrument Bond Lost | 6141842 | 46,153.00 | WASHINGTON MUTUAL | NORTHERN CAPITAL CORP | 11/1/01 | 11/1/02 |
| 1 | Instrument Bond Lost | 6141849 | 44,671.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Instrument Bond Lost | 6141850 | 20,260.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Instrument Bond Lost | 6141851 | 64,282.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Instrument Bond Lost | 6141852 | 73,227.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Instrument Bond Lost | 6141853 | 69,982.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6141854 | 69,879.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141855 | 49,912.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141856 | 58,917.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141857 | 144,746.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141858 | 70,391.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141859 | 63,371.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141860 | 82,375.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141861 | 79,334.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141862 | 104,561.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141863 | 67,810.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141864 | 88,944.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141865 | 69,509.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141866 | 139,069.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141867 | 95,726.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141868 | 101,173.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141869 | 53,197.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141870 | 133,532.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141871 | 89,721.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141872 | 84,173.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141873 | 93,777.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141874 | 117,089.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141875 | 114,768.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141876 | 223,698.00 | WASHINGTON MUTUAL | GOVERNMENT NATIONAL MORTGAGE ASSOCIATION | 11/8/01 | 11/8/02 |
| 1 | Lost Instrument Bond | 6141877 | 72,849.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141878 | 61,440.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument | 6141879 | 62,729.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument Bond | 6141880 | 67,454.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141881 | 142,878.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141882 | 76,607.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141883 | 52,553.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141884 | 64,036.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141885 | 137,420.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141886 | 90,247.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141887 | 85,984.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141888 | 75,065.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141889 | 76,579.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141890 | 111,427.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141891 | 61,221.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141892 | 79,967.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141893 | 100,200.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141894 | 61,524.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141895 | 77,390.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141896 | 114,312.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141897 | 70,613.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141898 | 159,883.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141899 | 93,574.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6141900 | 90,574.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6142021 | 107,955.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6142022 | 58,070.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6142023 | 94,378.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost Instrument Bond | 6142024 | 196,151.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Lost | 6142025 | 121,539.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6142026 | 54,720.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Instrument Bond Lost | 6142027 | 52,055.00 | WASHINGTON MUTUAL | CHASE MORTGAGE SERVICES | 11/5/01 | 11/5/02 |
| 1 | Instrument Bond Lost | 6142028 | 39,695.00 | WASHINGTON MUTUAL | CHASE MORTGAGE AMERICA | 11/5/01 | 11/5/02 |
| 1 | Instrument Bond Lost | 6142029 | 170,970.00 | WASHINGTON MUTUAL | GOVERNMENT NATIONAL MORTGAGE ASSOCIATION | 11/8/01 | 11/8/02 |
| 1 | Instrument Bond Lost | 6142030 | 84,835.00 | WASHINGTON MUTUAL | GOVERNMENT NATIONAL MORTGAGE ASSOCIATION | 11/8/01 | 11/8/02 |
| 1 | Instrument Bond Lost | 6142031 | 129,498.00 | WASHINGTON MUTUAL | GOVERNMENT NATIONAL MORTGAGE ASSOCIATION | 11/8/01 | 11/8/02 |
| 1 | Instrument Bond Lost | 6142032 | 60,792.00 | WASHINGTON MUTUAL | GOVERNMENT NATIONAL MORTGAGE ASSOCIATION | 11/8/01 | 11/8/02 |
| 1 | Instrument Bond Lost | 6142033 | 68,863.00 | WASHINGTON MUTUAL | GOVERNMENT NATIONAL MORTGAGE ASSOCIATION | 11/8/01 | 11/8/02 |
| 1 | Instrument Bond Lost | 6142034 | 132,907.00 | WASHINGTON MUTUAL | GOVERNMENT NATIONAL MORTGAGE ASSOCIATION | 11/8/01 | 11/8/02 |
| 1 | Instrument Bond Lost | 6142035 | 100,690.00 | WASHINGTON MUTUAL | GOVERNMENT NATIONAL MORTGAGE ASSOCIATION | 11/8/01 | 11/8/02 |
| 1 | Instrument Bond Lost | 6142036 | 157,975.00 | WASHINGTON MUTUAL | GOVERNMENT NATIONAL MORTGAGE ASSOCIATION | 11/8/01 | 11/8/02 |
| 1 | Instrument Bond Lost | 6142037 | 160,008.00 | WASHINGTON MUTUAL | GOVERNMENT NATIONAL MORTGAGE ASSOCIATION | 11/8/01 | 11/8/02 |
| 1 | Instrument Bond Lost | 6142056 | 32,500.00 | WASHINGTON MUTUAL | MORTGAGE MATTERS, INC. | 11/28/01 | 11/28/02 |
| 1 | Instrument Bond Lost | 6142057 | 95,147.00 | WASHINGTON MUTUAL | FIRST CITY MORTGAGE, INC. | 11/28/01 | 11/28/02 |
| 1 | Instrument Bond Lost | 6142058 | 98,172.00 | WASHINGTON MUTUAL, INC. | FIRST NATIONAL HOME FINANCE CORP. | 11/28/01 | 11/28/02 |
| 1 | Instrument Bond Lost | 6142059 | 143,160.00 | WASHINGTON MUTUAL | HOMEBANC MTG. CORP. | 11/28/01 | 11/28/02 |
| 1 | Instrument Bond Lost | 6142060 | 160,839.00 | WASHINGTON MUTUAL | FIRST MAGNUS FINANCIAL DBA CHARTER FUNDING | 11/28/01 | 11/28/02 |
| 1 | Instrument Bond Lost | 6142061 | 113,738.00 | WASHINGTON MUTUAL, INC. | FLEET NATIONAL BANK | 11/28/01 | 11/28/02 |
| 1 | Instrument Bond Lost | 6142062 | 103,870.00 | WASHINGTON MUTUAL, INC. | GATEWAY FUNDING DIVERSIFIED MTG SERVICES | 11/28/01 | 11/28/02 |
| 1 | Instrument Bond Lost | 6142063 | 77,592.00 | WASHINGTON MUTUAL | FLEET NATIONAL BANK | 11/28/01 | 11/28/02 |
| 1 | Instrument Bond Lost | 6142064 | 93,101.00 | WASHINGTON MUTUAL | AMERICAN SECURITY MORTGAGE CORP. | 11/28/01 | 11/28/02 |
| 1 | Instrument Bond Lost | 6142083 | 54,281.00 | WASHINGTON MUTUAL | SILVER STATE FINANCIAL SERVICES DBA SILVER STATE MORTGAGE, | 12/7/01 | 12/7/02 |
| 1 | Instrument Bond Lost | 6142120 | 103,700.00 | WASHINGTON MUTUAL | GARDEN STATE MORTGAGE | 12/28/01 | 12/28/02 |
| 1 | Instrument Bond Lost | 6142130 | 164,730.00 | WASHINGTON MUTUAL | PREMIER MORTGAGE GROUP | 1/9/02 | 1/9/03 |
| 1 | Instrument Bond Lost | 6142131 | 82,009.00 | WASHINGTON MUTUAL | WHOLESALE CAPITAL CORP. | 1/10/02 | 1/10/03 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6142132 | 74,383.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL HOME LOANS, INC. | 1/15/02 | 1/15/03 |
| 1 | Lost Instrument Bond | 6142133 | 172,930.00 | WASHINGTON MUTUAL | CITIZENS FIRST MORTGAGE CORP. | 1/10/02 | 1/10/03 |
| 1 | Lost Instrument Bond | 6142134 | 63,832.00 | WASHINGTON MUTUAL | SKYLINE FUNDING | 1/10/02 | 1/10/03 |
| 1 | Lost Instrument Bond | 6142135 | 79,436.00 | WASHINGTON MUTUAL | MORTGAGE INVESTORS CORP. | 1/10/02 | 1/10/03 |
| 1 | Lost Instrument Bond | 6142136 | 90,406.00 | WASHINGTON MUTUAL | SOURCE ONE MORTGAGE SERVICES CORP. | 1/10/02 | 1/10/03 |
| 1 | Lost Instrument Bond | 6142137 | 137,108.00 | WASHINGTON MUTUAL | HALLMARK GOVERNMENT MORTGAGE | 1/10/02 | 1/10/03 |
| 1 | Lost Instrument Bond | 6142138 | 147,394.00 | WASHINGTON MUTUAL | KMC MORTGAGE CO. | 1/10/02 | 1/10/03 |
| 1 | Lost Instrument Bond | 6142139 | 58,242.00 | WASHINGTON MUTUAL | HOMESTEAD FUNDING CORP. | 1/10/02 | 1/10/03 |
| 1 | Lost Instrument Bond | 6142140 | 123,975.00 | WASHINGTON MUTUAL | FIRST HOME ACCEPTANCE | 1/10/02 | 1/10/03 |
| 1 | Lost Instrument Bond | 6142147 | 110,600.00 | WASHINGTON MUTUAL | SOURCE ONE MORTGAGE SERVICES CORPORATION | 1/15/02 | 1/15/03 |
| 1 | Lost Instrument Bond | 6142148 | 51,345.00 | WASHINGTON MUTUAL | MASON-MCDUFFIE MORTGAGE CORPORATION | 1/15/02 | 1/15/03 |
| 1 | Lost Instrument Bond | 6142149 | 105,711.00 | WASHINGTON MUTUAL | BRUCHA MORTGAGE BANKERS CORP | 1/15/02 | 1/15/03 |
| 1 | Lost Instrument Bond | 6142150 | 59,742.00 | WASHINGTON MUTUAL | CITIFIED DIVERSIFIED, INC. | 1/15/02 | 1/15/03 |
| 1 | Lost Instrument Bond | 6142151 | 38,956.00 | WASHINGTON MUTUAL | IN-HOME LENDER, INC. | 1/15/02 | 1/15/03 |
| 1 | Lost Instrument Bond | 6142153 | 124,904.00 | WASHINGTON MUTUAL | MOUNTAIN WEST BANK OF HELENA | 1/16/02 | 1/16/03 |
| 1 | Lost Instrument Bond | 6142154 | 167,302.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL HOME LOANS INC. | 1/16/02 | 1/16/03 |
| 1 | Lost Instrument Bond | 6142155 | 100,045.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL HOME LOANS INC. | 1/16/02 | 1/16/03 |
| 1 | Lost Instrument Bond | 6142156 | 127,468.00 | WASHINGTON MUTUAL, INC. | FIRSTCITY MORTGAGE INC. | 1/16/02 | 1/16/03 |
| 1 | Lost Instrument Bond | 6142157 | 153,778.00 | WASHINGTON MUTUAL | COMMUNITY MORTGAGE CORPORATION | 1/16/02 | 1/16/03 |
| 1 | Lost Instrument Bond | 6142158 | 113,900.00 | WASHINGTON MUTUAL | NETFIRST MORTGAGE.NET | 1/16/02 | 1/16/03 |
| 1 | Lost Instrument Bond | 6142159 | 293,145.00 | WASHINGTON MUTUAL | CAMBRIDGE HOME CAPITAL LLC | 1/16/02 | 1/16/03 |
| 1 | Lost Instrument Bond | 6142160 | 65,628.00 | WASHINGTON MUTUAL | TRANSLAND FINANCIAL SERVICES, INC. | 1/16/02 | 1/16/03 |
| 1 | Lost Instrument Bond | 6142161 | 167,665.00 | WASHINGTON MUTUAL | BUDGET MORTGAGE BANKERS LTD | 1/16/02 | 1/16/03 |
| 1 | Lost Instrument Bond | 6142162 | 124,058.00 | WASHINGTON MUTUAL | HOMEBANC MORTGAGE CORP | 1/16/02 | 1/16/03 |
| 1 | Lost Instrument Bond | 6142163 | 132,479.00 | WASHINGTON MUTUAL | TRANSLAND FINANCIAL SERVICES INC. | 1/16/02 | 1/16/03 |
| 1 | Lost Instrument | 6142164 | 185,140.00 | WASHINGTON MUTUAL | PROFESSIONAL MORTGAGE | 1/16/02 | 1/16/03 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Bond Lost Instrument | | | | | | |
| 1 | Bond Lost Instrument | 6142165 | 142,273.00 | WASHINGTON MUTUAL | PROFESSIONAL MORTGAGE | 1/16/02 | 1/16/03 |
| 1 | Bond Lost Instrument | 6142166 | 120,118.00 | WASHINGTON MUTUAL | TRANSLAND FINANCIAL SERVICES INC. | 1/16/02 | 1/16/03 |
| 1 | Bond Lost Instrument | 6142167 | 131,881.00 | WASHINGTON MUTUAL | FARMERS AND MERCHANTS BANK | 1/16/02 | 1/16/03 |
| 1 | Bond Lost Instrument | 6142168 | 124,368.00 | WASHINGTON MUTUAL | FIRST NATIONAL BANK OF COLORADO | 1/16/02 | 1/16/03 |
| 1 | Bond Lost Instrument | 6142173 | 103,828.00 | WASHINGTON MUTUAL | STRATFORD FUNDING INCORPORATED | 1/23/02 | 1/23/03 |
| 1 | Bond Lost Instrument | 6142174 | 155,148.00 | WASHINGTON MUTUAL | PEOPLE'S MORTGAGE CORPORATION | 1/24/02 | 1/24/03 |
| 1 | Bond Lost Instrument | 6142176 | 251,031.00 | WASHINGTON MUTUAL, INC. | HOME LOAN MORTGAGE CORPORATION | 1/24/02 | 1/24/03 |
| 1 | Bond Lost Instrument | 6142177 | 85,669.00 | WASHINGTON MUTUAL | FAMILY HOME MORTGAGE CORP. | 1/24/02 | 1/24/03 |
| 1 | Bond Lost Instrument | 6142178 | 84,902.00 | WASHINGTON MUTUAL | GUARANTY TRUST CO. | 1/24/02 | 1/24/03 |
| 1 | Bond Lost Instrument | 6142188 | 122,698.00 | WASHINGTON MUTUAL | STERLING BANK, FSB | 2/4/02 | 2/4/03 |
| 1 | Bond Lost Instrument | 6142189 | 121,678.00 | WASHINGTON MUTUAL | AMERICA STATES MTG. | 2/4/02 | 2/4/03 |
| 1 | Bond Lost Instrument | 6142190 | 176,610.00 | WASHINGTON MUTUAL | HOMEAMERICAN MORTGAGE CORPORATION | 2/4/02 | 2/4/03 |
| 1 | Bond Lost Instrument | 6142193 | 161,449.00 | WASHINGTON MUTUAL | MORTGAGE CAPITAL FINANCIAL SERVICES, INC. | 2/7/02 | 7/7/03 |
| 1 | Bond Lost Instrument | 6142194 | 67,809.00 | WASHINGTON MUTUAL | SEA BREEZE FINANCIAL SERVICES, INC. | 2/25/02 | 2/25/03 |
| 1 | Bond Lost Instrument | 6142195 | 55,468.00 | WASHINGTON MUTUAL | UNITED LENDING PARTNERS | 2/25/02 | 2/25/03 |
| 1 | Bond Lost Instrument | 6142196 | 173,672.00 | WASHINGTON MUTUAL | KAUFMAN & BROAD | 2/25/02 | 2/25/03 |
| 1 | Bond Lost Instrument | 6142197 | 82,755.00 | WASHINGTON MUTUAL | AMERIGROUP MORTGAGE | 2/25/02 | 2/25/03 |
| 1 | Bond Lost Instrument | 6142198 | 174,104.00 | WASHINGTON MUTUAL | AMERIGROUP MORTGAGE | 2/25/02 | 2/25/03 |
| 1 | Bond Lost Instrument | 6142200 | 80,644.00 | WASHINGTON MUTUAL | DIVERSE AMERICAN MORTGAGE COMPANY | 2/25/02 | 2/25/03 |
| 1 | Bond Lost Instrument | 6142202 | 138,222.00 | WASHINGTON MUTUAL | WESTMINSTER MORTGAGE CORPORATION | 2/26/02 | 2/26/03 |
| 1 | Bond Lost Instrument | 6142203 | 82,781.00 | WASHINGTON MUTUAL | WESTMINSTER MORTGAGE CORPORATION | 2/26/02 | 2/26/03 |
| 1 | Bond Lost Instrument | 6142204 | 162,692.00 | WASHINGTON MUTUAL | HALLMARK GOVERNMENT MORTGAGE,INC.,A WASHINGTON CORPORATION | 2/26/02 | 2/26/03 |
| 1 | Bond Lost Instrument | 6142208 | 75,533.00 | WASHINGTON MUTUAL | HOME LOAN CORPORATION DBA EXPANDED MORTGAGE | 3/1/02 | 3/1/03 |
| 1 | Bond Lost Instrument | 6142209 | 106,422.00 | WASHINGTON MUTUAL | FINANCIAL SOLUTIONS OF INDIANA, INC. | 3/1/02 | 3/1/03 |
| 1 | Bond | 6142210 | 149,650.00 | WASHINGTON MUTUAL | HOME LOAN CORPORATION | 3/1/02 | 3/1/03 |
| 1 | Lost | 6142211 | 114,227.00 | WASHINGTON MUTUAL | HOME LOAN CORPORATION | 3/1/02 | 3/1/03 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6142221 | 118,568.00 | WASHINGTON MUTUAL | PRIMARY RESIDENTIAL MORTGAGE, INC. | 2/8/02 | 2/8/03 |
| 1 | Instrument Bond Lost | 6142222 | 97,001.00 | WASHINGTON MUTUAL | UNITED LENDING PARTNERS, LTD | 2/8/02 | 2/8/03 |
| 1 | Instrument Bond Lost | 6142223 | 107,474.00 | WASHINGTON MUTUAL | WESTMINSTER MORTGAGE CORPORATION | 2/8/02 | 2/8/03 |
| 1 | Instrument Bond Lost | 6142224 | 134,059.00 | WASHINGTON MUTUAL | DAVID MORTGAGE, INC. DBA BARNACLO HOME LOANS | 2/8/02 | 2/8/03 |
| 1 | Instrument Bond Lost | 6142225 | 141,291.00 | WASHINGTON MUTUAL | PREMIER MORTGAGE GROUP, LLC | 2/8/02 | 2/8/03 |
| 1 | Instrument Bond Lost | 6142226 | 153,833.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS, INC. | 2/8/02 | 2/8/03 |
| 1 | Instrument Bond Lost | 6142227 | 145,119.00 | WASHINGTON MUTUAL | PROFESSIONAL MORTGAGE PARTNERS, INC. | 2/8/02 | 2/8/03 |
| 1 | Instrument Bond Lost | 6142228 | 90,634.00 | WASHINGTON MUTUAL | ROCKY MOUNTAIN MORTGAGE COMPANY | 2/8/02 | 2/8/03 |
| 1 | Instrument Bond Lost | 6142229 | 83,064.00 | WASHINGTON MUTUAL | AMERICAN WESTERN MORTGAGE COMPANY OF COLORADO | 2/8/02 | 2/8/03 |
| 1 | Instrument Bond Lost | 6142230 | 88,498.00 | WASHINGTON MUTUAL | AURORA FINANCIAL GROUP, INC. | 2/8/02 | 2/8/03 |
| 1 | Instrument Bond Lost | 6142231 | 129,489.00 | WASHINGTON MUTUAL | CONSUMER HOME MORTGAGE, INC. | 2/8/02 | 2/8/03 |
| 1 | Instrument Bond Lost | 6142232 | 93,587.00 | WASHINGTON MUTUAL | COASTAL MORTGAGE SERVICES, INC. | 2/8/02 | 2/8/03 |
| 1 | Instrument Bond Lost | 6142233 | 181,563.00 | WASHINGTON MUTUAL | PHM FINANCIAL INCORPORATED DBA PROFESSIONAL HOME MORTGAGE | 2/8/02 | 2/8/03 |
| 1 | Instrument Bond Lost | 6142234 | 90,322.00 | WASHINGTON MUTUAL | AMERICAN TRUST MORTGAGE BANKERS, INC. | 2/8/02 | 2/8/03 |
| 1 | Instrument Bond Lost | 6142235 | 68,351.00 | WASHINGTON MUTUAL | GREAT COUNTRY MORTGAGE BANKERS CORP. | 2/8/02 | 2/8/03 |
| 1 | Instrument Bond Lost | 6142236 | 141,554.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS, INC. | 2/8/02 | 2/8/03 |
| 1 | Instrument Bond Lost | 6142237 | 103,340.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 2/8/02 | 2/8/03 |
| 1 | Instrument Bond Lost | 6142238 | 146,170.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS, INC. | 2/8/02 | 2/8/03 |
| 1 | Instrument Bond Lost | 6142239 | 93,212.00 | WASHINGTON MUTUAL | SUN MORTGAGE COMPANY, LLC | 2/8/02 | 2/8/03 |
| 1 | Instrument Bond Lost | 6142240 | 160,156.00 | WASHINGTON MUTUAL | WFS MORTGAGE SERVICES, INC. | 2/8/02 | 2/8/03 |
| 1 | Instrument Bond Lost | 6142241 | 180,970.00 | WASHINGTON MUTUAL | MORTGAGE FINANCIAL SERVICES, INC. | 2/8/02 | 2/8/03 |
| 1 | Instrument Bond Lost | 6142242 | 188,228.00 | WASHINGTON MUTUAL | AMERICAN FINANCIAL FUNDING CORP | 2/8/02 | 2/8/03 |
| 1 | Instrument Bond Lost | 6142245 | 49,944.00 | WASHINGTON MUTUAL | PULASKI MORTGAGE COMPANY | 2/12/02 | 2/12/03 |
| 1 | Instrument Bond Lost | 6142246 | 66,500.00 | WASHINGTON MUTUAL | SCHAEFER MORTGAGE CORPORATION | 2/12/02 | 2/12/03 |
| 1 | Instrument Bond Lost | 6142247 | 88,511.00 | WASHINGTON MUTUAL | RESERVE MORTGAGE INVESTMENT, L.L.C. | 2/12/02 | 2/12/03 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6142248 | 114,404.00 | WASHINGTON MUTUAL | WESTMINSTER MORTGAGE CORPORATION | 2/8/02 | 2/8/03 |
| 1 | Lost Instrument Bond | 6142250 | 82,603.00 | WASHINGTON MUTUAL | FOOTHILL FUNDING GROUP, INC. | 2/14/02 | 2/14/03 |
| 1 | Lost Instrument Bond | 6142251 | 126,004.00 | WASHINGTON MUTUAL | WESTMINSTER MORTGAGE CORPORATION | 2/14/02 | 2/14/03 |
| 1 | Lost Instrument Bond | 6142252 | 117,435.00 | WASHINGTON MUTUAL | WESTMINSTER MORTGAGE CORPORATION | 2/14/02 | 2/14/03 |
| 1 | Lost Instrument Bond | 6142253 | 146,958.00 | WASHINGTON MUTUAL | HOMEBANC MORTGAGE CO. | 2/19/02 | 2/19/03 |
| 1 | Lost Instrument Bond | 6142254 | 3,982.00 | WASHINGTON MUTUAL | SOURCE ONE MORTGAGE SERVICES CORP. | 2/19/02 | 2/19/03 |
| 1 | Lost Instrument Bond | 6142255 | 168,850.00 | WASHINGTON MUTUAL | IDEAL MORTGAGE BANKERS | 2/19/02 | 2/19/03 |
| 1 | Lost Instrument Bond | 6142256 | 123,746.00 | WASHINGTON MUTUAL | KAUFMAN & BROAD | 2/19/02 | 2/19/03 |
| 1 | Lost Instrument Bond | 6142257 | 115,193.00 | WASHINGTON MUTUAL | MARBLE, GEORGE & MCGINLEY, INC. | 2/19/02 | 2/19/03 |
| 1 | Lost Instrument Bond | 6142258 | 138,735.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL HOME LOANS, INC. | 2/19/02 | 2/19/03 |
| 1 | Lost Instrument Bond | 6142259 | 72,598.00 | WASHINGTON MUTUAL | FLEET NATIONAL BANK | 2/19/02 | 2/19/03 |
| 1 | Lost Instrument Bond | 6142260 | 192,617.00 | WASHINGTON MUTUAL | FLEET NATIONAL BANK | 2/19/02 | 2/19/03 |
| 1 | Lost Instrument Bond | 6142261 | 55,083.00 | WASHINGTON MUTUAL | DIVERSIFIED MORTGAGE COMPANY, INC. | 2/20/02 | 2/20/03 |
| 1 | Lost Instrument Bond | 6142267 | 126,826.00 | WASHINGTON MUTUAL | UNITED LENDING PARTNERS, LTD | 2/22/02 | 2/22/03 |
| 1 | Lost Instrument Bond | 6142268 | 104,300.00 | WASHINGTON MUTUAL | WISCONSIN MORTGAGE CORPORATION | 2/25/02 | 2/25/03 |
| 1 | Lost Instrument Bond | 6142269 | 60,585.00 | WASHINGTON MUTUAL | FLEET REAL ESTATE FUNDING | 2/25/02 | 2/25/03 |
| 1 | Lost Instrument Bond | 6142270 | 122,739.00 | WASHINGTON MUTUAL | ADOBE FINANCIAL CORPORATION | 2/25/02 | 2/25/03 |
| 1 | Lost Instrument Bond | 6142273 | 112,110.00 | WASHINGTON MUTUAL | IVANHOE FINANCIAL, INC. | 3/11/02 | 3/11/03 |
| 1 | Lost Instrument Bond | 6142274 | 149,814.00 | WASHINGTON MUTUAL, INC. | KAUFMAN & BROAD | 3/11/02 | 3/11/03 |
| 1 | Lost Instrument Bond | 6142275 | 174,988.00 | WASHINGTON MUTUAL | ARK MORTGAGE | 3/11/02 | 3/11/03 |
| 1 | Lost Instrument Bond | 6142276 | 88,234.00 | WASHINGTON MUTUAL | SYNERGY MORTGAGE | 3/11/02 | 3/11/03 |
| 1 | Lost Instrument Bond | 6142277 | 123,716.00 | WASHINGTON MUTUAL | BUDGET MORTGAGE BANKERS | 3/11/02 | 3/11/03 |
| 1 | Lost Instrument Bond | 6142278 | 132,589.00 | WASHINGTON MUTUAL | HARTFORD FUNDING | 3/11/02 | 3/11/03 |
| 1 | Lost Instrument Bond | 6142279 | 145,262.00 | WASHINGTON MUTUAL | HOMEBANC MORGAGE CORPORATION | 3/11/02 | 3/11/03 |
| 1 | Lost Instrument Bond | 6142280 | 84,000.00 | WASHINGTON MUTUAL | BIRMINGHAM BANCORP MORTGAGE CORPORATION | 3/6/02 | 3/6/03 |
| 1 | Lost Instrument | 6142281 | 63,993.00 | WASHINGTON MUTUAL | CARLTON MORTGAGE SERVICES,INC. | 3/6/02 | 3/6/03 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6142282 | 69,426.00 | WASHINGTON MUTUAL | TOWNE & COUNTRY MORTGAGE CORP. | 3/6/02 | 3/6/03 |
| 1 | Bond Lost Instrument | 6142283 | 82,702.00 | WASHINGTON MUTUAL | CREST MORTGAGE COMPANY | 3/6/02 | 3/6/03 |
| 1 | Bond Lost Instrument | 6142284 | 104,700.00 | WASHINGTON MUTUAL | FIRST PREFERRED MORTGAGE CO. | 3/6/02 | 3/6/03 |
| 1 | Bond Lost Instrument | 6142317 | 70,385.00 | WASHINGTON MUTUAL | ACCEPTANCE MORTGAGE | 3/26/02 | 3/26/03 |
| 1 | Bond Lost Instrument | 6142318 | 127,740.00 | WASHINGTON MUTUAL | PREMIER MORTGAGE GROUP, LLC | 3/27/02 | 3/27/03 |
| 1 | Bond Lost Instrument | 6159551 | 91,825.00 | WASHINGTON MUTUAL | HOMESTAR MORTGAGE SERVICES | 3/11/02 | 3/11/03 |
| 1 | Bond Lost Instrument | 6159552 | 150,070.00 | WASHINGTON MUTUAL | FIRST MAGNUS FINANCIAL CORPORATION | 3/13/02 | 3/13/03 |
| 1 | Bond Lost Instrument | 6159553 | 155,349.00 | WASHINGTON MUTUAL | AMERICAN RESIDENTIAL MORTGAGE CORP. | 3/11/02 | 3/11/03 |
| 1 | Bond Lost Instrument | 6159554 | 156,484.00 | WASHINGTON MUTUAL | U.S. MORTGAGE FINANCE CORP. | 3/11/02 | 3/11/03 |
| 1 | Bond Lost Instrument | 6159555 | 152,563.00 | WASHINGTON MUTUAL | U.S. FINANCIAL MORTGAGE CORP. | 3/11/02 | 3/11/03 |
| 1 | Bond Lost Instrument | 6159556 | 221,359.00 | WASHINGTON MUTUAL | EXECUTIVE MORTGAGE GROUP | 3/11/02 | 3/11/03 |
| 1 | Bond Lost Instrument | 6159557 | 68,632.00 | WASHINGTON MUTUAL | UNION BANCSHARES MORTGAGE CORP. | 3/11/02 | 3/11/03 |
| 1 | Bond Lost Instrument | 6159558 | 188,057.00 | WASHINGTON MUTUAL | MILESTONE MORTGAGE CORPORATION | 3/11/02 | 3/11/03 |
| 1 | Bond Lost Instrument | 6159559 | 88,877.00 | WASHINGTON MUTUAL | PRIME MORTGAGE USA, INC. | 3/11/02 | 3/11/03 |
| 1 | Bond Lost Instrument | 6159560 | 163,688.00 | WASHINGTON MUTUAL | GOLDEN EMPIRE MORTGAGE, INC. | 3/13/02 | 3/13/03 |
| 1 | Bond Lost Instrument | 6159561 | 100,326.00 | WASHINGTON MUTUAL | CARLTON MORTGAGE SERVICES, INC. | 3/13/02 | 3/13/03 |
| 1 | Bond Lost Instrument | 6159562 | 86,490.00 | WASHINGTON MUTUAL | SOURCE ONE MORTGAGE SERVICES | 3/13/02 | 3/13/03 |
| 1 | Bond Lost Instrument | 6159563 | 60,763.00 | WASHINGTON MUTUAL | BIRMINGHAM BANCORP MORTGAGE CORPORATION | 3/13/02 | 3/13/03 |
| 1 | Bond Lost Instrument | 6159564 | 73,080.00 | WASHINGTON MUTUAL | CREST MORTGAGE COMPANY | 3/13/02 | 3/13/03 |
| 1 | Bond Lost Instrument | 6159565 | 88,203.00 | WASHINGTON MUTUAL | FREEDOM MORTGAGE CORPORATION | 3/13/02 | 3/13/03 |
| 1 | Bond Lost Instrument | 6159566 | 47,450.00 | WASHINGTON MUTUAL | MAC-CLAIR MORTGAGE CORPORATION | 3/13/02 | 3/13/03 |
| 1 | Bond Lost Instrument | 6159567 | 140,871.00 | WASHINGTON MUTUAL | CREST MORTGAGE COMPANY | 3/13/02 | 3/13/03 |
| 1 | Bond Lost Instrument | 6159568 | 52,702.00 | WASHINGTON MUTUAL | FLEET NATIONAL BANK | 3/13/02 | 3/13/03 |
| 1 | Bond Lost Instrument | 6159569 | 61,852.00 | WASHINGTON MUTUAL | FLEET NATIONAL BANK | 3/13/02 | 3/13/03 |
| 1 | Bond | 6159570 | 160,782.00 | WASHINGTON MUTUAL | TURNER MORTGAGE CO. | 3/13/02 | 3/13/03 |
| 1 | Lost | 6159571 | 112,511.00 | WASHINGTON MUTUAL | FLEET MORTGAGE | 3/13/02 | 3/13/03 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6159572 | 55,500.00 | WASHINGTON MUTUAL | AMERICAN HOME LOANS | 3/13/02 | 3/13/03 |
| 1 | Instrument Bond Lost | 6159573 | 163,300.00 | WASHINGTON MUTUAL | LA SALLE MORTGAGE COMPANY, INC. | 3/13/02 | 3/13/03 |
| 1 | Instrument Bond Lost | 6159574 | 32,311.00 | WASHINGTON MUTUAL | COMMUNITY MORTGAGE SERVICES,INC. | 3/13/02 | 3/13/03 |
| 1 | Instrument Bond Lost | 6159575 | 195,554.00 | WASHINGTON MUTUAL | FLEET MORTGAGE | 3/22/02 | 3/22/03 |
| 1 | Instrument Bond Lost | 6159576 | 74,350.00 | WASHINGTON MUTUAL | DIVERSIFIED MORTGAGE | 3/20/02 | 3/20/03 |
| 1 | Instrument Bond Lost | 6159577 | 99,216.00 | WASHINGTON MUTUAL | FREEDOM MORTGAGE CORPORATION | 3/20/02 | 3/20/03 |
| 1 | Instrument Bond Lost | 6159578 | 71,379.00 | WASHINGTON MUTUAL | CREST MORTGAGE COMPANY | 3/20/02 | 3/20/03 |
| 1 | Instrument Bond Lost | 6159579 | 177,493.00 | WASHINGTON MUTUAL | MORTGAGE NOW, INC. | 3/20/02 | 3/20/03 |
| 1 | Instrument Bond Lost | 6159580 | 56,332.00 | WASHINGTON MUTUAL | FIRST COMMUNITY BANK, N.A. | 3/20/02 | 3/20/03 |
| 1 | Instrument Bond Lost | 6159581 | 83,465.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL HOME LOANS, INC. | 3/21/02 | 3/21/03 |
| 1 | Instrument Bond Lost | 6159582 | 124,617.00 | WASHINGTON MUTUAL | CREST MORTGAGE COMPANY | 3/21/02 | 3/21/03 |
| 1 | Instrument Bond Lost | 6159583 | 86,250.00 | WASHINGTON MUTUAL | BIRMINGHAM BANCORP MORTGAGE CORPORATION | 3/21/02 | 3/21/03 |
| 1 | Instrument Bond Lost | 6159584 | 92,638.00 | WASHINGTON MUTUAL | BIRMINGHAM BANCORP MORTGAGE CORPORATION | 3/21/02 | 3/21/03 |
| 1 | Instrument Bond Lost | 6159585 | 171,581.00 | WASHINGTON MUTUAL | FIRST EQUITY MORTGAGE, INC. | 3/20/02 | 3/20/03 |
| 1 | Instrument Bond Lost | 6159586 | 96,576.00 | WASHINGTON MUTUAL | SOUTHLAND MORTGAGE COMPANY LLC | 3/21/02 | 3/21/03 |
| 1 | Instrument Bond Lost | 6159587 | 141,775.00 | WASHINGTON MUTUAL | MERCURY MORTGAGE CO. INC. | 3/21/02 | 3/21/03 |
| 1 | Instrument Bond Lost | 6159588 | 97,724.00 | WASHINGTON MUTUAL | MERCURY MORTGAGE CO., INC. | 3/21/02 | 3/21/03 |
| 1 | Instrument Bond Lost | 6159589 | 157,771.00 | WASHINGTON MUTUAL | MORTGAGE STREAM FINACIAL SERVICES, LLC | 3/21/02 | 3/21/03 |
| 1 | Instrument Bond Lost | 6159590 | 106,058.00 | WASHINGTON MUTUAL | TRANSLAND FINANCIAL SERVICES, INC. | 3/22/01 | 3/22/03 |
| 1 | Instrument Bond Lost | 6159591 | 123,600.00 | WASHINGTON MUTUAL | PROVIDENT BANK | 3/22/02 | 3/22/03 |
| 1 | Instrument Bond Lost | 6159592 | 85,167.00 | WASHINGTON MUTUAL | UNITED LENDING PARTNERS, LTD. | 3/26/02 | 3/26/03 |
| 1 | Instrument Bond Lost | 6159593 | 142,588.00 | WASHINGTON MUTUAL | WESTMINSTER MORTGAGE CORPORATION | 4/3/02 | 4/3/03 |
| 1 | Instrument Bond Lost | 6159594 | 112,088.00 | WASHINGTON MUTUAL | WESTMINSTER MORTGAGE CORPORATION | 4/1/02 | 4/1/03 |
| 1 | Instrument Bond Lost | 6159595 | 110,763.00 | WASHINGTON MUTUAL | PHM FINANCIAL INCORPORATED DBA PROFESSIONAL HOME MORTGAGE | 4/1/02 | 4/1/03 |
| 1 | Instrument Bond | 6159596 | 148,578.00 | WASHINGTON MUTUAL | HOME LOAN CORPORATION | 4/1/02 | 4/1/03 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6159597 | 38,488.00 | WASHINGTON MUTUAL | NORSTAR MORTGAGE CORPORATION | 4/1/02 | 4/1/03 |
| 1 | Lost Instrument Bond | 6159598 | 35,167.00 | WASHINGTON MUTUAL | NORSTAR MORTGAGE CORPORATION | 4/1/02 | 4/1/03 |
| 1 | Lost Instrument Bond | 6159599 | 137,735.00 | WASHINGTON MUTUAL | FREEDOM MORTAGAGE CORPORATION | 4/1/02 | 4/1/03 |
| 1 | Lost Instrument Bond | 6159600 | 136,550.00 | WASHINGTON MUTUAL | COMMUNITY MORTGAGE CORP. | 4/1/02 | 4/1/03 |
| 1 | Lost Instrument Bond | 6159616 | 86,229.00 | WASHINGTON MUTUAL | NORTH SHORE BANK OF COMMERCE | 4/1/02 | 4/1/03 |
| 1 | Lost Instrument Bond | 6159617 | 93,773.00 | WASHINGTON MUTUAL | WESTMINSTER MORTGAGE CORPORATION | 4/3/02 | 4/3/03 |
| 1 | Lost Instrument Bond | 6159618 | 96,838.00 | WASHINGTON MUTUAL | CUNNINGHAM AND COMPANY | 4/3/02 | 4/3/03 |
| 1 | Lost Instrument Bond | 6159619 | 133,801.00 | WASHINGTON MUTUAL | UNITY MORTGAGE CORP. | 4/3/02 | 4/3/03 |
| 1 | Lost Instrument Bond | 6159620 | 114,251.00 | WASHINGTON MUTUAL | MORTGAGE STREAM FINANCIAL SERVICES, LLC | 4/3/02 | 4/3/03 |
| 1 | Lost Instrument Bond | 6159621 | 59,529.00 | WASHINGTON MUTUAL | THOMAS POINT MORTGAGE, INC. | 4/3/02 | 4/3/03 |
| 1 | Lost Instrument Bond | 6159622 | 133,980.00 | WASHINGTON MUTUAL | PENNSYLVANIA PREFERRED MORTGAGE COMPANY INC. | 4/3/02 | 4/3/03 |
| 1 | Lost Instrument Bond | 6159623 | 83,686.00 | WASHINGTON MUTUAL | PROFESSIONAL MORTGAGE PARTNERS, INC. | 4/3/02 | 4/3/03 |
| 1 | Lost Instrument Bond | 6159624 | 176,689.00 | WASHINGTON MUTUAL | PROFESSIONAL HOME MORTGAGE | 4/3/02 | 4/3/03 |
| 1 | Lost Instrument Bond | 6163324 | 151,470.00 | WASHINGTON MUTUAL | FIRST GUARANTY MORTGAGE COMPANY | 4/15/02 | 4/15/03 |
| 1 | Lost Instrument Bond | 6163325 | 100,586.00 | WASHINGTON MUTUAL | CENTRAL ILLINOIS BANK MCLEAN COUNTY | 4/15/02 | 4/15/03 |
| 1 | Lost Instrument Bond | 6163326 | 108,300.00 | WASHINGTON MUTUAL | BIRMINGHAM BANCORP MORTGAGE CORPORATION | 4/15/02 | 4/15/03 |
| 1 | Lost Instrument Bond | 6163327 | 134,741.00 | WASHINGTON MUTUAL | FREEDOM MORTGAGE CORPORATION | 4/15/02 | 4/15/03 |
| 1 | Lost Instrument Bond | 6163328 | 124,083.00 | WASHINGTON MUTUAL | CREST MORTGAGE COMPANY | 4/15/02 | 4/15/03 |
| 1 | Lost Instrument Bond | 6163329 | 46,233.00 | WASHINGTON MUTUAL | FREEDOM MORTGAGE CORPORATION | 4/15/02 | 4/15/03 |
| 1 | Lost Instrument Bond | 6163330 | 113,223.00 | WASHINGTON MUTUAL | FREEDOM MORTGAGE CORPORATION | 4/15/02 | 4/15/03 |
| 1 | Lost Instrument Bond | 6163331 | 79,291.00 | WASHINGTON MUTUAL | CENTRAL ILLINOIS BANK MCLEAN COUNTY | 4/16/02 | 4/16/03 |
| 1 | Lost Instrument Bond | 6163332 | 177,850.00 | WASHINGTON MUTUAL | CENTRAL ILLINOIS  BANK  MCLEAN COUNTY | 4/16/02 | 4/16/03 |
| 1 | Lost Instrument Bond | 6163333 | 132,000.00 | WASHINGTON MUTUAL | CENTRAL ILLINOIS MCLEAN COUNTY | 4/16/02 | 4/16/03 |
| 1 | Lost Instrument Bond | 6163334 | 141,100.00 | WASHINGTON MUTUAL | HOME LOAN CORPORATION D/B/A EXPANDED MORT | 4/16/02 | 4/16/03 |
| 1 | Lost Instrument Bond | 6163335 | 96,932.00 | WASHINGTON MUTUAL | UNITED LENDING PARTNERS, LTD | 4/16/02 | 4/16/03 |
| 1 | Lost Instrument | 6163336 | 93,000.00 | WASHINGTON MUTUAL | RESOURCE PL MORTGAGE CORP. | 4/16/02 | 4/16/03 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6163337 | 108,694.00 | WASHINGTON MUTUAL | 1ST TRUST BANK FOR SAVINGS | 4/16/02 | 4/16/03 |
| 1 | Bond Lost Instrument | 6163338 | 61,509.00 | WASHINGTON MUTUAL | EQUITY FINANCIAL GROUP INC. | 4/16/02 | 4/16/03 |
| 1 | Bond Lost Instrument | 6163339 | 102,550.00 | WASHINGTON MUTUAL | MORTGAGE COMPANY INC. | 4/17/02 | 4/17/03 |
| 1 | Bond Lost Instrument | 6163373 | 59,435.00 | WASHINGTON MUTUAL | SUMMIT MORTGAGE CORPORATION | 5/6/02 | 5/6/03 |
| 1 | Bond Lost Instrument | 6163381 | 168,229.00 | WASHINGTON MUTUAL | HOMEAMERICAN MORTGAGE CORP. | 4/23/02 | 4/23/03 |
| 1 | Bond Lost Instrument | 6163382 | 132,600.00 | WASHINGTON MUTUAL | BIRMINGHAM BANCORP MORTGAGE CORPORATION | 4/23/02 | 4/23/03 |
| 1 | Bond Lost Instrument | 6163383 | 72,054.00 | WASHINGTON MUTUAL | FIRST MORTGAGE CORPORATION | 4/23/02 | 4/23/09 |
| 1 | Bond Lost Instrument | 6163384 | 73,841.00 | WASHINGTON MUTUAL | FREEDOM MORTGAGE CORPORATION | 4/23/02 | 4/23/03 |
| 1 | Bond Lost Instrument | 6163385 | 58,058.00 | WASHINGTON MUTUAL | FREEDOM MORTGAGE CORPORATION | 4/23/02 | 4/23/03 |
| 1 | Bond Lost Instrument | 6163386 | 113,883.00 | WASHINGTON MUTUAL | FREEDOM MORTGAGE CORPORATION | 4/23/02 | 4/23/03 |
| 1 | Bond Lost Instrument | 6163387 | 89,250.00 | WASHINGTON MUTUAL | FREEDOM MORTGAGE CORPORATION | 4/23/02 | 4/23/03 |
| 1 | Bond Lost Instrument | 6163388 | 100,715.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 4/23/02 | 4/23/03 |
| 1 | Bond Lost Instrument | 6163389 | 78,958.00 | WASHINGTON MUTUAL | NALLY & COMPANY | 4/23/02 | 4/23/03 |
| 1 | Bond Lost Instrument | 6163390 | 102,319.00 | WASHINGTON MUTUAL | AMERICAN FIDELITY MORTGAGE SERVICES, INC. | 4/23/02 | 4/23/03 |
| 1 | Bond Lost Instrument | 6163391 | 128,103.00 | WASHINGTON MUTUAL | BUSEY BANK | 4/23/02 | 4/23/03 |
| 1 | Bond Lost Instrument | 6163392 | 65,924.00 | WASHINGTON MUTUAL | HORIZON BANK, N.A. | 4/23/02 | 4/23/03 |
| 1 | Bond Lost Instrument | 6163393 | 68,713.00 | WASHINGTON MUTUAL | AMERICAN LENDING GROUP, INC. | 4/23/02 | 4/23/03 |
| 1 | Bond Lost Instrument | 6163394 | 85,770.00 | WASHINGTON MUTUAL | CONTOUR MORTGAGE GROUP, INC. | 4/23/02 | 4/23/03 |
| 1 | Bond Lost Instrument | 6163395 | 105,665.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 4/23/02 | 4/23/03 |
| 1 | Bond Lost Instrument | 6163396 | 127,972.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 4/23/02 | 4/23/03 |
| 1 | Bond Lost Instrument | 6163397 | 150,042.00 | WASHINGTON MUTUAL | ARK MORTGAGE, INC. | 4/23/02 | 4/23/03 |
| 1 | Bond Lost Instrument | 6163398 | 145,694.00 | WASHINGTON MUTUAL | PILLAR FINANCIAL | 4/23/02 | 4/23/03 |
| 1 | Bond Lost Instrument | 6163399 | 139,000.00 | WASHINGTON MUTUAL | BIRMINGHAM BANCORP MORTGAGE CORPORATION | 4/26/02 | 4/26/03 |
| 1 | Bond Lost Instrument | 6163411 | 76,966.00 | WASHINGTON MUTUAL | AMERICAN FIDELITY MORTGAGE SERVICES, INC. | 5/3/02 | 5/3/03 |
| 1 | Bond | 6163412 | 63,898.00 | WASHINGTON MUTUAL | CARLTON MORTGAGE SERVICES, INC. | 5/3/02 | 5/3/03 |
| 1 | Lost | 6163413 | 113,026.00 | WASHINGTON MUTUAL | C & F MORTGAGE CORPORATION | 5/3/02 | 5/3/03 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6163414 | 103,292.00 | WASHINGTON MUTUAL | FREEDOM MORTGAGE CORPORATION | 5/3/02 | 5/3/03 |
| 1 | Instrument Bond Lost | 6163415 | 42,098.00 | WASHINGTON MUTUAL | AMERICAN LENDING GROUP, INC. | 5/3/02 | 5/3/03 |
| 1 | Instrument Bond Lost | 6163416 | 40,600.00 | WASHINGTON MUTUAL | JACKSONVILLE SAVINGS BANK, SSB | 5/3/02 | 5/3/03 |
| 1 | Instrument Bond Lost | 6163417 | 216,147.00 | WASHINGTON MUTUAL | MAPLE PARK MORTGAGE | 5/3/02 | 5/3/03 |
| 1 | Instrument Bond Lost | 6163418 | 108,061.00 | WASHINGTON MUTUAL | MORTGAGE NOW, INC. | 5/3/02 | 5/3/03 |
| 1 | Instrument Bond Lost | 6163419 | 92,974.00 | WASHINGTON MUTUAL | CREST MORTGAGE COMPANY | 5/3/02 | 5/3/03 |
| 1 | Instrument Bond Lost | 6163420 | 87,056.00 | WASHINGTON MUTUAL | PRIME MORTGAGE USA, INC. | 5/3/02 | 5/3/03 |
| 1 | Instrument Bond Lost | 6163421 | 123,362.00 | WASHINGTON MUTUAL | CREST MORTGAGE COMPANY | 5/3/02 | 5/3/03 |
| 1 | Instrument Bond Lost | 6166712 | 120,938.00 | WASHINGTON MUTUAL | FIRST TRUST MORTGAGE COMPANY | 5/7/02 | 5/7/03 |
| 1 | Instrument Bond Lost | 6166715 | 24,340.00 | WASHINGTON MUTUAL | LAKE MORTGAGE COMPANY, INC. | 5/7/02 | 5/7/03 |
| 1 | Instrument Bond Lost | 6166717 | 29,149.00 | WASHINGTON MUTUAL | FIRST TENNESSEE BANK NATIONAL ASSOCIATION | 5/7/02 | 5/7/03 |
| 1 | Instrument Bond Lost | 6166737 | 98,455.00 | WASHINGTON MUTUAL | FIRST FLORIDA FUNDING CORP. | 5/20/02 | 5/20/03 |
| 1 | Instrument Bond Lost | 6166738 | 98,353.00 | WASHINGTON MUTUAL | FIRST FLORIDA FUNDING CORP. | 5/20/02 | 5/20/03 |
| 1 | Instrument Bond Lost | 6166739 | 179,338.00 | WASHINGTON MUTUAL | MORTGAGE STREAM FINANCIAL SERVICES, LLC | 5/17/02 | 5/17/03 |
| 1 | Instrument Bond Lost | 6166740 | 82,800.00 | WASHINGTON MUTUAL | INDEPENDENT BANK CORPORATION | 5/20/02 | 5/20/03 |
| 1 | Instrument Bond Lost | 6166741 | 134,481.00 | WASHINGTON MUTUAL | COMMUNITY MORTGAGE SERVICES, INC. | 5/17/02 | 5/17/03 |
| 1 | Instrument Bond Lost | 6166742 | 99,977.00 | WASHINGTON MUTUAL | ALPHA MORTGAGE BANKERS | 5/17/02 | 5/17/03 |
| 1 | Instrument Bond Lost | 6166743 | 77,444.00 | WASHINGTON MUTUAL | MAC-CLAIR MORTGAGE CORPORATION | 5/17/02 | 5/17/03 |
| 1 | Instrument Bond Lost | 6166752 | 134,500.00 | WASHINGTON MUTUAL | FIRST MORTGAGE COMPANY | 5/20/02 | 5/20/03 |
| 1 | Instrument Bond Lost | 6166753 | 134,625.00 | WASHINGTON MUTUAL | FREEDOM MORTGAGE CORPORATION | 5/17/02 | 5/17/03 |
| 1 | Instrument Bond Lost | 6166754 | 129,030.00 | WASHINGTON MUTUAL | PLATINUM HOME MORTGAGE CORP | 5/20/02 | 5/20/03 |
| 1 | Instrument Bond Lost | 6166755 | 72,420.00 | WASHINGTON MUTUAL | UNION NATION MORTGAGE CO. | 5/17/02 | 5/17/03 |
| 1 | Instrument Bond Lost | 6166756 | 152,697.00 | WASHINGTON MUTUAL | PROFESSIONAL HOME MORTGAGE | 5/17/02 | 5/17/03 |
| 1 | Instrument Bond Lost | 6166757 | 126,984.00 | WASHINGTON MUTUAL | AMERICAN LENDING GROUP, INC. | 5/17/02 | 5/17/03 |
| 1 | Instrument Bond | 6166758 | 178,898.00 | WASHINGTON MUTUAL | AMERICAN LENDING GROUP, INC. | 5/17/02 | 5/17/03 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6166762 | 140,887.00 | WASHINGTON MUTUAL | COMMERCE BANK, N.A. | 5/17/02 | 5/17/03 |
| 1 | Lost Instrument Bond | 6166763 | 84,746.00 | WASHINGTON MUTUAL | UNITED LENDING PARTNERS, LTD | 5/20/01 | 5/20/03 |
| 1 | Lost Instrument Bond | 6166764 | 146,726.00 | WASHINGTON MUTUAL | AMERICAN FIDELITY MORTGAGE SERVICES, INC. | 5/20/02 | 5/20/03 |
| 1 | Lost Instrument Bond | 6166766 | 33,571.00 | WASHINGTON MUTUAL | NORSTAR MORTGAGE CORPORATION | 5/20/02 | 5/20/03 |
| 1 | Lost Instrument Bond | 6166767 | 43,716.00 | WASHINGTON MUTUAL | NORSTAR MORTGAGE CORPORATION | 5/20/02 | 5/20/03 |
| 1 | Lost Instrument Bond | 6166773 | 117,824.00 | WASHINGTON MUTUAL | PROFESSIONAL HOME MORTGAGE | 5/23/02 | 5/23/03 |
| 1 | Lost Instrument Bond | 6166789 | 43,585.00 | WASHINGTON MUTUAL | SYNERGY MORTGAGE CORP. | 6/4/02 | 6/4/03 |
| 1 | Lost Instrument Bond | 6166790 | 150,858.00 | WASHINGTON MUTUAL | PROFESSIONAL HOME MORTGAGE | 6/4/02 | 6/4/03 |
| 1 | Lost Instrument Bond | 6166791 | 112,155.00 | WASHINGTON MUTUAL | CREST MORTGAGE COMPANY | 6/4/02 | 6/4/03 |
| 1 | Lost Instrument Bond | 6166804 | 134,898.00 | WASHINGTON MUTUAL | HOME FEDERAL SAVINGS BANK | 6/10/02 | 6/10/03 |
| 1 | Lost Instrument Bond | 6166805 | 181,217.00 | WASHINGTON MUTUAL | BUDGET MORTGAGE BANKERS, LTD | 6/10/02 | 6/10/03 |
| 1 | Lost Instrument Bond | 6166806 | 154,087.00 | WASHINGTON MUTUAL | LEGACY MORTGAGE CORP. | 6/10/02 | 6/10/03 |
| 1 | Lost Instrument Bond | 6166807 | 59,679.00 | WASHINGTON MUTUAL | First Federal Bank | 6/10/02 | 6/10/03 |
| 1 | Lost Instrument Bond | 6166808 | 170,344.00 | WASHINGTON MUTUAL | COMMUNITY MORTGAGE SERVICES, INC. | 6/11/02 | 6/11/03 |
| 1 | Lost Instrument Bond | 6166809 | 143,243.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 6/11/02 | 6/11/03 |
| 1 | Lost Instrument Bond | 6166810 | 135,910.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 6/11/02 | 6/11/03 |
| 1 | Lost Instrument Bond | 6166811 | 98,105.00 | WASHINGTON MUTUAL | TEXCORP MORTGAGE BANKERS, INC. | 6/11/02 | 6/11/03 |
| 1 | Lost Instrument Bond | 6166812 | 122,104.00 | WASHINGTON MUTUAL | FIRST BANK | 6/11/02 | 6/11/03 |
| 1 | Lost Instrument Bond | 6166815 | 144,502.00 | WASHINGTON MUTUAL | THE EQUITABLE BANK S.S.B. | 6/12/02 | 6/12/03 |
| 1 | Lost Instrument Bond | 6166816 | 88,464.00 | WASHINGTON MUTUAL | FREEDOM MORTGAGE CORPORATION | 6/12/02 | 6/12/03 |
| 1 | Lost Instrument Bond | 6166817 | 73,991.00 | WASHINGTON MUTUAL | MCCLAIN COUNTY NATIONAL BANK | 6/12/02 | 6/12/03 |
| 1 | Lost Instrument Bond | 6166818 | 3,921.00 | WASHINGTON MUTUAL | FLEET MORTGAGE CORP. | 6/12/02 | 6/12/03 |
| 1 | Lost Instrument Bond | 6174678 | 251,060.00 | WASHINGTON MUTUAL | FIRST ALLIANCE BANK, A FEDERAL SAVINGS BANK | 7/30/02 | 7/30/03 |
| 1 | Lost Instrument Bond | 6174682 | 86,294.00 | WASHINGTON MUTUAL | HNB MORTGAGE | 7/31/02 | 7/31/03 |
| 1 | Lost Instrument Bond | 6174683 | 123,535.00 | WASHINGTON MUTUAL | STRATFORD FUNDING INC. | 7/31/02 | 7/31/03 |
| 1 | Lost Instrument | 6174684 | 165,567.00 | WASHINGTON MUTUAL | AMERICAN LENDING GROUP, INC. | 7/31/02 | 7/31/03 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6174700 | 57,444.00 | WASHINGTON MUTUAL | THE HOME MORTGAGE CO. INC. | 8/12/02 | 8/12/03 |
| 1 | Bond Lost Instrument | 6174701 | 176,880.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS,INC. | 8/12/02 | 8/12/03 |
| 1 | Bond Lost Instrument | 6174702 | 28,622.00 | WASHINGTON MUTUAL | THE HOME MORTGAGE CO., INC. | 8/12/02 | 8/12/03 |
| 1 | Bond Lost Instrument | 6174707 | 141,646.00 | WASHINGTON MUTUAL | UNITED CAPITAL MORTGAGE CORP. | 8/16/02 | 8/16/03 |
| 1 | Bond Lost Instrument | 6174708 | 114,736.00 | WASHINGTON MUTUAL | THE FIRST MORTGAGE CORPORATION | 8/16/02 | 8/16/03 |
| 1 | Bond Lost Instrument | 6174709 | 169,285.00 | WASHINGTON MUTUAL | BANCSOURCE MORTGAGE CORP. | 8/16/02 | 8/16/03 |
| 1 | Bond Lost Instrument | 6174726 | 152,661.00 | WASHINGTON MUTUAL | FREEDOM MORTGAGE CORPORATION | 8/23/02 | 8/23/03 |
| 1 | Bond Lost Instrument | 6174727 | 196,248.00 | WASHINGTON MUTUAL | CHICAGO BANCORP INC. | 8/23/02 | 8/23/03 |
| 1 | Bond Lost Instrument | 6174747 | 4,788.00 | WASHINGTON MUTUAL | FLEET MORTGAGE CORP. | 9/3/02 | 9/3/03 |
| 1 | Bond Lost Instrument | 6174758 | 109,006.00 | WASHINGTON MUTUAL | SUN MORTGAGE COMPANY, LLC | 9/6/02 | 9/6/03 |
| 1 | Bond Lost Instrument | 6174759 | 70,761.00 | WASHINGTON MUTUAL | PACOR MORTGAGE CORP. | 9/6/02 | 9/6/03 |
| 1 | Bond Lost Instrument | 6174760 | 125,953.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL HOME LOANS, INC. | 9/6/02 | 9/6/03 |
| 1 | Bond Lost Instrument | 6174761 | 109,319.00 | WASHINGTON MUTUAL | CONTOUR MORTGAGE GROUP, INC. | 9/6/02 | 9/6/03 |
| 1 | Bond Lost Instrument | 6174762 | 111,407.00 | WASHINGTON MUTUAL | COMMERCE BANK, N.A. | 9/6/02 | 9/6/03 |
| 1 | Bond Lost Instrument | 6174763 | 166,523.00 | WASHINGTON MUTUAL | MORTGAGE FINANCIAL SERVICES, INC. | 9/6/02 | 9/6/03 |
| 1 | Bond Lost Instrument | 6174764 | 59,493.00 | WASHINGTON MUTUAL, INC. | AMERICAN LENDING GROUP | 9/6/02 | 9/6/03 |
| 1 | Bond Lost Instrument | 6174765 | 177,124.00 | WASHINGTON MUTUAL | SCHAEFER MORTGAGE CORPORATION | 9/6/02 | 9/6/03 |
| 1 | Bond Lost Instrument | 6174908 | 131,658.00 | WASHINGTON MUTUAL | UNITED LENDING PARTNERS, LTD | 7/2/02 | 7/2/03 |
| 1 | Bond Lost Instrument | 6174909 | 108,380.00 | WASHINGTON MUTUAL | BIRMINGHAM BANCORP MORTGAGE CORPORATION | 7/2/02 | 7/2/03 |
| 1 | Bond Lost Instrument | 6174910 | 72,544.00 | WASHINGTON MUTUAL | CREST MORTGAGE COMPANY | 7/2/02 | 7/2/03 |
| 1 | Bond Lost Instrument | 6174911 | 70,888.00 | WASHINGTON MUTUAL | CREST MORTGAGE COMPANY | 7/2/02 | 7/2/03 |
| 1 | Bond Lost Instrument | 6174912 | 180,846.00 | WASHINGTON MUTUAL | CREST MORTGAGE COMPANY | 7/2/02 | 7/2/03 |
| 1 | Bond Lost Instrument | 6174913 | 76,885.00 | WASHINGTON MUTUAL | PRIME MORTGAGE USA, INC. | 7/2/02 | 7/2/03 |
| 1 | Bond Lost Instrument | 6174914 | 89,790.00 | WASHINGTON MUTUAL | PRIME MORTGAGE USA, INC. | 7/2/02 | 7/2/03 |
| 1 | Bond | 6174915 | 115,223.00 | WASHINGTON MUTUAL | FIRST MORTGAGE CORPORATION | 7/2/02 | 7/2/03 |
| 1 | Lost | 6174916 | 128,452.00 | WASHINGTON MUTUAL | PRIME MORTGAGE USA, INC. | 7/2/02 | 7/2/03 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6174917 | 152,525.00 | WASHINGTON MUTUAL | MORTGAGE STREAM FINANCIAL SERVICES, LLC | 7/2/02 | 7/2/03 |
| 1 | Instrument Bond Lost | 6174918 | 225,361.00 | WASHINGTON MUTUAL | AMERICAN FIDELITY MORTGAGE SERVICES, INC. | 7/2/02 | 7/2/03 |
| 1 | Instrument Bond Lost | 6174920 | 118,927.00 | WASHINGTON MUTUAL | NALLY & COMPANY | 7/2/02 | 7/2/03 |
| 1 | Instrument Bond Lost | 6174921 | 62,118.00 | WASHINGTON MUTUAL | AMERIFIRST FINANCIAL CORPORATION | 7/2/02 | 7/2/03 |
| 1 | Instrument Bond Lost | 6174922 | 132,290.00 | WASHINGTON MUTUAL | FOOTHILL FUNDING GROUP, INC. | 7/2/02 | 7/2/03 |
| 1 | Instrument Bond Lost | 6174923 | 80,164.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL HOME LOANS | 7/2/02 | 7/2/03 |
| 1 | Instrument Bond Lost | 6174924 | 160,329.00 | WASHINGTON MUTUAL | FIRST WEST MORTGAGE BANKERS, LTD. | 7/2/02 | 7/2/03 |
| 1 | Instrument Bond Lost | 6174928 | 158,656.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 7/8/02 | 7/8/03 |
| 1 | Instrument Bond Lost | 6174929 | 57,293.00 | WASHINGTON MUTUAL | FLEET REAL ESTATE FUNDING CORP. | 7/8/02 | 7/8/03 |
| 1 | Instrument Bond Lost | 6174930 | 138,304.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL HOME LOANS, INC. | 7/8/02 | 7/8/03 |
| 1 | Instrument Bond Lost | 6174931 | 92,700.00 | WASHINGTON MUTUAL | SERVICE MORTGAGE UNDERWRITERS, INC. | 7/9/02 | 7/9/03 |
| 1 | Instrument Bond Lost | 6174934 | 40,000.00 | WASHINGTON MUTUAL BANK, FA | State of New York | 7/11/02 | 7/11/03 |
| 1 | Instrument Bond Lost | 6174969 | 57,855.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 7/18/02 | 7/18/03 |
| 1 | Instrument Bond Lost | 6174970 | 116,615.00 | WASHINGTON MUTUAL | WASHINTON MUTUAL BANK, FA | 7/18/02 | 7/18/03 |
| 1 | Instrument Bond Lost | 6174971 | 47,853.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 7/18/02 | 7/18/03 |
| 1 | Instrument Bond Lost | 6174972 | 132,985.00 | WASHINGTON MUTUAL | BANCSOURCE MORTGAGE CORPORATION | 7/18/02 | 7/18/03 |
| 1 | Instrument Bond Lost | 6174973 | 74,299.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 7/18/02 | 7/18/03 |
| 1 | Instrument Bond Lost | 6174974 | 142,872.00 | WASHINGTON MUTUAL | DAVID MORTGAGE, INC. | 7/18/02 | 7/18/03 |
| 1 | Instrument Bond Lost | 6174975 | 160,829.00 | WASHINGTON MUTUAL | UNITED LENDING PARTNERS, LTD | 7/18/02 | 7/18/03 |
| 1 | Instrument Bond Lost | 6174976 | 92,526.00 | WASHINGTON MUTUAL | THE HINKS COMPANY, INC. | 7/18/02 | 7/18/03 |
| 1 | Instrument Bond Lost | 6174977 | 103,442.00 | WASHINGTON MUTUAL | SILVER ST FINANCIAL SERVICES DBA SILVER ST MORTGAGE | 7/18/02 | 7/18/03 |
| 1 | Instrument Bond Lost | 6174978 | 70,823.00 | WASHINGTON MUTUAL | PACOR MORTGAGE CORP. | 7/18/02 | 7/18/03 |
| 1 | Instrument Bond Lost | 6174979 | 121,680.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL HOME LOANS, INC. | 7/18/02 | 7/18/03 |
| 1 | Instrument Bond Lost | 6174980 | 78,795.00 | WASHINGTON MUTUAL | OMEGA FINANCIAL SERVICES, INC. | 7/18/02 | 7/18/03 |
| 1 | Instrument Bond Lost | 6174981 | 142,774.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 7/18/02 | 7/18/03 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6174982 | 96,542.00 | WASHINGTON MUTUAL | TEAM MORTGAGE LLC | 7/18/02 | 7/18/03 |
| 1 | Lost Instrument Bond | 6174983 | 229,775.00 | WASHINGTON MUTUAL | CONSUMER HOME MORTGAGE, INC. | 7/18/02 | 7/18/03 |
| 1 | Lost Instrument Bond | 6174984 | 107,203.00 | WASHINGTON MUTUAL | SUN MORTGAGE COMPANY, LLC | 7/18/02 | 7/18/03 |
| 1 | Lost Instrument Bond | 6174985 | 28,784.00 | WASHINGTON MUTUAL | PNC BANK, NA | 7/18/02 | 7/18/03 |
| 1 | Lost Instrument Bond | 6174986 | 146,328.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 7/18/02 | 7/18/03 |
| 1 | Lost Instrument Bond | 6174987 | 120,390.00 | WASHINGTON MUTUAL | FIRST FINANCIAL SERVICES, INC. | 7/18/02 | 7/18/03 |
| 1 | Lost Instrument Bond | 6174988 | 222,724.00 | WASHINGTON MUTUAL | CONSUMER HOME MORTGAGE, INC. | 7/18/02 | 7/18/03 |
| 1 | Lost Instrument Bond | 6174989 | 110,291.00 | WASHINGTON MUTUAL | MORTGAGE FINANCIAL SERVICES, INC. | 7/18/02 | 7/18/03 |
| 1 | Lost Instrument Bond | 6174990 | 150,303.00 | WASHINGTON MUTUAL | WESTMINSTER MORTGAGE CORPORATION | 7/18/02 | 7/18/03 |
| 1 | Lost Instrument Bond | 6174991 | 146,086.00 | WASHINGTON MUTUAL | COMMERCE BANK, N.A. | 7/18/02 | 7/18/03 |
| 1 | Lost Instrument Bond | 6174992 | 243,274.00 | WASHINGTON MUTUAL | SUN WEST MORTGAGE COMPANY, INC. | 7/18/02 | 7/18/03 |
| 1 | Lost Instrument Bond | 6174993 | 66,030.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 7/18/02 | 7/18/03 |
| 1 | Lost Instrument Bond | 6174994 | 114,248.00 | WASHINGTON MUTUAL | MAC-CLAIR MORTGAGE CORPORATION | 7/18/02 | 7/18/03 |
| 1 | Lost Instrument Bond | 6174995 | 101,580.00 | WASHINGTON MUTUAL | BIRMINGHAM BANCORP MORTGAGE CORPORATION | 7/18/02 | 7/18/03 |
| 1 | Lost Instrument Bond | 6174996 | 159,600.00 | WASHINGTON MUTUAL | ADVANTAGE INVESTSORS MORTGAGE CORPORATION | 7/18/02 | 7/18/03 |
| 1 | Lost Instrument Bond | 6174997 | 2,090,382.00 | WASHINGTON MUTUAL BANK, FA | State of New York | 7/18/02 | 7/18/03 |
| 1 | Lost Instrument Bond | 6174999 | 66,474.00 | WASHINGTON MUTUAL | AAKO INC. | 7/23/02 | 7/23/03 |
| 1 | Lost Instrument Bond | 6175000 | 69,324.00 | WASHINGTON MUTUAL | AAKO, INC. | 7/23/02 | 7/23/03 |
| 1 | Lost Instrument Bond | 6175001 | 44,964.00 | WASHINGTON MUTUAL | AAKO INC. | 7/23/02 | 7/23/03 |
| 1 | Lost Instrument Bond | 6175002 | 148,485.00 | WASHINGTON MUTUAL | UNITED LENDING PARTNERS, LTD | 7/30/02 | 7/30/03 |
| 1 | Lost Instrument Bond | 6175003 | 164,949.00 | WASHINGTON MUTUAL | MORTGAGE FINANCIAL SERVICES, INC. | 7/30/02 | 7/30/03 |
| 1 | Lost Instrument Bond | 6175004 | 150,629.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS, INC. | 7/30/02 | 7/30/03 |
| 1 | Lost Instrument Bond | 6175005 | 161,029.00 | WASHINGTON MUTUAL | FIRST ALLIANCE BANK, A FEDERAL SAVINGS BANK | 7/30/02 | 7/30/03 |
| 1 | Lost Instrument Bond | 6175006 | 149,712.00 | WASHINGTON MUTUAL | FIRST ALLIANCE BANK, A FEDERAL SAVINGS BANK | 7/30/02 | 7/30/03 |
| 1 | Lost Instrument Bond | 6175007 | 113,223.00 | WASHINGTON MUTUAL | FIRST ALLIANCE BANK, A FEDERAL SAVINGS BANK | 7/30/02 | 7/30/03 |
| 1 | Instrument | 6184483 | 100,782.00 | WASHINGTON MUTUAL | MIDWEST FUNDING CORPORATION | 9/11/02 | 9/11/03 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6184484 | 72,722.00 | WASHINGTON MUTUAL | BANK UNITED OF TEXAS FSB | 9/11/02 | 9/11/03 |
| 1 | Bond Lost Instrument | 6184485 | 51,014.00 | WASHINGTON MUTUAL | BANK UNITED OF TEXAS FSB | 9/11/02 | 9/11/03 |
| 1 | Bond Lost Instrument | 6184486 | 65,397.00 | WASHINGTON MUTUAL | BANK UNITED OF TEXAS, FSB | 9/11/02 | 9/11/03 |
| 1 | Bond Lost Instrument | 6184487 | 87,398.00 | WASHINGTON MUTUAL | BANK UNITED OF TEXAS FSB | 9/11/02 | 9/11/03 |
| 1 | Bond Lost Instrument | 6184488 | 11,979.00 | WASHINGTON MUTUAL | UNITED SAVINGS ASSOCIATION OF TEXAS | 9/11/02 | 9/11/03 |
| 1 | Bond Lost Instrument | 6184489 | 13,359.00 | WASHINGTON MUTUAL | UNITED SAVINGS ASSOCIATION OF TEXAS | 9/11/02 | 9/11/03 |
| 1 | Bond Lost Instrument | 6184490 | 56,478.00 | WASHINGTON MUTUAL | GATEWAY MORTGAGE COMPANY | 9/11/02 | 9/11/03 |
| 1 | Bond Lost Instrument | 6184491 | 59,549.00 | WASHINGTON MUTUAL | UNION FEDERAL SAVINGS BANK OF INDIANAPOLIS | 9/11/02 | 9/11/03 |
| 1 | Bond Lost Instrument | 6184492 | 61,438.00 | WASHINGTON MUTUAL | UNION FEDERAL SAVINGS BANK OF INDIANAPOLIS | 9/11/02 | 9/11/03 |
| 1 | Bond Lost Instrument | 6184493 | 111,935.00 | WASHINGTON MUTUAL | UNION FEDERAL SAVINGS BANK OF INDIANPOLIS | 9/11/02 | 9/11/03 |
| 1 | Bond Lost Instrument | 6184494 | 53,467.00 | WASHINGTON MUTUAL | WATERFIELD FINANCIAL CORPORATION | 9/11/02 | 9/11/03 |
| 1 | Bond Lost Instrument | 6184495 | 107,703.00 | WASHINGTON MUTUAL | UNION FEDERAL SAVINGS BANK OF INDIANAPOLIS | 9/11/02 | 9/11/03 |
| 1 | Bond Lost Instrument | 6184496 | 63,122.00 | WASHINGTON MUTUAL | OXFORD MORTGAGE, INC. | 9/11/02 | 9/11/03 |
| 1 | Bond Lost Instrument | 6184497 | 45,432.00 | WASHINGTON MUTUAL | CARL I BROWN AND COMPANY | 9/11/02 | 9/11/03 |
| 1 | Bond Lost Instrument | 6184498 | 42,014.00 | WASHINGTON MUTUAL | GULF STATES MORTGAGE CO., INC. | 9/11/02 | 9/11/03 |
| 1 | Bond Lost Instrument | 6184499 | 29,017.00 | WASHINGTON MUTUAL | POPE MORTGAGE COMPANY | 9/11/02 | 9/11/03 |
| 1 | Bond Lost Instrument | 6184500 | 122,795.00 | WASHINGTON MUTUAL | RYLAND MORTGAGE COMPANY | 9/11/02 | 9/11/03 |
| 1 | Bond Lost Instrument | 6184501 | 27,757.00 | WASHINGTON MUTUAL | CARL I BROWN AND COMPANY | 9/11/02 | 9/11/03 |
| 1 | Bond Lost Instrument | 6184502 | 142,212.00 | WASHINGTON MUTUAL | CALIFORNIA MORTGAGE LOAN COMPANY | 9/11/02 | 9/11/03 |
| 1 | Bond Lost Instrument | 6184503 | 95,350.00 | WASHINGTON MUTUAL | ANTELOPE VALLEY MORTGAGE | 9/11/02 | 9/11/03 |
| 1 | Bond Lost Instrument | 6184504 | 72,972.00 | WASHINGTON MUTUAL | NATIONAL CITY MORTGAGE CO. | 9/11/02 | 9/11/03 |
| 1 | Bond Lost Instrument | 6184505 | 42,719.00 | WASHINGTON MUTUAL | STATEWIDE FUNDING CORP. | 9/11/02 | 9/11/03 |
| 1 | Bond Lost Instrument | 6184506 | 89,211.00 | WASHINGTON MUTUAL | FT. MORTGAGE COMPANIES | 9/11/02 | 9/11/03 |
| 1 | Bond Lost Instrument | 6184507 | 59,977.00 | WASHINGTON MUTUAL | COLONIAL HOME MORTGAGE | 9/11/02 | 9/11/03 |
| 1 | Bond | 6184515 | 20,225.00 | WASHINGTON MUTUAL | FIRST UNION MORTGAGE COMPANY | 9/26/02 | 9/26/03 |
| 1 | Lost | 6184516 | 108,312.00 | WASHINGTON MUTUAL | RBMG, INC | 9/26/02 | 9/26/03 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6184517 | 11,189.00 | WASHINGTON MUTUAL | HOMESIDE LENDING, INC. | 9/26/02 | 9/26/03 |
| 1 | Instrument Bond Lost | 6184518 | 10,261.00 | WASHINGTON MUTUAL | HOMESIDE LENDING, INC. | 9/26/02 | 9/26/03 |
| 1 | Instrument Bond Lost | 6184519 | 11,942.00 | WASHINGTON MUTUAL | HOMESIDE LENDING, INC. | 9/26/02 | 9/26/03 |
| 1 | Instrument Bond Lost | 6184520 | 18,473.00 | WASHINGTON MUTUAL | HOMESIDE LENDING, INC. | 9/26/02 | 9/26/03 |
| 1 | Instrument Bond Lost | 6184532 | 170,130.00 | WASHINGTON MUTUAL | FOOTHILL FUNDING GROUP, INC. | 9/18/02 | 9/18/03 |
| 1 | Instrument Bond Lost | 6184533 | 87,984.00 | WASHINGTON MUTUAL | CASTLE MORTGAGE CORPORATION | 9/18/02 | 9/18/03 |
| 1 | Instrument Bond Lost | 6184534 | 187,140.00 | WASHINGTON MUTUAL | CENTRAL ILLINOIS BANK MCLEAN COUNTY | 9/18/02 | 9/18/03 |
| 1 | Instrument Bond Lost | 6184535 | 177,073.00 | WASHINGTON MUTUAL | CORNERSTONE MORTGAGE COMPANY | 9/18/02 | 9/18/03 |
| 1 | Instrument Bond Lost | 6184536 | 100,380.00 | WASHINGTON MUTUAL | FIRST SUBURBAN MORTGAGE CORP. | 9/18/02 | 9/18/03 |
| 1 | Instrument Bond Lost | 6184537 | 157,243.00 | WASHINGTON MUTUAL | PROFESSIONAL MORTGAGE PARTNERS, INC. AN ILLINOIS CORPORATION | 9/18/02 | 9/18/03 |
| 1 | Instrument Bond Lost | 6184538 | 114,492.00 | WASHINGTON MUTUAL | ALPHA MORTGAGE BANKERS | 9/18/02 | 9/18/03 |
| 1 | Instrument Bond Lost | 6184539 | 154,313.00 | WASHINGTON MUTUAL | PEOPLES MORTGAGE CORPORATION | 9/18/02 | 9/18/03 |
| 1 | Instrument Bond Lost | 6184540 | 187,442.00 | WASHINGTON MUTUAL | PHM FINANCIAL INCORPORATED DBA PROFESSIONAL HOME MORTGAGE | 9/18/02 | 9/18/03 |
| 1 | Instrument Bond Lost | 6184541 | 143,568.00 | WASHINGTON MUTUAL | STRATFORD FUNDING, INC. | 9/18/02 | 9/18/03 |
| 1 | Instrument Bond Lost | 6184542 | 152,340.00 | WASHINGTON MUTUAL | MORTGAGE FINANCIAL SERVICES, INC. | 9/18/02 | 9/18/09 |
| 1 | Instrument Bond Lost | 6184543 | 131,820.00 | WASHINGTON MUTUAL | CMS MORTGAGE GROUP, INC. | 9/18/02 | 9/18/03 |
| 1 | Instrument Bond Lost | 6184544 | 95,880.00 | WASHINGTON MUTUAL | SOUTHERN FINANCIAL MORTGAGE | 9/18/02 | 9/18/03 |
| 1 | Instrument Bond Lost | 6184545 | 286,920.00 | WASHINGTON MUTUAL | CONSUMER HOME MORTGAGE, INC. | 9/18/02 | 9/18/03 |
| 1 | Instrument Bond Lost | 6184546 | 135,604.00 | WASHINGTON MUTUAL | FIRST NATIONAL BANK FKA CADDO FIRST NATIONAL | 9/18/02 | 9/18/03 |
| 1 | Instrument Bond Lost | 6184547 | 200,605.00 | WASHINGTON MUTUAL | CENTRAL ILLINOIS BANK MCLEAN COUNTY | 9/18/02 | 9/18/03 |
| 1 | Instrument Bond Lost | 6184557 | 152,028.00 | WASHINGTON MUTUAL | EXTRACO MORTGAGE | 9/24/02 | 9/24/03 |
| 1 | Instrument Bond Lost | 6186230 | 2,010.00 | WASHINGTON MUTUAL | MIT LENDING | 9/24/02 | 9/24/03 |
| 1 | Instrument Bond Lost | 6186231 | 241,026.00 | WASHINGTON MUTUAL | EZ FUNDING CORPORATION | 9/24/02 | 9/24/03 |
| 1 | Instrument Bond Lost | 6186280 | 67,933.00 | WASHINGTON MUTUAL | CHARLES F. CURRY COMPANY | 9/30/02 | 9/30/03 |
| 1 | Instrument Bond | 6186281 | 51,789.00 | WASHINGTON MUTUAL | CHARLES F. CURRY COMPANY | 9/30/02 | 9/30/03 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6186282 | 49,778.00 | WASHINGTON MUTUAL | CHARLES F CURRY COMPANY | 9/30/02 | 9/30/03 |
| 1 | Lost Instrument Bond | 6186283 | 109,673.00 | WASHINGTON MUTUAL | CHARLES F. CURRY COMPANY | 9/30/02 | 9/30/03 |
| 1 | Lost Instrument Bond | 6186284 | 15,270.00 | WASHINGTON MUTUAL | CHARLES F. CURRY COMPANY | 9/30/02 | 9/30/03 |
| 1 | Lost Instrument Bond | 6186285 | 51,719.00 | WASHINGTON MUTUAL | CHARLES F CURRY COMPANY | 9/30/02 | 9/30/03 |
| 1 | Lost Instrument Bond | 6186286 | 50,609.00 | WASHINGTON MUTUAL | CHARLES F. CURRY COMPANY | 9/30/02 | 9/30/03 |
| 1 | Lost Instrument Bond | 6186287 | 53,437.00 | WASHINGTON MUTUAL | CHARLES F. CURRY COMPANY | 9/30/02 | 9/30/03 |
| 1 | Lost Instrument Bond | 6186288 | 84,397.00 | WASHINGTON MUTUAL | CHARLES R. CURRY COMPANY | 9/30/02 | 9/30/03 |
| 1 | Lost Instrument Bond | 6186289 | 52,771.00 | WASHINGTON MUTUAL | CHARLES F. CURRY COMPANY | 9/30/02 | 9/30/03 |
| 1 | Lost Instrument Bond | 6186290 | 71,699.00 | WASHINGTON MUTUAL | CHARLES F CURRY COMPANY | 9/30/02 | 9/30/03 |
| 1 | Lost Instrument Bond | 6186291 | 71,122.00 | WASHINGTON MUTUAL, INC. | CHARLES F. CURRY COMPANY | 9/30/02 | 9/30/03 |
| 1 | Lost Instrument Bond | 6186292 | 1,921.00 | WASHINGTON MUTUAL | CHARLES F. CURRY COMPANY | 9/30/02 | 9/30/03 |
| 1 | Lost Instrument Bond | 6186293 | 4,957.00 | WASHINGTON MUTUAL | CHARLES F. CURRY COMPANY | 9/30/02 | 9/30/03 |
| 1 | Lost Instrument Bond | 6186294 | 5,462.00 | WASHINGTON MUTUAL | CHARLES F. CURRY COMPANY | 9/30/02 | 9/30/03 |
| 1 | Lost Instrument Bond | 6186295 | 5,919.00 | WASHINGTON MUTUAL | CHARLES F. CURRY COMPANY | 9/30/02 | 9/30/03 |
| 1 | Lost Instrument Bond | 6186296 | 12,172.00 | WASHINGTON MUTUAL | CHARLES F CURRY COMPANY | 9/30/02 | 9/30/03 |
| 1 | Lost Instrument Bond | 6186297 | 11,312.00 | WASHINGTON MUTUAL | CHARLES F. CURRY COMPANY | 9/30/02 | 9/30/03 |
| 1 | Lost Instrument Bond | 6186298 | 19,374.00 | WASHINGTON MUTUAL | CHARLES F. CURRY COMPANY | 9/30/02 | 9/30/03 |
| 1 | Lost Instrument Bond | 6186299 | 37,208.00 | WASHINGTON MUTUAL | CHARLES F. CURRY COMPANY | 9/30/02 | 9/30/03 |
| 1 | Lost Instrument Bond | 6186300 | 53,967.00 | WASHINGTON MUTUAL | CHARLES F. CURRY COMPANY | 9/30/02 | 9/30/03 |
| 1 | Lost Instrument Bond | 6186301 | 59,444.00 | WASHINGTON MUTUAL | CHARLES F. CURRY COMPANY | 9/30/02 | 9/30/03 |
| 1 | Lost Instrument Bond | 6186302 | 34,125.00 | WASHINGTON MUTUAL | CHARLES F. CURRY COMPANY | 9/30/02 | 9/30/03 |
| 1 | Lost Instrument Bond | 6186303 | 114,631.00 | WASHINGTON MUTUAL | CHARLES F. CURRY COMPANY | 9/30/02 | 9/30/03 |
| 1 | Lost Instrument Bond | 6186304 | 18,270.00 | WASHINGTON MUTUAL | CHARLES F. CURRY COMPANY | 9/30/02 | 9/30/03 |
| 1 | Lost Instrument Bond | 6186318 | 101,933.00 | WASHINGTON MUTUAL | COMCOR MORTGAGE CORPORATION | 10/14/02 | 10/14/03 |
| 1 | Lost Instrument Bond | 6186319 | 167,240.00 | WASHINGTON MUTUAL | ADVANTAGE INVESTORS MORTG CORPORATION | 10/14/02 | 10/14/03 |
| 1 | Lost Instrument | 6186322 | 71,236.00 | WASHINGTON MUTUAL | NUMERICA FUNDING, INC. | 10/25/02 | 10/25/03 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6186323 | 58,017.00 | WASHINGTON MUTUAL | NUMERICA FUNDING, INC. | 10/25/02 | 10/25/03 |
| 1 | Bond Lost Instrument | 6186324 | 141,678.00 | WASHINGTON MUTUAL | NUMERICA FUNDING, INC. | 10/25/02 | 10/25/03 |
| 1 | Bond Lost Instrument | 6186325 | 81,285.00 | WASHINGTON MUTUAL | NUMERICA FUNDING,INC. | 10/25/02 | 10/25/03 |
| 1 | Bond Lost Instrument | 6186326 | 136,216.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 10/25/02 | 10/25/03 |
| 1 | Bond Lost Instrument | 6186327 | 81,447.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 10/25/02 | 10/25/03 |
| 1 | Bond Lost Instrument | 6186328 | 56,627.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 10/25/02 | 10/25/03 |
| 1 | Bond Lost Instrument | 6186329 | 89,405.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 10/25/02 | 10/25/03 |
| 1 | Bond Lost Instrument | 6188759 | 227,540.00 | WASHINGTON MUTUAL | COASTAL CAPITAL CORP. | 10/28/02 | 10/28/03 |
| 1 | Bond Lost Instrument | 6188760 | 135,756.00 | WASHINGTON MUTUAL | HOME FEDERAL SAVINGS BANK | 10/28/02 | 10/28/03 |
| 1 | Bond Lost Instrument | 6188811 | 70,361.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 10/25/02 | 10/25/03 |
| 1 | Bond Lost Instrument | 6188812 | 190,979.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 10/25/02 | 10/25/03 |
| 1 | Bond Lost Instrument | 6188813 | 151,987.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 10/25/02 | 10/25/03 |
| 1 | Bond Lost Instrument | 6188814 | 109,291.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 10/25/02 | 10/25/03 |
| 1 | Bond Lost Instrument | 6188815 | 88,709.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 10/25/02 | 10/25/03 |
| 1 | Bond Lost Instrument | 6188816 | 68,665.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 10/25/02 | 10/25/03 |
| 1 | Bond Lost Instrument | 6188817 | 68,597.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 10/25/02 | 10/25/03 |
| 1 | Bond Lost Instrument | 6188818 | 71,015.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 10/25/02 | 10/25/03 |
| 1 | Bond Lost Instrument | 6188819 | 68,080.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 10/25/02 | 10/25/03 |
| 1 | Bond Lost Instrument | 6188820 | 167,028.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 10/25/02 | 10/25/03 |
| 1 | Bond Lost Instrument | 6188821 | 76,753.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 10/25/02 | 10/25/03 |
| 1 | Bond Lost Instrument | 6188822 | 65,420.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 10/25/02 | 10/25/03 |
| 1 | Bond Lost Instrument | 6188823 | 81,447.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 10/25/02 | 10/25/03 |
| 1 | Bond Lost Instrument | 6188824 | 77,055.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 10/25/02 | 10/25/03 |
| 1 | Bond Lost Instrument | 6188825 | 129,079.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 11/1/02 | 11/1/03 |
| 1 | Bond Lost Instrument | 6188826 | 105,660.00 | WASHINGTON MUTUAL | PLATINUM DIRECT FUNDING | 11/1/02 | 11/1/03 |
| 1 | Lost | 6188831 | 64,079.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 11/5/02 | 11/5/03 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6188834 | 134,536.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 11/7/02 | 11/7/03 |
| 1 | Instrument Bond Lost | 6188835 | 136,651.00 | WASHINGTON MUTUAL | SYNERGY MORTGAGE CORP. | 11/7/02 | 11/7/03 |
| 1 | Instrument Bond Lost | 6188837 | 259,800.00 | WASHINGTON MUTUAL | MORTGAGE ENTERPRISE, LTD. | 11/11/02 | 11/11/03 |
| 1 | Instrument Bond Lost | 6188840 | 173,565.00 | WASHINGTON MUTUAL | FOOTHILL FUNDING GROUP, INC. | 11/15/02 | 11/15/03 |
| 1 | Instrument Bond Lost | 6188841 | 68,300.00 | WASHINGTON MUTUAL | GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, L.P. | 11/15/02 | 11/15/03 |
| 1 | Instrument Bond Lost | 6188842 | 122,764.00 | WASHINGTON MUTUAL | PREMIER MORTGAGE CORPORATION | 11/15/02 | 11/15/03 |
| 1 | Instrument Bond Lost | 6188844 | 113,650.00 | WASHINGTON MUTUAL | GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, L.P. | 12/3/02 | 12/3/03 |
| 1 | Instrument Bond Lost | 6188845 | 38,658.00 | WASHINGTON MUTUAL | TAYLOR, BEAN & WHITAKER MORTGAGE | 12/2/02 | 12/2/03 |
| 1 | Instrument Bond Lost | 6188846 | 87,139.00 | WASHINGTON MUTUAL | HOMESTAR MORTGAGE SERVICES, LLC | 12/2/02 | 12/2/03 |
| 1 | Instrument Bond Lost | 6188847 | 119,688.00 | WASHINGTON MUTUAL | TAYLOR, BEAN & WHITAKER MORTGAGE | 12/2/02 | 12/2/03 |
| 1 | Instrument Bond Lost | 6188848 | 162,349.00 | WASHINGTON MUTUAL | GEORGETOWN MORTGAGE, INC. | 12/2/02 | 12/2/03 |
| 1 | Instrument Bond Lost | 6188849 | 129,946.00 | WASHINGTON MUTUAL | MORTGAGE MARKET, INC. | 12/2/02 | 12/2/03 |
| 1 | Instrument Bond Lost | 6188850 | 102,900.00 | WASHINGTON MUTUAL | GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, L.P. | 12/2/02 | 12/2/03 |
| 1 | Instrument Bond Lost | 6188851 | 143,602.00 | WASHINGTON MUTUAL | MAC-CLAIR MORTGAGE CORPORATION | 12/2/02 | 12/2/03 |
| 1 | Instrument Bond Lost | 6188852 | 118,980.00 | WASHINGTON MUTUAL | MAC-CLAIR MORTGAGE CORPORATION | 12/2/02 | 12/2/03 |
| 1 | Instrument Bond Lost | 6188853 | 80,692.00 | WASHINGTON MUTUAL | WISCONSIN MORTGAGE CORPORATION | 12/2/02 | 12/2/03 |
| 1 | Instrument Bond Lost | 6188854 | 91,079.00 | WASHINGTON MUTUAL | STRATEGIC MORTGAGE COMPANY | 12/2/02 | 12/2/03 |
| 1 | Instrument Bond Lost | 6188855 | 89,220.00 | WASHINGTON MUTUAL | MAJOR MORTGAGE | 12/2/02 | 12/2/03 |
| 1 | Instrument Bond Lost | 6188857 | 181,345.00 | WASHINGTON MUTUAL | North American Mortgage Company | 1/24/03 | 1/24/04 |
| 1 | Instrument Bond Lost | 6188858 | 140,193.00 | WASHINGTON MUTUAL | North American Mortgage Company | 12/5/02 | 12/5/03 |
| 1 | Instrument Bond Lost | 6188859 | 124,519.00 | WASHINGTON MUTUAL | North American Mortgage Company | 12/5/02 | 12/5/03 |
| 1 | Instrument Bond Lost | 6188860 | 132,143.00 | WASHINGTON MUTUAL | North American Mortgage Company | 12/5/02 | 12/5/03 |
| 1 | Instrument Bond Lost | 6193499 | 86,997.00 | WASHINGTON MUTUAL | TOWNBANK MORTGAGE | 12/5/02 | 12/5/03 |
| 1 | Instrument Bond Lost | 6193500 | 229,715.00 | WASHINGTON MUTUAL | North American Mortgage Company | 1/24/03 | 1/24/04 |
| 1 | Instrument Bond | 6193501 | 156,032.00 | WASHINGTON MUTUAL | North American Mortgage Company | 12/5/02 | 12/5/03 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6193502 | 243,700.00 | WASHINGTON MUTUAL | North American Mortgage Company | 12/5/02 | 12/5/03 |
| 1 | Lost Instrument Bond | 6193503 | 137,758.00 | WASHINGTON MUTUAL | SONOMA CONVEYANCING CORPORATION | 12/5/02 | 12/5/03 |
| 1 | Lost Instrument Bond | 6193504 | 139,822.00 | WASHINGTON MUTUAL | North American Mortgage Company | 12/5/02 | 12/5/03 |
| 1 | Lost Instrument Bond | 6193505 | 132,167.00 | WASHINGTON MUTUAL | North American Mortgage Company | 1/24/03 | 1/24/04 |
| 1 | Lost Instrument Bond | 6193506 | 146,388.00 | WASHINGTON MUTUAL | THE DIME SAVINGS BANK OF NEW YORK | 12/5/02 | 12/5/03 |
| 1 | Lost Instrument Bond | 6193507 | 131,024.00 | WASHINGTON MUTUAL | North American Mortgage Company | 12/5/02 | 12/5/03 |
| 1 | Lost Instrument Bond | 6193508 | 79,130.00 | WASHINGTON MUTUAL | ACADEMY MORTGAGE CORPORATION | 12/5/02 | 12/5/03 |
| 1 | Lost Instrument Bond | 6193509 | 83,697.00 | WASHINGTON MUTUAL | ACADEMY MORTGAGE CORPORATION DBA RESIDENTIAL MORTGAGE | 1/24/03 | 1/24/04 |
| 1 | Lost Instrument Bond | 6193510 | 80,154.00 | WASHINGTON MUTUAL | ASSOCIATED MORTGAGE CORPORATION | 12/5/02 | 12/5/03 |
| 1 | Lost Instrument Bond | 6193511 | 97,553.00 | WASHINGTON MUTUAL | MORTGAGE INVESTORS GROUP | 12/5/02 | 12/5/03 |
| 1 | Lost Instrument Bond | 6193512 | 91,104.00 | WASHINGTON MUTUAL | ACADEMY MORTGAGE CORPORATION | 12/5/02 | 12/5/03 |
| 1 | Lost Instrument Bond | 6193513 | 76,392.00 | WASHINGTON MUTUAL | SOUTHTRUST MORTGAGE CORPORATION | 1/24/03 | 1/24/04 |
| 1 | Lost Instrument Bond | 6193514 | 87,437.00 | WASHINGTON MUTUAL | North American Mortgage Company | 1/24/03 | 1/24/04 |
| 1 | Lost Instrument Bond | 6193515 | 107,065.00 | WASHINGTON MUTUAL | THE DIME SAVINGS BANK OF NEW YORK | 12/5/02 | 12/5/03 |
| 1 | Lost Instrument Bond | 6193516 | 195,815.00 | WASHINGTON MUTUAL | North American Mortgage Company | 12/5/02 | 12/5/03 |
| 1 | Lost Instrument Bond | 6193517 | 163,362.00 | WASHINGTON MUTUAL | UNIVERSAL LENDING CORPORATION | 12/5/02 | 12/5/03 |
| 1 | Lost Instrument Bond | 6193518 | 110,072.00 | WASHINGTON MUTUAL | North American Mortgage Company | 12/5/02 | 12/5/03 |
| 1 | Lost Instrument Bond | 6193519 | 121,797.00 | WASHINGTON MUTUAL | North American Mortgage Company | 12/5/02 | 12/5/03 |
| 1 | Lost Instrument Bond | 6193520 | 110,741.00 | WASHINGTON MUTUAL | North American Mortgage Company | 12/5/02 | 12/5/03 |
| 1 | Lost Instrument Bond | 6193521 | 94,699.00 | WASHINGTON MUTUAL | NORTH AMERICAN MORTGAGE COMANY | 1/24/03 | 1/24/04 |
| 1 | Lost Instrument Bond | 6193522 | 131,972.00 | WASHINGTON MUTUAL | North American Mortgage Company | 1/24/03 | 1/24/04 |
| 1 | Lost Instrument Bond | 6193523 | 210,098.00 | WASHINGTON MUTUAL | North American Mortgage Company | 12/5/02 | 12/5/03 |
| 1 | Lost Instrument Bond | 6193524 | 154,015.00 | WASHINGTON MUTUAL | North American Mortgage Company | 12/5/02 | 12/5/03 |
| 1 | Lost Instrument Bond | 6193525 | 144,585.00 | WASHINGTON MUTUAL | North American Mortgage Company | 1/24/03 | 1/24/04 |
| 1 | Lost Instrument Bond | 6193526 | 159,942.00 | WASHINGTON MUTUAL | PROFESSIONAL HOME MORTGAGE | 12/5/02 | 12/5/03 |
| 1 | Lost Instrument | 6193527 | 64,980.00 | WASHINGTON MUTUAL | AMERICAN MIDWEST MORTGAGE CORPORATION | 12/5/02 | 12/5/03 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Bond Lost Instrument | | | | | | |
| 1 | Bond Lost Instrument | 6193528 | 176,160.00 | WASHINGTON MUTUAL | CAPITAL MORTGAGE FUNDING LLC | 12/5/02 | 12/5/03 |
| 1 | Bond Lost Instrument | 6193529 | 152,040.00 | WASHINGTON MUTUAL | CAPITAL MORTGAGE FUNDING LLC | 12/5/02 | 12/5/03 |
| 1 | Bond Lost Instrument | 6193530 | 179,580.00 | WASHINGTON MUTUAL | CAPITAL MORTGAGE FUNDING LLC | 12/5/02 | 12/5/03 |
| 1 | Bond Lost Instrument | 6193531 | 161,940.00 | WASHINGTON MUTUAL | CAPITAL MORTGAGE FUNDING LLC | 12/5/02 | 12/5/03 |
| 1 | Bond Lost Instrument | 6193532 | 173,380.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 12/5/02 | 12/5/03 |
| 1 | Bond Lost Instrument | 6193533 | 140,676.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 12/5/02 | 12/5/03 |
| 1 | Bond Lost Instrument | 6193534 | 151,133.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 12/5/02 | 12/5/03 |
| 1 | Bond Lost Instrument | 6193535 | 130,375.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 12/5/02 | 12/5/03 |
| 1 | Bond Lost Instrument | 6193536 | 103,881.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 12/5/02 | 12/5/03 |
| 1 | Bond Lost Instrument | 6193537 | 115,307.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 12/5/02 | 12/5/03 |
| 1 | Bond Lost Instrument | 6193538 | 109,782.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK FA | 12/5/02 | 12/5/03 |
| 1 | Bond Lost Instrument | 6193539 | 145,526.00 | WASHINGTON MUTUAL | HEARTWELL MORTGAGE CORPORATION | 12/12/02 | 12/12/03 |
| 1 | Bond Lost Instrument | 6193542 | 157,896.00 | WASHINGTON MUTUAL | SECURITY MORTGAGE, INC. | 12/16/02 | 12/16/03 |
| 1 | Bond Lost Instrument | 6193544 | 104,820.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 12/18/02 | 12/18/03 |
| 1 | Bond Lost Instrument | 6193545 | 87,704.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 12/18/02 | 12/18/03 |
| 1 | Bond Lost Instrument | 6193546 | 127,255.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 12/18/02 | 12/18/03 |
| 1 | Bond Lost Instrument | 6193547 | 41,729.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 12/18/02 | 12/18/03 |
| 1 | Bond Lost Instrument | 6193548 | 98,297.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 12/18/02 | 12/18/03 |
| 1 | Bond Lost Instrument | 6193549 | 90,845.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 12/18/02 | 12/18/03 |
| 1 | Bond Lost Instrument | 6193550 | 95,679.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 12/18/02 | 12/18/03 |
| 1 | Bond Lost Instrument | 6193551 | 93,968.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 12/18/02 | 12/18/03 |
| 1 | Bond Lost Instrument | 6193552 | 69,215.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 12/18/02 | 12/18/03 |
| 1 | Bond Lost Instrument | 6193553 | 130,915.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 12/18/02 | 12/18/03 |
| 1 | Bond Lost Instrument | 6193554 | 150,603.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 12/18/02 | 12/18/03 |
| 1 | Bond | 6193555 | 114,848.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 12/18/02 | 12/18/03 |
| 1 | Lost | 6193556 | 127,557.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 12/18/02 | 12/18/03 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6193557 | 99,204.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 12/18/02 | 12/18/03 |
| 1 | Instrument Bond Lost | 6193558 | 151,544.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 12/18/02 | 12/18/03 |
| 1 | Instrument Bond Lost | 6193559 | 109,782.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 12/18/02 | 12/18/03 |
| 1 | Instrument Bond Lost | 6193560 | 105,279.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 12/5/02 | 12/5/03 |
| 1 | Instrument Bond Lost | 6193561 | 149,707.00 | WASHINGTON MUTUAL | MONTANA MORTGAGE COMPANY | 12/31/02 | 12/31/03 |
| 1 | Instrument Bond Lost | 6193562 | 211,800.00 | WASHINGTON MUTUAL | Mackinac Savings Bank | 12/31/02 | 12/31/03 |
| 1 | Instrument Bond Lost | 6193563 | 164,430.00 | WASHINGTON MUTUAL | FIRST MORTGAGE CORPORATION | 12/31/02 | 12/31/03 |
| 1 | Instrument Bond Lost | 6193564 | 182,152.00 | WASHINGTON MUTUAL | MAC-CLAIR MORTGAGE CORPORATION | 12/31/02 | 12/31/03 |
| 1 | Instrument Bond Lost | 6193565 | 152,008.00 | WASHINGTON MUTUAL | PREMIER MORTGAGE GROUP LLC | 12/31/02 | 12/31/03 |
| 1 | Instrument Bond Lost | 6193566 | 64,194.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 1/22/03 | 1/22/04 |
| 1 | Instrument Bond Lost | 6193567 | 112,808.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 1/22/03 | 1/22/04 |
| 1 | Instrument Bond Lost | 6193568 | 132,415.00 | WASHINGTON MUTUAL | TRUST ONE MORTGAGE CORPORATION | 1/22/03 | 1/22/04 |
| 1 | Instrument Bond Lost | 6193569 | 93,968.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 1/22/03 | 1/22/04 |
| 1 | Instrument Bond Lost | 6193570 | 95,679.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 1/22/03 | 1/22/04 |
| 1 | Instrument Bond Lost | 6193572 | 68,629.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 1/24/03 | 1/24/04 |
| 1 | Instrument Bond Lost | 6193573 | 102,382.00 | WASHINGTON MUTUAL | AMERICAN UNITED MORTGAGE SERVICES OF AMERICA | 1/24/03 | 1/24/04 |
| 1 | Instrument Bond Lost | 6193574 | 194,372.00 | WASHINGTON MUTUAL | SUMMIT MORTGAGE CORPORATION | 1/24/03 | 1/24/04 |
| 1 | Instrument Bond Lost | 6193575 | 72,000.00 | WASHINGTON MUTUAL | MAC-CLAIR MORTGAGE CORPORATION | 1/24/03 | 1/24/04 |
| 1 | Instrument Bond Lost | 6193576 | 129,323.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 1/24/03 | 1/24/04 |
| 1 | Instrument Bond Lost | 6193577 | 127,056.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 1/24/03 | 1/24/04 |
| 1 | Instrument Bond Lost | 6193578 | 90,845.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 1/24/03 | 1/24/04 |
| 1 | Instrument Bond Lost | 6193579 | 135,552.00 | WASHINGTON MUTUAL | North American Mortgage Company | 1/24/03 | 1/24/04 |
| 1 | Instrument Bond Lost | 6193580 | 172,148.00 | WASHINGTON MUTUAL | DAVID MORTGAGE INC. DBA BARNACLO HOME LOAN | 1/30/03 | 1/30/04 |
| 1 | Instrument Bond Lost | 6193581 | 182,090.00 | WASHINGTON MUTUAL | American Fidelity Mortgage | 1/30/03 | 1/30/04 |
| 1 | Instrument Bond Lost | 6193582 | 85,868.00 | WASHINGTON MUTUAL | paragon home lending llc | 1/30/03 | 1/30/04 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6193583 | 212,071.00 | WASHINGTON MUTUAL | paragon home lending llc | 1/30/03 | 1/30/04 |
| 1 | Lost Instrument Bond | 6193584 | 114,655.00 | WASHINGTON MUTUAL | PARAGON HOME LEDNING, LLC | 1/30/03 | 1/30/04 |
| 1 | Lost Instrument Bond | 6193585 | 185,708.00 | WASHINGTON MUTUAL | paragon home lending llc | 1/30/03 | 1/30/04 |
| 1 | Lost Instrument Bond | 6193586 | 94,651.00 | WASHINGTON MUTUAL | FRIST BANK AND TRUST CO | 1/30/03 | 1/30/04 |
| 1 | Lost Instrument Bond | 6193587 | 97,086.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 1/30/03 | 1/30/04 |
| 1 | Lost Instrument Bond | 6193588 | 146,483.00 | WASHINGTON MUTUAL | ALLIED HOME MORTGAGE CAPITAL CORPORATION | 1/30/03 | 1/30/04 |
| 1 | Lost Instrument Bond | 6193589 | 116,608.00 | WASHINGTON MUTUAL | ALLIED HOME MORTGAGE CAPITAL CORPORATION | 1/30/03 | 1/30/04 |
| 1 | Lost Instrument Bond | 6193590 | 200,053.00 | WASHINGTON MUTUAL | CUSTOM MORTGAGE, INC | 1/30/03 | 1/30/04 |
| 1 | Lost Instrument Bond | 6193591 | 72,775.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 1/30/03 | 1/30/04 |
| 1 | Lost Instrument Bond | 6193592 | 97,946.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 1/30/03 | 1/30/04 |
| 1 | Lost Instrument Bond | 6193593 | 149,958.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 1/30/03 | 1/30/04 |
| 1 | Lost Instrument Bond | 6193594 | 84,721.00 | WASHINGTON MUTUAL | AMSOUTH BANK | 2/4/03 | 2/4/04 |
| 1 | Lost Instrument Bond | 6193596 | 244,368.00 | WASHINGTON MUTUAL | united capital mortgage corp | 2/5/03 | 2/5/04 |
| 1 | Lost Instrument Bond | 6193597 | 215,687.00 | WASHINGTON MUTUAL | STRATEGIC MORTGAGE COMPANY | 2/5/03 | 2/5/04 |
| 1 | Lost Instrument Bond | 6193598 | 133,320.00 | WASHINGTON MUTUAL | DAVID MORTGAGE INC | 2/5/03 | 2/5/04 |
| 1 | Lost Instrument Bond | 6199467 | 137,048.00 | WASHINGTON MUTUAL | PILLAR FINANCIAL | 1/13/03 | 1/13/04 |
| 1 | Lost Instrument Bond | 6199468 | 69,588.00 | WASHINGTON MUTUAL | CASTLE MORTGAGE CORPORATION | 1/13/03 | 1/13/04 |
| 1 | Lost Instrument Bond | 6199469 | 122,872.00 | WASHINGTON MUTUAL | CENTRAL ILLINOIS BANK MCLEAN COUNTY | 1/13/03 | 1/13/04 |
| 1 | Lost Instrument Bond | 6199470 | 131,491.00 | WASHINGTON MUTUAL | MORTGAGE PORTFOLIO SERVICES, INC. | 1/13/03 | 1/13/04 |
| 1 | Lost Instrument Bond | 6199471 | 176,305.00 | WASHINGTON MUTUAL | PLATINUM HOME MORTGAGE CORP | 1/13/03 | 1/13/04 |
| 1 | Lost Instrument Bond | 6199472 | 372,172.00 | WASHINGTON MUTUAL | U.S. MORTGAGE CORP. DBA LEND AMERICA | 1/13/03 | 1/13/04 |
| 1 | Lost Instrument Bond | 6199473 | 230,384.00 | WASHINGTON MUTUAL | mountain crest mortgage inc | 1/13/03 | 1/13/04 |
| 1 | Lost Instrument Bond | 6199474 | 176,802.00 | WASHINGTON MUTUAL | RESERVE MORTGAGE INVESTMENTS, LLC | 1/13/03 | 1/13/04 |
| 1 | Lost Instrument Bond | 6199475 | 176,256.00 | WASHINGTON MUTUAL | CONTOUR MORTGAGE GROUP, INC | 1/13/03 | 1/13/04 |
| 1 | Lost Instrument Bond | 6199476 | 188,382.00 | WASHINGTON MUTUAL | ROCKY MOUNTAIN MORTGAGE SPECIALIST INC | 1/13/03 | 1/13/04 |
| 1 | Lost Instrument | 6199507 | 159,270.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 1/15/03 | 1/15/04 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6199508 | 174,727.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 1/15/03 | 1/15/04 |
| 1 | Bond Lost Instrument | 6199509 | 98,818.00 | WASHINGTON MUTUAL | AMERIFIRST FINANCIAL CORPORATION | 1/15/03 | 1/15/04 |
| 1 | Bond Lost Instrument | 6199510 | 138,875.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 1/15/03 | 1/15/04 |
| 1 | Bond Lost Instrument | 6199511 | 140,786.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 1/15/03 | 1/15/04 |
| 1 | Bond Lost Instrument | 6199512 | 90,536.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 1/15/03 | 1/15/04 |
| 1 | Bond Lost Instrument | 6199513 | 96,185.00 | WASHINGTON MUTUAL | PARAGON HOME LENDING, LLC | 1/15/03 | 1/15/04 |
| 1 | Bond Lost Instrument | 6199535 | 80,759.00 | WASHINGTON MUTUAL | LAKE MORTGAGE COMPANY, INC | 1/22/03 | 1/22/04 |
| 1 | Bond Lost Instrument | 6202722 | 100,276.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 2/24/03 | 2/24/04 |
| 1 | Bond Lost Instrument | 6202723 | 91,682.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 2/24/03 | 2/24/04 |
| 1 | Bond Lost Instrument | 6202724 | 118,738.00 | WASHINGTON MUTUAL | WASHINTON MUTUAL BANK, FA | 2/24/03 | 2/24/04 |
| 1 | Bond Lost Instrument | 6202725 | 181,796.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 2/24/03 | 2/24/04 |
| 1 | Bond Lost Instrument | 6202726 | 160,960.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 2/24/03 | 2/24/04 |
| 1 | Bond Lost Instrument | 6202748 | 48,415.00 | WASHINGTON MUTUAL | TOWNE & COUNTRY MORTGAGE | 3/21/03 | 2/21/04 |
| 1 | Bond Lost Instrument | 6202749 | 297,550.00 | WASHINGTON MUTUAL | BUDGET MORTGAGE BANKERS, LTD | 3/21/03 | 3/21/04 |
| 1 | Bond Lost Instrument | 6202750 | 329,850.00 | WASHINGTON MUTUAL | FIRST WEST MORTGAGE BANKERS, LTD. | 3/21/03 | 3/21/04 |
| 1 | Bond Lost Instrument | 6202751 | 134,101.00 | WASHINGTON MUTUAL | GROVES FUNDING CORP. | 3/21/03 | 3/21/04 |
| 1 | Bond Lost Instrument | 6202752 | 107,769.00 | WASHINGTON MUTUAL | AMCAP MORTGAGE, LTD | 3/21/03 | 3/21/04 |
| 1 | Bond Lost Instrument | 6202753 | 194,880.00 | WASHINGTON MUTUAL | SECURITY MORTGAGE INC. | 3/21/03 | 3/21/04 |
| 1 | Bond Lost Instrument | 6202754 | 166,128.00 | WASHINGTON MUTUAL | WARREN FEDERAL CREDIT UNION | 3/21/03 | 3/21/04 |
| 1 | Bond Lost Instrument | 6202763 | 117,200.00 | WASHINGTON MUTUAL | PINE STATE MORTGAGE CORP | 3/21/03 | 3/21/04 |
| 1 | Bond Lost Instrument | 6202764 | 131,651.00 | WASHINGTON MUTUAL | FOUNDATION FUNDING GROUP, INC. | 3/24/03 | 3/24/04 |
| 1 | Bond Lost Instrument | 6202769 | 105,217.00 | WASHINGTON MUTUAL | FOUNDATION FUNDING GROUP, INC. | 3/26/03 | 3/26/04 |
| 1 | Bond Lost Instrument | 6202770 | 125,517.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 3/21/03 | 3/21/04 |
| 1 | Bond Lost Instrument | 6202772 | 86,660.00 | WASHINGTON MUTUAL | MILLS COUNTY STATE BANK | 3/27/03 | 3/27/04 |
| 1 | Bond Lost | 6202773 | 156,000.00 | WASHINGTON MUTUAL | COLORADO FEDERAL SAVINGS BANK | 3/27/03 | 3/27/04 |
| 1 | Lost | 6202788 | 105,539.00 | WASHINGTON MUTUAL | SUMMIT MORTGAGE CORPORATION | 4/9/03 | 4/9/04 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6202795 | 211,201.00 | WASHINGTON MUTUAL | EQUITY MORTGAGE CORPORATION | 2/5/03 | 2/5/04 |
| 1 | Instrument Bond Lost | 6202800 | 99,829.00 | WASHINGTON MUTUAL | paragon home lending llc | 2/14/03 | 2/14/04 |
| 1 | Instrument Bond Lost | 6202801 | 254,014.00 | WASHINGTON MUTUAL | HOME AMERICAN MORTGAGE CORPORATION | 2/14/03 | 2/14/04 |
| 1 | Instrument Bond Lost | 6202802 | 230,581.00 | WASHINGTON MUTUAL | HOME AMERICAN MORTGAGE CORPORATION | 2/14/03 | 2/14/04 |
| 1 | Instrument Bond Lost | 6202803 | 78,120.00 | WASHINGTON MUTUAL | AMERIFIRST FINANCIAL CORPORATION | 2/14/03 | 2/14/04 |
| 1 | Instrument Bond Lost | 6202804 | 140,490.00 | WASHINGTON MUTUAL | PLYMOUTH EXCHANGE MORTGAGE CORPORATION | 2/14/03 | 2/14/04 |
| 1 | Instrument Bond Lost | 6202805 | 258,900.00 | WASHINGTON MUTUAL | paragon home lending llc | 2/14/03 | 2/14/04 |
| 1 | Instrument Bond Lost | 6202808 | 132,368.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 2/26/02 | 2/26/03 |
| 1 | Instrument Bond Lost | 6202809 | 144,985.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 2/26/03 | 2/22/04 |
| 1 | Instrument Bond Lost | 6202810 | 140,633.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 2/26/03 | 2/26/04 |
| 1 | Instrument Bond Lost | 6202811 | 184,049.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 2/26/03 | 2/26/04 |
| 1 | Instrument Bond Lost | 6202812 | 193,224.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 2/26/03 | 2/26/04 |
| 1 | Instrument Bond Lost | 6202813 | 116,806.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 2/26/03 | 2/26/04 |
| 1 | Instrument Bond Lost | 6202826 | 133,393.00 | WASHINGTON MUTUAL | NOVASTAR MORTGAGE, INC. | 3/17/03 | 3/17/04 |
| 1 | Instrument Bond Lost | 6202827 | 104,650.00 | WASHINGTON MUTUAL | WESTAR MORTGAGE CORP.,INC. | 3/17/03 | 3/17/04 |
| 1 | Instrument Bond Lost | 6202828 | 203,820.00 | WASHINGTON MUTUAL | MORTAGE INVESTORS CORPORATION | 3/17/03 | 3/17/04 |
| 1 | Instrument Bond Lost | 6202829 | 137,773.00 | WASHINGTON MUTUAL | TRUST ONE | 3/17/03 | 3/17/04 |
| 1 | Instrument Bond Lost | 6202831 | 256,819.00 | WASHINGTON MUTUAL | Chicago Bancorp, Inc. | 3/17/03 | 3/17/04 |
| 1 | Instrument Bond Lost | 6202832 | 166,678.00 | WASHINGTON MUTUAL | GUARANTY FEDERAL FINANCIAL CORPORATION | 3/17/03 | 3/17/04 |
| 1 | Instrument Bond Lost | 6202833 | 155,160.00 | WASHINGTON MUTUAL | NEW AMERICA FINANCIAL | 3/17/03 | 3/17/04 |
| 1 | Instrument Bond Lost | 6202838 | 127,597.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 3/19/03 | 3/19/04 |
| 1 | Instrument Bond Lost | 6202839 | 106,871.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 3/19/03 | 3/19/04 |
| 1 | Instrument Bond Lost | 6202840 | 124,573.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 3/19/03 | 3/19/04 |
| 1 | Instrument Bond Lost | 6202841 | 108,446.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 3/19/03 | 3/19/04 |
| 1 | Instrument Bond | 6202842 | 166,254.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 3/19/03 | 3/19/04 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6202843 | 129,917.00 | WASHINGTON MUTUAL | FOUNDATION FUNDING GROUP, INC. | 3/26/03 | 3/26/04 |
| 1 | Lost Instrument Bond | 6202849 | 110,201.00 | WASHINGTON MUTUAL | PRINCETON MORTGAGE CORPORATION | 4/8/03 | 4/8/04 |
| 1 | Lost Instrument Bond | 6202850 | 58,475.00 | WASHINGTON MUTUAL | PRINCETON MORTGAGE CORPORATION | 4/8/03 | 4/8/04 |
| 1 | Lost Instrument Bond | 6202851 | 136,150.00 | WASHINGTON MUTUAL | PRINCETON MORTGAGE CORPORATION | 4/8/03 | 4/8/04 |
| 1 | Lost Instrument Bond | 6202852 | 110,752.00 | WASHINGTON MUTUAL | PRIMARY CAPITAL ADVISORS LLC | 4/9/03 | 4/9/04 |
| 1 | Lost Instrument Bond | 6202853 | 246,039.00 | WASHINGTON MUTUAL | PRINCETON MORTGAGE CORPORATION | 4/9/03 | 4/9/04 |
| 1 | Lost Instrument Bond | 6202858 | 135,816.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 4/15/03 | 4/15/04 |
| 1 | Lost Instrument Bond | 6202859 | 120,625.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 4/15/03 | 4/15/04 |
| 1 | Lost Instrument Bond | 6202860 | 42,481.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 4/15/03 | 4/15/04 |
| 1 | Lost Instrument Bond | 6202861 | 119,495.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 4/15/03 | 4/15/04 |
| 1 | Lost Instrument Bond | 6202862 | 58,814.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 4/15/03 | 4/15/04 |
| 1 | Lost Instrument Bond | 6202863 | 67,532.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 4/15/03 | 4/15/04 |
| 1 | Lost Instrument Bond | 6202864 | 252,176.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 4/15/03 | 4/15/04 |
| 1 | Lost Instrument Bond | 6202865 | 150,502.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 4/15/03 | 4/15/04 |
| 1 | Lost Instrument Bond | 6202866 | 158,766.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 4/15/03 | 4/15/04 |
| 1 | Lost Instrument Bond | 6202867 | 115,031.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, F.A. | 4/15/03 | 4/15/04 |
| 1 | Lost Instrument Bond | 6202868 | 35,192.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 4/15/03 | 4/15/04 |
| 1 | Lost Instrument Bond | 6202869 | 84,322.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, F.A. | 4/15/03 | 4/15/04 |
| 1 | Lost Instrument Bond | 6202870 | 64,967.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, F.A. | 4/15/03 | 4/15/04 |
| 1 | Lost Instrument Bond | 6202871 | 88,266.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, F.A. | 4/15/03 | 4/15/04 |
| 1 | Lost Instrument Bond | 6202872 | 74,533.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 4/15/03 | 4/15/04 |
| 1 | Lost Instrument Bond | 6202873 | 35,991.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, F.A. | 4/15/03 | 4/15/04 |
| 1 | Lost Instrument Bond | 6202874 | 124,349.00 | WASHINGTON MUTUAL | Washington Mutual Bank, FA | 4/15/03 | 4/15/04 |
| 1 | Lost Instrument Bond | 6202875 | 139,411.00 | WASHINGTON MUTUAL | PLYMOUTH EXCHANGE MORTGAGE | 4/15/03 | 4/15/04 |
| 1 | Lost Instrument Bond | 6202876 | 128,194.00 | WASHINGTON MUTUAL | MACCLAIR MORTGAGE | 4/15/03 | 4/15/04 |
| 1 | Lost Instrument | 6202877 | 92,923.00 | WASHINGTON MUTUAL | PRINCETON MORTGAGE CORPORATION | 4/15/03 | 4/15/04 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6202879 | 97,853.00 | WASHINGTON MUTUAL | PRINCETON MORTGAGE CORPORATION | 4/18/03 | 4/18/04 |
| 1 | Bond Lost Instrument | 6202880 | 133,900.00 | WASHINGTON MUTUAL | PRINCETON MORTGAGE CORPORATION | 4/18/03 | 4/18/04 |
| 1 | Bond Lost Instrument | 6216599 | 128,243.00 | WASHINGTON MUTUAL | WATERMARK FINANCIAL PARTNERS | 5/1/03 | 5/1/04 |
| 1 | Bond Lost Instrument | 6216601 | 46,713.00 | WASHINGTON MUTUAL | BANC ONE MORTGAGE CORPORATION | 5/1/03 | 5/1/04 |
| 1 | Bond Lost Instrument | 6216602 | 146,435.00 | WASHINGTON MUTUAL | paragon home lending | 5/1/03 | 5/1/04 |
| 1 | Bond Lost Instrument | 6216603 | 198,778.00 | WASHINGTON MUTUAL | CLASSIC MORTGAGE, LLC | 5/1/03 | 5/1/04 |
| 1 | Bond Lost Instrument | 6216609 | 166,409.00 | WASHINGTON MUTUAL BANK, FA | US MORTGAGE CORPORATION | 5/28/03 | 5/28/04 |
| 1 | Bond Lost Instrument | 6216610 | 121,541.00 | WASHINGTON MUTUAL BANK, FA | US MORTGAGE CORPORATION | 5/28/03 | 5/28/04 |
| 1 | Bond Lost Instrument | 6216612 | 121,185.00 | WASHINGTON MUTUAL | AMERIFIRST FINANCIAL CORPORATION DBA HOME LOAN CONSULTANTS | 5/15/03 | 5/15/04 |
| 1 | Bond Lost Instrument | 6216613 | 64,110.00 | WASHINGTON MUTUAL | FIRST PREFERENCE MORTGAGE CORP. | 5/15/03 | 5/15/04 |
| 1 | Bond Lost Instrument | 6216614 | 144,674.00 | WASHINGTON MUTUAL BANK, FA | PRINCETON MORTGAGE CORPORATION | 5/8/03 | 5/8/04 |
| 1 | Bond Lost Instrument | 6216615 | 174,150.00 | WASHINGTON MUTUAL BANK, FA | PRINCETON MORTGAGE CORPORATION | 5/28/03 | 5/28/04 |
| 1 | Bond Lost Instrument | 6216627 | 163,936.00 | WASHINGTON MUTUAL BANK, F.A. | TCF MORTGAGE | 5/9/03 | 5/9/04 |
| 1 | Bond Lost Instrument | 6216628 | 113,460.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216629 | 62,842.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216630 | 64,561.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216631 | 97,503.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216632 | 146,353.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216633 | 64,816.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216634 | 73,010.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216635 | 93,990.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216636 | 74,147.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216637 | 88,646.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216638 | 78,762.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond | 6216639 | 83,342.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Lost | 6216640 | 89,258.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost Instrument | | | | | | |
| 1 | Bond Lost Instrument | 6216641 | 88,327.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216642 | 189,911.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216643 | 82,623.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216644 | 286,437.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216645 | 190,005.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216646 | 72,790.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216647 | 128,223.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216648 | 101,692.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216649 | 46,931.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216650 | 141,066.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216651 | 146,448.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216652 | 30,618.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216653 | 157,636.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216654 | 178,535.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216655 | 155,326.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216656 | 171,902.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216657 | 113,541.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216658 | 121,414.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216659 | 162,771.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216660 | 145,876.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216661 | 107,420.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216662 | 236,188.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216663 | 173,790.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond Lost Instrument | 6216664 | 100,897.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Bond | 6216665 | 156,875.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6216666 | 201,450.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Lost Instrument Bond | 6216667 | 120,630.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Lost Instrument Bond | 6216668 | 32,360.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Lost Instrument Bond | 6216669 | 35,192.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Lost Instrument Bond | 6216670 | 78,148.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Lost Instrument Bond | 6216671 | 51,537.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Lost Instrument Bond | 6216672 | 75,882.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Lost Instrument Bond | 6216673 | 95,994.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Lost Instrument Bond | 6216674 | 107,400.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Lost Instrument Bond | 6216675 | 111,528.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Lost Instrument Bond | 6216676 | 64,086.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Lost Instrument Bond | 6216677 | 124,727.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Lost Instrument Bond | 6216678 | 90,848.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Lost Instrument Bond | 6216679 | 84,000.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Lost Instrument Bond | 6216680 | 125,394.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Lost Instrument Bond | 6216681 | 115,031.00 | WASHINGTON MUTUAL BANK FA | WASHINGTON MUTUAL BANK FA | 5/12/03 | 5/12/04 |
| 1 | Lost Instrument Bond | 6216684 | 236,292.00 | WASHINGTON MUTUAL BANK, FA | 1st advantage mortgage | 5/13/03 | 5/13/04 |
| 1 | Lost Instrument Bond | 6221119 | 145,790.00 | WASHINGTON MUTUAL BANK, FA | KAUFMAN AND BROAD MORTGAGE COMPANY | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221120 | 91,254.00 | WASHINGTON MUTUAL BANK, FA | MORTGAGE INVESTORS GROUP | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221121 | 113,647.00 | WASHINGTON MUTUAL BANK, FA | American Fidelity Mortgage | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221122 | 145,692.00 | WASHINGTON MUTUAL BANK, FA | FIRST AMERICAN BANK | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221123 | 264,043.00 | WASHINGTON MUTUAL BANK, FA | home savings mortgage | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221124 | 138,516.00 | WASHINGTON MUTUAL BANK, FA | PINNACLE FINANCIAL CORPORATION DBA PRO STARR LENDING | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221125 | 207,493.00 | WASHINGTON MUTUAL BANK, FA | homeowners mortgage enterprises, inc | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221126 | 102,477.00 | WASHINGTON MUTUAL BANK, FA | CENTRAL BANK & TRUST | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument | 6221127 | 205,791.00 | WASHINGTON MUTUAL BANK, FA | SYRACUSE SECURITIES | 5/19/03 | 5/19/04 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6221128 | 154,637.00 | WASHINGTON MUTUAL BANK, FA | WALL STREET FINANCIAL CORPORATION | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221129 | 88,241.00 | WASHINGTON MUTUAL BANK, FA | MORTGAGE INVESTORS GROUP | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221130 | 68,452.00 | WASHINGTON MUTUAL BANK, FA | TURNER MORTGAGE COMPANY | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221131 | 189,207.00 | WASHINGTON MUTUAL BANK, FA | PARAMOUNT FUNDING CORP. | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221132 | 209,142.00 | WASHINGTON MUTUAL BANK, FA | VENTURE ONE MORTGAGE CORPORATION | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221133 | 101,002.00 | WASHINGTON MUTUAL BANK, FA | AURORA LOAN SERVICES INC. | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221134 | 67,580.00 | WASHINGTON MUTUAL BANK, FA | HAMILTON MORTGAGE CORPORATION | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221135 | 168,089.00 | WASHINGTON MUTUAL BANK, FA | COMMONWEALTH BANK & TRUST COMPANY | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221136 | 93,819.00 | WASHINGTON MUTUAL BANK, FA | TAYLOR, BEAN & WHITAKER MORTGAGE CORP | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221137 | 83,648.00 | WASHINGTON MUTUAL BANK, FA | TAYLOR, BEAN & WHITAKER MORTGAGE CORP | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221138 | 98,493.00 | WASHINGTON MUTUAL BANK FA | mortgage investors corporation | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221139 | 203,160.00 | WASHINGTON MUTUAL BANK, FA | TRUST ONE MORTGAGE CORPORATION | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221141 | 142,921.00 | WASHINGTON MUTUAL BANK, FA | AMERIGROUP MORTGAGE CORPORATION, A DIVISION OF MORTGAGE | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221142 | 136,159.00 | WASHINGTON MUTUAL BANK, FA | FIRST MAGNUS FINANCIAL CORPORATION | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221143 | 132,024.00 | WASHINGTON MUTUAL BANK, FA | AMERIGROUP MORTGAGE CORPORATION, A DIVISION OF MORTGAGE | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221144 | 236,525.00 | WASHINGTON MUTUAL BANK, FA | kb home mortgage company | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221145 | 133,286.00 | WASHINGTON MUTUAL BANK, FA | FIRST ALLIANCE BANK | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221146 | 127,334.00 | WASHINGTON MUTUAL BANK, FA | FIRST PACIFIC FINANCIAL | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221147 | 284,740.00 | WASHINGTON MUTUAL BANK, FA | ALLIANCE MORTGAGE BANKING CORPORATION | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221148 | 143,652.00 | WASHINGTON MUTUAL BANK, FA | SUMMIT FINANCIAL CENTER, INC | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221149 | 172,650.00 | WASHINGTON MUTUAL BANK, FA | TAYLOR, BEAN & WHITAKER MORTGAGE CORP | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221150 | 147,708.00 | WASHINGTON MUTUAL BANK, FA | FLEET NATIONAL BANK | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221151 | 180,325.00 | WASHINGTON MUTUAL BANK, FA | LOANCITY.COM | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221152 | 128,302.00 | WASHINGTON MUTUAL BANK, FA | PRIORITY ONE MORTGAGE | 5/19/03 | 5/19/04 |
| 1 | Bond | 6221153 | 199,112.00 | WASHINGTON MUTUAL BANK, FA | AMERIGROUP MORTGAGE CORPORATION, A DIVISION OF MORTGAGE | 5/19/03 | 5/19/04 |
| 1 | Lost | 6221155 | 108,186.00 | WASHINGTON MUTUAL BANK, FA | TAYLOR, BEAN & WHITAKER | 5/19/03 | 5/19/04 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | MORTGAGE CORP. | | |
| 1 | Instrument Bond Lost | 6221156 | 116,184.00 | WASHINGTON MUTUAL BANK, FA | FIRST MAGNUS FINANCIAL CORPORATION | 5/19/03 | 5/19/04 |
| 1 | Instrument Bond Lost | 6221157 | 120,640.00 | WASHINGTON MUTUAL BANK, FA | SILVER STATE MORTGAGE | 5/19/03 | 5/19/04 |
| 1 | Instrument Bond Lost | 6221158 | 112,659.00 | WASHINGTON MUTUAL BANK, FA | WHITE OAK MORTGAGE GROUP, LLC | 5/19/03 | 5/19/04 |
| 1 | Instrument Bond Lost | 6221159 | 134,793.00 | WASHINGTON MUTUAL BANK, FA | MORTGAGE INVESTORS GROUP | 5/19/03 | 5/19/04 |
| 1 | Instrument Bond Lost | 6221160 | 104,413.00 | WASHINGTON MUTUAL BANK, FA | TRUST AMERICA MORTGAGE, INC. | 5/19/03 | 5/19/04 |
| 1 | Instrument Bond Lost | 6221161 | 92,259.00 | WASHINGTON MUTUAL BANK, FA | JOHNSON MORTGAGE COMPANY,LLC | 7/19/03 | 4/19/04 |
| 1 | Instrument Bond Lost | 6221162 | 45,570.00 | WASHINGTON MUTUAL BANK, FA | BATH NATIONAL BANK | 5/19/03 | 5/19/04 |
| 1 | Instrument Bond Lost | 6221163 | 124,956.00 | WASHINGTON MUTUAL BANK, FA | JOHNSON MORTGAGE COMPANY, LLC | 5/19/03 | 5/19/04 |
| 1 | Instrument Bond Lost | 6221164 | 107,092.00 | WASHINGTON MUTUAL BANK, FA | HAMILTON MORTGAGE COMPANY DBA PHOENIX HOME LENDING | 5/19/03 | 5/19/04 |
| 1 | Instrument Bond Lost | 6221165 | 113,723.00 | WASHINGTON MUTUALBANK, FA | SUN AMERICA MORTGAGE CORPORATION | 5/19/03 | 5/19/04 |
| 1 | Instrument Bond Lost | 6221166 | 103,922.00 | WASHINGTON MUTUAL BANK, FA | HAMILTON MORTGAGE COMPANY | 5/19/03 | 5/19/04 |
| 1 | Instrument Bond Lost | 6221167 | 86,533.00 | WASHINGTON MUTUAL BANK, FA | SERVICE MORTGAGE UNDERWRITERS, INC. | 5/19/03 | 5/19/04 |
| 1 | Instrument Bond Lost | 6221168 | 164,395.00 | WASHINGTON MUTUAL BANK, FA | ACADEMY MORTGAGE CORPORATION | 5/19/03 | 5/19/04 |
| 1 | Instrument Bond Lost | 6221169 | 66,434.00 | WASHINGTON MUTUAL BANK, FA | SUN AMERICA MORTGAGE CORPORATION | 5/19/03 | 5/19/04 |
| 1 | Instrument Bond Lost | 6221170 | 107,238.00 | WASHINGTON MUTUAL BANK, FA | CAPITAL INTERNATIONAL FINANCIAL, INC. | 5/19/03 | 5/19/04 |
| 1 | Instrument Bond Lost | 6221171 | 148,175.00 | WASHINGTON MUTUAL BANK, FA | PLATINUM CAPITAL GROUP DBA PRIMERA MORTGAGE CO. | 5/19/03 | 5/19/04 |
| 1 | Instrument Bond Lost | 6221172 | 171,924.00 | WASHINGTON MUTUAL BANK, FA | UNITY MORTGAGE CORPORATION | 5/19/03 | 5/19/04 |
| 1 | Instrument Bond Lost | 6221173 | 269,957.00 | WASHINGTON MUTUAL BANK, FA | MORTGAGE ENTERPRISE, LTD | 5/19/03 | 5/19/04 |
| 1 | Instrument Bond Lost | 6221174 | 297,060.00 | WASHINGTON MUTUAL BANK, FA | Coastal Capital Corporation dba The Mortgage Shop | 5/19/03 | 5/19/04 |
| 1 | Instrument Bond Lost | 6221175 | 111,001.00 | WASHINGTON MUTUAL BANK, FA | CITY STATE BANK | 5/19/03 | 5/19/04 |
| 1 | Instrument Bond Lost | 6221176 | 101,890.00 | WASHINGTON MUTUAL BANK, FA | FIRST COMMERCE BANK | 5/19/03 | 5/19/04 |
| 1 | Instrument Bond Lost | 6221177 | 163,188.00 | WASHINGTON MUTUAL BANK, FA | GROUP ONE MORTGAGE INC. | 5/19/03 | 5/19/04 |
| 1 | Instrument Bond Lost | 6221178 | 114,447.00 | WASHINGTON MUTUAL BANK, FA | COMMUNITY FIRST MORTGAGE CORPORATION | 5/19/03 | 5/19/04 |
| 1 | Instrument Bond Lost | 6221179 | 187,004.00 | WASHINGTON MUTUAL BANK, FA | Majestic Home Mortgage Corporation | 5/19/03 | 5/19/04 |
| 1 | Instrument Bond | 6221180 | 109,015.00 | WASHINGTON MUTUAL BANK, FA | FOOTHILL FUNDING GROUP, INC. | 5/19/03 | 5/19/04 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6221181 | 101,451.00 | WASHINGTON MUTUAL BANK, FA | COUNTY MORTGAGE CO., INC. | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221182 | 114,230.00 | WASHINGTON MUTUAL BANK, FA | GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, LP | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221183 | 120,597.00 | WASHINGTON MUTUAL BANK, FA | PINE STATE MORTGAGE CORPORATION | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221184 | 105,666.00 | WASHINGTON MUTUAL BANK, FA | PLATINUM CAPITAL GROUP | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221185 | 108,603.00 | WASHINGTON MUTUAL BANK, FA | GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, LP | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221186 | 120,810.00 | WASHINGTON MUTUAL BANK, FA | PINE STATE MORTGAGE CORPORATION | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221187 | 191,237.00 | WASHINGTON MUTUAL BANK, FA | FIRST MAGNUS FINANCIAL CORPORATION | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221188 | 135,954.00 | WASHINGTON MUTUAL BANK, FA | GEORGETOWN MORTGAGE, INC. | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221189 | 104,276.00 | WASHINGTON MUTUAL BANK, FA | NEW YORK MORTGAGE BANKERS, LTD | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221190 | 129,626.00 | WASHINGTON MUTUAL BANK, FA | GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, LP | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221191 | 101,022.00 | WASHINGTON MUTUAL BANK, FA | FIRST MAGNUS FINANCIAL CORPORATION | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221192 | 68,157.00 | WASHINGTON MUTUAL BANK, FA | GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, LP | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221193 | 133,003.00 | WASHINGTON MUTUAL BANK, FA | PINE STATE MORTGAGE CORPORATION | 5/19/03 | 2/19/04 |
| 1 | Lost Instrument Bond | 6221194 | 74,707.00 | WASHINGTON MUTUAL BANK, FA | AMERICAN FINANCIAL NETWORK, INC. | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221195 | 120,722.00 | WASHINGTON MUTUAL BANK, FA | TRANSLAND FINANCIAL SERVICES, INC. | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221196 | 85,655.00 | WASHINGTON MUTUAL BANK, FA | AMERICAN FINANCIAL NETWORK, INC. | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221197 | 85,149.00 | WASHINGTON MUTUAL BANK, FA | NUMERICA FUNDING, INC. | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221198 | 260,194.00 | WASHINGTON MUTUAL BANK, FA | PACIFIC HORIZON BANCORP, INC | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221200 | 108,084.00 | WASHINGTON MUTUAL BANK, FA | MID-MISSOURI MORTGAGE COMPANY | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221201 | 63,156.00 | WASHINGTON MUTUAL BANK, FA | PREMIER MORTGAGE FUNDING, INC. | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221202 | 131,569.00 | WASHINGTON MUTUAL BANK, FA | CERTIFIED HOME LOANS OF FLORIDA, INC. | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221203 | 99,998.00 | WASHINGTON MUTUAL BANK, FA | AURORA FINANCIAL GROUP | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221204 | 117,632.00 | WASHINGTON MUTUAL BANK, FA | AURORA FINANCIAL GROUP | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221205 | 140,856.00 | WASHINGTON MUTUAL BANK, FA | SUN AMERICA MORTGAGE CORPORATION | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument Bond | 6221206 | 235,524.00 | WASHINGTON MUTUAL BANK, FA | CENTRAL PACIFIC MORTGAGE COMPANY | 5/19/03 | 5/19/04 |
| 1 | Lost Instrument | 6221207 | 141,438.00 | WASHINGTON MUTUAL BANK, FA | CENTRAL PACIFIC MORTGAGE COMPANY | 5/19/03 | 5/19/04 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6221208 | 162,608.00 | WASHINGTON MUTUAL BANK, FA | CENTRAL PACIFIC MORTGAGE COMPANY | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221209 | 130,643.00 | WASHINGTON MUTUAL BANK, FA | AMERIGROUP MORTGAGE CORPORATION, A DIVISION OF MORTGAGE | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221210 | 81,362.00 | WASHINGTON MUTUAL BANK, FA | CENTRAL PACIFIC MORTGAGE COMPANY | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221211 | 96,614.00 | WASHINGTON MUTUAL BANK, FA | mortgage investors corporation | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221212 | 55,969.00 | WASHINGTON MUTUAL BANK, FA | AMERIGROUP MORTGAGE CORPORATION, A DIVISION OF MORTGAGE | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221213 | 222,756.00 | WASHINGTON MUTUAL BANK, FA | mortgage investors corporation | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221214 | 118,855.00 | WASHINGTON MUTUAL BANK, FA | NETWORK, INC. | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6221215 | 118,600.00 | WASHINGTON MUTUAL BANK, FA | MORTGAGE INVESTORS GROUP | 5/19/03 | 5/19/04 |
| 1 | Bond Lost Instrument | 6222310 | 125,606.00 | WASHINGTON MUTUAL BANK, FA | STRATEGIC MORTGAGE COMPANY | 5/27/03 | 5/27/04 |
| 1 | Bond Lost Instrument | 6222311 | 114,869.00 | WASHINGTON MUTUAL BANK, FA | FIRST MAGNUS FINANCIAL CORPORATION | 5/28/03 | 5/28/04 |
| 1 | Bond Lost Instrument | 6222312 | 161,353.00 | WASHINGTON MUTUAL BANK, FA | TAYLOR, BEAN & WHITAKER MORTGAGE CORP | 5/28/03 | 5/28/04 |
| 1 | Bond Lost Instrument | 6222316 | 161,568.00 | WASHINGTON MUTUAL BANK, FA | FIRST NATIONAL BANK TEXAS DBA FIRST COMMUNITY MORTGAGE | 5/28/03 | 5/28/04 |
| 1 | Bond Lost Instrument | 6222317 | 94,921.00 | WASHINGTON MUTUAL BANK, FA | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC (MERS) | 5/28/03 | 5/28/04 |
| 1 | Bond Lost Instrument | 6222326 | 142,201.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/6/03 | 6/6/04 |
| 1 | Bond Lost Instrument | 6222327 | 151,426.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/6/03 | 6/6/04 |
| 1 | Bond Lost Instrument | 6222328 | 87,306.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/6/03 | 6/6/04 |
| 1 | Bond Lost Instrument | 6222329 | 105,960.00 | WASHINGTON MUTUAL BANK, FA | CAPITAL MORTGAGE FUNDING, L.L.C. | 6/3/03 | 6/3/04 |
| 1 | Bond Lost Instrument | 6222333 | 98,353.00 | WASHINGTON MUTUAL BANK, FA | WATERMARK FINANCIAL PARTNERS | 6/4/03 | 6/4/04 |
| 1 | Bond Lost Instrument | 6222334 | 108,635.00 | WASHINGTON MUTUAL BANK, FA | WATERMARK FINANCIAL PARTNERS | 6/4/03 | 6/4/04 |
| 1 | Bond Lost Instrument | 6222335 | 238,118.00 | WASHINGTON MUTUAL BANK, FA | WATERMARK FINANCIAL PARTNERS | 6/4/03 | 6/4/04 |
| 1 | Bond Lost Instrument | 6222340 | 277,679.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/11/03 | 6/11/04 |
| 1 | Bond Lost Instrument | 6222341 | 61,755.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/11/03 | 6/11/04 |
| 1 | Bond Lost Instrument | 6222342 | 59,282.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/6/03 | 6/6/04 |
| 1 | Bond Lost Instrument | 6222343 | 142,038.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/6/03 | 6/6/04 |
| 1 | Bond | 6222344 | 186,220.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/6/03 | 6/6/04 |
| 1 | Lost | 6222345 | 154,640.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/6/03 | 6/6/04 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost Instrument | | | | | | |
| 1 | Bond Lost Instrument | 6222346 | 93,157.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/6/03 | 6/6/04 |
| 1 | Bond Lost Instrument | 6222347 | 82,228.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/6/03 | 6/6/04 |
| 1 | Bond Lost Instrument | 6222348 | 69,661.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/6/03 | 6/6/04 |
| 1 | Bond Lost Instrument | 6222349 | 146,354.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/6/03 | 6/6/04 |
| 1 | Bond Lost Instrument | 6222350 | 71,891.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/6/03 | 6/6/04 |
| 1 | Bond Lost Instrument | 6222351 | 169,147.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/6/03 | 6/6/04 |
| 1 | Bond Lost Instrument | 6222352 | 152,428.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/6/03 | 6/6/04 |
| 1 | Bond Lost Instrument | 6222353 | 137,739.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/6/03 | 6/6/04 |
| 1 | Bond Lost Instrument | 6222354 | 58,647.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/6/03 | 6/6/04 |
| 1 | Bond Lost Instrument | 6222355 | 139,168.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/6/03 | 6/6/04 |
| 1 | Bond Lost Instrument | 6222356 | 55,931.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/6/03 | 6/6/04 |
| 1 | Bond Lost Instrument | 6222357 | 91,575.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/6/03 | 6/6/04 |
| 1 | Bond Lost Instrument | 6222358 | 65,491.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/6/03 | 6/6/04 |
| 1 | Bond Lost Instrument | 6222363 | 71,337.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/11/03 | 6/11/04 |
| 1 | Bond Lost Instrument | 6222364 | 64,065.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/11/03 | 6/11/04 |
| 1 | Bond Lost Instrument | 6222365 | 178,756.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/11/03 | 6/11/04 |
| 1 | Bond Lost Instrument | 6222366 | 205,872.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/11/03 | 6/11/04 |
| 1 | Bond Lost Instrument | 6222367 | 122,452.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/11/03 | 6/11/04 |
| 1 | Bond Lost Instrument | 6222368 | 168,000.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/11/03 | 6/11/04 |
| 1 | Bond Lost Instrument | 6222369 | 111,384.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/11/03 | 6/11/04 |
| 1 | Bond Lost Instrument | 6222370 | 49,914.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/11/03 | 6/11/04 |
| 1 | Bond Lost Instrument | 6222374 | 117,480.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/11/03 | 6/11/04 |
| 1 | Bond Lost Instrument | 6222375 | 36,238.00 | WASHINGTON MUTUAL BANK, F.A. | WASHINGTON MUTUAL BANK, F.A. | 6/12/03 | 6/12/04 |
| 1 | Bond Lost Instrument | 6222376 | 49,398.00 | WASHINGTON MUTUAL BANK, F.A. | WASHINGTON MUTUAL BANK, F.A. | 6/12/03 | 6/12/04 |
| 1 | Bond | 6222377 | 155,546.00 | WASHINGTON MUTUAL BANK F.A. | WASHINGTON MUTUAL BANK, F.A. | 6/12/03 | 6/12/04 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6222378 | 58,399.00 | WASHINGTON MUTUAL BANK, F.A. | WASHINGTON MUTUAL BANK, F.A. | 6/12/03 | 6/12/04 |
| 1 | Lost Instrument Bond | 6222379 | 61,366.00 | WASHINGTON MUTUAL BANK, F.A. | WASHINGTON MUTUAL BANK, F.A. | 6/12/03 | 6/12/04 |
| 1 | Lost Instrument Bond | 6222380 | 35,360.00 | WASHINGTON MUTUAL BANK, F.A. | WASHINGTON MUTUAL BANK, F.A. | 6/12/03 | 6/12/04 |
| 1 | Lost Instrument Bond | 6222381 | 87,564.00 | WASHINGTON MUTUAL BANK, F.A. | WASHINGTON MUTUAL BANK, F.A. | 6/12/03 | 6/12/04 |
| 1 | Lost Instrument Bond | 6222382 | 92,273.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/12/03 | 6/12/04 |
| 1 | Lost Instrument Bond | 6222383 | 63,375.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/12/03 | 6/12/04 |
| 1 | Lost Instrument Bond | 6222384 | 35,096.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/12/03 | 6/12/04 |
| 1 | Lost Instrument Bond | 6222385 | 53,347.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/12/03 | 6/12/04 |
| 1 | Lost Instrument Bond | 6222386 | 74,045.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/12/03 | 6/12/04 |
| 1 | Lost Instrument Bond | 6222387 | 42,201.00 | WASHINGTON MUTUAL BANK, F.A. | WASHINGTON MUTUAL BANK, F.A. | 6/12/03 | 6/12/04 |
| 1 | Lost Instrument Bond | 6222388 | 40,022.00 | WASHINGTON MUTUAL BANK, F.A. | WASHINGTON MUTUAL BANK, F.A. | 6/12/03 | 6/12/04 |
| 1 | Lost Instrument Bond | 6222389 | 136,188.00 | WASHINGTON MUTUAL BANKM F.A. | WASHINGTON MUTUAL BANK,F.A. | 6/12/03 | 6/12/04 |
| 1 | Lost Instrument Bond | 6222390 | 68,998.00 | WASHINGTON MUTUAL BANK, F.A. | WASHINGTON MUTUAL BANK, F.A. | 6/12/03 | 6/12/04 |
| 1 | Lost Instrument Bond | 6222391 | 64,720.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/12/03 | 6/12/04 |
| 1 | Lost Instrument Bond | 6222392 | 50,503.00 | WASHINGTON MUTUAL BANK, F.A. | WASHINGTON MUTUAL BANK, F.A. | 6/12/03 | 6/12/04 |
| 1 | Lost Instrument Bond | 6222393 | 53,148.00 | WASHINGTON MUTUAL BANK, F.A. | WASHINGTON MUTUAL BANK, F.A. | 6/12/03 | 6/12/04 |
| 1 | Lost Instrument Bond | 6222394 | 91,216.00 | WASHINGTON MUTUAL BANK, F.A. | WASHINGTON MUTUAL BANK, F.A. | 6/12/03 | 6/12/04 |
| 1 | Lost Instrument Bond | 6222395 | 53,124.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, F.A. | 6/12/03 | 6/12/04 |
| 1 | Lost Instrument Bond | 6222396 | 81,223.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/12/03 | 6/12/04 |
| 1 | Lost Instrument Bond | 6222397 | 72,436.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, F.A. | 6/12/03 | 6/12/04 |
| 1 | Lost Instrument Bond | 6222398 | 113,765.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, F.A. | 6/12/03 | 6/12/04 |
| 1 | Lost Instrument Bond | 6222399 | 47,269.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, F.A. | 6/12/03 | 6/12/04 |
| 1 | Lost Instrument Bond | 6222400 | 65,237.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, F.A. | 6/12/03 | 6/12/04 |
| 1 | Lost Instrument Bond | 6222401 | 95,967.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, F.A. | 6/12/03 | 6/12/04 |
| 1 | Lost Instrument Bond | 6222402 | 203,393.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/12/03 | 6/12/04 |
| 1 | Instrument | 6222403 | 81,689.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/12/03 | 6/12/04 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6222407 | 118,598.00 | WASHINGTON MUTUAL BANK FA | Washington Mutual Bank, FA | 6/13/03 | 6/13/04 |
| 1 | Bond Lost Instrument | 6222408 | 159,599.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/13/03 | 6/13/04 |
| 1 | Bond Lost Instrument | 6222409 | 117,181.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/13/03 | 6/13/04 |
| 1 | Bond Lost Instrument | 6222410 | 92,295.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/13/03 | 6/13/04 |
| 1 | Bond Lost Instrument | 6222411 | 181,971.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/13/03 | 6/13/04 |
| 1 | Bond Lost Instrument | 6222412 | 49,100.00 | WASHINGTON MUTUAL BANK, F.A. | WASHINGTON MUTUAL BANK, F.A. | 6/13/03 | 6/13/04 |
| 1 | Bond Lost Instrument | 6222413 | 155,218.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/16/03 | 6/16/04 |
| 1 | Bond Lost Instrument | 6222414 | 110,045.00 | WASHINGTON MUTUAL BANK, FA | MIDFIRST MORTGAGE | 7/24/03 | 7/24/10 |
| 1 | Bond Lost Instrument | 6222417 | 144,674.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/17/03 | 6/17/04 |
| 1 | Bond Lost Instrument | 6222418 | 121,800.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/17/03 | 6/17/04 |
| 1 | Bond Lost Instrument | 6222419 | 108,808.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/17/03 | 6/17/04 |
| 1 | Bond Lost Instrument | 6222420 | 135,502.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/17/03 | 6/17/04 |
| 1 | Bond Lost Instrument | 6222421 | 143,863.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/17/03 | 6/17/04 |
| 1 | Bond Lost Instrument | 6222422 | 174,374.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/17/03 | 6/17/04 |
| 1 | Bond Lost Instrument | 6222423 | 118,513.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/17/03 | 6/17/04 |
| 1 | Bond Lost Instrument | 6222424 | 125,659.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/17/03 | 6/17/04 |
| 1 | Bond Lost Instrument | 6222425 | 117,653.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/17/03 | 6/17/04 |
| 1 | Bond Lost Instrument | 6222426 | 154,016.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/17/03 | 6/17/04 |
| 1 | Bond Lost Instrument | 6222427 | 98,250.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/17/03 | 6/17/04 |
| 1 | Bond Lost Instrument | 6222431 | 238,984.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Bond Lost Instrument | 6222432 | 186,956.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Bond Lost Instrument | 6222433 | 169,504.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Bond Lost Instrument | 6222434 | 149,936.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Bond Lost Instrument | 6222435 | 128,739.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Bond Lost Instrument | 6222436 | 111,074.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Lost | 6222437 | 52,993.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6222438 | 40,309.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Instrument Bond Lost | 6222439 | 160,168.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Instrument Bond Lost | 6222440 | 68,199.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Instrument Bond Lost | 6222441 | 102,198.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Instrument Bond Lost | 6222442 | 89,592.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Instrument Bond Lost | 6222443 | 67,835.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Instrument Bond Lost | 6222444 | 151,207.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Instrument Bond Lost | 6222445 | 48,771.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Instrument Bond Lost | 6222446 | 119,176.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Instrument Bond Lost | 6222447 | 76,430.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Instrument Bond Lost | 6222448 | 130,357.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Instrument Bond Lost | 6222449 | 89,250.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Instrument Bond Lost | 6222450 | 239,278.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Instrument Bond Lost | 6222451 | 64,539.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Instrument Bond Lost | 6222452 | 108,739.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Instrument Bond Lost | 6222453 | 59,359.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Instrument Bond Lost | 6222454 | 169,447.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Instrument Bond Lost | 6222455 | 154,378.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Instrument Bond Lost | 6222456 | 154,787.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Instrument Bond Lost | 6222457 | 235,155.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Instrument Bond Lost | 6222458 | 108,977.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Instrument Bond Lost | 6222459 | 130,619.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Instrument Bond Lost | 6222460 | 164,206.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Instrument Bond Lost | 6222461 | 110,397.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Instrument Bond | 6222462 | 154,205.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6222463 | 31,211.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Lost Instrument Bond | 6222464 | 147,401.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Lost Instrument Bond | 6222465 | 7,224.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Lost Instrument Bond | 6222466 | 147,070.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Lost Instrument Bond | 6222467 | 182,884.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Lost Instrument Bond | 6222468 | 156,953.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Lost Instrument Bond | 6222469 | 127,810.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Lost Instrument Bond | 6222470 | 126,713.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Lost Instrument Bond | 6222471 | 253,597.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Lost Instrument Bond | 6222472 | 188,835.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Lost Instrument Bond | 6222473 | 135,628.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/24/03 | 6/24/04 |
| 1 | Lost Instrument Bond | 6222476 | 131,876.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Lost Instrument Bond | 6222477 | 201,275.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Lost Instrument Bond | 6222478 | 170,966.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Lost Instrument Bond | 6222479 | 69,828.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Lost Instrument Bond | 6222480 | 35,046.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Lost Instrument Bond | 6222481 | 97,220.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Lost Instrument Bond | 6222482 | 95,479.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Lost Instrument Bond | 6222483 | 81,385.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Lost Instrument Bond | 6222484 | 91,843.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/20/03 | 6/20/04 |
| 1 | Lost Instrument Bond | 6222489 | 188,889.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/24/03 | 6/24/04 |
| 1 | Lost Instrument Bond | 6222490 | 102,650.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/24/03 | 6/24/04 |
| 1 | Lost Instrument Bond | 6222497 | 259,370.00 | WASHINGTON MUTUAL BANK, FA | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING | 6/26/03 | 6/26/04 |
| 1 | Lost Instrument Bond | 6222498 | 231,852.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/26/03 | 6/26/04 |
| 1 | Lost Instrument Bond | 6222499 | 142,520.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/26/03 | 6/26/04 |
| 1 | Lost Instrument | 6228576 | 145,893.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6228577 | 251,574.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228578 | 137,729.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228579 | 169,537.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/9/03 | 7/9/10 |
| 1 | Bond Lost Instrument | 6228580 | 122,872.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228581 | 201,112.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228582 | 57,938.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228583 | 107,314.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228584 | 69,426.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228585 | 67,731.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228586 | 75,887.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228587 | 101,596.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228588 | 85,952.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228589 | 87,369.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228590 | 42,374.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228591 | 122,789.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228592 | 46,761.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228593 | 72,732.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228594 | 71,062.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228595 | 231,755.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228596 | 81,338.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228597 | 133,377.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228598 | 128,011.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228599 | 155,021.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228600 | 35,192.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond | 6228601 | 141,223.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost | 6228602 | 83,167.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6228603 | 64,498.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Instrument Bond Lost | 6228604 | 46,931.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Instrument Bond Lost | 6228605 | 102,651.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Instrument Bond Lost | 6228606 | 91,589.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Instrument Bond Lost | 6228607 | 59,464.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Instrument Bond Lost | 6228608 | 125,130.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Instrument Bond Lost | 6228609 | 101,197.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Instrument Bond Lost | 6228610 | 135,796.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Instrument Bond Lost | 6228611 | 156,875.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Instrument Bond Lost | 6228612 | 106,429.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Instrument Bond Lost | 6228613 | 123,958.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Instrument Bond Lost | 6228614 | 145,578.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Instrument Bond Lost | 6228615 | 67,090.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Instrument Bond Lost | 6228616 | 93,787.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Instrument Bond Lost | 6228617 | 62,783.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Instrument Bond Lost | 6228618 | 61,921.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Instrument Bond Lost | 6228619 | 164,990.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Instrument Bond Lost | 6228620 | 95,376.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/9/03 | 7/9/10 |
| 1 | Instrument Bond Lost | 6228621 | 35,588.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Instrument Bond Lost | 6228622 | 65,663.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Instrument Bond Lost | 6228623 | 95,938.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Instrument Bond Lost | 6228624 | 92,097.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Instrument Bond Lost | 6228625 | 74,878.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Instrument Bond Lost | 6228626 | 4,027.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Instrument Bond | 6228627 | 88,387.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6228628 | 85,962.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228629 | 118,704.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228630 | 85,539.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228631 | 37,963.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228632 | 135,690.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228633 | 128,739.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228634 | 119,337.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228635 | 89,711.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228636 | 88,238.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228637 | 79,110.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228638 | 104,909.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228639 | 157,508.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228640 | 76,532.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228641 | 107,146.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228642 | 160,782.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228643 | 126,887.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228644 | 70,416.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228645 | 75,267.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228646 | 183,769.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228647 | 79,160.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228648 | 114,784.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228649 | 134,739.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228650 | 126,411.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228651 | 147,352.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228652 | 171,805.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument | 6228653 | 84,093.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6228654 | 41,845.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228655 | 212,385.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228656 | 258,281.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228657 | 120,884.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228658 | 89,272.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228659 | 86,499.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228660 | 64,755.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228661 | 142,232.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228662 | 132,318.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228663 | 89,789.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228664 | 106,974.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228665 | 100,139.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228666 | 85,336.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228667 | 65,510.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228668 | 155,538.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228669 | 118,137.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228670 | 63,876.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228671 | 82,378.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228672 | 95,858.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228673 | 127,929.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228674 | 78,689.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228675 | 108,725.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228676 | 47,189.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228677 | 177,188.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond | 6228678 | 100,538.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost | 6228679 | 84,190.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost Instrument | | | | | | |
| 1 | Bond Lost Instrument | 6228680 | 126,744.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228681 | 78,663.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228682 | 78,665.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228683 | 51,225.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228684 | 146,140.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228685 | 149,997.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228686 | 151,067.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228687 | 203,292.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228688 | 158,319.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228689 | 154,939.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228690 | 113,025.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228691 | 135,219.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228692 | 120,183.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228693 | 235,655.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228694 | 171,735.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228695 | 257,288.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228696 | 97,386.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228697 | 119,495.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228698 | 116,359.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228699 | 142,091.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228700 | 147,537.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228701 | 145,792.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228702 | 118,084.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond Lost Instrument | 6228703 | 127,035.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Bond | 6228704 | 49,246.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6228705 | 169,238.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228706 | 136,865.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6228707 | 157,470.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 6/27/03 | 6/27/04 |
| 1 | Lost Instrument Bond | 6229569 | 1,234.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/9/03 | 7/9/10 |
| 1 | Lost Instrument Bond | 6229570 | 61,298.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/9/03 | 7/9/10 |
| 1 | Lost Instrument Bond | 6229575 | 94,050.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/10/03 | 7/10/10 |
| 1 | Lost Instrument Bond | 6229576 | 90,800.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/10/03 | 7/10/10 |
| 1 | Lost Instrument Bond | 6229577 | 145,652.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/10/03 | 7/10/10 |
| 1 | Lost Instrument Bond | 6229582 | 135,275.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/15/03 | 7/15/10 |
| 1 | Lost Instrument Bond | 6229583 | 173,747.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/15/03 | 7/15/10 |
| 1 | Lost Instrument Bond | 6229584 | 83,483.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/15/03 | 7/15/10 |
| 1 | Lost Instrument Bond | 6229585 | 169,291.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/15/03 | 7/15/10 |
| 1 | Lost Instrument Bond | 6229586 | 132,552.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/15/03 | 7/15/10 |
| 1 | Lost Instrument Bond | 6229587 | 71,977.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/15/03 | 7/15/10 |
| 1 | Lost Instrument Bond | 6229588 | 170,275.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/15/03 | 7/15/10 |
| 1 | Lost Instrument Bond | 6229589 | 109,494.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/15/03 | 7/15/10 |
| 1 | Lost Instrument Bond | 6229590 | 101,486.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/15/03 | 7/15/10 |
| 1 | Lost Instrument Bond | 6229591 | 168,387.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/15/03 | 7/15/10 |
| 1 | Lost Instrument Bond | 6229592 | 149,511.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/15/03 | 7/15/10 |
| 1 | Lost Instrument Bond | 6229593 | 145,407.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/15/03 | 7/15/10 |
| 1 | Lost Instrument Bond | 6229594 | 142,362.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/15/03 | 7/15/10 |
| 1 | Lost Instrument Bond | 6229595 | 71,240.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/15/03 | 7/15/10 |
| 1 | Lost Instrument Bond | 6229596 | 207,488.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/15/03 | 7/15/10 |
| 1 | Lost Instrument Bond | 6229597 | 140,574.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/15/03 | 7/15/10 |
| 1 | Lost Instrument Bond | 6229598 | 109,691.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/15/03 | 7/15/10 |
| 1 | Lost Instrument | 6229603 | 113,777.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/18/03 | 7/18/10 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6229604 | 94,986.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/18/03 | 7/18/10 |
| 1 | Bond Lost Instrument | 6229607 | 49,842.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/22/03 | 7/22/10 |
| 1 | Bond Lost Instrument | 6229608 | 54,264.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/22/03 | 7/22/10 |
| 1 | Bond Lost Instrument | 6229609 | 76,014.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/22/03 | 7/22/10 |
| 1 | Bond Lost Instrument | 6229616 | 174,860.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/24/03 | 7/24/10 |
| 1 | Bond Lost Instrument | 6229617 | 137,583.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/24/03 | 7/24/10 |
| 1 | Bond Lost Instrument | 6229618 | 43,232.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/24/03 | 7/24/10 |
| 1 | Bond Lost Instrument | 6229619 | 128,032.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/24/03 | 7/24/10 |
| 1 | Bond Lost Instrument | 6229620 | 131,978.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/24/03 | 7/24/10 |
| 1 | Bond Lost Instrument | 6229621 | 98,358.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/24/03 | 7/24/10 |
| 1 | Bond Lost Instrument | 6229622 | 105,294.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/24/03 | 7/24/10 |
| 1 | Bond Lost Instrument | 6229623 | 73,949.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/24/03 | 7/24/10 |
| 1 | Bond Lost Instrument | 6229624 | 84,883.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/24/03 | 7/24/10 |
| 1 | Bond Lost Instrument | 6229625 | 85,367.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/24/03 | 7/24/10 |
| 1 | Bond Lost Instrument | 6229626 | 145,568.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/24/03 | 7/24/10 |
| 1 | Bond Lost Instrument | 6229627 | 212,741.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/24/03 | 7/24/10 |
| 1 | Bond Lost Instrument | 6229628 | 111,746.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/24/03 | 7/24/10 |
| 1 | Bond Lost Instrument | 6229629 | 64,999.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/24/03 | 7/24/10 |
| 1 | Bond Lost Instrument | 6229630 | 94,457.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/24/03 | 7/24/10 |
| 1 | Bond Lost Instrument | 6229631 | 111,205.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/24/03 | 7/24/10 |
| 1 | Bond Lost Instrument | 6229632 | 88,609.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/24/03 | 7/24/10 |
| 1 | Bond Lost Instrument | 6229640 | 95,765.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/29/03 | 7/29/10 |
| 1 | Bond Lost Instrument | 6229641 | 125,350.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/29/03 | 7/29/10 |
| 1 | Bond Lost Instrument | 6229642 | 99,317.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/29/03 | 7/29/10 |
| 1 | Bond | 6229643 | 116,687.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/29/03 | 7/29/10 |
| 1 | Lost | 6229644 | 78,650.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/29/03 | 7/29/10 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6229645 | 123,028.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/29/03 | 7/29/10 |
| 1 | Instrument Bond Lost | 6229646 | 136,235.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/31/03 | 7/31/10 |
| 1 | Instrument Bond Lost | 6229647 | 113,639.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/31/03 | 7/31/10 |
| 1 | Instrument Bond Lost | 6229648 | 85,080.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 7/31/03 | 7/31/10 |
| 1 | Instrument Bond Lost | 6229655 | 105,634.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/5/03 | 8/5/10 |
| 1 | Instrument Bond Lost | 6229656 | 633,723.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA THE BANK OF NEW YORK AND THE NEW YORK CITY  HOUSING DEVELOPMENT CORPORATION | 8/5/03 | 8/5/10 |
| 1 | Instrument Bond Lost | 6229664 | 80,435.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/11/03 | 8/11/10 |
| 1 | Instrument Bond Lost | 6229665 | 165,098.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/11/03 | 8/11/10 |
| 1 | Instrument Bond Lost | 6229666 | 103,095.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/11/03 | 8/11/10 |
| 1 | Instrument Bond Lost | 6237202 | 95,720.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/11/03 | 8/11/10 |
| 1 | Instrument Bond Lost | 6237203 | 143,525.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/11/03 | 8/11/10 |
| 1 | Instrument Bond Lost | 6237204 | 101,706.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/11/03 | 8/11/10 |
| 1 | Instrument Bond Lost | 6237205 | 136,400.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/11/03 | 8/11/10 |
| 1 | Instrument Bond Lost | 6237206 | 154,377.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/11/03 | 8/11/10 |
| 1 | Instrument Bond Lost | 6237207 | 99,361.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/11/03 | 8/11/10 |
| 1 | Instrument Bond Lost | 6237208 | 83,686.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/11/03 | 8/11/10 |
| 1 | Instrument Bond Lost | 6237209 | 70,592.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/11/03 | 8/11/10 |
| 1 | Instrument Bond Lost | 6237210 | 137,535.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA THE BANK OF NEW YORK AND THE NEW YORK CITY  HOUSING DEVELOPMENT CORPORATION | 8/11/03 | 8/11/10 |
| 1 | Instrument Bond Lost | 6237215 | 74,597.00 | WASHINGTON MUTUAL BANK, FA | GOVERNMENT NATIONAL MORTGAGE ASSOCIATION | 8/13/03 | 8/13/10 |
| 1 | Instrument Bond Lost | 6237217 | 140,191.00 | WASHINGTON MUTUAL BANK, FA | | 8/14/03 | 8/14/10 |
| 1 | Instrument Bond Lost | 6237220 | 146,160.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/19/03 | 8/19/10 |
| 1 | Instrument Bond Lost | 6237227 | 94,020.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/21/03 | 8/21/10 |
| 1 | Instrument Bond Lost | 6237230 | 71,125.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/26/03 | 8/26/10 |
| 1 | Instrument Bond Lost | 6237231 | 178,917.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/26/03 | 8/26/10 |
| 1 | Instrument Bond | 6237232 | 231,425.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/26/03 | 8/26/10 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6237233 | 127,780.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/26/03 | 8/26/10 |
| 1 | Lost Instrument Bond | 6237234 | 130,551.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/26/03 | 8/26/10 |
| 1 | Lost Instrument Bond | 6237235 | 128,840.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/26/03 | 8/26/10 |
| 1 | Lost Instrument Bond | 6237252 | 15,451.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237253 | 3,901.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237254 | 46,481.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237255 | 25,463.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237256 | 60,774.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237257 | 62,521.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237258 | 69,477.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237259 | 67,363.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237260 | 7,560.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237261 | 118,442.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237262 | 186,137.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237263 | 126,595.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237264 | 70,358.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237265 | 72,268.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237266 | 70,728.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237267 | 37,478.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237268 | 8,159.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237269 | 54,711.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237270 | 63,121.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237271 | 75,827.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237272 | 48,568.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237273 | 4,453.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument | 6237274 | 7,287.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6237275 | 4,305.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237276 | 46,406.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237277 | 1,509.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237278 | 16,302.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237279 | 52,417.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237280 | 20,597.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237281 | 23,842.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237282 | 36,155.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237283 | 4,979.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237284 | 8,248.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237285 | 9,922.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237286 | 8,920.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237287 | 12,427.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237288 | 13,936.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237289 | 13,828.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237290 | 11,418.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/23/03 | 8/23/10 |
| 1 | Bond Lost Instrument | 6237291 | 117,362.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237292 | 44,816.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237293 | 42,094.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237294 | 46,192.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237295 | 144,181.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237296 | 46,735.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237297 | 107,734.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237298 | 82,533.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond | 6237299 | 106,975.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost | 6237300 | 136,574.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6237301 | 93,413.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237302 | 7,651.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237303 | 13,410.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237304 | 53,263.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237305 | 8,457.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237306 | 22,259.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237307 | 9,252.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237308 | 40,051.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237309 | 4,156.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237310 | 32,650.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237311 | 7,099.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237312 | 4,219.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237313 | 13,951.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237314 | 2,842.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237315 | 7,826.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237316 | 7,773.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237317 | 7,372.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237318 | 9,795.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237319 | 62,973.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237320 | 59,451.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237321 | 47,739.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237322 | 681.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237323 | 5,592.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237324 | 34,371.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond | 6237325 | 35,017.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6237326 | 46,408.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237327 | 61,662.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237328 | 48,731.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237329 | 43,111.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237330 | 44,415.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237331 | 37,062.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237332 | 22,486.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237333 | 9,215.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237334 | 3,792.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237335 | 8,986.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237336 | 15,714.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237337 | 4,504.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237338 | 62,578.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237339 | 90,422.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237340 | 28,602.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237341 | 91,712.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237342 | 66,504.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237343 | 36,683.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237344 | 35,162.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237345 | 43,026.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237346 | 64,403.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237347 | 29,592.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237348 | 46,202.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237349 | 72,569.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237350 | 37,386.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument | 6237351 | 99,046.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6237352 | 41,255.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237353 | 32,634.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237354 | 26,771.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237355 | 44,550.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237356 | 42,422.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237357 | 24,420.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237358 | 21,253.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237359 | 28,106.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237360 | 48,548.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237361 | 24,662.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237362 | 90,621.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237363 | 75,459.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237364 | 56,809.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237365 | 63,362.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237366 | 19,304.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237367 | 34,297.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237368 | 61,501.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237369 | 62,678.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237370 | 10,501.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237371 | 6,090.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237372 | 41,362.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237373 | 54,373.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237374 | 3,547.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237375 | 5,924.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Bond Lost Instrument | 6237377 | 45,921.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost | 6237378 | 14,317.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6237379 | 11,701.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237380 | 8,060.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237381 | 46,326.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237382 | 56,314.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237383 | 43,322.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237384 | 29,466.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237385 | 36,445.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237386 | 41,986.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237387 | 10,417.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237388 | 12,981.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237389 | 88,698.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 9/4/03 | 9/4/10 |
| 1 | Instrument Bond Lost | 6237390 | 284,167.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 9/4/03 | 9/4/10 |
| 1 | Instrument Bond Lost | 6237391 | 124,318.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 9/4/03 | 9/4/10 |
| 1 | Instrument Bond Lost | 6237392 | 93,878.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 9/4/03 | 9/4/10 |
| 1 | Instrument Bond Lost | 6237393 | 16,867.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237394 | 5,125.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237395 | 27,572.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237396 | 13,008.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237397 | 8,469.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237398 | 16,556.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237399 | 11,965.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237400 | 13,914.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237401 | 8,035.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond Lost | 6237402 | 25,792.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Instrument Bond | 6237403 | 4,322.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6237404 | 6,706.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237405 | 9,975.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237406 | 22,544.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237407 | 63,933.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237408 | 26,107.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237409 | 11,806.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237410 | 19,196.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237411 | 10,737.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237412 | 15,428.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237413 | 24,672.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237414 | 51,064.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237415 | 31,000.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237416 | 82,739.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 8/28/03 | 8/28/10 |
| 1 | Lost Instrument Bond | 6237425 | 10,116.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 9/16/03 | 9/16/10 |
| 1 | Lost Instrument Bond | 6237426 | 281,689.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 9/16/03 | 9/16/10 |
| 1 | Lost Instrument Bond | 6237427 | 267,622.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 9/16/03 | 9/16/10 |
| 1 | Lost Instrument Bond | 6237428 | 14,118.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 9/16/03 | 9/16/10 |
| 1 | Lost Instrument Bond | 6237429 | 138,109.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 9/18/03 | 9/18/10 |
| 1 | Lost Instrument Bond | 6237431 | 183,479.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 9/19/03 | 9/19/10 |
| 1 | Lost Instrument Bond | 6237432 | 127,156.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 9/19/03 | 9/19/10 |
| 1 | Lost Instrument Bond | 6237433 | 383,909.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 9/19/03 | 9/19/10 |
| 1 | Lost Instrument Bond | 6237434 | 138,518.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 9/19/03 | 9/19/10 |
| 1 | Lost Instrument Bond | 6237435 | 130,171.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 9/19/03 | 9/19/10 |
| 1 | Lost Instrument Bond | 6237436 | 67,708.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 9/19/03 | 9/19/10 |
| 1 | Lost Instrument Bond | 6237437 | 173,860.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 9/19/03 | 9/19/10 |
| 1 | Lost Instrument | 6237438 | 149,199.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 9/19/03 | 9/19/10 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6237439 | 79,014.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 9/19/03 | 9/19/10 |
| 1 | Bond Lost Instrument | 6237440 | 191,713.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 9/18/03 | 9/18/10 |
| 1 | Bond Lost Instrument | 6237441 | 108,605.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 9/18/03 | 9/18/10 |
| 1 | Bond Lost Instrument | 6237448 | 246,462.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 9/29/03 | 9/29/10 |
| 1 | Bond Lost Instrument | 6237451 | 46,955.00 | WASHINGTON MUTUAL BANK, FA | M & T BANK | 10/10/03 | 10/10/10 |
| 1 | Bond Lost Instrument | 6241525 | 86,934.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/7/03 | 10/7/10 |
| 1 | Bond Lost Instrument | 6241526 | 128,031.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/7/03 | 10/7/10 |
| 1 | Bond Lost Instrument | 6241527 | 107,530.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/7/03 | 10/7/10 |
| 1 | Bond Lost Instrument | 6241528 | 72,418.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/7/03 | 10/7/10 |
| 1 | Bond Lost Instrument | 6241529 | 138,404.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/7/03 | 10/7/10 |
| 1 | Bond Lost Instrument | 6241530 | 106,781.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/7/03 | 10/7/10 |
| 1 | Bond Lost Instrument | 6241531 | 101,351.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/7/03 | 10/7/10 |
| 1 | Bond Lost Instrument | 6241532 | 94,950.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/7/03 | 10/7/10 |
| 1 | Bond Lost Instrument | 6241533 | 84,937.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/7/03 | 10/7/10 |
| 1 | Bond Lost Instrument | 6241534 | 142,750.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/7/03 | 10/7/10 |
| 1 | Bond Lost Instrument | 6241535 | 156,406.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/7/03 | 10/7/10 |
| 1 | Bond Lost Instrument | 6241536 | 236,292.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/7/03 | 10/7/10 |
| 1 | Bond Lost Instrument | 6241537 | 285,797.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/7/03 | 10/7/10 |
| 1 | Bond Lost Instrument | 6241538 | 68,067.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/7/03 | 10/7/10 |
| 1 | Bond Lost Instrument | 6241539 | 72,521.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/7/03 | 10/7/10 |
| 1 | Bond Lost Instrument | 6241540 | 92,071.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/7/03 | 10/7/10 |
| 1 | Bond Lost Instrument | 6241541 | 127,607.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/7/03 | 10/7/10 |
| 1 | Bond Lost Instrument | 6241542 | 124,987.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/7/03 | 10/7/10 |
| 1 | Bond Lost Instrument | 6241543 | 151,288.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/7/03 | 10/7/10 |
| 1 | Bond Lost Instrument | 6241544 | 5,499.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/7/03 | 10/7/10 |
| 1 | Lost | 6241545 | 245,534.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 10/7/03 | 10/7/10 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6241546 | 118,071.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Instrument Bond Lost | 6241547 | 119,819.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Instrument Bond Lost | 6241548 | 160,091.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Instrument Bond Lost | 6241549 | 153,357.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Instrument Bond Lost | 6241550 | 126,120.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Instrument Bond Lost | 6241551 | 185,056.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Instrument Bond Lost | 6241552 | 154,081.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Instrument Bond Lost | 6241553 | 171,413.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Instrument Bond Lost | 6241554 | 65,613.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Instrument Bond Lost | 6241555 | 107,912.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Instrument Bond Lost | 6241556 | 64,102.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Instrument Bond Lost | 6241557 | 64,984.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Instrument Bond Lost | 6241558 | 131,537.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Instrument Bond Lost | 6241559 | 102,593.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Instrument Bond Lost | 6241560 | 48,580.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Instrument Bond Lost | 6241561 | 65,287.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Instrument Bond Lost | 6241562 | 98,463.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Instrument Bond Lost | 6241563 | 212,052.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Instrument Bond Lost | 6241564 | 88,145.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Instrument Bond Lost | 6241565 | 64,315.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Instrument Bond Lost | 6241566 | 93,512.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Instrument Bond Lost | 6241567 | 134,039.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Instrument Bond Lost | 6241568 | 76,233.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Instrument Bond Lost | 6241569 | 63,499.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Instrument Bond | 6241570 | 78,502.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6241571 | 152,352.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Lost Instrument Bond | 6241572 | 132,710.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Lost Instrument Bond | 6241573 | 62,352.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Lost Instrument Bond | 6241574 | 52,066.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/10/03 | 10/10/10 |
| 1 | Lost Instrument Bond | 6241589 | 237,088.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 10/14/03 | 10/14/10 |
| 1 | Lost Instrument Bond | 6241590 | 75,329.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/14/03 | 10/14/10 |
| 1 | Lost Instrument Bond | 6241592 | 181,220.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 10/14/03 | 10/14/10 |
| 1 | Lost Instrument Bond | 6241593 | 100,052.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 10/14/03 | 10/14/10 |
| 1 | Lost Instrument Bond | 6241594 | 128,520.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 10/14/03 | 10/14/10 |
| 1 | Lost Instrument Bond | 6241595 | 83,359.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/14/03 | 10/14/10 |
| 1 | Lost Instrument Bond | 6241596 | 124,670.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 10/14/03 | 10/14/10 |
| 1 | Lost Instrument Bond | 6241597 | 203,640.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 10/14/03 | 10/14/10 |
| 1 | Lost Instrument Bond | 6241598 | 87,902.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 10/14/03 | 10/14/10 |
| 1 | Lost Instrument Bond | 6241610 | 178,100.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/22/03 | 10/22/10 |
| 1 | Lost Instrument Bond | 6241625 | 209,870.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Lost Instrument Bond | 6241626 | 106,230.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Lost Instrument Bond | 6241627 | 192,904.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Lost Instrument Bond | 6241628 | 148,899.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Lost Instrument Bond | 6241629 | 122,103.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Lost Instrument Bond | 6241630 | 54,568.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Lost Instrument Bond | 6241631 | 141,453.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Lost Instrument Bond | 6241632 | 156,185.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Lost Instrument Bond | 6241633 | 70,387.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Lost Instrument Bond | 6241634 | 114,622.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Lost Instrument Bond | 6241635 | 130,087.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Lost Instrument | 6241636 | 149,864.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6241637 | 74,276.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Bond Lost Instrument | 6241638 | 87,990.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Bond Lost Instrument | 6241639 | 100,439.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Bond Lost Instrument | 6241640 | 126,239.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Bond Lost Instrument | 6241641 | 101,833.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Bond Lost Instrument | 6241642 | 175,434.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Bond Lost Instrument | 6241643 | 135,272.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Bond Lost Instrument | 6241644 | 65,131.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Bond Lost Instrument | 6241645 | 97,147.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Bond Lost Instrument | 6241646 | 35,928.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Bond Lost Instrument | 6241647 | 142,443.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Bond Lost Instrument | 6241648 | 80,229.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Bond Lost Instrument | 6241649 | 153,842.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Bond Lost Instrument | 6241650 | 161,980.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Bond Lost Instrument | 6241651 | 70,156.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Bond Lost Instrument | 6241652 | 154,735.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Bond Lost Instrument | 6241653 | 198,052.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/27/03 | 10/27/10 |
| 1 | Bond Lost Instrument | 6241654 | 138,000.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 10/27/03 | 10/27/10 |
| 1 | Bond Lost Instrument | 6241655 | 119,040.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 10/28/03 | 10/28/10 |
| 1 | Bond Lost Instrument | 6241656 | 214,187.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 10/31/03 | 10/31/10 |
| 1 | Bond Lost Instrument | 6241657 | 141,254.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/31/03 | 10/31/10 |
| 1 | Bond Lost Instrument | 6241658 | 62,619.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/31/03 | 10/31/10 |
| 1 | Bond Lost Instrument | 6241659 | 107,402.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/31/03 | 10/31/10 |
| 1 | Bond Lost Instrument | 6241660 | 134,391.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/31/03 | 10/31/10 |
| 1 | Bond Lost Instrument | 6241661 | 131,910.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 10/31/03 | 10/31/10 |
| 1 | Lost | 6241662 | 85,947.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/4/03 | 11/4/10 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6241663 | 83,110.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/14/03 | 11/14/10 |
| 1 | Instrument Bond Lost | 6241665 | 70,659.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/19/03 | 11/19/10 |
| 1 | Instrument Bond Lost | 6241666 | 165,359.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/10/03 | 11/10/10 |
| 1 | Instrument Bond Lost | 6241667 | 97,473.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/10/03 | 11/10/10 |
| 1 | Instrument Bond Lost | 6241668 | 170,126.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/10/03 | 11/10/10 |
| 1 | Instrument Bond Lost | 6241669 | 126,350.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/10/03 | 11/10/10 |
| 1 | Instrument Bond Lost | 6241670 | 96,208.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/10/03 | 11/10/10 |
| 1 | Instrument Bond Lost | 6241671 | 87,890.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/10/03 | 11/10/10 |
| 1 | Instrument Bond Lost | 6241672 | 79,116.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/10/03 | 11/10/10 |
| 1 | Instrument Bond Lost | 6241673 | 129,812.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/10/03 | 11/10/10 |
| 1 | Instrument Bond Lost | 6241674 | 140,154.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/10/03 | 11/10/10 |
| 1 | Instrument Bond Lost | 6241675 | 54,283.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/10/03 | 11/10/10 |
| 1 | Instrument Bond Lost | 6241676 | 154,340.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/10/03 | 11/10/10 |
| 1 | Instrument Bond Lost | 6241677 | 138,971.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/10/03 | 11/10/10 |
| 1 | Instrument Bond Lost | 6241679 | 148,724.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/12/03 | 11/12/10 |
| 1 | Instrument Bond Lost | 6241680 | 177,625.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/12/03 | 11/12/10 |
| 1 | Instrument Bond Lost | 6241681 | 60,521.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 11/12/03 | 11/12/10 |
| 1 | Instrument Bond Lost | 6241682 | 87,546.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 11/12/03 | 11/12/10 |
| 1 | Instrument Bond Lost | 6241719 | 142,252.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/8/04 | 1/8/11 |
| 1 | Instrument Bond Lost | 6241720 | 206,992.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/8/04 | 1/8/11 |
| 1 | Instrument Bond Lost | 6241721 | 104,785.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/8/04 | 1/8/11 |
| 1 | Instrument Bond Lost | 6241726 | 88,253.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/19/03 | 11/19/10 |
| 1 | Instrument Bond Lost | 6241727 | 129,109.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/19/03 | 11/19/10 |
| 1 | Instrument Bond Lost | 6241728 | 201,946.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/19/03 | 11/19/10 |
| 1 | Instrument Bond | 6241729 | 166,440.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/19/03 | 11/19/10 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6241730 | 133,990.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/19/03 | 11/19/10 |
| 1 | Lost Instrument Bond | 6241731 | 136,354.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/19/03 | 11/19/10 |
| 1 | Lost Instrument Bond | 6241732 | 173,795.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/19/03 | 11/19/10 |
| 1 | Lost Instrument Bond | 6241733 | 182,535.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/19/03 | 11/19/10 |
| 1 | Lost Instrument Bond | 6241734 | 134,256.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/19/03 | 11/19/10 |
| 1 | Lost Instrument Bond | 6241735 | 46,508.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/19/03 | 11/19/10 |
| 1 | Lost Instrument Bond | 6241736 | 227,577.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/19/03 | 11/19/10 |
| 1 | Lost Instrument Bond | 6241737 | 125,856.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/19/03 | 11/19/10 |
| 1 | Lost Instrument Bond | 6241738 | 104,405.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/19/03 | 11/19/10 |
| 1 | Lost Instrument Bond | 6241739 | 161,581.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/19/03 | 11/19/10 |
| 1 | Lost Instrument Bond | 6241740 | 153,388.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/19/03 | 11/19/10 |
| 1 | Lost Instrument Bond | 6241741 | 125,834.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/19/03 | 11/19/10 |
| 1 | Lost Instrument Bond | 6241742 | 122,308.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/19/03 | 11/19/10 |
| 1 | Lost Instrument Bond | 6241743 | 154,349.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/19/03 | 11/19/10 |
| 1 | Lost Instrument Bond | 6241744 | 102,701.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/19/03 | 11/19/10 |
| 1 | Lost Instrument Bond | 6241745 | 147,329.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/19/03 | 11/19/10 |
| 1 | Lost Instrument Bond | 6241746 | 199,078.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/19/03 | 11/19/10 |
| 1 | Lost Instrument Bond | 6241747 | 263,050.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/19/03 | 11/19/10 |
| 1 | Lost Instrument Bond | 6241748 | 125,115.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/25/03 | 11/25/10 |
| 1 | Lost Instrument Bond | 6241749 | 69,509.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/25/03 | 11/25/10 |
| 1 | Lost Instrument Bond | 6241750 | 163,784.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/25/03 | 11/25/10 |
| 1 | Lost Instrument Bond | 6241751 | 96,287.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/25/03 | 11/25/10 |
| 1 | Lost Instrument Bond | 6241752 | 150,821.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/25/03 | 11/25/10 |
| 1 | Lost Instrument Bond | 6241753 | 132,601.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/25/03 | 11/25/10 |
| 1 | Lost Instrument Bond | 6241754 | 176,154.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/25/03 | 11/25/10 |
| 1 | Lost Instrument | 6241755 | 110,313.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/25/03 | 11/25/10 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument Bond | 6241756 | 202,788.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/25/03 | 11/25/10 |
| 1 | Lost Instrument Bond | 6241757 | 261,765.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/25/03 | 11/25/10 |
| 1 | Lost Instrument Bond | 6241758 | 57,156.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/25/03 | 11/25/10 |
| 1 | Lost Instrument Bond | 6241759 | 111,686.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/25/03 | 11/25/10 |
| 1 | Lost Instrument Bond | 6241760 | 77,154.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/25/03 | 11/25/10 |
| 1 | Lost Instrument Bond | 6241761 | 188,649.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/25/03 | 11/25/10 |
| 1 | Lost Instrument Bond | 6241762 | 92,049.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/25/03 | 11/25/10 |
| 1 | Lost Instrument Bond | 6241763 | 170,004.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/25/03 | 11/25/10 |
| 1 | Lost Instrument Bond | 6241764 | 148,749.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/25/03 | 11/25/10 |
| 1 | Lost Instrument Bond | 6241765 | 169,848.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/25/03 | 11/25/10 |
| 1 | Lost Instrument Bond | 6241766 | 142,571.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/25/03 | 11/25/10 |
| 1 | Lost Instrument Bond | 6241767 | 124,903.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/25/03 | 11/25/10 |
| 1 | Lost Instrument Bond | 6241768 | 50,850.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 11/25/03 | 11/25/10 |
| 1 | Lost Instrument Bond | 6241769 | 144,937.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/1/03 | 12/1/10 |
| 1 | Lost Instrument Bond | 6241770 | 99,339.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/3/03 | 12/3/10 |
| 1 | Lost Instrument Bond | 6241771 | 81,671.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/3/03 | 12/3/10 |
| 1 | Lost Instrument Bond | 6241772 | 80,305.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/3/03 | 12/3/10 |
| 1 | Lost Instrument Bond | 6241773 | 159,620.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/3/03 | 12/3/10 |
| 1 | Lost Instrument Bond | 6241774 | 90,986.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/3/03 | 12/3/10 |
| 1 | Lost Instrument Bond | 6241775 | 85,122.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/3/03 | 12/3/10 |
| 1 | Lost Instrument Bond | 6255111 | 112,461.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/3/03 | 12/3/10 |
| 1 | Lost Instrument Bond | 6255112 | 229,732.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/3/03 | 12/3/10 |
| 1 | Lost Instrument Bond | 6255113 | 142,092.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/3/03 | 12/3/10 |
| 1 | Lost Instrument Bond | 6255114 | 162,593.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/3/03 | 12/3/10 |
| 1 | Lost Instrument Bond | 6255115 | 87,999.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/3/03 | 12/3/10 |
| 1 | Lost | 6255116 | 121,089.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/3/03 | 12/3/10 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6255117 | 57,104.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/9/03 | 12/9/10 |
| 1 | Instrument Bond Lost | 6255118 | 44,742.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/9/03 | 12/9/10 |
| 1 | Instrument Bond Lost | 6255119 | 274,842.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/9/03 | 12/9/10 |
| 1 | Instrument Bond Lost | 6255120 | 122,505.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/9/03 | 12/9/10 |
| 1 | Instrument Bond Lost | 6255121 | 173,210.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |
| 1 | Instrument Bond Lost | 6255122 | 97,473.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |
| 1 | Instrument Bond Lost | 6255123 | 170,126.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |
| 1 | Instrument Bond Lost | 6255124 | 126,350.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |
| 1 | Instrument Bond Lost | 6255125 | 96,208.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |
| 1 | Instrument Bond Lost | 6255126 | 87,890.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |
| 1 | Instrument Bond Lost | 6255127 | 79,116.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |
| 1 | Instrument Bond Lost | 6255128 | 129,812.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |
| 1 | Instrument Bond Lost | 6255129 | 140,154.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |
| 1 | Instrument Bond Lost | 6255130 | 54,283.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |
| 1 | Instrument Bond Lost | 6255131 | 154,340.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |
| 1 | Instrument Bond Lost | 6255132 | 138,971.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |
| 1 | Instrument Bond Lost | 6255133 | 131,062.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |
| 1 | Instrument Bond Lost | 6255134 | 160,554.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |
| 1 | Instrument Bond Lost | 6255135 | 127,799.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |
| 1 | Instrument Bond Lost | 6255136 | 232,265.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |
| 1 | Instrument Bond Lost | 6255137 | 150,308.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |
| 1 | Instrument Bond Lost | 6255138 | 88,343.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |
| 1 | Instrument Bond Lost | 6255139 | 84,041.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |
| 1 | Instrument Bond Lost | 6255140 | 134,667.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |
| 1 | Instrument Bond | 6255141 | 173,749.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6255142 | 120,029.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |
| 1 | Lost Instrument Bond | 6255143 | 136,336.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |
| 1 | Lost Instrument Bond | 6255144 | 78,578.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |
| 1 | Lost Instrument Bond | 6255145 | 70,734.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |
| 1 | Lost Instrument Bond | 6255146 | 53,049.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/10/03 | 12/10/10 |
| 1 | Lost Instrument Bond | 6255147 | 167,350.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/18/03 | 12/18/10 |
| 1 | Lost Instrument Bond | 6255149 | 154,085.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/18/03 | 12/18/10 |
| 1 | Lost Instrument Bond | 6255150 | 120,121.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/18/03 | 12/18/10 |
| 1 | Lost Instrument Bond | 6255151 | 110,296.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/18/03 | 12/18/10 |
| 1 | Lost Instrument Bond | 6255152 | 172,680.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/18/03 | 12/18/10 |
| 1 | Lost Instrument Bond | 6255153 | 55,243.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/18/03 | 12/18/10 |
| 1 | Lost Instrument Bond | 6255154 | 92,499.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/18/03 | 12/18/10 |
| 1 | Lost Instrument Bond | 6255156 | 86,599.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255157 | 182,918.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255158 | 90,594.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255159 | 183,612.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255160 | 100,763.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255161 | 128,665.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255162 | 28,069.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255163 | 59,996.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255164 | 174,380.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255165 | 102,794.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255166 | 155,678.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255167 | 97,678.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255168 | 115,429.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument | 6255169 | 134,089.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument Bond | 6255170 | 132,954.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255171 | 166,548.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255172 | 87,065.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255173 | 111,812.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255174 | 96,224.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255175 | 130,549.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255176 | 83,319.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255177 | 103,471.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255178 | 47,867.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255179 | 71,810.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255180 | 97,599.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255181 | 84,887.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255182 | 136,809.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255183 | 96,371.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255184 | 168,076.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255185 | 186,802.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255186 | 73,643.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255187 | 60,143.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255188 | 50,889.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255189 | 83,568.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255190 | 65,292.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255191 | 55,086.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255192 | 32,061.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255193 | 51,715.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 12/22/03 | 12/22/10 |
| 1 | Lost Instrument Bond | 6255194 | 90,877.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 12/22/03 | 12/22/04 |
| 1 | Lost | 6255196 | 107,961.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/14/04 | 1/14/11 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6255197 | 135,868.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/14/04 | 1/14/11 |
| 1 | Instrument Bond Lost | 6255198 | 104,558.00 | WASHINGTON MUTUAL BANK, FA | Washington Mutual Bank, FA | 1/14/03 | 1/14/04 |
| 1 | Instrument Bond Lost | 6255199 | 114,601.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/14/04 | 1/14/11 |
| 1 | Instrument Bond Lost | 6255200 | 83,194.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/14/04 | 1/14/11 |
| 1 | Instrument Bond Lost | 6255201 | 63,632.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/14/04 | 1/14/11 |
| 1 | Instrument Bond Lost | 6255202 | 203,992.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/14/04 | 1/14/11 |
| 1 | Instrument Bond Lost | 6255203 | 82,619.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/14/04 | 1/14/11 |
| 1 | Instrument Bond Lost | 6255204 | 96,106.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/14/04 | 1/14/11 |
| 1 | Instrument Bond Lost | 6255205 | 145,499.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/14/04 | 1/14/11 |
| 1 | Instrument Bond Lost | 6255206 | 140,353.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/14/04 | 1/14/11 |
| 1 | Instrument Bond Lost | 6255207 | 89,066.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/14/04 | 1/14/11 |
| 1 | Instrument Bond Lost | 6255208 | 169,152.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/14/04 | 1/14/11 |
| 1 | Instrument Bond Lost | 6255209 | 333,943.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/14/04 | 1/14/11 |
| 1 | Instrument Bond Lost | 6255210 | 69,990.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/14/04 | 1/14/11 |
| 1 | Instrument Bond Lost | 6255211 | 130,950.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/14/04 | 1/14/11 |
| 1 | Instrument Bond Lost | 6255212 | 255,740.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/14/04 | 1/14/11 |
| 1 | Instrument Bond Lost | 6255213 | 168,900.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/14/04 | 1/14/11 |
| 1 | Instrument Bond Lost | 6255214 | 127,140.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/15/04 | 1/15/11 |
| 1 | Instrument Bond Lost | 6255215 | 41,643.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Instrument Bond Lost | 6255216 | 43,687.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Instrument Bond Lost | 6255217 | 37,535.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Instrument Bond Lost | 6255218 | 42,587.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Instrument Bond Lost | 6255219 | 48,934.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Instrument Bond Lost | 6255220 | 76,654.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Instrument Bond | 6255221 | 65,028.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6255222 | 31,996.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255223 | 91,749.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255224 | 57,253.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255225 | 28,390.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255226 | 42,637.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255227 | 121,433.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255228 | 84,085.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255229 | 81,629.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255230 | 61,280.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255231 | 42,406.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255232 | 104,556.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255233 | 58,337.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255234 | 39,911.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255235 | 42,264.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255236 | 49,321.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255237 | 86,761.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255238 | 83,383.00 | MASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255239 | 58,547.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255240 | 110,631.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255241 | 104,049.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255242 | 75,159.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255243 | 89,280.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255244 | 67,944.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255245 | 118,960.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255246 | 78,426.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument | 6255247 | 35,649.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument Bond | 6255248 | 61,099.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255249 | 89,137.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255250 | 111,491.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255251 | 84,697.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255252 | 72,738.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255253 | 93,619.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255254 | 82,591.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255255 | 52,066.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255256 | 94,144.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255257 | 159,074.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255258 | 94,360.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255259 | 58,577.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255260 | 18,251.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255261 | 78,176.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255262 | 110,287.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255263 | 49,686.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255264 | 89,610.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255265 | 54,058.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255266 | 33,717.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255267 | 59,759.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255268 | 82,378.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 1/23/04 | 1/23/11 |
| 1 | Lost Instrument Bond | 6255269 | 133,980.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 2/5/04 | 2/5/11 |
| 1 | Lost Instrument Bond | 6255270 | 157,553.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 2/5/04 | 2/5/11 |
| 1 | Lost Instrument Bond | 6255272 | 227,430.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 2/12/04 | 2/12/11 |
| 1 | Lost Instrument Bond | 6255273 | 70,990.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 2/12/04 | 2/12/11 |
| 1 | Lost | 6255274 | 123,746.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 2/18/04 | 2/18/11 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6255275 | 150,544.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 2/18/04 | 2/18/11 |
| 1 | Instrument Bond Lost | 6255276 | 99,931.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 2/23/04 | 2/23/11 |
| 1 | Instrument Bond Lost | 6255277 | 74,970.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 2/23/04 | 2/23/11 |
| 1 | Instrument Bond Lost | 6255278 | 236,425.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 2/23/04 | 2/23/11 |
| 1 | Instrument Bond Lost | 6255279 | 176,386.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 2/23/04 | 2/23/11 |
| 1 | Instrument Bond Lost | 6255280 | 94,792.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 2/23/04 | 2/23/11 |
| 1 | Instrument Bond Lost | 6255281 | 103,783.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 2/23/04 | 2/23/11 |
| 1 | Instrument Bond Lost | 6255282 | 136,721.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 2/25/04 | 2/25/11 |
| 1 | Instrument Bond Lost | 6255283 | 116,345.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 2/25/04 | 2/25/11 |
| 1 | Instrument Bond Lost | 6255284 | 103,500.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 3/15/04 | 3/15/11 |
| 1 | Instrument Bond Lost | 6255285 | 89,749.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 3/15/04 | 3/15/11 |
| 1 | Instrument Bond Lost | 6255286 | 83,000.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 3/15/04 | 3/15/11 |
| 1 | Instrument Bond Lost | 6255287 | 126,469.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 3/19/04 | 3/19/11 |
| 1 | Instrument Bond Lost | 6255289 | 11,313.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 4/1/04 | 4/1/11 |
| 1 | Instrument Bond Lost | 6255290 | 82,650.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 4/1/04 | 4/1/11 |
| 1 | Instrument Bond Lost | 6255291 | 76,205.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 4/1/04 | 4/1/11 |
| 1 | Instrument Bond Lost | 6255292 | 83,704.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 4/1/04 | 4/1/11 |
| 1 | Instrument Bond Lost | 6255293 | 151,953.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 4/1/04 | 4/1/11 |
| 1 | Instrument Bond Lost | 6255294 | 151,674.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 4/1/04 | 4/1/11 |
| 1 | Instrument Bond Lost | 6255295 | 96,407.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 4/1/04 | 4/1/11 |
| 1 | Instrument Bond Lost | 6255296 | 125,739.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 4/1/04 | 4/1/11 |
| 1 | Instrument Bond Lost | 6255297 | 118,665.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 4/1/04 | 4/1/11 |
| 1 | Instrument Bond Lost | 6255298 | 162,811.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 4/1/04 | 4/1/11 |
| 1 | Instrument Bond Lost | 6255299 | 119,340.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 4/1/04 | 4/1/11 |
| 1 | Instrument Bond | 6255300 | 81,033.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 4/1/04 | 4/1/11 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6255301 | 106,212.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 4/1/04 | 4/1/11 |
| 1 | Lost Instrument Bond | 6255302 | 74,169.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 4/1/04 | 4/1/11 |
| 1 | Lost Instrument Bond | 6255303 | 128,796.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 4/1/04 | 4/1/11 |
| 1 | Lost Instrument Bond | 6255304 | 119,074.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK THE BANK OF NEW YORK AND THE NEW YORK CITY  HOUSING | 4/1/04 | 4/1/11 |
| 1 | Lost Instrument Bond | 6255306 | 943,195.00 | WASHINGTON MUTUAL, INC. | DEVELOPMENT CORPORATION THE BANK OF NEW YORK AND THE NEW YORK CITY  HOUSING | 4/15/04 | 4/15/11 |
| 1 | Lost Instrument Bond | 6255307 | 148,466.00 | WASHINGTON MUTUAL BANK, FA | DEVELOPMENT CORPORATION | 4/15/04 | 4/15/11 |
| 1 | Lost Instrument Bond | 6255308 | 82,821.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 4/16/04 | 4/16/11 |
| 1 | Lost Instrument Bond | 6255309 | 48,618.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 4/16/04 | 4/16/11 |
| 1 | Lost Instrument Bond | 6264539 | 87,863.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 4/21/04 | 4/21/11 |
| 1 | Lost Instrument Bond | 6264540 | 96,167.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 4/21/04 | 4/21/11 |
| 1 | Lost Instrument Bond | 6264542 | 137,025.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 4/21/04 | 4/21/11 |
| 1 | Lost Instrument Bond | 6264543 | 206,657.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 4/21/04 | 4/21/11 |
| 1 | Lost Instrument Bond | 6264544 | 133,841.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 4/21/04 | 4/21/11 |
| 1 | Lost Instrument Bond | 6264558 | 120,493.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 5/18/04 | 5/18/11 |
| 1 | Lost Instrument Bond | 6264560 | 133,156.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 5/21/04 | 5/21/11 |
| 1 | Lost Instrument Bond | 6264561 | 113,861.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 5/21/04 | 5/21/11 |
| 1 | Lost Instrument Bond | 6288282 | 96,404.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288283 | 85,604.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288284 | 122,123.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288285 | 21,253.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288286 | 36,272.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288287 | 37,890.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288288 | 85,227.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288289 | 44,965.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288290 | 55,478.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument | 6288291 | 45,664.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6288292 | 113,186.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288293 | 89,699.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288294 | 56,566.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288295 | 70,081.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288296 | 73,274.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288297 | 70,743.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288298 | 81,999.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288299 | 144,657.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288300 | 148,710.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288301 | 43,780.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288302 | 200,721.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288303 | 25,523.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288304 | 84,372.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288305 | 63,239.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288306 | 80,974.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288307 | 89,371.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288308 | 52,660.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288309 | 153,679.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288310 | 104,360.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288311 | 23,345.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288312 | 96,814.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288313 | 96,754.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288314 | 186,130.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288315 | 108,083.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288316 | 118,844.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost | 6288317 | 125,368.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6288318 | 18,286.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288319 | 114,702.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288320 | 120,632.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288321 | 116,743.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288322 | 5,891.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288323 | 64,256.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288324 | 103,269.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288325 | 23,624.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288326 | 42,201.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288327 | 101,675.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288328 | 45,390.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288329 | 60,502.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288330 | 97,257.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288331 | 75,902.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288332 | 113,632.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288333 | 78,111.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288334 | 45,325.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288335 | 84,363.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288336 | 69,709.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288337 | 58,873.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288338 | 40,575.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288339 | 105,351.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288340 | 53,338.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288341 | 115,707.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond | 6288342 | 95,046.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6288343 | 109,622.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288344 | 65,011.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288345 | 89,895.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288346 | 131,206.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288347 | 85,922.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288348 | 167,569.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288349 | 109,245.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288350 | 121,856.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288351 | 113,903.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288352 | 155,467.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288353 | 72,027.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288354 | 64,423.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288355 | 79,011.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288356 | 49,605.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288357 | 160,036.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288358 | 134,701.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288359 | 91,747.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288360 | 112,594.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288361 | 68,671.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288362 | 92,213.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288363 | 88,303.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288364 | 63,778.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288365 | 30,860.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288366 | 84,072.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288367 | 38,891.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument | 6288368 | 153,932.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument Bond | 6288369 | 60,578.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288370 | 127,429.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288371 | 116,594.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288372 | 107,843.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288373 | 87,297.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288374 | 73,529.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288375 | 44,202.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288376 | 126,766.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288377 | 51,446.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288378 | 58,913.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288379 | 130,927.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288380 | 142,040.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288381 | 127,696.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288382 | 51,427.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288383 | 50,345.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288384 | 67,389.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288385 | 103,172.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288386 | 83,773.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288387 | 177,813.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288388 | 114,058.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288389 | 31,760.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288390 | 44,546.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288391 | 5,582.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288392 | 70,328.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond | 6288393 | 92,880.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost | 6288394 | 36,261.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6288395 | 38,303.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288396 | 59,576.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288397 | 87,282.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288398 | 47,604.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288399 | 19,674.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288400 | 45,582.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288401 | 78,765.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288402 | 104,557.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288403 | 82,305.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288404 | 71,055.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288405 | 75,875.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288406 | 47,039.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288407 | 52,917.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288408 | 71,861.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288409 | 94,206.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288410 | 71,707.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288411 | 87,436.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288412 | 87,534.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288413 | 111,903.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288414 | 69,362.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288415 | 50,366.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288416 | 50,956.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288417 | 84,037.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288418 | 69,203.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond | 6288419 | 121,151.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6288420 | 93,206.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288421 | 114,769.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288422 | 82,415.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288423 | 124,076.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288424 | 90,032.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288425 | 51,781.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288426 | 31,073.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288427 | 60,506.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288428 | 28,090.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288429 | 43,256.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288430 | 131,799.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288431 | 104,623.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288432 | 118,579.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288433 | 133,208.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288434 | 41,489.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288435 | 137,708.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288436 | 51,638.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288437 | 63,687.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288438 | 111,825.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288439 | 72,921.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288440 | 52,130.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288441 | 81,715.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288442 | 63,230.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288443 | 87,997.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288444 | 76,580.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument | 6288445 | 71,229.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6288446 | 32,147.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288447 | 48,975.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288448 | 41,466.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288449 | 142,675.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288450 | 110,861.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288451 | 85,090.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288452 | 61,018.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288453 | 101,925.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288454 | 74,804.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288455 | 119,212.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288456 | 149,937.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288457 | 212,905.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288458 | 43,504.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288459 | 152,176.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288460 | 128,908.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288461 | 95,827.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288462 | 192,491.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288463 | 95,135.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288464 | 143,674.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288465 | 69,387.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288466 | 169,253.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288467 | 78,656.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288468 | 92,342.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond Lost Instrument | 6288469 | 94,428.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Bond | 6288470 | 74,987.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost | 6288471 | 127,617.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6288472 | 119,092.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288473 | 101,330.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288474 | 142,160.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288475 | 129,901.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288476 | 142,772.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288477 | 74,518.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288478 | 331,654.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288479 | 166,542.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288480 | 89,920.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288481 | 81,935.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288482 | 116,933.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288483 | 22,720.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288484 | 86,830.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288485 | 117,560.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288486 | 160,546.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288487 | 213,511.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288488 | 272,243.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288489 | 128,356.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288490 | 65,329.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288491 | 100,170.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288492 | 127,686.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288493 | 87,712.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288494 | 54,992.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond Lost | 6288495 | 81,908.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Instrument Bond | 6288496 | 91,978.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6288497 | 113,444.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288498 | 161,366.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288499 | 123,904.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK | 6/10/04 | 6/10/11 |
| 1 | Lost Instrument Bond | 6288500 | 92,270.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 6/22/04 | 6/22/11 |
| 1 | Lost Instrument Bond | 6288501 | 149,854.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 6/22/04 | 6/22/11 |
| 1 | Lost Instrument Bond | 6288502 | 45,050.00 | WASHINGTON MUTUAL BANK, FA | WASHINGTON MUTUAL BANK, FA | 6/22/04 | 6/22/11 |
| 1 | Lost Instrument Bond | 6288504 | 62,002.62 | WASHINGTON MUTUAL | WASHINGTON MUTUAL HOME LOAN CENTER INC. | 7/7/04 | 7/7/11 |
| 1 | Lost Instrument Bond | 6288505 | 131,255.07 | WASHINGTON MUTUAL | WASHINGTON MUTUAL HOME LOAN CENTER INC. | 7/7/04 | 7/7/11 |
| 1 | Lost Instrument Bond | 6288506 | 245,392.23 | WASHINGTON MUTUAL | WASHINGTON MUTUAL HOME LOAN CENTER INC. | 7/7/04 | 7/7/11 |
| 1 | Lost Instrument Bond | 6288507 | 262,662.36 | WASHINGTON MUTUAL | BANK OF AMERICA, N.A. | 7/8/04 | 7/8/11 |
| 1 | Lost Instrument Bond | 6288508 | 8,500.00 | WASHINGTON MUTUAL | FLORIDA DEPARTMENT OF AGRICULTURE & CONSUMER SERVICES | 8/2/04 | 8/27/04 |
| 1 | Lost Instrument Bond | 6288509 | 101,875.01 | WASHINGTON MUTUAL | WASHINGTON MUTUAL HOME LOAN CENTER INC. | 7/20/04 | 7/20/11 |
| 1 | Lost Instrument Bond | 6288510 | 106,931.09 | WASHINGTON MUTUAL | WASHINGTON MUTUAL HOME LOAN CENTER INC. | 7/20/04 | 7/20/11 |
| 1 | Lost Instrument Bond | 6288511 | 183,233.39 | WASHINGTON MUTUAL | WASHINGTON MUTUAL HOME LOAN CENTER INC. | 7/20/04 | 7/20/11 |
| 1 | Lost Instrument Bond | 6288513 | 139,487.24 | WASHINGTON MUTUAL | THE FIRST NATIONAL BANK OF LONG ISLAND | 7/26/04 | 7/26/11 |
| 1 | Lost Instrument Bond | 6288516 | 79,748.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL HOME LOAN CENTER INC. | 8/5/04 | 8/5/11 |
| 1 | Lost Instrument Bond | 6288517 | 83,193.08 | WASHINGTON MUTUAL | WASHINGTON MUTUAL HOME LOAN CENTER INC. | 8/17/04 | 8/17/11 |
| 1 | Lost Instrument Bond | 6288518 | 105,135.72 | WASHINGTON MUTUAL | WASHINGTON MUTUAL HOME LOAN CENTER INC. | 8/17/04 | 8/17/11 |
| 1 | Lost Instrument Bond | 6288519 | 52,440.72 | WASHINGTON MUTUAL | WASHINGTON MUTUAL HOME LOAN CENTER INC. | 8/17/04 | 8/17/11 |
| 1 | Lost Instrument Bond | 6288520 | 96,794.78 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 8/17/04 | 8/17/11 |
| 1 | Lost Instrument Bond | 6288521 | 84,681.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 8/17/04 | 8/17/11 |
| 1 | Lost Instrument Bond | 6288522 | 168,032.96 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 8/17/04 | 8/17/11 |
| 1 | Lost Instrument Bond | 6288524 | 584,298.69 | WASHINGTON MUTUAL BANK, FA | THE BANK OF NEW YORK AND THE NEW YORK CITY  HOUSING DEVELOPMENT CORPORATION | 8/26/04 | 8/26/11 |
| 1 | Lost Instrument Bond | 6288525 | 114,280.52 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/29/04 | 9/29/11 |
| 1 | Lost Instrument Bond | 6288526 | 98,028.01 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/29/04 | 9/29/11 |
| 1 | Lost Instrument | 6288527 | 150,381.73 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/29/04 | 9/29/11 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument Bond | 6288528 | 128,803.93 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 10/8/04 | 10/8/11 |
| 1 | Lost Instrument Bond | 6288529 | 77,784.34 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 10/8/04 | 10/8/11 |
| 1 | Lost Instrument Bond | 6288530 | 144,385.14 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 10/8/04 | 10/8/11 |
| 1 | Lost Instrument Bond | 6288531 | 18,799.02 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 10/8/04 | 10/8/11 |
| 1 | Lost Instrument Bond | 6311342 | 166,921.47 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 10/8/04 | 10/8/11 |
| 1 | Lost Instrument Bond | 6311343 | 108,445.38 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 10/8/04 | 10/8/11 |
| 1 | Lost Instrument Bond | 6311344 | 16,062.95 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 10/8/04 | 10/8/11 |
| 1 | Lost Instrument Bond | 6311345 | 4,844.41 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 10/8/04 | 10/8/11 |
| 1 | Lost Instrument Bond | 6311346 | 43,188.08 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 10/8/04 | 10/8/11 |
| 1 | Lost Instrument Bond | 6311347 | 76,843.56 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 10/8/04 | 10/8/11 |
| 1 | Lost Instrument Bond | 6311348 | 73,124.78 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 10/8/04 | 10/8/11 |
| 1 | Lost Instrument Bond | 6311349 | 44,506.91 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 10/8/04 | 10/8/11 |
| 1 | Lost Instrument Bond | 6311350 | 67,091.54 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 10/8/04 | 10/8/11 |
| 1 | Lost Instrument Bond | 6311351 | 62,016.20 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 10/8/04 | 10/8/11 |
| 1 | Lost Instrument Bond | 6311352 | 37,697.77 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 10/27/04 | 10/27/11 |
| 1 | Lost Instrument Bond | 6311358 | 29,103.58 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 11/16/04 | 11/16/11 |
| 1 | Lost Instrument Bond | 6311359 | 64,685.78 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 11/16/04 | 11/16/11 |
| 1 | Lost Instrument Bond | 6311360 | 93,604.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/18/04 | 11/18/11 |
| 1 | Lost Instrument Bond | 6311362 | 106,906.63 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/18/04 | 11/18/11 |
| 1 | Lost Instrument Bond | 6311363 | 129,875.58 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/18/04 | 11/18/11 |
| 1 | Lost Instrument Bond | 6311364 | 144,635.02 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/18/04 | 11/18/11 |
| 1 | Lost Instrument Bond | 6311365 | 118,303.11 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/18/04 | 11/18/11 |
| 1 | Lost Instrument Bond | 6311368 | 212,070.87 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/18/04 | 11/18/11 |
| 1 | Lost Instrument Bond | 6311369 | 368,331.57 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/18/04 | 11/18/11 |
| 1 | Lost Instrument Bond | 6311370 | 70,232.85 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/18/04 | 11/18/11 |
| 1 | Lost | 6311371 | 227,171.21 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/18/04 | 11/18/11 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond Lost | 6311373 | 86,026.90 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/18/04 | 11/18/11 |
| | Instrument | | | | | | |
| 1 | Bond Lost | 6311374 | 122,562.14 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/18/04 | 11/18/11 |
| | Instrument | | | | | | |
| 1 | Bond Lost | 6311375 | 108,467.71 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/18/04 | 11/18/11 |
| | Instrument | | | | | | |
| 1 | Bond Lost | 6311376 | 53,649.08 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/18/04 | 11/18/11 |
| | Instrument | | | | | | |
| 1 | Bond Lost | 6311379 | 101,810.36 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/18/04 | 11/18/11 |
| | Instrument | | | | | | |
| 1 | Bond Lost | 6311380 | 137,489.73 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/18/04 | 11/18/11 |
| | Instrument | | | | | | |
| 1 | Bond Lost | 6311381 | 188,684.91 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/18/04 | 11/18/11 |
| | Instrument | | | | | | |
| 1 | Bond Lost | 6311382 | 198,334.64 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/18/04 | 11/18/11 |
| | Instrument | | | | | | |
| 1 | Bond Lost | 6311383 | 243,884.51 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/18/04 | 11/18/11 |
| | Instrument | | | | | | |
| 1 | Bond Lost | 6311384 | 63,808.75 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/18/04 | 11/18/11 |
| | Instrument | | | | | | |
| 1 | Bond Lost | 6311385 | 223,236.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/18/04 | 11/18/11 |
| | Instrument | | | | | | |
| 1 | Bond Lost | 6311386 | 138,457.36 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 11/23/04 | 11/23/11 |
| | Instrument | | | | | | |
| 1 | Bond Lost | 6311387 | 187,018.75 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 11/23/04 | 11/23/11 |
| | Instrument | | | | | | |
| 1 | Bond Lost | 6311388 | 141,878.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 11/23/04 | 11/23/11 |
| | Instrument | | | | | | |
| 1 | Bond Lost | 6311389 | 96,618.01 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/29/04 | 11/29/11 |
| | Instrument | | | | | | |
| 1 | Bond Lost | 6311390 | 91,924.27 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/30/04 | 11/30/11 |
| | Instrument | | | | | | |
| 1 | Bond Lost | 6311391 | 63,718.52 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/30/04 | 11/30/11 |
| | Instrument | | | | | | |
| 1 | Bond Lost | 6317387 | 167,493.10 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| | Instrument | | | | | | |
| 1 | Bond Lost | 6317388 | 162,523.75 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| | Instrument | | | | | | |
| 1 | Bond Lost | 6317389 | 83,389.99 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| | Instrument | | | | | | |
| 1 | Bond Lost | 6317390 | 79,418.38 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| | Instrument | | | | | | |
| 1 | Bond Lost | 6317391 | 94,531.33 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| | Instrument | | | | | | |
| 1 | Bond Lost | 6317392 | 58,097.41 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| | Instrument | | | | | | |
| 1 | Bond Lost | 6317393 | 57,203.45 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| | Instrument | | | | | | |
| 1 | Bond | 6317394 | 98,640.87 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6317395 | 64,799.63 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317396 | 79,950.77 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317397 | 42,343.88 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317398 | 44,889.66 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317399 | 73,902.93 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317400 | 142,309.71 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317401 | 185,925.69 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317402 | 81,788.09 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317404 | 193,789.79 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317405 | 103,404.46 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317407 | 83,284.82 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317408 | 88,800.22 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317409 | 80,317.38 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317410 | 100,776.08 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317411 | 109,685.51 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317412 | 187,691.52 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317413 | 64,359.01 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317414 | 232,095.56 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317415 | 109,566.21 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317416 | 122,561.10 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317417 | 101,228.51 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317418 | 112,567.53 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317419 | 126,453.10 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317420 | 130,553.27 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317421 | 138,133.32 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument | 6317422 | 107,314.70 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument Bond | 6317423 | 101,052.53 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317424 | 78,775.60 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317425 | 160,131.64 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317426 | 51,383.73 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317427 | 183,348.54 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317428 | 119,929.04 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317429 | 117,244.74 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317430 | 121,824.83 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317431 | 64,362.23 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317432 | 93,733.43 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317433 | 109,586.17 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317434 | 197,306.95 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317435 | 74,399.29 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317436 | 74,999.23 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317437 | 143,139.74 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317438 | 103,772.91 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317439 | 122,597.26 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317440 | 179,884.69 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317441 | 133,997.70 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317442 | 204,478.04 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317443 | 194,362.41 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317444 | 201,797.83 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317445 | 242,995.32 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317446 | 191,437.57 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317447 | 223,673.14 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost | 6317448 | 147,152.95 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6317449 | 107,716.83 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Instrument Bond Lost | 6317450 | 110,433.84 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Instrument Bond Lost | 6317451 | 98,523.39 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Instrument Bond Lost | 6317452 | 216,617.12 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Instrument Bond Lost | 6317453 | 112,355.69 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Instrument Bond Lost | 6317454 | 183,614.88 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Instrument Bond Lost | 6317455 | 89,627.21 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Instrument Bond Lost | 6317456 | 98,113.73 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Instrument Bond Lost | 6317457 | 180,649.42 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Instrument Bond Lost | 6317458 | 73,400.06 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Instrument Bond Lost | 6317459 | 138,829.41 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Instrument Bond Lost | 6317460 | 152,706.39 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Instrument Bond Lost | 6317461 | 153,700.83 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Instrument Bond Lost | 6317462 | 220,547.28 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Instrument Bond Lost | 6317463 | 123,269.23 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Instrument Bond Lost | 6317465 | 273,001.74 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Instrument Bond Lost | 6317466 | 173,775.24 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Instrument Bond Lost | 6317467 | 202,146.12 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Instrument Bond Lost | 6317468 | 188,074.10 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Instrument Bond Lost | 6317469 | 222,580.19 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Instrument Bond Lost | 6317470 | 121,311.34 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Instrument Bond Lost | 6317471 | 165,140.68 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Instrument Bond Lost | 6317472 | 115,934.10 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Instrument Bond Lost | 6317473 | 179,199.96 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Bond | 6317474 | 61,249.40 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6317475 | 167,731.03 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317476 | 234,776.29 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317477 | 71,149.75 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317478 | 183,652.31 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317479 | 96,115.11 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317480 | 134,988.68 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317481 | 88,425.47 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/10/04 | 11/10/11 |
| 1 | Lost Instrument Bond | 6317482 | 173,973.61 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/3/04 | 12/3/11 |
| 1 | Lost Instrument Bond | 6317484 | 116,557.88 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/3/04 | 12/3/11 |
| 1 | Lost Instrument Bond | 6317486 | 90,661.17 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/9/04 | 12/9/11 |
| 1 | Lost Instrument Bond | 6317487 | 100,878.31 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/9/04 | 12/9/11 |
| 1 | Lost Instrument Bond | 6317488 | 73,028.99 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/9/04 | 12/9/11 |
| 1 | Lost Instrument Bond | 6317489 | 70,040.35 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/14/04 | 12/14/11 |
| 1 | Lost Instrument Bond | 6317490 | 53,125.32 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/14/04 | 12/14/11 |
| 1 | Lost Instrument Bond | 6317491 | 113,135.53 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/14/04 | 12/14/11 |
| 1 | Lost Instrument Bond | 6317492 | 82,165.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/14/04 | 12/14/11 |
| 1 | Lost Instrument Bond | 6317494 | 39,343.96 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/22/04 | 12/22/11 |
| 1 | Lost Instrument Bond | 6317495 | 143,446.17 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/22/04 | 12/22/11 |
| 1 | Lost Instrument Bond | 6317496 | 87,631.52 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/22/04 | 12/22/11 |
| 1 | Lost Instrument Bond | 6317499 | 58,521.06 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 1/11/05 | 1/11/12 |
| 1 | Lost Instrument Bond | 6317500 | 73,524.73 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 1/11/05 | 1/11/12 |
| 1 | Lost Instrument Bond | 6317501 | 140,790.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 1/18/05 | 1/18/11 |
| 1 | Lost Instrument Bond | 6317502 | 136,881.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 1/18/05 | 1/18/11 |
| 1 | Lost Instrument Bond | 6317503 | 204,902.85 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 1/18/05 | 1/18/11 |
| 1 | Lost Instrument Bond | 6317504 | 102,506.10 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 1/18/05 | 1/18/11 |
| 1 | Lost Instrument | 6317505 | 55,039.17 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 1/18/05 | 1/18/11 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6317506 | 150,139.45 | WASHINGTON MUTUAL | THE BANK OF NEW YORK | 1/17/05 | 1/17/11 |
| 1 | Bond Lost Instrument | 6317507 | 50,492.50 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK | 1/25/05 | 1/25/12 |
| 1 | Bond Lost Instrument | 6317508 | 74,729.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 1/28/05 | 1/28/12 |
| 1 | Bond Lost Instrument | 6317509 | 48,611.98 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/2/05 | 2/2/12 |
| 1 | Bond Lost Instrument | 6317511 | 165,483.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/15/05 | 2/15/12 |
| 1 | Bond Lost Instrument | 6317512 | 161,798.28 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/15/05 | 2/15/12 |
| 1 | Bond Lost Instrument | 6317513 | 282,750.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/15/05 | 2/15/12 |
| 1 | Bond Lost Instrument | 6317514 | 42,924.91 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/15/05 | 2/15/12 |
| 1 | Bond Lost Instrument | 6317515 | 144,901.29 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/15/05 | 2/15/12 |
| 1 | Bond Lost Instrument | 6317516 | 128,210.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/15/05 | 2/15/12 |
| 1 | Bond Lost Instrument | 6317517 | 91,875.44 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/15/05 | 2/15/12 |
| 1 | Bond Lost Instrument | 6317518 | 47,024.68 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/15/05 | 2/15/12 |
| 1 | Bond Lost Instrument | 6317520 | 76,367.66 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/15/05 | 2/15/12 |
| 1 | Bond Lost Instrument | 6317521 | 132,354.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/15/05 | 2/15/12 |
| 1 | Bond Lost Instrument | 6317522 | 130,411.29 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/15/05 | 2/15/12 |
| 1 | Bond Lost Instrument | 6317523 | 182,217.67 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/15/05 | 2/15/12 |
| 1 | Bond Lost Instrument | 6317524 | 82,362.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/15/05 | 2/15/12 |
| 1 | Bond Lost Instrument | 6317525 | 62,091.63 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/15/05 | 2/15/12 |
| 1 | Bond Lost Instrument | 6317526 | 178,891.99 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/18/05 | 2/18/12 |
| 1 | Bond Lost Instrument | 6317527 | 51,618.15 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/18/05 | 2/18/12 |
| 1 | Bond Lost Instrument | 6317528 | 40,329.81 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/18/05 | 2/18/12 |
| 1 | Bond Lost Instrument | 6317529 | 75,922.13 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/18/05 | 2/18/12 |
| 1 | Bond Lost Instrument | 6317531 | 28,899.23 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/24/05 | 2/24/12 |
| 1 | Bond Lost Instrument | 6317532 | 223,220.11 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/28/05 | 2/28/12 |
| 1 | Bond | 6317533 | 75,637.42 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/28/05 | 2/28/12 |
| 1 | Lost | 6317534 | 171,788.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/28/05 | 2/28/12 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
|  | Instrument Bond Lost |  |  |  |  |  |  |
| 1 | Instrument Bond Lost | 6317536 | 83,562.52 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/28/05 | 2/28/12 |
| 1 | Instrument Bond Lost | 6317538 | 86,013.31 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/8/05 | 3/8/12 |
| 1 | Instrument Bond Lost | 6317539 | 161,134.63 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/8/05 | 3/8/12 |
| 1 | Instrument Bond Lost | 6317540 | 84,333.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/8/05 | 3/8/12 |
| 1 | Instrument Bond Lost | 6317541 | 127,798.87 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/8/05 | 3/8/12 |
| 1 | Instrument Bond Lost | 6317542 | 92,042.51 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/8/05 | 3/8/12 |
| 1 | Instrument Bond Lost | 6317543 | 189,867.40 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/8/05 | 3/8/12 |
| 1 | Instrument Bond Lost | 6317544 | 122,796.41 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/8/05 | 3/8/12 |
| 1 | Instrument Bond Lost | 6317545 | 73,945.04 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/8/05 | 3/8/12 |
| 1 | Instrument Bond Lost | 6317546 | 108,544.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/8/05 | 3/8/12 |
| 1 | Instrument Bond Lost | 6317547 | 36,098.03 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/8/05 | 3/8/12 |
| 1 | Instrument Bond Lost | 6317549 | 72,409.06 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/14/05 | 3/14/12 |
| 1 | Instrument Bond Lost | 6317550 | 80,932.96 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/14/05 | 3/14/12 |
| 1 | Instrument Bond Lost | 6317551 | 81,063.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/14/05 | 3/14/12 |
| 1 | Instrument Bond Lost | 6317552 | 102,702.24 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/14/05 | 3/14/12 |
| 1 | Instrument Bond Lost | 6317553 | 108,320.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/14/05 | 3/14/12 |
| 1 | Instrument Bond Lost | 6317554 | 440,317.92 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY  HOUSING DEVELOPMENT CORPORATION | 3/18/05 | 3/18/12 |
| 1 | Instrument Bond Lost | 6317555 | 74,022.29 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY  HOUSING DEVELOPMENT CORPORATION | 3/18/05 | 3/18/12 |
| 1 | Instrument Bond Lost | 6317556 | 145,579.50 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY  HOUSING DEVELOPMENT CORPORATION | 3/18/05 | 3/18/12 |
| 1 | Instrument Bond Lost | 6317557 | 98,964.77 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY  HOUSING DEVELOPMENT CORPORATION | 3/18/05 | 3/18/12 |
| 1 | Instrument Bond Lost | 6317558 | 47,081.48 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY  HOUSING DEVELOPMENT CORPORATION | 3/18/05 | 3/18/12 |
| 1 | Instrument Bond Lost | 6317559 | 505,292.97 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY  HOUSING DEVELOPMENT CORPORATION | 3/18/05 | 3/18/12 |
| 1 | Instrument Bond Lost | 6317560 | 76,291.61 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY  HOUSING DEVELOPMENT CORPORATION | 3/18/05 | 3/18/12 |
| 1 | Instrument Bond Lost | 6317561 | 67,725.50 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY  HOUSING DEVELOPMENT CORPORATION | 3/18/05 | 3/18/12 |
| 1 | Instrument Bond | 6317562 | 101,054.61 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY  HOUSING DEVELOPMENT CORPORATION | 3/18/05 | 3/18/12 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6317563 | 532,755.10 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 3/18/05 | 3/18/12 |
| 1 | Lost Instrument Bond | 6317564 | 55,135.73 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 3/18/05 | 3/18/12 |
| 1 | Lost Instrument Bond | 6317565 | 70,312.52 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 3/18/05 | 3/18/12 |
| 1 | Lost Instrument Bond | 6317566 | 93,941.28 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 3/18/05 | 3/18/12 |
| 1 | Lost Instrument Bond | 6317567 | 218,138.81 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 3/18/05 | 3/18/12 |
| 1 | Lost Instrument Bond | 6317569 | 103,812.61 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/22/05 | 3/22/12 |
| 1 | Lost Instrument Bond | 6317570 | 50,517.80 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/22/05 | 3/22/12 |
| 1 | Lost Instrument Bond | 6317571 | 61,822.32 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/22/05 | 3/22/12 |
| 1 | Lost Instrument Bond | 6317572 | 183,086.37 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/29/05 | 3/29/12 |
| 1 | Lost Instrument Bond | 6317573 | 190,620.77 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/29/05 | 3/29/12 |
| 1 | Lost Instrument Bond | 6317574 | 47,675.64 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/29/05 | 3/29/12 |
| 1 | Lost Instrument Bond | 6317576 | 144,118.00 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 3/31/05 | 3/31/06 |
| 1 | Lost Instrument Bond | 6317577 | 131,295.95 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/31/05 | 3/31/12 |
| 1 | Lost Instrument Bond | 6317578 | 131,615.54 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/31/05 | 3/31/12 |
| 1 | Lost Instrument Bond | 6317579 | 64,969.04 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/31/05 | 3/31/12 |
| 1 | Lost Instrument Bond | 6317580 | 55,574.60 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/31/05 | 3/31/12 |
| 1 | Lost Instrument Bond | 6317581 | 170,000.00 | WASHINGTON MUTUAL BANK | State of New York | 4/6/05 | 4/6/06 |
| 1 | Lost Instrument Bond | 6317582 | 170,000.00 | WASHINGTON MUTUAL BANK | State of Florida | 4/6/05 | 4/6/06 |
| 1 | Lost Instrument Bond | 6317584 | 56,610.33 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 4/7/05 | 4/7/12 |
| 1 | Lost Instrument Bond | 6317585 | 66,226.60 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 4/7/05 | 4/7/12 |
| 1 | Lost Instrument Bond | 6317586 | 58,975.38 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 4/7/05 | 4/7/12 |
| 1 | Lost Instrument Bond | 6342215 | 83,276.35 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 4/7/05 | 4/7/12 |
| 1 | Lost Instrument Bond | 6342216 | 53,348.95 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 4/7/05 | 4/7/12 |
| 1 | Lost Instrument Bond | 6342218 | 43,118.26 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 4/7/05 | 4/7/12 |
| 1 | Lost Instrument Bond | 6342219 | 113,798.83 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 4/7/05 | 4/7/12 |
| 1 | Instrument | 6342220 | 132,465.00 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 4/11/05 | 4/11/06 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6342221 | 56,298.97 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 4/8/05 | 4/8/12 |
| 1 | Bond Lost Instrument | 6342222 | 90,681.64 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 4/8/05 | 4/8/12 |
| 1 | Bond Lost Instrument | 6342224 | 79,481.12 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 4/20/05 | 4/20/12 |
| 1 | Bond Lost Instrument | 6342225 | 54,281.54 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 4/20/05 | 4/20/12 |
| 1 | Bond Lost Instrument | 6342226 | 118,475.05 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 4/29/05 | 4/29/12 |
| 1 | Bond Lost Instrument | 6342229 | 130,945.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/10/05 | 5/10/12 |
| 1 | Bond Lost Instrument | 6342230 | 126,137.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/10/05 | 5/10/12 |
| 1 | Bond Lost Instrument | 6342231 | 190,958.34 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY  HOUSING DEVELOPMENT CORPORATION | 5/11/05 | 5/11/12 |
| 1 | Bond Lost Instrument | 6342232 | 24,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK | 5/11/05 | 5/11/12 |
| 1 | Bond Lost Instrument | 6342233 | 1,011,724.06 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY  HOUSING DEVELOPMENT CORPORATION | 5/12/05 | 5/12/12 |
| 1 | Bond Lost Instrument | 6342234 | 103,708.60 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/18/05 | 5/18/12 |
| 1 | Bond Lost Instrument | 6342235 | 120,037.58 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/25/05 | 5/25/12 |
| 1 | Bond Lost Instrument | 6342236 | 51,594.88 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/25/05 | 5/25/12 |
| 1 | Bond Lost Instrument | 6342237 | 135,848.76 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/25/05 | 5/25/12 |
| 1 | Bond Lost Instrument | 6342238 | 162,820.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/25/05 | 5/25/12 |
| 1 | Bond Lost Instrument | 6342239 | 120,492.66 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/26/05 | 5/26/12 |
| 1 | Bond Lost Instrument | 6342240 | 166,923.36 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/26/05 | 5/26/12 |
| 1 | Bond Lost Instrument | 6342241 | 69,655.73 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/26/05 | 5/26/12 |
| 1 | Bond Lost Instrument | 6342242 | 72,039.98 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/15/05 | 6/15/12 |
| 1 | Bond Lost Instrument | 6342243 | 116,869.09 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/15/05 | 6/15/12 |
| 1 | Bond Lost Instrument | 6342244 | 90,992.30 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/15/05 | 6/15/12 |
| 1 | Bond Lost Instrument | 6342245 | 84,395.93 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/15/05 | 6/15/12 |
| 1 | Bond Lost Instrument | 6342246 | 146,250.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/15/05 | 6/15/12 |
| 1 | Bond Lost Instrument | 6342247 | 158,896.20 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/15/05 | 6/15/12 |
| 1 | Bond Lost Instrument | 6342248 | 140,825.99 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/15/05 | 6/15/12 |
| 1 | Lost | 6342249 | 183,691.71 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/17/05 | 6/17/12 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6342250 | 162,047.71 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/17/05 | 6/17/12 |
| 1 | Instrument Bond Lost | 6342251 | 128,311.15 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/15/05 | 6/15/12 |
| 1 | Instrument Bond Lost | 6342252 | 99,009.86 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/15/05 | 6/15/12 |
| 1 | Instrument Bond Lost | 6342253 | 30,598.57 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/20/05 | 6/20/12 |
| 1 | Instrument Bond Lost | 6342254 | 39,007.91 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/20/05 | 6/20/12 |
| 1 | Instrument Bond Lost | 6342256 | 65,716.45 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/22/05 | 6/22/12 |
| 1 | Instrument Bond Lost | 6342257 | 98,302.48 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/22/05 | 6/22/12 |
| 1 | Instrument Bond Lost | 6342258 | 80,901.43 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/22/05 | 6/22/12 |
| 1 | Instrument Bond Lost | 6342260 | 101,756.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/23/05 | 6/23/12 |
| 1 | Instrument Bond Lost | 6342261 | 82,407.79 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/28/05 | 6/28/12 |
| 1 | Instrument Bond Lost | 6342262 | 84,235.38 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/28/05 | 6/28/12 |
| 1 | Instrument Bond Lost | 6342263 | 142,338.09 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/28/05 | 6/28/12 |
| 1 | Instrument Bond Lost | 6342264 | 114,629.90 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/28/05 | 6/28/12 |
| 1 | Instrument Bond Lost | 6342265 | 165,784.86 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/28/05 | 6/28/12 |
| 1 | Instrument Bond Lost | 6342266 | 110,359.23 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/28/05 | 6/28/12 |
| 1 | Instrument Bond Lost | 6342267 | 65,419.30 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/28/05 | 6/28/12 |
| 1 | Instrument Bond Lost | 6342268 | 73,820.15 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/28/05 | 6/28/12 |
| 1 | Instrument Bond Lost | 6342269 | 137,414.69 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/28/05 | 6/28/12 |
| 1 | Instrument Bond Lost | 6342270 | 152,484.60 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/28/05 | 6/28/12 |
| 1 | Instrument Bond Lost | 6342271 | 114,545.32 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/28/05 | 6/28/12 |
| 1 | Instrument Bond Lost | 6342272 | 121,137.64 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/28/05 | 6/28/12 |
| 1 | Instrument Bond Lost | 6342274 | 66,235.25 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/30/05 | 6/30/12 |
| 1 | Instrument Bond Lost | 6342275 | 66,535.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/30/05 | 6/30/12 |
| 1 | Instrument Bond Lost | 6342276 | 124,302.44 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/12/05 | 7/12/12 |
| 1 | Instrument Bond | 6342279 | 82,489.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/12/05 | 7/12/12 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6342280 | 103,703.08 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/12/05 | 7/12/12 |
| 1 | Lost Instrument Bond | 6342281 | 65,354.28 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/12/05 | 7/12/12 |
| 1 | Lost Instrument Bond | 6342282 | 87,590.38 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/12/05 | 7/12/12 |
| 1 | Lost Instrument Bond | 6342283 | 58,311.74 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/12/05 | 7/12/12 |
| 1 | Lost Instrument Bond | 6342284 | 132,133.28 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/12/05 | 7/12/12 |
| 1 | Lost Instrument Bond | 6342285 | 47,332.64 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/12/05 | 7/12/12 |
| 1 | Lost Instrument Bond | 6342286 | 63,668.80 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/12/05 | 7/12/12 |
| 1 | Lost Instrument Bond | 6342287 | 101,958.47 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/12/05 | 7/12/12 |
| 1 | Lost Instrument Bond | 6361641 | 166,309.52 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/12/05 | 7/12/12 |
| 1 | Lost Instrument Bond | 6361643 | 65,093.11 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/19/05 | 7/19/12 |
| 1 | Lost Instrument Bond | 6361644 | 67,277.95 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/19/05 | 7/19/12 |
| 1 | Lost Instrument Bond | 6361645 | 49,969.83 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/26/05 | 7/26/12 |
| 1 | Lost Instrument Bond | 6361646 | 144,930.75 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/26/05 | 7/26/12 |
| 1 | Lost Instrument Bond | 6361647 | 100,267.80 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/26/05 | 7/26/12 |
| 1 | Lost Instrument Bond | 6361648 | 141,944.46 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/26/05 | 7/26/12 |
| 1 | Lost Instrument Bond | 6361649 | 196,910.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/26/05 | 7/26/12 |
| 1 | Lost Instrument Bond | 6361650 | 96,178.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/26/05 | 7/26/12 |
| 1 | Lost Instrument Bond | 6361651 | 126,207.59 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/26/05 | 7/26/12 |
| 1 | Lost Instrument Bond | 6361654 | 192,560.18 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/5/05 | 8/5/12 |
| 1 | Lost Instrument Bond | 6361655 | 107,776.10 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/5/05 | 8/5/12 |
| 1 | Lost Instrument Bond | 6361656 | 170,621.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/5/05 | 8/5/12 |
| 1 | Lost Instrument Bond | 6361657 | 103,992.77 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/5/05 | 8/5/12 |
| 1 | Lost Instrument Bond | 6361660 | 90,360.93 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/16/05 | 8/16/12 |
| 1 | Lost Instrument Bond | 6361662 | 73,397.79 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/18/05 | 8/18/12 |
| 1 | Lost Instrument Bond | 6361663 | 147,143.61 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/16/05 | 8/16/12 |
| 1 | Lost Instrument | 6361664 | 104,854.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/16/05 | 8/16/12 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6361666 | 120,180.01 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/18/05 | 8/18/12 |
| 1 | Bond Lost Instrument | 6361667 | 132,517.38 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/18/05 | 8/18/12 |
| 1 | Bond Lost Instrument | 6361669 | 88,606.66 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 8/25/05 | 8/25/12 |
| 1 | Bond Lost Instrument | 6361670 | 171,769.38 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 8/25/05 | 8/25/12 |
| 1 | Bond Lost Instrument | 6361671 | 73,990.98 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 8/25/05 | 8/25/12 |
| 1 | Bond Lost Instrument | 6361672 | 520,498.06 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 8/25/05 | 8/25/12 |
| 1 | Bond Lost Instrument | 6361673 | 224,129.77 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 8/25/05 | 8/25/12 |
| 1 | Bond Lost Instrument | 6361674 | 249,886.68 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 8/25/05 | 8/25/12 |
| 1 | Bond Lost Instrument | 6361675 | 580,420.18 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 8/25/05 | 8/25/12 |
| 1 | Bond Lost Instrument | 6361676 | 97,262.98 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/31/05 | 8/31/12 |
| 1 | Bond Lost Instrument | 6361677 | 105,934.34 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/31/05 | 8/31/12 |
| 1 | Bond Lost Instrument | 6361678 | 161,250.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/31/05 | 8/31/12 |
| 1 | Bond Lost Instrument | 6361679 | 145,105.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/31/05 | 8/31/12 |
| 1 | Bond Lost Instrument | 6361682 | 78,502.06 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/16/05 | 9/16/12 |
| 1 | Bond Lost Instrument | 6361683 | 139,589.83 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/16/05 | 9/16/12 |
| 1 | Bond Lost Instrument | 6361684 | 41,059.69 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/16/05 | 9/16/12 |
| 1 | Bond Lost Instrument | 6361685 | 118,322.13 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/16/05 | 9/16/12 |
| 1 | Bond Lost Instrument | 6361686 | 150,138.70 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/16/05 | 9/16/12 |
| 1 | Bond Lost Instrument | 6361687 | 100,249.92 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/16/05 | 9/16/12 |
| 1 | Bond Lost Instrument | 6361688 | 76,395.12 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/16/05 | 9/16/12 |
| 1 | Bond Lost Instrument | 6361689 | 175,312.50 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/16/05 | 9/16/12 |
| 1 | Bond Lost Instrument | 6361690 | 97,216.72 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/16/05 | 9/16/12 |
| 1 | Bond Lost Instrument | 6361691 | 84,763.96 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/16/05 | 9/16/12 |
| 1 | Bond Lost Instrument | 6361692 | 125,995.03 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/16/05 | 9/16/12 |
| 1 | Bond | 6361693 | 62,993.29 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/16/05 | 9/16/12 |
| 1 | Lost | 6361694 | 119,483.84 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/16/05 | 9/16/12 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6361695 | 87,728.67 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/16/05 | 9/16/12 |
| 1 | Instrument Bond Lost | 6361696 | 224,176.98 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/26/05 | 9/26/12 |
| 1 | Instrument Bond Lost | 6361697 | 134,752.66 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/26/05 | 9/26/12 |
| 1 | Instrument Bond Lost | 6361698 | 168,932.43 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/26/05 | 9/26/12 |
| 1 | Instrument Bond Lost | 6361699 | 194,542.81 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/26/05 | 9/26/12 |
| 1 | Instrument Bond Lost | 6361700 | 91,183.56 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/26/05 | 9/26/12 |
| 1 | Instrument Bond Lost | 6361701 | 118,654.46 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/26/05 | 9/26/12 |
| 1 | Instrument Bond Lost | 6361702 | 133,326.02 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/26/05 | 9/26/12 |
| 1 | Instrument Bond Lost | 6361703 | 109,968.31 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/26/05 | 9/26/12 |
| 1 | Instrument Bond Lost | 6361704 | 111,559.19 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/26/05 | 9/26/12 |
| 1 | Instrument Bond Lost | 6361707 | 64,533.33 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 10/12/05 | 10/12/12 |
| 1 | Instrument Bond Lost | 6361708 | 117,951.47 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 10/12/05 | 10/12/12 |
| 1 | Instrument Bond Lost | 6361709 | 146,263.22 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 10/12/05 | 10/12/12 |
| 1 | Instrument Bond Lost | 6361710 | 131,880.17 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 10/12/05 | 10/12/12 |
| 1 | Instrument Bond Lost | 6361711 | 81,151.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 10/12/05 | 10/12/12 |
| 1 | Instrument Bond Lost | 6361712 | 63,747.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 10/12/05 | 10/12/12 |
| 1 | Instrument Bond Lost | 6361713 | 102,943.42 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 10/12/05 | 10/12/12 |
| 1 | Instrument Bond Lost | 6361714 | 73,154.96 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 10/12/05 | 10/12/12 |
| 1 | Instrument Bond Lost | 6361715 | 78,013.82 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 10/12/05 | 10/12/12 |
| 1 | Instrument Bond Lost | 6361716 | 43,129.58 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 10/12/05 | 10/12/12 |
| 1 | Instrument Bond Lost | 6361717 | 101,753.61 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 10/12/05 | 10/12/12 |
| 1 | Instrument Bond Lost | 6361718 | 63,625.17 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 10/12/05 | 10/12/12 |
| 1 | Instrument Bond Lost | 6361719 | 396,000.00 | WASHINGTON MUTUAL BANK | HSBC BANK USA | 10/10/05 | 10/10/11 |
| 1 | Instrument Bond Lost | 6361722 | 149,493.86 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 10/21/05 | 10/21/12 |
| 1 | Instrument Bond Lost | 6361724 | 159,817.03 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/4/05 | 11/4/12 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6361734 | 10,689.89 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/7/05 | 11/7/12 |
| 1 | Lost Instrument Bond | 6361735 | 56,565.75 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/7/05 | 11/7/12 |
| 1 | Lost Instrument Bond | 6361736 | 61,025.21 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/16/05 | 11/16/12 |
| 1 | Lost Instrument Bond | 6361737 | 66,673.19 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/16/05 | 11/16/12 |
| 1 | Lost Instrument Bond | 6361739 | 538,447.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/1/05 | 12/1/12 |
| 1 | Lost Instrument Bond | 6361740 | 218,220.80 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/1/05 | 12/1/12 |
| 1 | Lost Instrument Bond | 6361742 | 118,554.04 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/1/05 | 12/1/12 |
| 1 | Lost Instrument Bond | 6361743 | 84,119.24 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/1/05 | 12/1/12 |
| 1 | Lost Instrument Bond | 6361744 | 127,691.21 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/13/05 | 12/13/12 |
| 1 | Lost Instrument Bond | 6361745 | 77,952.93 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/13/05 | 12/13/12 |
| 1 | Lost Instrument Bond | 6361746 | 59,641.03 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/13/05 | 12/13/12 |
| 1 | Lost Instrument Bond | 6361747 | 75,165.78 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/13/05 | 12/13/12 |
| 1 | Lost Instrument Bond | 6361748 | 134,800.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/13/05 | 12/13/12 |
| 1 | Lost Instrument Bond | 6361749 | 117,380.39 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/13/05 | 12/13/12 |
| 1 | Lost Instrument Bond | 6361750 | 77,986.78 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/13/05 | 12/13/12 |
| 1 | Lost Instrument Bond | 6361751 | 50,686.73 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/13/05 | 12/13/12 |
| 1 | Lost Instrument Bond | 6361752 | 83,698.57 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/13/05 | 12/13/12 |
| 1 | Lost Instrument Bond | 6361753 | 132,928.27 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/13/05 | 12/13/12 |
| 1 | Lost Instrument Bond | 6361755 | 77,030.16 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/21/05 | 12/21/12 |
| 1 | Lost Instrument Bond | 6361756 | 67,681.05 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/21/05 | 12/21/12 |
| 1 | Lost Instrument Bond | 6361758 | 72,905.35 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 12/21/05 | 12/21/12 |
| 1 | Lost Instrument Bond | 6361759 | 160,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK | 12/21/05 | 12/21/12 |
| 1 | Lost Instrument Bond | 6361760 | 260,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK | 12/21/05 | 12/21/12 |
| 1 | Lost Instrument Bond | 6361761 | 600,500.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK | 12/21/05 | 12/21/12 |
| 1 | Lost Instrument Bond | 6361763 | 137,776.36 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 1/16/06 | 1/16/13 |
| 1 | Lost Instrument | 6361764 | 81,961.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 1/16/06 | 1/16/13 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6361765 | 123,398.16 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 1/20/06 | 1/20/13 |
| 1 | Bond Lost Instrument | 6361766 | 100,778.23 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 1/20/06 | 1/20/13 |
| 1 | Bond Lost Instrument | 6361767 | 38,385.18 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 1/20/06 | 1/20/13 |
| 1 | Bond Lost Instrument | 6361768 | 117,782.10 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 1/20/06 | 1/20/13 |
| 1 | Bond Lost Instrument | 6361769 | 68,537.98 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 1/20/06 | 1/20/13 |
| 1 | Bond Lost Instrument | 6361770 | 76,242.39 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 1/26/06 | 1/26/13 |
| 1 | Bond Lost Instrument | 6361771 | 87,249.46 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 1/26/06 | 1/26/13 |
| 1 | Bond Lost Instrument | 6361772 | 100,372.40 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 1/26/06 | 1/26/13 |
| 1 | Bond Lost Instrument | 6361773 | 103,609.76 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 1/26/06 | 1/26/13 |
| 1 | Bond Lost Instrument | 6361774 | 173,551.95 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 1/26/06 | 1/26/13 |
| 1 | Bond Lost Instrument | 6361775 | 60,490.28 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 1/26/06 | 1/26/13 |
| 1 | Bond Lost Instrument | 6361776 | 148,245.28 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/3/06 | 2/3/13 |
| 1 | Bond Lost Instrument | 6361777 | 166,099.78 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/3/06 | 2/3/13 |
| 1 | Bond Lost Instrument | 6361778 | 67,324.94 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/15/06 | 2/15/13 |
| 1 | Bond Lost Instrument | 6361779 | 61,072.51 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/15/06 | 2/15/13 |
| 1 | Bond Lost Instrument | 6361783 | 81,029.78 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/15/06 | 2/15/13 |
| 1 | Bond Lost Instrument | 6361785 | 95,534.62 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/13/06 | 3/13/13 |
| 1 | Bond Lost Instrument | 6361786 | 71,230.59 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/13/06 | 3/13/13 |
| 1 | Bond Lost Instrument | 6361787 | 45,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY  HOUSING DEVELOPMENT CORPORATION | 3/13/06 | 3/13/13 |
| 1 | Bond Lost Instrument | 6361788 | 260,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY  HOUSING DEVELOPMENT CORPORATION | 3/13/06 | 3/13/13 |
| 1 | Bond Lost Instrument | 6361789 | 550,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY  HOUSING DEVELOPMENT CORPORATION | 3/13/06 | 3/13/13 |
| 1 | Bond Lost Instrument | 6361790 | 605,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY  HOUSING DEVELOPMENT CORPORATION | 3/13/06 | 3/13/13 |
| 1 | Bond Lost Instrument | 6361791 | 56,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY  HOUSING DEVELOPMENT CORPORATION | 3/15/06 | 3/15/13 |
| 1 | Bond Lost Instrument | 6361792 | 122,893.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 3/29/06 | 3/29/13 |
| 1 | Bond Lost Instrument | 6361793 | 188,049.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/3/06 | 5/3/13 |
| 1 | Lost | 6361794 | 143,927.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/3/06 | 5/3/13 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6361797 | 75,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 5/3/06 | 5/3/13 |
| 1 | Instrument Bond Lost | 6361798 | 203,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 5/3/06 | 5/3/13 |
| 1 | Instrument Bond Lost | 6361799 | 87,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 5/11/06 | 5/11/13 |
| 1 | Instrument Bond Lost | 6361800 | 37,400.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 5/11/06 | 5/11/13 |
| 1 | Instrument Bond Lost | 6361801 | 29,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 5/11/06 | 5/11/13 |
| 1 | Instrument Bond Lost | 6361802 | 174,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 5/11/06 | 5/11/13 |
| 1 | Instrument Bond Lost | 6361803 | 59,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 5/11/06 | 5/11/13 |
| 1 | Instrument Bond Lost | 6361804 | 90,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 5/11/06 | 5/11/13 |
| 1 | Instrument Bond Lost | 6361805 | 209,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 5/11/06 | 5/11/13 |
| 1 | Instrument Bond Lost | 6361806 | 127,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 5/11/06 | 5/11/13 |
| 1 | Instrument Bond Lost | 6361807 | 69,500.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 5/11/06 | 5/11/13 |
| 1 | Instrument Bond Lost | 6361808 | 33,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 5/11/06 | 5/11/13 |
| 1 | Instrument Bond Lost | 6361809 | 40,500.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 5/11/06 | 5/11/13 |
| 1 | Instrument Bond Lost | 6361810 | 35,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 5/11/06 | 5/11/13 |
| 1 | Instrument Bond Lost | 6361811 | 34,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 5/11/06 | 5/11/13 |
| 1 | Instrument Bond Lost | 6361812 | 101,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 5/11/06 | 5/11/13 |
| 1 | Instrument Bond Lost | 6361813 | 155,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 5/11/06 | 5/11/13 |
| 1 | Instrument Bond Lost | 6361814 | 155,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 5/11/06 | 5/11/13 |
| 1 | Instrument Bond Lost | 6361815 | 940,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 5/11/06 | 5/11/13 |
| 1 | Instrument Bond Lost | 6361816 | 1,061,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 5/11/06 | 5/11/13 |
| 1 | Instrument Bond Lost | 6361817 | 1,042,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 5/11/06 | 5/11/13 |
| 1 | Instrument Bond Lost | 6361818 | 555,000.00 | WASHINGTON MUTUAL | THE BANK OF NEW YORK AND THE NEW YORK CITY HOUSING DEVELOPMENT CORPORATION | 5/11/06 | 5/11/13 |
| 1 | Instrument Bond Lost | 6361820 | 63,678.99 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/18/06 | 5/18/13 |
| 1 | Instrument Bond Lost | 6361821 | 77,664.15 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/18/06 | 5/18/13 |
| 1 | Instrument Bond Lost | 6361822 | 68,687.11 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/18/06 | 5/18/13 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6361823 | 59,900.59 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/18/06 | 5/18/13 |
| 1 | Lost Instrument Bond | 6361824 | 56,854.74 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/18/06 | 5/18/13 |
| 1 | Lost Instrument Bond | 6361825 | 67,605.79 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/18/06 | 5/18/13 |
| 1 | Lost Instrument Bond | 6361826 | 43,909.96 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/18/06 | 5/18/13 |
| 1 | Lost Instrument Bond | 6361827 | 98,811.74 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/18/06 | 5/18/13 |
| 1 | Lost Instrument Bond | 6361828 | 35,829.72 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/18/06 | 5/18/13 |
| 1 | Lost Instrument Bond | 6361829 | 67,892.74 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/18/06 | 5/18/13 |
| 1 | Lost Instrument Bond | 6361830 | 50,231.23 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/18/06 | 5/18/13 |
| 1 | Lost Instrument Bond | 6361831 | 41,305.09 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/18/06 | 5/18/13 |
| 1 | Lost Instrument Bond | 6361832 | 82,989.77 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/18/06 | 5/18/13 |
| 1 | Lost Instrument Bond | 6361833 | 61,520.15 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/18/06 | 5/18/13 |
| 1 | Lost Instrument Bond | 6361834 | 62,651.33 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 5/18/06 | 5/18/13 |
| 1 | Lost Instrument Bond | 6361836 | 93,224.32 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/1/06 | 6/1/13 |
| 1 | Lost Instrument Bond | 6361837 | 81,742.46 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/1/06 | 6/1/13 |
| 1 | Lost Instrument Bond | 6361838 | 131,750.12 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 6/1/06 | 6/1/13 |
| 1 | Lost Instrument Bond | 6423281 | 18,000.00 | WASHINGTON MUTUAL | STATE OF NEW YORK, GAME OF CHANCE | 6/20/06 | 6/20/07 |
| 1 | Lost Instrument Bond | 6423282 | 18,000.00 | WASHINGTON MUTUAL | STATE OF FLORIDA, DEPARTMENT OF AGRICULTURE AND CONSUMER SE* | 6/20/06 | 6/20/07 |
| 1 | Lost Instrument Bond | 6423283 | 124,362.15 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/13/06 | 7/13/13 |
| 1 | Lost Instrument Bond | 6423284 | 180,643.01 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/18/06 | 7/18/13 |
| 1 | Lost Instrument Bond | 6423285 | 131,799.73 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/18/06 | 7/18/13 |
| 1 | Lost Instrument Bond | 6423286 | 168,994.08 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/2/06 | 8/2/13 |
| 1 | Lost Instrument Bond | 6423287 | 160,433.16 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/7/06 | 8/7/13 |
| 1 | Lost Instrument Bond | 6423289 | 215,362.18 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/14/06 | 8/14/13 |
| 1 | Lost Instrument Bond | 6423290 | 112,845.73 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/14/06 | 8/14/13 |
| 1 | Lost Instrument Bond | 6423291 | 118,007.23 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/14/06 | 8/14/13 |
| 1 | Lost Instrument | 6423292 | 163,170.98 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/22/06 | 8/22/13 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6423293 | 39,829.02 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/22/06 | 8/22/13 |
| 1 | Bond Lost Instrument | 6423296 | 59,766.81 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/20/06 | 9/20/13 |
| 1 | Bond Lost Instrument | 6423297 | 25,480.02 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/20/06 | 9/20/13 |
| 1 | Bond Lost Instrument | 6423298 | 68,043.62 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/20/06 | 9/20/13 |
| 1 | Bond Lost Instrument | 6423299 | 134,331.03 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/20/06 | 9/20/13 |
| 1 | Bond Lost Instrument | 6423300 | 59,766.81 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/20/06 | 9/20/13 |
| 1 | Bond Lost Instrument | 6423301 | 72,138.30 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/20/06 | 9/20/13 |
| 1 | Bond Lost Instrument | 6423302 | 127,617.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/29/06 | 9/29/13 |
| 1 | Bond Lost Instrument | 6423303 | 71,836.96 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 10/13/06 | 10/13/13 |
| 1 | Bond Lost Instrument | 6423304 | 58,588.29 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 10/13/06 | 10/13/13 |
| 1 | Bond Lost Instrument | 6423307 | 1,450,000.00 | WASHINGTON MUTUAL | U.S. BANK TRUST NATIONAL ASSOCIATION | 11/15/06 | 11/15/13 |
| 1 | Bond Lost Instrument | 6423309 | 90,951.21 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Bond Lost Instrument | 6423310 | 73,696.65 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Bond Lost Instrument | 6423311 | 133,808.03 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Bond Lost Instrument | 6423312 | 44,269.40 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Bond Lost Instrument | 6423313 | 54,480.78 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Bond Lost Instrument | 6423314 | 69,960.03 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Bond Lost Instrument | 6423315 | 73,478.69 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Bond Lost Instrument | 6423316 | 139,924.66 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Bond Lost Instrument | 6423317 | 32,595.95 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Bond Lost Instrument | 6423318 | 126,507.52 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Bond Lost Instrument | 6423319 | 41,268.44 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Bond Lost Instrument | 6423320 | 73,832.73 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Bond Lost Instrument | 6423321 | 70,249.45 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Bond Lost Instrument | 6423322 | 118,408.53 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Lost | 6423323 | 138,667.83 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6423324 | 34,717.60 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Instrument Bond Lost | 6423325 | 164,891.24 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Instrument Bond Lost | 6423326 | 37,204.57 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Instrument Bond Lost | 6423327 | 54,760.67 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Instrument Bond Lost | 6423328 | 174,780.30 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Instrument Bond Lost | 6423329 | 114,427.96 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Instrument Bond Lost | 6423330 | 87,951.72 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Instrument Bond Lost | 6423331 | 62,832.66 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/1/07 | 2/1/14 |
| 1 | Instrument Bond Lost | 6423332 | 62,799.38 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/1/07 | 2/1/14 |
| 1 | Instrument Bond Lost | 6423333 | 223,546.72 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/1/07 | 2/1/14 |
| 1 | Instrument Bond Lost | 6423334 | 71,252.79 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/1/07 | 2/1/14 |
| 1 | Instrument Bond Lost | 6423342 | 127,296.15 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/15/07 | 2/15/14 |
| 1 | Instrument Bond Lost | 6423345 | 32,804.08 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/21/07 | 2/21/14 |
| 1 | Instrument Bond Lost | 6423346 | 37,502.60 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/21/07 | 2/21/14 |
| 1 | Instrument Bond Lost | 6423347 | 75,628.28 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/21/07 | 2/21/14 |
| 1 | Instrument Bond Lost | 6423348 | 22,088.18 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/21/07 | 2/21/14 |
| 1 | Instrument Bond Lost | 6423349 | 29,527.92 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/21/07 | 2/21/14 |
| 1 | Instrument Bond Lost | 6423350 | 33,415.43 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/21/07 | 2/21/14 |
| 1 | Instrument Bond Lost | 6423351 | 33,922.89 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/21/07 | 2/21/14 |
| 1 | Instrument Bond Lost | 6423352 | 32,440.82 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/21/07 | 2/21/14 |
| 1 | Instrument Bond Lost | 6423353 | 98,427.59 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/21/07 | 2/21/14 |
| 1 | Instrument Bond Lost | 6423354 | 45,714.91 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/21/07 | 2/21/14 |
| 1 | Instrument Bond Lost | 6423355 | 50,203.11 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 2/27/07 | 2/27/14 |
| 1 | Instrument Bond Lost | 6423357 | 42,872.73 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 4/2/07 | 4/2/14 |
| 1 | Instrument Bond Lost | 6423359 | 61,036.86 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/6/07 | 7/6/14 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6423360 | 121,433.13 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/6/07 | 7/6/14 |
| 1 | Lost Instrument Bond | 6423361 | 89,998.55 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/6/07 | 7/6/14 |
| 1 | Lost Instrument Bond | 6423362 | 121,144.54 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/6/07 | 7/6/14 |
| 1 | Lost Instrument Bond | 6423363 | 235,413.32 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/6/07 | 7/6/14 |
| 1 | Lost Instrument Bond | 6423364 | 54,946.66 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/6/07 | 7/6/14 |
| 1 | Lost Instrument Bond | 6423365 | 79,940.17 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/6/07 | 7/6/14 |
| 1 | Lost Instrument Bond | 6423366 | 40,941.65 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/6/07 | 7/6/14 |
| 1 | Lost Instrument Bond | 6423367 | 39,480.10 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/6/07 | 7/6/14 |
| 1 | Lost Instrument Bond | 6423368 | 51,717.74 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 7/6/07 | 7/6/14 |
| 1 | Lost Instrument Bond | 6423372 | 126,223.75 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/15/07 | 8/15/14 |
| 1 | Lost Instrument Bond | 6423373 | 93,748.48 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/15/07 | 8/15/14 |
| 1 | Lost Instrument Bond | 6423374 | 159,187.46 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/15/07 | 8/15/14 |
| 1 | Lost Instrument Bond | 6423375 | 115,424.81 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/15/07 | 8/15/14 |
| 1 | Lost Instrument Bond | 6423376 | 79,828.98 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/18/07 | 9/18/14 |
| 1 | Lost Instrument Bond | 6423378 | 77,239.44 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 9/25/07 | 9/25/14 |
| 1 | Lost Instrument Bond | 6423379 | 110,802.32 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 10/19/07 | 10/19/14 |
| 1 | Lost Instrument Bond | 6457950 | 50,980.05 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6457951 | 73,492.83 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6457952 | 172,196.65 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6457953 | 55,231.95 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6457954 | 8,394.16 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6457955 | 78,091.44 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6457956 | 47,453.95 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6457957 | 56,679.07 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6457958 | 48,535.26 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Instrument | 6457959 | 122,162.01 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Bond Lost Instrument | | | | | | |
| 1 | Bond | 6457960 | 71,877.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| | Lost Instrument | | | | | | |
| 1 | Bond | 6457961 | 72,180.85 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| | Lost Instrument | | | | | | |
| 1 | Bond | 6457962 | 142,169.21 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| | Lost Instrument | | | | | | |
| 1 | Bond | 6457963 | 7,402.34 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| | Lost Instrument | | | | | | |
| 1 | Bond | 6457964 | 7,582.31 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| | Lost Instrument | | | | | | |
| 1 | Bond | 6457965 | 41,268.44 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| | Lost Instrument | | | | | | |
| 1 | Bond | 6457966 | 64,181.84 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| | Lost Instrument | | | | | | |
| 1 | Bond | 6457967 | 61,340.35 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| | Lost Instrument | | | | | | |
| 1 | Bond | 6457968 | 84,512.53 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| | Lost Instrument | | | | | | |
| 1 | Bond | 6457969 | 29,348.21 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| | Lost Instrument | | | | | | |
| 1 | Bond | 6457970 | 53,464.79 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| | Lost Instrument | | | | | | |
| 1 | Bond | 6457971 | 126,128.99 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| | Lost Instrument | | | | | | |
| 1 | Bond | 6457972 | 149,045.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| | Lost Instrument | | | | | | |
| 1 | Bond | 6457973 | 100,504.39 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| | Lost Instrument | | | | | | |
| 1 | Bond | 6457974 | 54,526.97 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| | Lost Instrument | | | | | | |
| 1 | Bond | 6457975 | 23,161.72 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| | Lost Instrument | | | | | | |
| 1 | Bond | 6457976 | 52,701.34 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| | Lost Instrument | | | | | | |
| 1 | Bond | 6457977 | 85,204.09 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| | Lost Instrument | | | | | | |
| 1 | Bond | 6457978 | 69,821.73 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| | Lost Instrument | | | | | | |
| 1 | Bond | 6457979 | 149,260.45 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| | Lost Instrument | | | | | | |
| 1 | Bond | 6457980 | 103,347.73 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| | Lost Instrument | | | | | | |
| 1 | Bond | 6457981 | 78,693.38 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| | Lost Instrument | | | | | | |
| 1 | Bond | 6457982 | 75,062.34 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| | Lost Instrument | | | | | | |
| 1 | Bond | 6457983 | 97,754.87 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| | Lost Instrument | | | | | | |
| 1 | Bond | 6457984 | 52,600.66 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost | 6457985 | 4,149.85 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
|  | Instrument Bond Lost |  |  |  |  |  |  |
| 1 | Instrument Bond Lost | 6457986 | 98,898.14 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Instrument Bond Lost | 6457987 | 60,811.23 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Instrument Bond Lost | 6457988 | 30,348.10 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Instrument Bond Lost | 6457989 | 105,858.13 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Instrument Bond Lost | 6457990 | 125,182.61 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Instrument Bond Lost | 6457991 | 80,229.79 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Instrument Bond Lost | 6457992 | 44,529.24 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Instrument Bond Lost | 6457993 | 82,962.04 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Instrument Bond Lost | 6457994 | 81,935.02 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Instrument Bond Lost | 6457995 | 43,187.33 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Instrument Bond Lost | 6457996 | 71,662.80 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Instrument Bond Lost | 6457997 | 38,798.12 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Instrument Bond Lost | 6457998 | 66,872.80 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Instrument Bond Lost | 6457999 | 150,488.09 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Instrument Bond Lost | 6458000 | 53,075.62 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Instrument Bond Lost | 6458001 | 75,939.82 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Instrument Bond Lost | 6458002 | 123,137.86 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Instrument Bond Lost | 6458003 | 78,899.25 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Instrument Bond Lost | 6458004 | 72,104.70 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Instrument Bond Lost | 6458005 | 113,508.82 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Instrument Bond Lost | 6458006 | 22,998.67 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Instrument Bond Lost | 6458007 | 64,849.79 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Instrument Bond Lost | 6458008 | 57,465.32 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Instrument Bond Lost | 6458009 | 73,254.19 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Instrument Bond | 6458010 | 55,870.65 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6458011 | 82,378.21 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458012 | 116,205.22 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458013 | 96,735.87 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458014 | 92,794.13 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458015 | 143,916.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458016 | 121,315.02 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458017 | 65,420.14 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458018 | 61,161.72 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458019 | 64,574.09 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458020 | 113,587.58 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458021 | 31,434.73 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458022 | 69,364.68 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458023 | 87,785.80 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458024 | 100,364.80 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458025 | 72,444.06 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458026 | 94,999.44 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458027 | 89,386.66 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458028 | 68,508.94 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458029 | 51,387.53 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458030 | 90,458.11 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458031 | 53,293.55 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458032 | 89,729.73 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458033 | 37,257.33 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458034 | 46,628.40 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458035 | 74,141.81 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument | 6458036 | 62,559.89 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6458037 | 93,766.85 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458038 | 61,400.49 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458039 | 83,686.15 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458040 | 138,617.65 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458041 | 105,075.85 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458042 | 174,592.35 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/15/06 | 11/15/13 |
| 1 | Lost Instrument Bond | 6458043 | 161,445.22 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458044 | 116,626.89 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458045 | 93,579.40 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Lost Instrument Bond | 6458046 | 172,921.46 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Lost Instrument Bond | 6458047 | 87,785.80 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Lost Instrument Bond | 6458048 | 207,431.79 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Lost Instrument Bond | 6458049 | 74,908.28 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Lost Instrument Bond | 6458627 | 210,499.80 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458628 | 93,354.38 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458629 | 31,736.40 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458630 | 122,563.44 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458631 | 66,825.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458632 | 46,252.37 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458633 | 242,727.41 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458634 | 96,492.55 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458635 | 144,950.27 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458636 | 97,037.48 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458637 | 108,930.39 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458638 | 169,991.38 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost | 6458639 | 86,359.50 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |

| Count | TYPE Instrument | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Bond Lost Instrument | | | | | | |
| 1 | Bond Lost Instrument | 6458640 | 113,120.21 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458641 | 147,602.46 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458642 | 115,355.21 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458643 | 159,748.04 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458644 | 91,842.21 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458645 | 99,890.41 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458646 | 81,846.79 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458647 | 42,964.15 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458648 | 66,431.81 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458649 | 93,571.41 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458650 | 54,666.73 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458651 | 133,762.36 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458652 | 18,351.92 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458653 | 186,355.47 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458654 | 65,526.21 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458655 | 106,184.51 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458656 | 69,073.66 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458657 | 99,651.16 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458658 | 93,446.20 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458659 | 41,420.89 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458660 | 62,347.63 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458661 | 36,587.43 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458662 | 26,088.83 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458663 | 110,044.08 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond | 6458664 | 120,509.93 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6458665 | 109,279.68 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458666 | 59,222.17 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458667 | 31,598.77 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458668 | 90,709.51 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458669 | 95,328.57 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458670 | 60,002.42 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458671 | 5,122.96 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458672 | 40,889.39 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458673 | 44,933.52 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458674 | 24,956.26 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458675 | 37,035.06 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458676 | 7,258.86 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458677 | 57,299.61 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458678 | 92,714.42 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458679 | 55,211.20 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458680 | 99,526.04 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458681 | 70,520.77 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458682 | 58,035.15 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458683 | 72,819.23 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458684 | 93,807.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458685 | 85,186.44 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458686 | 89,370.66 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458687 | 55,617.59 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458688 | 45,615.95 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458689 | 63,087.26 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument | 6458690 | 75,166.72 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument Bond | 6458691 | 81,778.90 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458692 | 70,580.06 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458693 | 35,497.64 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458694 | 67,436.28 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458695 | 67,580.41 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458696 | 36,459.70 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458697 | 105,950.26 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458698 | 51,136.69 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458699 | 65,555.13 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458700 | 31,644.34 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458701 | 54,032.92 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458702 | 69,589.69 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458703 | 60,182.24 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458704 | 37,368.57 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458705 | 137,248.21 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458706 | 97,313.97 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458707 | 18,974.90 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458708 | 68,165.29 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458709 | 86,196.57 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458710 | 98,792.54 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458711 | 40,728.05 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458712 | 120,151.26 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458713 | 56,597.40 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458714 | 64,699.51 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458715 | 49,102.93 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost | 6458716 | 72,638.65 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost Instrument | | | | | | |
| 1 | Bond Lost Instrument | 6458717 | 173,808.30 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458718 | 156,993.99 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458719 | 89,724.18 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458720 | 70,689.27 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458721 | 89,703.97 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458722 | 59,806.30 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458723 | 38,834.84 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458724 | 45,471.07 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458725 | 95,047.25 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458726 | 109,489.34 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458727 | 82,700.76 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458728 | 79,573.71 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458729 | 174,743.26 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458730 | 106,584.17 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458731 | 99,902.10 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458732 | 92,983.18 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458733 | 32,145.41 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458734 | 85,396.36 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458735 | 63,869.94 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458736 | 62,088.84 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458737 | 77,346.53 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458738 | 78,805.96 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458739 | 80,679.39 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond Lost Instrument | 6458740 | 126,499.12 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Bond | 6458741 | 151,331.09 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6458742 | 85,119.00 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458743 | 99,039.26 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458744 | 76,353.64 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458745 | 238,434.56 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458746 | 116,559.94 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458747 | 50,281.42 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458748 | 84,235.25 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458749 | 37,692.43 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458750 | 23,483.53 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458751 | 188,294.26 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458752 | 92,842.21 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458753 | 55,234.87 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458754 | 44,987.93 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458755 | 81,269.08 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458756 | 206,417.95 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458757 | 76,297.27 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/17/06 | 11/17/13 |
| 1 | Lost Instrument Bond | 6458758 | 53,980.42 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Lost Instrument Bond | 6458759 | 60,811.23 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Lost Instrument Bond | 6458760 | 100,325.44 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Lost Instrument Bond | 6458761 | 103,071.79 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Lost Instrument Bond | 6458762 | 45,951.38 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Lost Instrument Bond | 6458763 | 90,067.43 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Lost Instrument Bond | 6458764 | 65,197.50 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Lost Instrument Bond | 6458765 | 1,287.87 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Lost Instrument Bond | 6458766 | 66,034.39 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Lost Instrument | 6458767 | 78,693.38 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Bond Lost Instrument | | | | | | |
| 1 | Bond Lost Instrument | 6458768 | 34,598.30 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Bond Lost Instrument | 6458769 | 36,950.10 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Bond Lost Instrument | 6458770 | 8,433.45 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Bond Lost Instrument | 6458771 | 33,937.24 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Bond Lost Instrument | 6458772 | 23,655.35 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Bond Lost Instrument | 6458773 | 53,677.03 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Bond Lost Instrument | 6458774 | 35,253.34 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Bond Lost Instrument | 6458775 | 40,072.56 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Bond Lost Instrument | 6458776 | 25,170.88 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/27/06 | 11/27/13 |
| 1 | Bond Lost Instrument | 6525101 | 109,218.89 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 10/19/07 | 10/19/14 |
| 1 | Bond Lost Instrument | 6525115 | 156,099.08 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 4/29/08 | 4/29/15 |
| 1 | Bond Lost Instrument | 6525130 | 56,652.33 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/28/08 | 8/28/15 |
| 1 | Bond Lost Instrument | 6525131 | 39,554.32 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/28/08 | 8/28/15 |
| 1 | Bond Lost Instrument | 6525132 | 57,374.46 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/28/08 | 8/28/15 |
| 1 | Bond Lost Instrument | 6525133 | 71,671.36 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/28/08 | 8/28/15 |
| 1 | Bond Lost Instrument | 6533920 | 54,271.42 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Bond Lost Instrument | 6533921 | 62,042.28 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Bond Lost Instrument | 6533922 | 75,489.23 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Bond Lost Instrument | 6533923 | 81,696.33 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Bond Lost Instrument | 6533924 | 30,257.35 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Bond Lost Instrument | 6533925 | 162,608.72 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Bond Lost Instrument | 6533926 | 47,010.51 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Bond Lost Instrument | 6533927 | 110,971.09 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Bond Lost Instrument | 6533928 | 88,937.65 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Bond | 6533929 | 108,144.21 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Lost | 6533930 | 45,074.87 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|-------|------|--------|--------|-----------|---------------------|-----------|------------|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6533931 | 121,168.08 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Instrument Bond Lost | 6533932 | 60,897.91 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Instrument Bond Lost | 6533933 | 75,246.13 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Instrument Bond Lost | 6533934 | 63,183.02 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Instrument Bond Lost | 6533935 | 41,718.29 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Instrument Bond Lost | 6533936 | 90,670.17 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Instrument Bond Lost | 6533937 | 51,413.71 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Instrument Bond Lost | 6533938 | 105,051.87 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Instrument Bond Lost | 6533939 | 87,330.48 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Instrument Bond Lost | 6533940 | 138,628.14 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Instrument Bond Lost | 6533941 | 96,284.31 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Instrument Bond Lost | 6533942 | 88,656.57 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Instrument Bond Lost | 6533943 | 53,353.92 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Instrument Bond Lost | 6533944 | 131,566.98 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Instrument Bond Lost | 6533945 | 143,126.31 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Instrument Bond Lost | 6533946 | 220,133.92 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Instrument Bond Lost | 6533947 | 77,266.99 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Instrument Bond Lost | 6533948 | 101,343.08 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Instrument Bond Lost | 6533949 | 92,320.07 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Instrument Bond Lost | 6533950 | 48,103.64 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Instrument Bond Lost | 6533951 | 27,076.07 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Instrument Bond Lost | 6533952 | 41,776.26 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Instrument Bond Lost | 6533953 | 24,646.44 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Instrument Bond Lost | 6533954 | 71,211.62 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Instrument Bond | 6533955 | 10,378.55 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6533956 | 25,153.25 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Lost Instrument Bond | 6533957 | 54,701.10 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Lost Instrument Bond | 6533958 | 87,794.01 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Lost Instrument Bond | 6533959 | 127,554.09 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Lost Instrument Bond | 6533960 | 99,967.12 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Lost Instrument Bond | 6533961 | 44,814.64 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Lost Instrument Bond | 6533962 | 111,308.33 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Lost Instrument Bond | 6533963 | 65,208.34 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Lost Instrument Bond | 6533964 | 45,974.75 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Lost Instrument Bond | 6533965 | 66,535.25 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Lost Instrument Bond | 6533966 | 181,641.27 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Lost Instrument Bond | 6533967 | 91,700.28 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Lost Instrument Bond | 6533968 | 108,584.08 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/6/07 | 11/6/14 |
| 1 | Lost Instrument Bond | 6533969 | 166,448.31 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 11/5/07 | 11/5/14 |
| 1 | Lost Instrument Bond | 6593834 | 75,561.64 | WASHINGTON MUTUAL | WASHINGTON MUTUAL BANK, FA | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593835 | 47,516.97 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593836 | 77,795.02 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593837 | 76,790.31 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593838 | 110,756.93 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593839 | 37,204.77 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593840 | 35,273.02 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593841 | 84,708.82 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593842 | 73,881.22 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593843 | 41,114.15 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593844 | 130,514.69 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument | 6593845 | 84,070.81 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Bond Lost Instrument | | | | | | |
| 1 | Bond Lost Instrument | 6593846 | 106,114.37 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6593847 | 92,128.29 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6593848 | 143,840.98 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6593849 | 187,708.13 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6593850 | 102,807.94 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6593851 | 78,016.93 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6593852 | 161,678.84 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6593853 | 82,110.74 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6593854 | 105,616.46 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6593855 | 108,869.14 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6593856 | 56,832.47 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6593857 | 102,749.34 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6593858 | 159,314.50 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6593859 | 84,162.90 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6593860 | 84,810.13 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6593861 | 153,496.48 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6593862 | 105,391.19 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6593863 | 141,895.94 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6593864 | 89,866.95 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6593865 | 63,123.79 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6593866 | 158,683.88 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6593867 | 57,127.04 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6593868 | 76,402.35 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6593869 | 84,504.85 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond | 6593870 | 113,711.96 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost | 6593871 | 135,377.98 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6593872 | 99,591.56 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593873 | 57,873.30 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593874 | 80,812.76 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593877 | 164,907.28 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593878 | 195,997.96 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593879 | 68,211.57 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593880 | 60,505.21 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593881 | 126,001.45 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593882 | 60,127.71 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593883 | 53,495.60 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593884 | 61,081.78 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593885 | 119,357.10 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593886 | 87,608.17 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593887 | 94,205.37 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593889 | 68,751.29 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593890 | 71,439.25 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593891 | 180,753.63 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593892 | 143,729.61 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593893 | 125,077.59 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593895 | 96,104.85 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593896 | 161,800.81 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593897 | 68,894.49 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593898 | 94,991.14 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593900 | 110,096.15 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond | 6593901 | 208,877.31 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |

US_ACTIVE\43233955\13\79831.0003

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6593902 | 38,776.65 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593903 | 112,245.66 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593904 | 103,536.58 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593905 | 140,887.35 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593907 | 226,417.38 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593908 | 63,418.68 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593909 | 140,780.51 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593910 | 42,275.87 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593911 | 167,195.62 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593912 | 36,997.82 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593913 | 50,814.88 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593915 | 75,008.16 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593916 | 201,631.84 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593917 | 132,113.84 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593918 | 3,892.34 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593919 | 24,541.20 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593920 | 37,041.69 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593921 | 20,397.61 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593922 | 19,371.69 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593923 | 20,921.34 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593924 | 49,729.16 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593925 | 34,322.01 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593926 | 21,435.20 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593927 | 66,850.04 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593928 | 38,948.71 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument | 6593929 | 29,523.74 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Bond | | | | | | |
| | Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond | 6593930 | 10,004.98 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| | Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond | 6593931 | 40,555.23 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| | Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond | 6593932 | 53,558.22 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| | Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond | 6593933 | 23,606.35 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| | Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond | 6593934 | 168,959.73 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| | Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond | 6593935 | 28,182.45 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| | Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond | 6593936 | 35,821.29 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| | Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond | 6593937 | 52,137.72 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| | Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond | 6593938 | 45,442.24 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| | Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond | 6593939 | 256.13 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| | Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond | 6593940 | 3,581.17 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| | Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond | 6593941 | 34,141.64 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| | Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond | 6593942 | 48,997.64 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| | Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond | 6593943 | 51,425.27 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| | Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond | 6593944 | 62,156.46 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| | Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond | 6593945 | 52,318.67 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| | Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond | 6593946 | 19,759.65 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| | Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond | 6593947 | 48,060.54 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| | Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond | 6593948 | 49,896.93 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| | Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond | 6593949 | 64,120.74 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| | Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond | 6593950 | 48,840.63 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| | Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond | 6593951 | 10,253.58 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| | Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond | 6593952 | 32,997.24 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| | Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond | 6593953 | 66,016.92 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| | Lost | | | | | | |
| | Instrument | | | | | | |
| 1 | Bond | 6593954 | 25,824.17 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost | 6593955 | 16,100.74 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6593956 | 80,063.29 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593957 | 47,168.55 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593958 | 60,204.16 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593959 | 8,706.81 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593960 | 33,388.26 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593961 | 82,756.70 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593962 | 49,178.30 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593963 | 259,339.43 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593964 | 313,881.20 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593965 | 277,048.55 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593966 | 101,504.53 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593967 | 42,383.40 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593968 | 58,138.25 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593969 | 53,307.53 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593970 | 69,642.00 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593971 | 91,489.20 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593972 | 50,830.23 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593973 | 118,523.17 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593974 | 20,874.77 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593975 | 16,093.79 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593976 | 82,968.29 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593977 | 55,732.39 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593979 | 129,999.15 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6593980 | 69,726.44 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond | 6593981 | 86,176.41 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6593982 | 39,344.45 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593983 | 127,811.40 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593984 | 41,517.73 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593985 | 49,080.62 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593986 | 101,857.37 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593987 | 80,406.25 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593989 | 105,873.86 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593990 | 64,664.65 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593991 | 53,036.05 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593992 | 90,870.01 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593993 | 74,504.14 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593994 | 50,856.14 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593995 | 81,343.69 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593996 | 74,566.42 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593997 | 44,875.66 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6593999 | 65,160.70 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594000 | 56,401.70 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594001 | 60,989.07 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594002 | 55,134.52 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594003 | 74,159.48 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594004 | 5,920.79 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594005 | 81,654.16 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594006 | 69,037.28 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594007 | 138,646.52 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594008 | 43,133.05 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument | 6594009 | 61,331.79 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6594010 | 74,994.92 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594011 | 109,986.58 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594012 | 36,387.07 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594013 | 40,454.01 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594014 | 185,650.23 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594015 | 168,705.31 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594016 | 66,583.15 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594017 | 89,456.17 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594018 | 266,165.09 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594019 | 117,472.89 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594020 | 142,214.66 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594021 | 33,382.90 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594022 | 206,577.28 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594023 | 124,844.68 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594024 | 99,395.63 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594025 | 136,450.76 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594026 | 84,233.76 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594027 | 29,996.48 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594028 | 76,527.78 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594029 | 136,182.89 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594030 | 98,404.32 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594031 | 93,136.99 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594032 | 42,575.07 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594033 | 138,455.16 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond | 6594034 | 103,354.49 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost | 6594035 | 112,926.82 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6594036 | 130,159.42 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594037 | 130,067.10 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594038 | 107,164.61 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594039 | 112,029.80 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594040 | 98,524.77 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594041 | 248,169.13 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594042 | 43,255.22 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594043 | 229,341.85 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594044 | 78,757.95 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594045 | 97,777.64 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594046 | 45,534.71 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594047 | 122,030.98 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594048 | 192,260.09 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594049 | 142,502.44 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594050 | 171,001.97 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594051 | 18,831.95 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594052 | 25,180.38 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594053 | 65,556.44 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594054 | 6,787.63 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594055 | 41,464.61 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594056 | 35,763.94 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594057 | 46,577.24 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594058 | 45,091.62 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594059 | 44,891.30 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond | 6594060 | 23,987.08 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6594061 | 67,534.51 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594062 | 33,417.82 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594063 | 31,307.73 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594064 | 52,691.01 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594065 | 66,548.17 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594066 | 32,325.32 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594067 | 42,969.25 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594068 | 28,487.34 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594069 | 28,521.39 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594070 | 132,881.72 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594071 | 105,586.10 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594072 | 42,567.24 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594073 | 59,606.42 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594074 | 39,329.54 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594075 | 38,247.21 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594076 | 101,579.10 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594077 | 115,412.80 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594078 | 43,924.55 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594079 | 34,586.64 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594080 | 13,779.79 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594081 | 41,740.68 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594082 | 47,214.28 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594083 | 30,019.40 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594084 | 32,014.52 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594085 | 68,979.30 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument | 6594086 | 55,329.75 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument Bond | 6594087 | 44,895.65 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594088 | 48,959.80 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594089 | 26,415.80 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594090 | 9,912.65 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594091 | 38,822.76 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594092 | 41,703.88 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594093 | 72,516.09 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594094 | 46,985.80 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594095 | 57,514.11 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594096 | 35,812.79 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594097 | 113,718.67 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594098 | 16,733.44 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594099 | 49,210.80 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594100 | 64,419.99 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594101 | 58,138.46 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594102 | 37,979.49 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594103 | 112,052.33 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594104 | 1,863.68 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594105 | 53,152.10 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594106 | 41,454.10 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594107 | 77,614.09 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594108 | 55,181.53 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594109 | 12,924.07 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594110 | 1,542.53 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond | 6594111 | 15,251.76 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost | 6594112 | 26,685.60 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
|  | Instrument Bond Lost |  |  |  |  |  |  |
| 1 | Instrument Bond Lost | 6594113 | 4,511.12 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594114 | 13,820.40 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594115 | 20,573.90 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594116 | 118,454.36 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594117 | 1,416.50 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594118 | 30,634.90 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594119 | 39,269.37 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594120 | 54,461.09 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594121 | 41,030.99 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594122 | 28,784.34 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594123 | 21,926.59 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594124 | 45,175.54 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594125 | 14,479.90 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594126 | 46,767.12 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594127 | 46,715.73 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594128 | 21,338.71 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594129 | 55,045.49 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594130 | 31,636.69 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594131 | 36,561.42 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594132 | 32,725.50 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594133 | 27,512.05 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594134 | 3,185.17 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594135 | 2,031.36 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594136 | 36,149.41 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond | 6594137 | 19,558.71 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6594138 | 75,024.06 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594139 | 32,627.93 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594140 | 77,376.14 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594141 | 72,568.26 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594142 | 114,514.71 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594143 | 71,349.11 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594144 | 40,947.45 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594145 | 33,384.64 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594146 | 68,083.17 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594147 | 16,460.99 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594148 | 48,636.10 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594149 | 81,423.15 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594150 | 36,810.82 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594151 | 48,822.73 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594152 | 39,475.40 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594153 | 45,608.70 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594154 | 68,110.72 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594155 | 32,206.12 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594156 | 80,993.68 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594157 | 47,656.15 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594158 | 47,529.44 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594159 | 40,331.63 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594160 | 86,537.09 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594161 | 38,810.07 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594162 | 67,125.81 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument | 6594163 | 44,646.41 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Bond Lost Instrument | 6594164 | 20,738.99 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594165 | 23,410.84 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594166 | 41,101.36 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594167 | 43,970.35 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594168 | 29,289.42 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594169 | 59,401.80 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594170 | 84,469.80 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594171 | 62,882.82 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594172 | 67,904.17 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594173 | 41,462.54 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594174 | 55,144.14 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594175 | 70,593.75 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594176 | 113,882.03 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594177 | 93,311.77 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594178 | 39,035.84 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594179 | 46,231.65 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594180 | 75,261.59 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594181 | 76,689.81 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594182 | 77,558.47 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594183 | 93,317.13 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594184 | 47,109.23 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594185 | 88,993.80 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594186 | 24,516.52 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594187 | 56,172.68 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond | 6594188 | 84,918.21 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost | 6594189 | 118,051.26 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6594190 | 41,380.71 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594191 | 50,186.26 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594192 | 100,661.13 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594193 | 95,917.28 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594194 | 78,012.79 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594195 | 55,065.58 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594196 | 100,541.41 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594197 | 56,490.01 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594198 | 26,780.29 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594199 | 49,977.42 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594200 | 29,488.13 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594201 | 85,894.18 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594202 | 43,424.49 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594203 | 108,138.04 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594204 | 62,966.44 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594205 | 70,678.16 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594206 | 89,408.64 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594207 | 104,517.11 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594208 | 104,073.18 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594209 | 102,112.61 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594210 | 114,869.20 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594211 | 77,274.75 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594212 | 101,483.08 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594213 | 26,234.72 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond | 6594214 | 79,800.50 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6594215 | 107,188.60 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594216 | 98,501.93 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594217 | 77,569.49 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594218 | 73,400.74 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594219 | 63,479.85 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594220 | 71,484.93 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594221 | 52,424.94 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594222 | 41,834.54 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594223 | 62,600.45 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594224 | 29,541.62 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594225 | 105,471.76 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594226 | 86,594.98 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594227 | 72,046.02 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594228 | 12,916.84 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594229 | 54,968.21 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594230 | 24,211.13 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594231 | 19,911.41 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594232 | 91,649.04 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594233 | 33,069.49 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594234 | 64,331.60 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594235 | 123,847.22 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594236 | 49,427.10 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594237 | 46,587.18 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594238 | 46,031.54 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594239 | 88,476.34 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument | 6594240 | 153,807.50 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Bond Lost Instrument | | | | | | |
| 1 | Bond Lost Instrument | 6594241 | 32,404.97 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594242 | 64,286.93 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594243 | 77,404.13 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594244 | 104,651.07 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594245 | 71,957.73 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594246 | 76,087.40 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594247 | 27,047.64 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594248 | 40,507.90 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594249 | 80,657.77 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594250 | 78,330.97 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594251 | 68,577.43 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594252 | 64,302.61 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594253 | 122,438.76 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594254 | 48,267.44 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594255 | 69,093.85 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594256 | 56,306.89 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594257 | 23,405.03 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594258 | 41,599.37 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594259 | 13,082.64 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594260 | 40,613.68 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594261 | 32,965.88 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594262 | 24,614.39 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594263 | 26,160.35 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond Lost Instrument | 6594264 | 17,186.35 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Bond | 6594265 | 47,213.93 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost | 6594266 | 55,742.56 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| | Instrument Bond Lost | | | | | | |
| 1 | Instrument Bond Lost | 6594267 | 55,238.02 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594268 | 25,901.84 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594269 | 43,253.22 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594270 | 29,604.37 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594271 | 39,140.90 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594272 | 31,860.51 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594273 | 32,129.93 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594274 | 26,624.54 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594275 | 42,626.61 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594276 | 22,509.22 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594277 | 36,023.66 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594278 | 28,739.37 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594279 | 32,393.49 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594280 | 33,475.95 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594281 | 35,689.26 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594282 | 33,630.95 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594283 | 38,519.19 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594284 | 20,137.67 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594285 | 26,347.93 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594286 | 34,094.24 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594287 | 29,323.45 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594288 | 15,510.02 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594289 | 40,362.93 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond Lost | 6594290 | 28,351.49 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Instrument Bond | 6594291 | 33,987.56 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |

| Count | TYPE | Number | Amount | Principal | Obligee / Description | Effective | Expiration |
|---|---|---|---|---|---|---|---|
| 1 | Lost Instrument Bond | 6594292 | 93,465.50 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594293 | 18,207.52 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594294 | 68,588.55 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594295 | 74,917.03 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594296 | 110,742.55 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594297 | 53,533.95 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594298 | 67,335.98 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594299 | 85,157.85 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594300 | 170,244.52 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594301 | 36,539.83 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| 1 | Lost Instrument Bond | 6594302 | 85,027.67 | WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK | 8/7/08 | 8/7/15 |
| **3,443** | **Lost Instrument Bond Total** | | **352,664,952.67** | | | | |
| 1 | Notary Public Bond | 6342223 | 10,000.00 | SHUN P. KARAN | STATE OF WASHINGTON | 4/14/05 | 4/14/09 |
| 1 | Notary Public Bond | 6525121 | 10,000.00 | ENRICA HOWARD | STATE OF WASHINGTON | 5/27/08 | 5/27/12 |
| 1 | Notary Public Bond | 6525122 | 10,000.00 | JAMIE GIBSON | STATE OF WASHINGTON | 8/15/08 | 8/15/12 |
| **3** | **Notary Public Bond Total** | | **30,000.00** | | | | |
| 1 | Subdivision Bond | 2753923 | 100,000.00 | HOME SAVINGS AND LOAN ASSOCIATION | CITY OF SAN DIMAS | 1/5/08 | 1/5/09 |
| 1 | Subdivision Bond | 2753924 | 2,800.00 | HOME SAVINGS AND LOAN ASSOCIATION | CITY OF SAN DIMAS | 1/5/08 | 1/5/09 |
| 1 | Subdivision Bond | 6193541 | 495,813.00 | Harrod Brothers, a California General Partnership | City of Salinas | 12/12/04 | 12/12/05 |
| 1 | Subdivision Bond | 6237444 | 2,750.00 | WASHINGTON MUTUAL, INC. | CITY OF MIRAMAR | 11/5/08 | 11/5/09 |
| 1 | Subdivision Bond | 6255155 | 11,000.00 | WASHINGTON MUTUAL, INC. | CITY OF FORT PIERCE, FL | 12/22/07 | 12/22/08 |
| 1 | Subdivision Bond | 6288503 | 10,883.00 | WASHINGTON MUTUAL | CITY OF MIRAMAR | 7/22/05 | 7/22/06 |
| 1 | Subdivision Bond | 6525120 | 212,531.00 | WASHINGTON MUTUAL | TOWN OF DAVIE | 5/20/08 | 5/20/09 |
| **7** | **Subdivision Bond Total** | | **835,777.00** | | | | |
| 1 | Workers Compensation Bond | 6525118 | 220,000.00 | WASHINGTON MUTUAL, INC. | STATE OF CALIFORNIA. | 6/17/08 | 6/17/09 |
| **1** | **Workers Compensation Bond Total** | | **220,000.00** | | | | |
| **4,046** | **Grand Total** | | **381,138,517.37** | | | | |

# EXHIBIT "E"

## WMI ACCOUNTS AND DISPUTED ACCOUNTS

## DISPUTED ACCOUNTS

| | | | | Balance at: | | |
|---|---|---|---|---|---|---|
| Depositor | Location | Account last 4 digits | Sept 26, 2008 | Sept 30, 2008 | Jan 14, 2010 | |
| Washington Mutual, Inc. | WMBfsb | 4234 | 3,667,943,172 | 3,667,943,172 | 3,676,168,171 | |
| Washington Mutual, Inc. | WMB | 1206 | 52,553,247 | 52,600,201 | 52,697,245 | * |
| Washington Mutual, Inc. | WMB | 0667 | 29,541,662 | 264,068,186 | 261,896,498 | |
| Washington Mutual, Inc. | WMB | 9626 | 4,650 | 4,650 | 4,660 | ** |
| Washington Mutual, Inc. | WMB | 9663 | 747,799 | 747,799 | 749,392 | |
| WMI Investment Corp | WMB | 4704 | 52,974,375 | 53,145,275 | 53,602,475 | |

## WMI ACCOUNTS

| | | | | | | |
|---|---|---|---|---|---|---|
| Ahmanson Developments, Inc. | WMB | 3411 | 1,625,193 | 1,625,209 | 1,628,284 | *** |
| Ahmanson Developments, Inc. | WMB | 8388 | 7,608 | 7,608 | 7,608 | *** |

\*    December 31, 2009 balance
\*\*  Estimate - no statements received
\*\*\*  October 23, 2009 balance - no statements rec'd since

# EXHIBIT "F"

# FORM OF ESCROW AGREEMENT

**EXHIBIT "G"**

**PLAN CONTRIBUTION ASSETS**

**EXHIBIT "H"**

**STIPULATION OF DISMISSAL OF WMI ACTION**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON MUTUAL, INC. <br><br> and <br><br> WMI INVESTMENT CORP., <br><br> Plaintiffs and Counterclaim Defendants, <br><br>          Plaintiffs and Counterclaim Defendants <br><br>     v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity, <br><br>          Defendant, <br><br> and <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as receiver of Washington Mutual Bank, <br><br>          Defendant and Counterclaim Plaintiff, <br><br> and <br><br> JPMORGAN CHASE BANK, N.A., <br><br>          Intervenor-Defendant. | Case No. 1:09-cv-00533 RMC |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to that certain Settlement Agreement, dated as of March __, 2010, and the Order, Pursuant to Section 105 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 6004, and 9019, Authorizing and Approving (A) the Execution, Delivery and Performance of Settlement Agreement and (B) the

Consummation of the Transactions Contemplated Thereby, dated July ___, 2010,

plaintiffs and counterclaim defendants Washington Mutual, Inc. and WMI Investment

Corp. (collectively, the "Plaintiffs"), defendant and counterclaim plaintiff Federal

Deposit Insurance Corporation, in its capacity as receiver for Washington Mutual Bank

(the "FDIC-Receiver"), defendant Federal Deposit Insurance Corporation in its corporate

capacity ("FDIC-Corporate"), and intervenor defendant and counterclaim defendant

JPMorgan Chase Bank, N.A. ("JPMC") hereby stipulate and agree that all claims, causes

of action, and objections of any sort asserted in the above-captioned litigation shall be

and hereby are dismissed with prejudice to refiling the same or any part thereof. Each of

the Plaintiffs, the FDIC-Receiver, FDIC-Corporate, JPMC and any of the other

intervening parties shall be responsible for its own costs of court and attorneys' fees.

Dated: New York, New York
      July ___, 2010

 

WEIL, GOTSHAL & MANGES LLP
Attorneys for Plaintiffs
1300 Eye Street
Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

-and-

767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

By:_____
    Adam P. Strochak

DLA PIPER LLP (US)
Attorneys for FDIC
1251 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501


By:_____
    John J. Clarke, Jr.

SULLIVAN & CROMWELL LLP
Attorneys for JPMorgan Chase Bank, N.A.
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
     -and-
1888 Century Park East
Los Angeles, California 90067
Telephone:  (310) 712-6600
Facsimile:  (310) 712-8800


     -and-


LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE  19899
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450


By:_____
    Robert A. Sacks




SO ORDERED this \_\_\_\_ day
of July, 2010

_____

HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

**EXHIBIT "I"**

**STIPULATION OF DISMISSAL OF JPMC ACTION**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------- x
```
In re           :    Chapter 11
                   :

WASHINGTON MUTUAL, INC., et. al.,[1]    :    Case No. 08-12229 (MFW)
                   :

       Debtors.       :    Jointly Administered
```
----------------------------------------------------------------- x
```
                   :    Adversary Proceeding No. 09-50551

JP MORGAN CHASE BANK, N.A.    :
                   :

        Plaintiff      :
                   :

   - against -         :
                   :

WASHINGTON MUTUAL, INC. AND WMI    :
INVESTMENT CORP.,            :
                   :

       Defendants for all claims,    :
                   :

   - and -           :
                   :

FEDERAL DEPOSIT INSURANCE COMPANY    :
                   :

       Additional Defendant for    :
       Interpleader claim.       :
                   :
```
----------------------------------------------------------------- x
```

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

       Pursuant to that certain Settlement Agreement, dated as of March ___,

2010, and the Order, Pursuant to Section 105 of the Bankruptcy Code and Federal Rules

of Bankruptcy Procedure 2002, 6004 and 9019, Authorizing and Approving (A) the

Execution, Delivery and Performance of Settlement Agreement, and (B) the

Consummation of the Transactions Contemplated Thereby, dated July ___, 2010,

---

[1]       The Debtors in these Chapter 11 cases and the last four digits of each Debtors' federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395).

plaintiff JPMorgan Chase Bank, N.A. (the "<u>Plaintiff</u>"), defendants Washington Mutual,

Inc. and WMI Investment Corp. (collectively, the "<u>Defendants</u>"), and counterclaim

defendant Federal Deposit Insurance Corporation, in its capacity as receiver for

Washington Mutual Bank ("<u>FDIC-Receiver</u>"), hereby stipulate and agree that all claims,

causes of action, and objections of any sort asserted in the above-captioned adversary

proceeding shall be and hereby are dismissed with prejudice to refiling the same or any

part thereof. Each of the Plaintiff, the Defendants and the FDIC-Receiver shall be

responsible for its own costs of court and attorneys' fees.

Dated: New York, New York
      July \_\_\_, 2010

                              SULLIVAN & CROMWELL LLP
                              Attorneys for JPMorgan Chase Bank, N.A.
                              125 Broad Street
                              New York, New York 10004
                              Telephone: (212) 558-4000
                              Facsimile: (212) 558-3588
                                     -and-
                              1888 Century Park East
                              Los Angeles, California 90067
                              Telephone: (310) 712-6600
                              Facsimile: (310) 712-8800

                                   -and-

                              LANDIS RATH & COBB LLP
                              919 Market Street, Suite 1800
                              Wilmington, DE 19899
                              Telephone: (302) 467-4400
                              Facsimile: (302) 467-4450

                            By:_____
                                Robert A. Sacks

QUINN EMANUEL URQUHART
   OLIVER & HEDGES, LLP
Attorneys for Defendants
51 Madison Avenue
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100

-and-

ELLIOTT GREENLEAF
1105 North Market Street
Wilmington, Delaware 19801
Telephone:  (302) 384-9400
Facsimile:  (302) 384-9399

By:_____

YOUNG CONAWAY STARGATT
   & TAYLOR, LLP
Attorneys for the FDIC-Receiver
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

-and-

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York  10020
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501

By:_____

SO ORDERED this _____ day of
July, 2010

_____
HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT "J"

## STIPULATION OF DISMISSAL OF TURNOVER ACTION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------------x
```
In re:                                                    :    Chapter 11
                                                          :
WASHINGTON MUTUAL, INC., *et. al.*,[1]                    :    Case No. 08-12229 (MFW)
                                                          :
Debtors.                                                  :    Jointly Administered
```
-------------------------------------------------------------------x
```
WASHINGTON MUTUAL, INC. AND                               :
WMI INVESTMENT CORP.,                                     :
                                                          :
Plaintiffs,                                               :    Adv. Proc. No. 09-50934
                                                          :
and                                                       :
                                                          :
THE OFFICIAL COMMITTEE OF UNSECURED                       :
CREDITORS OF WASHINGTON MUTUAL, INC.                      :
AND WMI INVESTMENT CORP.,                                 :
                                                          :
Intervenor-Plaintiff,                                     :
                                                          :
v.                                                        :
                                                          :
JPMORGAN CHASE BANK, NATIONAL                             :
ASSOCIATION,                                              :
                                                          :
Defendant,                                                :
                                                          :
and                                                       :
                                                          :
FEDERAL DEPOSIT INSURANCE                                 :
CORPORATION,                                              :
                                                          :
Intervenor-Defendant,                                     :
                                                          :
and                                                       :
                                                          :
BANK BONDHOLDERS,                                         :
                                                          :
Intervenor-Defendant.                                     :
```
-------------------------------------------------------------------x
```

---

[1]    The Debtors in these Chapter 11 cases and the last four digits of each Debtors' federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395).

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to that certain Settlement Agreement, dated as of March ___, 2010, and the Order, Pursuant to Section 105 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 6004 and 9019, Authorizing and Approving (A) the Execution, Delivery and Performance of Settlement Agreement, and (B) the Consummation of the Transactions Contemplated Thereby, dated June ___, 2010, plaintiffs Washington Mutual, Inc. WMI Investment Corp. (collectively, the "*Plaintiffs*"), the Official Committee of Unsecured Creditors (the "*Committee*"), as intervenor-plaintiff, defendant JPMorgan Chase Bank, N.A. ( the "*Defendant*"), and cross-claim defendant Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank (the "*FDIC-Receiver*"), hereby stipulate and agree that all claims, causes of action, and objections of any sort asserted in the above captioned adversary proceeding shall be and hereby are dismissed with prejudice to refiling the same or any part thereof.  Each of the Plaintiffs, the Committee, the Defendant and the FDIC-Receiver shall be responsible for its own costs of court and attorneys' fees.

Dated: New York, New York
      July ___, 2010

                        SULLIVAN & CROMWELL LLP
                        Attorneys for JPMorgan Chase Bank, N.A.
                        125 Broad Street
                        New York, New York 10004
                        Telephone:  (212) 558-4000
                        Facsimile:  (212) 558-3588
                              -and-
                        1888 Century Park East
                        Los Angeles, California 90067
                        Telephone (310) 712-6600
                        Facsimile:  (310) 712-8800

By:_____
   Robert A. Sacks

QUINN EMANUEL URQUHART
   OLIVER & HEDGES, LLP
Attorneys for Defendants
51 Madison Avenue
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100

    -and-

ELLIOTT GREENLEAF
1105 North Market Street
Wilmington, Delaware 19801
Telephone:  (302) 384-9400
Facsimile:  (302) 384-9399

By:_____

YOUNG CONAWAY STARGATT
   & TAYLOR, LLP
Attorneys for the FDIC-Receiver
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

    -and-

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York  10020
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501

    -and-

LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE  19899
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450

By:_____

# EXHIBIT "K"

## STIPULATION OF DISMISSAL OF TEXAS LITIGATION

**EXHIBIT "L"**

**WMI MEDICAL PLAN OBLIGATIONS**

**EXHIBIT "M"**

**WMB/JPMC RABBI TRUSTS**

| Rabbi Trust | Trustee Bank |
|---|---|
| Pacific First Federal Savings Bank Umbrella Trust for Key Employees and Pacific First Federal Savings Bank Umbrella Trust for Directors | Wells Fargo |
| Great Western Financial Corporation Umbrella Trust for Senior Officers and Great Western Financial Corporation Umbrella Trust for Directors* | Wells Fargo |
| American Savings Bank, F.A. Grantor Trust | Bank of New York Mellon |
| The Dime Benefit Protection Trust, Umbrella Trust with respect to the Covered Arrangements for Outside Directors of The Dime Savings Bank of New York, FSB and Related Entities, Umbrella Trust with respect to the Covered Arrangements of The Dime Savings Bank of New York, FSB and Related Entities, and Umbrella Trust with respect to the Designated Arrangements of The Dime Savings Bank of New York, FSB and Related Entities* | Union Bank |
| Providian Financial Corporation Deferred Compensation and Benefits Trust* | Bank of America |
| Trust Under Deferred Compensation Plan and 1993 Supplemental Employment Retirement Plan and Trust Under Deferred Compensation Plan and 1995 Supplemental Employment Retirement Plan ("Coast Federal Trusts") | Northern Trust |

*Rabbi Trusts contain the following BOLI/COLI Policies:

| Carrier | Policy List Bills/# of Policies |
|---|---|
| Pacific Life (Great Western) | 7490A, 7386A, 7570A, z04001-04601, |
| Pacific Life (Providian) | 7810A |
| Met Life (DIME) | 1 Policy |
| AIG (DIME) | 5 Policies |
| Mass Mutual (DIME) | 125 Policies |
| Principal Mutual (DIME) | 1 Policy |

Prudential (DIME)                              48 Policies

**EXHIBIT "N"**

**WMB/JPMC BOLI/COLI Assets**

<u>Carrier</u>
Kemper Investors Life                    K19036-S01W, K19035-SO1W
Met Life                                 191511-G, 191514-G
Hartford                                 VG153
Sun Life                                 G171, G172, G180, G187, G188
Minnesota Life                     55010

Pacific Life                           Z04701, 7776
                                         1A22E76B, 7777
ING Security Life (ELIP)          E208090000, E208090001

US_ACTIVE:\43233955\13\79831.0003

**EXHIBIT "O"**

**CCBI SPLIT DOLLAR Policies**

| Carrier | Issue Date | Policy # | Carrier | Issue Date | Policy # |
|---|---|---|---|---|---|
| Beneficial Life | 8/1/05 | BL2048828 | Midland | 3/1/02 | 650704 |
| Beneficial Life | 8/1/05 | BL2161150 | Midland | 3/1/02 | 650756 |
| Beneficial Life | 8/1/05 | BL2161151 | Midland | 3/1/02 | 650758 |
| Beneficial Life | 8/1/05 | BL2161152 | Midland | 3/1/02 | 650762 |
| Beneficial Life | 8/1/05 | BL2161153 | Midland | 3/1/02 | 650763 |
| Beneficial Life | 8/1/05 | BL2161154 | Midland | 3/1/02 | 650765 |
| Beneficial Life | 8/1/05 | BL2161155 | Midland | 3/1/02 | 650767 |
| Beneficial Life | 8/1/05 | BL2161156 | Midland | 3/1/02 | 650836 |
| Beneficial Life | 8/1/05 | BL2161157 | Midland | 3/1/02 | 650838 |
| Beneficial Life | 8/1/05 | BL2161159 | Midland | 3/1/02 | 650840 |
| Beneficial Life | 8/1/05 | BL2161160 | Midland | 3/1/02 | 650841 |
| Beneficial Life | 8/1/05 | BL2161161 | Midland | 3/1/02 | 650842 |
| Beneficial Life | 8/1/05 | BL2161162 | Midland | 3/1/02 | 650843 |
| Beneficial Life | 8/1/05 | BL2161163 | Midland | 3/1/02 | 650844 |
| Beneficial Life | 8/1/05 | BL2161165 | Midland | 3/1/02 | 650845 |
| Beneficial Life | 8/1/05 | BL2161166 | Midland | 3/1/02 | 680750 |
| Beneficial Life | 8/1/05 | BL2161167 | Midland | 10/28/02 | 666591 |
| Beneficial Life | 8/1/05 | BL2161168 | Midland | 10/28/02 | 666593 |
| Beneficial Life | 8/1/05 | BL2161169 | Midland | 10/28/02 | 666594 |
| Beneficial Life | 8/1/05 | BL2161170 | Midland | 10/28/02 | 666596 |
| Beneficial Life | 8/1/05 | BL2161171 | Midland | 10/28/02 | 666597 |
| Beneficial Life | 8/1/05 | BL2161172 | Midland | 6/4/03 | 680739 |
| Beneficial Life | 8/1/05 | BL2161173 | Midland | 6/4/03 | 680740 |
| Beneficial Life | 8/1/05 | BL2161174 | Midland | 6/4/03 | 680742 |
| Beneficial Life | 8/1/05 | BL2161175 | Midland | 6/4/03 | 680743 |
| Beneficial Life | 8/1/05 | BL2161176 | Midland | 6/4/03 | 680744 |
| Beneficial Life | 8/1/05 | BL2161178 | Midland | 6/4/03 | 680745 |
| Beneficial Life | 8/1/05 | BL2161179 | Midland | 6/4/03 | 680746 |
| Beneficial Life | 8/1/05 | BL2161180 | Midland | 6/4/03 | 680747 |
| Beneficial Life | 8/1/05 | BL2161181 | Midland | 6/4/03 | 680748 |
| Beneficial Life | 8/1/05 | BL2161182 | Midland | 6/4/03 | 680749 |
| Beneficial Life | 8/1/05 | BL2161183 | Midland | 6/4/03 | 680751 |
| Beneficial Life | 8/1/05 | BL2161185 | Midland | 6/4/03 | 680752 |
| Beneficial Life | 8/1/05 | BL2161186 | Midland | 5/28/04 | 687686 |
| Beneficial Life | 8/1/05 | BL2161187 | New York Life | 3/1/02 | 56601745 |
| Beneficial Life | 8/1/05 | BL2161189 | New York Life | 3/1/02 | 56601746 |
| Beneficial Life | 8/1/05 | BL2161190 | New York Life | 3/1/02 | 56601747 |
| Beneficial Life | 8/1/05 | BL2161191 | New York Life | 3/1/02 | 56601748 |
| Beneficial Life | 8/1/05 | BL2161194 | New York Life | 3/1/02 | 56601749 |
| Beneficial Life | 8/1/05 | BL2161195 | New York Life | 3/1/02 | 56601750 |
| Beneficial Life | 8/1/05 | BL2161198 | New York Life | 3/1/02 | 56601751 |
| Beneficial Life | 8/1/05 | BL2161199 | New York Life | 3/1/02 | 56601752 |
| Beneficial Life | 8/1/05 | BL2161200 | New York Life | 3/1/02 | 56601753 |
| Beneficial Life | 8/1/05 | BL2161201 | New York Life | 3/1/02 | 56601754 |
| Beneficial Life | 8/1/05 | BL2161202 | New York Life | 3/1/02 | 56601755 |
| Beneficial Life | 8/1/05 | Bl2161203 | New York Life | 3/1/02 | 56601756 |
| Beneficial Life | 8/1/05 | BL2161204 | New York Life | 3/1/02 | 56601757 |
| Beneficial Life | 8/1/05 | BL2161205 | New York Life | 3/1/02 | 56601758 |
| Beneficial Life | 8/1/05 | BL2161206 | New York Life | 3/1/02 | 56601759 |
| Beneficial Life | 8/1/05 | BL2161207 | New York Life | 3/1/02 | 56602718 |
| Beneficial Life | 8/1/05 | BL2161208 | New York Life | 3/1/02 | 56602719 |
| Beneficial Life | 8/1/05 | BL2161209 | New York Life | 3/1/02 | 56602720 |
| Beneficial Life | 8/1/05 | BL2161210 | New York Life | 3/1/02 | 56602721 |
| Beneficial Life | 8/1/05 | BL2161211 | New York Life | 10/28/02 | 56602717 |
| Beneficial Life | 8/1/05 | BL2161212 | New York Life | 6/4/03 | 56606181 |
| Beneficial Life | 8/1/05 | BL2161213 | New York Life | 6/4/03 | 56606182 |
| Beneficial Life | 8/1/05 | BL2161214 | New York Life | 6/4/03 | 56606183 |
| Beneficial Life | 8/1/05 | BL2161215 | New York Life | 6/4/03 | 56606184 |
| Beneficial Life | 8/1/05 | BL2161216 | New York Life | 6/4/03 | 56606185 |
| Beneficial Life | 8/1/05 | BL2161217 | New York Life | 6/4/03 | 56606186 |
| Beneficial Life | 8/1/05 | BL2161218 | New York Life | 6/4/03 | 56606187 |
| Beneficial Life | 8/1/05 | BL2161219 | New York Life | 6/4/03 | 56606188 |
| Beneficial Life | 8/1/05 | BL2161220 | New York Life | 6/4/03 | 56606189 |
| Beneficial Life | 8/1/05 | BL2161221 | New York Life | 6/4/03 | 56606190 |
| Beneficial Life | 8/1/05 | BL2161222 | New York Life | 6/4/03 | 56606191 |
| Beneficial Life | 8/1/05 | BL2161223 | New York Life | 6/4/03 | 56606192 |

| Carrier | Issue Date | Policy # | Carrier | Issue Date | Policy # |
|---|---|---|---|---|---|
| Beneficial Life | 8/1/05 | BL2161224 | New York Life | 6/4/03 | 56606193 |
| Beneficial Life | 8/1/05 | BL2161225 | New York Life | 6/4/03 | 56606194 |
| Beneficial Life | 8/1/05 | BL2161226 | New York Life | 6/4/03 | 56606195 |
| Beneficial Life | 8/1/05 | BL2161227 | New York Life | 6/4/03 | 56606196 |
| Beneficial Life | 8/1/05 | BL2161228 | New York Life | 6/4/03 | 56606197 |
| Beneficial Life | 8/1/05 | BL2161229 | New York Life | 6/4/03 | 56606198 |
| Beneficial Life | 8/1/05 | BL2161230 | New York Life | 6/4/03 | 56606199 |
| Beneficial Life | 8/1/05 | BL2161231 | New York Life | 6/4/03 | 56606200 |
| Beneficial Life | 8/1/05 | BL2161232 | New York Life | 6/4/03 | 56606201 |
| Beneficial Life | 8/1/05 | BL2161233 | New York Life | 6/4/03 | 56606202 |
| Beneficial Life | 8/1/05 | BL2161910 | New York Life | 6/4/03 | 56606203 |
| Beneficial Life | 8/1/05 | BL2161912 | New York Life | 6/4/03 | 56606204 |
| Beneficial Life | 8/1/05 | BL2161913 | New York Life | 6/4/03 | 56606205 |
| Beneficial Life | 8/1/05 | BL2161914 | New York Life | 5/28/04 | 56608347 |
| Beneficial Life | 8/1/05 | BL2161915 | New York Life | 8/1/05 | 56611467 |
| Beneficial Life | 8/1/05 | BL2161916 | New York Life | 8/1/05 | 56611468 |
| Beneficial Life | 8/1/05 | BL2161917 | New York Life | 8/1/05 | 56611469 |
| Beneficial Life | 8/1/05 | BL2161918 | New York Life | 8/1/05 | 56611470 |
| Beneficial Life | 8/1/05 | BL2161919 | New York Life | 8/1/05 | 56611471 |
| Beneficial Life | 8/1/05 | BL2162054 | New York Life | 8/1/05 | 56611472 |
| Beneficial Life | 8/1/05 | BL2162055 | New York Life | 8/1/05 | 56611473 |
| Beneficial Life | 8/1/05 | BL2162056 | New York Life | 8/1/05 | 56611474 |
| Beneficial Life | 8/1/05 | BL2162057 | New York Life | 8/1/05 | 56611475 |
| Beneficial Life | 8/1/05 | BL2162058 | New York Life | 8/1/05 | 56611476 |
| Beneficial Life | 8/1/05 | BL2162059 | New York Life | 8/1/05 | 56611477 |
| Beneficial Life | 8/1/05 | BL2162060 | New York Life | 8/1/05 | 56611478 |
| Beneficial Life | 8/1/05 | BL2162061 | New York Life | 8/1/05 | 56611479 |
| Beneficial Life | 8/1/05 | BL2162062 | New York Life | 8/1/05 | 56611480 |
| Beneficial Life | 8/1/05 | BL2162063 | New York Life | 8/1/05 | 56611481 |
| Beneficial Life | 8/1/05 | BL2162064 | New York Life | 8/1/05 | 56611482 |
| Beneficial Life | 8/1/05 | BL2162065 | New York Life | 8/1/05 | 56611483 |
| Beneficial Life | 8/1/05 | BL2162066 | New York Life | 8/1/05 | 56611484 |
| Beneficial Life | 8/1/05 | BL2162067 | New York Life | 8/1/05 | 56611485 |
| Beneficial Life | 8/1/05 | BL2162068 | New York Life | 8/1/05 | 56611486 |
| Beneficial Life | 8/1/05 | BL2162069 | New York Life | 8/1/05 | 56611487 |
| Beneficial Life | 8/1/05 | BL2162070 | New York Life | 8/1/05 | 56611488 |
| Beneficial Life | 8/1/05 | BL2162071 | New York Life | 8/1/05 | 56611489 |
| Beneficial Life | 8/1/05 | BL2162072 | New York Life | 8/1/05 | 56611490 |
| Beneficial Life | 8/1/05 | BL2162073 | New York Life | 8/1/05 | 56611491 |
| Beneficial Life | 8/1/05 | BL2162074 | New York Life | 8/1/05 | 56611492 |
| Beneficial Life | 8/1/05 | BL2162075 | New York Life | 8/1/05 | 56611493 |
| Beneficial Life | 8/1/05 | BL2162076 | New York Life | 8/1/05 | 56611494 |
| Beneficial Life | 8/1/05 | BL2162077 | New York Life | 8/1/05 | 56611495 |
| Beneficial Life | 10/5/05 | BL2163981 | New York Life | 8/1/05 | 56611496 |
| Beneficial Life | 10/5/05 | BL2163982 | New York Life | 8/1/05 | 56611497 |
| Beneficial Life | 10/5/05 | BL2163983 | New York Life | 8/1/05 | 56611498 |
| Beneficial Life | 10/5/05 | BL2163984 | New York Life | 8/1/05 | 56611499 |
| Beneficial Life | 10/5/05 | BL2163985 | New York Life | 8/1/05 | 56611500 |
| Beneficial Life | 10/5/05 | BL2163986 | New York Life | 8/1/05 | 56611501 |
| Beneficial Life | 10/5/05 | BL2163987 | New York Life | 8/1/05 | 56611502 |
| Beneficial Life | 10/5/05 | BL2163988 | New York Life | 8/1/05 | 56611503 |
| Beneficial Life | 10/5/05 | BL2163989 | New York Life | 8/1/05 | 56611504 |
| Beneficial Life | 10/5/05 | BL2163990 | New York Life | 8/1/05 | 56611505 |
| Beneficial Life | 10/5/05 | BL2163991 | New York Life | 8/1/05 | 56611506 |
| Beneficial Life | 10/5/05 | BL2163992 | New York Life | 8/1/05 | 56611507 |
| Beneficial Life | 10/5/05 | BL2163993 | New York Life | 8/1/05 | 56611508 |
| Beneficial Life | 10/5/05 | BL2163994 | New York Life | 8/1/05 | 56611509 |
| Beneficial Life | 10/5/05 | BL2163995 | New York Life | 8/1/05 | 56611510 |
| Beneficial Life | 10/5/05 | BL2163996 | New York Life | 8/1/05 | 56611511 |
| Beneficial Life | 10/5/05 | BL2163997 | New York Life | 8/1/05 | 56611512 |
| Beneficial Life | 10/5/05 | BL2163998 | New York Life | 10/5/05 | 56611650 |
| Beneficial Life | 10/5/05 | BL2163999 | New York Life | 10/5/05 | 56611651 |
| Beneficial Life | 10/5/05 | BL2164000 | New York Life | 10/5/05 | 56611652 |
| Beneficial Life | 10/5/05 | BL2164001 | New York Life | 10/5/05 | 56611653 |
| Beneficial Life | 10/5/05 | BL2164002 | New York Life | 10/5/05 | 56611654 |
| Beneficial Life | 10/5/05 | BL2164003 | New York Life | 10/5/05 | 56611655 |

| Carrier | Issue Date | Policy # | Carrier | Issue Date | Policy # |
|---|---|---|---|---|---|
| Beneficial Life | 10/5/05 | BL2164004 | New York Life | 10/5/05 | 56611656 |
| Beneficial Life | 10/5/05 | BL2164005 | New York Life | 10/5/05 | 56611657 |
| Beneficial Life | 10/5/05 | BL2164006 | New York Life | 10/5/05 | 56611658 |
| Beneficial Life | 10/5/05 | BL2164007 | New York Life | 10/5/05 | 56611659 |
| Beneficial Life | 10/5/05 | BL2164008 | New York Life | 10/5/05 | 56611660 |
| Beneficial Life | 10/5/05 | BL2164009 | New York Life | 10/5/05 | 56611661 |
| Beneficial Life | 10/5/05 | BL2164010 | New York Life | 10/5/05 | 56611662 |
| Beneficial Life | 10/5/05 | BL2164011 | New York Life | 10/5/05 | 56611663 |
| Beneficial Life | 10/5/05 | BL2164012 | New York Life | 10/5/05 | 56611664 |
| Beneficial Life | 10/5/05 | BL2164013 | New York Life | 10/5/05 | 56611665 |
| Beneficial Life | 10/5/05 | BL2164014 | New York Life | 10/5/05 | 56611666 |
| Beneficial Life | 10/5/05 | BL2164015 | New York Life | 10/5/05 | 56611667 |
| Beneficial Life | 10/5/05 | BL2164033 | New York Life | 10/5/05 | 56611668 |
| Beneficial Life | 10/5/05 | BL2164474 | New York Life | 10/5/05 | 56611669 |
| Beneficial Life | 10/5/05 | BL2164475 | New York Life | 10/5/05 | 56611670 |
| Beneficial Life | 10/5/05 | BL2164476 | New York Life | 10/5/05 | 56611671 |
| Beneficial Life | 10/5/05 | BL2164477 | New York Life | 10/5/05 | 56611672 |
| Beneficial Life | 10/5/05 | BL2164478 | New York Life | 10/5/05 | 56611673 |
| Beneficial Life | 10/5/05 | BL2164479 | New York Life | 10/5/05 | 56611674 |
| Beneficial Life | 10/5/05 | BL2164480 | New York Life | 10/5/05 | 56611675 |
| Beneficial Life | 10/5/05 | BL2164481 | New York Life | 10/5/05 | 56611676 |
| Beneficial Life | 10/5/05 | BL2164482 | New York Life | 10/5/05 | 56611677 |
| Beneficial Life | 10/5/05 | BL2164483 | New York Life | 10/5/05 | 56611678 |
| Beneficial Life | 10/5/05 | BL2164484 | New York Life | 10/5/05 | 56611679 |
| Beneficial Life | 10/5/05 | BL2164485 | New York Life | 10/5/05 | 56611680 |
| Beneficial Life | 10/5/05 | BL2164486 | New York Life | 10/5/05 | 56611681 |
| Beneficial Life | 10/5/05 | BL2164487 | New York Life | 10/5/05 | 56611682 |
| Beneficial Life | 10/5/05 | BL2164488 | New York Life | 10/5/05 | 56611683 |
| Beneficial Life | 10/5/05 | BL2164489 | New York Life | 10/5/05 | 56611684 |
| Beneficial Life | 10/5/05 | BL2164490 | New York Life | 3/28/06 | 56612329 |
| Beneficial Life | 10/5/05 | BL2164491 | New York Life | 3/28/06 | 56612330 |
| Beneficial Life | 10/5/05 | BL2164492 | Northwestern Mutual | 3/31/03 | 16457269 |
| Beneficial Life | 10/5/05 | BL2164493 | Northwestern Mutual | 3/31/03 | 16457404 |
| Beneficial Life | 10/5/05 | BL2164494 | Northwestern Mutual | 3/31/03 | 16457424 |
| Beneficial Life | 10/5/05 | BL2164495 | Northwestern Mutual | 3/31/03 | 16457472 |
| Beneficial Life | 10/5/05 | BL2164496 | Northwestern Mutual | 3/31/03 | 16457490 |
| Beneficial Life | 10/5/05 | BL2164497 | Northwestern Mutual | 3/31/03 | 16457506 |
| Beneficial Life | 10/5/05 | BL2164498 | Northwestern Mutual | 3/31/03 | 16457511 |
| Beneficial Life | 10/5/05 | BL2164499 | Northwestern Mutual | 3/31/03 | 16457514 |
| Beneficial Life | 10/5/05 | BL2164500 | Northwestern Mutual | 3/31/03 | 16457530 |
| Beneficial Life | 10/5/05 | BL2164501 | Northwestern Mutual | 3/31/03 | 16457554 |
| Beneficial Life | 10/5/05 | BL2164502 | Northwestern Mutual | 3/31/03 | 16457559 |
| Beneficial Life | 3/30/06 | BL2050021 | Northwestern Mutual | 3/31/03 | 16457575 |
| Beneficial Life | 3/30/06 | BL2050058 | Northwestern Mutual | 3/31/03 | 16457579 |
| Jefferson Pilot | 3/1/02 | JP5242202 | Northwestern Mutual | 3/31/03 | 16457599 |
| Jefferson Pilot | 3/1/02 | JP5242203 | Northwestern Mutual | 3/31/03 | 16457613 |
| Jefferson Pilot | 3/1/02 | JP5242204 | Northwestern Mutual | 3/31/03 | 16456632 |
| Jefferson Pilot | 3/1/02 | JP5242205 | Northwestern Mutual | 3/31/03 | 16457633 |
| Jefferson Pilot | 3/1/02 | JP5242206 | Northwestern Mutual | 3/31/03 | 16457645 |
| Jefferson Pilot | 3/1/02 | JP5242207 | Northwestern Mutual | 3/31/03 | 16457710 |
| Jefferson Pilot | 3/1/02 | JP5242208 | Northwestern Mutual | 3/31/03 | 16457725 |
| Jefferson Pilot | 3/1/02 | JP5242209 | Northwestern Mutual | 3/31/03 | 16457729 |
| Jefferson Pilot | 3/1/02 | JP5242210 | Northwestern Mutual | 3/31/03 | 16457731 |
| Jefferson Pilot | 3/1/02 | JP5242211 | Northwestern Mutual | 3/31/03 | 16457739 |
| Jefferson Pilot | 3/1/02 | JP5242212 | Northwestern Mutual | 3/31/03 | 16457747 |
| Jefferson Pilot | 3/1/02 | JP5242213 | Northwestern Mutual | 3/31/03 | 16457755 |
| Jefferson Pilot | 3/1/02 | JP5242214 | Northwestern Mutual | 3/31/03 | 16457767 |
| Jefferson Pilot | 3/1/02 | JP5242215 | Northwestern Mutual | 3/31/03 | 16457778 |
| Jefferson Pilot | 3/1/02 | JP5242216 | Northwestern Mutual | 3/31/03 | 16457786 |
| Jefferson Pilot | 10/28/02 | JP5262455 | Northwestern Mutual | 3/31/03 | 16457790 |
| Jefferson Pilot | 10/28/02 | JP5262456 | Northwestern Mutual | 3/31/03 | 16457796 |
| Jefferson Pilot | 10/28/02 | JP5262457 | Northwestern Mutual | 3/31/03 | 16457809 |
| Jefferson Pilot | 10/28/02 | JP5262458 | Northwestern Mutual | 3/31/03 | 16457820 |
| Jefferson Pilot | 10/28/02 | JP5262459 | Northwestern Mutual | 3/31/03 | 16457858 |
| Jefferson Pilot | 6/4/03 | JP5299304 | Northwestern Mutual | 3/31/03 | 16457863 |
| Jefferson Pilot | 6/4/03 | JP5299305 | Northwestern Mutual | 3/31/03 | 16457873 |

| Carrier | Issue Date | Policy # | Carrier | Issue Date | Policy # |
|---|---|---|---|---|---|
| Jefferson Pilot | 6/4/03 | JP5299306 | Northwestern Mutual | 3/31/03 | 16457884 |
| Jefferson Pilot | 6/4/03 | JP5299307 | Northwestern Mutual | 3/31/03 | 16457896 |
| Jefferson Pilot | 6/4/03 | JP5299308 | Northwestern Mutual | 3/31/03 | 16457901 |
| Jefferson Pilot | 6/4/03 | JP5299309 | Northwestern Mutual | 3/31/03 | 16457913 |
| Jefferson Pilot | 6/4/03 | JP5299310 | Northwestern Mutual | 3/31/03 | 16457917 |
| Jefferson Pilot | 6/4/03 | JP5299311 | Northwestern Mutual | 3/31/03 | 16457924 |
| Jefferson Pilot | 6/4/03 | JP5299316 | Northwestern Mutual | 3/31/03 | 16457925 |
| Jefferson Pilot | 6/4/03 | JP5299317 | Northwestern Mutual | 3/31/03 | 16457931 |
| Jefferson Pilot | 6/4/03 | JP5299318 | Northwestern Mutual | 3/31/03 | 16457932 |
| Jefferson Pilot | 6/4/03 | JP5299319 | Northwestern Mutual | 3/31/03 | 16457938 |
| Jefferson Pilot | 6/4/03 | JP5401632 | Northwestern Mutual | 3/31/03 | 16457940 |
| Jefferson Pilot | 5/28/04 | JP5446156 | Northwestern Mutual | 3/31/03 | 16457944 |
| John Hancock | 3/1/02 | SB59258001 | Northwestern Mutual | 3/31/03 | 16457946 |
| John Hancock | 3/1/02 | SB59258002 | Northwestern Mutual | 3/31/03 | 16457952 |
| John Hancock | 3/1/02 | SB59258003 | Northwestern Mutual | 3/31/03 | 16457956 |
| John Hancock | 3/1/02 | SB59258004 | Northwestern Mutual | 3/31/03 | 16457958 |
| John Hancock | 3/1/02 | SB59258005 | Northwestern Mutual | 3/31/03 | 16457961 |
| John Hancock | 3/1/02 | SB59258006 | Northwestern Mutual | 3/31/03 | 16457965 |
| John Hancock | 3/1/02 | SB59258007 | Northwestern Mutual | 3/31/03 | 16457968 |
| John Hancock | 3/1/02 | SB59258008 | Northwestern Mutual | 3/31/03 | 16457971 |
| John Hancock | 3/1/02 | SB59258009 | Northwestern Mutual | 3/31/03 | 16457976 |
| John Hancock | 3/1/02 | SB59258010 | Northwestern Mutual | 3/31/03 | 16457977 |
| John Hancock | 3/1/02 | SB59258011 | Northwestern Mutual | 3/31/03 | 16457979 |
| John Hancock | 3/1/02 | SB59258012 | Northwestern Mutual | 3/31/03 | 16457983 |
| John Hancock | 3/1/02 | SB59258013 | Northwestern Mutual | 3/31/03 | 16457985 |
| John Hancock | 3/1/02 | SB59258014 | Northwestern Mutual | 3/31/03 | 16457990 |
| John Hancock | 3/1/02 | SB59258015 | Northwestern Mutual | 3/31/03 | 16457994 |
| John Hancock | 10/31/02 | SB59528002 | Northwestern Mutual | 3/31/03 | 16458002 |
| John Hancock | 10/31/02 | SB59528003 | Northwestern Mutual | 3/31/03 | 16458017 |
| John Hancock | 10/31/02 | SB59528004 | Northwestern Mutual | 3/31/03 | 16458020 |
| John Hancock | 10/31/02 | SB59528005 | Northwestern Mutual | 3/31/03 | 16458027 |
| John Hancock | 10/31/02 | SB59528006 | Northwestern Mutual | 3/31/03 | 16458029 |
| John Hancock | 3/31/03 | SB59955001 | Northwestern Mutual | 3/31/03 | 16458031 |
| John Hancock | 3/31/03 | SB59955002 | Northwestern Mutual | 3/31/03 | 16458038 |
| John Hancock | 3/31/03 | SB59955003 | Northwestern Mutual | 3/31/03 | 16458040 |
| John Hancock | 3/31/03 | SB59955004 | Northwestern Mutual | 3/31/03 | 16458042 |
| John Hancock | 3/31/03 | SB59955005 | Northwestern Mutual | 3/31/03 | 16458044 |
| John Hancock | 3/31/03 | SB59955006 | Northwestern Mutual | 3/31/03 | 16458045 |
| John Hancock | 3/31/03 | SB59955007 | Northwestern Mutual | 3/31/03 | 16458046 |
| John Hancock | 3/31/03 | SB59955008 | Northwestern Mutual | 3/31/03 | 16458047 |
| John Hancock | 3/31/03 | SB59955009 | Northwestern Mutual | 3/31/03 | 16458050 |
| John Hancock | 3/31/03 | SB59955010 | Northwestern Mutual | 3/31/03 | 16458053 |
| John Hancock | 3/31/03 | SB59955011 | Northwestern Mutual | 3/31/03 | 16458054 |
| John Hancock | 3/31/03 | SB59955012 | Northwestern Mutual | 3/31/03 | 16458056 |
| John Hancock | 3/31/03 | SB59955013 | Northwestern Mutual | 3/31/03 | 16458058 |
| John Hancock | 3/31/03 | SB59955014 | Northwestern Mutual | 3/31/03 | 16458062 |
| John Hancock | 3/31/03 | SB59955015 | Northwestern Mutual | 3/31/03 | 16458065 |
| John Hancock | 3/31/03 | SB59955016 | Northwestern Mutual | 3/31/03 | 16458066 |
| John Hancock | 3/31/03 | SB59955017 | Northwestern Mutual | 3/31/03 | 16458070 |
| John Hancock | 3/31/03 | SB59955018 | Northwestern Mutual | 3/31/03 | 16458075 |
| John Hancock | 3/31/03 | SB59955019 | Northwestern Mutual | 3/31/03 | 16458079 |
| John Hancock | 3/31/03 | SB59955020 | Northwestern Mutual | 3/31/03 | 16458082 |
| John Hancock | 3/31/03 | SB59955021 | Northwestern Mutual | 3/31/03 | 16459230 |
| John Hancock | 3/31/03 | SB59955022 | Northwestern Mutual | 3/31/03 | 16459308 |
| John Hancock | 3/31/03 | SB59955023 | Northwestern Mutual | 3/31/03 | 16459326 |
| John Hancock | 3/31/03 | SB59955024 | Northwestern Mutual | 3/31/03 | 16462306 |
| John Hancock | 3/31/03 | SB59955025 | Northwestern Mutual | 3/31/03 | 16462325 |
| John Hancock | 3/31/03 | SB59955026 | Northwestern Mutual | 3/31/03 | 16462339 |
| John Hancock | 3/31/03 | SB59955027 | Northwestern Mutual | 3/31/03 | 16462808 |
| John Hancock | 3/31/03 | SB59955028 | Northwestern Mutual | 3/31/03 | 16474425 |
| John Hancock | 3/31/03 | SB59955029 | Northwestern Mutual | 3/31/03 | 16474457 |
| John Hancock | 3/31/03 | SB59955030 | Northwestern Mutual | 3/31/03 | 16535527 |
| John Hancock | 3/31/03 | SB59955031 | Northwestern Mutual | 3/31/03 | 16535637 |
| John Hancock | 3/31/03 | SB59955032 | Northwestern Mutual | 11/11/03 | 16632742 |
| John Hancock | 3/31/03 | SB59955033 | Northwestern Mutual | 11/11/03 | 16632803 |
| John Hancock | 3/31/03 | SB59955034 |  |  |  |

| Carrier | Issue Date | Policy # | Carrier | Issue Date | Policy # |
|---------|-----------|----------|---------|-----------|----------|
| John Hancock | 3/31/03 | SB59955035 | Northwestern Mutual | 11/11/03 | 16632829 |
| John Hancock | 3/31/03 | SB59955036 | Northwestern Mutual | 11/11/03 | 16632847 |
| John Hancock | 3/31/03 | SB59955037 | Northwestern Mutual | 11/11/03 | 16632876 |
| John Hancock | 3/31/03 | SB59955038 | Northwestern Mutual | 11/11/03 | 16632914 |
| John Hancock | 3/31/03 | SB59955039 | Northwestern Mutual | 11/11/03 | 16632951 |
| John Hancock | 3/31/03 | SB59955040 | Northwestern Mutual | 11/11/03 | 16632975 |
| John Hancock | 3/31/03 | SB59955041 | Northwestern Mutual | 11/11/03 | 16633025 |
| John Hancock | 3/31/03 | SB59955042 | Security Life | 3/1/02 | 660020260 |
| John Hancock | 3/31/03 | SB59955043 | Security Life | 3/1/02 | 660020262 |
| John Hancock | 3/31/03 | SB59955044 | Security Life | 3/1/02 | 660020263 |
| John Hancock | 3/31/03 | SB59955045 | Security Life | 3/1/02 | 660020264 |
| John Hancock | 3/31/03 | SB59955046 | Security Life | 3/1/02 | 660020265 |
| John Hancock | 3/31/03 | SB59955047 | Security Life | 3/1/02 | 660020266 |
| John Hancock | 3/31/03 | SB59955048 | Security Life | 3/1/02 | 660020267 |
| John Hancock | 3/31/03 | SB59955049 | Security Life | 3/1/02 | 660020268 |
| John Hancock | 3/31/03 | SB59955050 | Security Life | 3/1/02 | 660020269 |
| John Hancock | 3/31/03 | SB59955051 | Security Life | 3/1/02 | 660020270 |
| John Hancock | 3/31/03 | SB59955052 | Security Life | 3/1/02 | 660020271 |
| John Hancock | 3/31/03 | SB59955053 | Security Life | 3/1/02 | 660020272 |
| John Hancock | 3/31/03 | SB59955054 | Security Life | 3/1/02 | 660020273 |
| John Hancock | 3/31/03 | SB59955055 | Security Life | 3/1/02 | 660020274 |
| John Hancock | 3/31/03 | SB59955056 | Security Life | 3/1/02 | 660020275 |
| John Hancock | 3/31/03 | SB59955057 | Security Life | 10/28/02 | 600097285 |
| John Hancock | 3/31/03 | SB59955058 | Security Life | 10/28/02 | 600097286 |
| John Hancock | 3/31/03 | SB59955059 | Security Life | 10/28/02 | 600097287 |
| John Hancock | 3/31/03 | SB59955060 | Security Life | 10/28/02 | 600097288 |
| John Hancock | 3/31/03 | SB59955061 | Security Life | 10/28/02 | 600097289 |
| John Hancock | 3/31/03 | SB59955062 | Security Life | 6/4/03 | 660029988 |
| John Hancock | 3/31/03 | SB59955063 | Security Life | 6/4/03 | 660029989 |
| John Hancock | 3/31/03 | SB59955064 | Security Life | 6/4/03 | 660029990 |
| John Hancock | 3/31/03 | SB59955065 | Security Life | 6/4/03 | 660029991 |
| John Hancock | 3/31/03 | SB59955066 | Security Life | 6/4/03 | 660029992 |
| John Hancock | 3/31/03 | SB59955067 | Security Life | 6/4/03 | 660029993 |
| John Hancock | 3/31/03 | SB59955068 | Security Life | 6/4/03 | 660029994 |
| John Hancock | 3/31/03 | SB59955069 | Security Life | 6/4/03 | 660029995 |
| John Hancock | 3/31/03 | SB59955070 | Security Life | 6/4/03 | 660029996 |
| John Hancock | 3/31/03 | SB59955071 | Security Life | 6/4/03 | 660029997 |
| John Hancock | 3/31/03 | SB59955072 | Security Life | 6/4/03 | 660029998 |
| John Hancock | 3/31/03 | SB59955073 | Security Life | 6/4/03 | 660029999 |
| John Hancock | 3/31/03 | SB59955074 | Security Life | 6/4/03 | 660030000 |
| John Hancock | 3/31/03 | SB59955075 | Security Life | 5/28/04 | 1571669 |
| John Hancock | 3/31/03 | SB59955076 | Security Life | 8/1/05 | 1574344 |
| John Hancock | 6/4/03 | SB59981001 | Security Life | 8/1/05 | 1574345 |
| John Hancock | 6/4/03 | SB59981002 | Security Life | 8/1/05 | 1574346 |
| John Hancock | 6/4/03 | SB59981003 | Security Life | 8/1/05 | 1574348 |
| John Hancock | 6/4/03 | SB59981004 | Security Life | 8/1/05 | 1574349 |
| John Hancock | 6/4/03 | SB59981005 | Security Life | 8/1/05 | 1574350 |
| John Hancock | 6/4/03 | SB59981006 | Security Life | 8/1/05 | 1574351 |
| John Hancock | 6/4/03 | SB59981007 | Security Life | 8/1/05 | 1574352 |
| John Hancock | 6/4/03 | SB59981008 | Security Life | 8/1/05 | 1574354 |
| John Hancock | 6/4/03 | SB59981009 | Security Life | 8/1/05 | 1574355 |
| John Hancock | 6/4/03 | SB59981010 | Security Life | 8/1/05 | 1574356 |
| John Hancock | 6/4/03 | SB59981011 | Security Life | 8/1/05 | 1574357 |
| John Hancock | 6/4/03 | SB59981012 | Security Life | 8/1/05 | 1574358 |
| John Hancock | 6/4/03 | SB59981013 | Security Life | 8/1/05 | 1574359 |
| Mass Mutual | 3/1/02 | 0048075 | Security Life | 8/1/05 | 1574360 |
| Mass Mutual | 3/1/02 | 0048076 | Security Life | 8/1/05 | 1574361 |
| Mass Mutual | 3/1/02 | 0048077 | Security Life | 8/1/05 | 1574362 |
| Mass Mutual | 3/1/02 | 0048078 | Security Life | 8/1/05 | 1574363 |
| Mass Mutual | 3/1/02 | 0048079 | Security Life | 8/1/05 | 1574364 |
| Mass Mutual | 3/1/02 | 0048080 | Security Life | 8/1/05 | 1574365 |
| Mass Mutual | 3/1/02 | 0048081 | Security Life | 8/1/05 | 1574366 |
| Mass Mutual | 3/1/02 | 0048082 | Security Life | 8/1/05 | 1574367 |
| Mass Mutual | 3/1/02 | 0048083 | Security Life | 8/1/05 | 1574368 |
| Mass Mutual | 3/1/02 | 0048084 | Security Life | 8/1/05 | 1574369 |
| Mass Mutual | 3/1/02 | 0048085 | Security Life | 8/1/05 | 1574370 |
| Mass Mutual | 3/1/02 | 0048086 | | | |

| Carrier | Issue Date | Policy # | Carrier | Issue Date | Policy # |
|---------|-----------|----------|---------|-----------|----------|
| Mass Mutual | 3/1/02 | 0048087 | Security Life | 8/1/05 | 1574372 |
| Mass Mutual | 3/1/02 | 0048088 | Security Life | 8/1/05 | 1574373 |
| Mass Mutual | 3/1/02 | 0048089 | Security Life | 8/1/05 | 1574374 |
| Mass Mutual | 3/28/03 | 0056629 | Security Life | 8/1/05 | 1574514 |
| Mass Mutual | 3/28/03 | 0056630 | Security Life | 8/1/05 | 1574515 |
| Mass Mutual | 3/28/03 | 0056631 | Security Life | 8/1/05 | 1574516 |
| Mass Mutual | 3/28/03 | 0056632 | Security Life | 8/1/05 | 1574517 |
| Mass Mutual | 3/28/03 | 0056633 | Security Life | 8/1/05 | 1574518 |
| Mass Mutual | 3/28/03 | 0056634 | Security Life | 8/1/05 | 1574519 |
| Mass Mutual | 3/28/03 | 0056635 | Security Life | 8/1/05 | 1574520 |
| Mass Mutual | 3/28/03 | 0056636 | Security Life | 8/1/05 | 1574521 |
| Mass Mutual | 3/28/03 | 0056637 | Security Life | 8/1/05 | 1574522 |
| Mass Mutual | 3/28/03 | 0056638 | Security Life | 8/1/05 | 1574523 |
| Mass Mutual | 3/28/03 | 0056639 | Security Life | 8/1/05 | 1574524 |
| Mass Mutual | 3/28/03 | 0056640 | Security Life | 8/1/05 | 1574525 |
| Mass Mutual | 3/28/03 | 0056641 | Security Life | 8/1/05 | 1574526 |
| Mass Mutual | 3/28/03 | 0056642 | Security Life | 8/1/05 | 1574527 |
| Mass Mutual | 3/28/03 | 0056643 | Security Life | 8/1/05 | 1574528 |
| Mass Mutual | 3/28/03 | 0056644 | Security Life | 8/1/05 | 1574529 |
| Mass Mutual | 3/28/03 | 0056645 | Security Life | 8/1/05 | 1574531 |
| Mass Mutual | 3/28/03 | 0056646 | Security Life | 8/1/05 | 1574537 |
| Mass Mutual | 3/28/03 | 0056647 | Security Life | 10/5/05 | 1574713 |
| Mass Mutual | 3/28/03 | 0056648 | Security Life | 10/5/05 | 1574714 |
| Mass Mutual | 3/28/03 | 0056649 | Security Life | 10/5/05 | 1574715 |
| Mass Mutual | 3/28/03 | 0056650 | Security Life | 10/5/05 | 1574716 |
| Mass Mutual | 3/28/03 | 0056651 | Security Life | 10/5/05 | 1574717 |
| Mass Mutual | 3/28/03 | 0056652 | Security Life | 10/5/05 | 1574718 |
| Mass Mutual | 3/28/03 | 0056653 | Security Life | 10/5/05 | 1574719 |
| Mass Mutual | 3/28/03 | 0056654 | Security Life | 10/5/05 | 1574720 |
| Mass Mutual | 3/28/03 | 0056655 | Security Life | 10/5/05 | 1574721 |
| Mass Mutual | 3/28/03 | 0056656 | Security Life | 10/5/05 | 1574722 |
| Mass Mutual | 3/28/03 | 0056657 | Security Life | 10/5/05 | 1574723 |
| Mass Mutual | 3/28/03 | 0056658 | Security Life | 10/5/05 | 1574724 |
| Mass Mutual | 3/28/03 | 0056659 | Security Life | 10/5/05 | 1574725 |
| Mass Mutual | 3/28/03 | 0056660 | Security Life | 10/5/05 | 1574726 |
| Mass Mutual | 3/28/03 | 0056661 | Security Life | 10/5/05 | 1574727 |
| Mass Mutual | 3/28/03 | 0056662 | Security Life | 10/5/05 | 1574728 |
| Mass Mutual | 3/28/03 | 0056663 | Security Life | 10/5/05 | 1574729 |
| Mass Mutual | 3/28/03 | 0056664 | Security Life | 10/5/05 | 1574730 |
| Mass Mutual | 3/28/03 | 0056665 | Security Life | 10/5/05 | 1574731 |
| Mass Mutual | 3/28/03 | 0056666 | Security Life | 10/5/05 | 1574732 |
| Mass Mutual | 3/28/03 | 0056667 | Security Life | 10/5/05 | 1574733 |
| Mass Mutual | 3/28/03 | 0056668 | Security Life | 10/5/05 | 1574734 |
| Mass Mutual | 3/28/03 | 0056669 | Security Life | 10/5/05 | 1574735 |
| Mass Mutual | 3/28/03 | 0056670 | Security Life | 10/5/05 | 1574736 |
| Mass Mutual | 3/28/03 | 0056671 | Security Life | 10/5/05 | 1574737 |
| Mass Mutual | 3/28/03 | 0056672 | Security Life | 10/5/05 | 1574746 |
| Mass Mutual | 3/28/03 | 0056673 | Security Life | 10/5/05 | 1574747 |
| Mass Mutual | 3/28/03 | 0056674 | Security Life | 10/5/05 | 1574748 |
| Mass Mutual | 3/28/03 | 0056675 | West Coast Life | 3/1/02 | ZUA388894 |
| Mass Mutual | 3/28/03 | 0056676 | West Coast Life | 3/1/02 | ZUA388895 |
| Mass Mutual | 3/28/03 | 0056677 | West Coast Life | 3/1/02 | ZUA388896 |
| Mass Mutual | 3/28/03 | 0056678 | West Coast Life | 3/1/02 | ZUA388897 |
| Mass Mutual | 3/28/03 | 0056679 | West Coast Life | 3/1/02 | ZUA388898 |
| Mass Mutual | 3/28/03 | 0056680 | West Coast Life | 3/1/02 | ZUA388899 |
| Mass Mutual | 3/28/03 | 0056681 | West Coast Life | 3/1/02 | ZUA388900 |
| Mass Mutual | 3/28/03 | 0056682 | West Coast Life | 3/1/02 | ZUA388901 |
| Mass Mutual | 3/28/03 | 0056683 | West Coast Life | 3/1/02 | ZUA388902 |
| Mass Mutual | 3/28/03 | 0056684 | West Coast Life | 3/1/02 | ZUA388903 |
| Mass Mutual | 3/28/03 | 0056685 | West Coast Life | 3/1/02 | ZUA388904 |
| Mass Mutual | 3/28/03 | 0056686 | West Coast Life | 3/1/02 | ZUA388905 |
| Mass Mutual | 3/28/03 | 0056687 | West Coast Life | 3/1/02 | ZUA388906 |
| Mass Mutual | 3/28/03 | 0056688 | West Coast Life | 3/1/02 | ZUA388907 |
| Mass Mutual | 3/28/03 | 0056689 | West Coast Life | 3/1/02 | ZUA388908 |
| Mass Mutual | 3/28/03 | 0056690 | West Coast Life | 10/28/02 | ZUA391492 |
| Mass Mutual | 3/28/03 | 0056691 | West Coast Life | 10/28/02 | ZUA391493 |

| Carrier | Issue Date | Policy # |
|---|---|---|
| Mass Mutual | 3/28/03 | 0056692 |
| Mass Mutual | 3/28/03 | 0056693 |
| Mass Mutual | 3/28/03 | 0056694 |
| Mass Mutual | 3/28/03 | 0056695 |
| Mass Mutual | 3/28/03 | 0056696 |
| Mass Mutual | 3/28/03 | 0056697 |
| Mass Mutual | 3/28/03 | 0056699 |
| Mass Mutual | 3/28/03 | 0056700 |
| Mass Mutual | 3/28/03 | 0056701 |
| Mass Mutual | 3/28/03 | 0056702 |
| Mass Mutual | 3/28/03 | 0056703 |
| Mass Mutual | 6/6/03 | 0058997 |
| Mass Mutual | 6/6/03 | 0058998 |
| Mass Mutual | 6/6/03 | 0058999 |
| Mass Mutual | 6/6/03 | 0059000 |
| Mass Mutual | 6/6/03 | 0059001 |
| Mass Mutual | 6/6/03 | 0059002 |
| Mass Mutual | 6/6/03 | 0059003 |
| Mass Mutual | 6/6/03 | 0059004 |
| Mass Mutual | 6/6/03 | 0059005 |
| Mass Mutual | 6/6/03 | 0059006 |
| Mass Mutual | 6/6/03 | 0059007 |
| Mass Mutual | 6/6/03 | 0059008 |
| Mass Mutual | 8/2/05 | 0068432 |
| Mass Mutual | 8/2/05 | 0068433 |
| Mass Mutual | 8/2/05 | 0068434 |
| Mass Mutual | 8/2/05 | 0068435 |
| Mass Mutual | 8/2/05 | 0068436 |
| Mass Mutual | 8/2/05 | 0068437 |
| Mass Mutual | 8/2/05 | 0068438 |
| Mass Mutual | 8/2/05 | 0068439 |
| Mass Mutual | 8/2/05 | 0068440 |
| Mass Mutual | 8/2/05 | 0068441 |
| Mass Mutual | 8/2/05 | 0068442 |
| Mass Mutual | 8/2/05 | 0068443 |
| Mass Mutual | 8/2/05 | 0068444 |
| Mass Mutual | 8/2/05 | 0068445 |
| Mass Mutual | 8/2/05 | 0068446 |
| Mass Mutual | 8/2/05 | 0068447 |
| Mass Mutual | 8/2/05 | 0068448 |
| Mass Mutual | 8/2/05 | 0068449 |
| Mass Mutual | 8/2/05 | 0068450 |
| Mass Mutual | 8/2/05 | 0068451 |
| Mass Mutual | 8/2/05 | 0068452 |
| Mass Mutual | 8/2/05 | 0068453 |
| Mass Mutual | 8/2/05 | 0068454 |
| Mass Mutual | 8/2/05 | 0068455 |
| Mass Mutual | 8/2/05 | 0068456 |
| Mass Mutual | 8/2/05 | 0068457 |
| Mass Mutual | 8/2/05 | 0068458 |
| Mass Mutual | 8/2/05 | 0068459 |
| Mass Mutual | 8/2/05 | 0068460 |
| Mass Mutual | 8/2/05 | 0068461 |
| Mass Mutual | 8/2/05 | 0068462 |
| Mass Mutual | 8/2/05 | 0068463 |
| Mass Mutual | 8/2/05 | 0068464 |
| Mass Mutual | 8/2/05 | 0068465 |
| Mass Mutual | 8/2/05 | 0068466 |
| Mass Mutual | 8/2/05 | 0068467 |
| Mass Mutual | 8/2/05 | 0068468 |
| Mass Mutual | 8/2/05 | 0068469 |
| Mass Mutual | 8/2/05 | 0068470 |
| Mass Mutual | 8/2/05 | 0068471 |
| Mass Mutual | 8/2/05 | 0068472 |
| Mass Mutual | 8/2/05 | 0068473 |
| Mass Mutual | 8/2/05 | 0068474 |

| Carrier | Issue Date | Policy # |
|---|---|---|
| West Coast Life | 10/28/02 | ZUA391494 |
| West Coast Life | 10/28/02 | ZUA391495 |
| West Coast Life | 10/28/02 | ZUA391496 |
| West Coast Life | 6/5/03 | ZUA395362 |
| West Coast Life | 6/5/03 | ZUA395363 |
| West Coast Life | 6/5/03 | ZUA395364 |
| West Coast Life | 6/5/03 | ZUA395365 |
| West Coast Life | 6/5/03 | ZUA395366 |
| West Coast Life | 6/5/03 | ZUA395367 |
| West Coast Life | 6/5/03 | ZUA395368 |
| West Coast Life | 6/5/03 | ZUA395369 |
| West Coast Life | 6/5/03 | ZUA395370 |
| West Coast Life | 6/5/03 | ZUA395371 |
| West Coast Life | 6/5/03 | ZUA395372 |
| West Coast Life | 6/5/03 | ZUA395373 |
| West Coast Life | 6/5/03 | ZUA395374 |
| West Coast Life | 6/5/03 | ZUA395375 |
| West Coast Life | 6/5/03 | ZUA395376 |
| West Coast Life | 6/5/03 | ZUA395381 |
| West Coast Life | 6/5/03 | ZUA395382 |
| West Coast Life | 6/5/03 | ZUA395383 |
| West Coast Life | 6/5/03 | ZUA395384 |
| West Coast Life | 6/5/03 | ZUA395385 |
| West Coast Life | 6/5/03 | ZUA395386 |
| West Coast Life | 6/5/03 | ZUA395387 |
| West Coast Life | 6/5/03 | ZUA395388 |
| West Coast Life | 6/5/03 | ZUA395389 |
| West Coast Life | 6/5/03 | ZUA395390 |
| West Coast Life | 5/28/04 | ZUA401062 |

| Carrier | Issue Date | Policy # | Carrier | Issue Date | Policy # |
|---|---|---|---|---|---|
| Mass Mutual | 8/2/05 | 0068475 | | | |
| Mass Mutual | 8/2/05 | 0068476 | | | |
| Mass Mutual | 8/2/05 | 0068477 | | | |
| Mass Mutual | 8/2/05 | 0068478 | | | |
| Mass Mutual | 8/2/05 | 0068479 | | | |
| Mass Mutual | 8/2/05 | 0068480 | | | |
| Mass Mutual | 8/2/05 | 0068481 | | | |
| Mass Mutual | 8/2/05 | 0068482 | | | |
| Mass Mutual | 8/2/05 | 0068483 | | | |
| Mass Mutual | 8/2/05 | 0068484 | | | |
| Mass Mutual | 8/2/05 | 0068485 | | | |
| Mass Mutual | 8/2/05 | 0068486 | | | |
| Mass Mutual | 8/2/05 | 0068487 | | | |
| Mass Mutual | 8/2/05 | 0068488 | | | |
| Mass Mutual | 8/2/05 | 0068489 | | | |
| Mass Mutual | 8/2/05 | 0068490 | | | |
| Mass Mutual | 8/2/05 | 0068491 | | | |
| Mass Mutual | 8/2/05 | 0068492 | | | |
| Mass Mutual | 8/2/05 | 0068493 | | | |
| Mass Mutual | 8/2/05 | 0068494 | | | |
| Mass Mutual | 8/2/05 | 0068495 | | | |
| Mass Mutual | 8/2/05 | 0068496 | | | |
| Mass Mutual | 8/2/05 | 0068497 | | | |
| Mass Mutual | 8/2/05 | 0068498 | | | |
| Mass Mutual | 8/2/05 | 0068499 | | | |
| Mass Mutual | 8/2/05 | 0068500 | | | |
| Mass Mutual | 8/2/05 | 0068501 | | | |
| Mass Mutual | 8/2/05 | 0068502 | | | |
| Mass Mutual | 8/2/05 | 0068503 | | | |
| Mass Mutual | 8/2/05 | 0068504 | | | |
| Mass Mutual | 8/2/05 | 0068505 | | | |
| Mass Mutual | 8/2/05 | 0068506 | | | |
| Mass Mutual | 8/2/05 | 0068507 | | | |
| Mass Mutual | 8/2/05 | 0068508 | | | |
| Mass Mutual | 8/2/05 | 0068509 | | | |
| Mass Mutual | 8/2/05 | 0068510 | | | |
| Mass Mutual | 8/2/05 | 0068511 | | | |
| Mass Mutual | 8/2/05 | 0068512 | | | |
| Mass Mutual | 8/2/05 | 0068513 | | | |
| Mass Mutual | 8/2/05 | 0068514 | | | |
| Mass Mutual | 8/2/05 | 0068515 | | | |
| Mass Mutual | 8/2/05 | 0068516 | | | |
| Mass Mutual | 8/2/05 | 0068517 | | | |
| Mass Mutual | 8/2/05 | 0068518 | | | |
| Mass Mutual | 8/2/05 | 0068519 | | | |
| Mass Mutual | 8/2/05 | 0068520 | | | |
| Mass Mutual | 8/2/05 | 0068521 | | | |
| Mass Mutual | 8/2/05 | 0068522 | | | |
| Mass Mutual | 8/2/05 | 0068523 | | | |
| Mass Mutual | 8/2/05 | 0068524 | | | |
| Mass Mutual | 8/2/05 | 0068525 | | | |
| Mass Mutual | 8/2/05 | 0068526 | | | |
| Mass Mutual | 8/2/05 | 0068527 | | | |
| Mass Mutual | 8/2/05 | 0068528 | | | |
| Mass Mutual | 8/2/05 | 0068529 | | | |
| Mass Mutual | 8/2/05 | 0068530 | | | |
| Mass Mutual | 8/2/05 | 0068531 | | | |
| Mass Mutual | 8/2/05 | 0068532 | | | |
| Mass Mutual | 8/2/05 | 0068533 | | | |
| Mass Mutual | 8/2/05 | 0068534 | | | |
| Mass Mutual | 8/2/05 | 0068535 | | | |
| Mass Mutual | 8/2/05 | 0068536 | | | |
| Mass Mutual | 8/2/05 | 0068537 | | | |
| Mass Mutual | 8/2/05 | 0068538 | | | |
| Mass Mutual | 8/2/05 | 0068539 | | | |
| Mass Mutual | 8/2/05 | 0068540 | | | |

| Carrier | Issue Date | Policy # |
|---|---|---|
| Mass Mutual | 3/28/06 | 0070249 |
| Mass Mutual | 3/28/06 | 0070250 |

| Carrier | Issue Date | Policy # |
|---|---|---|

# EXHIBIT "P"

## DEFERRED COMPENSATION, OTHER NON-QUALIFIED PLANS, AND SPLIT DOLLAR LIABILITIES

| Plan Name (Abbreviated) | Description |
|---|---|
| American Savings Bank - DCP | American Savings Bank, F.A. Executive Compensation Program's Deferred Compensation Plan |
| American Savings Bank - SERP | American Savings Bank, F.A. - Executive Compensation Program's - Supplemental Executive Retirement Plan 1 - Executive Vice Presidents and Above |
| Coast Federal Bank - Directors | Directors' Benefit and Retirement Plan of Coast Federal Savings Bank |
| Coast Federal Bank - Officers | Have not received plan documents or individual contracts. |
| Coast Federal Bank - SERP | Supplemental Executive Retirement Plan of Coast Federal Bank |
| Dime - Benefit Restoration Plan | Benefit Restoration Plan of The Dime Savings Bank of New York, FSB |
| Dime - Dir. Ret. Cont. | Retainer Continuation Plan for Independent Directors of The Dime Savings Bank of New York, FSB |
| Dime - EVP SERP | Dime Bancorp, Inc. - Supplemental Executive Retirement Plan |
| Dime - NAMCO SERP | North American Mortgage Company - Supplemental Executive Retirement Plan |
| Dime – Stock Memo DCP | Dime Bankcorp, Inc. - Stock Memo Deferred Compensation Plan |
| Dime - Vol. DCP DC | Dime Bancorp, Inc. - Voluntary Deferred Compensation Plan |
| Dime - Vol. DCP Dir BTA | PROVISION WITHIN THE: Dime Bancorp, Inc. - Voluntary Deferred Compensation Plan for Directors |
| Dime - Vol. DCP Directors | Dime Bancorp, Inc. - Voluntary Deferred Compensation Plan for Directors |

| Plan Name (Abbreviated) | Description |
|---|---|
| Great Western - DC Make-up | PROVISION WITHIN THE: Great Western Financial Corporation - Deferred Compensation Plan |
| Great Western - DCP Roll-in | Great Western Financial Corporation - Deferred Compensation Plan |
| Great Western - DCP-MLC | Great Western Financial Corporation - Deferred Compensation Plan |
| Great Western - DCP-S&C | Great Western Financial Corporation - Deferred Compensation Plan |
| Great Western - DCP-SO | Great Western Financial Corporation - Senior Officers' Deferred Compensation Plan |
| Great Western - Dir DCP | Great Western Financial Corporation - Directors' Deferred Compensation Plan |
| Great Western - Dir. Retirement | Great Western Financial Corporation Retirement Plan for Directors |
| Great Western - ESIP | Great Western Supplemental Incentive Plan |
| Great Western - GMS | Great Western - GMS |
| Great Western - Gratuitous | Great Western - Gratuitous |
| Great Western - Restoration | Great Western - Retirement Restoration Plan |
| Great Western - SERP | Great Western - Supplemental Executive Retirement Plan |
| Pacific First Bank - SERP | Pacific First Federal Savings Bank - Supplemental Executive Retirement Plan |
| Providian - DCP | Providian Financial Corporation Deferred Compensation Plan |
| Providian - Individual Contract | Separation and Consulting Agreement - Julie Montanari |
| CCBI | CCBI Split Dollar Liabilities |

| Plan Name (Abbreviated) | Description |
|---|---|
| Dime KELP | Dime Key Executive Life Plan (Split Dollar Liabilities) |
| ASB ELIP | American Savings Bank Executive Life Insurance Plan (Split Dollar Liabilities) |
| Individual Contracts (Last Name, First, Descrip) | Bogue, Alice - Old WaMu Pension |
| Individual Contracts (Last Name, First, Descrip) | Calderhead, William - Old WaMu Pension |
| Individual Contracts (Last Name, First, Descrip) | Calderhead, James - Old WaMu Pension |
| Individual Contracts (Last Name, First, Descrip) | Fine-Eckley, Norma - Old WaMu Pension |
| Individual Contracts (Last Name, First, Descrip) | Newbould, Barbara - Old WaMu Pension |
| Individual Contracts (Last Name, First, Descrip) | Pirozuk, Avon - Old WaMu Pension |
| Individual Contracts (Last Name, First, Descrip) | Wood, Naomi - Old WaMu Pension |
| Individual Contracts (Last Name, First, Descrip) | Arneson, Louise - GWSB Ret. Check |
| Individual Contracts (Last Name, First, Descrip) | Relf, Daniel - Supp. Agreement |
| Individual Contracts (Last Name, First, Descrip) | Relf, Marilyn  - Supp. Agreement |
| Individual Contracts (Last Name, First, Descrip) | Nocella, Anthony - Exec. Sev |
| Individual Contracts (Last Name, First, Descrip) | Mcclaskey, Eleanor - Shoreline Bank |

| Plan Name (Abbreviated) | Description |
|---|---|
| Individual Contracts (Last Name, First, Descrip) | Lasker, Cynthia - GW Def Dir's Fees |
| Individual Contracts (Last Name, First, Descrip) | Burkholder, Barry - Bank United SERP |
| CCBI Individual Contracts (Last Name, First, Descrip) | Broadley, David - Executive Salary Continuation Agreement |
| CCBI Individual Contracts (Last Name, First, Descrip) | Daley, James - Salary Continuation Agreement |
| CCBI Individual Contracts (Last Name, First, Descrip) | Sanchez, Richard - Salary Continuation Agreement |
| Dime Individual Contracts (Last Name, First, Descrip) | Large, James - |
| Dime Individual Contracts (Last Name, First, Descrip) | Sapanski, John W. |
| Dime Individual Contracts (Last Name, First, Descrip) | Albright, Harry W. |
| Dime Individual Contracts (Last Name, First, Descrip) | Harden, Diana |
| Dime Individual Contracts (Last Name, First, Descrip) | Parsons, Richard |

**EXHIBIT "Q"**

**WMI RABBI TRUST**

| Rabbi Trust | Trustee Bank |
|---|---|
| HF Ahmanson | Union Bank |

**EXHIBIT "R"**

**WMI BOLI/COLI Assets**

| Carrier/Policies | Policy Owner | Trustee |
|---|---|---|
| Pacific Life | WMI Revocable Trust | BNYM Delaware |
| 8168A | | |
| 8176A | | |
| 8171A | | |
| 7856A | | |
| 8177B | | |
| 8167A | | |
| 7361A | | |
| 7729A | | |
| 7362A | | |
| 7364A | | |
| 7660A | | |
| 8184A | | |
| 7659A | | |
| 7658A | | |
| 7675A | | |
| Pacific Life (SELIP – Collateral Assignment) | | |
| 7363A | | |
| 7860A | | |
| 7892A | | |
| 7664A | | |
| Prudential (SELIP – Collateral Assignment) | | |
| R7227222 | | |

CIGNA (ELIP) WMI

ENZ522

**EXHIBIT "S"**

**FORMS OF PENSION PLAN AMENDMENTS**

**EXHIBIT "T"**

**FORM OF PENSION PLAN CONSENTS**

**EXHIBIT "U"**

**PRE-EFFECTIVE DATE CONTRACTS**

## (Software Licenses)

| Counterparty | Title of Agreement | Date of Agreement |
|---|---|---|
| Aptare, Inc. | Software License Agreement | 12/16/2005 |
| BMC Software Distribution, Inc., formerly known as Marimba, Inc. | Customer Solutions Agreement SOW #4900S30044 | 6/19/2000 |
| BMC Software Distribution, Inc., formerly known as Marimba, Inc. | Marimba, Inc. Add Product Schedule | 4/26/2001 |
| BMC Software Distribution, Inc., formerly known as Marimba, Inc. | Amendment to Agreement and Product Order Form #WASH-RXS-103103 | 12/31/2003 |
| BMC Software Distribution, Inc., formerly known as Marimba, Inc. | Marimba Software License Agreements | 6/30/2003 |
| | Amendment to Software License Agreement | 1/31/2007 |
| BMC Software Distribution, Inc., formerly known as Peregrine. | End User Software License Agreement between Peregrine Systems, Inc. and Washington Mutual Bank; together with Exhibits A-D & Schedule 1 to Exhibit C | 6/30/2001 |
| | Amendment 1 to the End User License and Maintenance Agreement between BMC Software Distribution, Inc. and Washington Mutual, Inc. | 8/28/2003 |
| | Schedule A-2 to Exhibit C | 9/6/2003 |
| Business Objects Americas | Software License Agreement (w/Extranet), Amendments and Schedules | 3/29/2001 |
| | Amendment 1 to Software License Agreement | 3/29/2001 |
| | Addendum A-1 to Software License Agreement | 12/21/2001 |
| | Addendum A-2 to Software License Agreement | 12/20/2002 |
| | Addendum A-3 to Software License Agreement | 12/7/2004 |
| | Addendum A-4 to Software License Agreement | 7/31/2006 |
| | Amendment 2 to Software License Agreement | 1/1/2007 |
| Carreker, Inc. | Software License Agreement | 8/22/2006 |
| Centerprise Services Inc. | Software License and Services Agreement | 7/14/2005 |
| Cibar, Inc. | Software License Agreement | 6/16/2003, |
| | Global Trade Services Software System Software Support Agreement | 6/2/2003 |
| Citrix Systems Inc. | Master Software License Agreement | 3/30/2006 |
| Compuware Corporation | Permanent License Agreement For Proprietary Software Products & Maintenance between Compuware Corporation and Washington Mutual Savings Bank | 5/13/1986 |
| | Assignment of License between Compuware Corporation and Washington Mutual Savings Bank | 12/20/1994 |
| | Amendment to Permanent License Agreement For Proprietary Software & Maintenance No. 2417 between Compuware Corporation and Washington Mutual, Inc. | 9/10/02 |
| | Enterprise Schedule No. Eight | 9/9/2002 |
| | Product Schedule No. Eight-A | 6/30/2005 |
| | Product Schedule No. Thirty-Seven | 9/16/2007 |
| Hyperion Software Operations, Inc. | Hyperion Software License Agreement | 5/1/1998 |
| Hyperion Solutions Corporation | Software Licenses and Services Agreement | 9/6/2005 |
| Oracle formerly known as Oblix, Inc. | Oblix Netpoint Software License Agreement | 5/24/2002 |
| | Statement of Work SOW #WAMU-003 | 5/24/2002 |
| | Exhibit A-2 | 7/28/2004 |
| Prime Associates, Inc. also known as Metavante Corporation | Software License Agreement No 12901 | 10/31/2003 |

| Counterparty | Title of Agreement | Date of Agreement |
|---|---|---|
| Quest Software, Inc. | Quest Software Master License Agreement, Attending Schedules | 3/8/2001 |
| | Addendum | 12/3/2002 |
| | Second Addendum | 12/22/2004 |
| | Amendment 3 | 12/20/2007 |
| Sterling Commerce (America), Inc. | Universal Software License Agreement | 9/1/2005 |
| | Schedule No. Opportunity No. 782615 | 6/8/2006 |
| | Schedule No. Opportunity No. 801345 | 10/31/2007 |
| Sun Microsystems, Inc. | Sun Worldwide Agreement Master Terms, Maintenance, Services | 2/1/2000 |
| | Exhibit A to Master Terms– Sun End Use Software Products | 2/7/2000 |
| | Exhibit B to Master Terms – Sun Maintenance | 2/7/2000 |
| Supportsoft Inc. | SupportSoft, Inc. Software License Agreement Order Form Agreement #DIR-WAS-052903<br>Exhibit A – Product Specific License terms and Conditions<br>Exhibit B – SupportSoft's General License Terms and Conditions<br>Exhibit C – Support and maintenance Policy<br>Exhibit D – Master Preferred Escrow Agreement (effective 6/18/2003)<br>Exhibit E – Statement of Work | 9/4/2003 |
| Symantec | Elite Program Master Contract between Washington Mutual Bank and Symantec | 3/28/2003 |
| | Elite Program Master Contract Renewal Agreement between Washington Mutual, Inc. and Symantec Corp | 9/29/2006 |
| | Elite Program Changes Addendum to the Master Contract Renewal Agreement between Washington Mutual, Inc. | 9/29/2006 |
| | Installment Addendum (Direct) between Washington Mutual Bank and Symantec | 6/30/2008 |
| Veritas Software Global Corporation (Symantec Corporation) | Software License and Services Agreement | 11/30/2004 |
| Veritas Software Global Corporation (Symantec Corporation) | Software License and Services Agreement | 8/29/2000 |
| Virtual Premise, Inc. | Virtual Premise Software License and Application Services Agreement, as amended, and all Schedules | 3/4/2002 |
| Witness Systems, Inc.<br>Also known as Verint Americas | Software License and Services Master Agreement | 12/20/2001 |
| | Statement of Work Exhibit A (SOW #1) to SLSMA | 12/24/2003 |
| | First Amendment to Software License and Service Master Agreement<br>Second Amendment to Software License and Service Master Agreement w/ | 12/28/2006 |
| | Exhibits A-E | 4/1/2007 |
| | Work Schedule WES-40267 (SOW #2) | 6/15/2007 |

(Service Contracts)

| Counterparty | Title of Agreement | Date of Agreement |
|---|---|---|
| Appraisal.com | Appraisal.Com Master Services Agreement | 7/12/2004 |
| Corporate Services, Inc. | Services Agreement between Washington Mutual, Inc. and Corporate Services, Inc. | 2/7/2005 |
| | Amendment to Services Agreement between Washington Mutual Bank and Corporate Services, Inc | 12/9/2005 |

| | | |
|---|---|---|
| | Second Amendment to Services Agreement between Washington Mutual Bank and Corporate Services, Inc. | 7/19/2006 |
| | Notice of Extension Letter between Washington Mutual Bank and Corporate Services, Inc | 1/9/2007 |
| FT Interactive Data | Service Agreement for North America Customers, | 1/1/2003 |
| | Addendum to Service Agreement | 1/1/2003 |
| | Fund Run Schedule of Data Services | 1/1/2003 |
| | Addendum to FundRun Schedule | 1/1/2003 |
| | First Amendment to the Services Agreement | 3/23/2006 |
| | First Amendment to FundRun Schedule | 3/23/2006 |
| | RemotePlus Data and Data Delivery Service Schedule | 3/23/2006 |
| HumanConcepts LLC formerly known as Vurv Technology, Inc. | End User Access and Usage License Agreement | 11/17/2004 |
| | Professional Services Agreement | 11/17/2004 |
| | First Amendment to Professional Services Agreement | 6/29/2007 |
| National Field Representatives, Inc. | Property Inspection and Preservation Contract | 12/3/2001 |
| Paradigm DKD Tax Group LLC | Consulting Services Agreement | 1/25/2005 |
| Service Communications, Inc. | Master Telecommunications Cabling Service Agreement (and Schedules) | 3/7/2005 |
| Union Bank of California, N.A. | Agreement and Amendment to Amended and Restated Umbrella Trust Agreement | 11/23/2007 |
| | Letter-Dime Umbrella Trust Insurance Premium Payment Authorization. | 11/30/2007 |
| Wolters Kluwer Financial Services, Inc. | Master Services Agreement | 2/16/2007 |
| | Schedule A- Form of Statement of Work | 2/16/2007 |
| | Schedule B-1-License Schedule for Electronic Mortgage Forms between Wolters Kluwer Financial Services, Inc. and Washington Mutual Bank. | 2/16/2007 |
| | Schedule B-2- Custom Library Services between Wolters Kluwer Financial Services, Inc. and Washington Mutual Bank | 2/16/2007 |
| | Certified return receipt letter for Partial cancellation of Schedule B2- to Wolters Kluwer Financial Services Inc. | 3/14/2008 |
| | Schedule B-3- License Schedule for CCH Policies & Procedures between Wolters Kluwer Financial Services, Inc. and Washington Mutual Bank | 10/15/2007 |

## (Equipment Contracts)

| Counterparty | Title of Agreement | Date of Agreement |
|---|---|---|
| Hewlett-Packard Company | HP Business Terms | 11/1/2002 |
| | First Amendment to HP Business Terms (HP Agreement No. A4W54) | 4/26/2007 |
| | Single Use HP Nonstop Product Terms | 4/30/2007 |
| NCR Corporation | Teradata Products Universal Agreement | 3/7/2007 |
| F5 Networks Inc. | F5 Networks Maintenance Agreement | 10/30/2004 |
| Lanier Worldwide Inc. | Product & Services Agreement | 4/18/2006 |
| Ricoh Americas Corporation | Product and Services Agreement | 4/18/2006 |
| | First Amendment to the Product and Services Agreement | 10/16/2006 |

# EXHIBIT "V"

# INTERCOMPANY NOTES

a. $82,048,081 under that certain Revolving Master Note, dated as of December 22, 2005, by and between WMB, as borrower, and H.S. Loan Corporation, as lender. H.S. Loan Corporation is a subsidiary of WMI, in which WMB owns 1.33%.

b. $73,670,153 under that certain Revolving Master Note, dated as of December 22, 2005, by and between WMB, as borrower, and WM Citation Holdings, LLC (as successor to H.S. Loan Partners), as lender. WM Citation Holdings, LLC is a wholly-owned subsidiary of WMI.

c. $7,781,240 under that certain Revolving Master Note, dated as of February 11, 2005, by and between WMB, as borrower, and WMHFA Delaware Holdings LLC, as lender. WMHFA Delaware Holdings LLC is an indirect, wholly-owned subsidiary of WMI.

d. $13,576,245 under that certain Registered Security, Note A, dated as of December 17, 2004, by and between University Street, Inc., as payor and predecessor in interest to WMB, and WM Citation Holdings, LLC (as successor to WMRP Delaware Holdings LLC), as payee, and predecessor in interest to PCA Asset Holdings LLC. This Promissory Note is recorded on WMI's consolidated books and records as an obligation owed by WMB to WM Citation Holdings, LLC, a subsidiary of WMI.

**EXHIBIT "W"**

**TRANSFERRED INTELLECTUAL PROPERTY**

# Part I:  Trademarks

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| ACCOUNT AUTOGRAPH | United States | 036 045 | Washington Mutual, Inc. | 78/856,967 | 4/7/2006 | 3,482,346 | 8/5/2008 |
| ADVANTAGE 90 | United States | 036 | Washington Mutual, Inc. | 75/682,322 | 4/13/1999 | 2,424,035 | 1/23/2001 |
| AMERICA'S LENDING LEADER | United States | 036 | Washington Mutual, Inc. | 78/173,277 | 10/10/2002 | 2,877,044 | 8/24/2004 |
| ANOTHER SMALL REVOLUTION IN BANKING | United States | 036 | Washington Mutual, Inc. | 78/975,175 | 4/10/2002 | 2,846,921 | 5/25/2004 |
| BANK MINDED. WILD AT HEART. | United States | 038 | Washington Mutual, Inc. | 77/273,622 | 9/6/2007 | | |
| BANK MINDED. WILD AT HEART. | United States | 036 | Washington Mutual, Inc. | 77/273,618 | 9/6/2007 | | |
| BANK MINDED. WILD AT HEART. | United States | 035 | Washington Mutual, Inc. | 77/273,615 | 9/6/2007 | | |
| BANK MINDED. WILD AT HEART. | United States | 041 | Washington Mutual, Inc. | 77/273,623 | 9/6/2007 | | |
| BANK. SMILE. REPEAT. | United States | 036 | Washington Mutual, Inc. | 78/922,095 | 7/3/2006 | | |
| BUSINESS BILL PAY | United States | 036 | Washington Mutual, Inc. | 78/321,277 | 10/30/2003 | 2,996,170 | 9/13/2005 |
| BUYSMART | United States | 036 | Washington Mutual, Inc. | 78/791,708 | 1/13/2006 | 3,246,687 | 5/29/2007 |
| BUYSMART | United States | 035 | Washington Mutual, Inc. | 78/791,719 | 1/13/2006 | 3,264,430 | 7/17/2007 |
| BUYSMART | United States | 016 | Washington Mutual, Inc. | 78/791,730 | 1/13/2006 | 3,227,216 | 4/10/2007 |
| CAN! | United States | 036 | Washington Mutual, Inc. | 78/514,924 | 11/10/2004 | 3,172,221 | 11/14/2006 |
| CAN! | United States | 035 | Washington Mutual, Inc. | 78/514,920 | 11/10/2004 | 3,140,248 | 9/5/2006 |
| CAN! (COMMITTED ACTIVE NEIGHBORS) | United States | 035 | Washington Mutual, Inc. | 78/230,165 | 3/26/2003 | 2,960,902 | 6/7/2005 |
| CAN! CASH | United States | 035 | Washington Mutual, Inc. | 75/798,411 | 9/14/1999 | 2,782,175 | 11/11/2003 |
| CAN! CASH | United States | 036 | Washington Mutual, Inc. | 75/798,409 | 9/14/1999 | 2,782,174 | 11/11/2003 |
| CAN! COMMITTED ACTIVE NEIGHBORS | United States | 042 | Washington Mutual, Inc. | 75/798,257 | 9/14/1999 | 2,779,794 | 11/4/2003 |
| CAN! COMMITTED ACTIVE NEIGHBORS | United States | 035 | Washington Mutual, Inc. | 75/798,265 | 9/14/1999 | 2,466,550 | 7/3/2001 |
| CAN! COMMITTED ACTIVE NEIGHBORS | United States | 036 | Washington Mutual, Inc. | 75/798,259 | 9/14/1999 | 2,779,795 | 11/4/2003 |
| COINHEAD | United States | 041 | Washington Mutual, Inc. | 78/094,736 | 11/21/2001 | 3,104,561 | 6/13/2006 |
| COINHEAD | United States | 042 | Washington Mutual, Inc. | 78/094,737 | 11/21/2001 | 3,114,771 | 7/11/2006 |
| COINHEAD | United States | 036 | Washington Mutual, Inc. | 78/975,737 | 11/21/2001 | 2,937,042 | 3/29/2005 |
| COINHEAD | United States | 036 | Washington Mutual, Inc. | 78/975,636 | 11/21/2001 | 2,968,801 | 7/12/2005 |
| COINHEAD | United States | 016 | Washington Mutual, Inc. | 78/094,733 | 11/21/2001 | 3,177,596 | 11/28/2006 |
| COINHEAD DESIGN | United States | 036 042 | Washington Mutual, Inc. | 78/975,792 | 11/27/2001 | 2,929,894 | 3/1/2005 |
| COINHEAD DESIGN | United States | 041 | Washington Mutual, Inc. | 78/095,352 | 11/27/2001 | 2,925,700 | 2/8/2005 |
| COINHEAD DESIGN | United States | 036 | Washington Mutual, Inc. | 76/258,638 | 5/17/2001 | 2,569,903 | 5/14/2002 |
| COINHEAD DESIGN | United States | 016 | Washington Mutual, Inc. | 76/258,637 | 5/17/2001 | 2,540,354 | 2/19/2002 |
| COLOR PLUM TRADE DRESS | United States | 036 | Washington Mutual, Inc. | 76/388,007 | 3/28/2002 | 3,164,183 | 10/24/2006 |
| EQUITY YOUR WAY | United States | 036 | Washington Mutual, Inc. | 78/298,229 | 9/9/2003 | 3,169,358 | 11/7/2006 |
| FREE CHECKING, FREE SMILES | United States | 036 | Washington Mutual, Inc. | 78/975,324 | 8/8/2001 | 2,841,863 | 5/11/2004 |
| FREEDOM FLYAWAY | Washington | 041 | Washington Mutual, Inc. | 50980 | 6/26/2006 | 50980 | 8/3/2006 |
| GRUBSTAKE | United States | 041 | Washington Mutual, Inc. | 78/094,720 | 11/21/2001 | 3,013,731 | 11/8/2005 |
| GRUBSTAKE | United States | 042 | Washington Mutual, Inc. | 78/094,721 | 11/21/2001 | 3,011,924 | 11/1/2005 |
| GRUBSTAKE | United States | 016 | Washington Mutual, Inc. | 78/094,717 | 11/21/2001 | 3,011,923 | 11/1/2005 |
| GRUBSTAKE | United States | 036 | Washington Mutual, Inc. | 78/975,703 | 11/21/2001 | 2,921,804 | 1/25/2005 |
| GRUBSTAKE Design | United States | 016 | Washington Mutual, Inc. | 78/095,356 | 11/27/2001 | 2,981,659 | 8/2/2005 |
| GRUBSTAKE Design | United States | 036 | Washington Mutual, Inc. | 78/095,357 | 11/27/2001 | 3,032,741 | 12/20/2005 |
| GRUBSTAKE Design | United States | 041 | Washington Mutual, Inc. | 78/095,359 | 11/27/2001 | 3,032,742 | 12/20/2005 |
| GRUBSTAKE Design | United States | 042 | Washington Mutual, Inc. | 78/095,360 | 11/27/2001 | 3,032,743 | 12/20/2005 |
| HOME CREST | United States | 035 039 | Washington Mutual, Inc. | 78/287,724 | 8/14/2003 | | |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|---|---|---|---|---|---|---|---|
| HOME CREST | United States | 036 | Washington Mutual, Inc. | 78/287,725 | 8/14/2003 | 3,127,548 | 8/8/2006 |
| HOME CREST INSURANCE SERVICES, INC. and Design | United States | 036 | Washington Mutual, Inc. | 78/375,619 | 2/27/2004 | 3,127,626 | 8/8/2006 |
| HOME OF THE FREE | United States | 036 | Washington Mutual, Inc. | 78/065,637 | 5/24/2001 | 2,783,095 | 11/11/2003 |
| HOME OF THE FREE | United States | 042 | Washington Mutual, Inc. | 78/138,795 | 6/25/2002 | 2,841,601 | 5/11/2004 |
| HOME OF THE FREE | United States | 041 | Washington Mutual, Inc. | 78/138,800 | 6/25/2002 | 2,846,510 | 5/25/2004 |
| HOME OF THE FREE | United States | 036 | Washington Mutual, Inc. | 78/975,344 | 6/25/2002 | 2,857,016 | 6/22/2004 |
| ID THEFT INSPECT | United States | 036 | Washington Mutual, Inc. | 78/353,387 | 1/16/2004 | 3,048,704 | 1/24/2006 |
| ID THEFT INSPECT | United States | 035 045 | Washington Mutual, Inc. | 78/353,389 | 1/16/2004 | 3,048,705 | 1/24/2006 |
| I'M WITH THE BANK | United States | 038 | Washington Mutual, Inc. | 77/115,257 | 2/23/2007 | | |
| I'M WITH THE BANK | United States | 036 | Washington Mutual, Inc. | 77/115,252 | 2/23/2007 | | |
| I'M WITH THE BANK | United States | 041 | Washington Mutual, Inc. | 77/115,261 | 2/23/2007 | | |
| I'M WITH THE BANK | United States | 035 | Washington Mutual, Inc. | 77/115,249 | 2/23/2007 | | |
| INSTANT BANKIFICATION | United States | 045 | Washington Mutual, Inc. | 77/511,778 | 6/30/2008 | | |
| INSTANT BANKIFICATION | United States | 036 | Washington Mutual, Inc. | 77/511,777 | 6/30/2008 | | |
| INSTANT BANKIFICATION | United States | 035 | Washington Mutual, Inc. | 77/511,772 | 6/30/2008 | | |
| INSTANT CHECKING | United States | 035 036 | Washington Mutual, Inc. | 77/170,872 | 5/2/2007 | | |
| INSTANT CLOSE | United States | 036 | Washington Mutual, Inc. | 78/321,155 | 10/30/2003 | 3,276,108 | 8/7/2007 |
| INVEST1TO1 | Canada | 000 | Washington Mutual, Inc. | 1,070,760 | 8/11/2000 | TMA631,756 | 2/2/2005 |
| INVEST1TO1 | Community | 036 038 042 | Washington Mutual, Inc. | 1804855 | 8/11/2000 | 1804855 | 12/19/2001 |
| INVEST1TO1.COM | Community | 036 042 | Washington Mutual, Inc. | 001807551 | 8/14/2000 | 001807551 | 6/9/2004 |
| INVESTING OURSELVES BUILDING BETTER COMMUNITIES | United States | 041 | Washington Mutual, Inc. | 78/129,050 | 5/15/2002 | 3,060,814 | 2/21/2006 |
| INVESTING OURSELVES BUILDING BETTER COMMUNITIES | United States | 036 | Washington Mutual, Inc. | 78/129,049 | 5/15/2002 | 2,957,876 | 5/31/2005 |
| INVESTING OURSELVES BUILDING BETTER COMMUNITIES | United States | 035 | Washington Mutual, Inc. | 78/129,048 | 5/15/2002 | 2,949,586 | 5/10/2005 |
| LEARN, EARN, SAVE | United States | 041 | Washington Mutual, Inc. | 78/078,309 | 8/8/2001 | 3,149,337 | 9/26/2006 |
| MAS INTERES HUMANO | United States | 036 | Washington Mutual, Inc. | 78/976,977 | 8/28/2003 | 3,166,814 | 10/31/2006 |
| MONEYMAX PLUS | California | 036 | Washington Mutual, Inc. | 054428 | 1/22/2001 | 054428 | 1/25/2001 |
| MONEYMAX PLUS | Idaho | 036 | Washington Mutual, Inc. | N/A | 2/1/2001 | 16834 | 2/2/2001 |
| MONEYMAX PLUS | Utah | 036 | Washington Mutual, Inc. | N/A | 1/30/2001 | 4876347 | 2/2/2001 |
| MORE HUMAN INTEREST | United States | 036 | Washington Mutual, Inc. | 76/228,013 | 3/21/2001 | 3,042,121 | 1/10/2006 |
| MULTIPAY | United States | 036 | Washington Mutual, Inc. | 77/199,596 | 6/7/2007 | | |
| MUTUAL INTEREST | United States | 016 | Washington Mutual, Inc. | 78/431,289 | 6/7/2004 | 3,160,012 | 10/17/2006 |
| MY WAMU PERKS | United States | 036 | Washington Mutual, Inc. | 77/475,589 | 5/15/2008 | | |
| MY WAMU PERKS | United States | 035 | Washington Mutual, Inc. | 77/475,531 | 5/15/2008 | | |
| OCCASIO | United States | 036 | Washington Mutual, Inc. | 76/155,069 | 10/27/2000 | 3,006,115 | 10/11/2005 |
| OPTIMUM PRICING | United States | 036 | Washington Mutual, Inc. | 78/664,950 | 7/6/2005 | 3,292,441 | 9/11/2007 |
| OPTIS | Community | 009 036 042 | Washington Mutual, Inc. | 1852680 | 9/13/2000 | 1852680 | 12/12/2001 |
| OPTIS | United States | 036 | Washington Mutual, Inc. | 76/975,761 | 3/15/2000 | 2,835,305 | 4/20/2004 |
| PEOPLE ARE OUR FOUNDATION, SERVICE IS OUR PRIORITY Chinese C | United States | 036 | Washington Mutual, Inc. | 76/276,930 | 6/25/2001 | 2,933,523 | 3/15/2005 |
| PERSONAL BILL PAY | United States | 036 | Washington Mutual, Inc. | 78/306,280 | 9/26/2003 | 2,990,743 | 8/30/2005 |
| PERSONAL EQUITY MANAGER | United States | 036 | Washington Mutual, Inc. | 78/305,006 | 9/24/2003 | 2,953,879 | 5/17/2005 |
| PLATINUM PROTECT | United States | 036 | Washington Mutual, Inc. | 77/377,955 | 1/22/2008 | | |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| PLATINUM PROTECT | United States | 035 | Washington Mutual, Inc. | 77/377,954 | 1/22/2008 | | |
| PLATINUM PROTECT | United States | 009 | Washington Mutual, Inc. | 77/377,953 | 1/22/2008 | | |
| POWER OF YES, THE | Australia | 036 | Washington Mutual, Inc. | 929041 | 10/2/2002 | 929041 | 4/27/2004 |
| POWER OF YES, THE | New Zealand | 036 | Washington Mutual, Inc. | 665725 | 10/1/2002 | 665725 | 2/3/2003 |
| POWER OF YES, THE | United States | 036 | Washington Mutual, Inc. | 75/545,591 | 8/31/1998 | 2,381,822 | 8/29/2000 |
| PROTECTING WHAT MATTERS | United States | 036 | Washington Mutual, Inc. | 78/219,101 | 2/26/2003 | 2,802,535 | 1/6/2004 |
| PROTECTING WHAT MATTERS | United States | 036 | Washington Mutual, Inc. | 78/258,972 | 6/5/2003 | 3,018,471 | 11/22/2005 |
| PUT YOUR MONEY WHERE YOUR MOUSE IS | United States | 036 | Washington Mutual, Inc. | 78/078,296 | 8/8/2001 | 3,117,803 | 7/18/2006 |
| REAL INFORMATION | United States | 035 036 045 | Washington Mutual, Inc. | 78/838,882 | 3/16/2006 | | |
| REAL PRIVACY | United States | 036 | Washington Mutual, Inc. | 77/487,889 | 5/30/2008 | | |
| REAL PRIVACY | United States | 045 | Washington Mutual, Inc. | 77/487,890 | 5/30/2008 | | |
| REAL PRIVACY | United States | 035 | Washington Mutual, Inc. | 77/487,888 | 5/30/2008 | | |
| REAL PRIVACY PLUS | United States | 045 | Washington Mutual, Inc. | 77/487,894 | 5/30/2008 | | |
| REAL PRIVACY PLUS | United States | 035 | Washington Mutual, Inc. | 77/487,892 | 5/30/2008 | | |
| REAL PRIVACY PLUS | United States | 036 | Washington Mutual, Inc. | 77/487,893 | 5/30/2008 | | |
| RETIREMENT MADE EASY | United States | 036 | Washington Mutual, Inc. | 78/979,688 | 6/9/2006 | 3,416,280 | 4/22/2008 |
| RETIREMENT MADE EASY | United States | 041 | Washington Mutual, Inc. | 78/905,283 | 6/9/2006 | | |
| REWARDS YOU AND YOUR PET WILL LOVE | United States | 035 | Washington Mutual, Inc. | 77/347,297 | 12/7/2007 | | |
| REWARDS YOU AND YOUR PET WILL LOVE | United States | 036 | Washington Mutual, Inc. | 77/347,298 | 12/7/2007 | | |
| SAVINGS FOR SUCCESS | United States | 036 | Washington Mutual, Inc. | 77/427,853 | 3/20/2008 | 3,608,303 | 4/21/2009 |
| SHORTY | United States | 042 | Washington Mutual, Inc. | 78/094,729 | 11/21/2001 | 3,036,404 | 12/27/2005 |
| SHORTY | United States | 041 | Washington Mutual, Inc. | 78/094,728 | 11/21/2001 | 3,013,732 | 11/8/2005 |
| SHORTY | United States | 036 | Washington Mutual, Inc. | 78/094,727 | 11/21/2001 | 3,007,727 | 10/18/2005 |
| SHORTY | United States | 036 | Washington Mutual, Inc. | 78/975,736 | 11/21/2001 | 2,934,264 | 3/15/2005 |
| SHORTY | United States | 036 | Washington Mutual, Inc. | 78/975,655 | 11/21/2001 | 2,921,803 | 1/25/2005 |
| SHORTY | United States | 016 | Washington Mutual, Inc. | 78/094,725 | 11/21/2001 | 3,046,707 | 1/17/2006 |
| SHORTY | United States | 016 | Washington Mutual, Inc. | 78/975,764 | 11/21/2001 | 2,934,266 | 3/15/2005 |
| SHORTY DESIGN | United States | 036 | Washington Mutual, Inc. | 78/975,859 | 11/27/2001 | 2,946,845 | 5/3/2005 |
| SHORTY DESIGN | United States | 041 | Washington Mutual, Inc. | 78/095,366 | 11/27/2001 | 3,036,406 | 12/27/2005 |
| SHORTY DESIGN | United States | 016 | Washington Mutual, Inc. | 78/095,363 | 11/27/2001 | 3,036,405 | 12/27/2005 |
| SHORTY DESIGN | United States | 042 | Washington Mutual, Inc. | 78/975,853 | 11/27/2001 | 2,935,580 | 3/22/2005 |
| SIMPLE LOAN MANAGER | United States | 036 | Washington Mutual, Inc. | 77/114,750 | 2/23/2007 | | |
| SIMPLE LOAN MANAGER | United States | 042 | Washington Mutual, Inc. | 77/114,755 | 2/23/2007 | | |
| SIMPLE LOAN MANAGER | United States | 009 | Washington Mutual, Inc. | 77/114,744 | 2/23/2007 | | |
| SMILE MAKER | United States | 035 | Washington Mutual, Inc. | 77/280,365 | 9/14/2007 | 3,469,212 | 7/15/2008 |
| SMILING ALL THE WAY TO THE BANK | United States | 036 | Washington Mutual, Inc. | 78/641,622 | 6/1/2005 | 3,565,890 | 1/20/2009 |
| SMILING ALL THE WAY TO THE BANK | United States | 036 | Washington Mutual, Inc. | 77/489,156 | 6/2/2008 | 3,560,762 | 1/13/2009 |
| SOLID START | United States | 041 | Washington Mutual, Inc. | 78/503,991 | 10/21/2004 | 3,163,705 | 10/24/2006 |
| SPOTLIGHT ON TEACHERS | United States | 036 | Washington Mutual, Inc. | 78/975,342 | 5/10/2002 | 2,861,686 | 7/6/2004 |
| SPOTLIGHT ON TEACHERS | United States | 041 | Washington Mutual, Inc. | 78/975,343 | 5/10/2002 | 2,861,687 | 7/6/2004 |
| THE BUCK-FIFTY STOPS HERE | United States | 036 | Washington Mutual, Inc. | 76/116,050 | 8/24/2000 | 2,872,030 | 8/10/2004 |
| THE CARD THAT REWARDS YOU AND YOUR PET. | United States | 036 | Washington Mutual, Inc. | 77/341,656 | 11/30/2007 | | |
| THE CARD THAT REWARDS YOU AND YOUR PET. | United States | 035 | Washington Mutual, Inc. | 77/341,651 | 11/30/2007 | | |
| TOUCHDOWNS FOR TOTS | United States | 036 | Washington Mutual, Inc. | 78/780,489 | 12/23/2005 | 3,168,604 | 11/7/2006 |
| TRUSTED BANKING | United States | 036 | Washington Mutual, Inc. | 77/389,466 | 2/5/2008 | | |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| TURN UP YOUR BANK | United States | 036 | Washington Mutual, Inc. | 77/115,232 | 2/23/2007 | | |
| TURN UP YOUR BANK | United States | 035 | Washington Mutual, Inc. | 77/115,268 | 2/23/2007 | | |
| TURN UP YOUR BANK | United States | 038 | Washington Mutual, Inc. | 77/115,243 | 2/23/2007 | | |
| TURN UP YOUR BANK | United States | 041 | Washington Mutual, Inc. | 77/115,241 | 2/23/2007 | | |
| W LOGO | Canada | 000 | Washington Mutual, Inc. | 1,336,143 | 2/20/2007 | | |
| W LOGO | Canada | 000 | Washington Mutual, Inc. | 1,408,827 | 8/20/2008 | | |
| W LOGO | Canada | 000 | Washington Mutual, Inc. | 894,960 | 10/30/1998 | TMA606,084 | 3/23/2004 |
| W LOGO | Mexico | 045 | Washington Mutual, Inc. | 840925 | 3/7/2007 | 1011603 | 11/16/2007 |
| W LOGO | Mexico | 016 | Washington Mutual, Inc. | 840927 | 3/7/2007 | 1016741 | 12/7/2007 |
| W LOGO | Mexico | 035 | Washington Mutual, Inc. | 840930 | 3/7/2007 | 1016742 | 12/7/2007 |
| W LOGO | Mexico | 041 | Washington Mutual, Inc. | 840926 | 3/7/2007 | 1107191 | 6/22/2009 |
| W LOGO | Mexico | 036 | Washington Mutual, Inc. | 840929 | 3/7/2007 | 1020059 | 1/21/2008 |
| W LOGO | Mexico | 035 | Washington Mutual, Inc. | 962873 | 9/23/2008 | | |
| W LOGO | Mexico | 038 | Washington Mutual, Inc. | 956009 | 8/20/2008 | 1104668 | 6/10/2009 |
| W LOGO | Mexico | 009 | Washington Mutual, Inc. | 840928 | 3/7/2007 | 992763 | 7/16/2007 |
| W LOGO | United States | 036 | Washington Mutual, Inc. | 75/515,416 | 7/8/1998 | 2,588,771 | 7/2/2002 |
| W LOGO | United States | 009 | Washington Mutual, Inc. | 78/818,113 | 2/17/2006 | 3,510,022 | 9/30/2008 |
| W LOGO | United States | 036 | Washington Mutual, Inc. | 77/548,644 | 8/15/2008 | | |
| W LOGO | United States | 036 | Washington Mutual, Inc. | 77/489,168 | 6/2/2008 | 3,560,767 | 1/13/2009 |
| W LOGO | United States | 035 | Washington Mutual, Inc. | 77/489,166 | 6/2/2008 | 3,560,766 | 1/13/2009 |
| W LOGO | United States | 036 045 | Washington Mutual, Inc. | 77/103,111 | 2/8/2007 | | |
| W LOGO | United States | 036 | Washington Mutual, Inc. | 78/818,110 | 2/17/2006 | | |
| W LOGO | United States | 035 | Washington Mutual, Inc. | 77/529,939 | 7/23/2008 | | |
| W LOGO | United States | 041 | Washington Mutual, Inc. | 78/818,123 | 2/17/2006 | | |
| W LOGO | United States | 036 038 041 | Washington Mutual, Inc. | 77/402,034 | 2/20/2008 | | |
| W LOGO II | Australia | 036 | Washington Mutual, Inc. | 929039 | 10/2/2002 | 929039 | 4/27/2004 |
| W LOGO II | Canada | 000 | Washington Mutual, Inc. | 1,037,878 | 11/29/1999 | TMA606,315 | 3/26/2004 |
| W LOGO II | Canada | 000 | Washington Mutual, Inc. | 891,859 | 9/30/1998 | TMA623,122 | 10/21/2004 |
| W LOGO II | Canada | 000 | Washington Mutual, Inc. | 1,155,478 | 10/9/2002 | TMA736,155 | 3/11/2009 |
| W LOGO II | Community | 009 035 036 | Washington Mutual, Inc. | 002878668 | 10/4/2002 | 002878668 | 11/18/2004 |
| W LOGO II | Japan | 036 | Washington Mutual, Inc. | 2002-089938 | 10/23/2002 | 4753769 | 3/5/2004 |
| W LOGO II | New Zealand | 036 | Washington Mutual, Inc. | 665724 | 10/1/2002 | 665724 | 2/3/2003 |
| W LOGO II | United States | 041 | Washington Mutual, Inc. | 76/155,532 | 10/27/2000 | 2,919,255 | 1/18/2005 |
| W LOGO II | United States | 036 | Washington Mutual, Inc. | 75/515,419 | 7/8/1998 | 2,478,344 | 8/14/2001 |
| W LOGO II | United States | 009 036 | Washington Mutual, Inc. | 75/714,879 | 5/27/1999 | 2,368,337 | 7/18/2000 |
| W LOGO II | United States | 035 | Washington Mutual, Inc. | 76/159,039 | 11/3/2000 | 2,847,884 | 6/1/2004 |
| W LOGO II | United States | 036 | Washington Mutual, Inc. | 78/129,390 | 5/16/2002 | 2,911,603 | 12/14/2004 |
| W WASHINGTON & WATERMARK WALLPAPER BANNER DESIGN | United States | 036 | Washington Mutual, Inc. | 76/387,923 | 3/28/2002 | 2,990,870 | 9/6/2005 |
| W WASHINGTON MUTUAL CIRCLE Design | United States | 009 | Washington Mutual, Inc. | 78/661,736 | 6/30/2005 | 3,313,767 | 10/16/2007 |
| W WASHINGTON MUTUAL CIRCLE Design | United States | 036 | Washington Mutual, Inc. | 78/661,742 | 6/30/2005 | 3,593,036 | 3/17/2009 |
| WAMOOLA | United States | 028 | Washington Mutual, Inc. | 78/428,943 | 6/2/2004 | 3,130,751 | 8/15/2006 |
| WAMOOLA FOR COMMUNITIES | United States | 036 | Washington Mutual, Inc. | 78/465,513 | 8/11/2004 | 3,127,786 | 8/8/2006 |
| WAMOOLA FOR L.I.F.E. | United States | 041 | Washington Mutual, Inc. | 78/428,940 | 6/2/2004 | 3,018,739 | 11/22/2005 |
| WAMOOLA FOR L.I.F.E. | United States | 036 | Washington Mutual, Inc. | 78/428,939 | 6/2/2004 | 3,169,485 | 11/7/2006 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| WAMOOLA FOR SCHOOLS | United States | 036 | Washington Mutual, Inc. | 78/354,840 | 1/21/2004 | 3,139,843 | 9/5/2006 |
| WAMOOLA FOR SCHOOLS | United States | 009 | Washington Mutual, Inc. | 78/354,838 | 1/21/2004 | 3,169,399 | 11/7/2006 |
| WAMOOLA FOR SCHOOLS | United States | 036 | Washington Mutual, Inc. | 75/763,731 | 7/29/1999 | 2,496,917 | 10/9/2001 |
| WAMOVE-IT | United States | 036 | Washington Mutual, Inc. | 78/435,686 | 6/15/2004 | 3,130,764 | 8/15/2006 |
| WAMU | Australia | 036 | Washington Mutual, Inc. | 929037 | 10/2/2002 | 929037 | 5/22/2003 |
| WAMU | Canada | 000 | Washington Mutual, Inc. | 1,408,828 | 8/20/2008 | | |
| WAMU | Canada | 000 | Washington Mutual, Inc. | 1,335,316 | 2/14/2007 | | |
| WAMU | Canada | 000 | Washington Mutual, Inc. | 1,037,879 | 11/29/1999 | TMA622,822 | 10/19/2004 |
| WAMU | Canada | 000 | Washington Mutual, Inc. | 891,858 | 9/30/1998 | TMA623,092 | 10/21/2004 |
| WAMU | Community | 009 035 036 | Washington Mutual, Inc. | 002878692 | 10/4/2002 | 002878692 | 1/17/2005 |
| WAMU | Mexico | 038 | Washington Mutual, Inc. | 956010 | 8/20/2008 | 1108925 | 7/6/2009 |
| WAMU | Mexico | 035 | Washington Mutual, Inc. | 835894 | 2/12/2007 | 1019718 | 1/17/2008 |
| WAMU | Mexico | 009 | Washington Mutual, Inc. | 835898 | 2/12/2007 | 989403 | 6/25/2007 |
| WAMU | Mexico | 045 | Washington Mutual, Inc. | 835891 | 2/12/2007 | 996034 | 8/3/2007 |
| WAMU | Mexico | 016 | Washington Mutual, Inc. | 835896 | 2/12/2007 | 1004053 | 9/26/2007 |
| WAMU | Mexico | 036 | Washington Mutual, Inc. | 835893 | 2/12/2007 | 990179 | 6/27/2007 |
| WAMU | Mexico | 041 | Washington Mutual, Inc. | 835892 | 2/12/2007 | 1055953 | 8/26/2008 |
| WAMU | New Zealand | 036 | Washington Mutual, Inc. | 666026 | 10/2/2002 | 666026 | 4/3/2003 |
| WAMU | United States | 036 | Washington Mutual, Inc. | 77/548,653 | 8/15/2008 | | |
| WAMU | United States | 035 | Washington Mutual, Inc. | 77/529,937 | 7/23/2008 | | |
| WAMU | United States | 036 038 041 | Washington Mutual, Inc. | 77/402,035 | 2/20/2008 | | |
| WAMU | United States | 035 036 | Washington Mutual, Inc. | 75/523,268 | 7/22/1998 | 2,315,782 | 2/8/2000 |
| WAMU | United States | 036 | Washington Mutual, Inc. | 75/719,116 | 5/28/1999 | 2,483,253 | 8/28/2001 |
| WAMU | United States | 036 | Washington Mutual, Inc. | 77/489,165 | 6/2/2008 | 3,560,765 | 1/13/2009 |
| WAMU | United States | 035 | Washington Mutual, Inc. | 77/489,160 | 6/2/2008 | 3,560,763 | 1/13/2009 |
| WAMU | United States | 009 | Washington Mutual, Inc. | 78/980,580 | 8/21/2006 | 3,532,722 | 11/11/2008 |
| WAMU | United States | 036 045 | Washington Mutual, Inc. | 77/103,109 | 2/8/2007 | | |
| WAMU | United States | 009 | Washington Mutual, Inc. | 78/956,846 | 8/21/2006 | | |
| WAMU | United States | 036 | Washington Mutual, Inc. | 78/949,868 | 8/10/2006 | 3,538,957 | 11/25/2008 |
| WAMU | United States | 041 | Washington Mutual, Inc. | 78/953,663 | 8/16/2006 | | |
| WAMU | United States | 041 | Washington Mutual, Inc. | 78/957,038 | 8/21/2006 | | |
| WAMU | United States | 036 | Washington Mutual, Inc. | 78/957,035 | 8/21/2006 | | |
| WAMU | United States | 016 | Washington Mutual, Inc. | 78/956,852 | 8/21/2006 | | |
| WAMU | United States | 035 | Washington Mutual, Inc. | 78/956,855 | 8/21/2006 | | |
| WAMU 1031 EXCHANGE | United States | 036 | Washington Mutual, Inc. | 78/949,867 | 8/10/2006 | 3,529,315 | 11/4/2008 |
| WAMU 1031 EXCHANGE | United States | 041 | Washington Mutual, Inc. | 78/953,666 | 8/16/2006 | 3,566,059 | 1/20/2009 |
| WAMU BONUS BUCKS | United States | 036 | Washington Mutual, Inc. | 77/142,554 | 3/28/2007 | | |
| WAMU BONUS BUCKS | United States | 035 | Washington Mutual, Inc. | 77/142,563 | 3/28/2007 | | |
| WAMU CAPITAL | United States | 036 | Washington Mutual, Inc. | 78/096,840 | 12/5/2001 | 3,268,921 | 7/24/2007 |
| WAMU COMMUNITY ACCESS | United States | 036 | Washington Mutual, Inc. | 77/155,453 | 4/12/2007 | 3,505,989 | 9/23/2008 |
| WAMU DIRECT | Denmark | 009 035 036 | Washington Mutual, Inc. | 200504868 | 11/7/2005 | VR 2005 | 11/21/2005 |
| WAMU DIRECT | United States | 036 | Washington Mutual, Inc. | 78/661,728 | 6/30/2005 | 3,415,723 | 4/22/2008 |
| WAMU EQUITY PLUS | United States | 036 | Washington Mutual, Inc. | 78/649,678 | 6/13/2005 | 3,291,722 | 9/11/2007 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| WAMU FREE CHECKING | United States | 036 | Washington Mutual, Inc. | 77/496,903 | 6/11/2008 | 3,630,020 | 6/2/2009 |
| WAMU FREE CHECKING | United States | 036 | Washington Mutual, Inc. | 78/785,949 | 1/5/2006 | 3,473,838 | 7/22/2008 |
| WAMU FREE CHECKING | United States | 035 | Washington Mutual, Inc. | 77/496,898 | 6/11/2008 | 3,704,154 | 11/3/2009 |
| WAMU FREE CHECKING | United States | 045 | Washington Mutual, Inc. | 77/496,909 | 6/11/2008 | 3,564,336 | 1/20/2009 |
| WAMU HOME LOANS | United States | 036 | Washington Mutual, Inc. | 78/232,173 | 3/31/2003 | 2,879,308 | 8/31/2004 |
| WAMU INCENT | United States | 035 | Washington Mutual, Inc. | 77/547,682 | 8/14/2008 | | |
| WAMU INVESTMENTS | United States | 036 | Washington Mutual, Inc. | 77/273,614 | 9/6/2007 | | |
| WAMU KIDS | United States | 041 | Washington Mutual, Inc. | 78/227,487 | 3/19/2003 | 2,813,142 | 2/10/2004 |
| WAMU KIDS | United States | 036 | Washington Mutual, Inc. | 78/227,482 | 3/19/2003 | 2,813,141 | 2/10/2004 |
| WAMU LIVE! | United States | 036 | Washington Mutual, Inc. | 77/115,183 | 2/23/2007 | 3,599,069 | 3/31/2009 |
| WAMU LIVE! | United States | 041 | Washington Mutual, Inc. | 77/975,813 | 2/23/2007 | 3,522,371 | 10/21/2008 |
| WAMU LIVE! | United States | 038 | Washington Mutual, Inc. | 77/975,814 | 2/23/2007 | 3,518,040 | 10/14/2008 |
| WAMU LIVE! | United States | 035 | Washington Mutual, Inc. | 77/115,186 | 2/23/2007 | | |
| WAMU LIVE! | United States | 038 | Washington Mutual, Inc. | 77/115,178 | 2/23/2007 | | |
| WAMU LIVE! | United States | 041 | Washington Mutual, Inc. | 77/115,174 | 2/23/2007 | | |
| WAMU LIVE! | United States | 035 | Washington Mutual, Inc. | 77/975,815 | 2/23/2007 | 3,522,372 | 10/21/2008 |
| WAMU MORTGAGE PLUS | United States | 036 | Washington Mutual, Inc. | 78/649,674 | 6/13/2005 | 3,291,721 | 9/11/2007 |
| WAMU REAL REWARDS | United States | 036 | Washington Mutual, Inc. | 77/109,922 | 2/16/2007 | 3,517,180 | 10/14/2008 |
| WAMU REAL REWARDS | United States | 035 | Washington Mutual, Inc. | 77/109,925 | 2/16/2007 | 3,517,181 | 10/14/2008 |
| WAMU THEATER | United States | 043 | Washington Mutual, Inc. | 77/194,309 | 5/31/2007 | 3,525,028 | 10/28/2008 |
| WAMU THEATER | United States | 035 041 | Washington Mutual, Inc. | 77/194,312 | 5/31/2007 | | |
| WAMU WITH W LOGO | Canada | 000 | Washington Mutual, Inc. | 1,408,826 | 8/20/2008 | | |
| WAMU WITH W LOGO | Mexico | 035 | Washington Mutual, Inc. | 956006 | 8/20/2008 | 1102754 | 5/28/2009 |
| WAMU WITH W LOGO | Mexico | 036 | Washington Mutual, Inc. | 956007 | 8/20/2008 | 1105359 | 6/12/2009 |
| WAMU WITH W LOGO | Mexico | 038 | Washington Mutual, Inc. | 956008 | 8/20/2008 | 1102755 | 5/28/2009 |
| WAMU WITH W LOGO | United States | 016 | Washington Mutual, Inc. | 78/971,677 | 9/11/2006 | | |
| WAMU WITH W LOGO | United States | 009 | Washington Mutual, Inc. | 78/971,669 | 9/11/2006 | | |
| WAMU WITH W LOGO | United States | 009 | Washington Mutual, Inc. | 78/980,556 | 9/11/2006 | 3,518,533 | 10/14/2008 |
| WAMU WITH W LOGO | United States | 035 | Washington Mutual, Inc. | 77/489,162 | 6/2/2008 | 3,560,764 | 1/13/2009 |
| WAMU WITH W LOGO | United States | 041 | Washington Mutual, Inc. | 78/971,691 | 9/11/2006 | | |
| WAMU WITH W LOGO | United States | 035 | Washington Mutual, Inc. | 78/971,679 | 9/11/2006 | | |
| WAMU WITH W LOGO | United States | 036 045 | Washington Mutual, Inc. | 77/103,117 | 2/8/2007 | | |
| WAMU WITH W LOGO | United States | 036 | Washington Mutual, Inc. | 77/548,646 | 8/15/2008 | | |
| WAMU WITH W LOGO | United States | 036 038 041 | Washington Mutual, Inc. | 77/402,030 | 2/20/2008 | | |
| WAMU WITH W LOGO | United States | 035 | Washington Mutual, Inc. | 77/529,941 | 7/23/2008 | | |
| WAMU WITH W LOGO | United States | 036 | Washington Mutual, Inc. | 77/489,170 | 6/2/2008 | 3,563,908 | 1/20/2009 |
| WAMU WITH W LOGO | United States | 036 | Washington Mutual, Inc. | 78/971,685 | 9/11/2006 | | |
| WAMU.COM | Canada | 000 | Washington Mutual, Inc. | 1,041,328 | 12/30/1999 | TMA620,975 | 9/29/2004 |
| WAMU.COM | Community | 036 038 042 | Washington Mutual, Inc. | 1446863 | 1/3/2000 | 1446863 | 7/17/2001 |
| WAMU.COM | United States | 036 | Washington Mutual, Inc. | 75/742,362 | 7/2/1999 | 2,498,860 | 10/16/2001 |
| WAMUINS | United States | 036 | Washington Mutual, Inc. | 76/977,685 | 2/1/2001 | 3,002,461 | 9/27/2005 |
| WAMUINS.COM and Design | United States | 036 | Washington Mutual, Inc. | 76/976,846 | 2/1/2001 | 2,887,396 | 9/21/2004 |
| WAMUMORTGAGE.COM | Australia | 036 | Washington Mutual, Inc. | 818164 | 12/22/1999 | 818164 | 7/14/2000 |
| WAMUMORTGAGE.COM | United Kingdom | 036 | Washington Mutual, Inc. | 2218071 | 12/22/1999 | 2218071 | 2/9/2001 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| WASHINGTON MUTUAL | Australia | 036 | Washington Mutual, Inc. | 929035 | 10/2/2002 | 929035 | 11/8/2004 |
| WASHINGTON MUTUAL | Canada | 000 | Washington Mutual, Inc. | 1,037,877 | 11/29/1999 | TMA593,025 | 10/24/2003 |
| WASHINGTON MUTUAL | Canada | 000 | Washington Mutual, Inc. | 894,958 | 10/30/1998 | TMA616,271 | 8/4/2004 |
| WASHINGTON MUTUAL | Canada | 000 | Washington Mutual, Inc. | 1,155,477 | 10/9/2002 | | |
| WASHINGTON MUTUAL | Canada | 000 | Washington Mutual, Inc. | 1,336,938 | 2/26/2007 | | |
| WASHINGTON MUTUAL | Community | 009 035 036 | Washington Mutual, Inc. | 002879484 | 10/4/2002 | 002879484 | 12/9/2004 |
| WASHINGTON MUTUAL | Japan | 036 | Washington Mutual, Inc. | 2002-089937 | 10/23/2002 | 4753768 | 3/5/2004 |
| WASHINGTON MUTUAL | Mexico | 041 | Washington Mutual, Inc. | 839035 | 2/27/2007 | 1054056 | 8/13/2008 |
| WASHINGTON MUTUAL | Mexico | 009 | Washington Mutual, Inc. | 838732 | 2/26/2007 | 993920 | 7/23/2007 |
| WASHINGTON MUTUAL | Mexico | 016 | Washington Mutual, Inc. | 839032 | 2/27/2007 | 988350 | 6/20/2007 |
| WASHINGTON MUTUAL | Mexico | 036 | Washington Mutual, Inc. | 839034 | 2/27/2007 | 1015610 | 11/30/2007 |
| WASHINGTON MUTUAL | Mexico | 045 | Washington Mutual, Inc. | 839036 | 2/27/2007 | 1055955 | 8/26/2008 |
| WASHINGTON MUTUAL | Mexico | 035 | Washington Mutual, Inc. | 839033 | 2/27/2007 | 1053164 | 8/11/2008 |
| WASHINGTON MUTUAL | New Zealand | 036 | Washington Mutual, Inc. | 665719 | 10/1/2002 | 665719 | 2/3/2003 |
| WASHINGTON MUTUAL | United States | 036 | Washington Mutual, Inc. | 75/515,420 | 7/8/1998 | 2,318,138 | 2/15/2000 |
| WASHINGTON MUTUAL | United States | 016 036 | Washington Mutual, Inc. | 75/715,723 | 5/27/1999 | 2,332,955 | 3/21/2000 |
| WASHINGTON MUTUAL | United States | 035 | Washington Mutual, Inc. | 76/976,677 | 11/3/2000 | 2,867,640 | 7/27/2004 |
| WASHINGTON MUTUAL | United States | 041 | Washington Mutual, Inc. | 76/155,066 | 10/27/2000 | 2,926,504 | 2/15/2005 |
| WASHINGTON MUTUAL | United States | 036 | Washington Mutual, Inc. | 78/129,389 | 5/16/2002 | 3,021,627 | 11/29/2005 |
| WASHINGTON MUTUAL | United States | 009 | Washington Mutual, Inc. | 78/960,103 | 8/24/2006 | 3,329,552 | 11/6/2007 |
| WASHINGTON MUTUAL | United States | 036 | Washington Mutual, Inc. | 78/975,992 | 5/16/2002 | 2,980,037 | 7/26/2005 |
| WASHINGTON MUTUAL BANK (Chinese Characters) | United States | 036 | Washington Mutual, Inc. | 75/601,482 | 12/9/1998 | 2,775,934 | 10/21/2003 |
| WASHINGTON MUTUAL BANK (Chinese Characters) | United States | 036 | Washington Mutual, Inc. | 75/697,864 | 5/4/1999 | 2,795,108 | 12/16/2003 |
| WASHINGTON MUTUAL COMMUNITY ACCESS | United States | 036 | Washington Mutual, Inc. | 78/975,413 | 6/21/2002 | 2,861,690 | 7/6/2004 |
| WASHINGTONMUTUAL.COM | Community | 036 038 042 | Washington Mutual, Inc. | 1447085 | 1/3/2000 | 1447085 | 7/23/2001 |
| WE HAVE LISTENERS NOT TELLERS | United States | 036 | Washington Mutual, Inc. | 77/288,749 | 9/25/2007 | | |
| WESTERN BANK and Design | United States | 016 | Washington Mutual, Inc. | 75/716,086 | 5/27/1999 | 2,884,514 | 9/14/2004 |
| WHOO HOO | United States | 036 | Washington Mutual, Inc. | 77/357,506 | 12/20/2007 | | |
| WM | United States | 036 | Washington Mutual, Inc. | 75/515,417 | 7/8/1998 | 2,884,500 | 9/14/2004 |
| WM FINANCIAL SERVICES | United States | 036 | Washington Mutual, Inc. | 75/373,844 | 10/16/1997 | 2,793,366 | 12/16/2003 |
| WM FINANCIAL SERVICES, INC. (STYLIZED) | United States | 036 | Washington Mutual, Inc. | 75/377,675 | 10/22/1997 | 2,831,033 | 4/13/2004 |
| WM GROUP OF FUNDS | United States | 036 | Washington Mutual, Inc. | 75/450,218 | 3/13/1998 | 2,881,909 | 9/7/2004 |
| WM MORNING REPORT | United States | 036 | Washington Mutual, Inc. | 75/637,988 | 2/8/1999 | 2,913,411 | 12/21/2004 |
| WM MUTUAL FUNDS | United States | 036 | Washington Mutual, Inc. | 75/442,730 | 3/2/1998 | 2,998,505 | 9/20/2005 |
| YOU SHOP. SCHOOLS WIN. | United States | 036 | Washington Mutual, Inc. | 78/677,893 | 7/25/2005 | 3,153,431 | 10/10/2006 |
| YOUR PET. YOUR CARD. PERFECT TOGETHER. | United States | 036 | Washington Mutual, Inc. | 77/341,631 | 11/30/2007 | | |
| YOUR PET. YOUR CARD. PERFECT TOGETHER. | United States | 035 | Washington Mutual, Inc. | 77/341,629 | 11/30/2007 | | |

# Part II: Patent/Patent Applications

| PATENT | | | | |
|---|---|---|---|---|
| **Title** | **Comments** | **App. No./<br>Patent No.** | **Filed/<br>Issued** | **Art<br>Unit** |
| SYSTEM FOR PROVIDING ENHANCED SYSTEMS MANAGEMENT, SUCH AS IN BRANCH BANKING | Granted | 09/972,754<br>6,681,985 | 10/05/2001<br>01/27/2004 | 2876 |

| PATENT APPLICATIONS | | | | |
|---|---|---|---|---|
| **Title** | **Comments** | **App. No./** | **Filed** | **Art<br>Unit** |
| CLIENT-SERVER-TYPE SECURITY SYSTEM, SUCH AS A SECURITY SYSTEM FOR USE WITH COMPUTER NETWORK CONSUMER TRANSACTIONS | Abandoned | 10/546,225 | 08/17/2005 | 3621 |
| SYSTEM FOR AUTOMATICALLY TRANSFERRING ACCOUNT INFORMATION, SUCH AS INFORMATION REGARDING A FINANCIAL SERVICES ACCOUNT | On appeal | 11/332,651 | 01/13/2005 | 3696 |
| SERVICE OR SUPPLY CHAIN DIAGNOSTIC SYSTEMS, SUCH AS SYSTEMS FOR MEASURING AND LINKING ASSESSMENTS ACROSS AN ORGANIZATION | Awaiting first USPTO Action | 11/388,704 | 03/24/2006 | 3627 |
| SYSTEMS AND METHODS FOR OPENING, FUNDING, AND MANAGING FINANCIAL ACCOUNTS | Awaiting first USPTO Action | 11/522,294 | 09/15/2006 | 3694 |
| SYSTEMS AND METHODS FOR OPENING, FUNDING, AND/OR USING A FINANCIAL ACCOUNT, SUCH AS A CHECKING ACCOUNT | Awaiting next USPTO Action | 11/735,310 | 04/13/07 | 3694 |
| METHODS AND SYSTEMS FOR ANALYZING DIRECT MAIL MARKETING PROGRAMS | Awaiting first USPTO Action | 12/056,759 | 03/27/08 | 3692 |
| METHOD AND SYSTEM FOR EVALUATING A CUSTOMER OF A FINANCIAL INSTITUTION | Abandoned | 11/412,148 | 04/26,2006 | |

# Part III: Domain Names

1031wamu.com
1031wamu.net
1031wamu.org
1877wamuins.com
1877wamuins.net
1877wamuins.org
1to1investing.com
1to1investing.net
1to1investing.org
1to1investments.com
1to1investments.net
1to1investments.org
1to1planning.com
1to1planning.net
1to1planning.org
aboutprovidian.com
accessmyservices.com
accessyouraccount.com
adtrewardsmastercard.com
adtrewardsvisa.com
advantage90.com
advantage90.net
advantage90.org
americasleadinglender.biz
americasleadinglender.com
americasleadinglender.info
americasleadinglender.net
americasleadinglender.org
americaslendingleader.biz
americaslendingleader.com
americaslendingleader.info
americaslendingleader.net
americaslendingleader.org
apostolnotice.com
apply4smartvisa.biz
apply4smartvisa.com
apply4visa.com
applyaria.com
applyforsmartvisa.biz
applyforsmartvisa.com
applyprovidian.com
bankerspen.org
basspointsvisa.com
basspoundsvisa.com
bassrewardsmastercard.com
bassrewardsvisa.com
bhgcard.com
bhgcard.net
bhgcard.org
bhgmc.org
bhgmastercard.com
bhgmastercard.net
bhgmastercard.org
bhgmc.com
bhgmc.net
bhgmc.org
bhgrewards.com
bhgrewards.net
bhgrewards.org
binettinotice.com
binettinotice.net
binettinotice.net
binettinotice.org
boldpugetsound.com
boldpugetsound.net

wamoola.net
wamoola.org
wamoolaforschools.com
wamoolaforschools.net
wamoolaforschools.org
wamoveit.biz
wamove-it.biz
wamoveit.com
wamove-it.com
wamoveit.net
wamove-it.net
wamoveit.org
wamove-it.org
wamoves.com
wamoves.net
wamoves.org
wamu.be
wamu.biz
wamu.com
wamu.eu
wamu.info
wamu.jobs
wamu.mobi
wamu.net
wamu.us
wamu1.biz
wamu-1.biz
wamu1.com
wamu-1.com
wamu1.info
wamu-1.info
wamu1.net
wamu-1.net
wamu1.org
wamu-1.org
wamu1031.com
wamu-1031.com
wamu1031.net
wamu-1031.net
wamu1031.org
wamu-1031.org
wamu1031ex.com
wamu1031ex.net
wamu1031ex.org
wamu1031exchange.com
wamu1031exchange.net
wamu1031exchange.org
wamu1031service.org
wamu1031services.com
wamu1031services.net
wamu1031service.com
wamu1031services.org
wamu1031x.com
wamu1031x.net
wamu1031x.org
wamu1031xchange.com
wamu1031xchange.net
wamu1031xchange.org
wamuaa.com
wamuaccountonline.com
wamuaccountsonline.com
wamuacountonline.com
wamuappraisal.biz
wamuappraisal.com
wamu-appraisal.com

wamumsc.org
wamumsc.us
wamunet.com
wamunet.net
wamunet.org
wamunewaccounts.com
wamunewaccounts.net
wamunewaccounts.org
wamunewjobs.com
wamu-newjobs.com
wamunewjobs.net
wamu-newjobs.net
wamunewjobs.org
wamu-newjobs.org
wamunewsroom.biz
wamunewsroom.com
wamunewsroom.info
wamunewsroom.us
wamunonprimesecurities.com
wamunonprimesecurities.net
wamunonprimesecurities.org
wamuoffers.com
wamuoffers.net
wamuoffers.org
wamuone.biz
wamu-one.biz
wamuone.com
wamu-one.com
wamuone.info
wamu-one.info
wamuone.net
wamu-one.net
wamuone.org
wamu-one.org
wamuonline.biz
wamuonline.com
wamuonline.info
wamu-online.name
wamuonline.net
wamuonline.org
wamuonline.us
wamuonlinebanking.biz
wamu-onlinebanking.com
wamuonlinebanking.info
wamuonlinebanking.net
wamuonlinebanking.org
wamuonlinebanking.us
wamuonlione.com
wamuontheair.com
wamuontheair.net
wamuontheair.org
wamuops.net
wamuperks.com
wamuperks.net
wamuperks.org
wamupersonalbanking.com
wamupersonalbanking.net
wamupersonalbanking.org
wamu-personal-direct.com
wamu-personal-direct.net
wamu-personal-direct.org
wamuphotos.com
wamuphotos.net
wamuphotos.org
wamuplatinumvisa.com

boldpugetsound.org
californiareconveyance.com
cardcustomization.com
cardcustomization.net
cardcustomization.org
cardservicing.com
chattinwiththepen.com
commerceservicecorp.com
commerceservicecorp.net
commerceservicecorp.org
commerceservicescorp.com
commercialcapital.com
cookingvisa.com
csc-wamu.com
democraticvisa.com
depositwamu.com
dimecornet.com
directwamu.com
dubenefits.com
equityyourway.com
equity-your-way.com
equityyourway.net
equity-your-way.net
equityyourway.org
equity-your-way.org
espnrewardscard.com
espnrewardscard.net
espnrewardscard.org
espnrewardsvisa.com
espnrewardsvisa2.com
espnrewardsvisa2.net
espnrewardsvisa2.org
espnvisa.com
extremereplayrewards.com
firstselect.biz
firstselect.info
firstselectcorp.com
fishingvisa.com
freechecking.net
freechecking.org
freewamuchecking.com
freewamuchecking.net
freewamuchecking.org
friendofthefamily.com
friendofthefamily.net
friendofthefamily.org
frugal-buy.com
frugal-deal.com
gardeningvisa.com
getespnvisa.com
getespnvisa.net
getespnvisa.org
getmastercardnow.com
getmcnow.com
getmycabelasvisa.com
getmyreader.com
getmysmartvisa.biz
getmysmartvisa.com
getmyvisa.com
getmyvisanow.com
getsmartvisa.biz
getvisanow.com
getwamu.com
getwamu.net
getwamu.org
getwamucompanystore.com
getwamuvisa.com
getwamuvisa.net

wamuappraisal.info
wamuappraisal.net
wamuappraisal.com
wamuappraisal.us
wamuappraisals.com
wamubank.com
wamubank.net
wamubank.org
wamu-bank-direct.com
wamu-bank-direct.net
wamu-bank-direct.org
wamubanking.com
wamubanking.net
wamubanking.org
wamubeijing.com
wamubillpay.com
wamubillpay.net
wamubillpay.org
wamubizbank.com
wamubizbank.net
wamubizbank.org
wamubizcard.com
wamubizcard.net
wamubizcard.org
wamubonusbucks.com
wamubrand.com
wamubrand.net
wamubrand.org
wamubrandcentral.com
wamubreakfastseries.com
wamubreakfastseries.net
wamubreakfastseries.org
wamubroker.com
wamubroker.mobi
wamubroker.net
wamubroker.org
wamubusinessbank.com
wamubusinessbank.net
wamubusinessbank.org
wamubusinessbanking.com
wamubusinessbanking.net
wamubusinessbanking.org
wamubusinesscard.com
wamubuys.biz
wamubuys.com
wamubuys.info
wamubuys.net
wamubuys.org
wamubuys.us
wamucampaigns.com
wamucanhelp.com
wamucapital.biz
wamucapital.com
wamucapital.info
wamucapital.net
wamucapital.org
wamucapital.us
wamucapitalcorp.com
wamucapitalcorp.net
wamucapitalcorp.org
wamucard.biz
wamucard.com
wamu-card.com
wamucard.info
wamucard.net
wamucard.org
wamucards.biz
wamucards.com

wamuplatinumvisa.net
wamuplatinumvisa.org
wamupreferredvisa.com
wamupreferredvisa.net
wamupreferredvisa.org
wamupreierbroker.biz
wamupreierebroker.biz
wamupremierbroker.biz
wamupremierbroker.com
wamupremierbroker.info
wamupremierbroker.net
wamupremierbroker.org
wamupremierbroker.us
wamupremierebroker.biz
wamupremierebroker.com
wamupremierebroker.info
wamupremierebroker.net
wamupremierebroker.org
wamupremierebroker.us
wamuprepaid.com
wamuprepaid.net
wamuprepaid.org
wamupresidentsclub.com
wamuprierbroker.biz
wamuprimealtasecurities.com
wamuprimealtasecurities.net
wamuprimealtasecurities.org
wamuprojects.com
wamuproperties.com
wamuproperty.com
wamuproperty.net
wamuproperty.org
wamuprotection.com
wamuprotection.net
wamuprotection.org
wamurealestate.com
wamurealestate.net
wamurealestate.org
wamurealrewards.com
wamureception.com
wamurecognition.com
wamurewards.com
wamurewards.net
wamusalesmeetings.com
wamusbresources.com
wamusbresources.net
wamusbresources.org
wamuschoolsavings.net
wamuschoolsavings.org
wamusecurities.com
wamusecurities.net
wamusecurities.org
wamusenddirect.com
wamusenddirect.net
wamusenddirect.org
wamusendirect.com
wamusendirect.net
wamusendirect.org
wamuship.com
wamusmallbusinesscard.com
wamusmiles.com
wamusmiles.net
wamusmiles.org
wamusog.com
wamusog.net
wamusog.org
wamustage.com
wamustaticpool.com

getwamuvisa.org
handymanvisa.com
homeartsvisa.com
homecrest.biz
homecrest.info
homecrest.us
homecrestins.com
homecrestins.net
homecrestins.org
homecrestinsurance.com
homecrestinsurance.net
homecrestinsurance.org
homeofthefree.com
homeofthefree.net
homeofthefree.us
homeplusrewards.com
homeplusvisa.com
homeside.com
homesidelending.com
hrccreditcard.com
hrcvisa.net
hrcvisa.org
hsnrewardsvisa.com
hsnvisa.com
huntingvisa.com
idconfidential.com
idconfidential.net
idconfidential.org
identityconfidential.com
identityconfidential.net
identityconfidential.org
identitytheftinspect.com
identitytheftinspect.net
identitytheftinspect.org
identitytheftmonitor.net
identitytheftmonitor.org
idtheftinspect.com
idtheftinspect.net
idtheftinspect.org
idtheftmonitor.com
idtheftmonitor.net
idtheftmonitor.org
invest121.com
invest121.net
invest121.org
invest1to1.biz
invest1to1.com
invest1to1.info
invest1to1.net
invest1to1.org
invest1to1.us
invest1to1-com.us
lawyersasset.net
lawyersasset.org
lbfc.com
lbmcstaticpool.com
lbmlos.com
loans-wmfinance.com
longbeachmortgage.com
longbeachmortgage.org
managingdreams.com
managingdreams.net
managingdreams.org
morehumaninterest.biz
morehumaninterest.com
morehumaninterest.info
morehumaninterest.net

wamucards.info
wamucards.net
wamucards.org
wamucardservices.com
wamucashback.com
wamucashbackforschools.com
wamucashbackforschoolsprogram.com
wamucc.com
wamucc.net
wamucc.org
wamucdauction.com
wamucdauction.net
wamucdauction.org
wamuchecking.com
wamuchecking.net
wamuchecking.org
wamucommercial.com
wamucommercial.net
wamucommercial.org
wamucommercialbank.com
wamucommercialbank.net
wamucommercialbank.org
wamucommercialbanking.com
wamucommercialbanking.net
wamucommercialbanking.org
wamucommercialsecurities.com
wamucommercialsecurities.net
wamucommercialsecurities.org
wamucommunities.com
wamucommunities.net
wamucommunities.org
wamucommunity.com
wamu-com-personal-default-asp.com
wamucorporateprograms.com
wamucps.net
wamucre.com
wamucre.net
wamucre.org
wamucreative.com
wamucredit.com
wamucreditcard.com
wamucreditcard.net
wamucreditcard.org
wamucreditcards.com
wamucreditcards.net
wamucreditcards.org
wamucrt.com
wamu-csc.com
wamucustomcontrol.com
wamucustomcontrol.net
wamucustomcontrol.org
wamudasboard.com
wamudashaord.com
wamudashboard.biz
wamudashboard.com
wamudashboard.info
wamudashboard.net
wamudashboard.org
wamudashboard.us
wamudemo.com
wamudemo.net
wamudemo.org
wamudenverevents.com
wamudesign.com
wamudirect.biz
wamu-direct.biz
wamudirect.com
wamu-direct.com

wamustudentbanking.com
wamustudentbanking.net
wamustudentbanking.org
wamusubprimesecurities.com
wamusubprimesecurities.net
wamusubprimesecurities.org
wamusucks.com
wamusucksdirect.com
wamusucksdirect.net
wamusucksdirect.org
wamusummersavings.com
wamusummersavings.net
wamusummersavings.org
wamusummitclub.com
wamusurvey.com
wamusweeps.com
wamusweeps.net
wamusweeps.org
wamusweepstakes.com
wamusweepstakes.net
wamusweepstakes.org
wamuthorson.com
wamutrade.com
wamutrade.net
wamutrade.org
wamutravel.com
wamutvads.com
wamutvads.net
wamutvads.org
wamuu.com
wamuuhomeloans.com
wamuvc.com
wamuvc.net
wamuvc.org
wamuventures.com
wamuventures.net
wamuventures.org
wamuvisa.com
wamuvisa.net
wamuvisa.org
wamuway.com
wamuway.net
wamuway.org
wamuwealthstrategies.com
wamuwealthstrategies.net
wamuwealthstrategies.org
wamuwelcome.com
wamuwelcome.net
wamuwelcome.org
wamuwholesale.com
wamuwinterfest.com
wamuxchange.biz
wamuxchange.com
wamuxchange.info
wamuxchange.net
wamuxchange.org
wamuxchangecompany.com
wamuxchangecompany.net
wamuxchangecompany.org
wamuxchangeservices.com
wamuxchangeservices.net
wamuxchangeservices.org
wamuyes.com
wamuyes.net
wamuyes.org
warnu.com
warnu.net
warnu.org

morehumaninterest.org
morehumaninterest.us
mortimerfoleyiii.com
myaccountservices.com
mybhgcard.com
mybhgcard.net
mybhgcard.org
mybuysmart.com
mycarddesign.com
mycarddesign.net
mycarddesign.org
my-credit-profile.com
mycreditprofileonline.com
mycreditsummary.com
myhealthadvantage.com
mypointsrewardsvisa.com
mypremiumpoints.com
mypremiumpointsplus.com
myscoreandmore.com
myscoreplusmore.com
mysmartaccess.com
mysmartservices.com
mysmartvisa.biz
mysmartvisa.com
mytoolkit.biz
mytoolkithelp.com
mytoolkitmail.com
mywamuhomeequity.com
mywamuhomeequity.net
mywamuhomeequity.org
mywamuvisa.com
mywamuvisa.net
mywamuvisa.org
myworldmissionsvisa.com
myworldmissionsvisa.net
myworldmissionsvisa.org
namc.com
netaccountaccess.com
netaccountservices.com
northamericanmortgage.com
occasio.biz
occasio.us
onlineaccountservices.com
onlineaccountservicing.com
onlinecardservicing.com
optis.us
optisvalue.us
paypalcreditcard.biz
paysmart.biz
percivalsluxurymonocles.com
percivalsluxurymonocles.net
percivalsluxurymonocles.org
powerofyes.com
powerofyes.net
powerofyes.org
poweryes.org
preferredwamuvisa.com
preferredwamuvisa.net
preferredwamuvisa.org
premieremortgagebroker.com
premieremortgagebroker.net
premieremortgagebroker.org
premiumpoints.biz
premiumpoints.com
premiumpoints.net
premiumpoints.org
premiumpointsplus.biz
premiumpointsplus.com

wamudirect.eu
wamudirect.info
wamu-direct.info
wamudirect.net
wamu-direct.net
wamudirect.org
wamu-direct.org
wamudirect.us
wamu-direct.us
wamu-direct-bank.com
wamu-direct-bank.net
wamu-direct-bank.org
wamudirectcd.com
wamudirectcds.com
wamu-direct-online.com
wamu-direct-online.net
wamu-direct-online.org
wamudirectsavings.com
wamu-direct-secure.com
wamu-direct-secure.net
wamu-direct-secure.org
wamudirectsucks.com
wamu-directsucks.com
wamudirectsucks.net
wamu-directsucks.net
wamudirectsucks.org
wamu-directsucks.org
wamuecards.com
wamuecards.net
wamuecards.org
wamuelitegroup.com
wamuenespanol.com
wamuequityplus.net
wamuequityplus.org
wamuexchange.biz
wamuexchange.com
wamuexchange.info
wamuexchange.net
wamuexchange.org
wamuexchangecompany.com
wamuexchangecompany.net
wamuexchangecompany.org
wamuexchangeservices.com
wamuexchangeservices.net
wamuexchangeservices.org
wamufilm.com
wamufilm.net
wamufilm.org
wamufilms.com
wamufilms.net
wamufilms.org
wamufilms2003.com
wamufilms2003.net
wamufilms2003.org
wamufilms2004.com
wamufilms2004.net
wamufilms2004.org
wamufinance.biz
wamufinance.com
wamufinance.info
wamufinance.net
wamufinance.org
wamufinance.us
wamufinancial.com
wamufinancial.org
wamufinancialservices.com
wamufinancialservices.net
wamufinancialservices.org

washingonmutual.com
washingtongmutual.com
washingtonmu.com
washingtonmutual.biz
washingtonmutual.com
washington-mutual.com
washingtonmutual.eu
washingtonmutual.info
washingtonmutual.jobs
washington-mutual.net
washingtonmutual.org
washingtonmutual.us
washingtonmutualbank.biz
washingtonmutualbank.com
washington-mutual-bank.com
washingtonmutualbank.info
washingtonmutualbank.net
washington-mutual-bank.net
washingtonmutualbank.org
washington-mutual-bank.org
washingtonmutualbank.us
washingtonmutualbankhomeloan.com
washingtonmutualbizbank.com
washingtonmutualbizbank.net
washingtonmutualbizbank.org
washingtonmutualbusinessbank.com
washingtonmutualbusinessbank.net
washingtonmutualbusinessbank.us
washingtonmutualbusinessbanking.com
washingtonmutualbusinessbanking.net
washingtonmutualbusinessbanking.org
washingtonmutualbusinessbanking.us
washingtonmutual-card.com
washingtonmutualcardservices.com
washingtonmutualcommercial.com
washingtonmutualcommercial.net
washingtonmutualcommercial.org
washingtonmutualcommercialbank.com
washingtonmutualcommercialbank.net
washingtonmutualcommercialbank.org
washingtonmutualcommercialbanking.com
washingtonmutualcommercialbanking.net
washingtonmutualcommercialbanking.org
washingtonmutualcre.com
washingtonmutualcre.net
washingtonmutualcre.org
washingtonmutualcredit.com
washingtonmutualcredit.net
washingtonmutualcredit.org
washingtonmutualdirect.biz
washingtonmutualdirect.com
washingtonmutualdirect.info
washingtonmutualdirect.net
washingtonmutualdirect.org
washingtonmutualdirect.us
washingtonmutualfinance.com
washingtonmutualfinance.net
washingtonmutualfinance.org
washingtonmutualfinance.us
washingtonmutualfunds.com
washingtonmutualhomeloan.com
washingtonmutualhomeloan.net
washingtonmutualhomeloan.org
washingtonmutualhomeloaninc.com
washingtonmutualhomeloanrate.com
washingtonmutualhomeloans.com
washingtonmutualhomeloans.net

premiumpointsplus.net
premiumpointsplus.org
premiumpointsplussucks.com
previdian.com
principioseguro.com
principioseguro.net
principioseguro.org
prividian.com
prnint.com
propoints.net
propoints.org
provdian.com
provedian.com
providain.com
providian.biz
providian.com
providian.net
providian.org
providian.us
providianaccess.com
providianacrd.com
providianacrd.com
providianairpoints.com
providianallpoints.com
providianallpoints.net
providianallpoints.org
providianapply.com
providianautoloans.com
providianbancorp.com
providianbank.com
providian-bank.com
providianbenefits.com
providianbenefits.org
providiancadr.com
providiancapital.com
providiancard.com
providiancares.com
providiancarloans.com
providian-credit.com
providiancreditcard.com
providiandeposits.com
providiandirect.com
providian-direct.com
providianfinance.com
providian-finance.com
providian-finance.com
providianfinancial.com
providian-financial.com
providianfinancial.net
providianfinancial.org
providiangiftcard.com
providiangifts.com
providianjobs.com
providianloan.com
providian-loan.com
providianloans.com
providian-loans.com
providianmastercard.com
providianmediacenter.com
providianmiles.com
providiannews.com
providianonline.com
providian-online.com
providianpersonalregistry.com
providianpoints.com
providianpointsplus.com
providianpointsplus.net
providianpropoints.com

wamufreechecking.com
wamufreechecking.net
wamufreechecking.org
wamufunds.com
wamufunds.net
wamufunds.org
wamugiftcard.com
wamugiftcards.com
wamugreen.biz
wamu-green.biz
wamugreen.com
wamu-green.com
wamugreen.info
wamu-green.info
wamugreen.net
wamu-green.net
wamugreen.org
wamu-green.org
wamuhealth.net
wamuhome.com
wamuhomeequity.com
wamuhomelaons.com
wamuhomelending.com
wamuhomelending.net
wamuhomelending.org
wamuhomeloan.com
wamuhomeloan.net
wamuhomeloan.org
wamuhomeloans.biz
wamuhomeloans.com
wamuhome-loans.com
wamuhomeloans.info
wamuhomeloans.net
wamuhomeloans.org
wamuhomeloans.us
wamuhomeloanssuck.com
wamuhomeloanssuck.net
wamuhomeloanssuck.org
wamuhomeloanssucks.com
wamuhomeloanssucks.net
wamuhomeloanssucks.org
wamuhomeofthefree.com
wamuhomequity.com
wamuhomesloans.com
wamuhomloans.com
wamuhoneloans.com
wamuimagelibrary.com
wamuimagelibrary.net
wamuimagelibrary.org
wamuinc.net
wamuinfo.com
wamuins.biz
wamuins.com
wamuins.info
wamuins.net
wamuins.org
wamuins.us
wamuinsurance.com
wamuinsurance.net
wamuinsurance.org
wamuinsuranceservices.com
wamuinsuranceservices.net
wamuinsuranceservices.org
wamuinvestments.com
wamuinvestments.net
wamuinvestments.org
wamujdc.com
wamujdc.net

washingtonmutualhomeloans.org
washingtonmutualhomemortgageloan.com
washington-mutual-inc.com
washingtonmutualinsurance.com
washingtonmutualinsurance.net
washingtonmutualinsurance.org
washingtonmutualloans.com
washingtonmutualloans.net
washingtonmutualloans.org
washingtonmutual-wholesale.com
webcard.biz
webcard.org
webcardaccess.com
webcardnews.com
webcardrewards.com
webcardservices.com
wellnessvisa.com
westernbank.com
western-bank.net
western-bank.org
wholesale-lending.com
wm-bank.com
wm-bank.net
wm-bank.org
wmbroker.com
wmbroker.net
wmbroker.org
wmbusiness.com
wmbusiness.net
wmbusiness.org
wmbusinessbank.com
wmbusinessbank.net
wmbusinessbank.org
wmcardservices.com
wmcardservices.net
wmcardservices.org
wmcommercialrealestate.com
wmcommercialrealestate.net
wmcommercialrealestate.org
wmcre.com
wmcre.net
wmcre.org
wmdirect.biz
wmdirect.net
wmdirect.org
wmdirect.us
wmfd.net
wmfinance.biz
wmfinance.com
wmfinance.info
wmfinance.net
wmfinance.org
wmfinance.us
wmfinanceloans.com
wmfinancial.biz
wmfinancial.com
wmfinancial.info
wmfinancial.net
wmfinancial.org
wmfinancial.us
wmfinancialservices.biz
wmfinancialservices.com
wmfinancialservices.info
wmfinancialservices.net
wmfinancialservices.org
wmfinancialservices.us
wmfinancialservicesinc.biz
wmfinancialservicesinc.info

providianpropoints.net
providianpropoints.org
providianrealrewards.com
providianrewards.com
providiansavings.com
providianschoolrewards.com
providianservice.com
providianservices.com
providian-services.com
providianservicing.com
providiansmartvisa.com
providiansmartvisa.com
providiansucks.com
providiansucks.org
providianvisacard.com
providianvisaclassic.com
providianvisagold.com
providianwebcard.com
providingmore.com
prvidian.com
pvn.com
pvnlnt.com
ratefaker.com
readersrewards.com
replayextremerewards.com
samportfolios.net
samportfolios.org
saveforamerica.net
schoolsavings.biz
schoolsavings.info
schoolsavings.us
sendirect.com
sivagefinancial.com
smartchipcreditcard.com
smartchipcreditcard.net
smartchipcreditcard.org
smartvisanow.com
specialtydashboard.com
spotlightonschools.com
spotlightonschools.net
spotlightonschools.org
spotlightonteachers.com
spotlightonteachers.net
spotlightonteachers.org
stodgybanker.com
stodgybanker.net
stodgybanker.org
stodgybankers.com
stodgybankers.net
stodgybankers.org
stogybanker.com
stogybanker.net
stogybanker.org
stogybankers.com
stogybankers.net
stogybankers.org
suwamu.com
teacherpalooza.com
teacher-palooza.com
teacherpalooza.net
teacher-palooza.net
teacherpalooza.org
teacher-palooza.org
thewamuway.com
thewamuway.net
thewamuway.org
totalaccessvisa.com
totalaccessvisa.net

wamujdc.org
wamujobs.com
wamujobs.net
wamujobs.org
wamula.com
wamula.net
wamula.org
wamulaforschools.com
wamulaforschools.net
wamulaforschools.org
wamulaonsservice.biz
wamulending.com
wamulending.net
wamulending.org
wamulends.com
wamulends.net
wamulends.org
wamulians.com
wamulive.com
wamulive.net
wamulive.org
wamuloan.com
wamuloan.net
wamuloan.org
wamuloandocs.com
wamuloandocs.net
wamuloandocs.org
wamuloanhomes.com
wamuloans.biz
wamuloans.com
wamu-loans.com
wamuloans.info
wamuloans.net
wamu-loans.net
wamuloans.org
wamu-loans.org
wamuloans.us
wamuloanservice.biz
wamuloanservice.com
wamuloanservice.info
wamuloanservice.net
wamuloanservice.org
wamuloanservice.us
wamuloanservices.com
wamuloanservices.net
wamuloanshomes.com
wamuloantrac.com
wamuloantrac.net
wamuloantrac.org
wamulocalexpert.com
wamulocalexpert.net
wamulocalexpert.org
wamulocations.com
wamulocations.net
wamulocations.org
wamumail.biz
wamumail.info
wamumall.biz
wamumall.com
wamu-mall.com
wamumall.info
wamumall.net
wamu-mall.net
wamumall.org
wamu-mall.org
wamumarketing.com
wamumarketing.net
wamumarketing.org

wmfloans.com
wmfsfunds.com
wmfsfunds.net
wmfsfunds.org
wmfsgroup.com
wmfsgroup.net
wmfsgroup.org
wmfssurvey.com
wmfunds.net
wmfunds.org
wmgf.net
wmgf.org
wmgof.com
wmgof.net
wmgof.org
wmgroupfunds.com
wmgroupfunds.net
wmgroupfunds.org
wmgroupoffunds.biz
wmgroupoffunds.com
wmgroupoffunds.info
wmgroupoffunds.net
wmgroupoffunds.org
wmgroupoffunds.us
wmhomeloans.biz
wmhomeloans.com
wmhomeloans.info
wmhomeloans.us
wminsurance.net
wminsurance.org
wminsuranceservices.com
wminsuranceservices.net
wminsuranceservices.org
wmirvdev.com
wm-irvine.com
wmloans.com
wmloans.net
wmloans.org
wmmortgage.com
wmmortgage.net
wmmortgage.org
wmnet.org
wmtrade.com
wmtrade.net
wmtrade.org
wmtrade.us
wmwealthstrategies.com
wmwealthstrategies.net
wmwealthstrategies.org
worldgymvisa.com
worldmissionsvisa.com
worldmissionsvisa.net
worldmissionsvisa.org
wwwamu.com
wwwamu.net
wwwamu.org
wwwashingtonmutual.com
wwwashingtonmutual.net
wwwashingtonmutual.org
wwwprovidian.com
wwwprovidiancards.com
wwwprovidiancreditcard.com
wwwwamu.com
wwwwamu.net
wwwwamu.org
wwwwamumortgage.com
wwwwamumortgage.net
wwwwamumortgage.org

totalaccessvisa.org
trappedbanker.com
trappedbanker.net
trappedbanker.org
trappedbankers.com
trappedbankers.net
trappedbankers.org
update-wamu.com
update-wamu.net
vvamu.com
vvamu.net
vvamu.org
vvvamu.com
wahingtonmutualbank.biz
walkonhome.com
walmu.com
wamini.com
wamini.net
wamini.org
wammucard.com
wamoo.com
wamoo.net
wamoo.org
wamoofunds.com
wamoola.com

wamumarketplace.com
wamumarketplace.net
wamumarketplace.org
wamumedia.com
wamumorgage.com
wamumortage.com
wamumortgage.biz
wamumortgage.com
wamumortgage.info
wamumortgage.net
wamumortgage.org
wamumortgage.us
wamumortgagelending.com
wamumortgagelending.net
wamumortgagelending.org
wamumortgageplus.com
wamumortgageplus.net
wamumortgageplus.org
wamumortgages.com
wamumortgages.net
wamumortgages.org
wamumsc.biz
wamumsc.com
wamumsc.info
wamumsc.net

wamuloanshomes.net
wwwwashingtonmutual.com
wwwwashingtonmutual.net
wwwwashingtonmutual.org
wwwwmloans.com
wwwwmloans.net
wwwwmloans.org
youraccountservices.com
yourcardfast.com
yourcardfast.net
yourcardfast.org
yourcardservices.com
yourecardfast.com
yourecardfast.net
yourecardfast.org
yourmarketplaceonline.com
yourmarketplaceonline.net
yourmarketplaceonline.org
yourwamuexpert.com
yourwamuexpert.net
yourwamuexpert.org

# Part IV: Copyrighted Material

| Type | Title | Copyright Claimant | Creation Date | Publication Date | Reg. No. | Reg. Date |
|------|-------|-------------------|---------------|------------------|----------|-----------|
| Visual Material | Coinhead | Washington Mutual, Inc. | 1998 | | VAu000548008 | 2001-10-19 |
| Visual Material | Kids' 2002 Calendar | Washington Mutual, Inc. | 2001 | 2001-12-17 | VA0001279848 | 2003-10-10 |
| Visual Material | Kids' 2004 Calendar | Washington Mutual, Inc. | 2003 | 2003-11-07 | VA0001267815 | 2004-06-18 |
| Visual Material | School Savings Kid's 2002 Calendar | Washington Mutual, Inc. | 2001 | 2001-12-01 | VA0001176354 | 2003-05-01 |
| Visual Material | School Savings Kid's Calendar 2001 | Washington Mutual, Inc. | 1998 | 2000-12-01 | VA0001105363 | 2001-10-19 |
| Visual Material | School Savings, since 1923: Washington Mutual | Washington Mutual, Inc. | 1998 | 2000-12-01 | VA0001201669 | 2003-05-04 |
| Visual Material | School Savings, since 1923: Washington Mutual | Washington Mutual,, Inc. | 1998 | 1998-09-01 | VA0001201689 | 2003-05-04 |
| Visual Material | The Secret of Lonely Island | Washington Mutual, Inc. | 2002 | 2002-12-11 | VA0001254977 | 2003-12-12 |
| Visual Material | Shorty | Washington Mutual, Inc. | 1998 | | VAu000548007 | 2001-10-19 |
| Text | wamu.com website April 2004 | Washington Mutual, Inc. | 2004 | 2004-04-06 | TX0006935477 | 2009-06-10 |
| Text | wamu.com website June 1998 | Washington Mutual, Inc. | 1998 | 1998-06-14 | TX0006935487 | 2009-06-01 |
| Text | wamu.com website March 2006 | Washington Mutual, Inc. | 2006 | 2006-03-14 | TX0005935480 | 2009-06-10 |
| Text | wamu.com website November 2002 | Washington Mutual, Inc. | 2002 | 2002-11-22 | TX0006935465 | 2009-06-10 |
| Text | wamu.com website September 24, 2008 | Washington Mutual, Inc. | 2008 | 2008-09-24 | TX0006935497 | 2009-06-01 |
| Text | wamu.com website September 8, 2008 | Washington Mutual, Inc. | 2008 | 2008-09-08 | TX0006935492 | 2009-06-01 |
| Visual Material | School Savings Calendar: 2001 | Washington Mutual, Inc. (Seattle) | 2000 | 2000-12-01 | VA0001206707 | 2003-05-01 |

# Part V: Internet Protocol Adresses

Internet Protocol Address Blocks
NetRange:    167.145.0.0 - 167.145.255.255
NetRange:    167.88.0.0 - 167.88.255.255
NetRange:    167.160.0.0 - 167.160.255.255

Autonomous System Numbers
AS23436
AS14894

**EXHIBIT "X"**

**WMB INTELLECTUAL PROPERTY**

# Part I: Trademarks

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| A GREAT PLACE TO BANK | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| ACCESSABILITY (STYLIZED) | United States | 036 | The Dime Savings Bank of New York, FSB | 76/061,775 | 6/2/2000 | | |
| AHMANSON | United States | 036 | Ahmanson Land Company | 76/070,810 | 6/14/2000 | | |
| AHMANSON | United States | 038 | Ahmanson Land Company | 76/070,827 | 6/14/2000 | | |
| AHMANSON | United States | 037 | Ahmanson Land Company | 76/070,816 | 6/14/2000 | | |
| AHMANSON | United States | 039 | Ahmanson Land Company | 76/070,801 | 6/14/2000 | | |
| AHMANSON | United States | 035 042 | Ahmanson Land Company | 76/070,821 | 6/14/2000 | | |
| AHMANSON | United States | 025 | Ahmanson Land Company | 76/071,055 | 6/14/2000 | | |
| AHMANSON | United States | 041 | Ahmanson Land Company | 76/070,802 | 6/14/2000 | | |
| AHMANSON | United States | 035 | Ahmanson Land Company | 76/070,800 | 6/14/2000 | | |
| AHMANSON | United States | 028 | Ahmanson Land Company | 76/070,850 | 6/14/2000 | | |
| AHMANSON | United States | 021 | Ahmanson Land Company | 76/070,851 | 6/14/2000 | | |
| AHMANSON LAND COMPANY | United States | 037 | Ahmanson Land Company | 76/070,863 | 6/14/2000 | | |
| AHMANSON LAND COMPANY | United States | 036 | Ahmanson Land Company | 76/070,820 | 6/14/2000 | | |
| AHMANSON MORTGAGE | Arizona | 036 | Home Savings of America, F.A. | N/A | | 66,196 | 5/1/1986 |
| AHMANSON MORTGAGE | California | 036 | Home Savings of America, F.A. | N/A | | 27,719 | 8/1/1986 |
| AHMANSON MORTGAGE | Colorado | 036 | Home Savings of America, F.A. | N/A | | T30,711 | 4/28/1986 |
| AHMANSON MORTGAGE | Georgia (State) | 036 | Home Savings of America, F.A. | N/A | | S6,807 | 5/20/1986 |
| AHMANSON MORTGAGE | North Carolina | 036 | Home Savings of America, F.A. | N/A | | 6,481 | 5/8/1986 |
| AHMANSON MORTGAGE | Oregon | 036 | Home Savings of America, F.A. | N/A | | S20,819 | 4/23/1986 |
| AHMANSON MORTGAGE | United States | 036 | Washington Mutual Bank, FA | 73/594,508 | 4/21/1986 | 1,454,613 | 8/25/1987 |
| AHMANSON MORTGAGE (Stylized letters) | Washington | 036 | Home Savings of America, F.A. | N/A | | 16,439 | 4/21/1986 |
| AHMANSON MORTGAGE and Design | Colorado | 036 | Home Savings of America, F.A. | N/A | | T30,811 | 5/16/1986 |
| AHMANSON MORTGAGE and Design | Georgia (State) | 036 | Home Savings of America, F.A. | N/A | | S6,808 | 5/20/1986 |
| AHMANSON MORTGAGE and Design | Indiana | 036 | Home Savings of America, F.A. | N/A | | 50,097,352 | 4/21/1986 |
| AHMANSON MORTGAGE and Design | Indiana | 036 | Home Savings of America, F.A. | N/A | | 50,097,351 | 4/21/1986 |
| AHMANSON MORTGAGE and Design | Minnesota | 036 | Home Savings of America, F.A. | N/A | | 11,119 | 5/19/1986 |
| AHMANSON MORTGAGE and Design | North Carolina | 036 | Home Savings of America, F.A. | N/A | | 6,500 | 5/19/1986 |
| AHMANSON MORTGAGE and Design | Oregon | 036 | Home Savings of America, F.A. | N/A | | S20,858 | 5/12/1986 |
| AHMANSON MORTGAGE | Tennessee | 036 | Home Savings of America, F.A. | N/A | | N/A | 5/15/1986 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|---|---|---|---|---|---|---|---|
| A GREAT PLACE TO BANK COMPANY | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| AHMANSON MORTGAGE COMPANY and Design | United States | 036 | Washington Mutual Bank, FA | 73/596,025 | 4/30/1986 | 1,422,265 | 12/23/1986 |
| AHMANSON MORTGAGE COMPANY SAVINGS OF AMERICA & Design | Washington | 036 | Home Savings of America, F.A. | N/A | | 16,473 | 5/2/1986 |
| AHMANSON RANCH | United States | 041 | Ahmanson Land Company | 76/070,809 | 6/14/2000 | | |
| AHMANSON RANCH | United States | 039 | Ahmanson Land Company | 76/072,211 | 6/14/2000 | | |
| AHMANSON RANCH | United States | 038 | Ahmanson Land Company | 76/070,811 | 6/14/2000 | | |
| AHMANSON RANCH | United States | 037 | Ahmanson Land Company | 76/070,861 | 6/14/2000 | | |
| AHMANSON RANCH | United States | 036 | Ahmanson Land Company | 76/072,213 | 6/14/2000 | | |
| AHMANSON RANCH | United States | 028 | Ahmanson Land Company | 76/070,860 | 6/14/2000 | | |
| AHMANSON RANCH | United States | 042 | Ahmanson Land Company | 76/070,841 | 6/14/2000 | | |
| AHMANSON RANCH | United States | 025 | Ahmanson Land Company | 76/071,056 | 6/14/2000 | | |
| AHMANSON RANCH | United States | 021 | Ahmanson Land Company | 76/070,865 | 6/14/2000 | | |
| AHMANSON RANCH | United States | 035 | Ahmanson Land Company | 76/072,212 | 6/14/2000 | | |
| ALLPOINTS | United States | 035 | Providian Financial Corporation | 75/773,064 | 8/11/1999 | | |
| AMERICA THE BEAUTIFUL AND PROSPEROUS SAVINGS (Chinese Charac | United States | 036 | Home Savings of America, FSB | 74/034,117 | 3/2/1990 | 1,634,352 | 2/5/1991 |
| AMERICAN EQUITY CREDIT LINE | California | 036 | American Savings & Loan Association | 32749 | 5/19/1988 | 32749 | 5/19/1988 |
| AMERICAN MONEY MANAGER ACCOUNT, THE (Stylized) | California | 036 | American Savings & Loan Association | 32561 | 4/28/1988 | 32561 | 4/28/1988 |
| AMERICAN PATRIOTS CLUB, THE | California | 036 | Washington Mutual Bank, FA | 32239 | 3/4/1988 | 32239 | 3/4/1988 |
| AMERICAN PATRIOTS CLUB, THE | United States | 036 | Washington Mutual Bank, FA | 73/705,902 | 1/15/1988 | 1,503,266 | 9/6/1988 |
| AMERICAN SAVINGS BANK | United States | 036 | American Savings Bank, FA | 75/220,739 | 1/2/1997 | 2,210,117 | 12/15/1998 |
| AMERICAN SAVINGS BANK and Design (Eagle/w/triangle) | United States | 036 | Washington Mutual Bank, FA | 74/265,806 | 4/14/1992 | 1,755,695 | 3/2/1993 |
| APPROVALFIRST | United States | 036 | PNC Mortgage Corp. of America | 73/834,265 | 10/27/1989 | 1,602,825 | 6/19/1990 |
| APROBACIONPRIMERO | United States | 036 | PNC Mortgage Corp. of America | 74/636,869 | 2/15/1995 | 1,945,853 | 1/2/1996 |
| ARIA | United States | 036 | Providian Financial Corporation | 78/002,488 | 4/4/2000 | | |
| ARIA | United States | 036 | Washington Mutual Bank | 75/655,115 | 3/5/1999 | 2,466,302 | 7/3/2001 |
| ARIA | United States | 035 036 | Providian Financial Corporation | 78/000,352 | 3/21/2000 | | |
| ARIA BUYSMART | United States | 035 036 | Providian Financial Corporation | 75/908,593 | 2/2/2000 | | |
| ARIA PERSONA | United States | 035 | Providian Financial Corporation | 75/727,124 | 6/11/1999 | | |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| A GREAT PLACE TO BANK | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| | | 036 | | | | | |
| ARIA PERSONAL REGISTRY | United States | 035 | Providian Financial Corporation | 75/908,592 | 2/2/2000 | | |
| ARIA PERSONAL SHOPPER | United States | 035 | Providian Financial Corporation | 75/853,371 | 11/18/1999 | | |
| ARIA PORTRAIT | United States | 035 036 | Providian Financial Corporation | 75/726,706 | 6/11/1999 | | |
| ARIA.COM | United States | 036 | Providian Financial Corporation | 75/905,995 | 1/28/2000 | | |
| ASK US BANKING | United States | 036 | Great Western Financial Corporation | 74/643,466 | 3/8/1995 | | |
| B/CXPRESS | United States | 036 | North American Mortgage Company | 75/222,278 | 1/7/1997 | 2,109,271 | 10/28/1997 |
| B/CXPRESS (Stylized) | United States | 036 | North American Mortgage Company | 75/222,159 | 1/7/1997 | 2,110,857 | 11/4/1997 |
| BANK BY MOUSE | United States | 036 | Bank United of Texas FSB | 75/074,136 | 3/16/1996 | 2,406,520 | 11/21/2000 |
| BANK TRAY | United States | 009 | Calnet Business Bank, N.A. | 76/520,778 | 5/30/2003 | | |
| BANK TRAY | United States | 036 038 | Calnet Business Bank, N.A. | 76/520,779 | 5/30/2003 | | |
| BANK@WORK | United States | 036 | Home Savings of America, FSB | 75/292,334 | 5/15/1997 | | |
| BANK-BY-PHONE | Oregon | 136 | Washington Mutual Bank | N/A | | S-26032 | 3/24/1992 |
| BANK-BY-PHONE & Design | Washington | 042 | Washington Mutual Savings Bank | N/A | | 19149 | 8/7/1989 |
| BANK-BY-PHONE (Stylized) | Washington | 036 | Washington Mutual Savings Bank | N/A | | 021227 | 3/23/1992 |
| BBMC MORTGAGE | Hawaii | | BancBoston Mortgage Corporation | N/A | 1/22/1990 | 114538 | 1/22/1990 |
| BENEFICIAL, CONVENIENT, AND CHECKING ACCOUNT (Chinese Chara | United States | 036 | Home Savings of America, FSB | 74/102,326 | 10/1/1990 | 1,697,989 | 6/30/1992 |
| BENEFICIAL, PROFITABLE AND CHECKING ACCOUNT (Chinese Chara | United States | 036 | Home Savings of America, FSB | 74/102,327 | 10/1/1990 | 1,691,912 | 6/9/1992 |
| BESTCHOICE | United States | 036 | PNC Mortgage Corp. of America | 74/115,920 | 11/16/1990 | 1,791,854 | 9/7/1993 |
| BETTER-THAN-CHECKING | Oregon | 136 | Washington Mutual Savings Bank | N/A | | S26112 | 4/17/1992 |
| BETTER-THAN-CHECKING | Washington | 102 | Washington Mutual Savings Bank | N/A | | 10922-R | 11/13/1988 |
| BILLSNAP | United States | 036 | Providian Financial Corporation | 78/029,329 | 10/5/2000 | | |
| BOWERY AMERICA THE BEAUTIFUL AND PROSPEROUS SAVINGS (Chinese | New York | 036 | Home Savings of America, F.A. | | | S12,597 | 5/15/1991 |
| BROKERS' PREFERRED | United States | 036 | The Dime Savings Bank of New York, FSB | 74/407,323 | 6/29/1993 | 1,827,725 | 3/22/1994 |
| BUMP RATE | California | 036 | Washington Mutual Bank | 48578 | 9/19/1997 | 48578 | 9/19/1997 |
| BUMP RATE | Idaho | 036 | Washington Mutual Bank | 15684 | 5/5/1997 | 15684 | 5/5/1997 |
| BUMP RATE | Montana | 036 | Washington Mutual Bank | 19409 | 4/24/1997 | 19409 | 4/24/1997 |
| BUMP RATE | Oregon | 136 | Washington Mutual Bank | N/A | | S-26052 | 3/31/1992 |
| BUMP RATE | United States | 036 | Washington Mutual Bank | 74/153,325 | 4/2/1991 | 1,698,617 | 6/30/1992 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| A GREAT PLACE TO BANK | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| BUMP RATE | United States | 036 | Washington Mutual Bank | 75/487,786 | 5/19/1998 | | |
| BUMP RATE | Utah | 036 | Washington Mutual Bank | | | | |
| BUMP RATE | Washington | 036 | Washington Mutual Savings Bank | | | 21197 | 3/13/1997 |
| BUYER'S CHOICE | Idaho | 036 | Washington Mutual Savings Bank | N/A | | 13460 | 12/4/1991 |
| BUYER'S CHOICE | Oregon | 036 | Washington Mutual Savings Bank | N/A | | S-25785 | 12/9/1991 |
| BUYER'S CHOICE | Washington | 036 | Washington Mutual Savings Bank | N/A | | 021027 | 12/3/1991 |
| CANYON WALK APARTMENTS | Arizona | 036 | Home Savings of America, F.A. | N/A | | 80,094 | 4/20/1988 |
| CASH CARD | Oregon | 136 | Washington Mutual Savings Bank | N/A | 11/29/1993 | S-27679 | 11/29/1993 |
| CASH CARD | Oregon | 116 | Washington Mutual Savings Bank | N/A | 11/29/1993 | T-27677 | 11/29/1993 |
| CASH CARD | Washington | 036 | Washington Mutual Savings Bank | N/A | 11/24/1993 | 22624 | 11/24/1993 |
| CASH CARD | Washington | 016 | Washington Mutual Savings Bank | N/A | 11/24/1993 | 22625 | 11/24/1993 |
| CASH COMMAND ACCOUNT | United States | 036 | Coast Federal Savings and Loan Association | 73/092,868 | 7/9/1976 | 1,099,801 | 8/15/1978 |
| CASH RESERVE | California | 036 | Coast Savings Financial | N/A | | 31,686 | 1/11/1988 |
| CELEBRATION CD | United States | 036 | Washington Mutual, a Federal Savings Bank | 74/010,372 | 12/12/1989 | 1,648,568 | 6/18/1991 |
| CELERIS | United States | 036 | Washington Mutual Home Loans, Inc. | 76/091,535 | 7/18/2000 | | |
| CENTRAL EXPRESS (Stylized) | California | 036 | Coast Savings & Loan Association | N/A | | 14,790 | 9/22/1982 |
| CHECKING TO GO | Oregon | 136 | Washington Mutual Savings Bank | N/A | | S-26930 | 3/29/1993 |
| CHECKING TO GO | Washington | 036 | Washington Mutual Savings Bank | N/A | | 022043 | 3/29/1993 |
| CHINESE CHARACTERS Design | California | 036 | Home Savings of America, FSB | N/A | | 37,058 | 6/28/1990 |
| CLASSIC CHECKING | Oregon | 136 | Washington Mutual Savings Bank | N/A | | S21630 | 4/21/1992 |
| CLASSIC CHECKING | Washington | 036 | Washington Mutual Savings Bank | N/A | | 21298 | 4/17/1992 |
| CLUBPERKS | United States | 035 036 | Washington Mutual Bank | 78/496,892 | 10/8/2004 | 3,185,535 | 12/19/2006 |
| COAST FEDERAL BANK | United States | 036 | Coast Federal Bank, FSB | 73/717,395 | 9/13/1988 | 1,515,766 | 12/6/1988 |
| COAST FEDERAL SAVINGS and Design | United States | 036 | Coast Federal Savings | 73/443,146 | 7/11/1983 | | |
| COAST LINERS and Design | United States | 039 | Coast Federal Bank, FSB | 74/030,063 | 2/20/1990 | 1,683,999 | 4/21/1992 |
| COAST SAVINGS AND LOAN & Design | United States | 036 | Coast Federal Savings and Loan Association | 73/619,973 | 9/15/1986 | | |
| COAST SAVINGS AND LOAN and Design | United States | 036 | Coast Federal Bank, FSB | 73/551,824 | 8/5/1985 | 1,387,752 | 3/25/1986 |
| COASTLINE LOGO | United States | 036 | Coast Federal Bank, FSB | 73/717,440 | 3/18/1988 | 1,515,767 | 12/6/1988 |
| COASTLINERS | United States | 039 | Coast Federal Bank, FSB | 74/030,294 | 2/20/1990 | 1,690,534 | 6/2/1992 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| A GREAT PLACE TO BANK | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| COMMERCEPLAN | United States | 036 | Providian Financial Corporation | 73/679,264 | 8/19/1987 | 1,491,477 | 6/7/1988 |
| COMMONWEALTH and Design | United States | 036 | Providian Financial Corporation | 74/473,852 | 12/27/1993 | 1,894,311 | 5/16/1995 |
| COMMUNITY PARTNERSHIP ACCOUNT | United States | 036 | The Dime Savings Bank of New York, FSB | 75/196,666 | 11/11/1996 | 2,144,260 | 3/17/1998 |
| CORPORATE PREFERRED | United States | 036 | The Dime Savings Bank of New York, FSB | 74/615,789 | 12/27/1994 | 1,952,884 | 1/30/1996 |
| CORRESPONDENTS' PREFERRED | United States | 036 | The Dime Savings Bank of New York, FSB | 74/465,143 | 12/3/1993 | 1,949,751 | 1/16/1996 |
| COUNTDOWN | United States | 036 | PNC Mortgage Corp. of America | 74/547,175 | 7/8/1994 | 1,951,955 | 1/23/1996 |
| CREDIT FOR THE WAY YOU LIVE | United States | 035 036 | Providian Financial Corporation | 78/275,157 | 7/16/2003 | | |
| CREDITMASTER | United States | 036 | The Dime Savings Bank of New York, FSB | 75/193,995 | 11/6/1996 | 2,360,993 | 6/27/2000 |
| CREDITPOINT | United States | 036 | Washington Mutual Bank, FA | 75/817,734 | 10/7/1999 | 2,450,655 | 5/15/2001 |
| CUSTOM OPTION PLUS | United States | 036 | Washington Mutual, a Federal Savings Bank | 74/028,240 | 2/8/1990 | | |
| DEPUTY TELLER | California | 102 | Great Western Bank | 8,979 | 12/3/1979 | 8,979 | 12/3/1979 |
| DEPUTY TELLER | United States | 036 | New American Capital, Inc. | 74/010,858 | 12/14/1989 | 1,611,539 | 8/28/1990 |
| DESTINATION UNLIMITED | United States | 039 | Washington Mutual Bank | 75/737,297 | 6/24/1999 | 2,448,355 | 5/1/2001 |
| DIME | New York | 102 | The Dime Savings Bank of New York, FSB | N/A | 10/21/1986 | S-9689 | 10/21/1986 |
| DIME | United States | 036 | Washington Mutual Bank, FA | 75/050,942 | 1/29/1996 | 2,030,125 | 1/14/1997 |
| DIME (STYLIZED) | United States | 036 | The Dime Savings Bank of New York, FSB | 75/293,691 | 5/19/1997 | 2,146,471 | 3/24/1998 |
| DIME (STYLIZED) (COLOR) | United States | 036 | The Dime Savings Bank of New York, FSB | 75/293,690 | 5/19/1997 | 2,146,470 | 3/24/1998 |
| DIME AT WORK | United States | 036 | The Dime Savings Bank of New York, FSB | 74/301,675 | 8/6/1992 | 1,779,200 | 6/29/1993 |
| DIME SECURITIES | United States | 036 | The Dime Savings Bank of New York, FSB | 74/229,615 | 12/10/1991 | 1,772,563 | 5/18/1993 |
| DIME UNITED BANCORP, INC. | United States | 036 | The Dime Savings Bank of New York, FSB | 75/804,210 | 9/21/1999 | | |
| DIME.LINK | United States | 036 | The Dime Savings Bank of New York, FSB | 75/559,397 | 9/24/1998 | | |
| DIME.QUOTE (Stylized) | United States | 036 | The Dime Savings Bank of New York, FSB | 75/432,905 | 2/12/1998 | 2,547,583 | 3/12/2002 |
| DIMEBANK | United States | 016 036 | The Dime Savings Bank of New York, FSB | 75/804,209 | 9/21/1999 | | |
| DIMEDIRECT | United States | 036 | The Dime Savings Bank of New York, FSB | 75/774,980 | 8/13/1999 | | |
| DIMELINE | United States | 036 | The Dime Savings Bank of New York, FSB | 73/749,331 | 8/31/1988 | 1,536,753 | 4/25/1989 |
| DIMEVEST | United States | 036 | The Dime Savings Bank of New York, FSB | 73/749,329 | 8/31/1988 | 1,536,751 | 4/25/1989 |
| DIMEXPRESS | United States | 036 | The Dime Savings Bank of New York, FSB | 75/573,472 | 10/19/1998 | | |
| DIVERSITY PLUS | United States | 036 | American Savings Bank, F.A. | 74/549,604 | 7/15/1994 | | |
| DOUBLE PLAY | United States | 036 | PNC Mortgage Corp. of America | 74/557,036 | 8/4/1994 | 1,934,348 | 11/7/1995 |
| DRAGON Design | United States | 036 | Anchor Savings Bank FSB | 74/092,950 | 8/31/1990 | 1,689,641 | 5/26/1992 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| A GREAT PLACE TO BANK | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| EAGLE W/TRIANGLE DESIGN | California | 036 | American Savings Bank, F.A. | 36685 | 5/30/1990 | 36685 | 5/30/1990 |
| EAGLE W/TRIANGLE DESIGN | United States | 036 | Washington Mutual Bank, FA | | | | |
| EASY ACCESS | United States | 036 | Great Western Financial Corporation | 74/012,714 | 12/19/1989 | | |
| EASY ACCESS HOME EQUITY MANAGEMENT ACCOUNT | United States | 036 | New American Capital, Inc. | 74/196,067 | 8/16/1991 | 1,858,838 | 10/18/1994 |
| E-DIME | United States | 036 | The Dime Savings Bank of New York, FSB | 75/809,447 | 9/29/1999 | | |
| ENTERPRISE BANK | Washington | 036 | Washington Mutual Bank | 24678 | 12/21/1995 | 24678 | 12/21/1995 |
| ENVOY | United States | 036 | PNC Mortgage Corp. of America | 74/646,572 | 3/14/1995 | 2,053,307 | 4/15/1997 |
| EQUITY EDGE | United States | 036 | North American Mortgage Company | 74/726,698 | 9/8/1995 | 2,322,018 | 2/22/2000 |
| EQUITY NOW! & Design | Washington | 036 | Great Western Savings Bank | | | 17090 | 3/12/1987 |
| ESSENTIAL CHECKING | Oregon | 136 | Washington Mutual Savings Bank | N/A | | S12631 | 4/21/1992 |
| ESSENTIAL CHECKING | Washington | 036 | Washington Mutual Savings Bank | N/A | | 21297 | 4/17/1992 |
| EXECUTIVE EXPRESS | United States | 036 | PNC Mortgage Corp. of America | 74/508,605 | 4/4/1994 | 1,949,576 | 1/16/1996 |
| EXPRESS MORTGAGE CENTERS | United States | 036 | Great Western Financial Corporation | 75/096,917 | 4/30/1996 | | |
| EXTREMELINE | United States | 036 | Washington Mutual Home Loans, Inc. | 76/084,283 | 7/6/2000 | | |
| EYETM | United States | 036 | Washington Mutual Bank, FA | 75/893,232 | 1/7/2000 | | |
| FACE WITH EYE DESIGN | United States | 035 036 | Providian Financial Corporation | 78/086,438 | 10/2/2001 | | |
| FAXFUNDS | United States | 036 | Home Savings of America, FSB | 75/254,737 | 3/10/1997 | 2,194,278 | 10/6/1998 |
| FINANCIAL FRONTIER | United States | 036 | Great Western Bank | 74/561,772 | 8/16/1994 | | |
| FINANCIAL MATURITY | United States | 036 | Bank United Corp. | 74/189,579 | 7/29/1991 | 1,855,347 | 9/20/1994 |
| FINANCING USA | United States | 036 | Long Beach Mortgage Company | 75/296,182 | 5/22/1997 | | |
| FIRST DEPOSIT | United States | 036 | Providian Financial Corporation | 74/671,354 | 5/8/1995 | 2,007,741 | 10/15/1996 |
| FIRST DOWN | United States | 036 | PNC Mortgage Corp. of America | 74/342,551 | 12/22/1992 | 1,843,870 | 7/5/1994 |
| FIRST SELECT and Design | United States | 036 | Washington Mutual Bank | 78/000,369 | 3/21/2000 | 2,670,237 | 12/31/2002 |
| FIRST SELECT CORPORATION | United States | 036 | Providian Financial Corporation | 75/534,248 | 8/11/1998 | | |
| FIRST SELECT FINANCIAL SERVICES | United States | 036 | Providian Financial Corporation | 75/479,346 | 5/4/1998 | | |
| FLASHBRIDGE | United States | 009 | Washington Mutual Home Loans, Inc. | 76/121,104 | 9/1/2000 | | |
| FLEX CD | Washington | 102 | Great Northwest Federal Savings | N/A | | 17525 | 9/21/1987 |
| FLEXIFUND | United States | 036 | Washington Mutual Savings Bank | 73/312,957 | 6/3/1981 | 1,197,390 | 6/8/1982 |
| FLEXPOWER | United States | 036 | The Dime Savings Bank of New York, FSB | 75/737,831 | 6/15/1999 | 2,485,874 | 9/4/2001 |
| FLEXRATE & Design | California | 036 | Coast Savings & Loan Association | N/A | | 27,879 | 8/21/1986 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| A GREAT PLACE TO BANK | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| FOR MORTGAGES, THERE'S NO PLACE LIKE THE DIME | United States | 036 | The Dime Savings Bank of New York, FSB | 73/749,330 | 8/31/1988 | 1,536,752 | 4/25/1989 |
| FRIEND OF THE FAMILY | United States | 035 036 | Washington Mutual Bank | 74/530,004 | 5/26/1994 | 1,897,717 | 6/6/1995 |
| FRIEND OF THE FAMILY, THE | United States | 024 | Washington Mutual Bank | 74/665,477 | 4/25/1995 | 1,958,093 | 2/20/1996 |
| FRIEND OF THE FAMILY, THE | United States | 025 | Washington Mutual Bank | 74/665,656 | 4/25/1995 | 2,094,041 | 9/9/1997 |
| FRIEND OF THE FAMILY, THE | United States | 028 | Washington Mutual Bank | 74/665,843 | 4/25/1996 | 1,991,003 | 8/6/1996 |
| FRIEND OF THE FAMILY, THE | United States | 018 | Washington Mutual Bank | 74/665,694 | 4/25/1995 | 1,991,001 | 8/6/1996 |
| FRIEND OF THE FAMILY, THE | United States | 036 | Washington Mutual Bank | 73/595,359 | 4/25/1986 | 1,420,431 | 12/9/1986 |
| FRIEND OF THE FAMILY, THE | United States | 021 | Washington Mutual Bank | 74/669,919 | 5/4/1995 | 2,118,699 | 12/9/1997 |
| FRIEND OF THE FAMILY, THE | United States | 016 | Washington Mutual Bank | 74/665,750 | 4/25/1995 | 2,100,662 | 9/30/1997 |
| FRIEND OF THE FAMILY, THE | Washington | 036 | Washington Mutual Bank | N/A | | 9135 | 4/29/1975 |
| FRONTIER | United States | 016 | New American Capital, Inc. | 75/003,960 | 10/5/1995 | | |
| FRONTIER | United States | 036 | New American Capital, Inc. | 75/002,452 | 10/5/1995 | | |
| GENUINE INTEREST | California | 036 | Coast Savings Financial | N/A | | 27,878 | 8/21/1986 |
| GIVE A DIME | United States | 036 | The Dime Savings Bank of New York, FSB | 75/031,528 | 12/12/1995 | 2,051,620 | 4/8/1997 |
| GNW FINANCIAL | United States | 036 | WM, a Federal Savings Bank | 74/010,639 | 12/14/1989 | 1,712,150 | 9/1/1992 |
| GREAT NORTHWEST | United States | 036 | WM, a Federal Savings Bank | 72/422,649 | 4/27/1972 | 981,404 | 3/26/1974 |
| GREAT WESTERN | California | 036 | Great Western Savings & Loan Assoc. | 3,765 | 8/28/1975 | 3,765 | 8/28/1975 |
| GREAT WESTERN | United States | 036 | New American Capital, Inc. | 74/450,742 | 10/21/1993 | 1,857,914 | 10/11/1994 |
| GREAT WESTERN | United States | 036 | New American Capital, Inc. | 72/365,710 | 7/20/1970 | 957,478 | 4/17/1973 |
| GREAT WESTERN | United States | 036 | New American Capital, Inc. | 73/068,911 | 11/13/1975 | 1,164,038 | 8/4/1981 |
| GREAT WESTERN (STYLIZED) | Idaho | 036 | Great Western Savings | N/A | | 8,380 | 6/5/1978 |
| GREAT WESTERN (STYLIZED) | Texas | 036 | Great Western Financial Corporation | 38,259 | 4/6/1981 | 38,259 | 4/6/1981 |
| GREAT WESTERN BANK (Tradename) | Arizona | 035 | Washington Mutual Bank, FA | N/A | | 79,877 | 4/8/1998 |
| GREAT WESTERN BANK. HEY IT'S YOUR MONEY. | United States | 036 | Great Western Financial Corporation | 75/282,921 | 4/28/1997 | | |
| GREAT WESTERN INSURANCE AGENCY Tradename | Nebraska | 036 | Great Western Securities Inc. | N/A | | 6,838,057 | 8/3/1976 |
| GREAT WESTERN INVESTOR'S CD | United States | 036 | New American Capital, Inc. | 74/444,829 | 10/7/1993 | 1,903,795 | 7/4/1995 |
| GREAT WESTERN LEASING | Nevada | 102 | Great Western Savings | 18806 | 12/12/1983 | 18806 | 12/12/1983 |
| GREAT WESTERN LEASING (STYLIZED) | Nevada | 102 | Great Western Savings | 18844 | 1/3/1994 | 18844 | 1/3/1994 |
| GREAT WESTERN PREFERRED MONEY MARKET ACCOUNT | United States | 036 | Great Western Bancorporation, Inc. | 73/773,420 | 1/9/1989 | 1,566,341 | 11/14/1989 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|---|---|---|---|---|---|---|---|
| A GREAT PLACE TO BANK | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| GREAT WESTERN SAVINGS (STYLIZED) | Idaho | 036 | Great Western Savings | N/A | | 8,379 | 6/5/1978 |
| GREAT WESTERN'S FAST TRAK | Washington | 036 | Great Western Savings | N/A | | 16386 | 3/25/1986 |
| GRIFFIN FINANCIAL SERVICES | United States | 036 | Griffin Financial Services | 73/634,290 | 12/8/1986 | 1,641,511 | 4/16/1991 |
| GRIFFIN FINANCIAL SERVICES & Design | United States | 036 | Griffin Financial Services | 73/634,291 | 12/8/1986 | 1,520,100 | 1/10/1989 |
| GRIFFIN FINANCIAL SERVICES AN AHMANSON COMPANY | California | 036 | Griffin Financial Services | N/A | | 29082 | 12/12/1986 |
| GRIFFIN FINANCIAL SERVICES AN AHMANSON COMPANY & Design | California | 036 | Griffin Financial Services | N/A | | 29,081 | 12/12/1986 |
| GRIFFIN INCOME BUILDER | United States | 036 | Griffin Financial Services | 75/154,474 | 8/22/1996 | 2,106,830 | 10/21/1997 |
| GRIFFIN INVESTLINE | United States | 036 | Griffin Financial Services | 75/435,984 | 2/18/1998 | | |
| GRIFFIN PORTFOLIO BUILDER | United States | 036 | Griffin Financial Services | 74/729,612 | 9/15/1995 | 2,175,942 | 7/28/1998 |
| GW & Design | Colorado | 036 | Great Western Federal Savings Bank | N/A | | T25,497 | 1/30/1984 |
| GW & Design | Idaho | 036 | Great Western Savings | N/A | | 8,354 | 4/24/1978 |
| GW (STYLIZED) | California | 036 | Great Western Financial Corporation | 557 | 10/21/1969 | 557 | 10/21/1969 |
| GW (STYLIZED) | United States | 036 | New American Capital, Inc. | 72/339,721 | 10/3/1969 | 988,109 | 7/9/1974 |
| GW (STYLIZED) | Washington | 036 | Great Western Financial Corporation | 8,220 | 2/26/1973 | 8,220 | 2/26/1973 |
| GW FINANCIAL SECURITIES CORPORATION | Arizona | 036 | Great Western Federal Savings Bank | N/A | | 83,499 | 10/18/1988 |
| GW GREAT WESTERN | California | 036 | Great Western Financial Corporation | 45,982 | 5/20/1996 | 45,982 | 5/20/1996 |
| GW GREAT WESTERN | California | 036 | Great Western Savings | N/A | | 2,775 | 2/15/1974 |
| GW GREAT WESTERN (Stylized) | United States | 036 | New American Capital, Inc. | 73/013,530 | 2/15/1974 | 1,001,645 | 1/14/1975 |
| GW GREAT WESTERN SAVINGS & DESIGN | Washington | 036 | Great Western Savings Bank | N/A | | 9238 | 9/5/1975 |
| GW GREAT WESTERN SAVINGS BANK & Design | Washington | 036 | Great Western Savings Bank | N/A | | 9239 | 9/5/1975 |
| GW INVESTOR'S CD | United States | 036 | New American Capital, Inc. | 74/450,750 | 10/21/1993 | 1,909,453 | 8/1/1995 |
| GWBANKPHONE | United States | 036 | New American Capital, Inc. | 74/388,345 | 5/7/1993 | 1,863,930 | 11/22/1994 |
| H.O.M.E. | United States | 036 | Washington Mutual, a Federal Savings Bank | 74/027,237 | 2/8/1990 | 1,757,181 | 3/9/1993 |
| H.O.M.E. | Washington | 036 | Washington Mutual, a Federal Savings Bank | N/A | | 021520 | 7/10/1992 |
| HIGH SIERRA CHECKING | United States | 036 | Great Western | 74/064,339 | 5/31/1990 | | |
| HIGH SIERRA INVESTMENT CHECKING | United States | 036 | Great Western | 74/098,245 | 9/18/1990 | | |
| HIGH-POWERED CARD, THE | United States | 036 | Great Western Bank | 74/071,340 | 6/21/1990 | 1,768,857 | 5/4/1993 |
| HOME & Design | California | 036 | Home Savings of America, FSB | N/A | | 45,101 | 9/15/1995 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| A GREAT PLACE TO BANK | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| HOME (Stylized Letters) | California | 036 | Home Savings of America, F.A. | N/A | | 19,489 | 4/18/1984 |
| HOME AMERICA BANK | United States | 036 | Home Savings of America, FSB | 75/305,468 | 6/9/1997 | | |
| HOME CONSUMER FINANCE OF AMERICA & Design | United States | 036 | Home Savings of America, FSB | 75/048,816 | 1/26/1996 | 2,090,585 | 8/26/1997 |
| HOME OF AMERICA | United States | 036 | Washington Mutual Bank, FA | 75/305,858 | 6/9/1997 | | |
| HOME OF NEW IDEAS IN LENDING | United States | 036 | Washington Mutual Bank, FA | 75/110,157 | 5/28/1996 | 2,120,524 | 12/9/1997 |
| HOME OWNER'S MORTGAGE EXTRA | Washington | 036 | Washington Mutual, a Federal Savings Bank | N/A | | 20998 | 11/18/1991 |
| HOME PROTECTION | United States | 036 | Providian Financial Corporation | 74/309,885 | 9/1/1992 | 1,808,669 | 11/30/1993 |
| HOME SAVINGS (Block Letters) | California | 036 | Home Savings of America, F.A. | N/A | | 19,159 | 3/20/1984 |
| HOME SAVINGS (STYLIZED) | California | 001 | Home Savings of America, F.A. | N/A | | 44418 | 2/23/1995 |
| HOME SAVINGS and Design | United States | 036 | Home Savings of America, F.A. | 73/317,435 | 7/2/1981 | | |
| HOME SAVINGS AND LOAN ASSOCIATION & SHIELD DESIGN (Color) | United States | 036 | Home Savings of America, F.A. | 73/284,639 | 11/5/1980 | | |
| HOME SAVINGS AND LOAN ASSOCIATION and Design | United States | 036 | Home Savings of America, F.A. | 73/284,636 | 11/5/1980 | | |
| HOME SAVINGS AND LOAN ASSOCIATION and Design | United States | 036 | Home Savings of America, F.A. | 73/315,882 | 6/22/1981 | | |
| HOME SAVINGS AND LOAN ASSOCIATION and Design | United States | 036 | Home Savings of America, F.A. | 73/284,640 | 11/5/1980 | | |
| HOME SAVINGS AND LOAN ASSOCIATION and Design | United States | 036 | Home Savings of America, F.A. | 73/284,637 | 11/5/1980 | | |
| HOME SAVINGS OF AMERICA | Florida | 036 | Home Savings of America, F.A. | N/A | | 927,712 | 9/13/1982 |
| HOME SAVINGS OF AMERICA | Illinois | 036 | Home Savings of America, Federal Savings Bank | N/A | | 51050 | 3/10/1982 |
| HOME SAVINGS OF AMERICA | Illinois | 036 | Home Savings of America, Federal Savings Bank | N/A | | 51052 | 3/10/1982 |
| HOME SAVINGS OF AMERICA | Illinois | 036 | Home Savings of America, Federal Savings Bank | N/A | | 51845 | 8/24/1982 |
| HOME SAVINGS OF AMERICA | Illinois | 036 | Home Savings of America, Federal Savings Bank | N/A | | 51051 | 3/10/1982 |
| HOME SAVINGS OF AMERICA | Missouri | 036 | Home Savings of America, FSB | N/A | | 7265 | 4/7/1982 |
| HOME SAVINGS OF AMERICA | Texas | 036 | Home Savings of America, FSB | 40008 | 4/9/1982 | 40008 | 4/9/1982 |
| HOME SAVINGS OF AMERICA | Texas | 036 | Home Savings of America, FSB | 40007 | 4/9/1982 | 40007 | 4/9/1982 |
| HOME SAVINGS OF AMERICA | United States | 036 | Home Savings of America, FSB | 73/367,938 | 6/4/1982 | 1,629,417 | 12/25/1990 |
| HOME SAVINGS OF AMERICA | Washington | 036 | Home Savings of America, Federal Savings Bank | N/A | | 22080 | 3/25/1993 |
| HOME SAVINGS OF AMERICA - $18 BILLION STRONG & Design | California | 036 | Home Savings of America, F.A. | N/A | | 18291 | 12/12/1983 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|---|---|---|---|---|---|---|---|
| A GREAT PLACE TO BANK | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| HOME SAVINGS OF AMERICA & Design | California | 036 | Home Savings of America, FSB | N/A | | 13050 | 12/29/1981 |
| HOME SAVINGS OF AMERICA & Design | California | 036 | Home Savings of America, FSB | N/A | | 13049 | 12/29/1981 |
| HOME SAVINGS OF AMERICA & Design | Florida | 036 | Home Savings of America | N/A | | 926,388 | 4/20/1982 |
| HOME SAVINGS OF AMERICA & Design | Florida | 036 | Home Savings of America | N/A | | 926,389 | 4/20/1982 |
| HOME SAVINGS OF AMERICA & Design | Florida | 036 | Home Savings of America | N/A | | 926,390 | 4/20/1982 |
| HOME SAVINGS OF AMERICA & Design | Missouri | 036 | Home Savings of America, FSB | N/A | | S7219 | 3/10/1982 |
| HOME SAVINGS OF AMERICA & Design | Missouri | 036 | Home Savings of America, FSB | N/A | | S7264 | 4/5/1982 |
| HOME SAVINGS OF AMERICA & Design | Missouri | 036 | Home Savings of America, FSB | N/A | | S7218 | 3/10/1982 |
| HOME SAVINGS OF AMERICA & Design | United States | 036 | Home Savings of America, FSB | 73/343,046 | 12/23/1981 | 1,640,754 | 4/9/1991 |
| HOME SAVINGS OF AMERICA & Design | United States | 036 | Home Savings of America, FSB | 73/343,045 | 12/23/1981 | 1,623,998 | 11/20/1990 |
| HOME SAVINGS OF AMERICA & Design | Washington | 036 | Home Savings of America, Federal Chartered Savings and Loan | N/A | | 22,212 | 5/21/1993 |
| HOME SAVINGS OF AMERICA & Design | Washington | 036 | Home Savings of America, F.A. | N/A | | 22,211 | 5/21/1993 |
| HOME SAVINGS OF AMERICA (Block Letters) | United States | 036 | Home Savings of America, FSB | 73/343,044 | 12/23/1981 | 1,623,997 | 11/20/1990 |
| HOME SAVINGS OF AMERICA (Slanted Design) | United States | 036 | Home Savings of America, FSB | 73/453,516 | 11/18/1983 | 1,313,849 | 1/8/1985 |
| HOME SAVINGS OF AMERICA (Stylized Letters) | California | 036 | Home Savings of America, FSB | N/A | | 13048 | 12/29/1981 |
| HOME SAVINGS OF AMERICA DESIGN (Color) | United States | 036 | Home Savings of America, FSB | 73/453,517 | 11/18/1983 | 1,323,660 | 3/5/1985 |
| HOME SERVICING OF AMERICA | United States | 036 | Home Savings of America, FSB | 74/611,036 | 12/15/1994 | 2,037,968 | 2/11/1997 |
| HOMEPLUS | United States | 035 036 | Washington Mutual Bank | 78/603,427 | 4/6/2005 | 3,345,249 | 11/27/2007 |
| HOMESIDE | United States | 036 | Washington Mutual Bank, FA | 75/072,177 | 3/13/1996 | 2,129,406 | 1/13/1998 |
| HOMESIDE LENDING | United States | 036 | Washington Mutual Bank, FA | 75/072,179 | 3/13/1996 | 2,126,157 | 12/30/1997 |
| HOMESIDE LENDING, INC. | United States | 036 | Washington Mutual Bank, FA | 75/072,178 | 3/13/1996 | 2,160,826 | 5/26/1998 |
| HOMESIDE LENDING, INC. AND LOGO (solid forms) | United States | 036 | Washington Mutual Bank, FA | 75/089,664 | 4/17/1996 | 2,122,295 | 12/16/1997 |
| HOMESIDE LENDING, INC. AND LOGO (striped forms) | United States | 036 | Washington Mutual Bank, FA | 75/089,667 | 4/17/1996 | 2,120,460 | 12/9/1997 |
| HOMESIDE SOLUTIONS | United States | 035 | Washington Mutual Bank, FA | 75/780,667 | 8/18/1999 | 2,468,391 | 7/10/2001 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| A GREAT PLACE TO BANK | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| HOUSE & DOLLAR SIGN Design | United States | 036 | North American Mortgage Company | 74/535,548 | 6/9/1994 | 1,918,323 | 9/12/1995 |
| HOUSE (Design Only) | United States | 036 | PNC Mortgage Corp. of America | 75/050,243 | 1/30/1996 | 2,017,976 | 11/19/1996 |
| HOUSE WITH ARMS AND LEGS Design | United States | 036 | Home Savings of America, FSB | 74/699,935 | 7/11/1995 | | |
| HOUSEMILES | United States | 035 | North American Mortgage Company | 75/149,905 | 8/14/1996 | 2,111,428 | 11/4/1997 |
| HOW TO PREPARE YOUR AHMANSON MORTGAGE RESIDENTALLOAN APPLICA | Tennessee | 036 | Home Savings of America, F.A. | N/A | | N/A | 5/15/1986 |
| INDIAN RIDGE APARTMENTS Tradename | Arizona | 035 | Great Western Bank | N/A | | 79,350 | 3/15/1988 |
| INDIVIDUALS MATTER | United States | 035 036 | Providian Financial Corporation | 78/086,437 | 10/2/2001 | | |
| INSIDE CREDIT | United States | 016 | Providian Financial Corporation | 75/038,945 | 12/15/1995 | 2,013,902 | 11/5/1996 |
| INVESTMENT CHECKING | California | 036 | Coast Savings & Loan Association | N/A | | 14,487 | 8/11/1982 |
| INVESTOR'S CHOICE | United States | 036 | Washington Mutual Bank | 73/454,998 | 12/1/1983 | 1,627,550 | 12/11/1990 |
| INVESTOR'S GUARANTEE | United States | 036 | Washington Mutual Bank | 73/560,749 | 9/30/1985 | 1,428,707 | 2/10/1987 |
| ITM | United States | 036 | Washington Mutual Bank, FA | 75/893,233 | 1/7/2000 | | |
| IT'S ALL ABOUT THE MONEY. | United States | 036 | Washington Mutual Bank | 78/289,273 | 8/19/2003 | 3,137,815 | 9/5/2006 |
| LA MIRADA APARTMENTS | Arizona | 035 | Great Western Bank | N/A | | 79,765 | 4/1/1988 |
| LENDEVER HOME LOANS | United States | 036 | North American Mortgage Company | 75/774,674 | 8/13/1999 | 2,507,782 | 11/13/2001 |
| LIFELINE | United States | 036 | Washington Mutual Savings Bank | 73/382,194 | 8/27/1982 | 1,278,288 | 5/15/1984 |
| LINKS | United States | 036 | PNC Mortgage Corp. of America | 74/529,357 | 5/25/1994 | 2,242,906 | 5/4/1999 |
| LOAN-BY-PHONE | Washington | 035 038 042 | Washington Mutual Bank | N/A | | 11548-R | 8/7/1989 |
| LOANING ZONE | California | 036 | Coast Savings & Loan Association | N/A | | 30631 | 10/23/1987 |
| LOANMAKER & Design | Oregon | 036 | Washington Mutual, a Federal Savings Bank | N/A | | S-21519 | 4/6/1982 |
| LOGO - STRIPED/HORIZONTAL | United States | 036 | Washington Mutual Bank, FA | 75/089,665 | 4/17/1996 | 2,124,304 | 12/23/1997 |
| MAKING EVERY MINUTE COUNT | United States | 036 | PNC Mortgage Corp. of America | 75/419,412 | 1/15/1998 | 2,293,487 | 11/16/1999 |
| MARKET MASTER | United States | 036 | Washington Mutual Bank | 73/789,188 | 3/27/1989 | 1,602,774 | 6/19/1990 |
| MARKET PLUS CERTIFICATE & Design | Oregon | 036 | Washington Mutual, a Federal Savings Bank | N/A | | S-22281 | 3/18/1983 |
| MARKET PLUS CERTIFICATE & Design | Washington | 102 | Washington Mutual, a Federal Savings Bank | N/A | | 17661 | 11/23/1987 |
| MARKET RATE INTEREST ACCOUNT | Oregon | 136 | Washington Mutual | N/A | | S21632 | 4/21/1992 |
| MARKET RATE INTEREST ACCOUNT | Washington | 036 | Washington Mutual Savings Bank | N/A | | 020596 | 6/3/1991 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|---|---|---|---|---|---|---|---|
| A GREAT PLACE TO BANK | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| MATRIMONEY | United States | 036 | PNC Mortgage Corp. of America | 75/281,309 | 4/24/1997 | 2,200,559 | 10/27/1998 |
| MEMBERS' PREFERRED | United States | 036 | The Dime Savings Bank of New York, FSB | 74/615,788 | 12/27/1994 | 1,946,712 | 1/9/1996 |
| MEMBERS' PREFERRED FOR PROFESSIONALS | United States | 036 | The Dime Savings Bank of New York, FSB | 74/615,790 | 12/27/1994 | 1,946,713 | 1/9/1996 |
| MILEAGE BANKING | United States | 036 | Washington Mutual Bank, FA | 75/073,150 | 3/15/1996 | 2,087,153 | 8/1/1997 |
| MILEAGE CHECKING | United States | 036 | Washington Mutual Bank, FA | 74/614,852 | 12/23/1994 | 1,986,321 | 7/9/1996 |
| MONEY MARKET SAVINGS | California | 036 | American Savings Bank, F.A. | 15715 | 2/1/1983 | 15715 | 2/1/1983 |
| MONEY MATRIX | California | 036 | American Savings & Loan Association | 32968 | 6/21/1988 | 32968 | 6/21/1988 |
| MONEY MATTERS | Oregon | 136 | Washington Mutual Savings Bank | N/A | | S-27971 | 3/16/1994 |
| MONEY MATTERS | Washington | 036 | Washington Mutual Savings Bank | N/A | | 22897 | 3/11/1994 |
| MONEYMAX | United States | 036 | Long Beach Mortgage Company | 75/448,022 | 3/11/1998 | | |
| MORTGAGE MANAGER | United States | 036 | Home Savings of America, FSB | 75/261,387 | 3/21/1997 | 2,185,525 | 9/1/1998 |
| MY DIME | United States | 036 | Washington Mutual Bank, FA | 78/067,154 | 6/4/2001 | | |
| MY SCORE & MORE | United States | 036 | Washington Mutual Bank | 78/585,048 | 3/10/2005 | | |
| MY SCORE & MORE and Design | United States | 036 | Washington Mutual Bank | 78/585,050 | 3/10/2005 | | |
| MYCREDITPROFILE | United States | 036 | Washington Mutual Bank | 75/900,640 | 1/21/2000 | 2,661,195 | 12/17/2002 |
| MYCREDITPROFILE and Design | United States | 036 | Washington Mutual Bank | 75/900,810 | 1/21/2000 | 2,661,196 | 12/17/2002 |
| MYTOOLKIT | United States | 035 | Providian Financial Corporation | 75/955,268 | 3/7/2000 | | |
| NA (AND DESIGN) | Virginia | 036 | North American Mortgage Company | N/A | 8/21/1992 | 3534 | 8/25/1992 |
| NAMC | United States | 042 | Washington Mutual Bank, FA | 75/064,617 | 2/28/1996 | 2,191,202 | 9/22/1998 |
| NEIGHBORHOOD PARTNERSHIP PROGRAM, THE | California | 036 | American Savings Bank, F.A. | 38175 | 3/5/1991 | 38175 | 3/5/1991 |
| NEIGHBORHOODNOW | United States | 036 | PNC Mortgage Corp. of America | 74/411,568 | 7/9/1993 | 1,886,713 | 3/28/1995 |
| NETGUARD | United States | 036 | Providian National Bank | 75/085,908 | 4/9/1996 | 2,279,636 | 9/21/1999 |
| NO RED TAPE | United States | 036 | Coast Federal Bank, Federal Savings Bank | 74/488,595 | 2/10/1994 | | |
| NORTH AMERICAN MORTGAGE COMPANY | United States | 036 | Washington Mutual Bank, FA | 73/291,592 | 1/2/1981 | 1,241,419 | 6/7/1983 |
| NORTH AMERICAN MORTGAGE COMPANY (AND DESIGN) | California | 036 | North American Mortgage Company | N/A | | 41062 | 10/26/1992 |
| NORTH AMERICAN MORTGAGE COMPANY (AND DESIGN) | Colorado | 036 | Washington Mutual Bank, FA | 1077445 | 8/6/1992 | 1077445 | 8/6/1992 |
| NORTH AMERICAN MORTGAGE COMPANY (AND DESIGN) | Connecticut | 036 | Washington Mutual Bank, FA | N/A | 10/8/1992 | 8713 | 10/8/1992 |
| NORTH AMERICAN MORTGAGE COMPANY (AND DESIGN) | Florida | 036 | North American Mortgage Company | N/A | 1/14/1992 | 13724 | 10/14/1992 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|---|---|---|---|---|---|---|---|
| A GREAT PLACE TO BANK | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| NORTH AMERICAN MORTGAGE COMPANY NA (AND DESIGN) | Arizona | 016 | North American Mortgage Company | 31,051 | 8/14/1992 | 31051 | 8/14/1992 |
| NORTH AMERICAN MORTGAGE COMPANY NA (AND DESIGN) | Delaware | 036 | Washington Mutual Bank, FA | N/A | 8/17/1992 | 199267600 | 8/17/1992 |
| NORTH AMERICAN MORTGAGE COMPANY NA (AND DESIGN) | Georgia (State) | 036 | Washington Mutual Bank, FA | N/A | 8/19/1992 | 11981 | 8/19/1992 |
| NORTH AMERICAN MORTGAGE COMPANY NA (AND DESIGN) | Idaho | 036 | North American Mortgage Company | N/A | | 13724 | 8/6/1992 |
| NORTH AMERICAN MORTGAGE COMPANY NA (AND DESIGN) | Illinois | 036 | Washington Mutual Bank, FA | 70954 | 8/11/1992 | 70954 | 8/11/1992 |
| NORTH AMERICAN MORTGAGE COMPANY NA (AND DESIGN) | Indiana | 036 | Washington Mutual Bank, FA | N/A | 9/2/1992 | 5010-1521 | 9/2/1992 |
| NORTH AMERICAN MORTGAGE COMPANY NA (AND DESIGN) | Iowa | 036 | North American Mortgage Company | N/A | 8/18/1992 | C205566 | 8/18/1992 |
| NORTH AMERICAN MORTGAGE COMPANY NA (AND DESIGN) | Louisiana | 036 | North American Mortgage Company | N/A | 8/17/1992 | 501615 | 8/17/1992 |
| NORTH AMERICAN MORTGAGE COMPANY NA (AND DESIGN) | Maine | 036 | Washington Mutual Bank, FA | N/A | 8/17/1992 | 19930039M | 8/17/1992 |
| NORTH AMERICAN MORTGAGE COMPANY NA (AND DESIGN) | Maryland | 036 | Washington Mutual Bank, FA | N/A | 8/24/1992 | 1992S2990 | 8/24/1992 |
| NORTH AMERICAN MORTGAGE COMPANY NA (AND DESIGN) | Minnesota | 036 | Washington Mutual Bank, FA | N/A | 8/24/1992 | 19681 | 8/24/1992 |
| NORTH AMERICAN MORTGAGE COMPANY NA (AND DESIGN) | Missouri | 036 | North American Mortgage Company | 12048 | 8/14/1992 | 12048 | 8/14/1992 |
| NORTH AMERICAN MORTGAGE COMPANY NA (AND DESIGN) | Montana | 036 | North American Mortgage Company | T17076 | 8/14/1992 | T017076 | 8/14/1992 |
| NORTH AMERICAN MORTGAGE COMPANY NA (AND DESIGN) | Nevada | 036 | North American Mortgage Company | N/A | 8/17/1992 | 25-491 | 8/17/1992 |
| NORTH AMERICAN MORTGAGE COMPANY NA (AND DESIGN) | New Hampshire | 036 | Washington Mutual Bank, FA | 86-45 | 8/17/1992 | 86-45 | 8/17/1992 |
| NORTH AMERICAN MORTGAGE COMPANY NA (AND DESIGN) | New Jersey | 036 | Washington Mutual Bank, FA | N/A | 8/26/1992 | 10613 | 8/26/1992 |
| NORTH AMERICAN MORTGAGE COMPANY NA (AND DESIGN) | New York | 036 | Washington Mutual Bank, FA | N/A | 9/9/1992 | S-18117 | 9/9/1992 |
| NORTH AMERICAN MORTGAGE COMPANY NA (AND DESIGN) | Oklahoma | 036 | Washington Mutual Bank, FA | 25143 | 8/17/1992 | 25143 | 8/17/1992 |
| NORTH AMERICAN MORTGAGE COMPANY NA (AND DESIGN) | Pennsylvania | 036 | Washington Mutual Bank, FA | N/A | 8/24/1992 | N/A | 8/24/1992 |
| NORTH AMERICAN MORTGAGE COMPANY NA (AND DESIGN) | Rhode Island | 036 | Washington Mutual Bank, FA | 920808 | 8/16/1992 | 19920808 | 8/16/1992 |
| NORTH AMERICAN MORTGAGE COMPANY NA (AND DESIGN) | South Dakota | 036 | Washington Mutual Bank, FA | N/A | 8/17/1992 | 920,817 | 8/17/1992 |
| NORTH AMERICAN MORTGAGE COMPANY NA (AND DESIGN) | Tennessee | 036 | Washington Mutual Bank, FA | N/A | 8/18/1992 | N/A | 8/18/1992 |
| NORTH AMERICAN MORTGAGE | Texas | 036 | Washington Mutual Bank, FA | N/A | 8/17/1992 | 52117 | 9/28/1992 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| A GREAT PLACE TO BANK COMPANY NA (AND DESIGN) | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| NORTH AMERICAN MORTGAGE COMPANY NA (AND DESIGN) | Utah | 036 | North American Mortgage Company | N/A | 8/20/1992 | 2519311 | 8/20/1992 |
| NORTH AMERICAN MORTGAGE COMPANY NA (STYLIZED) | Ohio | 036 | North American Mortgage Company | N/A | 9/30/1992 | SM67830 | 9/30/1992 |
| NORTH AMERICAN MORTGAGE INSURANCE SERVICES | United States | 036 | Washington Mutual Bank, FA | 75/079,408 | 3/27/1996 | 2,183,262 | 8/25/1998 |
| NORTHERN DISCLOSURES | United States | 016 | North American Mortgage Company | 75/537,943 | 8/17/1998 | 2,270,801 | 8/17/1999 |
| ONE OF THE BIGGEST. MAYBE THE BEST. | United States | 036 | Washington Mutual Bank, FA | 74/101,652 | 8/27/1990 | 1,675,315 | 2/11/1992 |
| ONE-TO-ONE EDUCATION PROGRAM | Oregon | 136 | Washington Mutual Bank | N/A | | S26231 | 5/27/1992 |
| ONE-TO-ONE EDUCATION PROGRAM | United States | 035 036 | Washington Mutual Bank | 74/274,465 | 5/11/1992 | 1,791,826 | 9/7/1993 |
| ONE-TO-ONE EDUCATION PROGRAM | Washington | 036 | Washington Mutual Savings Bank | N/A | | 021347 | 5/12/1992 |
| ONE-TO-ONE TUTORING PROGRAM | Oregon | 136 | Washington Mutual | N/A | | S26232 | 5/27/1992 |
| ONE-TO-ONE TUTORING PROGRAM | United States | 035 036 | Washington Mutual Bank | 74/274,462 | 5/11/1992 | 1,790,624 | 8/31/1993 |
| ONE-TO-ONE TUTORING PROGRAM | Washington | 036 | Washington Mutual Savings Bank | N/A | | 21348 | 5/12/1992 |
| OPENING DOORS FOR AMERICA | United States | 036 | North American Mortgage Company | 74/472,774 | 12/20/1993 | 1,918,313 | 9/12/1995 |
| OPENLINE YOUR HOME EQUITY LINE OF CREDIT & Design | Oregon | 036 | Washington Mutual, a Federal Savings Bank | N/A | | S21223 | 11/20/1981 |
| OPENLINE YOUR HOME EQUITY LINE OF CREDIT & Design | Washington | 102 | Washington Mutual, a Federal Savings Bank | N/A | | 16831 | 11/7/1986 |
| OWNER'S CHOICE | Oregon | 136 | Washington Mutual Savings Bank | N/A | | S26477 | 9/15/1992 |
| OWNER'S CHOICE | United States | 036 | Washington Mutual Savings Bank | 74/174,904 | 6/7/1991 | | |
| OWNER'S CHOICE | Washington | 036 | Washington Mutual Savings Bank | N/A | | 21579 | 8/13/1992 |
| P & Design | United States | 036 | Washington Mutual Bank | 73/134,771 | 7/21/1977 | 1,093,986 | 6/20/1978 |
| PACIFIC FIRST | California | 102 | Washington Mutual, a Federal Savings Bank | N/A | | 036506 | 4/2/1990 |
| PACIFIC FIRST | United States | 036 | Washington Mutual Bank | 73/548,775 | 7/18/1985 | 1,452,455 | 8/11/1987 |
| PAY-BY-PHONE | California | 036 | Washington Mutual Bank | | | | |
| PAY-BY-PHONE | Idaho | | Washington Mutual Bank | | | | |
| PAY-BY-PHONE | Montana | 036 | Washington Mutual Bank | N/A | 4/24/1997 | 19408 | 4/24/1997 |
| PAY-BY-PHONE | Oregon | 136 | Washington Mutual Savings Bank | N/A | | S26111 | 4/17/1992 |
| PAY-BY-PHONE | United States | 036 | Washington Mutual Bank | 75/487,781 | 5/19/1998 | | |
| PAY-BY-PHONE | Utah | 036 | Washington Mutual Bank | N/A | 5/5/1997 | 37133 | 5/5/1997 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| A GREAT PLACE TO BANK | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| PAY-BY-PHONE SERVICE | Washington | 036 | Washington Mutual Savings Bank | 020804 | 8/15/1991 | 020804 | 8/15/1991 |
| PAYSMART | United States | 036 | Washington Mutual Bank | 75/898,053 | 1/19/2000 | 2,619,432 | 9/17/2002 |
| PAYSMART and Design | United States | 036 | Washington Mutual Bank | 75/902,794 | 1/25/2000 | 3,014,313 | 11/15/2005 |
| PEAK ACCOUNT (Stylized) | California | 036 | Coast Savings & Loan Association | N/A | | 14782 | 9/22/1982 |
| PERFORMANCE CHECKING | United States | 036 | Washington Mutual, a Federal Savings Bank | 74/010,859 | 12/14/1989 | 1,631,862 | 1/15/1991 |
| PERSONAL LINE PLUS | United States | 036 | Washington Mutual Bank, FA | 75/151,007 | 8/15/1996 | | |
| PIONEER BANK and Design | Washington | 102 | Washington Mutual Savings Bank | N/A | | 18089 | 5/12/1988 |
| PIONEER MORTGAGE & Design | Washington | 102 | Washington Mutual Savings Bank | N/A | | 18088 | 5/12/1988 |
| PIONEER PROPERTIES and Design | Washington | 102 | Washington Mutual Savings Bank | N/A | | 18087 | 5/12/1988 |
| PLATINUM CHOICE | United States | 036 | Providian Financial Corporation | 75/545,704 | 9/1/1998 | | |
| PREFERRED PARTNERS | United States | 036 | Washington Mutual Bank, FA | 74/602,215 | 11/22/1994 | 1,937,111 | 11/21/1995 |
| PREMIER PARTNERS | United States | 036 | FleetBoston Financial Corporation | 75/141,846 | 7/29/1996 | 2,069,887 | 6/10/1997 |
| PROFOLIO STYLIZED | United States | 036 | Great Western Financial Advisors Corporation | 74/074,385 | 6/29/1990 | | |
| PROMINENCE | United States | 009 036 | Washington Mutual Finance Corp. | 75/637,977 | 2/5/1999 | | |
| PRONTO of America | United States | 036 | PNC Mortgage Corp. of America | 75/395,400 | 11/24/1997 | | |
| PROPOINTS | United States | 042 | Providian Financial Corporation | 75/773,053 | 8/11/1999 | | |
| PROSPEROUS SAVINGS (Chinese Characters) | United States | 036 | Home Savings of America, FSB | 74/098,182 | 9/18/1990 | 1,728,080 | 10/27/1992 |
| PROVIDIAN | United States | 036 | Washington Mutual Bank | 74/455,396 | 11/8/1993 | 1,947,298 | 1/9/1996 |
| PROVIDIAN (Stylized) | United States | 035 036 | Providian Financial Corporation | 78/086,434 | 10/2/2001 | | |
| PROVIDIAN AIRPOINTS | United States | 035 036 | New American Capital, Inc. | 78/275,158 | 7/16/2003 | | |
| PROVIDIAN and Design | United States | 035 036 | Providian Financial Corporation | 78/086,436 | 10/2/2001 | | |
| PROVIDIAN BUILDING BLOCKS and Design | United States | 035 | New American Capital, Inc. | 78/518,825 | 11/17/2004 | | |
| PROVIDIAN BUYSMART | United States | 035 036 | Providian Financial Corporation | 75/853,310 | 11/18/1999 | | |
| PROVIDIAN HEALTH ADVANTAGE | United States | 035 | Providian Financial Corporation | 75/224,917 | 1/8/1997 | 2,173,880 | 7/14/1998 |
| PROVIDIAN INDIVIDUALS MATTER (Face with Eye Design) | United States | 035 036 | Providian Financial Corporation | 78/086,435 | 10/2/2001 | | |
| PROVIDIAN on blue/gray credit card | United States | 036 | Washington Mutual Bank | 78/025,771 | 9/13/2000 | 2,921,380 | 1/25/2005 |
| PROVIDIAN on green/gray credit card | United States | 036 | Washington Mutual Bank | 78/025,768 | 9/13/2000 | 2,921,379 | 1/25/2005 |
| PROVIDIAN on orange/gray credit card | United States | 009 | Providian Financial Corporation | 78/025,782 | 9/13/2000 | | |

X-15

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| A GREAT PLACE TO BANK | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| | | 036 | | | | | |
| | | 039 | | | | | |
| PROVIDIAN on red/gray credit card | United States | 036 | Washington Mutual Bank | 78/025,777 | 9/13/2000 | 2,921,381 | 1/25/2005 |
| PROVIDIAN on yellow/gray credit card | United States | 036 | Washington Mutual Bank | 78/025,779 | 9/13/2000 | 2,921,382 | 1/25/2005 |
| PROVIDIAN PERSONAL REGISTRY | United States | 035 | Mercer Acquisition LLC | 75/623,644 | 1/19/1999 | 2,443,755 | 4/17/2001 |
| PROVIDIAN POINTS | United States | 035 | Providian Financial Corporation | 78/019,622 | 8/3/2000 | | |
| PROVIDIAN POINTS (Stylized) | United States | 035 | Providian Financial Corporation | 78/027,225 | 9/22/2000 | | |
| PROVIDIAN PROVIDING MORE | United States | 036 | Washington Mutual Bank | 78/356,246 | 1/23/2004 | | |
| PROVIDIAN PROVIDING MORE and Design | United States | 036 | New American Capital, Inc. | 78/356,667 | 1/23/2004 | | |
| PROVIDIAN RAPIDAPP | United States | 036 | New American Capital, Inc. | 78/033,624 | 11/2/2000 | | |
| PROVIDIAN REAL REWARDS | United States | 035 | Washington Mutual Bank | 78/275,156 | 7/16/2003 | 3,283,455 | 8/21/2007 |
| | | 036 | | | | | |
| PROVIDIANCLEAR | United States | 036 | Providian Financial Corporation | 78/017,728 | 7/20/2000 | | |
| PROVIDIANPOINTS.COM | United States | 035 | Providian Financial Corporation | 78/019,620 | 8/3/2000 | | |
| PROVIDING MORE | United States | 036 | Washington Mutual Bank | 78/356,268 | 1/23/2004 | | |
| PURCHASE EXPRESS | United States | 036 | North American Mortgage Company | 74/532,962 | 6/3/1994 | 1,925,842 | 10/10/1995 |
| PURCHASEEXPRESS | United States | 036 | Washington Mutual Bank, FA | 74/532,780 | 6/3/1994 | 2,000,262 | 9/10/1996 |
| PUTT FOR EDUCATION | Oregon | 136 | Washington Mutual Bank | S-28012 | | S-28012 | 3/29/1994 |
| QUICKCLOSE | Florida | 036 | Homeside Lending, Inc. | N/A | 5/26/1989 | T11,075 | 5/26/1989 |
| QUICKCLOSE | United States | 036 | Washington Mutual Bank, FA | 75/394,236 | 11/21/1997 | 2,342,176 | 4/18/2000 |
| RABBIT DESIGN | United States | 036 | Coast Federal Savings and Loan Association of Los Angeles | 72/192,570 | 5/4/1964 | 801,514 | 1/4/1966 |
| RABBIT DESIGN | United States | 036 | Coast Federal Savings and Loan Association | 73/098,189 | 8/30/1976 | 1,078,067 | 11/22/1977 |
| READY!SET!CLOSE! (Stylized) | United States | 036 | FleetBoston Financial Corporation | 75/541,611 | 8/21/1998 | 2,334,717 | 3/28/2000 |
| READYREFI | United States | 036 | PNC Mortgage Corp. of America | 75/341,351 | 8/13/1997 | 2,245,098 | 5/11/1999 |
| REAL ESTATE USA & DESIGN | United States | 016 | New American Capital, Inc. | 74/010,631 | 12/14/1989 | 1,690,104 | 6/2/1992 |
| RIGHT AT HOME | United States | 036 | Providian Financial Corporation | 75/762,882 | 7/29/1999 | | |
| RIGHT AT HOME and Design | United States | 036 | Providian Financial Corporation | 75/762,880 | 7/29/1999 | | |
| RODEO GRANDMAS | United States | 036 | Washington Mutual Bank | 75/162,128 | 9/6/1996 | 2,105,127 | 10/14/1997 |
| SAFE AT HOME | United States | 036 | PNC Mortgage Corp. of America | 74/520,722 | 4/29/1994 | 1,956,843 | 2/13/1996 |
| SAVINGS OF AMERICA & Design | Alabama | 036 | Home Savings of America, F.A. | N/A | | 102,787 | 1/9/1986 |
| SAVINGS OF AMERICA & Design | Alabama | 036 | Home Savings of America, F.A. | N/A | | 102,810 | 2/12/1986 |
| SAVINGS OF AMERICA & Design | Arkansas | 036 | Home Savings of America, F.A. | N/A | | 2,286 | 2/12/1986 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| A GREAT PLACE TO BANK | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| SAVINGS OF AMERICA & Design | Arkansas | 036 | Home Savings of America, F.A. | N/A | | 35,486 | 1/2/1986 |
| SAVINGS OF AMERICA & Design | California | 036 | Home Savings of America, F.A. | N/A | | 25,908 | 2/21/1986 |
| SAVINGS OF AMERICA & Design | Colorado | 036 | Home Savings of America, F.A. | N/A | | T30,063 | 1/2/1986 |
| SAVINGS OF AMERICA & Design | Colorado | 036 | Home Savings of America, F.A. | N/A | | T30,284 | 2/11/1986 |
| SAVINGS OF AMERICA & Design | Delaware | 036 | Home Savings of America, F.A. | N/A | | 10,621 | 6/5/1986 |
| SAVINGS OF AMERICA & Design | Florida | 036 | Home Savings of America, FSB | N/A | | T04651 | 2/14/1986 |
| SAVINGS OF AMERICA & Design | Florida | 036 | Home Savings of America, FSB | N/A | | T04712 | 2/21/1986 |
| SAVINGS OF AMERICA & Design | Georgia (State) | 036 | Home Savings of America, F.A. | N/A | | S6,565 | 2/18/1986 |
| SAVINGS OF AMERICA & Design | Idaho | 036 | Home Savings of America, F.A. | N/A | | 10,621 | 2/7/1986 |
| SAVINGS OF AMERICA & Design | Illinois | 036 | Home Savings of America, FSB | N/A | | 57,848 | 2/10/1986 |
| SAVINGS OF AMERICA & Design | Illinois | 036 | Home Savings of America, F.A. | N/A | | 54,487 | 3/6/1984 |
| SAVINGS OF AMERICA & Design | Indiana | 036 | Home Savings of America, FSB | N/A | | 50097163 | 2/10/1986 |
| SAVINGS OF AMERICA & Design | Iowa | 036 | Home Savings of America, FSB | N/A | | 6870 | 2/10/1986 |
| SAVINGS OF AMERICA & Design | Kansas | 036 | Home Savings of America, FSB | N/A | | N/A | 1/28/1986 |
| SAVINGS OF AMERICA & Design | Kansas | 036 | Home Savings of America, FSB | N/A | | N/A | 2/11/1986 |
| SAVINGS OF AMERICA & Design | Kentucky | 036 | Home Savings of America, FSB | N/A | | 6604 | 2/10/1986 |
| SAVINGS OF AMERICA & Design | Louisiana | 036 | Home Savings of America, FSB | N/A | | 440,284 | 2/7/1986 |
| SAVINGS OF AMERICA & Design | Maryland | 036 | Home Savings of America, F.A. | N/A | | 1986S1678 | 4/21/1986 |
| SAVINGS OF AMERICA & Design | Massachusetts | 036 | Home Savings of America, F.A. | N/A | | 38,545 | 6/11/1986 |
| SAVINGS OF AMERICA & Design | Michigan | 036 | Home Savings of America, F.A. | N/A | | M54050 | 4/24/1986 |
| SAVINGS OF AMERICA & Design | Minnesota | 036 | Home Savings of America, F.A. | N/A | | 11082 | 5/12/1986 |
| SAVINGS OF AMERICA & Design | Mississippi | 036 | Home Savings of America, FSB | N/A | | N/A | 1/14/1986 |
| SAVINGS OF AMERICA & Design | Mississippi | 036 | Home Savings of America, FSB | N/A | | N/A | 2/17/1986 |
| SAVINGS OF AMERICA & Design | Missouri | 036 | Home Savings of America, FSB | N/A | | S8985 | 2/10/1986 |
| SAVINGS OF AMERICA & Design | Missouri | 036 | Home Savings of America, FSB | N/A | | S8123 | 3/5/1984 |
| SAVINGS OF AMERICA & Design | Montana | 036 | Home Savings of America, FSB | N/A | | T014574 | 2/18/1986 |
| SAVINGS OF AMERICA & Design | Montana | 036 | Home Savings of America, FSB | N/A | | T014573 | 2/18/1986 |
| SAVINGS OF AMERICA & Design | Nebraska | 036 | Home Savings of America, F.A. | N/A | | 961214 | 2/18/1986 |
| SAVINGS OF AMERICA & Design | Nebraska | 036 | Home Savings of America, F.A. | N/A | | 86121058 | 2/18/1986 |
| SAVINGS OF AMERICA & Design | Nebraska | 036 | Home Savings of America, F.A. | N/A | | 8651038 | 1/14/1986 |
| SAVINGS OF AMERICA & Design | Nevada | 036 | Home Savings of America, F.A. | N/A | | 2075 | 3/4/1986 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| A GREAT PLACE TO BANK | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| SAVINGS OF AMERICA & Design | New Hampshire | 036 | Home Savings of America FSB, Federal | N/A | | 91154 | 2/20/1996 |
| SAVINGS OF AMERICA & Design | New Jersey | 036 | Home Savings of America, F.A. | N/A | | 6,438 | 2/20/1986 |
| SAVINGS OF AMERICA & Design | New Mexico | 036 | Home Savings of America, FSB | N/A | | TK86021304 | 2/13/1986 |
| SAVINGS OF AMERICA & Design | New Mexico | 036 | Home Savings of America, FSB | N/A | | TK86011403 | 2/13/1986 |
| SAVINGS OF AMERICA & Design | New York | 036 | Home Savings of America, FSB | N/A | | S-9291 | 3/6/1986 |
| SAVINGS OF AMERICA & Design | North Carolina | 036 | Home Savings of America, F.A. | N/A | | 6,390 | 3/3/1986 |
| SAVINGS OF AMERICA & Design | Ohio | 036 | Home Savings of America, F.A. | N/A | | SM63393 | 3/10/1986 |
| SAVINGS OF AMERICA & Design | Oklahoma | 036 | Home Savings of America, FSB | N/A | | 20,517 | 2/13/1986 |
| SAVINGS OF AMERICA & Design | Oklahoma | 036 | Home Savings of America, FSB | N/A | | 27,824 | 2/29/1996 |
| SAVINGS OF AMERICA & Design | Oregon | 036 | Home Savings of America Corporation | N/A | | S20,679 | 2/28/1986 |
| SAVINGS OF AMERICA & Design | Pennsylvania | 036 | Home Savings of America, F.A. | N/A | | 905459 | 2/14/1986 |
| SAVINGS OF AMERICA & Design | Rhode Island | 036 | Home Savings of America, FSB | N/A | | 860,402 | 4/4/1986 |
| SAVINGS OF AMERICA & Design | South Carolina | 036 | Home Savings of America, F.A. | N/A | | 86002783 | 2/19/1986 |
| SAVINGS OF AMERICA & Design | Tennessee | 036 | Home Savings of America, FSB | N/A | | N/A | 3/6/1986 |
| SAVINGS OF AMERICA & Design | Texas | 036 | Home Savings of America, FSB | N/A | | 45429 | 12/11/1984 |
| SAVINGS OF AMERICA & Design | Texas | 036 | Home Savings of America, FSB | N/A | | 45421 | 12/11/1984 |
| SAVINGS OF AMERICA & Design | United States | 036 | Home Savings of America, FSB | 73/468,242 | 3/2/1984 | 1,345,026 | 6/25/1985 |
| SAVINGS OF AMERICA & Design | United States | 036 | Home Savings of America, FSB | 75/041,862 | 1/11/1996 | 2,077,028 | 7/8/1997 |
| SAVINGS OF AMERICA & Design | United States | 036 | Home Savings of America, FSB | 74/365,894 | 3/5/1993 | | |
| SAVINGS OF AMERICA & Design | United States | 036 | Home Savings of America, F.A. | 73/468,214 | 3/2/1984 | 1,357,138 | 8/27/1985 |
| SAVINGS OF AMERICA & Design | Utah | 036 | Home Savings of America, FSB | N/A | | 36,084 | 12/21/1995 |
| SAVINGS OF AMERICA & Design | Utah | 036 | Home Savings of America, FSB | N/A | | 27862 | 1/27/1986 |
| SAVINGS OF AMERICA & Design | Virginia | 036 | Home Savings of America, F.A. | N/A | | N/A | 4/1/1986 |
| SAVINGS OF AMERICA & Design | Washington | 036 | Home Savings of America, FSB | N/A | | 16,363 | 3/12/1986 |
| SAVINGS OF AMERICA & Design (w/color) | Arkansas | 036 | Home Savings of America, F.A. | N/A | | 2,386 | 2/13/1986 |
| SAVINGS OF AMERICA & Design (w/color) | California | 036 | Home Savings of America, FSB | N/A | | 25,909 | 2/21/1986 |
| SAVINGS OF AMERICA & Design (w/color) | Idaho | 036 | Home Savings of America, FSB | N/A | | 10,626 | 2/13/1986 |
| SAVINGS OF AMERICA & Design (w/color) | Louisiana | 036 | Home Savings of America, F.A. | N/A | | N/A | 2/13/1986 |
| SAVINGS OF AMERICA & Design (w/color) | New Mexico | 036 | Home Savings of America, FSB | N/A | | TK86021303 | 2/13/1986 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| A GREAT PLACE TO BANK | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| SAVINGS OF AMERICA & Design (w/colors) | Colorado | 036 | Home Savings of America, F.A. | N/A | | 19851030942 | 6/9/1986 |
| SAVINGS OF AMERICA & Design (w/colors) | Delaware | 036 | Home Savings of America, FSB | N/A | | 19860066949 | 6/5/1986 |
| SAVINGS OF AMERICA & Design (w/colors) | Georgia (State) | 036 | Home Savings of America, F.A. | N/A | | S6614 | 2/27/1986 |
| SAVINGS OF AMERICA & Design (w/colors) | Indiana | 036 | Home Savings of America, F.A. | N/A | | 50097169 | 2/13/1986 |
| SAVINGS OF AMERICA & Design (w/colors) | Iowa | 036 | Home Savings of America, FSB | N/A | | 6,871 | 2/13/1986 |
| SAVINGS OF AMERICA & Design (w/colors) | Kansas | 036 | Home Savings of America, FSB | N/A | | N/A | 2/13/1986 |
| SAVINGS OF AMERICA & Design (w/colors) | Kentucky | 036 | Home Savings of America, FSB | N/A | | 6624 | 2/14/1986 |
| SAVINGS OF AMERICA & Design (w/colors) | Maryland | 036 | Home Savings of America, FSB | N/A | | 19861679 | 4/21/1986 |
| SAVINGS OF AMERICA & Design (w/colors) | Massachusetts | 036 | Home Savings of America, F.A. | N/A | | 38,544 | 6/11/1986 |
| SAVINGS OF AMERICA & Design (w/colors) | Minnesota | 036 | Home Savings of America, F.A. | N/A | | 11083 | 5/12/1986 |
| SAVINGS OF AMERICA & Design (w/colors) | Mississippi | 036 | Home Savings of America, FSB | N/A | | N/A | 2/13/1986 |
| SAVINGS OF AMERICA & Design (w/colors) | Nevada | 036 | Home Savings of America, FSB | N/A | | 2074 | 3/4/1986 |
| SAVINGS OF AMERICA & Design (w/colors) | New Hampshire | 036 | Home Savings of America, FSB | N/A | | 91155 | 2/20/1996 |
| SAVINGS OF AMERICA & Design (w/colors) | New Jersey | 036 | Home Savings of America, F.A. | N/A | | 6,437 | 2/20/1986 |
| SAVINGS OF AMERICA & Design (w/colors) | New York | 036 | Home Savings of America, FSB | N/A | | S9277 | 2/25/1986 |
| SAVINGS OF AMERICA & Design (w/colors) | North Carolina | 036 | Home Savings of America, FSB | N/A | | 6,370 | 2/18/1986 |
| SAVINGS OF AMERICA & Design (w/colors) | Ohio | 036 | Home Savings of America, F.A. | N/A | | SM63392 | 3/10/1986 |
| SAVINGS OF AMERICA & Design (w/colors) | Oklahoma | 036 | Home Savings of America, FSB | N/A | | 20,516 | 2/13/1986 |
| SAVINGS OF AMERICA & Design (w/colors) | Oregon | 036 | Home Savings of America Corporation | N/A | | S20,678 | 2/28/1986 |
| SAVINGS OF AMERICA & Design (w/colors) | Pennsylvania | 036 | Home Savings of America, F.A. | N/A | | 905458 | 2/14/1986 |
| SAVINGS OF AMERICA & Design (w/colors) | Rhode Island | 036 | Home Savings of America, F.A. | N/A | | 860,401 | 4/4/1986 |
| SAVINGS OF AMERICA & Design (w/colors) | South Carolina | 036 | Home Savings of America, F.A. | N/A | | 86002782 | 2/19/1986 |
| SAVINGS OF AMERICA & Design (w/colors) | Tennessee | 036 | Home Savings of America, FSB | N/A | | N/A | 3/6/1986 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| A GREAT PLACE TO BANK (w/colors) | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| SAVINGS OF AMERICA & Design (w/colors) | Tennessee | 036 | Home Savings of America, FSB | N/A | | N/A | 3/6/1986 |
| SAVINGS OF AMERICA & Design (w/colors) | Utah | 036 | Home Savings of America, FSB | N/A | | 27,863 | 1/27/1986 |
| SAVINGS OF AMERICA & Design (w/colors) | Virginia | 036 | Home Savings of America, FSB | N/A | | N/A | 4/1/1986 |
| SAVINGS OF AMERICA & Design (w/colors) | Washington | 036 | Home Savings of America, FSB | N/A | | 16,362 | 3/12/1986 |
| SAVINGS OF AMERICA & Design (w/colors) | Wisconsin | 036 | Home Savings of America, F.A. | N/A | | N/A | 2/19/1988 |
| SAVINGS OF AMERICA (Block Letters) | Alabama | 036 | Home Savings of America, F.A. | N/A | | 102823 | 2/26/1986 |
| SAVINGS OF AMERICA (Block Letters) | Connecticut | 036 | Home Savings of America, F.A. | N/A | | 6549 | 4/21/1986 |
| SAVINGS OF AMERICA (Block Letters) | Delaware | 036 | Home Savings of America, FSB | N/A | | 19860066950 | 6/5/1986 |
| SAVINGS OF AMERICA (Block Letters) | Idaho | 036 | Home Savings of America, F.A. | N/A | | 10,617 | 2/4/1986 |
| SAVINGS OF AMERICA (Block Letters) | Illinois | 036 | Home Savings of America, F.A. | N/A | | 54,486 | 3/6/1984 |
| SAVINGS OF AMERICA (Block Letters) | Indiana | 036 | Home Savings of America, FSB | N/A | | 50097087 | 1/9/1986 |
| SAVINGS OF AMERICA (Block Letters) | Iowa | 036 | Home Savings of America, FSB | N/A | | 6,728 | 1/2/1986 |
| SAVINGS OF AMERICA (Block Letters) | Kentucky | 036 | Home Savings of America, FSB | N/A | | 6,562 | 1/21/1986 |
| SAVINGS OF AMERICA (Block Letters) | Louisiana | 036 | Home Savings of America, FSB | N/A | | n/a | 1/2/1986 |
| SAVINGS OF AMERICA (Block Letters) | Maine | 036 | Home Savings of America | N/A | | 860138 | 1/3/1986 |
| SAVINGS OF AMERICA (Block Letters) | Maryland | 036 | Home Savings of America, FSB | N/A | | 1986S1636 | 1/27/1986 |
| SAVINGS OF AMERICA (Block Letters) | Massachusetts | 036 | Home Savings of America, F.A. | N/A | | 38,546 | 6/11/1986 |
| SAVINGS OF AMERICA (Block Letters) | Michigan | 036 | Home Savings of America, FSB | N/A | | 89.047 | 1/7/1986 |
| SAVINGS OF AMERICA (Block Letters) | Michigan | 036 | Home Savings of America, F.A. | N/A | | 72,048 | 2/18/1986 |
| SAVINGS OF AMERICA (Block Letters) | Michigan | 036 | Home Savings of America, F.A. | N/A | | M89047 | 1/7/1986 |
| SAVINGS OF AMERICA (Block Letters) | Minnesota | 036 | Home Savings of America, F.A. | N/A | | 11084 | 5/12/1986 |
| SAVINGS OF AMERICA (Block Letters) | Missouri | 036 | Home Savings of America, FSB | N/A | | S8124 | 3/5/1984 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| A GREAT PLACE TO BANK | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| SAVINGS OF AMERICA (Block Letters) | Montana | 036 | Home Savings of America, FSB | N/A | | T014549 | 1/13/1986 |
| SAVINGS OF AMERICA (Block Letters) | Nevada | 036 | Home Savings of America, FSB | N/A | | 19988 | 1/14/1986 |
| SAVINGS OF AMERICA (Block Letters) | New Hampshire | 036 | Home Savings of America, F.A. | N/A | | 73106 | 2/13/1986 |
| SAVINGS OF AMERICA (Block Letters) | New Hampshire | 036 | Home Savings of America, F.A. | N/A | | 7339 | 1/14/1986 |
| SAVINGS OF AMERICA (Block Letters) | New Jersey | 036 | Home Savings of America, F.A. | N/A | | 6,397 | 1/30/1986 |
| SAVINGS OF AMERICA (Block Letters) | New York | 036 | Home Savings of America, FSB | N/A | | S8436 | 11/26/1984 |
| SAVINGS OF AMERICA (Block Letters) | North Carolina | 036 | Home Savings of America, FSB | N/A | | 6354 | 2/10/1986 |
| SAVINGS OF AMERICA (Block Letters) | Ohio | 036 | Home Savings of America, F.A. | N/A | | SM63305 | 1/13/1986 |
| SAVINGS OF AMERICA (Block Letters) | Oklahoma | 036 | Home Savings of America | N/A | | 19,676 | 11/13/1984 |
| SAVINGS OF AMERICA (Block Letters) | Oregon | 036 | Home Savings of America Corporation | N/A | | S20,658 | 2/21/1986 |
| SAVINGS OF AMERICA (Block Letters) | Rhode Island | 036 | Home Savings of America, FSB | N/A | | 860203 | 2/5/1986 |
| SAVINGS OF AMERICA (Block Letters) | South Carolina | 036 | Home Savings of America, F.A. | N/A | | 86001341 | 1/21/1986 |
| SAVINGS OF AMERICA (Block Letters) | South Dakota | 036 | Home Savings of America, FSB | N/A | | N/A | 1/17/1986 |
| SAVINGS OF AMERICA (Block Letters) | United States | 036 | Home Savings of America, FSB | 73/468,243 | 3/2/1984 | 1,345,027 | 6/25/1985 |
| SAVINGS OF AMERICA (Block Letters) | Utah | 036 | Home Savings of America, F.A. | N/A | | 27,786 | 1/13/1985 |
| SAVINGS OF AMERICA (Block Letters) | Virginia | 036 | Home Savings of America, FSB | N/A | | N/A | 1/29/1986 |
| SAVINGS OF AMERICA (Block Letters) | Washington | 036 | Home Savings of America, FSB | N/A | | 16,237 | 1/13/1986 |
| SAVINGS OF AMERICA (Block Letters) | Wisconsin | 036 | Home Savings of America, F.A. | N/A | | N/A | 1/15/1986 |
| SAVINGS OF AMERICA (Stylized Letters) | California | 036 | Home Savings of America, Federal Savings Association | N/A | | 20,858 | 9/4/1984 |
| SAVINGS OF AMERICA (Stylized Letters) | Florida | 036 | Home Savings of America, FSB | N/A | | T03359 | 11/19/1984 |
| SAVINGS OF AMERICA Design | United States | 036 | Home Savings of America, FSB | 73/468,244 | 3/2/1984 | 1,343,247 | 6/18/1985 |
| SAVINGS OF AMERICA ESTABLISHED 1889 & Design | Georgia (State) | 036 | Home Savings of America, FSB | N/A | | S6527 | 1/16/1986 |
| SAVINGS OF AMERICA ESTABLISHED 1889 & Design | Texas | 036 | Home Savings of America, FSB | N/A | | 45,430 | 12/11/1984 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| A GREAT PLACE TO BANK | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| SAY SO / LET US KNOW WHAT YOU THINK! | New Hampshire | 036 | Home Savings of America, F.A. | N/A | | 73107 | 2/18/1986 |
| SCHOOL SAVINGS | United States | 036 | Washington Mutual Bank | 74/327,202 | 11/2/1992 | 1,850,029 | 8/16/1994 |
| SELECT EQUITY and Design | United States | 036 | Providian Financial Corporation | 74/146,933 | 3/11/1991 | 1,722,401 | 10/6/1992 |
| SELECT FUNDS and Design | United States | 036 | Providian Financial Corporation | 74/217,785 | 11/1/1991 | 1,718,724 | 9/22/1992 |
| SELECT TRAVEL | United States | 039 | New American Capital, Inc. | 74/688,840 | 6/15/1995 | 1,964,324 | 3/26/1996 |
| SHIELD Design | California | 036 | Home Savings of America, F.A. | N/A | | 19,043 | 3/5/1984 |
| SHIELD Design | California | 036 | Home Savings of America, FSB | N/A | | 18,214 | 12/2/1983 |
| SHIELD Design | California | 036 | Home Savings of America, FSB | N/A | | 18,215 | 12/2/1983 |
| SHIELD Design | Texas | 036 | Home Savings of America, FSB | N/A | | 39,987 | 4/6/1982 |
| SIERRA ADVANTAGE | United States | 036 | New American Capital, Inc. | 74/423,176 | 8/11/1993 | 1,885,253 | 3/21/1995 |
| SIERRA TRUST FUNDS | United States | 036 | New American Capital, Inc. | 74/451,411 | 10/21/1993 | 1,896,462 | 5/30/1995 |
| SIERRA WESTERN MORTGAGE | United States | 036 | New American Capital, Inc. | 74/494,141 | 2/24/1994 | 2,003,404 | 9/24/1996 |
| SIERRA WESTERN MORTGAGE CO. & Design | Ohio | | Great Western Mortgage Corporation | N/A | | RN190439 | 8/4/1994 |
| SIERRA WESTERN MORTGAGE COMPANY | Alabama | 036 | Great Western Mortgage Corporation | N/A | | 106806 | 8/23/1996 |
| SIERRA WESTERN MORTGAGE COMPANY | Wisconsin | 036 | Great Western Mortgage Corporation | N/A | | N/A | 12/21/1994 |
| SIERRA WESTERN MORTGAGE COMPANY & DESIGN | United States | 036 | New American Capital, Inc. | 74/506,300 | 3/28/1994 | 1,960,904 | 3/5/1996 |
| SILVER CIRCLE | California | 036 | Home Savings and Loan Association | N/A | | 1505 | 12/23/1971 |
| SILVER CIRCLE | United States | 036 | Home Savings of America, FSB | 72/409,800 | 12/9/1971 | 954,220 | 2/27/1973 |
| SMART CHOICE | Oregon | 136 | Washington Mutual Savings Bank | N/A | | S27560 | 10/27/1993 |
| SMART CHOICE | United States | 036 | Washington Mutual Savings Bank | 74/332,402 | 11/18/1992 | | |
| SMART CHOICE | Washington | 036 | Washington Mutual Savings Bank | N/A | 10/27/1993 | 22578 | 10/27/1993 |
| SMARTSELLER | United States | 036 | PNC Mortgage Corp. of America | 75/202,428 | 11/22/1996 | 2,175,645 | 7/21/1998 |
| SOLID GOLD | United States | 036 | PNC Mortgage Corp. of America | 74/182,737 | 7/5/1991 | 1,741,671 | 12/22/1992 |
| SPECTRA | United States | 036 038 | PNC Mortgage Corp. of America | 74/350,370 | 1/19/1993 | | |
| SPLITSECOND | United States | 036 | PNC Mortgage Corp. of America | 75/230,465 | 1/24/1997 | 2,179,499 | 8/4/1998 |
| STARTING BLOCKS | United States | 036 | PNC Mortgage Corp. of America | 75/030,403 | 11/28/1995 | 2,012,031 | 10/29/1996 |
| STRESSLESS CARD | United States | 036 | Washington Mutual Bank | 78/548,202 | 1/14/2005 | | |
| STRUCTURES | United States | 036 | PNC Mortgage Corp. of America | 75/509,637 | 6/29/1998 | 2,414,996 | 12/26/2000 |
| TELESERVICES & Design | Washington | 042 | Washington Mutual Savings Bank | N/A | | 19148 | 8/7/1989 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| A GREAT PLACE TO BANK | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| THANK YOU, BANK U | United States | 036 | Bank United Corp. | 75/176,406 | 10/3/1996 | 2,212,145 | 12/22/1998 |
| THE BOWERY MONEY CARD | United States | 036 | Home Savings of America, F.A. | 73/116,246 | 2/17/1977 | 1,130,552 | 2/5/1980 |
| THE BOWERY MORTGAGE COMPANY | New Jersey | 036 | Home Savings of America, F.A. | N/A | | SM8553 | 3/21/1989 |
| THE BOWERY MORTGAGE COMPANY | United States | 036 | Home Savings of America, F.A. | 73/778,607 | 2/3/1989 | 1,617,904 | 10/16/1990 |
| THE BOWERY MORTGAGE COMPANY (Block Letters) | New York | 036 | Home Savings of America, F.A. | N/A | | S11204 | 2/13/1989 |
| THE BOWERY MORTGAGE COMPANY (Stylized | Connecticut | 036 | Home Savings of America, F.A. | N/A | | 7487 | 4/6/1989 |
| THE BOWERY MORTGAGE COMPANY (Stylized | Connecticut | 036 | Home Savings of America, F.A. | N/A | | 7572 | 5/31/1989 |
| THE BOWERY MORTGAGE COMPANY (Stylized | New Jersey | 036 | Home Savings of America, F.A. | N/A | | SM8554 | 3/21/1989 |
| THE BOWERY MORTGAGE COMPANY (Stylized | New York | 036 | Home Savings of America, F.A. | N/A | | S11207 | 2/13/1999 |
| THE BOWERY MORTGAGE COMPANY (Stylized | United States | 036 | Home Savings of America, F.A. | 73/778,502 | 2/3/1989 | 1,617,024 | 10/9/1990 |
| THE BOWERY MORTGAGE COMPANY AN AFFILIATE OF SAVINGS OF AMERI | New Jersey | 036 | Home Savings of America, F.A. | N/A | | SM8555 | 3/21/1989 |
| THE BOWERY MORTGAGE COMPANY AN AFFILIATE OF SAVINGS OF AMERI | New York | 036 | Home Savings of America, F.A. | N/A | | S11208 | 2/13/1989 |
| THE BOWERY MORTGAGE COMPANY AN AFFILIATE OF SAVINGS OF AMERI | United States | 036 | Home Savings of America, FSB | 73/778,605 | 2/3/1989 | 1,617,903 | 10/16/1990 |
| THE BOWERY MORTGAGE COMPANY AN AFFILIATE OF SAVINGS OF AMERI | United States | 036 | Home Savings of America, F.A. | 73/778,507 | 2/3/1989 | 1,617,902 | 10/16/1990 |
| THE BOWERY MORTGAGE COMPANY AN AFFILIATE OF SAVINGS OF AMERI | United States | 036 | Home Savings of America, F.A. | 73/797,862 | 5/5/1989 | 1,621,582 | 11/6/1990 |
| THE BOWERY MORTGAGE COMPANY and Design | Connecticut | 036 | Home Savings of America, F.A. | N/A | | 7569 | 5/31/1989 |
| THE BOWERY MORTGAGE COMPANY and Design | New Jersey | 036 | Home Savings of America, F.A. | N/A | | TM8552 | 3/21/1989 |
| THE BOWERY MORTGAGE COMPANY and Design | New Jersey | 036 | Home Savings of America, F.A. | N/A | | TM8556 | 3/21/1989 |
| THE BOWERY MORTGAGE COMPANY and Design | New York | 036 | Home Savings of America, F.A. | N/A | | S11205 | 2/13/1989 |
| THE BOWERY MORTGAGE COMPANY and Design | New York | 036 | Home Savings of America, F.A. | N/A | | S11206 | 2/13/1989 |
| THE BOWERY MORTGAGE COMPANY and Design | United States | 036 | Home Savings of America, F.A. | 73/778,504 | 2/3/1989 | 1,617,901 | 10/16/1990 |
| THE CARD THAT MEANS BUSINESS | United States | 036 | Washington Mutual Bank | 78/625,735 | 5/9/2005 | 3,386,319 | 2/19/2008 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| A GREAT PLACE TO BANK | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| THE CARD THAT MEANS BUSINESS | United States | 035 036 | Providian Financial Corporation | 78/033,541 | 11/2/2000 | | |
| THE CHOICE OF SMART INVESTORS | United States | 036 | Great Western Savings | 73/608,058 | 7/7/1986 | 1,573,785 | 12/26/1989 |
| THE GRIFFIN FUNDS and Design | United States | 036 | Griffin Financial Services | 74/422,870 | 8/9/1993 | 1,901,313 | 6/20/1995 |
| THE INSIDERS CLUB | United States | 036 | Coast Federal Bank, Federal Savings Bank | 72/344,818 | 11/28/1969 | 921,323 | 9/28/1971 |
| THE MOMENT OF TRUTH | United States | 036 | Anchor Savings Bank FSB | 74/189,587 | 7/29/1991 | 1,861,449 | 11/1/1994 |
| THE MORTGAGE CARD | United States | 036 | BancBoston Mortgage Corporation | 75/030,999 | 12/11/1995 | 2,074,639 | 6/24/1997 |
| THE NATION'S MORTGAGE LENDER & Design | Illinois | 036 | Home Savings of America, F.A. | N/A | | 68,916 | 7/18/1991 |
| THE NATION'S MORTGAGE LENDER HOME SAVINGS OF AMERICA ESTABLI | United States | 036 | Home Savings of America, FSB | 74/187,338 | 7/22/1991 | 1,755,678 | 3/2/1993 |
| THE NATION'S MORTGAGE LENDER SAVINGS OF AMERICA & Design | California | 036 | Home Savings of America, F.A. | N/A | | 39643 | 12/10/1991 |
| THE NATION'S MORTGAGE LENDER SAVINGS OF AMERICA & Design | Florida | 036 | Home Savings of America, F.A. | N/A | | T15408 | 1/2/1992 |
| THE NATION'S MORTGAGE LENDER SAVINGS OF AMERICA & Design | New York | 036 | Home Savings of America, F.A. | N/A | | S12759 | 9/26/1991 |
| THE ONLY BANK THAT'S MORE THAN A BANK | United States | 036 | Washington Mutual Bank | 73/400,146 | 10/18/1982 | 1,261,149 | 12/13/1983 |
| THEBOWERY (Stylized) | United States | 036 | Home Savings of America, FSB | 73/560,233 | 9/26/1985 | 1,438,685 | 5/5/1987 |
| THERE'S NO PLACE LIKE HOME | United States | 036 | Home Savings of America, FSB | 75/233,744 | 1/30/1997 | | |
| TIMCOR EXCHANGE CORPORATION 1031 and Design | United States | 036 | Washington Mutual Bank | 76/610,942 | 9/3/2004 | 3,039,432 | 1/10/2006 |
| TOP SPEED AUTO LOANS | United States | 036 | Great Western Savings | 73/630,225 | 11/14/1986 | 1,446,793 | 7/7/1987 |
| TREASURY BILL PLUS (STYLIZED) | California | 036 | Great Western Federal Savings Bank | N/A | | 7771 | 3/13/1979 |
| TRIPLE PLAY | United States | 036 | PNC Mortgage Corp. of America | 74/516,811 | 4/25/1994 | 1,949,600 | 1/16/1996 |
| VIRTUAL BANKING | United States | 036 | Home Savings of America, FSB | 74/645,274 | 3/13/1995 | | |
| VIRTUAL CHECKING | United States | 036 | Home Savings of America, FSB | 74/645,273 | 3/13/1995 | | |
| VIRTUALLY TIMELESS VIRTUALLY PAPERLESS | United States | 036 | FleetBoston Financial Corporation | 75/868,584 | 12/9/1999 | 2,514,074 | 12/4/2001 |
| WAMUMORTGAGE | United States | 036 | Washington Mutual Bank | 75/734,003 | 6/22/1999 | | |
| WASHINGTON MUTUAL | United States | 036 | Washington Mutual Bank | 73/295,010 | 1/30/1981 | 1,214,303 | 10/26/1982 |
| WASHINGTON MUTUAL BUSINESS BANKING Tradename | Washington | | Washington Mutual Business Bank | | | | |
| WASHINGTON MUTUAL BUSINESS BANKING Tradename | Washington | | Washington Mutual Bank | | | | |
| WASHINGTON MUTUAL CAN | United States | 035 | Washington Mutual Bank | 74/719,925 | 8/24/1995 | 2,039,916 | 2/25/1997 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| A GREAT PLACE TO BANK | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| WASHINGTON MUTUAL CAN | United States | 036 | Washington Mutual Bank | 74/719,917 | 8/24/1995 | 2,041,692 | 3/4/1997 |
| WASHINGTON MUTUAL CAN | United States | 041 | Washington Mutual Bank | 74/719,915 | 8/24/1995 | 2,039,915 | 2/25/1997 |
| WASHINGTON MUTUAL CAN | United States | 042 | Washington Mutual Bank | 74/720,666 | 8/24/1995 | 2,039,925 | 2/25/1997 |
| WASHINGTON MUTUAL CASH CARD | Oregon | 136 | Washington Mutual Savings Bank | N/A | 11/29/1993 | S27680 | 11/29/1993 |
| WASHINGTON MUTUAL CASH CARD | Oregon | 116 | Washington Mutual Savings Bank | S27678 | 11/29/1993 | S27678 | 11/29/1993 |
| WASHINGTON MUTUAL CASH CARD | Washington | 036 | Washington Mutual Savings Bank | 22626 | 11/24/1993 | 22626 | 11/24/1993 |
| WASHINGTON MUTUAL CASH CARD | Washington | 016 | Washington Mutual Savings Bank | N/A | 11/24/1993 | 22627 | 11/24/1993 |
| WAVE DESIGN | United States | 036 | Washington Mutual, a Federal Savings Bank | 72/422,648 | 4/27/1972 | 981,403 | 3/26/1974 |
| WE'LL ALWAYS BE THERE | United States | 036 | New American Capital, Inc. | 74/319,590 | 9/30/1992 | 1,809,558 | 12/7/1993 |
| WE'RE WITH YOU | United States | 036 | The Dime Savings Bank of New York, FSB | 75/076,921 | 3/22/1996 | 2,088,868 | 8/19/1997 |
| WESTERN BANK & EAGLE DESIGN | Oregon | | Washington Mutual Bank | N/A | 7/1/1994 | S28127 | 7/1/1994 |
| WHEAT LOGO | United States | 036 | Washington Mutual Bank | 73/298,405 | 2/23/1981 | 1,197,378 | 6/8/1982 |
| WITH YOU ALL THE WAY | United States | 036 | The Dime Savings Bank of New York, FSB | 75/076,920 | 3/22/1996 | 2,032,344 | 1/21/1997 |
| WM BUSINESS BANK Fictitious Business Name | California | | Washington Mutual Bank | | | | |
| WM BUSINESS BANK Tradename | Washington | | Washington Mutual Bank | N/A | 4/5/1999 | 601576388 | 4/5/1999 |
| WOMAN WITH TORCH and WHEAT Design (Stylized) | United States | 036 | Providian Financial Corporation | 74/496,587 | 3/3/1994 | 1,924,798 | 10/3/1995 |
| WORKING TOGETHER WORKS | United States | 036 | Washington Mutual Bank, FA | 74/270,764 | 4/30/1992 | 1,849,571 | 8/9/1994 |
| XCEEDLOAN | United States | 009 035 | Washington Mutual Bank, FA | 76/138,635 | 10/2/2000 | 2,589,709 | 7/2/2002 |
| YOU BELONG AT THE DIME. (Stylized) | United States | 036 | The Dime Savings Bank of New York, FSB | 75/672,447 | 4/1/1999 | | |
| YOU'RE WORTH MORE AT THE DIME | United States | 036 | The Dime Savings Bank of New York, FSB | 78/021,282 | 8/15/2000 | | |
| AMERICA BEAUTIFUL PROSPEROUS Chinese Characters | Taiwan | 003 | Home Savings of America FSB | 79 8782 | 3/2/1990 | 52677 | 9/1/1991 |
| ARIA | Argentina | 038 | Providian Financial Corporation | 2.263.527 | 1/21/2000 | 1.832.920 | 6/7/2001 |
| ARIA | Argentina | 036 | Providian Financial Corporation | 2.263.526 | 1/21/2000 | 1.832.918 | 6/7/2001 |
| ARIA | Argentina | 042 | Providian Financial Corporation | 2.263.528 | 1/21/2000 | 1.832.924 | 6/7/2001 |
| ARIA | Community | 036 | Providian Financial Corporation | 001333061 | 9/28/1999 | 001333061 | 8/28/2001 |
| ARIA | United Kingdom | 036 | Providian Financial Corporation | 2209921 | 9/28/1999 | 2209921 | 12/8/2000 |
| CREDITPOINT | Australia | 036 | Homeside Lending, Inc. | 829974 | 3/31/2000 | 829974 | 9/29/2000 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| A GREAT PLACE TO BANK | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| CREDITPOINT | United Kingdom | 036 | Homeside Lending, Inc. | 2228054 | 4/3/2000 | 2228054 | 10/19/2001 |
| FIRST SELECT | Argentina | 036 | Providian Financial Corporation | 2.263.524 | 1/21/2000 | 1.885.622 | 9/17/2002 |
| FRIEND OF THE FAMILY, THE | Canada | 000 | Washington Mutual Bank | 894,957 | 10/30/1998 | TMA589,641 | 9/12/2003 |
| PLATINUM ADVANTAGE CLUB | Community | 035 036 042 | Providian Financial Corporation | 001031897 | 12/12/1998 | 001031897 | 5/11/2000 |
| PROVIDIAN | Argentina | 038 | Providian Financial Corporation | 2.296.110 | 7/10/2000 | 1.859.299 | 8/1/2002 |
| PROVIDIAN | Argentina | 035 | Providian Financial Corporation | 2.296.108 | 7/10/2000 | 1.859.297 | 8/1/2002 |
| PROVIDIAN | Argentina | 036 | Providian Financial Corporation | 2.296.109 | 7/10/2000 | 1.859.298 | 1/24/2002 |
| PROVIDIAN | Argentina | 042 | Providian Financial Corporation | 2.296.111 | 7/10/2000 | 1.859.300 | 8/1/2002 |
| PROVIDIAN | Australia | 035 036 | New American Capital Inc. | 867842 | 3/1/2001 | 867842 | 1/24/2002 |
| PROVIDIAN | Brazil | 036 | New American Capital Inc. | 824.097.963 | 10/5/2001 | | |
| PROVIDIAN | Brazil | 035 036 | New American Capital Inc. | 824.097.971 | 10/5/2001 | | |
| PROVIDIAN | Canada | 000 | New American Capital Inc. | 742734 | 12/3/1993 | | |
| PROVIDIAN | Chile | 035 036 | Providian Financial Corporation | 519.967 | 1/16/2002 | 617.348 | 1/16/2002 |
| PROVIDIAN | China P.R. | 036 | Providian Financial Corporation | 2001027584 | 3/1/2001 | 1950816 | 10/7/2002 |
| PROVIDIAN | China P.R. | 036 | Providian Financial Corporation | 2001027585 | 3/1/2001 | 1955294 | 8/28/2002 |
| PROVIDIAN | Community | 009 016 035 036 042 | New American Capital Inc. | 000957423 | 10/8/1998 | 000957423 | 3/22/2002 |
| PROVIDIAN | India | 016 | Providian Financial Corporation | 1001526 | 4/4/2001 | 1001526 | 4/4/2001 |
| PROVIDIAN | India | 009 | Providian Financial Corporation | 1001525 | 4/4/2001 | 1001525 | 1/6/2005 |
| PROVIDIAN | Japan | 035 036 | Providian Financial Corporation | 2001-22630 | 1/17/2003 | 4636717 | 3/13/2001 |
| PROVIDIAN | Mexico | 035 | Providian Financial Corporation | 187138 | 1/4/1994 | 461922 | 5/27/1994 |
| PROVIDIAN | South Africa | 035 | Providian Financial Corporation | 2001/12037 | 7/11/2001 | 2001/12037 | 7/11/2001 |
| PROVIDIAN | South Africa | 036 | Providian Financial Corporation | 2001/12038 | 7/11/2001 | 2001/12038 | 7/11/2001 |
| PROVIDIAN | South Korea | 035 036 | Providian Financial Corporation | 3267/2001 | 3/2/2001 | | |
| PROVIDIAN | United Kingdom | 009 016 035 036 042 | New American Capital Inc. | 2179207 | 10/8/1998 | 2179207 | 2/13/2002 |
| PROVIDIAN | Uruguay | 035 036 | Providian Financial Corporation | 329.878 | 3/5/2001 | 329.878 | 7/26/2001 |

| Mark | Country | Class | Current Owner | App. No. | App. Date | Reg. No. | Reg. Date |
|------|---------|-------|---------------|----------|-----------|----------|-----------|
| A GREAT PLACE TO BANK | United States | 036 | Coast Federal Bank, FSB | 74/276,984 | 5/19/1992 | | |
| PROVIDIAN FINANCIAL | Argentina | 042 | Providian Financial Corporation | 2.296.107 | 7/10/2000 | 1.859.296 | 8/1/2002 |
| PROVIDIAN FINANCIAL | Argentina | 038 | Providian Financial Corporation | 2.296.106 | 7/10/2000 | 1.859.295 | 8/1/2002 |
| PROVIDIAN FINANCIAL | Argentina | 035 | Providian Financial Corporation | 2.296.104 | 7/10/2000 | 1.859.293 | 8/1/2002 |
| PROVIDIAN FINANCIAL | Argentina | 016 | Providian Financial Corporation | 2.296.112 | 7/10/2000 | 1.859.301 | 1/24/2002 |
| PROVIDIAN FINANCIAL | Argentina | 036 | Providian Financial Corporation | 2.296.105 | 7/10/2000 | 1.859.294 | 8/1/2002 |
| PROVIDIAN FINANCIAL | Brazil | 035 | Providian Financial Corporation | 824.098.005 | 10/5/2001 | | |
| PROVIDIAN FINANCIAL | Brazil | 036 | Providian Financial Corporation | 824.097.998 | 10/5/2001 | | |
| WAMUMORTGAGE | Canada | 000 | Washington Mutual Bank | 1,040,771 | 12/22/1999 | | |
| WOMAN WITH TORCH and WHEAT Design (Stylized) | Argentina | 036 | Providian Financial Corporation | 2.296.114 | 7/10/2000 | 1.854.755 | 12/6/2001 |
| WOMAN WITH TORCH and WHEAT Design (Stylized) | Argentina | 042 | Providian Financial Corporation | 2.296.116 | 7/10/2000 | 1.854.757 | 12/6/2001 |
| WOMAN WITH TORCH and WHEAT Design (Stylized) | Argentina | 038 | Providian Financial Corporation | 2.296.115 | 7/10/2000 | 1.854.756 | 12/6/2001 |
| WOMAN WITH TORCH and WHEAT Design (Stylized) | Argentina | 035 | Providian Financial Corporation | 2.296.113 | 7/10/2000 | 1.854.753 | 12/6/2001 |
| WOMAN WITH TORCH and WHEAT Design (Stylized) | Canada | 000 | New American Capital Inc. | 750118 | 3/18/1994 | | |
| WOMAN WITH TORCH and WHEAT Design (Stylized) | Community | 009 016 035 036 042 | New American Capital Inc. | 000957357 | 10/8/1998 | 000957357 | 2/9/2000 |
| WOMAN WITH TORCH and WHEAT Design (Stylized) | Mexico | 036 | Providian Financial Corporation | 195655 | 4/7/1994 | 463,661 | 6/16/1994 |
| WOMAN WITH TORCH and WHEAT Design (Stylized) | United Kingdom | 009 016 035 036 042 | New American Capital Inc. | 2179225 | 10/8/1998 | 2179225 | 9/24/1999 |

# Part II:  Patents/Patent Applications

| PATENTS | | | | |
|---|---|---|---|---|
| **Title** | **Comments** | **App. No./ Patent No.** | **Filed/ Issued** | **Art Unit** |
| METHOD AND SYSTEM FOR CREATING AND MAINTAINING AN INDEX FOR TRACKING FILES RELATING TO PEOPLE | Granted Owner:  Providian Financial Corporation | 10/157,596 6,968,348 | 05/28/2002 11/22/2005 | 2162 |
| DATABASE COMPUTER ARCHITECTURE FOR MANAGING AN INCENTIVE AWARD PROGRAM AND CHECKING FLOAT OF FUNDS AT TIME OF PURCHASE | Granted Owner:  American Savings Bank, F.A. | 08/486,681 5,734,838 | 06/07/1995 03/31/1998 | 2761 |
| METHOD FOR ISSUING A SECURED CREDIT CARD | Granted Owner:  Providian Financial Corporation | 08/760,148 5,950,179 | 12/03/1996 09/07/1999 | 2765 |
| NEURAL NETWORK BASED DECISION PROCESSOR AND METHOD | Granted Owner:  Providian Bancorp Services | 09/761,328 6,782,375 | 01/16/2001 08/24/2004 | 2121 |

| PATENT APPLICATIONS | | | | |
|---|---|---|---|---|
| **Title** | **Comments** | **App. No./** | **Filed** | **Art Unit** |
| ACCOUNT OPENING SYSTEM, METHOD AND COMPUTER PROGRAM PRODUCT | Owner:  Providian Financial Corporation | 10/161,347 | 05/31/2002 | 3692 |
| CAPITAL ALLOCATION MODEL | Owner:  Providian Financial Corporation | 10/262,379 | 09/30/2002 | |
| METHOD, SYSTEM AND COMPUTER PROGRAM FOR FURNISHING INFORMATION TO CUSTOMER REPRESENTATIVES | Owner:  Providian Financial Corporation | 10/226,681 | 08/22/2002 | |
| METHOD AND SYSTEM FOR PROVIDING CREDIT-RELATED INFORMATION TO FINANCIAL INSTITUTION CUSTOMERS | Owner: Providian Financial Corporation | 10/830,683 | 04/23/2004 | |
| METHOD AND SYSTEM FOR CREATING AND MAINTAINING AN INDEX FOR TRACKING FILES RELATING TO PEOPLE. | Owner: Washington Mutual Bank (Granted 03/09/2010 under Patent No. 7,676,459) | 11/155,386 | 06/17/2005 | 2162 |

# Part III: Copyrighted Material

| Type | Title | Copyright Claimant | Creation Date | Publication Date | Reg. No. | Reg. Date |
|------|-------|--------------------|---------------|------------------|----------|-----------|
| Serial | Friend of the Family Catalog: Your Guide to Financial services at Washington Mutual | Washington Mutual Savings Bank | | 1989 | | |
| Serial | Friend of the Family Catalog: Your Guide to Financial Services at Washington Mutual | Washington Mutual Savings Bank | 1988 | 1988-12-28 | TX0002529187 | 1989-03-22 |
| Serial | Friend of the Family Catalog: Your Guide to Financial Services at Washington Mutual | Washington Mutual Savings Bank | 1987 | 1987-09-24 | TX0002360607 | 1988-07-29 |
| Serial | Friend of the Family Catalog: Your Guide to Financial Services at Washington Mutual | Washington Mutual Savings Bank | 1986 | 1986-05-29 | TX0001922255 | 1986-09-30 |
| | | | 1986 | 1986-12-08 | TX0002027885 | 1987-03-30 |
| Computer File | School Savings | Washington Mutual Bank (Seattle) | 1992 | 1992-04-10 | TX0004061074 | 1995-05-17 |
| Computer File | School Savings Tattler Program | Washington Mutual Bank (Seattle) | 1992 | 1992-04-08 | TX0004061073 | 1995-05-17 |
| Recorded Document | Facing Tax Reform, Brochure/1987 ed. | Washington Mutual Savings Bank | | 1988-07-17 1988-10-20 | V2408P493-495 | 1988-10-31 |
| Recorded Document | Friend of the Family; Catalog/1987 ed. | Washington Mutual Savings Bank | | 1988-07-21 | V2408P489-492 | 1988-10-31 |
| Recorded Document | Friend of the Family Catalog | Washington Mutual Savings Bank | 1986 | 1986-09-19 | V2240P009-013 | 1987-03-03 |
| Text | Providian PRO Portfolio Return Optimizer | Providian Corporation | 1996 | 1996-05-15 | TX0004297076 | 1996-06-03 |
| Serial | Providian Stable Value Benchmark | Providian Corporation | | 1997 | | |
| Serial | Providian Stable Value Benchmark | Providian Corporation | 1996 | 1996 | TX0004265116 | 1996-04-26 |
| | | | | | TX0004335789 | 1996-09-05 |
| | | | | | TX0004357329 | 1996-09-30 |
| | | | | | TX0004379051 | 1996-12-05 |
| | | | | | TX0004402492 | 1996-12-24 |
| | | | | | TX0004437615 | 1997-01-31 |

**EXHIBIT "Y"**

**WMI INTELLECTUAL PROPERTY**

## Part I:  Trademarks

| Mark | Country | Application Number | Application Date | Registration Number | Registration Date |
|---|---|---|---|---|---|
| LAM | United States | 77/031,085 | 10/27/2006 | 3,264,193 | 7/17/2007 |
| LAWYERS ASSET MANAGEMENT | United States | 78/952,942 | 8/15/2006 | 3,258,396 | 7/3/2007 |
| LAWYERS ASSET MANAGEMENT | California | 62774 | 11/9/2006 | 62774 | 11/9/2006 |
| TIMCOR | California | 62773 | 11/9/2006 | 62773 | 11/9/2006 |
| TIMCOR | United States | 7/031,077 | 10/27/2006 | 3,447,434 | 6/17/2008 |

## Part II: Domain Names

1031info.com
1031intercambio.com
aria.com
ariabillsnap.com
ariaservice.com
ariasucks.com
cedarbrookcenter.com
cedarbrookcenter.net
kerrykillinger.com
kerrykillinger.net
kerrykillinger.org
killinger.net
killinger.org
na1031.com
na1031.net
na1031.org
timcor.com
timcor.net
timcor.org
timcor1031.net
timcor1031.org
timcor1031exchange.com
timcor1031exchange.net
timcor1031exchange.org
timcor1031exchangeservice.com
timcor1031exchangeservice.net
timcor1031exchangeservice.org
timcor1031service.com
timcor1031service.net
timcor1031service.org
timcor1031services.com
timcor1031services.net
timcor1031services.org
timcorexchange.com
timcorexchange.net
timcorexchange.org
timcorexchangeservice.com
timcorexchangeservice.net
timcorexchangeservice.org
timcorexchangeservices.com
timcorexchangeservices.net
timcorexchangeservices.org
timcorfinancial.com

timcorp.org
timcorservice.com
timcorservice.net
timcorservice.org
gobuysmart.biz
gobuysmart.com
gobuysmart.info
gobuysmart.net
gobuysmart.org
buysmartbiz.biz
buysmartbiz.com
buysmartbiz.info
buysmartbiz.net
buysmartbiz.org
buysmartcentral.biz
buysmartcentral.net
buysmartcentral.com
buysmartcentral.info
buysmartcentral.org
buysmarthere.biz
buysmarthere.com
buysmarthere.info
buysmarthere.net
buysmarthere.org
buysmartoffers.biz
buysmartoffers.com
buysmartoffers.info
buysmartoffers.net
buysmartoffers.org
buysmartsaving .biz
buysmartsaving.com
buysmartsaving.info
buysmartsaving.net
buysmartsaving.org
buysmartsavings.biz
buysmartsavings.com
buysmartsavings.info
buysmartsavings.net
buysmartsavings.org
wamuinc.net

**EXHIBIT "Z"**

**LOANS SERVICED BY JPMORGAN**

| Loan Number | Loan Type |
| --- | --- |
| 0005560719 | SFR |
| 0006787212 | SFR |
| 0006789796 | SFR |
| 0008989857 | SFR |
| 0009975095 | SFR |
| 0011993615 | SFR |
| 0012777892 | SFR |
| 0013515515 | SFR |
| 0015336175 | SFR |
| 0018726455 | SFR |
| 0020115135 | SFR |
| 0024163891 | SFR |
| 0029499423 | SFR |
| 0031033137 | SFR |
| 0033062670 | SFR |
| 0039902887 | SFR |
| 0041822750 | SFR |
| 0041832759 | SFR |
| 0041836487 | SFR |
| 0041839051 | SFR |
| 0041841586 | SFR |
| 0041843434 | SFR |
| 0041846072 | SFR |
| 0041846312 | SFR |
| 0041848714 | SFR |
| 0041852823 | SFR |
| 0041853573 | SFR |
| 0041854761 | SFR |
| 0041860024 | SFR |
| 0041861501 | SFR |
| 0041861691 | SFR |
| 0041862327 | SFR |
| 0041863689 | SFR |
| 0041864109 | SFR |
| 0041864968 | SFR |
| 0041865015 | SFR |
| 0041866500 | SFR |
| 0041870635 | SFR |
| 0041870809 | SFR |
| 0041870932 | SFR |
| 0041870965 | SFR |

| Loan Number | Loan Type |
|-------------|-----------|
| 0041871161 | SFR |
| 0041871823 | SFR |
| 0041873290 | SFR |
| 0041873936 | SFR |
| 0041874405 | SFR |
| 0041875816 | SFR |
| 0041877184 | SFR |
| 0041878851 | SFR |
| 0041880220 | SFR |
| 0041880568 | SFR |
| 0041880584 | SFR |
| 0041881459 | SFR |
| 0041883034 | SFR |
| 0041883539 | SFR |
| 0041883554 | SFR |
| 0041883562 | SFR |
| 0041884057 | SFR |
| 0041886037 | SFR |
| 0041886730 | SFR |
| 0041888934 | SFR |
| 0041891136 | SFR |
| 0041892639 | SFR |
| 0041893025 | SFR |
| 0041893413 | SFR |
| 0041895301 | SFR |
| 0041895830 | SFR |
| 0041896804 | SFR |
| 0041898099 | SFR |
| 0041898701 | SFR |
| 0041908906 | SFR |
| 0043391556 | SFR |
| 0805911260 | SFR |
| 0808651509 | SFR |
| 0809387467 | SFR |
| 0813044393 | SFR |
| 0813437035 | SFR |
| 0813618592 | SFR |
| 0814287272 | SFR |
| 0814287595 | SFR |
| 0814288213 | SFR |
| 0814288916 | SFR |
| 0816043855 | SFR |
| 0816997068 | SFR |

| Loan Number | Loan Type |
|-------------|-----------|
| 0816997985 | SFR |
| 7004824368 | SFR |
| 7004829722 | SFR |
| 7004927468 | SFR |
| 7005005173 | SFR |
| 7005027128 | SFR |
| 7005057695 | SFR |
| 7005064857 | SFR |
| 7005066910 | SFR |
| 7005069757 | SFR |
| 7005080929 | SFR |
| 7005088047 | SFR |
| 7005091173 | SFR |
| 7005329979 | SFR |
| 7005367474 | SFR |
| 7005393041 | SFR |
| 7005405993 | SFR |
| 7005489401 | SFR |
| 7005507921 | SFR |
| 7005594903 | SFR |
| 7005624890 | SFR |
| 7005630228 | SFR |
| 7005740761 | SFR |
| 7005761056 | SFR |
| 7005837377 | SFR |
| 7005928341 | SFR |
| 7006053883 | SFR |
| 7006198795 | SFR |
| 7006211630 | SFR |
| 7006241165 | SFR |
| 7006257104 | SFR |
| 7006376821 | SFR |
| 7006441757 | SFR |
| 7006489855 | SFR |
| 7006557537 | SFR |
| 7006580935 | SFR |
| 7006599059 | SFR |
| 7006611169 | SFR |
| 7006650035 | SFR |
| 7006670850 | SFR |
| 7006672161 | SFR |
| 7006698471 | SFR |
| 7006743293 | SFR |

| Loan Number | Loan Type |
|---|---|
| 7006810282 | SFR |
| 7006826361 | SFR |
| 7006838507 | SFR |
| 7006843143 | SFR |
| 7006858232 | SFR |
| 7006859099 | SFR |
| 7006859289 | SFR |
| 7006872910 | SFR |
| 7006927300 | SFR |
| 7006940428 | SFR |
| 7006946367 | SFR |
| 7006962695 | SFR |
| 7007035582 | SFR |
| 7007052892 | SFR |
| 7007057206 | SFR |
| 7007101327 | SFR |
| 7007119105 | SFR |
| 7007140143 | SFR |
| 7007147072 | SFR |
| 7007185270 | SFR |
| 7007232064 | SFR |
| 7007256253 | SFR |
| 7007265916 | SFR |
| 7007266583 | SFR |
| 7007273548 | SFR |
| 7007293702 | SFR |
| 7007299774 | SFR |
| 7007303840 | SFR |
| 7007331742 | SFR |
| 7007342871 | SFR |
| 7007366748 | SFR |
| 7007392025 | SFR |
| 7007396190 | SFR |
| 7007437432 | SFR |
| 7007552222 | SFR |
| 7007560977 | SFR |
| 7007632826 | SFR |
| 7007644672 | SFR |
| 7007648244 | SFR |
| 7007654317 | SFR |
| 7007721108 | SFR |
| 7007724763 | SFR |
| 7007737179 | SFR |

Z-4

| Loan Number | Loan Type |
|-------------|-----------|
| 7007755536 | SFR |
| 7007788156 | SFR |
| 7007789402 | SFR |
| 7007800480 | SFR |
| 7007824951 | SFR |
| 7007830933 | SFR |
| 7007853315 | SFR |
| 7007918092 | SFR |
| 7007935633 | SFR |
| 7007983898 | SFR |
| 7007985943 | SFR |
| 7008006095 | SFR |
| 7008029600 | SFR |
| 7008031127 | SFR |
| 7008048691 | SFR |
| 7008049368 | SFR |
| 7008060167 | SFR |
| 7008073863 | SFR |
| 7008080496 | SFR |
| 7008085511 | SFR |
| 7008091204 | SFR |
| 7008122272 | SFR |
| 7008148855 | SFR |
| 7008162146 | SFR |
| 7008185352 | SFR |
| 7008201324 | SFR |
| 7008220340 | SFR |
| 7008222817 | SFR |
| 7008233103 | SFR |
| 7008276524 | SFR |
| 7008287737 | SFR |
| 7008294766 | SFR |
| 7008317468 | SFR |
| 7008326170 | SFR |
| 7008361599 | SFR |
| 7008372554 | SFR |
| 7008378197 | SFR |
| 7008387990 | SFR |
| 7008403771 | SFR |
| 7008414505 | SFR |
| 7008448461 | SFR |
| 7008463494 | SFR |
| 7008464708 | SFR |

| Loan Number | Loan Type |
|---|---|
| 7008490190 | SFR |
| 7008490489 | SFR |
| 7008516770 | SFR |
| 7008583002 | SFR |
| 7008592813 | SFR |
| 7008732781 | SFR |
| 7008752581 | SFR |
| 7008753845 | SFR |
| 7008756285 | SFR |
| 7008826989 | SFR |
| 7008849304 | SFR |
| 7008891520 | SFR |
| 7008909272 | SFR |
| 7008964970 | SFR |
| 7008991551 | SFR |
| 7009000592 | SFR |
| 7009039509 | SFR |
| 7009068375 | SFR |
| 7009079349 | SFR |
| 7009105284 | SFR |
| 7009143673 | SFR |
| 7009161535 | SFR |
| 7009203790 | SFR |
| 7009213443 | SFR |
| 7009226403 | SFR |
| 7009342184 | SFR |
| 7009363420 | SFR |
| 7009373023 | SFR |
| 7009377693 | SFR |
| 7009394730 | SFR |
| 7009444733 | SFR |
| 7009458329 | SFR |
| 7009487096 | SFR |
| 7009500740 | SFR |
| 7009505715 | SFR |
| 7009511820 | SFR |
| 7009549457 | SFR |
| 7009558938 | SFR |
| 7009607552 | SFR |
| 7009652525 | SFR |
| 7009662938 | SFR |
| 7009664108 | SFR |
| 7009674909 | SFR |

| Loan Number | Loan Type |
|---|---|
| 7009696415 | SFR |
| 7009706990 | SFR |
| 7009716015 | SFR |
| 7009722252 | SFR |
| 7009768321 | SFR |
| 7009782371 | SFR |
| 7009818688 | SFR |
| 7009821625 | SFR |
| 7009834354 | SFR |
| 7009849873 | SFR |
| 7010117419 | SFR |
| 7010618101 | SFR |
| 7011118184 | SFR |
| 7013148445 | SFR |
| 7013158717 | SFR |
| 7014502483 | SFR |
| 7015378677 | SFR |
| | |
| 429400077006 | Consumer |
| 429400122471 | Consumer |
| 429400222256 | Consumer |
| 429400636192 | Consumer |
| 429400759879 | Consumer |
| 429400764945 | Consumer |
| 429400848626 | Consumer |
| 429400888514 | Consumer |
| 429400905234 | Consumer |
| 429401603640 | Consumer |
| 429401620999 | Consumer |
| 429420087653 | Consumer |
| 429420985652 | Consumer |
| | |
| 700503221 | Comercial |
| 700503247 | Comercial |
| 700506877 | Comercial |
| 700528100 | Comercial |
| 700530510 | Comercial |
| 700530899 | Comercial |
| 700549796 | Comercial |
| 700549797 | Comercial |
| 700552056 | Comercial |

**EXHIBIT "AA"**

**GOVERNING SERVICE AGREEMENTS**

Servicing Agreement, dated August 29, 1997, between Home Savings of America, FSB and Ahmanson Obligation Company

Servicing Agreement, dated September 16, 2002, between Ahmanson Obligation Company and Washington Mutual Bank

**SCHEDULE 2.4(a)**

**LIST OF PREDECESSOR ENTITITES**

**SCHEDULE 2.4(b)**

**LIST OF REFUNDS OF PRE-2009 GROUP TAXES**

**SCHEDULE 2.8**

**LIST OF CLAIMS ASSOCIATED
WITH WMI MEDICAL PLAN**

| POC # | Filed Claim Amount | Claimant Last Name | Claimant First Name | Debtor | Nature |
|---|---|---|---|---|---|
| 705 | Unliquidated | PATTERSON | B JOYCE | Washington Mutual, Inc. | General Unsecured |
| 708 | Unliquidated | ERAMIAN | NUBAR | Washington Mutual, Inc. | General Unsecured |
| 712 | 7,000.00 | CHRISTENSEN | ANITA E | Washington Mutual, Inc. | General Unsecured |
| 715 | 7,000.00 | REBISKIE | FRANKIE D | Washington Mutual, Inc. | Priority |
| 772 | 7,000.00 | BULKLEY | RETA M | Washington Mutual, Inc. | General Unsecured |
| 774 | 7,000.00 | ZANI | ANNE M | Washington Mutual, Inc. | Priority |
| 841 | Unliquidated | DREIZLER | ELVIRA A | Washington Mutual, Inc. | Priority |
| 870 | 7,000.00 | THORPE | RICHARD G | Washington Mutual, Inc. | General Unsecured |
| 890 | Unliquidated | STEPHAN | R | Washington Mutual, Inc. | General Unsecured |
| 891 | Unliquidated | DREIZLER | ROBERT B | Washington Mutual, Inc. | Priority |
| 941 | Unliquidated | GUTOWITZ | HELENE | Washington Mutual, Inc. | Priority |
| 967 | 39,000.00 | COOPER | DAVID | Washington Mutual, Inc. | Priority |
| 977 | Unliquidated | PHEGLEY | WILLIAM O | Washington Mutual, Inc. | General Unsecured |
| 1046 | Unliquidated | MILO | ARMANDO | Washington Mutual, Inc. | Priority |
| 1047 | 7,000.00 | DEEMING | ANNA B | Washington Mutual, Inc. | Secured |
| 1059 | Unliquidated | TEAGARDEN | MARILYN F | Washington Mutual, Inc. | General Unsecured |
| 1099 | 7,000.00 | SIMPSON | DORIS | Washington Mutual, Inc. | Secured |
| 1110 | Unliquidated | BROWN | JANE | Washington Mutual, Inc. | General Unsecured |
| 1138 | Unliquidated | ASPEL | DORIS | Washington Mutual, Inc. | General Unsecured |
| 1146 | 20,000.00 | SMITH | IDA | Washington Mutual, Inc. | Priority |
| 1254 | 7,000.00 | THOMPSON | HAROLD E | Washington Mutual, Inc. | General Unsecured |
| 1255 | 7,000.00 | MILLER | CALLIE H | Washington Mutual, Inc. | Priority |
| 1258 | Unliquidated | HAMILTON | CONNIE L | Washington Mutual, Inc. | Priority |
| 1265 | 17,000.00 | ENNOR | GLORIA | Washington Mutual, Inc. | Priority |
| 1267 | 7,000.00 | CARR | CAROL B | Washington Mutual, Inc. | General Unsecured |
| 1287 | Unliquidated | STEWART | RICHARD | Washington Mutual, Inc. | Secured |
| 1349 | Unliquidated | HOWELL | ROBERT H | Washington Mutual, Inc. | General Unsecured |
| 1370 | 19,225.00 | CATTANI | NORMA | Washington Mutual, Inc. | Priority |
| 1396 | Unliquidated | YOUNTS | G | Washington Mutual, Inc. | Priority |
| 1419 | 7,000.00 | REED | DONALD E | Washington Mutual, Inc. | General Unsecured |
| 1436 | Unliquidated | MORSCH | GLORIA | Washington Mutual, Inc. | General Unsecured |
| 1482 | Unliquidated | Whornham | Elinor Jeanne | Washington Mutual, Inc. | Priority |
| 1509 | 104,625.00 | LEEDOM | E | Washington Mutual, Inc. | Priority |
| 1538 | Unliquidated | LAZARUS | ESTHER | Washington Mutual, Inc. | Priority |
| 1640 | 7,000.00 | NICHOLSON | VIOLET | Washington Mutual, Inc. | General Unsecured |
| 1669 | Unliquidated | HEATH | GWENDOLYN A | Washington Mutual, Inc. | Priority |
| 1673 | Unliquidated | PIKE | ANN L | Washington Mutual, Inc. | General Unsecured |
| 1676 | 17,600.00 | ROSI | DONALD | Washington Mutual, Inc. | Priority |
| 1747 | Unliquidated | POLON | RAQUEL | Washington Mutual, Inc. | General Unsecured |
| 1749 | Unliquidated | AKARD | ROBERT B | Washington Mutual, Inc. | General Unsecured |
| 1750 | Unliquidated | AKARD | WALTRAUD | Washington Mutual, Inc. | General Unsecured |
| 1784 | Unliquidated | FOX | ELEANOR | Washington Mutual, Inc. | General Unsecured |
| 1785 | Unliquidated | RICKS | JEROME M | Washington Mutual, Inc. | Secured |
| 1794 | Unliquidated | BABAYAN | MARIE B | Washington Mutual, Inc. | Priority |
| 1803 | Unliquidated | VAN ARSDALE | SUSETTE C | Washington Mutual, Inc. | General Unsecured |
| 1816 | Unliquidated | VAN ARSDALE | MATTHEW E | Washington Mutual, Inc. | General Unsecured |
| 1823 | 7,000.00 | FETTERS | LILLIAN M | Washington Mutual, Inc. | Priority |
| 1825 | 17,500.00 | SOLITO | MILDRED G | Washington Mutual, Inc. | Priority |
| 1852 | 7,500.00 | PARESE | JAMES J | Washington Mutual, Inc. | General Unsecured |

| POC # | Filed Claim Amount | Claimant Last Name | Claimant First Name | Debtor | Nature |
|---|---|---|---|---|---|
| 1853 | Unliquidated | RABUN | ELLISON | Washington Mutual, Inc. | General Unsecured |
| 1864 | 7,000.00 | VEITMANIS | JOHN J | Washington Mutual, Inc. | Priority |
| 1869 | 14,391.00 | BEARSE | ARLYNE | Washington Mutual, Inc. | General Unsecured |
| 1880 | 7,000.00 | ROBINSON | BEVERLEY | Washington Mutual, Inc. | General Unsecured |
| 1883 | Unliquidated | MCKAY | GORDON | Washington Mutual, Inc. | Priority |
| 1888 | Unliquidated | CUGAT | J VALDES | Washington Mutual, Inc. | General Unsecured |
| 1925 | 7,000.00 | FINCH | RONALD | Washington Mutual, Inc. | General Unsecured |
| 1926 | 7,000.00 | FINCH | ARLINE | Washington Mutual, Inc. | General Unsecured |
| 1929 | 10,868.00 | JONES | DOROTHY | Washington Mutual, Inc. | General Unsecured |
| 1955 | 956,387.00 | Wardlow | Donna J | Washington Mutual, Inc. | Priority |
| 2042 | Unliquidated | MULRANE | THERESA | Washington Mutual, Inc. | General Unsecured |
| 2061 | 14,391.00 | BEARSE | MELVIN | Washington Mutual, Inc. | General Unsecured |
| 2086 | Unliquidated | GORE | CHAROLETTE J | Washington Mutual, Inc. | Priority |
| 2089 | 7,000.00 | HIATT | MARY S | Washington Mutual, Inc. | General Unsecured |
| 2147 | Unliquidated | HEITMAN | SHARON L | Washington Mutual, Inc. | General Unsecured |
| 2156 | 8,700.00 | SCHROCK | BYRON | Washington Mutual, Inc. | General Unsecured |
| 2158 | 21,200.00 | MCCARTHY | BARBARA | Washington Mutual, Inc. | General Unsecured |
| 2192 | 20,000.00 | Nielsen | Doris D | Washington Mutual, Inc. | Priority |
| 2226 | 100,000.00 | ARATA | HOWARD P | Washington Mutual, Inc. | Priority |
| 2269 | 18,000.00 | KILCHESKI | VIRGINIA | WMI Investment Corp. | General Unsecured |
| 2273 | Unliquidated | KACZMARSKI | KRYSTYNA | Washington Mutual, Inc. | General Unsecured |
| 2356 | Unliquidated | NYARI | EVA | Washington Mutual, Inc. | General Unsecured |
| 2362 | 483,319.00 | Smith | Edward Jr | Washington Mutual, Inc. | General Unsecured |
| 2491 | Unliquidated | ASTI | THERESE A | Washington Mutual, Inc. | Priority |
| 2557 | Unliquidated | KIRK | MARILYN E | Washington Mutual, Inc. | General Unsecured |
| 2575 | Unliquidated | CARSTENS | ELEANOR A | Washington Mutual, Inc. | General Unsecured |
| 2596 | Unliquidated | DILIBERTO | SHIFFIE | Washington Mutual, Inc. | General Unsecured |
| 2699 | 30,000.00 | FERRUFINO | OSCAR | Washington Mutual, Inc. | General Unsecured |
| 2732 | Unliquidated | PASTOR | CATHERINE | Washington Mutual, Inc. | General Unsecured |
| 2734 | Unliquidated | PASTOR | EDWARD | Washington Mutual, Inc. | General Unsecured |
| 2777 | 23,000.00 | SHUKNECHT | MARY | Washington Mutual, Inc. | General Unsecured |
| 2849 | Unliquidated | HAVRANEK | JERRY | Washington Mutual, Inc. | General Unsecured |
| 2869 | Unliquidated | Swihart | Margaret E | Washington Mutual, Inc. | Priority |
| 2879 | 153.10 | RUFFNER | KENNETH | Washington Mutual, Inc. | General Unsecured |
| 2895 | 17,864.00 | MOODY | ANN P | Washington Mutual, Inc. | Secured |
| 2924 | Unliquidated | NIGRO | MARY | Washington Mutual, Inc. | General Unsecured |
| 2954 | Unliquidated | HAVRANEK | EDYTHE | Washington Mutual, Inc. | General Unsecured |
| 2963 | 628,144.00 | Schoch | Elaine | Washington Mutual, Inc. | Priority |
| 2967 | 4,000.00 | SCHAEFFER ILEY | ELIZABETH M | Washington Mutual, Inc. | General Unsecured |
| 3095 | 7,000.00 | LAYCHOCK | ANDREW | Washington Mutual, Inc. | General Unsecured |
| 3101 | Unliquidated | STEVENS | PATRICIA J | Washington Mutual, Inc. | General Unsecured |
| 3102 | Unliquidated | STEVENS | M J | Washington Mutual, Inc. | General Unsecured |
| 3111 | Unliquidated | ELEFTHERIADIS | STELLA | Washington Mutual, Inc. | Priority |
| 3145 | 7,000.00 | JESZECK | CHARLES J | Washington Mutual, Inc. | Priority |
| 3182 | Unliquidated | HARTZELL | HELEN C | Washington Mutual, Inc. | General Unsecured |
| 3195 | Unliquidated | CAPALDO | MARILYN | Washington Mutual, Inc. | General Unsecured |
| 3204 | 88,978.74 | SOLDWISCH | JAMES | Washington Mutual, Inc. | General Unsecured |
| 3205 | 59,700.84 | CLEMEN | CARL | Washington Mutual, Inc. | General Unsecured |
| 3207 | 5,623.74 | SOLDWISCH | BETTY | Washington Mutual, Inc. | General Unsecured |

| POC # | Filed Claim Amount | Claimant Last Name | Claimant First Name | Debtor | Nature |
|-------|-------------------|--------------------|--------------------|--------|--------|
| 3237 | 7,000.00 | HENTZ | MARION J | Washington Mutual, Inc. | General Unsecured |
| 3285 | 20,000.00 | SQUIRES | LILLIAN | Washington Mutual, Inc. | Priority |
| 3317 | 5,623.74 | CLEMEN | BETTY D | Washington Mutual, Inc. | General Unsecured |
| 3707 | 7,000.00 | CHIMENTI | PAT W | Washington Mutual, Inc. | General Unsecured |

**SCHEDULE 2.9(a)**

**LIST OF CLAIMS ASSOCIATED
WITH JPMC RABBI TRUSTS, ETC.**

| | Plan Name: | **American Savings Bank - DCP** | |
|---|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **101** | **Fred Schweer** | **$264,174.67** |
| **418** | **Harold J. Hendricks** | **$308,379.00** |
| **1720** | **Karin Hill** | **$24,664.80** |
| **2883** | **Kathleen C. O'Mara** | **U** |
| **2929** | **Melody Gayeski** | **$23,987.39** |
| **1292** | **Michael Moore** | **$181,000.00** |
| **323** | **Robert Thurston** | **$150,625.00** |
| **1024** | **Ruth Price** | **$4,232.02** |

| Plan Name: | **ASB – SERP** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **2194** | **Andrew Shiozaki** | **$150,500.00** |
| **1366** | **Arthur Porter** | **$1,116,000.00** |
| **2648** | **Brian Dale Shea** | **$295,590.00** |
| **2644** | **Carl Formato** | **$108,024.08** |
| **2645** | **Carolyn McKenzie** | **$592,436.16** |
| **2058** | **Craig Davis** | **$887,628.00** |
| **2459** | **Donald Royer** | **U** |
| **688** | **Doris Stern** | **U** |
| **2029** | **Faris Weber** | **U** |
| **101** | **Fred Schweer** | **$270,240.21** |
| **2641** | **Gloria Gowens** | **$142,632.00** |
| **1457** | **James Izu** | **$357,199.20** |
| **1851** | **James Parese** | **$4,251.00** |
| **2642** | **Jimmy Holland** | **$442,646.00** |
| **1067** | **John Freed** | **U** |
| **327** | **John Nunn** | **U** |
| **2066** | **John R. Donohue** | **$1,420,320.00** |
| **2650** | **Johnette Dowden Holland** | **$221,323.00** |
| **2071** | **Karen Christensen** | **$648,000.00** |
| **2392** | **Mario Antoci** | **$4,888,980.00** |
| **1081** | **Mary Light** | **U** |
| **2643** | **Mary Locatelli** | **U** |
| **3009** | **Melody Gayeski** | **U** |
| **2647** | **Mitchell Rosenberg** | **$656,910.00** |
| **973** | **Patricia Joyce** | **U** |
| **2011** | **Richard Grout** | **$101,867.40** |
| **2068** | **Robert Barnum** | **$1,704,432.00** |
| **1773** | **Robert Henske** | **$117,464.00** |
| **2090** | **Samuel T.R Revell** | **U** |
| **1582** | **Ted Yates** | **U** |
| **2176** | **Thomas Borer** | **$68,854.00** |
| **3731** | **Verne Griscom** | **$38,075.32** |
| **2518** | **W Brent Robinson** | **$570,533.00** |

| Plan Name: | **Coast Federal Bank - Officers & Directors** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **3792** | **C. William Jackson** | **$500,000.00** |
| **2460** | **Christine Stalder** | **$305,747.00** |
| **2458** | **Fred Stalder** | **$1,222,989.00** |
| **463** | **Harry Pflaumer** | **$176,484.00** |
| **689** | **Leon Angvire** | **$29,600.00** |
| **2447** | **Morris Sievert** | **$5,105.58** |
| **3455** | **Patricia Fritz** | **$102,941.16** |
| **190, 191** | **Walter Holly** | **$1,300,000.00** |
| **728** | **Willard Huyck** | **U** |

| Plan Name: | **Coast Federal Bank - SERP** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **127** | **Gilbert Farley** | **$1,553,508.30** |
| **177** | **Donald Konrad** | **$303,000.00** |

| Plan Name: | **Dime - Benefit Restoration Plan** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **3027** | **Arthur Anderson** | **U** |
| **2493** | **Carlos R. Munoz** | **U** |
| **2531** | **Donald Schwartz** | **U** |
| **2220** | **Elena Ferrara** | **U** |
| **2445** | **Frank P. Deangelo** | **U** |
| **2478** | **Franklin L. Wright** | **U** |
| **2481** | **Fred B. Koons** | **U** |
| **2437** | **Gene C. Brooks** | **U** |
| **2214** | **Jack L. Wagner** | **U** |
| **2552** | **James Kelly** | **U** |
| **2217** | **John B. Pettit Jr.** | **U** |
| **2216** | **John W. Sapanski** | **U** |
| **3067** | **Lawrence W. Peters** | **U** |
| **3086** | **Marie J. Alleva** | **U** |
| **2418** | **Murray F. Mascis** | **U** |
| **3056** | **Peyton Patterson** | **U** |
| **3089** | **Richard Mirro** | **U** |
| **2167** | **Richard Parsons** | **U** |
| **3190** | **Robert J. Murphy** | **U** |
| **1075** | **Robert Zabawa** | **$490.25** |

| Plan Name: | **Dime - Dir. Ret. Cont.** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **2472** | **Addison Keim** | **U** |
| **2485** | **Edward Pierce** | **U** |
| **1018** | **Elizabeth Fanta** | **U** |
| **2215** | **John Satriale** | **U** |
| **2519** | **Rebecca Johnson** | **U** |
| **963** | **Robert Benson** | **U** |
| **3138** | **Robert Britton** | **U** |
| **3134** | **Robert Mahony** | **U** |
| **2718** | **Sanford Zimmerman** | **U** |
| **3040** | **Virginia Kopp** | **U** |

| Plan Name: | **Dime - EVP SERP** | | |
| | **Dime - NAMCO SERP** | | |
| | **Dime - Individual Contracts** | | |
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) | Plan Name |
| --- | --- | --- | --- |
| **2493** | **Carlos R. Munoz** | **U** | Dime - EVP SERP |
| **3105** | **David Totaro** | **U** | Dime - EVP SERP |
| **2437** | **Eugene C. Brooks** | **U** | Dime - EVP SERP |
| **2481** | **Fred B. Koons** | **U** | Dime - EVP SERP |
| **2214** | **Jack L. Wagner** | **U** | Dime - EVP SERP |
| **3082** | **James M. Mack** | **U** | Dime - EVP SERP |
| **2523** | **Thomas Ducca** | **U** | Dime - EVP SERP |
| **2993** | **Covington (Diana) Hardee** | **U** | Dime - Individual Contracts |
| **3620** | **Harry W. Albright** | **U** | Dime - Individual Contracts |
| **2168** | **James Large** | **U** | Dime - Individual Contracts |
| **2216** | **John W. Sapanski** | **U** | Dime - Individual Contracts |
| **2167** | **Richard Parsons** | **U** | Dime - Individual Contracts |

| Plan Name: | **Dime - Vol. DCP DC** | |
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| --- | --- | --- |
| **3041** | **Edmund T Valenski** | **U** |
| **3085** | **Gerald D Filandro** | **U** |
| **2552** | **James E. Kelly** | **U** |
| **3082** | **James M. Mack** | **U** |
| **244** | **Jane E Silverman** | **$31,649.39** |
| **3673** | **John J Abruzzo** | **$83,819.29** |
| **2740** | **Kenneth A Schmidt** | **U** |
| **2169** | **Kevin J McLaughlin** | **U** |
| **2393** | **Norman Stafford** | **U** |
| **3083** | **Paul Carroll** | **U** |
| **2548** | **Paul L Brandel** | **U** |
| **3136** | **Richard Loconte** | **U** |
| **3144** | **Robert K Kettenmann** | **U** |
| **2870** | **Roberta S Treacy** | **U** |
| **2162** | **Shirley B Bresler** | **U** |
| **2717** | **Stephen M Lane** | **U** |
| **2501** | **William M Neuner** | **U** |

**2511**        **William S Burns**     **U**

| Plan Name: | **Dime - Vol. DCP Dir BTA** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **3062** | **Eugene G. Schulz Jr.** | **U** |

| Plan Name: | **Great Western - DC Make-Up** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **835** | **Aldo Lombardi** | **$115,733.88** |
| **910** | **Alice Schenk** | **$202,851.00** |
| **833; 1046** | **Armando Milo** | **U** |
| **1322** | **Bard Saladin** | **$119,462.00** |
| **1789** | **Beverly Duane** | **$49,460.04** |
| **1679** | **Bruce Antenberg** | **U** |
| **728** | **Donald Rowan** | **U** |
| **1944** | **Fred Kuntz** | **$6,417.84** |
| **2948** | **Gerald Pittenger** | **U** |
| **2944** | **Harold Johnson** | **U** |
| **837** | **Hope Wilder** | **$30,000.00** |
| **2670; 3271** | **James Sage** | **U** |
| **2225** | **Jeannie Bias** | **U** |
| **3055** | **John Gossett** | **U** |
| **800** | **Joseph Fellmeth** | **$449.64** |
| **1680** | **Leni (B) Antenberg** | **U** |
| **3122** | **Lon Kuehl** | **U** |
| **2112** | **Louis Boitano** | **U** |
| **1154** | **Nadine Barbera** | **$150,000.00** |
| **1143** | **Patricia (B) Smith** | **$19,984.00** |
| **2004** | **Richard Moore** | **$102,067.42** |
| **1144** | **Richard Smith** | **$101,141.00** |
| **1749** | **Robert Akard** | **U** |
| **904** | **Roberta Yassin** | **$171,272.00** |
| **761** | **Ronald Rosen** | **U** |
| **1256** | **Ronald Rosso** | **U** |
| **2516; 2521** | **Ruben Vasquez** | **U** |
| **1261** | **Terry Scarlett** | **U** |
| **3213** | **Theodore Dixon** | **$17,856.00** |
| **1750** | **Waltraud (B) Akard** | **U** |

**3520**          **William Wright**          **U**

| Plan Name: | **Great Western - DCP Roll-in** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **818** | **Joe Jackson** | **$35,193.91** |

| Plan Name: | **Great Western - DCP - MLC** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **2423** | **David Anderson** | **U** |
| **821** | **James Little** | **$218,424.89** |
| **3011** | **Marilynn Pylant** | **$158,441.27** |
| **2336** | **Mark Robbins** | **$2,802,014.36** |
| **3152** | **Rahim Shamash** | **$96,969.58** |
| **907** | **Randall Seltz** | **$80,000.00** |
| **1204** | **Richard Califano** | **$49,468.85** |
| **3337** | **Rick Kirk** | **$438,087.82** |
| **1505** | **Robert Vance** | **$41,672.91** |
| **3646** | **Saiid Rastegar** | **$115,637.86** |
| **661** | **Stanley Konopacki** | **$384,679.58** |
| **2702** | **Steven Johnson** | **$146,965.00** |
| **3030** | **Susan Goldstein** | **$188,983.00** |
| **885** | **Thomas Golon** | **$178,871.00** |

| Plan Name: | **Great Western - DCP - S&C** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount |
| | | (U = Unliquidated Claim) |
| **822** | **Billy Gastineau** | **$13,598.06** |
| **567** | **Charles Byrge** | **$13,630.87** |
| **1215** | **Christine Coburn** | **U** |
| **686** | **Christopher Milne** | **$19,415.00** |
| **3527** | **Douglas Crocker** | **$88,435.08** |
| **700** | **Eldene Norton** | **$88,003.51** |
| **2614** | **Fred Kuntz** | **$5,821.38** |
| **1041** | **Gail Bothun** | **$14,296.29** |
| **2542** | **Gary Runyan** | **$102,220.51** |
| **902** | **Gerald Egner** | **$5,775.38** |
| **1227** | **Gregory Schmidt** | **$116,000.00** |
| **921** | **Harold Sessa** | **$51,573.98** |
| **1364** | **Jackie Pounds** | **$226,000.00** |
| **1765** | **Jeff Loventhal** | **$400,694.32** |
| **734** | **Judith Chambers** | **$133,373.00** |
| **580** | **Linda Gwyn** | **$78,000.00** |
| **2436** | **Milton Bledsoe** | **$140,925.17** |
| **845** | **Philip Shaw** | **$56,267.72** |
| **1141** | **Richard Smith** | **$32,668.89** |
| **2232** | **Ronald Santucci** | **$5,656.53** |
| **1357** | **Sammie Ipock** | **$50,129.95** |
| **565** | **Sheldon Frank** | **$45,871.30** |

| Plan Name: | **Great Western - DCP - SO** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **910** | **Alice Schenk** | **$236,610.93** |
| **858** | **Allan Frazier** | **$84,474.62** |
| **3231** | **Barry Himel** | **$30,370.14** |
| **460** | **Carl Geuther** | **U** |
| **384** | **Charles Rossetti** | **$101,458.41** |
| **1577** | **Charles Sledd** | **$49,958.52** |
| **1529** | **Donald Cameron** | **$66,808.00** |
| **820** | **Edward Krause** | **$110,000.00** |
| **448** | **Gloria Crane** | **$9,638.98** |
| **381** | **James Montgomery** | **U** |
| **1112** | **Jane Wood** | **$60,680.60** |
| **818** | **Joe Jackson** | **$675,775.85** |
| **456** | **John Maher** | **U** |
| **1137** | **Michael Clawson** | **$46,651.37** |
| **3216** | **Patricia Benninger** | **$37,949.90** |
| **472** | **R. Altman** | **$429,155.14** |

| Plan Name: | **Great Western - Dir DCP** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **381** | **James Montgomery** | **U** |
| **421** | **John Giovenco** | **$11,514.50** |

| Plan Name: | **Great Western - Director Retirement** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **2590** | **Don Combs** | **$125,298.00** |
| **470** | **H. Frederick Christie** | **$11,650.00** |
| **378** | **James F. Montgomery** | **U** |
| **459** | **Janice Gryp** | **$11,650.00** |
| **1129** | **John Beane** | **$218,830.00** |
| **447** | **John D. Alexander** | **U** |
| **456** | **John F. Maher** | **$2,912.50** |
| **421** | **John V. Giovenco** | **$58,250.00** |
| **2983** | **Margaret North** | **$63,000.00** |
| **970** | **Mary Davis** | **$591,250.00** |
| **450** | **Willis Wood** | **$2,912.50** |

| Plan Name: | **Great Western - ESIP** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **482** | **J. L. Erikson** | **U** |
| **378** | **James F. Montgomery** | **U** |
| **818** | **Joe M. Jackson** | **$4,682.13** |
| **1605** | **Ursula(Michael) Pappas** | **$48,716.00** |

| Plan Name: | **Great Western - GMS** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **2944** | **Harold Johnson** | **U** |
| **2948** | **Gerald Pittenger** | **U** |

| Plan Name: | **Great Western - Gratuitous Retirement** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **2235** | **Robert Holmes** | **U** |
| **411** | **Francis Jacobs** | **$55,500.00** |
| **1333** | **James Kemp** | **$179,731.00** |
| **898** | **William Lemmon** | **U** |
| **1628** | **Bonnie Miller** | **$1,590.57** |
| **783** | **Donna Salvin** | **U** |

| Plan Name: | **Great Western - Restoration** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **1679** | **Bruce Antenberg** | **U** |
| **1246** | **Ernest Lyons** | **$374,004.90** |
| **481** | **Jerry Weeks** | **U** |
| **1680** | **Leni Antenberg** | **U** |
| **471** | **Phillip Altman** | **U** |

| Plan Name: | **Great Western - SERP** | |
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **835** | **Aldo T. Lombardi** | **$112,092.12** |
| **460** | **Carl F. Geuther** | **$27,557.49** |
| **455, 2915** | **Clifford A. Miller** | **$13,967.43** |
| **469** | **Curtis J. Crivelli** | **U** |
| **457, 2741, 2771** | **Deborah Lascala** | **U** |
| **458** | **Edward R. Hoffman** | **U** |
| **448** | **Gloria Crane** | **$7,420.00** |
| **482** | **J. L. Erikson** | **U** |
| **378** | **James F. Montgomery** | **U** |
| **459** | **Janice Gryp** | **$8,611.74** |
| **451** | **Jaynie Studenmund** | **$11,062.83** |
| **828** | **Joe M. Jackson** | **U** |
| **456** | **John F. Maher** | **U** |
| **817** | **Lamberta R (B) Jackson** | **U** |
| **1118** | **Ray Sims** | **U** |
| **1605** | **Ursula Pappas** | **$401,284.00** |
| **898** | **William Lemmon** | **U** |
| **453** | **William Schenck** | **$23,355.00** |

| Plan Name: | **Providian - DCP** | |
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **2237** | **Daniel Sanford** | **$189,145.50** |
| **3080** | **Ellen Richey** | **U** |
| **790** | **Ron Claveloux** | **$1,812,415.36** |
| **2211** | **Tom Clancy** | **$102,596.99** |

| Plan Name: | **Providian - Individual Contract (Montanari)** | |
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **2695** | **Julie Montanari** | **$808,678.39** |

| Plan Name: | **Dime - KELP** | | |
| | **ASB - ELIP** | | |
| Proof of Claim # | Claimant | Filed Claim Amount<br>(U = Unliquidated Claim) | Plan Name |
| **2453** | **Abraham S  Ossip** | **U** | Dime - KELP |
| **3000** | **Andrew  Hickey** | **U** | Dime - KELP |
| **3017** | **Anthony R  Burriesci** | **U** | Dime - KELP |
| **3027** | **Arthur  Anderson** | **U** | Dime - KELP |
| **2998** | **Arthur  Bassin** | **U** | Dime - KELP |
| **2996** | **Arthur C  Bennett** | **U** | Dime - KELP |
| **2493** | **Carlos  Munoz** | **U** | Dime - KELP |
| **2465** | **D James Daras** | **U** | Dime - KELP |
| **3105** | **David J  Totaro** | **U** | Dime - KELP |
| **2531** | **Donald P  Schwartz** | **U** | Dime - KELP |
| **3708** | **Edward B Kramer** | **$281,250.00** | Dime - KELP |
| **1729** | **ELAINE  BENT** | **U** | Dime - KELP |
| **2445** | **Frank  DeAngelo** | **U** | Dime - KELP |
| **2478** | **Franklin  Wright** | **U** | Dime - KELP |
| **2437** | **Gene C  Brooks** | **U** | Dime - KELP |
| **3064** | **Harold E Reynolds c o J Andrew Rahl Jr Esq** | **U** | Dime - KELP |
| **2984** | **J Edward  Diamond** | **U** | Dime - KELP |
| **2214** | **Jack  Wagner** | **U** | Dime - KELP |
| **2552** | **James E  Kelly** | **U** | Dime - KELP |
| **2168** | **James Jr Large** | **U** | Dime - KELP |
| **2221** | **Jenne  Britell** | **U** | Dime - KELP |
| **2218** | **Jenne  Britell Irrevocable Deed of Trust** | **U** | Dime - KELP |
| **2217** | **John B  Pettit Jr** | **U** | Dime - KELP |
| **1731** | **JOHN H  BENT** | **U** | Dime - KELP |
| **2263** | **John J Monaghan** | **$477,000.00** | Dime - KELP |
| **2219** | **John V  Brull** | **U** | Dime - KELP |
| **3076** | **Joseph  Jiannetto** | **U** | Dime - KELP |
| **3097** | **Judson and Paula  Croom** | **U** | Dime - KELP |
| **2628** | **Lawrence J  Toal** | **U** | Dime - KELP |
| **3067** | **Lawrence W Peters c o J Andrew Rahl Jr** | **U** | Dime - KELP |
| **3086** | **Marie  Alleva c o Andrew Rahl Jr** | **U** | Dime - KELP |
| **2427** | **Michael A  Gallagher** | **U** | Dime - KELP |
| **2490** | **Munoz, Carlos 1999 Irrevocable Life Insurance Trust** | **U** | Dime - KELP |
| **2418** | **Murray F  Mascis** | **U** | Dime - KELP |
| **2393** | **Norman J  Stafford** | **U** | Dime - KELP |
| **3056** | **Peyton R  Patterson c o J Andrew Rahl Jr** | **U** | Dime - KELP |
| **3270** | **Phyllis  Marino c o J Andrew Rahl Jr** | **U** | Dime - KELP |

| | | | |
|---|---|---|---|
| 2167 | **Richard  Parsons** | U | Dime - KELP |
| 2164 | **Richard  Terzian co J Andrew Rahl Jr Esq** | U | Dime - KELP |
| 3089 | **Richard A  Mirro c o J Andrew Rahl Jr Esq** | U | Dime - KELP |
| 1536 | **Rita L Bligh** | **$80,805.00** | Dime - KELP |
| 3190 | **Robert  Murphy c o J Andrew Rahl Jr Esq** | U | Dime - KELP |
| 2166 | **Robert  Turner** | U | Dime - KELP |
| 3144 | **Robert K  Kettenmann** | U | Dime - KELP |
| 3214 | **Roger Williams** | **$480,000.00** | Dime - KELP |
| 3037 | **Stark, Dennis (Dennis E Stark Fund at the Rhode Island Community Foundation)** | U | Dime - KELP |
| 1817 | **Thomas  VanArsdale** | U | Dime - KELP |
| 2523 | **Thomas J  Ducca** | U | Dime - KELP |
| 3186 | **Toal Descendants Insurance Trust c o J Andrew Rahl Jr** | U | Dime - KELP |
| 3188 | **William  Phillips c o J Andrew Rahl Jr** | U | Dime - KELP |
| 2161 | **William III Candee** | U | Dime - KELP |
| 2160 | **William J Candee IV Trustee** | U | Dime - KELP |
| 1366 | **Arthur Porter** | **$475,000.00** | ASB - ELIP |
| 2666 | **Don L Rigsbee** | **$200,000.00** | ASB - ELIP |
| 1881 | **W B Robinson** | **$670,000.00** | ASB - ELIP |

| Plan Name: | **CCBI - Indivdual Contracts** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount<br>(U = Unliquidated Claim) |
| **2684** | **James Daley** | **$827,377.00** |

| Plan Name: | **Miscellaneous Individual Contracts** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount<br>(U = Unliquidated Claim) |
| **2407** | **Alice Bogue** | **U** |
| **2326** | **James Calderhead** | **U** |
| **1234** | **Norma Fine-Eckley** | **U** |
| **706** | **Barbara Newbould** | **$700.68** |
| **1389** | **Avon Pirozuk** | **$10,921.75** |
| **1595** | **Louise Arneson** | **$28,107.38** |
| **2256** | **Daniel Relf** | **U** |
| **635** | **Anthony Nocella** | **$2,022,720.00** |
| **634** | **Barry Burkholder** | **$3,155,136.00** |

**Wells Fargo Great Western Trustee Claims**

| Date Filed | Claim No. | Name | Total Filed Claim Amount | Debtor Name | Nature |
|---|---|---|---|---|---|
| 3/31/2009 | 2868 | Wells Fargo Bank NA in its Capacity as Trustee of the Great Western Financial Corporation Umbrella Trust for Directors | 13,121,013 | Washington Mutual, Inc. | Secured |
| 3/31/2009 | 2863 | Wells Fargo Bank NA in its Capacity as Trustee of the Great Western Financial Corporation Umbrella Trust for Senior Officers | 146,090,779 | Washington Mutual, Inc. | Secured |

**SCHEDULE 2.9(c)**

**LIST OF CLAIMS ASSOCIATED
WITH OTHER BENEFIT PLANS**

| Plan Name: | **American Savings Bank - DCP** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **101** | **Fred Schweer** | **$264,174.67** |
| **418** | **Harold J. Hendricks** | **$308,379.00** |
| **1720** | **Karin Hill** | **$24,664.80** |
| **2883** | **Kathleen C. O'Mara** | **U** |
| **2929** | **Melody Gayeski** | **$23,987.39** |
| **1292** | **Michael Moore** | **$181,000.00** |
| **323** | **Robert Thurston** | **$150,625.00** |
| **1024** | **Ruth Price** | **$4,232.02** |

| Plan Name: | **ASB – SERP** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **2194** | **Andrew Shiozaki** | **$150,500.00** |
| **1366** | **Arthur Porter** | **$1,116,000.00** |
| **2648** | **Brian Dale Shea** | **$295,590.00** |
| **2644** | **Carl Formato** | **$108,024.08** |
| **2645** | **Carolyn McKenzie** | **$592,436.16** |
| **2058** | **Craig Davis** | **$887,628.00** |
| **2459** | **Donald Royer** | **U** |
| **688** | **Doris Stern** | **U** |
| **2029** | **Faris Weber** | **U** |
| **101** | **Fred Schweer** | **$270,240.21** |
| **2641** | **Gloria Gowens** | **$142,632.00** |
| **1457** | **James Izu** | **$357,199.20** |
| **1851** | **James Parese** | **$4,251.00** |
| **2642** | **Jimmy Holland** | **$442,646.00** |
| **1067** | **John Freed** | **U** |
| **327** | **John Nunn** | **U** |
| **2066** | **John R. Donohue** | **$1,420,320.00** |
| **2650** | **Johnette Dowden Holland** | **$221,323.00** |
| **2071** | **Karen Christensen** | **$648,000.00** |
| **2392** | **Mario Antoci** | **$4,888,980.00** |
| **1081** | **Mary Light** | **U** |
| **2643** | **Mary Locatelli** | **U** |
| **3009** | **Melody Gayeski** | **U** |
| **2647** | **Mitchell Rosenberg** | **$656,910.00** |
| **973** | **Patricia Joyce** | **U** |
| **2011** | **Richard Grout** | **$101,867.40** |
| **2068** | **Robert Barnum** | **$1,704,432.00** |
| **1773** | **Robert Henske** | **$117,464.00** |
| **2090** | **Samuel T.R Revell** | **U** |
| **1582** | **Ted Yates** | **U** |
| **2176** | **Thomas Borer** | **$68,854.00** |
| **3731** | **Verne Griscom** | **$38,075.32** |
| **2518** | **W Brent Robinson** | **$570,533.00** |

| Plan Name: | **Coast Federal Bank - Officers & Directors** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount<br>(U = Unliquidated Claim) |
| **3792** | **C. William Jackson** | **$500,000.00** |
| **2460** | **Christine Stalder** | **$305,747.00** |
| **2458** | **Fred Stalder** | **$1,222,989.00** |
| **463** | **Harry Pflaumer** | **$176,484.00** |
| **689** | **Leon Angvire** | **$29,600.00** |
| **2447** | **Morris Sievert** | **$5,105.58** |
| **3455** | **Patricia Fritz** | **$102,941.16** |
| **190, 191** | **Walter Holly** | **$1,300,000.00** |
| **728** | **Willard Huyck** | **U** |

| Plan Name: | **Coast Federal Bank - SERP** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount<br>(U = Unliquidated Claim) |
| **127** | **Gilbert Farley** | **$1,553,508.30** |
| **177** | **Donald Konrad** | **$303,000.00** |

| Plan Name: | **Dime - Benefit Restoration Plan** | |
|------------|-------------------------------------|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **3027** | **Arthur Anderson** | **U** |
| **2493** | **Carlos R. Munoz** | **U** |
| **2531** | **Donald Schwartz** | **U** |
| **2220** | **Elena Ferrara** | **U** |
| **2445** | **Frank P. Deangelo** | **U** |
| **2478** | **Franklin L. Wright** | **U** |
| **2481** | **Fred B. Koons** | **U** |
| **2437** | **Gene C. Brooks** | **U** |
| **2214** | **Jack L. Wagner** | **U** |
| **2552** | **James Kelly** | **U** |
| **2217** | **John B. Pettit Jr.** | **U** |
| **2216** | **John W. Sapanski** | **U** |
| **3067** | **Lawrence W. Peters** | **U** |
| **3086** | **Marie J. Alleva** | **U** |
| **2418** | **Murray F. Mascis** | **U** |
| **3056** | **Peyton Patterson** | **U** |
| **3089** | **Richard Mirro** | **U** |
| **2167** | **Richard Parsons** | **U** |
| **3190** | **Robert J. Murphy** | **U** |
| **1075** | **Robert Zabawa** | **$490.25** |

| Plan Name: | **Dime - Dir. Ret. Cont.** | |
|------------|----------------------------|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **2472** | **Addison Keim** | **U** |
| **2485** | **Edward Pierce** | **U** |
| **1018** | **Elizabeth Fanta** | **U** |
| **2215** | **John Satriale** | **U** |
| **2519** | **Rebecca Johnson** | **U** |
| **963** | **Robert Benson** | **U** |
| **3138** | **Robert Britton** | **U** |
| **3134** | **Robert Mahony** | **U** |
| **2718** | **Sanford Zimmerman** | **U** |
| **3040** | **Virginia Kopp** | **U** |

| Plan Name: | **Dime - EVP SERP** | | |
| | **Dime - NAMCO SERP** | | |
| | **Dime - Individual Contracts** | | |
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) | Plan Name |
| **2493** | **Carlos R. Munoz** | **U** | Dime - EVP SERP |
| **3105** | **David Totaro** | **U** | Dime - EVP SERP |
| **2437** | **Eugene C. Brooks** | **U** | Dime - EVP SERP |
| **2481** | **Fred B. Koons** | **U** | Dime - EVP SERP |
| **2214** | **Jack L. Wagner** | **U** | Dime - EVP SERP |
| **3082** | **James M. Mack** | **U** | Dime - EVP SERP |
| **2523** | **Thomas Ducca** | **U** | Dime - EVP SERP |
| **2993** | **Covington (Diana) Hardee** | **U** | Dime - Individual Contracts |
| **3620** | **Harry W. Albright** | **U** | Dime - Individual Contracts |
| **2168** | **James Large** | **U** | Dime - Individual Contracts |
| **2216** | **John W. Sapanski** | **U** | Dime - Individual Contracts |
| **2167** | **Richard Parsons** | **U** | Dime - Individual Contracts |

| Plan Name: | **Dime - Vol. DCP DC** | |
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **3041** | **Edmund T Valenski** | **U** |
| **3085** | **Gerald D Filandro** | **U** |
| **2552** | **James E. Kelly** | **U** |
| **3082** | **James M. Mack** | **U** |
| **244** | **Jane E Silverman** | **$31,649.39** |
| **3673** | **John J Abruzzo** | **$83,819.29** |
| **2740** | **Kenneth A Schmidt** | **U** |
| **2169** | **Kevin J McLaughlin** | **U** |
| **2393** | **Norman Stafford** | **U** |
| **3083** | **Paul Carroll** | **U** |
| **2548** | **Paul L Brandel** | **U** |
| **3136** | **Richard Loconte** | **U** |
| **3144** | **Robert K Kettenmann** | **U** |
| **2870** | **Roberta S Treacy** | **U** |
| **2162** | **Shirley B Bresler** | **U** |
| **2717** | **Stephen M Lane** | **U** |
| **2501** | **William M Neuner** | **U** |

**2511**        **William S Burns**    **U**

| Plan Name: | **Dime - Vol. DCP Dir BTA** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **3062** | **Eugene G. Schulz Jr.** | **U** |

| Plan Name: | **Great Western - DC Make-Up** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **835** | **Aldo Lombardi** | **$115,733.88** |
| **910** | **Alice Schenk** | **$202,851.00** |
| **833; 1046** | **Armando Milo** | **U** |
| **1322** | **Bard Saladin** | **$119,462.00** |
| **1789** | **Beverly Duane** | **$49,460.04** |
| **1679** | **Bruce Antenberg** | **U** |
| **728** | **Donald Rowan** | **U** |
| **1944** | **Fred Kuntz** | **$6,417.84** |
| **2948** | **Gerald Pittenger** | **U** |
| **2944** | **Harold Johnson** | **U** |
| **837** | **Hope Wilder** | **$30,000.00** |
| **2670; 3271** | **James Sage** | **U** |
| **2225** | **Jeannie Bias** | **U** |
| **3055** | **John Gossett** | **U** |
| **800** | **Joseph Fellmeth** | **$449.64** |
| **1680** | **Leni (B) Antenberg** | **U** |
| **3122** | **Lon Kuehl** | **U** |
| **2112** | **Louis Boitano** | **U** |
| **1154** | **Nadine Barbera** | **$150,000.00** |
| **1143** | **Patricia (B) Smith** | **$19,984.00** |
| **2004** | **Richard Moore** | **$102,067.42** |
| **1144** | **Richard Smith** | **$101,141.00** |
| **1749** | **Robert Akard** | **U** |
| **904** | **Roberta Yassin** | **$171,272.00** |
| **761** | **Ronald Rosen** | **U** |
| **1256** | **Ronald Rosso** | **U** |
| **2516; 2521** | **Ruben Vasquez** | **U** |
| **1261** | **Terry Scarlett** | **U** |
| **3213** | **Theodore Dixon** | **$17,856.00** |
| **1750** | **Waltraud (B) Akard** | **U** |

**3520**        **William Wright**        **U**

| Plan Name: | **Great Western - DCP Roll-in** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **818** | **Joe Jackson** | **$35,193.91** |

| Plan Name: | **Great Western - DCP - MLC** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **2423** | **David Anderson** | **U** |
| **821** | **James Little** | **$218,424.89** |
| **3011** | **Marilynn Pylant** | **$158,441.27** |
| **2336** | **Mark Robbins** | **$2,802,014.36** |
| **3152** | **Rahim Shamash** | **$96,969.58** |
| **907** | **Randall Seltz** | **$80,000.00** |
| **1204** | **Richard Califano** | **$49,468.85** |
| **3337** | **Rick Kirk** | **$438,087.82** |
| **1505** | **Robert Vance** | **$41,672.91** |
| **3646** | **Saiid Rastegar** | **$115,637.86** |
| **661** | **Stanley Konopacki** | **$384,679.58** |
| **2702** | **Steven Johnson** | **$146,965.00** |
| **3030** | **Susan Goldstein** | **$188,983.00** |
| **885** | **Thomas Golon** | **$178,871.00** |

| Plan Name: | **Great Western - DCP - S&C** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount |
| | | (U = Unliquidated Claim) |
| **822** | **Billy Gastineau** | **$13,598.06** |
| **567** | **Charles Byrge** | **$13,630.87** |
| **1215** | **Christine Coburn** | **U** |
| **686** | **Christopher Milne** | **$19,415.00** |
| **3527** | **Douglas Crocker** | **$88,435.08** |
| **700** | **Eldene Norton** | **$88,003.51** |
| **2614** | **Fred Kuntz** | **$5,821.38** |
| **1041** | **Gail Bothun** | **$14,296.29** |
| **2542** | **Gary Runyan** | **$102,220.51** |
| **902** | **Gerald Egner** | **$5,775.38** |
| **1227** | **Gregory Schmidt** | **$116,000.00** |
| **921** | **Harold Sessa** | **$51,573.98** |
| **1364** | **Jackie Pounds** | **$226,000.00** |
| **1765** | **Jeff Loventhal** | **$400,694.32** |
| **734** | **Judith Chambers** | **$133,373.00** |
| **580** | **Linda Gwyn** | **$78,000.00** |
| **2436** | **Milton Bledsoe** | **$140,925.17** |
| **845** | **Philip Shaw** | **$56,267.72** |
| **1141** | **Richard Smith** | **$32,668.89** |
| **2232** | **Ronald Santucci** | **$5,656.53** |
| **1357** | **Sammie Ipock** | **$50,129.95** |
| **565** | **Sheldon Frank** | **$45,871.30** |

| Plan Name: | **Great Western - DCP - SO** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **910** | **Alice Schenk** | **$236,610.93** |
| **858** | **Allan Frazier** | **$84,474.62** |
| **3231** | **Barry Himel** | **$30,370.14** |
| **460** | **Carl Geuther** | **U** |
| **384** | **Charles Rossetti** | **$101,458.41** |
| **1577** | **Charles Sledd** | **$49,958.52** |
| **1529** | **Donald Cameron** | **$66,808.00** |
| **820** | **Edward Krause** | **$110,000.00** |
| **448** | **Gloria Crane** | **$9,638.98** |
| **381** | **James Montgomery** | **U** |
| **1112** | **Jane Wood** | **$60,680.60** |
| **818** | **Joe Jackson** | **$675,775.85** |
| **456** | **John Maher** | **U** |
| **1137** | **Michael Clawson** | **$46,651.37** |
| **3216** | **Patricia Benninger** | **$37,949.90** |
| **472** | **R. Altman** | **$429,155.14** |

| Plan Name: | **Great Western - Dir DCP** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **381** | **James Montgomery** | **U** |
| **421** | **John Giovenco** | **$11,514.50** |

| Plan Name: | **Great Western - Director Retirement** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **2590** | **Don Combs** | **$125,298.00** |
| **470** | **H. Frederick Christie** | **$11,650.00** |
| **378** | **James F. Montgomery** | **U** |
| **459** | **Janice Gryp** | **$11,650.00** |
| **1129** | **John Beane** | **$218,830.00** |
| **447** | **John D. Alexander** | **U** |
| **456** | **John F. Maher** | **$2,912.50** |
| **421** | **John V. Giovenco** | **$58,250.00** |
| **2983** | **Margaret North** | **$63,000.00** |
| **970** | **Mary Davis** | **$591,250.00** |
| **450** | **Willis Wood** | **$2,912.50** |

| Plan Name: | **Great Western - ESIP** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **482** | **J. L. Erikson** | **U** |
| **378** | **James F. Montgomery** | **U** |
| **818** | **Joe M. Jackson** | **$4,682.13** |
| **1605** | **Ursula(Michael) Pappas** | **$48,716.00** |

| Plan Name: | **Great Western - GMS** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **2944** | **Harold Johnson** | **U** |
| **2948** | **Gerald Pittenger** | **U** |

| Plan Name: | **Great Western - Gratuitous Retirement** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **2235** | **Robert Holmes** | **U** |
| **411** | **Francis Jacobs** | **$55,500.00** |
| **1333** | **James Kemp** | **$179,731.00** |
| **898** | **William Lemmon** | **U** |
| **1628** | **Bonnie Miller** | **$1,590.57** |
| **783** | **Donna Salvin** | **U** |

| Plan Name: | **Great Western - Restoration** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **1679** | **Bruce Antenberg** | **U** |
| **1246** | **Ernest Lyons** | **$374,004.90** |
| **481** | **Jerry Weeks** | **U** |
| **1680** | **Leni Antenberg** | **U** |
| **471** | **Phillip Altman** | **U** |

| Plan Name: | **Great Western - SERP** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **835** | **Aldo T.  Lombardi** | **$112,092.12** |
| **460** | **Carl F. Geuther** | **$27,557.49** |
| **455, 2915** | **Clifford A. Miller** | **$13,967.43** |
| **469** | **Curtis J. Crivelli** | **U** |
| **457, 2741, 2771** | **Deborah Lascala** | **U** |
| **458** | **Edward R. Hoffman** | **U** |
| **448** | **Gloria Crane** | **$7,420.00** |
| **482** | **J. L. Erikson** | **U** |
| **378** | **James F. Montgomery** | **U** |
| **459** | **Janice Gryp** | **$8,611.74** |
| **451** | **Jaynie Studenmund** | **$11,062.83** |
| **828** | **Joe M. Jackson** | **U** |
| **456** | **John F. Maher** | **U** |
| **817** | **Lamberta R (B) Jackson** | **U** |
| **1118** | **Ray Sims** | **U** |
| **1605** | **Ursula Pappas** | **$401,284.00** |
| **898** | **William Lemmon** | **U** |
| **453** | **William Schenck** | **$23,355.00** |

| Plan Name: | **Providian - DCP** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **2237** | **Daniel Sanford** | **$189,145.50** |
| **3080** | **Ellen Richey** | **U** |
| **790** | **Ron Claveloux** | **$1,812,415.36** |
| **2211** | **Tom Clancy** | **$102,596.99** |

| Plan Name: | **Providian - Individual Contract (Montanari)** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) |
| **2695** | **Julie Montanari** | **$808,678.39** |

Plan Name: **Dime - KELP**

**ASB - ELIP**

| Proof of Claim # | Claimant | Filed Claim Amount (U = Unliquidated Claim) | Plan Name |
|---|---|---|---|
| **2453** | **Abraham S  Ossip** | **U** | Dime - KELP |
| **3000** | **Andrew  Hickey** | **U** | Dime - KELP |
| **3017** | **Anthony R  Burriesci** | **U** | Dime - KELP |
| **3027** | **Arthur  Anderson** | **U** | Dime - KELP |
| **2998** | **Arthur  Bassin** | **U** | Dime - KELP |
| **2996** | **Arthur C  Bennett** | **U** | Dime - KELP |
| **2493** | **Carlos  Munoz** | **U** | Dime - KELP |
| **2465** | **D James Daras** | **U** | Dime - KELP |
| **3105** | **David J  Totaro** | **U** | Dime - KELP |
| **2531** | **Donald P  Schwartz** | **U** | Dime - KELP |
| **3708** | **Edward B Kramer** | **$281,250.00** | Dime - KELP |
| **1729** | **ELAINE  BENT** | **U** | Dime - KELP |
| **2445** | **Frank  DeAngelo** | **U** | Dime - KELP |
| **2478** | **Franklin  Wright** | **U** | Dime - KELP |
| **2437** | **Gene C  Brooks** | **U** | Dime - KELP |
| **3064** | **Harold E Reynolds c o J Andrew Rahl Jr Esq** | **U** | Dime - KELP |
| **2984** | **J Edward  Diamond** | **U** | Dime - KELP |
| **2214** | **Jack  Wagner** | **U** | Dime - KELP |
| **2552** | **James E  Kelly** | **U** | Dime - KELP |
| **2168** | **James Jr Large** | **U** | Dime - KELP |
| **2221** | **Jenne  Britell** | **U** | Dime - KELP |
| **2218** | **Jenne  Britell Irrevocable Deed of Trust** | **U** | Dime - KELP |
| **2217** | **John B  Pettit Jr** | **U** | Dime - KELP |
| **1731** | **JOHN H  BENT** | **U** | Dime - KELP |
| **2263** | **John J Monaghan** | **$477,000.00** | Dime - KELP |
| **2219** | **John V  Brull** | **U** | Dime - KELP |
| **3076** | **Joseph  Jiannetto** | **U** | Dime - KELP |
| **3097** | **Judson and Paula  Croom** | **U** | Dime - KELP |
| **2628** | **Lawrence J  Toal** | **U** | Dime - KELP |
| **3067** | **Lawrence W Peters c o J Andrew Rahl Jr** | **U** | Dime - KELP |
| **3086** | **Marie  Alleva c o J Andrew Rahl Jr** | **U** | Dime - KELP |
| **2427** | **Michael A  Gallagher** | **U** | Dime - KELP |
| **2490** | **Munoz, Carlos 1999 Irrevocable Life Insurance Trust** | **U** | Dime - KELP |
| **2418** | **Murray F  Mascis** | **U** | Dime - KELP |
| **2393** | **Norman J  Stafford** | **U** | Dime - KELP |
| **3056** | **Peyton R  Patterson c o J Andrew Rahl Jr** | **U** | Dime - KELP |
| **3270** | **Phyllis  Marino c o J Andrew Rahl Jr** | **U** | Dime - KELP |

| | | | |
|---|---|---|---|
| 2167 | **Richard  Parsons** | U | Dime - KELP |
| 2164 | **Richard  Terzian co J Andrew Rahl Jr Esq** | U | Dime - KELP |
| 3089 | **Richard A  Mirro c o J Andrew Rahl Jr Esq** | U | Dime - KELP |
| 1536 | **Rita L Bligh** | $80,805.00 | Dime - KELP |
| 3190 | **Robert  Murphy c o J Andrew Rahl Jr Esq** | U | Dime - KELP |
| 2166 | **Robert  Turner** | U | Dime - KELP |
| 3144 | **Robert K  Kettenmann** | U | Dime - KELP |
| 3214 | **Roger Williams** | $480,000.00 | Dime - KELP |
| 3037 | **Stark, Dennis (Dennis E Stark Fund at the Rhode Island Community Foundation)** | U | Dime - KELP |
| 1817 | **Thomas  VanArsdale** | U | Dime - KELP |
| 2523 | **Thomas J  Ducca** | U | Dime - KELP |
| 3186 | **Toal Descendants Insurance Trust c o J Andrew Rahl Jr** | U | Dime - KELP |
| 3188 | **William  Phillips c o J Andrew Rahl Jr** | U | Dime - KELP |
| 2161 | **William III Candee** | U | Dime - KELP |
| 2160 | **William J Candee IV Trustee** | U | Dime - KELP |
| 1366 | **Arthur Porter** | $475,000.00 | ASB - ELIP |
| 2666 | **Don L Rigsbee** | $200,000.00 | ASB - ELIP |
| 1881 | **W B Robinson** | $670,000.00 | ASB - ELIP |

| Plan Name: | **CCBI - Indivdual Contracts** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount<br>(U = Unliquidated Claim) |
| **2684** | **James Daley** | **$827,377.00** |

| Plan Name: | **Miscellaneous Individual Contracts** | |
|---|---|---|
| Proof of Claim # | Claimant | Filed Claim Amount<br>(U = Unliquidated Claim) |
| **2407** | **Alice Bogue** | **U** |
| **2326** | **James Calderhead** | **U** |
| **1234** | **Norma Fine-Eckley** | **U** |
| **706** | **Barbara Newbould** | **$700.68** |
| **1389** | **Avon Pirozuk** | **$10,921.75** |
| **1595** | **Louise Arneson** | **$28,107.38** |
| **2256** | **Daniel Relf** | **U** |
| **635** | **Anthony Nocella** | **$2,022,720.00** |
| **634** | **Barry Burkholder** | **$3,155,136.00** |

**Wells Fargo Great Western Trustee Claims**

| Date Filed | Claim No. | Name | Total Filed Claim Amount | Debtor Name | Nature |
|---|---|---|---|---|---|
| 3/31/2009 | 2868 | Wells Fargo Bank NA in its Capacity as Trustee of the Great Western Financial Corporation Umbrella Trust for Directors | 13,121,013 | Washington Mutual, Inc. | Secured |
| 3/31/2009 | 2863 | Wells Fargo Bank NA in its Capacity as Trustee of the Great Western Financial Corporation Umbrella Trust for Senior Officers | 146,090,779 | Washington Mutual, Inc. | Secured |

**SCHEDULE 2.10**

**LIST OF CLAIMS ASSOCIATED
WITH QUALIFIED PLANS**

| POC # | Filed Claim Amount | Claimant Name | Debtor | Nature |
|---|---|---|---|---|
| 155 | $63,877.18 | Carey M Brennan | WMI | Priority |
| 498 | $21,779.65 | DEAN B ARNOLD | WMI | Priority |
| 573 | $188,084.00 | John F Robinson | WMI | Priority |
| 705 | Unliquidated | B JOYCE PATTERSON | WMI | General Unsecured |
| 708 | Unliquidated | NUBAR ERAMIAN | WMI | General Unsecured |
| 793 | Unliquidated | ERNEST PORTER | WMI | General Unsecured |
| 819 | Unliquidated | DIANNE KRAUSE | WMI | Priority |
| 827 | Unliquidated | ERMA L DESLONGCHAMPS | WMI | General Unsecured |
| 841 | Unliquidated | ELVIRA A DREIZLER | WMI | Priority |
| 886 | Unliquidated | ELLEN CHING | WMI | Priority |
| 888 | $20,000.00 | ELINORE J KRAUSE | WMI | Priority |
| 890 | Unliquidated | R Stephan | WMI | General Unsecured |
| 891 | Unliquidated | ROBERT B DREIZLER | WMI | Priority |
| 937 | $214,078.00 | BARBARA J SNYDER | WMI | Priority |
| 941 | Unliquidated | HELENE GUTOWITZ | WMI | Priority |
| 977 | Unliquidated | WILLIAM O PHEGLEY | WMI | General Unsecured |
| 989 | Unliquidated | O BRIEN BISSOO | WMI | General Unsecured |
| 1056 | Unliquidated | HELEN HORNIKEL | WMI | Secured |
| 1060 | Unliquidated | JANET MAYOTTE | WMI | Priority |
| 1098 | Unliquidated | GEORGEANE LAWLER | WMI | Priority |
| 1138 | Unliquidated | DORIS ASPEL | WMI | General Unsecured |
| 1182 | $133,671.00 | Melba Ann Bartels | WMI | Priority |
| 1217 | $47,105.47 | RADHA THOMPSON | WMI | Priority |
| 1258 | Unliquidated | CONNIE L HAMILTON | WMI | Priority |
| 1287 | Unliquidated | RICHARD STEWART | WMI | Secured |
| 1396 | Unliquidated | G YOUNTS | WMI | Priority |
| 1425 | Unliquidated | R VALDEZ | WMI | General Unsecured |
| 1430 | $35,000.00 | Marvin Allen Baldwin Jr | WMI | Secured |
| 1436 | Unliquidated | GLORIA MORSCH | WMI | General Unsecured |
| 1452 | Unliquidated | STEPHEN F ADAMS | WMI | General Unsecured |
| 1478 | Unliquidated | VIRGINIA A TARAMASCO | WMI | General Unsecured |
| 1478 | Unliquidated | VIRGINIA A TARAMASCO | WMI | Priority |
| 1482 | Unliquidated | Elinor Jeanne Whornham | WMI | Priority |
| 1578 | $30,089.85 | CHERYL A FELTGEN | WMI | Priority |
| 1669 | Unliquidated | GWENDOLYN A HEATH | WMI | Priority |
| 1673 | Unliquidated | ANN L PIKE | WMI | General Unsecured |
| 1679 | Unliquidated | BRUCE F ANTENBERG | WMI | General Unsecured |
| 1680 | Unliquidated | LENI E ANTENBERG | WMI | General Unsecured |
| 1690 | $566,628.00 | Marc Wane | WMI | Priority |
| 1735 | $57,591.36 | GERALDINE KING | WMI | Priority |

| | | | | |
|---|---|---|---|---|
| 1749 | Unliquidated | ROBERT B AKARD | WMI | General Unsecured |
| 1750 | Unliquidated | WALTRAUD AKARD | WMI | General Unsecured |
| 1784 | Unliquidated | ELEANOR FOX | WMI | General Unsecured |
| 1785 | Unliquidated | JEROME M RICKS | WMI | Secured |
| 1794 | Unliquidated | MARIE B BABAYAN | WMI | Priority |
| 1799 | $823,497.60 | Geoffrey G Olsen | WMI | Priority |
| 1811 | Unliquidated | DOUGLAS THORNSJO | WMI | Priority |
| 1811 | Unliquidated | DOUGLAS THORNSJO | WMI | Secured |
| 1812 | $499.11 | ESTHER RUIZ | WMI | Secured |
| 1813 | Unliquidated | NIELS JORGENSEN | WMI | Priority |
| 1853 | Unliquidated | ELLISON RABUN | WMI | General Unsecured |
| 1883 | Unliquidated | Gordon McKay | WMI | Priority |
| 1885 | Unliquidated | JAMES HENSCHEL | WMI | General Unsecured |
| 1888 | Unliquidated | J VALDES CUGAT | WMI | General Unsecured |
| 1889 | Unliquidated | ROLLIN AYERS | WMI | General Unsecured |
| 1939 | Unliquidated | BERNICE C BAKER | WMI | General Unsecured |
| 1955 | $956,387.00 | Donna J Wardlow | WMI | Priority |
| 2042 | Unliquidated | THERESA MULRANE | WMI | General Unsecured |
| 2054 | Unliquidated | BETTE JACOBSON | WMI | General Unsecured |
| 2086 | Unliquidated | CHARLOTTE J GORE | WMI | Priority |
| 2226 | $100,000.00 | HOWARD P ARATA | WMI | Priority |
| 2250 | Unliquidated | ROBERT MANNING | WMI | Priority |
| 2251 | Unliquidated | CAROLINE STAKELON | WMI | Priority |
| 2255 | $565,316.39 | Michael A Wolf | WMI | Secured |
| 2273 | Unliquidated | KRYSTYNA KACZMARSKI | WMI | General Unsecured |
| 2277 | Unliquidated | VIRGINIA J MAGUIRE | WMI | General Unsecured |
| 2358 | Unliquidated | RUBY P ALDERMAN | WMI | Priority |
| 2362 | $483,319.00 | Edward Smith Jr | WMI | General Unsecured |
| 2434 | Unliquidated | ROBERT S NOBLE | WMI | General Unsecured |
| 2452 | $941,380.34 | John Engman | WMI | Secured |
| 2474 | Unliquidated | Norman Parker | WMI | Secured |
| 2488 | Unliquidated | JAMES L HESTER | WMI | Priority |
| 2491 | Unliquidated | THERESE A ASTI | WMI | Priority |
| 2498 | $161.59 | J Leticia Serrado | WMI | Priority |
| 2502 | Unliquidated | Merrill Wall | WMI | Secured |
| 2508 | Unliquidated | Robert Stevens | WMI | Secured |
| 2510 | Unliquidated | Charles Rinehart | WMI | Secured |
| 2514 | Unliquidated | Edward McGrath | WMI | Secured |
| 2517 | Unliquidated | George Miranda | WMI | Secured |
| 2545 | $432,390.00 | Janice D Turner | WMI | Priority |
| 2557 | Unliquidated | MARILYN E KIRK | WMI | General Unsecured |
| 2596 | Unliquidated | SHIFFIE DILIBERTO | WMI | General Unsecured |

| 2657 | Unliquidated | Carol Hove Ahmanson | WMI | General Unsecured |
|------|------|------|------|------|
| 2751 | Unliquidated | Bruce Crouch | WMI | General Unsecured |
| 2751 | Unliquidated | Bruce Crouch | WMI | Secured |
| 2772 | $2,210.00 | Heinz and Gerlinde Beneke | WMI | Priority |
| 2772 | $40,442.00 | Heinz and Gerlinde Beneke | WMI | General Unsecured |
| 2837 | Unliquidated | RICHARD CAREAGA | WMI | Priority |
| 2849 | Unliquidated | JERRY HAVRANEK | WMI | General Unsecured |
| 2924 | Unliquidated | MARY NIGRO | WMI | General Unsecured |
| 2954 | Unliquidated | EDYTHE HAVRANEK | WMI | General Unsecured |
| 2963 | $628,144.00 | Elaine Schoch | WMI | Priority |
| 2967 | $4,000.00 | ELIZABETH M SCHAEFFER ILEY | WMI | General Unsecured |
| 3032 | Unliquidated | Leanne M Matthews | WMI | General Unsecured |
| 3111 | Unliquidated | STELLA ELEFTHERIADIS | WMI | Priority |
| 3119 | Unliquidated | Richard Deihl | WMI | Secured |
| 3119 | Unliquidated | Richard Deihl | WMI | General Unsecured |
| 3157 | Unliquidated | LOIS R COTTON | WMI | General Unsecured |
| 3167 | Unliquidated | Robert De Kruif | WMI | Secured |
| 3167 | Unliquidated | Robert De Kruif | WMI | General Unsecured |
| 3171 | Unliquidated | Jerry Iverson | WMI | Secured |
| 3171 | Unliquidated | Jerry Iverson | WMI | General Unsecured |
| 3173 | Unliquidated | E NANCY MARKLE | WMI | Secured |
| 3173 | Unliquidated | E NANCY MARKLE | WMI | General Unsecured |
| 3181 | Unliquidated | CHARLES E HARTZELL | WMI | General Unsecured |
| 3182 | Unliquidated | HELEN C HARTZELL | WMI | General Unsecured |
| 3195 | Unliquidated | MARILYN CAPALDO | WMI | General Unsecured |
| 3235 | Unliquidated | MARION J HENTZ | WMI | General Unsecured |
| 3355 | Unliquidated | GLORIA V HOST | WMI | Secured |
| 3530 | Unliquidated | WILLIAM WRIGHT | WMI | General Unsecured |
| 3541 | $66,846.96 | Harold Marvin Medgpath | WMI | Priority |
| 3552 | Unliquidated | MARC B WRIGHT | WMI | Priority |
| 3623 | $174,561.70 | James Corcoran | WMI | General Unsecured |

**Lakeview Claim**

| POC # | Claimant Name | Filed Claim Amount | Debtor | Nature |
|---|---|---|---|---|
| 2838 | RICHARD GREGORY SKINNER | $214,699.00 | Washington Mutual, Inc. | Priority |

**Safeco Surety Bond Claim**

| Date Filed | Claim No. | Name | Total Field Claim Amount | Debtor Name | Nature |
|---|---|---|---|---|---|
| 08/12/2009 | 3760 | Safeco Insurance Company of America | 2,701,755 | WMI | Secured |
| 08/12/2009 | 3760 | Safeco Insurance Company of America | 222,798,245 | WMI | General Unsecured |

**SCHEDULE 2.15(a)**

**LIST OF CLAIMS ASSOCIATED
WITH VISA SHARES**

# SCHEDULE 2.21

# LIST OF BKK-RELATED POLICIES
# AND BKK-RELATED CARRIERS

**SCHEDULE 2.23**

**LIST OF CLAIMS ASSOCIATED
WITH BONDING CLAIMS**

**Lakeview Claim**

| POC # | Claimant Name | Filed Claim Amount | Debtor | Nature |
|-------|---------------|--------------------|--------|--------|
| 2838 | RICHARD GREGORY SKINNER | $214,699.00 | Washington Mutual, Inc. | Priority |

**Safeco Surety Bond Claim**

| Date Filed | Claim No. | Name | Total Field Claim Amount | Debtor Name | Nature |
|-----------|-----------|------|-------------------------|-------------|--------|
| 08/12/2009 | 3760 | Safeco Insurance Company of America | 2,701,755 | WMI | Secured |
| 08/12/2009 | 3760 | Safeco Insurance Company of America | 222,798,245 | WMI | General Unsecured |

**SCHEDULE 3.1**

**LIST OF POST-PETITION DATE AGREEMENTS
RE:  WMI ENTITIES**

SCHEDULE 3.1-1

**SCHEDULE 3.2**

**LIST OF POST-PETITION DATE AGREEMENT
RE:  JPMC ENTITIES**

**SCHEDULE 3.3**

**LIST OF POST-PETITION DATE AGREEMENTS
RE:  FDIC ENTITIES**

**SCHEDULE 3.4**

**LIST OF POST-PETITION DATE AGREEMENTS
RE:  SETTLEMENT NOTE HOLDERS**

SCHEDULE 3.4-1

**SCHEDULE 3.5**

**LIST OF POST-PETITION DATE AGREEMENTS
RE:  CREDITORS' COMMITTEE**