March 14

Kishor V. Shah
6434 Drake Elm Dr.
Sugar Land TX
77479

The Honorable Judge Mary Walrath

sub: CASE 08-12229. Please include in docket case 08-12229

I am a Share Holder in Washington Mutual, Inc. I am Shocked that JPM chase kept Wamu deposit with them for long time. Wamu Inc Paid tax and refund benifit goes to FDIC & JPM chase. EC formed but not consultanted.

I can't ask you to rule against the low but I would be happy if you would have asked what are reasons EC not Consulted.?

I hope that you would do right at the end.

Sincerely
Kishor V. Shah
6434 Drake Elm Drive
Sugar Land, TX 77479
Tel 281-565-4466.

Mailed to
Hon. Judge Mary Walrath
824 N. Market St, 5th Floor
Wilmington, DE 19801
302-252-2929