Jake Barrett
442 Consolata Av NW
Palm Bay, Fl 32907

Judge Mary Walrath
824 N. Market St.
5th floor
Wilmington, Delaware 19801

Dear Judge Mary,
I wrote you a letter and I wrote one to Jamee Dimon. Why doesn't Jamie want to give me a fair price for my Wamu shares? I asked him.
I told him I earned money washing cars and cutting lawns. I have money in his Bank and in my custodial account. I invested in Wamu shares.
All I want from Jamie is a fair price. Like he paid to Bear Sterns.
I hope you can help me get a fair price for my shares of Wamu Bank Shares common shares. I don't think I'll buy any more and just keep my money in the bank, because I might lose it all.
I wanted to buy Star Wars toys, but my Dad told me to save it.

over

I think I would rather have Star Wars action figures Clone troopers.

My Dad said to write to you and to Jamie Dimon, because I care. So I did.

Thank you for helping me to get a fair price for my Wamu shares.

love,
Jake