RECEIVED / FILED
MAR 16 2010
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

The Honorable Judge Mary Walrath,

I am a share holder in Washington Mutual and I am appalled at the proposed settlement that was announced on Friday March 12th by Brian Rosen. I am very disappointed that such a settlement was created without the input of the equity committee. Further, I question the timing of the settlement. Given that the equity committee recently requested a shareholder meeting to be held to elect a new board of directors, I feel this proposal is a desperate attempt to end the lawsuits quickly at the expense of the equity shareholders. I strongly believe that WMI is the rightful owner of its $4 billion deposit and the combined $5.6 billion tax refund. This is especially true, given that WMI was the entity that originally deposited the $4 billion in the account and is due the $5.6 billion in taxes. It is incomprehensible that JPM or the FDIC should be given any of these funds. Additionally, the settlement of tens of billions of dollars in lawsuits for $0.00 is unacceptable given the amount of information that has come out recently in court documents and the news regarding potential wrong doings by JP Morgan and governmental agencies.

As a wronged party in this bankruptcy I feel it is my responsibility to express my fondest wish for open and transparent court hearings so that justice can be served to the American people.

Sincerely,

NGHIA TRAN



RECEIVED / FILED
MAR 16 2010
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

NGHIA TRAN
8029 TORINO
STANTON, CA 90680

Honorable Judge Mary Walrath
824 North Market Street
5th Floor
Wilmington, DE 19801
302-252-2929

In re Washington Mutual, Inc., Case No. 08-12229 (MFW)
United States Bankruptcy Court, District of Delaware

I am submitting the enclosed letter for your review. Please include the enclosed letter in the docket of Case No. 08-12229 Washington Mutual, Inc.

Thank you,

NGHIA TRAN