March 15, 2010

RECEIVED / FILED

MAR 16 2010

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

The Honorable Judge Mary Walrath,

I am a share holder in Washington Mutual and I am appalled at the proposed settlement that was announced on Friday, March 12th, by Brian Rosen. I am very disappointed that such a settlement was created without the input of the equity committee. Further, I question the timing of the settlement. Given that the equity committee recently requested a shareholder meeting to be held to elect a new board of directors, I feel this proposal is a desperate attempt to end the lawsuits quickly at the expense of the equity shareholders. I strongly believe that WMI is the rightful owner of its $4 billion deposit and the combined $5.6 billion tax refund. This is especially true, given that WMI was the entity that originally deposited the $4 billion in the account and is due the $5.6 billion in taxes. It is incomprehensible that JPM or the FDIC should be given any of these funds. Additionally, the settlement of tens of billions of dollars in lawsuit for $0.00 is unacceptable given the amount of information that has come out recently in court documents and the news regarding potential wrong doings by JP Morgan and government agencies.

As a wronged party in this bankruptcy I feel it is my responsibility to express my fondest wish for open and transparent court hearings so that justice can be served to the American people.

Sincerely,

Sharon Albert

**MIKE AND SHARON ALBERT**
**2212 GLADE RD.**
**COLLEYVILLE, TX 76034**

March 15, 2010

RECEIVED / FILED
MAR 16 2010
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Judge Mary Walrath
824 North Market Street
5th Floor
Wilmington, DE 19801

RE: Washington Mutual, Inc. Case No. 08-12229 (MFW)
United States Bankruptcy court, District of Delaware

I am submitting the enclosed letter for your review. Please include the enclosed letter in the docket of Case No. 08-12229 Washington Mutual, Inc.

Sincerely,

Sharon Albert