## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WASHINGTON MUTUAL, INC., et al.,[1] | Case No. 08-12229 (MFW) |
| Debtors. | (Jointly Administered) |
| | RE: D.I. 2501 |

### BLACK HORSE CAPITAL MANAGEMENT LLC'S RESPONSE IN SUPPORT OF THE EQUITY COMMITTEE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY

Black Horse Capital Management LLC ("Black Horse"), by and through its undersigned counsel, hereby files this response in support of the *Motion for Summary Judgment, or In the Alternative, for Relief from the Automatic Stay* filed by the Official Committee of Equity Security Holders [Docket No. 2501] (the "Equity Committee" and "Equity Committee Motion").

1.  Black Horse is the holder of certain preferred "hybrid" equity securities of the above-captioned debtor and debtor-in-possession (the "Debtors") that are classified in Class 18, denominated the "REIT Series" (the "Hybrid Preferreds"), in the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code filed on March 26, 2010 [Docket no. 2622] (the "Plan").

2.  Black Horse believes that the shareholder meeting requested by the Equity Committee is in its best interests and in the best interests of the Debtors' estates as a whole. The Debtors have proposed a Plan that would provide no return on its equity securities, but provides the maximum amount of post-petition interest available to unsecured creditors, requests

---

[1] The Debtors in these chapter 11 cases together with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

impermissible releases for the Debtors' current and former management and preserves all future value for creditors already being paid in full.

3. The Debtors' equity security holders have been ignored in the negotiation of this agreement despite repeated requests and the appointment of the Equity Committee over the objection of creditors and the Debtors management. Black Horse believes that the best means for equity holders to communicate their opposition to the process and strategic direction of management purportedly acting for their benefit is through the calling of a shareholder meeting with all deliberate speed. Numerous shareholders have filed letters with the Court expressing similar concerns regarding these negotiations and these letters highlight the need to provide a forum to address their concerns. As stated in the documents filed by the Equity Committee and the Equity Committee Motion, Washington law provides shareholders with the right to call a meeting under these circumstances.

4. On information and belief, the Equity Committee Motion is also supported by other holders of Hybrid Preferreds, including, without limitation, more than $900 million (out of $4 billion) of Hybrid Preferreds managed by Black Horse, Pine River Capital Management LP, Scoggin Capital Management LP, The Visium Funds, VR Global Partners L.P., Whitebox Advisors and others.

WHEREFORE, Black Horse hereby requests that the Equity Committee Motion be granted and the automatic stay be lifted such that a shareholder's meeting may be noticed and held as soon as possible, in accordance with the request by the Equity Committee.

Dated: March 30, 2010

Ian Connor Bifferato (#3273)
Thomas F. Driscoll III (#4703)
Kevin G. Collins (#5149)
J. Zachary Haupt (#5344)
Bifferato LLC
800 N. King Street
P.O. Box 2165
Wilmington, Delaware 19899-2165
Telephone: (302) 225-7600
Facsimile: (302) 254-5383

-and-

David F. Heroy
Carmen H. Lonstein
Andrew P.R. McDermott
Ethan F. Ostrow
Baker & McKenzie LLP
One Prudential Plaza
130 East Randolph Street, Suite 3500
Chicago, Illinois 60601
Telephone: (312) 861-8000
Facsimile: (312) 698-2370

Counsel to Black Horse Capital Management LLC