IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| WASHINGTON MUTUAL, INC, *et al.*, ) | Case No. 08-12229 (MFW) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 3088

PLEASE TAKE NOTICE that Proof of Claim No. 3088 filed by the Federal Home Loan Mortgage Corporation ("Freddie Mac") on March 31, 2009, is hereby withdrawn.

Dated: April 1, 2010
       Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By:  /s/ J. Cory Falgowski
J. Cory Falgowski (No. 4546)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: 302-778-7500
Facsimile: 302-778-7575
E-mail: jfalgowski@reedsmith.com

and

Kenton W. Hambrick, Esquire
Associate General Counsel
Federal Home Loan Mortgage Corp.
8200 Jones Branch Drive
McLean, Virginia 22102
Telephone: (703) 903-2473

Counsel for Federal Home Loan Mortgage Corporation