IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> WASHINGTON MUTUAL, INC, *et al.,* ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br><br> Case No. 08-12229 (MFW) <br> Jointly Administered |

## CERTIFICATE OF SERVICE

I, J. Cory Falgowski, Esquire, do hereby certify that, on April 1, 2010, I caused a true and correct copy of the **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 3088** to be served upon the addressees listed below in the manners indicated.

**VIA FIRST CLASS MAIL**
Mark D. Collins, Esquire
Richards Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
David B. Stratton, Esquire
David M. Fournier, Esquire
Evelyn J. Meltzer, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Joseph McMahon, Esquire
The Office of The United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Scott L. Alberino, Esquire
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036

**VIA FIRST CLASS MAIL**
Marcia L. Goldstein, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

**VIA FIRST CLASS MAIL**
Fred S. Hodara, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

By: /s/ J. Cory Falgowski
     J. Cory Falgowski (No. 3951)