# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x
:
*In re:*                                       :          **Chapter 11**
:
**WASHINGTON MUTUAL, INC., et al.,**[1]        :          **Case No. 08-12229 (MFW)**
:
:          **(Jointly Administered)**
**Debtors.**                          :
:
-------------------------------------------------------x
-------------------------------------------------------x
**OFFICIAL COMMITTEE OF**                      :
**EQUITY SECURITY HOLDERS**                    :
:
**Plaintiff,**                                 :
:
**v.**                                         :          **Adversary Proc. No. 10-50731 (MFW)**
:
**WASHINGTON MUTUAL, INC.,**                   :
:
**Defendant**                                  :
-------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON APRIL 6, 2010 AT 2:00 P.M. (EDT)

I.      **CONTINUED/RESOLVED MATTERS:**

    1.      Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1087; filed 5/29/09]

       Objection Deadline: June 22, 2009 at 4:00 p.m. (EDT)

       Objections/Responses Received:

       A.      Schindler Family Trust's Response to Debtors' First Omnibus Objection to Claims [Docket No. 1190; filed 6/22/09]

---

[1]  The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

Related Documents:

i.    Amendment to Notice of Debtors' Omnibus Objections to Claims [Docket No. 1177; filed 6/18/09]

ii.   Notice of Submission of Proofs of Claims Relating to Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1292; filed 7/13/09]

iii.  Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1364; filed 7/22/09]

iv.   Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1368; filed 7/22/09]

v.    Order Granting Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1469; filed 8/10/09]

vi.   Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

Status: This hearing on this matter is continued to the omnibus hearing scheduled for April 21, 2010 at 11:30 a.m. (EDT). The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit A.

2.    Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1233; filed 6/26/09]

Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received: None.

Related Documents:

i.    Notice of Submission of Proof of Claim Relating to Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1294; filed 7/13/09]

ii.   Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

iii.  Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Objection to Claims [Docket No. 1366; filed 7/22/09]

iv.   Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

v.    Order Granting Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1466; filed 8/10/09]

vi.  Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

vii.  Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

Status:  This hearing on this matter is continued a date to be determined. The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit B.

3.  Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1234; filed 6/26/09]

Objection Deadline:  July 16, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.  Response by John S. Pereira as Chapter 11 Trustee of Maywood Capital Corp., et. al in Opposition to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1314; filed 7/15/09]

Related Documents:

i.  Notice of Submission of Copies of Proofs of Claims Relating to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1295; filed 7/13/09]

ii.  Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

iii.  Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Objection to Claims [Docket No. 1366; filed 7/22/09]

iv.  Notice of Withdrawal re: Docket No. 1364 and 1365 [Docket No. 1367; filed 7/22/09]

v.  Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

vi.  Declaration of Rishi Jain in Further Support of Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1388; filed 7/27/09]

vii.  Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1467; filed 8/10/09]

viii.  Debtors' Reply to Response and Opposition of MSG Media to Debtors' Sixth Omnibus Claims Objection [Docket No. 1482; filed 8/12/09]

3

ix. Debtors' Omnibus Reply to Responses to Debtors' First, Fifth, Sixth, Eighth and Ninth Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

x. Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

xi. Second Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1579; filed 9/3/09]

xii. Supplemental Briefing of MSG Media in Connection with Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1599; filed 9/9/09]

xiii. Debtors' Memorandum of Law in Further Support of Their Sixth Omnibus Objection to Claims with Respect to Proof of Claim Number 1841, Filed by MSG Media, A Division of Madison Square Garden, L.P. [Docket No. 1600; filed 9/9/09]

Status: This hearing on this matter is continued to the omnibus hearing scheduled for April 21, 2010 at 11:30 a.m. (EDT). The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit C.

4. Plaintiffs' Buus et al. Motion for Relief from the Automatic Stay [Docket No. 1568; filed 9/1/09]

Objection Deadline: October 21, 2009 at 4:00 p.m. (EDT); extended to January 11, 2010

Objections/Responses Received:

A. Debtors' Objection to Movants' Buus et al. Motion for Relief from the Automatic Stay [Docket No. 1942; filed 11/25/09

B. Response of JPMorgan Chase Bank, National Association to Debtors' Objection to Movants' Buus et al. Motion for Relief from the Automatic Stay [Docket No. 1985; filed 12/10/09]

Related Documents:

i. Notice of Rescheduled Hearing on Motion [Docket No. 1944; filed 11/30/09]

Status: This hearing on this matter is continued to the omnibus hearing scheduled for April 21, 2010 at 11:30 a.m. (EDT).

5. Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1701; filed 10/7/09]

Objection Deadline: October 21, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.      Objection of JPMorgan Chase Bank, N.A. to the Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1746; filed 10/21/09]

Related Documents: None.

Status: This hearing on this matter is continued to the omnibus hearing scheduled for April 21, 2010 at 11:30 a.m. (EDT).

6.      Debtors' Sixteenth Omnibus (Substantive) Objection to Claims [Docket No. 1911; filed 11/18/09]

Objection Deadline: December 7, 2009 at 4:00 p.m. (EST)

Objections/Responses Received: None.

Related Documents:

i.      Notice of Submission of Claims [Docket No. 1958; filed 12/4/09]

ii.     Order Granting Debtors' Sixteenth Omnibus (Substantive) Objection to Claims [Docket No. 2035; filed 12/18/09]

Status: This hearing on this matter is continued to the omnibus hearing scheduled for April 21, 2010 at 11:30 a.m. (EDT) with respect to the claim filed by Relizon Company (Claim No. 3293). The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit D.

7.      Motion of Debtors Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) for Approval of Settlements with Old Republic Insurance Company, Zurich American Insurance Company and JPMorgan Chase Bank, N.A. [Docket No. 2082; filed 1/4/2010]

Objection Deadline: January 19, 2010 at 4:00 p.m. (EST)

Objections/Responses Received: None.

Related Documents: None.

Status: This hearing on this matter is continued to the omnibus hearing scheduled for April 21, 2010 at 11:30 a.m. (EDT).

8.  Debtors' Objection to Proof of Claim Filed by Egencia LLC (Claim No. 3678) [Docket No. 2083; filed 1/4/2010]

    Objection Deadline: January 18, 2010 at 4:00 p.m. (EST)

    Objections/Responses Received: None.

    Related Documents:

    i.  Notice of Submission of Claims Regarding Debtors' Objection to Proof of Claim Filed by Egencia LLC (Claim No. 3678) [Docket No. 2146; filed 1/14/2010]

    Status: This hearing on this matter is continued to the omnibus hearing scheduled for April 21, 2010 at 11:30 a.m. (EDT).

9.  Debtor's Nineteenth Omnibus (Substantive) Objection to Claims (Litigation Claims) [Docket No. 2087; filed 1/5/2010]

    Objection Deadline: January 25, 2010 at 4:00 p.m. (EST)

    Objections/Responses Received:

    A.  Response to Debtors Nineteenth Omnibus (Substantive) Objection to Claims filed by Silas and Barbara Wrigley [Docket No. 2202; filed 1/22/2010]

    B.  Response to Debtors Nineteenth Omnibus (Substantive) Objection to Claims filed by Bert and Linda Barber [Docket No. 2204; filed 1/22/2010]

    C.  Response to Debtors Nineteenth Omnibus (Substantive) Objection to Claims filed by Lisa Costantino [Docket No. 2211; filed 1/25/2010]

    D.  Response to Debtors Nineteenth Omnibus (Substantive) Objection to Claims filed by Richard McCord, Chapter 7 Trustee for Yandoli Foods [Docket No. 2216; filed 1/25/2010]

    E.  Response to Debtors Nineteenth Omnibus (Substantive) Objection to Claims filed by Law Offices of Charles Nathan Regarding Claimant Melissa Gonell [Docket No. 2217; filed 1/25/2010]

    F.  Response to Debtors Nineteenth Omnibus (Substantive) Objection to Claims filed by Ernest J. Ciccotelli [Docket No. 2218; filed 1/25/2010]

    Related Documents:

    i.  Notice of Submission of Proof of Claim Regarding Debtor's Nineteenth Omnibus (Substantive) Objection to Claims (Litigation Claims) [Docket No. 2147; filed 1/14/2010]

ii.  Debtor's Omnibus Reply to Responses to Debtors Nineteenth (19th) Omnibus (Substantive) Objection to Claims [Docket No. 2308; filed 2/2/2010]

iii.  Order Granting Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [Docket No. 2321; filed 2/5/2010]

iv.  Order (CORRECTED) Granting Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [Docket No. 2494; filed 3/11/2010]

Status: This hearing on this matter is continued to the omnibus hearing scheduled for April 21, 2010 at 11:30 a.m. (EDT). The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit E.

