# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>WASHINGTON MUTUAL, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-12229 (MFW)<br>Jointly Administered |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 2480 SOLELY AS TO PAULSON & CO. INC.

PLEASE TAKE NOTICE that Paulson & Co. Inc. ("Paulson"), by and through its undersigned counsel, hereby withdraws the proof of claim dated March 27, 2009 filed against the above-captioned debtors (the "Proof of Claim") [Claim No. 2480] solely as to Paulson. The Proof of Claim was a consolidated claim filed on behalf of Paulson and other similar holders for convenience and nothing in this notice of withdrawal shall be construed to affect the Proof of Claim as to any other holders.

Dated: April 5, 2010

PAULSON & CO. INC.,

By its attorneys:

_____
SAUL EWING LLP
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840

-AND-

ROPES & GRAY LLP
D. Ross Martin
Andrew G. Devore
One International Place
Boston, MA 02110
(617) 951-7000

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Washington Mutual, Inc. ("WMI") (3725) and WMI Investment Corp. ("WMI Investment," and together with WMI, the "Debtors") (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington.

591864.1 4/5/10