## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) | Chapter 11 |
| WASHINGTON MUTUAL, INC., et al.,[1] |  | Case No. 08-12229 (MFW) |
| Debtors. |  | (Jointly Administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, effective March 30, 2010, the law firm of Dewey &
LeBoeuf LLP hereby enters its appearance as proposed counsel for the Official Committee of
Equity Security Holders of Washington Mutual, Inc., *et al.* (the "Equity Committee"), and the
law firm of Venable LLP, hereby withdraws its appearance as counsel for the Equity Committee,
and the Equity Committee hereby requests, pursuant to Rules 2002, 3017 and 9007 of the
Federal Rules of Bankruptcy Procedure and §1109 of the Bankruptcy Code, that copies of all
notices and pleadings given or filed in these cases be given and served upon the following
persons at the addresses, telephone numbers and e-mail addresses indicated below:

> Martin J. Bienenstock, Esquire
> Judy G.Z. Liu, Esquire
> Irena M. Goldstein, Esquire
> DEWEY & LEBOEUF LLP
> 1301 Avenue of the Americas
> New York, New York 10019-6092
> Telephone: (212) 259-8000
> Facsimile: (212) 259-6333
> *mbienenstock@dl.com*
> *jliu@dl.com*
> *igoldstein@dl.com*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Washington Mutual, Inc. (3725) and WMI Investment Corp. (5396). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

Dated: April 6, 2010

**ASHBY & GEDDES, P.A.**

William P. Bowden (No. 2553)
Gregory A. Taylor (No. 4008)
Benjamin Keenan (No. 4724)
Stacy L. Newman (No. 5004)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: 302-654-1888
Facsimile: 302-654-2067

-and-

**DEWEY & LEBOEUF LLP**
Martin J. Bienenstock
Judy G.Z. Liu
Irena M. Goldstein
1301 Avenue of the Americas
New York, New York 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

*Proposed Co-Counsel to the Official Committee of Equity
Security Holders of Washington Mutual, Inc., et al.*

-and-

**VENABLE LLP**

Jorian L. Rose
1270 Avenue of the Americas
New York, NY 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
jlrose@venable.com

Gregory A. Cross
750 East Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 244-7400
Facsimile: (410) 244-7742
gacross@venable.com