# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

---

*In re*

WASHINGTON MUTUAL, INC., et al.,[1]

Debtors.

---

Chapter 11

Case No. 08-12229 (MFW)

(Jointly Administered)

Hearing Date: April 21, 2010 at 11:30 a.m.
Submission Deadline: April 19, 2010 at 5:00 p.m.

## NOTICE OF (A) REQUIRED COMPLIANCE WITH PROVISIONS OF BANKRUPTCY RULE 2019(a) AND (B) HEARING TO SHOW CAUSE WHY SANCTIONS OR LIMITATIONS PURSUANT TO BANKRUPTCY RULE 2019(b) OR OTHERWISE SHOULD NOT BE IMPOSED

NOTICE IS HEREBY GIVEN that, (a) in accordance with the Court's directive of April 6, 2010 (the "Directive"), and (b) consistent with the Court's Opinion, dated December 2, 2009 [Docket No. 1952] (the "Opinion"), on or prior to April 19, 2010 at 5:00 p.m., every entity or committee representing more than one creditor or equity security holder in the above-referenced chapter 11 cases shall file a verified statement (the "Statement") with the Clerk of the Bankruptcy Court consistent with the provisions of Rule 2019(a) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), including, without limitation, setting forth (1) the amount of claims or equity interests owned by the entity or the members of the committee (including claims against Washington Mutual Bank which form the basis of alleged claims against Washington Mutual, Inc. ("WMI")), (2) the date on which any such claims or equity interests were acquired, (3) the amounts paid therefor and (4) the date of any sales or other dispositions thereof and the amounts received in connection therewith.

NOTICE IS HEREBY FURTHER GIVEN that, to the extent that a Statement includes claims or equity interests which were the subject of a proof of claim filed with the Court on or prior to March 31, 2009, such Statement must reflect which (a) claims (including the amounts thereof) or equity interests were the subject of such proof of claim, and (b) claims (including the amounts thereof) or equity interests were not the subject of such proof of claim.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

NOTICE IS HEREBY FURTHER GIVEN that each Statement must be served upon (a) Weil, Gotshal & Manges LLP, attorneys for WMI, 767 Fifth Avenue, New York, New York 10153, Attn: Brian S. Rosen, Esq., (b) Akin, Gump, Strauss, Hauer & Feld LLP, attorneys for the Creditors' Committee, One Bryant Park, New York, New York 10036, Attn: Fred S. Hodara, Esq., and (c) Dewey LeBeouf, LLP, attorneys for the Equity Committee, 1301 Avenue of the Americas, New York, New York 10019, so as to be received by 5:00 p.m. (EDT), on April 19, 2010.

NOTICE IS HEREBY FURTHER GIVEN that, in accordance with the Directive, any entity or committee representing more than one creditor or equity security holder that fails to file a Statement consistent with the provisions of Bankruptcy Rule 2019(a) and the Opinion, is required to appear before the Honorable Mary F. Walrath, United States Bankruptcy Judge, Fifth Floor, Courtroom Number 4, of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware on April 21, 2010, at 11:30 a.m., to show cause why the Court should not impose sanctions or limitations pursuant to Bankruptcy Rule 2019(b) or otherwise.

Dated: April 9, 2010
Wilmington, Delaware

By: /s/
Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS TO THE DEBTORS AND DEBTORS IN POSSESSION