IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | ) | |
|---|---|---|
| | ) | Chapter 11 |
| WASHINGTON MUTUAL, INC., et al., | ) | Case No. 08-12229 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## VERIFIED STATEMENT OF PHILLIPS, GOLDMAN & SPENCE, P.A. PURSUANT TO BANKRUPTCY RULE 2019

TO ALL PARTIES:

Phillips, Goldman & Spence, P.A. hereby makes the following verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. Phillips, Goldman & Spence, P.A. has been retained to represent Various former employees of Washington Mutual, Inc. in the above-captioned chapter 11 cases. The names and contact addresses of these creditors ("Creditors") are set forth below:

| | **Claimant** | **Type of Claim** | **Amount** |
|---|---|---|---|
| a. | Todd H. Baker<br>c/o Stephen W. Spence, Esquire<br>1200 North Broom Street<br>Wilmington, DE 19806 | Employee and<br>Retirement benefits | $3,109,450.51<br>plus unliquidated<br>Amount for<br>indemnification |
| b. | John P. McMurray<br>c/o Stephen W. Spence, Esquire<br>1200 North Broom Street<br>Wilmington, DE 19806 | Employee and<br>Retirement benefits | $5,006,450<br>plus unliquidated<br>Amount for<br>indemnification |
| c. | Debora D. Horvath<br>c/o Stephen W. Spence, Esquire<br>1200 North Broom Street<br>Wilmington, DE 19806 | Employee and<br>Retirement benefits | $6,208,184<br>plus unliquidated<br>Amount for<br>indemnification |
| d. | David Schneider<br>c/o Stephen W. Spence, Esquire<br>1200 North Broom Street<br>Wilmington, DE 19806 | Employee and<br>Retirement benefits | $7,741,711<br>plus unliquidated<br>Amount for<br>indemnification |

| Claimant | Type of Claim | Amount |
|---|---|---|
| e. Thomas W. Casey<br>c/o Stephen W. Spence, Esquire<br>1200 North Broom Street<br>Wilmington, DE 19806 | Employee and Retirement benefits | $8,836,782 plus unliquidated Amount for indemnification |
| f. Al Brooks<br>c/o Stephen W. Spence, Esquire<br>1200 North Broom Street<br>Wilmington, DE 19806 | Employee and Retirement benefits | $3,759,741 plus unliquidated Amount for indemnification |

2. As of the Petition Date, each of the Creditors held wage and benefit claims.

3. As of the Petition Date, each of the Creditors were formerly engaged in pre-petition relationships with one or more of the Debtors.

PHILLIPS, GOLDMAN & SPENCE, P.A.

STEPHEN W. SPENCE, ESQUIRE (#2033)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210

Date: April 19, 2010