IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>WASHINGTON MUTUAL, INC., *et al.*,<br><br>Debtors. | :<br>:<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No.: 08-12229 (MFW)<br><br>(Jointly Administered) |

## AMENDED VERIFIED STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019 BY MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Montgomery, McCracken, Walker & Rhoads, LLP ("MMW&R") hereby submits this Amended Verified Statement and represents as follows:

1. MMW&R currently represents the following individual clients (the "Clients") in the above-captioned bankruptcy cases:

    a.    Geoffrey G. Olsen
            24407 Cross Street
            Newhall, CA 01321

    b.    Kari Noomen
            P.O. Box 8859
            South Lake Tahoe, CA 96158

    c.    Donald T. Cook
            839 NW 165th Street
            Shoreline, WA 98177

    d.    Kevin J. McDonough
            240 San Leandro Way
            San Francisco, CA 94127

    e.    Dottie Jensen
            5235 Avenida de Amor
            Yorba Linda, CA 92886

2. The Clients were employees of Home Savings of America, FSB ("Home Savings") until it merged into Washington Mutual Bank, FA ("WM Bank") on October 3, 1998 at which time the Clients became employees of WM Bank. As employees of Home Savings and thereafter of WM Bank, the Clients were enrolled in various deferred compensation plans as plan participants ("Plan Participants") including (a) the Capital Accumulation Plan of H.F. Ahmanson & Company; (b) the Loan Elective Deferred Compensation Plan of HFA; (c) the Loan Consultant Capital Accumulation Plan of HFA; and (d) the 1989 Contingent Deferred Compensation Plan of HFA (collectively, the "HFA Plans").

3. As Plan Participants, each of the Clients holds claims for payment of wages, salary, and bonuses deferred under the HFA Plans in varying amounts aggregating over $3 million plus accrued and earned interest thereon as follows: Mr. Olsen ($445,338); Ms. Noomen ($1,834,000); Ms. Jenson ($206,950.45); Mr. McDonough ($202,000); and Mr. Cook ($129,950).

4. The terms of MMW&R's engagement for each of these Clients is set forth in separate engagement letters, which will not be filed with the Court due to confidentiality concerns, but will be available from MMW&R.

5. MMW&R does not hold any claim against, or own any interest in, the Debtors nor has it at any time held any such claim or owned any such interest.

6. To the extent necessary or required, MMW&R reserves the right to amend, modify, and/or supplement this verified statement under Federal Rule of Bankruptcy Procedure 2019.

7. I, Laurie A. Krepto, declare under penalty of perjury that I am an attorney at MMW&R and that I have spoken with the MMW&R attorneys responsible for each engagement,

-2-

2452066v1

and based on such discussions, that the foregoing statement is true and correct to the best of my knowledge, information and belief.

Dated: April 19, 2010
Wilmington, Delaware

Respectfully submitted,

MONTGOMERY, McCRACKEN, WALKER
 & RHOADS, LLP

*/s/ Laurie A. Krepto*
Laurie A. Krepto (DE No. 4109)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
(302) 504-7800
(302) 504-7820 (fax)
lkrepto@mmwr.com