GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10016
Telephone: (212) 351-4000
Facsimile: (212) 949-7606
Michael A. Rosenthal, Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**WASHINGTON MUTUAL, INC., et al.,**<br><br>**Debtors.** | Chapter 11<br><br>Case No. 08-12229 (MFW)<br><br>(Jointly Administered) |

### VERIFIED STATEMENT OF GIBSON, DUNN & CRUTCHER LLP
### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Gibson, Dunn & Crutcher LLP, a law firm which maintains its offices at 200 Park Avenue, New York, New York 10166, makes the following disclosure in connection with the chapter 11 cases (the "Cases") of Washington Mutual, Inc., and WMI Investment Corp.(the "Debtors"):

1. Gibson, Dunn & Crutcher LLP represents Morgan Stanley & Co., Incorporated., Goldman, Sachs & Co., and Credit Suisse Securities (USA) LLC, on behalf of a group of underwriters listed on Exhibit A attached hereto (collectively, the "Underwriters"), in connection with a consolidated multidistrict class action pending in the United States District Court for the Western District of Washington captioned In re Washington Mutual, Inc. Securities, Derivative & ERISA Litigation., Case No. 02:08-md-1919 (W.D. Wash.)(MJP) (the "Securities Litigation"). Gibson, Dunn & Crutcher LLP has also filed four proofs of claim on behalf of the Underwriters in the Debtors' Cases.

2. Gibson, Dunn & Crutcher LLP represented Washington Mutual, Inc. in connection with certain tax matters prior to the Cases. The Debtors have requested that Gibson, Dunn & Crutcher LLP represent them in connection with the Cases.

3. Gibson, Dunn & Crutcher LLP has obtained the consent of the Debtors and the Underwriters to the representation set forth herein.

Dated: New York, New York
April 19, 2010

Respectfully submitted,

Michael A. Rosenthal
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

# EXHIBIT A

| | |
|---|---|
| Banc of America Securities LLC<br>One Bryant Park<br>New York, 10036 | Barclays Capital Inc.<br>200 Park Avenue<br>New York, NY 10166 |
| BNY Mellon Capital Markets, LLC<br>(f/k/a BNY Capital Markets, Inc.)<br>One Wall Street<br>11th Floor<br>New York, NY 10286 | Cabrera Capital Markets LLC<br>10 S. LaSalle St, Suite 1050<br>Chicago, IL 60603 |
| Citigroup Global Markets Inc.<br>388 Greenwich Street, 17th Floor<br>New York, NY 10013 | Credit Suisse Securities (USA) LLC<br>11 Madison Avenue<br>New York, New York, 10010 |
| Deutsche Bank Securities Inc.<br>60 Wall Street<br>New York, New York 10005 | Goldman, Sachs & Co.<br>One New York Plaza<br>85 Broad Street<br>New York, NY 10004 |
| J.P. Morgan Securities Inc.<br>270 Park Avenue<br>New York, New York 10017 | Keefe, Bruyette & Woods, Inc.<br>787 Seventh Avenue<br>New York, NY 10019 |
| Lehman Brothers Inc.<br>745 Seventh Avenue<br>New York, New York 10019 | Morgan Stanley & Co. Incorporated<br>1585 Broadway<br>New York, New York, 10036 |
| RBS Securities Inc.<br>(f/k/a Greenwich Capital Markets, Inc.)<br>600 Steamboat Road<br>Greenwich, CT 06830 | Samuel A. Ramirez & Company, Inc.<br>61 Broadway<br>New York, New York 10006 |
| The Williams Capital Group, L.P.<br>650 Fifth Avenue,<br>11th Floor<br>New York, New York 10019 | UBS Securities LLC<br>1285 Avenue of the Americas<br>New York, New York, 10019 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WASHINGTON MUTUAL, INC., et al., | Case No. 08-12229 (MFW) |
| Debtors. | (Jointly Administered) |

## VERIFICATION OF STATEMENT OF GIBSON, DUNN & CRUTCHER LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

I, MICHAEL A. ROSENTHAL, a partner in Gibson, Dunn & Crutcher LLP, a law firm which maintains its offices at 200 Park Avenue, New York, New York, 10166, and which has made the attached statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Rule 2019 Statement"), declare under penalty of perjury that the Rule 2019 Statement is true and correct and that the filing of the Rule 2019 Statement on behalf of Gibson, Dunn & Crutcher LLP has been authorized.

April 19, 2010

                                                      Michael A. Rosenthal