IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WASHINGTON MUTUAL, INC., et al., | ) | Case No. 08-12229 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF ENTRY OF APPEARANCE**
**AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Schindler Cohen & Hochman LLP and King & Spalding LLP as counsel for Nantahala Capital Partners, LP and Blackwell Partners, LP (collectively, "**NCP**"), hereby enter their appearances pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

| | |
|---|---|
| SCHINDLER COHEN & HOCHMAN LLP | KING & SPALDING LLP |
| Jonathan L. Hochman, Esq. | Arthur J. Steinberg, Esq. |
| Daniel E. Shaw, Esq. | 1185 Avenue of the Americas |
| 100 Wall Street, 15th Floor | New York, New York 10036-4003 |
| New York, New York 10005 | (212) 556-2100 (tel) |
| (212) 277-6300 (tel) | (212) 556-2222 (fax) |
| (212) 277-6333 (fax) | asteinberg@kslaw.com |
| jhochman@schlaw.com | |
| dshaw@schlaw.com | |

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether

transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive NCP's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related thereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which NCP is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: April 19, 2010
New York, New York

SCHINDLER COHEN & HOCHMAN LLP

By: _____
Jonathan L. Hochman, Esq.
Daniel E. Shaw, Esq.
100 Wall Street, 15th Floor
New York, New York 10005
(212) 277-6300 (tel)
(212) 277-6333 (fax)
jhochman@schlaw.com
dshaw@schlaw.com

-and-

KING & SPALDING LLP
Arthur J. Steinberg, Esq.
1185 Avenue of the Americas
New York, New York 10036-4003
(212) 556-2100 (tel)
(212) 556-2222 (fax)
asteinberg@kslaw.com

*Counsel to Nantahala Capital Partners, LP and Blackwell Partners, LP*