# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                                           :
```
*In re:*                                     :        **Chapter 11**

                                             :
**WASHINGTON MUTUAL, INC., <u>et al.</u>,**[1]     :        **Case No. 08-12229 (MFW)**

                                             :        **(Jointly Administered)**

          **Debtors.**                              :

```
-----------------------------------------------------------x
-----------------------------------------------------------x
```
**OFFICIAL COMMITTEE OF**                     :
**EQUITY SECURITY HOLDERS**                   :

                                             :
**Plaintiff,**                               :

                                             :
**v.**                                       :        **Adversary Proc. No. 10-50731 (MFW)**

                                             :
**WASHINGTON MUTUAL, INC.,**                  :

                                             :
**Defendant**                                :
```
-----------------------------------------------------------x
-----------------------------------------------------------x
```
**UNION BANK, N.A.,**                         :

                                             :
**Plaintiff,**                               :

                                             :
**v.**                                       :        **Adversary Proc. No. 10-50788 (MFW)**

                                             :
**JPMORGAN CASE BANK, NATIONAL**              :
**ASSOCIATION, WASHINGTON MUTUAL,**           :
**INC., C.M. LIFE INSURANCE COMPANY,**        :
**AMERICAN INTERNATIONAL GROUP,**             :
**INC., PRINCIPAL FINANCIAL GROUP,**          :
**INC., MASSACHUSETTS MUTUAL LIFE**           :
**INSURANCE COMPANY, THOMAS**                 :
**ALEXANDERSON, MARIE ALLEVA,**               :
**ARTHUR ANDERSON, DOUGLAS**                  :
**BARZELAY, ARTHUR BASSIN, ARTHUR**           :
**BENNETT, JOHN BENT, RITA BLIGH,**           :
**JAMES BOLSTER, JENNE BRITELL,**             :

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

GENE BROOKS, JOHN BRULL, ANTHONY :
BURRIESCI, WILLIAM CANDEE, RICHARD :
COILLI, PAUL COLASANO, JUDSON :
CROOM, JAMES, DARAS, FRANK :
DeANGELO, J. EDWARD DIAMOND, :
THOMAS DUCCA, RAYMOND DURAND, :
CAROL ESKEW, MICHAEL GALLAGHER, :
VIRGINIA GOMO, JOHN HEIM, ANDREW :
HICKEY, JOSEPH JIANNETTO, DOUGLAS :
JOHNSON, JAMES KELLY, ROBERT :
KETTENMANN, EDWARD KRAMER, :
JOHN LACORAZZA, JAMES LARGE, :
RICHARD LIMARDO, PHYLLIS MARINO, :
JENESTA MARLIN, MURRAY MASCIS, :
RICHARD MAXSTADT, RICHARD MIRRO, :
JOHN MONAGHAN, WALTER MULLINS, :
CARLOS MUNOZ, ROBERT MURPHY, :
JOSEPH MYRTETUS, ABRAHAM OSSIP, :
RICHARD PARSONS, PEYTON :
PATTERSON, LAWRENCE PETERS, JOHN :
PETTIT, WILLIAM PHILLIPS, HAROLD :
REYNOLDS, EDWARD RUGGIERO, :
JOSEPH RUSSO, WILLIAM SCHULT, :
DONALD SCHWARTZ, NORMAN :
STAFFORD, ELLIS STALEY, DENNIS :
STARK, RICHARD TERZIAN, LAWRENCE :
TOAL, AMY RADIN, ROBERT TURNER, :
THOMAS VAN ARSDALE, JACK WAGNER, :
ROGER WILLIAMS, MARRY JEAN WOLF, :
and FRANKLIN WRIGHT :
                                       :
**Defendants.**                        :
---------------------------------------------------------------x

## NOTICE OF [CORRECTED] *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 21, 2010 AT 11:30 A.M. (EDT)

### I.      RESOLVED/CONTINUED MATTERS:

1.    Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1087; filed 5/29/09]

      Objection Deadline: June 22, 2009 at 4:00 p.m. (EDT)

      Objections/Responses Received:

---

[2] Amended/Added agenda items are noted in bold. The Amended Agenda that was filed on April 19, 2010 as Docket No 3539 cut off certain pages of Exhibit O. This Amended Agenda corrects the error.

A.   Schindler Family Trust's Response to Debtors' First Omnibus Objection to Claims [Docket No. 1190; filed 6/22/09]

Related Documents:

i.   Amendment to Notice of Debtors' Omnibus Objections to Claims [Docket No. 1177; filed 6/18/09]

ii.   Notice of Submission of Copies of Proofs of Claims Relating to Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1292; filed 7/13/09]

iii.   Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1364; filed 7/22/09]

iv.   Notice of Withdrawal [Docket No. 1367; filed 7/22/09]

v.   Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1368; filed 7/22/09]

vi.   Order Granting Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1469; filed 8/10/09]

vii.   Debtors' Omnibus Reply to Responses to Debtors' First (1st), Fifth (5th), Sixth (6th), Eighth (8th) and Ninth (9th) Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

viii.   Debtors' Reply to Response and Opposition of Schindler Family Trust to Debtors' First Omnibus Claims Objection [Docket No. 3498; filed 4/16/2010]

Status: This hearing on this matter is continued to the omnibus hearing scheduled for June 3, 2010 at 10:30 a.m. (EDT). The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit A.

