# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WASHINGTON MUTUAL, INC., *et al.*,<br><br>Debtors | Chapter 11<br><br>Case No. 08-12229 (MFW)<br><br>Jointly Administered |

## VERIFIED STATEMENT OF BROWN RUDNICK LLP PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

1. Brown Rudnick LLP ("Brown Rudnick"), in connection with its representation of the Trust Preferred Holders (as defined below), hereby submits this statement in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rule 2019").[1]

2. Brown Rudnick currently represents the below-listed parties (together, the "Trust Preferred Holders"): (a) who have been classified for treatment under Class 18 of the Debtors' currently-proposed plan of reorganization (the "Plan") [D.I. 2622]; and (b) who each hold interests in securities described by the Debtors as constituting the "REIT Series" under the Plan.

**Black Horse Capital LP**
338 S. Sharon Amity Rd. #202
Charlotte, NC 28211

**Black Horse Capital Master Fund Ltd**
c/o M&C Corporate Services Limited
P.O. Box 309GT
Ugland House, South Church Street
George Town, Grand Cayman
Cayman Islands

---

[1] Brown Rudnick is aware the Court was asked to readdress the applicability of Rule 2019 at the omnibus hearing held on April 6, 2010, and that the Court stated that it would do so at the omnibus hearing to be held on April 21, 2010. While that hearing will apparently now be held on May 19, 2010, Brown Rudnick files this statement intending it to be consistent with the Court's December 2009 ruling on the topic, other Rule 2019 statements filed in the Debtors' cases and the requirements of Rule 2019. Nonetheless, Brown Rudnick will comply with any ruling the Court makes regarding the need for alternative or additional disclosure required by Rule 2019 if and when directed by the Court.

**Black Horse Capital (QP) LP**
338 S. Sharon Amity Rd. #202
Charlotte, NC 28211

**HFR RVA Combined Master Trust**
3033 Excelsior Boulevard, Suite 300
Minneapolis, MN 55416

**LMA SPC for and on behalf of the MAP 89 Segregated Portfolio**
601 Carlson Parkway, Suite 330
Minnetonka, MN 55305

**Nisswa Fixed Income Master Fund Ltd.**
601 Carlson Parkway, Suite 330
Minnetonka, MN 55305

**Paige Opportunity Partners LP**
630 3rd Avenue, 6th Floor
New York, NY 10017

**Pandora Select Partners, LP**
3033 Excelsior Boulevard, Suite 300
Minneapolis, MN 55416

**Scoggin Capital Management II LLC**
660 Madison Avenue 20th Floor
New York, NY 10021

**Scoggin Worldwide Fund Ltd**
660 Madison Avenue 20th Floor
New York, NY 10021

**VR Global Partners, L.P.**
c/o Admiral Administration Ltd
Admiral Financial Center
5th Floor, 90 Fort Street
P.O. Box 32021 SMB
George Town, Grand Cayman, KY1-1208
Cayman Islands

**Whitebox Combined Partners, LP**
3033 Excelsior Boulevard, Suite 300
Minneapolis, MN 55416

**Guggenheim Portfolio Company VII, LLC**
660 Madison Avenue 20th Floor
New York, NY 10021

**IAM Mini-Fund 14 Limited**
3033 Excelsior Boulevard, Suite 300
Minneapolis, MN 55416

**Nisswa Convertibles Master Fund Ltd.**
601 Carlson Parkway, Suite 330
Minnetonka, MN 55305

**Nisswa Master Fund Ltd.**
601 Carlson Parkway, Suite 330
Minnetonka, MN 55305

**Paige Opportunity Partners Master Fund**
630 3rd Avenue, 6th Floor
New York, NY 10017

**Pines Edge Value Investors Ltd.**
601 Carlson Parkway, Suite 330
Minnetonka, MN 55305

**Scoggin International Fund Ltd**
660 Madison Avenue 20th Floor
New York, NY 10021

**Visium Global Master Fund, Ltd.**
950 Third Avenue, 29th Floor
New York, NY 10022

**Whitebox Asymmetric Partners LP**
3033 Excelsior Boulevard, Suite 300
Minneapolis, MN 55416

**Whitebox Convertible Arbitrage Partners, LP**
3033 Excelsior Boulevard, Suite 300
Minneapolis, MN 55416

**Whitebox Hedged High Yield Partners, LP**
3033 Excelsior Boulevard, Suite 300
Minneapolis, MN 55416

**Whitebox Special Opportunities Fund LP, Series B**
3033 Excelsior Boulevard, Suite 300
Minneapolis, MN 55416

3. Although each individual Trust Preferred Holder has hired Brown Rudnick to represent its interests and to enable the individual parties to be heard in a more efficient and cost-effective manner in these Cases, each Trust Preferred Holders makes its own decisions as to how it wishes to proceed and does not act for, or purport to represent or speak on behalf of, any other Trust Preferred Holder or any other holder of the REIT Series. Over time, the identities and/or holdings of the Trust Preferred Holders may change, and Brown Rudnick will file an updated Rule 2019 statement to reflect any such changes.

4. Brown Rudnick has been advised by the Trust Preferred Holders that, as of the date hereof, they hold, in the aggregate, $854,635,000.00 in face amount of securities (based on stated liquidation preference) described in the Plan as the REIT Series.

5. The Trust Preferred Holders include both holders that acquired their interests before Washington Mutual Bank, Henderson, Nevada ("WMB") was put into receivership and the Debtors filed for bankruptcy, and holders that acquired their interests after WMB was put into receivership and the Debtors filed for bankruptcy. The Trust Preferred Holders acquired their respective interests between November 26, 2007 and April 13, 2010. The Trust Preferred Holders acquired their respective interests at prices ranging from approximately one cent to 67.5 cents on the dollar (based on the stated liquidation preference of the particular securities).

6. Brown Rudnick does not presently own, nor has it previously owned, any claims against, or interests in, the Debtors.

7. The undersigned declares under penalty of perjury that the foregoing is true and correct.

Dated: April 20, 2010

Ian Connor Bifferato (#3273)
Thomas F. Driscoll III (#4703)
Kevin G. Collins (#5149)
Bifferato LLC
800 N. King Street
Wilmington, Delaware 19899-2165
Telephone: (302) 225-7600
Facsimile: (302) 254-5383

- and -

**BROWN RUDNICK LLP**
Robert J. Stark
Sigmund S. Wissner-Gross
Seven Times Square
New York, New York 10036
(212) 209-4800

- and -

/s/ *Jeremy B. Coffey*
Jeremy B. Coffey
One Financial Center
Boston, MA 02111
(617) 856-8200

*Counsel to Preferred Trust Holders*

# 8251406

4