# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WASHINGTON MUTUAL, INC., *et al.* | : | Case No. 08-12229 (MFW) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Hearing Date: To be scheduled by the Debtors.** |
| | : | **Objection Deadline: May 14, 2010 at 4:00 p.m.** |

## NOTICE OF FILING APPLICATION

TO: Those parties listed on the attached service list.

      PLEASE TAKE NOTICE that FTI Consulting, Inc. ("FTI") (the "Applicant"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of Washington Mutual, Inc., et al. (the "Debtors") has filed its **Seventeenth Monthly Application of FTI Consulting, Inc., Financial Advisor for the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period From March 1, 2010 Through March 31, 2010** (the "Application").

      Applicant, in its Application, seeks an award of compensation in the amount of $310,617.50 for professional services rendered and reimbursement of expenses actually and necessarily incurred in the amount of $579.96 during the period March 1, 2010 through March 31, 2010.

      Copies of the Application can be obtained from the Applicant or from the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware, (302) 252-2900 (the "Bankruptcy Court").

      You are required to file a response to the attached Application on or before **May 14, 2010 at 4:00 p.m. (Prevailing Eastern Time)**.

      At the same time, you must also serve a copy of the response upon the following parties:

| | |
|---|---|
| David B. Stratton, Esq. | Fred S. Hodara, Esq. |
| David M. Fournier, Esq. | AKIN GUMP STRAUSS HAUER & FELD LLP |
| Evelyn J. Meltzer, Esq. | One Bryant Park |
| PEPPER HAMILTON LLP | New York, NY 10036 |
| Hercules Plaza, Suite 5100 | |
| 1313 Market Street, | |
| P.O. Box 1709 | |
| Wilmington, Delaware 19899-1709 | |

| Scott L. Alberino, Esq. | Peter J. Gurfein, Esq. |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | David P. Simonds, Esq. |
| 1333 New Hampshire Avenue, N.W. | AKIN GUMP STRAUSS HAUER & FELD LLP |
| Washington, D.C. 20036 | 2029 Century Park East, Suite 2400 |
| | Los Angeles, California 90067-3012 |
| | |
| Meeta Ojha | Marcia L. Goldstein, Esq. |
| WASHINGTON MUTUAL, INC. | WEIL, GOTSHAL & MANGES, LLP |
| 1301 Second Avenue, WMC3301 | 767 Fifth Avenue |
| Seattle, Washington 98101 | New York, New York, 10153 |
| | |
| Mark D. Collins, Esq. | Joseph McMahon, Esq. |
| RICHARDS LAYTON & FINGER, P.A. | OFFICE OF THE UNITED STATES TRUSTEE |
| One Rodney Square | 844 King Street |
| 920 North King Street | Suite 2207, Lockbox 35 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |

Andrew Scrunton
Senior Managing Director
FTI CONSULTING, INC.
3 Times Square
New York, New York 10036

A HEARING ON THE APPLICATION WILL BE SCHEDULED at the Court's convenience before the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Date: April 23, 2010 | PEPPER HAMILTON LLP |
| Wilmington, Delaware | |
| | /s/ Evelyn J. Meltzer |
| | David B. Stratton (DE No. 960) |
| | David M. Fournier (DE No. 2812) |
| | Evelyn J. Meltzer (DE No. 4581) |
| | Hercules Plaza, Suite 5100 |
| | 1313 N. Market Street |
| | Wilmington, Delaware 19801 |
| | Tel: (302) 777-6500 |
| | Fax: (302) 421-8390 |

#12498656 v1

Fred S. Hodara, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Tel: (212) 872-1000
Fax: (212) 872-1002

Scott L. Alberino, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 887-4027
Fax: (202) 887-4288

Peter J. Gurfein, Esq.
David P. Simonds, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Tel: (310) 229-1000
Fax: (310) 229-1001

*Counsel to the Official Committee of Unsecured Creditors*