April 21, 2010.

George Sims & Associates, Inc.,
11018 Lakeside Forest Lane,
Houston, Texas 77042
(713) 789-5248
GeorgeMarjorie@comcast.net



To:
Clerk of the Court for the
United States Bankruptcy Court
For the District of Delaware
824 North Market Street, 3rd Floor,
Wilmington, Delaware 19801

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

WASHINGTON MUTUAL, INC., et al     Chapter 11

        Debtors     Case No. 08-12229 (MFW)

    (Jointly Administered)

CLAIM NO. 353

To The Honorable Judge

Dear Judge:

    My name is George Sims. I am president of George Sims & Associates, Inc.

    For my corporation, I purchased a $50,000.00 Washington Mutual (Senior Subordinated) bond. The bond was purchased on December 19, 2005. The bond was purchased through Merrill Lynch in Houston. The actual purchase price was $52,062.50. The bond is in the name of "George Sims & Assoc. Pension Plan". The bond matured on April 1st, 2010 with no payment from Washington Mutual. They had previously missed four quarterly interest payments.

    Your Honor, I am in favor of your approval of the Disclosure Statement with respect to the Joint Plan of the affiliated debtors pursuant to Chapter 11 of the United States Bankruptcy Code.

Washington Mutual's bond was purchased by me in good faith. It's debt to my corporation is real.

Respectfully submitted,

George Sims
President,
George Sims & Associates, Inc.


cc:
WEIL, GOTSHAL & MANGES, LLP,
Attn: Marcia L. Goldstein
Attn: Brian S. Rosen
767 Fifth Avenue,
New York, New York 10153


cc:
RICHARDS, LAYTON & FINGER, P.A.,
Attn: Mark D. Collins
Attn: Chun I. Jang
One Rodney Square
920 North King Street
Wilmington, Deleware 19801


cc:
WASHINGTON MUTUAL, INC. CLAIMS PROCESSING,
c/o Kurtzman Carson Consultants, LLC,
2335 Alaska Avenue,
El Segundo, California 90245