## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| WASHINGTON MUTUAL, INC., et al., | ) | |
| | ) | Case No. 08-12229 (MFW) |
| Debtors | ) | Jointly Administered |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that a consortium of Trust Preferred Holders[1] pursuant to RULES 2002, 3017 and 9007 of the FEDERAL RULES OF BANKRUPTCY PROCEDURE, DEL. BANKR. L. R. 2002(d) and 11 U.S.C. §§ 342 and 1109(b), by and through the undersigned requests that an entry be made on the Clerk's Matrix, if any, in the above-captioned jointly administered case, and that all notices given or required to be given and all papers served or required to be served, in this case be given to and served upon:

Bernard G. Conaway, Esq.
**Campbell & Levine LLC**
800 North King Street, Suite 300
Wilmington, DE 19809
(302) 426-1900
(302) 426-9947 (fax)
bconaway@camlev.com

Sigmund S. Wissner-Gross, Esq.
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
(212) 209-4930
(212) 938-2804 (fax)
swissnergross@brownrudnick.com

Jeremy B. Coffey, Esq.
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111
(617) 856-8200
(617) 856-8201 (fax)
jcoffey@brownrudnick.com

---

[1] The Trust Preferred Holders include parties: (a) who have been classified for treatment under Class 18 of the Debtors' currently-proposed plan of reorganization (the "Plan") [D.I. 2622]; and (b) who each hold interests in securities described by the Debtors as constituting the "REIT Series" under the Plan, as set forth more fully in the Rule 2019 Statement of Brown Rudnick LLP [Docket No. 3546], as such statement may be amended from time to time.

PLEASE TAKE FURTHER NOTICE that pursuant to §1109(b) of the BANKRUPTCY CODE, the foregoing request for notice and service includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that, neither this Notice of Appearance nor any former or later appearance, pleading, claim or suit shall waive (1) any Trust Preferred Holder's right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) any Trust Preferred Holder's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) any Trust Preferred Holder's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which any Trust Preferred Holder may be entitled to, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and

[Remainder of page intentionally left blank]

recoupments each of the Trust Preferred Holders expressly reserves.

                **CAMPBELL & LEVINE LLC**

                /S/ Kathleen Campbell Davis
                Marla Rosoff Eskin, Esq. (DE 2989)
                Bernard G. Conaway, Esq. (DE 2856)
                Kathleen Campbell Davis, Esq (DE 4229)
                800 North King Street, Suite 300
                Wilmington, DE 19809
                (302) 426-1900
DATE: May 4, 2010         (302) 426-9947 (fax)

                *Counsel for the Trust Preferred Holders*