IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                         :
*In re*                                                  :    **Chapter 11**
                                                         :
WASHINGTON MUTUAL, INC., et al.,[1]                      :    Case No. 08-12229 (MFW)
                                                         :
                                                         :    (Jointly Administered)
         Debtors.                                        :
                                                         :    Hearing Date: May 19, 2010 at 11:30 a.m. (ET)
---------------------------------------------------------x

### NOTICE OF AMENDMENT TO EXHIBIT A TO DEBTORS' MOTION FOR AN ORDER CONFIRMING CLASSIFICATION OF CERTAIN CLAIMS FOR VOTING PURPOSES ONLY

PLEASE TAKE NOTICE that, on May 4, 2010, Washington Mutual, Inc. ("WMI") and WMI Investment Corp. ("WMI Investment"), as debtors and debtors in possession (collectively, the "Debtors") filed the **Debtors' Motion for an Order Confirming Classification of Certain Claims for Voting Purposes Only** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). You were previously served with a copy of the Motion.

PLEASE TAKE FURTHER NOTICE that, subsequent to the filing of Motion, the Debtors became aware of errors to Exhibit A attached to the Motion. The Debtors hereby file an amendment to Exhibit A to the Motion attached hereto as Exhibit 1 (the "Amendment"). The Amendment corrects classification errors that were present in the original Exhibit A. **The Amendment only lists changes to Exhibit A. Any Claim listed on the original Exhibit A to**

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

**the Motion but not listed in the Amendment remains unchanged and subject to the Motion, as originally filed..** The changes made pursuant to the Amendment do not result in any changes to the voting status of any claimants listed in the Amendment with the exception of two claimants who filed Claim No. 2879 and Claim No 3152.

PLEASE TAKE FURTHER NOTICE that the deadline for filing any responses or objections to the Motion has been extended for the claimants listed in the Amendment from May 12, 2010 at 4:00 p.m. **to May 17, 2009 at 9:00 a.m. (Eastern Daylight Time).**

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motion will be held before The Honorable Mary F. Walrath at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **May 19, 2010 at 11:30 a.m. (Eastern Daylight Time).**

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: May 7, 2010
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Chun I. Jang*

Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Drew G. Sloan (No. 5069)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

**WEIL, GOTSHAL & MANGES LLP**
Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
Michael F. Walsh, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys to the Debtors and Debtors in Possession*

# EXHIBIT 1

**Amendment to Exhibit A to the Motion**

| Name of Claimant | Claim # | Date Filed | Claim Amount | Priority as Filed | Plan Class | Plan Amount |
|---|---|---|---|---|---|---|
| Akard, Robert B | 1749 | 3/17/2009 | Unliquidated | General Unsecured | JPMC Rabbi Trust/Policy Claims (Class 5) or Other Benefit Plan Claims (Class 6) | Unliquidated |
| | | | | | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Akard, Waltraud | 1750 | 3/17/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Arata, Howard P | 2226 | 3/26/2009 | $100,000 | Priority | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | $100,000.00 |
| Aspel, Doris | 1138 | 3/3/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Asti, Therese A | 2491 | 3/27/2009 | Unliquidated | Priority | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Babayan, Marie B | 1794 | 3/20/2009 | Unliquidated | Priority | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Bearse, Arlyne | 1869 | 3/23/2009 | $14,391.00 | General Unsecured | WMI Medical Plan Claims (Class 4) | $14,391.00 |
| Bearse, Melvin | 2061 | 3/23/2009 | $14,391.00 | General Unsecured | WMI Medical Plan Claims (Class 4) | $14,391.00 |
| Brown, Jane | 1110 | 3/3/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| Bulkley, Reta M | 772 | 2/17/2009 | $7,000.00 | General Unsecured | WMI Medical Plan Claims (Class 4) | $7,000.00 |
| Capaldo, Marilyn | 3195 | 4/1/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Carr, Carol B | 1267 | 3/13/2009 | $7,000.00 | General Unsecured | WMI Medical Plan Claims (Class 4) | $7,000.00 |

