

100 Broadway, 22nd Floor
New York, NY 10005
MAIN 212.393.1313
FAX 212.901.9797
www.reval.com

May 5, 2010

Bankruptcy Court
824 Market Street. 3rd Floor
Wilmington, DE 19801

Re: Case No. 08-12229 (MFW)
Re: 3653
To whom this may concern,

Reference is made to the "Debtors Motion for an Order Confirming Classification of Certain Claims for Voting Purposes Only."

It is noted that Reval.com, Inc. is listed as "WMB Vendor Claims (Class 8) or WMI Vendor Claims (Class 11)."

In order to eliminate any ambiguity related to our claim, we believe Reval.Com, Inc.'s classification should be Class 11 – WMI Vendor Claims for purposes of voting and all other current and future purposes regarding our claim. We had included the signed Statement of Work #1 between Reval.com, Inc. and Washington Mutual, Inc. with our claim which I believe supports this assertion.

Thanks you for your attention in this matter.

Frank Regan
Controller
Reval.com, Inc.

Encl:  Pg 1 of Debtors Motion for an Order Confirming Classification of Certain Claims for Voting Purposes Only
       Pg 31 of Exhibit A of Debtors Motion for an Order Confirming Classification of Certain Claims for Voting Purposes Only

PRF 28695-3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
*In re* : Chapter 11
: 
WASHINGTON MUTUAL, INC., et al.,[1] : Case No. 08-12229 (MFW)
: 
: (Jointly Administered)
Debtors. : 
: Hearing Date: May 19, 2010 at 11:30 a.m. (ET)
: Objection Deadline: May 12, 2010 at 4:00 p.m. (ET)
---------------------------------------------------------------x

## NOTICE OF MOTION AND HEARING FOR DEBTORS' MOTION FOR AN ORDER CONFIRMING CLASSIFICATION OF CERTAIN CLAIMS FOR VOTING PURPOSES ONLY

PLEASE TAKE NOTICE that, on May 4, 2010, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Debtors' Motion for an Order Confirming Classification of Certain Claims for Voting Purposes Only** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be filed in writing with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Debtors on or before **May 12, 2010 at 4:00 p.m. (Eastern Daylight Time)**.

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motion will be held before The Honorable Mary F. Walrath at the Bankruptcy

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

Date Filed: 5/4/10
Docket No. 3653

| Name of Claimant | Claim # | Date Filed | Claim Amount | Priority as Filed | Plan Class | Plan Amount |
|---|---|---|---|---|---|---|
| Reval com Inc | 343 | 12/9/2008 | $5,078 | General Unsecured | WMB Vendor Claims (Class 8) or WMI Vendor Claims (Class 11) | $5,078 |
| Revell, Samuel Tr | 2090 | 3/26/2009 | Unliquidated | General Unsecured | JPMC Rabbi Trust/Policy Claim (Class 5) or Other Benefit Plan Claim (Class 6) | Unliquidated |
| Reynolds, Harold E C O J Andrew Rahl Jr Esq | 3064 | 3/30/2009 | Unliquidated | Secured | JPMC Rabbi Trust/Policy Claim (Class 5) or Other Benefit Plan Claim (Class 6) | Unliquidated |
| Richard A Mirro Irrevocable Trust C O J Andrew Rahl Jr | 3092 | 3/30/2009 | Unliquidated | Secured | JPMC Rabbi Trust/Policy Claim (Class 5) or Other Benefit Plan Claim (Class 6) | Unliquidated |
| Richey, Mary Ellen | 3080 | 3/31/2009 | Unliquidated | General Unsecured | JPMC Rabbi Trust/Policy Claim (Class 5) or Other Benefit Plan Claim (Class 6) | Unliquidated |
| Ricks, Jerome M | 1785 | 3/19/2009 | Unliquidated | Secured | JPMC Rabbi Trust/Policy Claim (Class 5) or Other Benefit Plan Claim (Class 6) | Unliquidated |
| | | | | | Qualified Plan Claim (Class 7) | Unliquidated |
| Rigsbee, Don L | 2666 | 3/30/2009 | $200,000.00 | General Unsecured | JPMC Rabbi Trust/Policy Claim (Class 5) or Other Benefit Plan Claim (Class 6) | $200,000.00 |
| Robbins, Mark | 2336 | 3/28/2009 | $2,802,014.36 | Secured | JPMC Rabbi Trust/Policy Claim (Class 5) or Other Benefit Plan Claim (Class 6) | $2,802,014.36 |
| Robert K Kettenmann 1997 Irrevocable Life Insurance Trust | 3141 | 3/30/2009 | Unliquidated | Secured | JPMC Rabbi Trust/Policy Claim (Class 5) or Other Benefit Plan Claim (Class 6) | Unliquidated |
| Robinson, Beverley | 1880 | 2/23/2009 | $7,000.00 | General Unsecured | JPMC Rabbi Trust/Policy Claim (Class 5) or Other Benefit Plan Claim (Class 6) | $7,000.00 |
| Robinson, W B | 1881 | 2/23/2009 | $670,000.00 | General Unsecured | JPMC Rabbi Trust/Policy Claim (Class 5) or Other Benefit Plan Claim (Class 6) | $670,000.00 |
| Robinson, W Brent | 2518 | 3/25/2009 | $570,533.00 | General Unsecured | JPMC Rabbi Trust/Policy Claim (Class 5) or Other Benefit Plan Claim (Class 6) | $570,533.00 |
| Rosen, Ronald S | 761 | 2/11/2009 | Unliquidated | Priority | JPMC Rabbi Trust/Policy Claim (Class 5) or Other Benefit Plan Claim (Class 6) | Unliquidated |