IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
In re:                              ) Chapter 11
                                    )
                                    ) Case No. 08-12229 (MFW)
WASHINGTON MUTUAL, INC., *et al.*,  )
                                    ) Jointly Administered
           Debtors                  )
_____)

## NOTICE OF SERVICE OF THE
## FIRST REQUEST OF THE CONSORTIUM OF
## TRUST PREFERRED SECURITY HOLDERS TO
## THE DEBTORS FOR PRODUCTION OF DOCUMENTS

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify that on May 11, 2010, I caused a copy of the *First Request of the Consortium of Trust Preferred Security Holders to the Debtors for Production of Documents* to be served upon the following via First Class Mail unless otherwise indicated:

| | | |
|---|---|---|
| Washington Mutual, Inc. | Brian S. Rosen, Esq. | HAND DELIVERY |
| c/o Charles E. Smith, Esq. | Weil, Gotshal & Manges LLP | Mark D. Collins, Esq. |
| 925 Fourth Avenue | 767 Fifth Avenue | Richards Layton & Finger, PA |
| Seattle, Washington 98104 | New York, NY 10153 | One Rodney Square |
| | | 920 North King Street |
| | | Wilmington, DE 19899 |

With copies to the following via First Class Mail:

| | | |
|---|---|---|
| Peter Calamari, Esquire | Joseph McMahon, Esq. | Fred S. Hodara, Esq. |
| Quinn Emanuel Urquhart & Sullivan LLP | Office of the United States Trustee | Akin Gump Stauss Hauer & Feld LLP |
| 55 Madison Avenue, 22nd Floor | 844 King Street, Suite 2207 Lockbox 35 | One Bryant Park |
| New York, NY 10010 | Wilmington, DE 19899-0035 | New York, NY 10036 |

{D0175706.1 }

| | | |
|---|---|---|
| David B. Stratton, Esq.<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19801 | William P. Bowden, Esq.<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue<br>8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 | Stacey R. Friedman, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 |
| Adam G. Landis, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>P.O. Box 2087<br>Wilmington, DE 19899 | Stephen D. Susman, Esq.<br>Seth Ard, Esq.<br>Susman Godfrey LLP<br>654 Madison Avenue, 5th Fl<br>New York, NY 10065-8404 | Parker C. Folse, III, Esq.<br>Edgar G. Sargent, Esq.<br>Justin A. Nelson, Esq.<br>1201 Third Avenue<br>Suite 3800<br>Seattle, Washington 98101-3000 |

Dated: May 11, 2010

*/s/Kathleen Campbell Davis*
Kathleen Campbell Davis (No. 4229)