# Exhibit A



Dow Jones Reprints: This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit www.djreprints.com
· See a sample reprint in PDF format.    Order a reprint of this article now

# THE WALL STREET JOURNAL.
WSJ.com

BUSINESS | MARCH 29, 2010

## FDIC Stands Between J.P. Morgan and a Tax Windfall

By DAN FITZPATRICK

The Federal Deposit Insurance Corp. backed away from its support for a $1.4 billion tax break benefiting J.P. Morgan Chase & Co., setting up a battle between the regulator and the nation's second-largest bank.

The tax benefit stems from J.P. Morgan's acquisition of Washington Mutual and is part of the bankruptcy proceedings of the failed Seattle thrift's parent company. Washington Mutual is eligible for $2.7 billion to $2.8 billion in refunds based on a 2009 economic stimulus bill that allowed companies to apply losses from 2008 and 2009 against taxes paid in the previous five years.

The FDIC became concerned about the potential refund and other issues last week following a story in The Wall Street Journal and a meeting with Washington Mutual bondholders who oppose the deal, said people close to the talks. The 2009 stimulus bill excludes any companies that received bank-bailout funds from getting the tax refunds; New York-based J.P. Morgan received $25 billion in 2008.

Under the bankruptcy plan filed Friday by Washington Mutual's holding company, J.P. Morgan was in position to claim as much as $1.4 billion from an FDIC receivership, with the holding company's creditors getting most of the remainder of the $2.7 billion to $2.8 billion refund. Notably absent in the bankruptcy filing was the support of the FDIC. Washington Mutual's holding company admitted in a statement that "the FDIC has not agreed to all of the provisions" but said "discussions are ongoing."

An FDIC spokesman said the documents filed with U.S. Bankruptcy Court "do not reflect the continuing discussions among the parties."

The FDIC's opposition, these people said, is a reversal. On March 12, FDIC lawyers didn't object when a Washington Mutual lawyer briefed a U.S. Bankruptcy Court judge about a tentative "three-way understanding" between the holding company, J.P. Morgan and the FDIC. The tentative deal included $2.6 billion in tax refunds tied to the stimulus bill.

Holders of Washington Mutual Bank bonds have been arguing J.P. Morgan should be denied any refunds because of the government aid it received. Renee Dailey, a lawyer for one group of bank bondholders, said the FDIC's refusal to sign off on the reorganization plan filed Friday "is a chance for the FDIC board to actually look at the terms of the proposed settlement and decide it's not in the best interests of the receivership." She said it is unlikely the bankruptcy judge will sign off on a plan without FDIC approval.

J.P. Morgan has said to other parties in this case that the bailout ban wouldn't apply because Washington Mutual, and not J.P. Morgan, was the taxpayer.

A J.P. Morgan spokesman said Sunday, "We continue to be engaged in constructive discussions with the relevant parties."

Printed in The Wall Street Journal, page C1

Copyright 2009 Dow Jones & Company, Inc. All Rights Reserved
This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit
www.djreprints.com