# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON MUTUAL, INC. and WMI INVESTMENT CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as receiver of Washington Mutual Bank, and FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>Defendants. | Case No. 1:09-cv-0533 (RMC) |

### DECLARATION OF JOHN J. CLARKE, JR.

Pursuant to 28 U.S.C. § 1746, JOHN J. CLARKE, JR., declares:

1. I am an attorney admitted to practice in the State of New York and various federal courts and am a partner of DLA Piper LLP (US), counsel for defendant the Federal Deposit Insurance Corporation, in its capacity as receiver (the "FDIC-Receiver") for Washington Mutual Bank ("WMB"). I have been admitted *pro hac vice* by an Order of this Court dated April 21, 2009. I submit this declaration to place before the Court one document in connection with the FDIC-Receiver's opposition to the motion of certain holders of WMB senior notes to intervene in this action.

2. Attached hereto as Exhibit 1 is a true and correct copy of a form of letter that I have been informed by its author, Donald G. Grieser, recently was sent by the claims department of the FDIC to holders of WMB debt who filed proofs of claim in the WMB receivership.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of June, 2009.

                    /s/ John J. Clarke, Jr.
                    John J. Clarke, Jr.

EXHIBIT 1

**FDIC**

**Federal Deposit Insurance Corporation**
1601 Bryan Street, Dallas, TX 75201                                    Division of Resolutions and Receiverships

---

DATE

INSIDE ADDRESS

SUBJECT:  10015 – Washington Mutual Bank
          Henderson, NV – In Receivership
          Claim for Recovery on Bond(s) issued by Washington Mutual Bank

Dear Claimant:

On September 25, 2008, Washington Mutual Bank, Henderson, Nevada, was closed by the Office of Thrift Supervision, and the Federal Deposit Insurance Corporation (FDIC) was appointed as Receiver of this failed institution. Under the laws of the United States, the Receiver is charged with the duty of winding up the affairs of the failed institution.

As part of this transaction, the Receiver retained some debt instruments, including certain bond(s) for which you may have filed a claim against the receivership. The FDIC recognizes these debt instruments as legitimate liabilities of the receivership, and any such bonds will not require the need to prove that a claim has been filed of record.

In addition, the FDIC intends to issue Receivership Certificates to the paying agents of the outstanding bonds. Furthermore, any payments toward these debt obligations will be made through the paying agents to bondholders of record in the form of future dividends if, and when, they are declared. Keep in mind, though, that there is no way of knowing how much recovery will be made on these bonds, or when payments can be expected.

In the meantime, please visit the FDIC website at www.fdic.gov for the latest information on this receivership. After accessing the home page, scroll down to the bottom right-hand corner of the screen and click "Failed Bank List", and then proceed to the hyper-link for Washington Mutual Bank for press releases and other information. Any information on dividend payments for this receivership can also be found at http://www2.fdic.gov/divweb/index.asp.

Should you have any further questions, please feel free to contact the Claims Department at (972) 761-2112. Thank you for your continued patience and understanding on this matter.

Sincerely,

*Donald G. Grieser*

Donald G. Grieser
Claims Department
Federal Deposit Insurance Corporation