**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| WASHINGTON MUTUAL, INC., *et al.*,[1] | ) ) ) | Case No. 08-12229 (MFW) (Jointly Administered) |
| | ) | **Objection Deadline: May 13, 2010, at 4:00 p.m.** |
| Debtors. | ) | **Hearing Date: May 19, 2010, at 11:30 a.m.** |
| | ) | **Related Docket No. 2623** |

**RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF WASHINGTON MUTUAL,
INC., *ET AL.* WITH RESPECT TO THE DISCLOSURE
STATEMENT FOR THE JOINT PLAN OF AFFILIATED DEBTORS
PURSUANT TO CHAPTER 11
OF THE UNITED STATES BANKRUPTCY CODE**

The Official Committee of Unsecured Creditors (the "Creditors' Committee") of Washington Mutual, Inc., *et al.* (collectively, the "Debtors"), by and through its undersigned co-counsel, submits this reservation of rights (the "Reservation of Rights") with respect to the Disclosure Statement for the Joint Plan Of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code (the "Disclosure Statement"), on the grounds set forth herein.

The Creditors' Committee understands that, as of the time of the filing of this Reservation of Rights, the Disclosure Statement, as well as exhibits to the Disclosure Statement, including the Debtors' proposed Plan of Reorganization, remain the subject of continuing substantial revisions, including revisions on account of comments submitted by the Creditors' Committee. The Creditors' Committee believes that the Debtors are addressing many of its

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Washington Mutual, Inc. (3725) and WMI Investment Corporation (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Suite 2500, Seattle, Washington 98101.

comments to the draft of the Disclosure Statement filed with the Bankruptcy Court on March 26 and to the first subsequent draft of the Disclosure Statement, which was provided to the Creditors' Committee on the day before the date hereof.  Nevertheless, because the Disclosure Statement remains subject to change, to the extent that the Creditors' Committee's comments are not adequately adopted, the Creditors' Committee may have further comments and objections with respect to the Disclosure Statement as it is revised prior to and possibly at and after the hearing at which the Court will consider the Debtors' request to approve the Disclosure Statement.  Accordingly, the Creditors' Committee files this Reservation of Rights reserving the Creditors' Committee rights as a party in interest to object to the Debtors' request that the Bankruptcy Court approve the Disclosure Statement.

Dated: May 13, 2010  
Wilmington, Delaware

Respectfully Submitted,

PEPPER HAMILTON LLP

By: /s/ James C. Carignan  
David B. Stratton (DE No. 960)  
James C. Carignan (DE No. 4230)  
Hercules Plaza, Suite 5100  
1313 Market Street  
P.O. Box 1709  
Wilmington, DE 19801  
Tel. (302) 777-6500  
Fax (302) 421-8390

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Fred S. Hodara (admitted pro hac vice)  
One Bryant Park  
New York, NY 10036  
Tel. (212) 872-1000  
Fax (212) 872-1002

*Attorneys for the Official Committee of Unsecured Creditors of Washington Mutual, Inc., et al.*