UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x
*In re*                                                : Chapter 11
                                                       :
WASHINGTON MUTUAL, INC., et al.,[1]                    : Case No. 08-12229 (MFW)
                                                       :
                                                       : (Jointly Administered)
       **Debtors.**                                    :
                                                       : Re: Docket No. 3691 & 3771
-------------------------------------------------------x

## ORDER DIRECTING THE DOCKETING CLERK TO REMOVE EXHIBITS A AND B TO THE DEBTORS' OBJECTION TO PROOF OF CLAIM FILED BY AT&T CORP. (CLAIM NO. 3725) FROM THE DOCKET

Upon consideration of the *Certification of Counsel Regarding Debtors' Objection to Proof of Claim Filed by AT&T Corp. (Claim No. 3725)*, it is hereby

ORDERED that the Court's docketing clerk shall remove Exhibits A and B to the Debtors' *Objection to Proof of Claim filed by AT&T Corp. (Claim No. 3725)* [Docket No. 3691] from the docket; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: May 14, 2010
Wilmington, Delaware

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Suite 2500, Seattle, Washington 98104.

RLF1 3571104v. 1