# EXHIBIT A

## CCB-1 GUARANTEES CLAIMS

| Trust | Notes Issuance | Maturity Date | Allowed Principal | Allowed Accrued Interest[1] | Allowed Total Amount | Estimated Postpetition Interest[2] |
|---|---|---|---|---|---|---|
| CCB Capital Trust IV | $7,732,000 | October 8, 2033 | $7,732,000 | $97,777.67 | $7,829,777.67 | $594,059 |
| CCB Capital Trust V | $10,310,000 | January 23, 2034 | $10,310,000 | $103,244.98 | $10,413,244.98 | $744,551 |
| CCB Capital Trust VII | $7,732,000 | July 23, 2034 | $7,732,000 | $73,982.29 | $7,805,982.29 | $522,241 |
| CCB Capital Trust VIII | $7,732,000 | July 23, 2034 | $7,732,000 | $78,851.03 | $7,810,851.03 | $506,632 |

---

[1] This amount includes interest accrued as of the Petition Date, and does not include any postpetition interest to which such Claim holders may be entitled.

[2] This amount includes the estimated amount of interest accrued from the Petition Date through an expected Effective Date of July 31, 2010. Each holder's Postpetition Interest Claim will continue to accrue until the date that such holder's Allowed CCB-1 Guarantees Claim and related Postpetition Interest Claim are paid in full.