# EXHIBIT F

# BENEFIT PLANS

## Legacy Non-Qualified Deferred Compensation Plans - DEFINED CONTRIBUTION

| Abbreviation | Full Name |
|---|---|
| Bowery Savings - DCP | Bowery Savings - Deferred Compensation Plan |
| H.F. Ahmanson & Co. - CAP | Capital Accumulation Plan of H. F. Ahmanson & Company |
| H.F. Ahmanson & Co. - CDCP | 1989 Contingent Deferred Compensation Plan of H. F. Ahmanson & Company |
| H.F. Ahmanson & Co. - EDCP | Elective Deferred Compensation Plan of H. F. Ahmanson & Company |
| H.F. Ahmanson & Co. - LCCAP | Loan Consultant Capital Accumulation Plan of H. F. Ahmanson & Company |
| H.F. Ahmanson & Co. - LCEDCP | Loan Agents' Elective Deferred Compensation Plan of H. F. Ahmanson & Company |
| H.F. Ahmanson & Co. - ODCAP | Outside Directors' Capital Accumulation Plan of H. F. Ahmanson & Company |
| H.F. Ahmanson & Co. - ODEDCP | Outside Directors' Elective Deferred Compensation Plan of H. F. Ahmanson & Company |

## Legacy Non-Qualified Deferred Compensation Plans - DEFINED BENEFIT

| Abbreviation | Full Name |
|---|---|
| H.F. Ahmanson & Co. - EDCP CAP | PROVISIONS WITHIN THE: Elective Deferred Compensation Plan of H. F. Ahmanson & Company & Capital Accumulation Plan of H. F. Ahmanson & Company |
| H.F. Ahmanson & Co. - ELIP | Executive Life Insurance Plan of H. F. Ahmanson & Company |
| H.F. Ahmanson & Co. - HSB ODRP | Ahmanson / Home Savings Bank Outside Directors Retirement Plan |
| H.F. Ahmanson & Co. - ODRP | Outside Director Retirement Plan of H. F. Ahmanson & Company |
| H.F. Ahmanson & Co. - SERP | Supplemental Executive Retirement Plan of H. F. Ahmanson & Company |
| H.F. Ahmanson & Co. – SSERP | Senior Supplemental Executive Retirement Plan of H. F. Ahmanson & Company |

## WMI Non-Qualified Deferred Compensation Plans

| Abbreviation | Full Name |
|---|---|
| Washington Mutual, Inc. - DCP | Washington Mutual, Inc. - Deferred Compensation Plan |
| Washington Mutual, Inc. - SERP | Washington Mutual, Inc. - Supplemental Executive Retirement Plan |
| Washington Mutual, Inc. - SERAP | Washington Mutual, Inc. - Supplemental Executive Retirement Accumulation Plan |
| Washington Mutual, Inc. - ETRIP | Washington Mutual, Inc. - Executive Target Retirement Income Plan |

**Individual Contracts**

| **Abbreviation** | **Full Name** |
|---|---|
| H.F. Ahmanson & Co. - AHM Supplemental | HFA AHM Supplemental - Hazel Legg |
| (collection of individual contracts) | HFA AHM Supplemental - Anna Varosy |
| H.F. Ahmanson & Co. - Individual Contracts | HFA Individual Contract - John Holoman |
| | HFA Individual Contract - Charles Roussin |
| | HFA Individual Contract - Bruce Manley |
| | HFA Individual Contract - William Wiley |

**Split Dollar Plans**

| **Abbreviation** | **Full Name** |
|---|---|
| HFA ELIP | Executive Life Insurance Plan of H. F. Ahmanson & Company |
| HFA SELIP | Senior Executive Life Insurance Plan of H. F. Ahmanson & Company |