# Exhibit B

**Disclosure Statement Order**