# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                            :
```
*In re*                                     :    **Chapter 11**

                                            :
**WASHINGTON MUTUAL, INC., et al.,**[1]     :    **Case No. 08-12229 (MFW)**

                                            :
                                            :    **(Jointly Administered)**
        **Debtors.**                        :
                                            :    Re: Docket Nos.  3743 & 3745
```
------------------------------------------------------------x
```

## NOTICE OF FILING OF (I) FIRST AMENDED JOINT PLAN OF AFFILIATED DEBTORS PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE AND (II) DISCLOSURE STATEMENT FOR THE FIRST AMENDED JOINT PLAN OF AFFILIATED DEBTORS PURSUANT CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE

PLEASE TAKE NOTICE that on May 16, 2010, the Debtors filed the *First Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code* [Docket No. 3743] (the "Amended Plan") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that on May 17, 2010, the Debtors filed the *Disclosure Statement for the First Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code* [Docket No. 3745], dated May 16, 2010 (the "Amended Disclosure Statement"), with the Court.

For the convenience of parties in interest, attached hereto as Exhibit A is a blackline comparing the Amended Plan against the previous version filed on March 26, 2010 as Docket No. 2622 (without exhibits).  Also attached hereto as Exhibit B is a blackline comparing

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395).  The Debtors' principal offices are located at 925 Fourth Avenue, Suite 2500, Seattle, Washington 98104.

the Amended Disclosure Statement against the previous version filed on March 26, 2010 as

Docket No. 2623 (without exhibits).

Dated: May 17, 2010
      Wilmington, Delaware

                                    _____

                                    Mark D. Collins (No. 2981)
                                    Chun I. Jang (No. 4790)
                                    Richards, Layton & Finger, P.A.
                                    One Rodney Square
                                    902 North King Street
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 651-7700
                                    Facsimile: (302) 651-7701

                                    -and-

                                    Marcia L. Goldstein, Esq.
                                    Brian S. Rosen, Esq.
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    *Counsel for Debtors and Debtors in Possession*