# Mensah Residence
## 2 Stadelman Court
## Kendall Park, NJ 08824

Email:  ymensah1@gmail.com  Tel: 732 398 1751

May 12, 2010

Honorable Judge Mary Walrath
Bankruptcy Court
824 North Market Street, 5th Floor
Wilmington , DE 19801

Dear Honorable Judge Walrath,

I hereby strongly object to the Joint Plan of Affiliated Debtors  and the related proposed Disclosure Statement for the Joint Plan of Affiliated Debtors (the Disclosure Statement).

I own the following Litigation Tracking Warrants (LTWs) of Dime Bankcorp which are convertible, upon successful conclusion of the pending Anchor Savings Bank vs. United States litigation, into common shares of Washington Mutual Inc.in the following amount:

DIMEQ: # of LTW_____502,000_____

I object to the proposed POR and the purported Disclosure Statement on the following grounds:

1. The Debtors propose, in their proposed Global Settlement, to cancel the LTWs, contrary to the terms of the original Prospectus under which the Litigation Tracking Warrants were issued by Dime Bankcorp and also contrary to the revised Prospectus under which WMI Inc assumed responsibility for converting the LTWs.
2. The adversary proceeding representing the interests of the LTW holders currently pending before this court (Broadbill Investment Corporation vs. Washington Mutual Inc., Case # 08-12229 Docket #3193 filed April 12,2010) has not been decided by this court yet. Hence any actions by the Debtors that purport to anticipate the outcome of this adversary proceedings is, *ab initio*, null and void.

Sincerely,

Yaw M. Mensah

I, Yaw M. Mensah, hereby certify that I caused, on May 12, 2010, one copy of the foregoing document to be served upon the parties of the attached list by First Class US Mail.

_signature_____date _5/12/10_
_____

Printed or Typed Name                    Yaw M. Mensah


(i) Washington Mutual Inc,
   (Attn: Charles E.Smith, Esq.),
   925 Fourth Avenue,
   Seattle, WA 98104

(ii) Weil, Gotshal & Manges LLP,
   (Attn: Brian S. Rosen, Esq.)
   767 Fifth Avenue,
   New York, NY 10153

(iii) Richards Layton & Finger P.A.,
   (Attn: Mark D. Collins, Esq.),
   One Rodney Square, 920 North King Street,
   Wilmington, DE 19899

(iv) Quinn Emanuel Urquhart & Sullivan, LLP,
   (Attn: Peter Calamari, Esq.),
   55 Madison Avenue, 22nd Floor,
   New York, NY 10010

(v) Office of the United States Trustee for the District of Delaware,
   (Attn: Joseph McMahon, Esq.)
   844 King Street, Suite 2207, Lockbox 35,
   Wilmington, DE 19899-0035 ,

(vi) Akin Gump Stauss Hauer & Feld LLP,
   (Attn: Fred S. Hodara, Esq.)
   One Bryant Park,

New York, NY 10036

(vii) Pepper Hamilton LLP,
    (Attn: David B. Stratton, Esq)
    Hercules Plaza Ste 5100,
    1313 N. Market Street,
    Wilmington, DE 19801

(viii) Ashby & Geddes, P.A.,
    (Attn: William P. Bowden, Esq)
    500 Delaware Avenue, 8th Floor,
    P.O. Box 1150,
    Wilmington, DE 19899

(ix) Sullivan & Cromwell LLP,
    (Attn: Stacey R. Friedman, Esq.)
    125 Broad Street,
    New York, NY 10004

(x) Landis Rath & Cobb LLP,
    (Attn: Adam G. Landis, Esq)
    919 Market Street, Suite 1800,
    P.O. Box 2087,
    Wilmington, DE 19899