**HILLCREST FAMILY DENTAL**
**BO Y. JUN D.D.S**



343 GELLERT BLVD. SUITE #C
DALY CITY, CA 94015
PHONE: (650)992-7001
FAX:     (650)992-7010

Case # 08-12229 (MFW)

---

To Whom it may concern:

- I, Bo Y. Jun, object to the Disclosure Statement.

- Name and address of objecting party:

    Bo Y. Jun
    343 Gellert Blvd, Suite C
    Daly City, CA 94015

- Pre and post-seizure share holder of Wamuq, Wampq, Wamkq

- I own 8,000,000 shares of Wamuq
    6,215 shares of Wampq
    138,533 shares of Wamkq

- This POR should be objected because there is no Asset List!!

- Also, an investigation on JPM, FDIC, G.S., H. Paulson, etc., should be performed.

- Why was a seizure put on the solvent bank?

- Why is Wamu not on the "No Short List"?

- I hope this objection letter is taken into consideration and this matter is dealt with in a fair and just manner.

Thank you.

5/10/10

DDS

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re: : **Chapter 11**
:
**WASHINGTON MUTUAL, INC., et al.,**[1] : Case No. 08-12229 (MFW)
:
   Debtors. : (Jointly Administered)
:
: Objection Deadline: May 13, 2010 at 4:00 p.m. (ET)
---------------------------------------------------------------x Hearing Date: May 19, 2010 at 11:30 a.m. (ET)

### NOTICE OF HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT WITH RESPECT TO JOINT PLAN OF AFFILIATED DEBTORS PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE

TO PARTIES IN INTEREST IN THE CHAPTER 11 CASES OF:
   Washington Mutual, Inc. (Case No. 08-12229 (MFW)) and
   WMI Investment Corp. (Case No. 08-12228 (MFW)).

PLEASE TAKE NOTICE that, on March 26, 2010, Washington Mutual, Inc. and WMI Investment Corp., as debtors and debtors in possession (collectively, the "Debtors"), filed the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code (as it may be amended, the "Plan") and the related proposed Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code (as it may be amended, the "Disclosure Statement"),[2] pursuant to section 1125 of title 11 of the United States Code (the "Bankruptcy Code").

PLEASE TAKE FURTHER NOTICE that:

1. A hearing will be held before the Honorable Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 North Market Street, 5th Floor, Wilmington, Delaware 19801, on **May 19, 2010 at 11:30 a.m. (Eastern Time)** (the "Hearing") to consider the entry of an order, among other things, determining that the Disclosure Statement contains "adequate information" within the meaning ascribed to such term in section 1125 of the Bankruptcy Code and approving the Disclosure Statement.

2. Any party in interest wishing to obtain a copy of the Disclosure Statement and the Plan should contact Kurtzman Carson Consultants LLC at **(866) 381-9100**. Interested parties also may examine the Disclosure Statement and the Plan free of charge at www.kccllc.net/wamu. In addition, the Disclosure Statement and Plan are on file with the Court and may be examined by accessing the Court's website: www.deb.uscourts.gov. Note that a PACER password and login are needed to access documents on the Court's website. A PACER password can be obtained at: www.pacer.psc.uscourts.gov.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Disclosure Statement or, if not defined in the Disclosure Statement, in the Plan.

RLF1 3560507v.1

Docket No. 3245