## CERTIFICATE OF SERVICE

I, Gregory A. Taylor, hereby certify that on May 18, 2010, I caused one copy of the foregoing document to be served upon the parties on the attached service list by first class U.S. Mail, postage prepaid, unless otherwise indicated.

Gregory A. Taylor (#4008)

**Washington Mutual, Inc., Case No. 08-12229 (MFW)**
**Service List for Objection to Disclosure Statement**

**HAND DELIVERY & ELECTRONIC MAIL**
Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19801
joseph.mcmahon@usdoj.gov

**HAND DELIVERY & ELECTRONIC MAIL**
Adam G. Landis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com

**U.S. MAIL & ELECTRONIC MAIL**
Brian S. Rosen, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
brian.rosen@weil.com

**U.S. MAIL & ELECTRONIC MAIL**
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
fhodara@akingump.com

**HAND DELIVERY & ELECTRONIC MAIL**
Mark D. Collins, Esq.
Richards Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
collins@rlf.com

**HAND DELIVERY & ELECTRONIC MAIL**
David B. Stratton, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
strattond@pepperlaw.com

**U.S. MAIL**
Washington Mutual, Inc.
c/o Charles E. Smith, Esq.
925 Fourth Avenue
Seattle, WA 98104

**U.S. MAIL & ELECTRONIC MAIL**
Peter Calamari, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
55 Madison Avenue, 22nd Floor
New York, NY 10010
petercalamari@quinnemanuel.com

**U.S. MAIL & ELECTRONIC MAIL**
Stacey R. Friedman, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
friedmans@sullcrom.com