IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re:* : Chapter 11
:
**WASHINGTON MUTUAL, INC., et al.,**[1] : Case No. 08-12229 (MFW)
:
: (Jointly Administered)
Debtors. :
:
---------------------------------------------------------------x
---------------------------------------------------------------x
**BROADBILL INVESTMENT CORP.** :
:
:
**Plaintiff,** :
:
v. : Adversary Proc. No. 10-50911 (MFW)
:
**WASHINGTON MUTUAL, INC.,** :
:
**Defendant** :
---------------------------------------------------------------x

## NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 19, 2010 AT 11:30 A.M. (EDT)

I. **RESOLVED/CONTINUED MATTERS:**

1. Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1233; filed 6/26/09]

    Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT)

    Objections/Responses Received:

    A. Memorandum of Points and Authorities in Opposition to Debtor's Fifth Omnibus (Substantive) Objection to Claim [Docket No. 1331; filed 7/15/09]

    Related Documents:

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

[2] **Amended/Added agenda items are noted in bold.**

RLF1 3572913v. 1

  i. Notice of Submission of Copies of Proofs of Claims Relating to Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1294; filed 7/13/09]

  ii. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

  iii. Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Objection to Claims [Docket No. 1366; filed 7/22/09]

  iv. Notice of Withdrawal [Docket No. 1367; filed 7/22/09]

  v. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

  vi. Order Granting Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1466; filed 8/10/09]

  vii. Debtors' Omnibus Reply to Responses to Debtors' First (1st), Fifth (5th), Sixth (6th), Eighth (8th) and Ninth (9th) Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

  viii. Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

  ix. Order (Second) Granting Debtors' Fifth Omnibus (Substantive) Objection To Claims [Docket No. 1826; filed 11/3/09]

  Status: This hearing on this matter is continued to a date to be determined. The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached <u>Exhibit A</u>.

2. Plaintiffs' Buus *et al.* Motion for Relief from the Automatic Stay [Docket No. 1568; filed 9/1/09]

  Objection Deadline: October 21, 2009 at 4:00 p.m. (EDT); extended to January 11, 2010

  Objections/Responses Received:

  A. Debtors' Objection to Movants' Buus et al. Motion for Relief from the Automatic Stay [Docket No. 1942; filed 11/25/09]

  B. Response of JPMorgan Chase Bank, National Association to Debtors' Objection to Movants' Buus *et al.* Motion for Relief from the Automatic Stay [Docket No. 1985; filed 12/10/09]

Related Documents:

i. Notice of Rescheduled Hearing on Motion [Docket No. 1944; filed 11/30/09]

Status: This hearing on this matter is continued to the omnibus hearing scheduled for June 3, 2010 at 10:30 a.m. (EDT).

3. Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1701; filed 10/7/09]

Objection Deadline: October 21, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Objection of JPMorgan Chase Bank, N.A. to the Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1746; filed 10/21/09]

Related Documents: None.

Status: This hearing regarding this matter is continued to the omnibus hearing scheduled for June 3, 2010 at 10:30 a.m. (EDT).

4. Debtors' Objection to Proof of Claim Filed by Egencia LLC (Claim No. 3678) [Docket No. 2083; filed 1/4/10]

Objection Deadline: January 18, 2010 at 4:00 p.m. (EST)

Objections/Responses Received: None.

Related Documents:

i. Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Objection to Proof of Claim Filed by Egencia, LLC (Claim No. 3678) [Docket No. 2146; filed 1/14/10]

Status: This hearing on this matter is continued to the omnibus hearing scheduled for June 3, 2010 at 10:30 a.m. (EDT).

5. Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [Docket No. 2310; filed 2/2/10]

Objection Deadline: February 16, 2010 at 4:00 p.m. (EST)

Objections/Responses Received:

A.  Response by Wellborn Cabinet Inc. to Objection to Claim [Docket No. 2365; filed 2/16/10]

B.  Response to Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Filed by Hovanes John and Linda Reed Bekeredjian [Docket No. 2391; filed 2/16/10]

Related Documents:

i.  Notice of Submission of Copies of Proofs of Claim (Substantive) Relating to Debtors' Twenty-First Omnibus Objection to Claims [Docket No. 2382; filed 2/18/10]

ii.  Order Granting Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [Docket No. 2458; filed 3/4/10]

iii.  Debtors' Omnibus Reply to Responses to Debtors' Twenty-First (21st) Omnibus (Substantive) Objection to Claims (Wrong Party Litigation Claims) [Docket No. 3445; filed 4/15/10]

Status: This hearing on this matter is continued to the omnibus hearing scheduled for June 3, 2010 at 10:30 a.m. (EDT). The individual status of each remaining claim subject to this matter is listed on the attached Exhibit B.

6.  Debtor's Twenty-Third Omnibus (Substantive) Objection to Claims (Claim Nos. 2463, 2470, 2500, and 2505) [Docket No. 2443; filed 3/1/10]

Objection Deadline: March 15, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.  Response of Denise Cassese, George Rush, Richard Schroer and Whalen & Tusa, P.C., Individually and as Representatives for the Certified Class, to Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims (Claim Nos. 2463, 2470, 2500, and 2505) [Docket No. 3051; filed 4/5/10]

B.  (Amended) Response of Denise Cassese, George Rush, Richard Schroer and Whalen & Tusa, P.C., Individually and as Representatives for the Certified Class, to Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims (Claim Nos. 2463, 2470, 2500, and 2505) [Docket No. 3060; filed 4/6/10]

Related Documents:

i.  Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims [Docket No. 3079; filed 4/7/10]

Status: This hearing on this matter is adjourned until such time as the District Court for the Eastern District of New York determines Debtor's liability, if any.

The individual status of each remaining claim subject to this matter is listed on the attached Exhibit C.

7. Debtors' Twenty-Eighth Omnibus (Substantive) Objection to Claims Filed by Claimants Gregory Bushansky, Dana Marra, Marina Ware, Ontario Teachers' Pension Plan Board, and Brockton Contributory Retirement System (Claim Nos. 999, 1001, 1002, 1003, 2759, 2761 and 2763) Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 2554; filed 3/18/10]

   Objection Deadline: April 5, 2010 at 4:00 p.m. (EDT); extended to April 9, 2010

   Objections/Responses Received: None.

   Related Documents:

   i. Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Twenty-Eighth Omnibus (Substantive) Objection to Claims [Docket No. 3083; filed 4/7/10]

   ii. **Certification of Counsel Regarding Order Granting Debtors' Twenty-Eighth Omnibus Objection (Substantive) to Claims Filed by Claimants Ontario Teachers' Pension Plan Board and Brockton Contributory Retirement System Pursuant to Section 510(b) of the Bankruptcy Code (Claim Nos. 2759, 2761 and 2763) [Docket No. 3799; filed 5/18/10]**

   Status: This hearing on this matter is continued to the omnibus hearing scheduled for June 3, 2010 at 10:30 a.m. (EDT). The Debtors have reached an agreement in principle with counsel for certain claimants to stipulate to subordination of the claims pursuant to Section 510(b) **and have submitted a form of order under certification of counsel.** The individual status of each remaining claim subject to this matter is listed on the attached Exhibit D.

8. Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Filed by Morgan Stanley & Co., Inc., Goldman, Sachs & Co., and Credit Suisse Securities (USA) LLC (Claim Nos. 2584, 2909 and 3794) Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 2574; filed 3/19/10]

   Objection Deadline: April 5, 2010 at 4:00 p.m. (EDT); extended to April 9, 2010; Debtors' reply extended to May 14, 2010 at 4:00 p.m. (EDT)

   Objections/Responses Received:

   A. Response to Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Filed by Morgan Stanley & Co., Inc., Goldman, Sachs & Co., and Credit Suisse Securities (USA) LLC Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 3164; filed 4/9/10]

5

B.  Declaration of Jonathan C. Dickey in Support of Response to Debtors' Twenty-Ninth Omnibus Objection (Substantive) Objection to Claims Filed by Morgan Stanley & Co., Inc., Goldman, Sachs & Co., and Credit Suisse Securities (USA) LLC Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 3165; filed 4/9/10]

