# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Washington Mutual, Inc. |
| **Case Number:** | 08-12229-MFW     **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, MAY 19, 2010 11:30 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

### *Matters:*

1) Omnibus
   **R / M #:**   3,808 / 0

2) Disclosure
   **R / M #:**   0 / 0

### *Appearances:*

See attached sign-in sheet

### *Proceedings:*

Agenda Matters:
   Items 1 through 6 - Continued
   Item 7 - Order entered under Certification of Counsel
   Items 8 through 10 - Continued
   Item 11 - Order entered under Certification of Counsel
   Item 12 - Order entered
   Item 13 - Order due under Certification of Counsel
   Item 14 - Continued to 6/3/10
   Item 15 - Order entered
   Item 16 - Trying to resolve, continued to 6/3/10