IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| WASHINGTON MUTUAL, INC., et al.,[1] | : Case No. 08-12229 (MFW) |
| Debtors. | : Jointly Administered |
| | : **Ref. No. 4302** |

## JPMORGAN CHASE BANK, N.A.'S RESPONSE TO THE MOTION TO SHORTEN NOTICE AND SCHEDULE HEARING ON THE MOTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS FOR AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AND LOCAL BANKRUPTCY RULE 2004-1 DIRECTING THE EXAMINATION OF JPMORGAN CHASE

JPMorgan Chase Bank, National Association ("JPMC"), submits this response to the Motion to Shorten Notice and Schedule Hearing on the Motion of the Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of JPMorgan Chase (D.I. 4302) (the "Motion to Shorten"), filed by the Official Committee of Equity Security Holders (the "Equity Committee") with respect to the Motion of the Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of JPMorgan Chase ("Rule 2004 Motion").

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors continue to share their principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

{683.001-W0007964.}

1.      This is not the first or the only discovery request served in these proceedings since the Debtors filed their Second Amended Joint Plan with the Court on May 21, 2010. Washington Mutual, Inc. ("WMI") and WMI Investment Corp. ("WMII" and, collectively with WMI, the "Debtors") have received numerous discovery demands and notices for depositions. The Federal Deposit Insurance Corporation has received similar discovery requests. JPMC has also received similar requests, in addition to the Equity Committee's Rule 2004 Motion.

2.      Recognizing the inefficiency and burden associated with uncoordinated, overlapping and overbroad discovery requests, Debtors have informed JPMC that, tomorrow, on May 26, 2010, they will file a Motion to Establish Procedures for Objections and Discovery Relating to Confirmation and Related Deadlines (the "Scheduling and Procedures Motion"). The Scheduling and Procedures Motion will seek to establish a comprehensive plan for the confirmation process, including discovery and related issues. Debtors will seek, in accordance with a motion to shorten time, to have their Scheduling and Procedures Motion heard at the June 3, 2010 omnibus hearing.

3.      JPMC endorses and supports the concept of an integrated, efficient and appropriate discovery plan in connection with the plan confirmation process. Therefore, putting aside and reserving its rights with respect to the overly broad scope of the examination sought by the Equity Committee (and not withstanding the inaccuracy of many of the statements contained in the Rule 2004 Motion), JPMC respectfully requests that the Equity Committee's Rule 2004 Motion be heard at the same time as the Debtors' Scheduling and Procedures Motion, be that on June 3, 2010 or a date thereafter selected by the Court to hear these matters.

Dated: May 25, 2010
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*[signature]*

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street Suite 1800
Wilmington, Delaware 19801
Tel: (302) 467-4400
Fax: (302) 467-4450

– and –

Robert A. Sacks
Hydee R. Feldstein
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Tel: (310) 712-6600
Fax: (310) 712-8800

Bruce E. Clark
Stacey R. Friedman
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 558-3588

*Counsel for JPMorgan Chase Bank, N.A.*