# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WASHINGTON MUTUAL, INC., et al., | Case No. 08-12229 (MFW) |
| Debtors. | Jointly Administered |
| | Objection Deadline: May 28, 2010 at 4:00 p.m. (ET)<br>Hearing Date: June 3, 2010 at 10:30 a.m. (ET) |

## BROADBILL INVESTMENT CORP'S
## SUPPLEMENTAL OBJECTION TO DEBTORS' MOTION
## FOR ORDER APPROVING PROPOSED DISCLOSURE
## STATEMENT AND GRANTING RELATED RELIEF

TO: THE HONORABLE MARY F. WALRATH,
UNITED STATES BANKRUPTCY JUDGE

Broadbill Investment Corp. ("Broadbill"), for its Supplemental Objection (the "Objection") to Debtors' Motion [Docket No. 3568] for Order Approving Proposed Disclosure Statement in respect of Proposed Joint Plan and Granting Related Relief, respectfully represents:

1. On March 26, 2010, the Debtors filed their Joint Chapter 11 Plan (the "Initial Proposed Plan") and their proposed Disclosure Statement with respect thereto (the "Initial Proposed Disclosure Statement"). A hearing with respect to the Initial Proposed Disclosure Statement was noticed for May 19, 2009 (the "May 19 Hearing"). On May 13, 2010, Broadbill filed an objection ("Initial Objection") to the Initial Proposed Disclosure Statement [Docket No. 3716]. On May 16, 2010, three days prior to the May 19 hearing, the Debtors filed a First Amended Joint Chapter 11 Plan and proposed Disclosure Statement with respect thereto. On May 18, the Debtors filed an amended agenda for the May 19 Hearing which indicated that the

hearing on the Initial Proposed Disclosure Statement would be adjourned to a later date (but that the May 19 Hearing would go forward with respect to certain other matters).

2. At the May 19 Hearing, the Debtors indicated that they would file a new proposed disclosure statement and plan that would reflect changes made by the Debtors (i) in response to certain objections to the Initial Proposed Disclosure Statement and (ii) to reflect the terms of a final global settlement agreement between the Debtors, JPMorgan Chase Bank, N.A., the FDIC and certain other parties. The Court ordered that the Debtors file such amended plan and disclosure statement by May 21, 2010. The Court further ordered that, in the event that the Debtors filed a new proposed plan and disclosure statement by May 21, 2010, any supplemental objections to *the changes made to the Initial Proposed Disclosure Statement as reflected in the new proposed Disclosure Statement* were to be filed by May 28, 2010.

3. On May 21, 2010, the Debtors filed their Second Amended Joint Chapter 11 Plan (the "Second Amended Plan") and their Second Amended Disclosure Statement with respect thereto (the "Second Proposed Disclosure Statement") and distributed an Amended Notice of Hearing (the "Amended Notice") with respect to the hearing to approve the Second Amended Disclosure Statement [Docket No. 4244]. Page 2 of the Amended Notice states "IF A SUPPLEMENTAL OBJECTION TO THE AMENDED DISCLOSURE STATEMENT IS NOT FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE AMENDED DISCLOSURE STATEMENT OR THE ADEQUACY THEREOF AND MAY NOT BE HEARD AT THE HEARING."

4. The Amended Notice's language purporting to prohibit parties that filed timely objections to the Initial Proposed Disclosure Statement from objecting to the Second Proposed

2

Disclosure Statement unless they filed a supplemental objection thereto is "over the top." Broadbill hereby files this Supplemental Objection to incorporate by reference herein its Initial Objection and all statements, allegations and arguments made therein.

WHEREFORE, for the reasons set forth herein and in the Initial Objection, Broadbill respectfully requests that this Court (i) deny the Debtors' motion for an Order approving the Second Amended Disclosure Statement and (ii) grant such other and further relief as this Court deems just and proper.

Dated: May 27, 2010
Wilmington, Delaware

COZEN O'CONNOR

Mark E. Felger (No. 3919)
1201 N. Market Street
Suite 1400
Wilmington, Delaware 19801
Tel: (302) 295-2000
Fax: (302) 295-2013

ANDREWS KURTH LLP

Paul N. Silverstein (*admitted pro hac vice*)
J. Wiley George (*admitted pro hac vice*)
Jonathan I. Levine (*admitted pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

*Counsel to Broadbill Investment Corp.*