# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WASHINGTON MUTUAL, INC., *et al.*, | ) Case No. 08-12229 (MFW) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors | ) Hearing Date: June 3, 2010 at 10:30 a.m. |
| | ) Related Docket Nos.: 3694 and 2623 |

### NOTICE OF CONTINUED OBJECTION OF THE CONSORTIUM OF TRUST PREFERRED SECURITY HOLDERS TO DEBTORS' MOTION FOR APPROVAL OF DISCLOSURE STATEMENT FOR THE JOINT PLAN OF AFFILIATED DEBTORS PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE

The consortium of holders of interests subject to treatment under Class 19 of the Plan (as defined herein) (the "TPS Consortium"[1]), by and through its undersigned counsel, hereby files this notice of its continued objection to the Debtors' Motion (the "Motion") for an Order, Pursuant to Sections 105, 502, 1125, 1126 and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (i) Approving the Proposed Second Amended Disclosure Statement (the "Disclosure Statement") [Docket No. 4242] and the Form and Manner of the Notice of the Disclosure Statement Hearing, (ii) Establishing Solicitation and Voting Procedures, (iii) Scheduling a Confirmation Hearing, and (iv) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan (the "Plan") [Docket No. 4241].[2]

---

[1] The TPS Consortium is made up of holders of interests (as set forth more fully in the group's amended Rule 2019 statement [Docket No. 3765], as such may be amended) proposed by the Debtors to be treated under Class 19 of the Plan -- described in the Plan and Disclosure Statement as the "REIT Series."

[2] Capitalized terms not otherwise defined herein shall bear the meanings ascribed thereto in the Plan and/or Disclosure Statement, as applicable.

1. On May 11, 2010, the TPS Consortium filed its initial objection to the Motion (the "Objection"). [Docket No. 3694]. Despite revisions subsequently made to the Disclosure Statement, the concerns raised in the Objection remain substantially unresolved.

2. On May 27, 2010, the TPS Consortium sent to counsel for the Debtors a letter requesting certain changes to the Disclosure Statement. A copy of that letter is attached as Exhibit A hereto. The TPS Consortium remains hopeful the Debtors would agree to incorporate such changes.

3. In the Objection, the TPS Consortium requested authority to include in the Plan solicitation package a letter to Class 19 expressing the TPS Consortium's concerns regarding the Plan. A copy of that proposed letter is attached as Exhibit B.

**WHEREFORE**, the TPS Consortium respectfully requests that the Court: (a) deny the Motion, and (b) grant such other and further relief as it deems just and proper.

Dated: Wilmington, Delaware
May 28, 2010

Respectfully submitted,

**CAMPBELL & LEVINE LLC**

*/s/Kathleen Campbell Davis*
Marla Rosoff Eskin, Esq. (DE 2989)
Bernard G. Conaway, Esq. (DE 2856)
Kathleen Campbell Davis, Esq. (DE 4229)
800 North King Street, Suite 300
Wilmington, DE 19809
(302) 426-1900
(302) 426-9947 (fax)

– and –

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Sigmund Wissnner-Gross, Esq.
Seven Times Square
New York, NY 10036
(212) 209-4800
(212) 209-4801 (fax)

– and –

Jeremy B. Coffey, Esq.
Daniel J. Brown, Esq.
One Financial Center
Boston, MA  02111
(617) 856-8200
(617) 856-8201 (fax)

*Counsel for the TPS Consortium*