IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>WASHINGTON MUTUAL, INC., *et al.*,<br><br>DEBTORS. | CASE NO. 08-12229 (MFW)<br><br>CHAPTER 11<br>(Jointly Administered)<br><br>Hearing Date: June 3, 2010 at 10:30 a.m.<br>RE: D.I. Nos. 2622, 2623, 3568, 3728, 4241, 4242, 4244 |

**CONSOLIDATED SUPPLEMENTAL OBJECTIONS OF SUSANNA GOUWS KORN, ANGELITA RAVAGO, AND PARTIES TO BE NAMED TO (A) THE MOTION OF DEBTORS FOR AN ORDER, PURSUANT TO SECTIONS 105, 502, 1125, 1126, AND 1128 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002, 3003, 3017, 3018 AND 3020, (I) THE PROPOSED DISCLOSURE STATEMENT AND THE FORM AND MANNER OF THE NOTICE OF THE DISCLOSURE STATEMENT HEARING, (II) ESTABLISHING SOLICITATION AND VOTING PROCEDURES, (III) SCHEDULING A CONFIRMATION HEARING, AND (IV) ESTABLISHING NOTICE AND OBJECTION PROCEDURES FOR CONFIRMATION OF THE DEBTORS' JOINT PLAN; AND (B) THE DISCLOSURE STATEMENT FOR THE SECOND AMENDED JOINT PLAN OF AFFILIATED DEBTORS PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE**

Susanna Gouws Korn, Angelita Ravago, and parties to be named (collectively, the "Objecting Parties") hereby incorporate and renew their Objections (D.I. 3728, filed May 12, 2010), *including and especially any and all purported releases of the Objecting Parties claims in the Seattle Litigation*, to the above-captioned Motion and the Disclosure Statement (defined below) to: (A) the Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan (D.I. 3568); and (B) the Disclosure Statement for the Second

Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code (D.I. 4242) (the "Disclosure Statement")[1].

**WHEREFORE**, for the reasons set forth herein (whereby the objections and the arguments of the Objecting Parties earlier-filed Objection are hereby incorporated), Susanna Gouws Korn, Angelita Ravago, and parties to be named request that the Court deny the Motion, deny approval of the Disclosure Statement, grant the Objecting Parties such additional or other relief as the Court deems appropriate and just, and enter an Order to such effect.

Dated: May 28, 2010

Respectfully Submitted,

SMITH, KATZENSTEIN & FURLOW LLP

By: /s/ Michael P. Migliore
Michael P. Migliore (Del. Bar No. 4331)
The Corporate Plaza
800 Delaware Avenue
Suite 1000, P.O. Box 410
Wilmington, DE 19899
Tel. 302-652-8400 x216
Fax 302-652-8405
Email: mpm@skfdelaware.com

Counsel to Susanna Gouws Korn, Angelita Ravago, and parties to be named

---

[1] The Objecting Parties, by filing this and/or any other pleading relating to the Debtors' Disclosure Statement, Plan, and any amendments thereto, do not submit to the jurisdiction of the Bankruptcy Court. Instead, the purpose of the Objecting Parties' filings is to preserve their rights to pursue their claims in the Seattle Litigation in an appropriate court of law, which, the Objecting Parties contend, is the United States District Court for the District of Washington.

# CERTIFICATE OF SERVICE

I, Michael P. Migliore, hereby certify that I caused a true and correct copy of the Consolidated Supplemental Objections Of Susanna Gouws Korn, Angelita Ravago, And Parties To Be Named To (A) The Motion Of Debtors For An Order, Pursuant To Sections 105, 502, 1125, 1126, And 1128 Of The Bankruptcy Code And Bankruptcy Rules 2002, 3003, 3017, 3018 And 3020, (I) The Proposed Disclosure Statement And The Form And Manner Of The Notice Of The Disclosure Statement Hearing, (II) Establishing Solicitation And Voting Procedures, (III) Scheduling A Confirmation Hearing, And (IV) Establishing Notice And Objection Procedures For Confirmation Of The Debtors' Joint Plan; And (B) The Disclosure Statement For The Second Amended Joint Plan Of Affiliated Debtors Pursuant To Chapter 11 Of The United States Bankruptcy Code to be served on the parties listed below as indicated on this 28th day of May, 2010.

/s/ Michael P. Migliore
Michael P. Migliore (ID No. 4331)

Debtors:
Washington Mutual, Inc., et al.
925 Fourth Avenue
Seattle, WA 98104
Attn: Charles E. Smith, Esq.
(via first class mail)

Debtors' Counsel:
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Brian S. Rosen, Esq.
(via first class mail)

Debtors' Co-Counsel:
Richards Layton & Finger P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19899
Attn: Mark D. Collins, Esq.
(via first class mail)

Debtors' Special Litigation and Conflicts Counsel:
Quinn Emanuel Urquhart & Sullivan, LLP
55 Madison Avenue, 22nd Floor
New York, New York 10010
Attn: Peter Calamari, Esq.
(via first class mail)

U.S. Trustee:
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19899-0035
Attn: Joseph McMahon, Esq.
(via first class mail)

Counsel for Creditors' Committee:
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park, 41st Floor
New York, New York 10036
Attn: Fred S. Hodara, Esq.
(via first class mail)

Co-Counsel for Creditors' Committee:
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Attn: David B. Stratton, Esq.
(via first class mail)

Co-Counsel for Equity Committee:
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, Delaware 19899
Attn: William P. Bowden, Esq.
(via first class mail)

Counsel for JPMorgan Chase:
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Attn: Stacey R. Friedman, Esq.
(via first class mail)

Co-Counsel for JPMorgan Chase:
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P. O. Box 2087
Wilmington, Delaware 19899
Attn: Adam G. Landis, Esq.
(via first class mail)