# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WASHINGTON MUTUAL, INC., *et al.*, | ) Case No. 08-12229 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Objection Deadline: June 17, 2010 at 4:00 p.m.** |
| | ) **Hearing Date: TBD if necessary** |

## SUMMARY OF FIRST MONTHLY APPLICATION OF SUSMAN GODFREY L.L.P., AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF WASHINGTON MUTUAL, INC. ET AL., FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF APRIL 16, 2010 THROUGH APRIL 30, 2010

| | |
|---|---|
| Name of Applicant: | Susman Godfrey L.L.P. |
| Authorized to Provide Professional Services to: | Counsel to the Official Committee of Equity Security Holders of Washington Mutual, Inc., et al. |
| Date of Retention: | May 7, 2010 effective as of April 16, 2010 |
| Period for which compensation and reimbursement is sought: | April 16, 2010 through April 30, 2010 |
| Amount of compensation sought as actual, reasonable and necessary: | $128,977.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,419.49 |

This is a: Monthly ___x___ Interim _____ Final _____ Fee Application.

The compensation sought in this First Monthly Application in connection with preparing this application is $0. Susman Godfrey's time and requested compensation in preparing this First Monthly Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | Requested | | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| N/A | N/A | N/A | N/A | N/A | N/A |

## SUMMARY OF PROFESSIONALS

| Name | Position | Hourly Rate | Hours | Value |
|---|---|---|---|---|
| Stephen D. Susman (SSUS) | Partner 27+ years | $1,100.00 | 36.20 | $38,820.00 |
| Parker C. Folse, III (PFOL) | Partner 25+ years | $750.00 | 63.10 | $47,325.00 |
| Edgar G. Sargent (ESAR) | Partner 9+ years | $450.00 | 49.10 | $22,095.00 |
| Justin A. Nelson (JNEL) | Partner 7+ years | $475.00 | 21.50 | $10,212.50 |
| Seth Ard (SARD) | Associate 1+ years | $250.00 | 38.10 | $9,525.00 |
| **Totals/Average Hourly Rate** | | **Blended Rate: 620.08** | **208.00** | **$128,977.50** |

## SCHEDULE OF COMPENSATION BY PROJECT CATEGORY

| TASK | HOURS | FEES |
|---|---|---|
| Asset Analysis and Recovery | 0.60 | $150.00 |
| Fee/Employment Objections | 9.60 | $4,320.00 |
| Litigation | 126.00 | $74,877.50 |
| Plan and Disclosure Statement | 0.50 | $375.00 |
| Relief from Stay Proceedings | 61.90 | $42,395.00 |
| Committee Administration | 9.40 | $6,860.00 |
| **GRAND TOTAL** | **208.00** | **$128,977.50** |

## SCHEDULE OF EXPENSES

| Category of Expenses | Amount |
|---|---|
| Hotel & Travel Expense | 465.28 |
| Photocopy Reproduction Charges ($.10 pp) | 1.60 |
| Printing Reproduction Charges ($.10 pp) | 335.40 |
| Research | 617.21 |
| | |
| **Total** | **$1419.49** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WASHINGTON MUTUAL, INC., *et al.*, | ) Case No. 08-12229 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Objection Deadline June 17, 2010 at 4:00 p.m.** |
| | ) **Hearing Date: TBD if necessary** |

## FIRST MONTHLY APPLICATION OF SUSMAN GODFREY L.L.P., AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF WASHINGTON MUTUAL, INC. ET AL., FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF APRIL 16, 2010 THROUGH APRIL 30, 2010

Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated October 30, 2008 [Docket No. 204] (the "Original Administrative Order") and the *Revised Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated November 14, 2008 [Docket No. 302] (the "Revised Administrative Order" and together with the Original Administrative Order, the "Administrative Order"), the law firm of Susman Godfrey L.L.P. ("Susman Godfrey") hereby submits this first monthly application ("First Monthly Application") for compensation of professional legal services rendered as counsel to the Official Committee of Equity Security Holders of Washington Mutual, Inc., et al. (the "Equity Committee") seeking approval and payment of professional fees in the amount of $103,182.00 (80% of $128,977.50) together with reimbursement of Susman Godfrey's actual and necessary expenses incurred in the

{00411404;v1}

amount of $1,419.49 for the period commencing April 16, 2010 through and including April 30, 2010 (the "Compensation Period"). In support of this First Monthly Application, Ashby & Geddes respectfully represents as follows:

## I. JURISDICTION

1. This Court has jurisdiction over this matter pursuant to the provisions of 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicates for the relief sought herein are Section 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014.

