IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| WASHINGTON MUTUAL, INC., et al.,[1] | : Case No. 08-12229 (MFW) |
| Debtors. | : Jointly Administered |
| | : RE: Docket No. 3568 |

## RESERVATION OF RIGHTS OF THE FDIC-RECEIVER WITH RESPECT TO THE DISCLOSURE STATEMENT FOR THE SECOND AMENDED JOINT PLAN OF AFFILIATED DEBTORS PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE

The Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank (the "FDIC-Receiver"), submits the following reservation of rights (the "Reservation of Rights") with respect to the Second Amended Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [D.I. 4242] (the "Disclosure Statement"), on the grounds set forth herein.

The FDIC-Receiver understands that, as of the time of the filing of this Reservation of Rights, the Disclosure Statement, as well as exhibits to the Disclosure Statement, including the Debtors' proposed Second Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code, remain subject to continuing revisions. The FDIC believes that the Debtors are addressing any comments the FDIC-Receiver made with respect to the draft of the Disclosure Statement. Since, however, the Disclosure Statement remains subject to change, the FDIC-Receiver may have objections with respect to the Disclosure Statement as it is revised prior to, at and possibly after the hearing at which the Court

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

will consider the Debtors' request to approve the Disclosure Statement. Accordingly, the FDIC-Receiver files this Reservation of Rights reserving the FDIC-Receiver's rights as a party-in-interest to object to the Debtors' request that the Court approve the Disclosure Statement.

Date: Wilmington, Delaware
June 1, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ M. Blake Cleary

M. Blake Cleary (No. 3614)
Jaime N. Luton (No. 4936)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mbcleary@ycst.com
　　　　jluton@ycst.com

- and -

Thomas R. Califano
John J. Clarke, Jr
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Attorneys for the FDIC-Receiver