UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| WASHINGTON MUTUAL, INC., *et al.*,[1] | : | |
| | : | Case Number 08-12229 (MFW) |
| Debtors. | | (Jointly Administered) |
| | : | |

**NOTICE OF APPEAL FROM ORDER DENYING MOTION AND SUPPORTING
MEMORANDUM OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY
HOLDERS FOR THE APPOINTMENT OF AN EXAMINER
PURSUANT TO SECTION 1104(c) OF THE BANKRUPTCY CODE
<u>(RELATED TO DOCKET ENTRY # 3663)</u>**

Roberta A. DeAngelis, Acting United States Trustee for Region 3, by and through her counsel, appeals from this Court's order (the "Order") dated and entered May 5, 2010 denying the motion and supporting memorandum of the Official Committee of Equity Security Holders for the appointment of an examiner (Docket Entry # 3663). A copy of the Order is attached as Exhibit A.

On May 19, 2010, the Official Committee of Equity Security Holders filed a notice of appeal from the Order (Docket Entry # 3924).

The parties to the appeal and their counsel are listed below.

**[Continued on next page – space intentionally left blank]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

**ROBERTA A. DeANGELIS**
**ACTING UNITED STATES TRUSTEE FOR REGION 3**

Joseph J. McMahon, Jr., Esquire
United States Department of Justice
 Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
Phone (302) 573-6491
Fax (302) 573-6497
joseph.mcmahon@usdoj.gov

**WASHINGTON MUTUAL, INC.,** *et al.*
**DEBTORS IN POSSESSION**

Mark D. Collins, Esquire
Chun I. Jang, Esquire
Lee E. Kaufman, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
(302) 651-7701 (Fax)
collins@rlf.com
jang@rlf.com
kaufman@rlf.com

	-and-

Marcia L. Goldstein, Esquire
Brian S. Rosen, Esquire
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
(212) 310-8000
(212) 310-8007 (Fax)
marcia.goldstein@weil.com
brian.rosen@weil.com

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

David B. Stratton, Esquire
Evelyn J. Meltzer, Esquire
John H. Schanne, II, Esquire
PEPPER HAMILTON LLP
1313 Market Street
P.O. Box 1709
Wilmington, DE 19801
(302) 777-6500
(302) 421-8390 (Fax)
strattond@pepperlaw.com
meltzere@pepperlaw.com
schannej@pepperlaw.com

- and -

Fred S. Hodara, Esquire
Robert A. Johnson, Esquire
AKIN GUMP STRAUSS
 HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000
(212) 872-1002 (Fax)
fhodara@akingump.com
rjohnson@akingump.com

**OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Stacy L. Newman, Esquire
Amanda M. Winfree, Esquire
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
(302) 654-2067
wbowden@ashby-geddes.com
gtaylor@ashby-geddes.com
snewman@ashby-geddes.com
awinfree@ashby-geddes.com

-and-

Stephen D. Susman, Esquire
Seth D. Ard, Esquire
SUSMAN GODFREY, LLP
654 Madison Avenue, 5th Floor
New York, NY  10065
(212) 336-8330
(212) 336-8340 (Fax)
ssusman@susmangodfrey.com
sard@susmangodfrey.com

-and-

Parker C. Folse, Esquire
Edgar Sargent, Esquire
Justin A. Nelson, Esquire
SUSMAN GODFREY, LLP
1201 Third Avenue, Suite 3800
Seattle, WA  98101
(206) 516-3880
(206) 516-3883 (Fax)
pfolse@susmangodfrey.com
esargent@susmangodfrey.com
jnelson@susmangodfrey.com

**BANK BONDHOLDERS**

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE  19899-8705
(302) 652-4100
(302) 652-4400 (Fax)
ljones@pszjlaw.com
tcairns@pszjlaw.com

-and-

Philip D. Anker, Esquire
WILMER CUTLER PICKERING
  HALE & DORR LLP
399 Park Avenue
New York, NY  10022
(212) 230-8800
(212) 230-8888 (Fax)
philip.anker@wilmerhale.com

-and-

Russell J. Bruemmer, Esquire
Nancy L. Manzer, Esquire
Gianna M. Ravenscroft, Esquire
Lisa E. Ewart, Esquire
WILMER CUTLER PICKERING
  HALE & DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (Fax)
russell.bruemmer@wilmerhale.com
nancy.manzer@wilmerhale.com
gianna.ravenscroft@wilmerhale.com
lisa.ewart@wilmerhale.com

