# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Washington Mutual, Inc. |  |  |
| **Case Number:** | 08-12229-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, JUNE 03, 2010 10:30 AM   CRT#4, 5TH FL. |  |  |
| **Bankruptcy Judge:** | MARY F. WALRATH |  |  |
| **Courtroom Clerk:** | LAURIE CAPP |  |  |
| **Reporter / ECR:** | BRANDON MCCARTHY |  |  |

### *Matter:*

Omnibus

**R / M #:**   4,487 / 0

### *Appearances:*

See attached sign-in sheet

### *Proceedings:*

Agenda Matters:

Items 1 through 18 - Continued
Item 19 - Order entered under CNO
Item 20 - Denied
Item 21 - Withdrawn
Item 22 - Continued to 6/17
Item 23 - Order entered
Item 24 - Continued to 6/17
Item 25 - Continued to 6/17
Item 26 - Order due under Certification of Counsel
Item 27 - Continued to 6/17
Item 28 - Continued