# SIGN-IN SHEET

**CASE NAME:** Washington Mutual
**CASE NUMBER:** 08-12229 (MFW)
**COURTROOM NUMBER:** 4
**DATE:** 6/3/10 at 10:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Blake Cloney | Young Conaway Stargatt & Taylor LLP | FDIC |
| Thomas Califano | DLA Piper | " |
| Paul Sylvestein | | |
| Shanti Mulpuru Katona | Polsinelli Shughart | BroadBill Investment |
| Leah Eisenberg | Arent Fox | Wilmington Trust Company |
| Brad Eric Scheler | Fried Frank Harris Shriver Jacobson | Wilmington Trust Company |
| Thomas Riggs | Perry Joseph + Pearce | Moody's Investor Service, Inc. |
| David Elkind | Elkind Counsel | Debtor |
| Benjamin Finestone | Quinn Emanuel | Debtor |
| Neil Lipman | Elliott Greenleaf | Debtor |
| David Pawark | Paula Bradley Dietrich | WMB Noteholders |
| Rob Dehn | MFAT | S+P |
| Scott Leonhardt | Messana Rosner Stevens | Natahala Capital Partners |
| Justin Nelson | Susman Godfrey | Equity Committee |
| Greg Taylor | Ashby + Geddes | " |
| Joseph J. McMahon, Jr. | USDOJ | Acting U.S. Trustee |
| Thomas Curry | White & Case | WMI Noteholders Group |
| Gerard Uzzi | " | " |
| Jeffrey Schlerf | Fox Rothschild | " |
| Gregory Stanner | White & Case | " |

# SIGN-IN SHEET

**CASE NAME:** Washington Mutual  
**CASE NUMBER:** 08-12229 (MFW)  
**COURTROOM NUMBER:** 4  
**DATE:** 6/3/10 at 10:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert Sacks | Sullivan & Cromwell | JPMorgan Chase Bank, NA |
| Stacey Friedman | " | " |
| Brian Gluckstein | " | " |
| Adam Landis | Landis Rath & Cobb | " |
| Sean Fitzgerald | Self represented | Sean Fitzgerald |
| Michael Rozenfeld | Self Represented | Michael Rozenfeld |
| Dan Hajer | | |
| Philip Anker | Wilmer Cutler Pickering Hale and Dorr | Bank Bondholders |
| Joseph Fennen III | Phillips Goldman & Spence | self (equity) |
| Michael Etkin | Lowenstein Sandler | Various Lead Plaintiffs in Securities Litigation |
| Margot Erlich | Pillsbury Winthrop Shaw Pittman | Bank of New York Mellon |
| Leo Crowley | " | " |
| Norman Monhait | Rosenthal Monhait Goodman | |
| Walter Curchack | Loeb and Loeb | Wells Fargo Bank NA |
| Vadim Rubinstein | " | " |
| Marla Eskin | Campbell Levine | TPS Consortium |
| James Stoll | Brown Rudnick | " |
| Jeremy Coffey | Brown Rudnick | " |
| Ross Martin | Ropes & Gray | Paulson & Co.; Aurelius |
| Mark Minuti | Saul Ewing LLP | " |

# SIGN-IN SHEET

**CASE NAME:** Washington Mutual
**CASE NUMBER:** 08-12229 (MFW)
**COURTROOM NUMBER:** 4
**DATE:** 6/3/10 at 10:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| MARTIN JEFFERSON DAVIS | OFFICE OF THRIFT SUPERVISION | OTS |
| Doug MEEHAN | DM TURNAROUNDS, LLC | SELF |
| Chris Scott | Shareholder | SELF |
| DAvid Stratton | Pepper Hamilton | Creditors' Committee |
| Robert Johnson | Akin Gump Strauss Hauer + Feld | |
| Joel Ruderman | Pension Benefit Guaranty Corp. | PBGC |
| Maura Lowenthal | | |
| Brian Rosen | Weil Gotshal & Manges | WMI |
| Adam Strochak | | |
| Kelly DiBlasi | | |
| Tal Sapeika | | |
| Alex Ng | | |
| Erica Coleman | | |
| Mark Collins | RLF | |
| Chun Jang | | |
| Teri Brown-Edwards | Potter Anderson & Corroon | WMB Noteholder Group |
| Steve McNeil | " | " |
| Renee Dailey | Bracewell & Giuliani | " |
| Russell Silberglied | Richards Layton & Finger | Debtors |
| Andy Bouchard | Bouchard Margules & Friedlander, P.A. | Goldman Sachs & Co.Inc. |

