## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WASHINGTON MUTUAL, INC., et al.,[1] | Case No. 08-12229 (MFW) |
| Debtors. | (Jointly Administered) |
| | Requested Hearing Date: June 17, 2010 at 10:30 a.m. (ET) |
| | Requested Obj. Deadline: June 14, 2010 at 4:00 (ET) |

## MOTION TO SHORTEN NOTICE AND SCHEDULE HEARING ON MOTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS IN SUPPORT OF ORDER DIRECTING APPOINTMENT OF AN EXAMINER UNDER 11 U.S.C. § 1104(C)

The Official Committee of Equity Security Holders (the "Equity Committee") of Washington Mutual, Inc., by and through its undersigned counsel, hereby moves (the "Motion to Shorten") this Court, pursuant to Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), sections 102 and 105(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002-1(b) and 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for the entry of an order (i) shortening notice of, and scheduling an emergency hearing on, the *Motion of the Official Committee of Equity Security Holders in Support of Order Directing Appointment of an Examiner Under 11 U.S.C. § 1104(c)* (the "Motion") for June 17, 2010 at 10:30 a.m. (the "Hearing"), the next regularly scheduled omnibus hearing in these cases, (ii) allowing objections, if any, to the Motion to be raised by June 14, 2010 at 4:00 p.m. EST, and (iii) allowing the Equity Committee to file a brief reply to any objections filed by June 16, 2010 at noon EST. In support of the Motion to Shorten, the Equity

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Washington Mutual, Inc. (3725) and WMI Investment Corp. (5396). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

{00413522;v1}

Committee respectfully represent as follows:

## JURISDICTION

1. The Court has jurisdiction to consider this Motion to Shorten pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (B). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The predicates for the relief requested herein are 11 U.S.C. §§ 102(1) and 105(a), Bankruptcy Rules 2002 and 9006 and Local Rules 2002-1(b) and 9006-1(e).

## BACKGROUND

3. The relevant background facts are set forth in the Motion, filed contemporaneously herewith, and incorporated herein by reference.[2]

## RELIEF REQUESTED

4. By this Motion to Shorten, the Equity Committee respectfully requests that the Court enter an order (i) shortening notice of, and scheduling an emergency hearing on, the Motion for June 17, 2010 at 10:30 a.m.; (ii) allowing objections, if any, to the Motion to be raised by June 14, 2010 at 4:00 p.m. EST; and (iii) allowing the Equity Committee to file a brief reply to any objections filed by June 16, 2010 at noon EST; and (iv) granting such other and further relief as the Court deems appropriate.

## BASIS FOR RELIEF

5. In accordance with Local Rule 9006-1(c) and Bankruptcy Rule 2002, parties generally are required to provide a total of seventeen days notice of motions (if service is by mail) to the parties in interest specified in Local Rule 2002-1(b). However, Local Rule 9006-1(e) provides that the Court may shorten this notice period "on written motion (served on all

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

interested parties) specifying the exigencies justifying shortened notice." DEL. BANKR. L.R. 9006-1(e).

6. The Equity Committee respectfully submits that sufficient cause exists for shortening notice of, and scheduling an emergency hearing on, the Motion and approving the requested objection deadline. Both the Debtors and the Creditors' Committee objected to the Equity Committee's previous motion to appoint an examiner, arguing that appointment of an examiner was unnecessary in light of the extensive investigation into the potential claims against the FDIC and JPMC already undertaken. On May 5, 2010, this Court denied the Equity Committee's Motion. Denial was premised on two key facts: (1) that the Debtors and Creditors' Committee already had conducted an investigation into the assets held by the Estates; and (2) that the Debtors and Creditors' Committee would share the results of that investigation with the Equity Committee. Events subsequent to the May 5, 2010 hearing have eviscerated both of these premises.

7. As described in the Motion, the extent of the Debtors' and Creditors' Committee's investigation has been drastically overstated. Moreover, the Debtors have refused to share with the Equity Committee the fruits of their investigation thus necessitating the equity Committee to "reinvent the wheel." Appointment of an Examiner now will allow a full and transparent accounting of the assets of the Estates – an accounting that will be vital in shaping the positions of all parties to this case – as well as an independent review of the basis that presumably exists for the proposed Global Settlement Agreement and the Plan for which appointment of an Examiner will substantially reduce the need for extended, contentious and time-consuming discovery by all parties. In light of these changed circumstances, the time has come to appoint an Examiner.

8. Given the accelerated schedule of these cases, the Equity Committee submits that expedited consideration of the Motion is necessary so that an Examiner, if one is appointed, will have sufficient time to conduct an independent investigation before the plan process progresses any further, and well in advance of the confirmation hearing. Thus, it is essential that the Court consider the Motion as soon as practicable.

9. Given the foregoing exigent circumstances, the Equity Committee submits that the relief requested in this Motion to Shorten is reasonable, appropriate and necessary.

## NOTICE

10. Notice of the Motion and this Motion to Shorten Notice will be given to the following parties, or, in lieu thereof, to their counsel: (i) the Debtors; (ii) the United States Trustee for the District of Delaware; (iii) the Official Committee of Unsecured Creditors; and (iv) those parties who have requested service pursuant to Bankruptcy Rule 2002, in accordance with Local Rule 2002-1(b). In light of the nature of the relief requested herein, the Equity Committee submits that no other or further notice need be provided.

## NO PRIOR REQUEST

11. No previous application for the specific relief requested herein has been made to this or any other Court.

## CONCLUSION

**WHEREFORE**, the Equity Committee respectfully requests entry of an order, substantially in the form attached hereto as Exhibit A, (i) shortening notice of, and scheduling an emergency hearing on, the Motion for June 17, 2010 at 10:30 a.m.; (ii) allowing objections, if any, to the Motion by June 14, 2010 at 4:00 p.m. EST; (iii) allowing the Equity Committee to file

a brief reply to any objections filed by June 16, 2010 at noon EST, and (iv) granting such other and further relief as the Court deems appropriate.

Dated: June 8, 2010
      Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

/s/ *signature*
_____
William P. Bowden (DE Bar No. 2553)
Gregory A. Taylor (DE Bar No. 4008)
Stacy L. Newman (DE Bar No. 5044)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile : (302) 654-2067
wbowden@ashby-geddes.com
gtaylor@ashby-geddes.com
snewman@ashby-geddes.com

*Co- Counsel to the Official Committee of Equity Security Holders of Washington Mutual, Inc. et al.*

-and-

**SUSMAN GODFREY, L.L.P.**
Stephen D. Susman (NY Bar No. 3041712)
Seth D. Ard (NY Bar No. 4773982)
654 Madison Avenue, 5th Floor
New York, NY 10065
ssusman@susmangodfrey.com
sard@susmangodfrey.com

Parker C. Folse, III (WA Bar No. 24895)
Edgar Sargent (WA Bar No. 28283)
Justin A. Nelson (WA Bar No. 31864)
1201 Third Ave., Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
pfolse@susmangodfrey.com
esargent@susmangodfrey.com
jnelson@susmangodfrey.com

*Co-Counsel to the Official Committee of Equity Security Holders of Washington Mutual, Inc. et al.*