IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WASHINGTON MUTUAL, INC., et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-12229 (MFW) <br><br> (Jointly Administered) <br><br> **Requested Hearing Date: June 17, 2010 at 10:30 a.m. (ET)** <br> **Requested Obj. Deadline: June 14, 2010 at 4:00 (ET)** <br> **Related Docket Nos. 4644 and 4645** |

## REPLY IN SUPPORT OF MOTION TO SHORTEN NOTICE AND SCHEDULE HEARING ON MOTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS IN SUPPORT OF ORDER DIRECTING APPOINTMENT OF AN EXAMINER UNDER 11 U.S.C. § 1104(C)

The Official Committee of Equity Security Holders (the "Equity Committee") of Washington Mutual, Inc., by and through its undersigned counsel, submits this reply in support of its *Motion to Shorten Notice and Schedule Hearing on Motion of the Official Committee of Equity Security Holders in Support of Order Directing Appointment of an Examiner Under 11 U.S.C. § 1104(c)* (the "Motion to Shorten") (Docket No. 4645) filed in connection with the *Motion of the Official Committee of Equity Security Holders in Support of Order Directing Appointment of an Examiner Under 11 U.S.C. § 1104(c)* (the "Motion") (Docket No. 4644). In further support of the Motion to Shorten, the Equity Committee respectfully represents as follows:

1. The Equity Committee respectfully submits it is entirely appropriate to convene a hearing on the Motion on June 17, 2010. If – as the Equity Committee submits – appointment of an Examiner is appropriate here, it makes sense to consider the Motion prior to consideration of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Washington Mutual, Inc. (3725) and WMI Investment Corp. (5396). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

{00414124;v1}

the Disclosure Statement. In the event the Court determines to appoint and Examiner, the outcome of that investigation will likely impact the future course of these Chapter 11 Cases including the scope of information to be included in the Disclosure Statement.

2. The other rationale offered by the Debtors for deferring scheduling the hearing on the Motion for June 17 – that the parties are meeting and conferring – does not hold water either. The parties can report to the Court on the outcome of the meet and confer on June 17, and to the extent any issues overlap with Examiner Motion, it makes sense that the two are heard together.

3. Regardless of the timing of the approval of the Disclosure Statement, it is in the interest of all parties to have an Examiner appointed sooner rather than later if one is to be appointed.

4. The Debtors note that the Estate has been "investigated to death." As noted in Paragraph 19 of the Motion, the Debtors never obtained the full results of those investigations, and even if they had, those investigations did not center on the events between JPMC, the FDIC, and WMI leading up to the actual bankruptcy itself. Indeed, JPMC recently informed the Equity Committee that no governmental agency has opened an investigation into JPMC's conduct during its acquisition of WMB.

**WHEREFORE**, the Equity Committee respectfully requests that the Court grant the relief requested by the Motion to Shorten, and for such other and further relief as it deems just and proper.

Dated: June 8, 2010
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

/s/ William P. Bowden
William P. Bowden (DE Bar No. 2553)
Gregory A. Taylor (DE Bar No. 4008)
Stacy L. Newman (DE Bar No. 5044)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile : (302) 654-2067
wbowden@ashby-geddes.com
gtaylor@ashby-geddes.com
snewman@ashby-geddes.com

*Co- Counsel to the Official Committee of Equity Security Holders of Washington Mutual, Inc. et al.*

-and-

**SUSMAN GODFREY, L.L.P.**
Stephen D. Susman (NY Bar No. 3041712)
Seth D. Ard (NY Bar No. 4773982)
654 Madison Avenue, 5th Floor
New York, NY 10065
ssusman@susmangodfrey.com
sard@susmangodfrey.com

Parker C. Folse, III (WA Bar No. 24895)
Edgar Sargent (WA Bar No. 28283)
Justin A. Nelson (WA Bar No. 31864)
1201 Third Ave., Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
pfolse@susmangodfrey.com
esargent@susmangodfrey.com
jnelson@susmangodfrey.com

*Co-Counsel to the Official Committee of Equity Security Holders of Washington Mutual, Inc. et al.*