## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WASHINGTON MUTUAL, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-12229 (MFW)<br><br>(Jointly Administered)<br><br>**Related Docket No. 4645** |

### ORDER SHORTENING NOTICE AND SCHEDULING HEARING ON MOTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS IN SUPPORT OF ORDER DIRECTING APPOINTMENT OF AN EXAMINER UNDER 11 U.S.C. § 1104(C)

Upon consideration of the *Motion to Shorten Notice and Schedule Hearing on the Motion of the Official Committee of Equity Security Holders in Support of Order Directing Appointment of an Examiner Under 11 U.S.C. § 1104(c)* (the "Motion to Shorten"), pursuant to Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), sections 102 and 105(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002-1(b) and 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for the entry of an order shortening notice of, and scheduling an emergency hearing on, the *Motion of the Official Committee of Equity Security Holders in Support of Order Directing Appointment of an Examiner Under 11 U.S.C. § 1104(c)* (the "Motion"); and the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; this is a core proceeding pursuant to 28 U.S.C. §157(b); venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Washington Mutual, Inc. (3725) and WMI Investment Corp. (5396). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

{00413522;v1}

1409; the relief requested in the Motion to Shorten is in the best interests of the Debtors, their estates and creditors; proper and adequate notice has been given and no other or further notice is necessary; after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED, ADJUDGED AND DECREED THAT**:

1. The Motion to Shorten is GRANTED.

2. The Motion shall be heard at the omnibus hearing scheduled for **June 17, 2010 at 10:30 a.m. (EST)**.

3. Any objections to the relief requested in the Motion shall be filed and served no later than **June 14, 2010 at 4:00 p.m. (EST)**.

4. Any reply by the Equity Committee to any objections filed to the Motion shall be filed and served no later than **June 16, 2010 at noon (EST)**.

5. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
        June 9, 2010

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY COURT