IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 08-12229 (MFW) |
| WASHINGTON MUTUAL, INC., *et al.*, | § | |
| | § | CHAPTER 11 |
| DEBTORS. | § | (Jointly Administered) |
| | § | |
| | § | Hearing Date: June 17, 2010 at 10:30 a.m. |
| | § | RE: D.I. Nos. 2622, 2623, 3568, 3708, 4241, |
| | § | 4242, 4244, 4426, 4456, 4466, 4470 |

**CONSOLIDATED SECOND SUPPLEMENTAL OBJECTIONS BY AMERICAN NATIONAL INSURANCE COMPANY, *ET AL.*, TO: (A) THE MOTION OF DEBTORS FOR AN ORDER, PURSUANT TO SECTIONS 105, 502, 1125, 1126, AND 1128 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002, 3003, 3017, 3018 AND 3020, (I) THE PROPOSED DISCLOSURE STATEMENT AND THE FORM AND MANNER OF THE NOTICE OF THE DISCLOSURE STATEMENT HEARING, (II) ESTABLISHING SOLICITATION AND VOTING PROCEDURES, (III) SCHEDULING A CONFIRMATION HEARING, AND (IV) ESTABLISHING NOTICE AND OBJECTION PROCEDURES FOR CONFIRMATION OF THE DEBTORS' JOINT PLAN; AND (B) THE DISCLOSURE STATEMENT FOR THE THIRD AMENDED JOINT PLAN OF AFFILIATED DEBTORS PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE**

National Western Life Insurance Company and American National Insurance Company and its affiliates American National Property and Casualty Company, Farm Family Life Insurance Company, and Farm Family Casualty Insurance Company (collectively, the "Texas Group") hereby incorporate and renew their Objections (D.I. Nos. 3708 and 4426, filed May 12 and 28, 2010, respectively) to the above-captioned Motion and the Disclosure Statement (defined below) to: (A) the Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation

of the Debtors' Joint Plan (D.I. 3568); and (B) the Disclosure Statement for the Third Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code (D.I. 4470) (the "Disclosure Statement").[1]

**WHEREFORE**, for the reasons set forth herein (whereby the objections and the arguments of the Texas Groups' earlier-filed Objections are hereby incorporated), National Western Life Insurance Company and American National Insurance Company and its affiliates American National Property and Casualty Company, Farm Family Life Insurance Company, and Farm Family Casualty Insurance Company request that the Court deny the Motion, deny approval of the Disclosure Statement, grant the Texas Group such additional relief as the Court deems appropriate and just, and enter an Order to such effect.

Dated: June 11, 2010

Respectfully Submitted,

SMITH, KATZENSTEIN & FURLOW LLP

By: /s/ Michael P. Migliore
Michael P. Migliore (Del. Bar No. 4331)
The Corporate Plaza
800 Delaware Avenue
Suite 1000, P.O. Box 410
Wilmington, DE 19899
Tel. 302-652-8400 x216
Fax 302-652-8405
Email: mpm@skfdelaware.com

---

[1] The Texas Group, by filing this and/or any other pleading relating to the Debtors' Disclosure Statement, Plan, and any amendments thereto, or other pleadings do not submit to the jurisdiction of the Bankruptcy Court. Instead, the purpose of the Texas Groups' filings is to preserve their rights to pursue their claims in an appropriate court of law, which, the Texas Group contends, is the United States District Court for the District of Columbia.

-and-

GREER, HERZ & ADAMS, LLP
Andrew J. Mytelka (Texas Bar No. 14767700)
Frederick E. Black (Texas Bar No. 02371100)
Tara B. Annweiler (Texas Bar No. 00783547)
James M. Roquemore (Texas Bar No. 24058082)
One Moody Plaza, 18th Floor
Galveston, Texas 77550
(409) 797-3200
(409) 766-6424 - telecopier

*Counsel to American National Insurance Company, American National Property and Casualty Company, Farm Family Life Insurance Company, Farm Family Casualty Insurance Company, and National Western Life Insurance Company*