IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 08-12229 (MFW) |
| WASHINGTON MUTUAL, INC., *et al.*, § | |
| § | CHAPTER 11 |
| DEBTORS. § | (Jointly Administered) |
| § | |
| § | Hearing Date: June 17, 2010 at 10:30 a.m. |
| § | RE: D.I. Nos. 2622, 2623, 3568, 3728, 4241, |
| § | 4242, 4244, 4430, 4456, 4470 |

**CONSOLIDATED SECOND SUPPLEMENTAL OBJECTIONS OF SUSANNA GOUWS KORN, ANGELITA RAVAGO, AND PARTIES TO BE NAMED TO (A) THE MOTION OF DEBTORS FOR AN ORDER, PURSUANT TO SECTIONS 105, 502, 1125, 1126, AND 1128 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002, 3003, 3017, 3018 AND 3020, (I) THE PROPOSED DISCLOSURE STATEMENT AND THE FORM AND MANNER OF THE NOTICE OF THE DISCLOSURE STATEMENT HEARING, (II) ESTABLISHING SOLICITATION AND VOTING PROCEDURES, (III) SCHEDULING A CONFIRMATION HEARING, AND (IV) ESTABLISHING NOTICE AND OBJECTION PROCEDURES FOR CONFIRMATION OF THE DEBTORS' JOINT PLAN; AND (B) THE DISCLOSURE STATEMENT FOR THE THIRD AMENDED JOINT PLAN OF AFFILIATED DEBTORS PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE**

Susanna Gouws Korn, Angelita Ravago, and parties-to-be-named (collectively, the "Objecting Parties") hereby incorporate and renew their Objections (D.I. Nos. 3728 and 4430, filed May 12 and 28, 2010, respectively), *including and especially any and all purported releases of the Objecting Parties claims in the Seattle Litigation*, to the above-captioned Motion and the Disclosure Statement (defined below) to: (A) the Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan (D.I. 3568); and (B) the

Disclosure Statement for the Third Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code (D.I. 4470) (the "Disclosure Statement").[1]

**WHEREFORE**, for the reasons set forth herein (whereby the objections and the arguments of the Objecting Parties earlier-filed Objections are hereby incorporated), Susanna Gouws Korn, Angelita Ravago, and parties-to-be-named request that the Court deny the Motion, deny approval of the Disclosure Statement, grant the Objecting Parties such additional or other relief as the Court deems appropriate and just, and enter an Order to such effect.

Dated: June 11, 2010

Respectfully Submitted,

SMITH, KATZENSTEIN & FURLOW LLP

By: /s/ Michael P. Migliore
Michael P. Migliore (Del. Bar No. 4331)
The Corporate Plaza
800 Delaware Avenue
Suite 1000, P.O. Box 410
Wilmington, DE 19899
Tel. 302-652-8400 x216
Fax 302-652-8405
Email: mpm@skfdelaware.com

*Counsel to Susanna Gouws Korn, Angelita Ravago, and parties-to-be-named*

---

[1] The Objecting Parties, by filing this and/or any other pleading relating to the Debtors' Disclosure Statement, Plan, and any amendments thereto, or any other pleading, do not submit to the jurisdiction of the Bankruptcy Court. Instead, the purpose of the Objecting Parties' filings is to preserve their rights to pursue their claims in the Seattle Litigation in an appropriate court of law, which, the Objecting Parties contend, is the United States District Court for the District of Washington.