# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
In re:                                  : Chapter 11
                                        :
WASHINGTON MUTUAL, INC., et al.,        : Case Nos. 08-12229 (MFW)
                                        : (Jointly Administered)
                Debtors.                :
                                        : **Hearing Date: June 17, 2010 at 10:30 a.m.**
                                        : **Re: Docket No.: 4470**
                                        :
---------------------------------------------------------- x

## STATEMENT OF THE WASHINGTON MUTUAL INC. NOTEHOLDERS GROUP RELATING TO THE DEBTORS' DISCLOSURE STATEMENT FOR THE THIRD AMENDED JOINT PLAN OF AFFILIATED DEBTORS PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE

The Washington Mutual, Inc. Noteholders Group (the "WMI Noteholders"), whose members hold in the aggregate approximately $2.3 billion in face amount of outstanding debt securities issued by Washington Mutual, Inc. ("WMI," and collectively with WMI Investment Corp., the "Debtors"), submits this statement (the "Statement") relating to the Disclosure Statement [Docket No. 4470] (the "Disclosure Statement") with respect to the Third Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4456] (the "Plan") and to the Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan [Docket No. 3568] (the "Motion"). In support of the Statement, the WMI Noteholders respectfully represent as follows:

# STATEMENT

1. On May 13, 2010, the WMI Noteholders filed the Objection of the Washington Mutual Inc. Noteholders Group to the Debtors' Disclosure Statement for the Joint Chapter 11 Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 3730] (the "Objection"). On May 28, 2010, the WMI Noteholders filed the Supplemental Objection of the Washington Mutual Inc. Noteholders Group to the Debtors' Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4419] (the "Supplemental Objection" and collectively with the Objection, the "Objections").

2. Since the filing of the Objections the Debtors modified the Plan and Disclosure Statement in a manner which alleviated many, but not all, of the WMI Noteholders' concerns with respect to the Disclosure Statement relating to the continued impairment of contractual subordination rights. The WMI Noteholders conveyed these remaining concerns to the Debtors, the Creditors' Committee and other relevant parties in interest and, as a result of the dialogue among these parties, the WMI Noteholders understand that the Debtors intend to include a general provision in the Plan which will provide that to the extent the Plan is inconsistent with the rights of parties under contractual subordination provisions, the contractual subordination provisions will control. While the WMI Noteholders continue to take issue with certain Plan provisions as contradicting their rights under contractual subordination provisions and reserve the right to be heard with respect to the same at the appropriate time, provided that the Debtors make this change as presented, the WMI Noteholders' Objections to the Disclosure Statement are resolved.

3. The WMI Noteholders intend to continue to work with the Debtors and

NEWYORK 7686646 (2K)
WM1A 955990v1 06/11/10

other relevant parties in interest to resolve consensually the appropriate application of contractual subordination provisions. If a consensual resolution cannot be achieved, resolution of the appropriate application of the contractual subordination provisions will require court intervention.

## RESERVATION OF RIGHTS

4. The WMI Noteholders expressly reserve their rights to be heard with respect to any issues raised at the hearing to consider the Disclosure Statement. The WMI Noteholders expressly reserve their rights to respond to or object to the adequacy of any revised Disclosure Statement that is filed with the Court. The WMI Noteholders also expressly reserve their rights to object to confirmation of the Plan on any grounds as may be appropriate.

Dated: June 11, 2010
    Wilmington, Delaware

                      FOX ROTHSCHILD LLP

                      Jeffrey M. Schlerf (No. 3047)
                      Eric M. Sutty (No. 4007)
                      John H. Strock (No. 4965).
                      Citizens Bank Center
                      919 North Market Street, Suite 1600
                      Wilmington Delaware 19801
                      Telephone: (302) 654-7444

                      -and-

                      WHITE & CASE LLP
                      Thomas E Lauria
                      Wachovia Financial Center
                      200 South Biscayne Boulevard
                      Suite 4900
                      Miami, FL 33131
                      Telephone: (305) 371-2700
                      Facsimile: (305) 358-5744

Of Counsel:
KASOWITZ BENSON TORRES & FRIEDMAN LLP
David S. Rosner
Paul M. O'Connor III
Adam L. Shiff
Seth A. Moskowitz
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700

Attorneys for the Washington Mutual, Inc.
Noteholders Group