Honorable Judge Mary Walrath
Case 08-12229
824 N. Market St. 5th. Floor
Wilmington, DE 19801

Dear Honorable Judge Mary Walrath:

## **OBJECTION TO DEBTORS APPLICATION** OF WEIL, GOTSHAL & MANGES LLP AS ATTORNEYS FOR DEBTORS FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED:

As a equity holder of Washington Mutual, I object to the abusive allowance of compensation for professional service charges that have been submitted.

The heart and pulse of any PUBLIC company is the Preferred and Common shareholders. The fiduciary duties of WEIL, GOTSHAL & MANGES LLP, AS ATTORNEYS FOR DEBTORS, is council to all equity holders yet they have shown and stated that the equity holders are hostile adversaries. They object to every Equity Committee motion, and cost the estate millions of wasted WMI estate money, WHY - because they are hiding assets for their true client - JP Morgan.

It should be apparent to all - The attorney's for the debtors have Breached their Fiduciary duties, have misrepresented, and lied to the courts, failed to perform discovery request for documents, failed with their plan of reorganization, and have attempted to hide billions of assets of WMI only to give them for free to JP Morgan.

As Brian Rosen counsel for the Debtors stated in court – the Preferred and Common shareholders are his adversaries. It should be noted that the attorneys for the debtors – Weil, Gotshal & Mangess LLP also has JP Morgan as their top client. This is a very serious conflict of interest. This court must not allow WEIL, GOTSHAL & MANGES LLP, AS ATTORNEYS FOR DEBTORS to "MILK" WMI's estate money. As Brian Rosen stated in court the shareholders just want to "MILK" JPM for more money. He should understand well who is getting milked. He is the JP Morgan milk man!

This **OBJECTION TO DEBTORS APPLICATION** OF WEIL, GOTSHAL & MANGES LLP, AS ATTORNEYS FOR DEBTORS FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED. – is requesting from the courts to demand from the Debtors council a full refund of all professional service charges submitted. They have breached their Fiduciary duties, and must be forced to repay to the WMI's estate for their misrepresentation. **This is bankruptcy fraud!**

Sincerely, *David Shutvet*
David Shutvet
56 South Elmwood Av.
Palatine, IL. 60074

CC: Office of the United State Trustee Delaware
　　Joseph McMahon, Esq.
　　844 King St Ste 2207 - Lockbox 35
　　Wilmington, DE 19899-0035
CC: USTP.Bankruptcy.Fraud@usdoj.gov
CC: DOJ 950 Pennsylvania Avenue, NW. Washington D.C. 20530-0001