UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| WASHINGTON MUTUAL, INC., *et al.*,[1] | |
| Debtors. | Case Number 08-12229 (MFW) (Jointly Administered) |
| | Hearing Date: June 17, 2010 at 10:30 A.M. |

**THE UNITED STATES TRUSTEE'S RESPONSE IN SUPPORT OF THE MOTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS IN SUPPORT OF AN ORDER DIRECTING THE APPOINTMENT OF AN EXAMINER UNDER 11 U.S.C. § 1104(c)**
**(DOCKET ENTRY # 4644)**

In support of the motion of the Official Committee of Equity Security Holders ("Equity Committee") in support of an order directing appointment of an examiner pursuant to section 1104(c) of the Bankruptcy Code (the "Motion"), Roberta A. DeAngelis, United States Trustee for Region 3 ("U.S. Trustee"), by and through her counsel, submits:

The U.S. Trustee agrees with the Equity Committee that there has been a change in circumstances that warrants this Court's consideration of the new request for an examiner. Accordingly, for the same reasons stated on the record by undersigned counsel at the June 3 hearing and in her response to the Equity Committee's prior motion seeking appointment of an examiner (Docket Entry # 3628), the U.S. Trustee supports the Motion and respectfully requests that this Court grant same. To the extent this Court grants relief, the U.S. Trustee reserves the right to be heard on the scope of the examination at the hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

Respectfully submitted,

**ROBERTA A. DeANGELIS**
**UNITED STATES TRUSTEE**


BY:  /s/ Joseph J. McMahon, Jr.
      Joseph J. McMahon, Jr., Esquire (# 4819)
      Trial Attorney
      United States Department of Justice
      Office of the United States Trustee
      J. Caleb Boggs Federal Building
      844 King Street, Room 2207, Lockbox 35
      Wilmington, DE  19801
      (302) 573-6491
      (302) 573-6497 (Fax)

Date:  June 16, 2010