NORMA M. CATTANI
405 Onderdonk Avenue
Ridgewood, NY 11385

May 19, 2010

**Sent Certified Return Receipt Requested**

Honorable Kevin J. Carey
Chief Judge
United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Re:  $19,225.00 Life Insurance Claim, #1370
Group Life Policy No. G-3 – The Lincoln Savings Bank
Certificate No.: 1562
Employee ID: 561704

Dear Honorable Sir:

I am 83 years old and a former employee of Lincoln Savings Bank. As an employee benefit, I received a life insurance policy with a death benefit of $19,225.00. This Group Life Policy, Certificate No.: 1562, was transferred over the years through various bank takeovers, and is currently held in trust by Washington Mutual.

While I understand that there must be numerous claims involving substantial sums of money, this policy is very important to me and my family. As a former employee, I earned this benefit and seek to preserve it.

Thank you for you consideration of my application.

Very truly yours,

Norma M. Cattani