# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>WASHINGTON MUTUAL, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-12229 (MFW)<br><br>Jointly Administered<br><br>**Hearing Date: July 8, 2010 at 10:00 a.m. (ET)**<br>**Obj. Deadline: June 14, 2010 at 4:00 p.m. (ET)**<br>Related Docket No. 4644 |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on June 8, 2010 The Official Committee of Equity Security Holders of Washington Mutual, Inc. (the "Equity Committee") filed the *Motion of the Official Committee of Equity Security Holders in Support of Order Directing Appointment of An Examiner Under 11 U.S.C. Section 1104(C)* [Docket No. 4644] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion was previously been served upon you.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, entered on June 9, 2010 [Docket No. 4655] (i) responses, if any, to the Motion were required to be filed with the Bankruptcy Court and served upon, so as to be received by, the undersigned counsel, on or before **June 14, 2010 at 4:00 p.m. (ET)**, and (ii) a hearing to consider the Motion was scheduled to be held on June 17, 2010 at 10:30 a.m. (ET) (the "June 17th Hearing"). At the June 17th Hearing, however, it was announced that consideration of the Motion would be adjourned to the hearing scheduled for **July 8, 2010 at 10:00 a.m. (ET)** in light of settlement negotiations regarding plan confirmation with the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the Debtors and the Equity Committee were unable to reach agreement.

**PLEASE TAKE FURTHER NOTICE** that the Equity Committee will present the Motion for the Court's consideration at the hearing scheduled to be held on **July 8, 2010 at 10:00 a.m. (ET)** before The Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

---

[1] Debtors in these Chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395). The Debtors are located at 925 Fourth Avenue, Suite 2500, Seattle, Washington 98104.

{00420632;v1}

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 1, 2010

ASHBY & GEDDES, P.A.

*[signature]*

William P. Bowden (DE Bar No. 2553)
Gregory A. Taylor (DE Bar No. 4008)
Stacy L. Newman (DE Bar No. 5044)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

SUSMAN GODFREY, L.L.P.
Stephen D. Susman (NY Bar No. 3041712)
Seth D. Ard (NY Bar No. 4773982)
654 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Parker C. Folse, III (WA Bar No. 24895)
Edgar Sargent (WA Bar No. 28283)
Justin A. Nelson (WA Bar No. 31864)
1201 Third Ave., Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

*Co-Counsel for the Official Committee of Equity Security Holders of Washington Mutual, Inc., et al.*