# EXHIBIT G

# WATERFALL RECOVERY MATRIX

**Washington Mutual, Inc.**
**Waterfall Recovery Matrix**

|  | | Senior Notes | Subordinated Notes | CCB Guarantees [1] | PIERs | General Unsecured Creditors |
|---|---|---|---|---|---|---|
| Recovery [2], [3] | Tranche 1 | Prepetition Claim | - | - | - | Pro Rata Share Based on Prepetition Claims [4] |
| | Tranche 2 | Post-Petition Interest Claim | Prepetition Claim & Post-Petition Interest Claim | - | - | Pro Rata Share Based on Prepetition Claims [4] |
| | Tranche 3 | - | - | Prepetition Claim & Post-Petition Interest Claim | - | Pro Rata Share Based on Prepetition Claims [4] |
| | Tranche 4 | - | - | - | Prepetition Claim | Pro Rata Share Based on Prepetition Claims [4] |
| | Tranche 5 | - | - | - | Post-Petition Interest Claim | Post-Petition Interest Claim [5] |

Notes:

(1) CCB Guarantees include HFC Capital Trust I, CCB Capital Trust IV, CCB Trust V, CCB Trust VI, CCB Capital Trust VII, CCB Capital Trust VIII and CCB Capital Trust IX.

(2) Within each tranche eligible claims share pro rata based on size of claim. No percentage recovery for an eligible claim will be higher than another percentage recovery for an eligible claim within the same Tranche, and all eligible claims within the Tranche will be fully satisfied concurrently, except with respect to the initial distribution of Reorganized WMI. The percentage recovery of any creditor who elects to receive the stock of Reorganized WMI will be adjusted in subsequent distributions to ensure recovery percentages are the same for all creditors in each tranche.

(3) Eligible claims in Tranches will be paid in order with Tranche 1 claims receiving disbursements first and Tranche 5 claims receiving disbursements last. Tranche 1 eligible claims must be satisfied in full prior to Tranche 2 eligible claims receiving disbursements and so forth, except with respect to the distribution of equity in the Reorganized WMI which is not subject to absolute priority.

(4) Pro Rata share of General Unsecured Claims are calculated by (a) determining the fraction in which the numerator equals the amount of General Unsecured Claims and the denominator equals the total amount of prepetition claims, and (b) by multiplying that by total cash distributed within the Tranche. The cash distributed within the Tranche is the lesser of (i) the amount necessary to satisfy all claims within the Tranche or (ii) the amount of cash available.

(5) If it is provided for in an applicable contract or by law.