## Exhibit A

## The Plan

**[Filed Separtely as Docket No. 4850 on July 1, 2010]**