# Exhibit D

## Valuation Analysis

**Enterprise Valuation of the Reorganized Debtors**

To provide information to parties in interest regarding the possible range of values of their distributions under the Plan, the Debtors retained Blackstone Advisory Partners ("Blackstone") as their financial advisor to, among other things, estimate (a) the value of the Reorganized Debtors ("Reorganized WMI") on a going-concern basis, excluding the proceeds that may be received from the Rights Offering ("Reorganized WMI Value") and (b) the value of the Subscription Rights as defined in the Plan.

In estimating the range of Reorganized WMI Value, Blackstone has, among other things:

(a) reviewed certain recent historical financial information of the Debtors;

(b) reviewed certain internal financial and operating data of the Debtors, which relates to Reorganized WMI's business, its prospects and its projected dividend stream, including Reorganized WMI's Projections;

(c) reviewed the Net Operating Loss analysis prepared by the Debtors;

(d) met with and discussed the Debtors' operations and future prospects with the management team and their advisors, including the Debtors' actuarial advisors and other constituents;

(e) discussed relevant sections of the Internal Revenue Code with the Debtors' tax experts;

(f) reviewed publicly available information for comparable companies and recent precedent transactions in the insurance and reinsurance industry;

(g) considered certain economic and industry information relevant to the operating business;

(h) reviewed the Plan of Reorganization, Disclosure Statement, Global Settlement Agreement and other filings made in the Chapter 11 cases; and

(i) performed such other analyses and investigations and considered such other information as Blackstone deemed appropriate under the circumstances.

Blackstone did not independently verify the Projections in connection with preparing the estimates of Reorganized WMI Value and no appraisals of the Debtors were sought or obtained in connection herewith. Blackstone assumed that the Projections were reasonably prepared in good faith and on a basis reflecting the Debtors' most accurate currently available estimates and judgments as to the future operating and financial performance of the Reorganized Debtors. Blackstone's estimated Reorganized WMI Value range assumes the Reorganized Debtors will achieve their Projections in all material respects. Moreover, Blackstone assumed and relied on the accuracy and completeness of all other financial and other information furnished to it by the Debtors.

The following is a brief summary of the financial analyses performed by Blackstone to arrive at the Reorganized WMI Value:

(a) Discounted Cash Flow Analysis

The discounted cash flow ("DCF") analysis estimates the value of an asset or business by calculating the present value of expected future cash flows to be generated by that asset or business. Under this methodology, projected future cash flows are discounted by the assets' or business' weighted average cost of capital (the "Discount Rate"). The Discount Rate reflects the estimated blended rate of return that would be required by investors making an investment in the target asset or business. The Reorganized WMI Value was determined by calculating the present value of the projected dividend stream to be generated by Reorganized WMI based on the financial projections provided by the Debtors using a range of discount rates between 14% - 16%. The financial projections provided by the Debtors assume, and therefore Blackstone's estimate of Reorganized WMI Value assumes, that (i) approximately $75 million to $100 million of Reorganized WMI net operating losses are available and used to shelter future taxable income generated by Reorganized WMI and (ii) the consummation of the restructuring pursuant to the terms of the Plan does not in any way impact the availability of at least such amount of net operating losses. For reasons described in (b) and (c) below, the DCF analysis was the primary methodology used by Blackstone to estimate Reorganized WMI Value.

(b) Precedent Transactions Analysis

The precedent transactions analysis estimates the value of an asset or business by observing transaction multiples paid by acquirers of comparable assets or businesses and applying those observed transaction multiples to the relevant financial information of the asset or business being valued. In addition to the intrinsic value of the assets or business being valued, transaction multiples observed for purposes of precedent transaction analysis may reflect aspects of value (e.g., control premiums, etc) that are not necessarily applicable to the asset or business being valued. Blackstone considered the precedent transaction analysis in its estimate of Reorganized WMI Value.

(c) Comparable Company Analysis

The comparable company valuation analysis estimates the value of a business by observing the multiples implied by the trading prices of the equity securities of such comparable businesses and applying those observed trading multiples to relevant financial information of the business being valued. Given the size of comparable companies and the nature of the operations, Blackstone did not rely on the comparable company analysis as a primary determinant of Reorganized WMI Value.

Based on the Projections and subject to the review and analysis described herein and to the assumptions, limitations and qualifications described herein, and solely for purposes of the Plan, Blackstone estimates that the range of Reorganized WMI Value is approximately $120 to $160 million, including the value of net operating losses assumed to be available to Reorganized WMI. Further, and given, among other things, the general uncertainty surrounding the future prospects of Reorganized WMI, Blackstone estimates that the value of the Subscription Rights is between 105% and 115% of the Rights Offering. Finally, to the extent Reorganized WMI's net operating losses are not available for any reason to shelter future taxable income, Blackstone's estimate of Reorganized WMI Value would be reduced by approximately $20 million to $30 million.

Blackstone's estimated range of Reorganized WMI Value and the value of the Subscription Rights does not constitute a recommendation to any holder of Allowed Claims as to how

such person should vote or otherwise act with respect to the Plan.  The estimated range of Reorganized WMI Value and of the value of the Subscription Rights set forth herein does not constitute an opinion as to fairness from a financial point of view to any person of the consideration to be received by such person under the Plan or of the terms and provisions of the Plan.  The value of an operating business is subject to numerous uncertainties and contingencies which are difficult to predict and will fluctuate with changes in factors affecting the financial condition and prospects of such a business.  As a result, the estimated range of the Reorganized WMI Value and the value of the Subscription Rights set forth herein is not necessarily indicative of actual outcomes, which may be significantly more or less favorable than those set forth herein.  Neither the Reorganized Debtors, nor Blackstone, nor any other person assumes responsibility for any differences between the Reorganized WMI Value range or the value of the Subscription Rights and such actual outcomes.

The summary set forth above does not purport to be a complete description of the analyses performed by Blackstone.  The preparation of a valuation estimate involves various determinations as to the most appropriate and relevant methods of financial analysis and the application of these methods in the particular circumstances and, therefore, such an estimate is not readily suitable to summary description.  In performing these analyses, Blackstone and the reorganized Debtors made numerous assumptions with respect to industry performance, tax, business and economic conditions and other matters.  The analyses performed by Blackstone are not necessarily indicative of actual values or future results, which may be significantly more or less favorable than suggested by such analyses.