IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
*In re* : Chapter 11
:
WASHINGTON MUTUAL, INC., et al.,[1] : Case No. 08-12229 (MFW)
:
: (Jointly Administered)
Debtors. :
: Re: Docket Nos. 4850 & 4851
---------------------------------------------------------------x

## NOTICE OF FILING OF (I) FIFTH AMENDED JOINT PLAN OF AFFILIATED DEBTORS PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE AND (II) DISCLOSURE STATEMENT FOR THE FIFTH AMENDED JOINT PLAN OF AFFILIATED DEBTORS PURSUANT CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE

PLEASE TAKE NOTICE that, on July 1, 2010, the Debtors filed the *Fifth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code* [Docket No. 4850] (the "Fifth Amended Plan") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, on July 1, 2010, the Debtors also filed the *Disclosure Statement for the Fifth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code* [Docket No. 4851] (the "Fifth Amended Disclosure Statement") with the Court.

For the convenience of parties in interest, attached hereto as Exhibit A is a blackline comparing the Fifth Amended Plan[2] against the previous version filed on June 14, 2010

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Suite 2500, Seattle, Washington 98104.

[2] There were no changes to exhibits G & H to the Plan from those filed as Docket No. 4688.

RLF1 3587368v.1

as Docket No. 4688.  Attached hereto as <u>Exhibit B</u> is a blackline comparing the Fifth Amended Disclosure Statement against the previous version filed on June 14, 2010 as Docket No. 4689.

Dated: July 1, 2010
   Wilmington, Delaware

/s/ *[signature]*

Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Julie A. Finocchiaro (No. 5303)
Richards, Layton & Finger, P.A.
One Rodney Square
902 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Counsel for Debtors and Debtors in Possession*