UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
:
*In re* : Chapter 11
:
**WASHINGTON MUTUAL, INC., <u>et al.</u>,**[1] : Case No. 08-12229 (MFW)
:
: **(Jointly Administered)**
**Debtors.** :
:
---------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF DOCKET NO. 3711

PLEASE TAKE NOTICE THAT based upon the Debtors' filing of its Third Amended Disclosure Statement, which includes language acceptable to the Pension Benefit Guaranty Corporation, the undersigned hereby withdraws *Objection of the Pension Benefit Guaranty Corporation to Debtors' Proposed Disclosure Statement* [Docket No. 3711] filed on May 13, 2010.

[Signature Page Follows]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

Dated: Washington, DC
　　　　July 6, 2010

Respectfully submitted,

/s/ Joel W. Ruderman
ISRAEL GOLDOWITZ
Chief Counsel
CHARLES L. FINKE
Deputy Chief Counsel
JOEL W. RUDERMAN (JR 3394)
Assistant Chief Counsel
JON M. CHATALIAN
Attorney

PENSION BENEFIT GUARANTY CORP.
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Ph: 202-326-4020 (ext. 3926)
Fax: 202-326-4112
E-mail: ruderman.joel@pbgc.gov *and*
efile@pbgc.gov