Honorable Judge Mary Walrath
Case 08-12229
824 N. Market St. 5th. Floor
Wilmington, DE 19801

Dear Honorable Judge Mary Walrath:

**SECOND OBJECTION TO DEBTORS APPLICATION OF WEIL, GOTSHAL &**
**MANGES LLP AS ATTORNEYS FOR DEBTORS FOR ALLOWANCE OF**
**COMPENSATION FOR PROFESSIONAL SERVICES RENDERED.**

As an equity holder of Washington Mutual, I object to the abusive allowance of
compensation for professional service charges that have been submitted.

The fiduciary duties of WEIL, GOTSHAL & MANGES LLP, AS ATTORNEYS FOR
DEBTORS and counsel to all equity holders, have shown and stated that the equity
holders are hostile adversaries. They object to every Equity Committee motion, and
cost the estate millions of wasted WMI estate money.  WHY - because they appear
to be hiding <u>assets</u> for their true client - JP Morgan.

It should be apparent to all; the attorneys for the debtors have breached their
fiduciary duties, have misrepresented, and lied to the courts, failed to perform
discovery request for documents, failed with their plan of reorganization, and have
attempted to hide billions of assets of WMI only to give them for free to JP Morgan.

It also appears the attorneys for the debtors may also have negotiated the
settlement agreement between the FDIC and JP Morgan.  This is a conflict of
interest that has not been disclosed.  **Did Quinn Emanual, Weil or any counsel,**
**co-counsel for the debtors have any role in the settlement agreement between**
**the FDIC and JP Morgan? It is these undisclosed conflicts, and the documents**
**that will not be turned over, and <u>will require an appointed examiner to expose</u>**
**<u>those facts</u>.**

Our Judicial system cannot allow counsel for Washington Mutual to overbill their
estate, and then appear to work harder in not produce the required documents, and
protecting the assets that they gave to JP Morgan. This case needs an appointed
examiner for the Justus!

As Brian Rosen, counsel for the debtors stated in court, the Preferred and Common shareholders are his adversaries. It should be noted that the attorneys for the debtors – Weil, Gotshal & Mangess LLP also have JP Morgan as their top client. This is a very serious conflict of interest. This court must not allow WEIL, GOTSHAL & MANGES LLP, AS ATTORNEYS FOR DEBTORS to "MILK" WMI's estate money.

**This OBJECTION TO DEBTORS APPLICATION**
OF WEIL, GOTSHAL & MANGES LLP, AS ATTORNEYS FOR DEBTORS FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED – is requesting from the courts to demand from the Debtors counsel a full refund of all professional service charges submitted. They have breached their fiduciary duties, and must be forced to repay to the WMI's estate for their misrepresentation. This is bankruptcy fraud! **This Objection is requesting a fee hearing to reduce the fees that Debtor's Counsel, and co- counsel have over billed the WMI estate.**

Sincerely,
*David Shutvet*
David Shutvet

CC: Office of the United State Trustee Delaware
Joseph McMahon, Esq.
844 King St Ste 2207 - Lockbox 35
Wilmington, DE 19899-0035
CC: USTP.Bankruptcy.Fraud@usdoj.gov