# Exhibit A

| Name | NoticeName | Address1 | Address2 | City | State | Zip |
|------|-----------|----------|----------|------|-------|-----|
| Broadridge | Receiving Dept | 51 Mercedes Way | Jobs N32702 N32703 N32705 N3 | Edgewood | NY | 11717 |
| Legent Clearing c/o Mediant Communic: | Vinny Missiano | 109 North 5th St | | Saddle Brook | NJ | 07663 |
| Northern Trust Co | Stella Castaneda | 801 S Canal St | Bldg C1N | Chicago | IL | 60607 |
| State Street Bank and Trust Co | Amanda Banta | Corp Actions JAB5E | 1776 Heritage Dr | North Quincy | MA | 02171 |
| The Bank of New York Mellon | Migdalia Jimenez | One Wall St | 6th Fl | New York | NY | 10286 |
| The Depository Trust Co | Tom Campanelli | 55 Water St | 25th Fl | New York | NY | 10004 |

In re: Washington Mutual Inc., et al.
Case No. 08-12229 (MFW)

Page 1 of 1

# Exhibit B

| CUSIP | Description |
|---|---|
| 06541E AA 0 | 8% Sub Series MTNA |
| 74406A AD 4 | 2 3/4% Convertible |
| 939322 AW 3 | 0 Coupon Sr Unsecured |
| 939322 AQ 6 | 0 Coupon Sr Unsecured |
| 939322 AS 2 | 0 Coupon Sr Unsecured |
| 939322 AU 7 | 0 Coupon Sr Unsecured |
| 939322 AN 3 | 4 5/8% Subordinated |
| 939322 AL 7 | 4% Sr Unsecured |
| 939322 AP 8 | 4.2% Sr Unsecured |
| 939322 AX 1 | 5 1/2% Sr Unsecured |
| 939322 AV 5 | 5 1/4% Sr Unsecured |
| 939322 AT 0 | 5% Sr Unsecured |
| 939322 AY 9 | 7 1/4% Subordinated |
| 939322 AE 3 | 8 1/4% Subordinated |
| 93934W AA 3 | Fix-to-Float Jr Sub 144A |
| 93934V AA 5 | 7 1/4% Jr Sub 144A |
| G9463G AA 6 | 7 1/4% Jr Sub RegS |
| 93935R AA 3 | Fix-to-Float Jr Sub 144A |
| 93936T AA 8 | Fix-to-Float Jr Sub 144A |
| 93935J AA 1 | Fix-to-Float Jr Sub |
| 939322 10 3 | Common Stock |
| 939322 83 0 | Perpetual Series K Preferred |
| 939322 81 4 | 7 3/4% Series R Preferred |
| 93933U 30 8 | 5 3/8% Series Unit 144A |
| 939322 84 8 | 5 3/8% Series Unit |
| 93933U 40 7 | 8.48% Series |
| 25429Q 11 0 | Warrant |
| 93933V AS 7 | 5 1/2% Subordinated |
| 93933V AV 0 | 4 1/2% Sr Unsecured |
| 93933V AW 8 | Floating Rate Sr Unsecured |
| 93933V AY 4 | 0 Coupon Sr Unsecured |
| 93933V AZ 1 | 0 Coupon Sr Unsecured |
| 93933V BA 5 | 5.95% Subordinated |
| 93933V BB 3 | 0 Coupon Subordinated |
| 93933V BC 1 | 6 3/4% Subordinated |
| 93933V BD 9 | 5.55% Sr Unsecured |
| 93933V BE 7 | 0 Coupon Sr Unsecured |
| 93933V BF 4 | 0 Coupon Sr Unsecured |
| 93933W AA 4 | 6 7/8% Subordinated |
| 93933W AB 2 | 5.65% Subordinated |
| 93933W AC 0 | 5 1/8% Subordinated |
| 93933W AD 8 | 0 Coupon Subordinated |

