# SIGN-IN SHEET

**CASE NAME:** Washington Mutual
**CASE NUMBER:** 08-12229 (MFW)
**COURTROOM NUMBER:** 4
**DATE:** 7/7/10 at 10:00 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Terri Brown-Edwards | Potter Anderson & Corroon LLP | WMB Noteholder Group |
| Andy Brunhard | Brunhard Maigule & Friedlander | Goldman Sachs |
| Robert Stark | | |
| Sigmund Wissner-Gross | Brown Rudnick LLP | |
| Jsnsm7 Coffey | | Ad Hoc Consortium of Trust Preferred Securities |
| Marla Eskino | Campbell & Levins | |
| Fred Hodara | Akin Gump Strauss Hauer+Feld | Creditors' Committee |
| Robert Johnson | " " " | " |
| David Shalker | " " " | " |
| Adam Landis | Pepper Hamilton | JPMorgan Chase |
| Stacey Friedman | Landis Rath; Cobb | " |
| Robert Sachs | Sullivan & Cromwell | " |
| Brian Gluckstein | " | " |
| Danielle Blount | Fox Rothschild LLP | Wells Fargo |
| Vadim Rubinstein | Loeb + Loeb | " |
| Walter H. Curchak | Loeb + Loeb | " |
| Steve Sussman | Susman Godfrey | Equity Committee |
| Justin Nelson | " | " |
| Bill Bowe | Ashby & Geddes | " |

# SIGN-IN SHEET

**CASE NAME:** Washington Mutual  
**CASE NUMBER:** 08-12229 (MFW)  
**COURTROOM NUMBER:** 4  
**DATE:** 7/7/10 at 10:00 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Joseph Farmer | Phillips Goldman & Spence | BKK Dan't Defense |
| Melissa Murray | " | " |
| Brad Eric Scheler | Fried Frank Harris Shriver Jacobson | Appaloosa, Centerbridge, Owl Creek, Aurelius |
| Blake Cleary | Young Conaway | FDIC-R |
| Tom Califano | DLA Piper | " " |
| Dean Ziehl | Pachulski Stang Ziehl + Jones | WMB Bank Bondholders |
| Jeremy Richards | " | " |
| John Morris | " | " |
| Tim Cairns | " | " |
| Russell C. Silberglied | Richards Layton & Finger | Debtors |
| Leo Crowley | Pillsbury Winthrop | Bank of NY Mellon |
| Norman Monhait | Rosenthal Monhait + Goddess | " |

# SIGN-IN SHEET

CASE NAME: Washington Mutual
CASE NUMBER: 08-12229 (MFW)
COURTROOM NUMBER: 4
DATE: 7/7/10 at 10:00 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeffrey Schlerf | Fox Rothschild | WMI Noteholders Gp |
| Eric Sutty | " | " |
| Gerard Uzzi | " | " |
| Arthur Steinberg | White & Case | " |
| Neil Lapinski | King & Spalding | Dime Warrant Hldrs |
| Brian Rosen | Elliott Greenleaf | Debtors |
| John Mastando | Weil Gotshal & Manges | WMI |
| Chun Jang | Weil Gotshal & Manges | " |
| Joseph J. McMahon | RLF | " |
| Michael Etkin | USDOJ | U.S. Trustee |
| | Lowenstein Sandler | Lead Plaintiffs |

