## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x
:
*In re*                                                          :     **Chapter 11**
:
**WASHINGTON MUTUAL, INC., et al.,**[1]                          :
:     **Case No. 08-12229 (MFW)**
:
:
**Debtors.**                                                     :     **(Jointly Administered)**
:
:
-----------------------------------------------------------------x

## NOTICE OF RESCHEDULED OMNIBUS HEARING TIME
## FOR AUGUST 10, 2010

PLEASE TAKE NOTICE that the omnibus hearing in the above-captioned chapter 11 cases previously scheduled to take place on **August 10, 2010 at 10:30 a.m. (Eastern Daylight Time)** before the Honorable Mary F. Walrath, United States Bankruptcy Court Judge for the District of Delaware, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 has been rescheduled and will now take place on **August 10, 2010 at 1:30 p.m. (Eastern Daylight Time)**. All matters previously scheduled to be heard at **10:30 a.m.** will now be heard at **1:30 p.m.**

---

[1]  The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

Dated: July 12, 2010
Wilmington, Delaware

_____

Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Julie A. Finocchiaro (No. 5303)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
Michael F. Walsh, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR THE DEBTORS