482. Objection to Proposed Disclosure Statement Filed by Meredith Prevor-Weiss [Docket No. 4286; filed 5/13/10]

483. Objection to Proposed Disclosure Statement Filed by Ronald S. Weiss [Docket No. 4287; filed 5/13/10]

484. Objection to Proposed Disclosure Statement Filed by Milan Sheth [Docket No. 4288; filed 5/13/10]

485. Objection to Proposed Disclosure Statement Filed by Min Ho Chang [Docket No. 4289; filed 5/13/10]

486. Objection to Proposed Disclosure Statement Filed by Vincent Philip [Docket No. 4290; filed 5/13/10]

487. Objection to Proposed Disclosure Statement Filed by Louisa Mitchell and Anthony Mitchell [Docket No. 4291; filed 5/13/10]

488. Objection to Proposed Disclosure Statement Filed by Joseph Cenname [Docket No. 4292; filed 5/13/10]

489. Objection to Proposed Disclosure Statement Filed by William H. Carl [Docket No. 4293; filed 5/13/10]

490. Objection to Proposed Disclosure Statement Filed by Christopher L. Scott [Docket No. 4294; filed 5/13/10]

491. Objection to Proposed Disclosure Statement Filed by Mark Mondrone [Docket No. 4295; filed 5/13/10]

492. Objection to Proposed Disclosure Statement Filed by Yovany Montoya [Docket No. 4296; filed 5/13/10]

493. Objection to Proposed Disclosure Statement Filed by Marek Szczupak [Docket No. 4297; filed 5/13/10]

494. Objection to Proposed Disclosure Statement Filed by Dominic A. Raco [Docket No. 4298; filed 5/13/10]

495. Objection to Proposed Disclosure Statement Filed by Vladimir Akilov [Docket No. 4299; filed 5/13/10]

496. Objection to Proposed Disclosure Statement Filed by David Schafer [Docket No. 4300; filed 5/13/10]

497. Objection to Proposed Disclosure Statement Filed by David L. Feigley [Docket No. 4303; filed 5/25/10]

498. Objection to Proposed Disclosure Statement Filed by Philipp Schnabel [Docket No. 4304; filed 5/24/10]

499. Objection to Proposed Disclosure Statement Filed by Samnang Nou [Docket No. 4305; filed 5/13/10]

500. Objection to Proposed Disclosure Statement Filed by Poli Bou [Docket No. 4306; filed 5/13/10]

501. Objection to Proposed Disclosure Statement Filed by Willard M. Locklear [Docket No. 4307; filed 5/13/10]

502. Objection to Proposed Disclosure Statement Filed by Nilam Tapiawala [Docket No. 4314; filed 5/13/10]

503. Objection to Proposed Disclosure Statement Filed by Nilam Tapiawala [Docket No. 4315; filed 5/13/10]

504. Objection to Proposed Disclosure Statement Filed by Neesha Tapiawala [Docket No. 4316; filed 5/13/10]

505. Objection to Proposed Disclosure Statement Filed by Mukul Tapiawala [Docket No. 4317; filed 5/13/10]

506. Objection to Proposed Disclosure Statement Filed by Mukul Tapiawala [Docket No. 4318; filed 5/13/10]

507. Objection to Proposed Disclosure Statement Filed by Unlu O. Gurpinar [Docket No. 4319; filed 5/13/10]

508. Objection to Proposed Disclosure Statement Filed by Paul Wu [Docket No. 4320; filed 5/13/10]

509. Objection to Proposed Disclosure Statement Filed by Peter Phame [Docket No. 4321; filed 5/13/10]

510. Objection to Proposed Disclosure Statement Filed by Ivan Yu-Chung Wu [Docket No. 4322; filed 5/13/10]

511. Objection to Proposed Disclosure Statement Filed by Charlotte Moore [Docket No. 4323; filed 5/13/10]

512. Objection to Proposed Disclosure Statement Filed by Jeff Rogers [Docket No. 4324; filed 5/13/10]

513. Objection to Proposed Disclosure Statement Filed by James and Shawna Pucik [Docket No. 4325; filed 5/13/10]

514. Objection to Proposed Disclosure Statement Filed by Angela Schiller [Docket No. 4326; filed 5/13/10]

515. Objection to Proposed Disclosure Statement Filed by Jonathan Paninski [Docket No. 4328; filed 5/13/10]

516. Objection to Proposed Disclosure Statement Filed by Robert W. Blum [Docket No. 4329; filed 5/13/10]

517. Objection to Proposed Disclosure Statement Filed by Charles Skelnik [Docket No. 4330; filed 5/13/10]

518. Objection to Proposed Disclosure Statement Filed by Andrew J. Sadler [Docket No. 4331; filed 5/13/10]

519. Objection to Proposed Disclosure Statement Filed by Nang B. Luong and Linda L. Luong [Docket No. 4332; filed 5/13/10]

520. Objection to Proposed Disclosure Statement Filed by Mary E. Telford and Donald R. Telford [Docket No. 4333; filed 5/13/10]

521. Objection to Proposed Disclosure Statement Filed by Judy Williams [Docket No. 4334; filed 5/13/10]

522. Objection to Proposed Disclosure Statement Filed by Christopher D. Holcombe, Sr. [Docket No. 4335; filed 5/13/10]

523. Objection to Proposed Disclosure Statement Filed by A. Bradford and Joseph U. Bradford [Docket No. 4336; filed 5/13/10]

524. Objection to Proposed Disclosure Statement Filed by Dennis McCluskey [Docket No. 4337; filed 5/13/10]

525. Objection to Proposed Disclosure Statement Filed by Philip J. Beck [Docket No. 4338; filed 5/13/10]

526. Objection to Proposed Disclosure Statement Filed by Frank S. Lucente, Jennifer Stringfellow, Walter Stringfellow and Veronica V. Howard [Docket No. 4339; filed 5/13/10]

