# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WASHINGTON MUTUAL, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-12229 (MFW)<br><br>(Jointly Administered)<br>*Requested* Hearing Date: July 20, 2010 at 9:30 a.m.<br>*Requested* Objection Deadline: July 20, 2010 at 9:30 a.m. |

## MOTION FOR ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO FILE SUPPLEMENTAL STATEMENT IN SUPPORT OF MOTION FOR EXAMINER AND ON TIMING FOR RESOLUTION OF SHAREHOLDER MEETING UNDER SEAL

The Official Committee of Equity Security Holders (the "Equity Committee"), by and through its undersigned counsel, hereby submits this motion (the "Seal Motion"), pursuant to section 107 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9018-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), seeking an order, substantially in the form attached hereto as Exhibit A, authorizing the Equity Committee to file its *Supplemental Statement in Support of Motion for Examiner and on Timing for Resolution of Shareholder Meeting* (the "Supplemental Statement") under seal. In support thereof, the Equity Committee respectfully represents as follows:

## JURISDICTION

1. This Court has jurisdiction over these matters pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceedings pursuant to 28 U.S.C. § 157(b). Venue is proper in this district

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Washington Mutual, Inc. (3725) and WMI Investment Corp. (5396). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The predicates for the relief requested herein are section 107 of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1.

## BACKGROUND

3. The relevant background facts are set forth in the Supplemental Statement, filed contemporaneously herewith, and incorporated herein by reference.[2]

## RELIEF REQUESTED

4. By this Seal Motion, the Equity Committee respectfully requests that the Court enter an order authorizing the Equity Committee to file the Supplemental Statement under seal, and directing that the Supplemental Statement remain under seal, and not made available to anyone except the Court, counsel for the Debtors, the Office of the United States Trustee, counsel to JPMorgan Chase, and counsel to the FDIC (all of which shall receive a copy of the Supplemental Statement) or others upon further Court order.

## BASIS FOR RELIEF REQUESTED

5. Section 107(b) of the Bankruptcy Code provides this Court with the authority to issue orders that will protect entities from potential harm that may result from the disclosure of certain information. The section provides, in relevant part:

> (b) On request of a party in interest, the bankruptcy court shall . . .
> (1) protect an entity with respect to a trade secret or confidential research, development, or commercial information . . . .

11 U.S.C. § 107(b).

6. Bankruptcy Rule 9018 sets forth the procedures by which a party may move for relief under section 107(b) of the Bankruptcy Code, and provides, in relevant part: "the court

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Supplemental Statement.

{00424229;v1} 2

may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information." Fed. R. Bankr. P. 9018. Local Rule 9018-1(b) requires that a party seeking to file documents under seal file a motion to that effect, and expressly contemplates orders authorizing the filing of future documents under seal. Del. Bankr. L.R. 9018-1(b).

7. The Supplemental Statement may relate to the substance of the discussion between the parties and the Court during the Chambers conference held on July 8, 2010. Because the Chambers conference was not open to the public, and out of an abundance of caution, the Equity Committee respectfully requests that it be permitted to file the Supplemental Statement under seal to protect the confidential discussions that occurred in Chambers.

## NOTICE

8. Notice of this Seal Motion has been provided to (i) the United State Trustee; (ii) counsel to the Debtors; and (iii) those parties who have requested service pursuant to Bankruptcy Rule 2002, in accordance with Local Rule 2002-1(b). In light of the nature of the relief requested herein, the Equity Committee submits that no other or further notice need be provided.

## NO PRIOR REQUEST

9. No previous request for the relief requested herein has been made to this or any other court.

## CONCLUSION

WHEREFORE, for the reasons set forth above, the Equity Committee respectfully requests that the Court enter an order, substantially in the form attached hereto as Exhibit A, granting the relief requested herein and awarding such other and further relief that the Court deems just and proper.

Dated: July 19, 2010
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

/s/ William P. Bowden

William P. Bowden (DE Bar No. 2553)
Gregory A. Taylor (DE Bar No. 4008)
Stacy L. Newman (DE Bar No. 5044)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile : (302) 654-2067
wbowden@ashby-geddes.com
gtaylor@ashby-geddes.com
snewman@ashby-geddes.com

-and-

**SUSMAN GODFREY, L.L.P.**
Stephen D. Susman (NY Bar No. 3041712)
Seth D. Ard (NY Bar No. 4773982)
654 Madison Avenue, 5th Floor
New York, NY 10065
ssusman@susmangodfrey.com
sard@susmangodfrey.com

Parker C. Folse, III (WA Bar No. 24895)
Edgar Sargent (WA Bar No. 28283)
Justin A. Nelson (WA Bar No. 31864)
1201 Third Ave., Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
pfolse@susmangodfrey.com
esargent@susmangodfrey.com
jnelson@susmangodfrey.com

*Co-Counsel to the Official Committee of Equity Security Holders of Washington Mutual, Inc. et al.*