# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x
:
*In re:*                                       :          **Chapter 11**
:
**WASHINGTON MUTUAL, INC., et al.,**[1]    :        **Case No. 08-12229 (MFW)**
:
:        **(Jointly Administered)**
          **Debtors.**                     :
:
-------------------------------------------------------------x
-------------------------------------------------------------x
:
**BROADBILL INVESTMENT CORP.**     :
:
:
**Plaintiff,**                        :
:
**v.**                                  :        **Adversary Proc. No. 10-50911 (MFW)**
:
**WASHINGTON MUTUAL, INC.,**        :
:
**Defendant**                      :
-------------------------------------------------------------x

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JULY 20, 2010 AT 9:30 A.M. (EDT)

## I.    CONTINUED AND/OR RESOLVED MATTERS:

1.    Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1087; filed 5/29/09]

     Objection Deadline: June 22, 2009 at 4:00 p.m. (EDT)

     Objections/Responses Received:

     A.    Schindler Family Trust's Response to Debtors' First Omnibus Objection to Claims [Docket No. 1190; filed 6/22/09]

---

[1]   The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

[2]   **Amended/Added agenda items are noted in bold.**

Related Documents:

i. Amendment to Notice of Debtors' Omnibus Objections to Claims [Docket No. 1177; filed 6/18/09]

ii. Notice of Submission of Copies of Proofs of Claims Relating to Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1292; filed 7/13/09]

iii. Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1364; filed 7/22/09]

iv. Notice of Withdrawal [Docket No. 1367; filed 7/22/09]

v. Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1368; filed 7/22/09]

vi. Order Granting Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1469; filed 8/10/09]

vii. Debtors' Omnibus Reply to Responses to Debtors' First (1st), Fifth (5th), Sixth (6th), Eighth (8th) and Ninth (9th) Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

viii. Debtors' Reply to Response and Opposition of Schindler Family Trust to Debtors' First Omnibus Claims Objection [Docket No. 3498; filed 4/16/2010]

Status: The hearing on this matter is continued to a date to be determined. The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit A.

2. Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1233; filed 6/26/09]

Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Response to Debtors' Objection to the Claim of Andrew J. Eshenbach [Docket No. 1329; filed 7/15/09]

B. Memorandum of Points and Authorities in Opposition to Debtor's Fifth Omnibus (Substantive) Objection to Claim [Docket No. 1331; filed 7/15/09]

C. Response of William Finzer to Debtors' Fifth Omnibus Objection to Claims [Docket No. 1476; filed 8/12/09]

Related Documents:

i.     Notice of Submission of Copies of Proofs of Claims Relating to Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1294; filed 7/13/09]

ii.    Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

iii.   Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Objection to Claims [Docket No. 1366; filed 7/22/09]

iv.    Notice of Withdrawal [Docket No. 1367; filed 7/22/09]

v.     Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

vi.    Order Granting Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1466; filed 8/10/09]

vii.   Debtors' Omnibus Reply to Responses to Debtors' First (1st), Fifth (5th), Sixth (6th), Eighth (8th) and Ninth (9th) Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

viii.  Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

ix.    Order (Second) Granting Debtors' Fifth Omnibus (Substantive) Objection To Claims [Docket No. 1826; filed 11/3/09]

x.     Scheduling Order with Respect to Hearing on Employee Claims [Docket No. 1924; filed 11/20/09]

Status: The Court has entered an order resolving certain claims subject to this matter. The hearing regarding the remaining claims is continued to dates to be determined. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit B.

3.     Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1234; filed 6/26/09]

Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.     Claimant Julie Morales' Response to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1300; filed 7/13/09]

3

B.  Objection to Debtors' Sixth Omnibus (Substantive) Objection to Claims Filed by Brian T. Foster [Docket No. 1301; filed 7/13/09]

C.  Response of Bruce Alan Weber to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1302; filed 7/13/09]

D.  Response by John S. Pereira as Chapter 11 Trustee of Maywood Capital Corp., et al. in Opposition to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1314; filed 7/15/09]

E.  Response of Jeffrey P. Weinstein to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1320; filed 7/15/09]

F.  Response to Debtors' Sixth Omnibus (Substantive) Objection to Claims Filed by Michele Susanne Grau-Iversen [Docket No. 1336; filed 7/16/09]

G.  Response of Stephen E. Whittaker to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1337; filed 7/16/09]

H.  Response of John H. Murphy to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1338; filed 7/16/09]

I.  Supplemental Response by John S. Pereira as Chapter 11 Trustee of MayWood Capital Corp., et al. in Opposition to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1640; 9/23/09]

Related Documents:

i.  Notice of Submission of Copies of Proofs of Claims Relating to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1295; filed 7/13/09]

ii.  Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

iii.  Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Objection to Claims [Docket No. 1366; filed 7/22/09]

iv.  Notice of Withdrawal re: Docket No. 1364 and 1365 [Docket No. 1367; filed 7/22/09]

v.  Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

vi.  Declaration of Rishi Jain in Further Support of Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1388; filed 7/27/09]

RLF1 3591659v. 1

vii. Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1467; filed 8/10/09]

viii. Debtors' Omnibus Reply to Responses to Debtors' First (1st), Fifth (5th), Sixth (6th), Eighth (8th) and Ninth (9th) Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

ix. Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

x. Second Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1579; filed 9/3/09]

xi. Third Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1827; filed 11/3/09]

xii. Scheduling Order with Respect to Hearing on Employee Claims [Docket No. 1924; filed 11/20/09]

xiii. Notice of Withdrawal of Proof of Claim (Claim No. 2675 filed by John S. Pereira, as Chapter 11 Trustee of Maywood Capital Corp., et al.) [Docket No. 3618; filed 4/30/2010]

Status: The Court entered an order resolving certain claims subject to this matter. The hearing regarding the employee claims litigation is continued to a date to be determined. The hearing regarding the remaining claims is continued to the omnibus hearing scheduled for August 10, 2010 at 1:30 p.m. (EDT). The individual status of each remaining claim subject to this matter is listed on the attached Exhibit C.

4. Plaintiffs' Buus *et al.* Motion for Relief from the Automatic Stay [Docket No. 1568; filed 9/1/09]

Objection Deadline: October 21, 2009 at 4:00 p.m. (EDT); extended to January 11, 2010

Objections/Responses Received:

A. Debtors' Objection to Movants' Buus et al. Motion for Relief from the Automatic Stay [Docket No. 1942; filed 11/25/09]

B. Response of JPMorgan Chase Bank, National Association to Debtors' Objection to Movants' Buus *et al.* Motion for Relief from the Automatic Stay [Docket No. 1985; filed 12/10/09]

Related Documents:

i. Notice of Rescheduled Hearing on Motion [Docket No. 1944; filed 11/30/09]

RLF1 3591659v. 1

Status: The hearing on this matter is continued to a date to be determined.

5. Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1701; filed 10/7/09]

Objection Deadline: October 21, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Objection of JPMorgan Chase Bank, N.A. to the Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1746; filed 10/21/09]

Related Documents: None.

Status: The hearing on this matter is continued to a date to be determined.

6. Debtors' Objection to Proof of Claim Filed by Egencia LLC (Claim No. 3678) [Docket No. 2083; filed 1/4/10]

Objection Deadline: January 18, 2010 at 4:00 p.m. (EST)

Objections/Responses Received: None.

Related Documents:

i. Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Objection to Proof of Claim Filed by Egencia, LLC (Claim No. 3678) [Docket No. 2146; filed 1/14/10]

ii. Certification of Counsel Regarding Stipulation and Agreement Between Washington Mutual, Inc. and Egencia LLC Reducing and Allowing Proof of Claim No. 3678 [Docket No. 4999; filed 7/13/10]

iii. Order Approving Stipulation and Agreement Between Washington Mutual, Inc. and Egencia LLC Reducing and Allowing Proof of Claim Number 3127 [Docket No. 5025; filed 7/14/10]

Status: On July 14, 2010, the Court entered an order with respect to this matter. Accordingly, no hearing on this matter is necessary.

