| | |
|---|---|
| *In re* | Chapter 11 |
| WASHINGTON MUTUAL, INC., *et al.*,[1] | |
| Debtors. | Case Number 08-12229 (MFW) (Jointly Administered) |

## NOTICE OF APPOINTMENT OF EXAMINER

To: Joshua R. Hochberg, Esquire
McKENNA LONG & ALDRIDGE, LLP
1900 K Street, NW
Washington, DC 20006-1108
Ph: (202) 496-7500
Fax: (202) 496-7756
email: jhochberg@mckennalong.com

You are hereby notified of your appointment as Examiner in the above-captioned cases subject to Court approval.

**ROBERTA A. DeANGELIS**
**UNITED STATES TRUSTEE**

**BY:** /s/ William K. Harrington
William K. Harrington, Esquire (# 4051)
Assistant United States Trustee
Jane M. Leamy, Esquire (# 4113)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
(302) 573-6497 (Fax)

Date: July 26, 2010

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.