# THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x

*In re:*                                          :          **Chapter 11**
                                                  :
**WASHINGTON MUTUAL, INC., <u>et al.</u>,**[1]    :          **Case No. 08-12229 (MFW)**
                                                  :
                                                  :          **(Jointly Administered)**
      **Debtors.**   :
                                                  :

---------------------------------------------------------x
---------------------------------------------------------x

**OFFICIAL COMMITTEE OF**                         :
**EQUITY SECURITY HOLDERS**                       :
                                                  :
**Plaintiff,**                                    :
                                                  :
**v.**                                            :          **Adversary Proc. No. 10-50731 (MFW)**
                                                  :
**WASHINGTON MUTUAL, INC.,**                      :
                                                  :
**Defendant**                                     :

---------------------------------------------------------x
---------------------------------------------------------x

**BROADBILL INVESTMENT CORP.**                    :
                                                  :
                                                  :
**Plaintiff,**                                    :
                                                  :
**v.**                                            :          **Adversary Proc. No. 10-50911 (MFW)**
                                                  :
**WASHINGTON MUTUAL, INC.,**                      :
                                                  :
**Defendant**                                     :

---------------------------------------------------------x

---

[1]  The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

```
--------------------------------------------------------x
BLACKHORSE CAPITAL LP, et al.          :
                                       :
                                       :
Plaintiffs,                            :
                                       :
v.                                     :        Adversary Proc. No. 10-51387 (MFW)
                                       :
JPMORGAN CHASE BANK, N.A., et al.      :
                                       :
Defendants                             :
--------------------------------------------------------x
```

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON AUGUST 24, 2010 AT 2:00 P.M. (EDT)

## I.   CONTINUED AND/OR RESOLVED MATTERS:

1.   Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1087; filed 5/29/09]

Objection Deadline:  June 22, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.   Schindler Family Trust's Response to Debtors' First Omnibus Objection to Claims [Docket No. 1190; filed 6/22/09]

Related Documents:

i.   Amendment to Notice of Debtors' Omnibus Objections to Claims [Docket No. 1177; filed 6/18/09]

ii.  Notice of Submission of Copies of Proofs of Claims Relating to Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1292; filed 7/13/09]

iii. Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1364; filed 7/22/09]

iv.  Notice of Withdrawal [Docket No. 1367; filed 7/22/09]

v.   Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1368; filed 7/22/09]

vi.  Order Granting Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1469; filed 8/10/09]

---

[2] Amended/Added agenda items are noted in bold.

RLF1 3601602v. 1

vii.  Debtors' Omnibus Reply to Responses to Debtors' First (1st), Fifth (5th), Sixth (6th), Eighth (8th) and Ninth (9th) Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

viii. Debtors' Reply to Response and Opposition of Schindler Family Trust to Debtors' First Omnibus Claims Objection [Docket No. 3498; filed 4/16/2010]

Status: The Court has entered an order resolving certain claims subject to this matter. The hearing on this matter is continued to a date to be determined. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit A.

2.  Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1233; filed 6/26/09]

Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.  Response to Debtors' Objection to the Claim of Andrew J. Eshenbach [Docket No. 1329; filed 7/15/09]

B.  Memorandum of Points and Authorities in Opposition to Debtor's Fifth Omnibus (Substantive) Objection to Claim [Docket No. 1331; filed 7/15/09]

C.  Response of William Finzer to Debtors' Fifth Omnibus Objection to Claims [Docket No. 1476; filed 8/12/09]

Related Documents:

i.  Notice of Submission of Copies of Proofs of Claims Relating to Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1294; filed 7/13/09]

ii.  Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

iii.  Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Objection to Claims [Docket No. 1366; filed 7/22/09]

iv.  Notice of Withdrawal [Docket No. 1367; filed 7/22/09]

v.  Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

vi.  Order Granting Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1466; filed 8/10/09]

RLF1 3601602v. 1

vii.    Debtors' Omnibus Reply to Responses to Debtors' First (1st), Fifth (5th), Sixth (6th), Eighth (8th) and Ninth (9th) Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

viii.   Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

ix.    Order (Second) Granting Debtors' Fifth Omnibus (Substantive) Objection To Claims [Docket No. 1826; filed 11/3/09]

x.    Scheduling Order with Respect to Hearing on Employee Claims [Docket No. 1924; filed 11/20/09]

Status: The Court has entered an order resolving certain claims subject to this matter. The hearing regarding the remaining claims is continued to dates to be determined. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit B.

