# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>WASHINGTON MUTUAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-12229 (MFW)<br><br>Jointly Administered<br><br>Related Docket No. 5354 |

## THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS' RESERVATION OF RIGHTS REGARDING CERTIFICATION OF COUNSEL REGARDING STIPULATION REGARDING ESTABLISHMENT OF SEGREGATED ACCOUNT FOR TAX-RELATED PAYMENTS

The Official Committee of Equity Security Holders (the "Equity Committee") of Washington Mutual, Inc. ("WMI" and, together with its chapter 11 debtor-affiliate, WMI Investment Corp., the "Debtors"), by and through its undersigned counsel, submits this reservation of rights with respect to the *Certification of Counsel regarding Stipulation regarding Establishment of Segregated Account for Tax-Related Payments* [Docket No. 5354] submitted on August 26, 2010 (the "Certification"), and the Equity Committee respectfully states as follows:

1. On August 26, 2010, counsel to the Debtors filed the Certification through which the Debtors, in conjunction with JPMorgan Chase Bank, National Association ("JPMC") and the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank (the "FDIC-Receiver" and together with the Debtors and JPMC, the "Stipulation Parties"), requests immediate entry of a proposed Order approving that certain *Stipulation regarding Establishment of Segregated Account for Tax-related Payments* (the "Stipulation").

---

[1] Debtors in these Chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395). The Debtors are located at 925 Fourth Avenue, Suite 2500, Seattle, Washington 98104.

{00435134;v1}

2.  The Equity Committee was not consulted by any of the Stipulation Parties with respect to the Stipulation prior to its submission to the Court. And although the Equity Committee has had only a brief opportunity to review and consider the Stipulation, it does not appear that the Equity Committee has an objection to approval of the Stipulation. However, because (i) the Equity Committee was not consulted prior to submission of the Stipulation and has had only a brief opportunity to review and consider the Stipulation following its submission, and (ii) the Stipulation expressly includes certain reservations of rights and arguments of the Stipulation Parties (which by definition does not include the Equity Committee) concerning the ultimate disposition of the Tax Refunds (as defined in the Stipulation), the Equity Committee is compelled to file this submission to expressly reserve all of its rights, claims and arguments that it may assert in the future with respect to the Tax Refunds.

Dated: August 27, 2010

**ASHBY & GEDDES, P.A.**

_____
William P. Bowden (DE Bar No. 2553)
Gregory A. Taylor (DE Bar No. 4008)
Stacy L. Newman (DE Bar No. 5044)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile : (302) 654-2067
E-mail:   wbowden@ashby-geddes.com
          gtaylor@ashby-geddes.com
          snewman@ashby-geddes.com

*-And-*

**SUSMAN GODFREY, L.L.P.**
Stephen D. Susman (NY Bar No. 3041712)
Seth D. Ard (NY Bar No. 4773982)
654 Madison Avenue, 5th Floor
New York, NY 10065
E-mail:
ssusman@susmangodfrey.com
sard@susmangodfrey.com

Parker C. Folse, III (WA Bar No. 24895)
Edgar Sargent (WA Bar No. 28283)
Justin A. Nelson (WA Bar No. 31864)
1201 Third Ave., Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
E-mail:
pfolse@susmangodfrey.com
esargent@susmangodfrey.com
jnelson@susmangodfrey.com

*Co-Counsel for the Official Committee of Equity Security Holders of Washington Mutual, Inc., et al.*