# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| WASHINGTON MUTUAL, INC., *et al.*,[1] | Case No. 08-12229 (MFW) |
| Debtors. | Jointly Administered |
| | **Related Docket Nos. 5315, 5317, 5318** |

## THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS' RESERVATION OF RIGHTS REGARDING NOTICES OF INTENT TO SELL, TRADE OR OTHERWISE TRANSFER WMI STOCK FILED BY PALOMINO FUND LTD., THOROUGHBRED MASTER LTD. AND APPALOOSA INVESTMENT L.P. I

The Official Committee of Equity Security Holders (the "Equity Committee") of Washington Mutual, Inc. ("WMI" and, together with its chapter 11 debtor-affiliate, WMI Investment Corp., the "Debtors"), by and through its undersigned counsel, hereby submits this reservation of rights with respect to *Palomino Fund Ltd.'s Notice of Intent to Sell, Trade or Otherwise Transfer WMI Stock* [Docket No. 5315], *Thoroughbred Master Ltd.'s Notice of Intent to Sell, Trade or Otherwise Transfer WMI Stock* [Docket No. 5317] and *Appaloosa Investment L.P. I's Notice of Intent to Sell, Trade or Otherwise Transfer WMI Stock* [Docket No. 5318] (collectively, the "Notices") filed on August 20, 2010, and in support thereof, respectfully states as follows:

1. On August 20, 2010, Palomino Fund Ltd., Thoroughbred Master Ltd. and Appaloosa Investment L.P. I filed the Notices through which they advise of their intention to sell, trade or otherwise transfer certain shares of WMI preferred stock (the "Proposed Transfers").

---

[1] Debtors in these Chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395).

2. The Equity Committee's professionals have conferred with the Debtors' professionals on a number of occasions regarding the implication of the Proposed Transfers. The Debtors' professionals have advised the Equity Committee that the Proposed Transfers will not affect the tax attributes of the estate or present an issue under Section 382 of the Internal Revenue Code, which governs net operating loss carryovers following ownership changes, or otherwise negatively affect the value of the Debtors' estate.

3. In the event that the Proposed Transfers do negatively affect the value of the Debtors' estate including, but not limited to, the tax attributes of the estate, the Equity Committee hereby reserves its right to seek any form of appropriate relief.

Dated: September 3, 2010

ASHBY & GEDDES, P.A.

William P. Bowden (No. 2553)
Gregory A. Taylor (No. 4008)
Stacy L. Newman (No. 5044)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

SUSMAN GODFREY, L.L.P.
Stephen D. Susman
Seth D. Ard
654 Madison Avenue, 5th Floor
New York, NY 10065

Parker C. Folse, III
Edgar Sargent
Justin A. Nelson
1201 Third Ave., Suite 3800

---

The Debtors are located at 925 Fourth Avenue, Suite 2500, Seattle, Washington 98104.

Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

*Counsel for the Official Committee of Equity
Security Holders of Washington Mutual, Inc., et al.*