## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------x
                                               :
In re:                                         :      Chapter 11
                                               :
WASHINGTON MUTUAL, INC., et al.,¹              :      Case No. 08-12229 (MFW)
                                               :
                                               :      (Jointly Administered)
           Debtors.                            :
                                               :
-----------------------------------------------x
-----------------------------------------------x
BROADBILL INVESTMENT CORP.                     :
                                               :
                                               :
     Plaintiff,                                :
                                               :
v.                                             :      Adversary Proc. No. 10-50911 (MFW)
                                               :
WASHINGTON MUTUAL, INC.,                       :
                                               :
Defendant                                      :
-----------------------------------------------x
-----------------------------------------------x
MICHAEL WILLINGHAM and ESOPUS                  :
CREEK VALUE LP,                                :
                                               :
Plaintiffs,                                    :
                                               :
v.                                             :      Adversary Proc. No. 10-51297 (MFW)
                                               :
WASHINGTON MUTUAL, INC.,                       :
                                               :
Defendant                                      :
-----------------------------------------------x
```

---

¹ The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

```
-----------------------------------------------------------x
BLACKHORSE CAPITAL LP, et al.           :
                                        :
                                        :
Plaintiffs,                             :
                                        :
v.                                      :        Adversary Proc. No. 10-51387 (MFW)
                                        :
JPMORGAN CHASE BANK, N.A., et al.       :
                                        :
Defendants                              :
-----------------------------------------------------------x
```

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON SEPTEMBER 7, 2010 AT 3:00 P.M. (EDT)

## I.    CONTINUED AND/OR RESOLVED MATTERS:

1.    Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1087; filed 5/29/09]

Objection Deadline:  June 22, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.    Schindler Family Trust's Response to Debtors' First Omnibus Objection to Claims [Docket No. 1190; filed 6/22/09]

Related Documents:

i.     Amendment to Notice of Debtors' Omnibus Objections to Claims [Docket No. 1177; filed 6/18/09]

ii.    Notice of Submission of Copies of Proofs of Claims Relating to Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1292; filed 7/13/09]

iii.   Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1364; filed 7/22/09]

iv.    Notice of Withdrawal [Docket No. 1367; filed 7/22/09]

v.     Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1368; filed 7/22/09]

vi.    Order Granting Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1469; filed 8/10/09]

       vii.     Debtors' Omnibus Reply to Responses to Debtors' First (1st), Fifth (5th), Sixth (6th), Eighth (8th) and Ninth (9th) Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

      viii.    Debtors' Reply to Response and Opposition of Schindler Family Trust to Debtors' First Omnibus Claims Objection [Docket No. 3498; filed 4/16/2010]

     <u>Status</u>: The Court has entered an order resolving certain claims subject to this matter. The hearing on this matter is continued to a date to be determined. The individual status of each remaining claim subject to this matter is listed on the attached <u>Exhibit A</u>.

2.     Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1233; filed 6/26/09]

    <u>Objection Deadline:</u> July 16, 2009 at 4:00 p.m. (EDT)

    <u>Objections/Responses Received:</u>

      A.     Response to Debtors' Objection to the Claim of Andrew J. Eshenbach [Docket No. 1329; filed 7/15/09]

      B.     Memorandum of Points and Authorities in Opposition to Debtor's Fifth Omnibus (Substantive) Objection to Claim [Docket No. 1331; filed 7/15/09]

      C.     Response of William Finzer to Debtors' Fifth Omnibus Objection to Claims [Docket No. 1476; filed 8/12/09]

    <u>Related Documents:</u>

      i.     Notice of Submission of Copies of Proofs of Claims Relating to Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1294; filed 7/13/09]

      ii.     Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

      iii.    Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Objection to Claims [Docket No. 1366; filed 7/22/09]

      iv.    Notice of Withdrawal [Docket No. 1367; filed 7/22/09]

      v.     Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

      vi.    Order Granting Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1466; filed 8/10/09]

RLF1 3606026v. 1

vii. Debtors' Omnibus Reply to Responses to Debtors' First (1st), Fifth (5th), Sixth (6th), Eighth (8th) and Ninth (9th) Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

viii. Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

ix. Order (Second) Granting Debtors' Fifth Omnibus (Substantive) Objection To Claims [Docket No. 1826; filed 11/3/09]

x. Scheduling Order with Respect to Hearing on Employee Claims [Docket No. 1924; filed 11/20/09]

Status: The Court has entered an order resolving certain claims subject to this matter. The hearing regarding the remaining claims is continued to dates to be determined. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit B.

3. Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1234; filed 6/26/09]

Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Claimant Julie Morales' Response to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1300; filed 7/13/09]

B. Objection to Debtors' Sixth Omnibus (Substantive) Objection to Claims Filed by Brian T. Foster [Docket No. 1301; filed 7/13/09]

C. Response of Bruce Alan Weber to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1302; filed 7/13/09]

D. Response by John S. Pereira as Chapter 11 Trustee of Maywood Capital Corp., et al. in Opposition to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1314; filed 7/15/09]

E. Response of Jeffrey P. Weinstein to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1320; filed 7/15/09]

F. Response to Debtors' Sixth Omnibus (Substantive) Objection to Claims Filed by Michele Susanne Grau-Iversen [Docket No. 1336; filed 7/16/09]

G. Response of Stephen E. Whittaker to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1337; filed 7/16/09]

H. Response of John H. Murphy to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1338; filed 7/16/09]

4

I.      Supplemental Response by John S. Pereira as Chapter 11 Trustee of MayWood Capital Corp., et al. in Opposition to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1640; 9/23/09]

Related Documents:

i.      Notice of Submission of Copies of Proofs of Claims Relating to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1295; filed 7/13/09]

ii.      Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

iii.      Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Objection to Claims [Docket No. 1366; filed 7/22/09]

iv.      Notice of Withdrawal re: Docket No. 1364 and 1365 [Docket No. 1367; filed 7/22/09]

v.      Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

vi.      Declaration of Rishi Jain in Further Support of Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1388; filed 7/27/09]

vii.      Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1467; filed 8/10/09]

viii.      Debtors' Omnibus Reply to Responses to Debtors' First (1st), Fifth (5th), Sixth (6th), Eighth (8th)and Ninth (9th) Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

ix.      Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

x.      Second Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1579; filed 9/3/09]

xi.      Third Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1827; filed 11/3/09]

xii.      Scheduling Order with Respect to Hearing on Employee Claims [Docket No. 1924; filed 11/20/09]

xiii.      Notice of Withdrawal of Proof of Claim (Claim No. 2675 filed by John S. Pereira, as Chapter 11 Trustee of Maywood Capital Corp., et al.) [Docket No. 3618; filed 4/30/2010]

Status: The Court entered an order resolving certain claims subject to this matter. The hearing regarding the employee claims litigation is continued to a date to be determined. The hearing regarding the remaining claims is continued to the omnibus hearing scheduled for October 8, 2010 at 10:30 a.m. (EDT). The individual status of each remaining claim subject to this matter is listed on the attached Exhibit C.

4.    Plaintiffs' Buus *et al.* Motion for Relief from the Automatic Stay [Docket No. 1568; filed 9/1/09]

Objection Deadline:    October 21, 2009 at 4:00 p.m. (EDT); extended to January 11, 2010

Objections/Responses Received:

A.    Debtors' Objection to Movants' Buus et al. Motion for Relief from the Automatic Stay [Docket No. 1942; filed 11/25/09]

B.    Response of JPMorgan Chase Bank, National Association to Debtors' Objection to Movants' Buus *et al.* Motion for Relief from the Automatic Stay [Docket No. 1985; filed 12/10/09]

Related Documents:

i.    Notice of Rescheduled Hearing on Motion [Docket No. 1944; filed 11/30/09]

Status: The hearing on this matter is continued to a date to be determined.

5.    Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1701; filed 10/7/09]

Objection Deadline: October 21, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.    Objection of JPMorgan Chase Bank, N.A. to the Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1746; filed 10/21/09]

Related Documents: None.

Status: The hearing on this matter is continued to a date to be determined.

6.    Debtor's Nineteenth Omnibus (Substantive) Objection to Claims (Litigation Claims) [Docket No. 2087; filed 1/5/2010]

RLF1 3606026v. 1

Objections/Responses Received:

A.      Response from Claimants Silas B. Wrigley and Barbara S. Wrigley to Debtors' Nineteenth Omnibus (Substantive) Objection to Claims (Litigation Claims) [Docket No. 2202; filed 1/22/2010]

B.      Bert and Linda Barbers' Response to Objection to Claims [Docket No. 2204; filed 1/22/2010]

C.      Response of Lisa Costantino, Executor of the Estate of Elaine DiNaples, to Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [Docket No. 2211; filed 1/25/2010]

D.      Response and Opposition to Debtors' Nineteenth Omnibus (Substantive) Objection to Claim No. 568 Filed by Richard J. McCord, Esq., Chapter 7 Trustee of the Estate of Yandoli Foods, Inc. [Docket No. 2216; filed 1/25/2010]

E.      Response to Debtors Nineteenth Omnibus (Substantive) Objection to Claims filed by Law Offices of Charles Nathan Regarding Claimant Melissa Gonell [Docket No. 2217; filed 1/25/2010]

F.      Claimant's Response to Debtors Nineteenth Omnibus (Substantive) Objection to Claims filed by Ernest J. Ciccotelli [Docket No. 2218; filed 1/25/2010]

Related Documents:

ii.     Notice of Submission of Copies of Proofs of Claims (Substantive) Relating to Debtors' Nineteenth Omnibus Objection to Claims [Docket No. 2147; filed 1/14/2010]

iii.    Debtor's Omnibus Reply to Responses to Debtors Nineteenth (19th) Omnibus (Substantive) Objection to Claims (Wrong Party Litigation Claims) [Docket No. 2308; filed 2/2/2010]

iv.     Order Granting Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [Docket No. 2321; filed 2/5/2010]

v.      Corrected Order Granting Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [Docket No. 2494; filed 3/11/2010]

vi.     Debtors' Second Omnibus Reply to Responses to Debtors' Nineteenth (19th) Omnibus (Substantive) Objection to Claims (Wrong Party Litigation Claims) [Docket No. 3444; filed 4/15/2010]

vii. Motion to Adjourn Hearing on Claim Objection or for Expedited Consideration of the Motion of Silas B. Wrigley and Barbara Wrigley for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to Proceed with Her Action Against Debtor Washington Mutual, Inc. Pending in the Superior Court for Butte County, California [Docket No. 3526; filed 4/16/2010]

viii. Notice of Withdrawal of Docket No. 3526 [Docket No. 3538; filed 4/19/2010]

ix. Request for A Status and Scheduling Conference [Docket No. 4927; filed 7/8/10]

Status: The Court has entered an order resolving certain claims subject to this matter. The hearing regarding the remaining claims is continued to a date to be determined. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit D.

7. Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [Docket No. 2310; filed 2/2/10]

Objection Deadline: February 16, 2010 at 4:00 p.m. (EST)

Objections/Responses Received:

A. Response by Wellborn Cabinet Inc. to Objection to Claim [Docket No. 2365; filed 2/16/10]

B. Response to Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Filed by Hovanes John and Linda Reed Bekeredjian [Docket No. 2391; filed 2/16/10]

Related Documents:

x. Notice of Submission of Copies of Proofs of Claim (Substantive) Relating to Debtors' Twenty-First Omnibus Objection to Claims [Docket No. 2382; filed 2/18/10]

xi. Order Granting Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [Docket No. 2458; filed 3/4/10]

xii. Debtors' Omnibus Reply to Responses to Debtors' Twenty-First (21st) Omnibus (Substantive) Objection to Claims (Wrong Party Litigation Claims) [Docket No. 3445; filed 4/15/10]

xiii. Certification of Counsel Regarding Stipulation and Agreement Between Washington Mutual, Inc. and Oracle USA, Inc. Reducing and Allowing Proof of Claim Number 3127 [Docket No. 4794; filed 6/23/10]

RLF1 3606026v. 1

Status: The Court has entered an order resolving certain claims subject to this matter. The hearing on this matter is continued to a date to be determined with respect to two remaining claims, and to the omnibus hearing scheduled for September 24, 2010 at 10:30 p.m. (EDT) for the Oracle claim. The individual status of each remaining claim subject to this matter is listed on the attached <u>Exhibit E</u>.

8. Debtor's Twenty-Third Omnibus (Substantive) Objection to Claims (Claim Nos. 2463, 2470, 2500, and 2505) [Docket No. 2443; filed 3/1/10]

Objection Deadline: March 15, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Response of Denise Cassese, George Rush, Richard Schroer and Whalen & Tusa, P.C., Individually and as Representatives for the Certified Class, to Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims (Claim Nos. 2463, 2470, 2500, and 2505) [Docket No. 3051; filed 4/5/10]

B. (Amended) Response of Denise Cassese, George Rush, Richard Schroer and Whalen & Tusa, P.C., Individually and as Representatives for the Certified Class, to Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims (Claim Nos. 2463, 2470, 2500, and 2505) [Docket No. 3060; filed 4/6/10]

Related Documents:

i. Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims [Docket No. 3079; filed 4/7/10]

Status: The hearing on this matter is adjourned until such time as the District Court for the Eastern District of New York determines the Debtors' liability, if any. The individual status of each remaining claim subject to this matter is listed on the attached <u>Exhibit F</u>.

9. Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims [Docket No. 2524; filed 3/15/2010]

Objection Deadline: March 29, 2010 at 4:00 p.m. (EDT)
extended to April 9, 2010

Objections/Responses Received:

A. Response by Point B Solutions Group, LLP to Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims [Docket No. 2632; filed 3/29/2010]

RLF1 3606026v. 1

Related Documents:

i.      Declaration of Michael Frantz in Support of Response by Point B Solutions Group, LLP to Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims [Docket No. 2633; filed 3/29/2010]

ii.     Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims [Docket No. 3080; filed 4/7/2010]

iii.    Order Granting Debtors' Twenty-Fourth Omnibus (Substantive) Objection to Claims [Docket No. 3670; filed 5/6/2010]

Status: The Court has entered an order resolving certain claims subject to this matter. The hearing on the remaining claims is continued to the omnibus hearing scheduled for September 24, 2010 at 10:30 a.m. (EDT). The individual status of each remaining claim subject to this matter is listed on the attached Exhibit G.

10.     Debtors' Twenty-Eighth Omnibus (Substantive) Objection to Claims Filed by Claimants Gregory Bushansky, Dana Marra, Marina Ware, Ontario Teachers' Pension Plan Board, and Brockton Contributory Retirement System (Claim Nos. 999, 1001, 1002, 1003, 2759, 2761 and 2763) Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 2554; filed 3/18/10]

Objection Deadline:    April 5, 2010 at 4:00 p.m. (EDT);
                       extended to April 9, 2010

Objections/Responses Received:  None.

Related Documents:

i.      Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Twenty-Eighth Omnibus (Substantive) Objection to Claims [Docket No. 3083; filed 4/7/10]

ii.     Order Granting Debtors' Twenty-Eighth Omnibus Objection (Substantive) to Claims Filed by Claimants Ontario Teachers' Pension Plan Board and Brockton Contributory Retirement System Pursuant to Section 510(b) of the Bankruptcy Code (Claim Nos. 2759, 2761 and 2763) [Docket No. 3814; filed 5/19/10]

Status: The Court has entered an order resolving certain claims subject to this matter. The hearing on the remaining claims is continued to a date to be determined. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit H.

RLF1 3606026v. 1

11. Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Filed by Morgan Stanley & Co., Inc., Goldman, Sachs & Co., and Credit Suisse Securities (USA) LLC (Claim Nos. 2584, 2909 and 3794) Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 2574; filed 3/19/10]

    <u>Objection Deadline:</u>  April 5, 2010 at 4:00 p.m. (EDT);
                                  extended to April 9, 2010;
                                  Debtors' reply extended to May 14, 2010 at 4:00 p.m. (EDT)

    <u>Objections/Responses Received:</u>

    A.    Response to Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Filed by Morgan Stanley & Co., Inc., Goldman, Sachs & Co., and Credit Suisse Securities (USA) LLC Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 3164; filed 4/9/10]

    B.    Declaration of Jonathan C. Dickey in Support of Response to Debtors' Twenty-Ninth Omnibus Objection (Substantive) Objection to Claims Filed by Morgan Stanley & Co., Inc., Goldman, Sachs & Co., and Credit Suisse Securities (USA) LLC Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 3165; filed 4/9/10]

    <u>Related Documents:</u>

    i.    Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Filed by Morgan Stanley & Co., Inc., Goldman, Sachs & Co., and Credit Suisse Securities (USA) LLC (Claim Nos. 2584, 2909 and 3794) Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 3084; filed 4/7/10]

    ii.    Order Approving Stipulation Between Claimant Morgan Stanley & Co., Inc., and the Debtors Reinstating Proof of Claim No. 2569 and Subjecting Such Claim to the Debtors' Twenty-Ninth Omnibus Objection to Claims [Docket No. 3700; filed 5/12/10]

    iii.    Debtors' Reply to Claimants' Response to Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Filed by Morgan Stanley & Co., Inc., Goldman, Sachs & Co., and Credit Suisse Securities (USA) LLC Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 3737; filed 5/14/10]

    <u>Status:</u>  The hearing on this matter is continued to the omnibus hearing scheduled for October 8, 2010 at 10:30 a.m. (EDT). The individual status of each remaining claim subject to this matter is listed on the attached <u>Exhibit I</u>.

12. Debtors' Objection to Proof of Claim filed by the Oregon Department of Revenue (Claim No. 3693) [Docket No. 3196; filed 4/14/10]

    <u>Objection Deadline:</u>  April 29, 2010 at 4:00 p.m. (EDT)

RLF1 3606026v. 1

Objections/Responses Received:

A.      Response of the Oregon Department Of Revenue to Debtors' Objection to Proof of Claim No. 3693 [Docket No. 3599; filed 4/29/10]

B.      Amended Response of the Oregon Department Of Revenue to Debtors' Objection to Proof of Claim No. 3693 [Docket No. 3600; filed by 4/29/10]

Related Documents: None.

Status: The hearing on this matter is continued to the omnibus hearing scheduled for September 24, 2010 at 10:30 a.m. (EDT).

13.    Debtors' Objection to Proof of Claim Filed by The State of Maine Bureau of Revenue Services (Claim No. 3130) [Docket No. 3596; filed 4/28/10]

Objection Deadline: May 17, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.      Response of the State of Maine Bureau of Revenue Services to Debtors' Objection to Claim Number 3130 [Docket No. 3755; filed 5/17/10]

Related Documents: None.

Status: The hearing on this matter is continued to a date to be determined.

