# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WASHINGTON MUTUAL, INC., et al.,[1] | Case No. 08-12229 (MFW) |
| Debtors. | Jointly Administered |
| | Related to Docket No. 5390 |

## ORDER EXTENDING TIME TO FILE EXAMINER'S FINAL REPORT TO NOVEMBER 1, 2010

Upon the request for an Order extending the time to file a final report contained in the *Examiner's Preliminary Report and Request for Additional Relief* (the "Preliminary Report") filed by Joshua R. Hochberg as examiner in these cases (the "Examiner"); said Preliminary Report having been served upon the United States Trustee, counsel to the Debtors, counsel to the Equity Committee, Counsel to the Unsecured Creditor's Committee and all parties who have filed a notice of appearance in the Chapter 11 Cases pursuant to Fed. R. Bankr. P. 2002; the Court finding that such notice is appropriate and sufficient under the circumstances; the Court having reviewed the Preliminary Report; and finding good cause to grant the relief requested in the Preliminary Report, it is

ORDERED, ADJUDGED, and DECREED:

1. The Examiner is granted an extension of time to file the Final Report which shall now be filed on or before November 1, 2010.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Washington Mutual, Inc. (3725) and WMI Investment Corp. (5396). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

2. This Court shall retain jurisdiction to resolve any disputes arising under or related to this Order and to interpret, implement, and enforce the provisions of this Order.

3. This Order is without prejudice to the Examiner's right to request additional extensions of time for filing the Final Report if necessary.

SO ORDERED THIS 7th day of September, 2010

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE