UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re* : Chapter 11
:
WASHINGTON MUTUAL, INC., et al.,[1] : Case No. 08-12229 (MFW)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x Re: Docket No. 5117, 5324 & 5393

## ORDER CLARIFYING ORDER GRANTING DEBTORS' FORTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS

Upon the objection, dated July 21, 2010 (the "Forty-Sixth Omnibus Objection"), of Washington Mutual, Inc. ("WMI") and WMI Investment Corp. (collectively, the "Debtors"), as debtors and debtors in possession, for entry of an order disallowing in their entirety certain claims filed against these estates, all as more fully set forth in the Forty-Sixth Omnibus Objection; and upon the *Declaration of John Maciel Pursuant to Local Rule 3007-1 in Support of Debtors' Forty-Sixth Omnibus (Non-Substantive) Objection to Claims*, dated as of July 21, 2010; and the Court having entered an order granting the Forty-Sixth Omnibus Objection [Docket No. 5324] (the "August 23 Order"); and the Court having jurisdiction to consider the Forty-Sixth Omnibus Objection, the relief requested therein, the August 23 Order, and the relief granted therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Forty-Sixth Omnibus Objection, the relief requested therein, the August 23 Order, and the relief granted therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the August 23 Order is MODIFIED as set forth herein; and it is further

ORDERED that the claim listed on Exhibit A hereto is removed from the list of claims in Exhibit B to the August 23 Order to be disallowed; and it is further

ORDERED that a hearing on the claim listed on Exhibit A hereto is hereby scheduled to be held at September 24, 2010 at 10:30 a.m. (Eastern time); and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: September 8, 2010
Wilmington, Delaware

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE