# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

------------------------------------------------------------x

| | |
|---|---|
| *In re:* | **Chapter 11** |
| **WASHINGTON MUTUAL, INC., et al.,**[1] | **Case No. 08-12229 (MFW)** |
| | **(Jointly Administered)** |
| **Debtors.** | Objection Deadline: October 4, 2010 at 4:00 p.m. (ET) |

------------------------------------------------------------x

## NINETEENTH MONTHLY APPLICATION OF WEIL, GOTSHAL & MANGES LLP, AS ATTORNEYS FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM JUNE 1, 2010 THROUGH JUNE 30, 2010

| | |
|---|---|
| Name of Applicant: | Weil, Gotshal & Manges LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | October 30, 2008 *nunc pro tunc* to September 26, 2008 |
| Period for which compensation and reimbursement are sought: | June 1, 2010 through June 30, 2010 |
| Amount of compensation sought as actual, reasonable, and necessary | $1,749,641.20 (80% of $2,187,051.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $72,423.11 |

This is a(n):  _X_ monthly ___ interim ___ final application.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

Prior Applications Filed:

| Date Filed | Period Covered | Fees | Expenses |
|---|---|---|---|
| 12/8/08 | 9/26/08 through 10/31/08 | $ 1,822,321.75 | $ 22,814.37 |
| 1/12/09 | 11/01/08 through 11/30/08 | $ 1,629,218.00 | $ 47,680.84 |
| 2/27/09 | 12/01/08 through 12/30/08 | $ 1,862,930.00 | $ 54,866.09 |
| 3/13/09 | 1/01/09 through 1/31/09 | $ 2,217,478.25 | $ 57,514.95 |
| 8/11/09 | 2/01/09 through 4/30/09 | $ 3,813,194.25 | $ 108,324.71 |
| 9/1/09 | 5/01/09 through 5/31/09 | $ 717,499.25 | $ 13,574.84 |
| 9/21/09 | 6/01/09 through 6/30/09 | $ 732,010.00 | $ 25,375.67 |
| 10/2/09 | 7/01/09 through 7/31/09 | $ 607,907.50 | $ 20,471.82 |
| 11/9/09 | 8/01/09 through 8/31/09 | $ 451,557.00 | $ 13,583.38 |
| 12/10/09 | 9/01/09 through 9/30/09 | $ 805,270.50 | $ 19,865.79 |
| 1/25/10 | 10/01/09 through 10/31/09 | $ 1,417,804.50 | $ 72,076.84 |
| 3/5/10 | 11/01/09 through 11/30/09 | $ 1,320,483.50 | $ 64,606.47 |
| 3/11/10 | 12/01/09 through 12/31/09 | $ 1,416,109.25 | $ 60,935.68 |
| 5/9/10 | 1/01/10 through 1/31/10 | $ 1,344,987.00 | $ 47,362.35 |
| 5/11/10 | 2/01/10 through 2/28/10 | $ 1,044,942.25 | $ 43,172.51 |
| 6/24/10 | 3/01/10 through 3/31/10 | $ 2,410,265.25 | $ 39,182.46 |
| 7/1/2010 | 4/01/10 through 4/30/10 | $ 1,588,150.25 | $ 67,938.65 |
| 7/19/10 | 5/01/10 through 5/31/10 | $ 2,565,767.75 | $ 68,737.22 |

US_ACTIVE:\43474853\02\79831.0003
RLF1 3608740v. 1

# COMPENSATION BY PROFESSIONAL
## JUNE 1, 2010 THROUGH JUNE 30, 2010

| NAME OF PROFESSIONAL PERSON<br><br>PARTNERS & COUNSELS: | DEPARTMENT AND YEAR ADMITTED[2]<br><br>Position of the Applicant, Year of Obtaining License to Practice, Area of Expertise | HOURLY BILLING RATE[3] | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| Gold, Simeon | CORP – 1974 | $990.00 | 28.20 | $27,918.00 |
| Goldring, Stuart J. | TAX – 1984 | $990.00 | 27.40 | $27,126.00 |
| Walsh, Michael | BFR – 1981 | $990.00 | 7.70 | $7,623.00 |
| Rosen, Brian S. | BFR – 1985 | $975.00 | 210.60 | $204,018.75 |
| Kam, Michael K. | TAX – 1987 | $900.00 | 1.40 | $1,260.00 |
| Bloch, Matthew | CORP – 1986 | $900.00 | 3.60 | $3,240.00 |
| Stangland, Elaine | CORP – 1978 | $900.00 | 3.30 | $2,970.00 |
| Berz, David R. | LR – 1973 | $900.00 | 2.10 | $1,890.00 |
| Comet, Howard B. | LR – 1976 | $865.00 | 0.70 | $605.50 |
| Horton Jr., William H. | TAX – 1977 | $865.00 | 41.30 | $35,724.50 |
| Colbath, Bruce A. | LR – 1985 | $845.00 | 0.80 | $676.00 |
| DuPuy, Carolyn M. | TAX – 1983 | $845.00 | 12.90 | $10,900.50 |
| Bower, David I. | TAX – 1979 | $845.00 | 1.50 | $1,267.50 |
| Zalenski, Walter E. | LR – 1985 | $845.00 | 2.80 | $2,366.00 |
| Frongillo, Thomas C. | LR – 1982 | $845.00 | 9.70 | $8,196.50 |
| Strochak, Adam P. | BFR – 1993 | $845.00 | 35.30 | $27,504.75 |
| Mastando, III, John P. | LR – 1997 | $820.00 | 130.40 | $106,928.00 |
| Baer, Lawrence J. (Counsel) | LR – 1984 | $720.00 | 2.50 | $1,800.00 |
| Margolis, Steven M. (Counsel) | TAX – 1990 | $720.00 | 101.80 | $73,296.00 |
| Braun, Lynda M. (Counsel) | LR – 1992 | $700.00 | 10.50 | $7,350.00 |

[2] BFR – Business Finance & Restructuring, CORP – Corporate, LR – Litigation/Regulatory, TAX – Tax, SA – Summer Associate, * Admission Pending.

