IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
*In re*                                                        :    **Chapter 11**
                                                               :
**WASHINGTON MUTUAL, INC., et al.,**[1]                        :    **Case No. 08-12229 (MFW)**
                                                               :
                                                               :    **(Jointly Administered)**
                        **Debtors.**                           :
                                                               :    Re: Docket Nos. 5548 & 5549
---------------------------------------------------------------x

NOTICE OF (A) FILING OF SIXTH AMENDED JOINT PLAN OF
AFFILIATED DEBTORS PURSUANT TO CHAPTER 11 OF THE UNITED
STATES BANKRUPTCY CODE; (B) FILING OF DISCLOSURE STATEMENT FOR
THE SIXTH AMENDED JOINT PLAN OF AFFILIATED DEBTORS
PURSUANT CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE;
AND (C) HEARING ON MOTION OF DEBTORS FOR AN ORDER, PURSUANT TO
SECTIONS 105, 502, 1125, 1126, AND 1128 OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULES 2002, 3003, 3017, 3018 AND 3020, (I) APPROVING THE
PROPOSED DISCLOSURE STATEMENT AND THE FORM AND MANNER OF THE
NOTICE OF THE DISCLOSURE STATEMENT HEARING, (II) ESTABLISHING
SOLICITATION AND VOTING PROCEDURES, (III) SCHEDULING A
CONFIRMATION HEARING, AND (IV) ESTABLISHING NOTICE AND OBJECTION
PROCEDURES FOR CONFIRMATION OF THE DEBTORS' JOINT PLAN

PLEASE TAKE NOTICE that, on October 6, 2010, the Debtors filed the *Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code* [Docket No. 5548] (the "Sixth Amended Plan") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that, on October 6, 2010, the Debtors also filed the *Disclosure Statement for the Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code* [Docket No. 5549] (the "Sixth Amended Disclosure Statement") with the Bankruptcy Court.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Suite 2500, Seattle, Washington 98104.

RLF1 3616791v. 1

PLEASE TAKE FURTHER NOTICE that, for the convenience of parties in interest, attached hereto as Exhibit A is a blackline comparing the Sixth Amended Plan against the previous version filed on July 1, 2010 at Docket No. 4850. Attached hereto as Exhibit B is a blackline comparing the Sixth Amended Disclosure Statement against the previous version filed on July 1, 2010 at Docket No. 4851.

PLEASE TAKE FURTHER NOTICE that the previously scheduled hearing to consider the *Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) Approving the Proposed Disclosure Statement and the Form and Manner of the Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling A Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Plan* [Docket No. 3568] (the "Disclosure Statement Motion"), including the Sixth Amended Disclosure Statement, will now be held before The Honorable Mary F. Walrath at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **October 18, 2010 at 10:00 a.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that any response or objection to the Disclosure Statement Motion and the Sixth Amended Disclosure Statement must be filed in writing with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Debtors on or before **October 13, 2010 at 5:00 p.m. (prevailing Eastern Time)**.

Dated: October 6, 2010
       Wilmington, Delaware

/s/ *signature*

Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Travis A. McRoberts (No. 5274)
Richards, Layton & Finger, P.A.
One Rodney Square
902 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Counsel for Debtors and Debtors in Possession*