# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Washington Mutual, Inc. |
| **Case Number:** | 08-12229-MFW    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, OCTOBER 18, 2010 10:00 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## *Matter:*

Disclosure

**R / M #:**   5,617 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Order due under Certification of Counsel