# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WASHINGTON MUTUAL, INC., *et al.* | : | Case No. 08-12229 (MFW) |
| | : | (Jointly Administered) |
| | : | |
| | : | **Hearing Date: December 17, 2010 at 10:30 a.m.** |
| Debtors. | : | **Objection Deadline: November 22, 2010 at 4:00 p.m.** |

## NOTICE OF APPLICATION

TO: U.S. Trustee; Debtors, and Counsel to the Debtors.

      PLEASE TAKE NOTICE that FTI Consulting, Inc. ("FTI") (the "Applicant"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of Washington Mutual, Inc., et al. (the "Debtors") has filed its **Twenty-Third Monthly Application of FTI Consulting, Inc., Financial Advisor for the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and for Reimbursement of Expenses for Services Rendered During the Period From September 1, 2010 through September 30, 2010** (the "Application").

      PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must be filed with the Clerk of the Court on or before **November 22, 2010 at 4:00 p.m. (Prevailing Eastern Time).**

      At the same time, you must also serve a copy of the response upon the following parties:

| | |
|---|---|
| David B. Stratton, Esq. | Fred S. Hodara, Esq. |
| Evelyn J. Meltzer, Esq. | AKIN GUMP STRAUSS HAUER & FELD LLP |
| PEPPER HAMILTON LLP | One Bryant Park |
| Hercules Plaza, Suite 5100 | New York, NY 10036 |
| 1313 Market Street, | |
| P.O. Box 1709 | |
| Wilmington, DE 19899-1709 | |
| | |
| Scott L. Alberino, Esq. | Peter J. Gurfein, Esq. |
| AKIN GUMP STRAUSS HAUER & FELD LLP | David P. Simonds, Esq. |
| 1333 New Hampshire Avenue, N.W. | AKIN GUMP STRAUSS HAUER & FELD LLP |
| Washington, D.C. 20036 | 2029 Century Park East, Suite 2400 |
| | Los Angeles, CA 90067-3012 |

#13395557 v1

| | |
|---|---|
| Chad Smith<br>WASHINGTON MUTUAL, INC.<br>925 Fourth Avenue, Suite 2500<br>Seattle, WA 98104 | Marcia L. Goldstein, Esq.<br>Brian S. Rosen, Esq.<br>WEIL, GOTSHAL & MANGES, LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Mark D. Collins, Esq.<br>RICHARDS LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | Joseph McMahon, Esq.<br>OFFICE OF THE UNITED STATES TRUSTEE<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE 19801 |
| Andrew Scrunton<br>Senior Managing Director<br>FTI CONSULTING, INC.<br>3 Times Square<br>New York, New York 10036 | |

A HEARING ON THE APPLICATION IS SCHEDULED for **December 17, 2010 at 10:30 a.m. (Prevailing Eastern Time)** before the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, 5th Floor, Courtroom #4, 824 Market Street, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Date: November 1, 2010<br>Wilmington, Delaware | PEPPER HAMILTON LLP<br><br> /s/ John H. Schanne, II<br>David B. Stratton (DE No. 960)<br>David M. Fournier (DE No. 2812)<br>Evelyn J. Meltzer (DE No. 4581)<br>John H. Schanne, II (DE No. 5260)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 777-6500<br>Fax: (302) 421-8390<br><br>Fred S. Hodara, Esq.<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, NY 10036<br>Tel: (212) 872-1000<br>Fax: (212) 872-1002 |

#13395557 v1

Scott L. Alberino, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 887-4027
Fax: (202) 887-4288

Peter J. Gurfein, Esq.
David P. Simonds, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Tel: (310) 229-1000
Fax: (310) 229-1001

*Counsel to the Official Committee of Unsecured Creditors*