# EXHIBIT

# A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Washington Mutual, Inc., *et al.*,[1] | ) |
| | ) Case No. 08-12229 (MFW) |
| | ) (Jointly Administered) |
| Debtors. | ) Related Docket No. 303 |

## ORDER AUTHORIZING RETENTION OF
## FTI CONSULTING, INC.
## AS FINANCIAL ADVISORS
## FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for an order pursuant to section 1103 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing them to retain FTI Consulting, Inc. and its wholly owned subsidiaries (collectively "FTI") as financial advisors; and upon the Affidavit of Michael Eisenband in support of the Application; and due and adequate notice of the Application having been given; and it appearing that no other notice need be given; and it appearing that FTI is not representing any adverse interest in connection with these cases; and it appearing that the relief requested in the Application is in the best interest of the Committee; after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Application be, and it hereby is, granted; and it is further

ORDERED that the capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

ORDERED that in accordance with section 1103 of the Bankruptcy Code, the Committee is authorized to employ and retain FTI as of October 15, 2008 as their financial advisors on the terms set forth in the Application; and it is further

ORDERED that FTI shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court.

---

[1] The Debtors in these cases include Washington Mutual, Inc. and WMI Investment Corp.

ORDERED that this court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.

Dated: Dec. 16, 2008

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE