# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| WASHINGTON MUTUAL, INC., *et al.*, | : | Case No. 08-12229 (MFW) |
| | : | Jointly Administered |
| Debtors. | : | |
| BLACK HORSE CAPITAL LP, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | Adv. Proc. No. 10-51387 (MFW) |
| JPMORGAN CHASE BANK, N.A., *et al.*, | : | Related Docket Nos. 81, 115 |
| Defendants. | : | |

## JOINDER IN NOTICE OF DEPOSITION OF JPMORGAN CHASE BANK, N.A. BY RULE 30(b)(6) REPRESENTATIVE

PLEASE TAKE NOTICE that, the Official Committee of Equity Security Holders of Washington Mutual, Inc., *et al.*, hereby joins in the *Notice and Re-Notice of Deposition of JPMorgan Chase Bank, N.A. By Rule 30(b)(6) Representative* filed by the Plaintiffs in the above-captioned adversary proceeding. The deposition will take place on November 12, 2010 at 9:30 a.m. (E.T.) at the offices of Brown Rudnick LLP, 7 Times Square, New York, New York 10036 and will continue from day to day thereafter until complete. The deposition will take place before an authorized court reporter or other officer authorized by law to administer oaths and will be recorded by stenographic means. The deposition will be taken according to the Federal Rules of Bankruptcy Procedure for the purpose of discovery, use as evidence at any hearing or trial, or any other purpose allowed by law.

{00456800;v1}

Dated: November 10, 2010

**ASHBY & GEDDES, P.A.**

*/s/ William P. Bowden*

William P. Bowden (No. 2553)
Gregory A. Taylor (No. 4008)
Benjamin Keenan (No. 4724)
Stacy L. Newman (No. 5004)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: 302-654-1888
Facsimile: 302-654-2067

-and-

**SUSMAN GODFREY LLP**
Stephen D. Susman, Esq.
1000 Louisiana
Suite 5100
Houston, Texas 77002-5096
Telephone: 713-651-9366
Facsimile: 713-654-6666

Parker C. Folse III, Esq.
Edgar G. Sargent, Esq.
Justin A. Nelson, Esq.
1201 Third Avenue
Suite 3800
Seattle, Washington 98101-3000
Telephone: 206-516-3880
Facsimile: 206-516-3883

Seth Ard, Esq.
654 Madison Avenue, 5th Floor
New York, New York 10065-8404
Telephone: 212-336-8330
Facsimile: 212-336-8340

*Co-Counsel to the Official Committee of Equity Security Holders of Washington Mutual, Inc., et al.*