# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

*In re* : Chapter 11:

Washington Mutual Inc.
Debtors.

:: Case Number 08-12229 (MFW)
::

## Letter to the Honorable Court

I am very proud, that you asked me, in your court, to stand and speak to you and the other parties. I am thankful for everything, because you have considered every time any opinion and voice. Thank you very much for the Equity Committee and the Examiner. I do hope that you share my feelings that both of those two rulings to be good and fair, because they furthered the cause to give everyone a voice in this case.

However, I am under the impression that the FDIC acts like they stand above the law and has to be reminded every time that they do not. The FDIC did not follow the order of this court to provide people and documents, and the Examiner did not force this issue, and appears to me as having backed down. I did not think that would happen but I accept it and consider it with my further actions.

I can only say, again, thank you very much for everything. You continue to give us "little" shareholders a process for our voices, and continue to hear our opinions and questions.

There is a German poem which is to the point: Voice is your best in this world:

> *sing mein stimmlein sing allein*
> *dein lied und du wirst ewig sein*
> *tanze seele fürcht dich nicht*
> *das stimmlein singt ein lied für dich*
>
> *es liegt doch einer jeden stimme*
> *ein einzigartig klang wohl inne*
> *jedes antlitz auf der welt*
> *verdient dass es als einzig zählt*
> *jede seel allein für sich*
> *ein eignes körperlein besitzt*
> *auf das sie auch in diesem sinn*
> *ein eignes leben so beginnt*
>
> *sing mein stimmlein sing allein*
> *dein lied und du wirst ewig sein*
> *tanze seele fürcht dich nicht*
> *das stimmlein singt ein lied für dich*
>
> *ins antlitz tauchen stimm und seel*
> *und einzigartig wird vermählt*

*für ein ganzes leben lang*
*dieses eine dreigespann*
*zu einem wesen dieser welt*
*das sich in ihr sehr wohl gefällt*
*zu einem wesen jeder art*
*das sich doch einzigkeit bewahrt*

*sing mein stimmlein sing allein*
*dein lied und du wirst ewig sein*
*tanze seele fürcht dich nicht*
*das stimmlein singt ein lied für dich*

*von zeit zu zeit doch kann das stimmlein*
*auch mal viel zu leise sein*
*drum kleines stimmlein stell dir vor*
*kräftiger wärst du im chor*

*sing mein stimmlein sing allein*
*dein lied und du wirst ewig sein*
*tanze seele fürcht dich nicht*
*das stimmlein singt ein lied für dich*

Respectfully submitted,

/s/ Philipp Schnabel
Pro Se
Date: November 16, 2010

Philipp Schnabel
Steinstrasse 6
01454 Radeberg
Germany

Holding as per November 16, 2010:
WAMUQ: 1294    Shares
WAMKQ:  850    Shares