# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WASHINGTON MUTUAL, INC., *et al.*, | Case No. 08-12229 (MFW) |
| Debtors | Jointly Administered |

## AFFIDAVIT OF JEREMY B. COFFEY IN SUPPORT OF THE OBJECTION OF THE TPS CONSORTIUM TO CONFIRMATION OF THE SIXTH AMENDED JOINT PLAN OF AFFILIATED DEBTORS PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE

| | |
|---|---|
| STATE OF MASSACHUSETTS | ) |
| | ) ss. |
| COUNTY OF SUFFOLK | ) |

I, Jeremy B. Coffey, being duly sworn, deposes and states:

1. I am a partner with the law firm of Brown Rudnick LLP ("Brown Rudnick"), with offices at, among other locations, One Financial Center, Boston, Massachusetts 02111 and Seven Times Square, New York, New York 10036. Unless otherwise stated, I have personal knowledge of the facts stated herein.

2. Brown Rudnick represents 683 Capital Partners, LP, Black Horse Capital LP, Black Horse Capital Master Fund Ltd., Greywolf Capital Partners II, Greywolf Overseas Fund, Guggenheim Portfolio Company VII, LLC, HFR RVA Combined Master Trust, IAM Mini-Fund 14 Limited, LMA SPC for and on behalf of the MAP 89 Segregated Portfolio, Lonestar Partners LP, Mariner LDC, Nisswa Convertibles Master Fund Ltd., Nisswa Fixed Income Master Fund Ltd., Nisswa Master Fund Ltd., Paige Opportunity Partners LP, Paige Opportunity Partners Master Fund, Pandora Select Partners, LP, Pines Edge Value Investors Ltd, Riva Ridge Capital

1

Management LP, Riva Ridge Master Fund, Ltd., Scoggin Capital Management II LLC, Scoggin International Fund Ltd., Scoggin Worldwide Fund Ltd., Visium Global Fund, Ltd., VR Global Partners, L.P., Whitebox Asymmetric Partners LP, Whitebox Combined Partners, LP, Whitebox Convertible Arbitrage Partners, LP, Whitebox Hedged High Yield Partners, LP and Whitebox Special Opportunities LP, Series B, (collectively, the "TPS Consortium") in connection with the above-captioned Chapter 11 bankruptcy proceedings of the above-captioned Debtors, Bankr. Case No. 08-12229 (MFW), as well as certain members of the TPS Consortium in the adversary proceeding captioned as Bankr. Case No. 10-51387 (MFW), both pending before the Honorable Judge Mary F. Walrath of the United States Bankruptcy Court for the District of Delaware.

3. I submit this affidavit in support of the *Objection of the TPS Consortium to Confirmation of the Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code*, filed contemporaneously herewith (the "Objection").[1]

4. Attached hereto as Exhibit A is a true and correct copy of relevant portions of the deposition transcript of Joseph F. Feil, dated November 16, 2010.

5. Attached hereto as Exhibit B is a true and correct copy of relevant portions of the deposition transcript of William C. Kosturos, dated November 16, 2010.

6. Attached hereto as Exhibit C are true and correct copies of the following documents produced to the TPS Consortium in discovery pursuant to subpoena: JPMCD_0000000036.00001-2 (emails between Brian Rosen and Travis Epes) [Non-Public];

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

JPMCD_0000000069.00001-2 (May 13, 2010 emails between JPMC, the Debtors, Weil Gotshal and others) [Non-Public].

7. Attached hereto as <u>Exhibit D</u> are true and correct copies of the following documents produced to the TPS Consortium in discovery pursuant to subpoena: JPMCD_000000132.00001-3 (emails between the FDIC and JPMC) [Non-Public]; JPMCD_0000000121.00001 (May 12, 2010 email from William Kosturos to Donald McCree) [Non-Public]; JPMCD_00000001543.00001 (May 13, 2010 email from counsel for JPMC to counsel for the FDIC) [Non-Public]; JPMCD_000001868.00001 (May 21, 2010 email from Brian Rosen to Stacey Friedman) [Non-Public].

8. Attached hereto as <u>Exhibit E</u> is a true and correct copy of relevant portions of the deposition transcript of Travis Epes, dated November 12, 2010.

