# Exhibit A

# EXHIBIT A

| Name | Title |
|---|---|
| Ronald J. Cathcart | former officer |
| John F. Woods | former officer |
| Melissa J. Ballenger | former officer |
| Anne V. Farrell | former director |
| Stephen E. Frank | director |
| Thomas C. Leppert | director |
| Charles M. Lillis | former director |
| Phillip D. Matthews | director |
| Regina Montoya | director |
| Michael K. Murphy | director |
| Margaret Osmer-McQuade | director |
| Mary E. Pugh | former director |
| William G. Reed, Jr. | director |
| Orin C. Smith | director |
| James H. Stever | director |
| Willis B. Wood, Jr. | former director |
| Deloitte & Touche | auditor |
| Goldman, Sachs & Co. | underwriter |
| Morgan Stanley & Co. Incorporated | underwriter |
| Credit Suisse Securities (USA), LLC | underwriter |
| Deutsche Bank Securities, Inc. | underwriter |
| Lehman Brothers, Inc. | underwriter |
| UBS Securities, LLC | underwriter |
| Banc of America Securities, LLC | underwriter |
| J.P. Morgan Securities, Inc. | underwriter |
| Barclays Capital, Inc. | underwriter |
| Keefe, Bruyette & Woods, Inc. | underwriter |
| Cabrera Capital Markets, LLC | underwriter |
| The Williams Capital Group, L.P. | underwriter |
| Citigroup Global Markets, Inc. | underwriter |
| Greenwich Capital Markets, Inc. | underwriter |
| BNY Capital Markets, Inc. | underwriter |
| Samuel A. Ramirez & Company, Inc. | underwriter |