# CERTIFICATE OF SERVICE

I, David G. Holmes, hereby certify that on this 19th day of November, 2010, I caused copies of the foregoing *Lead Plaintiff's Objection to Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code (as May be Amended)* to be served on the parties on the attached list in the manner indicated.

David G. Homes (No. 4718)

# SERVICE LIST

**BY HAND DELIVERY**
Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

**BY HAND DELIVERY**
Office of the United States Trustee
Attn: Joseph McMahon, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**BY HAND DELIVERY**
David B. Stratton, Esq.
Pepper Hamilton LLP
Hercules Plaza Ste 5100
1313 N Market St
Wilmington, DE 19801

**BY HAND DELIVERY**
William P Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE 19899

**BY HAND DELIVERY**
Adam G. Landis, Esq.
Landis Rath & Cobb LLP
P.O. Box 2087
Wilmington, DE 19899

**BY ELECTRONIC MAIL**
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
fhodara@akingump.com

**BY ELECTRONIC MAIL**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Brian S. Rosen, Esq.
Brian.rosen@weil.com

**BY ELECTRONIC MAIL**
Quinn Emanuel Urquhart & Sullivan, LLP
55 Madison Avenue, 22nd Floor
New York, NY 10010
Attn: Peter Calamari, Esq.
petercalamari@quinnemanuel.com

**BY ELECTRONIC MAIL**
Susman Godfrey LLP
654 Madison Avenue, 5th Floor
New York, NY 10065
Attn: Stephen D. Susman, Esq.
susman@susmangodfrey.com

**BY ELECTRONIC MAIL**
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attn: Stacey R. Friedman, Esq.
friedmans@sullivan.com

**BY FIRST CLASS MAIL**
Washington Mutual, Inc.
925 Fourth Avenue
Seattle, Washington 98104
Attn: Charles Edward Smith, Esq.