IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WASHINGTON MUTUAL, INC., et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-12229 (MFW) <br><br> (Jointly Administered) <br><br> Related Docket No. 6142 |

ORDER SHORTENING NOTICE AND SCHEDULING HEARING ON MOTION TO SHORTEN NOTICE AND SCHEDULE HEARING ON MOTION FOR ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO REFER TO DEBTORS' WORK PRODUCT UPON CLOSING OF COURTROOM

Upon consideration of the *Motion to Shorten Notice and Scheduling Hearing on Motion for an Order Authorizing the Official Committee of Equity Security Holders to Refer to Debtors' Work Product Upon Closing of Courtroom* (the "Motion to Shorten")[2] filed by the Official Committee of Equity Security Holders (the "Equity Committee"), the Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334; this is a core proceeding pursuant to 28 U.S.C. § 157(b); venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; the relief requested in the Motion to Shorten is in the best interests of the Debtors, their estates and creditors; proper and adequate notice has been given and no other or further notice is necessary; after due deliberation and sufficient cause appearing thereof, it is hereby:

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion to Shorten is **GRANTED**.

2. The Motion shall be heard at the Confirmation Hearing scheduled for December

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Washington Mutual, Inc. (3725) and WMI Investment Corp. (5396). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

{00462088;v1}

2, 2010 at 9:30 a.m. (ET).

3. Any objections to the relief requested in the Motion shall be raised at the Confirmation Hearing scheduled for December 2, 2010 at 9:30 a.m. (ET).

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
           Dec. 1, 2010

                                            _____
                                            THE HONORABLE MARY F. WALRATH
                                            UNITED STATES BANKRUPTCY COURT

---

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

{00462088;v1}                          2