# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 12/7/2010 |
| Case: 08−12229−MFW | Form ID: ntcBK | Total: 20 |

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
aty    Chun I. Jang    jang@rlf.com, rbgroup@rlf.com
aty    Theodore Allan Kittila    tak@elliottgreenleaf.com

    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Washington Mutual, Inc.    1301 Second Avenue    Seattle, WA 98101
aty    Andrew C. Irgens    Richards, Layton &Finger    920 N. King Street    Wilmington, DE 19801
aty    Chun I. Jang    Richards, Layton &Finger, P.A.    920 North King Street    P.O. Box 551    Wilmington, DE 19899
aty    Chun I. Jang    Richards, Layton &Finger, P.A.    920 North King Street    P.O. Box 551    Wilmington, DE 19899
aty    Cory D. Kandestin    Richards, Layton &Finger, P.A.    920 North King Street, One Rodney Square    Wilmington, DE 19801
aty    David B. Hird    Weil, Gotshal &Manges LLP    1300 Eye Street NW    Suite 900    Washington, DC 20005
aty    David L. Permut    Goodwin Procter LLP    901 New York Avenue NW    Washington, DC 20001
aty    Diana M. Eng    Weil, Gotshal &Manges LLP    767 Fifth Avenue    New York, NY 10153
aty    Drew G. Sloan    Richards Layton &Finger, P.A.    920 North King Street    Wilmington, DE 19801
aty    Julie A Finocchiaro    Richards, Layton &Finger, PA    920 North King Street    Wilmington, DE 19801
aty    Lee E. Kaufman    Richards, Layton &Finger, P.A.    920 North King Street    One Rodney Square    Wilmington, DE 19801
aty    Mark D. Collins    Richards Layton &Finger    One Rodney Square    PO Box 551    Wilmington, DE 19899
aty    Neil Raymond Lapinski    1105 North Market Street    Suite 1700    P.O. Box 2327    Wilmington DE, 19899 U.S.A.
aty    Rafael Xavier Zahralddin−Aravena    Elliott Greenleaf    1105 North Market Street    Suite 1700    P.O. Box 2327    Wilmington, DE 19801
aty    Shelley A. Kinsella    Elliott Greenleaf    1105 North Market Street    17th Floor    Wilmington, DE 19801
aty    Travis A. McRoberts    Richards, Layton &Finger, P.A.    920 North King Street    Wilmington, DE 19801
aty    Travis A. McRoberts    Richards, Layton &Finger, P.A.    920 North King Street    Wilmington, DE 19801

    TOTAL: 17