# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| WASHINGTON MUTUAL, INC., et al., | : Case No. 08-12229 (MFW) |
| Debtors. | : Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
                       ) SS
NEW CASTLE COUNTY )

      Michelle Smith, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Federal Deposit Insurance Corporation in the within captioned matter, and on November 30, 2010, she caused a copy of the following pleading(s):

> **Memorandum of Law of the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, in Support of Approval of the Global Settlement Agreement and Confirmation of Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 6140]**

to be served, in the manner indicated, upon the parties on the service list attached hereto.

_____
Michelle Smith

SWORN TO AND SUBSCRIBED before me this 9 day of December, 2010.

_____
Notary Public

KASSANDRA ANN RIDDLE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 10, 2012

SERVICE LIST
Washington Mutual
11/30/2010

Charles Edward Smith, Esq.
Washington Mutual, Inc.
925 Fourth Avenue
Seattle, WA 98104
*Federal Express*

Brian S. Rosen, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
*Federal Express*

Peter Calamari, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
55 Madison Avenue, 22nd Floor
New York, NY 10010
*Federal Express*

David B. Stratton, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
*Hand Delivery*

William P. Bowden, Esq
Ashby & Geddes P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
*Hand Delivery*

Jane Leamy, Esq.
Office of U.S. Trustee (District of Delaware)
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19899
*Hand Delivery*

Mark D. Collins, Esq.
Richards Layton & Finger P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19899
*Hand Delivery*

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
*Federal Express*

Susan D. Susman, Esq.
Susman Godfrey LLP
654 Madison Avenue, 5th Floor
New York, NY 10065
*Federal Express*

Stacey R. Friedman, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
*Federal Express*

SERVICE LIST
Washington Mutual
11/30/2010

Adam G. Landis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19899
*Hand Delivery*