IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> WASHINGTON MUTUAL, INC., et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-12229 (MFW) <br><br> (Jointly Administered) <br><br> Related Docket No. 6141 |

**ORDER GRANTING THE OFFICIAL COMMITTEE
OF EQUITY SECURITY HOLDERS MOTION FOR ENTRY OF AN ORDER
GRANTING RELIEF FROM THE CONFIDENTIALITY AGREEMENT GOVERNING
CONFIRMATION DISCOVERY TO PERMIT REFERENCE
TO DEBTORS' WORK PRODUCT UPON CLOSING OF THE COURTROOM**

Upon consideration of the *Motion for Entry of an Order Granting Relief from the Confidentiality Agreement Governing Confirmation Discovery to Permit Reference to Debtors' Work Product upon Closing of the Courtroom* (the "Motion")[2] filed by the Official Committee of Equity Security Holders (the "Equity Committee"), the Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334; this is a core proceeding pursuant to 28 U.S.C. § 157(b); venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; proper and adequate notice has been given and no other or further notice is necessary; after due deliberation and sufficient cause appearing thereof, it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is **GRANTED** as described herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Washington Mutual, Inc. (3725) and WMI Investment Corp. (5396). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Seal Motion.

{00462058;v2}

2. The Equity Committee is hereby granted relief from the Confidentiality Order and authorized to refer to the Debtors' work product during the course of the confirmation hearing upon sufficient notice to the Court to permit sealing of the courtroom prior to any reference to the Debtors' work product.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
       Dec 10, 2010

                                        THE HONORABLE MARY F. WALRATH
                                        UNITED STATES BANKRUPTCY COURT