# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) Chapter 11 |
|---|---|
| In re: | ) |
| | ) Case No. 08-12229 (MFW) |
| WASHINGTON MUTUAL, INC., *et al.*, | ) Jointly Administered |
| | ) |
| Debtors | ) Related Doc. No. 6132 |
| | ) |

## ORDER ~~APPROVING~~ *DENYING* PLAINTIFF'S
## *MOTION IN LIMINE* TO STRIKE AND PRECLUDE
## EVIDENCE OF ANALYSIS THAT WAS WITHHELD FROM
## DISCOVERY ON THE BASIS OF THE ATTORNEY-CLIENT PRIVILEGE

Upon consideration of the *Motion in Limine* to Strike and Preclude Evidence of Analysis that was Withheld from Discovery on the Basis of the Attorney-Client Privilege filed by the Consortium of Trust Preferred Security Holders (the "TPS Consortium") and any objections thereto, it is hereby ORDERED that the Motion is ~~Approved and that~~ DENIED.

(i) Settlement Proponents are precluded from offering, by way of live testimony or declaration, the information contained in:

- Paragraphs 30-32, 43, 44, 46-50, 52-80, 83-90 of the Kosturos Declaration;

- Paragraphs 16-127 and 130 of the Goulding Declaration;

- Paragraphs 20 and 26-41 of the Smith Declaration; and

- Paragraphs 11-13, 18, 20, 22 and 23 of the Simms Declaration

[Handwritten diagonal line crossing out section (i) and bullet points]

{D0192026.1}

It ~~is further ORDERED that the Mastando Declaration is stricken~~ in its entirety.

Dated: December 10, 2010
  Wilmington, Delaware

_____
The Honorable Mary F. Walrath
UNITED STATES BANKRUPTCY JUDGE