## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| WASHINGTON MUTUAL, INC. et al., | ) | CASE NO.   08-12229-MFW |
| | ) | |
| | ) | |

## NOTICE OF REQUEST FOR REMOVAL FROM
## MAILING LIST AND ELECTRONIC SERVICE LIST

Counsel for the Arapahoe County Treasurer, hereby requests to be removed from all mailing lists including the CM/ECF service list as the debt has been satisfied.

Respectfully submitted this 13th day of December, 2010.

KATHRYN L. SCHROEDER
ARAPAHOE COUNTY ATTORNEY

By: /s/ George Rosenberg
Assistant Arapahoe County Attorney
5334 S. Prince Street
Littleton, CO  80166
303.795.4639