# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Washington Mutual, Inc. |
| **Case Number:** | 08-12229-MFW  **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, DECEMBER 17, 2010 10:30 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## *Matters:*

1) Omnibus
   **R / M #:**   6,360 / 0

2) Fees
   **R / M #:**   0 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
    Items 1 through 26 - Continued
    Items 27 through 32 - Orders entered under Certifications of Counsel and CNOs
    Items 33 and 34 - Continued
    Item 35 - Stipulation due under Certification of Counsel
    Items 36 and 37 - Continued
    Item 38 - Order entered
    Item 39 - Continued
    Item 40 - Continued
    Item 41 - Revised Order due under Certification of Counsel
    Item 42 - Order entered
    Items 43 and 45 - Order entered shortening notice; Order due under Certification of Counsel
    Item 44 - Order due under Certification of Counsel
    Item 46 - Continued
    Item 47 - Order entered