UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
:
*In re* : Chapter 11
:
**WASHINGTON MUTUAL, INC., et al.,**[1] : Case No. 08-12229 (MFW)
:
: (Jointly Administered)
**Debtors.** :
: Re: Docket No. 5753
-----------------------------------------------------------x

### ORDER DENYING DANIEL HOFFMAN'S REQUEST TO UNSEAL AND POST DOCUMENTS FOR PUBLIC VIEWING

Upon consideration of Daniel Hoffman's *Request to Unseal and Post Documents for Public Viewing* [Docket No. 5753] (the "Request"), and a hearing having been held to consider the relief requested in the Request on December 17, 2010, it is hereby

ORDERED that the Request is DENIED; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: December 17, 2010
Wilmington, Delaware

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Suite 2500, Seattle, Washington 98104.

RLF1 3739176v. 1