**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>**WASHINGTON MUTUAL, INC., et al.,**<br><br>Debtors. | Chapter 11<br><br>Case No. 08-12229 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF: (1) OBJECTION
BY DENISE CASSESE, GEORGE SCOTT RUSH, RICHARD SCHROER
AND CLASS COUNSEL (CLAIM NOS. 2463, 2470, 2500, AND 2505)
TO THE SIXTH AMENDED PLAN OF REORGANIZATION;
(2) REQUEST TO BE APPOINTED A COMMITTEE FOR THE
CERTIFIED CLASS THEY REPRESENT; AND (3) REQUEST FOR
AN ESTIMATION HEARING (DOCKET NO. 6026)**

Claimants Denise Cassese, f/k/a Denise Caliguiri, George Scott Rush, Richard Schroer, on their own behalf and as certified representatives for the class certified by the United States District Court for the Eastern District of New York in *Cassese v. Washington Mut., Inc.*, No. 05 Civ. 2724 (ADS) (ARL) (the "District Court") hereby withdraw, with the consent of Debtor, Washington Mutual, Inc., and without prejudice to renew, their: (1) objection to the Sixth Amended Plan of Reorganization; (2) their request to be appointed a committee for the certified class; and (3) request for an estimation hearing [Docket No. 6026]. Claimants and the Debtor, Washington Mutual, Inc. have agreed to a settlement in principle and are finalizing the terms. Once the terms are finalized, Claimants will seek preliminary and final approval of the Settlement in the District Court and approval in this Court.

Dated: December 17, 2010  
      Wilmington, Delaware

**RIGRODSKY & LONG, P.A.**

BY: */s/ Brian D. Long*
Brian D. Long (#4347)
bdl@rigrodskylong.com
919 North Market Street, Suite 980
Wilmington, Delaware 19801
Tel: (302) 295-5310
Fax: (302) 654-7530

*Liaison Counsel for Claimants*

**LOWEY DANNENBERG COHEN & HART, P.C.**
Peter St. Phillip (admitted *pro hac vice*)
pstphillip@lowey.com
One North Broadway, Fifth Floor
White Plains, New York 10601
Tel: (914) 997-0500
Fax: (914) 997-0035

**WHALEN & TUSA, P.C.**
Joseph S. Tusa (admitted *pro hac vice*)
Joseph.tusapc@gmail.com
33 West 19th Street, Fourth Floor
New York, New York 10011
Tel: (212) 400-7100
Fax: (212) 658-9685

**TUSA P.C.**
Joseph S. Tusa (admitted *pro hac vice*)
Joseph.tusapc@gmail.com
236 East 28th Street, #3C
New York, NY 10016
Tel: (646) 895-9802

*Counsel for Claimants and Class Counsel*