## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WASHINGTON MUTUAL, INC., et al., | ) | Case No. 08-12229 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### O R D E R

**WHEREAS** the Court conducted a four-day confirmation hearing ending on December 7, 2010;

**WHEREAS** multiple objections to the Plan remain unresolved;

**WHEREAS** the Plan involves a multi-billion dollar Global Settlement Agreement between multiple parties;

**WHEREAS** Section 7.3 of the Global Settlement Agreement requires approval by December 31, 2010, unless the parties agree to extend the deadline required until January 31, 2011;

**WHEREAS** the Court will not be able to issue an opinion on the Confirmation of the Plan until after December 31, 2010; therefore in order to maintain the status quo pending decision, it is hereby

**ORDERED** this **20th** day of **December, 2010**, that the Court directs the parties to confer and advise the Court on or before December 29, 2010, whether they will agree to extend the deadline

for approval of the Global Settlement Agreement to January 31, 2011.

                                                BY THE COURT:

                                                Mary F. Walrath
                                                United States Bankruptcy Judge

cc:   Mark D. Collins, Esquire[1]

---

[1] Counsel shall serve a copy of the Order on all interested parties and file a Certificate of Service with the Court.