# MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.
ATTORNEYS AT LAW
1201 NORTH ORANGE STREET
SUITE 400
WILMINGTON, DE 19801-1155

(302) 656-8162
FACSIMILE: (302) 656-2769

WWW.MONLAW.COM

MELVYN I. MONZACK
RACHEL B. MERSKY
BRIAN J. MCLAUGHLIN
MARY ELIZABETH M. BROWDER
MICHAEL C. HOCHMAN

December 27, 2010

**VIA HAND DELIVERY**
United States Bankruptcy Court
For the District of Delaware
The Honorable Mary F. Walrath
824 N. Market Street
Wilmington, DE 19801

    Re: **Washington Mutual, Inc. (Case No. 08-12229)**
          **Debtors' Motion to Shorten Response Deadline [Docket 6421]**

Dear Judge Walrath:

    Attached is a courtesy copy of the Objection to the Debtors' Motion for an Order Shortening the Response Deadline with Respect to "Washington Mutual, Inc.'s First Request for Production of Documents Directed to Kerry Killinger" filed December 24, 2010. We have hand-delivered this objection to Chambers because we felt the Court should be apprised of our opposition to this request.

    We are available if Your Honor should have any questions or concerns.

                                            Respectfully submitted,

                                            Rachel B. Mersky
                                            For Monzack, Mersky, McLaughlin,
                                            And Browder, P.A.

RBM/sal

Encl

cc:    All parties appearing in Case No. 08-12229 via CM/ECF notification
       Travis A. McRoberts, Esquire (Via Hand Delivery)
       Brian S. Rosen, Esquire (Via Facsimile #212.310.8007)

#79634v1