# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
                       :

*In re:*                    :        **Chapter 11**

                       :

**WASHINGTON MUTUAL, INC., et al.,[1]**  :        **Case No. 08-12229 (MFW)**

                       :        **(Jointly Administered)**

           **Debtors.**        :

                       :
---------------------------------------------------x
---------------------------------------------------x
**BROADBILL INVESTMENT CORP.**   :

                       :

**Plaintiff,**           :

                       :

**v.**                  :        **Adversary Proc. No. 10-50911 (MFW)**

                       :

**WASHINGTON MUTUAL, INC.,**   :

                       :

**Defendant**          :

                       :
---------------------------------------------------x
---------------------------------------------------x
**MICHAEL WILLINGHAM and ESOPUS** :
**CREEK VALUE LP,**

                       :

**Plaintiffs,**         :

                       :

**v.**                  :        **Adversary Proc. No. 10-51297 (MFW)**

                       :

**WASHINGTON MUTUAL, INC.,**   :

                       :

**Defendant**          :
---------------------------------------------------x

---

[1]    The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

```
-----------------------------------------------------------x
WASHINGTON MUTUAL, INC. and            :
WMI INVESTMENT CORP.                   :
                                       :
       Plaintiff,                      :
                                       :
v.                                     :         Adversary Proc. No. 10-53420 (MFW)
                                       :
PETER J. AND CANDANCE R. ZAK           :
LIVING TRUST OF 2001 U/D/O             :
AUGUST 31, 2001, ET AL.                :
                                       :
       Defendant                       :
                                       :
-----------------------------------------------------------x
```

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JANUARY 6, 2011 AT 2:00 P.M. (EST)

I.     **CONTINUED AND/OR RESOLVED MATTERS:**

    1.    Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1087; filed 5/29/09]

        <u>Objection Deadline:</u> June 22, 2009 at 4:00 p.m. (EDT)

        <u>Objections/Responses Received</u>:

        A.    Schindler Family Trust's Response to Debtors' First Omnibus Objection to Claims [Docket No. 1190; filed 6/22/09]

        <u>Related Documents</u>:

        i.    Amendment to Notice of Debtors' Omnibus Objections to Claims [Docket No. 1177; filed 6/18/09]

        ii.    Notice of Submission of Copies of Proofs of Claims Relating to Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1292; filed 7/13/09]

        iii.    Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1364; filed 7/22/09]

        iv.    Notice of Withdrawal [Docket No. 1367; filed 7/22/09]

        v.    Debtors' Omnibus Reply to Responses to Debtors First through Fourth Omnibus Claims Objections [Docket No. 1368; filed 7/22/09]

RLF1 3748119v. 1

vi.     Order Granting Debtors' First Omnibus (Substantive) Objection to Claims [Docket No. 1469; filed 8/10/09]

vii.    Debtors' Omnibus Reply to Responses to Debtors' First (1st), Fifth (5th), Sixth (6th), Eighth (8th) and Ninth (9th) Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

viii.   Debtors' Reply to Response and Opposition of Schindler Family Trust to Debtors' First Omnibus Claims Objection [Docket No. 3498; filed 4/16/2010]

Status: The Court has entered an order resolving certain claims subject to this matter. The hearing on this matter is continued to a date to be determined. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit A.

2.     Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1233; filed 6/26/09]

Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.     Response to Debtors' Objection to the Claim of Andrew J. Eshenbach [Docket No. 1329; filed 7/15/09]

B.     Memorandum of Points and Authorities in Opposition to Debtor's Fifth Omnibus (Substantive) Objection to Claim [Docket No. 1331; filed 7/15/09]

C.     Response of William Finzer to Debtors' Fifth Omnibus Objection to Claims [Docket No. 1476; filed 8/12/09]

Related Documents:

i.      Notice of Submission of Copies of Proofs of Claims Relating to Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1294; filed 7/13/09]

ii.     Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

iii.    Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Objection to Claims [Docket No. 1366; filed 7/22/09]

iv.     Notice of Withdrawal [Docket No. 1367; filed 7/22/09]

v.      Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

RLF1 3748119v. 1

vi.    Order Granting Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1466; filed 8/10/09]

vii.    Debtors' Omnibus Reply to Responses to Debtors' First (1st), Fifth (5th), Sixth (6th), Eighth (8th) and Ninth (9th) Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

viii.    Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

ix.    Order (Second) Granting Debtors' Fifth Omnibus (Substantive) Objection To Claims [Docket No. 1826; filed 11/3/09]

x.    Scheduling Order with Respect to Hearing on Employee Claims [Docket No. 1924; filed 11/20/09]

Status: The Court has entered an order resolving certain claims subject to this matter. The hearing regarding the remaining claims is continued to dates to be determined. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit B.

3.    Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1234; filed 6/26/09]

Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.    Claimant Julie Morales' Response to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1300; filed 7/13/09]

B.    Objection to Debtors' Sixth Omnibus (Substantive) Objection to Claims Filed by Brian T. Foster [Docket No. 1301; filed 7/13/09]

C.    Response of Bruce Alan Weber to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1302; filed 7/13/09]

D.    Response by John S. Pereira as Chapter 11 Trustee of Maywood Capital Corp., et al. in Opposition to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1314; filed 7/15/09]

E.    Response of Jeffrey P. Weinstein to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1320; filed 7/15/09]

F.    Response to Debtors' Sixth Omnibus (Substantive) Objection to Claims Filed by Michele Susanne Grau-Iversen [Docket No. 1336; filed 7/16/09]

G.    Response of Stephen E. Whittaker to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1337; filed 7/16/09]

4

H.     Response of John H. Murphy to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1338; filed 7/16/09]

I.      Supplemental Response by John S. Pereira as Chapter 11 Trustee of MayWood Capital Corp., et al. in Opposition to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1640; 9/23/09]

Related Documents:

i.      Notice of Submission of Copies of Proofs of Claims Relating to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1295; filed 7/13/09]

ii.     Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

iii.    Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Objection to Claims [Docket No. 1366; filed 7/22/09]

iv.     Notice of Withdrawal re: Docket No. 1364 and 1365 [Docket No. 1367; filed 7/22/09]

v.      Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

vi.     Declaration of Rishi Jain in Further Support of Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1388; filed 7/27/09]

vii.    Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1467; filed 8/10/09]

viii.   Debtors' Omnibus Reply to Responses to Debtors' First (1st), Fifth (5th), Sixth (6th), Eighth (8th) and Ninth (9th) Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

ix.     Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

x.      Second Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1579; filed 9/3/09]

xi.     Third Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1827; filed 11/3/09]

xii.    Scheduling Order with Respect to Hearing on Employee Claims [Docket No. 1924; filed 11/20/09]

RLF1 3748119v. 1

xiii. Notice of Withdrawal of Proof of Claim (Claim No. 2675 filed by John S. Pereira, as Chapter 11 Trustee of Maywood Capital Corp., et al.) [Docket No. 3618; filed 4/30/2010]

xiv. Notice of Withdrawal of Debtors' Sixth Omnibus (Substantive) Objection to Claims Solely with Respect to Proof of Claim 3349 [Docket No. 6218; filed 12/2/10]

Status: The Court has entered an order resolving certain claims subject to this matter. The hearing regarding the remaining claims is continued to dates to be determined. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit C.

4.    Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1701; filed 10/7/09]

Objection Deadline: October 21, 2009 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.    Objection of JPMorgan Chase Bank, N.A. to the Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1746; filed 10/21/09]

Related Documents: None.

Status: The hearing on this matter is continued to a date to be determined.

