# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | Washington Mutual, Inc. |
| **Case Number:** | 08-12229-MFW **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JANUARY 06, 2011 02:00 PM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## Matter:

Omnibus

**R / M #:**   6,502 / 0

## Appearances:

See attached sign-in sheet

## Proceedings:

Agenda Matters:
   Items 1 through 24 - Continued or Resolved
   Item 25 - Order entered under CNO
   Item 26 - Order entered
   Item 27 - Continued to 1/20
   Item 28 - Order due under Certification of Counsel
   Item 29 - Order due under Certification of Counsel
   Item 30 - Continued until after ruling on confirmation
   Item 31 - Order due under Certification of Counsel
   Item 32 - Order entered under Certification of Counsel
   Item 33 - Continued
   Item 34 - Continued