# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 1/11/2011 |
| Case: 08−12229−MFW | Form ID: ntcBK | Total: 21 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Chun I. Jang | jang@rlf.com, rbgroup@rlf.com |
| aty | Theodore Allan Kittila | tak@elliottgreenleaf.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db  | Washington Mutual, Inc. | 1301 Second Avenue | Seattle, WA 98101 | | |
| aty | Andrew C. Irgens | Richards, Layton &Finger | 920 N. King Street | Wilmington, DE 19801 | |
| aty | Chun I. Jang | Richards, Layton &Finger, P.A. | 920 North King Street | P.O. Box 551 | Wilmington, DE 19899 |
| aty | Chun I. Jang | Richards, Layton &Finger, P.A. | 920 North King Street | P.O. Box 551 | Wilmington, DE 19899 |
| aty | Cory D. Kandestin | Richards, Layton &Finger, P.A. | 920 North King Street, One Rodney Square | Wilmington, DE 19801 | |
| aty | David B. Hird | Weil, Gotshal &Manges LLP | 1300 Eye Street NW | Suite 900 | Washington, DC 20005 |
| aty | David L. Permut | Goodwin Procter LLP | 901 New York Avenue NW | Washington, DC 20001 | |
| aty | Diana M. Eng | Weil, Gotshal &Manges LLP | 767 Fifth Avenue | New York, NY 10153 | |
| aty | Drew G. Sloan | Richards Layton &Finger, P.A. | 920 North King Street | Wilmington, DE 19801 | |
| aty | Julie A Finocchiaro | Richards, Layton &Finger, PA | 920 North King Street | Wilmington, DE 19801 | |
| aty | Lee E. Kaufman | Richards, Layton &Finger, P.A. | 920 North King Street | One Rodney Square | Wilmington, DE 19801 |
| aty | Lisa N. Cloutier | Weil, Gotshal &Manges LLP | 100 Federal Street | 34th Floor | Boston, MA 02110 |
| aty | Mark D. Collins | Richards Layton &Finger | One Rodney Square | PO Box 551 | Wilmington, DE 19899 |
| aty | Neil Raymond Lapinski | 1105 North Market Street | Suite 1700 | P.O. Box 2327 | Wilmington DE, 19899 U.S.A. |
| aty | Rafael Xavier Zahralddin−Aravena | Elliott Greenleaf | 1105 North Market Street | Suite 1700 P.O. Box 2327 | Wilmington, DE 19801 |
| aty | Shelley A. Kinsella | Elliott Greenleaf | 1105 North Market Street | 17th Floor | Wilmington, DE 19801 |
| aty | Travis A. McRoberts | Richards, Layton &Finger, P.A. | 920 North King Street | Wilmington, DE 19801 | |
| aty | Travis A. McRoberts | Richards, Layton &Finger, P.A. | 920 North King Street | Wilmington, DE 19801 | |

TOTAL: 18