# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Washington Mutual, Inc.
1301 Second Avenue        **Chapter:** 11
Seattle, WA 98101
 **EIN:** 91–1653725

*Case No*.: 08–12229–MFW

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 2/8/2011 was filed on 2/9/2011 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 3/2/2011 .

If a request for redaction is filed, the redacted transcript is due 3/14/2011 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 5/10/2011 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*/s/ David D. Bird*

Clerk of Court

Date: 2/9/11

(ntc)