# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WASHINGTON MUTUAL, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-12229 (MFW)<br>(Jointly Administered)<br><br>Hearing Date: April 13, 2011, 9:30 a.m. (EDT)<br>Objection Deadline: April 6, 2011, 4 p.m. (EDT)<br>Related Docket Nos.: 6456, 6623, 6750, 6976 |

## NOTICE OF SEVENTH INTERIM FEE APPLICATION REQUEST OF PERKINS COIE LLP

| | |
|---|---|
| Name of Applicant: | Perkins Coie LLP |
| Authorized to Provide Professional Services to: | Washington Mutual, Inc. and WMI Investment Corp. |
| Date of Retention: | November 25, 2008 *nunc pro tunc* to September 26, 2008 |
| Period for which compensation and reimbursement is sought: | October 1, 2010 to January 31, 2011 |
| Amount of Compensation sought as actual, reasonable and necessary: | $ 306,663.80 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 17,539.76 |

This is (a)n: __X__ interim  ____ final application

Summary of Fee Applications for Compensation Period:

| | | Total Requested | | Approved via Certificate of No Objection | | Holdback Requested |
|---|---|---|---|---|---|---|
| Date Filed/ Dkt. No. | Period Covered | Fees | Expenses | Fees (@ 80%) | Expenses (@ 100%) | Fees (@ 20%) |
| 12/28/2010 Dkt. No. 6456 | Oct-10 | $ 78,608.00 | $ 4,951.97 | $ 62,886.40 | $ 4,951.97 | $ 15,721.60 |

| Date Filed/ Dkt. No. | Period Covered | Total Requested | | Approved via Certificate of No Objection | | Holdback Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (@ 80%) | Expenses (@ 100%) | Fees (@ 20%) |
| 01/27/2011 Dkt. No. 6623 | Nov-10 | $ 83,226.50 | $ 2,986.99 | $ 66,581.20 | $ 2,986.99 | $ 16,645.30 |
| 02/16/2011 Dkt. No. 6750 | Dec-10 | $ 43,514.00 | $ 6,840.09 | $ 34,811.20 | $ 6,840.09 | $ 8,702.80 |
| 03/17/2011 Dkt. No. 6976 | Jan-10 | $ 101,315.30 | $ 2,760.71 | $ 81,052.24 | $ 2,760.71 | $ 20,263.06 |
| Total: | | $306,663.80 | $17,539.76 | $245,331.04 | $17,539.76 | $61,332.76 |

PLEASE TAKE NOTICE that, pursuant to the Court's Amended Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated November 14, 2008 (the "Interim Compensation Order"), objections, if any, to the Interim Fee Application Request must be filed with the Court and served on the Applicant at the address set forth below and the Notice Parties (as defined in the Interim Compensation Order) so as to be received by **April 6, 2011 at 4 p.m. (EDT)**. If no timely objections are filed to the Interim Fee Application Request, the Court may enter an order granting the Interim Fee Application Request without a hearing.

Dated: March 16, 2011
Seattle, Washington

Respectfully submitted,

By: /s/ John S. Kaplan
John S. Kaplan, WSBA #23788
PERKINS COIE LLP
1201 Third Avenue, 48th Floor
Seattle, WA 98101-3099
Telephone: 206-359-8000
Facsimile: 206-359-9000

*Attorneys to Debtors and Debtors in Possession*

53000-0040/LEGAL20408110.1