# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
:
*In re:*                                                    :    Chapter 11
:
WASHINGTON MUTUAL, INC., et al.,[1]                         :    Case No. 08-12229 (MFW)
:
:    (Jointly Administered)
Debtors.                                                    :
:
-----------------------------------------------------------x

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 21, 2011 AT 10:30 A.M. (EDT)

I. **CONTESTED MATTER GOING FORWARD:**

1. Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) Approving the Proposed Supplemental Disclosure Statement and the Form and Manner of the Notice of the Proposed Supplemental Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling A Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Modified Plan [Docket No. 6711; filed 2/9/11]

   Objection Deadline: March 9, 2011 at 4:00 p.m. (EST)

   Objections/Responses Received:

   1. Objection to the Modified Disclosure Statement Filed by Bettina M. Haper [Docket No. 6769; filed 2/22/11]

   2. Objection to Debtors Supplemental Disclosure Statement for the Modified Sixth Amended Joint Plan of Affiliated Debtors Filed by Jerry Webb [Docket No. 6770; filed 2/22/11]

   3. Objection to Debtors' Supplemental Disclosure Statement for the Modified Sixth Amended Joint Plan of Affiliated Debtors Filed by David Shutvet [Docket No. 6777; filed 2/22/11]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

[2] **Amended/Added agenda items are noted in bold.**

4. Objection to Debtors Valuation Analysis in the Modified Sixth Amended Plan (Docket No. 6696) Filed by Farokh Lam [Docket No. 6781; filed 2/23/11]

5. Objection to Notice of Hearing to Consider Approval of Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code Filed by Mallinath Suralikal [Docket No. 6783; filed 2/23/11]

6. Objection to the Modified Disclosure Statement Filed by Deekshant Kumar [Docket No. 6785; filed 2/23/11]

7. Objection to the Modified Sixth Amended Joint Plan of Affiliated Debtors and Related Proposed Supplemental Disclosure Statement Filed by Kubera Williams [Docket No. 6786; filed 2/24/11]

8. Motion to Object in Re: "The Modified Sixth Amended Joint Plan of the Affiliated Debtors" Filed by Chris Stovic [Docket No. 6787; filed 2/24/11]

9. Objection to the Modified Disclosure Statement Filed by Joe Schorp [Docket No. 6813; filed 2/28/11]

10. Objection to the Modified Disclosure Statement Filed by Robert Barnhart [Docket No. 6814; filed 2/28/11]

11. Objection to the Modified Disclosure Statement Filed by Stephen Slinsky [Docket No. 6815; filed 2/28/11]

12. Objection to the Modified Disclosure Statement Filed by Paul Person [Docket No. 6816; filed 2/28/11]

13. Objection to the Modified Disclosure Statement Filed by James R. Smith [Docket No. 6817; filed 2/28/11]

14. Objection to the Modified Disclosure Statement Filed by Joe Salas [Docket No. 6818; filed 2/28/11]

15. Objection to the Modified Disclosure Statement Filed by Unknown Stockholder [Docket No. 6819; filed 2/28/11]

16. Objection to the Modified Disclosure Statement Filed by Kenneth Walker [Docket No. 6820; filed 2/28/11]

17. Objection to the Modified Disclosure Statement Filed by Wendy Gilmore [Docket No. 6821; filed 2/28/11]

18. Objection to the Modified Disclosure Statement Filed by Bryce Verna [Docket No. 6822; filed 2/28/11]

RLF1 3926196v. 1

19. Objection to the Notice of Hearing to Consider Approval of Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code Filed by Kanubhai D. Surti [Docket No. 6825; filed 3/1/11]

20. Objection to the Notice of Hearing to Consider Approval of Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code Filed by Bhupendra D. Surti [Docket No. 6826; filed 3/1/11]

21. Objection to the Notice of Hearing to Consider Approval of Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code Filed by Gopal D. Surti [Docket No. 6827; filed 3/1/11]

