UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

-----------------------------------------------------------x
: 
*In re* : Chapter 11
:
**WASHINGTON MUTUAL, INC.,** *et al.*, :
: Case No. 08-12229 (MFW)
:
Debtors. : (Jointly Administered)
:
:
-----------------------------------------------------------x


# SECOND MODIFICATION OF MODIFIED
# SIXTH AMENDED JOINT PLAN OF AFFILIATED DEBTORS
# PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE


WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

- and -

RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

Dated: March 25, 2011

Washington Mutual, Inc. and WMI Investment Corp. hereby modify the Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code, dated February 7, 2011 (the "Plan"),[1] as follows:

1. Exhibits "A" through "E" to the Plan are hereby amended by deleting the provisions set forth therein and inserting the Exhibits "A" through "E" annexed hereto.

2. Except as expressly provided herein, the terms and provisions of the Plan shall remain in full force and effect.

Dated: Seattle, Washington
March 25, 2011

WASHINGTON MUTUAL, INC.

By: /s/ William C. Kosturos
    Name: William C. Kosturos
    Title: Chief Restructuring Officer

WMI INVESTMENT CORP.

By: /s/ William C. Kosturos
    Name: William C. Kosturos
    Title: President & Chief Executive Officer

Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
ATTORNEYS TO THE DEBTORS
AND DEBTORS IN POSSESSION

---

[1] All terms used but not defined herein shall have the meanings ascribed to them in the Plan.

**EXHIBIT A**

**CCB-1 GUARANTEES CLAIMS**

| Trust | Maturity Date | Security Type | Notes Issuance | Allowed Principal | Allowed Accrued Interest[1] | Allowed Total Amount | Estimated Postpetition Interest[2] |
|---|---|---|---|---|---|---|---|
| CCB Capital Trust IV | October 8, 2033 | Preferred | $7,500,000 | $7,500,000 | $94,843.83 | $7,594,843.83 | $855,771.91 |
| | | Common | $232,000 | $232,000 | $2,933.84 | $234,933.84 | $26,471.88 |
| CCB Capital Trust V | January 23, 2034 | Preferred | $10,000,000 | $10,000,000 | $100,140.62 | $10,100,140.62 | $1,071,262.78 |
| | | Common | $310,000 | $310,000 | $3,104.36 | $313,104.36 | $33,209.15 |
| CCB Capital Trust VII | July 23, 2034 | Preferred | $7,500,000 | $7,500,000 | $71,762.44 | $7,571,762.44 | $745,161.75 |
| | | Common | $232,000 | $232,000 | $2,219.85 | $234,219.85 | $23,050.34 |
| CCB Capital Trust VIII | July 23, 2034 | Preferred | $7,500,000 | $7,500,000 | $76,485.09 | $7,576,485.09 | $795,691.36 |
| | | Common | $232,000 | $232,000 | $2,365.94 | $234,365.94 | $24,613.39 |

---

[1] This amount includes interest accrued as of the Petition Date, and does not include any postpetition interest to which such Claim holders may be entitled.

[2] This amount includes the estimated amount of interest accrued and OID accretion from the Petition Date through an expected Effective Date of June 30, 2011. Each holder's Postpetition Interest Claim will continue to accrue until the date that such holder's Allowed CCB-1 Guarantees Claim and related Postpetition Interest Claim are paid in full.

# EXHIBIT B

# CCB-2 GUARANTEES CLAIMS

| Trust | Maturity Date | Security Type | Notes Issuance | Allowed Principal | Allowed Accrued Interest[1] | Allowed Total Amount | Estimated Postpetition Interest[2] |
|---|---|---|---|---|---|---|---|
| HFC Capital Trust I | June 8, 2031 | Preferred | $9,000,000 | $9,000,000 | $274,860.00 | $9,274,860.00 | $2,934,227.48 |
| | | Common | $300,000 | $300,000 | $9,162.00 | $309,162.00 | $97,807.58 |
| CCB Capital Trust VI | April 15, 2034 | Preferred | $10,000,000 | $10,000,000 | $110,323.89 | $10,110,323.89 | $1,061,443.63 |
| | | Common | $310,000 | $310,000 | $3,420.04 | $313,420.04 | $32,904.75 |
| CCB Capital Trust IX | March 30, 2035 | Preferred | $15,000,000 | $15,000,000 | $216,333.33 | $15,216,333.33 | $1,878,772.40 |
| | | Common | $464,000 | $464,000 | $6,691.91 | $470,691.91 | $58,116.69 |

---

[1] This amount includes interest accrued as of the Petition Date, and does not include any postpetition interest to which such Claim holders may be entitled.

