# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

----------------------------------------------------------------x
: 
*In re* : Chapter 11
: 
WASHINGTON MUTUAL, INC., et al.,[1] : Case No. 08-12229 (MFW)
: 
Debtors. : (Jointly Administered)
: 
: Hearing Date: May 2, 2011 at 9:30 am (EDT)
----------------------------------------------------------------x Objection Deadline: April 25, 2011 at 4:00 pm (EDT)

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on March 31, 2011, Washington Mutual, Inc. ("WMI") and WMI Investment Corp. ("WMI Investment"), as debtors and debtors in possession (together, the "Debtors") filed the **Motion of Washington Mutual, Inc. for an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure (I) Approving the Cassese Litigation Settlement Agreement and (II) Reducing and Allowing Claims Related to the Cassese Litigation** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses to the Motion must be filed in writing with the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Debtors on or before **April 25, 2011 at 4:00 p.m. (Eastern Daylight Time).**

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion shall be held before The Honorable Mary F. Walrath at the Bankruptcy Court, 824 North Market Street, 5th

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) Washington Mutual, Inc. Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Suite 2500, Seattle, Washington 98104.

RLF1 3964462v. 1

Floor, Courtroom 4, Wilmington, Delaware 19801 on **May 2, 2011 at 9:30 a.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 31, 2011
      Wilmington, Delaware

/s/ Mark D. Collins
Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Travis A. McRoberts (No. 5274)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Brian S. Rosen
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*