# Exhibit B

## Parties' Joint Motion for Preliminary Approval

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENISE CASSESE f/k/a DENISE CALIGIURI, GEORGE SCOTT RUSH, RICHARD SCHROER and WILLIAM BLOOM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL, INC.;<br><br>THE FEDERAL DEPOSIT INSURANCECORPORATION, in its capacity as receiver for WASHINGTON MUTUAL BANK, such entity having incorporated former defendants WASHINGTON MUTUAL BANK, FA and WASHINGTON MUTUAL HOME LOANS, INC.; and<br><br>Defendants. | Case No. 05-cv-02724<br><br>Arthur D. Spatt, USDJ<br>Arlene R. Lindsay, USMJ |

**JOINT MOTION OF PLAINTIFFS DENISE CASSESE, F/K/A DENISE CALIGIURI, GEORGE SCOTT RUSH, RICHARD SCHROER AND WILLIAM BLOOM AND DEFENDANT WASHINGTON MUTUAL, INC. FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiffs Denise Cassese, George Scott Rush, Richard Schroer and William Bloom, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant Washington Mutual, Inc. ("WMI"), by and through their respective counsel, hereby move the Court for preliminary approval of the attached Class Action Settlement Agreement ("Settlement Agreement" or "Settlement"), annexing Exhibits A - E. Plaintiffs and WMI believe the proposed Settlement is fair, reasonable and adequate, and that the Court should therefore enter an Order substantially in the form of Exhibit A to the Settlement Agreement. That proposed order, among other things: (1) incorporates the terms of the Settlement Agreement; (2) approves the Class for

settlement purposes; (3) grants preliminary approval of the Settlement Agreement; (4) approves the form and content of the Notice of Class Action Settlement, attached to the Settlement Agreement as Exhibit C, and Summary Notice of Class Action Settlement, attached to the Settlement Agreement as Exhibit E (collectively, the "Notice") and the plan for distribution of the Notice as consistent with the requirements of Fed. R. Civ. P. 23(e) and (c)(2) and due process; (5) sets procedures for the submission of claims, objections and opt-out requests by Class Members; and (6) requests the Court schedule a Fairness Hearing no earlier than one hundred and fifty (150) days from entry of the Order granting preliminary approval of the Settlement to consider whether the Settlement should be given final approval.

Dated: February 15, 2011
      New York, New York

| | |
|---|---|
| **LOWEY DANNENBERG COHEN & HART, P.C.**<br><br>/s/ Peter D. St. Philip, Jr.<br>Peter D. St. Philip, Jr.<br>One North Broadway, 5th Floor<br>White Plains, NY 10601<br>Tel: (914) 997-5000<br>pstphillip@lowey.com<br><br>**WHALEN & TUSA, P.C.** [1]<br><br>/s/ Joseph S. Tusa<br>Joseph S. Tusa<br>33 West 19th Street, 4th Floor<br>New York, NY 10011<br>Tel: (212) 400-7100<br>joseph.tusapc@gmail.com<br><br>**TUSA, P.C.** [2]<br><br>/s/ Joseph S. Tusa<br>Joseph S. Tusa<br>236 East 28th Street, #3C<br>New York, NY 10016<br>Tel. (646) 895-9802<br>joseph.tusapc@gmail.com<br><br>*Attorneys for Plaintiffs and Class Counsel* | **WEIL, GOTSHAL & MANGES LLP**<br><br>/s/ John P. Mastando III<br>John P. Mastando III<br>Wing F. (Alex) Ng<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel: (212) 310-8000<br>john.mastando@weil.com<br>alexander.ng@weil.com<br>vanessa.chandis@weil.com<br><br>*Attorneys for Defendant Washington Mutual, Inc.* |

---

[1] Plaintiffs represent that the shareholders of Whalen & Tusa, P.C. voted to dissolve on December 22, 2010.

[2] Plaintiffs represent that Tusa P.C. is retained as counsel for all Named Plaintiffs and Class Representatives and has filed a notice of appearance in the Litigation. Tusa P.C. has filed a motion to substitute Whalen & Tusa, P.C. for all purposes in this Litigation, which motion is pending.