IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
*In re*                                                        :    Chapter 11
                                                               :
WASHINGTON MUTUAL, INC., et al.,[1]                            :
                                                               :    Case No. 08-12229 (MFW)
                                                               :
                                                               :
           Debtors.                                            :    (Jointly Administered)
                                                               :
                                                               :
---------------------------------------------------------------x

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned case:

| Date & Time | Location |
|---|---|
| May 2, 2011 at 9:30 a.m. (EDT) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 4<br>Wilmington, Delaware 19801 |

Dated: April 1, 2011
       Wilmington, Delaware

_____
THE HONORABLE MARY F. WALRATH
UNITED STATE BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104

RLF1 3957486v. 1