IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 ) ) Case No. 08-12229 (MFW) |
| WASHINGTON MUTUAL, INC., et al.,[1] | ) ) Jointly Administered |
| Debtors | ) ) ) RE: Docket Nos. 6858, 6993, 6994 and 7085 |

**ORDER APPROVING MOTION OF THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK, FOR AN ORDER MODIFYING THE AUTOMATIC STAY**

Upon consideration of the *Motion of the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, for an Order Modifying the Automatic Stay* [D.I. 6858] (the "Motion");[2] and reservations of rights having been filed by Washington Mutual, Inc. and WMI Investment Corp. (collectively, the "Debtors") and JPMorgan Chase Bank, N.A. ("JPMC") with respect to the Motion (the "Reservations"); and the Debtors and JPMC having consented to the entry of this Order based upon revisions made consistent with the Reservations; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 157(b)(2); and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

---

[1] The Debtors in these Chapter 11 cases and the last four digits each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395). The Debtors continue to share the principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion and the Reservations.

2. Pursuant to 11 U.S.C. § 362(d), the automatic stay is hereby modified to permit the FDIC-Receiver to assert bond claims against the Insurance Carriers for Bank Loss.

3. The Debtors' rights under the Tower Insurance Programs, including the 2007-08 Blended Tower and any and all other policies and bonds set forth on Schedule 2.1 1(a) of the Amended Global Settlement Agreement, are hereby reserved.

4. The rights of the JPMC Entities' and their officers, directors and employees with respect to the 2007-08 Blended Tower and any other insurance are hereby reserved.

5. Nothing contained herein shall impair any rights or defenses of the Debtors, the JPMC Entities, their respective current of former officers, directors and employees, or the FDIC-Receiver pursuant to the Tower Insurance Programs or under applicable non-bankruptcy law.

6. This Court shall retain jurisdiction over the implementation of this Order.

Dated: Wilmington, Delaware
April 1, 2011

_____
Mary F. Walrath
United States Bankruptcy Judge