UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WASHINGTON MUTUAL, INC., *et al.*, | ) | |
| | ) | |
| | ) | Case No. 08-12229 (MFW) |
| | ) | |
| Debtors, | ) | |
| | ) | Jointly Administered |
| | ) | |
| | ) | Hearing Date: May 24, 2011 at 11:30 a.m.. (ET) |
| | ) | Objection Deadline: May 17, 2011 at 4:00 p.m. (ET) |

## NOTICE OF MOTION OF WELLS FARGO BANK, N.A., IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE AND SUCCESSOR GUARANTEE TRUSTEE, FOR ENTRY OF AN ORDER (A) PARTIALLY LIQUIDATING AND ALLOWING THAT ASPECT OF ITS PROOF OF CLAIM RELATING TO THE TRUSTEE'S FEES AND EXPENSES AND (B) ESTABLISHING A PROTOCOL FOR THE REVIEW OF ADDITIONAL TRUSTEE'S FEES AND EXPENSES

PLEASE TAKE NOTICE that pursuant to sections 501, 502, 1123(b)(6) and 1129(a)(4) of title 11 of the United States Code (the "**Bankruptcy Code**") and pursuant to this Court's Opinion dated January 7, 2011 (Dkt. No. 6528), in a motion dated May 5, 2011 (the "**Motion**"), Wells Fargo Bank, National Association (**"Wells Fargo"**), in its capacity as successor Indenture Trustee under (a) the Indenture dated as of April 30, 2001, between Debtor Washington Mutual, Inc. (**"WMI"**) and The Bank of New York (**"BNY"**), as initial Trustee and (b) the First Supplemental Indenture dated as of April 30, 2001, and in its capacity as successor Guarantee Trustee under that certain Guarantee Agreement, dated as of April 30, 2001, between WMI as Guarantor, and Bank of New York as initial Guarantee Trustee (collectively, in such capacities, the **"PIERS Trustee"**), seeks entry of an order: (i) allowing and partially liquidating that aspect of the Wells Fargo Proof of Claim relating to the PIERS Trustee's fees and expenses in the amount of $2,592,857.97; (ii) approving a procedure for approval of compensation earned by the

WM1A 999258v1 05/05/11

PIERS Trustee and reimbursement of ongoing fees and expenses that the PIERS Trustee has incurred and will incur from April 1, 2011 through the conclusion of these bankruptcy cases; and (iii) granting the PIERS Trustee such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that objections to the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served on undersigned counsel so as to be received on or before May 17, 2011 at 4:00 p.m. (EDT).

PLEASE TAKE FURTHER NOTICE, that a hearing on the Motion will be held on May 24, 2011 at 11:30 a.m. (EDT) before the Honorable Mary F. Walrath, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE, THAT IF YOU FAIL TO FILE AN OBJECTION TO THE MOTION OR APPEAR AT THE HEARING IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
May 5, 2011

Respectfully submitted,

**FOX ROTHSCHILD LLP**

/s/ Neal J. Levitsky
Neal J. Levitsky, Esquire (No. 2092)
L. Jason Cornell, Esquire (No. 3821)
Seth A. Niederman, Esquire (No. 4588)
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, Delaware 19801
302.622-4200

-and-

**LOEB & LOEB LLP**
Walter H. Curchack, Esquire
Vadim J. Rubinstein, Esquire
345 Park Avenue
New York, New York 10154
(212) 407-4000

*Counsel for Wells Fargo Bank, N.A.,
in its Capacity as Indenture and Guarantee Trustee*