# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WASHINGTON MUTUAL, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-12229 (MFW) <br><br> Jointly Administered <br><br> Hearing Date: May 24, 2011 at 11:30 a.m. (ET) <br> Objection Deadline: May 17, 2011 at 4:00 p.m. (ET) |

## NOTICE OF MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK, IN ITS CAPACITY AS INDENTURE TRUSTEE, FOR ENTRY OF AN ORDER: (A) PARTIALLY LIQUIDATING AND ALLOWING PROOF OF CLAIM FOR FEES AND EXPENSES; AND (B) ESTABLISHING A PROTOCOL FOR REVIEW OF ADDITIONAL FEES AND EXPENSES

PLEASE TAKE NOTICE that pursuant to sections 501, 502, 1123(b)(6) and 1129(a)(4) of title 11 of the United States Code and pursuant to this Court's Opinion dated January 7, 2011 (Dkt. No. 6528) denying confirmation of the above-captioned Debtors' Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code, Law Debenture Trust Company of New York ("**Law Debenture**"), as successor indenture trustee under that certain indenture, dated as of April 4, 2000, between Washington Mutual, Inc. ("**WMI**," and, together with WMI Investment Corp., the "**Debtors**"), and The Bank of New York, as successor to Harris Trust and Savings Bank (as supplemented by that certain First Supplemental Indenture and Second Supplemental Indenture, dated as of August 1, 2002 and March 16, 2004, respectively), by this motion (the "**Motion**"), seeks entry of an order: (a) allowing and partially liquidating one of the Law Debenture Claims (as defined in the Motion) in the amount of $1,171,831.81; (b) approving a procedure for a review of fees and expenses that Law Debenture has incurred and will incur from April 1, 2011, through the

3159948

conclusion of these cases; and (c) granting Law Debenture such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that objections to the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served on undersigned counsel so as to be received on or before May 17, 2011 at 4:00 p.m. (prevailing Eastern time)

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on May 24, 2011 at 11:30 a.m. (prevailing Eastern time) before the honorable Mary F. Walrath, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO FILE AN OBJECTION TO THE MOTION OR APPEAR AT THE HEARING IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*[Remainder of page intentionally left blank]*

Dated: May 5, 2011                    Respectfully submitted,

                                        MORRIS JAMES LLP

                                        /s/ Stephen M. Miller

Stephen M. Miller (DE Bar No. 2610)
Courtney R. Bookout (DE Bar No. 5432)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750

– and –

PATTERSON BELKNAP WEBB & TYLER LLP
Daniel A. Lowenthal
Brian P. Guiney
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

*Counsel for Law Debenture Trust Company of New York*