# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WASHINGTON MUTUAL, INC., *et al.*, | ) | Case No. 08-12229 (MFW) |
| | ) | |
| Debtors, | ) | Jointly Administered |
| | ) | |
| | ) | Reference No. 7381, 7385, and 7387 |
| | ) | |

## NOTICE OF WITHDRAWAL OF DOCUMENT
## (RE: DOCKET NO. 7385)

PLEASE TAKE NOTICE that the *"Motion of The Bank of New York Mellon Trust Company, N.A., In Its Capacity As Indenture Trustee, For Entry Of An Order: (A) Partially Liquidating and Allowing Proof Of Claim For Fees and Expenses; And (B) Establishing A Protocol For Review Of Additional Fees And Expenses* " filed on May 5, 2011 as Docket No. 7385 was filed with the last two pages of the Notice of Motion inadvertently omitted and is hereby withdrawn. The full document has been re-filed as Docket No. 7387. The service copy sent to counsel is identical to the document filed as Docket No. 7387 (i.e. it includes the two pages missing from Docket No. 7385), except that it bears a sticker indicating the docket number as 7385. The correct filing is Docket No. 7387.

Dated: May 6, 2011

ROSENTHAL, MONHAIT & GODDESS, P.A.

/s/ Norman M. Monhait
Norman M. Monhait (No. 1040)
Citizens Bank Center, Suite 1401
919 Market Street, P.O. Box 1070
Wilmington, DE 19899
Telephone: (302) 656-4433
Facsimile: (302) 658-7567

-And-

Leo T. Crowley
Margot P. Erlich
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

*Attorneys for The Bank of New York Mellon Trust
Company, N.A., In Its Capacity As Indenture Trustee*