# CERTIFICATE OF SERVICE

I, Christopher A. Ward, Esq., of Polsinelli Shughart PC, hereby certify that on the 6th day of May, 2011, I caused to be served a copy of the **Motion of Wilmington Trust Company, in Its Capacities as Indenture Trustee and Guarantee Trustee for Five Series of WMB/CCB Subordinated Notes, for Entry of an Order (A) Partially Liquidating and Allowing Proofs of Claim for Fees and Expenses and (B) Establishing a Protocol for Review of Additional Fees and Expenses** upon the parties listed below in the manner indicated.

| VIA HAND DELIVERY | VIA FIRST CLASS MAIL |
|---|---|
| Mark D. Collins, Esq.<br>Chun I. Jang, Esq.<br>Lee E. Kaufman, Esq.<br>Richards, Layton &Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | Marcia L. Goldstein, Esq.<br>Brian S. Rosen, Esq.<br>Michael F. Walsh, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| David B. Stratton, Esq.<br>Evelyn J. Meltzer, Esq.<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5 100<br>1313 North Market Street<br>Wilmington, DE 19801 | Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 |
| William P. Bowden, Esq.<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue, 8" Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 | Parker C. Folse III, Esq.<br>Susman Godkey LLP<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101 |
| Jane M. Leamy, Esq.<br>Trial Attorney<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 North King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | John Marciel, Esq.<br>Washington Mutual, Inc.<br>c/o Alvarez and Marsal<br>925 Fourth Avenue<br>Seattle, WA 98104 |

                                                      */s/ Christopher A. Ward*
                                                      Christopher A. Ward (Del. Bar No. 3877)