# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WASHINGTON MUTUAL, INC., *et al.*, | ) | Case No. 08-12229 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline: May 18, 2011 at 4:00 p.m.** |
| | ) | **Related Docket No. 7214** |

## CERTIFICATE OF NO OBJECTION REGARDING TWELFTH MONTHLY APPLICATION OF SUSMAN GODFREY L.L.P. AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF WASHINGTON MUTUAL, INC. ET AL., FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF MARCH 1, 2011 THROUGH MARCH 31, 2011

I, William P. Bowden, a member of Ashby & Geddes, P.A., Delaware counsel to the Official Committee of Equity Security Holders of Washington Mutual, Inc., *et al.* (the "Equity Committee"), hereby certify the following:

1. On April 28, 2011, the Equity Committee filed the *Twelfth Monthly Application of Susman Godfrey L.L.P. as Co-Counsel to the Official Committee of Equity Security Holders of Washington Mutual, Inc., et al., for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of March 1, 2011 through March 31, 2011* (the "Application") [Docket No. 7214].

2. Pursuant to the notice of Application, objections or responses, if any, to the Application were to be filed with the Court and served upon the undersigned counsel by 4:00 p.m. (prevailing Eastern Time) on May 18, 2011.

3. As of the date hereof, the undersigned counsel have not been served with any objections or responses to the Application. A review of the Court's docket indicates that, as of this date, no responses or objections to the Application have been filed.

{00519133;v1}

THEREFORE, the Debtors are authorized to pay Susman Godfrey L.L.P. eighty percent (80%) of the fees in the amount of $39,178.00 (80% of $48,972.50) and one hundred percent (100%) of the expenses in the amount of $647.27 as requested in the Application.

Dated: May 20, 2011

**ASHBY & GEDDES, P.A.**

/s/ 
William P. Bowden (No. 2553)
Gregory A. Taylor (No. 4008)
Stacy L. Newman (No. 5044)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: 302-654-1888
Facsimile: 302-654-2067

-and-

**SUSMAN GODFREY LLP**
Stephen D. Susman, Esq.
1000 Louisiana
Suite 5100
Houston, Texas 77002-5096
Telephone: 713-651-9366
Facsimile: 713-654-6666

Parker C. Folse III, Esq.
Edgar G. Sargent, Esq.
Justin A. Nelson, Esq.
1201 Third Avenue
Suite 3800
Seattle, Washington 98101-3000
Telephone: 206-516-3880
Facsimile: 206-516-3883

Seth Ard, Esq.
654 Madison Avenue, 5th Floor
New York, New York 10065-8404
Telephone: 212-336-8330
Facsimile: 212-336-8340

*Co-Counsel to the Official Committee of Equity Security Holders of Washington Mutual, Inc., et al.*