## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                                           :
In re                                                      :   Chapter 11
                                                           :
WASHINGTON MUTUAL, INC., et al.,¹                          :   Case No. 08-12229 (MFW)
                                                           :
                                                           :   (Jointly Administered)
                 Debtors.                                  :
                                                           :   Hearing Date: 7/28/11 at 11:30 a.m. (EDT)
-----------------------------------------------------------x   Objection Deadline: 7/21/11 at 4:00 p.m. (EDT)
```

## NOTICE OF DEBTORS' SECOND SUPPLEMENTAL APPLICATION PURSUANT TO SECTIONS 327(e) AND 328(a) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AUTHORIZATION TO ENLARGE THE RETENTION OF PERKINS COIE LLP AS SPECIAL COUNSEL TO THE DEBTORS

PLEASE TAKE NOTICE that, on July 5, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Debtors' Second Supplemental Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Enlarge the Retention of Perkins Coie LLP as Special Counsel to the Debtors** (the "Second Supplemental Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3ʳᵈ Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Second Supplemental Application must be filed in writing with the Bankruptcy Court, 824 Market Street, 3ʳᵈ Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Debtors on or before **July 21, 2011 at 4:00 p.m. (Eastern Daylight Time).**

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Second Supplemental Application will be held before The Honorable Mary F. Walrath at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **July 28, 2011 at 11:30 a.m. (Eastern Daylight Time).**

**IF NO OBJECTIONS TO THE SECOND SUPPLICATION APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE SUPPLICATION APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: July 5, 2011        RICHARDS, LAYTON & FINGER, P.A.
      Wilmington, Delaware

Mark D. Collins (No. 2981)
Chun I. Jang (No. 4790)
Julie A. Finocchiaro (No. 5303)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

**WEIL, GOTSHAL & MANGES LLP**
Brian S. Rosen, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys to the Debtors and Debtors in Possession*