# Exhibit B

# Proposed Order

US_ACTIVE:\43717159\03\79831.0003

RLF1 4223521v. 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                              :
*In re*                                        :    Chapter 11
                                              :
WASHINGTON MUTUAL, INC., et al.,[1]            :    Case No. 08-12229 (MFW)
                                              :
                                              :    (Jointly Administered)
           Debtors.                            :
                                              :
                                              :
---------------------------------------------------------------x

## SECOND SUPPLEMENTAL ORDER PURSUANT TO SECTIONS 327(e) AND 328(a) OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTORS TO ENLARGE THE RETENTION OF PERKINS COIE LLP AS SPECIAL COUNSEL TO THE DEBTORS

Upon the application, dated July 5, 2011 (the "Second Supplemental Application"), of Washington Mutual, Inc. and WMI Investment Corp., as debtors and debtors in possession (collectively, the "Debtors"), for entry of an order pursuant to sections 327(e) and 328(a) of the Bankruptcy Code,[2] Bankruptcy Rule 2014, and Local Rule 2014-1, authorizing the Debtors to expand the scope of Perkins Coie LLP's employment ("Perkins"); and upon consideration of the Third Supplemental Kaplan Declaration, which is annexed to the Second Supplemental Application; and the Court being satisfied based on the representations made in the Second Supplemental Application and in the Third Supplemental Kaplan Declaration that Perkins represents no interest adverse to the Debtors' estates with respect to the matters upon which they are to be engaged; and that their employment is necessary and in the best interests of

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Second Supplemental Application.

US_ACTIVE:\43717159\03\79831.0003

RLF1 4223521v. 1

the Debtors' estates; and the Court having found that the terms of the engagement are reasonable for the purposes of section 328(a) of the Bankruptcy Code; and the Court having jurisdiction to consider the Second Supplemental Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Second Supplemental Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Second Supplemental Application having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Second Supplemental Application establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Second Supplemental Application is granted; and it is further

ORDERED that, in accordance with sections 327(e) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2104, and Local Rule 2014-1, the Debtors are authorized to expand the scope of Perkins's employment on the terms set forth in the Second Supplemental Application and this order; and it is further

ORDERED that Perkins shall be compensated in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed under 11 U.S.C. § 330, the Guidelines, and such other procedures as may be fixed by order of this Court; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: _____, 2011
Wilmington, Delaware

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE