IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WASHINGTON MUTUAL, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-12229 (MFW)<br><br>(Jointly Administered)<br><br>Hearing Date: July 28, 2011 at 11:30 a.m. (*Requested*)<br>Obj. Deadline: July 22, 2011 at 5:00 p.m. (*Requested*)<br>Related Dkt. Nos. |

## MOTION FOR AN ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO COMMENCE AND PROSECUTE CERTAIN CLAIMS OF DEBTORS' ESTATES

## FILED UNDER SEAL
(PER DOCKET NOS. 4863 and 6831)

Dated: July 12, 2011
      Wilmington, Delaware

ASHBY & GEDDES, P.A.

    s/ Gregory A. Taylor
William P. Bowden (DE Bar No. 2553)
Gregory A. Taylor (DE Bar No. 4008)
Stacy L. Newman (DE Bar No. 5044)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile : (302) 654-2067

*Delaware Counsel to the Official Committee of Equity Security Holders of Washington Mutual, Inc., et al., and with respect to the Settlement Note Holders, only as to Centerbridge Partners, L.P., Appaloosa Management L.P., and Owl Creek Asset Management, L.P.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Washington Mutual, Inc. (3725) and WMI Investment Corp. (5396). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

{00535789;v1}

**SUSMAN GODFREY, L.L.P.**
Stephen D. Susman (NY Bar No. 3041712)
Seth D. Ard (NY Bar No. 4773982)
654 Madison Avenue, 5th Floor
New York, NY 10065

Parker C. Folse, III (WA Bar No. 24895)
Edgar Sargent (WA Bar No. 28283)
Justin A. Nelson (WA Bar No. 31864)
1201 Third Ave., Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

*Co-Counsel to the Official Committee of Equity Security Holders of Washington Mutual, Inc. et al.*

-and-

**SULLIVAN HAZELTINE ALLINSON LLC**


  s/ William D. Sullivan
William D. Sullivan (DE Bar No. 2820)
901 N. Market St., Suite 1300
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

*Conflicts Co-Counsel for the Official Committee of Equity Security Holders of Washington Mutual, Inc., et al., as to Aurelius Capital Management, L.P.*