# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Washington Mutual, Inc. | | |
| **Case Number:** | 08-12229-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, JULY 13, 2011 09:30 AM   CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | SUSAN FAVATA | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matters:*

**1)** Omnibus
   **R / M #:**   0 / 0

**2)** Confirmation
   **R / M #:**   0 / 0

## *Appearances:*

See Attached Sign In Sheet

## *Proceedings:*

Agenda Matters:
Confirmation Adjourned Until 7/14/2011