# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Washington Mutual, Inc. |
| **Case Number:** | 08-12229-MFW    **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, JULY 15, 2011 09:30 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | SUSAN FAVATA |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## *Matter:*

Confirmation

**R / M #:**   0 / 0

## *Appearances:*

See Attached Sign In Sheet

## *Proceedings:*

Confirmation