# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WASHINGTON MUTUAL, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-12229 (MFW)<br>(Jointly Administered)<br><br>Hearing Date: Sept. 6, 2011, 2:00 p.m. (EDT)<br>Objection Deadline: Aug. 8, 2011, 4 p.m. (EDT)<br>Related Docket Nos.: 7154, 7511, 7998, 8242 |

## NOTICE OF EIGHTH INTERIM FEE APPLICATION REQUEST OF PERKINS COIE LLP

| | |
|---|---|
| Name of Applicant: | Perkins Coie LLP |
| Authorized to Provide Professional Services to: | Washington Mutual, Inc. and WMI Investment Corp. |
| Date of Retention: | November 25, 2008 *nunc pro tunc* to September 26, 2008 |
| Period for which compensation and reimbursement is sought: | February 1, 2011 to May 31, 2011 |
| Amount of Compensation sought as actual, reasonable and necessary: | $ 500,304.75 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 7,435.75 |

This is (a)n: _X_ interim _____ final application

Summary of Fee Applications for Compensation Period:

| | | Total Requested | | Approved via Certificate of No Objection | | Holdback Requested |
|---|---|---|---|---|---|---|
| Date Filed/ Dkt. No. | Period Covered | Fees | Expenses | Fees (@ 80%) | Expenses (@ 100%) | Fees (@ 20%) |
| 4.18.2011 #7154 | Feb-11 | $40,779.50 | $2,760.71 | $32,623.60 | $2,760.71 | $8,155.90 |
| 5.17.2011 #7511 | Mar-11 | $56,952.00 | $934.60 | $45,561.60 | $934.60 | $11,390.40 |

| Date Filed/ Dkt. No. | Period Covered | Total Requested | | Approved via Certificate of No Objection | | Holdback Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (@ 80%) | Expenses (@ 100%) | Fees (@ 20%) |
| 6.27.2011 #7998 | Apr-11* | $225,775.50 | $3,113.02 | $180,620.40 | $3,113.02 | $45,155.10 |
| 7.15.2011 #8242 | May-11 | $176,797.75 | $627.42 | $141,438.20 | $627.42 | $35,359.55 |
| **Total:** | | $500,304.75 | $7,435.75 | $400,243.80 | $7,435.75 | $100,060.95 |

PLEASE TAKE NOTICE that, pursuant to the Court's Amended Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated November 14, 2008 (the "Interim Compensation Order"), objections, if any, to the Interim Fee Application Request must be filed with the Court and served on the Applicant at the address set forth below and the Notice Parties (as defined in the Interim Compensation Order) so as to be received by **August 8, 2010 at 4 p.m. (EDT)**. If no timely objections are filed to the Interim Fee Application Request, the Court may enter an order granting the Interim Fee Application Request without a hearing.

Dated: July 15, 2010
Seattle, Washington

Respectfully submitted,

By:   /s/ John S. Kaplan
John S. Kaplan, WSBA #23788
PERKINS COIE LLP
1201 Third Avenue, 48th Floor
Seattle, WA 98101-3099
Telephone: 206-359-8000
Facsimile: 206-359-9000

Attorneys to Debtors and
Debtors in Possession

---

* The objection deadlines for the April and May fee applications are July 18 and August 4 respectively. As of the date of this filing, Perkins Coie LLP has not been paid any fees or expenses for the April or May fee applications.