# SIGN-IN SHEET

**CASE NAME:** Washington Mutual, Inc.
**CASE NUMBER:** 08-12229 (MFW)
**COURTROOM NUMBER:** 4
**DATE:** 7/19/2011

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert Sacks | Sullivan & Cromwell | JPMorgan |
| Brian Glueckstein | " | " |
| Adam Landis | Landis Rath & Cobb | " |
| Brian Rosen | Weil, Gotshal + Manges | Debtors |
| Adam Strochak | " | " |
| Richard Slack | " | " |
| Kelly DiBlasi | " | " |
| Diana Eng | " | " |
| Michael Merchant | Richards, Layton + Finger | " |
| Ira Levee | Lowenstein Sandler | Various Eq. Securities Pltfs |
| Fred Hodara | Akin Gump Strauss Hauer & Feld | Creditors' Committee |
| Robert Johnson | " | " |
| David Sheldon | Pepper Hamilton | " |
| Seth Niederman | Fox Rothschild | Wells Fargo |
| Walter Gutchack | Loeb and Loeb | " |
| Shanti Katona | Polsinelli Shughart | Wilmington Trust Co |
| Ronni Arnold | Arnt Fox | " |
| Mark T. Hurford | Campbell + Levine | TPS Consortium |

# SIGN-IN SHEET

**CASE NAME:** Washington Mutual, Inc.  
**CASE NUMBER:** 08-12229 (MFW)  
**COURTROOM NUMBER:** 4  
**DATE:** 7/19/2011

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kenneth Eckstein | Kramer Levin | Aurelius |
| Jeffrey Trachtman | " | " |
| Shannon Lowry Nagle | " | " |
| Brad Eric Scheler | Fried Frank | Appaloosa, Owl Creek, Centerbridge |
| Michael de Leeuw | " | " |
| Richard Owens | Latham Watkins | Centerbridge |
| Mark Broude | " | " |
| Adam Harris | Schulte Roth | Owl Creek |
| William Gussman Jr. | " | " |
| Alan Glickman | " | " |
| Barry Sher | Paul Hastings | Appaloosa |
| Maria Douvas | " | " |
| Stefan Miller | Morris James LLP | Law Debenture, Trustee |
| Dan Lowenthal | Patterson Belknap | Law Debenture, Trustee |
| L John Bird | Fox Rothschild | WMI Noteholders |
| Jeff Schlerf | " | " |
| Tom MacWright | White + Case | WMI |
| Parker False | " | " |
| Edgar Sargent | Susman Godfrey | Equity Committee |
| | " | " |

# SIGN-IN SHEET

**CASE NAME:** Washington Mutual, Inc.     **COURTROOM NUMBER:** 4

**CASE NUMBER:** 08-12229 (MFW)     **DATE:** 7/19/2011

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Dan Walker | Susman Godfrey | Equity Committee |
| Seth Ard | " " | " " |
| Greg Taylor | Ashby & Geddes | " " |
| Stacy Newman | " " | " " |
| Zeke Allinson | Sullivan Hazeltine & Allinson | " " |

# SIGN-IN SHEET

CASE NAME: Washington Mutual, Inc.  
CASE NUMBER: 08-12229 (MFW)  
COURTROOM NUMBER: 4  
DATE: 7/19/2011

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Howard Kaplan | Akin Kaplan Rice LLP | Certain of the TPS Holders |
| Joseah Matteo | " | " |
| Robert Stark | Brown Rudnick LLP | TPS Consortium |
| Rachel B. Mersky | Monzack Mersky McLaughlin and Browder | |
| Margot Erlich | Pillsbury Winthrop Shaw | Kerry Killinger |
| Norman Monhait | Rosenthal Monhait & Goddess/DE | Peterson Bonlof NY/Mellin " |
| Blake Cleary | Young Conaway Stargatt & Taylor LLP | FDIC |
| George Soulh III | DLA Piper | FDIC |

Court Conference
Calendar Date: 07/19/2011
Calendar Time: 09:30 AM ET

U.S. Bankruptcy Court-Delaware
Confirmed Telephonic Appearance Schedule
Honorable Mary F. Walrath
#4

