IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
*In re* : Chapter 11
: 
WASHINGTON MUTUAL, INC., et al.,[1] : Case No. 08-12229 (MFW)
: 
Debtors. : (Jointly Administered)
: 
: Re: Docket No. 8242
---------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION REGARDING THIRTY-SECOND MONTHLY APPLICATION OF PERKINS COIE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM MAY 1, 2011 THROUGH MAY 31, 2011**

The undersigned hereby certifies that, as of the date hereof, she has received no formal objection or other response to the thirty-second monthly fee application for compensation and reimbursement of expenses (the "Application") of **Perkins Coie LLP** ("Applicant") listed on Exhibit A attached hereto. The Application was filed with the Court on July 15, 2011. The undersigned further certifies that she has reviewed the docket in these cases and that no answer, objection or other response to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than **August 4, 2011 at 4:00 p.m. (EDT)**.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Suite 2500, Seattle, Washington 98104.

RLF1 3377427v. 1

The Application was filed and served in accordance with the Amended Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated November 14, 2008 (the "Interim Compensation Order") [Docket No. 302]. Pursuant to the Interim Compensation Order, Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by Applicant is annexed hereto as Exhibit A.

Dated: August 8, 2011
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Julie A. Finocchiaro (No. 5303)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and -

John S. Kaplan, WSBA #23788
PERKINS COIE LLP
1201 Third Avenue, 48th Floor
Seattle, WA 98101-3099
Telephone: 206-359-8000
Facsimile: 206-359-9000

*Attorneys to Debtors and Debtors in Possession*

# EXHIBIT A

Professional Fees and Expenses
Monthly Fee Application

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline: | Amount of Fees Authorized to be Paid @ 80% | Amount of Expenses Authorized to be Paid @ 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Perkins Coie LLP | 32nd Monthly Application<br><br>5/1/11 through 5/31/11<br><br>Filed 7/15/11<br><br>[Docket No. 8242] | $176,797.75 | $627.42 | 8/4/11 | $141,438.20 | $627.42 | $35,359.55 |