## Exhibit D

Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WASHINGTON MUTUAL, INC., *et al.*, | ) | |
| | ) | |
| | ) | Case No. 08-12229 (MFW) |
| | ) | |
| Debtors, | ) | |
| | ) | Jointly Administered |

## ORDER GRANTING SECOND MOTION OF THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., IN ITS CAPACITY AS INDENTURE TRUSTEE, FOR ENTRY OF AN ORDER FURTHER PARTIALLY LIQUIDATING AND ALLOWING PROOF OF CLAIM FOR FEES AND EXPENSES

Upon consideration of the Motion of The Bank of New York Mellon Trust Company, N.A., in its capacity as indenture trustee for the WMI Senior Notes ("**BNY Mellon**") for entry of an order further partially liquidating and allowing proof of claim (the "**Motion**"),[1] and upon consideration of any and all objections and responses, if any, filed regarding the Motion; and the Court finding that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) notice of the Motion and the hearing was sufficient under the circumstances; and (iv) upon the record herein; and after due deliberation, good and sufficient cause exists for the relief requested;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED;

2. The BNY Mellon Proofs of Claim are hereby further partially liquidated and allowed in the amount of $473,328.80.

3. Nothing contained herein shall be deemed a determination with respect to the fees and expenses that BNY Mellon has incurred and will incur from August 1, 2011, through the conclusion of these cases. The reasonableness of such fees and expenses shall be subject to a further Order of this Court.

4. This Court shall retain jurisdiction with respect to all matters arising out of or related to the implementation of this Order.

Dated: _____, 2011
       Wilmington, Delaware

 

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

---

[1] Unless otherwise stated, capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.