# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WASHINGTON MUTUAL, INC., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 08-12229 (MFW)<br>)<br>) Jointly Administered<br>)<br>) Hearing Date: September 6, 2011 at 2:00 p.m. (ET)<br>) Objection Deadline: August 30, 2011 at 4:00 p.m. (ET) |

## NOTICE OF MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK, IN ITS CAPACITY AS INDENTURE TRUSTEE, FOR ENTRY OF AN ORDER PARTIALLY ALLOWING AND LIQUIDATING PROOF OF CLAIM FOR FEES AND EXPENSES INCURRED FROM APRIL 1, 2011 THROUGH AND INCLUDING JULY 31, 2011

**PLEASE TAKE NOTICE** that pursuant to sections 501, 502, 1123(b)(6), and 1129(a)(4) of the Bankruptcy Code and pursuant to this Court's Opinion dated January 7, 2011 [Dkt. No. 6528], denying confirmation of the above-captioned Debtors' Sixth Amended Plan, Law Debenture Trust Company of New York ("Law Debenture"), as successor indenture trustee under that certain indenture, dated as of April 4, 2000, between Washington Mutual, Inc., and The Bank of New York, as successor to Harris Trust and Savings Bank (as supplemented by that certain First Supplemental Indenture and Second Supplemental Indenture, dated as of August 1, 2002, and March 16, 2004, respectively), by this motion (the "Motion"), seeks entry of an order partially allowing and liquidating a portion of one of Law Debenture's two claims against the Debtors in the additional amount of $445,792.00.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served on undersigned counsel so as to be

3681514

received on or before August 30, 2011 at 4:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on September 6, 2011 at 2:00 p.m. (ET) before the honorable Mary F. Walrath, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO FILE AN OBJECTION TO THE MOTION OR APPEAR AT THE HEARING IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 17, 2011

Respectfully submitted,

MORRIS JAMES LLP

By: Stephen M. Miller (DE Bar No. 2610)
Courtney R. Hamilton (DE Bar No. 5432)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750

– and –

PATTERSON BELKNAP WEBB & TYLER LLP
Daniel A. Lowenthal
Brian P. Guiney
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

*Counsel for Law Debenture Trust Company of New York*

---

[1] Unless otherwise stated herein, all capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.