# Exhibit A

# Law Debenture Invoices

3681514

# Law Debenture Trust Company of New York

## Law Debenture Trust Company of New York

400 Madison Avenue, New York, New York 10017
Telephone: 212 750 6474  Fax: 212 750 1361  email: new.york@lawdeb.com

To:
**Washington Mutual, Inc.**

| | |
|---|---|
| Invoice No: | NTS/08/16/038 |
| Customer No: | WA205 |
| Date: | 8/16/2011 |
| Contact Name: | Heaney |
| Trust Code: | 104481/928/929 |

| Code | Description | Charges |
|---|---|---|
| | **Washington Mutual, Inc.**<br>Indenture Dated 4/04/2000<br>8.25% Subordinated Notes due 2010<br>4.625% Subordinated Notes due 2014<br>7.25% Subordinated Notes due November 1, 2017<br><br>Fees and expenses of the Indenture Trustee<br>April 1, 2011 – July 31, 2011 | $29,476.67 |
| | Payment due 30 days from invoice date by check,<br>Or major credit card.<br>We accept most major credit cards. Simply phone<br>212-750-6474 or fax 212-750-1361 with your details.<br><br>*A finance charge of 2% per month will be added to all amounts that are more than 30 days old.*<br><br>**BANK DETAILS:** (Please provide additional funds to cover all bank fees)<br>Citibank N.A.<br>330 Madison Avenue<br>New York, NY 10017<br>ABA#: 021000089<br>Swift code: CITIUS33<br>a/c #: 30654603<br>Please quote: NTS/08/16/038 | |
| | Sub Total | $29,476.67 |
| | Total Due | $29,476.67 |

