## Exhibit B

## Patterson Belknap Invoices

3681514

The Law Debenture Company of New York
400 Madison Avenue
New York, NY 10017

Invoice No. 724456
August 16, 2011
FEI No. 13-5622951

Re: WAMU

L0353-000005

---

### CONFIDENTIAL ATTORNEY WORK PRODUCT

For Professional Services Rendered For The Period Ending
July 31, 2011 In Connection With The Following:

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 4/1/11 | BPG | Review docket, review claim objection, attention to calendar (omnibus dates) (.3). | 0.30 | $178.50 |
| 4/3/11 | DAL | Review client update (.1). | 0.10 | $74.50 |
| 4/4/11 | BPG | Follow-up D. Lowenthal re: notice to holders and quarterly update to Law Debenture (.2); review docket, fee applications, and one response (.3); review and revise fee motion, TC C. Dent re: same (.4). | 0.90 | $535.50 |
| 4/4/11 | CWD | Follow-up research re New York law and applicable Bankruptcy Code provisions re fee motion (2.2), confer w/B. Guiney re same (.1); review docket (.1). | 2.40 | $840.00 |
| 4/4/11 | DAL | Case update to Law Debenture (.2); notice to holders (.3). | 0.50 | $372.50 |
| 4/5/11 | BPG | Review prior minutes, review other Committee materials (.3); prepare for and participate on weekly call and related follow-up (.8); review LTA agreement (.3); follow-up C. Dent re: Committee call (.2). | 1.60 | $952.00 |
| 4/5/11 | CWD | Confer w/B. Guiney re Creditors' Committee call (.1); legal research re applicable New York law fee motion (.8) | 0.90 | $315.00 |
| 4/5/11 | DAL | Committee call (.7); review revised LTA (.5). | 1.20 | $894.00 |
| 4/8/11 | DAL | E-mail fee statement to J. Heaney (.2); review fee statements and revise related motion (3.6). | 3.80 | $2,831.00 |

| | | | | |
|---|---|---|---|---|
| 4/11/11 | BPG | Review docket, attention to filed and served pleadings (.4); review fee motion per D. Lowenthal and follow-up re: hearing dates (.4). | 0.80 | $476.00 |
| 4/11/11 | CWD | E-mail to B. Guiney and D. Lowenthal re fee motion research (.1). | 0.10 | $35.00 |
| 4/11/11 | DAL | Revise fee motion (2.1); review hearing agenda (.2); review mediation statements (.3). | 2.60 | $1,937.00 |
| 4/12/11 | BPG | Review billing detail per D. Lowenthal, deliver to K. Montgomery (2.2); review materials for Committee call, participate on same and follow-up (1.2) | 3.40 | $2,023.00 |
| 4/12/11 | CWD | Reviewing e-mails from WMI Creditors' Committee, reviewing draft mediation statements re ongoing litigation tracking warrant litigation (.2); WMI Creditors' Committee call w/D. Lowenthal (1.2). | 1.40 | $490.00 |
| 4/12/11 | DAL | Committee call (1.2); review mediation statements (1.6). | 2.80 | $2,086.00 |
| 4/13/11 | BPG | Review LTW mediation statements (.9); review docket, prepare for, monitor and follow-up re: omnibus hearing (1.2). | 2.10 | $1,249.50 |
| 4/13/11 | DAL | Review C. Carty email about Court hearing (.1); tc Debtors' counsel re contact at Law Debenture concerning Plan solicitation (.1). | 0.20 | $149.00 |
| 4/14/11 | CWD | Legal research re WMI/Law Debenture fee motion (.9) | 0.90 | $315.00 |
| 4/14/11 | DAL | E-mails with R. Johnson re LTW mediation (.1). | 0.10 | $74.50 |
| 4/15/11 | CWD | Follow-up legal research for fee motion (1.5); drafting research memorandum to D. Lowenthal and B. Guiney re same (4.0). | 5.50 | $1,925.00 |
| 4/17/11 | DAL | Review case law for fee motion (.5). | 0.50 | $372.50 |
| 4/18/11 | BPG | Review C. Dent memo, follow-up same re: fee motion (.5). | 0.50 | $297.50 |
| 4/18/11 | CWD | Confer w/B. Guiney re fee motion (.1). | 0.10 | $35.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 4/19/11 | BPG | Review materials for call, prepare for same, participate on update call and follow-up C. Dent and D. Lowenthal re: same (1.2); TC J. Heaney re: KCC request (.2); follow-up re: same (.1); TCs and e-mails with multiple parties re: DTC issue (.4). | 1.90 | $1,130.50 |
| 4/19/11 | CWD | WMI Creditors' Committee call w/B. Guiney; confer w/B. Guiney re same (1.2); calls w/Committee member re same (.1). | 1.30 | $455.00 |
| 4/19/11 | DAL | E-mail J. Heaney (.1). | 0.10 | $74.50 |
| 4/25/11 | BPG | Review docket, review omnibus objection (.2); follow-up re: fee motion, TC C. Dent re: same (.3). | 0.50 | $297.50 |
| 4/25/11 | CWD | Reviewing e-mails from D. Lowenthal and B. Guiney re WMI/Law Debenture fee motion (.2); confer w/B. Guiney re same (.1) | 0.30 | $105.00 |
| 4/25/11 | DAL | Attention to fee motion (.5). | 0.50 | $372.50 |
| 4/26/11 | BPG | Review revised ARSA, follow-up re: same, review docket and review materials in preparation for weekly committee call (.6); TC M. Erlich re: filing date (.2); participate on weekly call and follow-up (1.1); review and revise fee motion (1.4). | 3.30 | $1,963.50 |
| 4/26/11 | CWD | Reviewing e-mails from B. Guiney and D. Lowenthal re fee motion (.1); reviewing e-mails from Creditors' Committee (.1); confer w/B. Guiney re same (.1). | 0.30 | $105.00 |
| 4/26/11 | DAL | Schedule call with other Trustees' counsel (.3). | 0.30 | $223.50 |
| 4/27/11 | BPG | Follow-up D. Lowenthal re: fee motion, consider issues related to same and scheduling, additional follow-up re: same (.4); review docket, review discovery pleadings, follow-up re: same (.4). | 0.80 | $476.00 |
| 4/27/11 | DAL | Attention to fee motion (.5). | 0.50 | $372.50 |

