# Exhibit C

# Morris James Invoices

3681514



# Morris James LLP

500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750

Federal Tax I.D. 51-0023480

Law Debenture Trust Company  
400 Madison Avenue, 4th Floor  
New York, NY 10017

August 10, 2011  
Invoice 356909

| | |
|---|---|
| Matter Name: | Washington Mutual, Inc., et al., Case No. 08-12229 (MFW) |
| Matter Number: | 115770-0005 |
| Attorney: | Stephen M. Miller |

For Professional Services through 7/31/2011 (details attached)     $29,296.00
For Disbursements through 7/31/2011 (details attached)     $0.00

Total Services and Disbursements this period     $29,296.00

# Morris James LLP

500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750

Federal Tax I.D. 51-0023480

Law Debenture Trust Company  
400 Madison Avenue, 4th Floor  
New York, NY 10017

August 10, 2011  
Invoice 356909

Matter Name: Washington Mutual, Inc., et al., Case No. 08-12229 (MFW)  
Matter Number: 115770-0005  
Attorney: Stephen M. Miller  

**For Professional Services through July 31, 2011**

## Fees

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| 07/01/11 | SMM | 0.20 | Review ecf notice; instruction to W. Weller |
| 07/01/11 | SMM | 0.40 | Review motion to appoint official committee of Dime LTW holders |
| 07/01/11 | WWW | 0.20 | Review of docket for scheduled hearings including any matters for July 5, 2011 hearing; forward findings to S. Miller |
| 07/01/11 | WWW | 0.20 | Obtain docket, review and forward entries to S. Miller re motion for appointment of Official Committee of Dime LTW holders and motion to shorten notice; update case folder with same |
| 07/02/11 | WWW | 0.20 | Obtain docket, review and forward entry to S. Miller re Equity Committee's objection to plan confirmation |
| 07/05/11 | SMM | 0.20 | Review ecf notices; communication to co-counsel re Equity Committee's objection |
| 07/05/11 | SMM | 0.20 | Review ecf re order; instruction to W. Weller; review order |
| 07/05/11 | WWW | 0.10 | Update plan case folder with Equity Committee's objection to plan confirmation |
| 07/05/11 | WWW | 0.20 | Obtain docket and notice of substitution of counsel re counsel for WMB Noteholders; update case service list and case folder with same |
| 07/05/11 | WWW | 0.20 | Obtain and forward order to S. Miller re denying motion to shorten notice for motion for appointment of committee of Dime LTW Holders; review order and update calendar with same; update case folder with order |
| 07/06/11 | SMM | 0.20 | Review debtors' objection to motion to shorten regarding Dime LTW holders' motion for appointment of committee |
| 07/06/11 | SMM | 0.10 | Review order of Court denying motion to shorten |
| 07/06/11 | SMM | 0.20 | Telephone call from and to B. Guiney |
| 07/06/11 | SMM | 0.20 | Telephone conversation with B. Guiney re status and equity committee objection |
| 07/07/11 | SMM | 0.20 | Review ecf notice; instruction to W. Weller |
| 07/07/11 | SMM | 0.10 | Review ecf notices; instruction to W. Weller |
| 07/07/11 | WWW | 0.20 | Obtain docket and Bank of New York Mellon's consolidated response to certain plan objections and forward to S. Miller; update plan confirmation case folder with same |

