IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WASHINGTON MUTUAL, INC., et al., | ) | Case No. 08-12229 (MFW) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| ------------------------------------------------------- x | | |

### AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE     :
                                        : SS:
NEW CASTLE COUNTY  :

I, William W. Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on August 17, 2011, I caused to be served:

**MOTION OF LAW DEBENTURE
TRUST COMPANY OF NEW YORK,
IN ITS CAPACITY AS INDENTURE TRUSTEE,
FOR ENTRY OF AN ORDER PARTIALLY ALLOWING AND
LIQUIDATING PROOF OF CLAIM FOR FEES AND EXPENSES
INCURRED FROM APRIL 1, 2011 THROUGH AND INCLUDING JULY 31, 2011**

Service was completed upon the parties on the attached list as indicated thereon.

Date: August 17, 2011

/s/ William W. Weller
William W. Weller

SWORN AND SUBSCRIBED before me this 17th day of August, 2011

_____
NOTARY
My commission expires: _____

**VIA HAND DELIVERY**
Mark D. Collins, Esq.
Chun I. Jang, Esq.
Travis A. McRoberts, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
[Counsel to the Debtors and
Debtors-In-Possession]

David B. Stratton, Esq.
Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE 19801
[Counsel for the Official Committee of
Unsecured Creditors]

William P. Bowden, Esq.
Gregory A. Taylor, Esq.
Stacy L. Newman, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
[Delaware Counsel to the Official Committee
of Equity Security Holders]

William D. Sullivan, Esq.
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
[Conflicts Counsel for the Official Committee
of Equity Security Holders, as to Aurelius
Capital Management, L.P.]

Jane M. Leamy, Esq.
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Marcia L. Goldstein, Esq.
Brian S. Rosen, Esq.
Michael F. Walsh, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Facsimile: (212) 310-8007
[Counsel to the Debtors and
Debtors-In-Possession]

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Facsimile: (212) 872-1002
[Counsel for the Official Committee of
Unsecured Creditors]

Stephen D. Susman, Esq.
Seth D. Ard, Esq.
Susman Godfrey, LLP
654 Madison Avenue, 5th Floor
New York, NY 10065
[Counsel to the Official Committee of Equity
Security Holders]

Parker C. Folse, III, Esq.
Edgar Sargent, Esq.
Justin A. Nelson, Esq.
Susman Godfrey, LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101
[Counsel to the Official Committee of Equity
Security Holders]

John Marciel, Esq.
Washington Mutual, Inc.
c/o Alvarez and Marsal
925 Fourth Avenue
Seattle, WA 98104