IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| WASHINGTON MUTUAL, INC., *et al* | : | Case No. 08-12229 (MFW) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | Hearing Date: September 6, 2011 at 2:00 p.m. (ET) |
| | : | Objection Deadline: August 30, 2011 at 4:00 pm (ET) |
| | : | |

-----------------------------------------------------------x

## SECOND NOTICE OF MOTION OF WILMINGTON TRUST COMPANY, IN ITS CAPACITIES AS INDENTURE TRUSTEE AND GUARANTEE TRUSTEE FOR FIVE SERIES OF WMB/CCB SUBORDINATED NOTES, FOR ENTRY OF AN ORDER PARTIALLY LIQUIDATING AND ALLOWING PROOFS OF CLAIM FOR FEES AND EXPENSES

PLEASE TAKE NOTICE that pursuant to Sections 501, 502, 1123(b) and 1129(a)(9) of title 11 of the United States Code (the "Bankruptcy Code") and pursuant to this Court's Opinion dated January 7, 2011 (the "Opinion") [Docket No. 6528] denying confirmation of the above-captioned Debtors' Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code (the "Sixth Amended Plan"), Wilmington Trust Company ("Wilmington Trust"), in its capacities as Indenture Trustee and Guarantee Trustee for five series of WMB/CCB Subordinated Notes, by this second motion (the "Second Motion"), seeks entry of an order: (a) allowing and partially liquidating proofs of claim for fees and expenses, in the total amount of $548,736.65; and (b) granting Wilmington Trust such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Second Motion must be filed with the Court and served on undersigned counsel so as to be received on or before **August 30, 2011 at 4:00 p.m. (ET)**.

NYC/602033.1

PLEASE TAKE FURTHER NOTICE, that a hearing on the Second Motion will be held on **September 6, 2011 at 2:00 p.m. (ET)** before the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801 and that the hearing may be adjourned from time to time without further notice.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO FILE AN OBJECTION TO THE SECOND MOTION OR APPEAR AT THE HEARING IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE SECOND MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 17, 2011
      Wilmington, Delaware

Respectfully submitted,

   /s/ Christopher A. Ward
Christopher A. Ward
Polsinelli Shughart PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Tel: 302-252-0922
Fax: 302-252-0921
cward@polsinelli.com

and

Andrew I. Silfen
Leah M. Eisenberg
Arent Fox LLP
1675 Broadway
New York, NY 10019
Tel: 212-484-3900
Fax: 212-484-3990
silfen.andrew@arentfox.com
eisenberg.leah@arentfox.com

**Counsel to Wilmington Trust Company, solely in its capacities as Indenture Trustee and Guarantee Trustee**