# **EXHIBIT A**

Wilmington Trust Invoice



| | | |
|---|---|---|
| | | **Wilmington Trust Company** |
| | | **Rodney Square North** |
| | | **1100 North Market Street** |
| | | **Wilmington, DE 19890-0001** |

| | | |
|---|---|---|
| Washington Mutual Bank | Date: | August 17, 2011 |
| Attn: Treasurer | Invoice: | 061889-1 |
| 1301 Second Avenue | Account #: | 061889-000 |
| Seattle, WA 98101 | Administrator: | Steven Cimalore |
| | | Vice President |

Accounts:   CCB IV, CCB V, CCB VII, CCB VIII and HFC I

| | |
|---|---|
| **Bankruptcy/Default Administration Fees:** | $229,752.50 |
| Bankruptcy/Default administration hourly fees for services rendered for the period of September 16, 2008 through July 31, 2011 (244 hours @ $425 per hour / 148.7 hours @ $450 / 120.5 hours $475) | |
| **Expenses:** | |
| Expenses related to travel to unsecured creditor meetings | 3,233.46 |
| **TOTAL FEES and EXPENSES:** | **$232,985.96** |

Please **wire transfer** payment to our account at Wilmington Trust Company, 1100 North Market Street, Wilmington, DE 19890, ABA #: 031100092, Account # 061889-000, Invoice # 061889-1, Ref: WAMU: Cheniqua Rivera. Thank you.