10.  Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [Docket No. 2310; filed 2/2/2010]

Objection Deadline: February 16, 2010 at 4:00 p.m. (EST)

Objections/Responses Received:

A.  Response Filed by Wellborn Cabinet Inc. [Docket No. 2365; filed 2/16/2010]

B.  Response Filed by Hovanes John and Linda Reed Bekeredjian [Docket No. 2391; filed 2/16/2010]

Related Documents:

i.  Notice of Submission of Proof of Claim Regarding Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [Docket No. 2382; filed 2/18/2010]

ii.  Order Granting Debtors Twenty-First Omnibus (Substantive)Objection to Claims [Docket No. 2458; filed 3/4/2010]

Status: This hearing on this matter is continued to the omnibus hearing scheduled for April 21, 2010 at 11:30 a.m. (EDT). The individual status of each remaining claim subject to this matter is listed on the attached Exhibit G.

11.  The Official Committee of Equity Security Holders' Motion for Summary Judgment, or in the Alternative, for Relief from the Automatic Stay [Docket No. 2501; filed 3/11/2010]

Objection Deadline: March 30, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.     Black Horse Capital Management LLC's Response in Support of the Equity Committee's Motion for Summary Judgment, or in the Alternative, for Relief from the Automatic Stay [Docket No. 2738; filed 3/30/2010]

Related Documents:

i.     Memorandum of Law of the Official Committee of Equity Security Holders in Supports of Its Motion for Summary Judgment, or in the Alternative, for Relief from the Automatic Stay [Docket No. 2502; filed 3/11/2010]

Status: This hearing on this matter is continued to the omnibus hearing scheduled for April 21, 2010 at 11:30 a.m. (EDT).

## II.     UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:

12.     Supplemental Motion of Debtors Pursuant to Section 362 of the Bankruptcy Code for Order Modifying Automatic Stay to Allow Advancement Under Insurance Policies Regarding the Department of Labor Subpoenas [Docket No. 2473; filed 3/5/2010]

Objection Deadline:  March 19, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:  None.

Related Documents:

i.     Certification of No Objection Regarding Supplemental Motion of Debtors Pursuant to Section 362 of the Bankruptcy Code for Order Modifying Automatic Stay to Allow Advancement Under Insurance Policies Regarding the Department of Labor Subpoenas [Docket No. 2606; filed 3/23/2010]

Status: On March 23, 2010, the Debtors filed a certification of no objection with respect to this matter.  Accordingly, no hearing on this matter is necessary unless the Court has questions or concerns.

13.     Debtors' Motion for an Order Authorizing the Debtors to File Under Seal (A) Exhibits A, B, C, and D to the Motion of Washington Mutual, Inc. for an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving Settlement Agreements Between Washington Mutual, Inc. and Certain Employee Benefit Plan Participants and (B) Any Order Granting the Motion, as Entered by the Court [Docket No. 2536; filed 3/16/2010]

Objection Deadline:  March 29, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:  None.

Related Documents:

     i.     Certification of No Objection Regarding Debtors' Motion for an Order Authorizing the Debtors to File Under Seal (A) Exhibits A, B, C, and D to the Motion of Washington Mutual, Inc. for an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving Settlement Agreements Between Washington Mutual, Inc. and Certain Employee Benefit Plan Participants and (B) Any Order Granting the Motion, as Entered by the Court [Docket No. 2779; Filed 4/1/10]

Status: On April 1, 2010, the Debtors filed a certification of no objection with respect to this matter. Accordingly, no hearing on this matter is necessary unless the Court has questions or concerns.

14.    Motion of Washington Mutual, Inc. for an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving Settlement Agreements Between Washington Mutual, Inc. and Certain Employee Benefit Plan Participants [Docket No. 2537; filed 3/16/2010]

Objection Deadline: March 29, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received: None.

Related Documents:

     i.     Certification of No Objection Regarding Motion of Washington Mutual, Inc. for an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving Settlement Agreements Between Washington Mutual, Inc. and Certain Employee Benefit Plan Participants [Docket No. 2780; filed 4/1/2010]

Status: On April 1 2010, the Debtors filed a certification of no objection with respect to this matter. Accordingly, no hearing on this matter is necessary unless the Court has questions or concerns.