2.   Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1233; filed 6/26/09]

Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.   Memorandum of Points and Authorization in Opposition to Debtor's Fifth Omnibus (Substantive) Objection to Claim [Docket No. 1331; filed 7/15/09]

Related Documents:

i.      Notice of Submission of Copies Proof of Claims Relating to Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1294; filed 7/13/09]

ii.     Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

iii.    Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Objection to Claims [Docket No. 1366; filed 7/22/09]

iv.     Notice of Withdrawal [Docket No. 1367; filed 7/22/09]

v.      Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

vi.     Order Granting Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1466; filed 8/10/09]

vii.    Debtors' Omnibus Reply to Responses to Debtors' First (1st), Fifth (5th), Sixth (6th), Eighth (8th) and Ninth (9th) Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

viii.   Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

ix.     Order (Second) Granting Debtors' Fifth Omnibus (Substantive) Objection To Claims [Docket No. 1826; filed 11/3/09]

Status: This hearing on this matter is continued a date to be determined. The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit B.

3.     Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1234; filed 6/26/09]

Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.     Response by John S. Pereira as Chapter 11 Trustee of Maywood Capital Corp., et al. in Opposition to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1314; filed 7/15/09]

B.     Supplemental Response by John S. Pereira as Chapter 11 Trustee of MayWood Capital Corp., et al. in Opposition to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1640; 9/23/09]

Related Documents:

i. Notice of Submission of Copies of Proofs of Claims Relating to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1295; filed 7/13/09]

ii. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

iii. Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Objection to Claims [Docket No. 1366; filed 7/22/09]

iv. Notice of Withdrawal re: Docket No. 1364 and 1365 [Docket No. 1367; filed 7/22/09]

v. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

vi. Declaration of Rishi Jain in Further Support of Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1388; filed 7/27/09]

vii. Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1467; filed 8/10/09]

viii. Debtors' Omnibus Reply to Responses to Debtors' First (1st), Fifth (5th), Sixth (6th), Eighth (8th)and Ninth (9th) Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

ix. Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

x. Second Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1579; filed 9/3/09]

xi. Third Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1827; filed 11/3/09]

Status: This hearing on this matter is continued to the omnibus hearing scheduled for May 5, 2010 at 10:30 a.m. (EDT). The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit C.

4. Plaintiffs' Buus et al. Motion for Relief from the Automatic Stay [Docket No. 1568; filed 9/1/09]

Objection Deadline: October 21, 2009 at 4:00 p.m. (EDT); extended to January 11, 2010

Objections/Responses Received:

A.    Debtors' Objection to Movants' Buus et al. Motion for Relief from the Automatic Stay [Docket No. 1942; filed 11/25/09]

B.    Response of JPMorgan Chase Bank, National Association to Debtors' Objection to Movants' Buus et al. Motion for Relief from the Automatic Stay [Docket No. 1985; filed 12/10/09]

<u>Related Documents:</u>

i.    Notice of Rescheduled Hearing on Motion [Docket No. 1944; filed 11/30/09]

<u>Status:</u> This hearing on this matter is continued to the omnibus hearing scheduled for May 5, 2010 at 10:30 a.m. (EDT).

5.    Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1701; filed 10/7/09]

<u>Objection Deadline:</u>  October 21, 2009 at 4:00 p.m. (EDT)

<u>Objections/Responses Received:</u>

A.    Objection of JPMorgan Chase Bank, N.A. to the Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1746; filed 10/21/09]

<u>Related Documents:</u>  None.

<u>Status:</u> This hearing regarding this matter is continued to the omnibus hearing scheduled for May 5, 2010 at 10:30 a.m. (EDT).

6.    Debtors' Sixteenth Omnibus (Substantive) Objection to Claims [Docket No. 1911; filed 11/18/09]

<u>Objection Deadline:</u>  December 7, 2009 at 4:00 p.m. (EST)

<u>Objections/Responses Received:</u>  None.

<u>Related Documents:</u>

i.    Notice of Copies of Proofs of Claims Relating to Debtor's Sixteenth Omnibus (Substantive) Objection to Claims [Docket No. 1958; filed 12/4/09]

ii.    Order Granting Debtors' Sixteenth Omnibus (Substantive) Objection to Claims [Docket No. 2035; filed 12/18/09]

Status: This hearing on this matter is continued to the omnibus hearing scheduled for May 5, 2010 at 10:30 a.m. (EDT). The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit D.