| Name of Claimant | Claim # | Date Filed | Claim Amount | Priority as Filed | Plan Class | Plan Amount |
|---|---|---|---|---|---|---|
| Carroll, Paul M C O J Andrew Rahl Jr Esq | 3083 | 3/30/2009 | Unliquidated | Secured | JPMC Rabbi Trust/Policy Claims (Class 5) or Other Benefit Plan Claims (Class 6) | Unliquidated |
| | | | | | Dime Warrants (Class 20) | Unliquidated |
| Carstens, Eleanor A | 2575 | 3/27/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| Cattani, Norma | 1370 | 3/16/2009 | $19,225.00 | Priority | WMI Medical Plan Claims (Class 4) | $19,225.00 |
| Chimenti, Pat W | 3707 | 5/19/2009 | $7,000.00 | General Unsecured | WMI Medical Plan Claims (Class 4) | $7,000.00 |
| Christensen, Anita E | 712 | 2/12/2009 | $7,000.00 | General Unsecured | WMI Medical Plan Claims (Class 4) | $7,000.00 |
| Clemen, Betty D | 3317 | 3/31/2009 | $5,623.74 | General Unsecured | WMI Medical Plan Claims (Class 4) | $5,623.74 |
| Clemen, Carl | 3205 | 3/31/2009 | $59,700.84 | General Unsecured | WMI Medical Plan Claims (Class 4) | $59,700.84 |
| Cooper, David | 967 | 2/25/2009 | $39,000.00 | Priority | WMI Medical Plan Claims (Class 4) | $39,000.00 |
| Cugat, J Valdes | 1888 | 2/23/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Deeming, Anna B | 1047 | 2/24/2009 | $7,000.00 | Priority | WMI Medical Plan Claims (Class 4) | $7,000.00 |
| Diliberto, Shiffie | 2596 | 3/25/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Dreizler, Elvira A | 841 | 2/17/2009 | Unliquidated | Priority | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Dreizler, Robert B | 891 | 2/17/2009 | Unliquidated | Priority | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Eleftheriadis, Stella | 3111 | 3/30/2009 | Unliquidated | Priority | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |

| Name of Claimant | Claim # | Date Filed | Claim Amount | Priority as Filed | Plan Class | Plan Amount |
|---|---|---|---|---|---|---|
| Ennor, Gloria | 1265 | 3/16/2009 | $17,000.00 | Priority | WMI Medical Plan Claims (Class 4) | $17,000.00 |
| Eramian, Nubar | 708 | 2/12/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Ferrufino, Oscar | 2699 | 3/27/2009 | $30,000.00 | General Unsecured | WMI Medical Plan Claims (Class 4) | $30,000.00 |
| Peters, Lillian M | 1823 | 3/23/2009 | $7,000.00 | Priority | WMI Medical Plan Claims (Class 4) | $7,000.00 |
| Finch, Arline A | 1926 | 3/23/2009 | $7,000.00 | General Unsecured | WMI Medical Plan Claims (Class 4) | $7,000.00 |
| Finch, Ronald | 1925 | 3/23/2009 | $7,000.00 | General Unsecured | WMI Medical Plan Claims (Class 4) | $7,000.00 |
| Fox, Eleanor | 1784 | 3/19/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Führer, Jane | 1124 | 3/4/2009 | $14,000.00 | General Unsecured and Priority | WMI Medical Plan Claims (Class 4) | $14,000.00 |
| Gore, Charlotte J | 2086 | 3/27/2009 | Unliquidated | Priority | WMI Medical Plan Claims (Class 4) | Unliquidated |
| Gutowitz, Helene | 941 | 2/23/2009 | Unliquidated | Priority | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Hamilton, Connie L | 1258 | 3/11/2009 | Unliquidated | Priority | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Hartzell, Charles E | 3181 | 3/30/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Hartzell, Helen C | 3182 | 3/30/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |

| Name of Claimant | Claim # | Date Filed | Claim Amount | Priority as Filed | Plan Class | Plan Amount |
|---|---|---|---|---|---|---|
| Havranek, Edythe | 2954 | 3/31/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Havranek, Jerry | 2849 | 3/31/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Heath, Gwendolyn A | 1669 | 3/10/2009 | Unliquidated | Priority | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Heitman, Sharon L | 2147 | 3/30/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| Hentz, Marion J | 3237 | 4/1/2009 | $7,000.00 | General Unsecured | WMI Medical Plan Claims (Class 4) | $7,000.00 |
| Hiatt, Mary S | 2089 | 3/26/2009 | $7,000.00 | General Unsecured | WMI Medical Plan Claims (Class 4) | $7,000.00 |
| Howell, Robert H | 1349 | 3/5/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| Iley, Elizabeth M Schaeffer | 2967 | 3/24/2009 | $4,000.00 | General Unsecured | WMI Medical Plan Claims (Class 4) | $4,000.00 |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Jeszeck, Charles J | 3145 | 3/31/2009 | $7,000.00 | Priority | WMI Medical Plan Claims (Class 4) | $7,000.00 |
| Jones, Dorothy | 1929 | 3/26/2009 | $10,868.00 | General Unsecured | WMI Medical Plan Claims (Class 4) | $10,868.00 |
| Jorgensen, Niels | 1813 | 3/18/2009 | Unliquidated | Priority | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Kaczmarski, Krystyna | 2273 | 3/27/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Kilcheski, Virginia | 2269 | 3/26/2009 | $18,000.00 | General Unsecured | WMI Medical Plan Claims (Class 4) | $18,000.00 |

| Name of Claimant | Claim # | Date Filed | Claim Amount | Priority as Filed | Plan Class | Plan Amount |
|---|---|---|---|---|---|---|
| Kirk, Marilyn E | 2557 | 3/27/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Koons, Fred B | 2481 | 3/30/2009 | Unliquidated | Secured | JPMC Rabbi Trust/Policy Claims (Class 5) or Other Benefit Plan Claims (Class 6) | Unliquidated |
| | | | | | Dime Warrants (Class 20) | Unliquidated |
| Kopp, Virginia C O J Andrew Rahl Jr | 3040 | 3/30/2009 | Unliquidated | Secured | JPMC Rabbi Trust/Policy Claims (Class 5) or Other Benefit Plan Claims (Class 6) | Unliquidated |
| | | | | | Dime Warrants (Class 20) | Unliquidated |
| Laychock, Andrew | 3095 | 3/30/2009 | $7,000.00 | General Unsecured | WMI Medical Plan Claims (Class 4) | $7,000.00 |
| Lazarus, Esther | 1538 | 3/13/2009 | Unliquidated | Priority | WMI Medical Plan Claims (Class 4) | Unliquidated |
| Leedom, E | 1509 | 3/13/2009 | $104,625.00 | Priority | WMI Medical Plan Claims (Class 4) | $104,625.00 |
| Mack, James M C O J Andrew Rahl Jr Esq | 3082 | 3/30/2009 | Unliquidated | Secured | JPMC Rabbi Trust/Policy Claims (Class 5) or Other Benefit Plan Claims (Class 6) | Unliquidated |
| | | | | | Dime Warrants (Class 20) | Unliquidated |
| Mccarthy, Barbara | 2158 | 3/30/2009 | $21,200.00 | General Unsecured | WMI Medical Plan Claims (Class 4) | $21,200.00 |
| Mckay, Gordon | 1883 | 2/23/2009 | Unliquidated | Priority | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Miller, Callie H | 1255 | 3/11/2009 | $7,000.00 | Priority | WMI Medical Plan Claims (Class 4) | $7,000.00 |
| Milo, Armando | 1046 | 2/24/2009 | Unliquidated | Priority | JPMC Rabbi Trust/Policy Claims (Class 5) or Other Benefit Plan Claims (Class 6) | Unliquidated |
| | | | | | WMI Medical Plan Claims (Class 4) | Unliquidated |
| Moody, Ann P | 2895 | 3/25/2009 | $17,864.00 | Secured | WMI Medical Plan Claims (Class 4) | $17,864.00 |
| Morsch, Gloria | 1436 | 3/16/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |

| Name of Claimant | Claim # | Date Filed | Claim Amount | Priority as Filed | Plan Class | Plan Amount |
|---|---|---|---|---|---|---|
| Mulrane, Theresa | 2042 | 3/24/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Nicholson, Violet | 1640 | 3/19/2009 | $7,000.00 | General Unsecured | WMI Medical Plan Claims (Class 4) | $7,000.00 |
| Nielsen, Doris D | 2192 | 3/26/2009 | $20,000.00 | Priority | WMI Medical Plan Claims (Class 4) | $20,000.00 |
| Nigro, Mary | 2924 | 3/31/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Nyari, Eva | 2356 | 3/27/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| Parese, James J | 1852 | 3/23/2009 | $7,500.00 | General Unsecured | WMI Medical Plan Claims (Class 4) | $7,500.00 |
| Pastor, Catherine | 2732 | 3/30/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| Pastor, Edward | 2734 | 3/30/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| Patterson, B Joyce | 705 | 2/12/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Phegley, William O | 977 | 2/24/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Pierce, Edward | 2485 | 3/30/2009 | Unliquidated | Secured | JPMC Rabbi Trust/Policy Claims (Class 5) or Other Benefit Plan Claims (Class 6) | Unliquidated |
| | | | | | Dime Warrants (Class 20) | Unliquidated |
| Pike, Ann L | 1673 | 3/3/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Polon, Raquel | 1747 | 3/19/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Common Equity Interest (Class 21) | Unliquidated |

| Name of Claimant | Claim # | Date Filed | Claim Amount | Priority as Filed | Plan Class | Plan Amount |
|---|---|---|---|---|---|---|
| Rabun, Ellison | 1853 | 3/23/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Rebiskie, Frankie D | 715 | 2/12/2009 | $7,000.00 | Priority | WMI Medical Plan Claims (Class 4) | $7,000.00 |
| Reed, Donald E | 1419 | 3/13/2009 | $7,000.00 | General Unsecured | WMI Medical Plan Claims (Class 4) | $7,000.00 |
| Ricks, Jerome M | 1785 | 3/19/2009 | Unliquidated | Secured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Robinson, Beverley | 1880 | 2/23/2009 | $7,000.00 | General Unsecured | WMI Medical Plan Claims (Class 4) | $7,000.00 |
| Rosi, Donald | 1676 | 3/3/2009 | $17,600.00 | Priority | WMI Medical Plan Claims (Class 4) | $17,600.00 |
| Ruffner, Kenneth | 2879 | 3/31/2009 | $153.10 | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | General Unsecured Claims (Class 12) | $153.10 |
| Schoch, Elaine | 2963 | 3/24/2009 | $628,144.00 | Priority | WMI Medical Plan Claims (Class 4) | $278,879.00 |
| | | | | | Qualified Plan Claims (Class 7) | $349,265.00 |
| Schrock, Byron | 2156 | 3/26/2009 | $8,700.00 | General Unsecured | WMI Medical Plan Claims (Class 4) | $8,700.00 |
| Schulz Jr, Eugene G C O J Andrew Rahl Jr Esq | 3062 | 3/30/2009 | Unliquidated | Secured | JPMC Rabbi Trust/Policy Claims (Class 5) or Other Benefit Plan Claims (Class 6) | Unliquidated |
| | | | | | Dime Warrants (Class 20) | Unliquidated |
| Shamash, Rahim | 3152 | 3/31/2009 | $568,359.72 | General Unsecured | JPMC Rabbi Trust/Policy Claims (Class 5) or Other Benefit Plan Claims (Class 6) | $96,970.00 |
| | | | | | General Unsecured Claims (Class 12) | $471,390.14 |
| Shuknecht, Mary | 2777 | 3/25/2009 | $23,000.00 | General Unsecured | WMI Medical Plan Claims (Class 4) | $23,000.00 |
| Simpson, Doris | 1099 | 2/27/2009 | $7,000.00 | Secured | WMI Medical Plan Claims (Class 4) | $7,000.00 |