Related Documents:

i.  Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Filed by Morgan Stanley & Co., Inc., Goldman, Sachs & Co., and Credit Suisse Securities (USA) LLC (Claim Nos. 2584, 2909 and 3794) Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 3084; filed 4/7/10]

ii. Order Approving Stipulation Between Claimant Morgan Stanley & Co., Inc., and the Debtors Reinstating Proof of Claim No. 2569 and Subjecting Such Claim to the Debtors' Twenty-Ninth Omnibus Objection to Claims [Docket No. 3700; filed 5/12/10]

iii. Debtors' Reply to Claimants' Response to Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Filed by Morgan Stanley & Co. Inc., Goldman Sachs & Co., and Credit Suisse Securities (USA) LLC Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 3737; filed 5/14/10]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for June 3, 2010 at 10:30 a.m. (EDT). The individual status of each remaining claim subject to this matter is listed on the attached Exhibit F.

9. Debtors' Objection to Proof of Claim Filed by the Oregon Department of Revenue (Claim No. 3693) [Docket No. 3196; filed 4/12/10]

Objection Deadline: April 29, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.  Response of the Oregon Department of Revenue to Debtors' Objection to Proof of Claim No. 3693 [Docket No. 3599; filed 4/29/10]

B.  Amended Response of the Oregon Department of Revenue to Debtors' Objection to Proof of Claim No. 3693 [Docket No. 3600; filed 4/29/10]

Related Documents:

Status: The hearing on this matter is continued to a date to be determined.

10. Complaint by Broadbill Investment Corp. against Washington Mutual, Inc. [Adversary Proceeding No. 10-50911; Adversary Docket No. 1; filed 4/12/10]

Related Documents:

i.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adversary Docket No. 3; filed 4/12/10]

Status: The pretrial conference regarding this matter is continued to the omnibus hearing scheduled for June 3, 2010 at 10:00 a.m. (EDT).

## II.  UNCONTESTED MATTERS GOING FORWARD:

11. Debtors' Thirtieth Omnibus (Substantive) Objection to Claims Filed by Claimants Walden Management Co. Pension Plan, Metzler Investment, and South Ferry LP #2 (Claim Nos. 2808, 2809, 3087 and 3448) Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 2575; filed 3/19/10]

    Objection Deadline:    April 5, 2010 at 4:00 p.m. (EDT);
    extended to April 9, 2010

    Objections/Responses Received: None.

    Related Documents:

    i.  Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Thirtieth Omnibus (Substantive) Objection to Claims Filed by Claimants Walden Management Co. Pension Plan, Metzler Investment, and South Ferry LP #2 (Claim Nos. 2808, 2809, 3087 and 3448) Pursuant to Section 510(B) of the Bankruptcy Code) [Docket No. 3085; filed 4/7/10]

    ii. **Certification of Counsel Regarding Order Granting Debtors' Thirtieth Omnibus (Substantive) Objection to Claims Filed by Claimants Walden Management Co. Pension Plan, Metzler Investment, and South Ferry LP #2 Pursuant to Section 510(b) of the Bankruptcy Code (Claim Nos. 2808, 2809, 3087 and 3448) [Docket No. 3800; filed 5/18/10]**

    Status: This hearing on this matter is going forward. The Debtors have reached an agreement in principle with counsel for those claimants to stipulate to subordination of the claims pursuant to Section 510(b). **The Debtors have submitted a form of order under certification of counsel. Accordingly a hearing on this matter is necessary only to the extent the Court has questions.** The individual status of each remaining claim subject to this matter is listed on the attached Exhibit E.

12. Application for an Order Pursuant to 11 U.S.C. §§ 328, 330 and 1103 and Fed. R. Bankr. P. 2014 Authorizing the Retention and Employment of Susman Godfrey LLP as Counsel to the Official Committee of Equity Security Holders of Washington Mutual, Inc. et al. *Nunc Pro Tunc* to April 16, 2010 [Docket No. 3681; filed 5/7/10]

    Objection Deadline: May 17, 2010 at 11:00 a.m. (EDT)

    Objections/Responses Received: None.