## II. BACKGROUND

2. On September 26, 2008 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. On October 3, 2008, the Court entered an order jointly administering these cases pursuant to Bankruptcy Rule 1015(b) for procedural purposes only.

3. From the Petition Date through the date of this First Monthly Application, the Debtors have remained in possession of their respective properties and estates and continue to operate and manage their respective businesses, as debtors-in-possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4. On January 11, 2010, the United States Trustee appointed the Equity Committee [Docket No. 2130].

5. No trustee or examiner has been appointed in these chapter 11 cases.

6. On April 21, 2010, the parties filed a Notice of Substitution of Counsel [Docket No. 3553] whereby Dewey LeBoeuf LLP withdrew its appearance as counsel to the Equity

Committee, and Susman Godfrey entered its appearance as proposed counsel to the Equity Committee, effective April 16, 2010.

7. On May 7, 2010, the Equity Committee filed the *Application for an Order Pursuant to 11 U.S.C. §§ 328, 330 and 1103 and Fed. R. Bankr. P. 2014 Authorizing the Retention and Employment of Susman Godfrey, L.L.C. as Counsel to the Official Committee of Equity Security Holders of Washington Mutual, Inc., et al. Nunc Pro Tunc to April 16, 2010* [Docket No. 3681] (the "Employment Application"). On May 19, 2010, the Court entered an order authorizing the employment of Susman Godfrey as counsel to the Equity Committee, effective as of April 16, 2010 [Docket No. 3913].

8. Pursuant to the Administrative Order, each Professional may file on or following the 15th day of each calendar month a Monthly Fee Application (as defined in the Administrative Order) seeking interim approval and allowance of compensation for services rendered and reimbursement of expenses incurred during the immediately preceding month. If no objections are raised prior to the expiration of the applicable Objection Deadline (as defined in the Administrative Order), the Debtors are authorized to pay each Professional an amount equal to the lesser of (i) 80% of the fees and 100% of the expenses requested in the Monthly Fee Application or (ii) 80% of the fees and 100% of the expenses not subject to an objection.

### III. RELIEF REQUESTED

9. Through this First Monthly Application, in accordance with the Administrative Order, Susman Godfrey seeks interim allowance of $128,977.50 and payment of $103,182.00 (80% of $128,977.50) in fees for services rendered on behalf of the Equity Committee during the Compensation Period, and reimbursement of $1,419.49 in reasonable and necessary expenses

incurred during the Compensation Period. Thus, Susman Godfrey seeks interim allowance of fees and expenses during the Compensation Period in the total amount of $128,977.50 and payment of $104,601.49 ($103,182.0 in fees plus $1,419.49 in expenses).

10. Susman Godfrey has received no payment and no promises for payment from any source other than the Equity Committee for services rendered during the Compensation Period in connection with the Debtors' cases. There exists no agreement or understanding between Susman Godfrey and any other person for the sharing of any compensation to be received for services rendered by Susman Godfrey in the Debtors' cases.

11. All services for which compensation is requested by Susman Godfrey pursuant to this Application were performed for or on behalf of the Equity Committee in these cases.

12. This is Susman Godfrey's First Monthly Application.

### IV. SUMMARY OF SERVICES RENDERED

13. Susman Godfrey has maintained detailed records of the time spent in the rendition of professional services to the Equity Committee during the Compensation Period. Attached hereto as Exhibit A and incorporated herein by reference is a true and correct copy of the monthly billing statement prepared for the services rendered in these cases by Susman Godfrey (the "Billing Statement"). The Billing Statement is in the same form regularly used by Susman Godfrey to bill its clients for services rendered and includes the date that the services were rendered, a detailed, contemporaneous narrative description of the services provided, the amount of time spent for each service and the designation of the professional who performed the service.

14. As set forth in Exhibit A, Susman Godfrey rendered 208.00 hours of professional services during the Compensation Period, resulting in legal fees totaling $128,977.50 and

incurred associated reasonable and necessary expenses totaling $1,419.49. The total value of the services rendered by Susman Godfrey is shown in the Summary section of this First Monthly Application.