**JPMORGAN CHASE BANK, N.A.**

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE  19899
(302) 467-4400
(302) 467-4450 (Fax)
landis@lrclaw.com
mcguire@lrclaw.com

-and-

Robert A. Sacks, Esquire
Hydee R. Feldstein, Esquire
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067
(310) 712-6600
(310) 712-8800 (Fax)
sacksr@sullcrom.com
feldsteinh@sullcrom.com

-and-

Bruce E. Clark, Esquire
Stacey R. Friedman, Esquire
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558-4000
(212) 558-3588 (Fax)
clarkb@sullcrom.com
friedmans@sullcrom.com


**FEDERAL DEPOSIT INSURANCE CORPORATION**

M. Blake Cleary, Esquire
Jamie N. Luton, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
(302) 571-1253 (Fax)
mbcleary@ycst.com
jluton@ycst.com

-and-

Thomas R. Califano, Esquire
John J. Clarke, Jr., Esquire
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY  10020
(212) 335-4500
(212) 335-4501 (Fax)
thomas.califano@dlapiper.com
john.clarke@dlapiper.com


**THE WASHINGTON MUTUAL, INC. NOTEHOLDERS GROUP**

Jeffrey M. Schlerf, Esquire
Eric M. Sutty, Esquire
FOX ROTHSCHILD LLP
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE  19801
(302) 654-7444
jschlerf@foxrothschild.com
esutty@foxrothschild.com

-and-

Thomas W. Lauria
WHITE & CASE LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, FL  33131
(305) 371-2700
(305) 358-5744 (Fax)
tlauria@whitecase.com

-and-

David S. Rosner, Esquire
Paul M. O'Connor III, Esquire
Adam L. Shiff, Esquire
Seth A. Moskowitz, Esquire
KASOWITZ BENSON
  TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
(212) 506-1700
drosner@kasowitz.com
poconnor@kasowitz.com
ashiff@kasowitz.com
smoskowitz@kasowitz.com

        Respectfully submitted,

        **ROBERTA A. DeANGELIS**
        **ACTING UNITED STATES TRUSTEE**


        **BY:** /s/ Joseph J. McMahon, Jr.
          Joseph J. McMahon, Jr., Esquire (# 4819)
          Trial Attorney
          United States Department of Justice
          Office of the United States Trustee
          J. Caleb Boggs Federal Building
          844 King Street, Suite 2207, Lockbox 35
          Wilmington, DE  19801
          (302) 573-6491
          (302) 573-6497 (Fax)

Date:  June 2, 2010

**EXHIBIT A**

ORIGINAL

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                         :
*In re*                                                  :    Chapter 11
                                                         :
WASHINGTON MUTUAL, INC., et al.,[1]                      :    Case No. 08-12229 (MFW)
                                                         :
                                                         :    (Jointly Administered)
         Debtors.                                        :
                                                         :    Re: Docket No. 3579
---------------------------------------------------------x

## ORDER DENYING MOTION AND SUPPORTING MEMORANDUM OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS FOR THE APPOINTMENT OF AN EXAMINER PURSUANT TO SECTION 1104(c) OF THE BANKRUPTCY CODE

Upon consideration of the **Motion and Supporting Memorandum of the Official Committee of Equity Security Holders for the Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code** [Docket no. 3579] (the "Motion"), and a hearing having been held to consider the relief requested in the Motion on May 5, 2010, it is hereby

ORDERED that the Motion is DENIED; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: May 5, 2010
        Wilmington, Delaware

                                              _____
                                              THE HONORABLE MARY F. WALRATH
                                              UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Suite 2500, Seattle, Washington 98104.

RLF1 3567496v.1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| WASHINGTON MUTUAL, INC., *et al.*,[1] | |
| Debtors. | Case Number 08-12229 (MFW)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I certify that, on June 2, 2010, I caused to be served a copy/copies of the Acting United States Trustee's Notice of Appeal from Order Denying Motion and Supporting Memorandum of the Official Committee of Equity Security Holders for the Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code via first class United States mail (postage prepaid) to the persons listed below.

| | |
|---|---|
| Mark D. Collins, Esquire<br>Chun I. Jang, Esquire<br>Lee E. Kaufman, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>(302) 651-7700<br>(302) 651-7701 (Fax)<br>collins@rlf.com<br>jang@rlf.com<br>kaufman@rlf.com | Marcia L. Goldstein, Esquire<br>Brian S. Rosen, Esquire<br>WEIL GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>(212) 310-8000<br>(212) 310-8007 (Fax)<br>marcia.goldstein@weil.com<br>brian.rosen@weil.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395).  The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington  98101.