Court Conference
Calendar Date: 06/03/2010
Calendar Time: 10:30 AM ET

U.S. Bankruptcy Court-Delaware
Confirmed Telephonic Appearance Schedule
Honorable Mary F. Walrath
#4

Amended Calendar 06/03/2010 07:39 AM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3554198 | Michael D. Adamski | (212) 230-4513 | One East Partners | Interested Party, One East Partners / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3553202 | Michael Arko | (302) 651-7681 | Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3553048 | Jim Bolin | (973) 701-7000 | Appaloosa Management | Client, Jim Bolin / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3547740 | Robert J. Boller | (212) 872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3552118 | George Brickfield | 212-542-8441 | The Seaport Group | Interested Party, The Seaport Group / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3553100 | Joseph Bueche | (212) 859-8376 | Fried, Frank, Harris, Shriver & | Representing, Appaloosa Centerbridge / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3553448 | Dan Bullock | (703) 378-8829 | Dan Bullock - In Pro Per | In Propria Persona, Dan Bullock / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3551062 | Peter Calamari | 212-849-7000 | Quinn Emanuel Urquhart & Sullivan | Debtor, Washington Mutual / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3549994 | Eleanor Chan | 646-445-6525 | Aurelius Capital | Interested Party, Aurelius Capital / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3551599 | Lawrence N. Chanen | (212) 552-7443 | JP Morgan Chase & Co. | Creditor, JP Morgan Chase Bank,N.A. / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3539265 | Michael Ching | 212-339-2431 | Allen & Company | Third Party, Michael Ching / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3551590 | Bruce Clark | (212) 558-3036 | Sullivan & Cromwell LLP, (New York) | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3547772 | Leo T. Crowley | 212-858-1740 | Pillsbury Winthrop Shaw Pittman LLP | Creditor, Bank of New York Mellon / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3547790 | Walter H. Curchack | 212-407-4861 | Loeb & Loeb, LLP | Creditor, Wells Fargo, N.A. / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3553009 | Gren Day | (212) 208-9162 | Chapdelaine Credit Partners | Interested Party, Chapdelaine Credit Partners / LISTEN ONLY |

| Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| Washington Mutual, Inc. 08-12229 | Hearing | 3544350 | Mark E. Dendinger | 860-256-8541 | Bracewell & Giuliani - Conneticut | Creditor, WMB Noteholders / LISTEN ONLY |
| Washington Mutual, Inc. 08-12229 | Hearing | 3549042 | Ephraim Diamond | 646-282-5841 | Davidson Kempner Capital | Creditor, Davidson Kempner / LISTEN ONLY |
| Washington Mutual, Inc. 08-12229 | Hearing | 3544353 | Matthew Ehrner | 203-542-4219 ext. 00 | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |
| Washington Mutual, Inc. 08-12229 | Hearing | 3544152 | Diana Eng | (212) 310-8129 | Weil Gotshal & Manges LLP | Debtor, Washington Mutual / LISTEN ONLY |
| Washington Mutual, Inc. 08-12229 | Hearing | 3551598 | Travis Epes | (212) 270-8226 | JP Morgan Chase & Co. | Interested Party, JP Morgan Chase Bank, N.A. / LISTEN ONLY |
| Washington Mutual, Inc. 08-12229 | Hearing | 3554127 | Barrett Eynon | 212-351-3335 | Brownstone Asset Management | Creditor, Brownstone Asset Management / LISTEN ONLY |
| Washington Mutual, Inc. 08-12229 | Hearing | 3549400 | Lisa Ewart | 202-663-6542 | Wilmer Cutler Pickering Hale & Dorr, | Interested Party, Bank Bondholders / LIVE |
| Washington Mutual, Inc. 08-12229 | Hearing | 3547797 | Margot P. Erlich | (212) 858-1536 | Pillsbury Winthrop Shaw Pittman LLP | Creditor, Bank of New York Mellon / LIVE |
| Washington Mutual, Inc. 08-12229 | Hearing | 3549714 | Jeffrey Farkas | (614) 577-1120 | RBS Greenwich Capital | Creditor, Royal Bank of Scottland / LISTEN ONLY |
| Washington Mutual, Inc. 08-12229 | Hearing | 3552103 | Jim F. Farner | 212-761-1596 ext. 00 | Morgan Stanley | Creditor, Morgan Stanley / LISTEN ONLY |
| Washington Mutual, Inc. 08-12229 | Hearing | 3553061 | Stanislav Fedorenko | (212) 672-4630 | Centerbridge Partners | Representing, Centerbridge Partners / LISTEN ONLY |
| Washington Mutual, Inc. 08-12229 | Hearing | 3437420 | Hydee R. Feldstein | (310) 712-6600 | Sullivan & Cromwell, LLP | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| Washington Mutual, Inc. 08-12229 | Hearing | 3544363 | Evan Flaschen | 860-249-7252 | Bracewell & Giuliani - Conneticut | Creditor, WMB Noteholders / LIVE |
| Washington Mutual, Inc. 08-12229 | Hearing | 3554172 | Chaim Fortgang | 203-542-4216 | Silver Point Capital | Interested Party, Silver Point Capital / LISTEN ONLY |
| Washington Mutual, Inc. 08-12229 | Hearing | 3551508 | Bryce Fraser | 212-823-5544 | Fortress Investment Group | Interested Party, Fortress Investment Group / LISTEN ONLY |
| Washington Mutual, Inc. 08-12229 | Hearing | 3551585 | Joshua Fritsch | (212) 558-4000 | Sullivan & Cromwell LLP | Creditor, JP Morgan Chase Bank / LIVE |
| Washington Mutual, Inc. 08-12229 | Hearing | 3544311 | Josh Gale | (212) 692-5107 | Miller Taback Securities | Interested Party, Miller Taback Securities / LISTEN ONLY |
| Washington Mutual, Inc. 08-12229 | Hearing | 3550179 | Alun W. Griffiths | (212) 818-9200 | Satterlee Stephen Burke & Burke | Creditor, Moody's Investers Service Inc. / LIVE |
| Washington Mutual, Inc. 08-12229 | Hearing | 3548895 | Sigmund Wisner Gross | 212-685-7600 | Sigmund Wisner Gross | Representing, Trust Preferred Holders / LIVE |
| Washington Mutual, Inc. 08-12229 | Hearing | 3552860 | Rami Grunbaum | (206) 464-8541 | Seattle Times | Interested Party, Rami Grunbaum / LISTEN ONLY |
| Washington Mutual, Inc. 08-12229 | Hearing | 3547785 | Brian Guiney | 212-336-2305 | Patterson, Belknap, Webb & Tyler | Creditor, Law Debenture Trust Company of NY / LIVE |