# Exhibit C

Exhibit C

| Name | NoticeName | Address1 | Address2 | City | State | Zip | Country |
|------|-----------|----------|----------|------|-------|-----|---------|
| Caja de Valores SA | Melina Bobbio | Ave 25 de Mayo 362 | | Buenos Aires | NJ | C1002ABH | ARGENTINA |
| ABN AMRO Inc | Peter Russomondo | 499 Washington Blvd | | Jersey City | NJ | 07310 | USA |
| Albert Fried & Co LLC | Richard Cellentano | 60 Broad St | | New York | NY | 10004 | USA |
| Alliant Securities Inc Turner Nor | Melody Grinnell | 695 North Legacy Ridge Dr | Ste 300 | Liberty Lake | WA | 99019 | USA |
| Alpine Securities Corp | Chance Groskreutz | 440 E 400 South | | Salt Lake City | UT | 84111 | USA |
| Amalgamated Bank | Louis Sarno | 275 7th Ave | | New York | NY | 10001 | USA |
| Amalgamated Bank of Chicago | Issuer Services | c/o ADP Proxy Services | 51 Mercedes Way | Edgewood | NY | 11717 | USA |
| American Enterprise Investment Services | Rebecca Strand | 2178 AMP Financial Center | | Minneapolis | MN | 55474 | USA |
| American Naional Bank | Carrie Voltz | PO Box 9250 | | Denver | CO | 80932-0250 | USA |
| Ameriprise | Mike Kohler | 751 Griswold St | | Detroit | MI | 48226 | USA |
| Ameriprise Trust Co | Linda McGuirk | 929 Ameriprise Financial Center | | Minneapolis | MN | 55474 | USA |
| Assent LLC | Paul Botta | 5 Marine Plaza | Ste 102 | Hoboken | NJ | 07030 | USA |
| Associated Bank Green Bay NA | Beth Cravillion | 2985 South Ridge Rd | Ste C | Green Bay | WI | 54304 | USA |
| Baird Robert W & Co Inc | Dean Markofski | 777 E Wisconsin Ave | | Milwaukee | WI | 53202 | USA |
| Banc of America Securities Inc Stock | Jim Monahan | 14 Wall St | 21st Fl | New York | NY | 10005 | USA |
| Banc of America Securities LLC Sec | James Monahan | 600 Montgomery St | 4th Fl | San Francisco | CA | 94111 | USA |
| Banc of America Securities/BNP PAR PB | Gene Banfi | 525 Washington Blvd | 9th Fl | Jersey City | NJ | 07310 | USA |
| Banc of America Securities/PPBC | Gene Banfi | 525 Washington Blvd | 9th Fl | Jersey City | NJ | 07310 | USA |
| Banc of Americas Securities LLC | Molly Tso | 100 W 33rd St | 3rd Fl | New York | NY | 10001 | USA |
| Banca IMI Securities Corp | Melaine Ryan | 1 William St | | New York | NY | 10004 | USA |
| Bank of America National Association | Carla V Brooks | 411 N Akard 5th Fl | | Dallas | TX | 75201 | USA |
| Bank of America/Lasalle Bank NA | George Earl | 135 South LaSalle St | Ste 1860 | Chicago | IL | 60603 | USA |
| Barclays Bank Inc LE | Giovanna Laurella | 70 Hudson St | 7th Fl | Jersey City | NJ | 07302 | USA |
| Barclays Capital Inc | John Clifford | 222 Broadway | | New York | NY | 10038 | USA |
| Barclays Capital Inc / Barclays Bank | Nellie Foo | 200 Cedar Knolls Rd | Corporate Actions | Whippany | NJ | 07981 | USA |
| Barclays Capital Inc / Barclays Capital | Nellie Foo | 200 Cedar Knolls Rd | | Whippany | NJ | 07981 | Usa |
| Barclays Capital Inc Equity Finance | Nellie Foo | 200 Cedar Knolls Rd | | Whippany | NJ | 07981 | USA |
| Biremis Corps | Peter Beck | 225 Franklin St | 26th Fl | Boston | MA | 02110 | USA |
| Blackmont Capital Inc | Gary Tyson | 181 Bay St Ste 900 | PO Box 779 | Toronto | Ontario | M5J-2T3 | CANADA |
| BMO Capital Markets Corp | Maureen Cruz | 3 Times Square | | New York | NY | 10036 | USA |
| BMO Nesbitt Burns Inc | Louise Torangeau | 1 First Canadian Place 13th Fl | PO Box 150 | Toronto | Ontario | M5X-1H3 | CANADA |
| BMO Nesbitt Burns Inc | Lila Mohamed | 250 Yonge St | 7th Fl | Toronto | Ontario | M5B-2M8 | CANADA |
| BMO Nesbitt Burns Trading Corp SA | Mark Schaffer | 3 Times Square | 28th Fl | New York | NY | 10036 | USA |
| BNP Paribas New York Branch | Gene Banfi | 787 7th Ave | 8th Fl | New York | NY | 10019 | USA |
| BNP Paribas Prime Brokerage Inc | Gene Banfi | One Bryant Park | 8th Fl | New York | NY | 10036 | USA |
| BNP Paribas Securities Corp | Creighton Douglass | 555 Croton Rd | | King of Prussia | PA | 19406 | USA |
| Branch Banking & Trust Co | Tanji Bass | 223 W Nash St | 3rd Fl | Wilson | NC | 27893 | USA |
| Broadridge Canada | Attn Receiving Dept | 5970 Chedworth Way | | Mississauga | Ontario | L5R-4G5 | CANADA |
| Brown Brothers Harriman & Co | Dorota Malkiewicz | 525 Washington Blvd | New Port Towers | Jersey City | NJ | 07302 | USA |
| Brown Brothers Harriman & Co ETF | Sheldon Broutman | 140 Broadway | | New York | NY | 10005 | USA |
| Brown Investment Advisory & Trust Co | Brian Colbert | 901 South Bond St | Ste 400 | Baltimore | MD | 21231 | USA |
| Caldwell Securities Ltd | Kevin Webber | 150 King St | Ste 1710 | Toronto | Ontario | M5H-1J9 | CANADA |
| Caldwell Trust Co | Edrise Sievers | 201 Center Rd | Ste 2 | Venice | FL | 34292 | USA |
| Canacord Capital Corp | Aaron Caughlan | 609 2200 Granville St | | Vancouver | British Canada | V7Y-1H2 | CANADA |
| Cannacord Adams Inc | Amallia Spera | 99 High St | | Boston | MA | 02110-0000 | USA |
| Cantor Fitzgerald & Co | Issuer Services | 51 Mercedes Way | | Edgewood | NY | 11717 | USA |
| Cantor Fitzgerald Europe | Jimmy McNeice | 135 E 57th St | | New York | NY | 10022 | USA |
| CDS Clearing & Depository Services | Loretta Verelli | 600 de Maisonneuve Blvd W | Ste 210 | Montreal | Quebec | H3A-3J2 | CANADA |
| Charles Schwab & Co Inc | Debbie Jung | 2423 E Lincoln Dr | PHX PEAK 02 K130 | Phoenix | AZ | 85016 | USA |
| CIBC World Markets Corp | Robert J Putnam | 425 Lexington Ave | 5th Fl | New York | NY | 10017 | USA |
| CIBC World Markets Inc | Patricia Neath | 161 Bay St | 10th Fl | Toronto | Ontario | M5J-258 | CANADA |
| Citadel DG | Marcia Banks | 101 S Dearborn St | | Chicago | IL | 60603 | USA |
| Citadel Trading Group LLC | Marcia Banks | 101 South Dearborn St | | Chicago | IL | 60603 | USA |
| Citibank NA | Sandra Hernandez | 3800 Citibank Center B3 12 | | Tampa | FL | 33610 | USA |