# Court Conference

**Calendar Date:** 07/08/2010
**Calendar Time:** 10:00 AM ET

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Mary F. Walrath
### #4

Amended Calendar 07/08/2010 07:08 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3612100 | Michael D. Adamski | (212) 230-4513 | One East Partners | Interested Party, One East Partners / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3611095 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel, LLP | Trustee, Wilmington Trust Company as TRUPs Trustee / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3613661 | Michael Arko | (302) 651-7681 | Alvarez & Marsal Inc | Debtor, Washington Mutual, Inc. / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3614760 | Jake A. Blair | (212) 287-6754 | Highbridge Capital Management | Interested Party, Highbridge Capital Managment / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3612040 | Jim Bolin (Client) | (973) 701-7000 | Appaloosa Management | Client, Jim Bolin / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3606583 | Robert J. Boller | (212) 872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3602580 | George Brickfield | 212-542-8441 | The Seaport Group | Interested Party, George Brickfield / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3612069 | Phil Broenniman | (646) 840-5800 | Visium Funds | Interested Party, Phil Broenniman / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3609500 | Daniel Brown | (617) 656-8287 | Brown Rudnick LLP | Interested Party, Trust Perferred Holders / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3613030 | Dan Bullock | (703) 378-8829 | Dan Bullock - In Pro Per | Interested Party, Dan Bullock / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3596306 | Eleanor Chan | 646-445-6525 | Aurelius Capital | Interested Party, Aurelius Capital / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3607088 | Lawrence N. Chanen | (212) 552-7443 | JP Morgan Chase & Co. | Creditor, JP Morgan Chase Bank,N.A. / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3614638 | Patricia Chao | 212-735-5375 | Talpion | Interested Party, Talpion / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3603386 | Michael Ching | 212-339-2431 | Allen & Company | Third Party, Michael Ching / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3609773 | Marc Cipriano | 212-764-3500 ext. 206 | KS Capital | Creditor, KS Capital / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3607063 | Bruce Clark | (212) 558-3036 | Sullivan & Cromwell LLP, (New York) | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 3609300 | Joe Criscione | (973) 847-5904 | Esopus Creek Advisors LLC | Creditor, Official Committee of Equity Security Holders / LIVE |

Peggy Drasal                    CourtConfCal2009                    Page 1 of 6

| Case | Number | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Washington Mutual, Inc. | 08-12229 | Hearing | 3609292 | Paul Croci | (212) 508-1662 | Peter J. Solomon Co., L.P. | Creditor, Official Committee of Equity Security Holders / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3606617 | Leo T. Crowley | 212-858-1740 | Pillsbury Winthrop Shaw Pittman LLP | Creditor, Bank of New York Mellon / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3606647 | Walter H. Curchack | 212-407-4861 | Loeb & Loeb, LLP | Creditor, Wells Fargo, N.A. / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3609631 | Renee M. Dailey | 860-256-8531 | Bracewell & Giuliani - Conneticut | Creditor, WMB Noteholders / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3610909 | Jeffrey Dane | (212) 905-0562 | Brownstone Asset Management | Interested Party, WMB Bond Holders / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3612324 | Larry Davidoff | (212) 303-9497 | Halcyon Asset Management | Interested Party, WMB Bond Holding / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3612019 | Martin Jefferson Davis | (202) 906-6756 | Office of Thrift Supervision | Creditor, Office of Thrift Supervision / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3612387 | Robert E. Davis | (203) 552-3542 | Cetus Capital | Interested Party, WMB Bond Holders / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3611999 | Gren Day | (212) 208-9162 | Chapdelaine Credit Partners | Interested Party, Chapdelaine Credit Partners / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3609645 | Mark E. Dendinger | 860-256-8541 | Bracewell & Giuliani - Conneticut | Creditor, WMB Noteholders / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3612067 | Shuky Ehrenberg | (212) 355-5771 | JGB Capital | Interested Party, JGD Capital / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3614073 | David L. Elsberg | (212) 849-7250 | Quinn Emanuel Urquhart & Sullivan | Creditor, Morgan Stanley / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3614094 | David W. Dummer | (214) 746-7850 | Weil Gotshal & Manges LLP | Debtor, Washington Mutual, Inc. / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3611995 | Ephraim Diamond | 646-282-5841 | Davidson Kempner Capital | Creditor, Davidson Kempner / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3614765 | Matthew Dundon | (612) 238-3315 | Pine River Capital Management | Interested Party, Miller Taback Securities / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3607087 | Travis Epes | (212) 270-8226 | JP Morgan Chase & Co. | Interested Party, JP Morgan Chase Bank, N.A. / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3606670 | Margot P. Erlich | (212) 858-1536 | Pillsbury Winthrop Shaw Pittman LLP | Creditor, Bank of New York Mellon / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3610903 | Jim F. Farner | 212-761-1596 ext. 00 | Morgan Stanley | Creditor, Morgan Stanley / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3612299 | Stan Fedorenko | (212) 672-4679 | Centerbridge | Creditor, Centerbridge / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3607084 | Hydee R. Feldstein | (310) 712-6600 | Sullivan & Cromwell, LLP | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3612125 | Bryce Fraser | 212-823-5544 | Fortress Investment Group | Interested Party, Fortress Investment Group / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3607069 | Joshua Fritsch | (212) 558-4000 | Sullivan & Cromwell LLP | Creditor, JP Morgan Chase Bank / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3614051 | Josh Gale | (212) 692-5107 | Miller Taback Securities | Interested Party, Miller Taback Securities / LISTEN ONLY |