527. Objection to Proposed Disclosure Statement Filed by Jessie(Jiecheng) Zhong [Docket No. 4340; filed 5/13/10]

528. Objection to Proposed Disclosure Statement Filed by Frank H. Sherwood [Docket No. 4341; filed 5/13/10]

529. Objection to Proposed Disclosure Statement Filed by Sean Fitzgerald [Docket No. 4350; filed 5/25/10]

530. Amended Objection to Proposed Disclosure Statement Filed by Philipp Schnabel [Docket No. 4353; filed 5/26/10]

531. Objection to Proposed Disclosure Statement Filed by G. Victor Allen [Docket No. 4354; filed 5/13/10]

RLF1 3588025v. 1

532. Objection to Proposed Disclosure Statement Filed by Robert T. Patelski, Jr. [Docket No. 4355; filed 5/13/10]

533. Objection to Proposed Disclosure Statement Filed by Kay Park Hinckley [Docket No. 4356; filed 5/13/10]

534. Objection to Proposed Disclosure Statement Filed by Klim Kavall [Docket No. 4357; filed 5/13/10]

535. Objection to Proposed Disclosure Statement Filed by Michael C. Reis [Docket No. 4358; filed 5/13/10]

536. Objection to Proposed Disclosure Statement Filed by Rajneesh Chaganla [Docket No. 4359; filed 5/13/10]

537. Objection to Proposed Disclosure Statement Filed by Pat Calabrese [Docket No. 4360; filed 5/13/10]

538. Objection to Proposed Disclosure Statement Filed by Patricia Calabrese [Docket No. 4361; filed 5/13/10]

539. Objection to Proposed Disclosure Statement Filed by Anthony Calabrese [Docket No. 4362; filed 5/13/10]

540. Objection to Proposed Disclosure Statement Filed by Henry Koon [Docket No. 4363; filed 5/13/10

541. Objection to Proposed Disclosure Statement Filed by Pauline Lam [Docket No. 4364; filed 5/13/10]

542. Objection to Proposed Disclosure Statement Filed by Tina Lam [Docket No. 4365; filed 5/13/10]

543. Objection to Proposed Disclosure Statement Filed by Wafic Darwich [Docket No. 4366; filed 5/13/10]

544. Objection to Proposed Disclosure Statement Filed by Thomas and Dorothy Gallub [Docket No. 4367; filed 5/13/10]

545. Objection to Proposed Disclosure Statement Filed by Ian Cheung [Docket No. 4368; filed 5/13/10]

546. Objection to Proposed Disclosure Statement Filed by Eric K. Park [Docket No. 4369; filed 5/13/10]

547. Objection to Proposed Disclosure Statement Filed by Joseph Garten [Docket No. 4370; filed 5/13/10]

548. Objection to Proposed Disclosure Statement Filed by Leo Paolo D. Fernando [Docket No. 4371; filed 5/13/10]

RLF1 3588025v. 1

549. Objection to Proposed Disclosure Statement Filed by Meta Vanderwerff [Docket No. 4372; filed 5/13/10]

550. Objection to Proposed Disclosure Statement Filed by Phillipp Schnabel [Docket No. 4373; filed 5/13/10]

551. Objection to Proposed Disclosure Statement Filed by Amita and Giriraj Patel [Docket No. 4374; filed 5/13/10]

552. Objection to Proposed Disclosure Statement Filed by Rachel Becker [Docket No. 4375; filed 5/13/10]

553. Objection to Proposed Disclosure Statement Filed by Linda and Steven Marks [Docket No. 4377; filed 5/13/10]

554. Objection to Proposed Disclosure Statement Filed by Laurence E. Hart, Jr. [Docket No. 4378, filed 5/13/10]

555. Objection to Proposed Disclosure Statement Filed by Antonio Montero and Aleida Avila [Docket No. 4379; filed 5/13/10]

556. Objection to Proposed Disclosure Statement Filed by Arnaldo Vizcaya [Docket No. 4381; filed 5/13/10]

557. Objection to Proposed Disclosure Statement Filed by Ivan Stojanovic [Docket No. 4383; filed 5/13/10]

558. Objection to Proposed Disclosure Statement Filed by Vlado Kupanovac [Docket No. 4384; filed 5/13/10]

559. Objection to Proposed Disclosure Statement Filed by John Hepsen [Docket No. 4387; filed 5/13/10]

560. Objection to Proposed Disclosure Statement Filed by Broadbill Investment Corp. [Docket No. 4388; filed 5/27/10]

561. Objection to Proposed Disclosure Statement Filed by Kermit R. Kubitz [Docket No. 4389; filed 5/13/10]

562. Objection to Proposed Disclosure Statement Filed by James Dismukes [Docket No. 4391; filed 5/13/10]

563. Objection to Proposed Disclosure Statement Filed by Larry H. Bailey [Docket No. 4392; filed 5/13/10]

564. Objection to Proposed Disclosure Statement Filed by Gang Chen [Docket No. 4393; filed 5/13/10]

565. Objection to Proposed Disclosure Statement Filed by Nancy L. Stoke [Docket No. 4394; filed 5/13/10]

RLF1 3588025v. 1

566. Objection to Proposed Disclosure Statement Filed by Robert F. Jean [Docket No. 4398; filed 5/13/10]

567. Objection to Proposed Disclosure Statement Filed by Michael G. and Juliann Kelly [Docket No. 4399; filed 5/13/10]

568. Objection to Proposed Disclosure Statement Filed by Joyce Presnall [Docket No. 4400; filed 5/13/10]

569. Objection to Proposed Disclosure Statement Filed by Joyce and Marvin Presnall [Docket No. 4401; filed 5/13/10]

570. Objection to Proposed Disclosure Statement Filed by Marvin Presnall [Docket No. 4402; filed 5/13/10]

571. Supplemental Objection of Wells Fargo Bank, N.A., in its Capacity as Identure Trustee and Guarantee Trustee, to the Debtors' Motion for Approval of Disclosure Statement and Solicitation and Voting Procedures [Docket No. 4406; filed 5/27/10]

572. Objection of the Disclosure Statement for the Second Amended Joint Plan of Affiliated Debtors [Docket No. 4412; filed 5/28/10]

573. Objection of Paulson & Co. Inc. to the Debtors' Motion to Approve Disclosure Statement for Second Amended Joint Plan of Affiliated Debtors [Docket No. 4418; filed 5/28/10]

574. Supplemental Objection of the Washington Mutual, Inc. Noteholders Group to the Debtors' Disclosure Statement for the Second Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4419; filed 5/28/10]

575. Objection of the United States Trustee to the Debtors' Motion for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (II) Scheduling A Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan [Docket No. 4420; filed 5/28/10]

576. Supplemental Objection of the BKK Joint Defense Group to the Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 2003, 3017, 3018 and 3020, (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan [Docket No. 4421]

577. WMB Noteholder Group's (I) Objection to Disclosure Statement and, if Required, (II) Motion for Allowance of Claims for Voting Purposed Pursuant to Bankruptcy Rule 3018(a) [Docket No. 4422; filed 5/28/10]

578. Supplemental Objections of the California Department of Toxic Substances Control to Debtors' Disclosure Statement for the Second Amended Joint Plan [Docket No. 4424; filed 5/28/10]

579. The WMB Noteholders' Objections to Disclosure Statement for the Second Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4425; 5/28/10]

580. Consolidated Supplemental Objections by American National Insurance Company, et al. to: (A) the Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan; and (B) the Disclosure Statement for the Second Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4426; filed 5/28/10]

581. Bank Bondholders' Supplemental Objections to Disclosure Statement for the Second Amended Joint Plan of Affiliated Debtors [Docket No. 4427; filed 5/28/10]

582. Notice of Continued Objection of the Consortium of Trust Preferred Security Holders to Debtors' Motion for Approval of Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4429; filed 5/28/10]

583. Consolidated Supplemental Objections of Susanna Gouws Korn, Angelita Ravago, and Parties to be Named to (A) the Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, ((II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan; and (B) the Disclosure Statement for the Second Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No 4430; filed 5/28/10]

584. Reservation of Rights of the FDIC-Receiver with Respect to the Disclosure Statement for the Second Amended Joint Plan of Affiliated Debtors Pursuant

RLF1 3588025v. 1

to Chapter 11 of the United States Bankruptcy Code [Docket No. 4443; filed 6/1/10]