7. Debtor's Nineteenth Omnibus (Substantive) Objection to Claims (Litigation Claims) [Docket No. 2087; filed 1/5/2010]

Objection Deadline: January 25, 2010 at 4:00 p.m. (EST)

RLF1 3591659v. 1

Objections/Responses Received:

A.     Response from Claimants Silas B. Wrigley and Barbara S. Wrigley to Debtors' Nineteenth Omnibus (Substantive) Objection to Claims (Litigation Claims) [Docket No. 2202; filed 1/22/2010]

B.     Bert and Linda Barbers' Response to Objection to Claims [Docket No. 2204; filed 1/22/2010]

C.     Response of Lisa Costantino, Executor of the Estate of Elaine DiNaples, to Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [Docket No. 2211; filed 1/25/2010]

D.     Response and Opposition to Debtors' Nineteenth Omnibus (Substantive) Objection to Claim No. 568 Filed by Richard J. McCord, Esq., Chapter 7 Trustee of the Estate of Yandoli Foods, Inc. [Docket No. 2216; filed 1/25/2010]

E.     Response to Debtors Nineteenth Omnibus (Substantive) Objection to Claims filed by Law Offices of Charles Nathan Regarding Claimant Melissa Gonell [Docket No. 2217; filed 1/25/2010]

F.     Claimant's Response to Debtors Nineteenth Omnibus (Substantive) Objection to Claims filed by Ernest J. Ciccotelli [Docket No. 2218; filed 1/25/2010]

Related Documents:

i.     Notice of Submission of Copies of Proofs of Claims (Substantive) Relating to Debtors' Nineteenth Omnibus Objection to Claims [Docket No. 2147; filed 1/14/2010]

ii.    Debtor's Omnibus Reply to Responses to Debtors Nineteenth (19th) Omnibus (Substantive) Objection to Claims (Wrong Party Litigation Claims) [Docket No. 2308; filed 2/2/2010]

iii.   Order Granting Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [Docket No. 2321; filed 2/5/2010]

iv.    Corrected Order Granting Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [Docket No. 2494; filed 3/11/2010]

v.     Debtors' Second Omnibus Reply to Responses to Debtors' Nineteenth (19th) Omnibus (Substantive) Objection to Claims (Wrong Party Litigation Claims) [Docket No. 3444; filed 4/15/2010]

vi.    Motion to Adjourn Hearing on Claim Objection or for Expedited Consideration of the Motion of Silas B. Wrigley and Barbara Wrigley for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to Proceed

RLF1 3591659v. 1

with Her Action Against Debtor Washington Mutual, Inc. Pending in the Superior Court for Butte County, California [Docket No. 3526; filed 4/16/2010]

vii.   Notice of Withdrawal of Docket No. 3526 [Docket No. 3538; filed 4/19/2010]

viii.   Request for A Status and Scheduling Conference [Docket No. 4927; filed 78/10]

Status: A status conference regarding the Wrigley claim and Wrigley stay relief motion will go forward. The hearing regarding the remaining claims is continued to a date to be determined. The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit D.

8.   Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [Docket No. 2310; filed 2/2/10]

Objection Deadline: February 16, 2010 at 4:00 p.m. (EST)

Objections/Responses Received:

A.   Response by Wellborn Cabinet Inc. to Objection to Claim [Docket No. 2365; filed 2/16/10]

B.   Response to Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Filed by Hovanes John and Linda Reed Bekeredjian [Docket No. 2391; filed 2/16/10]

Related Documents:

i.   Notice of Submission of Copies of Proofs of Claim (Substantive) Relating to Debtors' Twenty-First Omnibus Objection to Claims [Docket No. 2382; filed 2/18/10]

ii.   Order Granting Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [Docket No. 2458; filed 3/4/10]

iii.   Debtors' Omnibus Reply to Responses to Debtors' Twenty-First (21st) Omnibus (Substantive) Objection to Claims (Wrong Party Litigation Claims) [Docket No. 3445; filed 4/15/10]

iv.   Certification of Counsel Regarding Stipulation and Agreement Between Washington Mutual, Inc. and Oracle USA, Inc. Reducing and Allowing Proof of Claim Number 3127 [Docket No. 4794; filed 6/23/10]

Status: The hearing on this matter is continued to a date to be determined with respect to two remaining claims, and is continued to the omnibus hearing

scheduled for August 10, 2010 at 1:30 p.m. (EDT) with respect to the Oracle claim. The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached <u>Exhibit E</u>.

9.  Debtor's Twenty-Third Omnibus (Substantive) Objection to Claims (Claim Nos. 2463, 2470, 2500, and 2505) [Docket No. 2443; filed 3/1/10]

<u>Objection Deadline</u>: March 15, 2010 at 4:00 p.m. (EDT)

<u>Objections/Responses Received</u>:

A.  Response of Denise Cassese, George Rush, Richard Schroer and Whalen & Tusa, P.C., Individually and as Representatives for the Certified Class, to Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims (Claim Nos. 2463, 2470, 2500, and 2505) [Docket No. 3051; filed 4/5/10]

B.  (Amended) Response of Denise Cassese, George Rush, Richard Schroer and Whalen & Tusa, P.C., Individually and as Representatives for the Certified Class, to Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims (Claim Nos. 2463, 2470, 2500, and 2505) [Docket No. 3060; filed 4/6/10]

<u>Related Documents</u>:

i.  Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims [Docket No. 3079; filed 4/7/10]

<u>Status</u>: The hearing on this matter is adjourned until such time as the District Court for the Eastern District of New York determines the Debtors' liability, if any. The individual status of each remaining claim subject to this matter is listed on the attached <u>Exhibit F</u>.

10.  Debtors' Objection to Proof of Claim of Tranquility Master Fund, Ltd. (Claim No. 2206) [Docket No. 2531; filed 3/15/2010]

<u>Objection Deadline</u>:  March 29, 2010 at 4:00 p.m. (EDT);
Extended to May 4, 2010 at 5:00 p.m. (EDT);
Extended to May 24, 2010 at 5:00 p.m. (EDT)
for Debtors' reply; Extended to June 17, 2010
for Debtors' reply

<u>Objections/Responses Received</u>:

A.  Tranquility Master Fund, Ltd.'s Response to Debtors' Objection to Proof of Claim No. 2206 [Docket No. 3641; filed 5/4/10]

RLF1 3591659v. 1

B.   Debtors' Reply to Tranquility Master Fund, Ltd.'s Response to Debtors' Objection to Proof of Claim No. 2206 [Docket No. 4763; filed 6/17/10]

Related Documents:

i.   Tranquility Master Fund, Ltd.'s Motion for an Order Extending the Response Deadline to Certain Claims Objections [Docket No. 2612; filed 3/24/2010]

ii.   Order Approving Stipulation Establishing Schedule with Respect to Debtors' Objection to Proof of Claim of Tranquility Master Fund, Ltd. (Claim No. 2206) [Docket No. 3499; filed 4/16/2010]

Status: Tranquility Master Fund, Ltd.'s motion for an order extending the response deadline has been withdrawn as moot per the Order Approving Stipulation Establishing Schedule with Respect to Debtors' Objection to Proof of Claim of Tranquility Master Fund, Ltd. (Claim No. 2206) [Docket No. 2612; filed 4/16/2010]. The hearing regarding the Debtors' objection to the claim is continued to a date to be determined.

11.   Debtors' Twenty-Eighth Omnibus (Substantive) Objection to Claims Filed by Claimants Gregory Bushansky, Dana Marra, Marina Ware, Ontario Teachers' Pension Plan Board, and Brockton Contributory Retirement System (Claim Nos. 999, 1001, 1002, 1003, 2759, 2761 and 2763) Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 2554; filed 3/18/10]

Objection Deadline:   April 5, 2010 at 4:00 p.m. (EDT); extended to April 9, 2010

Objections/Responses Received: None.

Related Documents:

i.   Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Twenty-Eighth Omnibus (Substantive) Objection to Claims [Docket No. 3083; filed 4/7/10]

ii.   Order Granting Debtors' Twenty-Eighth Omnibus Objection (Substantive) to Claims Filed by Claimants Ontario Teachers' Pension Plan Board and Brockton Contributory Retirement System Pursuant to Section 510(b) of the Bankruptcy Code (Claim Nos. 2759, 2761 and 2763) [Docket No. 3814; filed 5/19/10]

Status: The hearing on this matter is continued to a date to be determined. The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit G.

RLF1 3591659v. 1

12. Debtors' Objection to Proof of Claim filed by the Oregon Department of Revenue (Claim No. 3693) [Docket No. 3196; filed 4/14/10]

   Objection Deadline: April 29, 2010 at 4:00 p.m. (EDT)

   Objections/Responses Received:

   A. Response of the Oregon Department Of Revenue to Debtors' Objection to Proof of Claim No. 3693 [Docket No. 3599; filed 4/29/10]

   B. Amended Response of the Oregon Department Of Revenue to Debtors' Objection to Proof of Claim No. 3693 [Docket No. 3600; filed by 4/29/10]

   Related Documents: None.

   Status: The hearing on this matter is continued to a date to be determined.

13. Debtors' Objection to Proof of Claim Filed by The State of Maine Bureau of Revenue Services (Claim No. 3130) [Docket No. 3596; filed 4/28/10]

   Objection Deadline: May 17, 2010 at 4:00 p.m. (EDT)

   Objections/Responses Received:

   A. Response of the State of Maine Bureau of Revenue Services to Debtors' Objection to Claim Number 3130 [Docket No. 3755; filed 5/17/10]

   Related Documents: None.

   Status: The hearing on this matter is continued to a date to be determined.

14. Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims [Docket No. 3771; filed 5/17/10]

   Objection Deadline: June 3, 2010 at 4:00 p.m. (EDT)

   Objections/Responses Received:

   B. Response of ADT Security Services, Inc. to Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims [Docket No. 4648; filed 6/8/10]

   Related Documents:

   iii. Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims [Docket No. 4623; filed 6/4/10]

   iv. Certification of Counsel Regarding Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims [Docket No. 4708; filed 6/15/10]

RLF1 3591659v. 1

Status: The hearing on this matter with respect to certain claims is continued to the omnibus hearing scheduled for August 10, 2010 at 1:30 p.m. (EDT) and to August 24, 2010 at 2:00 p.m. with respect to the ADT claim. On June 15, 2010, the Debtors submitted a revised form of order under certification of counsel. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit I.

15. Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims [Docket No. 3772; filed 5/17/10]

Objection Deadline:   June 3, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.    Creditor James D. Sage's Response to Debtors' Thirty-Fourth Omnibus Objection to Claims [Docket No. 4423; filed 6/8/10]

Related Documents:

i.    Order Granting Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims [Docket No. 4756; filed 6/17/10]

Status: The hearing on this matter with respect to certain claims is continued to the omnibus hearing scheduled for August 24, 2010 at 2:00 p.m. (EDT). The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit J.

16. Debtors' Amended Thirty-Second Omnibus (Substantive) Objection to Claims (Claim Nos. 3812, 2689, 3174, 3179, 3187) [Docket No. 3801; filed 5/18/10]

Objection Deadline:   May 24, 2010 at 4:00 p.m. (EDT), extended to June 4, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:  None.

A.    Informal response received from JPMorgan.

Related Documents:

i.    Debtors' Thirty-Second Omnibus (Substantive) Objection to Claims (Claim Nos. 3515, 2689, 3174, 3179, 3187) [Docket No. 3667; filed 5/5/10]

ii.    Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Thirty-Second Omnibus (Substantive) Objection to Claim Numbers 3515, 2689, 3174, 3179, 3187 [Docket No. 4621; filed 6/4/10]

RLF1 3591659v. 1

iii. Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Amended Thirty-Second Omnibus (Substantive) Objection to Claim Numbers 3515, 2689, 3174, 3179, 3187 [Docket No. 4622; filed 6/4/10]

Status: The hearing regarding this matter is continued to the omnibus hearing scheduled for August 10, 2010 at 1:30 p.m. (EDT). The individual status of each remaining claim subject to this matter is listed on the attached Exhibit H.

17. Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [Docket No. 3802; filed 5/18/10]

Objection Deadline: June 4, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Response of Marc P. Wane to Debtors' Thirty-Fifth Omnibus (Non-Substantive) Objection to Claims [Docket No. 4614; filed 6/2/10]

B. Response of Geoffey Olsen to Debtors' Thirty-Fifth Omnibus (Non-Substantive) Objection to Claims [Docket No. 4615; filed 6/2/10]

Related Documents:

i. Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [Docket No. 4624; filed 6/4/10]

ii. Order Granting Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [Docket No. 4769; filed 6/18/10]

Status: The hearing on this matter with respect to certain claims is continued to the omnibus hearing scheduled for August 10, 2010 at 1:30 p.m. (EDT). The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit K.

18. Debtors' Thirty-Sixth Omnibus (Substantive) Objection to Claims [Docket No. 3803; filed 5/18/10]

Objection Deadline: June 4, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received: None.

Related Documents:

i. Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Thirty-Sixth Omnibus (Substantive) Objection to Claims [Docket No. 4625; filed 6/4/10]

13

ii.    Certification of Counsel Regarding Debtors' Thirty-Sixth Omnibus (Substantive) Objection to Claims [Docket No. 4711; filed 6/15/10]

Status: The hearing regarding this matter is continued to the omnibus hearing scheduled for August 10, 2010 at 1:30 p.m. (EDT). While no responses were received before the response deadline, before entering the proposed order the Court has requested certain information about these claims and the Debtors are working with JPMorgan Chase to gather such information. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit L.

19.    Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Claims Filed by Plaintiffs in the Buus Action [Docket No. 4043; filed 5/20/10]

Objection Deadline:   June 7, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:  None.

Related Documents:

i.    Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Claims [Docket No. 4626; filed 6/4/10]

Status: The hearing on this matter is continued to a date to be determined. The individual status of each claim subject to this matter is listed on the attached Exhibit M.

20.    Debtors' Objection to Proof of Claim Filed by Principal Financial Group, Inc. (Claim No. 3835) Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 4497; filed 6/2/10]

Objection Deadline:   June 21, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.    Response of Principal Financial Group, Inc. to Debtors' Objection to Proof of Claim Filed by Principal Financial Group, Inc. (Claim No. 3835) Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 4836; filed 7/1/10]

Related Documents:

i.    Notice of Submission of Copy of Proof of Claim Relating to Debtors' Objection to Proof of Claim Filed by Principal Financial Group, Inc. (Claim No. 3835) Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 4802; filed 6/24/10]

14

Status: The hearing regarding this matter is continued to the omnibus hearing scheduled for August 24, 2010 at 2:00 p.m. (EDT).

21. Debtors' Forty-Third Omnibus (Substantive) Objection to Claims [Docket No. 4749; filed 6/16/10]

Objection Deadline: July 6, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Objection to Debtors Forty Third Omnibus (Substantive) Objection to Claims Filed by Thomas E. Menake [Docket No. 4814; filed 6/28/10]

B. Objection to Debtors Forty Third Omnibus (Substantive) Objection to Claims Filed by Thomas E. Menake [Docket No. 4815; filed 6/28/10]

C. Response of Yaw M. Mensah, Dime LTW Claimant #95, to Notice of Debtors' Forty-Third Omnibus (Substantive) Objection to Claims [Docket No. 4842; filed 6/29/10]

D. Response to Debtors' Forty-Third Omnibus (Substantive) Objection to Claims Filed by Joseph T. Kelm [Docket No. 4859; filed 7/2/10]

E. Response to Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Mary C. McAndrews [Docket No. 4860; filed 7/2/10]

F. Response to Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Alan Laties [Docket No. 4861; filed 7/2/10]

G. Response to Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Alphonso Meo, Jr. [Docket No. 4862; filed 7/2/10]

H. Objection to Debtors Forty Third Omnibus (Substantive) Objection to Claims Filed by Lawrence Grech [Docket No. 4865; filed 7/2/10]

I. Response to Debtors' Forty-Third and Forty-Fourth Omnibus Objections to Claims Filed by Nantahala Capital Partners, LP and Blackwell Capital Partners, LLC [Docket No. 4874; filed 7/6/10]

J. Response to Debtor's Forty-Third Omnibus (Substantive) Objection to Claims, as Related to Claim Number 2919 Filed by Brad Christensen [Docket No. 4880; filed 7/6/10]

K. Response and Opposition to the Debtors Forty-Third Omnibus (Substantive) Objection to Claims Filed by Edward Mintz [Docket No. 4882; filed 7/6/10]

RLF1 3591659v. 1

L.   Response to Debtor's Forty-Third Omnibus (Substantive) Objection to Claims Filed by American National Bank, as Agent [Docket No. 4883; filed 7/6/10]

M.   Broadbill Investment Corp's Preliminary Response to Debtors' Forty-Third and Forty-Fourth Omnibus Objections to Claims [Docket No. 4892; filed 7/7/10]

N.   Objection to the Debtors Forty Third Omnibus (Substantive) Objections to Claims Filed by Joseph & Sheila, Lisa Molloy and as Guardian for Connor Molloy [Docket No. 4894; filed 7/7/10]

O.   Response to Debtor's Forty-Third Omnibus (Substantive) Objection to Claims Filed by Douglas A. Rivalsi [Docket No. 4896; filed 7/7/10]

P.   Objections to the Debtors Forty-Third (Substantive) Objection to Claims Filed by William S. Coverley [Docket No. 4897; filed 7/7/10]

Q.   Objection to the Debtors Forty Third Omnibus (Substantive) Objection to Claims Filed by Amy Rivers and Ray Rivers [Docket No. 5021; filed 7/14/10]

R.   Response to Debtors' Forty-Third and Forty-Fourth Omnibus Objection to Claims Filed by J. Philip Max [Docket No. 5023; filed 7/12/10]

Related Documents:

i.   Notice of Submission of Copies of Proofs of Claim Relating to Debtor's Forty-Third Omnibus (Substantive) Objection to Claims [Docket No. 4877; filed 7/6/10]

ii.   Notice of Adjournment of Hearing on Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objections to Claims [Docket No. 4910; filed 7/7/10]

iii.   Debtors' Motion for an Order, Pursuant to Bankruptcy Rule 7042 and Section 105(A) of the Bankruptcy Code, (I) Consolidating the Debtors' Forty-Third and Forty-Fourth Omnibus Objections with Adversary Proceeding Commenced by Broadbill Investment Corp., and (II) Staying the Adversary Proceeding [Docket No. 4804; filed 6/24/10; Adversary Docket No. 23; filed 6/24/10]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for September 7, 2010 at 3:00 p.m. (EDT). The individual status of each claim subject to this matter is listed on the attached Exhibit S.