3.    Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1234; filed 6/26/09]

Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.    Claimant Julie Morales' Response to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1300; filed 7/13/09]

B.    Objection to Debtors' Sixth Omnibus (Substantive) Objection to Claims Filed by Brian T. Foster [Docket No. 1301; filed 7/13/09]

C.    Response of Bruce Alan Weber to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1302; filed 7/13/09]

D.    Response by John S. Pereira as Chapter 11 Trustee of Maywood Capital Corp., et al. in Opposition to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1314; filed 7/15/09]

E.    Response of Jeffrey P. Weinstein to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1320; filed 7/15/09]

F.    Response to Debtors' Sixth Omnibus (Substantive) Objection to Claims Filed by Michele Susanne Grau-Iversen [Docket No. 1336; filed 7/16/09]

G.    Response of Stephen E. Whittaker to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1337; filed 7/16/09]

H.    Response of John H. Murphy to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1338; filed 7/16/09]

I.  Supplemental Response by John S. Pereira as Chapter 11 Trustee of MayWood Capital Corp., et al. in Opposition to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1640; 9/23/09]

Related Documents:

i.  Notice of Submission of Copies of Proofs of Claims Relating to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1295; filed 7/13/09]

ii.  Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

iii.  Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Objection to Claims [Docket No. 1366; filed 7/22/09]

iv.  Notice of Withdrawal re: Docket No. 1364 and 1365 [Docket No. 1367; filed 7/22/09]

v.  Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

vi.  Declaration of Rishi Jain in Further Support of Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1388; filed 7/27/09]

vii.  Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1467; filed 8/10/09]

viii.  Debtors' Omnibus Reply to Responses to Debtors' First (1st), Fifth (5th), Sixth (6th), Eighth (8th) and Ninth (9th) Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

ix.  Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

x.  Second Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1579; filed 9/3/09]

xi.  Third Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1827; filed 11/3/09]

xii.  Scheduling Order with Respect to Hearing on Employee Claims [Docket No. 1924; filed 11/20/09]

xiii.  Notice of Withdrawal of Proof of Claim (Claim No. 2675 filed by John S. Pereira, as Chapter 11 Trustee of Maywood Capital Corp., et al.) [Docket No. 3618; filed 4/30/2010]

5

<u>Status</u>: The Court entered an order resolving certain claims subject to this matter. The hearing regarding the employee claims litigation is continued to a date to be determined. The hearing regarding the remaining claims is continued to the omnibus hearing scheduled for October 8, 2010 at 10:30 a.m. (EDT). The individual status of each remaining claim subject to this matter is listed on the attached <u>Exhibit C</u>.

4.   Plaintiffs' Buus *et al.* Motion for Relief from the Automatic Stay [Docket No. 1568; filed 9/1/09]

   <u>Objection Deadline</u>:   October 21, 2009 at 4:00 p.m. (EDT); extended to January 11, 2010

   <u>Objections/Responses Received</u>:

   A.   Debtors' Objection to Movants' Buus et al. Motion for Relief from the Automatic Stay [Docket No. 1942; filed 11/25/09]

   B.   Response of JPMorgan Chase Bank, National Association to Debtors' Objection to Movants' Buus *et al.* Motion for Relief from the Automatic Stay [Docket No. 1985; filed 12/10/09]

   <u>Related Documents</u>:

   i.   Notice of Rescheduled Hearing on Motion [Docket No. 1944; filed 11/30/09]

   <u>Status</u>: The hearing on this matter is continued to a date to be determined.

5.   Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1701; filed 10/7/09]

   <u>Objection Deadline</u>:   October 21, 2009 at 4:00 p.m. (EDT)

   <u>Objections/Responses Received</u>:

   A.   Objection of JPMorgan Chase Bank, N.A. to the Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1746; filed 10/21/09]

   <u>Related Documents</u>:   None.

   <u>Status</u>: The hearing on this matter is continued to a date to be determined.

6.   Debtor's Nineteenth Omnibus (Substantive) Objection to Claims (Litigation Claims) [Docket No. 2087; filed 1/5/2010]

RLF1 3601602v. 1

Objections/Responses Received:

A.    Response from Claimants Silas B. Wrigley and Barbara S. Wrigley to Debtors' Nineteenth Omnibus (Substantive) Objection to Claims (Litigation Claims) [Docket No. 2202; filed 1/22/2010]

B.    Bert and Linda Barbers' Response to Objection to Claims [Docket No. 2204; filed 1/22/2010]

C.    Response of Lisa Costantino, Executor of the Estate of Elaine DiNaples, to Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [Docket No. 2211; filed 1/25/2010]

D.    Response and Opposition to Debtors' Nineteenth Omnibus (Substantive) Objection to Claim No. 568 Filed by Richard J. McCord, Esq., Chapter 7 Trustee of the Estate of Yandoli Foods, Inc. [Docket No. 2216; filed 1/25/2010]

E.    Response to Debtors Nineteenth Omnibus (Substantive) Objection to Claims filed by Law Offices of Charles Nathan Regarding Claimant Melissa Gonell [Docket No. 2217; filed 1/25/2010]

F.    Claimant's Response to Debtors Nineteenth Omnibus (Substantive) Objection to Claims filed by Ernest J. Ciccotelli [Docket No. 2218; filed 1/25/2010]