14.    Motion of the Washington Mutual, Inc. Noteholders Group for an Order Under 11 U.S.C. § 1112(b) Converting the Debtors' Cases to Chapter 7 or, in the Alternative, for an Order Under 11 U.S.C. § 1104(a) Appointing a Trustee to Administer the Debtors' Estates [Docket No. 3651; filed 5/4/10]

Objection Deadline: May 27, 2010 at 4:00 p.m. (EDT); Extended for the Debtors, the Official Committee of Unsecured Creditors, and Wells Fargo Bank, N.A. to a date to be determined

Objections/Responses Received:

A.      Objection To Motion to Convert Case to a Chapter 7 or for the alternative, To Appoint a Trustee to Administer the Debtor's Estate Filed by Richard J. Vandehey [Docket No. 4072; filed 5/21/10]

B.      Response To Motion to Convert Chapter 11 Case to a Case Under Chapter 7 Filed by Chris Stovic [Docket No. 4274; filed 5/20/10]

C.      Bank Bondholders' Joinder in Motion of the Washington Mutual, Inc. Noteholders Group for an Order Under 11 U.S.C. § 1112(b), Converting These Chapter 11 Cases to Chapter 7, or, in the Alternative, for an Order

Under 11 U.S.C. § 1104(a) Appointing a Trustee to Administer the Debtors' Estates [Docket No. 4395; filed 5/27/10]

D.   Response of the Official Committee of Equity Security Holders to the Motion of the Washington Mutual, Inc. Noteholders Group for an Order Under 11 U.S.C. § 1112(b) Converting the Debtors' Cases to Chapter 7 or, in the Alternative, for an Order Under 11 U.S.C. § 1104(a) Appointing a Trustee to Administer the Debtors' Estates [Docket No. 4396; filed 5/27/10]

E.   Response to Motion to Convert the Debtors' Cases to Chapter 7 Filed by Marilyn Howard [Docket No. 4411; filed 5/27/10]

Related Documents:  None.

Status:  The hearing on this matter is continued to a date to be determined.

15.   Debtors' Amended Thirty-Second Omnibus (Substantive) Objection to Claims (Claim Nos. 3812, 2689, 3174, 3179, 3187) [Docket No. 3801; filed 5/18/10]

Objection Deadline:   May 24, 2010 at 4:00 p.m. (EDT), extended to June 4, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:  None.

A.   Informal response received from JPMorgan.

Related Documents:

i.   Debtors' Thirty-Second Omnibus (Substantive) Objection to Claims (Claim Nos. 3515, 2689, 3174, 3179, 3187) [Docket No. 3667; filed 5/5/10]

ii.   Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Thirty-Second Omnibus (Substantive) Objection to Claim Numbers 3515, 2689, 3174, 3179, 3187 [Docket No. 4621; filed 6/4/10]

iii.   Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Amended Thirty-Second Omnibus (Substantive) Objection to Claim Numbers 3515, 2689, 3174, 3179, 3187 [Docket No. 4622; filed 6/4/10]

Status:  The hearing on this matter is continued to the omnibus hearing scheduled for September 24, 2010 at 10:30 a.m. (EDT).  The individual status of each remaining claim subject to this matter is listed on the attached Exhibit J.

16.   Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [Docket No. 3802; filed 5/18/10]

Objection Deadline:   June 4, 2010 at 4:00 p.m. (EDT)

13

<u>Objections/Responses Received</u>:

A.      Response of Marc P. Wane to Debtors' Thirty-Fifth Omnibus (Non-Substantive) Objection to Claims [Docket No. 4614; filed 6/2/10]

B.      Response of Geoffey Olsen to Debtors' Thirty-Fifth Omnibus (Non-Substantive) Objection to Claims [Docket No. 4615; filed 6/2/10]

<u>Related Documents</u>:

i.      Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [Docket No. 4624; filed 6/4/10]

ii.      Order Granting Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [Docket No. 4769; filed 6/18/10]

<u>Status</u>: The Court has entered an order resolving certain claims subject to this matter. The hearing on the remaining claims is continued to the omnibus hearing scheduled for September 24, 2010 at 10:30 a.m. (EDT). The individual status of each remaining claim subject to this matter is listed on the attached <u>Exhibit K.</u>

17.      Debtors' Thirty-Sixth Omnibus (Substantive) Objection to Claims [Docket No. 3803; filed 5/18/10]

<u>Objection Deadline</u>:    June 4, 2010 at 4:00 p.m. (EDT)

<u>Objections/Responses Received</u>:  None.

<u>Related Documents</u>:

i.      Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Thirty-Sixth Omnibus (Substantive) Objection to Claims [Docket No. 4625; filed 6/4/10]

ii.      Certification of Counsel Regarding Debtors' Thirty-Sixth Omnibus (Substantive) Objection to Claims [Docket No. 4711; filed 6/15/10]

<u>Status</u>: The hearing on this matter is continued to the omnibus hearing scheduled for September 24, 2010 at 10:30 a.m. (EDT). While no responses were received before the response deadline, before entering the proposed order the Court has requested certain information about these claims and the Debtors are working with JPMorgan Chase to gather such information. The individual status of each remaining claim subject to this matter is listed on the attached <u>Exhibit L.</u>

18.      Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Claims Filed by Plaintiffs in the Buus Action [Docket No. 4043; filed 5/20/10]

RLF1 3606026v. 1

Objection Deadline:   June 7, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:  None.

Related Documents:

i.      Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Claims [Docket No. 4626; filed 6/4/10]

Status: The hearing on this matter is continued to a date to be determined.  The individual status of each claim subject to this matter is listed on the attached Exhibit M.

19.   Bank Bondholders' Motion to Temporarily Allow Claims for Voting Purposes [Docket No. 4436; filed 5/28/10]

Objection Deadline:   June 10, 2010 at 4:00 p.m. (EDT); extended to a date to be determined

Objections/Responses Received:  None.

Related Documents:  None.

Status: The hearing on this matter is continued to a date to be determined.

20.   Debtors' Forty-Third Omnibus (Substantive) Objection to Claims [Docket No. 4749; filed 6/16/10]

Objection Deadline:  July 6, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.      Objection to Debtors Forty Third Omnibus (Substantive) Objection to Claims Filed by Thomas E. Menake [Docket No. 4814; filed 6/28/10]

B.      Objection to Debtors Forty Third Omnibus (Substantive) Objection to Claims Filed by Thomas E. Menake [Docket No. 4815; filed 6/28/10]

C.      Response of Yaw M. Mensah, Dime LTW Claimant #95, to Notice of Debtors' Forty-Third Omnibus (Substantive) Objection to Claims [Docket No. 4842; filed 6/29/10]

D.      Response to Debtors' Forty-Third Omnibus (Substantive) Objection to Claims Filed by Joseph T. Kelm [Docket No. 4859; filed 7/2/10]

E.      Response to Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Mary C. McAndrews [Docket No. 4860; filed 7/2/10]

RLF1 3606026v. 1

F.      Response to Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Alan Laties [Docket No. 4861; filed 7/2/10]

G.      Response to Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Alphonso Meo, Jr. [Docket No. 4862; filed 7/2/10]

H.      Objection to Debtors Forty Third Omnibus (Substantive) Objection to Claims Filed by Lawrence Grech [Docket No. 4865; filed 7/2/10]

I.      Response to Debtors' Forty-Third and Forty-Fourth Omnibus Objections to Claims Filed by Nantahala Capital Partners, LP and Blackwell Capital Partners, LLC [Docket No. 4874; filed 7/6/10]

J.      Response to Debtor's Forty-Third Omnibus (Substantive) Objection to Claims, as Related to Claim Number 2919 Filed by Brad Christensen [Docket No. 4880; filed 7/6/10]

K.      Response and Opposition to the Debtors Forty-Third Omnibus (Substantive) Objection to Claims Filed by Edward Mintz [Docket No. 4882; filed 7/6/10]

L.      Response to Debtor's Forty-Third Omnibus (Substantive) Objection to Claims Filed by American National Bank, as Agent [Docket No. 4883; filed 7/6/10]

M.      Broadbill Investment Corp's Preliminary Response to Debtors' Forty-Third and Forty-Fourth Omnibus Objections to Claims [Docket No. 4892; filed 7/7/10]

N.      Objection to the Debtors Forty Third Omnibus (Substantive) Objections to Claims Filed by Joseph & Sheila, Lisa Molloy and as Guardian for Connor Molloy [Docket No. 4894; filed 7/7/10]

O.      Response to Debtor's Forty-Third Omnibus (Substantive) Objection to Claims Filed by Douglas A. Rivalsi [Docket No. 4896; filed 7/7/10]

P.      Objections to the Debtors Forty-Third Omnibus (Substantive) Objection to Claims Filed by William S. Coverley [Docket No. 4897; filed 7/7/10]

Q.      Objection to the Debtors Forty Third Omnibus (Substantive) Objection to Claims Filed by Amy Rivers and Ray Rivers [Docket No. 5021; filed 7/14/10]

R.      Response to Debtors' Forty-Third and Forty-Fourth Omnibus Objection to Claims Filed by J. Philip Max [Docket No. 5023; filed 7/12/10]

RLF1 3606026v. 1

<u>Related Documents</u>:

i.     Debtors' Motion for an Order, Pursuant to Bankruptcy Rule 7042 and Section 105(A) of the Bankruptcy Code, (I) Consolidating the Debtors' Forty-Third and Forty-Fourth Omnibus Objections with Adversary Proceeding Commenced by Broadbill Investment Corp., and (II) Staying the Adversary Proceeding [Docket No. 4804; filed 6/24/10; Adversary Docket No. 23; filed 6/24/10]

ii.    Notice of Submission of Copies of Proofs of Claim Relating to Debtor's Forty-Third Omnibus (Substantive) Objection to Claims [Docket No. 4877; filed 7/6/10]

iii.   Notice of Adjournment of Hearing on Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objections to Claims [Docket No. 4910; filed 7/7/10]

iv.    Notice of Adjournment *Sine Die* of Hearing on Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objections to Claims [Docket No. 5321; filed 8/20/10]

<u>Status</u>:  The hearing on this matter is continued to a date to be determined.  The individual status of each claim subject to this matter is listed on the attached <u>Exhibit N</u>.

21.    Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims [Docket No. 4750; filed 6/16/10]

<u>Objection Deadline</u>:  July 6, 2010 at 4:00 p.m. (EDT)

<u>Objections/Responses Received</u>:

A.    Objections to the Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Gopal D. Surti [Docket No. 4833; filed 7/1/10]

B.    Objections to the Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Kanubhai D. Surti [Docket No. 4834; filed 7/1/10]

C.    Objections to the Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Bhupendra D. Surti [Docket No. 4835; filed 7/1/10]

D.    Response to Debtors' Forty-Third Omnibus (Substantive) Objection to Claims Filed by Joseph T. Kelm [Docket No. 4859; filed 7/2/10]

E.    Response to Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Mary C. McAndrews [Docket No. 4860; filed 7/2/10]

F.      Response to Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by [Docket No. 4861; filed 7/2/10]

G.      Response to Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Alphonso Meo, Jr. [Docket No. 4862; filed 7/2/10]

H.      Response to Debtors' Forty-Third and Forty-Fourth Omnibus Objections to Claims Filed by Nantahala Capital Partners, LP and Blackwell Capital Partners, LLC [Docket No. 4874; filed 7/6/10]

I.      Response to Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Eric S. Tower [Docket No. 4887; filed 7/6/10]

J.      Broadbill Investment Corp's Preliminary Response to Debtors' Forty-Third and Forty-Fourth Omnibus Objections to Claims [Docket No. 4892; filed 7/7/10]

K.      Response to Debtor's Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Greene Associates [Docket No. 4898; filed 7/7/10]

L.      Response to Debtors' Forty-Fourth Omnibus (Substance) Objection to Claims Filed by Mark A. Goldstein [Docket No. 4899; filed 7/7/10]

M.      Response to Debtors' Forty-Fourth Omnibus (Substance) Objection to Claims Filed by Gerson E. Greene [Docket No. 4900; filed 7/7/10]

N.      Response to Debtors' Forty-Fourth Omnibus (Substance) Objection to Claims Filed by Edna H. Greene [Docket No. 4901; filed 7/7/10]

O.      Response to Debtors' Forty-Fourth Omnibus (Substance) Objection to Claims Filed by Carol A. Martin [Docket No. 4998; filed 7/9/10]

P.      Response to Debtors' Forty-Third and Forty-Fourth Omnibus Objection to Claims Filed by J. Philip Max [Docket No. 5023; filed 7/12/10]

Related Documents:

i.      Notice of Submission of Copies of Proofs of Claim Relating to Debtor's Forty-Fourth Omnibus (Substantive) Objection to Claims [Docket No. 4878; filed 7/6/10]

ii.      Notice of Adjournment of Hearing on Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objections to Claims [Docket No. 4910; filed 7/7/10]

iii.      Debtors' Motion for an Order, Pursuant to Bankruptcy Rule 7042 and Section 105(A) of the Bankruptcy Code, (I) Consolidating the Debtors' Forty-Third and Forty-Fourth Omnibus Objections with Adversary Proceeding Commenced by Broadbill Investment Corp., and (II) Staying the Adversary

Proceeding [Docket No. 4804; filed 6/24/10; Adversary Docket No. 23; filed 6/24/10]

    iv.    Notice of Rescheduled Omnibus Hearing Time for July 20, 2010 [Docket No. 4983; filed 7/12/10]

    v.    Notice of Adjournment *Sine Die* of Hearing on Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objections to Claims [Docket No. 5321; filed 8/20/10]

    <u>Status</u>: The hearing on this matter is continued to a date to be determined. The individual status of each claim subject to this matter is listed on the attached <u>Exhibit O</u>.

22.    Debtors' Motion for an Order, Pursuant to Bankruptcy Rule 7042 and Section 105(A) of the Bankruptcy Code, (I) Consolidating the Debtors' Forty-Third and Forty-Fourth Omnibus Objections with Adversary Proceeding Commenced by Broadbill Investment Corp., and (II) Staying the Adversary Proceeding (Adv. Pro. No. 10-50911) [Docket No. 4804; filed 6/24/10; Adversary Docket No. 23; filed 6/24/10]

    <u>Objection Deadline</u>: July 13, 2010 at 4:00 p.m. (EDT)

    <u>Objections/Responses Received</u>:

    A.    Objection to Debtors' Motion Seeking (A) to Consolidate the Debtor's Forty Third and Forty Fourth Objections to Claims with the Broadbill Adversary Proceeding, and (B) Staying the Broadbill Adversary Proceeding [Docket No. 5053; Adversary Docket No. 31; filed 7/15/10]

    B.    Broadbill Investment Corp's Objection to Debtors' Motion for an Order (I) Consolidating the Debtors' Forty-Third and Forty-Fourth Omnibus Objections with Broadbill's Adversary Proceeding and (II) Staying Broadbill's Adversary Proceeding [Docket No. 5054; Adversary Docket No. 32; filed 7/15/10]

    <u>Related Documents</u>:

    i.    Notice of Rescheduled Omnibus Hearing Time for July 20, 2010 [Docket No. 4983; filed 7/12/10]

    <u>Status</u>: The Debtors will be filing a notice of withdrawal with respect to this matter.

## II.    <u>UNCONTESTED MATTERS GOING FORWARD:</u>

23.    Motion for Order Authorizing the Official Committee of Equity Security Holders to File Supplemental Statement in Support of Motion for Examiner and on Timing for Resolution of Shareholder Meeting Under Seal [Docket No. 5091; filed 7/19/10]

    <u>Objection Deadline</u>: N/A

<u>Objections/Responses Received</u>:

A.    Limited Objection of the FDIC-Receiver to Entry of Proposed Order for Appointment of an Examiner and Statement in Support of FDIC-Receiver's Proposed Order [Docket No. 5098; filed 7/19/10]

<u>Related Documents</u>:

i.    Motion to Shorten Notice and Schedule Hearing on Motion for Order Authorizing the Official Committee of Equity Security Holders to File Supplemental Statement in Support of Motion for Examiner and on Timing for Resolution of Shareholder Meeting Under Seal [Docket No. 5092; filed 7/19/10]

<u>Status</u>: The status conference with respect to a shareholder meeting is going forward in conjunction with the adversary proceeding listed as agenda item no. 38.