[3] Pursuant to Del. Bankr. L.R. 2016-2(d)(viii), travel time during which no work is performed is billed at 50% of regular hourly rates. In compliance with this rule, Mr. Rosen had 2.7 hours of non-working travel billed at $1,316.25, Mr. Strochak had 5.5 hours of non-working travel billed at $2,323.75, Ms. Sapeika had 8.1 hours of non-working travel billed at $2,774.25, Ms. DiBlasi had 5.0 hours of non-working travel billed at $1,575.00, Ms. Coleman had 6.0 hours of non-working travel billed at $1,365.00, and Mr. Sharma had 4.1 hours of non-working travel billed at $932.75.

US_ACTIVE:\43474853\02\79831.0003
RLF1 3608740v. 1

| | LR – 1998 | $700.00 | 14.50 | $10,150.00 |
|---|---|---|---|---|
| Eskow, Lisa R. (Counsel) | LR – 1998 | $700.00 | 14.50 | $10,150.00 |
| O'Toole, Jr., Patrick J. (Counsel) | LR – 1991 | $700.00 | 32.60 | $22,820.00 |
| **Total Partners and Counsels** | | | **681.60** | **$585,631.00** |

| NAME OF PROFESSIONAL PERSON

ASSOCIATES: | DEPARTMENT AND YEAR ADMITTED

Position of the Applicant, Year of Obtaining License to Practice, Area of Expertise | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| Shiffman, Jonathan | LR – 2000 | $695.00 | 115.50 | $80,272.50 |
| Silbert, Gregory S. | LR – 2000 | $695.00 | 0.90 | $625.50 |
| Kusinitz, Alan R. | LR – 1986 | $695.00 | 1.00 | $695.00 |
| Dummer, David W. | LR – 1999 | $695.00 | 5.90 | $4,100.50 |
| Sapeika, Tal S. | BFR – 2003 | $685.00 | 155.50 | $103,743.25 |
| Johnson, Virginia H. | LR – 2003 | $685.00 | 105.50 | $72,267.50 |
| Repash, Philip F. | LR – 2004 | $685.00 | 30.90 | $21,166.50 |
| Schloss, Adam M. | LR – 2004 | $685.00 | 44.30 | $30,345.50 |
| Eng, Diana M. | LR – 2004 | $665.00 | 149.50 | $99,417.50 |
| Coursant, Caroline S. | TAX – 2003 | $665.00 | 17.20 | $11,438.00 |
| Petherbridge, Vaughan | CORP – 2003 | $665.00 | 15.30 | $10,174.50 |
| DiBlasi, Kelly | BFR – 2005 | $630.00 | 143.70 | $88,956.00 |
| Wright, Miles J. | LR – 2005 | $630.00 | 53.40 | $33,642.00 |
| Ng, Alexander W. | LR – 2006 | $595.00 | 133.30 | $79,313.50 |
| Santillan, Aida P. | TAX – 2007 | $595.00 | 46.90 | $27,905.50 |
| Levine, Alexander | LR – 2006 | $595.00 | 64.70 | $38,496.50 |
| Kaufman, Marcie R. | LR – 2006 | $595.00 | 11.20 | $6,664.00 |
| Pancholy, Ritu | LR – 2007 | $550.00 | 84.90 | $46,695.00 |
| Saavedra, Andrea C. | BFR – 2007 | $550.00 | 3.00 | $1,650.00 |
| Wine, Jennifer L. | LR – 2007 | $550.00 | 0.80 | $440.00 |
| Gurdian, Julio C. | BFR – 2007 | $550.00 | 52.30 | $28,765.00 |
| Mishkin, Jessie B. | LR – 2006 | $550.00 | 4.40 | $2,420.00 |
| Chandis, Vanessa | LR – 2006 | $550.00 | 120.20 | $66,110.00 |
| Pohl, Joshua | TAX – 2007 | $550.00 | 25.00 | $13,750.00 |
| Kovacs, Eva | TAX – 2009 | $515.00 | 43.00 | $22,145.00 |