9. Attached hereto as <u>Exhibit F</u> are true and correct copies of the following documents produced to the TPS Consortium in discovery pursuant to subpoena: WGM_00009734 – WGM_00009754 (Weil Gotshal's term sheet dated March 5, 2009) [Non-Public]; JPMCD_00000001627.00001 (March 12, 2009 email between JPMorgan, the Debtors, Weil Gotshal and Sullivan & Cromwell) [Non-Public].

10. Attached hereto as <u>Exhibit G</u> are true and correct copies of the following documents produced to the TPS Consortium in discovery pursuant to subpoena: JPMCD_000001562.00001 (March 12, 2009 email from WG&M to S&C enclosing term sheet) [Non-Public]; JPMCD_0000000026.00001-5 (March 18, 2009 email from S&C to WG&M and others) [Non-Public]; JPMCD_00000001564.00001 (March 23, 2009 email enclosing term sheet) [Non-Public]; JPMCD_000001530.00001 (April 27, 2009 email from S&C to WG&M

enclosing term sheet) [Non-Public]; JPMCD_00000001569.00001 (October 25, 2009 email enclosing term sheet enclosing term sheet) [Non-Public]; JPMCD_00000001572.00001-3 (January 12, 2010 email enclosing term sheet) [Non-Public].

11. Attached hereto as <u>Exhibit H</u> are true and correct copies of the following documents produced to the TPS Consortium in discovery pursuant to subpoena: JPMCD_0000000184.00001 (February 19, 2010 email among the Debtors, JPMorgan, the FDIC, WMB bondholders and other parties) [Non-Public]; JPMCD_00000001725.00001 (March 24, 2010 email from Sullivan & Cromwell to various parties) [Non-Public]; JPMCD_0000000146.00001-2 (March 25, 2010 email from Sullivan & Cromwell to Weil Gotshal) [Non-Public]; JPMCD_00000001415.00001 (March 19, 2010 email among Weil Gotshal, Sullivan & Cromwell and others) [Non-Public]; JPMCD_0000000128.00001-2 (May 11, 2010 emails among Weil Gotshal, Sullivan & Cromwell and others) [Non-Public].

12. Attached hereto as <u>Exhibit I</u> is a true and correct copy of the following document produced to the TPS Consortium in discovery pursuant to subpoena: WGM_00009851 (email setting forth certain holdings information [Non-Public].

13. Attached hereto as <u>Exhibit J</u> is a true and correct copy of relevant portions of a hearing transcript in these proceedings dated November 9, 2010.

14. Attached hereto as <u>Exhibit K</u> is a true and correct copy of relevant portions of a hearing transcript in these proceedings dated September 7, 2010.

15. Attached hereto as <u>Exhibit L</u> is a true and correct copy of relevant portions of a hearing transcript in these proceedings dated September 24, 2010.

16. Attached hereto as Exhibit M is a true and correct copy of relevant portions of a hearing transcript in these proceedings dated May 5, 2010.

17. Attached hereto as Exhibit N is a true and correct copy of the following document produced to the TPS Consortium in discovery pursuant to subpoena: JPMCD_0000001907.00001-2 (February 25, 2009 email from Weil Gotshal to Sullivan & Cromwell) [Non-Public].

18. Attached hereto as Exhibit O is a true and correct copy of the following document produced to the TPS Consortium in discovery pursuant to subpoena: JPMCD_000000215.00001 (December 7, 2009 email between Donald McCree and William Kosturos) [Non-Public].

19. Attached hereto as Exhibit P is a true and correct copy of the following document produced to the TPS Consortium in discovery pursuant to subpoena: JPMCD_000000147.00001 (March 23, 1010 email from William Kostorus to Donald McCree) [Non-Public].

20. Attached hereto as <u>Exhibit Q</u> are true and correct copies of the following documents produced to the TPS Consortium in discovery pursuant to subpoena: JPMCD_000000126.00001 (May 12, 2010 email between Donald McCree and William Kosturos) [Non-Public]; JPMCD_000000130.00001 (May 11, 2010 email between Donald McCree and William Kosturos) [Non-Public]; JPMCD_000000135.00001 (April 14, 2010 email between Donald McCree and William Kosturos) [Non-Public]; JPMCD_0000000134.00001-2 (April 14, 2010 email between Donald McCree and William Kosturos) [Non-Public]; JPMCD_0000000136.00001 (April 13, 2010 email between Donald McCree and William Kosturos) [Non-Public].

_____
Jeremy B. Coffey

Sworn to before me this 19th day
of November 2010

_____
Notary Public

MARSHA G. BORNSTEIN
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
April 15, 2016