5.    Debtor's Nineteenth Omnibus (Substantive) Objection to Claims (Litigation Claims) [Docket No. 2087; filed 1/5/2010]

Objection Deadline: January 25, 2010 at 4:00 p.m. (EST)

Objections/Responses Received:

A.    Response from Claimants Silas B. Wrigley and Barbara S. Wrigley to Debtors' Nineteenth Omnibus (Substantive) Objection to Claims (Litigation Claims) [Docket No. 2202; filed 1/22/2010]

B.    Bert and Linda Barbers' Response to Objection to Claims [Docket No. 2204; filed 1/22/2010]

C.    Response of Lisa Costantino, Executor of the Estate of Elaine DiNaples, to Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [Docket No. 2211; filed 1/25/2010]

6

D.     Response and Opposition to Debtors' Nineteenth Omnibus (Substantive) Objection to Claim No. 568 Filed by Richard J. McCord, Esq., Chapter 7 Trustee of the Estate of Yandoli Foods, Inc. [Docket No. 2216; filed 1/25/2010]

E.     Response to Debtors Nineteenth Omnibus (Substantive) Objection to Claims filed by Law Offices of Charles Nathan Regarding Claimant Melissa Gonell [Docket No. 2217; filed 1/25/2010]

F.     Claimant's Response to Debtors Nineteenth Omnibus (Substantive) Objection to Claims filed by Ernest J. Ciccotelli [Docket No. 2218; filed 1/25/2010]

Related Documents:

i.     Notice of Submission of Copies of Proofs of Claims (Substantive) Relating to Debtors' Nineteenth Omnibus Objection to Claims [Docket No. 2147; filed 1/14/2010]

ii.    Debtor's Omnibus Reply to Responses to Debtors Nineteenth (19th) Omnibus (Substantive) Objection to Claims (Wrong Party Litigation Claims) [Docket No. 2308; filed 2/2/2010]

iii.   Order Granting Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [Docket No. 2321; filed 2/5/2010]

iv.    Corrected Order Granting Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [Docket No. 2494; filed 3/11/2010]

v.     Debtors' Second Omnibus Reply to Responses to Debtors' Nineteenth (19th) Omnibus (Substantive) Objection to Claims (Wrong Party Litigation Claims) [Docket No. 3444; filed 4/15/2010]

vi.    Motion to Adjourn Hearing on Claim Objection or for Expedited Consideration of the Motion of Silas B. Wrigley and Barbara Wrigley for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to Proceed with Her Action Against Debtor Washington Mutual, Inc. Pending in the Superior Court for Butte County, California [Docket No. 3526; filed 4/16/2010]

vii.   Notice of Withdrawal of Docket No. 3526 [Docket No. 3538; filed 4/19/2010]

viii.  Request for A Status and Scheduling Conference [Docket No. 4927; filed 7/8/10]

Status: The Court has entered an order resolving certain claims subject to this matter. The hearing regarding the remaining claims is continued to a date to be

determined. The individual status of each remaining claim subject to this matter is listed on the attached <u>Exhibit D</u>.

6. Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [Docket No. 2310; filed 2/2/10]

   <u>Objection Deadline</u>: February 16, 2010 at 4:00 p.m. (EST)

   <u>Objections/Responses Received</u>:

   A. Response by Wellborn Cabinet Inc. to Objection to Claim [Docket No. 2365; filed 2/16/10]

   B. Response to Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Filed by Hovanes John and Linda Reed Bekeredjian [Docket No. 2391; filed 2/16/10]

   <u>Related Documents</u>:

   i. Notice of Submission of Copies of Proofs of Claim (Substantive) Relating to Debtors' Twenty-First Omnibus Objection to Claims [Docket No. 2382; filed 2/18/10]

   ii. Order Granting Debtors' Twenty-First Omnibus (Substantive) Objection to Claims [Docket No. 2458; filed 3/4/10]

   iii. Debtors' Omnibus Reply to Responses to Debtors' Twenty-First (21st) Omnibus (Substantive) Objection to Claims (Wrong Party Litigation Claims) [Docket No. 3445; filed 4/15/10]

   iv. Certification of Counsel Regarding Stipulation and Agreement Between Washington Mutual, Inc. and Oracle USA, Inc. Reducing and Allowing Proof of Claim Number 3127 [Docket No. 4794; filed 6/23/10]

   v. Order Approving Stipulation and Agreement Between Washington Mutual, Inc. and Oracle USA, Inc. Reducing and Allowing Proof of Claim Number 3127 [Docket No. 6305; filed 12/10/10]

   <u>Status</u>: The Court has entered an order resolving certain claims subject to this matter. The hearing on this matter is continued to a date to be determined with respect to the other two remaining claims. The individual status of each remaining claim subject to this matter is listed on the attached <u>Exhibit E</u>.

7. Debtor's Twenty-Third Omnibus (Substantive) Objection to Claims (Claim Nos. 2463, 2470, 2500, and 2505) [Docket No. 2443; filed 3/1/10]

   <u>Objection Deadline</u>: March 15, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.     Response of Denise Cassese, George Rush, Richard Schroer and Whalen & Tusa, P.C., Individually and as Representatives for the Certified Class, to Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims (Claim Nos. 2463, 2470, 2500, and 2505) [Docket No. 3051; filed 4/5/10]

B.     (Amended) Response of Denise Cassese, George Rush, Richard Schroer and Whalen & Tusa, P.C., Individually and as Representatives for the Certified Class, to Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims (Claim Nos. 2463, 2470, 2500, and 2505) [Docket No. 3060; filed 4/6/10]

Related Documents:

i.     Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims [Docket No. 3079; filed 4/7/10]

Status: The hearing on this matter is adjourned until such time as the District Court for the Eastern District of New York determines the Debtors' liability, if any. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit F.

8.     Objection of Proof of Claim 2692 Filed by Robert Alexander and James Reed, Individually and on Behalf of Others Similarly-Situated [Docket No. 2528; filed 3/15/2010]

Objection Deadline:     March 29, 2010 at 4:00 p.m. (EDT);
                        extended to April 30, 2010; Reply due November 18, 2010

Objections/Responses Received:

A.     Response of Claimants to the Debtors' Objection to Proof of Claim 2692 filed by Robert Alexander and James, Individually and on Behalf of Others Similarly Situated [Docket No. 3603; filed 4/30/10]

B.     Reply to Response of Claimants to Objection to Proof of Claim 2692 Filed by Robert Alexander and James Reed, Individually and on Behalf of Other Similarly-Situated [Docket No. 5973; filed 11/18/10]

C.     Response in Further Support of Proof of Claim Number 2692 Filed by Robert Alexander and James Reed, Individually and on Behalf of Others Similarly Situated [Docket No. 6048; filed 11/22/10]

Related Documents: None.

Status: The status conference regarding this matter is continued to the omnibus hearing scheduled for January 20, 2011 at 2:00 p.m. (EST).

RLF1 3748119v. 1

9. Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Filed by Morgan Stanley & Co., Inc., Goldman, Sachs & Co., and Credit Suisse Securities (USA) LLC (Claim Nos. 2584, 2909 and 3794) Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 2574; filed 3/19/10]

Objection Deadline: April 5, 2010 at 4:00 p.m. (EDT); extended to April 9, 2010; Debtors' reply extended to May 14, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Response to Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Filed by Morgan Stanley & Co., Inc., Goldman, Sachs & Co., and Credit Suisse Securities (USA) LLC Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 3164; filed 4/9/10]

B. Declaration of Jonathan C. Dickey in Support of Response to Debtors' Twenty-Ninth Omnibus Objection (Substantive) Objection to Claims Filed by Morgan Stanley & Co., Inc., Goldman, Sachs & Co., and Credit Suisse Securities (USA) LLC Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 3165; filed 4/9/10]

Related Documents:

i. Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Filed by Morgan Stanley & Co., Inc., Goldman, Sachs & Co., and Credit Suisse Securities (USA) LLC (Claim Nos. 2584, 2909 and 3794) Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 3084; filed 4/7/10]

ii. Order Approving Stipulation Between Claimant Morgan Stanley & Co., Inc., and the Debtors Reinstating Proof of Claim No. 2569 and Subjecting Such Claim to the Debtors' Twenty-Ninth Omnibus Objection to Claims [Docket No. 3700; filed 5/12/10]

iii. Debtors' Reply to Claimants' Response to Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Filed by Morgan Stanley & Co., Inc., Goldman, Sachs & Co., and Credit Suisse Securities (USA) LLC Pursuant to Section 510(b) of the Bankruptcy Code [Docket No. 3737; filed 5/14/10]

Status: As stated on the record at the December 17, 2010, the Debtors have reached an agreement in principal resolving this matter. The Debtors are currently negotiating a stipulation documenting this agreement and anticipate filing a certification of counsel in connection therewith. Accordingly, this matter is continued to the omnibus hearing scheduled for January 20, 2011 at 2:00 p.m. (EST) while the parties finish documenting that resolution. The

individual status of each remaining claim subject to this matter is listed on the attached Exhibit G.