22. Objection to the Modified Disclosure Statement Filed by Robert D. Griffin [Docket No. 6828; filed 2/28/11]

23. Objection to the Modified Disclosure Statement Filed by Robert D. Griffin [Docket No. 6829; filed 3/1/11]

24. Objection to the Modified Disclosure Statement Filed by Ben Broussard [Docket No. 6830; filed 3/1/11]

25. Objection to the Modified Disclosure Statement Filed by Axel Iverson [Docket No. 6840; filed 3/2/11]

26. Objection to the Supplemental Disclosure Statement for the Modified Sixth Amended Joint Plan of Affiliated Debtors Filed by Peter Bonaventure, Sr. [Docket No. 6845; filed 3/3/11]

27. Objection to the Supplemental Disclosure Statement for the Modified Sixth Amended Joint Plan of Affiliated Debtors Filed by Kim M. Bonaventure [Docket No. 6847; filed 3/3/11]

28. Objection to the Modified Disclosure Statement Filed by Tom White [Docket No. 6849; filed 3/3/11]

29. Objection to the Modified Disclosure Statement Filed by Joe Schorp [Docket No. 6856; filed 3/4/11]

30. Objection to Debtors Supplemental Disclosure Statement for the Modified Sixth Amended Joint Plan of Affiliated Debtors Filed by Claus Dieter Bruch [Docket No. 6857; filed 3/4/11]

31. Reply in Response to Debtors' Response to Request for Information and Supplement to Objection to Modified Disclosure Statement Filed by Joe Schorp [Docket No. 6861; filed 3/7/11]

32. Objection to the Debtors' Supplemental Disclosure Statement for the Sixth Amended Joint Plan of Reorganization of the Affiliated Debtors Filed by Michele M. Wright [Docket No. 6862; filed 3/7/11]

33. Objection to the Approval of the Supplemental Disclosure Statement Filed by Perfect Design (Rosalind), LLC [Docket No. 6864; filed 3/7/11]

34. Objection to the Approval of the Supplemental Disclosure Statement Filed by Perfect Design (PV), LLC [Docket No. 6865; filed 3/7/11]

35. Objection to the Approval of the Supplemental Disclosure Statement Filed by Perfect Design (Oxford), LLC [Docket No. 6866; filed 3/7/11]

36. Objection to the Approval of the Supplemental Disclosure Statement Filed by Perfect Design (CR Brea), LLC [Docket No. 6867; filed 3/7/11]

37. Objection to the Approval of the Supplemental Disclosure Statement Filed by Carrie H. Zhong [Docket No. 6868; filed 3/7/11]

38. Objection to the Approval of the Supplemental Disclosure Statement Filed by Raymond M. Zhong [Docket No. 6869; filed 3/7/11]

39. Objection to the Approval of the Supplemental Disclosure Statement Filed by Shirley Mei [Docket No. 6870; filed 3/7/11]

40. Objection to the Approval of the Supplemental Disclosure Statement Filed by Mi Deng [Docket No. 6871; filed 3/7/11]

41. Objection to the Approval of the Supplemental Disclosure Statement Filed by Su Chen [Docket No. 6872; filed 3/7/11]

42. Objection to the Approval of the Supplemental Disclosure Statement Filed by Carrie H. Zhong, Trustee [Docket No. 6873; filed 3/7/11]

43. Objection to the Approval of the Supplemental Disclosure Statement Filed by Defang Hu [Docket No. 6874; filed 3/7/11]

44. Objection to the Approval of the Supplemental Disclosure Statement Filed by Peter S. Zhong [Docket No. 6875; filed 3/7/11]

45. Objection to Supplemental Disclosure Statement for the Modified Sixth Amended Joint Plan Filed by James Berg [Docket No. 6876; filed 3/7/11]

46. Objection to Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) Approving the Proposed Supplemental Disclosure Statement and the Form and Manner of the Notice of the Proposed Supplemental Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling A Confirmation Hearing, and (IV)

Establishing Notice and Objection Procedures for Confirmation of the Debtors' Modified Plan Filed by Charles Eldridge [Docket No. 6877; filed 3/7/11]

47. Objection to the Supplemental Disclosure Statement for the Modified Sixth Amended Joint Plan of Affiliated Debtors and Request for a Valuation Hearing Filed by Sebastian Moritz [Docket No. 6881; filed 3/8/11]

48. Objection to Debtors Supplemental Disclosure Statement for the Modified Sixth Amended Joint Plan of Affiliated Debtors Filed by Deekshant Kumar [Docket No. 6882; filed 3/8/11]