[2] This amount includes the estimated amount of interest accrued and OID accretion from the Petition Date through an expected Effective Date of June 30, 2011. Each holder's Postpetition Interest Claim will continue to accrue until the date that such holder's Allowed CCB-2 Guarantees Claim and related Postpetition Interest Claim are paid in full.

# EXHIBIT C

# PIERS CLAIMS

| Notes Issuance | Maturity Date | Allowed Principal | Allowed Accrued Interest [1] | Allowed Total Amount | Estimated Postpetition Interest [2] |
|---|---|---|---|---|---|
| **5.375% Junior Subordinated Deferrable Interest Debentures** | | | | | |
| Preferred Securities | May 1, 2041 | $756,230,623.24 | $9,443,576.39 | $765,674,199.63 | $191,553,555.33 |
| Common Securities[3] | May 1, 2041 | $23,387,254.01 | $292,052.86 | $23,679,306.87 | $5,924,001.91 |

---

[1] This amount includes interest accrued as of the Petition Date, and does not include any postpetition interest to which such Claim holders may be entitled.

[2] This amount includes the estimated amount of interest accrued and OID accretion from the Petition Date through an expected Effective Date of June 30, 2011. Each holder's Postpetition Interest Claim will continue to accrue until the date that such holder's Allowed PIERS Claim and related Postpetition Interest Claim are paid in full.

[3] These securities are owned by WMI.

# EXHIBIT D

# SENIOR NOTES CLAIMS

| Notes Issuance | Maturity Date | Allowed Principal | Allowed Accrued Interest[1] | Allowed Total Amount | Estimated Postpetition Interest[2] |
|---|---|---|---|---|---|
| 4.0% Notes | January 15, 2009 | $804,984,292.60 | $6,351,912.45 | $811,336,205.05 | $94,120,198.47 |
| 4.2% Notes | January 15, 2010 | $504,220,132.10 | $4,178,270.72 | $508,398,402.82 | $62,153,790.29 |
| 5.5% Notes | August 24, 2011 | $361,181,452.96 | $1,766,795.55 | $362,948,248.51 | $59,007,361.23 |
| 5.0% Notes | March 22, 2012 | $374,791,867.96 | $208,722.22 | $375,000,590.18 | $55,730,432.18 |
| 5.25% Notes | September 15, 2017 | $726,744,896.63 | $1,171,426.67 | $727,916,323.30 | $113,795,342.13 |
| Floating Rate Notes | August 24, 2009 | $358,645,000.00 | $911,252.44 | $359,556,252.44 | $9,115,894.43 |
| Floating Rate Notes | January 15, 2010 | $175,500,000.00 | $1,099,878.10 | $176,599,878.10 | $6,183,912.08 |
| Floating Rate Notes | March 22, 2012 | $363,350,000.00 | $141,454.17 | $363,491,454.17 | $11,210,186.81 |
| Floating Rate Notes | September 17, 2012 | $446,815,000.00 | $359,267.16 | $447,174,267.16 | $14,989,611.64 |

---

[1] This amount includes interest accrued as of the Petition Date, and does not include any postpetition interest to which such Claim holders may be entitled.

[2] This amount includes the estimated amount of interest accrued and OID accretion from the Petition Date through an expected Effective Date of June 30, 2011. Each holder's Postpetition Interest Claim will continue to accrue until the date that such holder's Allowed Senior Notes Claim and related Postpetition Interest Claim are paid in full.

# EXHIBIT E

# SENIOR SUBORDINATED NOTES CLAIMS

| Notes Issuance | Maturity Date | Allowed Principal | Allowed Accrued Interest[1] | Allowed Total Amount | Estimated Postpetition Interest[2] |
|---|---|---|---|---|---|
| **8.250% Notes** | April 1, 2010 | $451,870,530.25 | $18,133,500.00 | $470,004,030.25 | $118,172,369.51 |
| **4.625% Notes** | April 1, 2014 | $729,187,229.50 | $16,449,467.71 | $745,636,697.21 | $102,069,621.44 |
| **7.250% Notes** | November 1, 2017 | $437,962,198.47 | $12,862,043.75 | $450,824,242.22 | $99,507,787.00 |

---

[1] This amount includes interest accrued as of the Petition Date, and does not include any postpetition interest to which such Claim holders may be entitled.

[2] This amount includes the estimated amount of interest accrued and OID accretion from the Petition Date through an expected Effective Date of June 30, 2011. Each holder's Postpetition Interest Claim will continue to accrue until the date that such holder's Allowed Senior Subordinated Notes Claim and related Postpetition Interest Claim are paid in full.