1st Revision 07/18/2011 04:08 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 4346284 | Andrew Colvin | (212) 508-1624 | Peter J. Solomon Company | Creditor, Official Committee of Equity Security Holders / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 4346715 | Colin Adams | 212-761-1620 ext. 00 | Morgan Stanley | Creditor, Morgan Stanley / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 4348529 | James Andriola | (212) 521-5400 | Reed Smith LLP | Interested Party, Dime Trust / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 4347298 | Robert J. Boller | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 4345728 | Rebecca Borowitz | (212) 318-6516 | Paul, Hastings, Janofsky & Walker | Interested Party, Appaloosa Management LP / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 4339018 | George Brickfield | 203-339-1549 | The Seaport Group | Interested Party, The Seaport Group / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 4343149 | Daniel Brown | (617) 656-8287 | Brown Rudnick LLP | Interested Party, Trust Preferred Holders / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 4347638 | Chris Carty | (212) 872-8045 | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 4338965 | Dan Bullock | 703-378-8829 | Dan Bullock - In Pro Per | In Propria Persona, Dan Bullock / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 4340557 | Lawrence N. Chanen | (212) 552-7443 | JP Morgan Chase & Co. | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 4343351 | Dale Chappell | (302) 426-1900 | Black Horse Capital | Interested Party, Dale Chappell / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 4348482 | Adam Cheperik | (212) 390-2877 | The Blackstone Group | Interested Party, The Blackstone Group / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 4348617 | Yekaterina Chernyak | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Creditor, Aurelis Capital Management / LISTEN ONLY |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 4403352 | Bruce Clark | (212) 558-4000 | Sullivan & Cromwell LLP (New York) | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 4347416 | Leo T. Crowley | 212-858-1740 | Pillsbury Winthrop Shaw Pittman LLP | Creditor, Bank of New York Mellon / LIVE |
| | | Washington Mutual, Inc. | 08-12229 | Hearing | 4347455 | Walter H. Curchack | 212-407-4861 | Loeb & Loeb, LLP | Creditor, Wells Fargo, N.A. / LIVE |

| Washington Mutual, Inc. | 08-12229 | Hearing | 4343281 | Deana Davidian | (212) 333-0200 | Arkin Kaplan Rice LLP (New York) | Interested Party, Trust Perferred Holders / LISTEN ONLY |
|---|---|---|---|---|---|---|---|
| Washington Mutual, Inc. | 08-12229 | Hearing | 4347941 | Scott Davidson | (212) 556-2164 | King & Spalding | Representing, NanTahala / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4348179 | Kelly Diblasi | (710) 363-4833 | Weil Gotshal & Manges LLP | Creditor, Bank of New York Mellon / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4348405 | Matthew Ehmer | 203-542-4219 ext. 00 | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4347516 | Margot P. Erlich | (212) 858-1536 | Pillsbury Winthrop Shaw Pittman LLP | Interested Party, Weil Gotshal & Manges LLP / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4346655 | Stanislav Fedorenko | (212) 672-4679 | Centerbridge Partners | Creditor, Centerbridge Partners / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4340490 | Hydee R. Feldstein | (310) 712-6600 | Sullivan & Cromwell, LLP | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4344743 | Jeremy Fielding | (302) 425-6400 | Centerbridge Partners, LP | Interested Party, Jeremy Fielding / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4343108 | Bryce Fraser | 212-823-5544 | Fortress Investment Group | Creditor, Bond Holders Bank / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4340428 | Stacey Friedman | (212) 558-3036 | Sullivan & Cromwell LLP, (New York) | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4340457 | Joshua Fritsch | (212) 558-4000 | Sullivan & Cromwell LLP | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4340440 | Brian Glueckstein | 212-558-4000 | Sullivan & Cromwell LLP, (New York) | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4343111 | Hal F. Goltz | 212-432-4635 | Anchorage Advisors | Interested Party, Anchorage Advisors / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4342295 | Helen Grayson | (206) 432-8725 | Washington Mutual Inc. | Debtor, Washington Mutual, Inc. / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4347437 | Brian Guiney | 212-336-2305 | Patterson, Belknap, Webb & Tyler | Creditor, Law Debenture Trust Company of NY / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4343101 | Joel Hawkins | (952) 984-3440 | Carval Investors | Creditor, Bond Holders Bank / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4347383 | Fred S. Hodara | 212-872-8040 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4348153 | Will Hueske | (202) 682-7001 ext. 999 | Weil, Gotshal & Manges (Washington) | Debtor, Washington Mutual / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4344713 | Kizzy L. Jarashow | (212) 833-1115 | Friedman Kaplan Seiler & Adelman | Interested Party, Aurelius Capital / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4347274 | Robert A. Johnson | 212-872-1077 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4340529 | Jason C. Klein | (415) 315-3999 | JP Morgan Chase Bank, N.A | Interested Party, JPMorgan Chase Bank, N.A. / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4344758 | Thomas Korsman | 612-466-5890 | Wells Fargo Bank-Office of General | Creditor, Wells Fargo / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4344667 | Kenneth Maiman | 973-701-8401 | Appaloosa Management | Creditor, Appaloosa / LISTEN ONLY |