| Date | Description | Washington Mutual | Officer | Hours | Fee | James Heaney, M.D.  Annual Fee: $15,500.00 Admin | Expenses | Invoice |
|---|---|---|---|---|---|---|---|---|
| **April-11** | | | | | | | | |
| April | Prorated (Monthly) Annual Trustee Fee | | N/A | | | $1,291.67 | | |
| 4/5/2011 | Committee Call | | JDH | 0.50 | $275.00 | | $0.00 | |
| 4/12/2011 | Committee Call | | JDH | 1.10 | $605.00 | | $0.00 | |
| 4/19/2011 | Committee Call | | JDH | 1.00 | $550.00 | | $0.00 | |
| 4/26/2011 | Committee Call | | JDH | 0.70 | $385.00 | | $0.00 | |
| Total for April 2011 | | | | 3.3 | $1,815.00 | $1,291.67 | $0.00 | $3,106.67 |
| **May-11** | | | | | | | | |
| May | Prorated (Monthly) Annual Trustee Fee | | N/A | | | $1,291.67 | | |
| 5/3/2011 | Committee Call | | JDH | 0.80 | $440.00 | | $0.00 | |
| 5/10/2011 | Committee Call | | JDH | 0.80 | $440.00 | | $0.00 | |
| 5/12/2011 | Telephone call D Lowenthal | | JDH | 0.20 | $110.00 | | $0.00 | |
| 5/12/2011 | Committee Call | | JDH | 1.20 | $660.00 | | $0.00 | |
| 5/17/2011 | Committee Call | | MAS | 1.50 | $825.00 | | $0.00 | |
| 5/23/2011 | Committee Call | | JDH | 1.00 | $550.00 | | $0.00 | |
| 5/24/2011 | Review Aiken Email re "Hand shake" deal and revised temsheet | | JDH | 0.60 | $330.00 | | $0.00 | |
| 5/31/2011 | Review Aiken Email and Settlement Extension | | JDH | 0.40 | $220.00 | | $0.00 | |
| 5/31/2011 | Committee Call | | JDH | 1.70 | $935.00 | | $0.00 | |
| Total for May 2011 | | | | 8.2 | $4,510.00 | $1,291.67 | $0.00 | $5,801.67 |
| **June-11** | | | | | | | | |
| June | Prorated (Monthly) Annual Trustee Fee | | N/A | | | $1,291.67 | | |
| 6/2/2011 | Review Normandy Hill Objection and reply | | JDH | 0.60 | $330.00 | | | |
| 6/3/2011 | Tel call D Lowenthal re need for more info before backing a plan | | JDH | 0.20 | $110.00 | | $0.00 | |
| 6/3/2011 | Committee Call | | JDH | 2.00 | $1,100.00 | | $0.00 | |
| 6/3/2011 | Committee Call | | JDH | 0.90 | $495.00 | | $0.00 | |
| 6/6/2011 | Review draft Seventh Amended Plan and Aiken comments | | JDH | 0.80 | $440.00 | | $0.00 | |
| 6/6/2011 | Committee Call | | JDH | 1.90 | $1,045.00 | | $0.00 | |
| 6/10/2011 | Committee Call | | JDH | 1.80 | $990.00 | | $0.00 | |
| 6/10/2011 | Call D Lowenthal; b Guiney | | JDH | 0.20 | $110.00 | | $0.00 | |
| 6/10/2011 | Committee Call | | JDH | 0.50 | $275.00 | | $0.00 | |
| 6/12/2011 | Review emails sent 06/11 and 06/2012 | | JDH | 0.40 | $220.00 | | $0.00 | |
| 6/13/2011 | Meeting with Weil | | JDH | 7.00 | $3,850.00 | | $0.00 | |
| 6/14/2011 | Meeting with Weil | | JDH | 2.00 | $1,100.00 | | $0.00 | |
| 6/14/2011 | Review Drafts of PSA and RON Term sheet | | JDH | 0.50 | $275.00 | | $0.00 | |
| 6/14/2011 | Committee Call | | JDH | 1.00 | $550.00 | | $0.00 | |
| 6/15/2011 | Read emails re 8th amend Plan and Revivial of 6th Amended Plan | | JDH | 0.40 | $220.00 | | $0.00 | |
| 6/20/2011 | Read lmtd obj of Noteholders to 6th Amended Joint Plan | | JDH | 0.50 | $275.00 | | $0.00 | |
| 6/21/2011 | Committee Call | | JDH | 1.70 | $935.00 | | $0.00 | |
| 6/28/2011 | Committee Call | | JDH | 1.10 | $605.00 | | $0.00 | |
| 6/30/2011 | Weekly review of Court docket and email traffic | | JDH | 0.20 | $110.00 | | $0.00 | |
| Total for June 2011 | | | | 23.7 | $13,035.00 | $1,291.67 | $0.00 | $14,326.67 |
| **July-11** | | | | | | | | |
| July | Prorated (Monthly) Annual Trustee Fee | | N/A | | | $1,291.67 | | |
| 7/5/2011 | Committee Call | | MAS | 0.50 | $275.00 | | $0.00 | |
| 7/5/2011 | Committee Call | | JDH | 0.70 | $385.00 | | $0.00 | |
| 7/6/2011 | Discussion B. Guiney Equity Committee objection | | JDH | 0.30 | $165.00 | | $0.00 | |
| 7/7/2011 | Read reply to Equity Comm objection | | JDH | 0.50 | $275.00 | | $0.00 | |
| 7/8/2011 | Committee Call | | JDH | 2.60 | $1,430.00 | | $0.00 | |
| 7/11/2011 | Committee Call | | JDH | 0.40 | $220.00 | | $0.00 | |
| 7/12/2011 | Committee Call | | JDH | 0.70 | $385.00 | | $0.00 | |
| 7/14/2011 | Review Draft of Hearing Transcript from 7/13 | | JDH | 0.80 | $440.00 | | $0.00 | |
| 7/21/2011 | Review Hearing Transcripts for week | | JDH | 1.00 | $550.00 | | $0.00 | |
| 7/22/2011 | Committee Call | | JDH | 1.50 | $825.00 | | $0.00 | |
| Total for July 2011 | | | | 9.0 | $4,950.00 | $1,291.67 | $0.00 | $6,241.67 |
| | | | | | | | | $29,476.67 |