| 4/29/11 | BPG | Participate on call re: fee motion, follow-up re: same, review case law re: same, revise motion and follow-up (2.0); review Plan supplement, review revised documents, docket, follow-up re: same, review agenda re: May 2 (1.5); review invoices for fee motion and follow-up (.4). | 3.90 | $2,320.50 |
|---|---|---|---|---|
| 4/29/11 | DAL | Tc with counsel for other Indenture Trustees re fee motion; revise motion papers and coordinate with Law Debenture and local counsel (5.5). | 5.50 | $4,097.50 |
| 5/2/11 | BPG | Review pre-bill, follow-up re: same (2.2); prepare for and monitor omnibus hearing (1.8); review docket, attention to certain discovery and case issues, follow-up re: same (.8); TC D. Lowenthal re: fee motion and follow-up (.3). | 5.10 | $3,034.50 |
| 5/2/11 | CWD | Confer w/B. Guiney re objections (.1). | 0.10 | $35.00 |
| 5/2/11 | DAL | Review report of Court hearing (.5). | 0.50 | $372.50 |
| 5/3/11 | BPG | Prepare for and participate on weekly Committee call, related follow-up (1.0); TC S. Miller re: fee motion, review and revise same per his comments, circulate to working group (.9); continue working on fee motion and review cases related to same (1.1); OC D. Lowenthal re: same and revise same per same (.5). | 3.50 | $2,082.50 |
| 5/3/11 | CWD | Reviewing emails from Creditors' Committee (.2); Creditors' Committee call w/D. Lowenthal (.9); confer w/D. Lowenthal re fee motion research; follow-up re same (.1); reviewing local counsel's comments on revised fee motion and e-mails from B. Guiney re same (.2). | 1.40 | $490.00 |
| 5/3/11 | DAL | Committee call (1.0); review fee motion (1.8); review email from BNY's counsel re same (.1); follow-up with B. Guiney re same (.6). | 3.50 | $2,607.50 |
| 5/4/11 | BPG | Work on fee motion, review bills, gather exhibits, multiple TCs and e-mails related to same (3.6). | 3.60 | $2,142.00 |

| 5/4/11 | DAL | Work on fee motion (2.5). | 2.50 | $1,862.50 |
|--------|-----|---------------------------|------|-----------|
| 5/5/11 | BPG | Follow-up S. Miller re: motion, gather exhibits and review and finalize, coordinate with D. Lowenthal re: same (.8); revise Exhibit D, finalize same (1.2); TC M. Erlich re: filing and follow-up re: same (.2); follow-up D. Lowenthal re: Law Deb invoices (.1). | 2.30 | $1,368.50 |
| 5/5/11 | DAL | Work on fee motion and e-mail same to J. Heaney and Edwards Angell. | 1.30 | $968.50 |
| 5/6/11 | BPG | Review docket, review other fee motions (.8). | 0.80 | $476.00 |
| 5/6/11 | DAL | Conf. J. Heaney re invoices (.1); leave detailed message for S. Miller re same (.1). | 0.20 | $149.00 |
| 5/9/11 | BPG | Review docket, review filed and served pleadings, e-mails with M. Erlich re: fee motion (.3). | 0.30 | $178.50 |
| 5/10/11 | BPG | Review minutes, agenda, materials for call, prepare for call and participate on same (1.2); follow-up with C. Dent re: same, follow-up D. Lowenthal re: same (.7); review docket, attention to filed and served pleadings (.3); review term sheet and follow-up (.4). | 2.60 | $1,547.00 |
| 5/10/11 | CWD | Reviewing emails from Creditors' Committee (.2); Creditors' Committee call w/D. Lowenthal (1.0); confer w/D. Lowenthal and B. Guiney re same (.2). | 1.40 | $490.00 |
| 5/10/11 | DAL | Committee call (1.0); tc with BNY's counsel (.1); review issues related to settlement discussions with B. Guiney (.2); review draft term sheet (1.0). | 2.30 | $1,713.50 |
| 5/11/11 | BPG | Review fee applications, follow-up D. Lowenthal re: same, review docket, follow-up D. Lowenthal re: Law Deb invoices, follow-up D. Lowenthal re: 5/24 hearing (1.1); follow-up D. Lowenthal re: settlement issues, additional correspondence re: same (.5); emergency call with committee re: settlement, follow-up D. Lowenthal and C. Dent re: same (1.0). | 2.60 | $1,547.00 |

| 5/11/11 | CWD | Creditors' Committee call re confirmation issues (.9); confer w/B. Guiney and D. Lowenthal re same (.3). | 1.20 | $420.00 |
|---------|-----|-----------------------------------------------------------------------------------------------------------|------|---------|
| 5/11/11 | DAL | Analysis of draft term sheet (.4): review Akin fee application (.2); prepare for fee application hearing (.5); review Committee issues re term sheet (.3); prepare for and participate in Committee call (1.8); e-mail J. Heaney (.2). | 3.40 | $2,533.00 |
| 5/12/11 | BPG | Review docket (.1); attention to filed and served pleadings (.1); review material for call (.1); participate on Committee call and follow-up (1.3); review April WIPs and follow-up (.3). | 1.90 | $1,130.50 |
| 5/12/11 | CWD | Reviewing WMI objections and other filings (.2); WMI Creditors' Committee Call w/D. Lowenthal and B. Guiney (1.4); confer w/B. Guiney re WMI monthly fee statements (.1). | 1.70 | $595.00 |
| 5/12/11 | DAL | TC J. Heaney re adjournment request (.3); leave detailed message for F. Hodara (.1); Committee call (1.3). | 1.70 | $1,266.50 |
| 5/13/11 | CWD | Reviewing objections to Amended Plan (1.1); revising monthly fee statement (.2); confer w/K. Montgomery re same (.1). | 1.40 | $490.00 |
| 5/13/11 | DAL | Review updated draft term sheet (.8). | 0.80 | $596.00 |
| 5/16/11 | CWD | Reviewing objections to Amended Plan (1.3); reviewing emails from Creditors' Committee (.1). | 1.40 | $490.00 |
| 5/16/11 | DAL | Review voting results (.1); review confirmation objection (.4); TC Wilmington Trust's counsel re fee motions (.2). | 0.70 | $521.50 |
| 5/17/11 | BPG | Attention to issues related to fee motion, multiple TCs and e-mails re: same (1.1). | 1.10 | $654.50 |