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| 07/07/11 | WWW | 0.20 | Obtain docket and forward Trust Preferred Holders' second supplemental objection to modified sixth amended plan to S. Miller; update case folder with same |
| 07/08/11 | CRH | 0.60 | Review and analyze draft statement in support of plan |
| 07/08/11 | CRH | 1.30 | Review revised draft statement in support of plan |
| 07/08/11 | CRH | 0.20 | Teleconference with B. Guiney regarding Law Debenture's statement in support of the plan |
| 07/08/11 | CRH | 0.30 | Review local rules re reply papers |
| 07/08/11 | SMM | 0.40 | Communication from and to B. Guiney re pleading; instruction to C. Hamilton |
| 07/08/11 | SMM | 0.60 | Review and comment on draft pleading |
| 07/08/11 | SMM | 0.30 | Review communication from B. Guiney and respond; review revised draft and note comments |
| 07/08/11 | SMM | 0.40 | Review Bank of New York Mellon indenture trustee's statement in support of plan and reply to certain objections |
| 07/08/11 | SMM | 0.90 | Review modifications to plan, revise PIERS supplemental objection; telephone conversation with co-counsel re comments and status |
| 07/08/11 | SMM | 0.60 | Review revisions and final form and execute pleading; instruction to W. Weller and communication to co-counsel |
| 07/08/11 | SMM | 0.20 | Review ecf notice; instruction to W. Weller; communication to co-counsel re filing |
| 07/08/11 | SMM | 0.30 | Review ecf notices; instructions to J. Dawson and communication to C. Hamilton |
| 07/08/11 | WWW | 1.00 | Obtain docket and review for docket reference numbers to include in client's statement in support of plan; forward to S. Miller re same; prepare affidavit of service re client's statement in support of plan confirmation; file and serve statement; forward filing to co-counsel and update plan case folder with same |
| 07/08/11 | WWW | 1.20 | Prepare binder and index for plan confirmation hearing on July 13, 2011; forward binder to C. Hamilton; review of binder with C. Hamilton |
| 07/09/11 | CRH | 0.30 | Correspond with S. Miller and J. Dawson re debtors' responses to the objections and memorandum in support of the plan |
| 07/09/11 | SMM | 0.30 | Review communication from C. Hamilton and information |
| 07/11/11 | CRH | 4.50 | Review debtors' response to the objections and memorandum in support of the plan |
| 07/11/11 | JLD | 0.10 | Obtain agenda re July 13, 2011 hearing; update case folder; email to S. Miller and C. Hamilton |
| 07/11/11 | SMM | 0.40 | Review agenda and ecf notices re pleadings |
| 07/12/11 | CRH | 4.00 | Review filings in preparation for confirmation hearing on July 13, 2011 |
| 07/12/11 | CRH | 4.40 | Continue reviewing filings in preparation for confirmation hearing on July 13, 2011; instructions to J. Dawson re same |
| 07/12/11 | CRH | 0.10 | Correspond with B. Guiney re preparations for confirmation hearing on July 13, 2011 |
| 07/12/11 | JLD | 0.10 | Obtain second amended agenda re July 13, 2011 hearing; update case folder; email to D. Lowenthal and B. Guiney |
| 07/12/11 | SMM | 0.20 | Review communication re objection |
| 07/12/11 | SMM | 0.10 | Review communications re debtors' filings |
| 07/12/11 | SMM | 0.20 | Review second amended agenda |
| 07/12/11 | SMM | 0.30 | Review ecf notices re filings and information |