## III.    UNCONTESTED MATTERS GOING FORWARD:

15.    Application Pursuant to Fed. R. Bankr. P 2014(a) for Order Under Section 1103 of the Bankruptcy Code Authorizing the Employment and Retention of Peter J. Solomon Company, as Financial Advisor and Consulting Expert to the Official Committee of Equity Security Holders *Nunc Pro Tunc* to February 12, 2010 [Docket No. 2448; filed 3/2/2010]

Objection Deadline: March 30, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received: None.

Related Documents: None.

Status: This hearing on this matter is going forward.

16.     Application for an Order Pursuant to 11 U.S.C. §§ 328, 330 and 1103 and Fed. R. Bankr. P. 2014 Authorizing the Retention and Employment of Ashby & Geddes, P.A. as Delaware Counsel to the Official Committee of Equity Security Holders of Washington Mutual, Inc., et al. *Nunc Pro Tunc* to March 4, 2010 [Docket No. 2523; filed 3/15/2010]

Objection Deadline:  March 30, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:  None.

Related Documents:  None.

Status: This hearing on this matter is going forward.

## IV.     CONTESTED MATTERS GOING FORWARD:

17.     Debtors' (20th) Omnibus (Substantive) Objection to Claims [Docket No. 2205; filed 1/22/2010]

Objection Deadline:     February 5, 2010 at 4:00 p.m. (EST);
                        extended to March 5, 2010 at 5:00 p.m. (EST);
                        Reply to Responses Deadline is 3/26/2010 at 5:00 p.m. (EDT)

Objections/Responses Received:

A.      Joinder of the Official Committee of Unsecured Creditors of Washington Mutual, Inc., et al. to the Debtors' Twentieth (20th) Omnibus (Substantive) Objection to Claims [Docket No. 2278; filed 2/1/2010]

B.      The WMB Noteholders' Response and Opposition to the Legal Issues Set Forth in Debtors' Corrected Twentieth (20th) Omnibus (Substantive) Objection to Claims [Docket No. 2466; filed 3/5/2010]

C.      Preliminary Response of Paulson & Co. Inc. to the Debtors' Twentieth (20th) Omnibus (Substantive) Objection to Claims [Docket No. 2467; filed 3/5/2010]

D.      JPMorgan Chase Bank, National Association's Response to Debtors' Twentieth (20th) Omnibus (Substantive) Objection to Claims [Docket No. 2468; filed 3/5/2010]

E.      The Bank Bondholders' Preliminary Response to the Legal Issues Set Forth in the Debtors' Twentieth (20th) Omnibus (Substantive) Objection to Claims [Docket No. 2469; filed 3/5/2010]

F.      Preliminary Response of the WMB Noteholder Group Participants to the Debtors' Twentieth (20th) Omnibus (Substantive) Objection to Claims [Docket No. 2470; filed 3/5/2010]

G. Limited Objection and Reservation of Rights to the FDIC, as Receiver in Response to the Debtors' Twentieth Omnibus (Substantive) Objection to Claims [Docket No. 2480; filed 3/8/2010]

Related Documents:

i. Notice of Corrected Debtors' Twentieth Omnibus (Substantive) Objection to Claims [Docket No. 2327; filed 2/5/2010]

ii. Notice of Corrected Hearing Date with Respect to Debtors' Twentieth Omnibus (Substantive) Objection to Claims [Docket No. 2335; filed 2/8/2010]

iii. Notice of Submission of Proof of Claim Regarding Debtors' Twentieth (20th) Omnibus (Substantive) Objection to Claims [Docket No. 2381; filed 2/18/2010]

iv. Notice of Amended Exhibit and Continued Hearing Date with Respect to Debtors' Twentieth Omnibus (Substantive) Objection to Claims and Thereto [Docket No. 2446; filed 3/1/2010]

v. Declaration of Nancy L. Manzer in Support of the Bank Bondholders' Preliminary Response to the Legal Issues Set Forth in Debtors' Twentieth (20th) Omnibus (Substantive) Objection to Claims [Docket No. 2471; filed 3/5/2010]

Status: This hearing on this matter is going forward with respect to the legal issues. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit F.

Dated: April 1, 2010
     Wilmington, Delaware

Respectfully submitted,

_____

Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Lee E. Kaufman (No. 4877)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*