7.     Debtors' Objection to Proof of Claim Filed by Egencia LLC (Claim No. 3678) [Docket No. 2083; filed 1/4/2010]

Objection Deadline: January 18, 2010 at 4:00 p.m. (EST)

Objections/Responses Received: None.

Related Documents:

i.     Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Objection to Proof of Claim Filed by Egencia, LLC (Claim No. 3678) [Docket No. 2146; filed 1/14/2010]

Status: This hearing on this matter is continued to the omnibus hearing scheduled for May 5, 2010 at 10:30 a.m. (EDT).

8.     Debtor's Nineteenth Omnibus (Substantive) Objection to Claims (Litigation Claims) [Docket No. 2087; filed 1/5/2010]

Objection Deadline: January 25, 2010 at 4:00 p.m. (EST)

Objections/Responses Received:

A.     Response from Claimants Silas B. Wrigley and Barbara S. Wrigley to Debtors' Nineteenth Omnibus (Substantive) Objection to Claims (Litigation Claims) [Docket No. 2202; filed 1/22/2010]

B.     Bert and Linda Barbers' Response to Objection to Claims [Docket No. 2204; filed 1/22/2010]

C.     Response of Lisa Costantino, Executor of the Estate of Elaine DiNaples, to Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [Docket No. 2211; filed 1/25/2010]

D.     Response and Opposition to Debtors' Nineteenth Omnibus (Substantive) Objection to Claim No. 568 Filed by Richard J. McCord, Esq., Chapter 7 Trustee of the Estate of Yandoli Foods, Inc. [Docket No. 2216; filed 1/25/2010]

E.     Response to Debtors Nineteenth Omnibus (Substantive) Objection to Claims filed by Law Offices of Charles Nathan Regarding Claimant Melissa Gonell [Docket No. 2217; filed 1/25/2010]

RLF1 3562378v.1

F.     Claimant's Response to Debtors Nineteenth Omnibus (Substantive) Objection to Claims filed by Ernest J. Ciccotelli [Docket No. 2218; filed 1/25/2010]

Related Documents:

i.     Notice of Submission of Copies of Proofs of Claims (Substantive) Relating to Debtors' Nineteenth Omnibus Objection to Claims [Docket No. 2147; filed 1/14/2010]

ii.     Debtor's Omnibus Reply to Responses to Debtors Nineteenth (19th) Omnibus (Substantive) Objection to Claims (Wrong Party Litigation Claims) [Docket No. 2308; filed 2/2/2010]

iii.     Order Granting Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [Docket No. 2321; filed 2/5/2010]

iv.     Corrected Order Granting Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [Docket No. 2494; filed 3/11/2010]

v.     Debtors' Second Omnibus Reply to Responses to Debtors' Nineteenth (19th) Omnibus (Substantive) Objection to Claims (Wrong Party Litigation Claims) [Docket No. 3444; filed 4/15/2010]

vi.     Motion to Adjourn Hearing on Claim Objection or for Expedited Consideration of the Motion of Silas B. Wrigley and Barbara Wrigley for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to Proceed with Her Action Against Debtor Washington Mutual, Inc. Pending in the Superior Court for Butte County, California [Docket No. 3526; filed 4/16/2010]

vii.     **Notice of Withdrawal of Docket No. 3526 [Docket No. 3538; filed 4/19/2010]**

Status: This hearing on this matter is continued to the omnibus hearing scheduled for June 3, 2010 at 10:30 a.m. (EDT). The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit E.

9.     Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [Docket No. 2310; filed 2/2/2010]

Objection Deadline: February 16, 2010 at 4:00 p.m. (EST)

Objections/Responses Received:

A.     Response by Wellborn Cabinet Inc. to Objection to Claim [Docket No. 2365; filed 2/16/2010]

B.  Response to Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Filed by Hovanes John and Linda Reed Bekeredjian [Docket No. 2391; filed 2/16/2010]

Related Documents:

i.  Notice of Submission of Copies of Proofs of Claim (Substantive) Relating to Debtors' Twenty-First Omnibus Objection to Claims [Docket No. 2382; filed 2/18/2010]

ii.  Order Granting Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [Docket No. 2458; filed 3/4/2010]

iii.  Motion of Silas B. Wrigley and Barbara Wrigley for Relief from the Automatic Stay Pursuant to 11 U.S.C. Section 362(d) to Proceed with Her Action Against Debtor Washington Mutual, Inc. Pending in the Superior Court for Butte County, California [Docket No. 3216; filed 4/13/2010]

iv.  Debtors' Omnibus Reply to Responses to Debtors' Twenty-First (21st) Omnibus (Substantive) Objection to Claims (Wrong Party Litigation Claims) [Docket No. 3445; filed 4/15/2010]

v.  **Notice of Withdrawal of Docket No. 3526 [Docket No. 3538; filed 4/19/2010]**

Status: This hearing on this matter is continued to the omnibus hearing scheduled for May 5, 2010 at 10:30 a.m. (EDT) with respect to the Oracle claim and continued to the omnibus hearing scheduled for June 3, 2010 at 10:30 a.m. with respect to the remaining claims. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit F.