| Name of Claimant | Claim # | Date Filed | Claim Amount | Priority as Filed | Plan Class | Plan Amount |
|---|---|---|---|---|---|---|
| Smith Jr, Edward | 2362 | 3/30/2009 | $483,319.00 | General Unsecured | WMI Medical Plan Claims (Class 4) | $186,800.00 |
| | | | | | Qualified Plan Claims (Class 7) | $296,519.00 |
| Smith, Ida | 1146 | 3/6/2009 | $20,000.00 | Priority | WMI Medical Plan Claims (Class 4) | $20,000.00 |
| Soldwisch, Betty | 3207 | 3/31/2009 | $5,623.74 | General Unsecured | WMI Medical Plan Claims (Class 4) | $5,623.74 |
| Soldwisch, James | 3204 | 3/31/2009 | $88,978.74 | General Unsecured | WMI Medical Plan Claims (Class 4) | $88,978.74 |
| Solito, Mildred G | 1825 | 3/23/2009 | $17,500.00 | Priority | WMI Medical Plan Claims (Class 4) | $17,500.00 |
| Squires, Lillian | 3285 | 3/31/2009 | $20,000.00 | Priority | WMI Medical Plan Claims (Class 4) | $20,000.00 |
| Stakelon, Caroline | 2251 | 3/26/2009 | Unliquidated | Priority | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Stephan, R | 890 | 2/17/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Stevens, M J | 3102 | 3/30/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| Stevens, Patricia J | 3101 | 3/30/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| Stewart, Richard | 1287 | 3/10/2009 | Unliquidated | Secured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Swihart, Margaret E | 2869 | 3/31/2009 | Unliquidated | Priority | WMI Medical Plan Claims (Class 4) | Unliquidated |
| Teagarden, Marilyn | 1059 | 2/24/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| Thompson, Harold E | 1254 | 3/11/2009 | $7,000.00 | General Unsecured | WMI Medical Plan Claims (Class 4) | $7,000.00 |
| Thorpe, Richard G | 870 | 2/20/2009 | $7,000.00 | General Unsecured | WMI Medical Plan Claims (Class 4) | $7,000.00 |
| Van Arsdale, Matthew E | 1816 | 3/18/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |

| Name of Claimant | Claim # | Date Filed | Claim Amount | Priority as Filed | Plan Class | Plan Amount |
|---|---|---|---|---|---|---|
| Van Arsdale, Susette C | 1803 | 3/18/2009 | Unliquidated | General Unsecured | WMI Medical Plan Claims (Class 4) | Unliquidated |
| Veitmanis, John J | 1864 | 2/23/2009 | $7,000.00 | Priority | WMI Medical Plan Claims (Class 4) | $7,000.00 |
| Whorriham, Elinor Jeanne | 1482 | 3/11/2009 | Unliquidated | Priority | WMI Medical Plan Claims (Class 4) | Unliquidated |
| Younts, G | 1396 | 3/2/2009 | Unliquidated | Priority | WMI Medical Plan Claims (Class 4) | Unliquidated |
| | | | | | Qualified Plan Claims (Class 7) | Unliquidated |
| Zabawa, Robert | 1075 | 2/26/2009 | $490.25 | Priority | JPMC Rabbi Trust/Policy Claims (Class 5) or Other Benefit Plan Claims (Class 6) | $490.25 |
| | | | | | WMI Medical Plan Claims (Class 4) | Unliquidated |
| Zani, Anne M | 774 | 2/17/2009 | $7,000.00 | Priority | WMI Medical Plan Claims (Class 4) | $7,000.00 |