7

Related Documents:

    i. Order Shortening Notice with Respect to Application for an Order Pursuant to 11 U.S.C. §§ 328, 330 and 1103 and Fed. R. Bankr. P. 2014 Authorizing the Retention and Employment of Susman Godfrey LLP as Counsel to the Official Committee of Equity Security Holders of Washington Mutual, Inc. et al. *Nunc Pro Tunc* to April 16, 2010 [Docket No. 3685; filed 5/10/10]

    ii. Notice of Hearing [Docket No. 3688; filed 5/10/10]

Status: The hearing on this matter is going forward.

## III. STATUS CONFERENCE REGARDING 2019 STATEMENTS:

13. Notice of (A) Required Compliance with Provisions of Bankruptcy Rule 2019(a) and (B) Hearing to Show Cause Why Sanctions or Limitations Pursuant to Bankruptcy Rule 2019(b) or Otherwise Should Not Be Imposed [Docket No. 3191; filed 4/9/10]

   Submission Deadline: May 17, 2010 at 5:00 p.m. (EDT)

   Submissions Received:

   A. Verified Statement of White & Case LLP Pursuant to Bankruptcy Rule 2019 [Docket No. 102; filed 10/20/08]

   B. Verified Statement of Ashby & Geddes, P. A. Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 323; filed 11/23/08]

   C. Bankruptcy Rule 2019 Statement of Wells Fargo Bank, National Association [Docket No. 390; 12/4/08]

   D. Verified Statement of Law Debenture Trust Company of New York, as Indenture Trustee, Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 473; filed 12/19/08]

   E. Statement of Blank Rome LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 525; filed 1/2/09]

   F. Verified Statement of Fried, Frank, Harris, Shriver & Jacobson LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 526; filed 1/2/09]

   G. Verified Statement of Lowenstein Sandler PC Pursuant to Bankruptcy Rule 2019(a) [Docket No. 543; filed 1/6/09]

   H. Statement of the Bank of New York Mellon Trust Company, N.A. as Indenture Trustee Pursuant to Federal rule of Bankruptcy Procedure 2019 [Docket No. 628; filed 1/30/09]

I.  Verified Statement Pursuant to Federal Rule of Bankruptcy Procedure 2019 by Montgomery, McCracken, Walker & Rhoads, LLP [Docket No. 1359; filed 7/22/09]

J.  Verified Statement of Pachulski Stang Ziehl & Jones LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 1470; filed 8/10/09]

K.  First Supplemental Verified Statement of White & Case LLP Pursuant to Bankruptcy Rule 2019 [Docket No. 1518; filed 8/19/09]

L.  Verified Statement of Fox Rothschild LLP Pursuant to Bankruptcy Rule 2019 [Docket No. 1520; filed 8/19/09]

M.  Verified Statement of Kasowitz, Benson, Torres & Friedman LLP Pursuant to Bankruptcy Rule 2019 [Docket No. 1521; filed 8/19/09]

N.  Supplement to Verified Statement of Lowenstein Sandler PC Pursuant to Bankruptcy Rule 2019(a) [Docket No. 1857; filed 11/6/09[

O.  Amended Verified Statement of Wilmer Cutler Pickering Hale and Dorr LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 2397; filed 2/19/09]

P.  Verified Statement of Phillips, Goldman & Spence, P.A. Pursuant to Bankruptcy Rule 2019 [Docket No. 3532; filed 4/19/10]

Q.  Amended Verified Statement Pursuant to Federal Rule of Bankruptcy Procedure 2019 by Montgomery, McCracken, Walker & Rhoads, LLP [Docket No. 3534; filed 4/19/10]

R.  First Amended Verified Statement of Reed Smith LLP Pursuant to Bankruptcy Rule 2019 [Docket No. 3535; filed 4/19/10]

S.  Verified Statement of Gibson, Dunn & Crutcher LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 [Docket No. 3537; filed 4/19/10]

T.  Verified Statement of Brown Rudnick LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 3546; filed 4/20/10]

U.  Verified Amended Statement of White & Case LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 3635; filed 5/4/10]