15. Set forth below are the rates for the expenses incurred by Susman Godfrey for which reimbursement is requested pursuant to this First Monthly Application, as well as the basis for such rates for the identified expense items:

a) Copy charges: Susman Godfrey charges 10 cents per page for copies and such charge is based on an analysis of the cost to Susman Godfrey to make a copy;

b) Computer research charges: Susman Godfrey passes through on an exact cost basis all computer-assisted research charges; and

c) Out-going facsimile charges: Susman Godfrey charges $0.50 for each page. These charges are based on an analysis of the cost to Susman Godfrey to send facsimile transmissions. Susman Godfrey does not pass through to its client's expenses or charges related to incoming facsimile transmissions.

Attached hereto as <u>Exhibit A</u> and incorporated herein by reference is a summary by category of the expenses incurred by Susman Godfrey for which reimbursement is requested. Further supporting documentation is available upon request.

16. The general areas in which Susman Godfrey has rendered professional services to the Equity Committee during the Compensation Period may be broadly characterized as follows:

a. providing legal advice regarding the rules and practices of this Court applicable to the Equity Committee's powers and duties as an official committee appointed under section 1102 of the Bankruptcy Code;

b.  preparing and reviewing applications, motions, complaints, answers, orders, agreements and other legal papers filed on behalf of the Equity Committee for compliance with the rules and practices of this Court;

c.  appearing in Court to present necessary motions, applications and pleadings and otherwise protecting the interests of the Equity Committee and unsecured creditors of the Debtors; and

d.  performing such other legal services for the Equity Committee as the Equity Committee believes may be necessary and proper in these Chapter 11 cases.

The generality of the foregoing description is amplified on a day-to-day basis by the Billing Statement attached as <u>Exhibit A</u>.

17. Pursuant to the Administrative Order, professionals are entitled to compensation from the Debtors' estates and may be paid 80% of their allowed monthly fees and 100% of allowed expenses. The Administrative Order specifically provides that all fees and expenses received remain subject to the Court's final approval and allowance. Thus, through this First Monthly Application, Susman Godfrey seeks payment of $103,182.00 (80% of $128,977.50) in fees and $1,419.49 in expenses.

**-Remainder of Page Left Intentionally Blank-**

WHEREFORE, Susman Godfrey L.L.P. respectfully requests interim allowance of its fees for services rendered during the Compensation Period in the amount of $128,977.50, payment for services rendered during the Compensation Period in the amount $103,182.00 (80% of $128,977.50), and allowance and reimbursement of $1,419.49 in actual and necessary expenses incurred during the Compensation Period.

Dated: May 28, 2010

**SUSMAN GODFREY L.L.P.**

/s/ Seth Ard

Stephen D. Susman, Esq. (NY Bar No. 3041712)
Seth Ard, Esq. (NY Bar No. 4773982)
654 Madison Avenue, 5th Floor
New York, New York 10065-8404
Telephone: 212-336-8330
Facsimile: 212-336-8340

Parker C. Folse, III, Esq. (WA Bar No. 24895)
Edgar G. Sargent, Esq. (WA Bar No. 28283)
Justin A. Nelson, Esq. (WA Bar No. 31864)
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: 206-516-3880
Facsimile: 206-516-3883

*Co-Counsel to the Official Committee of Equity Security Holders of Washington Mutual, Inc., et al.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WASHINGTON MUTUAL, INC., *et al.*, | ) Case No. 08-12229 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## CERTIFICATION

Seth D. Ard, pursuant to 28 U.S.C. § 1746, states as follows:

(a) I am an associate with the firm, Susman Godfrey LLP, and have been admitted to appear pro hac vice before this Court in this matter [Docket # 3553].

(b) I have personally performed some of the legal services rendered by Susman Godfrey L.L.C. as counsel to the Equity Committee and am generally familiar with the other work performed on behalf of the Equity Committee by the lawyers and staff in the firm.

(c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such Rule.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information and belief.

Dated: May 28, 2010

/s/ Seth Ard
---
Seth D. Ard (NY Bar No. 4773982)

{00411404;v1}

# **EXHIBIT A**

{00411404;v1}