David B. Stratton, Esquire
Evelyn J. Meltzer, Esquire
John H. Schanne, II, Esquire
PEPPER HAMILTON LLP
1313 Market Street
P.O. Box 1709
Wilmington, DE 19801
(302) 777-6500
(302) 421-8390 (Fax)
strattond@pepperlaw.com
meltzere@pepperlaw.com
schannej@pepperlaw.com

Fred S. Hodara, Esquire
Robert A. Johnson, Esquire
AKIN GUMP STRAUSS
 HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000
(212) 872-1002 (Fax)
fhodara@akingump.com
rjohnson@akingump.com

William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Stacy L. Newman, Esquire
Amanda M. Winfree, Esquire
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
(302) 654-2067
wbowden@ashby-geddes.com
gtaylor@ashby-geddes.com
snewman@ashby-geddes.com
awinfree@ashby-geddes.com

Stephen D. Susman, Esquire
Seth D. Ard, Esquire
SUSMAN GODFREY, LLP
654 Madison Avenue, 5th Floor
New York, NY 10065
(212) 336-8330
(212) 336-8340 (Fax)
ssusman@susmangodfrey.com
sard@susmangodfrey.com

Parker C. Folse, Esquire
Edgar Sargent, Esquire
Justin A. Nelson, Esquire
SUSMAN GODFREY, LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101
(206) 516-3880
(206) 516-3883 (Fax)
pfolse@susmangodfrey.com
esargent@susmangodfrey.com
jnelson@susmangodfrey.com

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
(302) 652-4100
(302) 652-4400 (Fax)
ljones@pszjlaw.com
tcairns@pszjlaw.com

Philip D. Anker, Esquire
WILMER CUTLER PICKERING
 HALE & DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
(212) 230-8888 (Fax)
philip.anker@wilmerhale.com

Russell J. Bruemmer, Esquire
Nancy L. Manzer, Esquire
Gianna M. Ravenscroft, Esquire
Lisa E. Ewart, Esquire
WILMER CUTLER PICKERING
  HALE & DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (Fax)
russell.bruemmer@wilmerhale.com
nancy.manzer@wilmerhale.com
gianna.ravenscroft@wilmerhale.com
lisa.ewart@wilmerhale.com

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE  19899
(302) 467-4400
(302) 467-4450 (Fax)
landis@lrclaw.com
mcguire@lrclaw.com

Robert A. Sacks, Esquire
Hydee R. Feldstein, Esquire
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA  90067
(310) 712-6600
(310) 712-8800 (Fax)
sacksr@sullcrom.com
feldsteinh@sullcrom.com

Bruce E. Clark, Esquire
Stacey R. Friedman, Esquire
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004
(212) 558-4000
(212) 558-3588 (Fax)
clarkb@sullcrom.com
friedmans@sullcrom.com

M. Blake Cleary, Esquire
Jamie N. Luton, Esquire
YOUNG CONAWAY STARGATT &
TAYLOR LLP
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6600
(302) 571-1253 (Fax)
mbcleary@ycst.com
jluton@ycst.com

Thomas R. Califano, Esquire
John J. Clarke, Jr., Esquire
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY  10020
(212) 335-4500
(212) 335-4501 (Fax)
thomas.califano@dlapiper.com
john.clarke@dlapiper.com

Jeffrey M. Schlerf, Esquire
Eric M. Sutty, Esquire
FOX ROTHSCHILD LLP
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE  19801
(302) 654-7444
jschlerf@foxrothschild.com
esutty@foxrothschild.com

Thomas W. Lauria, Esquire
WHITE & CASE LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, FL  33131
(305) 371-2700
(305) 358-5744 (Fax)
tlauria@whitecase.com

David S. Rosner, Esquire
Paul M. O'Connor III, Esquire
Adam L. Shiff, Esquire
Seth A. Moskowitz, Esquire
KASOWITZ BENSON
 TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
(212) 506-1700
drosner@kasowitz.com
poconnor@kasowitz.com
ashiff@kasowitz.com
smoskowitz@kasowitz.com


      /s/ Joseph J. McMahon, Jr.
        Joseph J. McMahon, Jr.
           Trial Attorney