| Case | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Washington Mutual, Inc. | 08-12229 | Hearing | 3553232 | Julio C. Gurdian | 212-310-8229 | Weil Gotshal & Manges LLP | Debtor, Washington Mutual / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3506724 | Peter J. Gurfein | (310) 552-6431 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3546882 | Rob Halder | 512-306-5242 | Tejas Securities Group | Interested Party, Tejas Securities Group / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3542808 | Fred S. Hodara | 212-872-8040 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3516943 | Whitman L. Holt | 310-228-5690 | Stutman, Treister & Glatt | Interested Party, Elliott Management / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3515513 | Eric Hsiao | 415-293-4372 | Eric Hsiao - In Pro Per/Pro Se | Interested Party, Eric Hsiao / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3548809 | James Jacobs | (212) 688-7480 | Gruss & Company, LLC | Creditor, Gruss Asset Management / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3547737 | Robert Johnson | 212-872-1077 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3551573 | Sarah S. Johnson | (212) 478-0833 | DE Shaw | Creditor, D.E. Shaw / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3535008 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3554124 | Dan Kamensky | (212) 599-6622 | Paulson & Company | Creditor, Paulson & Company / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3554197 | Tibita P. Kaneene | (212) 500-1383 | DebtWire | In Propria Persona, Tibita P. Kaneene / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3538227 | Alexander Klipper | (646) 855-8252 | Bank Of America Securities | Creditor, Bank of America Securities / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3548974 | Stuart Kovensky | 201-541-2121 | Onex Credit Partners | Claimant, Stuart Kovensky / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3554244 | Edward Kressler | (212) 692-8271 | Angelo & Gordon | Creditor, Angelo Gordon & Company / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3554132 | Mark Kronfeld | 646-825-7625 | Owl Creek Management | Interested Party, Owl Creek Management / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3551574 | Lauren Krueger | (973) 847-5904 | Esopus Creek Advisors LLC | Creditor, Official Committee of Equity Security Holders / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3546728 | Michael Linn | 415-421-2132 ext. 00 | Farallon Capital Management | Creditor, Farallon Capital Management / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3553225 | Doreen Logan | (206) 432-8725 | Washington Mutual Inc. | Debtor, Washington Mutual Inc. / LIVE |