Exhibit C

| Name | NoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Citibank/The Citigroup Private Bank | Olga Molina | 333 West 34th St | | New York | NY | 10001 | USA |
| Citigroup Global Markets Inc | Pat Haller | 111 Wall St | 6th Fl | New York | NY | 10005 | USA |
| Citigroup Global Markets Inc Salomon | Patricia Haller | 333 W 34th St | 3rd Fl | New York | NY | 10001 | USA |
| City National Bank | Telly Ferrer | 555 S Flower St | 10th Fl | Los Angeles | CA | 90071 | USA |
| Clearstream AG | Jochen Rabe | Neue Börsenstraße 1 | | Frankfurt am Ma | | 60487 | GERMANY |
| Clearview Correspondent Services LLC | Linda Miller | 8006 Discovery Dr | | Richmond | VA | 23229 | USA |
| Comerica Bank | Gloria Imhoff | 411 West Lafayette | Mail Code 3530 | Detroit | MI | 48226 | USA |
| Commerce Bank of Kansas City N A | Andy Sorkin | Investment Management Group | 922 Walnut | Kansas City | MO | 64106 | USA |
| Commerzbank | Issuer Services | c o ADP Proxy Services | 51 Mercedes Way | Edgewood | NY | 11717 | USA |
| Compass Bank/Trust Division | Daniel McHale | 15 South 20th St | Ste 703 | Birmingham | AL | 35233 | USA |
| Computershare Trust Co NA / OP | Kevin Fleming | 250 Royall St | | Canton | MA | 02021 | USA |
| Country Trust Bank | Pam Little | 808 IAA Dr | | Bloomington | IL | 61702 | USA |
| Credit Suisse Securities USA LLC | Adam Miranda | 1 Madison Ave | 2nd Fl | New York | NY | 10010 | USA |
| Credit Suisse Securities USA LLC | Issuer Services | c o ADP Proxy Services | 51 Mercedes Way | Edgewood | NY | 11717 | USA |
| Credit Suisse Securities USA LLC | Adam Miranda | 1 Madison Ave | 2nd Fl | New York | NY | 10010 | USA |
| CREST International Nominees Limited | Nathan Ashworth | 33 Cannon St | | London | | EC4M-5SB | UNITED KINGDOM |
| Crosse International Securities Inc | Michael lackey | 1301 5th Ave | Ste 3024 | Seattle | WA | 98101 | USA |
| Crowell Weedon & Co | George Lewis | 624 S Grand Ave | 25th Fl | Los Angeles | CA | 90017 | USA |
| Curian LLC | Lewis Dellarco | 8055 E Tufts Ave | 10th Fl | Denver | CO | 80237 | USA |
| Custodial Trust Co | Dawn Eike | 101 Carnegie Center | | Princeton | NJ | 08540 | USA |
| D A Davidson & Co | Rita Linskey | PO Box 5015 | | Great Falls | MT | 59403 | USA |
| Daiwa Securities Trust Co | Teresa P Borja | One Evertrust Plaza | | Jersey City | NJ | 07302 | USA |
| Davenport & Co LLC | Kim Nieding | 901 E Cary St | 11th Fl | Richmond | VA | 23219 | USA |
| David Lerner Associates Inc | Larry Kampf | 477 Jerico Turnpike | | Syosset | NY | 11791-9006 | USA |
| Deseret Trust Co | Kellie Bridge | Gateway Tower East | 10 East South Temple | Salt Lake City | UT | 84133 | USA |
| Deseret Trust Co | Issuer Services | c/o ADP Proxy Services | 51 Mercedes Way | Edgewood | NY | 11717 | USA |
| Desjardins Securities Inc | Karla Diaz | 2 Complexe Desjardins Tour Est | Nirveau 62 E1 22QC | Montreal | Quebec | H5B-1J2 | CANADA |
| Deutsche Bank Securities Inc | Jamaal Grier | 5022 Gate Pkwy | Bldg 100 | Jacksonville | FL | 32256 | USA |
| Deutsche Bank Securities Inc /Cedar | Steven Pacella | Harborside Financial Center | 100 Plaza One 2nd Fl | Jersey City | NJ | 07311-3988 | USA |
| Deutsche Bank Securities Inc Stock | Andrea Augustina | 1251 Ave of the Americas | | New York | NY | 10020 | USA |
| Dresdner Kleinwort Equity | Howard Dash | 75 Wall St | 32nd Fl | New York | NY | 10005 | USA |
| Dresdner Kleinwort Fixed Inc Repo & | Howard Dash | 75 Wall St | 32nd Fl | New York | NY | 10005 | USA |
| Dundee Securities Corp | Mary Adamo | 1 Adelaide St East | Ste 2700 | Toronto | Ontario | M5C-2V9 | CANADA |
| E Trade Capital Markets | Sheldon Mendelsberg | One Financial Place | 440 LaSalle St Ste 3030 | Chicago | IL | 60605 | USA |
| Edward D Jones & Co | Kennique Meals | 700 Maryville Center Dr | | St Louis | MO | 63141 | USA |
| Edward D Jones & Co/EJ Ltd | Vicki Trapp | 700 Maryville Centre Dr | | St Louis | MO | 63141 | USA |
| Edward Jones CDS | Stephanie Volz | 700 Maryville Centre | | St Louis | MO | 63141 | USA |
| Essex Radez LLC | Brad Sowers | 440 S LaSalle St | Ste 1111 | Chicago | IL | 60605 | USA |
| Etrade Capital Mkts CHXL Trading | Erika Diliberto | One Financial Pl Ste 3030 | 440 S LaSalle St | Chicago | IL | 60605 | USA |
| ETrade Clearing LLC | Matt Freifeld | 1981 Marcus Ave | Ste 100 | Lake Success | NY | 11042 | USA |
| Fagenson & Co | Peter Dea | 60 Broad St | 38th Fl | New York | NY | 10004 | USA |
| Fiduciary SSB | Stephen M Moran | 225 Franklin St | MAO 3 | Boston | MA | 02110 | USA |
| Fiduciary Trust Co of Boston | Brad Finnigan | 175 Federal St | | Boston | MA | 02110 | USA |
| Fiducie Desjardins Inc | Martine Sioui | 1 Complexe Desjardins | South Tower | Montreal | Quebec | H5B-1E4 | CANADA |
| Fifth Third Bank | Lance Wells | 5001 Kinglsy Dr | Mail Drop 1M0B2D | Cincinnati | OH | 45227 | USA |
| Fifth Third Bank/State Teachers Reti | Lance Wells | 38 Mountain Square Plaza | Mail Drop 1090F1 | Cincinnati | OH | 45263 | USA |
| First National Bank of Omaha | Charleen Anderson | 1620 Dodge St | | Omaha | NE | 68102 | USA |
| First Southwest Co | Kevin Miller | 325 N St Paul | Ste 800 | Dallas | TX | 75201 | USA |
| Folio FN Investments Inc | Ashley Theobald | 8180 Greensboro Dr | 8th Fl | McLean | VA | 22102 | USA |
| Fortis Clearing Americas LLC | Dave Kot | 175 W Jackson Blvd | Ste 400 | Chicago | IL | 60605 | USA |
| Fortis Clearing Americas LLC/Retail | Dave Kot | 175 W Jackson Blvd | Ste 400 | Chicago | IL | 60605 | USA |
| Fortis Securities LLC | Proxy Department | 520 Madison Ave Fl 3 | | New York | NY | 10022 | USA |
| Fred Alger & Co Inc | John C Messina | 30 Montgomery St | | Jersey City | NJ | 07302 | USA |
| Genesis Securities LLC | Shawn Arani | 50 Broad St | 2nd Fl | New York | NY | 10004 | USA |