| Case | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Washington Mutual, Inc. | 08-12229 | Hearing | 3612278 | Hal Goltz | (212) 432-4668 | Anchorage Advisors | Interested Party, WMB Bond Holders / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3606638 | Brian Guiney | 212-336-2305 | Patterson, Belknap, Webb & Tyler | Creditor, Law Debenture Trust Company of NY / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3613627 | Julio C. Gurdian | 212-310-8229 | Weil Gotshal & Manges LLP | Debtor, Washington Mutual, Inc. / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3609585 | Rob Halder | 512-306-5242 | Tejas Securities Group | Interested Party, Tejas Securities Group / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3612922 | Neal Hannan | (202) 237-2727 | Boies Schiller & Flexner LLP - | Creditor, Bank Bond Holders / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3614774 | Will Harkey | (203) 909-6431 | Nantahala Capital | Interested Party, Nantahala Capital / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3611949 | Joel Hawkins | (952) 984-3440 | Carval Investors | Interested Party, WMB Bond Holders / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3506727 | Fred S. Hodara | 212-872-8040 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3584576 | Whitman L. Holt | 310-228-5690 | Stutman, Treister & Glatt | Interested Party, Elliott Management / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3611953 | James Jacobs | (212) 688-7480 | Gruss & Company, LLC | Creditor, Gruss Asset Management / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3606571 | Robert Johnson | 212-872-1077 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3609929 | Sarah S. Johnson | (212) 478-0833 | DE Shaw | Creditor, D.E. Shaw / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3609136 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3614693 | Dan Kamensky | (212) 599-6622 | Paulson & Company | Creditor, Paulson & Company / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3609151 | Sergey Kamensky | (212) 314-1658 | Canyon Partners, LLC | Interested Party, Canyon Partners LLC / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3614705 | Tibita P. Kaneene | (212) 500-1383 | DebtWire | Interested Party, DebtWire / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3614089 | Steve Kim | (310) 921-7217 | Ares Management | Creditor, Ares Management / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3610562 | Alexander Klipper | (646) 855-8252 | Bank Of America Securities | Creditor, Bank of America Securities / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3610537 | Stuart Kovensky | 201-541-2121 | Onex Credit Partners | Claimant, Stuart Kovensky / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3613615 | Mark Kronfeld | 646-825-7625 | Owl Creek Management | Interested Party, Owl Creek Management / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3609343 | Lauren Krueger | (973) 847-5904 | Esopus Creek Advisors LLC | Creditor, Official Committee of Equity Security Holders / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Washington Mutual, Inc. | 08-12229 | Hearing | 3609146 | Michael Linn | 415-421-2132 | Farallon Capital Management | Creditor, Farallon Capital Management / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3613680 | Doreen Logan | (206) 432-8725 | Washington Mutual Inc. | Debtor, Washington Mutual Inc. / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3613409 | John Maciel | (415) 490-2300 | Alvarez & Marsal | Debtor, Washington Mutual, Inc. / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3612113 | Lorenzo Marinuzzi | (212) 468-8000 | Morrison & Foerster | Interested Party, S & P / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3610384 | D. Ross Martin | 212-596-9000 | Ropes & Gray LLP | Creditor, Paulson & Co. Inc. / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3612022 | Scott T. McCabe | 212-754-1613 | Latigo Partners | Interested Party, Latigo Partners / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3612060 | Joe McInnis | (914) 251-8200 | Gray Wolf Capital | Interested Party, Joe McInnis / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3577838 | Benjamin Meeks | 202-974-1843 | Cleary Gottlieb Steen & Hamilton | Creditor, Goldman Sachs / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3611912 | John T. Miranowski | 203-542-4067 ext. 00 | Silver Point Capital | Creditor, Silver Point / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3610755 | Brian Moore | (212) 612-1425 | Realm Partners | Creditor, Realm Partners / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3607070 | Justin O'Connell | (212) 558-4400 | Sullivan & Cromwell LLP | Creditor, JP Morgan Chase Bank / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3614775 | James O'Rourke | (212) 581-8706 | Lampe Conway | Other Prof, LC Capital / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3613209 | Karen S. Park | (212) 756-2036 | Schulte Roth & Zabel | Interested Party, Schulte Roth & Zabel / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3614672 | Henric Persson | (212) 994-8318 | Carlson Capital | Interested Party, Henric Persson / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3614668 | Christof Pfeiffer | (646) 205-2943 | Kingstown Capital | Interested Party, Kingstown Capital / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3614670 | Dan Philp | (212) 209-4929 | Brown Rudnick, LLP | Creditor, Noteholders Group / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3614674 | John Pike | 212-974-6000 | Elliott Management | Creditor, John Pike & Elliott Management / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3610894 | Daniel Pine | (212) 500-3158 | Marathon Asset Management | Interested Party, Wilmer Cutler Pickering Hale & Dorr, LLP / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3607075 | David Possick | (212) 558-4000 | Sullivan & Cromwell LLP, (New York) | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3610553 | James R. Potter | 213-897-2637 | Attorney General Office | Creditor, State of California / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3614690 | Andrew Rebak | (802) 464-7576 | Credit Suisse First Boston | Interested Party, Credit Suisse First Boston / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3613739 | Jeremy Reckmeyer | (212) 850-2851 | Andrews Kurth | Creditor, Broadbill Investment Corporation / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3606659 | Jeffrey Rothleder | 202-828-3472 | Arent Fox LLP | Creditor, Wilmington Trust FSB / LIVE |