585. Supplemental Objection from Kermit R. Kubitz [Docket No. 4452; filed 5/28/10]

586. Amended Objection to Disclosure Statement filed by Jurn Gosselaar [Docket No. 4453; filed 5/28/10]

587. Objection to Disclosure Statement filed by Michael K. McCune [Docket No. 4455; filed 6/2/10]

588. Objection to Disclosure Statement filed by D. Ray Glenn [Docket No. 4503; filed 5/18/10]

589. Objection to Disclosure Statement filed by Santiago De ols Santos [Docket No. 4504; filed 5/14/10]

590. Objection to Disclosure Statement filed by Mitch Le [Docket No. 4505; filed 5/14/10]

591. Objection to Disclosure Statement filed by R J Crymes [Docket No. 4506; filed 5/18/10]

592. Objection to Disclosure Statement filed by Danny Phu [Docket No. 4507; filed 5/18/10]

593. Objection to Disclosure Statement filed by Pete Maglaras [Docket No. 4508; filed 5/14/10]

594. Objection to Disclosure Statement filed by Jeff McClearn [Docket No. 4509; filed 5/14/10]

595. Objection to Disclosure Statement filed by Howard Horwitz [Docket No. 4510; filed 5/14/10]

596. Objection to Disclosure Statement filed by Ricky Castellanos [Docket No. 4511; filed 5/14/10]

597. Objection to Disclosure Statement filed by Barry S. Zelner [Docket No. 4512; filed 5/18/10]

598. Objection to Disclosure Statement filed by Dr. Sankarshan Acharya [Docket No. 4513; filed 5/14/10]

599. Objection to Disclosure Statement filed by Massimiliano Pichierri [Docket No. 4514; filed 5/18/10]

600. Objection to Disclosure Statement filed by Patricia A. Kolb [Docket No. 4515; filed 5/14/10]

601. Objection to Disclosure Statement filed by Andrew Vo [Docket No. 4516; filed 5/18/10]

602. Objection to Disclosure Statement filed by Amanda Krol [Docket No. 4517; filed 5/14/10]

603. Objection to Disclosure Statement filed by Ken T. Krol [Docket No. 4518; filed 5/14/10]

604. Objection to Disclosure Statement filed by Leonard L. Hice [Docket No. 4519; filed 5/18/10]

605. Objection to Disclosure Statement filed by Bob Hahn [Docket No. 4520; filed 5/14/10]

606. Objection to Disclosure Statement filed by Jordan J. Hice [Docket No. 4521; filed 5/18/10]

607. Objection to Disclosure Statement filed by Trenton T. Hice [Docket No. 4522; filed 5/18/10]

608. Objection to Disclosure Statement filed by James Valsa [Docket No. 4523; filed 5/14/10]

609. Objection to Disclosure Statement filed by Kyle J. Krol [Docket No. 4524; filed 5/14/10]

610. Objection to Disclosure Statement filed by Kevin P. Krol [Docket No. 4525; filed 5/14/10]

611. Objection to Disclosure Statement filed by Rainer Bielke [Docket No. 4526; filed 5/18/10]

612. Objection to Disclosure Statement filed by Syed F. Ulhameed [Docket No. 4527; filed 5/14/10]

613. Objection to Disclosure Statement filed by Kathy ChuanHuiYue [Docket No. 4528; filed 5/18/10]

614. Objection to Disclosure Statement filed by Lawrence & Marghie Brodin [Docket No. 4529; filed 5/14/10]

615. Objection to Disclosure Statement filed by Joshua M Pratt [Docket No. 4530; filed 5/14/10]

616. Objection to Disclosure Statement filed by Joachim J Goceljak [Docket No. 4531; filed 5/14/10]

617. Objection to Disclosure Statement filed by Mike Peters [Docket No. 4532; filed 5/14/10]

RLF1 3588025v. 1

618. Objection to Disclosure Statement filed by June Onesti [Docket No. 4533; filed 5/14/10]

619. Objection to Disclosure Statement filed by Gerald I. Stamm [Docket No. 4534; filed 5/18/10]

620. Objection to Disclosure Statement filed by Deanna Miller [Docket No. 4535; filed 5/18/10]

621. Objection to Disclosure Statement filed by Thomas P Dolcini, Jr. [Docket No. 4536; filed 5/14/10]

622. Objection to Disclosure Statement filed by Hildegard Klink [Docket No. 4537; filed 5/18/10]

623. Objection to Disclosure Statement filed by Michael Moreland [Docket No. 4538; filed 5/14/10]

624. Objection to Disclosure Statement filed by Abhay Upadhyaya [Docket No. 4539; filed 5/14/10]

625. Objection to Disclosure Statement filed by Delores J. Trueblood [Docket No. 4540; filed 5/18/10]

626. Objection to Disclosure Statement Filed by Karen Meyers [Docket No. 4541; filed 5/14/10]

627. Objection to Disclosure Statement Filed by Marlyn D Ballain [Docket No. 4542; filed 5/14/10]

628. Objection to Disclosure Statement Filed by Robert Duffy [Docket No. 4543; filed 5/14/10]

629. Objection to Disclosure Statement Filed by Bobby G Thomas [Docket No. 4544 filed 5/14/10]

630. Objection to Disclosure Statement Filed by Charles McGowan, III [Docket No. 4545; filed 5/14/10]

631. Objection to Disclosure Statement Filed by John & Virginia Villalobos [Docket No. 4546; filed 5/14/10]

632. Objection to Disclosure Statement Filed by Linda Fahnestock [Docket No. 4547; filed 5/14/10]

633. Objection to Disclosure Statement Filed by Gil S. & Jocelyne V. Ramos [Docket No. 4548; filed 5/14/10]

634. Objection to Disclosure Statement Filed by Dennis Willson [Docket No. 4549; filed 5/14/10]

635. Objection to Disclosure Statement Filed by David S Tribolet [Docket No. 4550; filed 5/14/10]

636. Objection to Disclosure Statement Filed by Stephen L Ice [Docket No. 4551; filed 5/14/10]

637. Objection to Disclosure Statement Filed by Youngmin Cho [Docket No. 4552; filed 5/14/10]

638. Objection to Disclosure Statement Filed by Mubarka Sayed [Docket No. 4553; filed 5/14/10]

639. Objection to Disclosure Statement Filed by Paul Winters [Docket No. 4554; filed 5/14/10]

640. Objection to Disclosure Statement Filed by Andreas Schubert [Docket No. 4555; filed 5/14/10]

641. Objection to Disclosure Statement Filed by John Tyler Campbell [Docket No. 4556; filed 5/14/10]

642. Objection to Disclosure Statement Filed by Rafiq A. Sayed [Docket No. 4557; filed 5/14/10]

643. Objection to Disclosure Statement filed by Bradley E Louth [Docket No. 4558; filed 5/17/10]

644. Objection to Disclosure Statement filed by Linda G Gluck [Docket No. 4559; filed 5/17/10]

645. Objection to Disclosure Statement filed by Nitin & Smita Sabnis [Docket No. 4560; filed 5/17/10]

646. Objection to Disclosure Statement filed by Ronald Singer [Docket No. 4561; filed 5/17/10]

647. Objection to Disclosure Statement filed by John Gardner [Docket No. 4563; filed 5/17/10]

648. Objection to Disclosure Statement filed by Chris Stovic [Docket No. 4564; filed 5/17/10]

649. Objection to Disclosure Statement filed by Wayne M Rippy [Docket No. 4565; filed 5/17/10]

650. Objection to Disclosure Statement filed by Daniel Harty [Docket No. 4566; filed 5/17/10]

651. Objection to Disclosure Statement filed by Emanuel Jason Levy [Docket No. 4567; filed 5/17/10]

652. Objection to Disclosure Statement filed by Naeem Sayed [Docket No. 4568; filed 5/17/10]

653. Letter Regarding the Bankruptcy of Washington Mutual re: Objection to Disclosure Statement filed by Donald Woo [Docket No. 4569; filed 6/1/10]

654. Objection to Disclosure Statement filed by Levere F Starner [Docket No. 4570; filed 5/17/10]

655. Response to Comments about Investigations of WaMus's Pre Seizure Activities filed by A Hashim [Docket No. 4571; filed 6/1/10]

656. Second Amended Statement of Equity Security Holder Philipp Schnabel to Approval of the Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtor's Joint Plan [Docket No. 4572; filed 6/1/10]