22.   Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims [Docket No. 4750; filed 6/16/10]

Objection Deadline: July 6, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.   Objections to the Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Gopal D. Surti [Docket No. 4833; filed 7/1/10]

B.   Objections to the Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Kanubhai D. Surti [Docket No. 4834; filed 7/1/10]

C.   Objections to the Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Bhupendra D. Surti [Docket No. 4835; filed 7/1/10]

D.   Response to Debtors' Forty-Third Omnibus (Substantive) Objection to Claims Filed by Joseph T. Kelm [Docket No. 4859; filed 7/2/10]

E.   Response to Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Mary C. McAndrews [Docket No. 4860; filed 7/2/10]

F.   Response to Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by [Docket No. 4861; filed 7/2/10]

G.   Response to Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Alphonso Meo, Jr. [Docket No. 4862; filed 7/2/10]

H.   Response to Debtors' Forty-Third and Forty-Fourth Omnibus Objections to Claims Filed by Nantahala Capital Partners, LP and Blackwell Capital Partners, LLC [Docket No. 4874; filed 7/6/10]

I.   Response to Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Eric S. Tower [Docket No. 4887; filed 7/6/10]

J.   Broadbill Investment Corp's Preliminary Response to Debtors' Forty-Third and Forty-Fourth Omnibus Objections to Claims [Docket No. 4892; filed 7/7/10]

K.   Response to Debtor's Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Greene Associates [Docket No. 4898; filed 7/7/10]

L.   Response to Debtors' Forty-Fourth Omnibus (Substance) Objection to Claims Filed by Mark A. Goldstein [Docket No. 4899; filed 7/7/10]

M.   Response to Debtors' Forty-Fourth Omnibus (Substance) Objection to Claims Filed by Gerson E. Greene [Docket No. 4900; filed 7/7/10]

RLF1 3591659v. 1

N.      Response to Debtors' Forty-Fourth Omnibus (Substance) Objection to Claims Filed by Edna H. Greene [Docket No. 4901; filed 7/7/10]

O.      Response to Debtors' Forty-Fourth Omnibus (Substance) Objection to Claims Filed by Carol A. Martin [Docket No. 4998; filed 7/9/10]

P.      Response to Debtors' Forty-Third and Forty-Fourth Omnibus Objection to Claims Filed by J. Philip Max [Docket No. 5023; filed 7/12/10]

Related Documents:

i.      Notice of Submission of Copies of Proofs of Claim Relating to Debtor's Forty-Fourth Omnibus (Substantive) Objection to Claims [Docket No. 4878; filed 7/6/10]

ii.     Notice of Adjournment of Hearing on Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objections to Claims [Docket No. 4910; filed 7/7/10]

iii.    Debtors' Motion for an Order, Pursuant to Bankruptcy Rule 7042 and Section 105(A) of the Bankruptcy Code, (I) Consolidating the Debtors' Forty-Third and Forty-Fourth Omnibus Objections with Adversary Proceeding Commenced by Broadbill Investment Corp., and (II) Staying the Adversary Proceeding [Docket No. 4804; filed 6/24/10; Adversary Docket No. 23; filed 6/24/10]

iv.     Notice of Rescheduled Omnibus Hearing Time for July 20, 2010 [Docket No. 4983; filed 7/12/10]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for September 7, 2010 at 3:00 p.m. (EDT).  The individual status of each claim subject to this matter is listed on the attached Exhibit T.

## II.    UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:

23.     Debtors' Objection to Proof of Claim Filed by the Idaho State Tax Commission (Claim No. 2281) [Docket No. 3797; filed 5/18/10]

Objection Deadline:    June 8, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:  None.

Related Documents:

i.      Notice of Submission of Copy of Proof of Claim Relating to Debtors' Objection to Proof of Claim Filed by the Idaho State Tax Commission (Claim No. 2281) [Docket No. 4619; filed 6/4/10]

18

ii.  Certification of No Objection Regarding Debtors' Objection to Proof of Claim Filed by the Idaho State Tax Commission (Claim No. 2281) [Docket No. 5060; filed 7/15/10]

iii.  **Order Granting Debtors' Objection to Proof of Claim Filed By The Idaho State Tax Commission (Claim No. 2281) [Docket No. 5093; filed 7/19/10]**

Status: **On July 19, 2010, the Court entered an order with respect to this matter. Accordingly, no hearing on this matter is necessary.**

24.  Debtors' Supplemental Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Enlarge the Retention of Perkins Coie as Special Counsel to the Debtors [Docket No. 4831; filed 6/30/10]

Objection Deadline: July 13, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received: None.

Related Documents:

i.  Notice of Rescheduled Omnibus Hearing Time for July 20, 2010 [Docket No. 4983; filed 7/12/10]

ii.  Certification of No Objection Regarding Debtors' Supplemental Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Enlarge the Retention of Perkins Coie as Special Counsel to the Debtors [Docket No. 5068; filed 7/15/10]

iii.  **Supplemental Order Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code Authorizing the Debtors to Enlarge the Retention of Perkins Coie LLP as Special Counsel to the Debtors [Docket No. 5094; filed 7/19/10]**

Status: **On July 19, 2010, the Court entered an order with respect to this matter. Accordingly, no hearing on this matter is necessary.**

## III.  **UNCONTESTED MATTERS GOING FORWARD:**

25.  Bank Bondholders' Motion to Temporarily Allow Claims for Voting Purposes [Docket No. 4436; filed 5/28/10]

Objection Deadline:  June 10, 2010 at 4:00 p.m. (EDT); extended to July 1, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:  None.

Related Documents: None.

Status: The hearing on this matter is going forward.

26. Motion for Order Authorizing the Official Committee of Equity Security Holders to File Supplemental Filing Regarding the Examiner Motion and the Scope of Production Under Seal [Docket No. 4893; filed 7/7/10]

Objection Deadline: At the hearing

Objections/Responses Received: None at this time.

Related Documents:

i. Motion to Shorten Notice and Schedule Hearing on Motion for Order Authorizing the Official Committee of Equity Security Holders to File Supplemental Filing Regarding the Examiner Motion and the Scope of Production Under Seal [Docket No. 4895; filed 7/7/10]

Status: The hearing regarding this matter is going forward.

## IV. CONTESTED MATTERS GOING FORWARD:

27. Motion of Silas B. Wrigley and Barbara Wrigley for Relief from the Automatic Stay Pursuant to 11 U.S.C. Section 362(d) to Proceed with Her Action Against Debtor Washington Mutual, Inc. Pending in the Superior Court for Butte County, California [Docket No. 3216; filed 4/13/2010]

Objection Deadline: April 22, 2010 at 4:00 p.m. (EDT); extended to July 15, 2010

Objections/Responses Received:

A. Debtor's Objection to Motion of Silas B. Wrigley and Barbara Wrigley for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to Proceed with Her Action Against the Debtor Washington Mutual, Inc. Pending in the Superior Court for Butte County, California [Docket No. 5073; filed 7/15/10]

Related Documents:

i. Request for A Status and Scheduling Conference [Docket No. 4927; filed 7/8/10]

Status: The hearing on this matter will go forward only as a status conference in conjunction with the conference on the nineteenth omnibus objection with respect to the movant.

28. Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I)

Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling A Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan [Docket No. 3568; filed 4/23/10]

Objection Deadline: May 13, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

1. Response filed by George Sims & Associates, Inc. Regarding Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 3601; filed 4/29/10]

2. Objection to Proposed Disclosure Statement filed by Daniel Hoffman [Docket No. 3672; filed 5/4/10]

3. Objection of the Consortium of Trust Preferred Security Holders to Debtors' Motion for Approval of Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 3694; filed 5/11/10]

4. Objection to Proposed Disclosure Statement filed by Phil Kobierowski [Docket No. 3707; filed 5/11/10]

5. Consolidated Objection by American National Insurance Company, *et al.* to: (A) Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan; and (B) Disclosure Statement of the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 3708; filed 5/13/10]

6. Objection to Proposed Disclosure Statement Filed by Nantahala Capital Partners, LP [Docket No. 3709; filed 5/13/10]

7. Statement and Reservation of Rights of Wilmington Trust Company, Solely in its Capacity as Guarantee Trustee, to Motion of Debtors for an Order, Pursuant to Section 105, 502, 1125, 1126 and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan [Docket No. 3710; filed 5/13/10]

RLF1 3591659v. 1

8. Objection of the Pension Benefit Guaranty Corporation to Debtors' Proposed Disclosure Statement [Docket No. 3711; filed 5/13/10]

9. Statement of Law Debenture Trust Company of New York, as Trustee, with Respect to Disclosure Statement for Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 3712; filed 5/13/10]

10. Reservation of Rights Of Wells Fargo Bank, N.A., In Its Capacity As Indenture Trustee And Guarantee Trustee, To The Debtors' Motion For Approval Of Disclosure Statement And Solicitation And Voting Procedures [Docket No. 3713; filed 5/13/10]

11. Objection of The Bank of New York Mellon Trust Company, N.A. to Disclosure Statement for the Joint Plan of the Affiliated Debtors Dated March 26, 2010 and Related Solicitation Procedures Motion [Docket No. 3714; filed 5/13/10]

12. Lead Plaintiffs' Objection (A) to Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (B) to the Supporting Motion to Approve the Disclosure Statement and Proposed Solicitation and Voting Procedures [Docket No. 3715; filed 5/13/10]

13. Broadbill Investment Corp.'s Objection to Debtors' Motion for Order Approving Proposed Disclosure Statement and Granting Related Relief. [Docket No. 3716; filed 5/13/10]

14. Lead Plaintiffs' Objection (A) to Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (B) to the Supporting Motion to Approve the Disclosure Statement and Proposed Solicitation and Voting Procedures Filed by Doral Bank Puerto Rico, Policemen's Annuity and Benefit Fund of the City of Chicago [Docket No. 3717; filed 5/13/10]

15. Objection (A) to Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (B) to the Supporting Motion to Approve the Disclosure Statement and Proposed Solicitation and Voting Procedures Filed by Ontario Teachers' Pension Plan Board [Docket No. 3718; filed 5/13/10]