Related Documents:

i.    Notice of Submission of Copies of Proofs of Claims (Substantive) Relating to Debtors' Nineteenth Omnibus Objection to Claims [Docket No. 2147; filed 1/14/2010]

ii.    Debtor's Omnibus Reply to Responses to Debtors Nineteenth (19th) Omnibus (Substantive) Objection to Claims (Wrong Party Litigation Claims) [Docket No. 2308; filed 2/2/2010]

iii.    Order Granting Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [Docket No. 2321; filed 2/5/2010]

iv.    Corrected Order Granting Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [Docket No. 2494; filed 3/11/2010]

v.    Debtors' Second Omnibus Reply to Responses to Debtors' Nineteenth (19th) Omnibus (Substantive) Objection to Claims (Wrong Party Litigation Claims) [Docket No. 3444; filed 4/15/2010]

vi.    Motion to Adjourn Hearing on Claim Objection or for Expedited Consideration of the Motion of Silas B. Wrigley and Barbara Wrigley for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to Proceed with Her Action Against Debtor Washington Mutual, Inc. Pending in the Superior Court for Butte County, California [Docket No. 3526; filed 4/16/2010]

vii.    Notice of Withdrawal of Docket No. 3526 [Docket No. 3538; filed 4/19/2010]

viii.    Request for A Status and Scheduling Conference [Docket No. 4927; filed 78/10]

Status: The Court has entered an order resolving certain claims subject to this matter. The hearing regarding the remaining claims is continued to a date to be determined. The individual status of each remaining claim subject to this matter is listed on the attached <u>Exhibit D</u>.

7.    Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [Docket No. 2310; filed 2/2/10]

Objection Deadline:  February 16, 2010 at 4:00 p.m. (EST)

Objections/Responses Received:

A.    Response by Wellborn Cabinet Inc. to Objection to Claim [Docket No. 2365; filed 2/16/10]

B.    Response to Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Filed by Hovanes John and Linda Reed Bekeredjian [Docket No. 2391; filed 2/16/10]

Related Documents:

i.    Notice of Submission of Copies of Proofs of Claim (Substantive) Relating to Debtors' Twenty-First Omnibus Objection to Claims [Docket No. 2382; filed 2/18/10]

ii.    Order Granting Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [Docket No. 2458; filed 3/4/10]

iii.    Debtors' Omnibus Reply to Responses to Debtors' Twenty-First (21st) Omnibus (Substantive) Objection to Claims (Wrong Party Litigation Claims) [Docket No. 3445; filed 4/15/10]

iv.    Certification of Counsel Regarding Stipulation and Agreement Between Washington Mutual, Inc. and Oracle USA, Inc. Reducing and Allowing Proof of Claim Number 3127 [Docket No. 4794; filed 6/23/10]

Status: The Court has entered an order resolving certain claims subject to this matter. The hearing on this matter is continued to a date to be determined with respect to two remaining claims, and to the omnibus hearing scheduled for September 7, 2010 at 3:00 p.m. (EDT) for the Oracle claim. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit E.

8.     Debtor's Twenty-Third Omnibus (Substantive) Objection to Claims (Claim Nos. 2463, 2470, 2500, and 2505) [Docket No. 2443; filed 3/1/10]

Objection Deadline:  March 15, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.     Response of Denise Cassese, George Rush, Richard Schroer and Whalen & Tusa, P.C., Individually and as Representatives for the Certified Class, to Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims (Claim Nos. 2463, 2470, 2500, and 2505) [Docket No. 3051; filed 4/5/10]

B.     (Amended) Response of Denise Cassese, George Rush, Richard Schroer and Whalen & Tusa, P.C., Individually and as Representatives for the Certified Class, to Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims (Claim Nos. 2463, 2470, 2500, and 2505) [Docket No. 3060; filed 4/6/10]

Related Documents:

i.     Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims [Docket No. 3079; filed 4/7/10]

Status: The hearing on this matter is adjourned until such time as the District Court for the Eastern District of New York determines the Debtors' liability, if any. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit F.

9.     Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims [Docket No. 2524; filed 3/15/2010]

Objection Deadline:     March 29, 2010 at 4:00 p.m. (EDT)
                        extended to April 9, 2010

Objections/Responses Received:

A.     Response by Point B Solutions Group, LLP to Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims [Docket No. 2632; filed 3/29/2010]

RLF1 3601602v. 1

i.      Declaration of Michael Frantz in Support of Response by Point B Solutions Group, LLP to Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims [Docket No. 2633; filed 3/29/2010]

ii.     Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims [Docket No. 3080; filed 4/7/2010]

iii.    Order Granting Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims [Docket No. 3670; filed 5/6/2010]

Status: The Court has entered an order resolving certain claims subject to this matter. The hearing on the remaining claims is continued to the omnibus hearing scheduled for September 24, 2010 at 10:30 a.m. (EDT). The individual status of each remaining claim subject to this matter is listed on the attached Exhibit G.

10.     Debtors' Twenty-Eighth Omnibus (Substantive) Objection to Claims Filed by Claimants Gregory Bushansky, Dana Marra, Marina Ware, Ontario Teachers' Pension Plan Board, and Brockton Contributory Retirement System (Claim Nos. 999, 1001, 1002, 1003, 2759, 2761 and 2763) Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 2554; filed 3/18/10]

Objection Deadline:     April 5, 2010 at 4:00 p.m. (EDT); extended to April 9, 2010

Objections/Responses Received: None.