## III.    **CONTESTED MATTERS GOING FORWARD:**

24.    Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling A Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan [Docket No. 3568; filed 4/23/10]

<u>Objection Deadline</u>: May 13, 2010 at 4:00 p.m. (EDT)

<u>Objections/Responses Received</u>:

1.    Response filed by George Sims & Associates, Inc. Regarding Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 3601; filed 4/29/10]

2.    Objection to Proposed Disclosure Statement filed by Daniel Hoffman [Docket No. 3672; filed 5/4/10]

3.    Objection of the Consortium of Trust Preferred Security Holders to Debtors' Motion for Approval of Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 3694; filed 5/11/10]

4.    Objection to Proposed Disclosure Statement filed by Phil Kobierowski [Docket No. 3707; filed 5/11/10]

5.    Consolidated Objection by American National Insurance Company, *et al.* to: (A) Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003,

3017, 3018 and 3020, (I) the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan; and (B) Disclosure Statement of the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 3708; filed 5/13/10]

6.    Objection to Proposed Disclosure Statement Filed by Nantahala Capital Partners, LP [Docket No. 3709; filed 5/13/10]

7.    Statement and Reservation of Rights of Wilmington Trust Company, Solely in its Capacity as Guarantee Trustee, to Motion of Debtors for an Order, Pursuant to Section 105, 502, 1125, 1126 and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan [Docket No. 3710; filed 5/13/10]

8.    Objection of the Pension Benefit Guaranty Corporation to Debtors' Proposed Disclosure Statement [Docket No. 3711; filed 5/13/10]

9.    Statement of Law Debenture Trust Company of New York, as Trustee, with Respect to Disclosure Statement for Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 3712; filed 5/13/10]

10.   Reservation of Rights Of Wells Fargo Bank, N.A., In Its Capacity As Indenture Trustee And Guarantee Trustee, To The Debtors' Motion For Approval Of Disclosure Statement And Solicitation And Voting Procedures [Docket No. 3713; filed 5/13/10]

11.   Objection of The Bank of New York Mellon Trust Company, N.A. to Disclosure Statement for the Joint Plan of the Affiliated Debtors Dated March 26, 2010 and Related Solicitation Procedures Motion [Docket No. 3714; filed 5/13/10]

12.   Lead Plaintiffs' Objection (A) to Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (B) to the Supporting Motion to Approve the Disclosure Statement and Proposed Solicitation and Voting Procedures [Docket No. 3715; filed 5/13/10]

13.   Broadbill Investment Corp.'s Objection to Debtors' Motion for Order Approving Proposed Disclosure Statement and Granting Related Relief. [Docket No. 3716; filed 5/13/10]

RLF1 3606026v. 1

14. Lead Plaintiffs' Objection (A) to Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (B) to the Supporting Motion to Approve the Disclosure Statement and Proposed Solicitation and Voting Procedures Filed by Doral Bank Puerto Rico, Policemen's Annuity and Benefit Fund of the City of Chicago [Docket No. 3717; filed 5/13/10]

15. Objection (A) to Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (B) to the Supporting Motion to Approve the Disclosure Statement and Proposed Solicitation and Voting Procedures Filed by Ontario Teachers' Pension Plan Board [Docket No. 3718; filed 5/13/10]

16. Objection to Disclosure Statement for the Joint Plan of Affiliated Debtors and to the Motion for Debtors Seeking an Order Approving the Same Filed by Bank Bondholders [Docket No. 3719; filed 5/13/10]

17. Objection of the BKK Joint Defense Group to the Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 2003, 3017, 3018 and 3020, (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan Filed by BKK Joint Defense Group [Docket No. 3720; filed 5/13/10]

18. Objection of the FDIC-Receiver to Debtors' Proposed Disclosure Statement for the Joint Plan of Affiliated Debtors Filed by Federal Deposit Insurance Corporation [Docket No. 3721; filed 5/13/10]

19. First Objection Filed by California Department of Toxic Substances Control [Docket No. 3722; filed 5/13/10]

20. Reservation of Rights of the Official Committee of Unsecured Creditors of Washington Mutual, Inc., et al. with Respect to the Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code Filed by Official Committee of Unsecured Creditors [Docket No. 3723; filed 5/13/10]

21. Objection of Paulson & Co. Inc. to the Debtors' Motion to Approve Disclosure Statement Filed by Paulson & Co. Inc. [Docket No. 3724; filed 5/13/10]

22. Objection of the Official Committee of Equity Security Holders to Approval of the Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II)

RLF1 3606026v. 1

Establishing Solicitation and Voting Procedures, (II) Scheduling A Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan Filed by Official Committee of Equity Holders [Docket No. 3726; filed 5/13/10]

23. Reservation of Rights Filed by Appaloosa Management, L.P., Aurelius Capital Management, LP, Centerbridge Partners, L.P., Owl Creek Management, L.P. [Docket No. 3727; filed 5/13/10]

24. Consolidated Objection of Susanna Gouws Korn, Angelita Ravago, And Parties To Be Named To (A) Motion Of Debtors For An Order Pursuant To Sections 105, 502, 1125, 1126, And 1128 Of The Bankruptcy Code And Bankruptcy Rules 2002, 3003, 3017, 3018 And 3020, (I) The Proposed Disclosure Statement And The Form And Manner Of The Notice Of The Disclosure Statement Hearing, (II) Establishing Solicitation And Voting Procedures, (III) Scheduling A Confirmation Hearing, And (IV) Establishing Notice And Objection Procedures For Confirmation Of The Debtors' Joint Plan; And (B) The Joint Plan Of Affiliated Debtors Pursuant To Chapter 11 Of The United States Bankruptcy Code Filed by Angelita Ravago and Susanna Gouws [Docket No. 3728; filed 5/13/10]

25. Objection of the Washington Mutual Inc. Noteholders Group to the Debtors Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code Filed by Washington Mutual, Inc. Noteholders Group [Docket No. 3730; filed 5/13/10]

26. Objection to Proposed Disclosure Statement Filed by Richard Hofstetter [Docket No. 3747; filed 5/13/10]

27. Objection to Proposed Disclosure Statement Filed by Gail Lee [Docket No. 3748; filed 5/13/10]

28. Objection to Proposed Disclosure Statement Filed by Kurt Dismukes [Docket No. 3749; filed 5/13/10]

29. Objection to Proposed Disclosure Statement Filed by Joseph J. Belcher [Docket No. 3752; filed 5/13/10]

30. Objection to Proposed Disclosure Statement Filed by Michael Rozenfeld and Sean Fitzgerald [Docket No. 3776; filed 5/14/10]

31. Objection to Proposed Disclosure Statement Filed by Jane Belcher [Docket No. 3778; filed 5/13/10]

32. Objection to Proposed Disclosure Statement Filed by Yaw M. Mensah [Docket No. 3779; filed 5/13/10]

33. Objection to Proposed Disclosure Statement Filed by Yaw M. Mensah [Docket No. 3780; filed 5/13/10]

RLF1 3606026v. 1

34. Objection to Proposed Disclosure Statement Filed by Alvin Vo [Docket No. 3781; filed 5/13/10]

35. Objection to Proposed Disclosure Statement Filed by Jue Chen [Docket No. 3782; filed 5/13/10]

36. Objection to Proposed Disclosure Statement Filed by Prashant Bhardwaj [Docket No. 3783; filed 5/13/10]

37. Objection to Proposed Disclosure Statement Filed by Agnes Wu [Docket No. 3784; filed 5/13/10]

38. Objection to Proposed Disclosure Statement Filed by Bo Y. Jun [Docket No. 3785; filed 5/13/10]

39. Objection to Proposed Disclosure Statement Filed by Jianmin Zhang [Docket No. 3786; filed 5/13/10]

40. Objection to Proposed Disclosure Statement Filed by Donetta Joann Tramble [Docket No. 3787; filed 5/13/10]

41. Objection to Proposed Disclosure Statement Filed by Darrell Wayne Tramble [Docket No. 3788; filed 5/13/10]

42. Objection to Proposed Disclosure Statement Filed by Clifton Theador Tramble [Docket No. 3789; filed 5/13/10]

43. Objection to Proposed Disclosure Statement Filed by William K. King, Jr. [Docket No. 3790; filed 5/13/10]

44. Objection to Proposed Disclosure Statement Filed by Preston Leete Smith [Docket No. 3791; filed 5/13/10]

45. Objection to Proposed Disclosure Statement Filed by Richard Burke [Docket No. 3792; filed 5/13/10]

46. Supplemental Objection of the Official Committee of Equity Security Holders to Approval of Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan [Docket No. 3796; filed 5/18/10]

47. Objection to Proposed Disclosure Statement Filed by Nathan Liscomb [Docket No. 3812; filed 5/13/10]

48.     Objection to Proposed Disclosure Statement Filed by Mark L. Fuse [Docket No. 3813; filed 5/13/10]

49.     Objection to Proposed Disclosure Statement Filed by Eric R. Fiacconi [Docket No. 3815; filed 5/13/10]

50.     Objection to Proposed Disclosure Statement Filed by Kathy Arian [Docket No. 3816; filed 5/13/10]

51.     Objection to Proposed Disclosure Statement Filed by John M. Fuse [Docket No. 3817; filed 5/13/10]

52.     Objection to Proposed Disclosure Statement Filed by Mark H. Hong [Docket No. 3818; filed 5/13/10]

53.     Objection to Proposed Disclosure Statement Filed by Josue Joel Arguteta [Docket No. 3819; filed 5/13/10]

54.     Objection to Proposed Disclosure Statement Filed by Joseph Borrelli [Docket No. 3821; filed 5/13/10]

55.     Objection to Proposed Disclosure Statement Filed by John R. Borrelli [Docket No. 3822; filed 5/13/10]

56.     Objection to Proposed Disclosure Statement Filed by Timothy K. McNett [Docket No. 3823; filed 5/13/10]

57.     Objection to Proposed Disclosure Statement Filed by Richard Liptach [Docket No. 3824; filed 5/13/10]

58.     Objection to Proposed Disclosure Statement Filed by Daniel Marron [Docket No. 3825; filed 5/13/10]

59.     Objection to Proposed Disclosure Statement Filed by Mark Carlon [Docket No. 3826; filed 5/13/10]

60.     Objection to Proposed Disclosure Statement Filed by Marion Netherton [Docket No. 3827; filed 5/13/10]

61.     Objection to Proposed Disclosure Statement Filed by Melvin Mark Solway [Docket No. 3828; filed 5/13/10]

62.     Objection to Proposed Disclosure Statement Filed by Gurbinder Sondh [Docket No. 3829; filed 5/13/10]

63.     Objection to Proposed Disclosure Statement Filed by Joseph Sciamanna [Docket No. 3830; filed 5/13/10]

64.     Objection to Proposed Disclosure Statement Filed by Arthur Camarista [Docket No. 3831; filed 5/13/10]

RLF1 3606026v. 1

65. Objection to Proposed Disclosure Statement Filed by Samuel Camarista [Docket No. 3832; filed 5/13/10]

66. Objection to Proposed Disclosure Statement Filed by Robert E Tomasso [Docket No. 3833; filed 5/13/10]

67. Objection to Proposed Disclosure Statement Filed by Henry Jiang [Docket No. 3834; filed 5/13/10]

68. Objection to Proposed Disclosure Statement Filed by Nancy Worthington [Docket No. 3835; filed 5/13/10]

69. Objection to Proposed Disclosure Statement Filed by Louis Raja Arul Doss [Docket No. 3836; filed 5/13/10]

70. Objection to Proposed Disclosure Statement Filed by Clayton James Wong [Docket No. 3837; filed 5/13/10]

71. Objection to Proposed Disclosure Statement Filed by Doanh Le [Docket No. 3838; filed 5/13/10]

72. Objection to Proposed Disclosure Statement Filed by Andrew L. Goorfin [Docket No. 3839; filed 5/13/10]

73. Objection to Proposed Disclosure Statement Filed by Jose Salas [Docket No. 3840; filed 5/13/10]

74. Objection to Proposed Disclosure Statement Filed by Reza Hosseini [Docket No. 3841; filed 5/13/10]

75. Objection to Proposed Disclosure Statement Filed by Charles E. Green [Docket No. 3842; filed 5/13/10]

76. Objection to Proposed Disclosure Statement Filed by Ramnik and Barbara Velji [Docket No. 3843; filed 5/13/10]

77. Objection to Proposed Disclosure Statement Filed by Jack B. Goldman [Docket No. 3844; filed 5/13/10]

78. Objection to Proposed Disclosure Statement Filed by Jose Lujano [Docket No. 3845; filed 5/13/10]

79. Objection to Proposed Disclosure Statement Filed by Hope L. Clancy [Docket No. 3846; filed 5/13/10]

80. Objection to Proposed Disclosure Statement Filed by Mary C. Bandura [Docket No. 3847; filed 5/13/10]

81. Objection to Proposed Disclosure Statement Filed by Teruo Kinoshita [Docket No. 3848; filed 5/13/10]

RLF1 3606026v. 1

82. Objection to Proposed Disclosure Statement Filed by Phouphet Xayavong [Docket No. 3849; filed 5/13/10]

83. Objection to Proposed Disclosure Statement Filed by Kenneth L. McGee [Docket No. 3850; filed 5/13/10]

84. Objection to Proposed Disclosure Statement Filed by Jessica Overberger [Docket No. 3851; filed 5/13/10]

85. Objection to Proposed Disclosure Statement Filed by Jon Davidson [Docket No. 3852; filed 5/13/10]

86. Objection to Proposed Disclosure Statement Filed by Michael Prevor [Docket No. 3854; filed 5/13/10]

87. Objection to Proposed Disclosure Statement Filed by Josh Thomas [Docket No. 3855; filed 5/13/10]

88. Objection to Proposed Disclosure Statement Filed by Angela Tu and Hsieh Kevin [Docket No. 3856; filed 5/13/10]

89. Objection to Proposed Disclosure Statement Filed by Walter Philpot [Docket No. 3857; filed 5/13/10]

90. Objection to Proposed Disclosure Statement Filed by Stephen Marques [Docket No. 3858; filed 5/13/10]

91. Objection to Proposed Disclosure Statement Filed by Ruth Prevor [Docket No. 3859; filed 5/13/10]

92. Objection to Proposed Disclosure Statement Filed by Judith Kaufman [Docket No. 3860; filed 5/13/10]

93. Objection to Proposed Disclosure Statement Filed by Jeffrey Kelly [Docket No. 3861; filed 5/13/10]

94. Objection to Proposed Disclosure Statement Filed by Irene M. Rupani and Charles B. Rupani, Sr. [Docket No. 3862; filed 5/13/10]

95. Objection to Proposed Disclosure Statement Filed by Tracy Ridout [Docket No. 3863; filed 5/13/10]

96. Objection to Proposed Disclosure Statement Filed by Ataollah Elahi [Docket No. 3864; filed 5/13/10]

97. Objection to Proposed Disclosure Statement Filed by Qiming Han [Docket No. 3865; filed 5/13/10]

98. Objection to Proposed Disclosure Statement Filed by Danny Tong [Docket No. 3866; filed 5/13/10]

RLF1 3606026v. 1

99. Objection to Proposed Disclosure Statement Filed by Steve Brant [Docket No. 3867; filed 5/13/10]

100. Objection to Proposed Disclosure Statement Filed by Justin Nijem [Docket No. 3868; filed 5/13/10]

101. Objection to Proposed Disclosure Statement Filed by Elizabeth and Vincent Sabato [Docket No. 3869; filed 5/13/10]

102. Objection to Proposed Disclosure Statement Filed by Kubera Williams [Docket No. 3870; filed 5/13/10]

103. Objection to Proposed Disclosure Statement Filed by Kay L. Burrus and Joseph C. Burrus [Docket No. 3871; filed 5/13/10]

104. Objection to Proposed Disclosure Statement Filed by Khamphasouk N. Bouphasavanh [Docket No. 3872; filed 5/13/10]

105. Objection to Proposed Disclosure Statement Filed by Craig Tymofy [Docket No. 3873; filed 5/13/10]

106. Objection to Proposed Disclosure Statement Filed by Jennie K. Griffin [Docket No. 3874; filed 5/13/10]

107. Objection to Proposed Disclosure Statement Filed by Yuriy Zaloznyy [Docket No. 3875; filed 5/13/10]

108. Objection to Proposed Disclosure Statement Filed by Dong Jun Lee [Docket No. 3876; filed 5/13/10]

109. Objection to Proposed Disclosure Statement Filed by Robert Matevossian [Docket No. 3877; filed 5/13/10]

110. Objection to Proposed Disclosure Statement Filed by Robert D. Griffin [Docket No. 3878; filed 5/13/10]

111. Objection to Proposed Disclosure Statement Filed by Vladimir Panain [Docket No. 3879; filed 5/13/10]

112. Objection to Proposed Disclosure Statement Filed by Sadie A. Thomas [Docket No. 3880; filed 5/13/10]

113. Objection to Proposed Disclosure Statement Filed by Danilo Ibanez [Docket No. 3881; filed 5/13/10]

114. Objection to Proposed Disclosure Statement Filed by Chiwah Yen and Richard H. Chow [Docket No. 3882; filed 5/13/10]

115. Objection to Proposed Disclosure Statement Filed by Robert D. Griffin [Docket No. 3883; filed 5/13/10]

RLF1 3606026v. 1

116. Objection to Proposed Disclosure Statement Filed by Chitsai Tai [Docket No. 3884; filed 5/13/10]

117. Objection to Proposed Disclosure Statement Filed by Heetaek Lim [Docket No. 3885; filed 5/13/10]

118. Objection to Proposed Disclosure Statement Filed by Josua Allen Grable [Docket No. 3886; filed 5/13/10]

119. Objection to Proposed Disclosure Statement Filed by Robert D. Griffin [Docket No. 3887; filed 5/13/10]

120. Objection to Proposed Disclosure Statement Filed by Yuchun Kao [Docket No. 3888; filed 5/13/10]

121. Objection to Proposed Disclosure Statement Filed by Eunice Hong [Docket No. 3889; filed 5/13/10]

122. Objection to Proposed Disclosure Statement Filed by Jeson Martajaya [Docket No. 3890; filed 5/13/10]

123. Objection to Proposed Disclosure Statement Filed by Ron Johnson [Docket No. 3891; filed 5/13/10]

124. Objection to Proposed Disclosure Statement Filed by Anne Dunn and Lex Dunn [Docket No. 3892; filed 5/13/10]

125. Objection to Proposed Disclosure Statement Filed by Paul R. Aaron [Docket No. 3893; filed 5/13/10]

126. Objection to Proposed Disclosure Statement Filed by Frank Pearson [Docket No. 3894; filed 5/13/10]

127. Objection to Proposed Disclosure Statement Filed by Curtis Bowes [Docket No. 3895; filed 5/13/10

128. Objection to Proposed Disclosure Statement Filed by Karen M. Eldridge [Docket No. 3896; filed 5/13/10]

129. Objection to Proposed Disclosure Statement Filed by Cassandra Pearson [Docket No. 3897; filed 5/13/10]

130. Objection to Proposed Disclosure Statement Filed by Mary Anne Legaspi, MD [Docket No. 3898; filed 5/13/10]

131. Objection to Proposed Disclosure Statement Filed by Frank Pearson [Docket No. 3899; filed 5/13/10]

132. Objection to Proposed Disclosure Statement Filed by Frederick L. Eldridge [Docket No. 3900; filed 5/13/10]

RLF1 3606026v. 1

133. Objection to Proposed Disclosure Statement Filed by Steven H. Webber [Docket No. 3901; filed 5/13/10]

134. Objection to Proposed Disclosure Statement Filed by Alexander and Maya Zlotnik [Docket No. 3902; filed 5/13/10]

135. Objection to Proposed Disclosure Statement Filed by Susan Webber [Docket No. 3903; filed 5/13/10]