| NAME OF PROFESSIONAL PERSON<br><br>ASSOCIATES: | DEPARTMENT AND YEAR ADMITTED<br><br>Position of the Applicant, Year of Obtaining License to Practice, Area of Expertise | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| Adhinarayanan, Priya B. | CORP – 2008 | $515.00 | 1.60 | $824.00 |
| Spencer, Danitra T. | LR – 2006 | $515.00 | 2.30 | $1,184.50 |
| Tang, Amie | CORP – 2008 | $515.00 | 2.10 | $1,081.50 |
| Cloutier, Lisa N. | LR – 2008 | $515.00 | 38.90 | $20,033.50 |
| Neeley, Christopher M. | LR – 2009 | $515.00 | 23.40 | $12,051.00 |
| Dale, Sarah S. | TAX- 2007 | $515.00 | 3.20 | $1,648.00 |
| Castellani, Anne K. | LR – 2009 | $455.00 | 8.20 | $3,731.00 |
| Levy, Zohar R. | LR – 2009 | $455.00 | 35.90 | $16,334.50 |
| Sagot, Jonathan L. | CORP – 2008 | $455.00 | 2.90 | $1,319.50 |
| Craddock, Erin | LR – 2009 | $455.00 | 68.80 | $31,304.00 |
| Coleman, Erica | BFR – 2009 | $455.00 | 166.20 | $74,256.00 |
| Yates, Erin K. | LR – 2009 | $455.00 | 9.70 | $4,413.50 |
| Benfield, Brianna | LR – 2009 | $455.00 | 3.90 | $1,774.50 |
| Pumputis, Ausra O. | LR – 2009 | $455.00 | 2.90 | $1,319.50 |
| Hatcher, R. Todd T. | TAX – 2009 | $455.00 | 6.50 | $2,957.50 |
| Sharma, Rahul K. | BFR – 2009 | $455.00 | 184.50 | $83,014.75 |
| Simons, Caroline K. | LR – 2009 | $455.00 | 18.90 | $8,599.50 |
| Astorga, Partricia | LR – 2009 | $455.00 | 49.10 | $22,340.50 |
| Veit, Cheri | LR – 2009 | $455.00 | 25.40 | $11,557.00 |
| Turner, Kim P. | LR – 2009 | $455.00 | 18.30 | $8,326.50 |
| Sherman, Rachel B. | LR – 2009 | $455.00 | 49.80 | $22,659.00 |
| James, Cheryl A. | LR – 2009 | $455.00 | 187.20 | $85,176.00 |
| Rosensteel, Kimberly M. | LR – 2009 | $455.00 | 27.80 | $12,649.00 |
| Litvack, David | BFR – 2010 | $395.00 | 144.60 | $57,117.00 |
| Vaishnav, Neil H. | LR – 2010 | $395.00 | 12.50 | $4,937.50 |
| Loh, Andrea Y. | LR – 2010 | $395.00 | 29.40 | $11,613.00 |
| Mills, Marvin | BFR – * | $395.00 | 65.40 | $25,833.00 |
| O'Hern, Emily | LR – * | $395.00 | 25.00 | $9,875.00 |
| Hubana, Lidija | LR – 2001 | $250.00 | 53.00 | $13,250.00 |

| NAME OF PROFESSIONAL PERSON | DEPARTMENT AND YEAR ADMITTED | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| **ASSOCIATES:** | Position of the Applicant, Year of Obtaining License to Practice, Area of Expertise | | | |
| Perrault, Kristen D. | LR – 2000 | $225.00 | 57.90 | $13,027.50 |
| **Total Associates** | | | **2,753.60** | **$1,455,406.50** |

| NAME OF PROFESSIONAL PERSON | DEPARTMENT AND YEAR ADMITTED | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| **SUMMER ASSOCIATES:** | Position of the Applicant, Year of Obtaining License to Practice, Area of Expertise | | | |
| Almeida, Nelly | SA | $250.00 | 26.60 | $6,650.00 |
| Bostel, Kevin | SA | $250.00 | 5.20 | $1,300.00 |
| **Total Summer Associates** | | | 31.80 | $7,950.00 |

| NAME OF PROFESSIONAL PERSON | DEPARTMENT AND YEAR ADMITTED | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| **Paralegals, Clerks, Library Staff and Other Non-Legal Staff:** | Position of the Applicant, Year of Obtaining License to Practice, Area of Expertise | | | |
| Stauble, Christopher | BFR | $275.00 | 14.10 | $3,877.50 |
| Viola, Matthew | CORP | $275.00 | 0.40 | $110.00 |
| Lee, Kathleen | BFR | $275.00 | 73.00 | $20,075.00 |
| Hausman, Jeffrie | LR | $260.00 | 113.30 | $29,458.00 |
| Fuller, Deidre E. | LR | $260.00 | 1.20 | $312.00 |
| Freifeld, Michelle I. | LR | $245.00 | 107.30 | $26,288.50 |
| Eng-Bendel, Cheryl | LS | $235.00 | 57.50 | $13,512.50 |
| Maravilla, Mel C. | CORP | $225.00 | 4.00 | $900.00 |
| Gordon, William | LR | $215.00 | 23.70 | $5,095.50 |
| Chan, Herbert | LR | $215.00 | 14.20 | $3,053.00 |
| Quarry, Michael | LS | $215.00 | 9.40 | $2,021.00 |
| Larangeira, Scott | LS | $215.00 | 2.20 | $473.00 |
| Gujral, Geetinder | LS | $215.00 | 17.00 | $3,655.00 |