10.  Debtors' Objection to Proof of Claim filed by the Oregon Department of Revenue (Claim No. 3693) [Docket No. 3196; filed 4/14/10]

Objection Deadline: April 29, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.  Response of the Oregon Department Of Revenue to Debtors' Objection to Proof of Claim No. 3693 [Docket No. 3599; filed 4/29/10]

B.  Amended Response of the Oregon Department Of Revenue to Debtors' Objection to Proof of Claim No. 3693 [Docket No. 3600; filed by 4/29/10]

Related Documents: None.

Status: The hearing on this matter is continued to a date to be determined.

11.  Motion of Silas B. Wrigley and Barbara Wrigley for Relief from the Automatic Stay Pursuant to 11 U.S.C. Section 362(d) to Proceed with Her Action Against Debtor Washington Mutual, Inc. Pending in the Superior Court for Butte County, California [Docket No. 3216; filed 4/13/2010]

Objection Deadline:   April 22, 2010 at 4:00 p.m. (EDT); extended to July 15, 2010

Objections/Responses Received:

A.  Debtor's Objection to Motion of Silas B. Wrigley and Barbara Wrigley for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to Proceed with Her Action Against the Debtor Washington Mutual, Inc. Pending in the Superior Court for Butte County, California [Docket No. 5073; filed 7/15/10]

Related Documents:

i.  Request for A Status and Scheduling Conference [Docket No. 4927; filed 7/8/10]

Status: The hearing on this matter is continued to a date to be determined.

12.  Debtors' Objection to Proof of Claim Filed by The State of Maine Bureau of Revenue Services (Claim No. 3130) [Docket No. 3596; filed 4/28/10]

Objection Deadline: May 17, 2010 at 4:00 p.m. (EDT)

RLF1 3748119v. 1

A.     Response of the State of Maine Bureau of Revenue Services to Debtors' Objection to Claim Number 3130 [Docket No. 3755; filed 5/17/10]

Related Documents: None.

Status: The hearing on this matter is continued to a date to be determined.

13.    Motion of the Washington Mutual, Inc. Noteholders Group for an Order Under 11 U.S.C. § 1112(b) Converting the Debtors' Cases to Chapter 7 or, in the Alternative, for an Order Under 11 U.S.C. § 1104(a) Appointing a Trustee to Administer the Debtors' Estates [Docket No. 3651; filed 5/4/10]

Objection Deadline:     May 27, 2010 at 4:00 p.m. (EDT); Extended for the Debtors, the Official Committee of Unsecured Creditors, and Wells Fargo Bank, N.A. to a date to be determined

Objections/Responses Received:

A.     Objection To Motion to Convert Case to a Chapter 7 or for the alternative, To Appoint a Trustee to Administer the Debtor's Estate Filed by Richard J. Vandehey [Docket No. 4072; filed 5/21/10]

B.     Response To Motion to Convert Chapter 11 Case to a Case Under Chapter 7 Filed by Chris Stovic [Docket No. 4274; filed 5/20/10]

C.     Bank Bondholders' Joinder in Motion of the Washington Mutual, Inc. Noteholders Group for an Order Under 11 U.S.C. § 1112(b), Converting These Chapter 11 Cases to Chapter 7, or, in the Alternative, for an Order Under 11 U.S.C. § 1104(a) Appointing a Trustee to Administer the Debtors' Estates [Docket No. 4395; filed 5/27/10]

D.     Response of the Official Committee of Equity Security Holders to the Motion of the Washington Mutual, Inc. Noteholders Group for an Order Under 11 U.S.C. § 1112(b) Converting the Debtors' Cases to Chapter 7 or, in the Alternative, for an Order Under 11 U.S.C. § 1104(a) Appointing a Trustee to Administer the Debtors' Estates [Docket No. 4396; filed 5/27/10]

E.     Response to Motion to Convert the Debtors' Cases to Chapter 7 Filed by Marilyn Howard [Docket No. 4411; filed 5/27/10]

Related Documents: None.

Status: The hearing regarding this matter is continued to the omnibus hearing scheduled for January 20, 2011 at 2:00 p.m. (EST).

14. Debtors' Amended Thirty-Second Omnibus (Substantive) Objection to Claims (Claim Nos. 3812, 2689, 3174, 3179, 3187) [Docket No. 3801; filed 5/18/10]

   Objection Deadline: May 24, 2010 at 4:00 p.m. (EDT), extended to June 4, 2010 at 4:00 p.m. (EDT)

   Objections/Responses Received:

   A. Informal response received from JPMorgan.

   Related Documents:

   i. Debtors' Thirty-Second Omnibus (Substantive) Objection to Claims (Claim Nos. 3515, 2689, 3174, 3179, 3187) [Docket No. 3667; filed 5/5/10]

   ii. Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Thirty-Second Omnibus (Substantive) Objection to Claim Numbers 3515, 2689, 3174, 3179, 3187 [Docket No. 4621; filed 6/4/10]

   iii. Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Amended Thirty-Second Omnibus (Substantive) Objection to Claim Numbers 3515, 2689, 3174, 3179, 3187 [Docket No. 4622; filed 6/4/10]

   iv. Order Resolving Debtors' Amended Thirty-Second Omnibus (Substantive) Objection to Claims [Docket No. 6068; filed 11/23/10]

   Status: The Court has entered an order resolving certain claims subject to this matter. The hearing regarding the remaining claims is continued to the omnibus hearing scheduled for January 20, 2011 at 2:00 p.m. (EST). The individual status of each remaining claim subject to this matter is listed on the attached Exhibit H.

15. Motion of the Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of JPMorgan Chase [Docket No. 4301; filed 5/25/10]

   Objection Deadline: June 2, 2010 at 4:00 p.m. (EDT) (proposed)

   Objections/Responses Received:

   A. JPMorgan Chase Bank, N.A.'s Response to the Motion to Shorten Notice and Schedule Hearing on the Motion of the Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of JPMorgan Chase [Docket No. 4309; filed 5/25/10]

   B. JPMorgan Chase Bank, N.A.'s Objection to Motion of the Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy

Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of JPMorgan Chase [Docket No. 4475; filed 6/2/10]

C.     Debtors' Objection to the Motions of the Official Committee of Equity Security Holders for Directing the Examination of (I) JPMorgan Chase and (II) the FDIC and Third Parties [Docket No. 4476; filed 6/2/10]

D.     Supplemental Response of JPMorgan Chase Bank, N.A. to the Equity Committee's Motion for a New Rule 2004 Investigation; (ii) Opposition to Motion of Consortium of Trust Preferred Security Holders to Compel JPMorgan Chase to Produce Documents; and (iii) Motion of JPMorgan Chase Bank, N.A. for Entry of a Protective Order with Respect to Plan Objectors' Requests for Discovery [Docket No. 4739; filed 6/16/10]

E.     The Official Committee of Equity Security Holders' Omnibus Response in Further Support of Orders Authorizing Discovery from the Debtors, JPMorgan Chase and the FDIC [Docket No. 4872; filed 7/6/10]

F.     Omnibus Reply of JPMorgan Chase Bank, N.A. in Further Support of Its Motion for Entry of a Protective Order with Respect to Plan Objectors' Requests for Discovery [Docket No. 4879; filed 7/6/10]

G.     Supplemental Declaration of Brian D. Glueckstein [Docket No. 4881; filed 7/6/10]

Related Documents:

i.     Motion to Shorten Notice and Schedule Hearing on the Motion of the Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of JPMorgan Chase [Docket No. 4302; filed 5/25/10]

ii.    Order Shortening Notice and Scheduling Hearing on the Motion of the Official Committee of Equity Security Holders for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Directing the Examination of JPMorgan Chase [Docket No. 4449; filed 6/2/10]

iii.   Notice of Hearing [Docket No. 4450; filed 6/2/10]

Status: The hearing regarding this matter is continued to a date to be determined.