49. Objection to the Modified Disclosure Statement Due to Inadequate Information Filed by Ben Mason [Docket No. 6883; filed 3/8/11]

50. Objection to the Modified Disclosure Statement Due to Inadequate Information Filed by Ben Mason [Docket No. 6884; filed 3/8/11]

51. Objection to the Supplemental Disclosure Statement for the Modified Sixth Amended Plan of Affiliated Debtors by Class Representatives of Dime Litigation Tracking Warrants [Docket No. 6886; filed 3/8/11]

52. Objection to the Modified Disclosure Statement Filed by Jeff Rogers [Docket No. 6890; filed 3/8/11]

53. Objection to the Modified Disclosure Statement Filed by Aaron B. Powell [Docket No. 6891; filed 3/8/11]

54. Objection to the Modified Disclosure Statement Filed by Ben Mason [Docket No. 6892; filed 3/8/11]

55. Objection to the Modified Disclosure Statement Filed by Juli Kelly [Docket No. 6896; filed 3/9/11]

56. Objection of Michael Rozenfeld to Debtors' Motion for Approval of Disclosure Statement for the Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 6897; filed 3/9/11]

57. Objection to the Approval of the Supplemental Disclosure Statement Filed by Xin Ding [Docket No. 6898; filed 3/9/11]

58. Objection to the Approval of the Supplemental Disclosure Statement Filed by Gari J. McDermott [Docket No. 6899; filed 3/9/11]

59. Letter in Opposition of Approval of the Revised Disclosure Statement Filed by Dr. Kurt A. Zeller [Docket No. 6900; filed 3/9/11]

60. Limited Objection of Lead Plaintiff Ontario Teachers' Pension Plan Board to Supplemental Disclosure Statement for the Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 6901; filed 3/9/11]

61. Objection of the Official Committee of Equity Security Holders to Motion of Debtors for an Order (I) Approving the Proposed Supplemental Disclosure Statement and the Form and Manner of the Notice of the Proposed Supplemental Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling A Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Modified Plan [Docket No. 6902; filed 3/9/11]

62. Statement of the Washington Mutual Inc. Noteholders Group Regarding the Debtors' Supplemental Disclosure Statement for the Sixth Amended Joint Plan of Reorganization [Docket No. 6903; filed 3/9/11]

63. Securities Plaintiffs' Limited Objection to Supplemental Disclosure Statement for the Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code (as May be Amended) [Docket No. 6904; filed 3/9/11]

64. The WMB Noteholders' Objections to the Supplemental Disclosure Statement for the Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 6905; filed 3/9/11]

65. Black Horse Capital Management LLC's Objection to (I) Supplemental Disclosure Statement for the Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (II) Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126 and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) Approving the Proposed Supplemental Disclosure Statement and the Form and Manner of the Notice of the Proposed Supplemental Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling A Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Modified Plan [Docket No. 6906; filed 3/9/11]

66. Objection to Supplemental Disclosure Statement for the Modified Sixth Amended Plan of Affiliated Debtors by the ANICO Plaintiffs [Docket No. 6907; filed 3/9/11]

67. Statement and Reservation of Rights by the Consortium of Trust Preferred Security Holders Regarding Debtors' Request for Approval of Supplemental Disclosure Statement for the Sixth Amended Joint Plan of Affiliated Debtors [Docket No. 6908; filed 3/9/11]

68. Letter Response Filed by Jose L. Nunez, Ph.D., P.E. [Docket No. 6909; filed 3/9/11]

69. Objection to the Supplemental Disclosure Statement for the Modified Sixth Amended Joint Plan of Affiliated Debtors Filed by Thomas Bodenburg [Docket No. 6918; filed 3/11/11]

70. Objection to the Approval of the Supplemental Disclosure Statement Filed by Hong M. Yeh [Docket No. 6919; filed 3/11/11]

71. Objection to the Approval of the Supplemental Disclosure Statement Filed by Jeremy Yeh [Docket No. 6920; filed 3/11/11]

72. Objection to the Approval of the Supplemental Disclosure Statement Filed by Hannah Ding [Docket No. 6921; filed 3/11/11]

73. Objection to the Approval of the Supplemental Disclosure Statement Filed by Zhi Li Chang [Docket No. 6922; filed 3/11/11]