| Case | Case # | Proceeding | Conf # | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Washington Mutual, Inc. | 08-12229 | Hearing | 4343162 | Jonathan D. Marshall | (617) 856-8326 | Brown Rudnick LLP | Creditor, Trust Preferred Holders / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4348185 | John P. Mastando | (212) 310-8192 | Weil Gotshal & Manges LLP New | Debtor, Washington Mutual, Inc. / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4343293 | Joe McInnis | (914) 251-8200 | Gray Wolf Capital | Interested Party, Joe McInnis / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4340516 | Brent J. McIntosh | (202) 956-7500 | Sullivan & Cromwell, LLP | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4348163 | Travis McRoberts | (302) 651-7687 | Richards, Layton & Finger, P.A. | Debtor, Washington Mutual, Inc. / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4345874 | Justin Nelson | (206) 516-3880 | Susman Godfrey | Creditor, Official Committee of Equity Security Holders / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4348517 | Michael O'Hara | (212) 583-5463 | The Blackstone Group | Interested Party, The Blackstone Group / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4343343 | Daniel Philp | (612) 253-6068 | White Box Advisors, LLC | Interested Party, Daniel Philp / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4343106 | Daniel Pine | (212) 500-3158 | Marathon Asset Management | Creditor, Bond Holders Bank / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4340470 | David Possick | (212) 558-4000 | Sullivan & Cromwell LLP, (New York) | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4343318 | Michael J. Renoff | (646) 201-4662 | Scoggin Capital | Interested Party, Michael J. Renoff / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4344593 | Jeremy Richards | (310) 772-2346 | Pachulski Stang Ziehl & Jones (All | Creditor, Bond Holders Bank / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4346080 | Jeffrey Rothleder | 202-828-3472 | Arent Fox LLP | Creditor, Wilmington Trust FSB / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4341495 | Brian M. Rothschild | 310-728-3734 | Akin Gump Strauss Hauer & Feld | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4347542 | Vadim J. Rubenstein | (212) 407-4092 | Loeb & Loeb, LLP | Interested Party, Wells Fargo, N.A. (Member of Official Committee of Unsecured Creditors) / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4340503 | Robert A. Sacks | 310-712-6640 | Sullivan & Cromwell, LLP | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4344677 | Brad E. Scheler | (212) 859-8019 | Fried, Frank, Harris, Shriver & | Creditor, Appaloosa Management, Centerbridge Partners and Owl Creek Asset Management / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4345852 | Marc Schwartz | (212) 209-3122 | Taconic Capital | Creditor, Taconic Capital / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4345858 | James A Scott | (206) 491-8799 | James A Scott - In Pro Per/Pro Se | Creditor, Members Of Official Committee of Equity Security Holders / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4343120 | Michael C. Scott | 212-703-2133 | Venor Capital | Creditor, Bond Holders Bank / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Washington Mutual, Inc. | 08-12229 | Hearing | 4343315 | K. John Shaffer | (310) 228-5785 | Stutman, Treister & Glatt | Interested Party, Elliot Company / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4348124 | Rahul Sharma | (212) 310-8192 | Weil Gotshal & Manges LLP New | Debtor, Washington Mutual, Inc. / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4347356 | David Simonds | 310-552-6692 | Akin Gump Strauss Hauer & Feld | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4339382 | Kevin Starke | (203) 569-6421 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4343087 | Mitchell E. Sussman | (917) 796-3143 | Stone Lion Capital | Creditor, Bond Holders Bank / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4347373 | James J. Tancredi | (610) 275-0331 | Day Pitney, LLP | Creditor, KeyStone Holdings Partners / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4343333 | Vikas Tandon | 415-362-7677 | Loan Starr | Interested Party, Vikas Tandon / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4343151 | Andrew M. Thau | (212) 692-5178 | Miller Tabak Roberts Securities, LLC | Interested Party, Miller Tabak Roberts Securities / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4343306 | David Thompson | (212) 626-6783 | VR Capital | Interested Party, David Thompson / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4348171 | Jim Truong | (602) 326-2390 | Alvarez & Marsal | Interested Party, Alvarez & Marsal / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4348277 | Eli Vonnegut | (650) 752-2000 | Davis Polk & Wardwell LLP | Creditor, Morgan Stanley / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4343113 | William Vrattos | (212) 300-1309 | York Capital Management, (U.S. | Creditor, Bond Holders Bank / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4343272 | Laura F. Weiss | (212) 209-4929 | Brown Rudnick, LLP | Interested Party, Holders of Securities / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4345892 | E.Scott Wetzel | 425-467-4825 | E. Scott Wetzel | Creditor, Official Committee of Equity Security Holders / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4344692 | Marissa B. Wiley | (212) 859-8418 | Fried Frank | Creditor, Appaloosa, Centerbridge, Owl Creek / LISTEN ONLY |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4345879 | Michael Willingham | (903) 762-1625 | Washington Mutual Inc. | Creditor, Member of Official Committee of Equity Holders / LIVE |
| Washington Mutual, Inc. | 08-12229 | Hearing | 4343117 | Dean A. Ziehl | (310) 772-2362 | Pachulski Stang Ziehl & Jones (All | Creditor, Bond Holders Bank / LIVE |