| 5/17/11 | CWD | Creditors' Committee call w/D. Lowenthal (1.2); confer w/D. Lowenthal re same (.3); call w/client re same (.1); reviewing objection to Weil's fees (.1); confer w/D. Lowenthal and B. Guiney re fee motion issues (.5); calls w/opposing counsel, counsel to various Creditors' Committee members and client re same (.5); e-mail to B. Guiney re fee motion extension and related issues (.1). | 2.80 | $980.00 |
|---------|-----|---|------|---------|
| 5/17/11 | DAL | Prepare for and participate in Committee call (1.8); TC's with other Indenture Trustee's counsel re fee motion (1.1). | 2.90 | $2,160.50 |
| 5/18/11 | BPG | Follow-up D. Lowenthal re: open issues, meeting, fee request (.3). | 0.30 | $178.50 |
| 5/18/11 | CWD | Call w/Indenture Trustees re fee motion objection extension, confer w/D. Lowenthal and B. Guiney re same (.6); confer w/B. Guiney re objections to Amended Plan; review docket re same (.6); drafting e-mail to B. Guiney re same (.2); reviewing emails from Creditors' Committee; reviewing objections to the Amended Plan (.1). | 1.50 | $525.00 |
| 5/18/11 | DAL | TC with other counsel re fee motion and review follow-up e-mails re terms of Debtors' extension of time to answer (.6). | 0.60 | $447.00 |
| 5/19/11 | BPG | TC M. Erlich re: objections, TC D. Lowenthal re: same (.5). | 0.50 | $297.50 |
| 5/19/11 | CWD | Reviewing objections to Amended Plan (1.1). | 1.10 | $385.00 |
| 5/19/11 | DAL | Tc S. Miller upcoming hearing (.2). | 0.20 | $149.00 |
| 5/20/11 | BPG | Review docket; review term sheets, FTI analysis, and other materials in preparation for call (1.2); participate in Committee call (for part) (1.2); obtain indenture and deliver to S. Miller (.1). | 2.50 | $1,487.50 |
| 5/20/11 | CWD | Reviewing objections to Amended Plan and other new filings (.5); reviewing e-mails from WMI Creditors' Committee (.3); Creditors' Committee call w/D. Lowenthal (1.3). | 2.10 | $735.00 |

| 5/20/11 | DAL | Review Term Sheet (.6); Committee call and related follow-up with B. Guiney (1.8). | 2.40 | $1,788.00 |
|---|---|---|---|---|
| 5/23/11 | CWD | Reviewing e-mails from WMI Creditors' Committee (.2); reviewing draft term sheet (.7); WMI Creditors' Committee call w/D. Lowenthal (1.1); confer w/D. Lowenthal re same (.1). | 2.10 | $735.00 |
| 5/23/11 | DAL | Review updated draft Term Sheet and related e-mails (1.2); prepare for and participate in Committee call and related follow-up (1.0); two tcs J. Heaney re court conference (.2); e-mails with L. Eisenberg re same (.1); e-mail L. Henin re adjournment of fee motion (.1); tc L. Eisenberg re court conference (.2). | 2.80 | $2,086.00 |
| 5/24/11 | BPG | Review Plan objections (1.5). | 1.50 | $892.50 |
| 5/24/11 | CWD | WMI hearing re settlement update (.8); reviewing docket (.1). | 0.90 | $315.00 |
| 5/24/11 | DAL | Review updated term sheet (.5); Court hearing and follow-up with committee and BNY's counsel (7.8). | 8.30 | $6,183.50 |
| 5/25/11 | BPG | Conference with D. Lowenthal re: objections, next steps (.3). | 0.30 | $178.50 |
| 5/25/11 | CWD | Reviewing docket (.2). | 0.20 | $70.00 |
| 5/25/11 | DAL | Review issues re Plan objections with B. Guiney (.3). | 0.30 | $223.50 |
| 5/26/11 | BPG | TC C. Dent re: response to objection (.2); TC same and M. Erlich re: same (.5); follow-up D. Lowenthal re: same (.2). | 0.90 | $535.50 |
| 5/26/11 | CWD | Reviewing docket (.1); confer w/B. Guiney re Plan objections (.2); call w/B. Guiney and M. Ehrlich re same (.5); follow-up research re same (.1). | 0.90 | $315.00 |
| 5/26/11 | DAL | E-mail B. Guiney regarding Plan objection work (.1). | 0.10 | $74.50 |

| 5/27/11 | CWD | Reviewing docket re new filings (.1); reviewing docket re Plan objections (1.6); reviewing Plan objections, transcripts and other documents (2.3); drafting summary e-mail to D. Lowenthal and B. Guiney re same (.3). | 4.30 | $1,505.00 |
|---------|-----|-----|------|-----------|
| 5/28/11 | CWD | Reviewing e-mails from B. Guiney re drafting objection response (.1); e-mail to M. Erlich re same (.1). | 0.20 | $70.00 |
| 5/29/11 | CWD | Drafting e-mail to B. Guiney re Plan response (.2). | 0.20 | $70.00 |
| 5/30/11 | BPG | Multiple TCs and e-mails re: Plan statement (.5). | 0.50 | $297.50 |
| 5/30/11 | CWD | Reviewing e-mail from B. Guiney re Plan response (.2); reviewing Plan objections and other documents; drafting response (6.3); confer w/B. Guiney re same (.2). | 6.70 | $2,345.00 |
| 5/31/11 | BPG | Follow-up C. Dent re: reply (.2); follow-up D. Lowenthal re: next steps (.1); participate in weekly Committee call (for part) and follow-up (1.9); review document delivered in connection with call (.4); work on reply to Plan objection (4.1); review docket (.2). | 6.70 | $3,986.50 |
| 5/31/11 | CWD | Revising Plan objection response (1.2); WMI Creditors' Committee call w/D. Lowenthal (1.8); confer w/Indenture Trustees re fee motions (.2); confer w/D. Lowenthal and B. Guiney re same (.2). | 3.40 | $1,190.00 |
| 5/31/11 | DAL | Review certain Plan documents (.7); prepare for and participate in Committee call (2.6); review and provide comments to Akin on draft letter (.3). | 3.60 | $2,682.00 |