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| 07/13/11 | CRH | 4.00 | Attend morning session of confirmation hearing |
| 07/13/11 | CRH | 4.30 | Attend afternoon session of confirmation hearing |
| 07/13/11 | CRH | 0.60 | Correspond with S. Miller re confirmation hearing |
| 07/13/11 | JLD | 0.10 | Obtain third amended agenda; update case folder; email to D. Lowenthal and B. Guiney |
| 07/13/11 | SMM | 0.20 | Review communication re status |
| 07/13/11 | SMM | 0.20 | Review communication re status of confirmation hearing |
| 07/13/11 | SMM | 0.20 | Review third amended agenda |
| 07/14/11 | CRH | 5.30 | Attend afternoon session of confirmation hearing |
| 07/14/11 | CRH | 0.40 | Correspond with S. Miller re the confirmation hearing |
| 07/14/11 | SMM | 0.20 | Review communication re confirmation hearing |
| 07/14/11 | SMM | 0.20 | Review communication re status of confirmation hearing |
| 07/15/11 | CRH | 7.00 | Attend confirmation hearing (entire day) |
| 07/15/11 | CRH | 0.40 | Draft report to S. Miller re confirmation hearing |
| 07/15/11 | SMM | 0.20 | Review communication re status of confirmation hearing |
| 07/17/11 | SMM | 0.20 | Communication to and from C. Hamilton re confirmation hearing |
| 07/18/11 | CRH | 4.70 | Attend confirmation hearing |
| 07/18/11 | CRH | 0.60 | Draft report to S. Miller re confirmation hearing |
| 07/18/11 | SMM | 0.20 | Communication from and to D. Lowenthal re hearing |
| 07/18/11 | SMM | 0.20 | Instruction to C. Hamilton; review ecf notice |
| 07/19/11 | SMM | 0.20 | Communication to D. Lowenthal and instruction to C. Hamilton re hearing |
| 07/19/11 | SMM | 8.20 | Conference with co-counsel; attend confirmation hearing; instruction to C. Hamilton |
| 07/20/11 | CRH | 3.60 | Attend morning session of confirmation hearing |
| 07/20/11 | CRH | 4.00 | Attend afternoon session of confirmation hearing |
| 07/20/11 | SMM | 0.10 | Communication to C. Hamilton re hearing and status |
| 07/21/11 | CRH | 0.60 | Draft report to S. Miller re confirmation hearing on July 20-21, 2011 |
| 07/21/11 | SMM | 0.30 | Communications from and to C. Hamilton re hearing |
| 07/21/11 | SMM | 0.10 | Communication to co-counsel |
| 07/21/11 | SMM | 8.50 | Attend confirmation hearing; conferences with co-counsel re case and status |
| 07/25/11 | SMM | 0.20 | Communication from and to D. Lowenthal |
| 07/26/11 | SMM | 0.30 | Review ecf notices and agendas |
| 07/26/11 | WWW | 0.20 | Obtain and review agenda for July 28, 2011 hearing and forward to S. Miller and C. Hamilton; update case folder with agenda |
| 07/26/11 | WWW | 0.20 | Obtain and review amended agenda cancelling July 28, 2011 hearing; forward agenda to S. Miller and C. Hamilton; update calendar re same; forward calendar update to S. Miller and C. Hamilton |
| 07/29/11 | SMM | 0.20 | Review notice re additional submission and closing arguments; review ecf notices |
| 07/29/11 | WWW | 0.20 | Obtain and review notice for post-hearing submissions and closing argument for plan confirmation; calendar dates re same; forward notice and calendar updates to S. Miller and C. Hamilton; update plan case folder with notice |

**82.90**

Matter Number: 115770-0005
August 10, 2011
Page 5

## Fee Recap

|  |  | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Stephen M. Miller | Partner | 27.10 | 545.00 | 14,769.50 |
| Courtney R. Hamilton | Associate | 51.20 | 265.00 | 13,568.00 |
| Jamie L. Dawson | Paralegal | 0.30 | 185.00 | 55.50 |
| William W. Weller | Paralegal | 4.30 | 210.00 | 903.00 |
|  | **Totals** | **82.90** |  | **$29,296.00** |



# Morris James LLP

500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750

Federal Tax I.D. 51-0023480

Law Debenture Trust Company  
400 Madison Avenue, 4th Floor  
New York, NY 10017

July 7, 2011  
Invoice 355680

| Matter Name: | Washington Mutual, Inc., et al., Case No. 08-12229 (MFW) |
|---|---|
| Matter Number: | 115770-0005 |
| Attorney: | Stephen M. Miller |

| | |
|---|---:|
| For Professional Services through 6/30/2011 (details attached) | $9,027.00 |
| For Disbursements through 6/30/2011 (details attached) | $148.75 |

Total Services and Disbursements this period     $9,175.75

# Morris James LLP

500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750

Federal Tax I.D. 51-0023480

Law Debenture Trust Company
400 Madison Avenue, 4th Floor
New York, NY 10017

July 7, 2011
Invoice 355680

Matter Name: Washington Mutual, Inc., et al., Case No. 08-12229 (MFW)
Matter Number: 115770-0005
Attorney: Stephen M. Miller