10.  Debtor's Twenty-Third Omnibus (Substantive) Objection to Claims (Claim Nos. 2463, 2470, 2500, and 2505) [Docket No. 2443; filed 3/1/2010]

Objection Deadline: March 15, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.  Response of Denise Cassese, George Rush, Richard Schroer and Whalen & Tusa, P.C., Individually and as Representatives for the Certified Class, to Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims (Claim Nos. 2463, 2470, 2500, and 2505) [Docket No. 3051; filed 4/5/2010]

B.  (Amended) Response of Denise Cassese, George Rush, Richard Schroer and Whalen & Tusa, P.C., Individually and as Representatives for the Certified Class, to Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims (Claim Nos. 2463, 2470, 2500, and 2505) [Docket No. 3060; filed 4/6/2010]

Related Documents:

i.    Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims [Docket No. 3079; filed 4/7/2010]

Status: This hearing on this matter is adjourned until such time as the District Court for the Eastern District of New York determines Debtor's liability, if any. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit G.

11.    Debtors' Objection to Proof of Claim Nos. 2333 and 2335 by 145 Hudson Street Associates and Stanley D. Scott [Docket No. 2485; filed 3/10/2010]

Objection Deadline:    March 24, 2010 at 4:00 p.m. (EDT); extended to April 9, 2010

Objections/Responses Received: None.

Related Documents:

i.    Notice of Withdrawal of Proof of Claim [Docket No. 2569; filed 3/19/2010]

Status: This matter has been resolved by the withdrawal of the proofs of claim by the claimant. Accordingly, no hearing regarding this matter is required.

12.    Objection of Proof of Claim 2692 Filed by Robert Alexander and James Reed, Individually and on Behalf of Others Similarly-Situated [Docket No. 2528; filed 3/15/2010]

Objection Deadline:    March 29, 2010 at 4:00 p.m. (EDT); extended to April 30, 2010; Reply due May 28, 2010

Objections/Responses Received: None.

Related Documents: None.

Status: The hearing regarding this matter is continued to the omnibus hearing scheduled for June 3, 2010 at 10:30 a.m. (EDT).

13.    Debtors' Objection to Proof of Claim of Tranquility Master Fund, Ltd. (Claim No. 2206) [Docket No. 2531; filed 3/15/2010]

Objection Deadline:    March 29, 2010 at 4:00 p.m. (EDT); extended to May 4, 2010 at 5:00 p.m. (EDT); extended to May 24, 2010 at 5:00 p.m. (EDT) for Debtors' reply

Objections/Responses Received: None.

Related Documents:

i.  Tranquility Master Fund, Ltd.'s Motion for an Order Extending the Response Deadline to Certain Claims Objections [Docket No. 2612; filed 3/24/2010]

ii.  Order Approving Stipulation Establishing Schedule with Respect to Debtors' Objection to Proof of Claim of Tranquility Master Fund, Ltd.(Claim No. 2206) [Docket No. 3499; filed 4/16/2010]

Status: This motion for an order extending the response deadline has been withdrawn as mooted per the Order Approving Stipulation Establishing Schedule with Respect to Debtors' Objection to Proof of Claim of Tranquility Master Fund, Ltd. (Claim No. 2206) [Docket No. 2612; filed 4/16/2010]. The hearing regarding this matter is continued to the omnibus hearing date scheduled for June 3, 2010 at 10:30 a.m. (EDT).

14.  Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Filed by Morgan Stanley & Co., Inc., Goldman, Sachs & Co., and Credit Suisse Securities (USA) LLC (Claim Nos. 2584, 2909 and 3794) Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 2574; filed 3/19/2010]

Objection Deadline:  April 5, 2010 at 4:00 p.m. (EDT); extended to April 9, 2010

Objections/Responses Received:

A.  Response to Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Filed by Morgan Stanley & Co., Inc., Goldman, Sachs & Co., and Credit Suisse Securities (USA) LLC Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 3164; filed 4/9/2010]

i.  Declaration of Jonathan C. Dickey in Support of Response to Debtors' Twenty-Ninth Omnibus Objection (Substantive) Objection to Claims Filed by Morgan Stanley & Co., Inc., Goldman, Sachs & Co., and Credit Suisse Securities (USA) LLC Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 3165; filed 4/9/2010]

Related Documents:

ii.  Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Filed by Morgan Stanley & Co., Inc., Goldman, Sachs & Co., and Credit Suisse Securities (USA) LLC (Claim Nos. 2584, 2909 and 3794) Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 3084; filed 4/7/2010]

iii.  Certification of Counsel Regarding Stipulation Between Claimant Morgan Stanley & Co., Inc., and the Debtors Reinstating Proof of Claim No. 2569

RLF1 3562378v.1

and Subjecting Such Claim to the Debtors' Twenty-Ninth Omnibus Objection to Claims

Status: At the request of claimants' counsel, the hearing on this matter is being continued to the omnibus hearing scheduled for May 19, 2010 at 11:30 a.m. (EDT). The Debtors' reply to claimants' response to the objection shall be filed by May 14, 2010 at 4:00 p.m. (EDT). The individual status of each remaining claim subject to this matter is listed on the attached Exhibit M.