V.  Verified Amended Statement of Fox Rothschild LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 3647; filed 5/4/10]

W.  Amended Verified Statement of Lowenstein Sandler PC Pursuant to Fed. R. Bankr. P. 2019(a) [Docket No. 3680; filed 5/7/10]

X. Verified Statement of Rosenthal Monhait & Goddess, P.A. Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure Concerning Representation of Multiple Creditors [Docket No. 3735; filed 5/14/10]

Y. Verified Statement of Reed Smith LLP Pursuant to Bankruptcy Rule 2019 [Docket No. 792; filed 3/19/09]

Z. Verified Statement of Wilmer Cutler Pickering Hale and Dorr LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 1273; filed 7/8/09]

AA. Second Amended Verified Statement Pursuant to Federal Rule of Bankruptcy Procedure 2019 by Montgomery, McCracken, Walker & Rhoads, LLP [Docket No. 3751; filed 5/18/10]

BB. Verified Statement of Drinker Biddle & Reath LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 3753; filed 5/18/10]

CC. Verified Statement of Grant & Eisenhofer P.A. Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 3754; filed 5/18/10]

DD. Verified Statement of Halpern Battaglia Raicht, LLP and Womble Carlyle Sandridge & Rice, PLLC Pursuant to Fed. R. Bankr. P. 2019(A) [Docket No. 3756; filed 5/18/10]

EE. WMB Noteholder Group's (I) Statement Concerning Rule 2019 and (II) Request That Sanctions Be Entered Against the Debtors [Docket No. 3759; filed 5/18/10]

FF. First Supplemental Verified Statement of Fried, Frank, Harris, Shriver & Jacobson LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 3761; filed 5/18/10]

GG. First Supplemental Verified Statement of Blank Rome LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 3762; filed 5/18/10]

HH. Second Amended Verified Statement of Wilmer Cutler Pickering Hale and Dorr LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 3763; filed 5/18/10]

II. Verified Statement of Bingham McCutchen LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 [Docket No. 3764; filed 5/18/10]

JJ. Verified Amended Statement of Brown Rudnick LLP and Campbell & Levine LLC Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 3765; filed 5/18/10]

KK. Verified Amended Statement of Kasowitz, Benson, Torres & Freidman LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 3766; filed 5/18/10]

LL. Verified Statement of Morris, Nichols, Arsht & Tunnell LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 3768; filed 5/18/10]

MM. Amended Verified Statement of Pachulski Stang Ziehl & Jones LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 3773; filed 5/18/10]

Related Documents:

i. Amended Notice of (A) Required Compliance with Provisions of Bankruptcy Rule 2019(a) and (B) Hearing to Show Cause Why Sanctions or Limitations Pursuant to Bankruptcy Rule 2019(b) or Otherwise Should Not Be Imposed [Docket No. 3447; filed 4/15/10]

Status: The status conference regarding this matter is going forward.

## IV. CONTESTED MATTERS GOING FORWARD:

14. Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling A Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan [Docket No. 3568; filed 4/23/10]

Objection Deadline: May 13, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Response Regarding Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 3601; filed 4/29/10]

B. Objection of the Consortium of Trust Preferred Security Holders to Debtors' Motion for Approval of Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 3694; filed 5/11/10]

C. Consolidated Objection by American National Insurance Company, *et al.* to: (A) Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II)

11

Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan; and (B) Disclosure Statement of the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 3708; filed 5/13/10]

D. Objection to Proposed Disclosure Statement Filed by Nantahala Capital Partners, LP [Docket No. 3709; filed 5/13/10]

E. Statement and Reservation of Rights of Wilmington Trust Company, Solely in its Capacity as Guarantee Trustee, to Motion of Debtors for an Order, Pursuant to Section 105, 502, 1125, 1126 and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan [Docket No. 3710; filed 5/13/10]

F. Objection of the Pension Benefit Guaranty Corporation to Debtors' Proposed Disclosure Statement [Docket No. 3711; filed 5/13/10]

G. Statement of Law Debenture Trust Company of New York, as Trustee, with Respect to Disclosure Statement for Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 3712; filed 5/13/10]