| Case | Number | Type | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| Washington Mutual, Inc. | 08-12229 | Hearing | 3551602 | Lorenzo Marinuzzi | (212) 468-8000 | Morrison & Foerster | Interested Party, S&P / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3551845 | Abhishek Mathur | (212) 850-2822 | Andrew & Kurth LLP- New York | Creditor, Broadbill Investment Corp / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3551569 | Anders Maxwell | (212) 508-1600 | The Peter J. Solomon Company | Interested Party, Committee Member / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3550197 | Benjamin Meeks | 202-974-1843 | Cleary Gottlieb Steen & Hamilton | Creditor, Goldman Sachs / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3551591 | Justin O'Connell | (212) 558-4400 | Sullivan & Cromwell LLP | Creditor, JP Morgan Chase Bank / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3554188 | John Pike | 212-974-6000 | Elliott Management | Creditor, John Pike & Elliott Management / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3551594 | David Possick | (212) 558-4000 | Sullivan & Cromwell LLP (New York) | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3549144 | James R. Potter | 213-897-2637 | Attorney General Office | Creditor, State of California / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3547730 | James M. Roquemore | (409) 797-3264 | Greer Herz & Adams LLP | Interested Party, American National Insurance Co. / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3547795 | Jeffrey Rothleder | 202-828-3472 | Arent Fox LLP | Creditor, Wilmington Trust FSB / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3506737 | Brian M. Rothschild | 310-728-3734 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3547799 | Vadim J. Rubenstein | (212) 407-4092 | Loeb & Loeb, LLP | Creditor, Wells Fargo, N.A. (Member of Official Committee of Unsecured Creditors) / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3554177 | Gregory S. Rubin | (212) 326-1575 | Oak Hill Advisors | Creditor, Oak Hill Advisors / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3554154 | Adam Schloss | (212) 310-8450 | Weil Gotshal & Manges LLP | Debtor, Washington Mutual Company / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3554235 | Jeffrey Schwartz | 312-569-1208 | Drinker Biddle & Reath LLP | Interested Party, WMB / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3552303 | Michael Scott | 212-703-2133 | Venor Capital | Interested Party, Venor Capital / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3516961 | K. John Shaffer | 310-228-5690 | Stutman, Treister & Glatt | Interested Party, Elliot Company / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3554157 | Jonathan Shiffman | (212) 310-8053 | Weil Gotshal & Manges LLP | Debtor, Washington Mutual / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3547748 | David Simonds | 310-552-6692 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Washington Mutual, Inc. | 08-12229 | Hearing | 3551572 | Andrew Sole | (973) 847-5904 | Esopus Creek Advisors LLC | Creditor, Member of Official Committee of Equity Holders / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3548687 | Kevin Starke | (203) 569-6421 | CRT Capital Group, LLC | Creditor, CRT Capital Group, LLC / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3551502 | Jay Steen | (214) 965-9100 | Talamod Asset Management, LLC | Creditor, Talamod Asset Management / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3540853 | Brad Sweeny | (212) 412-7689 | Barclays Capital, Inc. | Creditor, Barclays / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3548718 | Mitchell E. Sussman | (212) 843-1230 | Tudor Investment | Creditor, Tudor Investment / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3551032 | Erica P. Taggart | (213) 443-3196 | Quinn Emanuel Urquhart & Sullivan | Debtor, Washington Mutual / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3551582 | Gerard Uzzi | 212-819-8479 | White & Case | Creditor, Noteholders Group / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3549887 | Chris Warren | (212) 231-6348 | Macquarie Bank | Interested Party, Chris Warren / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3548795 | Laura F. Weiss | (212) 209-4929 | Brown Rudnick, LLP | Representing, Holders of Securities / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3552965 | Trevor Welch | (212) 506-1767 | Kasowitz Benson Torres & Friedman | Creditor, Noteholders Group / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3553214 | Chris Wells | (302) 658-0253 | Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc. / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3526879 | Michele Whalen | (212) 218-4101 | Morgens, Waterfall, Vintiadis & Co. | Interested Party, Morgens, Waterfall, Vintiadis & Co. / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3551610 | Ronald G White | (212) 468-8051 | Morrison & Foerster LLP | Interested Party, S&P / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3554017 | Robert Williams | (404) 697-8129 | Washington Mutual, Inc ( Washington | Debtor, Washington Mutual / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3551567 | Michael Willingham | (903) 762-1625 | Washington Mutual Inc. | Creditor, Member of Official Committee of Equity Holders / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3553509 | Arin J. Wolfson | 203-719-1349 | UBS Securities LLC | Interested Party, UBS Securities LLC / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3551499 | Shaun Wong | (212) 325-0762 | Credit Suisse | Interested Party, Credit Suisse / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3553247 | Steven Zelin | 212-583-5886 | The Blackstone Group | Debtor, Washington Mutual, Inc. / LIVE |