In re: Washington Mutual Inc., et al.
Case No. 08-12229 (MFW)     Page 2 of 7

Exhibit C

| Name | NoticeName | Address1 | Address2 | City | State | Zip | Country |
|------|-----------|----------|----------|------|-------|-----|---------|
| George K Baum & Co | Nick Quatrochi | 4801 Main St | Ste 500 | Kansas City | KS | 64112 | USA |
| Glenmede Trust Co NA The | Darlene Warren | One Liberty Place Ste 1200 | 1650 Market St | Philadelphia | PA | 19103 | USA |
| GlobalSecurities Corp | Joya Baba | 3 Bentall Centre | 595 Burrard St 11th Fl | Vancouver | British Canada | V6Z-1V4 | CANADA |
| GMP Securities LP | Terry Young | 145 King St West | Ste 1100 | Toronto | Ontario | M5H-1J8 | CANADA |
| Goldman Sachs & Co | Gloria Lio | 30 Hudson St | Proxy Dept | Jersey City | NJ | 07302 | USA |
| Goldman Sachs Bank USA | Patricia Baldwin | One New York Plaza | 45th Fl | New York | NY | 10004 | USA |
| Goldman Sachs Execution & Clearing | Anthony Bruno | 30 Hudson St | 4th Fl | Jersey City | NJ | 07302-4699 | USA |
| Goldman Sachs International | Vanessa Camardo | 30 Hudson St | Proxy Department | Jersey City | NJ | 07302 | USA |
| GSECLP / FOC | Anthony Bruno | 30 Hudson St | 4th Fl | Jersey City | NJ | 07302 | USA |
| GSECLP Equities Execution | Anthony Bruno | 30 Hudson St | | Jersey City | NJ | 07302 | USA |
| H C Denison Co | Marge Wentzel | 618 N 7th St | | Sheyboygan | WI | 53081 | USA |
| Harris NA | Mina Garcia | 111 W Monroe St | | Chicago | IL | 60603 | USA |
| Haywood Securities Inc | Tracy College | 400 Burrard St | Ste 2000 | Vancouver | British Canada | V6C-3A6 | CANADA |
| Hazlett Burt Watson | Timothy Bidwell | 1300 Chapline St | | Wheeling | WV | 26003 | USA |
| Hill Thompson Magid & Co Inc | Frederick Lando | 15 Exchange Place | | Jersey City | NJ | 07302 | USA |
| Hold Brothers On Line Investment Service | Richard Burke | 525 Washington Blvd | 14th Fl | Jersey City | NJ | 07310 | USA |
| Home Federal Bank of Tennessee FSB | Sherry Ellis | 515 Market St | Ste 500 | Knoxville | TN | 37902 | USA |
| HSBC Bank USA NA IPB | William Heise | 452 Fifth Ave | 2nd Fl | New York | NY | 10018 | USA |
| HSBC Bank USA National Association | Richard Giese | PO Box 1329 | | Buffalo | NY | 14240 | USA |
| HSBC Bank USA National Association | Linda Ng | 140 Broadway | Level A | New York | NY | 10015 | USA |
| HSBC Securities Canada Inc | Jaeger Barrymore | 105 Adelaide St | Ste 1200 | Toronto | Ontario | M5H-1P9 | CANADA |
| HSBC Securities USA Inc | Chris Armato | 1 West 39th St | | New York | NY | 10018 | USA |
| Huntington Bank FBO Sers | Beverly Reynolds | 7 Easton Oval | EA4E62 | Columbus | OH | 43219 | USA |
| Huntington National Bank | Beverly Reynolds | 7 Easton Oval EA4 E62 | | Columbus | OH | 43219 | USA |
| Huntington National Bank/FBO OH | Beverly Reynolds | 7 Easton Oval | EA4E62 | Columbus | OH | 43219 | USA |
| ICAP Corporates LLC | Thomas Deehan | 111 Pavonia Ave | 10th Fl | Jersey City | NJ | 07310 | USA |
| Ingalls & Snyder LLC | Issuer Services | c/o ADP Proxy Services | 51 Mercedes Way | Edgewood | NY | 11717 | USA |
| Instinet Inc | Lauren Hammond | 875 Third Ave | 18th Fl | New York | NY | 10022 | USA |
| Interactive Broker Retail Equity Clearing | Ken Hayden | 2 Pickwick Plz | 2nd Fl | Greenwich | CT | 06830 | USA |
| Interactive Brokers LLC | Maria Tardio | 2 Pickwick Plaza | | Greenwich | CT | 06830 | USA |
| Intrade LLC | Michael Deleo | 2 Rector St | Ste 1103 | New York | NY | 10006 | USA |
| ITG Inc | Edward Moran | 380 Madison Ave | 4th Fl | New York | NY | 10017 | USA |
| J P Morgan Clearing Corp | Vincent Marzella | 3 Chase Metrotech Center | | Brooklyn | NY | 11245-0001 | USA |
| James I Black & Co | Jess G Tucker | 311 S Florida Ave | | Lakeland | FL | 33801 | USA |
| Janney Montgomery Scott LLC | Michael Tse | 1801 Market St | 9th Fl | Philadelphia | PA | 19103-1675 | USA |
| Jefferies & Co Inc | Joseph Porcello | Harborside Financial Center | 705 Plaza 3 | Jersey City | NJ | 07311 | USA |
| JJB Hilliard WL Lyons Inc | Kevin Medico | c/o ADP Proxy Services | 51 Mercedes Way | Edgewood | NY | 11717 | USA |
| JP Morgan Chase RBS | Georgia Stanback | 4 New York Plaza | 21st Fl | New York | NY | 10004 | USA |
| JP Morgan Securities Inc | Eric Alsop | 500 Stanton Christiana Rd | | Newark | DE | 19713 | USA |
| JP Morgan Securities Inc Fixed | John Halloran | 500 Stanton Christiana Rd | | Newark | DE | 19713 | USA |
| JP Morgan Securities Inc WF | Eric Alsop | 500 Stanton Christiana Rd | | Newark | DE | 19713 | USA |
| JPMorgan Chase Bank / Prudential | Sanjay Ghuliani | Paradigm B Wing Fl 6 | Mindspace Malad W | Mumbai | | 400-064 | INDIA |
| JPMorgan Chase Bank NA | Armando Morales | 14201 Dallas Pkwy | | Dallas | TX | 75254 | USA |
| JPMorgan Chase Bank NA JPMO | Gary Gabrysh | 500 Stanton Christiana Rd | DE3 4680 | Newark | DE | 19713 | USA |
| JPMorgan Chase Bank/Ahlinst | Nore Scarlett | 4 New York Plaza | | New York | NY | 10004 | USA |
| JPMorgan Chase Bank/Correspondence C | Sanjay Ghuliani | Paradigm B Wing Fl 6 | Mindspace Malad W | Mumbai | | 400-064 | INDIA |
| JPMorgan Chase Bank/IA | Sanjay Ghuliani | Paradigm B Wing Fl 6 | Mindspace Malad W | Mumbai | | 400-064 | INDIA |
| JPMorgan Chase Bank/PCS Shared Services | Chris Buck | 340 South Cleveland Ave | Bldg 350 | Westerville | OH | 43081 | USA |
| JPMorgan Chase Bank/Public Employees | Sanjay Ghuliani | Paradigm B Wing Fl 6 | Mindspace Malad W | Mumbai | | 400-064-I0000 | INDIA |
| JPMorgan Chase Bank/RBC | Jonathan Badner | 4 New York Plaza | 21st Fl | New York | NY | 10004 | USA |
| JPMorgan Chase/JPMorgan International | Georgia Stanback | 4 New York Plaza | 21st Fl | New York | NY | 10004 | USA |
| JPMorgan Invest LLC | Yasmine Casseus | c/o Etrade Clearing No 0158 | 2 Journal Sq | Jersey City | NJ | 07306 | USA |
| KeyBanc Capital Markets Inc | Ellen Gallagher | 4900 Tiedman | Mail Code OH 01 49 0230 | Brooklyn | OH | 44114 | USA |
| Keybank National Association | Karen Bednarski | 4900 Tiedeman Rd | | Brooklyn | OH | 44144 | USA |