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Washington Mutual, Inc. | 08-12229 | Hearing | 3505743 | Brian M. Rothschild | 310-728-3734 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3606680 | Vadim J. Rubenstein | (212) 407-4092 | Loeb & Loeb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3614769 | Gregory S. Rubin | (212) 326-1575 | Oak Hill Advisors | Creditor, Oak Hill Advisors / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3613871 | Jeffrey Schwartz | 312-569-1208 | Drinker Biddle & Reath LLP | Creditor, WMB Noteholders / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3614727 | Michael Scott | 212-703-2133 | Venor Capital | Interested Party, Venor Capital / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3613860 | Edgar Sargent | (206) 516-3895 | Susman Godfrey, LLP | Creditor, Official Committee of Equity Security Holders / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3584736 | K. John Shaffer | 310-228-5690 | Stutman, Treister & Glatt | Interested Party, Elliot Company / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3613643 | Jonathan Shiffman | (212) 310-8053 | Weil Gotshal & Manges LLP | Debtor, Washington Mutual / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3612105 | Paul Silverstein | (212) 850-2819 | Andrews Kurth | |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3606599 | David Simonds | 310-552-6692 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Broadbill Investment Corp / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3609352 | Andrew Sole | (973) 847-5904 | Esopus Creek Advisors LLC | Creditor, Official Committee of Equity Holders / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3608194 | Kevin Starke | (203) 569-6421 | CRT Capital Group, LLC | Creditor, CRT Capital Group, LLC / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3612031 | Jay Steen | (214) 965-9100 | Talamod Asset Management, LLC | Creditor, Talamod Asset Management / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3610920 | Mitchell Sussman | (212) 843-1237 | Stone Lion Capital | In Propria Persona, WMB Bond Holders / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3596822 | Brad J. Sweeney | (212) 412-6890 | Barclays Capital | Client, Barclays Capital / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3613061 | Robert Takacs | (212) 821-6197 | Robert Takacs - In Pro Per/Pro Se | Interested Party, Robert Takacs / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3610621 | Gerard Uzzi | 212-819-8479 | White & Case | Creditor, Noteholders Group / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3612632 | William Vrattos | (212) 300-1309 | York Capital Management, (U.S. | Interested Party, WMB Bank Bondholders / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3613597 | Chris Warren | (212) 231-6348 | Macquarie Bank | Interested Party, Chris Warren / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3609474 | Laura F. Weiss | (212) 209-4929 | Brown Rudnick, LLP | Representing, Holders of Securities / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3613619 | Trevor Welch | (212) 506-1767 | Kasowitz Benson Torres & Friedman | Representing, Noteholders Group / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3613671 | Chris Wells | (302) 658-0253 | Alvarez & Marsal Inc | Debtor, Washington Mutual, Inc. / LIVE |

| | | | | | |
|---|---|---|---|---|---|
| Washington Mutual, Inc. | 08-12229 | Hearing | 3555235 | Michele Whalen | (212) 218-4101 | Interested Party, Morgens, Waterfall, Vintiadis & Co. / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 3612360 | Robert Williams | (404) 697-8129 | Washington Mutual, Inc ( Washington Mutual / LIVE | Debtor,
| Washington Mutual, Inc. | 08-12229 | Hearing | 3612690 | Arin J. Wolfson | 203-719-1349 | UBS Securities LLC | Interested Party, UBS Securities LLC / LISTEN ONLY |