657. Objection to Disclosure Statement filed by Ellis David Rishton [Docket No. 4575; filed 5/17/10]

658. Objection to Disclosure Statement filed by C. Alan Krekel [Docket No. 4577; filed 5/17/10]

659. Objection to Disclosure Statement filed by Vincent Valloppillil [Docket No. 4578; filed 5/17/10]

660. Objection to Disclosure Statement filed by Donna Curtis, Burt Custis [Docket No. 4579; filed 5/17/10]

661. Objection to Global Settlement agreement Filed by Mallinath Suralikal [Docket No. 4580; filed 6/1/10]

662. Objection to Disclosure Statement filed by Robert Owen [Docket No. 4581; filed 5/17/10]

663. Objection to Disclosure Statement filed by Prithvi Raz Adhikarla [Docket No. 4582; filed 5/17/10]

664. Objection to Disclosure Statement filed by Herbert Buchholzer [Docket No. 4583; filed 5/20/10]

665. Objection to Disclosure Statement filed by Chris P. Riley [Docket No. 4584; filed 5/17/10]

RLF1 3588025v. 1

666. Objection to Disclosure Statement filed by Ronald Scott [Docket No. 4585; filed 5/20/10]

667. Objection to Disclosure Statement filed by Richard S. Wisz [Docket No. 4586; filed 5/17/10]

668. Objection to Disclosure Statement filed by Henry Ma [Docket No. 4587; filed 5/17/10]

669. Objection to Disclosure Statement filed by Burhan and Hortice Ozer [Docket No. 4588; filed 5/20/10]

670. Objection to Disclosure Statement filed by Pete Litgen [Docket No. 4589; filed 5/17/10]

671. Objection to Disclosure Statement filed by James Day [Docket No. 4590; filed 5/17/10]

672. Objection to Disclosure Statement filed by David C Koupai [Docket No. 4591; filed 5/17/10]

673. Objection to Disclosure Statement filed by Narineh Moradkhanian [Docket No. 4592; filed 5/17/10]

674. Objection to Disclosure Statement filed by Shane Lawson [Docket No. 4593; filed 5/17/10]

675. Objection to Disclosure Statement filed by Donald Martinolich [Docket No. 4594; filed 5/17/10]

676. Objection to Disclosure Statement filed by Stamenka Velickovic [Docket No. 4595; filed 5/20/10]

677. Objection to Disclosure Statement filed by Walter Philpot [Docket No. 4596; filed 5/20/10]

678. Objection to Disclosure Statement filed by Gary R. Campbell [Docket No. 4597; filed 5/21/10]

679. Objection to Disclosure Statement filed by Edvard-Ragnar Fackner [Docket No. 4598; filed 5/21/10]

680. Letter re: Objection to Disclosure Statement filed by Lawrence E. Dyal [Docket No. 4599; filed 5/21/10]

681. Objection to Disclosure Statement filed by Wilson Lui, Pamela Chang, Michael Chang [Docket No. 4600; filed 5/28/10]

682. Objection to Disclosure Statement filed by Gary Angoluan Deveraturda [Docket No. 4601; filed 5/28/10]

683. Objection to Disclosure Statement Filed by Clifton Theador Tramble [Docket No. 4602; filed 6/2/10]

684. Objection to Disclosure Statement Filed by Donetta Joann Tramble [Docket No. 4603; filed 6/2/10]

685. Objection to Disclosure Statement Filed by Rajendra K Puri [Docket No. 4604; filed 5/17/10]

686. Objection to Disclosure Statement Filed by Olaf Muller [Docket No. 4605; filed 5/17/10]

687. Objection to Disclosure Statement Filed by Christe Harris [Docket No. 4606; filed 5/17/10]

688. Objection to Disclosure Statement Filed by Angela Collins [Docket No. 4607; filed 5/17/10]

689. Objection to Disclosure Statement Filed by Tuyetle Crouch [Docket No. 4608; filed 5/17/10]

690. Objection to Disclosure Statement Filed by Mitchel & Marlene Jack [Docket No. 4609; filed 5/17/10]

691. Objection to Disclosure Statement Filed by Chuong Vu [Docket No. 4610; filed 5/17/10]

692. Objection to modification of Global Settlement Agreement Filed by Mallinath Suralikal [Docket No. 4612; filed 6/2/10]

693. Objection to Disclosure Statement Filed by Darrell Wayne Tramble [Docket No. 4613; filed 6/2/10]

694. Objection (SECOND SUPLEMENTAL) of Individual Shareholders to Debtors' Motion for Approval of Disclosure Statement for the Joint Plan of Affiliated Debtors Filed by Sean Fitzgerald and Michael Rozenfled [Docket No. 4658; filed 6/9/10]

695. Supplemental Objection to the Disclosure Statement for the Third Amended Plan of Affiliated Debtors Filed by Blackwell Partners, LP and Nantahala Capital Partners, LP [Docket No. 4661; filed 6/10/10]

696. WMB Noteholder Group's Supplemental Objection to the Disclosure Statement for the Third Amended Joint Plan [Docket No. 4667; filed 6/11/10]

697. Lead Plaintiff's Supplemental Objection (A) to Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (B) to the Supporting Motion to Approve the

Disclosure Statement and Proposed Solicitation and Voting Procedures [Docket No. 4668; filed 6/11/10]

698. Consolidated Supplemental Objections by American National Insurance Company, *et al.*, to: (A) the Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan; and (B) the Disclosure Statement for the Third Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4670; 6/11/10]

699. Consolidated Supplemental Objections of Susanna Gouws Korn, Angelita Ravago, and Parties to be Named to: (A) the Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan; and (B) the Disclosure Statement for the Third Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4672; 6/11/10]

700. Statement of the Washington Mutual Inc. Noteholders Group Relating to the Debtors Disclosure Statement for the Third Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4674; filed 6/11/10]

701. Letter Response from Leo A. Rashkin

702. Letter Response from Anthony Truong

703. Letter Response from Minnie B. Miles

704. Letter Response from Jonathan Lee

705. Letter Response from Schofield and Mary Chen

706. Letter Response from Antonio Dell'Agli

707. Letter Response from Robert J. Staub

708. Letter Response from Roberta L. Thompson

709. Letter Response from Raymond Meng Zhong

710. Letter Response from Dong Ping Xia

711. Letter Response from Joan Utterback-Embden

712. Letter Response from Isaac dePeyer

713. Letter Response from Ravi Dusanapudi

714. Letter Response from Herbert Bucholzer

715. Letter Response from Rajneesh Chagania

716. Letter Response from Dolores Scobey

717. Letter Response from Erik Shutvet

718. Letter Response from Krista Shutvet

719. Letter Response from Nilam Tapiawala as Joint Account Holder for Trupti Mehta and Nilam Tapiawala

720. The California Department of Toxic Substances Control's Statement of Unresolved Objections to Debtor's Second Amended Disclosure Statement [Docket No. 4676; filed 6/11/2010]

721. Objection to Disclosure Statement filed by Michael K. McCune [Docket No. 4696; filed 6/14/10]

722. Objection of the United States Trustee to the Debtors' Motion for an Order, Pursuant to Sections 105, 502, 1125, 1126 and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020 (I) Approving the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan (Related to Docket Entry #3568) [Docket No. 4715; filed 6/16/10]

723. Amended Objection of the United States Trustee to the Debtors' Motion for an Order, Pursuant to Sections 105, 502, 1125, 1126 and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020 (I) Approving the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan (Related to Docket Entry #3568) [Docket No. 4717; filed 6/16/10]

724. Limited Supplemental Objection of the Bank of New York Mellon Trust Company, N.A. to Disclosure Statement for the Joint Plan and Related Solicitation Procedures Motion [Docket No. 4723; filed 6/16/10]

725. Second Supplemental Objection to the Disclosure Statement for the Fourth Amended Plan of Affiliated Debtors filed by Broadbill Investment Corp. [Docket No. 4734; filed 6/16/10]

726. Objection to Disclosure Statement filed by Tom & Tena Sdrales [Docket No. 4727; 6/15/10]

727. Objection to Disclosure Statement filed by Clarence M. Elstad [Docket No. 4726; 6/15/10]

728. Third Supplemental Objection of Individual Shareholders to Debtor' Motion for Approval of Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4813; filed 6/28/10]

729. Objection to Disclosure Statement filed by Richard Yu [Docket No. 4853; filed 7/2/2010]

730. Objection to Disclosure Statement filed by Doug Ping Xia [Docket No. 4854; filed 7/2/2010]

731. Supplemental Objection to the Disclosure Statement for the Fifth Amended Plan of Affiliated Debtors Filed by Blackwell Capital Partners, LLC and Nantahala Capital Partners, LP [Docket No. 4885; filed 7/6/10]