16. Objection to Disclosure Statement for the Joint Plan of Affiliated Debtors and to the Motion for Debtors Seeking an Order Approving the Same Filed by Bank Bondholders [Docket No. 3719; filed 5/13/10]

17. Objection of the BKK Joint Defense Group to the Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 2003, 3017, 3018 and 3020, (I) Approving the Proposed Disclosure Statement and the Form and Manner

RLF1 3591659v. 1

of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan Filed by BKK Joint Defense Group [Docket No. 3720; filed 5/13/10]

18. Objection of the FDIC-Receiver to Debtors' Proposed Disclosure Statement for the Joint Plan of Affiliated Debtors Filed by Federal Deposit Insurance Corporation [Docket No. 3721; filed 5/13/10]

19. First Objection Filed by California Department of Toxic Substances Control [Docket No. 3722; filed 5/13/10]

20. Reservation of Rights of the Official Committee of Unsecured Creditors of Washington Mutual, Inc., et al. with Respect to the Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code Filed by Official Committee of Unsecured Creditors [Docket No. 3723; filed 5/13/10]

21. Objection of Paulson & Co. Inc. to the Debtors' Motion to Approve Disclosure Statement Filed by Paulson & Co. Inc. [Docket No. 3724; filed 5/13/10]

22. Objection of the Official Committee of Equity Security Holders to Approval of the Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (II) Scheduling A Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan Filed by Official Committee of Equity Holders [Docket No. 3726; filed 5/13/10]

23. Reservation of Rights Filed by Appaloosa Management, L.P., Aurelius Capital Management, LP, Centerbridge Partners, L.P., Owl Creek Management, L.P. [Docket No. 3727; filed 5/13/10]

24. Consolidated Objection of Susanna Gouws Korn, Angelita Ravago, And Parties To Be Named To (A) Motion Of Debtors For An Order Pursuant To Sections 105, 502, 1125, 1126, And 1128 Of The Bankruptcy Code And Bankruptcy Rules 2002, 3003, 3017, 3018 And 3020, (I) The Proposed Disclosure Statement And The Form And Manner Of The Notice Of The Disclosure Statement Hearing, (II) Establishing Solicitation And Voting Procedures, (III) Scheduling A Confirmation Hearing, And (IV) Establishing Notice And Objection Procedures For Confirmation Of The Debtors' Joint Plan; And (B) The Joint Plan Of Affiliated Debtors Pursuant To Chapter 11 Of The United States Bankruptcy Code Filed by Angelita Ravago and Susanna Gouws [Docket No. 3728; filed 5/13/10]

RLF1 3591659v. 1

25. Objection of the Washington Mutual Inc. Noteholders Group to the Debtors Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code Filed by Washington Mutual, Inc. Noteholders Group [Docket No. 3730; filed 5/13/10]

26. Objection to Proposed Disclosure Statement Filed by Richard Hofstetter [Docket No. 3747; filed 5/13/10]

27. Objection to Proposed Disclosure Statement Filed by Gail Lee [Docket No. 3748; filed 5/13/10]

28. Objection to Proposed Disclosure Statement Filed by Kurt Dismukes [Docket No. 3749; filed 5/13/10]

29. Objection to Proposed Disclosure Statement Filed by Joseph J. Belcher [Docket No. 3752; filed 5/13/10]

30. Objection to Proposed Disclosure Statement Filed by Michael Rozenfeld and Sean Fitzgerald [Docket No. 3776; filed 5/14/10]

31. Objection to Proposed Disclosure Statement Filed by Jane Belcher [Docket No. 3778; filed 5/13/10]

32. Objection to Proposed Disclosure Statement Filed by Yaw M. Mensah [Docket No. 3779; filed 5/13/10]

33. Objection to Proposed Disclosure Statement Filed by Yaw M. Mensah [Docket No. 3780; filed 5/13/10]

34. Objection to Proposed Disclosure Statement Filed by Alvin Vo [Docket No. 3781; filed 5/13/10]

35. Objection to Proposed Disclosure Statement Filed by Jue Chen [Docket No. 3782; filed 5/13/10]

36. Objection to Proposed Disclosure Statement Filed by Prashant Bhardwaj [Docket No. 3783; filed 5/13/10]

37. Objection to Proposed Disclosure Statement Filed by Agnes Wu [Docket No. 3784; filed 5/13/10]

38. Objection to Proposed Disclosure Statement Filed by Bo Y. Jun [Docket No. 3785; filed 5/13/10]

39. Objection to Proposed Disclosure Statement Filed by Jianmin Zhang [Docket No. 3786; filed 5/13/10]

40. Objection to Proposed Disclosure Statement Filed by Donetta Joann Tramble [Docket No. 3787; filed 5/13/10]

RLF1 3591659v. 1

41. Objection to Proposed Disclosure Statement Filed by Darrell Wayne Tramble [Docket No. 3788; filed 5/13/10]

42. Objection to Proposed Disclosure Statement Filed by Clifton Theador Tramble [Docket No. 3789; filed 5/13/10]

43. Objection to Proposed Disclosure Statement Filed by William K. King, Jr. [Docket No. 3790; filed 5/13/10]

44. Objection to Proposed Disclosure Statement Filed by Preston Leete Smith [Docket No. 3791; filed 5/13/10]

45. Objection to Proposed Disclosure Statement Filed by Richard Burke [Docket No. 3792; filed 5/13/10]

46. Supplemental Objection of the Official Committee of Equity Security Holders to Approval of Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan [Docket No. 3796; filed 5/18/10]