Related Documents:

i.      Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Twenty-Eighth Omnibus (Substantive) Objection to Claims [Docket No. 3083; filed 4/7/10]

ii.     Order Granting Debtors' Twenty-Eighth Omnibus Objection (Substantive) to Claims Filed by Claimants Ontario Teachers' Pension Plan Board and Brockton Contributory Retirement System Pursuant to Section 510(b) of the Bankruptcy Code (Claim Nos. 2759, 2761 and 2763) [Docket No. 3814; filed 5/19/10]

Status: The Court has entered an order resolving certain claims subject to this matter. The hearing on the remaining claims is continued to a date to be determined. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit H.

11. Debtors' Objection to Proof of Claim filed by the Oregon Department of Revenue (Claim No. 3693) [Docket No. 3196; filed 4/14/10]

Objection Deadline: April 29, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Response of the Oregon Department Of Revenue to Debtors' Objection to Proof of Claim No. 3693 [Docket No. 3599; filed 4/29/10]

B. Amended Response of the Oregon Department Of Revenue to Debtors' Objection to Proof of Claim No. 3693 [Docket No. 3600; filed by 4/29/10]

Related Documents: None.

Status: The hearing on this matter is continued to a date to be determined.

12. Debtors' Objection to Proof of Claim Filed by The State of Maine Bureau of Revenue Services (Claim No. 3130) [Docket No. 3596; filed 4/28/10]

Objection Deadline: May 17, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Response of the State of Maine Bureau of Revenue Services to Debtors' Objection to Claim Number 3130 [Docket No. 3755; filed 5/17/10]

Related Documents: None.

Status: The hearing on this matter is continued to a date to be determined.

13. Motion of the Washington Mutual, Inc. Noteholders Group for an Order Under 11 U.S.C. § 1112(b) Converting the Debtors' Cases to Chapter 7 or, in the Alternative, for an Order Under 11 U.S.C. § 1104(a) Appointing a Trustee to Administer the Debtors' Estates [Docket No. 3651; filed 5/4/10]

Objection Deadline: May 27, 2010 at 4:00 p.m. (EDT); Extended for the Debtors, the Official Committee of Unsecured Creditors, and Wells Fargo Bank, N.A. to a date to be determined

Objections/Responses Received:

A. Objection To Motion to Convert Case to a Chapter 7 or for the alternative, To Appoint a Trustee to Administer the Debtor's Estate Filed by Richard J. Vandehey [Docket No. 4072; filed 5/21/10]

B. Response To Motion to Convert Chapter 11 Case to a Case Under Chapter 7 Filed by Chris Stovic [Docket No. 4274; filed 5/20/10]

C.      Bank Bondholders' Joinder in Motion of the Washington Mutual, Inc. Noteholders Group for an Order Under 11 U.S.C. § 1112(b), Converting These Chapter 11 Cases to Chapter 7, or, in the Alternative, for an Order Under 11 U.S.C. § 1104(a) Appointing a Trustee to Administer the Debtors' Estates [Docket No. 4395; filed 5/27/10]

D.      Response of the Official Committee of Equity Security Holders to the Motion of the Washington Mutual, Inc. Noteholders Group for an Order Under 11 U.S.C. § 1112(b) Converting the Debtors' Cases to Chapter 7 or, in the Alternative, for an Order Under 11 U.S.C. § 1104(a) Appointing a Trustee to Administer the Debtors' Estates [Docket No. 4396; filed 5/27/10]

E.      Response to Motion to Convert the Debtors' Cases to Chapter 7 Filed by Marilyn Howard [Docket No. 4411; filed 5/27/10]

Related Documents: None.

Status: The hearing on this matter is continued to a date to be determined.

14.     Motion of the Consortium of Trust Preferred Security Holders to Compel Debtors to Produce Documents [Docket No. 3757; filed 5/17/10]

Objection Deadline: May 19, 2010 at 9:00 a.m. (EDT)

Objections/Responses Received:

A.      Debtors' Opposition to Motion of the Consortium of Trust Preferred Security Holders to Compel Debtors to Produce Documents [Docket No. 3806; filed 5/19/10]

B.      Declaration of Vaughan Petherbridge in Support of Debtors' Opposition to the Motion to Compel Filed by the Consortium of Trust Preferred Security Holders [Docket No. 3807; filed 5/19/10]

C.      Objections of the Office of Thrift Supervision to the Request of the Consortium of Trust Preferred Security Holders for the Production of Documents [Docket No. 4699; filed 6/15/10]

D.      The TPS Consortium's: (A) Second Supplemental Submission of Furtherance of Its Motion to Compel Debtors to Produce Documents; and (B) Request to Strike or Modify Confidentiality Order [Docket No. 4891; filed 7/7/10]

E.      Debtors' Response and Opposition to the TPS Consortium's (A) Second Supplemental Submission in Furtherance of its Motion to Compel Debtors to Produce Documents and (B) Request to Strike or Modify Confidentiality Order [Docket No. 4952; filed 7/9/10]

F.      Supplemental Memorandum of the Consortium of Trust Preferred Security Holders with Respect to Proposed Confidentiality Order [Docket No. 5090; filed 7/19/10]

Related Documents:

i.      Motion of the Consortium of Trust Preferred Security Holders to Shorten Response Time and to Shorten Notice for Hearing on the Consortium's Motion to Compel Debtors to Produce Documents [Docket No. 3758; filed 5/17/10]

ii.     Order Shortening the Time to Consider Motion of the Consortium of Trust Preferred Security Holders to Compel Debtors to Produce Documents [Docket No. 3777; filed 5/18/10]

iii.    The TPS Consortium's: (A) Supplemental Submission in Furtherance of Its Motion to Compel Debtors' Production of Documents; and (B) Objection to the Debtors' Motion to Impose Discovery Limitations and Procedures [Docket No. 4471; filed 6/2/10]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for September 7, 2010 at 3:00 p.m. (EDT).