136. Objection to Proposed Disclosure Statement Filed by Edward E. Faulkner [Docket No. 3904; filed 5/13/10]

137. Objection to Proposed Disclosure Statement Filed by Frank Enneper [Docket No. 3905; filed 5/13/10]

138. Objection to Proposed Disclosure Statement Filed by Rajen Patel [Docket No. 3906; filed 5/13/10]

139. Objection to Proposed Disclosure Statement Filed by Behzad Nazar [Docket No. 3907; filed 5/13/10]

140. Objection to Proposed Disclosure Statement Filed by Bill Langford [Docket No. 3908; filed 5/13/10]

141. Objection to Proposed Disclosure Statement Filed by Lisa Hynes [Docket No. 3909; filed 5/13/10]

142. Objection to Proposed Disclosure Statement Filed by Parin Patel [Docket No. 3910; filed 5/13/10]

143. Objection to Proposed Disclosure Statement Filed by Hadar and Michelle Isaac [Docket No. 3911; filed 5/13/10]

144. Objection to Proposed Disclosure Statement Filed by Jeffery and Janet Overbeck [Docket No. 3912; filed 5/13/10]

145. Objection to Proposed Disclosure Statement Filed by Cheryl Ann Locke [Docket No. 3914; filed 5/13/10]

146. Objection to Proposed Disclosure Statement Filed by Jay Carl Locke [Docket No. 3915; filed 5/13/10]

147. Objection to Proposed Disclosure Statement Filed by Jane V. Meak [Docket No. 3916; filed 5/13/10]

148. Objection to Proposed Disclosure Statement Filed by Robert Jones [Docket No. 3918; filed 5/13/10]

149. Objection to Proposed Disclosure Statement Filed by Anne A Ross [Docket No. 3919; filed 5/13/10]

RLFI 3606026v. 1

150. Objection to Proposed Disclosure Statement Filed by Timothy John Abrogast [Docket No. 3920; filed 5/13/10]

151. Objection to Proposed Disclosure Statement Filed by Shu-Jui Valvo [Docket No. 3921; filed 5/13/10]

152. Objection to Proposed Disclosure Statement Filed by Mary F Pacini [Docket No. 3922; filed 5/13/10]

153. Objection to Proposed Disclosure Statement Filed by Ragadeep Sriperumbudur [Docket No. 3923; filed 5/13/10]

154. Objection to Proposed Disclosure Statement Filed by Wilson Lui, Pamela Chang and Michael Chang [Docket No. 3931; filed 5/13/10]

155. Objection to Proposed Disclosure Statement Filed by Stanton Stuurmans [Docket No. 3936; filed 5/13/10]

156. Objection to Proposed Disclosure Statement Filed by Wenjie Julie Cao [Docket No. 3937; filed 5/13/10]

157. Objection to Proposed Disclosure Statement Filed by Joseph Pittman [Docket No. 3938; filed 5/13/10]

158. Objection to Proposed Disclosure Statement Filed by Thomas E. Murphy [Docket No. 3939; filed 5/13/10]

159. Objection to Proposed Disclosure Statement Filed by John Frady [Docket No. 3940; filed 5/13/10]

160. Objection to Proposed Disclosure Statement Filed by Michael T. Pavlu [Docket No. 3941; filed 5/13/10]

161. Objection to Proposed Disclosure Statement Filed by Cameron Lapp [Docket No. 3942; filed 5/13/10]

162. Objection to Proposed Disclosure Statement Filed by John H. Briggs [Docket No. 3943; filed 5/13/10]

163. Objection to Proposed Disclosure Statement Filed by Doug Smith [Docket No. 3944; filed 5/13/10]

164. Objection to Proposed Disclosure Statement Filed by Joseph W. Ritacco, Jr. [Docket No. 3945; filed 5/13/10]

165. Objection to Proposed Disclosure Statement Filed by Corey Citron [Docket No. 3946; filed 5/13/10]

166. Objection to Proposed Disclosure Statement Filed by Jeffrey L. Weir [Docket No. 3947; filed 5/13/10]

RLF1 3606026v. 1

167. Objection to Proposed Disclosure Statement Filed by Chris J. D'Ambrosio [Docket No. 3948; filed 5/13/10]

168. Objection to Proposed Disclosure Statement Filed by Kathern Summers [Docket No. 3949; filed 5/13/10]

169. Objection to Proposed Disclosure Statement Filed by Claire Andrus [Docket No. 3950; filed 5/13/10]

170. Objection to Proposed Disclosure Statement Filed by Jack D. Crabb [Docket No. 3951; filed 5/13/10]

171. Objection to Proposed Disclosure Statement Filed by Adel Tawadrous [Docket No. 3952; filed 5/13/10]

172. Objection to Proposed Disclosure Statement Filed by Sherif Gerges [Docket No. 3953; filed 5/13/10]

173. Objection to Proposed Disclosure Statement Filed by Michael Widjaja [Docket No. 3954; filed 5/13/10]

174. Objection to Proposed Disclosure Statement Filed by Maureen O'Donovan [Docket No. 3955; filed 5/13/10]

175. Objection to Proposed Disclosure Statement Filed by Simon K. Thomas, Jr. [Docket No. 3956; filed 5/13/10]

176. Objection to Proposed Disclosure Statement Filed by Barry L. Reynolds [Docket No. 3957; filed 5/13/10]

177. Objection to Proposed Disclosure Statement Filed by Janet Fappiano [Docket No. 3958; filed 5/13/10]

178. Objection to Proposed Disclosure Statement Filed by Carolyn V. King [Docket No. 3959; filed 5/13/10]

179. Objection to Proposed Disclosure Statement Filed by Myrna Layne [Docket No. 3960; filed 5/13/10]

180. Objection to Proposed Disclosure Statement Filed by Dominic LoBrutto [Docket No. 3961; filed 5/13/10]

181. Objection to Proposed Disclosure Statement Filed by Guoxun Chen [Docket No. 3962; filed 5/13/10]

182. Objection to Proposed Disclosure Statement Filed by Bill Michaluk [Docket No. 3963; filed 5/13/10]

183. Objection to Proposed Disclosure Statement Filed by Gordon Rhyne [Docket No. 3964; filed 5/13/10]

RLF1 3606026v. 1

184. Objection to Proposed Disclosure Statement Filed by Steve Matson [Docket No. 3965; filed 5/13/10]

185. Objection to Proposed Disclosure Statement Filed by Nathaniel Davis [Docket No. 3966; filed 5/13/10]

186. Objection to Proposed Disclosure Statement Filed by James Opfar [Docket No. 3967; filed 5/13/10]

187. Objection to Proposed Disclosure Statement Filed by Georganne Sebastian [Docket No. 3968; filed 5/13/10]

188. Objection to Proposed Disclosure Statement Filed by Ernesto Ouano [Docket No. 3969; filed 5/13/10]

189. Objection to Proposed Disclosure Statement Filed by Marco DiMaccio [Docket No. 3970; filed 5/13/10]

190. Objection to Proposed Disclosure Statement Filed by Catalin Jon Petrescu [Docket No. 3971; filed 5/13/10]

191. Objection to Proposed Disclosure Statement Filed by Edward W. Howarth, Jr. [Docket No. 3972; filed 5/13/10]

192. Objection to Proposed Disclosure Statement Filed by Edward J Wagner [Docket No. 3973; filed 5/13/10]

193. Objection to Proposed Disclosure Statement Filed by William L. Pelkey [Docket No. 3974; filed 5/13/10]

194. Objection to Proposed Disclosure Statement Filed by Norbert Muller [Docket No. 3976; filed 5/13/10]

195. Objection to Proposed Disclosure Statement Filed by Lawrence D. Collier [Docket No. 3979; filed 5/13/10]

196. Objection to Proposed Disclosure Statement Filed by James C. Houston, III [Docket No. 3980; filed 5/13/10]

197. Objection to Proposed Disclosure Statement Filed by Jewdee Johnson [Docket No. 3981; filed 5/13/10]

198. Objection to Proposed Disclosure Statement Filed by Robert Houston [Docket No. 3982; filed 5/13/10]

199. Objection to Proposed Disclosure Statement Filed by Carl L. Wyant [Docket No. 3983; filed 5/13/10]

200. Objection to Proposed Disclosure Statement Filed by Jeffrey Kelly [Docket No. 3984; filed 5/13/10]

RLF1 3606026v. 1

201. Objection to Proposed Disclosure Statement Filed by Raquel Bornacelli [Docket No. 3985; filed 5/13/10]

202. Objection to Proposed Disclosure Statement Filed by Timothy J. Zelenka [Docket No. 3986; filed 5/13/10]

203. Objection to Proposed Disclosure Statement Filed by Grant Finn [Docket No. 3987; filed 5/13/10]

204. Objection to Proposed Disclosure Statement Filed by Happy-Kat Inc. [Docket No. 3988; filed 5/13/10]

205. Objection to Proposed Disclosure Statement Filed by Dominic LoBrutto [Docket No. 3989; filed 5/13/10]

206. Objection to Proposed Disclosure Statement Filed by Tyler Zinck [Docket No. 3990; filed 5/13/10]

207. Objection to Proposed Disclosure Statement Filed by Michael K. McCune [Docket No. 3991; filed 5/13/10]

208. Objection to Proposed Disclosure Statement Filed by Justin Garrison [Docket No. 3992; filed 5/13/10]

209. Objection to Proposed Disclosure Statement Filed by Kwei Meng Yap [Docket No. 3993; filed 5/13/10]

210. Objection to Proposed Disclosure Statement Filed by Ying Zhi Chua [Docket No. 3994; filed 5/13/10]

211. Objection to Proposed Disclosure Statement Filed by Margaret Thomas [Docket No. 3995; filed 5/13/10]

212. Objection to Proposed Disclosure Statement Filed by Dana Jungschaffer [Docket No. 3996; filed 5/13/10]

213. Objection to Proposed Disclosure Statement Filed by Jayapaul .R Vadicherla [Docket No. 3997, files 5/13/10]

214. Objection to Proposed Disclosure Statement Filed by David T. Benedict [Docket No. 3998; filed 5/13/10]

215. Objection to Proposed Disclosure Statement Filed by Jana Bolam [Docket No. 3999; filed 5/13/10]

216. Objection to Proposed Disclosure Statement Filed by Roderick J. Houston [Docket No. 4000; filed 5/13/10]

217. Objection to Proposed Disclosure Statement Filed by Kenneth Bolam [Docket No. 4001; filed 5/13/10]

RLF1 3606026v. 1

218. Objection to Proposed Disclosure Statement Filed by Kyle J. Krol [Docket No. 4003; filed /13/10]

219. Objection to Proposed Disclosure Statement Filed by Emanuel Jason Levy [Docket No. 4004; filed 5/13/10]

220. Objection to Proposed Disclosure Statement Filed by Kevin Sears [Docket No. 4005; filed 5/13/10]

221. Objection to Proposed Disclosure Statement Filed by Mark Obrien [Docket No. 4006; filed 5/13/10]

222. Objection to Proposed Disclosure Statement Filed by R. Subramanian [Docket No. 4007; filed 5/13/10]

223. Objection to Proposed Disclosure Statement Filed by Chris P. Riley [Docket No. 4008; filed 5/13/10]

224. Objection to Proposed Disclosure Statement Filed by Ramon White [Docket No. 4009; filed 5/13/10]

225. Objection to Proposed Disclosure Statement Filed by Gregg Byrd [Docket No. 4010; filed 5/13/10]

226. Objection to Proposed Disclosure Statement Filed by Robin G. Dano [Docket No. 4011; filed 5/13/10]

227. Objection to Proposed Disclosure Statement Filed by Terry/Michaels Group Inc. [Docket No. 4012; filed 5/13/10]

228. Objection to Proposed Disclosure Statement Filed by Ryan Maleckas [Docket No. 4013; filed 5/13/10]

229. Objection to Proposed Disclosure Statement Filed by Ronald S. Weiss [Docket No. 4014; filed 5/13/10]

230. Objection to Proposed Disclosure Statement Filed by Michael Korbel [Docket No. 4015; filed 5/13/10]

231. Objection to Proposed Disclosure Statement Filed by Jeff Tiell [Docket No. 4016; filed 5/13/10]

232. Objection to Proposed Disclosure Statement Filed by Meredith Prevor-Weiss [Docket No. 4017; filed 5/13/10]

233. Objection to Proposed Disclosure Statement Filed by Kris Godawa [Docket No. 4018; filed 5/13/10]

234. Objection to Proposed Disclosure Statement Filed by Christopher S. DeGroot [Docket No. 4019; filed 5/13/10]

RLF1 3606026v. 1

235. Objection to Proposed Disclosure Statement Filed by Sanjay Sharma [Docket No. 4020; filed 5/13/10]

236. Objection to Proposed Disclosure Statement Filed by Ilene Slatko [Docket No. 4021; filed 5/13/10]

237. Objection to Proposed Disclosure Statement Filed by Richard John Goglia [Docket No. 4022; filed 5/13/10]

238. Objection to Proposed Disclosure Statement Filed by Bryan ONeil [Docket No. 4023; filed 5/13/10]

239. Objection to Proposed Disclosure Statement Filed by Gregory J. Roderick [Docket No. 4024; filed 5/13/10]

240. Objection to Proposed Disclosure Statement Filed by Thomas Fackler [Docket No. 4025; filed 5/13/10]

241. Objection to Proposed Disclosure Statement Filed by J. Mario Osorio [Docket No. 4026; filed 5/13/10]

242. Objection to Proposed Disclosure Statement Filed by David Shutvet [Docket No. 4027; filed 5/13/10]

243. Objection to Proposed Disclosure Statement Filed by Maureen Shutvet [Docket No. 4028; filed 5/13/10]

244. Objection to Proposed Disclosure Statement Filed by Donna A. Woodburn [Docket No. 4029; filed 5/13/10]

245. Objection to Proposed Disclosure Statement Filed by Alexander Halasz [Docket No. 4030; filed 5/13/10]

246. Objection to Proposed Disclosure Statement Filed by Douglas W. Meehan [Docket No. 4031; filed 5/13/10]

247. Objection to Proposed Disclosure Statement Filed by Todd W. Martens [Docket No. 4032; filed 5/13/10]

248. Objection to Proposed Disclosure Statement Filed by Michael Walls [Docket No. 4033; filed 5/13/10]

249. Objection to Proposed Disclosure Statement Filed by James A. Fallon [Docket No. 4034; filed 5/13/10]

250. Objection to Proposed Disclosure Statement Filed by Richard C. Matthews [Docket No. 4035; filed 5/13/10]

251. Objection to Proposed Disclosure Statement Filed by Thomas Zebley [Docket No. 4037; filed 5/13/10]

RLF1 3606026v. 1

252. Objection to Proposed Disclosure Statement Filed by Michael Desmond [Docket No. 4038; filed 5/13/10]

253. Objection to Proposed Disclosure Statement Filed by S. Kent Christenberry [Docket No. 4039; filed 5/13/10]

254. Objection to Proposed Disclosure Statement Filed by Jurn Gosselaar [Docket No. 4040; filed 513/10]

255. Objection to Proposed Disclosure Statement Filed by Andrew Grow [Docket No. 4044; filed 5/13/10]

256. Objection to Proposed Disclosure Statement Filed by Kenneth Boyd [Docket No. 4045; filed 5/13/10]

257. Objection to Proposed Disclosure Statement Filed by Jose Raul Leon [Docket No. 4046; filed 5/13/10]

258. Objection to Proposed Disclosure Statement Filed by Kathryn Susan Sizemore [Docket No. 4047; filed 5/13/10]

259. Objection to Proposed Disclosure Statement Filed by Robin E. Amboy [Docket No. 4048; filed 5/13/10]

260. Objection to Proposed Disclosure Statement Filed by Lawrence D. Amboy [Docket No. 4049; filed 5/13/10]

261. Objection to Proposed Disclosure Statement Filed by Eric McGowan [Docket No. 4050; filed 5/13/10]

262. Objection to Proposed Disclosure Statement Filed by Corey Dean and Jeannie Schmidt [Docket No. 4051; filed 5/13/10]

263. Objection to Proposed Disclosure Statement Filed by Peter Kirkham [Docket No. 4052; filed 5/13/10]

264. Objection to Proposed Disclosure Statement Filed by David H. Simmons [Docket No. 4053; filed 5/13/10]

265. Objection to Proposed Disclosure Statement Filed by Jerry S. Arzu [Docket No. 4054; filed 5/13/10]

266. Objection to Proposed Disclosure Statement Filed by Webb Thomsen [Docket No. 4055; filed 5/13/10]

267. Objection to Proposed Disclosure Statement Filed by Dora Leah Popp [Docket No. 4056; filed 5/13/10]

268. Objection to Proposed Disclosure Statement Filed by Laurence E. Hart, Jr. [Docket No. 4057; filed 5/13/10]

RLF1 3606026v. 1

269. Objection to Proposed Disclosure Statement Filed by Joseph Oandasan [Docket No. 4058; filed 5/13/10]

270. Objection to Proposed Disclosure Statement Filed by Scott Hoffman [Docket No. 4059; filed 5/13/10]

271. Objection to Proposed Disclosure Statement Filed by Chun-Wei Hsiao [Docket No. 4060; filed 5/13/10]

272. Objection to Proposed Disclosure Statement Filed by James Gorman [Docket No. 4061; filed 5/13/10]

273. Objection to Proposed Disclosure Statement Filed by Maria Teresa Ramos Martinez [Docket No. 4062; filed 5/13/10]

274. Objection to Proposed Disclosure Statement Filed by Jean-Pierre Boudeault [Docket No. 4063; filed 5/13/10]

275. Objection to Proposed Disclosure Statement Filed by Kurt A. Zeller [Docket No. 4064; filed 5/13/10]

276. Objection to Proposed Disclosure Statement Filed by Roseline Caron [Docket No. 4065; filed 5/13/10]

277. Objection to Proposed Disclosure Statement Filed by Charles Powell [Docket No. 4066; filed 5/13/10]

278. Objection to Proposed Disclosure Statement Filed by Kim Savransky [Docket No. 4067; filed 5/13/10]

279. Objection to Proposed Disclosure Statement Filed by Deven Crane [Docket No. 4068; filed 5/13/10]

280. Objection to Proposed Disclosure Statement Filed by Valentina Ruiz Lopez [Docket No. 4069; filed 5/13/10]

281. Objection to Proposed Disclosure Statement Filed by Anh Stringham [Docket No. 4070; filed 5/13/10]

282. Objection to Proposed Disclosure Statement Filed by Brenda J. Peremes [Docket No. 4071; filed 5/13/10]

283. Objection to Proposed Disclosure Statement Filed by Erdal Ecici [Docket No. 4073; filed 5/13/10]

284. Objection to Proposed Disclosure Statement Filed by Peter Zur Linde [Docket No. 4074; filed 5/13/10]

285. Objection to Proposed Disclosure Statement Filed by Donald R. Wilcox [Docket No. 4075; filed 5/13/10]

RLF1 3606026v. 1

286. Objection to Proposed Disclosure Statement Filed by Diana Lipinski [Docket No. 4076; filed 5/13/10]

287. Objection to Proposed Disclosure Statement Filed by Ryan Goyal [Docket No. 4077; filed 5/13/10]

288. Objection to Proposed Disclosure Statement Filed by Josiah Bernard [Docket No. 4078; filed 5/13/10]

289. Objection to Proposed Disclosure Statement Filed by Jason Williams [Docket No. 4079; filed 5/13/10]

290. Objection to Proposed Disclosure Statement Filed by Pierre R. LaForest [Docket No. 4080; filed 5/13/10]

291. Objection to Proposed Disclosure Statement Filed by Patricia Friedman [Docket No. 4081; filed 5/13/10]

292. Objection to Proposed Disclosure Statement Filed by Gerald E. Ryan, III [Docket No. 4082; filed 5/13/10]

293. Objection to Proposed Disclosure Statement Filed by Mike Sullivan [Docket No. 4083; filed 5/13/10]

294. Objection to Proposed Disclosure Statement Filed by Joseph J. Mukamal [Docket No. 4084; filed 5/13/10]

295. Objection to Proposed Disclosure Statement Filed by [Docket No. Linda Hardwick and Wesley Hardwick [Docket No. 4085; filed 5/13/10]

296. Objection to Proposed Disclosure Statement Filed by Kent Szabo [Docket No. 4086; filed 5/13/10]

297. Objection to Proposed Disclosure Statement Filed by Dave M. Dayon [Docket No. 4087; filed 5/13/10]

298. Objection to Proposed Disclosure Statement Filed by Michael Sroka [Docket No. 4088; filed 5/13/10]

299. Objection to Proposed Disclosure Statement Filed by Raymundo Alexander Castillo Leonardo [Docket No. 4089; filed 5/13/10]

300. Objection to Proposed Disclosure Statement Filed by John Ziello [Docket No. 4090; filed 5/13/10]

301. Objection to Proposed Disclosure Statement Filed by Venson Moore [Docket No. 4091; filed 5/13/10]

302. Objection to Proposed Disclosure Statement Filed by Devinder Dogra [Docket No. 4092; filed 5/13/10]

RLF1 3606026v. 1

303. Objection to Proposed Disclosure Statement Filed by Nancy Fleming [Docket No. 4093; filed 5/13/10]