US_ACTIVE:\43474853\02\79831.0003
RLF1 3608740v. 1

| NAME OF PROFESSIONAL PERSON<br><br>**Paralegals, Clerks, Library Staff and Other Non-Legal Staff:** | DEPARTMENT AND YEAR ADMITTED<br><br>**Position of the Applicant, Year of Obtaining License to Practice, Area of Expertise** | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| Bollen, MaryAnne | LS | $215.00 | 17.80 | $3,827.00 |
| Haiken, Lauren C. | LS | $210.00 | 2.00 | $420.00 |
| Aliseo, Nicole K. | BFR | $210.00 | 72.80 | $15,288.00 |
| Justice, Pauline | LR | $200.00 | 0.50 | $100.00 |
| Koul, Yashomati B. | BFR | $200.00 | 0.60 | $120.00 |
| Amponsah, Duke | BFR | $200.00 | 1.50 | $300.00 |
| Hwang, Edith | Library | $195.00 | 1.10 | $214.50 |
| Fredrick, Frances | Library | $195.00 | 0.10 | $19.50 |
| Losick, Merill | Library | $195.00 | 2.90 | $565.50 |
| Castillero, Francene S. | LR | $190.00 | 6.50 | $1,235.00 |
| Ialuna, Sabrina M. | LR | $180.00 | 2.70 | $486.00 |
| Van Kampen, Allison L. | LR | $180.00 | 8.10 | $1,458.00 |
| Swaney, Nicole | LR | $180.00 | 7.40 | $1,332.00 |
| Wilmer, Andrea | BFR | $180.00 | 0.30 | $54.00 |
| Safran, Elizabeth W. | LR | $160.00 | 9.00 | $1,440.00 |
| Ribaudo, Mark | Managing Clerk | $170.00 | 7.60 | $1,292.00 |
| Carmant, Marie J. | Library | $145.00 | 2.10 | $304.50 |
| Burdette, Leslie A. | Managing Clerk | $140.00 | 3.70 | $518.00 |
| Cruz, Luis | Library | $135.00 | 0.80 | $108.00 |
| Pancham, Brenda | Library | $100.00 | 1.00 | $100.00 |
| Greco, Maximiliano | Library | $85.00 | 0.60 | $51.00 |
| **Total Paraprofessionals** | | | **586.40** | **$138,064.00** |

US_ACTIVE\43474853\02\79831.0003
RLF1 3608740v. 1

| PROFESSIONALS  TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $859.20 | 681.60 | $585,631.00 |
| Associates | $528.55 | 2,753.60 | $1,455,406.50 |
| Summer Associates | $250.00 | 31.80 | $7,950.00 |
| Paraprofessionals | $235.44 | 586.40 | $138,064.00 |
| **Total Fees Incurred** | | 4,053.40 | $2,187,051.50 |
| **Blended Attorney Rate[4]** | **$591.00** | | |
| **Grand Total Fees Requested** | | **4,053.40** | **$2,187,051.50** |

---

[4] The blended attorney rate was calculated using total compensation of $2,048,987.50 and total hours billed of 3,467.0, which includes $7,950.00 billed for 31.8 hours of work performed by two summer associates.

US_ACTIVE:\43474853\02\79831.0003
RLF1 3608740v. 1

# COMPENSATION BY PROJECT CATEGORY
## JUNE 1, 2010 THROUGH JUNE 30, 2010

| PROJECT CODE | PROJECT DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| | **Bankruptcy-General Administration Issues** | | |
| 11100 | General Case Administration | 50.70 | $11,352.00 |
| 11150 | Statement of Financial Affairs/Schedules of Assets and Liabilities | | |
| 11160 | Monthly Operating Reports | 1.10 | $703.00 |
| 11170 | Agenda Letters | 9.50 | $4,792.50 |
| 11180 | Internal Document Management | 11.30 | $2,519.50 |
| 11190 | Non-Working Travel | 31.40 | $10,287.00 |
| 11200 | General Case Strategy | 35.90 | $21,727.00 |
| | **Bankruptcy Meetings and Communications** | | |
| 12100 | General Communications | 33.70 | $13,284.50 |
| 12200 | Creditors Committee Communications/Meetings | 5.20 | $4,621.50 |
| 12250 | Equity Committee Issues | 72.20 | $44,337.00 |
| 12500 | WaMu Team Meetings | 40.40 | $24,730.50 |
| 12600 | General Hearing Attendance | 110.50 | $70,767.00 |
| | **Bankruptcy – Retention and Compensation Issues** | | |
| 13200 | Retention – WGM | 4.50 | $1,237.50 |
| 13300 | Retention – Other Professionals | 18.70 | $8,964.50 |
| 13400 | Billing/Fee Applications – WGM | 120.70 | $47,026.50 |
| 13500 | Billing/Fee Applications – Other Professionals | 6.70 | $1,407.00 |
| | **Bankruptcy – Executory Contract Issues** | | |
| | **Bankruptcy – Claims Issues** | | |
| 15100 | General Claims Matters | 0.70 | $385.00 |
| 15600 | Claims Processing/Reconciliation | 5.80 | $3,793.00 |
| 15700 | Claims Determination/ Litigation | 579.40 | $289,941.00 |
| | **Bankruptcy – Plan Issues** | | |
| 16100 | General Plan Issues | 3.00 | $1,650.00 |
| 16400 | Plan Formulation | 146.10 | $114,438.50 |
| 16500 | Disclosure Statement | 231.30 | $130,899.00 |
| 16510 | Disclosure Statement Hearing | 7.50 | $3,351.00 |
| 16600 | Solicitation Process/Ballots/Voting | 27.30 | $15,096.50 |
| 16700 | Confirmation Process | 1,207.30 | $599,297.50 |
| 16710 | Confirmation Hearing | 0.50 | $487.50 |
| 16800 | Plan Implementation | 0.30 | $230.50 |
| | **Litigation – Bankruptcy/Adversary Proceedings** | | |
| 18000 | General Bankruptcy Litigation Issues | 388.80 | $220,852.50 |
| | **Litigation – Non-Bankruptcy Litigation** | | |
| 19000 | General Non-Bankruptcy Litigation Issues | 555.20 | $301,630.00 |
| 19100 | BUUS Litigation | 142.80 | $94,650.50 |
| 19210 | American Savings Litigation | 0.70 | $479.50 |
| | **J. P. Morgan Issues** | | |
| 21000 | General JPM Issues | 10.90 | $10,105.50 |
| 21500 | Rabbi Trust Analysis | 0.20 | $195.00 |