16.    Debtors' Forty-Third Omnibus (Substantive) Objection to Claims [Docket No. 4749; filed 6/16/10]

Objection Deadline: July 6, 2010 at 4:00 p.m. (EDT)

14

Objections/Responses Received:

A.  Objection to Debtors Forty Third Omnibus (Substantive) Objection to Claims Filed by Thomas E. Menake [Docket No. 4814; filed 6/28/10]

B.  Objection to Debtors Forty Third Omnibus (Substantive) Objection to Claims Filed by Thomas E. Menake [Docket No. 4815; filed 6/28/10]

C.  Response of Yaw M. Mensah, Dime LTW Claimant #95, to Notice of Debtors' Forty-Third Omnibus (Substantive) Objection to Claims [Docket No. 4842; filed 6/29/10]

D.  Response to Debtors' Forty-Third Omnibus (Substantive) Objection to Claims Filed by Joseph T. Kelm [Docket No. 4859; filed 7/2/10]

E.  Response to Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Mary C. McAndrews [Docket No. 4860; filed 7/2/10]

F.  Response to Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Alan Laties [Docket No. 4861; filed 7/2/10]

G.  Response to Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Alphonso Meo, Jr. [Docket No. 4862; filed 7/2/10]

H.  Objection to Debtors Forty Third Omnibus (Substantive) Objection to Claims Filed by Lawrence Grech [Docket No. 4865; filed 7/2/10]

I.  Response to Debtors' Forty-Third and Forty-Fourth Omnibus Objections to Claims Filed by Nantahala Capital Partners, LP and Blackwell Capital Partners, LLC [Docket No. 4874; filed 7/6/10]

J.  Response to Debtor's Forty-Third Omnibus (Substantive) Objection to Claims, as Related to Claim Number 2919 Filed by Brad Christensen [Docket No. 4880; filed 7/6/10]

K.  Response and Opposition to the Debtors Forty-Third Omnibus (Substantive) Objection to Claims Filed by Edward Mintz [Docket No. 4882; filed 7/6/10]

L.  Response to Debtor's Forty-Third Omnibus (Substantive) Objection to Claims Filed by American National Bank, as Agent [Docket No. 4883; filed 7/6/10]

M.  Broadbill Investment Corp's Preliminary Response to Debtors' Forty-Third and Forty-Fourth Omnibus Objections to Claims [Docket No. 4892; filed 7/7/10]

RLF1 3748119v. 1

N.  Objection to the Debtors Forty Third Omnibus (Substantive) Objections to Claims Filed by Joseph & Sheila, Lisa Molloy and as Guardian for Connor Molloy [Docket No. 4894; filed 7/7/10]

O.  Response to Debtor's Forty-Third Omnibus (Substantive) Objection to Claims Filed by Douglas A. Rivalsi [Docket No. 4896; filed 7/7/10]

P.  Objections to the Debtors Forty-Third Omnibus (Substantive) Objection to Claims Filed by William S. Coverley [Docket No. 4897; filed 7/7/10]

Q.  Objection to the Debtors Forty Third Omnibus (Substantive) Objection to Claims Filed by Amy Rivers and Ray Rivers [Docket No. 5021; filed 7/14/10]

R.  Response to Debtors' Forty-Third and Forty-Fourth Omnibus Objection to Claims Filed by J. Philip Max [Docket No. 5023; filed 7/12/10]

Related Documents:

i.  Notice of Submission of Copies of Proofs of Claim Relating to Debtor's Forty-Third Omnibus (Substantive) Objection to Claims [Docket No. 4877; filed 7/6/10]

ii.  Notice of Adjournment of Hearing on Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objections to Claims [Docket No. 4910; filed 7/7/10]

iii.  Notice of Adjournment *Sine Die* of Hearing on Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objections to Claims [Docket No. 5321; filed 8/20/10]

Status:  The hearing regarding this matter is continued to a date to be determined. The individual status of each claim subject to this matter is listed on the attached Exhibit I.

17.  Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims [Docket No. 4750; filed 6/16/10]

Objection Deadline:  July 6, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.  Objections to the Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Gopal D. Surti [Docket No. 4833; filed 7/1/10]

B.  Objections to the Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Kanubhai D. Surti [Docket No. 4834; filed 7/1/10]

C. Objections to the Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Bhupendra D. Surti [Docket No. 4835; filed 7/1/10]

D. Response to Debtors' Forty-Third Omnibus (Substantive) Objection to Claims Filed by Joseph T. Kelm [Docket No. 4859; filed 7/2/10]

E. Response to Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Mary C. McAndrews [Docket No. 4860; filed 7/2/10]

F. Response to Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by [Docket No. 4861; filed 7/2/10]

G. Response to Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Alphonso Meo, Jr. [Docket No. 4862; filed 7/2/10]

H. Response to Debtors' Forty-Third and Forty-Fourth Omnibus Objections to Claims Filed by Nantahala Capital Partners, LP and Blackwell Capital Partners, LLC [Docket No. 4874; filed 7/6/10]

I. Response to Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Eric S. Tower [Docket No. 4887; filed 7/6/10]

J. Broadbill Investment Corp's Preliminary Response to Debtors' Forty-Third and Forty-Fourth Omnibus Objections to Claims [Docket No. 4892; filed 7/7/10]

K. Response to Debtor's Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Greene Associates [Docket No. 4898; filed 7/7/10]

L. Response to Debtors' Forty-Fourth Omnibus (Substance) Objection to Claims Filed by Mark A. Goldstein [Docket No. 4899; filed 7/7/10]

M. Response to Debtors' Forty-Fourth Omnibus (Substance) Objection to Claims Filed by Gerson E. Greene [Docket No. 4900; filed 7/7/10]

N. Response to Debtors' Forty-Fourth Omnibus (Substance) Objection to Claims Filed by Edna H. Greene [Docket No. 4901; filed 7/7/10]

O. Response to Debtors' Forty-Fourth Omnibus (Substance) Objection to Claims Filed by Carol A. Martin [Docket No. 4998; filed 7/9/10]

P. Response to Debtors' Forty-Third and Forty-Fourth Omnibus Objection to Claims Filed by J. Philip Max [Docket No. 5023; filed 7/12/10]

RLF1 3748119v. 1

Related Documents:

i.     Notice of Submission of Copies of Proofs of Claim Relating to Debtor's Forty-Fourth Omnibus (Substantive) Objection to Claims [Docket No. 4878; filed 7/6/10]

ii.    Notice of Adjournment of Hearing on Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objections to Claims [Docket No. 4910; filed 7/7/10]

iii.   Debtors' Motion for an Order, Pursuant to Bankruptcy Rule 7042 and Section 105(A) of the Bankruptcy Code, (I) Consolidating the Debtors' Forty-Third and Forty-Fourth Omnibus Objections with Adversary Proceeding Commenced by Broadbill Investment Corp., and (II) Staying the Adversary Proceeding [Docket No. 4804; filed 6/24/10; Adversary Docket No. 23; filed 6/24/10]

iv.    Notice of Rescheduled Omnibus Hearing Time for July 20, 2010 [Docket No. 4983; filed 7/12/10]

v.     Notice of Adjournment *Sine Die* of Hearing on Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objections to Claims [Docket No. 5321; filed 8/20/10]

Status: The hearing on this matter is continued to a date to be determined. The individual status of each claim subject to this matter is listed on the attached Exhibit J.