74. Objection to the Approval of the Supplemental Disclosure Statement Filed by Nan Ding [Docket No. 6923; filed 3/11/11]

75. Objection to Consider Approval of Supplemental Disclosure Statement for the Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code Filed by Nazila Pakroo [Docket No. 6924; filed 3/11/11]

76. Objection to the Current POR (i.e. Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code (the "Modified Plan") Filed by Mark P. Stevens [Docket No. 6929; filed 3/14/11]

77. Brenda Peremes' Objection to (I) Supplemental Disclosure Statement for the Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (II) Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126 and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) Approving the Proposed Supplemental Disclosure Statement and the Form and Manner of the Notice of the Proposed Supplemental Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling A Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtor's Modified Plan [Docket No. 6931; filed 3/14/11]

78. Doug Meehan's Objection to (I) Supplemental Disclosure Statement for the Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (II) Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126 and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020,

7

(I) Approving the Proposed Supplemental Disclosure Statement and the Form and Manner of the Notice of the Proposed Supplemental Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling A Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtor's Modified Plan [Docket No. 6951; filed 3/16/11]

79. Response of Aurelius Capital Management, LP to Certain Objections to Supplemental Disclosure Statement for the Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 6957; filed 3/16/11]

80. Response of Wells Fargo Bank, N.A. In Its Capacity as Identure Trustee and Guarantee Trustee, to Certain Objections to the Debtors' Supplemental Disclosure Statement [Docket No. 6958; filed 3/16/11]

81. **Supplemental Objection of Michael Rozenfeld to Debtors' Motion for Approval of Disclosure Statement for the Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 6985; filed 3/18/11]**

82. **Objection to the Modified Disclosure Statement Filed by Axel Iverson [Docket No. 6987; filed 3/18/11]**

83. **Objection to (I) Supplemental Disclosure Statement for the Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code and (II) Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) Approving the Proposed Supplemental Disclosure Statement and the Form and Manner of the Notice of the Proposed Supplemental Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling A Confirmation Hearing; and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Modified Plan [Docket No. 6990; filed 3/18/11]**

Related Documents:

A. Disclosure Statement for the Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 5549; filed 10/6/10]

B. Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 6696; filed 2/8/11]

C. Supplemental Disclosure Statement for the Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 6697; filed 2/8/11]

8

D. Notice of Hearing to Consider Approval of Supplemental Disclosure Statement for the Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 6700; filed 2/8/11]

E. Notice of Filing of Corrected Exhibit A to Supplemental Disclosure Statement for the Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 6705; filed 2/8/11]

F. Notice of Filing of Blacklines Related to the Modified Sixth Amended Joint Plan and Global Settlement Agreement [Docket No. 6754; filed 2/17/11]

G. Notice of Filing of Revised Proposed Order (I) Approving the Proposed Supplemental Disclosure Statement and the Form and Manner of the Notice of the Proposed Supplemental Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling A Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Modified Plan [Docket No. 6880; filed 3/8/11]

H. Debtors' Omnibus Response to Objections to Motion of Debtors for an Order, Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018, and 3020, (I) Approving the Proposed Supplemental Disclosure Statement and the Form and Manner of the Notice of the Proposed Supplemental Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling A Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Modified Plan [Docket No. 6963; filed 3/16/11]

I. Modification of Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 6964; filed 3/16/11]

J. Notice of Filing of Revised Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 6965; filed 3/16/11]

K. Revised Supplemental Disclosure Statement for the Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 6966; filed 3/16/11]

L. Notice of Filing of Revised Supplemental Disclosure Statement for the Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 6967; filed 3/16/11]

Status: The hearing regarding this matter is going forward.

Dated: March 20, 2011  
Wilmington, Delaware

Respectfully submitted,

_____  
Mark D. Collins (No. 2981)  
Chun I. Jang (No. 4790)  
Travis A. McRoberts (No. 5274)  
Julie A. Finocchiaro (No. 5303)  
RICHARDS, LAYTON & FINGER, P.A.  
920 North King Street  
Wilmington, DE 19801  
Telephone: (302) 651-7700  
Facsimile: (302) 651-7701

– and –

Brian S. Rosen, Esq.  
WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, New York 10153  
Telephone: (212) 310-8000  
Facsimile: (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*