| | | | | |
|---|---|---|---|---|
| 6/1/11 | BPG | Work on pleading related to the plan (2.1); review revised order on fees, multiple e-mails re: same (.3); TC w/Indenture Trustee counsel re: same and related follow-up (1.1); OC D. Lowenthal re: same and re: reply to Plan objection (.4); review operating report (.1); TC K. DiBlasi re: Plan objection (.1); TC C. Dent re: same (.1); TC D. Lowenthal re: same (.1); review revised proposed protocol order and follow-up re: same (.1). | 4.50 | $2,677.50 |
| 6/1/11 | CWD | Reviewing e-mails from B. Guiney and D. Lowenthal re Plan response and revised Plan (.2); reviewing Plan response (.4); follow-up research re same and revising same (4.9); confer w/B. Guiney re same (.2); drafting e-mail to B. Guiney re same (.1); reviewing docket (.3); reviewing revised Plan and summary documents from Creditors' Committee (.6). | 6.70 | $2,345.00 |
| 6/1/11 | DAL | Revise order re fees, including tc with other Indenture Trustees counsel (1.8); work on confirmation pleading (2.3). | 4.10 | $3,054.50 |
| 6/2/11 | BPG | Work on WaMu pleading (1.1); tc M. Erlich and L. Crowley with D. Lowenthal re: Plan issues, related follow-up (1.0); tc K. DiBlasi re: response deadline (.1); OC D. Lowenthal re: reply and additional work on same (1.5); follow-up C. Dent re: same, distribute draft to client, local counsel (.4); TC M. Erlich re: same (.2); TC D. Lowenthal re: same and re: Plan issues (.3). | 4.60 | $2,737.00 |
| 6/2/11 | CWD | Reviewing e-mails from B. Guiney and D. Lowenthal re draft response (.2); confer w/B. Guiney re same (.2); follow-up research re same; reviewing revised response (.8); reviewing docket (.1). | 1.30 | $455.00 |
| 6/2/11 | DAL | Work on confirmation pleadings (2.1); tc BNY's counsel re Plan issues (.6). | 2.70 | $2,011.50 |

| 6/3/11 | BPG | Follow-up re: reply, review and revise same, TC K. DiBlasi re: same, update local counsel re: same (.7); e-mails with M. Erlich, TC L. Crowley re: same (.2); follow-up J. Heaney re: same (.1); prepare for call, including TC with D. Lowenthal re: all open issues (.6); participate in Committee call and follow-up (2.4); participate in continued Committee call and follow-up (.9); multiple TCs and e-mails re: fee motion (.3). | 5.20 | $3,094.00 |
| 6/3/11 | CWD | Reviewing e-mails from WMI Creditors' Committee re revised Plan (.1); reviewing e-mails from B. Guiney and D. Lowenthal re draft Law Debenture response (.1). | 0.20 | $70.00 |
| 6/3/11 | CWD | Creditors' Committee call w/D. Lowenthal (1.9): confer w/D. Lowenthal and B. Guiney re same (.3); follow-up call w/Creditors' Committee (.9); reviewing docket (.2). | 3.30 | $1,155.00 |
| 6/3/11 | DAL | Review multiple e-mails by B. Guiney, M. Erlich and K. DiBlasi re extension of time to file replies to Plan objections (.1); e-mail S. Miller re same (.1); review Akin e-mail re Stovic matter (.1); review updated Plan and DS (3.0); Committee calls (4.0). | 7.30 | $5,438.50 |
| 6/5/11 | BPG | Review Plan and DS (1.9). | 1.90 | $1,130.50 |
| 6/6/11 | BPG | Review docket, follow-up re: agenda (.4); review e-mails re: fee motion, follow-up re: same, multiple TCs and e-mails re: same (.9); begin preparing for hearing (.8); additional e-mails and TCs re: fee motion (.4); participate in weekly call and follow-up (2.1). | 4.60 | $2,737.00 |
| 6/6/11 | CWD | Reviewing e-mails and other documents from Creditors' Committee (.3); confer w/B. Guiney re preparation for hearing on fee motion (.1); reviewing docket (.3); Creditors' Committee call w/D. Lowenthal (2.1); confer w/D. Lowenthal and B. Guiney re same (.2); preparing binders and other materials for hearing (.4). | 3.40 | $1,190.00 |

| 6/6/11 | DAL | Multiple e-mails with counsel for other Indenture Trustees re fee hearing (.4); prepare for Court hearing, including tc with counsel for other Indenture Trustees (1.8); e-mail to Weil re fee motion (.5); prepare for and participate in Committee call and follow-up with B. Guiney and C. Dent (2.7). | 5.40 | $4,023.00 |
|---|---|---|---|---|
| 6/7/11 | BPG | Review multiple update e-mails, review docket, review filed and served pleadings (.6); follow-up re: distribution list, review additional update e-mails (.2); review corporate documents (1.2); OC re: hearing preparation and follow-up research (1.9). | 3.90 | $2,320.50 |
| 6/7/11 | CWD | Reviewing e-mails from B. Guiney and D. Lowenthal re hearing re fee motion; follow-up re same (.6); reviewing e-mails from Creditors' Committee (.3); preparing binder for fee motion hearing (.1); confer w/D. Lowenthal re same; confer w/B. Guiney re same (.7); reviewing docket (.1); meeting w/D. Lowenthal and B. Guiney re same (1.3). | 3.10 | $1,085.00 |
| 6/7/11 | DAL | Prepare for Court hearing.(3.8). | 3.80 | $2,831.00 |
| 6/8/11 | BPG | Multiple e-mails and follow-up with D. Lowenthal re: hearing (.3); prepare for same and monitor same with C. Dent, follow-up (2.5); review filed and served pleadings, coordinate omnibus calendar with MCO (.2); follow-up D. Lowenthal re: hearing and next steps (.2); attention to Plan distribution and subordination issues (1.7). | 4.90 | $2,915.50 |
| 6/8/11 | CWD | Monitor hearing w/B. Guiney (2.4); reviewing docket (.2). | 2.60 | $910.00 |
| 6/8/11 | DAL | Prepare for and participate in Court hearing and related follow-up (7.9). | 7.90 | $5,885.50 |
| 6/9/11 | BPG | OC D. Lowenthal and C. Dent re: Plan and DS (1.1); review docket, review filed and served pleadings, review misc. e-mails (.5). | 1.60 | $952.00 |