**For Professional Services through June 30, 2011**

## Fees

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| 06/01/11 | SMM | 0.20 | Communication to co-counsel and review information |
| 06/01/11 | SMM | 0.10 | Communication from and to co-counsel re reply |
| 06/01/11 | SMM | 0.50 | Review communication from D. Lowenthal re comments on procedures order; review redline; communications to D. Lowenthal re comments |
| 06/01/11 | SMM | 0.10 | Telephone call to D. Lowenthal |
| 06/02/11 | SMM | 0.20 | Telephone conversation with D. Lowenthal re status of Normandy Hill's objection and protocol form order |
| 06/02/11 | SMM | 0.20 | Review communication from D. Lowenthal and communication to debtors' counsel re redline |
| 06/02/11 | SMM | 0.50 | Review draft statement in support of plan and opposing Normandy Hill's objection |
| 06/03/11 | SMM | 0.20 | Review communication from B. Guiney and instruction to W. Weller re reply |
| 06/03/11 | SMM | 0.10 | Communication from D. Lowenthal re procedures motion |
| 06/06/11 | SMM | 0.10 | Review ecf notices; instruction to W. Weller |
| 06/06/11 | SMM | 0.10 | Telephone message from D. Lowenthal |
| 06/06/11 | SMM | 0.20 | Telephone message left for D. Lowenthal and review communication re form of order |
| 06/06/11 | SMM | 0.20 | Review communications to debtors' counsel |
| 06/06/11 | WWW | 0.30 | Obtain and review agenda for June 8, 2011 hearing; update calendar with new plan confirmation hearing date; update case folder with agenda; forward agenda to S. Miller |
| 06/07/11 | SMM | 0.40 | Review communications from and to B. Guiney and D. Lowenthal; instructions to W. Weller |
| 06/07/11 | SMM | 0.20 | Communications with W. Weller re information and documents for hearing |
| 06/07/11 | SMM | 0.20 | Review ecf notice re amended agenda; instruction to W. Weller |
| 06/07/11 | WWW | 1.20 | Prepare and update hearing case folders for June 8, 2011 hearing re agenda, proposed order approving fee motion, and order and opinion denying plan |