15. Notice of (A) Required Compliance with Provisions of Bankruptcy Rule 2019(a) and (B) Hearing to Show Cause Why Sanctions or Limitations Pursuant to Bankruptcy Rule 2019(b) or Otherwise Should Not Be Imposed [Docket No. 3191; filed 4/9/2010]

Submission Deadline: May 17, 2010 at 5:00 p.m. (EDT)

Submissions Received: None.

Related Documents:

i. Amended Notice of (A) Required Compliance with Provisions of Bankruptcy Rule 2019(a) and (B) Hearing to Show Cause Why Sanctions or Limitations Pursuant to Bankruptcy Rule 2019(b) or Otherwise Should Not Be Imposed [Docket No. 3447; filed 4/15/2010]

Status: The status conference regarding this matter is continued to the omnibus hearing date scheduled for May 19, 2010 at 11:30 a.m. (EDT).

16. Motion to Adjourn Hearing on Claim Objection or For Expedited Consideration of the Motion of Silas B. Wrigley and Barbara Wrigley for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to Proceed with Her Action Against Debtor Washington Mutual, Inc. Pending in the Superior Court for Butte County, California [Docket No. 3526; filed 4/16/2010]

Objection Deadline:

Objections/Responses Received: None.

Related Documents:

i. **Notice of Withdrawal of Docket No. 3526 [Docket No. 3538; filed 4/19/2010]**

Status: This hearing on this matter is continued to the omnibus hearing scheduled for June 3, 2010 at 10:30 a.m. (EDT).

RLF1 3562378v.1

## II.    UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL:

17.    Objection to Proof of Claim No. 201 filed by Scott A. Burr [Docket No. 2486; filed 3/10/2010]

Objection Deadline:    March 24, 2010 at 4:00 p.m. (EDT); extended to April 9, 2010

Objections/Responses Received: None.

Related Documents:

i.    Certification of Counsel Regarding Debtors' Objection to Proof of Claim No. 201 Filed by Scott A. Burr [Docket No. 3278; filed 4/14/2010]

Status: On April 14, 2010, the Debtors filed a certification of counsel submitting a revised proposed form of order resolving all concerns expressed by JPMorgan Chase Bank, N.A. with respect to this matter. **The hearing on this matter is continued to the omnibus hearing scheduled for May 5, 2010 at 10:30 a.m. (EDT).**

## III.    UNCONTESTED MATTERS GOING FORWARD:

18.    Motion of Debtors Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) for Approval of Settlements with Old Republic Insurance Company, Zurich American Insurance Company and JPMorgan Chase Bank, N.A. [Docket No. 2082; filed 1/4/2010]

Objection Deadline: January 19, 2010 at 4:00 p.m. (EST)

Objections/Responses Received: None.

Related Documents:

i.    Notice of Amended and Restated Settlement Agreements Regarding Motion of Debtors Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019(a) for Approval of Settlements with Old Republic Insurance Company, Zurich American Insurance Company and JPMorgan Chase Bank [Docket No. 3529; filed 4/16/2010]

Status: This hearing on this matter is going forward.

19.    Debtor's Objection to Proof of Claim Filed by Mellon Investor Services LLC (Claim No. 2462) [Docket No. 2442; filed 3/1/2010]

Objection Deadline: March 15, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received: None.

RLF1 3562378v.1

Related Documents: None.

Status: **This hearing on this matter is continued to the omnibus hearing scheduled for May 5, 2010 at 10:30 a.m. (EDT).**

20.  Debtors' Twenty-Fifth Omnibus (Non-Substantive) Objection to Claims [Docket No. 2525; filed 3/15/2010]

Objection Deadline:    March 29, 2010 at 4:00 p.m. (EDT);
                       extended to April 9, 2010

Objections/Responses Received: None.

Related Documents: None.

Status: **This hearing on this matter is continued to the omnibus hearing scheduled for May 5, 2010 at 10:30 a.m. (EDT).** The individual status of each remaining claim subject to this matter is listed on the attached Exhibit I.