H. Reservation of Rights Of Wells Fargo Bank, N.A., In Its Capacity As Indenture Trustee And Guarantee Trustee, To The Debtors' Motion For Approval Of Disclosure Statement And Solicitation And Voting Procedures [Docket No. 3713; filed 5/13/10]

I. Objection of The Bank of New York Mellon Trust Company, N.A. to Disclosure Statement for the Joint Plan of the Affiliated Debtors Dated March 26, 2010 and Related Solicitation Procedures Motion [Docket No. 3714; filed 5/13/10]

J. Lead Plaintiffs' Objection (A) to Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (B) to the Supporting Motion to Approve the Disclosure Statement and Proposed Solicitation and Voting Procedures [Docket No. 3715; filed 5/13/10]

K. Broadbill Investment Corp.'s Objection to Debtors' Motion for Order Approving Proposed Disclosure Statement and Granting Related Relief. [Docket No. 3716; filed 5/13/10]

L. Lead Plaintiffs' Objection (A) to Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy

|     | Code and (B) to the Supporting Motion to Approve the Disclosure Statement and Proposed Solicitation and Voting Procedures Filed by Doral Bank Puerto Rico, Policemen's Annuity and Benefit Fund of the City of Chicago [Docket No. 3717; filed 5/13/10] |
| --- | --- |
| M.  | Objection (A) to Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (B) to the Supporting Motion to Approve the Disclosure Statement and Proposed Solicitation and Voting Procedures Filed by Ontario Teachers' Pension Plan Board [Docket No. 3718; filed 5/13/10] |
| N.  | Objection to Disclosure Statement for the Joint Plan of Affiliated Debtors and to the Motion for Debtors Seeking an Order Approving the Same Filed by Bank Bondholders [Docket No. 3719; filed 5/13/10] |
| O.  | Objection of the BKK Joint Defense Group to the Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 2003, 3017, 3018 and 3020, (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan Filed by BKK Joint Defense Group [Docket No. 3720; filed 5/13/10] |
| P.  | Objection of the FDIC-Receiver to Debtors' Proposed Disclosure Statement for the Joint Plan of Affiliated Debtors Filed by Federal Deposit Insurance Corporation [Docket No. 3721; filed 5/13/10] |
| Q.  | First Objection Filed by California Department of Toxic Substances Control [Docket No. 3722; filed 5/13/10] |
| R.  | Reservation of Rights of the Official Committee of Unsecured Creditors of Washington Mutual, Inc., et al. with Respect to the Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code Filed by Official Committee of Unsecured Creditors [Docket No. 3723; filed 5/13/10] |
| S.  | Objection of Paulson & Co. Inc. to the Debtors' Motion to Approve Disclosure Statement Filed by Paulson & Co. Inc. [Docket No. 3724; filed 5/13/10] |
| T.  | Objection of the Official Committee of Equity Security Holders to Approval of the Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (II) Scheduling A Confirmation Hearing, and (IV) Establishing Notice and Objection |

Procedures for Confirmation of the Debtors' Joint Plan Filed by Official Committee of Equity Holders [Docket No. 3726; filed 5/13/10]

U. Reservation of Rights Filed by Appaloosa Management, L.P., Aurelius Capital Management, LP, Centerbridge Partners, L.P., Owl Creek Management, L.P. [Docket No. 3727; filed 5/13/10]

V. Consolidated Objection of Susanna Gouws Korn, Angelita Ravago, And Parties To Be Named To (A) Motion Of Debtors For An Order Pursuant To Sections 105, 502, 1125, 1126, And 1128 Of The Bankruptcy Code And Bankruptcy Rules 2002, 3003, 3017, 3018 And 3020, (I) The Proposed Disclosure Statement And The Form And Manner Of The Notice Of The Disclosure Statement Hearing, (II) Establishing Solicitation And Voting Procedures, (III) Scheduling A Confirmation Hearing, And (IV) Establishing Notice And Objection Procedures For Confirmation Of The Debtors' Joint Plan; And (B) The Joint Plan Of Affiliated Debtors Pursuant To Chapter 11 Of The United States Bankruptcy Code Filed by Angelita Ravago and Susanna Gouws [Docket No. 3728; filed 5/13/10]