Exhibit C

| Name | NoticeName | Address1 | Address2 | City | State | Zip | Country |
|------|-----------|----------|----------|------|-------|-----|---------|
| King C L & Associates Inc | Carrie Bush | 9 Elk St | | Albany | NY | 12207 | USA |
| Koonce Securities Inc | G Sohan | 6550 Rock Spring Dr | Ste 600 | Bethesda | MD | 20817 | USA |
| LaBranche & Co LLC | Kevin OSullivan | 33 Whitehall St | 7th Fl | New York | NY | 10004 | USA |
| LaBranche Financial Services LLC | Chris Pomarico | 33 Whitehall St | | New York | NY | 10004 | USA |
| Laurentian Bank of Canada | Sarah Quesnel | 1981 McGill College Ave | Ste 100 | Montreal | Quebec | H3A-3K3 | CANADA |
| Lazard Capital Markets LLC | Richard Weisberg | 30 Rockefeller Plaza | | New York | NY | 10020 | USA |
| Legent Clearing c/o Mediant Communications | Vinny Missiano | 109 North 5th St | | Saddle Brook | NJ | 07663 | USA |
| Lehman Brothers Inc | Jim Gardiner | 70 Hudson St | 10th Fl | Jersey City | NJ | 07302 | USA |
| Lehman Brothers Inc / Equity Finance | Andre Verdermae | 101 Hudson St | 31st Fl | Jersey City | NJ | 07302 | USA |
| LEK Securities Corp | Daniel Hanuka | 140 Broadway | 29th Fl | New York | NY | 10005 | USA |
| LPL Financial Corp | Martha Strahan | 2810 Coliseum Centre Dr | 5th Fl | Charlotte | NC | 28217 | USA |
| M & I Marshall & Ilsley Bank | Issuer Services | c/o ADP Proxy Services | 51 Mercedes Way | Edgewood | NY | 11717 | USA |
| MacAllaster Pitfield Mackay Inc | Dominick Liello | 30 Broad St | 26th Fl | New York | NY | 10004 | USA |
| MacDougall MacDougall & Mactier | Joyce Millett | Place du Canada | Ste 2000 | Montreal | Ontario | H3B-4J1 | CANADA |
| Macquarie Capital USA Inc | Patrick Cermak | 125 West 55th St | 23rd Fl | New York | NY | 10019 | USA |
| Manufacturers & Traders Trust Co | Stephen Schmidt | 1 M & T Plaza | 8th Fl | Buffalo | NY | 14203 | USA |
| Manulife Securities Inc | Joseph Chau | 85 Richmond St West | | Toronto | Ontario | M5H-2C9 | CANADA |
| Maple Securities USA Inc | Mark Elliott | 10 Exchange Pl | Ste 2600 | Jersey City | NJ | 07302 | USA |
| Marsco Investment Corp | Karen Jacobsen | 101 Eisenhower Pkwy | | Roseland | NJ | 07068 | USA |
| Merrill Lynch Canada Inc | Ahrenet Malakas | 181 Bay St | Ste 400 | Toronto | Ontario | M5J-2V8 | CANADA |
| Merrill Lynch Pierce Fenner & Smith | Linda Morgan | 101 Hudson St | 9th Fl | Jersey City | NJ | 07302 | USA |
| Merrill Lynch Pierce Fenner & Smith | Veronica ONeil | 101 Hudson St 9th Fl | | Jersey City | NJ | 07302 | USA |
| Merrill Lynch Pierce Fenner & Smith | Henry Moralez | 101 Hudson St | 8th Fl | Jersey City | NJ | 07302 | USA |
| Merrill Lynch Professional Clearing | Romolo Catalano | 101 Hudson St | | Jersey City | NJ | 07302-0000 | USA |
| Merrimack Valley Investment Inc | Dan Sullivan | 109 Merrimack St | | Haverhill | MA | 01830 | USA |
| Mesirow Financial Inc | Steve Raschke | 350 N Clark St | | Chicago | IL | 60610 | USA |
| MF Global Inc | James Arenella | 717 Fifth Ave | 11th Fl | New York | NY | 10022 | USA |
| MF Global Inc / MFL | James Arenella | 717 Fifth Ave | | New York | NY | 10022 | USA |
| MF Global Inc Fixed Income | Jim Arenella | 717 5th Ave | | New York | NY | 10022 | USA |
| Mitsubishi UFJ Trust & Banking Corp | Richard Wenshoski | 420 Fifth Ave | 6th Fl | New York | NY | 10018 | USA |
| Mizuho Trust & Banking Co | Robert Kowalewski | 666 Fifth Ave | | New York | NY | 10103 | USA |
| MLPF & S MLIM Global Securities Fin | Ray Kartanowitz | 101 Hudson St | | Jersey City | NJ | 07302 | USA |
| Morgan Keegan & Co Inc | Carol Antley | 50 North Front St | | Memphis | TN | 38103 | USA |
| Morgan Stanley & Co Inc | Michelle Ford | 1000 Lancaster St | 3rd Fl | Baltimore | MD | 21202 | USA |
| Morgan Stanley Inc | Michelle Ford | 1000 Lancaster St | 3rd Fl | Baltimore | MD | 21202 | USA |
| Morgan Stanley International Limited | Dan Spadaccini | 901 S Bond St | 6th Fl | Baltimore | MD | 21231 | USA |
| Morgan Stanley International Ltd | Dan Spadaccini | 901 South Bond St | 6th Fl | Baltimore | MD | 21231 | USA |
| MS Securities Services Inc | Michelle Ford | 1000 Lancaster St | 3rd Fl | Baltimore | MD | 21202 | USA |
| Murphy & Durieu | James Goldin | 120 Broadway | | New York | NY | 10271 | USA |
| National City Bank | Halle Staskey | 4100 West 150th St | | Cleveland | OH | 44135 | USA |
| National Financial Services | Lou Trezza | 200 Liberty St | | New York | NY | 10281 | USA |
| National Securities Clearing Corp | Kevin Brennar | 55 Water St | 22nd Fl | New York | NY | 10041 | USA |
| National Securities Clearing Corp | Kevin Brennar | 55 Water St | 22nd Fl | New York | NY | 10041 | USA |
| Natixis Bleichroeder Inc | John Clemente | 1345 Ave of the Americas | | New York | Ny | 10105-3261 | USA |
| NBC Securities Inc | Jeannette Beasley | 1927 First Ave North | | Birmingham | AL | 35203 | USA |
| NBCN Inc | Louise Normandin | 1010 Rue de la Guachetiere St West | Ste 1410 | Montreal | Quebec | H3B-5J2 | CANADA |
| Newedge USA LLC/Equity Clrg Div | Jay Spitzer | 630 Fifth Ave | Ste 500 | New York | NY | 10111 | USA |
| Nomura International Trust Co | Patricia Lynch | 2 World Financial Center | Building B 7th Fl | New York | NY | 10281 | USA |
| North American Clearing Inc | Joe Luciano | 1060 Matland Center Commons | Ste 110 | Matland | FL | 32751 | USA |
| Northern Trust Co Safekeeping | Sue Stimac | 50 S LaSalle St | Level A | Chicago | IL | 60675 | USA |
| NTC/UNJSPF | Joe Swanson | 801 S Canal C IN | | Chicago | IL | 60607 | USA |
| Octeg LLC | Robert Doebler | 141 W Jackson Blvd | | Chicago | IL | 60604 | USA |
| Odlum Brown Ltd CDS | Ron Rak | 250 Howe St | Ste 1100 | Vancouver | British Canada | V6C-3S9 | CANADA |
| Oppenheimer & Co Inc | Oscar Mazario | 125 Broad St | 15th Fl | New York | NY | 10004 | USA |