732. Response to Disclosure Statement with Respect to Second Amended Joint Plan of Affiliated Debtors Filed by Julia Sheridan [Docket No. 5022; filed 7/12/10]

733. Objection to Disclosure Statement Filed by Kathy Brattlof and Randy Brattlof [Docket No. 5024; filed 7/12/10]

Related Documents:

i.    Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2622; filed 3/26/10]

ii.   Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2623; filed 3/26/10]

iii.  Notice of Hearing to Consider Approval of Disclosure Statement with Respect to Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code Filed by George Sims & Associates Inc. [Docket No. 3245; filed 4/14/10]

iv.   First Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 3743; filed 5/16/10]

RLF1 3588025v. 1

v.       Disclosure Statement for the First Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 3745; filed 5/17/10]

vi.      Notice of Filing of (I) First Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (II) Disclosure Statement for the First Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 3746; filed 5/17/10]

vii.     Second Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4241; filed 5/21/10]

viii.    Disclosure Statement for the Second Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4242; filed 5/21/10]

ix.      Notice of Filing of (I) Second Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (II) Disclosure Statement for the Second Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4243; filed 5/21/10]

x.       Amended Notice of Hearing to Consider Approval of Disclosure Statement with Respect to Second Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4244; filed 5/21/10]

xi.      Third Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (II) Disclosure Statement for the Third Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Court [Docket No. 4456; filed 6/2/10]

xii.     Debtors' Omnibus Response to Objections to Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018, and 3020, (I) Approving the Proposed Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors Joint Plan [Docket No. 4462; filed 6/2/10]

xiii.    Disclosure Statement for the Third Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4470; filed 6/2/10]

xiv.     Notice of Filing of (I) Third Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (II) Disclosure Statement for the Third Amended Joint Plan of Affiliated Debtors

Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4477; filed 6/2/10]

xv. Notice of Filing of Revised Proposed Order (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan [Docket No. 4484; filed 6/2/10]

xvi. Debtors' Supplemental Omnibus Response to Objections to Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126 and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan [Docket No. 4684; filed 6/14/10]

xvii. Fourth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4688; filed 6/14/10]

xviii. Disclosure Statement for the Fourth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4689; filed 6/14/10]

xix. Notice of Filing of (I) Fourth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (II) Disclosure Statement for the Fourth Amended Joint Plan of Affiliated Debtors Pursuant Chapter 11 of the United States Bankruptcy Code [Docket No. 4691; filed 6/14/10]

xx. Fifth Amended Joint Plan of Affiliated Debtors to Chapter 11 of the United States Bankruptcy Code [Docket No. 4850; filed 7/1/10]

xxi. Disclosure Statement for the Fifth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4851; filed 7/1/10]

xxii. Notice of Filing of (I) Fifth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (II) Disclosure Statement for the Fifth Amended Plan Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4852; filed 7/1/10]

xxiii. Notice of Withdrawal of Docket No. 3711 [Docket No. 4875; filed 7/6/10]

69

xxiv. Notice of Filing of Proposed Letter Attachments to Disclosure Statement for the Fifth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4923; filed 7/8/10]

Status: The hearing regarding this matter is going forward.

29. Motion of the Washington Mutual, Inc. Noteholders Group for an Order Under 11 U.S.C. § 1112(b) Converting the Debtors' Cases to Chapter 7 or, in the Alternative, for an Order Under 11 U.S.C. § 1104(a) Appointing a Trustee to Administer the Debtors' Estates [Docket No. 3651; filed 5/4/10]

Objection Deadline: May 27, 2010 at 4:00 p.m. (EDT); Extended for the Debtors, the Official Committee of Unsecured Creditors, and Wells Fargo Bank, N.A. to a date to be determined

Objections/Responses Received:

A. Objection To Motion to Convert Case to a Chapter 7 or for the alternative, To Appoint a Trustee to Administer the Debtor's Estate Filed by Richard J. Vandehey [Docket No. 4072; filed 5/21/10]

B. Response To Motion to Convert Chapter 11 Case to a Case Under Chapter 7 Filed by Chris Stovic [Docket No. 4274; filed 5/20/10]

C. Bank Bondholders' Joinder in Motion of the Washington Mutual, Inc. Noteholders Group for an Order Under 11 U.S.C. § 1112(b), Converting These Chapter 11 Cases to Chapter 7, or, in the Alternative, for an Order Under 11 U.S.C. § 1104(a) Appointing a Trustee to Administer the Debtors' Estates [Docket No. 4395; filed 5/27/10]

D. Response of the Official Committee of Equity Security Holders to the Motion of the Washington Mutual, Inc. Noteholders Group for an Order Under 11 U.S.C. § 1112(b) Converting the Debtors' Cases to Chapter 7 or, in the Alternative, for an Order Under 11 U.S.C. § 1104(a) Appointing a Trustee to Administer the Debtors' Estates [Docket No. 4396; filed 5/27/10]

E. Response to Motion to Convert the Debtors' Cases to Chapter 7 Filed by Marilyn Howard [Docket No. 4411; filed 5/27/10]

Related Documents: None.

Status: The hearing regarding this matter is going forward as a status conference only.

30. Motion of the Consortium of Trust Preferred Security Holders to Compel Debtors to Produce Documents [Docket No. 3757; filed 5/17/10]

Objection Deadline: May 19, 2010 at 9:00 a.m. (EDT)

Objections/Responses Received:

A.  Debtors' Opposition to Motion of the Consortium of Trust Preferred Security Holders to Compel Debtors to Produce Documents [Docket No. 3806; filed 5/19/10]

B.  Declaration of Vaughan Petherbridge in Support of Debtors' Opposition to the Motion to Compel Filed by the Consortium of Trust Preferred Security Holders [Docket No. 3807; filed 5/19/10]

C.  Objections of the Office of Thrift Supervision to the Request of the Consortium of Trust Preferred Security Holders for the Production of Documents [Docket No. 4699; filed 6/15/10]

D.  The TPS Consortium's: (A) Second Supplemental Submission of Furtherance of Its Motion to Compel Debtors to Produce Documents; and (B) Request to Strike or Modify Confidentiality Order [Docket No. 4891; filed 7/7/10]

E.  Debtors' Response and Opposition to the TPS Consortium's (A) Second Supplemental Submission in Furtherance of its Motion to Compel Debtors to Produce Documents and (B) Request to Strike or Modify Confidentiality Order [Docket No. 4952; filed 7/9/10]

Related Documents:

i.  Motion of the Consortium of Trust Preferred Security Holders to Shorten Response Time and to Shorten Notice for Hearing on the Consortium's Motion to Compel Debtors to Produce Documents [Docket No. 3758; filed 5/17/10]

ii.  Order Shortening the Time to Consider Motion of the Consortium of Trust Preferred Security Holders to Compel Debtors to Produce Documents [Docket No. 3777; filed 5/18/10]

iii.  The TPS Consortium's: (A) Supplemental Submission in Furtherance of Its Motion to Compel Debtors' Production of Documents; and (B) Objection to the Debtors' Motion to Impose Discovery Limitations and Procedures [Docket No. 4471; filed 6/2/10]

Status: The hearing regarding this matter is going forward.