47. Objection to Proposed Disclosure Statement Filed by Nathan Liscomb [Docket No. 3812; filed 5/13/10]

48. Objection to Proposed Disclosure Statement Filed by Mark L. Fuse [Docket No. 3813; filed 5/13/10]

49. Objection to Proposed Disclosure Statement Filed by Eric R. Fiacconi [Docket No. 3815; filed 5/13/10]

50. Objection to Proposed Disclosure Statement Filed by Kathy Arian [Docket No. 3816; filed 5/13/10]

51. Objection to Proposed Disclosure Statement Filed by John M. Fuse [Docket No. 3817; filed 5/13/10]

52. Objection to Proposed Disclosure Statement Filed by Mark H. Hong [Docket No. 3818; filed 5/13/10]

53. Objection to Proposed Disclosure Statement Filed by Josue Joel Arguteta [Docket No. 3819; filed 5/13/10]

54. Objection to Proposed Disclosure Statement Filed by Joseph Borrelli [Docket No. 3821; filed 5/13/10]

RLF1 3591659v. 1

55. Objection to Proposed Disclosure Statement Filed by John R. Borrelli [Docket No. 3822; filed 5/13/10]

56. Objection to Proposed Disclosure Statement Filed by Timothy K. McNett [Docket No. 3823; filed 5/13/10]

57. Objection to Proposed Disclosure Statement Filed by Richard Liptach [Docket No. 3824; filed 5/13/10]

58. Objection to Proposed Disclosure Statement Filed by Daniel Marron [Docket No. 3825; filed 5/13/10]

59. Objection to Proposed Disclosure Statement Filed by Mark Carlon [Docket No. 3826; filed 5/13/10]

60. Objection to Proposed Disclosure Statement Filed by Marion Netherton [Docket No. 3827; filed 5/13/10]

61. Objection to Proposed Disclosure Statement Filed by Melvin Mark Solway [Docket No. 3828; filed 5/13/10]

62. Objection to Proposed Disclosure Statement Filed by Gurbinder Sondh [Docket No. 3829; filed 5/13/10]

63. Objection to Proposed Disclosure Statement Filed by Joseph Sciamanna [Docket No. 3830; filed 5/13/10]

64. Objection to Proposed Disclosure Statement Filed by Arthur Camarista [Docket No. 3831; filed 5/13/10]

65. Objection to Proposed Disclosure Statement Filed by Samuel Camarista [Docket No. 3832; filed 5/13/10]

66. Objection to Proposed Disclosure Statement Filed by Robert E Tomasso [Docket No. 3833; filed 5/13/10]

67. Objection to Proposed Disclosure Statement Filed by Henry Jiang [Docket No. 3834; filed 5/13/10]

68. Objection to Proposed Disclosure Statement Filed by Nancy Worthington [Docket No. 3835; filed 5/13/10]

69. Objection to Proposed Disclosure Statement Filed by Louis Raja Arul Doss [Docket No. 3836; filed 5/13/10]

70. Objection to Proposed Disclosure Statement Filed by Clayton James Wong [Docket No. 3837; filed 5/13/10]

71. Objection to Proposed Disclosure Statement Filed by Doanh Le [Docket No. 3838; filed 5/13/10]

RLF1 3591659v. 1

72. Objection to Proposed Disclosure Statement Filed by Andrew L. Goorfin [Docket No. 3839; filed 5/13/10]

73. Objection to Proposed Disclosure Statement Filed by Jose Salas [Docket No. 3840; filed 5/13/10]

74. Objection to Proposed Disclosure Statement Filed by Reza Hosseini [Docket No. 3841; filed 5/13/10]

75. Objection to Proposed Disclosure Statement Filed by Charles E. Green [Docket No. 3842; filed 5/13/10]

76. Objection to Proposed Disclosure Statement Filed by Ramnik and Barbara Velji [Docket No. 3843; filed 5/13/10]

77. Objection to Proposed Disclosure Statement Filed by Jack B. Goldman [Docket No. 3844; filed 5/13/10]

78. Objection to Proposed Disclosure Statement Filed by Jose Lujano [Docket No. 3845; filed 5/13/10]

79. Objection to Proposed Disclosure Statement Filed by Hope L. Clancy [Docket No. 3846; filed 5/13/10]

80. Objection to Proposed Disclosure Statement Filed by Mary C. Bandura [Docket No. 3847; filed 5/13/10]

81. Objection to Proposed Disclosure Statement Filed by Teruo Kinoshita [Docket No. 3848; filed 5/13/10]

82. Objection to Proposed Disclosure Statement Filed by Phouphet Xayavong [Docket No. 3849; filed 5/13/10]

83. Objection to Proposed Disclosure Statement Filed by Kenneth L. McGee [Docket No. 3850; filed 5/13/10]

84. Objection to Proposed Disclosure Statement Filed by Jessica Overberger [Docket No. 3851; filed 5/13/10]

85. Objection to Proposed Disclosure Statement Filed by Jon Davidson [Docket No. 3852; filed 5/13/10]

86. Objection to Proposed Disclosure Statement Filed by Michael Prevor [Docket No. 3854; filed 5/13/10]

87. Objection to Proposed Disclosure Statement Filed by Josh Thomas [Docket No. 3855; filed 5/13/10]

88. Objection to Proposed Disclosure Statement Filed by Angela Tu and Hsieh Kevin [Docket No. 3856; filed 5/13/10]

RLF1 3591659v. 1

89. Objection to Proposed Disclosure Statement Filed by Walter Philpot [Docket No. 3857; filed 5/13/10]

90. Objection to Proposed Disclosure Statement Filed by Stephen Marques [Docket No. 3858; filed 5/13/10]

91. Objection to Proposed Disclosure Statement Filed by Ruth Prevor [Docket No. 3859; filed 5/13/10]

92. Objection to Proposed Disclosure Statement Filed by Judith Kaufman [Docket No. 3860; filed 5/13/10]

93. Objection to Proposed Disclosure Statement Filed by Jeffrey Kelly [Docket No. 3861; filed 5/13/10]

94. Objection to Proposed Disclosure Statement Filed by Irene M. Rupani and Charles B. Rupani, Sr. [Docket No. 3862; filed 5/13/10]

95. Objection to Proposed Disclosure Statement Filed by Tracy Ridout [Docket No. 3863; filed 5/13/10]

96. Objection to Proposed Disclosure Statement Filed by Ataollah Elahi [Docket No. 3864; filed 5/13/10]

97. Objection to Proposed Disclosure Statement Filed by Qiming Han [Docket No. 3865; filed 5/13/10]

98. Objection to Proposed Disclosure Statement Filed by Danny Tong [Docket No. 3866; filed 5/13/10]

99. Objection to Proposed Disclosure Statement Filed by Steve Brant [Docket No. 3867; filed 5/13/10]

100. Objection to Proposed Disclosure Statement Filed by Justin Nijem [Docket No. 3868; filed 5/13/10]

101. Objection to Proposed Disclosure Statement Filed by Elizabeth and Vincent Sabato [Docket No. 3869; filed 5/13/10]

102. Objection to Proposed Disclosure Statement Filed by Kubera Williams [Docket No. 3870; filed 5/13/10]

103. Objection to Proposed Disclosure Statement Filed by Kay L. Burrus and Joseph C. Burrus [Docket No. 3871; filed 5/13/10]

104. Objection to Proposed Disclosure Statement Filed by Khamphasouk N. Bouphasavanh [Docket No. 3872; filed 5/13/10]

105. Objection to Proposed Disclosure Statement Filed by Craig Tymofy [Docket No. 3873; filed 5/13/10]

RLF1 3591659v. 1

106. Objection to Proposed Disclosure Statement Filed by Jennie K. Griffin [Docket No. 3874; filed 5/13/10]

107. Objection to Proposed Disclosure Statement Filed by Yuriy Zaloznyy [Docket No. 3875; filed 5/13/10]

108. Objection to Proposed Disclosure Statement Filed by Dong Jun Lee [Docket No. 3876; filed 5/13/10]

109. Objection to Proposed Disclosure Statement Filed by Robert Matevossian [Docket No. 3877; filed 5/13/10]

110. Objection to Proposed Disclosure Statement Filed by Robert D. Griffin [Docket No. 3878; filed 5/13/10]

111. Objection to Proposed Disclosure Statement Filed by Vladimir Panain [Docket No. 3879; filed 5/13/10]

112. Objection to Proposed Disclosure Statement Filed by Sadie A. Thomas [Docket No. 3880; filed 5/13/10]

113. Objection to Proposed Disclosure Statement Filed by Danilo Ibanez [Docket No. 3881; filed 5/13/10]

114. Objection to Proposed Disclosure Statement Filed by Chiwah Yen and Richard H. Chow [Docket No. 3882; filed 5/13/10]

115. Objection to Proposed Disclosure Statement Filed by Robert D. Griffin [Docket No. 3883; filed 5/13/10]

116. Objection to Proposed Disclosure Statement Filed by Chitsai Tai [Docket No. 3884; filed 5/13/10]

117. Objection to Proposed Disclosure Statement Filed by Heetaek Lim [Docket No. 3885; filed 5/13/10]

118. Objection to Proposed Disclosure Statement Filed by Josua Allen Grable [Docket No. 3886; filed 5/13/10]

119. Objection to Proposed Disclosure Statement Filed by Robert D. Griffin [Docket No. 3887; filed 5/13/10]

120. Objection to Proposed Disclosure Statement Filed by Yuchun Kao [Docket No. 3888; filed 5/13/10]

121. Objection to Proposed Disclosure Statement Filed by Eunice Hong [Docket No. 3889; filed 5/13/10]

122. Objection to Proposed Disclosure Statement Filed by Jeson Martajaya [Docket No. 3890; filed 5/13/10]

RLF1 3591659v. 1

123. Objection to Proposed Disclosure Statement Filed by Ron Johnson [Docket No. 3891; filed 5/13/10]

124. Objection to Proposed Disclosure Statement Filed by Anne Dunn and Lex Dunn [Docket No. 3892; filed 5/13/10]

125. Objection to Proposed Disclosure Statement Filed by Paul R. Aaron [Docket No. 3893; filed 5/13/10]

126. Objection to Proposed Disclosure Statement Filed by Frank Pearson [Docket No. 3894; filed 5/13/10]

127. Objection to Proposed Disclosure Statement Filed by Curtis Bowes [Docket No. 3895; filed 5/13/10

128. Objection to Proposed Disclosure Statement Filed by Karen M. Eldridge [Docket No. 3896; filed 5/13/10]

129. Objection to Proposed Disclosure Statement Filed by Cassandra Pearson [Docket No. 3897; filed 5/13/10]

130. Objection to Proposed Disclosure Statement Filed by Mary Anne Legaspi, MD [Docket No. 3898; filed 5/13/10]

131. Objection to Proposed Disclosure Statement Filed by Frank Pearson [Docket No. 3899; filed 5/13/10]

132. Objection to Proposed Disclosure Statement Filed by Frederick L. Eldridge [Docket No. 3900; filed 5/13/10]

133. Objection to Proposed Disclosure Statement Filed by Steven H. Webber [Docket No. 3901; filed 5/13/10]

134. Objection to Proposed Disclosure Statement Filed by Alexander and Maya Zlotnik [Docket No. 3902; filed 5/13/10]

135. Objection to Proposed Disclosure Statement Filed by Susan Webber [Docket No. 3903; filed 5/13/10]

136. Objection to Proposed Disclosure Statement Filed by Edward E. Faulkner [Docket No. 3904; filed 5/13/10]

137. Objection to Proposed Disclosure Statement Filed by Frank Enneper [Docket No. 3905; filed 5/13/10]

138. Objection to Proposed Disclosure Statement Filed by Rajen Patel [Docket No. 3906; filed 5/13/10]

139. Objection to Proposed Disclosure Statement Filed by Behzad Nazar [Docket No. 3907; filed 5/13/10]

RLF1 3591659v. 1

140. Objection to Proposed Disclosure Statement Filed by Bill Langford [Docket No. 3908; filed 5/13/10]

141. Objection to Proposed Disclosure Statement Filed by Lisa Hynes [Docket No. 3909; filed 5/13/10]

142. Objection to Proposed Disclosure Statement Filed by Parin Patel [Docket No. 3910; filed 5/13/10]

143. Objection to Proposed Disclosure Statement Filed by Hadar and Michelle Isaac [Docket No. 3911; filed 5/13/10]

144. Objection to Proposed Disclosure Statement Filed by Jeffery and Janet Overbeck [Docket No. 3912; filed 5/13/10]

145. Objection to Proposed Disclosure Statement Filed by Cheryl Ann Locke [Docket No. 3914; filed 5/13/10]

146. Objection to Proposed Disclosure Statement Filed by Jay Carl Locke [Docket No. 3915; filed 5/13/10]

147. Objection to Proposed Disclosure Statement Filed by Jane V. Meak [Docket No. 3916; filed 5/13/10]

148. Objection to Proposed Disclosure Statement Filed by Robert Jones [Docket No. 3918; filed 5/13/10]

149. Objection to Proposed Disclosure Statement Filed by Anne A Ross [Docket No. 3919; filed 5/13/10]

150. Objection to Proposed Disclosure Statement Filed by Timothy John Abrogast [Docket No. 3920; filed 5/13/10]

151. Objection to Proposed Disclosure Statement Filed by Shu-Jui Valvo [Docket No. 3921; filed 5/13/10]

152. Objection to Proposed Disclosure Statement Filed by Mary F Pacini [Docket No. 3922; filed 5/13/10]

153. Objection to Proposed Disclosure Statement Filed by Ragadeep Sriperumbudur [Docket No. 3923; filed 5/13/10]

154. Objection to Proposed Disclosure Statement Filed by Wilson Lui, Pamela Chang and Michael Chang [Docket No. 3931; filed 5/13/10]