15.     Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims [Docket No. 3771; filed 5/17/10]

Objection Deadline:   June 3, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.      Response of ADT Security Services, Inc. to Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims [Docket No. 4648; filed 6/8/10]

Related Documents:

i.      Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims [Docket No. 4623; filed 6/4/10]

ii.     Certification of Counsel Regarding Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims [Docket No. 4708; filed 6/15/10]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for September 24, 2010 at 10:30 a.m. On June 15, 2010, the Debtors submitted a revised form of order under certification of counsel. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit I.

16.     Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims [Docket No. 3772; filed 5/17/10]

Objection Deadline:   June 3, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:  None.

Related Documents:

i.      Order Granting Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims [Docket No. 4756; filed 6/17/10]

Status: The hearing on this matter with respect to the Principal claim is continued to the omnibus hearing scheduled for September 24, 2010 at 10:30 a.m.   The Court has entered an order resolving all other claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit J.

17.   Debtors' Objection to Proof of Claim Filed by the Illinois Department of Revenue (Claim No. 2803) [Docket No. 3798; filed 6/18/10]

Objection Deadline:   June 8, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.      Response of Illinois Department of Revenue to Objection to Claim No. 2803 [Docket No. 4650; filed 6/8/10]

Related Documents:

i.      Notice of Submission of Copy of Proof of Claim Relating to Debtors' Objection to Proof of claim Filed by the Illinois Department of Revenue (Claim No. 2803) [Docket No. 4618; filed 6/4/10]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for September 24, 2010 at 10:30 a.m. (EDT).

18.   Debtors' Amended Thirty-Second Omnibus (Substantive) Objection to Claims (Claim Nos. 3812, 2689, 3174, 3179, 3187) [Docket No. 3801; filed 5/18/10]

Objection Deadline:   May 24, 2010 at 4:00 p.m. (EDT), extended to June 4, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:  None.

A.      Informal response received from JPMorgan.

RLF1 3601602v. 1

Related Documents:

i.    Debtors' Thirty-Second Omnibus (Substantive) Objection to Claims (Claim Nos. 3515, 2689, 3174, 3179, 3187) [Docket No. 3667; filed 5/5/10]

ii.   Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Thirty-Second Omnibus (Substantive) Objection to Claim Numbers 3515, 2689, 3174, 3179, 3187 [Docket No. 4621; filed 6/4/10]

iii.  Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Amended Thirty-Second Omnibus (Substantive) Objection to Claim Numbers 3515, 2689, 3174, 3179, 3187 [Docket No. 4622; filed 6/4/10]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for September 7, 2010 at 3:00 p.m. (EDT). The individual status of each remaining claim subject to this matter is listed on the attached Exhibit K.

19.   Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [Docket No. 3802; filed 5/18/10]

Objection Deadline:   June 4, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.    Response of Marc P. Wane to Debtors' Thirty-Fifth Omnibus (Non-Substantive) Objection to Claims [Docket No. 4614; filed 6/2/10]

B.    Response of Geoffey Olsen to Debtors' Thirty-Fifth Omnibus (Non-Substantive) Objection to Claims [Docket No. 4615; filed 6/2/10]

Related Documents:

i.    Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [Docket No. 4624; filed 6/4/10]

ii.   Order Granting Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [Docket No. 4769; filed 6/18/10]

Status: The Court has entered an order resolving certain claims subject to this matter. The hearing on the remaining claims is continued to the omnibus hearing scheduled for September 7, 2010 at 3:00 p.m. (EDT). The individual status of each remaining claim subject to this matter is listed on the attached Exhibit L.

20.   Debtors' Thirty-Sixth Omnibus (Substantive) Objection to Claims [Docket No. 3803; filed 5/18/10]

Objection Deadline:   June 4, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received: None.

Related Documents:

i.  Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Thirty-Sixth Omnibus (Substantive) Objection to Claims [Docket No. 4625; filed 6/4/10]

ii. Certification of Counsel Regarding Debtors' Thirty-Sixth Omnibus (Substantive) Objection to Claims [Docket No. 4711; filed 6/15/10]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for September 7, 2010 at 3:00 p.m. (EDT). While no responses were received before the response deadline, before entering the proposed order the Court has requested certain information about these claims and the Debtors are working with JPMorgan Chase to gather such information. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit M.

21. Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Claims Filed by Plaintiffs in the Buus Action [Docket No. 4043; filed 5/20/10]

Objection Deadline: June 7, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received: None.