304. Objection to Proposed Disclosure Statement Filed by Oktay Lacin [Docket No. 4094]

305. Objection to Proposed Disclosure Statement Filed by Janine Damitow-Lacin [Docket No. 4095; filed 5/13/10]

306. Objection to Proposed Disclosure Statement Filed by Rainer Scheuch [Docket No. 4096; filed 5/13/10]

307. Objection to Proposed Disclosure Statement Filed by Michael Livermore and Sandra Henson [Docket No. 4097; filed 5/13/10]

308. Objection to Proposed Disclosure Statement Filed by Wolfgang Krieger [Docket No. 4098; filed 5/13/10]

309. Objection to Proposed Disclosure Statement Filed by Larry Scott Woods [Docket No. 4099; filed 5/13/10]

310. Objection to Proposed Disclosure Statement Filed by Mark Schoenbaum [Docket No. 4100; filed 5/13/10]

311. Objection to Proposed Disclosure Statement Filed by Max DiBlbacher [Docket No. 4101; filed 5/13/10]

312. Objection to Proposed Disclosure Statement Filed by Felix Oster [Docket No. 4102; filed 5/13/10]

313. Objection to Proposed Disclosure Statement Filed by Jaime Guisasola Masaveu [Docket No. 4103; filed 5/13/10]

314. Objection to Proposed Disclosure Statement Filed by Anthony C. Funaro [Docket No. 4104; filed 5/13/10]

315. Objection to Proposed Disclosure Statement Filed by Donna M. Funaro [Docket No. 4105; filed 5/13/10]

316. Objection to Proposed Disclosure Statement Filed by Georgios Karagiannis [Docket No. 4106; filed 5/13/10]

317. Objection to Proposed Disclosure Statement Filed by Hector Enrique Villar Horne [Docket No. 4107; filed 5/13/10]

318. Objection to Proposed Disclosure Statement Filed by Thaddeus Juszko [Docket No. 4109; filed 5/13/10]

319. Objection to Proposed Disclosure Statement Filed by Bruce Tuchol [Docket No. 4110; filed 5/13/10]

RLF1 3606026v. 1

320. Objection to Proposed Disclosure Statement Filed by John P. Colvin [Docket No. 4111; filed 5/13/10]

321. Objection to Proposed Disclosure Statement Filed by Silvio Gruben [Docket No. 4112; filed 5/13/10]

322. Objection to Proposed Disclosure Statement Filed by Kirmanidis Michail [Docket No. 4113; filed 5/13/10]

323. Objection to Proposed Disclosure Statement Filed by Daniel L. Edwards [Docket No. 4114; filed 5/13/10]

324. Objection to Proposed Disclosure Statement Filed by John F. Colvin [Docket No. 4115; filed 5/13/10]

325. Objection to Proposed Disclosure Statement Filed by Nghia Q. Tran [Docket No. 4116; filed 5/13/10]

326. Objection to Proposed Disclosure Statement Filed by Corey J. Sandhagen [Docket No. 4117; filed 5/13/10]

327. Objection to Proposed Disclosure Statement Filed by Alvin Wolcott [Docket No. 4118; filed 5/13/10]

328. Objection to Proposed Disclosure Statement Filed by Catherine Dziok [Docket No. 4119; filed 5/13/10]

329. Objection to Proposed Disclosure Statement Filed by Michael Owen [Docket No. 4120; filed 5/13/10]

330. Objection to Proposed Disclosure Statement Filed by Elysabeth Nguyen [Docket No. 4121; filed 5/13/10]

331. Objection to Proposed Disclosure Statement Filed by Ricardo Rivas [Docket No. 4122, filed 5/13/10]

332. Objection to Proposed Disclosure Statement Filed by Fernando Egana [Docket No. 4123; filed 5/13/10]

333. Objection to Proposed Disclosure Statement Filed by Gregory Scott Lingor [Docket No. 4124; filed 5/13/10]

334. Objection to Proposed Disclosure Statement Filed by Olivier Mirza [Docket No. 4126; filed 5/13/10]

335. Objection to Proposed Disclosure Statement Filed by Peter Krol [Docket No. 4127; filed 5/13/10]

336. Objection to Proposed Disclosure Statement Filed by Ronald P. Chao [Docket No. 4128; filed 5/13/10]

RLF1 3606026v. 1

337. Objection to Proposed Disclosure Statement Filed by Michael Simmons [Docket No. 4129; filed 5/13/10]

338. Objection to Proposed Disclosure Statement Filed by Kurt Krol [Docket No. 4130; filed 5/13/10]

339. Objection to Proposed Disclosure Statement Filed by James D. Ferns, III [Docket No. 4131; filed 5/13/10]

340. Objection to Proposed Disclosure Statement Filed by Harpreet Singh [Docket No. 4132; filed 5/13/10]

341. Objection to Proposed Disclosure Statement Filed by Kenneth L. Walker [Docket No. 4133; filed 5/13/10]

342. Objection to Proposed Disclosure Statement Filed by Steve Ross [Docket No. 4134; filed 5/13/10]

343. Objection to Proposed Disclosure Statement Filed by David L. Walker [Docket No. 4135; filed 5/13/10]

344. Objection to Proposed Disclosure Statement Filed by Kimberly C. Johnson [Docket No. 4136; filed 5/13/10]

345. Objection to Proposed Disclosure Statement Filed by George N. Salovich [Docket No. 4137; filed 5/13/10]

346. Objection to Proposed Disclosure Statement Filed by Markus Dahm [Docket No. 4138; filed 5/13/10]

347. Objection to Proposed Disclosure Statement Filed by James J. Cagle [Docket No. 4139; filed 5/13/10]

348. Objection to Proposed Disclosure Statement Filed by David Arbulu [Docket No. 4140; filed 5/13/10]

349. Objection to Proposed Disclosure Statement Filed by Hank Johnson [Docket No. 4141; filed 5/13/10]

350. Objection to Proposed Disclosure Statement Filed by Eddie and Eva Thatcher [Docket No. 4142; filed 5/13/10]

351. Objection to Proposed Disclosure Statement Filed by Florian Schmid [Docket No. 4143; filed 5/13/10]

352. Objection to Proposed Disclosure Statement Filed by Michael Kim [Docket No. 4144; filed 5/13/10]

353. Objection to Proposed Disclosure Statement Filed by Sydney Prevor [Docket No. 4145; filed 5/13/10]

RLF1 3606026v. 1

354. Objection to Proposed Disclosure Statement Filed by John Ibberson [Docket No. 4146; filed 5/13/10]

355. Objection to Proposed Disclosure Statement Filed by Sydney Prevor [Docket No. 4147; filed 5/13/10]

356. Objection to Proposed Disclosure Statement Filed by Rico Sabatini [Docket No. 4148; filed 5/13/10]

357. Objection to Proposed Disclosure Statement Filed by Jed Prevor [Docket No. 4149; filed 5/13/10]

358. Objection to Proposed Disclosure Statement Filed by Joy Prevor [Docket No. 4150; filed 5/13/10]

359. Objection to Proposed Disclosure Statement Filed by Sherry Lou Grable [Docket No. 4151; filed 5/13/10]

360. Objection to Proposed Disclosure Statement Filed by Happy-Kat Inc. [Docket No. 4152; filed 5/13/10]

361. Objection to Proposed Disclosure Statement Filed by Mark Lee Blackshear [Docket No. 4153; filed 5/13/10]

362. Objection to Proposed Disclosure Statement Filed by Hu De Fang [Docket No. 4154; filed 5/13/10]

363. Objection to Proposed Disclosure Statement Filed by Su Chen [Docket No. 4155; filed 5/13/10]

364. Objection to Proposed Disclosure Statement Filed by Peter Zhong [Docket No. 4156; filed 5/13/10]

365. Objection to Proposed Disclosure Statement Filed by Michael Vorsino [Docket No. 4157; filed 5/13/10]

366. Objection to Proposed Disclosure Statement Filed by Peter Zhong [Docket No. 4158; filed 5/13/10]

367. Objection to Proposed Disclosure Statement Filed by James R. Dismukes [Docket No. 4160; filed 5/13/10]

368. Objection to Proposed Disclosure Statement Filed by Carrie Huiming Zhong [Docket No. 4161; filed 5/13/10]

369. Objection to Proposed Disclosure Statement Filed by John and Elizabeth Fuller [Docket No. 4162; filed 5/13/10]

370. Objection to Proposed Disclosure Statement Filed by Carrie Huiming Zhong [Docket No. 4163; filed 5/13/10]

RLF1 3606026v. 1

371. Objection to Proposed Disclosure Statement Filed by Igor Martinov [Docket No. 4164; filed 5/13/10]

372. Objection to Proposed Disclosure Statement Filed by Ludwig Joe Polasek [Docket No. 4165; filed 5/13/10]

373. Objection to Proposed Disclosure Statement Filed by Abhinava K. Reddy [Docket No. 4167; filed 5/13/10]

374. Objection to Proposed Disclosure Statement Filed by Jens Brocker [Docket No. 4168; filed 5/13/10]

375. Objection to Proposed Disclosure Statement Filed by Carlos Briz Iceta [Docket No. 4169; filed 5/13/10]

376. Objection to Proposed Disclosure Statement Filed by Kishor V Shah [Docket No. 4170; filed 5/13/10]

377. Objection to Proposed Disclosure Statement Filed by Jesuie Munster [Docket No. 4171; filed 5/13/10]

378. Objection to Proposed Disclosure Statement Filed by Thomas Fackler [Docket No. 4172; filed 5/13/10]

379. Objection to Proposed Disclosure Statement Filed by Zach Short [Docket No. 4173; filed 5/13/10]

380. Objection to Proposed Disclosure Statement Filed by Volker Lees [Docket No. 4174; filed 5/13/10]

381. Objection to Proposed Disclosure Statement Filed by Leon Serruys [Docket No. 4175; filed 5/13/10]

382. Objection to Proposed Disclosure Statement Filed by Peter Morandell [Docket No. 4176; filed 5/13/10]

383. Objection to Proposed Disclosure Statement Filed by Volker Goos [Docket No. 4177; filed 5/13/10]

384. Objection to Proposed Disclosure Statement Filed by Miquel Font Rovirola [Docket No. 4178; filed 5/13/10]

385. Objection to Proposed Disclosure Statement Filed by Ravi Kiran Chinagandham [Docket No. 4179; filed 5/13/10]

386. Objection to Proposed Disclosure Statement Filed by Kathy Brattlof and Randy Brattlof [Docket No. 4180; filed 5/13/10]

387. Objection to Proposed Disclosure Statement Filed by Brian Mccormick [Docket No. 4181; filed 5/13/10]

RLF1 3606026v. 1

388. Objection to Proposed Disclosure Statement Filed by David M. Dietz [Docket No. 4182; filed 5/13/10]

389. Objection to Proposed Disclosure Statement Filed by Perfect Design [Docket No. 4183; filed 5/13/10]

390. Objection to Proposed Disclosure Statement Filed by Perfect Design [Docket No. 4184; filed 5/13/10]

391. Objection to Proposed Disclosure Statement Filed by Markus Ablinger [Docket No. 4185; filed 5/13/10]

392. Objection to Proposed Disclosure Statement Filed by Perfect Design [Docket No. 4186; filed 5/13/10]

393. Objection to Proposed Disclosure Statement Filed by Shirley Mei [Docket No. 4187; filed 5/13/10]

394. Objection to Proposed Disclosure Statement Filed by Jake K. Barrett and Bruce M. Barrett [Docket No. 4188; filed 5/13/10]

395. Objection to Proposed Disclosure Statement Filed by CR Brea LLC [Docket No. 4189; filed 5/13/10]

396. Objection to Proposed Disclosure Statement Filed by Mi Deng [Docket No. 4190; filed 5/13/10]

397. Objection to Proposed Disclosure Statement Filed by Wolfgang Schuschel [Docket No. 4191; filed 5/13/10]

398. Objection to Proposed Disclosure Statement Filed by Evans Lin [Docket N o. 4192; filed 5/13/10]

399. Objection to Proposed Disclosure Statement Filed by Michail Kirmanidis [Docket No. 4193; filed 5/13/10]

400. Objection to Proposed Disclosure Statement Filed by Ben Hoos [Docket No. 4194; filed 5/13/10]

401. Objection to Proposed Disclosure Statement Filed by Hollis J. Donegan [Docket No. 4195; filed 5/13/10]

402. Objection to Proposed Disclosure Statement Filed by Wen-Chen Su [Docket No. 4196; filed 5/13/10]

403. Objection to Proposed Disclosure Statement Filed by Mark J. Cinque [Docket No. 4197; filed 5/13/10]

404. Objection to Proposed Disclosure Statement Filed by Douglas Hamm [Docket No. 4198; filed 5/13/10]

RLF1 3606026v. 1

405. Objection to Proposed Disclosure Statement Filed by David N. Couture [Docket No. 4199; filed 5/13/10]

406. Objection to Proposed Disclosure Statement Filed by Waldemar Korotezky [Docket No. 4200; filed 5/13/10]

407. Objection to Proposed Disclosure Statement Filed by Danny DeWayne Kirk [Docket No. 4201; filed 5/13/10]

408. Objection to Proposed Disclosure Statement Filed by Andrew P. Miller [Docket No. 4202; filed 5/13/10]

409. Objection to Proposed Disclosure Statement Filed by John J. McKeon, Marilyn R. McKeon and Brian P. McKeon [Docket No. 4203; filed 5/13/10]

410. Objection to Proposed Disclosure Statement Filed by Luz M. Rivas [Docket No. 4204; filed 5/13/10]

411. Objection to Proposed Disclosure Statement Filed by Phillippe Schelker [Docket No. 4205; filed 5/13/10]

412. Objection to Proposed Disclosure Statement Filed by John Curtis [Docket No. 4206; filed 5/13/10]

413. Objection to Proposed Disclosure Statement Filed by Dieter Backhaus [Docket No. 4207; filed 5/13/10]

414. Objection to Proposed Disclosure Statement Filed by John Mackay [Docket No. 4208; filed 5/13/10]

415. Objection to Proposed Disclosure Statement Filed by Jan-Thiess Buss [Docket No. 4209; filed 5/13/10]

416. Objection to Proposed Disclosure Statement Filed by Roy Cutrer, Jr. [Docket No. 4210; filed 5/13/10]

417. Objection to Proposed Disclosure Statement Filed by Mitchel Jack [Docket No. 4211; filed 5/13/10]

418. Objection to Proposed Disclosure Statement Filed by Elizabeth D. Fernando [Docket No. 4212; filed 5/13/10]

419. Objection to Proposed Disclosure Statement Filed by Norbert Schuerhoff [Docket No. 4213; filed 5/13/10]

420. Objection to Proposed Disclosure Statement Filed by Daniel Kreienbuehl [Docket No. 4214; filed 5/13/10]

421. Objection to Proposed Disclosure Statement Filed by Mallinath Suralikal [Docket No. 4215; filed 5/13/10]

RLF1 3606026v. 1

422. Objection to Proposed Disclosure Statement Filed by Naveed Rashid [Docket No. 4216; filed 5/13/10]

423. Objection to Proposed Disclosure Statement Filed by Wesley Hardwick [Docket No. 4217; filed 5/13/10]

424. Objection to Proposed Disclosure Statement Filed by Thomas Bodenburg [Docket No. 4218; filed 5/13/10]

425. Objection to Proposed Disclosure Statement Filed by Kriton Hatjiefthimiou [Docket No. 4219; filed 5/13/10]

426. Objection to Proposed Disclosure Statement Filed by Michael Franz [Docket No. 4220; filed 5/13/10]

427. Objection to Proposed Disclosure Statement Filed by Dharmesh Patel [Docket No. 4221; filed 5/13/10]

428. Objection to Proposed Disclosure Statement Filed by Daniel Kreienbuehl [Docket No. 4222; filed 5/13/10]

429. Objection to Proposed Disclosure Statement Filed by John M. Woodburn [Docket No. 4223; filed 5/13/10]

430. Objection to Proposed Disclosure Statement Filed by Nicholas S. Domingo [Docket No. 4224; filed 5/13/10]

431. Objection to Proposed Disclosure Statement Filed by Eugen Goldnik [Docket No. 4225; filed 5/13/10]

432. Objection to Proposed Disclosure Statement Filed by Oliver Schwarz [Docket No. 4226; filed 5/13/10]

433. Objection to Proposed Disclosure Statement Filed by Donna A. Woodburn [Docket No. 4227; filed 5/13/10]

434. Objection to Proposed Disclosure Statement Filed by Andrea Woodburn Ford [Docket No. 4229; filed 5/13/10]

435. Objection to Proposed Disclosure Statement Filed by Jonathan Vedder [Docket No. 4230; filed 5/13/10]

436. Objection to Proposed Disclosure Statement Filed by Gregory E. Baglin [Docket No. 4231; filed 5/13/10]

437. Objection to Proposed Disclosure Statement Filed by Bipinchandra Patel [Docket No. 4232; filed 5/13/10]

438. Objection to Proposed Disclosure Statement Filed by Ling Li Lai [Docket No. 4233; filed 5/13/10]

RLF1 3606026v. 1

439. Objection to Proposed Disclosure Statement Filed by David J Gilbert [Docket No. 4234; filed 5/13/10]

440. Objection to Proposed Disclosure Statement Filed by Rob Darrow [Docket No. 4236; filed 5/13/10]

441. Objection to Proposed Disclosure Statement Filed by John W. Pruitt [Docket No. 4237; filed 5/13/10]

442. Objection to Proposed Disclosure Statement Filed by Matthew A. Martin [Docket No. 4238; filed 5/13/10]

443. Objection to Proposed Disclosure Statement Filed by Daniel W. Martin [Docket No. 4239; filed 5/13/10]

444. Objection to Proposed Disclosure Statement Filed by Nathaniel T. Martin [Docket No. 4240; filed 5/13/10]

445. Objection to Proposed Disclosure Statement Filed by Bernd Boss [Docket No. 4246; filed 5/13/10]

446. Objection to Proposed Disclosure Statement Filed by Holger Marian Kehm [Docket No. 4247; filed 5/13/10]

447. Objection to Proposed Disclosure Statement Filed by Norbert Schuerhoff [Docket No. 4248; filed 5/13/10]

448. Objection to Proposed Disclosure Statement Filed by Michael Mats [Docket No. 4249; filed 5/13/10]

449. Objection to Proposed Disclosure Statement Filed by Reginald D. Wilson [Docket No. 4250; filed 5/13/10]

450. Objection to Proposed Disclosure Statement Filed by Thomas Klee [Docket No. 4251; filed 5/13/10]

451. Objection to Proposed Disclosure Statement Filed by Satvinder Singh and Gurjinder K. Singh [Docket No. 4252; filed 5/13/10]

452. Objection to Proposed Disclosure Statement Filed by Jens Luhrs [Docket No. 4253; filed 5/13/10]

453. Objection to Proposed Disclosure Statement Filed by Naveed Rashid [Docket No. 4254; filed 5/13/10]

454. Objection to Proposed Disclosure Statement Filed by Klaus Dieter Poppe [Docket No. 4255; filed 5/13/10]

455. Objection to Proposed Disclosure Statement Filed by Marion Hofmann [Docket No. 4256; filed 5/13/10]

RLF1 3606026v. 1

456. Objection to Proposed Disclosure Statement Filed by Linda Hardwick and Wesley Hardwick [Docket No. 4257; filed 5/13/10]

457. Objection to Proposed Disclosure Statement Filed by Jane Turetsky [Docket No. 4258; filed 5/13/10]

458. Objection to Proposed Disclosure Statement Filed by Rainer Kampwerth [Docket No. 4259; filed 5/13/10]

459. Objection to Proposed Disclosure Statement Filed by Gabriele Binek-Schuessler [Docket No. 4260; filed 5/13/10]

460. Objection to Proposed Disclosure Statement Filed by Ruediger Golhardt [Docket No. 4261; filed 5/13/10]

461. Objection to Proposed Disclosure Statement Filed by Yong Lee [Docket No. 4262; filed 5/13/10]

462. Objection to Proposed Disclosure Statement Filed by Konstantinos Parthenis [Docket No. 4263; filed 5/13/10]

463. Objection to Proposed Disclosure Statement Filed by Yuranun Pesalaphan [Docket No. 4264; filed 5/13/10]

464. Objection to Proposed Disclosure Statement Filed by Michele M. Wright [Docket No. 4265; filed 5/13/10]

465. Objection to Proposed Disclosure Statement Filed by Berta Kink [Docket No. 4266; filed 5/13/10]

466. Objection to Proposed Disclosure Statement Filed by Denis Boivin [Docket No. 4267; filed 5/13/10]

467. Objection to Proposed Disclosure Statement Filed by Albert D. Koch [Docket No. 4268; filed 5/13/10]

468. Objection to Proposed Disclosure Statement Filed by Jeanne Ball [Docket No. 4269; filed 5/13/10]

469. Objection to Proposed Disclosure Statement Filed by Ascencion Barron and Ramiro Barron [Docket No. 4270; filed 5/13/10]

470. Objection to Proposed Disclosure Statement Filed by Xochitl Barron [Docket No. 4271; filed 5/13/10]

471. Objection to Proposed Disclosure Statement Filed by Patrick K. Fuchs [Docket No. 4272; filed 5/13/10]