| PROJECT CODE | PROJECT DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| | **Assets Sales** | | |
| 22300 | REIT Trust Preferred | 0.60 | $594.00 |
| 23100 | General Governmental/Regulatory Issues | 0.40 | $338.00 |
| | **Tax** | | |
| 24100 | General Tax Issues | 114.10 | $82,415.00 |
| 24200 | NOL and Claims Trading Motion | 3.30 | $2,123.00 |
| 24400 | Tax Structuring of Plan | 5.90 | $5,065.00 |
| | **Employees** | | |
| 25100 | General Employee Issues | 0.30 | $136.50 |
| 25200 | Pension Plan Issues | 1.10 | $775.50 |
| 25210 | Cash Balance Plan | 26.30 | $18,517.00 |
| 25220 | Non-Qualified Plans | 6.00 | $4,140.00 |
| | **Corporate Issues** | | |
| 26200 | Securities Issues | 0.90 | $598.50 |
| 26300 | Corporate Governance and Board-Related Issues | 1.00 | $975.00 |
| 26400 | Corporate Communications/Filings | 4.70 | $1,432.50 |
| | **Insurance** | | |
| 27100 | General Insurance Matters | 6.10 | $3,819.50 |
| 27200 | D&O Insurance | 2.80 | $1,579.00 |
| | **Other Matters** | | |
| 28400 | Automatic Stay Issues | 19.60 | $9,303.50 |
| **TOTAL** | | **4,053.40** | **$2,187,051.50** |

## EXPENSE SUMMARY
## JUNE 1, 2010 THROUGH JUNE 30, 2010

| EXPENSES | AMOUNTS |
|---|---|
| Domestic Travel/Domestic Travel Meals | $8,677.01 |
| Local Transportation | $3,520.18 |
| Meals | $3,257.01 |
| Telecommunications | $1.00 |
| Postage | $43.29 |
| Duplicating – Firm | $6,904.10 |
| Duplicating – Firm Color Copies | $131.00 |
| Duplicating – Outside | $1,854.65 |
| Air Courier/Express Mail/UPS | $462.40 |
| Edgar Filings | $280.00 |
| Computerized Research | $44,527.68 |
| Online News Monitoring/News Watch and Clipping Service | $170.00 |
| Meetings and Conference Meals | $2,594.79 |
| **Total Expenses Requested:** | **$72,423.11** |

US_ACTIVE:\43474853\02\79831.0003
RLF1 3608740v. 1

------------------------------------------------------------x
                             :

*In re:*                          :       **Chapter 11**
                             :

**WASHINGTON MUTUAL, INC., et al.,**[1]  :       **Case No. 08-12229 (MFW)**
                             :
                             :       **(Jointly Administered)**

        **Debtors.**              :
                             :      Objection Deadline: October 4, 2010 at 4:00 p.m. (ET)
------------------------------------------------------------x

## NINETEENTH MONTHLY APPLICATION OF WEIL, GOTSHAL & MANGES LLP, AS ATTORNEYS FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM JUNE 1, 2010 THROUGH JUNE 30, 2010

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 issued by the Executive Office for United States Trustees (the "Guidelines"), the Court's *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 204], and the *Amended Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 302] (the "Administrative Order"), Weil, Gotshal & Manges LLP ("WG&M"), counsel for Washington Mutual, Inc. ("WMI") and

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

WMI Investment Corp., as debtors and debtors in possession (together, the "Debtors"), hereby files this nineteenth monthly application (the "Application") for allowance of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred in connection with WG&M's representation of the Debtors for the period commencing June 1, 2010 through and including June 30, 2010 (the "Compensation Period"). In support of this Application, WG&M respectfully represents as follows:

## Background

1.     On September 26, 2008 (the "Commencement Date"), each of the Debtors commenced with this Court a voluntary case pursuant to chapter 11 of the Bankruptcy Code. The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On October 3, 2008, the Court entered an order, pursuant to Bankruptcy Rule 1015(b), authorizing the joint administration of the Debtors' chapter 11 cases.

2.     On October 15, 2008, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors' Committee"). On January 11, 2010, the U.S. Trustee appointed an official committee of equity security holders (the "Equity Committee"). By agreed order, dated July 22, 2010, the Court directed the U.S. Trustee to appoint an examiner to investigate certain matters. On July 26, 2010, the U.S. Trustee appointed Joshua R. Hochberg of McKenna Long & Aldridge LLP as examiner.

3.     During the October 30, 2008 hearing before the Court, and by order, dated November 11, 2008 [Docket No. 244] (the "Retention Order"), the Court approved the Debtors' application to employ and retain WG&M as counsel for the Debtors nunc pro tunc to the

Commencement Date. The Retention Order authorizes WG&M to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses, in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Guidelines, and the Administrative Order.

4.     Similarly, by order, dated October 31, 2008 [Docket No. 203], the Court approved the employment and retention of Richards, Layton & Finger, P.A. ("RL&F") as co-counsel for the Debtors. WG&M and RL&F have divided responsibilities regarding representation of the Debtors and have made every effort to avoid and/or minimize unnecessary duplication of efforts in these chapter 11 cases.

### Summary of Professional Compensation and Reimbursement of Expenses Requested

5.     By this Application, WG&M requests allowance of $2,187,051.50 as compensation for professional services rendered during the Compensation Period and $72,423.11 as reimbursement for actual and necessary expenses incurred by WG&M during the Compensation Period. All services for which compensation is requested by WG&M were performed for or on behalf of the Debtors.