18.  Debtors' Forty-Eighth Omnibus (Substantive) Objection to Claims [Docket No. 5457; filed 9/22/10]

Objection Deadline:   October 15, 2010 at 4:00 p.m. (EDT);
Extended to November 16, 2010 for
Safeharbor Technology Corp.

Objections/Responses Received:

A.     Informal response received from AFNI/Verizon East

Related Documents:

i.     Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Forty-Eighth Omnibus (Substantive) Objection to Claims [Docket No. 5572; filed 10/8/10]

ii.    Order Granting Debtor's Forty-Eighth Omnibus (Substantive) Objection to Claims [Docket No. 5652; filed 10/21/10]

iii.   Order Granting Debtors' Forty-Eighth Omnibus (Substantive) Objection to Claims [Docket No. 6070; filed 11/23/10]

iv.   Third Order Granting Debtors' Forty-Eighth Omnibus (Substantive) Objection to Claims [Docket No. 6385; filed 12/21/10]

Status: The Court has entered orders resolving certain claims subject to this matter. On December 21, 2010, the Court entered an order with respect to the remaining claim. Accordingly, no hearing regarding this matter is necessary.

19.   Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims [Docket No. 5681; filed 10/22/10]

Objection Deadline:  November 8, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

Related Documents:

i.   Notice of Submission of Proofs of Claim Relating to Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims [Docket No. 5814; filed 11/9/10]

ii.   Order Granting Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims [Docket No. 6245; filed 12/6/10]

iii.   Supplemental Order Granting Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims [Docket No. 6366; filed 12/17/10]

iv.   Notice of Withdrawal of Proofs of Claim [Docket No. 6397; filed 12/22/10]

Status: The Court has entered an order resolving certain claims subject to this matter. On December 22, 2010, a notice of withdrawal was filed regarding the remaining claim. Accordingly, no hearing regarding this matter is necessary.

20.   Motion of Robert Alexander and James Lee Reed for Relief from Automatic Stay to Continue Pre-Petition Class Action Against Washington Mutual, Inc. [Docket No. 5948; filed 11/16/10]

Objection Deadline:  December 3, 2010 at 4:00 p.m. (EST)

Objections/Responses Received:  None.

Related Documents:  None.

Status: The status conference regarding this matter is continued to the omnibus hearing scheduled for January 20, 2011 at 2:00 p.m. (EST).

21.   Debtors' Sixtieth Omnibus (Substantive) Objection to Claims (Claim Nos. 2108, 2240, 2241, 2246, 2247, 2248, 2604, 2606, 2629, 2631, 2633, 2634, 2635, 2636, 2637, and 3242) [Docket No. 5970; 11/17/10]

Objection Deadline   December 6, 2010 at 4:00 p.m. (EST)

Objections/Responses Received:

A.  Former Outside Directors' Opposition to Debtor's Sixtieth Omnibus (Substantive) Objection to Claims [Docket No. 6252; filed 12/6/10]

B.  Objection of Stephen J. Rotella to (I) Debtors' Sixtieth Omnibus (Substantive) Objection to Claims (Claim Nos. 2108, 2240, 2241, 2246, 2247, 2248, 2604, 2606, 2629, 2631, 2633, 2634, 2635, 2636, 2637, and 3242), and (II) Debtors' Motion to Estimate Maximum Amount of Certain Claims for Purposes of Establishing Reserves Under the Debtors' Confirmed Chapter 11 Plan [Docket No. 6256; filed 12/6/10]

C.  Objection of Deanna W. Oppenheimer to (I) Debtors' Sixtieth Omnibus (Substantive) Objection to Claims (Claim Nos. 2108, 2240, 2241, 2246, 2247, 2248, 2604, 2606, 2629, 2631, 2633, 2634, 2635, 2636, 2637, and 3242), and (II) Debtors' Motion to Estimate Maximum Amount of Certain Claims for Purposes of Establishing Reserves Under the Debtors' Confirmed Chapter 11 Plan [Docket No. 6306; filed 12/10/10]

D.  Debtors' Omnibus Reply to Responses to Debtors Sixtieth Omnibus (Substantive) Objection to Claims (Claim Nos. 2108, 2240, 2241, 2246, 2247, 2248, 2604, 2606, 2629, 2631, 2633, 2634, 2635, 2636, 2637, and 3242) [Docket No. 6334; filed 12/13/10]

Related Documents:

i.  Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Sixtieth Omnibus (Substantive) Objection to Claims (Claim Nos. 2108, 2240, 2241, 2246, 2247, 2248, 2604, 2606, 2629, 2631, 2633, 2634, 2635, 2636, 2637, and 3242) [Docket No. 6247; filed 12/6/10]

ii.  Request Pursuant to Local Rule 3007-1(h) by Kerry Killinger and Similarly Situated Former Officers and Directors for Continuance of Hearing on Motion to Estimate Claims and Sixtieth Omnibus Objection to Claims [Docket No. 6346; filed 12/15/10]

iii.  Order Granting Request Pursuant to Local Rule 3007-1(h) by Kerry Killinger and Similarly Situated Former Officers and Directors for Continuance of Hearing on Motion to Estimate Claims and Sixtieth Omnibus Objection to Claims [Docket No. 6352; filed 12/15/10]

Status: The hearing regarding this matter is continued to the omnibus hearing scheduled for January 20, 2011 at 2:00 p.m. (EST). The individual status of each remaining claim subject to this matter is listed on the attached Exhibit O.

RLF1 3748119v. 1

22. Emergency Motion to Strike Exhibit O to the Shiffman Declaration and Replace It with the Final Golden State Warrant Agreement [Docket No. 6302; filed 12/10/10; Adversary Docket No. 122; filed 12/10/10]

Objections/Responses Received:

A. Defendant's Response to Plaintiff's Emergency Motion to Strike Exhibit O to the Shiffman Declaration and Replace It with the Final Golden State Warrant Agreement [Docket No. 6329; filed 12/13/10; Adversary Docket No. 127; filed 12/13/10]

B. Sonterra Capital's Joinder in Support of Broadbill's Emergency Motion to Strike Exhibit O to the Shiffman Declaration and Replace It with the Final Golden State Warrant Agreement [Docket No. 6340; filed 12/14/10; Adversary Docket No. 128; filed 12/14/10]

Related Documents:

i. Order on Motion to Shorten Notice Regarding Class Plaintiffs' Emergency Motion to Strike Exhibit O to the Shiffman Declaration and Replace It with the Final Golden State Warrant Agreement [Adversary Docket No. 131; filed 12/17/10]

ii. Order Granting Emergency Motion to Strike Exhibit O to the Shiffman Declaration and Replace it with the Final Golden State Warrant Agreement [Docket No. 6448; filed 12/28/10; Adversary Docket No. 138; filed 12/28/10]]

Status: On December 28, 2010, the Court entered an order with respect to this matter. Accordingly, no hearing regarding this matter is necessary.