| 6/9/11 | CWD | Reviewing e-mails and related documents from Creditors' Committee (.3); reviewing draft revised Plan (.4); meeting w/D. Lowenthal and B. Guiney re Plan issues (1.0); reviewing docket (.1). | 1.80 | $630.00 |
|--------|-----|---|------|---------|
| 6/9/11 | DAL | Work on fee statement (.2); analyze key issues re Plan with B. Guiney and C. Dent (1.0); review email from Committee counsel re call (.1). | 1.30 | $968.50 |
| 6/10/11 | BPG | Review multiple e-mails, review draft Plan term sheet (.8); review additional documents and e-mails, follow-up D. Lowenthal re: same (.6); follow-up C. Dent re: e-mails and Committee call (.3); review docket, review filed and served pleadings (.2); prepare for and participate in Committee call and related follow-up (2.2); continue to work on analysis related Plan (1.6); participate in follow-up call (.5). | 6.20 | $3,689.00 |
| 6/10/11 | CWD | Reviewing e-mails from Creditors' Committee, D. Lowenthal and B. Guiney re settlement (.8); confer w/B. Guiney same (.1); Creditors' Committee call w/B. Guiney (1.7); confer w/D. Lowenthal, B. Guiney and J. Heaney re same (.2); reviewing draft corporate documents, Plan documents (2.1); follow-up call w/Creditors' Committee w/B. Guiney (.8); confer w/B. Guiney re same (.1). | 5.80 | $2,030.00 |
| 6/10/11 | DAL | Review e-mails and documents re new Plan and multiple calls with Committee professionals and counsel for BNY (7.2) | 7.20 | $5,364.00 |
| 6/11/11 | CWD | Reviewing draft corporate documents for reorganized WMI (1.3). | 1.30 | $455.00 |
| 6/12/11 | DAL | Review e-mails from Committee counsel (1.4). | 1.40 | $1,043.00 |
| 6/13/11 | BPG | Review revised plan, other revised plan documents, multiple e-mails re: status (1.4); participate (by phone, for part) in group meeting, participate by phone in committee meeting (2.8). | 4.20 | $2,499.00 |

| 6/13/11 | CWD | Conference call w/Creditors' Committee, Debtors, and other parties (3.0); confer w/B. Guiney re same (.2); reviewing draft documents (1.2); reviewing e-mails from Creditors' Committee (.2). | 4.60 | $1,610.00 |
|---------|-----|---------|------|-----------|
| 6/13/11 | DAL | Review e-mails and documents received from the Creditors' Committee counsel re Plan issues (.5); attend group meeting at Weil (8.8). | 9.30 | $6,928.50 |
| 6/14/11 | BPG | Review revised Plan documents, term sheets (.8); follow-up D. Lowenthal re: run-off notes (.1); review docket, review filed and served pleadings (.3); review EC comments to Plan documents and TC C. Dent re: same (.3); additional e-mails D. Lowenthal re: status (.1); participate in Committee call and follow-up with C. Dent re: revised documents (1.5); review revised term sheets, continue reviewing Plan and DS (2.1). | 5.20 | $3,094.00 |
| 6/14/11 | CWD | Creditors' Committee call w/B. Guiney (1.0); confer w/B. Guiney re same (.5); reviewing e-mails and other documents from the Creditors' Committee (.2). | 1.70 | $595.00 |
| 6/14/11 | DAL | Review and provide comments on Plan documents (.5); attend meeting at Weil re Plan issues (9.0). | 9.50 | $7,077.50 |
| 6/15/11 | BPG | Review e-mails re: status, OC D. Lowenthal and C. Dent re: same, follow-up re: same (1.1); follow-up re: dates for confirmation (.2); participate in Committee call and follow-up (including TC D. Lowenthal and C. Dent) (1.1); review additional e-mails re: 7th plan (.2). | 2.60 | $1,547.00 |
| 6/15/11 | CWD | Reviewing e-mails and other documents from the Creditors' Committee (.8); meeting w/D. Lowenthal and B. Guiney re Plan issues (.9); reviewing docket (.1); reviewing Plan and Disclosure Statement (.9); Creditors' Committee call w/D. Lowenthal (1.0); confer w/B. Guiney and D. Lowenthal re same (.3). | 4.00 | $1,400.00 |

| | | | | |
|---|---|---|---|---|
| 6/15/11 | DAL | Review emails from Akin re next steps (.2); analyze Plan negotiation status and next steps with B. Guiney and C. Dent (1.4); work on next steps (1.4); Committee call and related follow-up with B. Guiney and C. Dent (1.3); review email from EC counsel (.6); review draft letter to UST re LTW committee request and provide comments to Akin (.4). | 5.30 | $3,948.50 |
| 6/16/11 | BPG | Review docket, review Equity Committee filings (.2). | 0.20 | $119.00 |
| 6/16/11 | CWD | Reviewing docket (.5); reviewing e-mails and other documents from Creditors' Committee (.2); reviewing Modified Plan and Disclosure Statement (.4). | 1.10 | $385.00 |
| 6/16/11 | DAL | Review letter to Equity Committee (.2); tc BNY's counsel (.2); e-mail from Committee counsel re confirmation hearing dates (.1). | 0.50 | $372.50 |
| 6/17/11 | BPG | Review e-mails re: status, review new dates; review LTW objection, review docket (.5). | 0.50 | $297.50 |
| 6/17/11 | CWD | Reviewing e-mails from Creditors' Committee (.1); reviewing docket (.2); reviewing Plan objections and other filings; e-mail to D. Lowenthal and B. Guiney re same (.9); confer w/B. Guiney re same (.1); Reviewing Plan and Disclosure Statement (1.0). | 2.30 | $805.00 |
| 6/18/11 | CWD | Reviewing e-mails from Creditors' Committee and B. Guiney re: status (.1) | 0.10 | $35.00 |
| 6/19/11 | CWD | Reviewing and responding to e-mails from D. Lowenthal re Plan objections (.1). | 0.10 | $35.00 |
| 6/19/11 | DAL | E-mail from Committee counsel re Plan objections (.1). | 0.10 | $74.50 |
| 6/20/11 | BPG | Review BNY objection, WMI Noteholder objection, Aurelius objection (.7); work on case update (.4); TC C. Dent re: reply to objections (.3); follow-up D. Lowenthal re: same (.1). | 1.50 | $892.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 6/20/11 | CWD | Reviewing Plan and Disclosure Statement (1.2); reviewing e-mails from B. Guiney re objection deadline (.1); reviewing docket (.4); confer w/B. Guiney re same (.3). | 2.00 | $700.00 |
| 6/21/11 | BPG | Review materials for Committee call, analyze recovery scenarios and follow-up (1.0); review TPS motion to compel and motion to shorten (.2); participate in Committee call and follow-up (2.1); OC D. Lowenthal re: same (.4); TC M. Erlich re: open issues (.2). | 3.90 | $2,320.50 |
| 6/21/11 | CWD | Creditors' Committee call w/B. Guiney (1.4); confer w/B. Guiney re same (.1); reviewing docket (.2); reviewing Plan objections and caselaw re same; drafting e-mail to D. Lowenthal and B. Guiney re same; follow up re same (2.2); reviewing e-mails and other documents from Creditors' Committee counsel (.1). | 4.00 | $1,400.00 |
| 6/21/11 | DAL | Conf B. Guiney re Committee call and Plan issues (.4); review Plan objections (1.0). | 1.40 | $1,043.00 |
| 6/22/11 | BPG | Review Wells Fargo pleading and follow-up (.4); review Aurelius objection and follow-up (.4); review e-mails related to Plan issues and follow-up D. Lowenthal re: same (.5). | 1.30 | $773.50 |
| 6/22/11 | CWD | Reviewing docket (.3); reviewing e-mails from Creditors' Committee (.2); reviewing Plan objections and related caselaw (1.9). | 2.40 | $840.00 |
| 6/23/11 | BPG | Review e-mail updates, review docket, review filed and served pleadings (.5); review objections, begin outlining reply (1.5); OC D. Lowenthal and C. Dent re: reply to Plan objections, additional follow-up re: same (1.3). | 3.30 | $1,963.50 |
| 6/23/11 | CWD | Checking docket (.3); reviewing Plan objections and related caselaw (1.1); confer w/D. Lowenthal and B. Guiney re same (1.4); reviewing e-mails from Creditors' Committee (.2). | 3.00 | $1,050.00 |