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| | | | confirmation; review of folders with S. Miller; forward folders to S. Miller |
| 06/07/11 | WWW | 0.20 | Obtain order setting July to September 2011 hearing dates; calendar hearing dates and forward to S. Miller |
| 06/07/11 | WWW | 0.40 | Obtain and review amended agenda for June 8, 2011 hearing and forward to S. Miller; update hearing binder with amended agenda; update hearing folders with copies of amended agenda; forward binder and hearing folders to S. Miller in preparation for hearing |
| 06/08/11 | SMM | 0.20 | Communication from and to D. Lowenthal re order and hearing |
| 06/08/11 | SMM | 0.30 | Review file and draft order |
| 06/08/11 | SMM | 3.10 | Meet with D. Lowenthal; attend hearing re Law Debenture's motion; conferences with D. Lowenthal |
| 06/08/11 | SMM | 0.20 | Review ecf notice; instruction to W. Weller; communication to D. Lowenthal re order |
| 06/08/11 | WWW | 0.20 | Obtain docket and forward local counsel information to S. Miller re King & Spalding's client |
| 06/15/11 | SMM | 0.10 | Review ecf notices re depositions |
| 06/16/11 | SMM | 0.20 | Review ecf notices; instruction to W. Weller |
| 06/16/11 | WWW | 0.20 | Obtain docket and forward to S. Miller re Equity Committee's motion to file under seal its motion to compel Aurelius Capital to produce documents; review of same for purpose of seal motion; forward findings to S. Miller |
| 06/17/11 | SMM | 0.20 | Review ecf notice; instruction to W. Weller |
| 06/17/11 | SMM | 0.30 | Review ecf notices; instruction to W. Weller; review pleadings |
| 06/17/11 | SMM | 0.70 | Review notice of confirmation hearing and Bank of New York's statement with respect to reorganization stock; review other pleadings re confirmation hearing |
| 06/17/11 | WWW | 0.50 | Obtain and forward docket entries to S. Miller re WAMU Noteholders Group's limited objection to modified sixth amended plan, notice of hearing for confirmation hearing, Bank of New York Mellon's supplemental statement re reorganized common stock; update case folder with same; update calendar with new confirmation hearing date of July 13, 2011; forward calendar update to S. Miller |
| 06/21/11 | SMM | 0.20 | Communications to and from co-counsel re filing and hearing |
| 06/21/11 | SMM | 0.20 | Review ecf notice; instruction to W. Weller; review agenda |
| 06/21/11 | WWW | 0.20 | Obtain and review agenda for June 23, 2011 hearing; forward to S. Miller and update case folder with same |
| 06/22/11 | SMM | 0.30 | Review ecf notice; review amended agenda; instructions to W. Weller re objections |
| 06/22/11 | WWW | 0.30 | Obtain docket, review and forward certain entries to S. Miller re Aurelius Capital's objection to modified sixth amended plan, Equity Committee's motion to extend time to respond to plan, and motion to shorten notice for Equity Committee's motion to extend time; update case folder with same |
| 06/27/11 | JLD | 0.10 | Obtain order extending deadline to file omnibus reply to objections to sixth amended plan; update case folder; email to S. Miller |
| 06/27/11 | SMM | 0.30 | Review pleading re extension of time to respond to objections; review agenda |
| 06/27/11 | SMM | 0.20 | Review ecf re order; instruction to J. Dawson; review order |
| 06/28/11 | SMM | 0.30 | Review ecf notices; instruction to W. Weller |
| 06/28/11 | SMM | 0.60 | Review motion to compel discovery and objections and Court's order; telephone |

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| | | | call to D. Lowenthal; instruction to W. Weller; communication to D. Lowenthal |
| 06/28/11 | SMM | 0.20 | Communications with co-counsel re hearing |
| 06/28/11 | SMM | 0.10 | Review communication from B. Guiney |
| 06/28/11 | WWW | 0.20 | Obtain and review agenda for June 28, 2011 hearing and notice of rescheduled hearing for plan confirmation to July 13, 2011; forward to S. Miller, update case folder and calendar with same |
| 06/28/11 | WWW | 0.30 | Obtain docket, review and forward certain entries to S. Miller re Aurelius', Appaloosa Management's, and Centerbridge Partners, LP's objections to Trust Preferred Holders' motion to compel production of documents, and Aurelius' objection to Equity Committee's motion to compel production of documents |
| 06/28/11 | WWW | 0.40 | Obtain docket, review and forward certain entries to S. Miller re Equity Committee's emergency motion for limited reconsideration of order extending deadline for debtors' reply to plan objections, order granting emergency motion, Appaloosa, et al.'s objection to Equity Committee's motion to compel production of documents, and second amended agenda for June 29, 2011 hearing; update case folder with same |
| 06/29/11 | JLD | 0.10 | Obtain amended agenda re June 29, 2011 hearing; update case folder; forward copy to S. Miller |
| 06/29/11 | SMM | 3.60 | Review fourth amended agenda and information; attend hearing; conference with B. Guiney re status and filings |
| | | **19.40** | |

### Fee Recap

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Stephen M. Miller | Partner | 14.80 | 545.00 | 8,066.00 |
| Jamie L. Dawson | Paralegal | 0.20 | 185.00 | 37.00 |
| William W. Weller | Paralegal | 4.40 | 210.00 | 924.00 |
| | **Totals** | **19.40** | | **$9,027.00** |

**For Disbursements through 6/30/2011**

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 06/07/11 | Medical Records; Invoice 822881209 - Westlaw Business search charges from 5/20/11 ; Westlaw Business | 148.75 |
| **Total Disbursements** | | **$148.75** |