21.  Debtors' Twenty-Eighth Omnibus (Substantive) Objection to Claims Filed by Claimants Gregory Bushansky, Dana Marra, Marina Ware, Ontario Teachers' Pension Plan Board, and Brockton Contributory Retirement System (Claim Nos. 999, 1001, 1002, 1003, 2759, 2761 and 2763) Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 2554; filed 3/18/2010]

Objection Deadline:    April 5, 2010 at 4:00 p.m. (EDT);
                       extended to April 9, 2010

Objections/Responses Received: None.

Related Documents:

i.    Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Twenty-Eighth Omnibus (Substantive) Objection to Claims [Docket No. 3083; filed 4/7/2010]

Status: **This hearing on this matter is continued to the omnibus hearing scheduled for May 5, 2010 at 10:30 a.m. (EDT).** The Debtors have reached an agreement in principle with counsel for those claimants to stipulate to subordination of the claims pursuant to Section 510(b). The Debtors intend to submit a proposed revised form of order under certification of counsel prior to the hearing. The hearing on this matter with respect to the remaining claims is being continued to the omnibus hearing scheduled for May 19, 2010 at 11:30 a.m. (EDT). The individual status of each remaining claim subject to this matter is listed on the attached Exhibit L.

22.  Debtors' Thirtieth Omnibus (Substantive) Objection to Claims Filed by Claimants Walden Management Co. Pension Plan, Metzler Investment, and South Ferry LP #2

(Claim Nos. 2808, 2809, 3087 and 3448) Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 2575; filed 3/19/2010]

Objection Deadline:   April 5, 2010 at 4:00 p.m. (EDT);
extended to April 9, 2010

Objections/Responses Received: None.

Related Documents:

i.      Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Thirtieth Omnibus (Substantive) Objection to Claims Filed by Claimants Walden Management Co. Pension Plan, Metzler Investment, and South Ferry LP #2 (Claim Nos. 2808, 2809, 3087 and 3448) Pursuant to Section 510(B) of the Bankruptcy Code) [Docket No. 3085; filed 4/7/2010]

Status: **This hearing on this matter is continued to the omnibus hearing scheduled for May 5, 2010 at 10:30 a.m. (EDT).** The Debtors have reached an agreement in principle with counsel for claimants to stipulate to subordination of the claims pursuant to Section 510(b). The Debtors intend to submit a proposed revised form of order under certification of counsel prior to the hearing. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit N.

## IV.    CONTESTED MATTERS GOING FORWARD:

23.    Debtor's Twenty-Fourth Omnibus (Substantive) Objection to Claims [Docket No. 2524; filed 3/15/2010]

Objection Deadline:   March 29, 2010 at 4:00 p.m. (EDT)
extended to April 9, 2010

Objections/Responses Received:

A.     Response by Point B Solutions Group, LLP to Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims [Docket No. 2632; filed 3/29/2010]

Related Documents:

i.      Declaration of Michael Frantz in Support of Response by Point B Solutions Group, LLP to Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims [Docket No. 2633; filed 3/29/2010]

ii.    Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims [Docket No. 3080; filed 4/7/2010]

: **This hearing on this matter is continued to the omnibus hearing scheduled for May 5, 2010 at 10:30 a.m. (EDT).** The individual status of each remaining claim subject to this matter is listed on the attached <u>Exhibit H</u>.

24. Debtors' Twenty-Sixth Omnibus (Substantive) Objection to Proofs of Claim of Jay Agnes (Claim No. 2588) and R.S. Bassman (Claim No. 3666) [Docket No. 2529; filed 3/15/2010]

   <u>Objection Deadline</u>: March 29, 2010 at 4:00 p.m. (EDT); extended to April 9, 2010

   <u>Objections/Responses Received</u>:

   A. Response of Claimants to the Debtors' Twenty-Sixth Omnibus (Substantive) Objection to Proofs of Claim of Jay Agnes (Claim No. 2588) and R.S. Bassman (Claim No. 3666) [Docket No. 2638; filed 3/29/2010]

   <u>Related Documents</u>:

   i. Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Twenty-Sixth Omnibus (Substantive) Objection to Proofs of Claim of Jay Agnes (Claim No. 2588) and R.S. Bassman (Claim No. 3666) [Docket No. 3081; filed 4/7/2010]

   ii. Debtors' Reply to Claimants' Response to Debtors' Twenty-Sixth Omnibus (Substantive) Objection to Proofs of Claim of Jay Agnes (Claim No. 2588) and R.S. Bassman (Claim No. 3666) [Docket No. 3524; filed 4/16/2010]

   <u>Status</u>: **This hearing on this matter is continued to the omnibus hearing scheduled for May 5, 2010 at 10:30 a.m. (EDT).** The individual status of each remaining claim subject to this matter is listed on the attached <u>Exhibit J</u>.