W. Objection of the Washington Mutual Inc. Noteholders Group to the Debtors Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code Filed by Washington Mutual, Inc. Noteholders Group [Docket No. 3730; filed 5/13/10]

X. Letter Response received from Ronald Weiss [Docket No. __]

Y. Letter Response received from Meredith Prevor-Weiss [Docket No. __]

Z. Letter Response received from Anthony Mitchell [Docket No. __]

AA. Letter Response Response receied from Hapreet Singh [Docket No. __]

BB. Letter Response received from Michael Simmons [Docket No. __]

CC. Letter Response received from Kurt Krol [Docket No. __]

DD. Letter Response received from Peter Krol [Docket No. __]

EE. Letter Response received from Devinder Dogra [Docket No. __]

FF. Letter Response received from Ravi Dusanapudi [Docket No. __]

GG. Letter Response received from Guoxun Chen [Docket No. __]

HH. Letter Response received from Margaret Thomas [Docket No. __]

II. Letter Response received from Phillipp Schnabel [Docket No. __]

JJ. Letter Response received from Eric K. Park [Docket No. __]

KK. Letter Response received from Steven Palladino [Docket No. __]

LL. Letter Response received from Jayapaul R. Vadicherla [Docket No. __]

MM. Letter Response received from Thomas and Dorothy Gallub [Docket No. __]

NN. Letter Response received from Charles B. Rupani, Sr. [Docket No. __]

OO. Letter Response received from Sherif Gerges [Docket No. __]

PP. Letter Response received from Joseph C. and Kay L. Burrus [Docket No. __]

QQ. Letter Response received from Alberto Polanco [Docket No. __]

RR. Letter Response received from Judith Kaufman [Docket No. __]

SS. Letter Response received from Paul R. Aaron [Docket No. __]

TT. Letter Response received from Georganne Sebastian [Docket No. __]

UU. Letter Response received from Christopher L. Scott [Docket No. __]

VV. Letter Response received from Evan Schrager [Docket No. __]

WW. Letter Response received from Jamie Schrager [Docket No. __]

XX. Letter Response received from Mark H. Hong [Docket No. __]

YY. Letter Response received from Chitsai Tai [Docket No. __]

ZZ. Letter Response received from Yuchun Kao [Docket No. __]

AAA. Letter Response received from Steve Brant [Docket No. __]

BBB. Letter Response received from Shu-Jui Valvo [Docket No. __]

CCC. Letter Response received from Robert T. Patelski, Jr. [Docket No. __]

DDD. Letter Response received from Luz M. Rivas [Docket No. __]

EEE. Letter Response received from Joseph U. Bradford and A. Bradford [Docket No. __]

FFF. Letter Response received from Roderick J. Houston [Docket No. __]

GGG. Letter Response received from Unlu O. Gurpinar [Docket No. __]

HHH. Letter Response received from Ludwig Joe Polasek [Docket No. __]

III. Letter Response received from Yaw M. Mensah [Docket No. __]

JJJ.    Letter Response received from David M. Lowe [Docket No. __]

KKK.    Letter Response received from Louis Raja Arul Dross [Docket No. __]

LLL.    Letter Response received from Leo A. Rashkin [Docket No. __]

MMM.    Letter Response received from Kelvin Hsieh & Angela Tu [Docket No. __]

NNN.    Letter Response received from Kermit R. Kubitz [Docket No. __]

OOO.    Letter Response received from David Shutvet [Docket No. __]

PPP.    Letter Response received from S. Kent Christenberry

QQQ.    Letter Response received from Laurence E. Hart, Jr. [Docket No. __]

RRR.    Letter Response received from Igor Martinov [Docket No. __]

SSS.    Letter Response received from Thomas Zebley [Docket No. __]

TTT.    Letter Response received from Linda & Nang Luong [Docket No. __]

UUU.    Letter Response received from Jane M. Belcher [Docket No. __]

VVV.    Letter Response received from Joseph J. Belcher, Jr. [Docket No. 3752; filed 5/13/10]

WWW.    Letter Response received from John and Elizabeth Fuller [Docket No. __]