In re: Washington Mutual Inc., et al.
Case No. 08-12229 (MFW)
Page 4 of 7

Exhibit C

| Name | NoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Optionsxpress Inc | Scott Johnson | 311 W Monroe St | | Chicago | IL | 60606 | USA |
| Pacific Capital Bank NA | Linda Warden | 1020 Anacap St | | Santa Barbara | CA | 93101 | USA |
| Penson Financial Services Can Inc | Monica Livingstone | 360 St Jacques West | 11th Fl | Montreal | Quebec | H2Y-1P5 | CANADA |
| Penson Financial Services Inc | Robert McPhearson | 330 Bay St Ste 711 | | Toronto | Ontario | M5H-2S8 | CANADA |
| Penson Financial Services Inc | Heather Beasley | 1700 Pacific Ave | Ste 1400 | Dallas | TX | 75201 | USA |
| Perelman Carley & Associates Inc | Steve Perelman Prince | Twin Towers | 3000 Farnam St | Omaha | NE | 68131 | USA |
| Pershing LLC Securities Corp | Al Hernandez | 1 Pershing Plaza | | Jersey City | NJ | 07399 | USA |
| Pflueger & Baerwald Inc | Patricia M Neys | 220 Sansome St | Ste 700 | San Francisco | CA | 94104-2722 | USA |
| Philadelphia Depository Trust Co | Issuer Services | c/o ADP Proxy Services | 51 Mercedes Way | Edgewood | NY | 11717 | USA |
| PI Financial Corp | Rob McNeil | 666 Burrard St | Ste 1900 | Vancouver | British Canada | V6C-3N1 | CANADA |
| Piper Jaffray & Co | John Obrien | 800 Nicollet Mall | J2012087 Recon Ctl | Minneapolis | MN | 55402 | USA |
| PNC Bank NA | Eileen Blake | 8800 Tinicum Blvd | MS F6 F266 02 2 | Philadelphia | PA | 19153 | USA |
| PWMCO LLC | Ted Hans | 311 S Wacker Dr | Fl 60 | Chicago | IL | 60606 | USA |
| Qtrade Securities Inc | Joseph Chau | Ste 1920 One Bentall Centre | 505 Burrard St | Vancouver | British Canada | V7X-1M6 | CANADA |
| Raymond James & Associates Inc | Valerie Quick | 880 Carillion Pkwy | | St Petersburg | FL | 33733 | USA |
| Raymond James & Associates Inc / Ray | Christine Pearson | PO Box 14407 | | St Petersburg | FL | 33733 | USA |
| Raymond James Ltd/CDS | Aaron Steinberg | 333 Seymour St | Ste 800 | Vancouver | British Canada | 5A6-5EBC | CANADA |
| RBC Capital Markets Corp | Tara Olmanson | 510 Marquette Ave South | 10th Fl | Minneapolis | MN | 55402 | USA |
| RBC Capital Markets Corp | Tara Olmanson | 510 Marquette Ave South | 10th Fl | Minneapolis | MN | 55402 | USA |
| RBC Dominion Securities Inc | Peter Drumm | 200 Bay St Royal Bk Plaza | North Tower 6th Fl | Toronto | Ontario | M5J-2W7 | CANADA |
| RBC Dominion Securities Inc | Desiree Dmello | 277 Front St W | 4th Fl | Toronto | Ontario | M5V-2X4 | CANADA |
| RBC Dominion Securities Inc | Desiree Dmello | PO Box 50 | | Toronto | Ontario | M5V-2X4 | CANADA |
| Regions Bank | Gregory Russ | 250 Riverchase Pkwy East | | Birmingham | AL | 35244 | USA |
| Reliance Trust Co | Aaron Spivey | 3300 Northeast Expressway Bldg 1 | | Atlanta | GA | 30341 | USA |
| Reliance Trust Co/SWMS1 | Ann Ecker | 7650 Magna Dr | | Belleville | IL | 62223 | USA |
| Relliance Trust Co SWMS2 | Ann Ecker | 7650 Magna Dr | | Belleville | IL | 62223 | USA |
| Research Capital Corp | Tony Rodrigues | Ernst & Young Tower | Ste 1500 222 Bay St | Toronto | Ontario | M5K-1J5 | CANADA |
| Richards Merrill & Peterson Inc | Thomas McDonald | 422 West Riverside Ave | | Spokane | WA | 99201-0367 | USA |
| Ridge Clearing & Outsourcing Solutions | Matt Freifeld | 1981 Marcus Ave | Ste 100 | Lake Success | NY | 11042 | USA |
| Robinson & Lukens Inc | Suzanne McQueeny | 1451 Dolly Madison Blvd | Ste 320 | Mclean | VA | 22101 | USA |
| Romano Brothers & Co | Mary Kalamatianos | One Rotary Center | Ste 1300 | Evanston | IL | 60201 | USA |
| Royal Bank of Canada Royal Trust 1C | Arlene Agnew | 200 Bay St | | Toronto | Ontario | M5J-2W7 | CANADA |
| Sanford C Bernstein & Co LLC | Tiffany Harris | One North Lexington Ave | | White Plains | NY | 10601 | USA |
| Scotia Capital Inc | Normita Ramirez | PO Box 4085 | Station A | Toronto | Ontario | M5W-2X6 | CANADA |
| Scotia Capital USA Inc | Joe Laporta | One Liberty Plaza | 24th Fl | New York | NY | 10006 | USA |
| Scottrade Inc | Terri Losche | 12855 Flushing Meadows Dr | | St Louis | MO | 63131 | USA |
| SEI Private Trust Co | Dan Cwalina | One Freedom Valley Dr | | Oaks | PA | 19456 | USA |
| SG AMERICA | Pete Scavone | 1221 Ave of the Americas | | New York | NY | 10020 | USA |
| Smith Moore & Co | Barbara Kraft | 7777 Bonhomme St | Ste 2400 | Clayton | MO | 63105 | USA |
| Southwest Securities Inc | Christina Finzen | 1201 Elm St | Ste 3700 | Dallas | TX | 75270 | USA |
| SSB IBT BGI | Tom Broderick | 1776 Heritage Dr | | N Quincy | MA | 02171 | USA |
| SSB SPDRs | Joseph J Callahan | Global Corp Action Dept JAB5W | PO Box 1631 | Boston | MA | 02105-1631 | USA |
| SSB Trust Custody | Ed Chaney | 1200 Crown Colony Dr | | Quincy | MA | 02169 | USA |
| State Street Bank & Trust Co | Michael Kania | 525 William Penn Place | | Pittsburgh | PA | 15259 | USA |
| State Street Bank & Trust Co IBT | Tom Broderick | 1776 Heritage Dr | | North Quincy | MA | 02171-0000 | USA |
| Stephens Inc | Linda Thompson | 111 Center St | 4th Fl | Little Rock | AR | 72201-4402 | USA |
| Sterne Agee & Leach Inc | Maribeth Williams | 813 Shades Creek Pkwy | Ste 100 B | Birmingham | AL | 35242 | USA |
| Sterne Agee & Leach Inc | Maribeth Williams | 813 Shades Creek Pkwy | Ste 100 B | Birmingham | AL | 35242 | USA |
| Stifel Nicolaus & Co Inc | Chris Wiegand | 501 N Broadway | 7th Fl | St Louis | MO | 63102 | USA |
| Stockcross Financial Services Inc | Eleanor Pimentel | 77 Summer St | 2nd Fl | Boston | MA | 02210 | USA |
| Stoever Glass & Co | Eva Hrastnig Mieras | 30 Wall St | | New York | NY | 10005 | USA |
| Sumitomo Trust & Banking Co USA | Beth Cummings | 527 Madison Ave | | New York | NY | 10022 | USA |
| Suntrust Bank | Julia Colantuono | PO Box 105504 | Center 3141 | Atlanta | GA | 30348-5504 | USA |
| Sweney Cartwright & Co | Laura Chapman | 17 S High St | Rm 300 | Columbus | OH | 43215 | USA |