31.  Motion of the Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of JPMorgan Chase [Docket No. 4301; filed 5/25/10]

Objection Deadline:   June 2, 2010 at 4:00 p.m. (EDT) (proposed)

Objections/Responses Received:

A.   JPMorgan Chase Bank, N.A.'s Response to the Motion to Shorten Notice and Schedule Hearing on the Motion of the Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of JPMorgan Chase [Docket No. 4309; filed 5/25/10]

B.   JPMorgan Chase Bank, N.A.'s Objection to Motion of the Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of JPMorgan Chase [Docket No. 4475; filed 6/2/10]

C.   Debtors' Objection to the Motions of the Official Committee of Equity Security Holders for Directing the Examination of (I) JPMorgan Chase and (II) the FDIC and Third Parties [Docket No. 4476; filed 6/2/10]

D.   Supplemental Response of JPMorgan Chase Bank, N.A. to the Equity Committee's Motion for a New Rule 2004 Investigation; (ii) Opposition to Motion of Consortium of Trust Preferred Security Holders to Compel JPMorgan Chase to Produce Documents; and (iii) Motion of JPMorgan Chase Bank, N.A. for Entry of a Protective Order with Respect to Plan Objectors' Requests for Discovery [Docket No. 4739; filed 6/16/10]

E.   The Official Committee of Equity Security Holders' Omnibus Response in Further Support of Orders Authorizing Discovery from the Debtors, JPMorgan Chase and the FDIC [Docket No. 4872; filed 7/6/10]

F.   Omnibus Reply of JPMorgan Chase Bank, N.A. in Further Support of Its Motion for Entry of a Protective Order with Respect to Plan Objectors' Requests for Discovery [Docket No. 4879; filed 7/6/10]

G.   Supplemental Declaration of Brian D. Glueckstein [Docket No. 4881; filed 7/6/10]

Related Documents:

i.   Motion to Shorten Notice and Schedule Hearing on the Motion of the Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of JPMorgan Chase [Docket No. 4302; filed 5/25/10]

ii.  Order Shortening Notice and Scheduling Hearing on the Motion of the Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of JPMorgan Chase [Docket No. 4449; filed 6/2/10]

iii. Notice of Hearing [Docket No. 4450; filed 6/2/10]

RLF1 3588025v. 1

Status: The hearing regarding this matter is going forward.

32. Motion of the Official Committee of Equity Security Holders for an Order Directing Expedited Discovery Pursuant to Fed. R. Civ. P. 34(B), Fed. R. Bankr. P. 9006, 9014 and 7034, and Del. Bankr. LR 9006-1(E) [Docket No. 4343; filed 5/26/10]

Objection Deadline: June 2, 2010 at 12:00 p.m. (EDT)

Objections/Responses Received:

A. The Official Committee of Equity Security Holders' Omnibus Response in Further Support of Orders Authorizing Discovery from the Debtors, JPMorgan Chase and the FDIC [Docket No. 4872; filed 7/6/10]

B. Objection of the Official Committee of Unsecured Creditors to the Motion of the Official Committee of Equity Security Holders for an Order Directing the Expedited Discovery [Docket No. 4469; filed 6/2/10]

C. Debtors' Objection to the Motion of the Official Committee of Equity Security Holders for an Order Directing Expedited Discovery [Docket No. 4478; filed 6/2/10]

Related Documents:

i. Notice of Hearing [Docket No. 4445; filed 6/1/10]

Status: The Debtors believe that the Court already heard argument and denied this motion at the hearing held on June 3, 2010. See Hearing Transcript, page 89, line 24 to page 90, line 13. However, the Equity Committee filed an omnibus response listing this motion as a pending matter (although the motion is not addressed in the proposed form of order attached to the omnibus response). Therefore, this matter is set forth on the agenda solely to the extent referenced in the omnibus response and not previously addressed in the Court's ruling on June 3, 2010.

33. Motion of the Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of the FDIC and Certain Third Parties [Docket No. 4414; filed 5/28/10]

Objection Deadline: June 2, 2010 at 12:00 p.m. (EDT) (proposed)

Objections/Responses Received:

A. Objection of the Board of Governors of the Federal Reserve System to the Committee of Equity Security Holders' Motion for Relief Pursuant to Bankruptcy Rule 2004 [Docket No. 4459; filed 6/2/10]

RLF1 3588025v. 1

B.     Joinder of Third Party Goldman, Sachs & Co. in the Objection of the FDIC-Receiver to the Equity Committee's Motion for an Order Pursuant to Bankruptcy Rule 2004 [Docket No. 4461; filed 6/2/10]

C.     Objection to the Motion by the Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 Directing the Examination of Witnesses and Production of Documents from the U.S. Department of the Treasury, Including Former U.S. Treasury Secretary Henry M. Paulson, Jr. [Docket No. 4463; filed 6/2/10]

D.     Response and Reservation of Rights of Moody's Investors Service, Inc. to Motion of the Official Committee of Equity Security Holders for and Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of the FDIC and Certain Third Parties [Docket No. 4467; filed 6/2/10]

E.     Objection of the Office of Thrift Supervision to the Committee of Equity Security Holders' Motion for Relief Pursuant to Bankruptcy Rule 2004 [Docket No. 4473; filed 6/2/10]

F.     Debtors' Objection to the Motions of the Official Committee of Equity Security Holders for Directing the Examination of (I) JPMorgan Chase and (II) the FDIC and Third Parties [Docket No. 4476; filed 6/2/10]

G.     Objection and Reservation of Rights of Standard & Poor's Corporation to the Motion of Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of the FDIC and Certain Third Parties [Docket No. 4479; filed 6/2/10]

H.     Objection of the FDIC-Receiver to the Equity Committee's Motion for an Order Pursuant to Bankruptcy Rule 2004 [Docket No. 4483; filed 6/2/10]

I.     Response to the Objections Filed by the FDIC and Department of Treasury to the Equity Committee's Motion on Investigation and Examination [Docket No. 4702; filed 6/11/10]

J.     The Official Committee of Equity Security Holders' Omnibus Response in Further Support of Orders Authorizing Discovery from the Debtors, JPMorgan Chase and the FDIC [Docket No. 4872; filed 7/6/10]

Related Documents:

i.     Motion to Shorten Notice and Schedule Hearing on the Motion of the Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of the FDIC and Certain Third Parties [Docket No. 4415; filed 5/28/10]

RLF1 3588025v. 1

ii. Order Shortening Notice and Scheduling Hearing on the Motion of the Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of the FDIC and Certain Third Parties [Docket No. 4439; filed 6/1/10]

iii. Notice of Hearing [Docket No. 4441; filed 6/1/10]

Status: The hearing regarding this matter is going forward.

34. Debtors' Thirty-Eighth Omnibus (Non-Substantive) Objection to Claims [Docket No. 4498; filed 6/2/10]

Objection Deadline: June 21, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Objection to Disallowance of Claim #1535 Filed by Ralph Palmer [Docket No. 4718; filed 6/15/10]

B. Response to Omnibus Objection to Claims Filed by Patricia A. Bechtold [Docket No. 4721; filed 6/15/10]

C. Response to Debtors' Thirty-Eighth Omnibus (Non-Substantive) Objection to Claim Filed by Darlene J. Demetrick and R. Warren Demetrick [Docket No. 4725; filed 6/15/10]

D. Response to Debtors' Thirty-Eighth Omnibus (Non-Substantive) Objection to Claims, as Related to Claim Number 2368 [Docket No. 4774; filed 6/18/10]

E. Response to Omnibus Claims Objection(s) Filed by Patricia Davis [Docket No. 4775; filed 6/18/10]

F. Objection to Debtors' Omnibus Claims Objection(s) Filed by Cordell Hatch for Claim Filed by CJH LLC) [Docket No. 4776; filed 6/18/10]

G. Combined Response to Debtors' Thirty-Eighth, Thirty-Ninth, Fortieth, Forty-First and Forty-Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 4778; filed 6/18/10]

H. Objection to 40th Omnibus Objections to Claims with regard to Claim #3608 Filed by Celia T. Lucente [Docket No. 5049; filed 7/14/10]

Related Documents: None.