155. Objection to Proposed Disclosure Statement Filed by Stanton Stuurmans [Docket No. 3936; filed 5/13/10]

156. Objection to Proposed Disclosure Statement Filed by Wenjie Julie Cao [Docket No. 3937; filed 5/13/10]

157. Objection to Proposed Disclosure Statement Filed by Joseph Pittman [Docket No. 3938; filed 5/13/10]

158. Objection to Proposed Disclosure Statement Filed by Thomas E. Murphy [Docket No. 3939; filed 5/13/10]

159. Objection to Proposed Disclosure Statement Filed by John Frady [Docket No. 3940; filed 5/13/10]

160. Objection to Proposed Disclosure Statement Filed by Michael T. Pavlu [Docket No. 3941; filed 5/13/10]

161. Objection to Proposed Disclosure Statement Filed by Cameron Lapp [Docket No. 3942; filed 5/13/10]

162. Objection to Proposed Disclosure Statement Filed by John H. Briggs [Docket No. 3943; filed 5/13/10]

163. Objection to Proposed Disclosure Statement Filed by Doug Smith [Docket No. 3944; filed 5/13/10]

164. Objection to Proposed Disclosure Statement Filed by Joseph W. Ritacco, Jr. [Docket No. 3945; filed 5/13/10]

165. Objection to Proposed Disclosure Statement Filed by Corey Citron [Docket No. 3946; filed 5/13/10]

166. Objection to Proposed Disclosure Statement Filed by Jeffrey L. Weir [Docket No. 3947; filed 5/13/10]

167. Objection to Proposed Disclosure Statement Filed by Chris J. D'Ambrosio [Docket No. 3948; filed 5/13/10]

168. Objection to Proposed Disclosure Statement Filed by Kathern Summers [Docket No. 3949; filed 5/13/10]

169. Objection to Proposed Disclosure Statement Filed by Claire Andrus [Docket No. 3950; filed 5/13/10]

170. Objection to Proposed Disclosure Statement Filed by Jack D. Crabb [Docket No. 3951; filed 5/13/10]

171. Objection to Proposed Disclosure Statement Filed by Adel Tawadrous [Docket No. 3952; filed 5/13/10]

172. Objection to Proposed Disclosure Statement Filed by Sherif Gerges [Docket No. 3953; filed 5/13/10]

173. Objection to Proposed Disclosure Statement Filed by Michael Widjaja [Docket No. 3954; filed 5/13/10]

RLF1 3591659v. 1

174. Objection to Proposed Disclosure Statement Filed by Maureen O'Donovan [Docket No. 3955; filed 5/13/10]

175. Objection to Proposed Disclosure Statement Filed by Simon K. Thomas, Jr. [Docket No. 3956; filed 5/13/10]

176. Objection to Proposed Disclosure Statement Filed by Barry L. Reynolds [Docket No. 3957; filed 5/13/10]

177. Objection to Proposed Disclosure Statement Filed by Janet Fappiano [Docket No. 3958; filed 5/13/10]

178. Objection to Proposed Disclosure Statement Filed by Carolyn V. King [Docket No. 3959; filed 5/13/10]

179. Objection to Proposed Disclosure Statement Filed by Myrna Layne [Docket No. 3960; filed 5/13/10]

180. Objection to Proposed Disclosure Statement Filed by Dominic LoBrutto [Docket No. 3961; filed 5/13/10]

181. Objection to Proposed Disclosure Statement Filed by Guoxun Chen [Docket No. 3962; filed 5/13/10]

182. Objection to Proposed Disclosure Statement Filed by Bill Michaluk [Docket No. 3963; filed 5/13/10]

183. Objection to Proposed Disclosure Statement Filed by Gordon Rhyne [Docket No. 3964; filed 5/13/10]

184. Objection to Proposed Disclosure Statement Filed by Steve Matson [Docket No. 3965; filed 5/13/10]

185. Objection to Proposed Disclosure Statement Filed by Nathaniel Davis [Docket No. 3966; filed 5/13/10]

186. Objection to Proposed Disclosure Statement Filed by James Opfar [Docket No. 3967; filed 5/13/10]

187. Objection to Proposed Disclosure Statement Filed by Georganne Sebastian [Docket No. 3968; filed 5/13/10]

188. Objection to Proposed Disclosure Statement Filed by Ernesto Ouano [Docket No. 3969; filed 5/13/10]

189. Objection to Proposed Disclosure Statement Filed by Marco DiMaccio [Docket No. 3970; filed 5/13/10]

190. Objection to Proposed Disclosure Statement Filed by Catalin Jon Petrescu [Docket No. 3971; filed 5/13/10]

RLF1 3591659v. 1

191. Objection to Proposed Disclosure Statement Filed by Edward W. Howarth, Jr. [Docket No. 3972; filed 5/13/10]

192. Objection to Proposed Disclosure Statement Filed by Edward J Wagner [Docket No. 3973; filed 5/13/10]

193. Objection to Proposed Disclosure Statement Filed by William L. Pelkey [Docket No. 3974; filed 5/13/10]

194. Objection to Proposed Disclosure Statement Filed by Norbert Muller [Docket No. 3976; filed 5/13/10]

195. Objection to Proposed Disclosure Statement Filed by Lawrence D. Collier [Docket No. 3979; filed 5/13/10]

196. Objection to Proposed Disclosure Statement Filed by James C. Houston, III [Docket No. 3980; filed 5/13/10]

197. Objection to Proposed Disclosure Statement Filed by Jewdee Johnson [Docket No. 3981; filed 5/13/10]

198. Objection to Proposed Disclosure Statement Filed by Robert Houston [Docket No. 3982; filed 5/13/10]

199. Objection to Proposed Disclosure Statement Filed by Carl L. Wyant [Docket No. 3983; filed 5/13/10]

200. Objection to Proposed Disclosure Statement Filed by Jeffrey Kelly [Docket No. 3984; filed 5/13/10]

201. Objection to Proposed Disclosure Statement Filed by Raquel Bornacelli [Docket No. 3985; filed 5/13/10]

202. Objection to Proposed Disclosure Statement Filed by Timothy J. Zelenka [Docket No. 3986; filed 5/13/10]

203. Objection to Proposed Disclosure Statement Filed by Grant Finn [Docket No. 3987; filed 5/13/10]

204. Objection to Proposed Disclosure Statement Filed by Happy-Kat Inc. [Docket No. 3988; filed 5/13/10]

205. Objection to Proposed Disclosure Statement Filed by Dominic LoBrutto [Docket No. 3989; filed 5/13/10]

206. Objection to Proposed Disclosure Statement Filed by Tyler Zinck [Docket No. 3990; filed 5/13/10]

207. Objection to Proposed Disclosure Statement Filed by Michael K. McCune [Docket No. 3991; filed 5/13/10]

RLF1 3591659v. 1

208. Objection to Proposed Disclosure Statement Filed by Justin Garrison [Docket No. 3992; filed 5/13/10]

209. Objection to Proposed Disclosure Statement Filed by Kwei Meng Yap [Docket No. 3993; filed 5/13/10]

210. Objection to Proposed Disclosure Statement Filed by Ying Zhi Chua [Docket No. 3994; filed 5/13/10]

211. Objection to Proposed Disclosure Statement Filed by Margaret Thomas [Docket No. 3995; filed 5/13/10]

212. Objection to Proposed Disclosure Statement Filed by Dana Jungschaffer [Docket No. 3996; filed 5/13/10]

213. Objection to Proposed Disclosure Statement Filed by Jayapaul .R Vadicherla [Docket No. 3997, files 5/13/10]

214. Objection to Proposed Disclosure Statement Filed by David T. Benedict [Docket No. 3998; filed 5/13/10]

215. Objection to Proposed Disclosure Statement Filed by Jana Bolam [Docket No. 3999; filed 5/13/10]

216. Objection to Proposed Disclosure Statement Filed by Roderick J. Houston [Docket No. 4000; filed 5/13/10]

217. Objection to Proposed Disclosure Statement Filed by Kenneth Bolam [Docket No. 4001; filed 5/13/10]

218. Objection to Proposed Disclosure Statement Filed by Kyle J. Krol [Docket No. 4003; filed /13/10]

219. Objection to Proposed Disclosure Statement Filed by Emanuel Jason Levy [Docket No. 4004; filed 5/13/10]

220. Objection to Proposed Disclosure Statement Filed by Kevin Sears [Docket No. 4005; filed 5/13/10]

221. Objection to Proposed Disclosure Statement Filed by Mark Obrien [Docket No. 4006; filed 5/13/10]

222. Objection to Proposed Disclosure Statement Filed by R. Subramanian [Docket No. 4007; filed 5/13/10]

223. Objection to Proposed Disclosure Statement Filed by Chris P. Riley [Docket No. 4008; filed 5/13/10]