Related Documents:

i.  Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Claims [Docket No. 4626; filed 6/4/10]

Status: The hearing on this matter is continued to a date to be determined. The individual status of each claim subject to this matter is listed on the attached Exhibit N.

22. Bank Bondholders' Motion to Temporarily Allow Claims for Voting Purposes [Docket No. 4436; filed 5/28/10]

Objection Deadline: June 10, 2010 at 4:00 p.m. (EDT); extended to a date to be determined

Objections/Responses Received: None.

Related Documents: None.

Status: The hearing on this matter is continued to a date to be determined.

23. Debtors' Objection to Proof of Claim Filed by Principal Financial Group, Inc. (Claim No. 3835) Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 4497; filed 6/2/10]

Objection Deadline: June 21, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Response of Principal Financial Group, Inc. to Debtors' Objection to Proof of Claim Filed by Principal Financial Group, Inc. (Claim No. 3835) Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 4836; filed 7/1/10]

Related Documents:

i. Notice of Submission of Copy of Proof of Claim Relating to Debtors' Objection to Proof of Claim Filed by Principal Financial Group, Inc. (Claim No. 3835) Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 4802; filed 6/24/10]

Status: The hearing regarding this matter is continued to the omnibus hearing scheduled for September 24, 2010 at 10:30 a.m. (EDT).

24. Motion to Compel JPMC to Produce Documents [Docket No. 4729; filed 6/16/10]

Objection Deadline: June 17, 2010 at 9:00 a.m. (requested)

Objections/Responses Received:

A. Supplemental Response of JPMorgan Chase Bank, N.A. to the Equity Committee's Motion for a New Rule 2004 Investigation; (ii) Opposition to Motion of Consortium of Trust Preferred Security Holders to Compel JPMorgan Chase to Produce Documents; and (iii) Motion of JPMorgan Chase Bank, N.A. for Entry of a Protective Order with Respect to Plan Objectors' Requests for Discovery [Docket No. 4739; filed 6/16/10]

B. Opposition of the Official Committee of Equity Security Holders to JPMorgan Chase Bank, N.A.'s Motion for A Protective Order with Respect to Plan Objectors' Requests for Production [Docket No. 4849; filed 7/1/10]

C. Omnibus Reply of JPMorgan Chase Bank, N.A. in Further Support of Its Motion for Entry of A Protective Order With Respect to Plan Objectors' Requests for Discovery [Docket No. 4879; filed 7/6/10]

D. Supplemental Declaration of Brian D. Glueckstein [Docket No. 4881; filed 7/6/10]

E. The Texas Group's Response and Opposition to Motion of JPMorgan Chase Bank, N.A. for Entry of A Protective Order with Respect to the Plan Objectors' Requests for Discovery [Docket No. 4866; filed 7/2/10]

RLF1 3601602v. 1

Related Documents:

i.  Motion of the Consortium of Trust Preferred Security Holders to Shorten Response Time and to Shorten Notice for Hearing on the Consortiums' Motion to Compel JPMC to Produce Documents [Docket No. 4730; filed 6/16/10]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for September 7, 2010 at 3:00 p.m. (EDT).

25. Debtors' Motion for an Order, Pursuant to Bankruptcy Rule 7042 and Section 105(A) of the Bankruptcy Code, (I) Consolidating the Debtors' Forty-Third and Forty-Fourth Omnibus Objections with Adversary Proceeding Commenced by Broadbill Investment Corp., and (II) Staying the Adversary Proceeding (Adv. Pro. No. 10-50911) [Docket No. 4804; filed 6/24/10; Adversary Docket No. 23; filed 6/24/10]

Objection Deadline: July 13, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.  Objection to Debtors' Motion Seeking (A) to Consolidate the Debtor's Forty Third and Forty Fourth Objections to Claims with the Broadbill Adversary Proceeding, and (B) Staying the Broadbill Adversary Proceeding [Docket No. 5053; Adversary Docket No. 31; filed 7/15/10]

B.  Broadbill Investment Corp's Objection to Debtors' Motion for an Order (I) Consolidating the Debtors' Forty-Third and Forty-Fourth Omnibus Objections with Broadbill's Adversary Proceeding and (II) Staying Broadbill's Adversary Proceeding [Docket No. 5054; Adversary Docket No. 32; filed 7/15/10]

Related Documents:

i.  Notice of Rescheduled Omnibus Hearing Time for July 20, 2010 [Docket No. 4983; filed 7/12/10]

Status: The hearing regarding this matter is continued until the class action complaint in the Broadbill adversary proceeding is filed (Adversary Proceeding No. 10-50911).

26. Motion of the Consortium of Trust Preferred Security Holders to Compel the Office of Thrift Supervision to Produce Documents [Docket No. 4868; filed 7/2/10]

Objection Deadline: July 7, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.  Opposition of the Office of Thrift Supervision to the Motion of the Consortium of Trust Preferred Security Holders to Compel Production [Docket No. 4890; filed 7/7/10]

Related Documents:

i.  Motion of the Consortium of Trust Preferred Security Holders to Shorten Response Time and to Shorten Notice for Hearing on the Consortium's Motion to Compel Office of Thrift Supervision to Produce Documents [Docket No. 4867; filed 7/2/10]

Status: The hearing on this matter is continued to the omnibus hearing scheduled for September 7, 2010 at 3:00 p.m. (EDT).