472. Objection to Proposed Disclosure Statement Filed by Leo Cho [Docket No. 4273; filed 5/13/10]

473. Objection to Proposed Disclosure Statement Filed by Evan Schrager [Docket No. 4277; filed 5/13/10]

474. Objection to Proposed Disclosure Statement Filed by Jamie Schrager [Docket No. 4278; filed 5/13/10]

475. Objection to Proposed Disclosure Statement Filed by Kenneth Schrager [Docket No. 4279; filed 5/13/10]

476. Objection to Proposed Disclosure Statement Filed by Alberto Polanco [Docket No. 4280; filed 5/13/10]

477. Objection to Proposed Disclosure Statement Filed by Steven Palladino [Docket No. 4281; filed 5/13/10]

478. Objection to Proposed Disclosure Statement Filed by Daniel N. Jones [Docket No. 4282; filed 5/13/10]

479. Objection to Proposed Disclosure Statement Filed by David M. Lowe [Docket No. 4283; filed 5/13/10]

480. Objection to Proposed Disclosure Statement Filed by Robert T. Patelski, Jr. [Docket No. 4284; filed 5/13/10]

481. Objection to Proposed Disclosure Statement Filed by Jane H. Luo [Docket No. 4285; filed 5/13/10]

482. Objection to Proposed Disclosure Statement Filed by Meredith Prevor-Weiss [Docket No. 4286; filed 5/13/10]

483. Objection to Proposed Disclosure Statement Filed by Ronald S. Weiss [Docket No. 4287; filed 5/13/10]

484. Objection to Proposed Disclosure Statement Filed by Milan Sheth [Docket No. 4288; filed 5/13/10]

485. Objection to Proposed Disclosure Statement Filed by Min Ho Chang [Docket No. 4289; filed 5/13/10]

486. Objection to Proposed Disclosure Statement Filed by Vincent Philip [Docket No. 4290; filed 5/13/10]

487. Objection to Proposed Disclosure Statement Filed by Louisa Mitchell and Anthony Mitchell [Docket No. 4291; filed 5/13/10]

488. Objection to Proposed Disclosure Statement Filed by Joseph Cenname [Docket No. 4292; filed 5/13/10]

489. Objection to Proposed Disclosure Statement Filed by William H. Carl [Docket No. 4293; filed 5/13/10]

RLF1 3606026v. 1

490. Objection to Proposed Disclosure Statement Filed by Christopher L. Scott [Docket No. 4294; filed 5/13/10]

491. Objection to Proposed Disclosure Statement Filed by Mark Mondrone [Docket No. 4295; filed 5/13/10]

492. Objection to Proposed Disclosure Statement Filed by Yovany Montoya [Docket No. 4296; filed 5/13/10]

493. Objection to Proposed Disclosure Statement Filed by Marek Szczupak [Docket No. 4297; filed 5/13/10]

494. Objection to Proposed Disclosure Statement Filed by Dominic A. Raco [Docket No. 4298; filed 5/13/10]

495. Objection to Proposed Disclosure Statement Filed by Vladimir Akilov [Docket No. 4299; filed 5/13/10]

496. Objection to Proposed Disclosure Statement Filed by David Schafer [Docket No. 4300; filed 5/13/10]

497. Objection to Proposed Disclosure Statement Filed by David L. Feigley [Docket No. 4303; filed 5/25/10]

498. Objection to Proposed Disclosure Statement Filed by Philipp Schnabel [Docket No. 4304; filed 5/24/10]

499. Objection to Proposed Disclosure Statement Filed by Samnang Nou [Docket No. 4305; filed 5/13/10]

500. Objection to Proposed Disclosure Statement Filed by Poli Bou [Docket No. 4306; filed 5/13/10]

501. Objection to Proposed Disclosure Statement Filed by Willard M. Locklear [Docket No. 4307; filed 5/13/10]

502. Objection to Proposed Disclosure Statement Filed by Nilam Tapiawala [Docket No. 4314; filed 5/13/10]

503. Objection to Proposed Disclosure Statement Filed by Nilam Tapiawala [Docket No. 4315; filed 5/13/10]

504. Objection to Proposed Disclosure Statement Filed by Neesha Tapiawala [Docket No. 4316; filed 5/13/10]

505. Objection to Proposed Disclosure Statement Filed by Mukul Tapiawala [Docket No. 4317; filed 5/13/10]

506. Objection to Proposed Disclosure Statement Filed by Mukul Tapiawala [Docket No. 4318; filed 5/13/10]

RLF1 3606026v. 1

507. Objection to Proposed Disclosure Statement Filed by Unlu O. Gurpinar [Docket No. 4319; filed 5/13/10]

508. Objection to Proposed Disclosure Statement Filed by Paul Wu [Docket No. 4320; filed 5/13/10]

509. Objection to Proposed Disclosure Statement Filed by Peter Phame [Docket No. 4321; filed 5/13/10]

510. Objection to Proposed Disclosure Statement Filed by Ivan Yu-Chung Wu [Docket No. 4322; filed 5/13/10]

511. Objection to Proposed Disclosure Statement Filed by Charlotte Moore [Docket No. 4323; filed 5/13/10]

512. Objection to Proposed Disclosure Statement Filed by Jeff Rogers [Docket No. 4324; filed 5/13/10]

513. Objection to Proposed Disclosure Statement Filed by James and Shawna Pucik [Docket No. 4325; filed 5/13/10]

514. Objection to Proposed Disclosure Statement Filed by Angela Schiller [Docket No. 4326; filed 5/13/10]

515. Objection to Proposed Disclosure Statement Filed by Jonathan Paninski [Docket No. 4328; filed 5/13/10]

516. Objection to Proposed Disclosure Statement Filed by Robert W. Blum [Docket No. 4329; filed 5/13/10]

517. Objection to Proposed Disclosure Statement Filed by Charles Skelnik [Docket No. 4330; filed 5/13/10]

518. Objection to Proposed Disclosure Statement Filed by Andrew J. Sadler [Docket No. 4331; filed 5/13/10]

519. Objection to Proposed Disclosure Statement Filed by Nang B. Luong and Linda L. Luong [Docket No. 4332; filed 5/13/10]

520. Objection to Proposed Disclosure Statement Filed by Mary E. Telford and Donald R. Telford [Docket No. 4333; filed 5/13/10]

521. Objection to Proposed Disclosure Statement Filed by Judy Williams [Docket No. 4334; filed 5/13/10]

522. Objection to Proposed Disclosure Statement Filed by Christopher D. Holcombe, Sr. [Docket No. 4335; filed 5/13/10]

523. Objection to Proposed Disclosure Statement Filed by A. Bradford and Joseph U. Bradford [Docket No. 4336; filed 5/13/10]

524. Objection to Proposed Disclosure Statement Filed by Dennis McCluskey [Docket No. 4337; filed 5/13/10]

525. Objection to Proposed Disclosure Statement Filed by Philip J. Beck [Docket No. 4338; filed 5/13/10]

526. Objection to Proposed Disclosure Statement Filed by Frank S. Lucente, Jennifer Stringfellow, Walter Stringfellow and Veronica V. Howard [Docket No. 4339; filed 5/13/10]

527. Objection to Proposed Disclosure Statement Filed by Jessie(Jiecheng) Zhong [Docket No. 4340; filed 5/13/10]

528. Objection to Proposed Disclosure Statement Filed by Frank H. Sherwood [Docket No. 4341; filed 5/13/10]

529. Objection to Proposed Disclosure Statement Filed by Sean Fitzgerald [Docket No. 4350; filed 5/25/10]

530. Amended Objection to Proposed Disclosure Statement Filed by Philipp Schnabel [Docket No. 4353; filed 5/26/10]

531. Objection to Proposed Disclosure Statement Filed by G. Victor Allen [Docket No. 4354; filed 5/13/10]

532. Objection to Proposed Disclosure Statement Filed by Robert T. Patelski, Jr. [Docket No. 4355; filed 5/13/10]

533. Objection to Proposed Disclosure Statement Filed by Kay Park Hinckley [Docket No. 4356; filed 5/13/10]

534. Objection to Proposed Disclosure Statement Filed by Klim Kavall [Docket No. 4357; filed 5/13/10]

535. Objection to Proposed Disclosure Statement Filed by Michael C. Reis [Docket No. 4358; filed 5/13/10]

536. Objection to Proposed Disclosure Statement Filed by Rajneesh Chaganla [Docket No. 4359; filed 5/13/10]

537. Objection to Proposed Disclosure Statement Filed by Pat Calabrese [Docket No. 4360; filed 5/13/10]

538. Objection to Proposed Disclosure Statement Filed by Patricia Calabrese [Docket No. 4361; filed 5/13/10]

539. Objection to Proposed Disclosure Statement Filed by Anthony Calabrese [Docket No. 4362; filed 5/13/10]

RLF1 3606026v. 1

540. Objection to Proposed Disclosure Statement Filed by Henry Koon [Docket No. 4363; filed 5/13/10

541. Objection to Proposed Disclosure Statement Filed by Pauline Lam [Docket No. 4364; filed 5/13/10]

542. Objection to Proposed Disclosure Statement Filed by Tina Lam [Docket No. 4365; filed 5/13/10]

543. Objection to Proposed Disclosure Statement Filed by Wafic Darwich [Docket No. 4366; filed 5/13/10]

544. Objection to Proposed Disclosure Statement Filed by Thomas and Dorothy Gallub [Docket No. 4367; filed 5/13/10]

545. Objection to Proposed Disclosure Statement Filed by Ian Cheung [Docket No. 4368; filed 5/13/10]

546. Objection to Proposed Disclosure Statement Filed by Eric K. Park [Docket No. 4369; filed 5/13/10]

547. Objection to Proposed Disclosure Statement Filed by Joseph Garten [Docket No. 4370; filed 5/13/10]

548. Objection to Proposed Disclosure Statement Filed by Leo Paolo D. Fernando [Docket No. 4371; filed 5/13/10]

549. Objection to Proposed Disclosure Statement Filed by Meta Vanderwerff [Docket No. 4372; filed 5/13/10]

550. Objection to Proposed Disclosure Statement Filed by Phillipp Schnabel [Docket No. 4373; filed 5/13/10]

551. Objection to Proposed Disclosure Statement Filed by Amita and Giriraj Patel [Docket No. 4374; filed 5/13/10]

552. Objection to Proposed Disclosure Statement Filed by Rachel Becker [Docket No. 4375; filed 5/13/10]

553. Objection to Proposed Disclosure Statement Filed by Linda and Steven Marks [Docket No. 4377; filed 5/13/10]

554. Objection to Proposed Disclosure Statement Filed by Laurence E. Hart, Jr. [Docket No. 4378, filed 5/13/10]

555. Objection to Proposed Disclosure Statement Filed by Antonio Montero and Aleida Avila [Docket No. 4379; filed 5/13/10]

556. Objection to Proposed Disclosure Statement Filed by Arnaldo Vizcaya [Docket No. 4381; filed 5/13/10]

557. Objection to Proposed Disclosure Statement Filed by Ivan Stojanovic [Docket No. 4383; filed 5/13/10]

558. Objection to Proposed Disclosure Statement Filed by Vlado Kupanovac [Docket No. 4384; filed 5/13/10]

559. Objection to Proposed Disclosure Statement Filed by John Hepsen [Docket No. 4387; filed 5/13/10]

560. Objection to Proposed Disclosure Statement Filed by Broadbill Investment Corp. [Docket No. 4388; filed 5/27/10]

561. Objection to Proposed Disclosure Statement Filed by Kermit R. Kubitz [Docket No. 4389; filed 5/13/10]

562. Objection to Proposed Disclosure Statement Filed by James Dismukes [Docket No. 4391; filed 5/13/10]

563. Objection to Proposed Disclosure Statement Filed by Larry H. Bailey [Docket No. 4392; filed 5/13/10]

564. Objection to Proposed Disclosure Statement Filed by Gang Chen [Docket No. 4393; filed 5/13/10]

565. Objection to Proposed Disclosure Statement Filed by Nancy L. Stoke [Docket No. 4394; filed 5/13/10]

566. Objection to Proposed Disclosure Statement Filed by Robert F. Jean [Docket No. 4398; filed 5/13/10]

567. Objection to Proposed Disclosure Statement Filed by Michael G. and Juliann Kelly [Docket No. 4399; filed 5/13/10]

568. Objection to Proposed Disclosure Statement Filed by Joyce Presnall [Docket No. 4400; filed 5/13/10]

569. Objection to Proposed Disclosure Statement Filed by Joyce and Marvin Presnall [Docket No. 4401; filed 5/13/10]

570. Objection to Proposed Disclosure Statement Filed by Marvin Presnall [Docket No. 4402; filed 5/13/10]

571. Supplemental Objection of Wells Fargo Bank, N.A., in its Capacity as Indenture Trustee and Guarantee Trustee, to the Debtors' Motion for Approval of Disclosure Statement and Solicitation and Voting Procedures [Docket No. 4406; filed 5/27/10]

572. Objection of the Disclosure Statement for the Second Amended Joint Plan of Affiliated Debtors [Docket No. 4412; filed 5/28/10]

573. Objection of Paulson & Co. Inc. to the Debtors' Motion to Approve Disclosure Statement for Second Amended Joint Plan of Affiliated Debtors [Docket No. 4418; filed 5/28/10]

574. Supplemental Objection of the Washington Mutual, Inc. Noteholders Group to the Debtors' Disclosure Statement for the Second Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4419; filed 5/28/10]

575. Objection of the United States Trustee to the Debtors' Motion for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (II) Scheduling A Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan [Docket No. 4420; filed 5/28/10]

576. Supplemental Objection of the BKK Joint Defense Group to the Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 2003, 3017, 3018 and 3020, (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan [Docket No. 4421]

577. WMB Noteholder Group's (I) Objection to Disclosure Statement and, if Required, (II) Motion for Allowance of Claims for Voting Purposed Pursuant to Bankruptcy Rule 3018(a) [Docket No. 4422; filed 5/28/10]

578. Supplemental Objections of the California Department of Toxic Substances Control to Debtors' Disclosure Statement for the Second Amended Joint Plan [Docket No. 4424; filed 5/28/10]

579. The WMB Noteholders' Objections to Disclosure Statement for the Second Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4425; 5/28/10]

580. Consolidated Supplemental Objections by American National Insurance Company, et al. to: (A) the Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan; and (B) the Disclosure Statement for the Second Amended Joint Plan of

Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4426; filed 5/28/10]

581. Bank Bondholders' Supplemental Objections to Disclosure Statement for the Second Amended Joint Plan of Affiliated Debtors [Docket No. 4427; filed 5/28/10]

582. Notice of Continued Objection of the Consortium of Trust Preferred Security Holders to Debtors' Motion for Approval of Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4429; filed 5/28/10]

583. Consolidated Supplemental Objections of Susanna Gouws Korn, Angelita Ravago, and Parties to be Named to (A) the Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, ((II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan; and (B) the Disclosure Statement for the Second Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No 4430; filed 5/28/10]

584. Reservation of Rights of the FDIC-Receiver with Respect to the Disclosure Statement for the Second Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4443; filed 6/1/10]

585. Supplemental Objection from Kermit R. Kubitz [Docket No. 4452; filed 5/28/10]

586. Amended Objection to Disclosure Statement filed by Jurn Gosselaar [Docket No. 4453; filed 5/28/10]

587. Objection to Disclosure Statement filed by Michael K. McCune [Docket No. 4455; filed 6/2/10]

588. Objection to Disclosure Statement filed by D. Ray Glenn [Docket No. 4503; filed 5/18/10]

589. Objection to Disclosure Statement filed by Santiago De ols Santos [Docket No. 4504; filed 5/14/10]

590. Objection to Disclosure Statement filed by Mitch Le [Docket No. 4505; filed 5/14/10]

591. Objection to Disclosure Statement filed by R J Crymes [Docket No. 4506; filed 5/18/10]

592. Objection to Disclosure Statement filed by Danny Phu [Docket No. 4507; filed 5/18/10]

593. Objection to Disclosure Statement filed by Pete Maglaras [Docket No. 4508; filed 5/14/10]

594. Objection to Disclosure Statement filed by Jeff McClearn [Docket No. 4509; filed 5/14/10]

595. Objection to Disclosure Statement filed by Howard Horwitz [Docket No. 4510; filed 5/14/10]

596. Objection to Disclosure Statement filed by Ricky Castellanos [Docket No. 4511; filed 5/14/10]

597. Objection to Disclosure Statement filed by Barry S. Zelner [Docket No. 4512; filed 5/18/10]

598. Objection to Disclosure Statement filed by Dr. Sankarshan Acharya [Docket No. 4513; filed 5/14/10]

599. Objection to Disclosure Statement filed by Massimiliano Pichierri [Docket No. 4514; filed 5/18/10]

600. Objection to Disclosure Statement filed by Patricia A. Kolb [Docket No. 4515; filed 5/14/10]

601. Objection to Disclosure Statement filed by Andrew Vo [Docket No. 4516; filed 5/18/10]

602. Objection to Disclosure Statement filed by Amanda Krol [Docket No. 4517; filed 5/14/10]

603. Objection to Disclosure Statement filed by Ken T. Krol [Docket No. 4518; filed 5/14/10]

604. Objection to Disclosure Statement filed by Leonard L. Hice [Docket No. 4519; filed 5/18/10]

605. Objection to Disclosure Statement filed by Bob Hahn [Docket No. 4520; filed 5/14/10]

606. Objection to Disclosure Statement filed by Jordan J. Hice [Docket No. 4521; filed 5/18/10]

607. Objection to Disclosure Statement filed by Trenton T. Hice [Docket No. 4522; filed 5/18/10]

608. Objection to Disclosure Statement filed by James Valsa [Docket No. 4523; filed 5/14/10]

RLF1 3606026v. 1

609. Objection to Disclosure Statement filed by Kyle J. Krol [Docket No. 4524; filed 5/14/10]

610. Objection to Disclosure Statement filed by Kevin P. Krol [Docket No. 4525; filed 5/14/10]

611. Objection to Disclosure Statement filed by Rainer Bielke [Docket No. 4526; filed 5/18/10]

612. Objection to Disclosure Statement filed by Syed F. Ulhameed [Docket No. 4527; filed 5/14/10]

613. Objection to Disclosure Statement filed by Kathy ChuanHuiYue [Docket No. 4528; filed 5/18/10]

614. Objection to Disclosure Statement filed by Lawrence & Marghie Brodin [Docket No. 4529; filed 5/14/10]

615. Objection to Disclosure Statement filed by Joshua M Pratt [Docket No. 4530; filed 5/14/10]

616. Objection to Disclosure Statement filed by Joachim J Goceljak [Docket No. 4531; filed 5/14/10]

617. Objection to Disclosure Statement filed by Mike Peters [Docket No. 4532; filed 5/14/10]

618. Objection to Disclosure Statement filed by June Onesti [Docket No. 4533; filed 5/14/10]

619. Objection to Disclosure Statement filed by Gerald I. Stamm [Docket No. 4534; filed 5/18/10]

620. Objection to Disclosure Statement filed by Deanna Miller [Docket No. 4535; filed 5/18/10]

621. Objection to Disclosure Statement filed by Thomas P Dolcini, Jr. [Docket No. 4536; filed 5/14/10]

622. Objection to Disclosure Statement filed by Hildegard Klink [Docket No. 4537; filed 5/18/10]

623. Objection to Disclosure Statement filed by Michael Moreland [Docket No. 4538; filed 5/14/10]

624. Objection to Disclosure Statement filed by Abhay Upadhyaya [Docket No. 4539; filed 5/14/10]

625. Objection to Disclosure Statement filed by Delores J. Trueblood [Docket No. 4540; filed 5/18/10]

RLF1 3606026v. 1

626. Objection to Disclosure Statement Filed by Karen Meyers [Docket No. 4541; filed 5/14/10]

627. Objection to Disclosure Statement Filed by Marlyn D Ballain [Docket No. 4542; filed 5/14/10]

628. Objection to Disclosure Statement Filed by Robert Duffy [Docket No. 4543; filed 5/14/10]

629. Objection to Disclosure Statement Filed by Bobby G Thomas [Docket No. 4544 filed 5/14/10]