6.     WG&M has received no payment and no promise of payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered during the Compensation Period and addressed by this Application. There is no agreement or understanding between WG&M and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these cases.

7.     The fees charged by WG&M in these cases are billed in accordance with its existing billing rates and procedures in effect during the Compensation Period. The rates WG&M charges for the services rendered by its professionals and paraprofessionals in these

chapter 11 cases are the same rates WG&M charges for professional and paraprofessional services rendered in comparable non-bankruptcy related matters. Such fees are reasonably based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.

8.    WG&M maintains computerized records of the time spent by all WG&M attorneys and paraprofessionals in connection with its representation of the Debtors. Subject to redaction where necessary to preserve the attorney-client privilege, annexed hereto as Exhibit "A" are copies of WG&M's itemized time records for professionals and paraprofessionals who performed services for the Debtors during the Compensation Period. All entries itemized in WG&M's time records comply with the requirements set forth in Local Rule 2016-2 and the Guidelines, including the use of separate work codes for different project types, as hereinafter described.

9.    Annexed hereto as Exhibit "B" are WG&M's itemized records detailing expenses incurred on behalf of the Debtors during the Compensation Period. All entries itemized in WG&M's expense records comply with the requirements set forth in Local Rule 2016-2 and the Guidelines.

10.    I have read this Application and, to the best of my knowledge, it complies with sections 330 and 331 of the Bankruptcy Code, and the applicable sections of the Bankruptcy Rules, Local Rule 2016-2, the Guidelines and the Administrative Order.

## Summary of Services

11.    The following is a summary of the significant professional services rendered by WG&M during the Compensation Period. This summary is organized in accordance with the internal system of work codes set up by WG&M at the outset of these chapter 11 cases,

as reflected on pages viii-ix of this Application. Only those work codes for which ten or more hours of work was performed during the Compensation Period are listed below.

      a.    General Case Administration (Task Code 11100)
            Fees: $11,352.00; Hours: 50.7

This category includes matters relating to, without limitation, circulation of recently-filed pleadings and articles, review of and communications regarding pending issues, organization of files and case binders, and general document review.

      b.    Non-Working Travel (Task Code 11190)
            Fees: $10,287.00; Hours: 31.4

This category includes WG&M employees' non-working travel time to hearings and meetings on behalf of the Debtors. In accordance with Local Rule 2016-2(d)(viii), WG&M billed the Debtors for one-half the total time that WG&M professionals spent on non-working travel.

      c.    General Case Strategy (Task Code 11200)
            Fees: $21,727.00; Hours: 35.9

This category relates to meetings and other communications among WG&M employees, the Debtors, Alvarez and Marsal ("A&M"), and RL&F relating to overall case strategy, status, and pending issues.

      d.    General Communications (Task Code 12100)
            Fees: $13,284.50; Hours: 33.7

This category relates to meetings and other communications (i) among WG&M employees, the Debtors, A&M, and other professionals, relating to, without limitation, overall case strategy and pending issues and (ii) creditors and equity holders regarding case status.

e.  Equity Committee Issues (Task Code 12250)
    Fees: $44,337.00; Hours: 72.2

This category encompasses matters related to the Equity Committee, including, among others, the preparation of responses to certain pleadings filed by the Equity Committee, and communications among the Debtors, A&M, and the Equity Committee's professionals regarding the foregoing.

f.  WaMu Team Meetings (Task Code 12500)
    Fees: $24,730.50; Hours: 40.4

This category relates to WG&M team meetings pertaining to outstanding issues and projects, case status and strategy.

g.  General Hearing Preparation and Attendance (Task Code 12600)
    Fees: $70,767.00; Hours: 110.5

This category includes preparation for, attendance at meetings related to, and participation in court hearings.

h.  Retention – Other Professionals (Task Code 13300)
    Fees: $8,964.50; Hours: 18.7

This category includes the preparation and review of the Debtors' supplemental application to retain Perkins Coie LLP, and communications among WG&M employees, the Debtors, and A&M regarding the foregoing.

i.  Billing/Fee Applications – WGM (Task Code 13400)
    Fees: $47,026.50; Hours: 120.7

This category includes the review of attorney and paraprofessional billing entries in accordance with the Guidelines and preparation of WG&M's sixteenth, seventeenth, and eighteenth monthly fee applications, and communications related thereto.

j.   Claims Determination/Litigation (Task Code 15700)
     Fees: $289,941.00; Hours: 579.4

This category relates to the review and analysis of claims filed against the Debtors

to which the Debtors filed or intend to file responsive pleadings; the review of documents related

thereto; the research and drafting of various claims objections, stipulations, and responses in

connection therewith; the preparation of discovery and declarations in support of and orders

approving claims objections; the preparation for hearings on claims objections previously filed;

as well as communications with WG&M employees, the Debtors, A&M, RL&F, and counsel for

claimants regarding the foregoing.

k.   Plan Formulation (Task Code 16400)
     Fees: $114,438.50; Hours: 146.1

This category includes tasks relating to the formulation of the Debtors' *Joint Plan*

*of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code* (as most

recently amended on July 1, 2010, as may be further amended, the "Plan"), including revising

the Plan, conducting research in connection therewith, and communications between WG&M

employees, the Debtors, A&M, counsel to the Creditors' Committee, Fried, Frank, Harris,

Shriver & Jacobson LLP, and other professionals regarding the foregoing.

l.   Disclosure Statement (Task Code 16500)
     Fees: $130,899.00; Hours: 231.3

This category includes matters relating to the Debtors' disclosure statement

relating to the Plan (as most recently amended on July 1, 2010, and as may be further amended,

the "Disclosure Statement"), including the review and revision of the Disclosure Statement,

research in connection therewith, review of comments and objections to the Disclosure

Statement received from parties in interest and preparation of an omnibus response to such

objections, and communications regarding the foregoing between WG&M employees, the

Debtors, A&M, Blackstone Advisory Partners L.P., and other professionals.