23. Michael Willingham Esopus Creek Value, LP v. Washington Mutual, Inc. et al. (Adv. Pro. No. 10-51297)

A. The Official Committee of Equity Security Holders' Motion for Summary Judgment, or in the Alternative, for Relief from the Automatic Stay (Adversary Pro. No. 10-50731) [Adversary Docket No. 3; filed 3/11/2010]

Related Documents:

i. Memorandum of Law of the Official Committee of Equity Security Holders in Support of Its Motion for Summary Judgment, or in the Alternative, for Relief from the Automatic Stay (Adversary Pro. No. 10-50731) [Adversary Docket No. 4; filed 3/11/2010]

ii. Black Horse Capital Management LLC's Response in Support of the Equity Committee's Motion for Summary Judgment, or in the Alternative, for Relief from the Automatic Stay [Docket No. 2738; filed 3/30/2010]

iii.     Joinder to the Official Committee of Equity Holders' Motion for Summary Judgment or in the Alternative, for Relief from the Automatic Stay (Adversary Pro. No. 10-50731) [Adversary Docket No. 7; filed 4/7/2010]

iv.     Opposition of Defendant Washington Mutual, Inc. to Plaintiff's Motion for Summary Judgment, or in the Alternative, for Relief from the Automatic Stay (Adversary Pro. No. 10-50731) [Adversary Docket No. 9; filed 4/7/2010]

v.      Order Approving Stipulation to Extend Time for Summary Judgment Briefing and Otherwise Responding to Adversary Complaint (Adversary Pro. No. 10-50731) [Adversary Docket No. 10; filed 4/7/2010]

vi.     Declaration of Brian S. Rosen in Support of Opposition to Motion for Summary Judgment (Adversary Pro. No. 10-50731) [Adversary Docket No. 11; filed 4/7/2010]

vii.    Reply of the Plaintiff Official Committee of Equity Security Holders to Opposition of Defendant Washington Mutual, Inc. to Plaintiff's Motion for Summary Judgment, or in the Alternative, for Relief from the Automatic stay (Adversary Pro. No. 10-50731) [Docket No. 15; filed 4/18/2010]

viii.   Order Regarding The Official Committee of Equity Security Holders' Motion for Summary Judgment, or In the Alternative, for Relief from the Automatic Stay (Adversary Pro. No. 10-50731) [Adversary Docket No. 20; filed 4/26/2010]

ix.     Application of the Official Committee of Equity Security Holders for Oral Argument (Adversary Pro. No. 10-50731) [Adversary Docket No. 27; filed 5/20/10]

x.      Notice of Completion of Briefing (Adversary Pro. No. 10-50731) [Adversary Docket No. 28; filed 5/20/2010]

xi.     Defendant Washington Mutual, Inc.'s Response to the Official Committee of Equity Security Holders' Request for Oral Argument (Adversary Pro. No. 10-50731) [Adversary Docket No. 29; filed 6/4/2010]

xii.    Notice of Entry of Order by United States Bankruptcy Court for the Western District of Washington Transferring Shareholder Action to United States Bankruptcy Court for the District of Delaware and Request for Hearing (Adversary Pro. No. 10-50731) [Adversary Docket No. 41; filed 6/24/2010]

xiii.   Defendant Washington Mutual, Inc.'s Response to the Official Committee of Equity Security Holders' Request for Hearing (Adversary Pro. No. 10-50731) [Adversary Docket No. 43; filed 7/7/10]

xiv.    Order Granting the Motion of the Official Committee of Equity Security Holders for Order (I) Granting Intervention, and (II) Consolidating Adversary

Proceedings (Adv. No. 10-50731) [Adversary Docket No. 58; filed 8/23/10] and (Adv. No. 10-51297) [Adversary Docket No. 13; filed 8/23/10]

xv.    Plaintiffs Official Committee of Equity Security Holders Statement on Status of the Adversary Proceedings, Request for Hearing on Pending Motions, and Close of Discovery (Adv. No. 10-51297) [Adversary Docket No. 14; filed 9/2/10]

xvi.    Defendant Washington Mutual, Inc.'s Response to the Official Committee of Equity Security Holders' Statement on Status of the Adversary Proceedings, Request for Hearing on Pending Motions, and Close of Discovery (Adv. No. 10-51297) [Adversary Docket No. 16; filed 9/7/10]

xvii.    Letter Regarding Allowance of Shareholders Meeting Filed by Emanuel Jason Levy (Adv. No. 10-51297) [Adversary Docket No. 33; filed 10/29/10]

xviii.    Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Jeff and Trina Estepp (Adv. No. 10-51297) [Adversary Docket No. 34; filed 11/1/10]

xix.    Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Terrance Huff (Adv. No. 10-51297) [Adversary Docket No. 35; filed 11/1/10]

xx.    Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Jake K. Barrett and Bruce M Barrett (Adv. No. 10-51297) [Adversary Docket No. 36; filed 11/1/10]

xxi.    Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Gregory R. Byrd (Adv. No. 10-51297) [Adversary Docket No. 37; filed 11/1/10]

xxii.    Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by David Shutvet (Adv. No. 10-51297) [Adversary Docket No. 38; filed 11/3/10]

xxiii.    Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Raquel Bornacelli (Adv. No. 10-51297) [Adversary Docket No. 39; filed 11/1/10]

xxiv.    Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Mark O'Brien (Adv. No. 10-51297) [Adversary Docket No. 40; filed 11/1/10]

xxv.    Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Dolores Scobey (Adv. No. 10-51297) [Adversary Docket No. 41; filed 11/1/10]

RLF1 3748119v. 1

xxvi. Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Jake K. Barrett (Adv. No. 10-51297) [Adversary Docket No. 42; filed 11/1/10]

xxvii. Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Kurt A. Zeller (Adv. No. 10-51297) [Adversary Docket No. 43; filed 11/1/10]

xxviii. Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Dominic LoBrutto (Adv. No. 10-51297) [Adversary Docket No. 44; filed 11/1/10]

xxix. Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Donna A. Woodburn (Adv. No. 10-51297) [Adversary Docket No. 45; filed 11/1/10]

xxx. Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Bernd Luers (Adv. No. 10-51297) [Adversary Docket No. 46; filed 11/1/10]

xxxi. Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Michele M. Wright (Adv. No. 10-51297) [Adversary Docket No. 47; filed 11/2/10]

xxxii. Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Joseph E. McCluskey (Adv. No. 10-51297) [Adversary Docket No. 48; filed 11/2/10]

xxxiii. Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Cameron Lapp (Adv. No. 10-51297) [Adversary Docket No. 49; filed 11/2/10]

xxxiv. Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Peter Kirkham (Adv. No. 10-51297) [Adversary Docket No. 50; filed 11/2/10]

Status: The hearing regarding this matter and the related Motion for Order to Compel Shareholder Meeting originally filed in the Western District of Washington are being continued to a date to be determined.

24. Broadbill Investment Corp., Nantahala Capital Partners, LP, and Blackwell Capital Partners, LLC v. Washington Mutual, Inc. (Adversary Proceeding No. 10-50911)

A. Emergency Motion to Strike Exhibit O to the Shiffman Declaration and Replace It with the Final Golden State Warrant Agreement [Adversary Docket No. 122; filed 12/10/10; Docket No. 6302; filed 12/10/10]

B. Sonterra Capital's Joinder in Support of Broadbill's Emergency Motion to Strike Exhibit O to the Shiffman Declaration and Replace It with the Final

Golden State Warrant Agreement [Docket No. 6340; filed 12/14/10; Adversary Docket No. 128; filed 12/14/10]

Objections/Responses Received:

A.    Defendant's Response to Plaintiff's Emergency Motion to Strike Exhibit O to the Shiffman Declaration and Replace It with the Final Golden State Warrant Agreement [Docket No. 6329; filed 12/13/10; Adversary Docket No. 127; filed 12/13/10]

Related Documents:

i.    Order on Motion to Shorten Notice Regarding Class Plaintiffs' Emergency Motion to Strike Exhibit O to the Shiffman Declaration and Replace It with the Final Golden State Warrant Agreement [Adversary Docket No. 131; filed 12/17/10]

ii.   Order Granting Emergency Motion to Strike Exhibit O to the Shiffman Declaration and Replace it with the Final Golden State Warrant Agreement [Docket No. 6448; filed 12/28/10; Adversary Docket No. 138; filed 12/28/10]]

Status: On December 28, 2010, the Court entered an order with respect to this matter. Accordingly, no hearing regarding this matter is necessary.

## II.    UNCONTESTED MATTER WITH CERTIFICATION OF NO OBJECTION:

25.   Motion for an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving Stipulation and Agreement Between Washington Mutual, Inc., Computer Sciences Corporation, and JPMorgan Chase Bank, N.A. Disallowing Proof of Claim Number 3826 and Reducing and Allowing Proof of Claim Number 3913 [Docket No. 6221; filed 12/2/10]

Objection Deadline:   December 23, 2010 at 4:00 p.m. (EST)

Objections/Responses Received:   None.