| 6/23/11 | DAL | Review Committee counsel report (.2); review Plan objections with B. Guiney and C. Dent (1.5); tc with BNY's counsel and related follow-up (.8). | 2.50 | $1,862.50 |
|---------|-----|---|------|-----------|
| 6/24/11 | BPG | Attention to calendar (.2); review e-mail updates and follow-up re: hearing (.2). | 0.40 | $238.00 |
| 6/24/11 | CWD | Reviewing docket (.1); reviewing Debtors' omnibus response to Plan objections, confer w/B. Guiney re same (.8); reviewing e-mails from Creditors' Committee (.1). | 1.00 | $350.00 |
| 6/24/11 | DAL | Review emails from Committee counsel (.1). | 0.10 | $74.50 |
| 6/27/11 | BPG | Review docket, follow-up D. Lowenthal re: open issues (.8); review case law, work on reply (4.1). | 4.90 | $2,915.50 |
| 6/27/11 | DAL | Client memo with status report (.4); tc B. Guiney re go-forward plan (.1). | 0.50 | $372.50 |
| 6/28/11 | BPG | Work on reply (1.3); prepare for and participate in weekly call (1.5); finalize reply and send to D. Lowenthal (1.2); review pleadings in connection with 6/29 hearing on motions to compel (.9); monitor hearing on Tranquility claim (for part) (1.2); follow-up D. Lowenthal re: 6/29 hearing, review additional pleadings re: same (.5). | 6.60 | $3,927.00 |
| 6/28/11 | BR | Prepare pleadings material for attorney reference and review, as per B. Guiney's request (2.5). | 2.50 | $400.00 |
| 6/28/11 | CWD | Reviewing e-mails from Creditors' Committee (.2). | 0.20 | $70.00 |
| 6/28/11 | DAL | Email J. Heaney re Committee call (.1); e-mail Akin re Committee call (.1); participate in Committee call (1.7); email Shannon Nagle (.1); review Committee pleading (.1). | 2.10 | $1,564.50 |
| 6/29/11 | BPG | Prepare for, travel to, attend and return from hearing (9.1). | 9.10 | $5,414.50 |
| 6/29/11 | CWD | Reviewing draft Plan statement, draft summary e-mail to B. Guiney re same (2.8). | 2.80 | $980.00 |

| | | | | |
|---|---|---|---|---|
| 6/29/11 | DAL | Court hearing (2.2). | 2.20 | $1,639.00 |
| 6/30/11 | BPG | Revise reply (.9); TC C. Dent re: same (.2); follow-up D. Lowenthal re: same (.3); consider confirmation hearing and preparation with D. Lowenthal (.2). | 1.60 | $952.00 |
| 6/30/11 | CWD | Reviewing draft Plan statement, confer w/B. Guiney re same (.7). | 0.70 | $245.00 |
| 6/30/11 | DAL | Work on confirmation pleading (3.4). | 3.40 | $2,533.00 |
| 7/1/11 | DAL | Work on pleading (2.4). | 2.40 | $1,788.00 |
| 7/5/11 | BPG | Review plan objections, follow-up D. Lowenthal and J. Heaney re: open issues (3.2); prepare for weekly call, multiple TCs and e-mails re: same and re: Plan issues (.8); participate on weekly call and follow-up (1.5); TC F. Hodara and R. Boller re: EC objection and follow-up (.5); work on reply and follow-up (1.0). | 7.00 | $4,165.00 |
| 7/5/11 | CWD | Reviewing e-mails from D. Lowenthal, B. Guiney, J. Heaney, and Creditors' Committee re Equity Committee objection and related confidentiality issues (.4); reviewing docket (1.1); reviewing and revising Law Debenture Plan statement, e-mail to B. Guiney re same (2.1); reviewing Plan objections (1.0). | 4.60 | $1,610.00 |
| 7/5/11 | DAL | Review EC plan objection (.6); e-mails with B. Guiney re Committee call issues (.2); update from B. Guiney re Committee call (.1). | 0.90 | $670.50 |
| 7/6/11 | BPG | Multiple e-mails and TCs re: plan and objection issues (with J. Heaney, D. Lowenthal, and C. Dent) (1.3); follow-up F. Hodara and R. Boller re: same (.2); TC S. Miller re: status (.2); review pleading, follow-up C. Dent re: same, send to J. Heaney and S. Miller (1.2). | 2.90 | $1,725.50 |
| 7/6/11 | CWD | Reviewing docket (.3); reviewing e-mails from D. Lowenthal and B. Guiney re Plan response, reviewing same, confer w/B. Guiney re same (2.6); reviewing Equity Committee objection (.9). | 3.80 | $1,330.00 |