500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750

Federal Tax I.D. 51-0023480

Law Debenture Trust Company  
400 Madison Avenue, 4th Floor  
New York, NY 10017

June 10, 2011  
Invoice 354288

| | |
|---|---|
| Matter Name: | Washington Mutual, Inc., et al., Case No. 08-12229 (MFW) |
| Matter Number: | 115770-0005 |
| Attorney: | Stephen M. Miller |

| | |
|---|---:|
| For Professional Services through 5/31/2011 (details attached) | $8,014.50 |
| For Disbursements through 5/31/2011 (details attached) | $426.55 |

| | |
|---|---:|
| Total Services and Disbursements this period | $8,441.05 |

# MorrisJames LLP

500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750

Federal Tax I.D. 51-0023480

Law Debenture Trust Company
400 Madison Avenue, 4th Floor
New York, NY 10017

June 10, 2011
Invoice 354288

| Matter Name: | Washington Mutual, Inc., et al., Case No. 08-12229 (MFW) |
|---|---|
| Matter Number: | 115770-0005 |
| Attorney: | Stephen M. Miller |

**For Professional Services through May 31, 2011**

### Fees

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| 05/02/11 | SMM | 0.90 | Review opinion |
| 05/02/11 | SMM | 0.60 | Review and provide comments on notice and motion liquidating claim and procedures; telephone call to co-counsel re comments |
| 05/03/11 | SMM | 0.10 | Telephone call from B. Guiney |
| 05/03/11 | SMM | 0.20 | Telephone conversation with B. Guiney re comments on notice and procedures motion |
| 05/04/11 | SMM | 0.30 | Review communications from B. Guiney; instruction to W. Weller; communication to co-counsel |
| 05/04/11 | WWW | 0.70 | Review and organize exhibits in preparation of filing of fee motion |
| 05/05/11 | SMM | 0.20 | Telephone call from co-counsel; telephone conversation with co-counsel re invoices |
| 05/05/11 | SMM | 0.90 | Review revised motion, notice and order; telephone conversation with B. Guiney re comments; revisions made; instruction to assistant and W. Weller; telephone conversation with B. Guiney re fee application |
| 05/05/11 | SMM | 0.10 | Communication from and to D. Lowenthal re fee procedures motion |
| 05/05/11 | SMM | 0.20 | Communication from and to co-counsel; instruction to W. Weller |
| 05/05/11 | SMM | 0.20 | Communication from and to co-counsel re hearing and service |
| 05/05/11 | SMM | 0.20 | Review ecf notices re motion by trustees |
| 05/05/11 | WWW | 2.10 | Review corrected exhibits from co-counsel re PBWT's invoices; final review of motion and organize exhibits to client's fee motion; forward to S. Miller for review; prepare affidavit of service and service list; file and serve motion; calendar objection deadline and hearing date; forward calendar updates to S. Miller; create and update case folder with fee motion |
| 05/09/11 | SMM | 0.30 | Instruction to W. Weller; telephone conversation with D. Lowenthal re Law Debenture's invoices; review information |
| 05/09/11 | SMM | 0.20 | Conference with W. Weller re exhibit and telephone conversation with D. Lowenthal re same |
| 05/09/11 | WWW | 0.40 | Confer with S. Miller re docketed Exhibit C to client's fee motion; review new |