25. Debtors' Twenty-Seventh Omnibus (Substantive) Objection to Claims (Claim Nos. 2889, 2890, 2891, 2893, 2894, 2896, 2897, 2898 and 2900) [Docket No. 2530; filed 3/15/2010]

   <u>Objection Deadline</u>: March 29, 2010 at 4:00 p.m. (EDT); extended to April 9, 2010

   <u>Objections/Responses Received</u>:

   A. Notice of Qualified Non-Opposition to Debtor's Twenty-Seventh Omnibus (Substantive) Objection to Claims (Claim Nos. 2889, 2890, 2891, 2893, 2894, 2896, 2897, 2898 and 2900) [Docket No. 3066; filed 3/30/2010]

   <u>Related Documents</u>:

i.      Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Twenty-Seventh Omnibus (Substantive) Objection to Claims (Claim Nos. 2889, 2890, 2891, 2893, 2894, 2896, 2897, 2898 and 2900) [Docket No. 3082; filed 4/7/2010]

Status: **This hearing on this matter is continued to the omnibus hearing scheduled for May 5, 2010 at 10:30 a.m. (EDT).** The individual status of each remaining claim subject to this matter is listed on the attached Exhibit K.

26.      Debtors' Objection to Proof of Claim Filed by Michael Scott Blomquist (Claim No. 3220) [Docket No. 2576; filed 3/19/2010]

Objection Deadline:      April 5, 2010 at 4:00 p.m. (EDT); extended to April 9, 2010

Objections/Responses Received:

A.      Claimant Michael Scott Blomquist's Rebuttal to Debtors Objection (Claim No. 3220) [Docket No. 3525; filed 4/16/2010]

Related Documents:

i.      Declaration of Brian S. Rosen in Support of Debtors' Objection to Proof of Claim Filed by Michael Scott Blomquist (Claim No. 3220) [Docket No. 2577; filed 3/19/2010]

Status: **This hearing on this matter is continued to the omnibus hearing scheduled for May 5, 2010 at 10:30 a.m. (EDT).**

## V.      STATUS CONFERENCE:

27.      Debtors' Twentieth (20th) Omnibus (Substantive) Objection to Claims [Docket No. 2205; filed 1/22/2010]

Objection Deadline:      February 5, 2010 at 4:00 p.m. (EST); extended to March 5, 2010 at 5:00 p.m. (EST); Reply to Responses Deadline is March 26, 2010 at 5:00 p.m. (EDT)

Objections/Responses Received:

A.      Joinder of the Official Committee of Unsecured Creditors of Washington Mutual, Inc., et al. to the Debtors' Twentieth (20th) Omnibus (Substantive) Objection to Claims [Docket No. 2278; filed 2/1/2010]

B.    The WMB Noteholders' Response and Opposition to the Legal Issues Set Forth in Debtors' Corrected Twentieth (20th) Omnibus (Substantive) Objection to Claims [Docket No. 2466; filed 3/5/2010]

C.    Preliminary Response of Paulson & Co. Inc. to the Debtors' Twentieth (20th) Omnibus (Substantive) Objection to Claims [Docket No. 2467; filed 3/5/2010]

D.    JPMorgan Chase Bank, National Association's Response to Debtors' Twentieth (20th) Omnibus (Substantive) Objection to Claims [Docket No. 2468; filed 3/5/2010]

E.    The Bank Bondholders' Preliminary Response to the Legal Issues Set Forth in the Debtors' Twentieth (20th) Omnibus (Substantive) Objection to Claims [Docket No. 2469; filed 3/5/2010]

F.    Preliminary Response of the WMB Noteholder Group Participants to the Debtors' Twentieth (20th) Omnibus (Substantive) Objection to Claims [Docket No. 2470; filed 3/5/2010]

G.    Limited Objection and Reservation of Rights of the FDIC, as Receiver in Response to the Debtors' Twentieth Omnibus (Substantive) Objection to Claims [Docket No. 2480; filed 3/8/2010]

H.    Debtors' Reply to the Various Preliminary Responses to the Legal Issues Set Forth in Debtors' Twentieth Omnibus (Substantive) Objection to Claims [Docket No. 2620; filed 3/26/2010]

I.    Debtors' Supplemental Reply Regarding Fraudulent Transfer Claims to the Preliminary Responses to the Legal Issues Set Forth in Debtors' Twentieth Omnibus (Substantive) Objection to Claims [Docket No. 2621; filed 3/26/2010]

J.    Reply of the Official Committee of Unsecured Creditors of Washington Mutual, Inc., et al. in Further Support of the Debtors' Twentieth (20th) Omnibus (Substantive) Objection to Claims [Docket No. 2624; filed 3/26/2010]

Related Documents:

i.    Debtors' Corrected Twentieth (20th) Omnibus (Substantive) Objection to Claims [Docket No. 2326; filed 2/5/2010]

ii.    Notice of Corrected Debtors' Twentieth Omnibus (Substantive) Objection to Claims [Docket No. 2327; filed 2/5/2010]

iii.    Notice of Corrected Hearing Date with Respect to Debtors' Twentieth Omnibus (Substantive) Objection to Claims [Docket No. 2335; filed 2/8/2010]

iv.  Notice of Submission of Copies of Proofs of Claims (Substantive) Relating to Debtors' Twentieth Omnibus Objection to Claims [Docket No. 2381; filed 2/18/2010]

v.  Notice of Amended Exhibit and Continued Hearing Date with Respect to Debtors' Twentieth Omnibus (Substantive) Objection to Claims and Thereto [Docket No. 2446; filed 3/1/2010]

vi.  Declaration of Nancy L. Manzer in Support of the Bank Bondholders' Preliminary Response to the Legal Issues Set Forth in Debtors' Twentieth (20th) Omnibus (Substantive) Objection to Claims [Docket No. 2471; filed 3/5/2010]

Status: The scheduling conference regarding this matter is going forward.