XXX.    Letter Response received from Jane V. Meak [Docket No. __]

YYY.    Letter Response received from Steve Matson [Docket No. __]

ZZZ.    Letter Response received from Kirmanidis Michail [Docket No. __]

AAAA.    Letter Response received from Anthony Truong [Docket No. __]

BBBB.    Letter Response received from Minnie B. Miles [Docket No. __]

CCCC.    Letter Response received from John J. McKeon [Docket No. __]

DDDD.    Letter Response received from Jonathan Lee [Docket No. __]

EEEE.    Letter Response received from Robert J. Straub [Docket No. __]

FFFF.    Letter Response received from Bo Y. Jun, D.D.S. [Docket No. __]

GGGG.    Letter Response received from Michael K. McCune [Docket No. __]

HHHH. Letter Response filed by Richard Hofstetter [Docket No. 3747; filed 5/13/10]

IIII. Letter Response filed by Gail Lee [Docket No. 3748; filed 5/13/10]

JJJJ. Letter Response filed by Kurt Dismukes [Docket No. 3749; filed 5/13/10]

Related Documents:

i. Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2622; filed 3/26/10]

ii. Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2623; filed 3/26/10]

iii. Notice of Hearing to Consider Approval of Disclosure Statement with Respect to Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code Filed by George Sims & Associates Inc. [Docket No. 3245; filed 4/14/10]

iv. First Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 3743; filed 5/16/10]

v. Disclosure Statement for the First Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 3745; filed 5/17/10]

vi. Notice of Filing of (I) First Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (II) Disclosure Statement for the First Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 3746; filed 5/17/10]

Status: The hearing on the Disclosure Statement is being continued to a date to be determined by the Court at the May 19, 2010 hearing. The Debtors will respectfully request that such continued hearing date be scheduled for Wednesday, May 26, or otherwise at the Court's earliest convenience.

15. Debtors' Motion for an Order Confirming Classification of Certain Claims for Voting Purposes Only [Docket No. 3653; filed 5/4/10]

Objection Deadline: May 12, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.  Response to Debtors Motion for an Order Confirmation Classification of Certain Claims For Voting Purposes Only Filed by Reval [Docket No. 3686; 5/10/10

Related Documents:

i.  Declaration of John Maciel Pursuant to Local Rule 3007-1 in Support of Debtors' Motion for an Order Confirming Classification of Certain Claims for Voting Purposes Only [Docket No. 3655; filed 5/4/10]

ii. Notice of Amendment to Exhibit A to Debtors' Motion for an Order Confirming Classification of Certain Claims for Voting Purposes Only [Docket No. 3683; filed 5/7/10]

Status: The hearing on this matter is going forward.

16. Motion of the Consortium of Trust Preferred Security Holders to Compel Debtors to Produce Documents [Docket No. 3757; filed 5/17/10]

Objection Deadline: May 19, 2010 at 9:00 a.m. (EDT)

Objections/Responses Received:

A.  **Debtors' Opposition to Motion of the Consortium of Trust Preferred Security Holders to Compel Debtors to Produce Documents [Docket No. 3806; filed 5/19/10]**

B.  **Declaration of Vaughan Petherbridge in Support of Debtors' Opposition to the Motion to Compel Filed by the Consortium of Trust Preferred Security Holders [Docket No. 3807; filed 5/19/10]**

Related Documents:

i.  Motion of the Consortium of Trust Preferred Security Holders to Shorten Response Time and to Shorten Notice for Hearing on the Consortium's Motion to Compel Debtors to Produce Documents [Docket No. 3758; filed 5/17/10]

ii. Order Shortening the Time to Consider Motion of the Consortium of Trust Preferred Security Holders to Compel Debtors to Produce Documents [Docket No. 3777; filed 5/18/10]

Status: The hearing on this matter is going forward.

RLF1 3572913v. 1

Dated: May 19, 2010  
       Wilmington, Delaware

Respectfully submitted,

_____
Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Drew G. Sloan (No. 5069)
Julie A. Finocchiaro (No. 5303)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*