Exhibit C

| Name | NoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| TD Ameritrade Clearing Inc | Gary Swain | 1005 Ameritrade Pl | | Bellevue | NE | 68005 | USA |
| TD Waterhouse Canada Inc | Beverly Adams | 60 North Windplace | | Scarborough | Ontario | M1S-3A7 | CANADA |
| Terra Nova Financial LLC | Paul Wascher | 100 S Wacker Dr | Ste 1550 | Chicago | IL | 60606 | USA |
| Texas Treasury Safekeeping Trust | Janie Dominguez | 208 E 10th St | Rm 410 | Austin | TX | 78710 | USA |
| The Bank of New York Mellon / TD Bank | Mike Scarry | One Wall St | | New York | NY | 10286 | USA |
| The Bank of New York Mellon ITC Deal | Jennifer Cannon | One Wall St | 4th Fl | New York | NY | 10015 | USA |
| The Bank of New York Mellon/Barclay | Michael Kania | 525 William Penn Place | | Pittsburgh | PA | 15259 | USA |
| The Bank of New York Mellon/Barclays | Mike Scarry | One Wall St | | New York | NY | 10286 | USA |
| The Bank of New York Mellon/BOA SECU | Michael Kania | 525 William Penn Place | | Pittsburgh | PA | 15259 | USA |
| The Bank of New York Mellon/BZW Sec | Michael Kania | 525 William Penn Place | | Pittsburgh | PA | 15259 | USA |
| The Bank of New York Mellon/CACEIS | Michael Kania | 525 William Penn Pl | | Pittsburgh | PA | 15259 | USA |
| The Bank of New York Mellon/Dbag Lon | Donna Steinman | One Wall St | | New York | NY | 10286 | USA |
| The Bank of New York Mellon/DBTC Ame | Michael Kania | 525 William Penn Place | | Pittsburgh | PA | 15259 | USA |
| The Bank of New York Mellon/First Tr | Michael Kania | 525 William Penn Pl | | Pittsburgh | PA | 15259 | USA |
| The Bank of New York Mellon/FMSBONDS | Richard Mitterando | 16 Wall St | 5th Fl | New York | NY | 10005 | USA |
| The Bank of New York Mellon/HIBSB | Michael Kania | 525 William Penn Place | | Pittsburgh | PA | 15259 | USA |
| The Bank of New York Mellon/HVB Clea | Michael Kania | 525 William Penn Place | | Pittsburgh | PA | 15259 | USA |
| The Bank of New York Mellon/SPDR | Michael Kania | 525 William Penn Place | | Pittsburgh | PA | 15259 | USA |
| The Bank of New York/Barclays Capital | Migdalia Jimenez | One Wall St | 6th Fl | New York | NY | 10286 | USA |
| The Bank of New York/Charles | Michael Kania | 525 William Penn Pl | | Pittsburgh | PA | 15259 | USA |
| The Bank of Nova Scotia Taxable Acct | Letty Echevarria | 23rd Fl 40 King St West | Scotia Plaza | Toronto | Ontario | M5H-1H1 | CANADA |
| The Bank of Nova Scotia WMF | Arlene Agnew | 44 King St West | Scotia Plaza | Toronto | Ontario | M5H-1H1 | CANADA |
| Timber Hill LLC | Maria Tardio | 1 Pickwick Plaza | | Greenwich | CT | 06830 | USA |
| TradeStation Group Inc | Herbert Walton | 8050 SW 10th St | Ste 4000 | Plantation | FL | 33324 | USA |
| Tradition Asiel Securities Inc | Emil Soldati | 75 Park Place | 4th Fl | New York | NY | 10007 | USA |
| Trust Industrial Bank | Brett Davis | 717 17th St | Ste 21 | Denver | CO | 80202 | USA |
| Trustmark National Bank | Ralph Clark | 248 East Capital St | Ste 580 | Jackson | MS | 39201 | USA |
| UBS AG Stamford Branch/as Custodian | Michael Marciano | 677 Washington St | 9th Fl | Stamford | CT | 06901 | USA |
| UBS Financial Services LLC | Jane Flood | 1200 Harbor Blvd | | Weehawken | NJ | 07086 | USA |
| UBS Securities LLC | John Malloy | 480 Washington Blvd | | Jersey City | NJ | 07310 | USA |
| UBS Securities LLC/Securities Lending | Joseph Somma | 677 Washington Blvd | | Stamford | CT | 06902 | USA |