Status: The Debtors expect to adjourn the hearing with respect to the claims of the responding claimants to the omnibus hearing scheduled for August 10, 2010 at 1:30 p.m. (EDT) and are in the process of reaching out to the applicable claimants. The remaining claims are going forward and the Debtors will be

filing a certification of counsel indicating the lack of responses from such claimants. The individual status of each claim subject to this matter is listed on the attached <u>Exhibit N</u>.

35. Debtors' Thirty-Ninth Omnibus (Non-Substantive) Objection to Claims [Docket No. 4499; filed 6/2/10]

<u>Objection Deadline:</u>   June 21, 2010 at 4:00 p.m. (EDT)

<u>Objections/Responses Received:</u>

A.     Response to Debtors' Thirty-Ninth Omnibus (Non-Substantive) Objection to Claims Filed by Lawrence P. Finnegan [Docket No. 4722; filed 6/15/10]

B.     Combined Response to Debtors' Thirty-Eighth, Thirty-Ninth, Fortieth, Forty-First and Forty-Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 4778; filed 6/18/10]

<u>Related Documents:</u>  None.

<u>Status:</u> The Debtors expect to adjourn the hearing with respect to the claims of the responding claimants to the omnibus hearing scheduled for August 10, 2010 at 1:30 p.m. (EDT) and are in the process of reaching out to the applicable claimants. The remaining claims are going forward and the Debtors will be filing a certification of counsel indicating the lack of responses from such claimants.   The individual status of each claim subject to this matter is listed on the attached <u>Exhibit O</u>.

36. Debtors' Fortieth Omnibus (Non-Substantive) Objection to Claims [Docket No. 4500; filed 6/2/10]

<u>Objection Deadline:</u>   June 21, 2010 at 4:00 p.m. (EDT)

<u>Objections/Responses Received:</u>

A.     Response to Omnibus Claims Objection(s) Filed by Helen Burleson Kelso [Docket No. 4777; filed 6/21/10]

B.     Combined Response to Debtors' Thirty-Eighth, Thirty-Ninth, Fortieth, Forty-First and Forty-Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 4778; filed 6/18/10]

C.     Response to Debtors' Forty-First Omnibus (Non-Substantive) Objection to Claims Filed by Gloria J. McQueen [Docket No. 4799; filed 6/21/10]

D.     Response to Debtors' Forty-First Omnibus (Non-Substantive) Objection to Claims Filed by Celia T. Lucente [Docket No. 5049; filed 7/14/2010]

<u>Related Documents:</u>  None.

RLF1 3588025v. 1

Status: The Debtors expect to adjourn the hearing with respect to the claims of the responding claimants to the omnibus hearing scheduled for August 10, 2010 at 1:30 p.m. (EDT) and are in the process of reaching out to the applicable claimants. The remaining claims are going forward and the Debtors will be filing a certification of counsel indicating the lack of responses from such claimants. The individual status of each claim subject to this matter is listed on the attached Exhibit P.

37. Debtors' Forty-First Omnibus (Non-Substantive) Objection to Claims [Docket No. 4501; filed 6/2/10]

Objection Deadline: June 21, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Objection to Motion to Disallow and Expunge Claim No. 3795 Filed by Robert Rankel and Carlo Rankel [Docket No. 4703; filed 6/11/10]

B. Response to Debtors' Forty-First Omnibus (Non-Substantive) Objection to Claims Filed by Adele Plotkin [Docket No. 4724; filed 6/15/10]

C. Combined Response to Debtors' Thirty-Eighth, Thirty-Ninth, Fortieth, Forty-First and Forty-Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 4778; filed 6/18/10]

D. Response to Debtors' Forty-First Omnibus (Non-Substantive) Objection to Claims Filed by Genevieve Ann Smith [Docket No. 4779; filed 6/21/10]

E. Response to Debtors' Forty-First Omnibus (Non-Substantive) Objection to Claims Filed by Warren L. Serenbetz [Docket No. 4780; filed 6/21/10]

Related Documents: None.

Status: The Debtors expect to adjourn the hearing with respect to the claims of the responding claimants to the omnibus hearing scheduled for August 10, 2010 at 1:30 p.m. (EDT) and are in the process of reaching out to the applicable claimants. The remaining claims are going forward and the Debtors will be filing a certification of counsel indicating the lack of responses from such claimants. The individual status of each claim subject to this matter is listed on the attached Exhibit Q.

38. Debtors' Forty-Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 4502; filed 6/2/10]

Objection Deadline: June 21, 2010 at 4:00 p.m. (EDT)

A. Objection to alteration of claim Filed by C. J. LaScala [Docket No. 4697; filed 6/14/10]

B. Combined Response to Debtors' Thirty-Eighth, Thirty-Ninth, Fortieth, Forty-First and Forty-Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 4778; filed 6/18/10]

C. Letter Regarding Loss of Dividends and Principle Filed by Robert Luciene [Docket No. 4797; filed 6/22/10]

Related Documents: None.

Status: The Debtors expect to adjourn the hearing with respect to the claims of the responding claimants to the omnibus hearing scheduled for August 10, 2010 at 1:30 p.m. (EDT) and are in the process of reaching out to the applicable claimants. The remaining claims are going forward and the Debtors will be filing a certification of counsel indicating the lack of responses from such claimants. The individual status of each claim subject to this matter is listed on the attached Exhibit R.

39. Motion of the Official Committee of Equity Security Holders in Support of Order Directing Appointment of an Examiner Under 11 U.S.C. § 1104(c) [Docket No. 4644; filed 6/8/10]

Objection Deadline: June 14, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Debtors' Objection to the Motion to Shorten and Schedule Hearing on Motion of the Official Committee of Equity Holders in Support of Order Directing Appointment of an Examiner Under § 1104(c) [Docket No. 4649; filed 6/8/10]

B. Objection of the Official Committee of Unsecured Creditors to the Motion of the Official Committee of Equity Security Holders in Support of Order Directing Appointment of an Examiner under 11 U.S.C. § 1104(c) [Docket No. 4680; filed 6/14/10]

C. Objection by the Washington Mutual Inc. Noteholders Group to the Second Motion of the Official Committee of Equity Security Holders for an Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code [Docket No. 4681; filed 6/14/10]

D. JP Morgan Chase Bank, N.A.'s Response and Objection to Motion of the Official Committee of Equity Security Holders for an Order Directing

Appointment of an Examiner Under Section 1104(c) [Docket No. 4682; filed 6/14/10]

E.   Debtors' Objection to Renewed Motion of the Official Committee of Equity Security Holders in Support of Order Directing Appointment of An Examiner Under 11 U.S.C. Section 1104(c) [Docket No. 4683; filed 6/14/10]

F.   Objection of the FDIC-Receiver to the Equity Committee's Motion for an Order Directing Appointment of an Examiner Pursuant to Bankruptcy Code Section 1104(c)[Docket No. 4685; filed 6/14/10]

G.   Objection of Appaloosa, Aurelius, Centerbridge and Owl Creek to the Motion of the Official Committee of Equity Security Holders in Support of Order Directing Appointment of an Examiner Under 11 U.S.C. Section 1104(c) [Docket No. 4686; filed 6/14/10]

H.   Letter Regarding Motion of the Official Committee of Equity Security Holders in Support of Order Directing Appointment of an Examiner Under 11 U.S.C. Section 1104(c) filed by Steve Germano [Docket No. 4701; filed 6/11/10]

I.   Declaration of Benjamin I. Finestone, in Further Support of Debtors' Objection to Equity Committee's Renewed Motion for Appointment of an Examiner [Docket No. 4904; filed 7/7/10]