224. Objection to Proposed Disclosure Statement Filed by Ramon White [Docket No. 4009; filed 5/13/10]

RLF1 3591659v. 1

225. Objection to Proposed Disclosure Statement Filed by Gregg Byrd [Docket No. 4010; filed 5/13/10]

226. Objection to Proposed Disclosure Statement Filed by Robin G. Dano [Docket No. 4011; filed 5/13/10]

227. Objection to Proposed Disclosure Statement Filed by Terry/Michaels Group Inc. [Docket No. 4012; filed 5/13/10]

228. Objection to Proposed Disclosure Statement Filed by Ryan Maleckas [Docket No. 4013; filed 5/13/10]

229. Objection to Proposed Disclosure Statement Filed by Ronald S. Weiss [Docket No. 4014; filed 5/13/10]

230. Objection to Proposed Disclosure Statement Filed by Michael Korbel [Docket No. 4015; filed 5/13/10]

231. Objection to Proposed Disclosure Statement Filed by Jeff Tiell [Docket No. 4016; filed 5/13/10]

232. Objection to Proposed Disclosure Statement Filed by Meredith Prevor-Weiss [Docket No. 4017; filed 5/13/10]

233. Objection to Proposed Disclosure Statement Filed by Kris Godawa [Docket No. 4018; filed 5/13/10]

234. Objection to Proposed Disclosure Statement Filed by Christopher S. DeGroot [Docket No. 4019; filed 5/13/10]

235. Objection to Proposed Disclosure Statement Filed by Sanjay Sharma [Docket No. 4020; filed 5/13/10]

236. Objection to Proposed Disclosure Statement Filed by Ilene Slatko [Docket No. 4021; filed 5/13/10]

237. Objection to Proposed Disclosure Statement Filed by Richard John Goglia [Docket No. 4022; filed 5/13/10]

238. Objection to Proposed Disclosure Statement Filed by Bryan ONeil [Docket No. 4023; filed 5/13/10]

239. Objection to Proposed Disclosure Statement Filed by Gregory J. Roderick [Docket No. 4024; filed 5/13/10]

240. Objection to Proposed Disclosure Statement Filed by Thomas Fackler [Docket No. 4025; filed 5/13/10]

241. Objection to Proposed Disclosure Statement Filed by J. Mario Osorio [Docket No. 4026; filed 5/13/10]

RLF1 3591659v. 1

242. Objection to Proposed Disclosure Statement Filed by David Shutvet [Docket No. 4027; filed 5/13/10]

243. Objection to Proposed Disclosure Statement Filed by Maureen Shutvet [Docket No. 4028; filed 5/13/10]

244. Objection to Proposed Disclosure Statement Filed by Donna A. Woodburn [Docket No. 4029; filed 5/13/10]

245. Objection to Proposed Disclosure Statement Filed by Alexander Halasz [Docket No. 4030; filed 5/13/10]

246. Objection to Proposed Disclosure Statement Filed by Douglas W. Meehan [Docket No. 4031; filed 5/13/10]

247. Objection to Proposed Disclosure Statement Filed by Todd W. Martens [Docket No. 4032; filed 5/13/10]

248. Objection to Proposed Disclosure Statement Filed by Michael Walls [Docket No. 4033; filed 5/13/10]

249. Objection to Proposed Disclosure Statement Filed by James A. Fallon [Docket No. 4034; filed 5/13/10]

250. Objection to Proposed Disclosure Statement Filed by Richard C. Matthews [Docket No. 4035; filed 5/13/10]

251. Objection to Proposed Disclosure Statement Filed by Thomas Zebley [Docket No. 4037; filed 5/13/10]

252. Objection to Proposed Disclosure Statement Filed by Michael Desmond [Docket No. 4038; filed 5/13/10]

253. Objection to Proposed Disclosure Statement Filed by S. Kent Christenberry [Docket No. 4039; filed 5/13/10]

254. Objection to Proposed Disclosure Statement Filed by Jurn Gosselaar [Docket No. 4040; filed 513/10]

255. Objection to Proposed Disclosure Statement Filed by Andrew Grow [Docket No. 4044; filed 5/13/10]

256. Objection to Proposed Disclosure Statement Filed by Kenneth Boyd [Docket No. 4045; filed 5/13/10]

257. Objection to Proposed Disclosure Statement Filed by Jose Raul Leon [Docket No. 4046; filed 5/13/10]

258. Objection to Proposed Disclosure Statement Filed by Kathryn Susan Sizemore [Docket No. 4047; filed 5/13/10]

259. Objection to Proposed Disclosure Statement Filed by Robin E. Amboy [Docket No. 4048; filed 5/13/10]

260. Objection to Proposed Disclosure Statement Filed by Lawrence D. Amboy [Docket No. 4049; filed 5/13/10]

261. Objection to Proposed Disclosure Statement Filed by Eric McGowan [Docket No. 4050; filed 5/13/10]

262. Objection to Proposed Disclosure Statement Filed by Corey Dean and Jeannie Schmidt [Docket No. 4051; filed 5/13/10]

263. Objection to Proposed Disclosure Statement Filed by Peter Kirkham [Docket No. 4052; filed 5/13/10]

264. Objection to Proposed Disclosure Statement Filed by David H. Simmons [Docket No. 4053; filed 5/13/10]

265. Objection to Proposed Disclosure Statement Filed by Jerry S. Arzu [Docket No. 4054; filed 5/13/10]

266. Objection to Proposed Disclosure Statement Filed by Webb Thomsen [Docket No. 4055; filed 5/13/10]

267. Objection to Proposed Disclosure Statement Filed by Dora Leah Popp [Docket No. 4056; filed 5/13/10]

268. Objection to Proposed Disclosure Statement Filed by Laurence E. Hart, Jr. [Docket No. 4057; filed 5/13/10]

269. Objection to Proposed Disclosure Statement Filed by Joseph Oandasan [Docket No. 4058; filed 5/13/10]

270. Objection to Proposed Disclosure Statement Filed by Scott Hoffman [Docket No. 4059; filed 5/13/10]

271. Objection to Proposed Disclosure Statement Filed by Chun-Wei Hsiao [Docket No. 4060; filed 5/13/10]

272. Objection to Proposed Disclosure Statement Filed by James Gorman [Docket No. 4061; filed 5/13/10]

273. Objection to Proposed Disclosure Statement Filed by Maria Teresa Ramos Martinez [Docket No. 4062; filed 5/13/10]

274. Objection to Proposed Disclosure Statement Filed by Jean-Pierre Boudeault [Docket No. 4063; filed 5/13/10]

275. Objection to Proposed Disclosure Statement Filed by Kurt A. Zeller [Docket No. 4064; filed 5/13/10]

RLF1 3591659v. 1

276. Objection to Proposed Disclosure Statement Filed by Roseline Caron [Docket No. 4065; filed 5/13/10]

277. Objection to Proposed Disclosure Statement Filed by Charles Powell [Docket No. 4066; filed 5/13/10]

278. Objection to Proposed Disclosure Statement Filed by Kim Savransky [Docket No. 4067; filed 5/13/10]

279. Objection to Proposed Disclosure Statement Filed by Deven Crane [Docket No. 4068; filed 5/13/10]

280. Objection to Proposed Disclosure Statement Filed by Valentina Ruiz Lopez [Docket No. 4069; filed 5/13/10]

281. Objection to Proposed Disclosure Statement Filed by Anh Stringham [Docket No. 4070; filed 5/13/10]

282. Objection to Proposed Disclosure Statement Filed by Brenda J. Peremes [Docket No. 4071; filed 5/13/10]

283. Objection to Proposed Disclosure Statement Filed by Erdal Ecici [Docket No. 4073; filed 5/13/10]

284. Objection to Proposed Disclosure Statement Filed by Peter Zur Linde [Docket No. 4074; filed 5/13/10]

285. Objection to Proposed Disclosure Statement Filed by Donald R. Wilcox [Docket No. 4075; filed 5/13/10]

286. Objection to Proposed Disclosure Statement Filed by Diana Lipinski [Docket No. 4076; filed 5/13/10]

287. Objection to Proposed Disclosure Statement Filed by Ryan Goyal [Docket No. 4077; filed 5/13/10]

288. Objection to Proposed Disclosure Statement Filed by Josiah Bernard [Docket No. 4078; filed 5/13/10]

289. Objection to Proposed Disclosure Statement Filed by Jason Williams [Docket No. 4079; filed 5/13/10]

290. Objection to Proposed Disclosure Statement Filed by Pierre R. LaForest [Docket No. 4080; filed 5/13/10]

291. Objection to Proposed Disclosure Statement Filed by Patricia Friedman [Docket No. 4081; filed 5/13/10]

292. Objection to Proposed Disclosure Statement Filed by Gerald E. Ryan, III [Docket No. 4082; filed 5/13/10]

RLF1 3591659v. 1