27.  Complaint for Declaratory Relief (Adv. Pro. No. 10-50911) [Adversary Docket No. 1; filed 4/12/10]

Status: The status conference is continued to the omnibus hearing scheduled for September 7, 2010 at 3:00 p.m. (EDT).

## II.  UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION OR CERTIFICATIONS OF COUNSEL:

28.  Debtors' Thirty-Eighth Omnibus (Non-Substantive) Objection to Claims [Docket No. 4498; filed 6/2/10]

Objection Deadline:  June 21, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.  Combined Response to Debtors' Thirty-Eighth, Thirty-Ninth, Fortieth, Forty-First and Forty-Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 4778; filed 6/18/10]

Related Documents:

i.  Order Granting Debtors' Thirty-Eighth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5108; filed 7/20/10]

ii.  Second Order Granting Debtors' Thirty-Eighth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5271; filed 8/11/10]

iii.  Certification of Counsel to be filed Regarding Debtors' Thirty-Eighth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5307; filed 8/20/10]

iv.  **Third Order Granting Debtors' Thirty-Eighth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5329; filed 8/23/10]**

Status: **On August 23, 2010, the Court entered an order regarding this matter. Accordingly, no hearing regarding this matter is necessary.** The individual status of each remaining claim subject to this matter is listed on the attached Exhibit O.

29.   Debtors' Thirty-Ninth Omnibus (Non-Substantive) Objection to Claims [Docket No. 4499; filed 6/2/10]

Objection Deadline:   June 21, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.   Combined Response to Debtors' Thirty-Eighth, Thirty-Ninth, Fortieth, Forty-First and Forty-Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 4778; filed 6/18/10]

Related Documents:

i.   Order Granting Debtors' Thirty-Ninth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5109; filed 7/20/10]

ii.   Second Order Granting Debtors' Thirty-Ninth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5272; filed 8/11/10]

iii.   Certification of Counsel Regarding Debtors' Thirty-Ninth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5308; filed 8/20/10]

iv.   **Third Order Granting Debtors' Thirty-Ninth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5328; filed 8/23/10]**

Status: **On August 23, 2010, the Court entered an order regarding this matter. Accordingly, no hearing regarding this matter is necessary.** The individual status of each remaining claim subject to this matter is listed on the attached Exhibit P.

30.   Debtors' Fortieth Omnibus (Non-Substantive) Objection to Claims [Docket No. 4500; filed 6/2/10]

Objection Deadline:   June 21, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.   Combined Response to Debtors' Thirty-Eighth, Thirty-Ninth, Fortieth, Forty-First and Forty-Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 4778; filed 6/18/10]

Related Documents:

i.     Order Granting Debtors' Fortieth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5110; filed 7/20/10]

ii.     Second Order Granting Debtors' Fortieth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5273; filed 8/11/10]

iii.     Certification of Counsel Regarding Debtors' Fortieth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5309; filed 8/20/10]

iv.     **Third Order Granting Debtors' Fortieth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5327; filed 8/23/10]**

Status: **On August 23, 2010, the Court entered an order regarding this matter. Accordingly, no hearing regarding this matter is necessary.** The individual status of each remaining claim subject to this matter is listed on the attached Exhibit Q.

31.     Debtors' Forty-First Omnibus (Non-Substantive) Objection to Claims [Docket No. 4501; filed 6/2/10]

Objection Deadline:     June 21, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.     Combined Response to Debtors' Thirty-Eighth, Thirty-Ninth, Fortieth, Forty-First and Forty-Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 4778; filed 6/18/10]

Related Documents:

i.     Order Granting Debtors' Forty-First Omnibus (Non-Substantive) Objection to Claims [Docket No. 5112; filed 7/20/10]

ii.     Order Granting Debtors' Forty-First Omnibus (Non-Substantive) Objection to Claims [Docket No. 5122; filed 7/22/10]

iii.     Second Order Granting Debtors' Forty-First Omnibus (Non-Substantive) Objection to Claims [Docket No. 5274; filed 8/11/10]

iv.     Certification of Counsel Regarding Debtors' Forty-First Omnibus (Non-Substantive) Objection to Claims [Docket No. 5310; filed 8/20/10]

v.     **Third Order Granting Debtors' Forty-First Omnibus (Non-Substantive) Objection to Claims [Docket No. 5326; filed 8/23/10]**

Status: **On August 23, 2010, the Court entered an order regarding this matter. Accordingly, no hearing regarding this matter is necessary.** The

individual status of each remaining claim subject to this matter is listed on the attached Exhibit R.