630. Objection to Disclosure Statement Filed by Charles McGowan, III [Docket No. 4545; filed 5/14/10]

631. Objection to Disclosure Statement Filed by John & Virginia Villalobos [Docket No. 4546; filed 5/14/10]

632. Objection to Disclosure Statement Filed by Linda Fahnestock [Docket No. 4547; filed 5/14/10]

633. Objection to Disclosure Statement Filed by Gil S. & Jocelyne V. Ramos [Docket No. 4548; filed 5/14/10]

634. Objection to Disclosure Statement Filed by Dennis Willson [Docket No. 4549; filed 5/14/10]

635. Objection to Disclosure Statement Filed by David S Tribolet [Docket No. 4550; filed 5/14/10]

636. Objection to Disclosure Statement Filed by Stephen L Ice [Docket No. 4551; filed 5/14/10]

637. Objection to Disclosure Statement Filed by Youngmin Cho [Docket No. 4552; filed 5/14/10]

638. Objection to Disclosure Statement Filed by Mubarka Sayed [Docket No. 4553; filed 5/14/10]

639. Objection to Disclosure Statement Filed by Paul Winters [Docket No. 4554; filed 5/14/10]

640. Objection to Disclosure Statement Filed by Andreas Schubert [Docket No. 4555; filed 5/14/10]

641. Objection to Disclosure Statement Filed by John Tyler Campbell [Docket No. 4556; filed 5/14/10]

642. Objection to Disclosure Statement Filed by Rafiq A. Sayed [Docket No. 4557; filed 5/14/10]

RLF1 3606026v. 1

643. Objection to Disclosure Statement filed by Bradley E Louth [Docket No. 4558; filed 5/17/10]

644. Objection to Disclosure Statement filed by Linda G Gluck [Docket No. 4559; filed 5/17/10]

645. Objection to Disclosure Statement filed by Nitin & Smita Sabnis [Docket No. 4560; filed 5/17/10]

646. Objection to Disclosure Statement filed by Ronald Singer [Docket No. 4561; filed 5/17/10]

647. Objection to Disclosure Statement filed by John Gardner [Docket No. 4563; filed 5/17/10]

648. Objection to Disclosure Statement filed by Chris Stovic [Docket No. 4564; filed 5/17/10]

649. Objection to Disclosure Statement filed by Wayne M Rippy [Docket No. 4565; filed 5/17/10]

650. Objection to Disclosure Statement filed by Daniel Harty [Docket No. 4566; filed 5/17/10]

651. Objection to Disclosure Statement filed by Emanuel Jason Levy [Docket No. 4567; filed 5/17/10]

652. Objection to Disclosure Statement filed by Naeem Sayed [Docket No. 4568; filed 5/17/10]

653. Letter Regarding the Bankruptcy of Washington Mutual re: Objection to Disclosure Statement filed by Donald Woo [Docket No. 4569; filed 6/1/10]

654. Objection to Disclosure Statement filed by Levere F Starner [Docket No. 4570; filed 5/17/10]

655. Response to Comments about Investigations of WaMus's Pre Seizure Activities filed by A Hashim [Docket No. 4571; filed 6/1/10]

656. Second Amended Statement of Equity Security Holder Philipp Schnabel to Approval of the Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtor's Joint Plan [Docket No. 4572; filed 6/1/10]

657. Objection to Disclosure Statement filed by Ellis David Rishton [Docket No. 4575; filed 5/17/10]

658. Objection to Disclosure Statement filed by C. Alan Krekel [Docket No. 4577; filed 5/17/10]

659. Objection to Disclosure Statement filed by Vincent Valloppillil [Docket No. 4578; filed 5/17/10]

660. Objection to Disclosure Statement filed by Donna Curtis, Burt Custis [Docket No. 4579; filed 5/17/10]

661. Objection to Global Settlement agreement Filed by Mallinath Suralikal [Docket No. 4580; filed 6/1/10]

662. Objection to Disclosure Statement filed by Robert Owen [Docket No. 4581; filed 5/17/10]

663. Objection to Disclosure Statement filed by Prithvi Raz Adhikarla [Docket No. 4582; filed 5/17/10]

664. Objection to Disclosure Statement filed by Herbert Buchholzer [Docket No. 4583; filed 5/20/10]

665. Objection to Disclosure Statement filed by Chris P. Riley [Docket No. 4584; filed 5/17/10]

666. Objection to Disclosure Statement filed by Ronald Scott [Docket No. 4585; filed 5/20/10]

667. Objection to Disclosure Statement filed by Richard S. Wisz [Docket No. 4586; filed 5/17/10]

668. Objection to Disclosure Statement filed by Henry Ma [Docket No. 4587; filed 5/17/10]

669. Objection to Disclosure Statement filed by Burhan and Hortice Ozer [Docket No. 4588; filed 5/20/10]

670. Objection to Disclosure Statement filed by Pete Litgen [Docket No. 4589; filed 5/17/10]

671. Objection to Disclosure Statement filed by James Day [Docket No. 4590; filed 5/17/10]

672. Objection to Disclosure Statement filed by David C Koupai [Docket No. 4591; filed 5/17/10]

673. Objection to Disclosure Statement filed by Narineh Moradkhanian [Docket No. 4592; filed 5/17/10]

RLF1 3606026v. 1

674. Objection to Disclosure Statement filed by Shane Lawson [Docket No. 4593; filed 5/17/10]

675. Objection to Disclosure Statement filed by Donald Martinolich [Docket No. 4594; filed 5/17/10]

676. Objection to Disclosure Statement filed by Stamenka Velickovic [Docket No. 4595; filed 5/20/10]

677. Objection to Disclosure Statement filed by Walter Philpot [Docket No. 4596; filed 5/20/10]

678. Objection to Disclosure Statement filed by Gary R. Campbell [Docket No. 4597; filed 5/21/10]

679. Objection to Disclosure Statement filed by Edvard-Ragnar Fackner [Docket No. 4598; filed 5/21/10]

680. Letter re: Objection to Disclosure Statement filed by Lawrence E. Dyal [Docket No. 4599; filed 5/21/10]

681. Objection to Disclosure Statement filed by Wilson Lui, Pamela Chang, Michael Chang [Docket No. 4600; filed 5/28/10]

682. Objection to Disclosure Statement filed by Gary Angoluan Deveraturda [Docket No. 4601; filed 5/28/10]

683. Objection to Disclosure Statement Filed by Clifton Theador Tramble [Docket No. 4602; filed 6/2/10]

684. Objection to Disclosure Statement Filed by Donetta Joann Tramble [Docket No. 4603; filed 6/2/10]

685. Objection to Disclosure Statement Filed by Rajendra K Puri [Docket No. 4604; filed 5/17/10]

686. Objection to Disclosure Statement Filed by Olaf Muller [Docket No. 4605; filed 5/17/10]

687. Objection to Disclosure Statement Filed by Christe Harris [Docket No. 4606; filed 5/17/10]

688. Objection to Disclosure Statement Filed by Angela Collins [Docket No. 4607; filed 5/17/10]

689. Objection to Disclosure Statement Filed by Tuyetle Crouch [Docket No. 4608; filed 5/17/10]

690. Objection to Disclosure Statement Filed by Mitchel & Marlene Jack [Docket No. 4609; filed 5/17/10]

691. Objection to Disclosure Statement Filed by Chuong Vu [Docket No. 4610; filed 5/17/10]

692. Objection to modification of Global Settlement Agreement Filed by Mallinath Suralikal [Docket No. 4612; filed 6/2/10]

693. Objection to Disclosure Statement Filed by Darrell Wayne Tramble [Docket No. 4613; filed 6/2/10]

694. Objection (SECOND SUPLEMENTAL) of Individual Shareholders to Debtors' Motion for Approval of Disclosure Statement for the Joint Plan of Affiliated Debtors Filed by Sean Fitzgerald and Michael Rozenfled [Docket No. 4658; filed 6/9/10]

695. Supplemental Objection to the Disclosure Statement for the Third Amended Plan of Affiliated Debtors Filed by Blackwell Partners, LP and Nantahala Capital Partners, LP [Docket No. 4661; filed 6/10/10]

696. WMB Noteholder Group's Supplemental Objection to the Disclosure Statement for the Third Amended Joint Plan [Docket No. 4667; filed 6/11/10]

697. Lead Plaintiff's Supplemental Objection (A) to Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (B) to the Supporting Motion to Approve the Disclosure Statement and Proposed Solicitation and Voting Procedures [Docket No. 4668; filed 6/11/10]

698. Consolidated Supplemental Objections by American National Insurance Company, *et al.*, to: (A) the Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan; and (B) the Disclosure Statement for the Third Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4670; 6/11/10]

699. Consolidated Supplemental Objections of Susanna Gouws Korn, Angelita Ravago, and Parties to be Named to: (A) the Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan; and (B) the Disclosure Statement for the Third Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy

RLF1 3606026v. 1

Code [Docket No. 4672; 6/11/10]

700. Statement of the Washington Mutual Inc. Noteholders Group Relating to the Debtors Disclosure Statement for the Third Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4674; filed 6/11/10]

701. Letter Response from Leo A. Rashkin

702. Letter Response from Anthony Truong

703. Letter Response from Minnie B. Miles

704. Letter Response from Jonathan Lee

705. Letter Response from Schofield and Mary Chen

706. Letter Response from Antonio Dell'Agli

707. Letter Response from Robert J. Staub

708. Letter Response from Roberta L. Thompson

709. Letter Response from Raymond Meng Zhong

710. Letter Response from Dong Ping Xia

711. Letter Response from Joan Utterback-Embden

712. Letter Response from Isaac dePeyer

713. Letter Response from Ravi Dusanapudi

714. Letter Response from Herbert Bucholzer

715. Letter Response from Rajneesh Chagania

716. Letter Response from Dolores Scobey

717. Letter Response from Erik Shutvet

718. Letter Response from Krista Shutvet

719. Letter Response from Nilam Tapiawala as Joint Account Holder for Trupti Mehta and Nilam Tapiawala

720. The California Department of Toxic Substances Control's Statement of Unresolved Objections to Debtor's Second Amended Disclosure Statement [Docket No. 4676; filed 6/11/2010]

RLF1 3606026v. 1

721. Objection to Disclosure Statement filed by Michael K. McCune [Docket No. 4696; filed 6/14/10]

722. Objection of the United States Trustee to the Debtors' Motion for an Order, Pursuant to Sections 105, 502, 1125, 1126 and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020 (I) Approving the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan (Related to Docket Entry #3568) [Docket No. 4715; filed 6/16/10]

723. Amended Objection of the United States Trustee to the Debtors' Motion for an Order, Pursuant to Sections 105, 502, 1125, 1126 and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020 (I) Approving the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan (Related to Docket Entry #3568) [Docket No. 4717; filed 6/16/10]

724. Limited Supplemental Objection of the Bank of New York Mellon Trust Company, N.A. to Disclosure Statement for the Joint Plan and Related Solicitation Procedures Motion [Docket No. 4723; filed 6/16/10]

725. Second Supplemental Objection to the Disclosure Statement for the Fourth Amended Plan of Affiliated Debtors filed by Broadbill Investment Corp. [Docket No. 4734; filed 6/16/10]

726. Objection to Disclosure Statement filed by Tom & Tena Sdrales [Docket No. 4727; 6/15/10]

727. Objection to Disclosure Statement filed by Clarence M. Elstad [Docket No. 4726; 6/15/10]

728. Third Supplemental Objection of Individual Shareholders to Debtor' Motion for Approval of Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4813; filed 6/28/10]

729. Objection to Disclosure Statement filed by Richard Yu [Docket No. 4853; filed 7/2/2010]

730. Objection to Disclosure Statement filed by Doug Ping Xia [Docket No. 4854; filed 7/2/2010]

731. Supplemental Objection to the Disclosure Statement for the Fifth Amended Plan of Affiliated Debtors Filed by Blackwell Capital Partners, LLC and Nantahala Capital Partners, LP [Docket No. 4885; filed 7/6/10]

RLF1 3606026v. 1

732.   Response to Disclosure Statement with Respect to Second Amended Joint Plan of Affiliated Debtors Filed by Julia Sheridan [Docket No. 5022; filed 7/12/10]

733.   Objection to Disclosure Statement Filed by Kathy Brattlof and Randy Brattlof [Docket No. 5024; filed 7/12/10]

Related Documents:

i.      Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2622; filed 3/26/10]

ii.     Disclosure Statement for the Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 2623; filed 3/26/10]

iii.    Notice of Hearing to Consider Approval of Disclosure Statement with Respect to Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code Filed by George Sims & Associates Inc. [Docket No. 3245; filed 4/14/10]

iv.     First Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 3743; filed 5/16/10]

v.      Disclosure Statement for the First Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 3745; filed 5/17/10]

vi.     Notice of Filing of (I) First Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (II) Disclosure Statement for the First Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 3746; filed 5/17/10]

vii.    Second Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4241; filed 5/21/10]

viii.   Disclosure Statement for the Second Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4242; filed 5/21/10]

ix.     Notice of Filing of (I) Second Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (II) Disclosure Statement for the Second Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4243; filed 5/21/10]

x.      Amended Notice of Hearing to Consider Approval of Disclosure Statement with Respect to Second Amended Joint Plan of Affiliated Debtors Pursuant

RLF1 3606026v. 1

to Chapter 11 of the United States Bankruptcy Code [Docket No. 4244; filed 5/21/10]

xi.    Third Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (II) Disclosure Statement for the Third Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Court [Docket No. 4456; filed 6/2/10]

xii.    Debtors' Omnibus Response to Objections to Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018, and 3020, (I) Approving the Proposed Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors Joint Plan [Docket No. 4462; filed 6/2/10]

xiii.    Disclosure Statement for the Third Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4470; filed 6/2/10]

xiv.    Notice of Filing of (I) Third Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (II) Disclosure Statement for the Third Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4477; filed 6/2/10]

xv.    Notice of Filing of Revised Proposed Order (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan [Docket No. 4484; filed 6/2/10]

xvi.    Debtors' Supplemental Omnibus Response to Objections to Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126 and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan [Docket No. 4684; filed 6/14/10]

xvii.    Fourth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4688; filed 6/14/10]

xviii.    Disclosure Statement for the Fourth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4689; filed 6/14/10]

RLF1 3606026v. 1

xix. Notice of Filing of (I) Fourth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (II) Disclosure Statement for the Fourth Amended Joint Plan of Affiliated Debtors Pursuant Chapter 11 of the United States Bankruptcy Code [Docket No. 4691; filed 6/14/10]

xx. Fifth Amended Joint Plan of Affiliated Debtors to Chapter 11 of the United States Bankruptcy Code [Docket No. 4850; filed 7/1/10]

xxi. Disclosure Statement for the Fifth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4851; filed 7/1/10]

xxii. Notice of Filing of (I) Fifth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (II) Disclosure Statement for the Fifth Amended Plan Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4852; filed 7/1/10]

xxiii. Notice of Withdrawal of Docket No. 3711 [Docket No. 4875; filed 7/6/10]

xxiv. Notice of Filing of Proposed Letter Attachments to Disclosure Statement for the Fifth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 4923; filed 7/8/10]

xxv. Notice of Filing of Proposed Letter of William C. Kosturos as Attachment to the Disclosure Statement for the Fifth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 5106; filed 7/20/10]

Status: **The Debtors request that the hearing regarding this matter be continued to the omnibus hearing scheduled for September 24, 2010 at 10:30 a.m. (EDT).**

25. Motion of the Consortium of Trust Preferred Security Holders to Compel Debtors to Produce Documents [Docket No. 3757; filed 5/17/10]

Objection Deadline: May 19, 2010 at 9:00 a.m. (EDT)

Objections/Responses Received:

A. Debtors' Opposition to Motion of the Consortium of Trust Preferred Security Holders to Compel Debtors to Produce Documents [Docket No. 3806; filed 5/19/10]

B. Declaration of Vaughan Petherbridge in Support of Debtors' Opposition to the Motion to Compel Filed by the Consortium of Trust Preferred Security Holders [Docket No. 3807; filed 5/19/10]

C.      Objections of the Office of Thrift Supervision to the Request of the Consortium of Trust Preferred Security Holders for the Production of Documents [Docket No. 4699; filed 6/15/10]

D.      The TPS Consortium's: (A) Second Supplemental Submission of Furtherance of Its Motion to Compel Debtors to Produce Documents; and (B) Request to Strike or Modify Confidentiality Order [Docket No. 4891; filed 7/7/10]

E.      Debtors' Response and Opposition to the TPS Consortium's (A) Second Supplemental Submission in Furtherance of its Motion to Compel Debtors to Produce Documents and (B) Request to Strike or Modify Confidentiality Order [Docket No. 4952; filed 7/9/10]

F.      Supplemental Memorandum of the Consortium of Trust Preferred Security Holders with Respect to Proposed Confidentiality Order [Docket No. 5090; filed 7/19/10]

G.      Statement of the TPS Consortium Regarding the Document Depository and Request for Further Relief [Docket No. 5330; filed 8/23/10]

H.      Debtors' Response and Opposition to the Statement of the TPS Consortium Regarding the Document Depository and Request for Further Relief [Docket No. 5338; filed 8/24/10]

Related Documents:

i.      Motion of the Consortium of Trust Preferred Security Holders to Shorten Response Time and to Shorten Notice for Hearing on the Consortium's Motion to Compel Debtors to Produce Documents [Docket No. 3758; filed 5/17/10]

ii.      Order Shortening the Time to Consider Motion of the Consortium of Trust Preferred Security Holders to Compel Debtors to Produce Documents [Docket No. 3777; filed 5/18/10]

iii.      The TPS Consortium's: (A) Supplemental Submission in Furtherance of Its Motion to Compel Debtors' Production of Documents; and (B) Objection to the Debtors' Motion to Impose Discovery Limitations and Procedures [Docket No. 4471; filed 6/2/10]

Status: The hearing on this matter is going forward.