#### m. Solicitation Process/Ballots/Voting (Task Code 16600)
Fees: $15,096.50; Hours: 27.3

This category includes matters relating to, among other things, (i) revision of the

proposed order approving the Disclosure Statement, as well as the ballots and other exhibits

attached thereto, and (ii) communications regarding solicitation procedures and related issues

with, among others, WG&M employees, the Debtors, A&M, and Kurtzman Carson Consultants

LLC.

#### n. Confirmation Process (Task Code 16700)
Fees: $599,297.50; Hours: 1,207.3

This category relates to communications and tasks regarding the confirmation

process for the proposed Plan and includes, without limitation, the review of document requests,

the preparation of responses thereto, the preparation and review of a motion to establish

discovery procedures, and communications and tasks regarding discovery protocol for

confirmation between WG&M employees, the Debtors, and other professionals.

#### o. General Bankruptcy Litigation Issues (Task Code 18000)
Fees: $220,852.50; Hours: 388.8

This category includes matters relating to bankruptcy litigation including, without

limitation, (i) the preparation of pleadings in response to the Equity Committee's motion for the

appointment of an examiner, (ii) the preparation of a reply brief in support of WMI's motion to

dismiss the adversary proceeding commenced by a purported holder of litigation tracking

warrants (the "Broadbill Action"), the review of issues related to document requests received in

connection with the Broadbill Action, and the preparation of a response thereto, (iii) the

preparation of an objection to a motion to convert the Debtors' chapter 11 cases to a chapter 7

proceeding, and (iv) the review of issues and preparation of pleadings in connection with the

Equity Committee's request to compel a shareholders' meeting, as well as research in connection

with all of the foregoing and related communications and meetings with WG&M employees, the

Debtors, A&M, RL&F, Quinn Emmanuel Urquhart Oliver & Hedges, LLP, and other

professionals.

        p.    General Non-Bankruptcy Litigation Issues (Task Code 19000)
             Fees: $301,630.00; Hours: 555.2

This category relates to communications and tasks regarding non-bankruptcy

litigation involving the Debtors and includes, without limitation, (i) research and preparation of

pleadings in connection with the Washington state court action commenced by members of the

Equity Committee, (ii) research and preparation of pleadings in that certain class action lawsuit

commenced by Denise Cassese, et al., pending in the United States District Court for the Eastern

District of New York, and (iii) work on various issues related to multiple other non-bankruptcy

litigations, as well as communications and meetings regarding strategy related to the foregoing

among WG&M employees, the Debtors, and co-counsel.

        q.    Buus Litigation (Task Code 19100)
             Fees: $94,650.50; Hours: 142.8

This category relates to the Buus ERISA class action litigation pending in the

United States District Court for the Western District of Washington and includes, without

limitation, negotiating and drafting a settlement agreement, attending to issues related to notice

and approval thereof, and communications among WG&M employees, the Debtors' defense

counsel, Sidley Austin LLP, counsel to the named plaintiffs in the Buus ERISA litigation, A&M,

and other professionals.

r.   General JPM Issues (Task Code 21000)
     Fees: $10,105.50; Hours: 10.9

This category relates to work performed in connection with that certain

Settlement Agreement, executed on May 21, 2010, to resolve claims among the Debtors,

JPMorgan Chase Bank, National Association ("JPMC"), the FDIC, and other key creditor

constituencies, and communications regarding the foregoing with WG&M employees, the

Debtors, and counsel to JPMC.

s.   General Tax Issues (Task Code 24100)
     Fees: $82,415.00; Hours: 114.1

This category includes matters relating to the research and analysis of general

federal and state tax issues, including without limitation, the Internal Revenue Service audit of

the Debtors, the Debtors' stock loss ruling request, and the review of documents in connection

therewith.  In connection with the foregoing, WG&M participated in numerous conferences with

WG&M employees, the Debtors, A&M, and various other professionals.

t.   Cash Balance Plan (Task Code 25210)
     Fees: $18,517.00; Hours: 26.3

This category includes tasks relating to the WaMu Pension Plan and meetings and

communications among WG&M employees and other professionals relating to the foregoing.

u.   Other Matters (Task Code 28400)
     Fees: $9,303.50; Hours: 19.6

This category relates to the complaint and proof of claim filed by Silas and

Barbara Wrigley, and includes, among other things, the preparation of an objection to the motion

filed by Mr. and Mrs. Wrigley to lift the automatic stay, and communications between WG&M

employees and other professionals regarding the foregoing.

12.   The foregoing professional services performed by WG&M were

(a) necessary and appropriate to the administration of the Debtors' chapter 11 cases, (b) in the

best interests of the Debtors and their estates, and (c) provided without unnecessary duplication of effort or expense incurred by professionals and paraprofessionals employed by RL&F. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved. The professional services were performed with expedition and in an efficient manner.