Related Documents:

i.    Certification of No Objection Regarding Motion for an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving Stipulation and Agreement Between Washington Mutual, Inc., Computer Sciences Corporation, and JPMorgan Chase Bank, N.A. Disallowing Proof of Claim Number 3826 and Reducing and Allowing Proof of Claim Number 3913 [Docket No. 6483; filed 12/30/10]

Status: On December 30, 2010, the Debtors filed a certification of no objection regarding this matter. Accordingly, no hearing regarding this matter is necessary unless the Court has questions or concerns.

RLF1 3748119v. 1

## III. CONTESTED MATTERS GOING FORWARD:

26. Debtors' Forty-Sixth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5117; filed 7/21/10]

   Objection Deadline: August 9, 2010 at 4:00 p.m. (EDT);
   Debtor Response Deadline: December 9, 2010

   Objections/Responses Received:

   A. Response to the Notice of Debtors' Forty-Sixth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5232; filed 8/5/10]

   Related Documents:

   i. Order Granting Debtors' Forty-Sixth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5324; filed 8/23/10]

   ii. Order Clarifying Order Granting Debtors' Forty-Sixth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5403; filed 9/8/10]

   iii. Supplemental Submission in Support of Debtors' Forty-Sixth (Non-Substantive) Omnibus Objection with Respect to Claim of Matthew Shore [Docket No. 6290; filed 12/9/10]

   Status: The hearing regarding the Sonterra Capital LLC claim is continued to a date to be determined. The Matthew Shore claim is going forward. The Court has entered orders resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit K.

27. Debtors' Fifty-Fourth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5615; filed 10/17/10]

   Objection Deadline: November 4, 2010 at 4:00 p.m. (EDT)

   Objections/Responses Received:

   A. "Motion to Respond" and in Re: "Notice of Motion" Debtors Omnibus (Non-Substantive) Objection to Claim Filed by Marilyn Howard [Docket No. 5838; filed 11/4/10]

   Related Documents:

   i. Declaration of John Maciel Pursuant to Local Rule 3007-1 in Support of Debtors' Fifty-Fourth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5623; filed 10/18/10]

RLF1 3748119v. 1

ii.   Order Granting Debtors' Fifty-Fourth Omnibus (Non-Substantive) Objection to Claims [Docket No. 6067; filed 11/23/10]

Status: The hearing regarding the claim of Marilyn Howard is going forward. The Court has entered an order resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit L.

28.   Debtors' Fifty-Fifth Omnibus (Substantive) Objection to Claims [Docket No. 5616; filed 10/17/10]

Objection Deadline    November 4, 2010 at 4:00 p.m. (EDT);
Extended to November 16, 2010 for Certain Holders of Washington Mutual Bank Subordinated Notes to the WMB Noteholders

Objections/Responses Received:

A.   Response to Debtors' Fifty-Fifth Omnibus (Substantive) Objection to Claims Filed by Marie Goodwin Coleman [Docket No. 5710; filed 10/28/10]

B.   Response to Claims Objection Filed by Charles and Shirley Dale Coln [Docket No. 5755; filed 11/3/10]

C.   Response to Debtors' Fifty-Fifth Omnibus (Substantive) Objection to Claims Filed by Terry Bysom [Docket No. 5756; filed 11/3/10]

D.   Response to Debtors' Fifty-Fifth Omnibus (Substantive) Objection to Claims Filed by Dominic R Janusky [Docket No. 5757; filed 11/3/10]

E.   Objection to Debtors' Fifty-Fifth Omnibus (Substantive) Objection to Claims. Filed by Michael T. Doherty [Docket No. 5758; filed 11/2/10]

F.   The WMB Noteholders' Response and Opposition to the Debtors' Fifty-Fifth (55th) Omnibus (Substantive) Objection to Claims [Docket No. 5766; filed 11/4/10]

G.   Limited Statement in Support and Partial Reservation of Rights of the FDIC, as Receiver for Washington Mutual Bank, in Response to Debtors' Fifty-Fifth Omnibus (Substantive) Objection to Claims [Docket No. 5768; filed 11/4/10]

H.   Response to Debtors' Fifty-Fifth Omnibus (Substantive) Objection to Claims Filed by Lorine S. Samuels [Docket No. 5836; filed 11/4/10]

I.   Joinder of Certain Holders of Washington Mutual Bank Subordinated Notes to the WMB Noteholders' Response and Opposition to the Debtors' Fifty-Fifth (55th) Omnibus (Substantive) Objection to Claims [Docket No. 5946; filed 11/16/10]

RLF1 3748119v. 1

J. Debtors' Omnibus Reply to the Various Responses to the Debtors' Fifty-Fifth Omnibus (Substantive) Objection to Claims [Docket No. 6339; filed 12/14/10]

Related Documents:

i. Declaration of John Maciel Pursuant to Local Rule 3007-1 in Support of Debtors' Fifty-Fifth Omnibus (Substantive) Objection to Claims [Docket No. 5624; filed 10/18/10]

ii. Notice of Submission of Proofs of Claim Relating to Debtors' Fifty-Fifth Omnibus (Substantive) Objection to Claims [Docket No. 5810; filed 11/9/10]

Status: The hearing regarding this matter is going forward. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit M.

29. Debtors' Fifty-Sixth Omnibus (Substantive) Objection to Claims [Docket No. 5618; filed 10/18/10]

Objection Deadline: November 4, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A. Response by Claimant Robert M. Menar to Debtors' Fifty-Sixth Omnibus (Substantive) Objection to Claims [Docket No. 5754; filed 11/1/10]

Related Documents:

i. Declaration of John Maciel Pursuant to Local Rule 3007-1 in Support of Debtors' Fifty-Sixth Omnibus (Substantive) Objection to Claims [Docket No. 5625; filed 10/18/10]

ii. Notice of Submission of Proofs of Claim Relating to Debtors' Fifty-Sixth Omnibus (Substantive) Objection to Claims [Docket No. 5811; filed 11/9/10]

iii. First Order Granting Debtors' Fifty-Sixth Omnibus (Substantive and Non-Substantive) Objection to Claims [Docket No. 6371; filed 12/17/10]

Status: The Court has entered an order resolving certain claims subject to this matter. On November 23, 2010, the Court agreed to grant certain relief that the Debtors had requested pursuant to this omnibus objection and adjourned the hearing with respect to claims arising from holdings of WMB Subordinated Notes until the hearing at which it heard argument on the Debtors' Fifty-Fifth Omnibus Objection. The hearing regarding the remaining claims is going forward. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit N.

RLF1 3748119v. 1

30. Debtors' Motion Pursuant to Section 554(a) of the Bankruptcy Code for Authorization to Abandon WMI's Equity Interests in Washington Mutual Bank [Docket No. 5885; filed 11/12/10]

Objection Deadline    November 29, 2010 at 4:00 p.m. (EST)

Objections/Responses Received:

A. Objection by Tricadia Capital Management, LLC, to Debtors' Motion Pursuant to Section 554(A) of the Bankruptcy Code for Authorization to Abandon WMI's Equity Interests in  Washington Mutual Bank [Docket No. 6117; filed 11/29/10]

Related Documents:

i. Withdrawal of Objection by Tricadia Capital Management, LLC, to Debtors' Motion Pursuant to Section 554(a) of the Bankruptcy Code for Authorization to Abandon WMI's Equity in Interests in Washington Mutual Bank [Docket No. 6272; filed 12/8/10]

ii. Amended Withdrawal of Objection by Tricadia Capital Management, LLC, to Debtors' Motion Pursuant to Section 554(a) of the Bankruptcy Code for Authorization to Abandon WMI's Equity in Interests in Washington Mutual Bank [Docket No. 6320; filed 12/13/10]

Status: The hearing regarding this matter is going forward.