| | | | | |
|---|---|---|---|---|
| 7/6/11 | DAL | Review and revise confirmation pleading (.6); emails with B. Guiney re same (.4). | 1.00 | $745.00 |
| 7/7/11 | BPG | Follow-up re: FTI slides (.2); review BNY pleading (.3); meet with C. Dent re: confirmation hearing prep, confirmation statement, follow-up re: same (1.5). | 2.00 | $1,190.00 |
| 7/7/11 | CWD | Reviewing docket, e-mails to D. Lowenthal and B. Guiney re same (.2); reviewing Plan objections (2.3); reviewing/revising Plan statement, e-mail to M. Alvarez re same, confer w/T. Rogue re same, confer w/B. Guiney re same and confirmation hearing, follow-up re same (2.7); reviewing e-mails and powerpoint presentation from Creditors' Committee re confirmation issues (.2). | 5.40 | $1,890.00 |
| 7/7/11 | DAL | E-mails with B. Guiney and C. Dent re confirmation planning and pleading (.3) | 0.30 | $223.50 |
| 7/7/11 | TR | Cite-check and organize brief, as per C. Dent/M. Alvarez (3.5). | 3.50 | $647.50 |
| 7/8/11 | BPG | Review materials for UCC call (.2); participate on same (2.4); work on reply, coordinate filing of same (including multiple TCs and e-mails with D. Lowenthal, C. Dent and S. Miller) (1.4); review TPS objection, review BNY statement (.3); follow-up C. Dent re: confirmation preparation (.2). | 4.50 | $2,677.50 |
| 7/8/11 | CWD | Revising Plan statement, reviewing e-mails from D. Lowenthal, B. Guiney and S. Miller re same, confer w/B. Guiney re same (.4); Creditors' Committee call re confirmation issues (2.5); call w/B. Guiney and S. Miller re Plan objection (.2); confer w/B. Guiney re confirmation hearing, follow-up re same (1.5); reviewing Plan statements and other documents, summary e-mail to B. Guiney re same (.5); reviewing docket (.2). | 5.30 | $1,855.00 |
| 7/8/11 | DAL | Review and draft confirmation pleading (1.6); review e-mails between B. Guiney and S. Miller re filing pleading (.1). | 1.70 | $1,266.50 |

| 7/9/11 | CWD | Reviewing Debtors' omnibus reply to Plan objections (.7). | 0.70 | $245.00 |
|---|---|---|---|---|
| 7/10/11 | BPG | Review plan objection responses (UCC, Debtors, WMI, BNY, JPM) (2.1). | 2.10 | $1,249.50 |
| 7/10/11 | CWD | Reviewing Debtors' confirmation memorandum (.4). | 0.40 | $140.00 |
| 7/11/11 | BPG | Coordinate hearing prep (gather documents, updates with D. Lowenthal, etc.) (2.5); participate on Committee call and follow-up (.5); review supplemental confirmation filings and declarations (1.7). | 4.70 | $2,796.50 |
| 7/11/11 | BR | Prepare pleading materials for attorney reference and review, as per B. Guiney's request (1.0). | 1.00 | $160.00 |
| 7/11/11 | CWD | Reviewing e-mails from B. Guiney and D. Lowenthal re confirmation issues, follow-up re same (.6), confer w/B. Guiney re same (.2); reviewing docket (.1); reviewing Debtors' memorandum in support of Plan confirmation (.8); reviewing e-mails from Creditors' Committee re confirmation briefs, reviewing confirmation briefs (.8); Creditors' Committee call re same (.7). | 3.20 | $1,120.00 |
| 7/11/11 | DAL | Review e-mails from Committee members re confirmation brief (.1); e-mail B. Guiney re confirmation brief (.2); review draft Committee confirmation briefs (.5); outline closing argument (.5); prepare for confirmation (2.0). | 3.30 | $2,458.50 |
| 7/12/11 | BPG | Additional document preparation for confirmation hearing (.6); participate on weekly Committee call and follow-up with C. Dent (1.0); work on confirmation issues outline (1.2); travel to Wilmington for confirmation hearing/review assorted confirmation materials (2.3). | 5.10 | $3,034.50 |

| 7/12/11 | CWD | Reviewing docket and Debtors' declarations in support of confirmation (.9); Creditors' Committee call w/B. Guiney (.9); confer w/B. Guiney re same and confirmation issues, reviewing e-mails from B. Guiney re same (.6); reviewing Plan responses filed by settlement noteholders and other parties (2.4). | 4.80 | $1,680.00 |
|---|---|---|---|---|
| 7/12/11 | DAL | Prepare for confirmation (6.5); tc B. Guiney re same (.1). | 6.60 | $4,917.00 |
| 7/13/11 | BPG | Prepare for, attend, and follow-up related to confirmation hearing (10.5). | 10.50 | $6,247.50 |
| 7/13/11 | CWD | Reviewing docket (.2); monitor Plan confirmation hearing (4.6). | 4.80 | $1,680.00 |
| 7/13/11 | DAL | Prepare for confirmation (1.1). | 1.10 | $819.50 |
| 7/14/11 | BPG | Prepare for, attend and follow-up related to confirmation hearing, prepare for oral argument (8.0). | 8.00 | $4,760.00 |
| 7/14/11 | CWD | Reviewing docket (.1); reviewing Plan responses filed by settlement noteholders and other parties (.8); monitor Plan confirmation hearing (3.8); research re Plan confirmation and IRS regulations, reviewing same, e-mail to B. Guiney re same (.5). | 5.20 | $1,820.00 |
| 7/14/11 | DAL | Prepare for and attend Confirmation hearing (8.9). | 8.90 | $6,630.50 |
| 7/15/11 | BPG | Prepare for and attend confirmation hearing, follow-up re: same, return travel from same (9.2). | 9.20 | $5,474.00 |
| 7/15/11 | CWD | Reviewing docket (1); monitor Plan confirmation hearing (3.7). | 3.80 | $1,330.00 |
| 7/15/11 | DAL | Attend confirmation hearing (10.0). | 10.00 | $7,450.00 |
| 7/18/11 | BPG | Consider hearing status with C. Dent, follow-up re: court call (.6); review docket (.2); prepare for and monitor confirmation hearing (for part) (3.8). | 4.60 | $2,737.00 |