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| | | | copy of Law Debenture's invoices; review of same with S. Miller; forward filed fee exhibit to S. Miller |
| 05/09/11 | WWW | 1.20 | Prepare letter to debtors' counsel re inserting corrected invoices for client's fee motion re more clear copy of Law Debenture's invoices; review of originally filed exhibits along with corrected invoices with S. Miller; prepare notice of filing of corrected invoices; forward to C. Hamilton for review |
| 05/10/11 | SMM | 0.30 | Review and revise notice; instruction to W. Weller; review ecf notice; instruction to W. Weller; communication to D. Lowenthal |
| 05/10/11 | WWW | 1.40 | Review and revise draft of notice of filing corrected copy of Law Debenture's invoices attached to client's fee motion; forward to S. Miller for review; prepare affidavit of service re same; file and serve notice of filing; forward filing to S. Miller and update case folder with same |
| 05/11/11 | CRH | 0.90 | Review declarations in support of claims objections, the debtors' organizational charts, and the sixty-sixth omnibus objection to claims |
| 05/19/11 | SMM | 0.30 | Review ecf notices re objection to plan |
| 05/19/11 | SMM | 0.20 | Telephone conversation with D. Lowenthal re status re confirmation hearing and objections and indenture trustee motions |
| 05/19/11 | SMM | 0.70 | Instruction to W. Weller; review objection to confirmation of Normandy Hill; communication to D. Lowenthal |
| 05/19/11 | SMM | 0.20 | Review ecf notice; instruction to W. Weller; review notice re hearing |
| 05/19/11 | SMM | 0.20 | Review information |
| 05/19/11 | WWW | 0.30 | Obtain docket and Normandy Hill Capital L.P.'s limited objection to modified sixth amended plan and Normandy's notice of filing of corrected Exhibit A to limited objection and forward to S. Miller; update plan case folder with same |
| 05/19/11 | WWW | 0.30 | Obtain docket and Normandy's notice of filing of further corrected Exhibit to Normandy's limited objection to sixth amended plan; forward to S. Miller; update plan case folder with same |
| 05/19/11 | WWW | 0.20 | Obtain and review notice of adjournment of confirmation hearing; forward to S. Miller re same; update calendar and plan case folder with same |
| 05/20/11 | SJP | 0.40 | Obtain copy of Washington Mutual indenture for S. Miller |
| 05/20/11 | SMM | 0.20 | Review agenda for May 24, 2011 hearing |
| 05/20/11 | WWW | 0.30 | Obtain docket and review agenda for May 24, 2011 hearing re Law Debenture's fee motion; update calendar with new objection deadline and hearing date of June 8, 2011 re fee motion; forward calendar updates to S. Miller; forward agenda to S. Miller and C. Hamilton; update case folder with agenda |
| 05/23/11 | SMM | 0.20 | Communications from and to D. Lowenthal re hearing |
| 05/24/11 | JLD | 0.20 | Obtain agenda re May 24, 2011 hearing; update case folder; forward two copies to S. Miller |
| 05/24/11 | SMM | 4.30 | Review draft term sheet; review ecf notice re amended agenda; instruction to W. Weller; review amended agenda; communications to and from D. Lowenthal; attend hearing re plan status and term sheet; communications with D. Lowenthal and others |
| 05/24/11 | WWW | 0.20 | Obtain docket and review for counsel information for Creditors' Committee and Equity Committee and forward to S. Miller |
| 05/24/11 | WWW | 0.20 | Obtain docket and print amended agenda for May 24, 2011 hearing; forward two |

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| | | | sets of hard copies to S. Miller; forward to S. Miller via email re same; update case folder |
| 05/31/11 | SMM | 0.20 | Review ecf notice re dates and instruction to W. Weller; review communication from B. Guiney |
| 05/31/11 | WWW | 0.20 | Obtain docket and print order setting June and July 2011 omnibus hearing dates; forward order to S. Miller; update calendar and case folder with same |
| | | **20.20** | |

### Fee Recap

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Stephen M. Miller | Partner | 11.20 | 545.00 | 6,104.00 |
| Sandra J. Proctor | Librarian | 0.40 | 150.00 | 60.00 |
| Courtney R. Hamilton | Associate | 0.90 | 265.00 | 238.50 |
| Jamie L. Dawson | Paralegal | 0.20 | 185.00 | 37.00 |
| William W. Weller | Paralegal | 7.50 | 210.00 | 1,575.00 |
| | **Totals** | **20.20** | | **$8,014.50** |