## VI.  ADVERSARY PROCEEDINGS:

28.  Complaint by Official Committee of Equity Security Holders against Washington Mutual, Inc., et al. [Adversary Proceeding Case No. 10-50731; Docket No. 1; filed 3/3/2010]

Related Documents:

A.  The Official Committee of Equity Security Holders' Motion for Summary Judgment, or in the Alternative, for Relief from the Automatic Stay [Adversary Docket No. 3; filed 3/11/2010]

B.  Memorandum of Law of the Official Committee of Equity Security Holders in Support of Its Motion for Summary Judgment, or in the Alternative, for Relief from the Automatic Stay [Adversary Docket No. 4; filed 3/11/2010]

C.  Black Horse Capital Management LLC's Response in Support of the Equity Committee's Motion for Summary Judgment, or in the Alternative, for Relief from the Automatic Stay [Docket No. 2738; filed 3/30/2010]

D.  Joinder to the Official Committee of Equity Holders' Motion for Summary Judgment or in the Alternative, for Relief from the Automatic Stay [Adversary Docket No. 7; filed 4/7/2010]

E.  Debtor's Answer and Counterclaim to Plaintiff's Complaint [Adversary Docket No. 8; filed 4/7/2010]

F.  Opposition of Defendant Washington Mutual, Inc. to Plaintiff's Motion for Summary Judgment, or in the Alternative, for Relief from the Automatic Stay [Adversary Docket No. 9; filed 4/7/2010]

G.  Order Approving Stipulation to Extend Time for Summary Judgment Briefing and Otherwise Responding to Adversary Complaint [Adversary Docket No. 10; filed 4/7/2010]

RLF1 3562378v.1

H.      Declaration of Brian S. Rosen in Support of Opposition to Motion for Summary Judgment [Adversary Docket No. 11; filed 4/7/2010]

I.      Response to Debtor's Answer and Counterclaim to Plaintiff's Complaint [Adversary Docket No. 14; filed 4/13/2010]

J.      Reply of the Plaintiff Official Committee of Equity Security Holders to Opposition of Defendant Washington Mutual, Inc. to Plaintiff's Motion for Summary Judgment, or in the Alternative, for Relief from the Automatic stay [Docket No. 15; filed 4/18/2010]

Status: The hearing on this matter is going forward.

29.      Complaint for Declaratory Judgment [Adversary Proceeding Case No. 10-50788; Docket No. 1; filed 3/11/2010]

Related Documents:

A.      Plaintiff's Motion for an Order (I) Authorizing Plaintiff to Redact Certain Individual Defendants' Addresses from Certificate of Service of the Complaint, Summonses and Pre-Trial Conference Notices, (II) Authorizing Plaintiff to File Unredacted Certificate of Service Under Seal and (III) Granting Related Relief [Adversary Docket No. 11; filed 3/15/2010]

B.      Notice of Hearing Regarding Plaintiff's Motion for an Order (I) Authorizing Plaintiff to Redact Certain Individual Defendants' Addresses from Certificate of Service of the Complaint, Summonses and Pre-Trial Conference Notices, (II) Authorizing Plaintiff to File Unredacted Certificate of Service Under Seal and (III) Granting Related Relief [Adversary Docket No. 16; filed 4/1/2010]

Status: The pre-trial conference regarding this matter is going forward.

## VII.    FEE APPLICATIONS:

30.      See index attached as Exhibit O.

Status: The hearing on the fourth interim fee applications will go forward. A hearing binder containing the applicable fee applications was submitted to the Court on April 14, 2010. The Debtors intend to present an omnibus form of order approving the applications at the hearing.

Dated: April 20, 2010
       Wilmington, Delaware

Respectfully submitted,

_____
Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Drew G. Sloan (No. 5069)
Julie A. Finocchiaro (No. 5303)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

– and –

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*