| UMB Bank National Association | Corporate Actions | 928 Grand Blvd | | Kansas City | MO | 64106 | USA |
| Union Bank & Trust Co | Tammy Engle | c o Proxytrust | PO Box 11126 | Hauppauge | NY | 11788-0934 | USA |
| Union Bank of California Global Cust | Alan Hicklin | 475 Samsome St 11th Fl | | San Francisco | CA | 94111 | USA |
| Union Bank of California NA | Maria Bragge | 350 California St | 8th Fl | San Francisco | CA | 94104 | USA |
| Union Securities Ltd / CDS | Martin Lang | 700 W Georgia St Ste 900 | PO Box 10341 Pacific Centre | Vancouver | British Canada | V7Y-1HBC | CANADA |
| US Bancorp Investments Inc | Kathy Dabruzzi | 60 Livingston Ave | EP MN WN2H | St Paul | MN | 55107-1419 | USA |
| US Bank NA | Tim Randall | 1555 N Rivercenter Dr | Ste 302 | Milwaukee | WI | 53212 | USA |
| USAA Investment Management Co | Joyce Wilson | HOA02W B1 | 9800 Fredericksburg Rd | San Antonio | TX | 78288 | USA |
| Vanguard Marketing Corp | John Clemente | 1345 Ave of the Americas | | New York | NY | 10105-4300 | USA |
| Vision Financial Markets LLC | Howard Brunn | 4 High Ridge Park | Ste 100 | Stamford | CT | 06905-0000 | USA |
| W H Reaves & Co Inc | Sheryl Woods | 10 Exchange Place | | Jersey City | NJ | 07302 | USA |
| Wachovia Bank N A | Victoria Stewart | 1525 W WT Harris Blvd | | Charlotte | NC | 28262-8522 | USA |
| Wachovia Bank NA | Tim Randall | Attn Securities Control | 1555 N Rivercenter Dr Ste 302 | Milwaukee | WI | 53212 | USA |
| Wachovia Capital Markets LLC | Steve Turner | 301 S College St | | Charlotte | NC | 28288 | USA |
| Wachovia Securities | Finessa Rosson | One North Jefferson St | | St Louis | MO | 63103 | USA |
| Wachtel & Co Inc | Charles Zier | 1101 14th St NW No 800 | | Washington | DC | 20005 | USA |
| Wedbush Morgan Securities Inc | Hermon Alem | 1000 Wilshire Blvd | | Los Angeles | CA | 90017 | USA |
| Wells Fargo | Kristie Daniel | One North Jefferson Ave | | St Louis | MO | 63103 | USA |
| Wells Fargo Bank National Association | Kevin St Louis | 733 Marquette Ave | MAC N9306 057 5th Fl | Minneapolis | MN | 55402 | USA |
| Wells Fargo Bank/Safekeeping Service | Kent Amsbaugh | 733 Marquette Ave South | | Minneapolis | MN | 55479 | USA |
| Wells Fargo Brokerage Services LLC | Kent Amsbaugh | 608 Second Ave South | 5th Fl | Minneapolis | MN | 55479 | USA |
| Wells Fargo Investments LLC | Chris Thompson | 625 Marquette Ave | 13th Fl | Minneapolis | MN | 55402-2308 | USA |
| Wesbanco Bank Inc | Cindy Bowman | c/o Trust Operations | One Bank Plaza | Wheeling | WV | 26003 | USA |

Exhibit C

| Name | NoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| William Blair & Co LLC | Mariusz Niedbalec | 222 West Adams St | | Chicago | IL | 60606 | USA |
| Wilmington TrustCo | Carolyn Nelson | Rodney Square N | 1199 N Market St | Wilmington | DE | 19890-2212 | USA |
| Wilson Davis & Co Inc | Bill Walker | 236 South Main St | | Salt Lake City | UT | 84101 | USA |
| Wolfe & Hurst Bond Brokers Inc | Vincenta Wolfe | 30 Montgomery St | | Jersey City | NJ | 07302 | USA |
| Wolverton Securities Ltd | Irene Dunn | 777 Dunsmuir St | 17th Fl | Vancouver | British Canada | V7Y-1J5 | CANADA |
| Wulff Hansen & Co | Frank L Villegas | 201 Sansome St | | San Francisco | CA | 94014 | USA |
| Zions Direct Inc | Aaron Lindhardt | 1 South Main St | Ste 1340 | Salt Lake City | UT | 84111 | USA |
| Ziv Investment Co | James Griegel | 141 W Jackson Blvd | | Chicago | IL | 60604 | USA |