Related Documents:

i.   Motion to Shorten Notice and Schedule Hearing on Motion of the Official Committee of Equity Security Holders in Support of Order Directing Appointment of an Examiner Under 11 U.S.C. § 1104(C) [Docket No. 4645; filed 6/8/10]

ii.   Reply in Support of Motion to Shorten Notice and Schedule Hearing on Motion of the Official Committee of Equity Security Holders in Support of Order Directing Appointment of an Examiner Under 11 U.S.C. § 1104(C) [Docket No. 4651; filed 6/8/10]

iii.   Order Shortening Notice and Scheduling Hearing on Motion of the Official Committee of Equity Security Holders in Support of Order Directing Appointment of an Examiner Under 11 U.S.C. § 1104(c) [Docket No. 4655; filed 6/9/10]

iv.   Notice of Hearing [Docket No. 4656; filed 6/9/10]

v.   Reply in Support of Motion of the Official Committee of Equity Security holders in Support of Order Directing Appointment of Examiner Under 11 U.S.C. § 1104(c) [Docket No. 4720; filed 6/16/10]

RLF1 3588025v. 1

vi. The United States Trustee's Response in Support of the Motion of the Official Committee of Equity Security Holders in Support of Order Directing Appointment of Examiner Under 11 U.S.C. § 1104(c) (Docket Entry #4644) [Docket No. 4728; filed 6/16/10]

vii. Notice of Docketing of Order Denying the Motion of the Official Committee of Equity Security Holders for the Appointment of an Examiner [Docket No. 4785; filed 6/22/10]

viii. Notice of Hearing [Docket No. 4846; filed 7/1/10]

Status: The hearing regarding this matter is going forward.

40. Motion to Compel JPMC to Produce Documents [Docket No. 4729; filed 6/16/10]

Objection Deadline: June 17, 2010 at 9:00 a.m. (requested)

Objections/Responses Received:

A. Supplemental Response of JPMorgan Chase Bank, N.A. to the Equity Committee's Motion for a New Rule 2004 Investigation; (ii) Opposition to Motion of Consortium of Trust Preferred Security Holders to Compel JPMorgan Chase to Produce Documents; and (iii) Motion of JPMorgan Chase Bank, N.A. for Entry of a Protective Order with Respect to Plan Objectors' Requests for Discovery [Docket No. 4739; filed 6/16/10]

B. Opposition of the Official Committee of Equity Security Holders to JPMorgan Chase Bank, N.A.'s Motion for A Protective Order with Respect to Plan Objectors' Requests for Production [Docket No. 4849; filed 7/1/10]

C. Omnibus Reply of JPMorgan Chase Bank, N.A. in Further Support of Its Motion for Entry of A Protective Order With Respect to Plan Objectors' Requests for Discovery [Docket No. 4879; filed 7/6/10]

D. Supplemental Declaration of Brian D. Glueckstein [Docket No. 4881; filed 7/6/10]

Related Documents:

i. Motion of the Consortium of Trust Preferred Security Holders to Shorten Response Time and to Shorten Notice for Hearing on the Consortiums' Motion to Compel JPMC to Produce Documents [Docket No. 4730; filed 6/16/10]

Status: The hearing regarding this matter is going forward.

41. Supplemental Response of JPMorgan Chase Bank, N.A. to the Equity Committee's Motion for a New Rule 2004 Investigation; (ii) Opposition to Motion of Consortium of Trust Preferred Security Holders to Compel JPMorgan Chase to Produce

Documents; and (iii) Motion of JPMorgan Chase Bank, N.A. for Entry of a Protective Order with Respect to Plan Objectors' Requests for Discovery [Docket No. 4739; filed 6/16/10]

Objection Deadline: June 17, 2010 at 10:30 a.m. (EDT) (at the hearing)

Objections/Responses Received:

A.    Opposition of the Consortium of Trust Preferred Security Holders to Motion of JPMorgan Chase for Protective Order [Docket No. 4838; filed 7/1/10]

B.    Opposition of the Official Committee of Equity Security Holders to JPMorgan Chase Bank, N.A.'s Motion for A Protective Order with Respect to Plan Objectors' Requests for Production [Docket No. 4849; filed 7/1/10]

C.    The Official Committee of Equity Security Holders' Omnibus Response in Further Support of Entry of Orders Authorizing Discovery from the Debtors, JPMorgan Chase and the FDIC [Docket No. 4872; filed 7/6/10]

D.    Omnibus Reply of JPMorgan Chase Bank, N.A. in Further Support of Its Motion for Entry of A Protective Order With Respect to Plan Objectors' Requests for Discovery [Docket No. 4879; filed 7/6/10]

E.    Supplemental Declaration of Brian D. Glueckstein [Docket No. 4881; filed 7/6/10]

F.    The Texas Group's Response and Opposition to Motion of JPMorgan Chase Bank, N.A. for Entry of A Protective Order with Respect to the Plan Objector's Requests for Discovery [Docket No. 4866; filed 7/2/10]

Related Documents:

i.    Motion Pursuant to 9006-1(e) to Shorten Notice of Motion of JPMorgan Chase Bank, N.A. for Entry of a Protective Order with Respect to Plan Objectors' Requests for Discovery [Docket No. 4741; filed 6/16/10]

Status: The hearing regarding this matter is going forward.

42.    Motion of the Consortium of Trust Preferred Security Holders to Compel the Office of Thrift Supervision to Produce Documents [Docket No. 4868; filed 7/2/10]

Objection Deadline: July 7, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.    Opposition of the Office of Thrift Supervision to the Motion of the Consortium of Trust Preferred Security Holders to Compel Production [Docket No. 4890; filed 7/7/10]

i.      Motion of the Consortium of Trust Preferred Security Holders to Shorten Response Time and to Shorten Notice for Hearing on the Consortium's Motion to Compel Office of Thrift Supervision to Produce Documents [Docket No. 4867; filed 7/2/10]

Status: The hearing regarding this matter is going forward.

43.    The Texas Group's Motion to Compel Production of Documents from Debtors and to Exercise Its Right to Participate in General Discovery Available to all Parties [Docket No. 4869; filed 7/2/10]

Objection Deadline: July 7, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.     Debtors' Objection to Texas Group's Motion to Shorten Notice and Schedule Hearing [Docket No. 4873; filed 7/6/10]

Related Documents:

i.      Motion to Shorten Notice Period and Schedule Hearing [Docket No. 4870; filed 7/2/10]

Status: The hearing regarding this matter is going forward.

**V.    ADVERSARY PROCEEDING (CASE NO. 10-50911):**

44.    Debtors' Motion for an Order, Pursuant to Bankruptcy Rule 7042 and Section 105(A) of the Bankruptcy Code, (I) Consolidating the Debtors' Forty-Third and Forty-Fourth Omnibus Objections with Adversary Proceeding Commenced by Broadbill Investment Corp., and (II) Staying the Adversary Proceeding [Docket No. 4804; filed 6/24/10; Adversary Docket No. 23; filed 6/24/10]

Objection Deadline: July 13, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.     Objection to Debtors' Motion Seeking (A) to Consolidate the Debtor's Forty Third and Forty Fourth Objections to Claims with the Broadbill Adversary Proceeding, and (B) Staying the Broadbill Adversary Proceeding [Docket No. 5053; Adversary Docket No. 31; filed 7/15/10]

B.     Broadbill Investment Corp's Objection to Debtors' Motion for an Order (I) Consolidating the Debtors' Forty-Third and Forty-Fourth Omnibus Objections with Broadbill's Adversary Proceeding and (II) Staying Broadbill's Adversary Proceeding [Docket No. 5054; Adversary Docket No. 32; filed 7/15/10]

Related Documents:

i.  Notice of Rescheduled Omnibus Hearing Time for July 20, 2010 [Docket No. 4983; filed 7/12/10]

Status: The hearing regarding this matter is going forward.

Dated:  July 16, 2010
        Wilmington, Delaware

Respectfully submitted,

Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Travis A. McRoberts (No. 5274)
Julie A. Finocchiaro (No. 5303)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

– and –

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*

RLF1 3588025v. 1