32. Debtors' Forty-Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 4502; filed 6/2/10]

Objection Deadline: June 21, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Combined Response to Debtors' Thirty-Eighth, Thirty-Ninth, Fortieth, Forty-First and Forty-Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 4778; filed 6/18/10]

Related Documents:

i. Order Granting Debtors' Forty-Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 5111; filed 7/20/10]

ii. Second Order Granting Debtors' Forty-Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 5275; filed 8/11/10]

iii. Certification of Counsel to be filed Regarding Debtors' Forty-Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 5311; filed 8/20/10]

iv. **Third Order Granting Debtors' Forty-Second Omnibus (Non-Substantive) Objection to Claims [Docket No. 5325; filed 8/23/10]**

Status: **On August 23, 2010, the Court entered an order regarding this matter. Accordingly, no hearing regarding this matter is necessary.** The individual status of each remaining claim subject to this matter is listed on the attached Exhibit S.

33. Debtors' Forty-Sixth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5117; filed 7/21/10]

Objection Deadline: August 9, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Response to the Notice of Debtors' Forty-Sixth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5232; filed 8/5/10]

Related Documents:

i. Certification of Counsel to be filed Regarding Debtors' Forty-Sixth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5312; filed 8/20/10]

ii.  **Order Granting Debtors' Forty-Sixth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5324; filed 8/23/10]**

Status: One response has been received. The hearing with respect to that claim is continued to the omnibus hearing scheduled for September 24, 2010 at 10:30 a.m. (EDT). **On August 23, 2010, the Court entered an order regarding this matter. Accordingly, no hearing regarding the remaining claims is necessary.** The individual status of each remaining claim subject to this matter is listed on the attached Exhibit T.

34.  Motion for an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving Stipulation and Agreement Between Washington Mutual, Inc. and Zoot Enterprises, Inc. Reducing and Allowing Proof of Claim Number 2555 [Docket No. 5209; filed 8/3/10]

Objection Deadline: August 17, 2010 at 9:00 a.m. (EDT)

Objections/Responses Received: None.

Related Documents:

i.  Certification of No Objection Regarding Motion for an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving Stipulation and Agreement Between Washington Mutual, Inc. and Zoot Enterprises, Inc. Reducing and Allowing Proof of Claim Number 2555 [Docket No. 5303; filed 8/19/10]

ii.  **Order Approving Stipulation and Agreement Between Washington Mutual, Inc. and Zoot Enterprises, Inc. Reducing and Allowing Proof of Claim Number 2555 [Docket No. 5323; filed 8/23/10]**

Status: **On August 23, 2010, the Court entered an order regarding this matter. Accordingly, no hearing regarding this matter is necessary.**

## III.  UNCONTESTED MATTER GOING FORWARD:

35.  Application of the Examiner for Entry of an Order Authorizing the Retention and Employment of Cole, Schotz, Meisel, Forman & Leonard, P.a. as His Delaware Counsel *Nunc Pro Tunc* to July 26, 2010 [Docket No. 5241; filed 8/7/10]

Objection Deadline: August 17, 2010 at 9:00 a.m. (EDT)

Objections/Responses Received: None.

Related Documents:

i.  **Certification of No Objection Regarding Application of the Examiner for Entry of an Order Authorizing the Retention and Employment of Cole,**

**Schotz, Meisel, Forman & Leonard, P.a. as His Delaware Counsel *Nunc Pro Tunc* to July 26, 2010 [Docket No. 5305; filed 8/19/10]**

Status:**On August 19, 2010, a certification of no objection was filed regarding this matter. Accordingly, no hearing regarding this matter is necessary unless the Court has questions or concerns.**

## IV. ADVERSARY PROCEEDING:

36. Black Horse Capital LP, et al. v. JPMorgan Chase Bank, N.A., et al. (Adv. Pro. No. 10-51387)

    Related Documents:

    i. Complaint for Declaratory and Other Relief [Adversary Docket No. 1; filed 7/7/10]

    ii. **Plaintiffs' Statement Regarding Proposed Scheduling Order [Adversary Docket No. 30; filed 8/9/10]**

    iii. **Plaintiffs' Second Statement Regarding Proposed Scheduling Order [Adversary Docket No. 36; filed 8/23/10]**

    iv. **Defendant Washington Mutual, Inc.'s Statement Regarding Proposed Scheduling Order [Adversary Docket No. 37; filed 8/24/10]**

    Status: The status conference regarding the scheduling order is going forward.

## V. FEE APPLICATIONS:

37. See index attached as Exhibit U.

    Status: The hearing on the fifth interim fee applications will go forward. A hearing binder containing the applicable fee applications was submitted to the Court on August 17, 2010. The Debtors intend to present an omnibus form of order approving the applications at the hearing.

RLF1 3601602v. 1

## VI. STATUS CONFERENCE:

38. **Statement of the TPS Consortium Regarding the Document Depository and Request for Further Relief [Docket No. 5330; filed 8/23/10]**

   **Objections/Responses Received:**

   A. **Debtors' Response and Opposition to the Statement of the TPS Consortium Regarding the Document Depository and Request for Further Relief [Docket No. 5338; filed 8/24/10]**

   **Status:** With the permission of the Court, this matter will go forward as a status conference.

Dated: August 24, 2010
      Wilmington, Delaware

Respectfully submitted,

Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Drew G. Sloan (No. 5069)
Travis A. McRoberts (No. 5274)
Julie A. Finocchiaro (No. 5303)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*