26.      Motion of the Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of JPMorgan Chase [Docket No. 4301; filed 5/25/10]

Objection Deadline:    June 2, 2010 at 4:00 p.m. (EDT) (proposed)

RLF1 3606026v. 1

<u>Objections/Responses Received</u>:

A.      JPMorgan Chase Bank, N.A.'s Response to the Motion to Shorten Notice and Schedule Hearing on the Motion of the Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of JPMorgan Chase [Docket No. 4309; filed 5/25/10]

B.      JPMorgan Chase Bank, N.A.'s Objection to Motion of the Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of JPMorgan Chase [Docket No. 4475; filed 6/2/10]

C.      Debtors' Objection to the Motions of the Official Committee of Equity Security Holders for Directing the Examination of (I) JPMorgan Chase and (II) the FDIC and Third Parties [Docket No. 4476; filed 6/2/10]

D.      Supplemental Response of JPMorgan Chase Bank, N.A. to the Equity Committee's Motion for a New Rule 2004 Investigation; (ii) Opposition to Motion of Consortium of Trust Preferred Security Holders to Compel JPMorgan Chase to Produce Documents; and (iii) Motion of JPMorgan Chase Bank, N.A. for Entry of a Protective Order with Respect to Plan Objectors' Requests for Discovery [Docket No. 4739; filed 6/16/10]

E.      The Official Committee of Equity Security Holders' Omnibus Response in Further Support of Orders Authorizing Discovery from the Debtors, JPMorgan Chase and the FDIC [Docket No. 4872; filed 7/6/10]

F.      Omnibus Reply of JPMorgan Chase Bank, N.A. in Further Support of Its Motion for Entry of a Protective Order with Respect to Plan Objectors' Requests for Discovery [Docket No. 4879; filed 7/6/10]

G.      Supplemental Declaration of Brian D. Glueckstein [Docket No. 4881; filed 7/6/10]

<u>Related Documents</u>:

i.      Motion to Shorten Notice and Schedule Hearing on the Motion of the Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of JPMorgan Chase [Docket No. 4302; filed 5/25/10]

ii.     Order Shortening Notice and Scheduling Hearing on the Motion of the Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of JPMorgan Chase [Docket No. 4449; filed 6/2/10]

iii.    Notice of Hearing [Docket No. 4450; filed 6/2/10]

Status: The hearing regarding this matter is going forward.

27.  Motion of the Official Committee of Equity Security Holders for an Order Directing Expedited Discovery Pursuant to Fed. R. Civ. P. 34(B), Fed. R. Bankr. P. 9006, 9014 and 7034, and Del. Bankr. LR 9006-1(E) [Docket No. 4343; filed 5/26/10]

Objection Deadline:  June 2, 2010 at 12:00 p.m. (EDT)

Objections/Responses Received:

A.  The Official Committee of Equity Security Holders' Omnibus Response in Further Support of Orders Authorizing Discovery from the Debtors, JPMorgan Chase and the FDIC [Docket No. 4872; filed 7/6/10]

B.  Objection of the Official Committee of Unsecured Creditors to the Motion of the Official Committee of Equity Security Holders for an Order Directing the Expedited Discovery [Docket No. 4469; filed 6/2/10]

C.  Debtors' Objection to the Motion of the Official Committee of Equity Security Holders for an Order Directing Expedited Discovery [Docket No. 4478; filed 6/2/10]

Related Documents:

i.  Notice of Hearing [Docket No. 4445; filed 6/1/10]

Status: The Debtors believe that the Court already heard argument and denied this motion at the hearing held on June 3, 2010. See Hearing Transcript, page 89, line 24 to page 90, line 13. However, the Equity Committee filed an omnibus response listing this motion as a pending matter (although the motion is not addressed in the proposed form of order attached to the omnibus response). Therefore, this matter is set forth on the agenda solely to the extent referenced in the omnibus response and not previously addressed in the Court's ruling on June 3, 2010.

28.  Motion of the Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of the FDIC and Certain Third Parties [Docket No. 4414; filed 5/28/10]

Objection Deadline:  June 2, 2010 at 12:00 p.m. (EDT) (proposed)

Objections/Responses Received:

A.  Objection of the Board of Governors of the Federal Reserve System to the Committee of Equity Security Holders' Motion for Relief Pursuant to Bankruptcy Rule 2004 [Docket No. 4459; filed 6/2/10]

RLF1 3606026v. 1

B.  Joinder of Third Party Goldman, Sachs & Co. in the Objection of the FDIC-Receiver to the Equity Committee's Motion for an Order Pursuant to Bankruptcy Rule 2004 [Docket No. 4461; filed 6/2/10]

C.  Objection to the Motion by the Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 Directing the Examination of Witnesses and Production of Documents from the U.S. Department of the Treasury, Including Former U.S. Treasury Secretary Henry M. Paulson, Jr. [Docket No. 4463; filed 6/2/10]

D.  Response and Reservation of Rights of Moody's Investors Service, Inc. to Motion of the Official Committee of Equity Security Holders for and Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of the FDIC and Certain Third Parties [Docket No. 4467; filed 6/2/10]

E.  Objection of the Office of Thrift Supervision to the Committee of Equity Security Holders' Motion for Relief Pursuant to Bankruptcy Rule 2004 [Docket No. 4473; filed 6/2/10]

F.  Debtors' Objection to the Motions of the Official Committee of Equity Security Holders for Directing the Examination of (I) JPMorgan Chase and (II) the FDIC and Third Parties [Docket No. 4476; filed 6/2/10]

G.  Objection and Reservation of Rights of Standard & Poor's Corporation to the Motion of Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of the FDIC and Certain Third Parties [Docket No. 4479; filed 6/2/10]

H.  Objection of the FDIC-Receiver to the Equity Committee's Motion for an Order Pursuant to Bankruptcy Rule 2004 [Docket No. 4483; filed 6/2/10]

I.  Response to the Objections Filed by the FDIC and Department of Treasury to the Equity Committee's Motion on Investigation and Examination [Docket No. 4702; filed 6/11/10]

J.  The Official Committee of Equity Security Holders' Omnibus Response in Further Support of Orders Authorizing Discovery from the Debtors, JPMorgan Chase and the FDIC [Docket No. 4872; filed 7/6/10]

Related Documents:

i.  Motion to Shorten Notice and Schedule Hearing on the Motion of the Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of the FDIC and Certain Third Parties [Docket No. 4415; filed 5/28/10]

RLF1 3606026v. 1

      ii.     Order Shortening Notice and Scheduling Hearing on the Motion of the Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of the FDIC and Certain Third Parties [Docket No. 4439; filed 6/1/10]

      iii.    Notice of Hearing [Docket No. 4441; filed 6/1/10]

    Status: The hearing regarding this matter is going forward.

29.    Motion to Compel JPMC to Produce Documents [Docket No. 4729; filed 6/16/10]

    Objection Deadline: June 17, 2010 at 9:00 a.m. (requested)

    Objections/Responses Received:

      A.    Supplemental Response of JPMorgan Chase Bank, N.A. to the Equity Committee's Motion for a New Rule 2004 Investigation; (ii) Opposition to Motion of Consortium of Trust Preferred Security Holders to Compel JPMorgan Chase to Produce Documents; and (iii) Motion of JPMorgan Chase Bank, N.A. for Entry of a Protective Order with Respect to Plan Objectors' Requests for Discovery [Docket No. 4739; filed 6/16/10]

      B.    Opposition of the Official Committee of Equity Security Holders to JPMorgan Chase Bank, N.A.'s Motion for A Protective Order with Respect to Plan Objectors' Requests for Production [Docket No. 4849; filed 7/1/10]

      C.    Omnibus Reply of JPMorgan Chase Bank, N.A. in Further Support of Its Motion for Entry of A Protective Order With Respect to Plan Objectors' Requests for Discovery [Docket No. 4879; filed 7/6/10]

      D.    Supplemental Declaration of Brian D. Glueckstein [Docket No. 4881; filed 7/6/10]

      E.    The Texas Group's Response and Opposition to Motion of JPMorgan Chase Bank, N.A. for Entry of A Protective Order with Respect to the Plan Objectors' Requests for Discovery [Docket No. 4866; filed 7/2/10]

      F.    Statement of the TPS Consortium Regarding the Document Depository and Request for Further Relief [Docket No. 5330; filed 8/23/10]

    Related Documents:

      i.    Motion of the Consortium of Trust Preferred Security Holders to Shorten Response Time and to Shorten Notice for Hearing on the Consortiums' Motion to Compel JPMC to Produce Documents [Docket No. 4730; filed 6/16/10]

    Status: The hearing on this matter is going forward.

RLF1 3606026v. 1

30. Supplemental Response of JPMorgan Chase Bank, N.A. to the Equity Committee's Motion for a New Rule 2004 Investigation; (ii) Opposition to Motion of Consortium of Trust Preferred Security Holders to Compel JPMorgan Chase to Produce Documents; and (iii) Motion of JPMorgan Chase Bank, N.A. for Entry of a Protective Order with Respect to Plan Objectors' Requests for Discovery [Docket No. 4739; filed 6/16/10]

Objection Deadline: June 17, 2010 at 10:30 a.m. (EDT) (at the hearing)

Objections/Responses Received:

A. Opposition of the Consortium of Trust Preferred Security Holders to Motion of JPMorgan Chase for Protective Order [Docket No. 4838; filed 7/1/10]

B. Opposition of the Official Committee of Equity Security Holders to JPMorgan Chase Bank, N.A.'s Motion for A Protective Order with Respect to Plan Objectors' Requests for Production [Docket No. 4849; filed 7/1/10]

C. The Official Committee of Equity Security Holders' Omnibus Response in Further Support of Entry of Orders Authorizing Discovery from the Debtors, JPMorgan Chase and the FDIC [Docket No. 4872; filed 7/6/10]

D. Omnibus Reply of JPMorgan Chase Bank, N.A. in Further Support of Its Motion for Entry of A Protective Order With Respect to Plan Objectors' Requests for Discovery [Docket No. 4879; filed 7/6/10]

E. Supplemental Declaration of Brian D. Glueckstein [Docket No. 4881; filed 7/6/10]

F. The Texas Group's Response and Opposition to Motion of JPMorgan Chase Bank, N.A. for Entry of A Protective Order with Respect to the Plan Objector's Requests for Discovery [Docket No. 4866; filed 7/2/10]

Related Documents:

i. Motion Pursuant to 9006-1(e) to Shorten Notice of Motion of JPMorgan Chase Bank, N.A. for Entry of a Protective Order with Respect to Plan Objectors' Requests for Discovery [Docket No. 4741; filed 6/16/10]

Status: The hearing regarding this matter is going forward.

31. Motion of the Consortium of Trust Preferred Security Holders to Compel the Office of Thrift Supervision to Produce Documents [Docket No. 4868; filed 7/2/10]

Objection Deadline: July 7, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

RLF1 3606026v. 1

A.   Opposition of the Office of Thrift Supervision to the Motion of the Consortium of Trust Preferred Security Holders to Compel Production [Docket No. 4890; filed 7/7/10]

Related Documents:

i.   Motion of the Consortium of Trust Preferred Security Holders to Shorten Response Time and to Shorten Notice for Hearing on the Consortium's Motion to Compel Office of Thrift Supervision to Produce Documents [Docket No. 4867; filed 7/2/10]

Status: The hearing on this matter is going forward.

32.   The Texas Group's Motion to Compel Production of Documents from Debtors and to Exercise Its Right to Participate in General Discovery Available to all Parties [Docket No. 4869; filed 7/2/10]

Objection Deadline: July 7, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.   Debtors' Objection to Texas Group's Motion to Shorten Notice and Schedule Hearing [Docket No. 4873; filed 7/6/10]

Related Documents:

i.   Motion to Shorten Notice Period and Schedule Hearing [Docket No. 4870; filed 7/2/10]

Status: The hearing regarding this matter is going forward.

33.   Motion of Washington Mutual, Inc. Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of Settlements with the Internal Revenue Service [Docket No. 5286; filed 8/13/10]

Objection Deadline: August 30, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.   Objection to Debtor's Motion Approval of Settlement with the Internal Revenue Service [Docket No. 5359; filed 8/27/10]

B.   The Official Committee of Equity Security Holders' Reservation of Rights Regarding Certification of Counsel Regarding Stipulation Regarding Establishment of Segregated Account for Tax-Related Payments [Docket No. 5363; filed 8/27/10]

C.   Debtor's Reply to Objection to Motion of Washington Mutual, Inc. Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for

Approval of Settlements with the Internal Revenue Service [Docket No. 5377; filed 9/1/10]

D. **Shareholder's Reply to Debtors Reply to the Objection to the Motion of Washington Mutual, Inc. Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of Settlements with the Internal Revenue Service [Docket No. 5386; filed 9/3/10]**

Related Documents:

i. Amended Motion of Washington Mutual, Inc. Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of Settlements with the Internal Revenue Service [Docket No. 5375; filed 9/1/10]

ii. Blackline of Amended Motion of Washington Mutual, Inc. Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of Settlements with the Internal Revenue Service [Docket No. 5376; filed 9/1/10]

Status: The hearing regarding this matter is going forward.

34. Motion to Deem All Requests Admitted, or in the Alternative, to Compel Debtors to Adequately Respond to the Consortium of Trust Preferred Security Holders First Set of Requests for Admission Directed to the Debtors [Docket No. 5368; filed 8/30/10]

Objection Deadline: September 3, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. **Debtors' Opposition to the TPS Consortium's Motion to Compel Responses to the First Set of Requests for Admission [Docket No. 5387; filed 9/3/10]**

Related Documents: None.

Status: The hearing regarding this matter is going forward.

IV. **ADVERSARY PROCEEDINGS:**

35. Black Horse Capital LP, et al. v. JPMorgan Chase Bank, N.A., et al. (Adv. Pro. No. 10-51387)

Related Documents:

i. Complaint for Declaratory and Other Relief [Adversary Docket No. 1; filed 7/7/10]

ii. Plaintiffs' Statement Regarding Proposed Scheduling Order [Adversary Docket No. 30; filed 8/9/10]

RLF1 3606026v. 1

iii.    Plaintiffs' Second Statement Regarding Proposed Scheduling Order [Adversary Docket No. 36; filed 8/23/10]

iv.    Defendant Washington Mutual, Inc.'s Statement Regarding Proposed Scheduling Order [Adversary Docket No. 37; filed 8/24/10]

v.    **Certification of Counsel Regarding Scheduling Order [Adversary Docket No. 44; filed 9/2/10]**

Status: The status conference regarding the scheduling order is going forward.

36.    Broadbill Investment Corp. v. Washington Mutual, Inc. (Adv. Pro. No. 10-50911)

    Related Documents:

i.    Complaint for Declaratory Relief [Adversary Docket No. 1; filed 4/12/10]

ii.    **Plaintiffs' Amended Class Complaint for Declaratory Relief [Adversary Docket No. 52; filed 9/3/10]**

Status: The status conference is going forward.

37.    Broadbill Investment Corp. v. Washington Mutual, Inc. (Adv. Pro. No. 10-50911)

    Related Documents:

i.    Motion for Intervention of Dime LTW Holders - Party III [Adv. Pro. No. 10-50911] [Adversary Docket No. 39; filed 7/27/10]

ii.    Notice of Hearing [Adversary Docket No. 40; filed 7/28/10]

Status: The hearing regarding this matter is going forward.

38.    Michael Willingham Esopus Creek Value, LP v. Washington Mutual, Inc. et al. Complaint (Adv. Pro. No. 10-51297)

    Related Documents:

i.    Complaint (Adversary Pro. No. 10-50731) [Adversary Docket No. 1; filed 3/3/10]

ii.    The Official Committee of Equity Security Holders' Motion for Summary Judgment, or in the Alternative, for Relief from the Automatic Stay (Adversary Pro. No. 10-50731) [Adversary Docket No. 3; filed 3/11/2010]

iii.    Memorandum of Law of the Official Committee of Equity Security Holders in Support of Its Motion for Summary Judgment, or in the Alternative, for Relief from the Automatic Stay (Adversary Pro. No. 10-50731) [Adversary Docket No. 4; filed 3/11/2010]

iv.    Black Horse Capital Management LLC's Response in Support of the Equity Committee's Motion for Summary Judgment, or in the Alternative, for Relief from the Automatic Stay [Docket No. 2738; filed 3/30/2010]

v.    Joinder to the Official Committee of Equity Holders' Motion for Summary Judgment or in the Alternative, for Relief from the Automatic Stay (Adversary Pro. No. 10-50731) [Adversary Docket No. 7; filed 4/7/2010]

vi.    Debtor's Answer and Counterclaim to Plaintiff's Complaint (Adversary Pro. No. 10-50731) [Adversary Docket No. 8; filed 4/7/2010]

vii.    Opposition of Defendant Washington Mutual, Inc. to Plaintiff's Motion for Summary Judgment, or in the Alternative, for Relief from the Automatic Stay (Adversary Pro. No. 10-50731) [Adversary Docket No. 9; filed 4/7/2010]

viii.    Order Approving Stipulation to Extend Time for Summary Judgment Briefing and Otherwise Responding to Adversary Complaint (Adversary Pro. No. 10-50731) [Adversary Docket No. 10; filed 4/7/2010]

ix.    Declaration of Brian S. Rosen in Support of Opposition to Motion for Summary Judgment (Adversary Pro. No. 10-50731) [Adversary Docket No. 11; filed 4/7/2010]

x.    Response to Debtor's Answer and Counterclaim to Plaintiff's Complaint (Adversary Pro. No. 10-50731) [Adversary Docket No. 14; filed 4/13/2010]

xi.    Reply of the Plaintiff Official Committee of Equity Security Holders to Opposition of Defendant Washington Mutual, Inc. to Plaintiff's Motion for Summary Judgment, or in the Alternative, for Relief from the Automatic stay (Adversary Pro. No. 10-50731) [Docket No. 15; filed 4/18/2010]

xii.    Order Granting the Motion of the Official Committee of Equity Security Holders for Order (I) Granting Intervention, and (II) Consolidating Adversary Proceedings (Adv. No. 10-50731) [Adversary Docket No. 58; filed 8/23/10] and (Adv. No. 10-51297) [Adversary Docket No. 13; filed 8/23/10]

xiii.    Plaintiffs Official Committee of Equity Security Holders Statement on Status of the Adversary Proceedings, Request for Hearing on Pending Motions, and Close of Discovery [Adversary Docket No. 14; filed 9/2/10]

xiv.    **Defendant Washington Mutual, Inc.'s Response to the Official Committee of Equity Security Holders' Statement on Status of the Adversary Proceedings, Request for Hearing on Pending Motions, and Close of Discovery [Adversary Docket No. 16; filed 9/7/10]**

Status: The status conference regarding this matter is going forward.

RLF1 3606026v. 1

## V.    **EXAMINER REPORT:**

39.    [Preliminary report to be filed]

Related Documents:

i.    Examiner's Work and Expenses Plan/Report and Motion for Additional Relief [Docket No. 5234; filed 8/6/10]

Status: The hearing regarding this matter is going forward.

RLF1 3606026v. 1

Dated: September 7, 2010           Respectfully submitted,
         Wilmington, Delaware

Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Drew G. Sloan (No. 5069)
Travis A. McRoberts (No. 5274)
Julie A. Finocchiaro (No. 5303)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*