13. A significant percentage of services performed by members, counsel, and associates of WG&M were rendered by the Business Finance and Restructuring Department. WG&M has a preeminent practice in this area and enjoys a national reputation for its expertise in financial reorganizations and restructurings of troubled entities, with approximately 80 attorneys specializing in this area of law. WG&M has been actively involved in major chapter 11 cases, and currently represents or has represented, among others, the following debtors: General Motors Corporation; Lehman Brothers Holdings Inc.; Enron Corp.; Uno Restaurant Holdings Corp.; BearingPoint, Inc.; SemGroup L.P.; Extended Stay Inc.; Magna Entertainment Group; Finlay Enterprises, Inc.; LandSource Communities Development LLC; Vertis Holdings, Inc.; PRC, LLC; Charys Holding Co., Inc. and Crochet & Borel Services, Inc.; Sharper Image Corporation; Silicon Graphics, Inc.; Atkins Nutritionals, Inc.; Footstar, Inc.; New World Pasta Company; Parmalat USA Corp.; Loral Space & Communications Ltd.; TL Administration Corporation; Republic Engineered Product Holdings; WestPoint Stevens Inc.; Worldcom, Inc.; Adelphia Business Solutions, Inc.; APW Ltd.; Agway, Inc.; Formica Corp.; and Global Crossing Ltd. As a consequence, WG&M brings to these cases a high level of expertise and experience that inures to the benefit of the Debtors and all parties in interest.

14. Professional services performed by WG&M on behalf of the Debtors during the Compensation Period required an aggregate expenditure of 4,053.4 recorded hours by

WG&M's members, counsel, associates, summer associates, and paraprofessionals. Of the aggregate time expended, 681.6 recorded hours were expended by partners and counsel of WG&M, 2,753.6 recorded hours were expended by associates, 31.8 recorded hours were expended by summer associates, and 586.4 recorded hours were expended by paraprofessionals of WG&M.

15.　　During the Compensation Period, WG&M's hourly billing rates for attorneys ranged from $250 to $990 per hour. Allowance of compensation in the amount requested would result in a blended hourly rate for attorneys of approximately $591.00 (based upon 3,467.0 recorded hours at WG&M's regular billing rates in effect at the time of the performance of services).[5]

## Actual and Necessary Disbursements of WG&M

16.　　Annexed hereto as Exhibit "B" are WG&M's itemized records detailing expenses incurred on behalf of the Debtors during the Compensation Period. WG&M requests allowance of actual and necessary expenses incurred by WG&M during the Compensation Period in the aggregate amount of $72,423.11.

17.　　WG&M's disbursement policies pass through all out of pocket expenses at actual cost or an estimated actual cost when the actual cost is difficult to determine. For example, with respect to duplication charges, WG&M will charge $.10 per page because the actual cost is difficult to determine. Similarly, as it relates to computerized research, WG&M believes that it does not make a profit on that service as a whole although the cost of any particular search is difficult to ascertain. Other reimbursable expenses (whether the service is

---

[5] The blended attorney rate was calculated using total compensation of $2,048,987.50 and total hours billed of 3,467.0, and includes $7,950.00 billed for 31.8 hours of work performed by two summer associates at $250 per hour.

performed by WG&M in-house or through a third party vendor) include, but are not limited to, facsimiles, toll calls, overtime, overtime meals, deliveries, court costs, cost of food at meetings, transcript fees, travel, and clerk fees. Notably, WG&M charges all of its clients $1.00/page for out-going facsimile transmissions and does not charge its clients for incoming facsimile transmissions, and all travel expenses are billed at coach fare rates.

### Reservation

18.     To the extent time or disbursement charges for services rendered or disbursements incurred relate to the Compensation Period but were not processed prior to the preparation of this Application, or WG&M has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Compensation Period, WG&M reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

### Notice

19.     No trustee has been appointed in these chapter 11 cases. Notice of this Application has been provided to: (i) the U.S. Trustee; (ii) counsel for the Creditors' Committee; (iii) counsel for the Equity Committee; and (iv) parties entitled to receive notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested, the Debtors submit that no other or further notice need be provided.

### Conclusion

WHEREFORE WG&M respectfully requests (i) allowance of compensation for professional services rendered to the Debtors during the Compensation Period in the amount of $2,187,051.50 (80% of which equals $1,749,641.20) and reimbursement for actual and necessary costs and expenses incurred by WG&M during the Compensation Period in the amount of

$72,423.11 for a total of $2,259,474.61, (ii) that, in accordance with the Administrative Order, the Court direct the Debtors to pay WG&M $1,822,064.31, representing 80% of the total amount of fees and 100% of the expenses allowed, (iii) that the allowance of such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred be without prejudice to WG&M's right to seek such further compensation for the full value of services performed and expenses incurred, and (iv) that the Court grant WG&M such other and further relief as is just.

Dated: September 14, 2010
   New York, New York

      /s/ Brian S. Rosen

      Brian S. Rosen, Esq.
      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, NY 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      ATTORNEYS FOR DEBTORS AND
      DEBTORS IN POSSESSION

# **VERIFICATION**

STATE OF WASHINGTON      )
                                 ) s.s.:

COUNTY OF KING             )

Brian S. Rosen, after being duly sworn according to law, deposes and says as follows:

(a) I am a member with the applicant firm, Weil, Gotshal & Manges LLP, and have been admitted to appear before this Court.

(b) I have personally performed many of the legal services rendered by Weil, Gotshal & Manges LLP, as counsel to the Debtors, and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers in the firm.

(c) I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-2 and submit that the Application substantially complies with such rule.

_____
Brian S. Rosen, Esq.

SWORN TO AND SUBSCRIBED before
me this ⅃⅃th day of September, 2010

_____
Notary Public
My Commission Expires:

NICOLE ALISEO
Notary Public, State of New York
No. 01AL6186782
Qualified in Richmond County
Commission Expires May 12, 20⅃⅃