31. Debtors' Motion to Estimate Maximum Amount of Certain Claims for Purposes of Establishing Reserves Under the Debtors' Confirmed Chapter 11 Plan [Docket No. 5971; filed 11/17/10]

Objection Deadline    December 6, 2010 at 4:00 p.m. (EST)

Objections/Responses Received:

A. Response of Kerry K. Killinger ("Mr. Killinger") to Debtors' Motion to Estimate the Maximum Amount of His D&O Related Claims at $0.00 (the "Estimation Motion") [Docket No. 6242; filed 12/6/10]

B. Objection to Debtors' Motion to Estimate Maximum Amount of Certain Claims for Purposes of Establishing Reserves Under the Debtors' Proposed Chapter 11 Plan filed by Broadbill Investment Corp. [Docket No. 6243; filed 12/6/10]

C. Limited Objection of Claimants Thomas Casey, David Schneider, Debora Horvath, Alfred Brooks, Todd Baker and John McMurray to Debtors' Motion to Estimate Maximum Amount of Certain Claims for Purposes of

Establishing Reserves Under the Debtors' Confirmed Chapter 11 Plan [Docket No. 6246; filed 12/6/10]

D. Former Outside Directors' Opposition to Debtors' Estimation Motion [Docket No. 6254; filed 12/6/10]

E. Sonterra Capital's Joinder to Objection to Debtors' Motion to Estimate Maximum Amount of Certain Claims for Purposes of Establishing Reserves Under the Debtors' Proposed Chapter 11 Plan [Docket No. 6255; filed 12/6/10]

F. Objection of Stephen J. Rotella to (I) Debtors' Sixtieth Omnibus (Substantive) Objection to Claims (Claim Nos. 2108, 2240, 2241, 2246, 2247, 2248, 2604, 2606, 2629, 2631, 2633, 2634, 2635, 2636, 2637, and 3242), and (II) Debtors' Motion to Estimate Maximum Amount of Certain Claims for Purposes of Establishing Reserves Under the Debtors' Confirmed Chapter 11 Plan [Docket No. 6256; filed 12/6/10]

G. Limited Objection to Principal Financial Group, Inc. to Debtors' Motion to Estimate Maximum Amount of Certain Claims for Purposes of Establishing Reserves Under the Debtors' Confirmed Chapter 11 Plan [Docket No. 6286; filed 12/9/10]

H. Objection of Deanna W. Oppenheimer to (I) Debtors' Sixtieth Omnibus (Substantive) Objection to Claims (Claim Nos. 2108, 2240, 2241, 2246, 2247, 2248, 2604, 2606, 2629, 2631, 2633, 2634, 2635, 2636, 2637, and 3242), and (II) Debtors' Motion to Estimate Maximum Amount of Certain Claims for Purposes of Establishing Reserves Under the Debtors' Confirmed Chapter 11 Plan [Docket No. 6306; filed 12/10/10]

I. Debtors' Omnibus Response to Objections to Debtors' Motion to Estimate Maximum Amount of Certain Claims for Purposes of Establishing Reserves Under the Debtors' Confirmed Chapter 11 Plan [Docket No. 6336; filed 12/14/10]

J. Letter to Judge Walrath Regarding Hearing on Estimation Motion Filed by Kerry K. Killinger [Docket No. 6344; filed 12/15/10]

K. Request Pursuant to Local Rule 3007-1(h) by Kerry Killinger and Similarly Situated Former Officers and Directors for Continuance of Hearing on Motion to Estimate Claims and Sixtieth Omnibus Objection to Claims [Docket No. 6346; filed 12/15/10]

L. Securities Plaintiffs' Objection to Debtor's Motion to Estimate Maximum Amount of Certain Claims for Purposes of Establishing Reserves Under the Debtors' Confirmed Chapter 11 Plan [Docket No. 6350; filed 12/15/10]

30

Related Documents:

i. Order Granting Request Pursuant to Local Rule 3007-1(h) by Kerry Killinger and Similarly Situated Former Officers and Directors for Continuance of Hearing on Motion to Estimate Claims and Sixtieth Omnibus Objection to Claims [Docket No. 6352; filed 12/15/10]

ii. Revised Order Granting Debtors' Motion to Estimate Maximum Amount of Certain Claims For Purposes of Establishing Reserves Under the Debtors' Chapter 11 Plan [Docket No. 6377; filed 12/20/10]

Status: An Order has been entered with respect to claims that are not the subject of a response or objection. The hearing regarding this matter with respect to the claims on Exhibits D and F of Schedule 1 of the Revised Order is going forward, and the hearing with respect to the claims on Exhibits B, C and E of Schedule 1 of the Revised Order has been continued to the omnibus hearing scheduled for January 20, 2011 at 2:00 p.m. (EST).

32. Motion of Tricadia Capital Management, LLC Pursuant to Sections 105(a) and 362 of the Bankruptcy Code for Order Vacating Order Establishing Notice and Hearing Procedures for Trading in CCB Guarantee Claims Upon Confirmation of the Sixth Amended Joint Plan [Docket No. 6331; filed 12/14/10]

Objection Deadline    At the Hearing

Objections/Responses Received: None.

Related Documents:

i. Order Shortening the Time to Consider Motion of Tricadia Capital Management, LLC Pursuant to Sections 105(a) and 362 of the Bankruptcy Code for Order Vacating Order Establishing Notice and Hearing Procedures for Trading in CCB Guarantee Claims Upon Confirmation of the Sixth Amended Joint Plan [Docket No. 6335; filed 12/14/10]

Status: The hearing regarding this matter is going forward. The Debtors have been informed that Tricadia intends to file a proposed form of order under certification of counsel in advance of the hearing.

IV. **ADVERSARY PROCEEDINGS:**

33. Broadbill Investment Corp., Nantahala Capital Partners, LP, and Blackwell Capital Partners, LLC v. Washington Mutual, Inc. (Adversary Proceeding No. 10-50911)

A. Motion to Schedule A Discovery Conference [Adversary Docket No. 139; filed 12/28/10]

Related Documents:

i.     Order Granting Motion to Schedule A Discovery Conference [Adversary Docket No. 141; filed 12/29/10]

Status: The discovery conference regarding this matter is going forward.

34.    Washington Mutual, Inc. and WMI Investment Corp. v. Peter J. and Candace R. Zak Living Trust of 2001 u/d/o August 31, 2001, et al., (Adversary Proceeding No. 10-53420)

    A.    Complaint [Adversary Docket No. 1; filed 10/21/10]

    B.    Amended Complaint [Adversary Docket No. 3; filed 10/22/10]

    C.    Answer and Defenses to Amended Complaint filed by Filed by The Northwestern Mutual Life Insurance Co., Northwestern Mutual Life Insurance Co. Northwestern Long Term Care Insurance Company, Northwestern Mutual Series Fund, Inc. & its Select Bond and Balanced P, New York Life Investment Management LLC, Legal & General Investment Management (Legal & General Investment Management America), PPM America, Inc. (The Prudential Assurance Company, Ltd., JNL VA High Yield Bond Fund, Jackson National Life Insurance Company of New York, & Jackson National Life Insurance Company), AEGON USA Investment Management, LLC (AEGON Life Insurance (Taiwan) and Transamerica Financial Life Insurance Company) and Thrivent Financial for Lutherans [Adversary Docket No. 18; filed 11/29/10]

    D.    Answer and Defenses to Amended Complaint filed by Truck Insurance Exchange and Fire Insurance Exchange [Adversary Docket No. 19; filed 12/10/10]

Related Documents:

i.     Re-Notice of Pretrial Conference [Adversary Docket No. 9; filed 11/17/10]

ii.    Stipulation Between Defendant Principal Life Insurance Company and Debtor Plaintiffs Extending Defendant's Time to Respond to Amended Complaint [Adversary Docket No. 25; filed 12/27/10]

Status: The pretrial conference regarding this matter is going forward.

Dated: January 4, 2011
     Wilmington, Delaware

Respectfully submitted,

_____

Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Travis A. McRoberts (No. 5274)
Julie A. Finocchiaro (No. 5303)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*