4884142v.1

| | | | | |
|---|---|---|---|---|
| 7/18/11 | CWD | Reviewing docket (.1); reviewing monthly fee statements (.1); confer w/B. Guiney re case status (.5); Plan confirmation hearing (3.7). | 4.40 | $1,540.00 |
| 7/18/11 | DAL | Prepare for and attend confirmation hearing (7.5). | 7.50 | $5,587.50 |
| 7/19/11 | BPG | Monitor confirmation hearing (for part), follow-up D. Lowenthal, C. Dent re: same (5.8). | 5.80 | $3,451.00 |
| 7/19/11 | CWD | Travel to and from Plan confirmation hearing, attend Plan confirmation hearing, confer w/D. Lowenthal and S. Miller re same (10.0). | 10.00 | $3,500.00 |
| 7/19/11 | DAL | Attend confirmation hearing and review related pleading and case law (11.3). | 11.30 | $8,418.50 |
| 7/20/11 | BPG | Travel to, attend, and follow-up related to confirmation hearing (12.4). | 12.40 | $7,378.00 |
| 7/20/11 | CWD | Monitor Plan confirmation hearing, reviewing e-mails from B. Guiney and D. Lowenthal re same, confer w/M. Goree re same and case background (6.5). | 6.50 | $2,275.00 |
| 7/20/11 | DAL | Work on issues related to confirmation hearing (2.7); review LTW notice of motion for appointment of a committee (.1). | 2.80 | $2,086.00 |
| 7/21/11 | BPG | Attend confirmation hearing, follow-up, return travel, update D. Lowenthal re: status (12.1). | 12.10 | $7,199.50 |
| 7/21/11 | CWD | Monitor Plan confirmation hearing (3.2) | 3.20 | $1,120.00 |
| 7/21/11 | DAL | Confirmation hearing (7.0). | 7.00 | $5,215.00 |
| 7/22/11 | BPG | Review docket (.2); participate on Committee call and follow-up (1.5); review e-mails re: closings (.1). | 1.80 | $1,071.00 |
| 7/22/11 | CWD | Reviewing e-mails from Creditors' Committee (.1); Creditors' Committee call w/B. Guiney, confer w/D. Lowenthal and B. Guiney re same (1.6); reviewing docket (.1). | 1.80 | $630.00 |
| 7/22/11 | DAL | Committee call (1.5); review e-mails re upcoming court dates (.2). | 1.70 | $1,266.50 |

| | | | | |
|---|---|---|---|---|
| 7/25/11 | BPG | Review docket, review CC reply to Haper motion (.2); follow-up re: motion to liquidate fees (.1); work on outline for closing argument (1.2); review time detail (.9). | 2.40 | $1,428.00 |
| 7/25/11 | CWD | Confer w/D. Lowenthal re Plan confirmation responses and relevant deadlines (.1); attention to e-mails from D. Lowenthal and B. Guiney re revised fee motion, follow-up re same (.7); reviewing docket (.1). | 0.90 | $315.00 |
| 7/25/11 | DAL | Review confirmation issues (.5); e-mails with other indenture trustee counsel re fee motion (.3); e-mail J. Heaney re same (.1): e-mail S. Miller re same (.1). | 1.00 | $745.00 |
| 7/26/11 | BPG | OC D. Lowenthal re: closing argument, fee motion, attention to e-mails and follow-up re: same (.7); attention to calendar, e-mails to MCO re: relevant dates (.1); follow-up re: Thursday hearing (.1). | 0.90 | $535.50 |
| 7/26/11 | CWD | Reviewing e-mails from Creditors' Committee (.1); reviewing docket (.1); confer w/B. Guiney re Plan confirmation response, reviewing transcripts and relevant pleadings re same (2.1); confer w/B. Guiney re pending FRBP 2019 motion (.1); begin drafting supplemental fee motion (.1). | 2.50 | $875.00 |
| 7/26/11 | DAL | Review post-closing issues with B. Guiney (.5); work on fee motion issues (1.0); review hearing agenda (.1); e-mail colleagues re same (.1). | 1.70 | $1,266.50 |
| 7/27/11 | BPG | Review transcripts in connection with closing (1.2); review docket, review filed and served pleadings (.2). | 1.40 | $833.00 |
| 7/27/11 | CWD | Reviewing docket (.4). | 0.40 | $140.00 |
| 7/28/11 | CWD | Reviewing docket (.2); confer w/B. Guiney re Plan confirmation response and fee motion (.1); reviewing prior fee motion, reviewing monthly fee statements, drafting revised motion, notice of motion, and proposed order (3.9). | 4.20 | $1,470.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 7/29/11 | BPG | Review docket, attention to filed and served pleadings (.3); TC C. Dent re: fee motion, follow-up re: same (.2); begin working on closing submission (.4). | 0.90 | $535.50 |
| 7/29/11 | CWD | Reviewing docket (.4); revising fee motion, confer w/B. Guiney re same (2.3). | 2.70 | $945.00 |
| 7/31/11 | DAL | Review confirmation briefs (.7). | 0.70 | $521.50 |

| | | | | |
|---|---|---|---|---|
| | | Total Services | 636.00 | $360,524.00 |

| Name | Hours | | Rate | Amount |
|---|---|---|---|---|
| Daniel A Lowenthal | 204.70 | hours at | $745.00 | $152,501.50 |
| Brian P. Guiney | 238.00 | hours at | $595.00 | $141,610.00 |
| Craig W. Dent | 186.30 | hours at | $350.00 | $65,205.00 |
| Teresita Roque | 3.50 | hours at | $185.00 | $647.50 |
| Brian Ropicki | 3.50 | hours at | $160.00 | $560.00 |

| Expense | Amount |
|---|---|
| Company Cars | 1,092.55 |
| Lexis Electronic Research | 680.52 |
| Local Travel & Fares | 84.95 |
| Outside Professional Services | 377.66 |
| Reproduction | 34.20 |
| Soundpath Conference Calls | 10.02 |
| Telephone | 4.29 |
| Tvl. Transportation/Lodging | 4,904.35 |
| Westlaw Electronic Research | 325.99 |

Total Expenses $7,514.53

Total This Invoice $368,038.53

4884142v.1