**For Disbursements through 5/31/2011**

### Disbursements

| Date | Description | Amount |
|---|---|---|
| | Reproduction | 384.75 |
| | Postage | 41.80 |
| **Total Disbursements** | | **$426.55** |



# Morris James LLP

500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750

Federal Tax I.D. 51-0023480

Law Debenture Trust Company
400 Madison Avenue, 4th Floor
New York, NY 10017

May 23, 2011
Invoice 353227

| | |
|---|---|
| Matter Name: | Washington Mutual, Inc., et al., Case No. 08-12229 (MFW) |
| Matter Number: | 115770-0005 |
| Attorney: | Stephen M. Miller |

| | |
|---|---|
| For Professional Services through 4/30/2011 (details attached) | $1,364.00 |
| For Disbursements through 4/30/2011 (details attached) | $0.00 |

Total Services and Disbursements this period $1,364.00

# Morris James LLP

500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750

Federal Tax I.D. 51-0023480

Law Debenture Trust Company
400 Madison Avenue, 4th Floor
New York, NY 10017

May 23, 2011
Invoice 353227

Matter Name:     Washington Mutual, Inc., et al., Case No. 08-12229 (MFW)
Matter Number:   115770-0005
Attorney:        Stephen M. Miller

**For Professional Services through April 30, 2011**

## Fees

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| 04/04/11 | SMM | 0.10 | Review information re hearing |
| 04/11/11 | SMM | 0.20 | Review notice re approval of disclosure statement and information re confirmation |
| 04/11/11 | WWW | 0.10 | Obtain docket and order setting May 2, 2011 omnibus hearing date; update calendar and case folder re same |
| 04/12/11 | SMM | 0.10 | Review agenda |
| 04/21/11 | CRH | 0.30 | Review order approving settlement agreement between debtors, JP Morgan Chase Bank, N.A., California Department of Toxic Substances Control, the BKK Joint Defense Group, et al.; review omnibus order awarding interim allowance of compensation for services rendered and reimbursement of expenses; review order scheduling omnibus hearing dates; correspond with W. Weller re same; review order approving motion of the Federal Deposit Insurance Corporation to modify the automatic stay |
| 04/21/11 | WWW | 0.20 | Obtain and review order setting omnibus hearing dates; ensure objection deadline and hearing date are on calendar re debtors' application to employ valuation service provider and forward to C. Bookout |
| 04/21/11 | WWW | 0.30 | Obtain docket and forward schedules to C. Bookout re debtors Washington Mutual, Inc. and WMI Investment Corp.; update case folder with same |
| 04/25/11 | SMM | 0.10 | Review communication from B. Guiney re fee application |
| 04/26/11 | CRH | 0.40 | Review local rules re motion procedures |
| 04/26/11 | SMM | 0.10 | Instruction to W. Weller and review communication |
| 04/26/11 | WWW | 0.40 | Review docket for hearing dates, amended fee procedures order, and Court's Local Rules re determine schedule for filing of client's fee motion; forward findings to S. Miller and E. Monzo |
| 04/28/11 | WWW | 0.20 | Obtain agenda for May 2, 2011 hearing; forward to S. Miller and update case folder with same |
| 04/29/11 | SMM | 0.50 | Review communications from D. Lowenthal; instruction to assistant; communication to D. Lowenthal re fee application; instruction to W. Weller |

| Service Date | Atty | Hours | Description |
|---|---|---|---|
| 04/29/11 | SMM | 0.20 | Review agenda; communications to and from D. Lowenthal re hearing |
| 04/29/11 | SMM | 0.40 | Review draft motion to allow fees as reasonable and establish protocol; review opinion briefly |
| | | **3.60** | |

### Fee Recap

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Stephen M. Miller | Partner | 1.70 | 545.00 | 926.50 |
| Courtney R. Hamilton | Associate | 0.70 | 265.00 | 185.50 |
| William W. Weller | Paralegal | 1.20 | 210.00 | 252.00 |
| | **Totals** | **3.60** | | **$1,364.00** |