# **EXHIBIT C**

Polsinelli Invoices



700 W. 47th Street, Suite 1000
Kansas City, MO 64112-1802
(816) 753-1000
Facsimile: (816) 753-1536
www.polsinelli.com

---

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

Wilmington Trust Company  
Leah M. Eisenberg  
Arent Fox LLP  
1675 Broadway  
New York, NY 10019

**August 11, 2011**  
Invoice No: ******  
File No: 063579-413547

Re:   Washington Mutual, Inc. and WMI Investment

## Invoice Summary

| | |
|---|---:|
| Current Professional Services | $18,889.50 |
| Current Disbursements | 315.40 |
| **Total Current Invoice - Due by September 11, 2011** | **$19,204.90** |
| | |
| *Total Amount Due by September 11, 2011* | *$19,204.90* |

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com**.
For other inquiries, please contact **Chris A. Ward at (302)252-0920** or **cward@polsinelli.com**.

Please make checks payable to
Polsinelli Shughart PC
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: Polsinelli Shughart, PC
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

**Payment Terms: Net 30**
Late Payment Charge: 1% per month may be charged on outstanding balances

# Polsinelli Shughart PC

# Invoice Detail

For Professional Services Through 7/31/11  
File No. 063579-413547  
Re: Washington Mutual, Inc. and WMI Investment

Page 2

## Professional Services

| Date | Description | Tmkpr | Hours | Amount |
|---|---|---|---|---|
| 4/5/11 | Correspondence and conference with SMK re status | CAWAR | 0.10 | $42.50 |
| 4/11/11 | Review agenda for April 13 hearing, review various recently filed pleadings, review docket, confer with SMK re upcoming dates and deadlines re confirmation | CAWAR | 0.40 | 170.00 |
| 4/11/11 | Review order approving Disclosure Statement; Attention to calendaring of critical dates for plan confirmation. | SMKAT | 0.80 | 204.00 |
| 4/15/11 | Correspondence with SMK re confirmation time line | CAWAR | 0.10 | 42.50 |
| 4/28/11 | Review docket and recently filed pleadings, in particular numerous objections to confirmation, correspondence with co-counsel | CAWAR | 0.50 | 212.50 |
| 4/29/11 | Various correspondence with SMK and co-counsel re motion to approve payment of indenture trustee fees | CAWAR | 0.20 | 85.00 |
| 4/29/11 | Attention to correspondence with Leah Eisenberg regarding timing of filing the indenture trustees' motion for payment of fees. | SMKAT | 0.10 | 25.50 |
| 5/2/11 | Various correspondence with co-counsel and SMK re invoices for motion to pay indenture trustee fees, correspondence with accounting re same, review and forward to co-counsel | CAWAR | 0.40 | 170.00 |
| 5/2/11 | Correspondence with Leah Eisenberg regarding all billed fees and expenses to date incurred by Polsinelli in matter; Review full invoice. | SMKAT | 0.40 | 102.00 |
| 5/3/11 | Various correspondence with Leah Eisenberg and SMK re motion to pay indenture trustee fees | CAWAR | 0.20 | 85.00 |
| 5/4/11 | Review docket and numerous recently filed objections | CAWAR | 0.20 | 85.00 |
| 5/4/11 | Attention to correspondence with Leah Eisenberg regarding Polsinelli's invoices and attachments to the motion seeking payment of IT's fees. | SMKAT | 0.20 | 51.00 |
| 5/4/11 | Review draft of WTC's motion for allowance and payment of fees and expenses of WTC; Correspondence with Leah Eisenberg and Chris Ward re same. | SMKAT | 0.50 | 127.50 |
| 5/5/11 | Review and comment on draft motion to Wilmington Trust to approve payment of indenture trustee fees, various correspondence re same | CAWAR | 0.40 | 170.00 |
| 5/5/11 | Correspondence with Leah Eisenberg regarding status of filing of motion seeking payment of IT fees and expenses. | SMKAT | 0.10 | 25.50 |

**Payment Terms: Net 30**  
Late Payment Charge: 1% per month may be charged on outstanding balances

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 5/5/11 | Attention to correspondence with Chris Ward and Lindsey Suprum regarding service of IT payment motion. | SMKAT | 0.10 | 25.50 |
| 5/6/11 | Various correspondence with co-counsel and SMK re Wilmington Trust motion to approve payment of indenture trustee fees, review draft of same, confer with SMK re filing and service, review several requests of indenture trustees for approval of fees | CAWAR | 0.50 | 212.50 |
| 5/6/11 | Review motion of WTC as trust preferred trustee for payment of fees and expenses; Correspondence re same with Chris Ward. | SMKAT | 0.20 | 51.00 |
| 5/6/11 | Review correspondence from Leah Eisenberg regarding the UST's position with respect to the motions seeking payment filed by the various indenture trustees. | SMKAT | 0.10 | 25.50 |
| 5/6/11 | Final review of motion seeking payment of indenture trustee fees; Attention to preparation of motion and exhibits for filing; Various correspondence re same with Lindsey Suprum regarding filing and service of motion; Correspondence with Lisa Indelicato re filing and service. | SMKAT | 0.50 | 127.50 |
| 5/18/11 | Confer with SMK re hearing on indenture trustee fees, review docket and numerous recently filed pleadings | CAWAR | 0.40 | 170.00 |
| 5/19/11 | Review numerous objections to the plan, correspondence with co-counsel and SMK | CAWAR | 0.40 | 170.00 |
| 5/22/11 | Prepare correspondence to Leah Eisenberg regarding hearing scheduled for May 24 and Ms. Eisenberg's appearance for same. | SMKAT | 0.10 | 25.50 |
| 5/23/11 | Various correspondence with SMK and Leah Eisenberg re hearing coverage and status of confirmation | CAWAR | 0.20 | 85.00 |
| 5/23/11 | Review reply correspondence from Leah Eisenberg regarding May 24 status hearing on the Sixth Amended Plan. | SMKAT | 0.10 | 25.50 |
| 5/24/11 | Various correspondence with Leah Eisenberg and SMK re May 24 hearing, review docket and pleadings | CAWAR | 0.40 | 170.00 |
| 5/24/11 | Prepare for and appear before Judge Walrath for status conference on the Sixth Amended Plan of Confirmation. | SMKAT | 1.80 | 459.00 |
| 5/24/11 | Review Final Term Sheet; Attention to calendaring of critical dates in connection with a sixth amended or possible seventh amended plan. | SMKAT | 0.50 | 127.50 |
| 6/4/11 | Various correspondence with SMK re June hearing on Indenture Trustee fees and status of same | CAWAR | 0.20 | 85.00 |
| 6/6/11 | Various correspondence with Jeffrey Rothleder and SMK re coverage of June 8 WaMu hearing and confer with SMK, review agenda for June 8 hearing, review filed copy of Rothleder pro hac vice motion | CAWAR | 0.40 | 170.00 |

# Polsinelli Shughart PC

# Invoice Detail

For Professional Services Through 7/31/11

Page 4

File No. 063579-413547

Re: Washington Mutual, Inc. and WMI Investment

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 6/6/11 | Correspondence with Lindsey Suprum regarding preparation of pro hac pleading for Jeff Rothleder; Correspondence re same with Jeff Rothleder; Review draft of motion and circulate same to Mr. Rothleder for comment; Attention to correspondence with Ms. Suprum regarding filing and service of same. | SMKAT | 0.30 | 76.50 |
| 6/6/11 | Draft Pro Hac Motion for Jeffrey N. Rothleder. Attention to filing. Prepare for delivery to chambers. Circulate confirmation email. | LMSUP | 0.80 | 148.00 |
| 6/7/11 | Attention to correspondence with chambers regarding status of Jeff Rothleder's pro hac motion. | SMKAT | 0.10 | 25.50 |
| 6/8/11 | Correspondence with SMK and conference re outcome of June 8 hearing and status of order approving indenture trustee fees, review signed order, review various pleadings in case | CAWAR | 0.40 | 170.00 |
| 6/8/11 | Review amended agenda and proposed form of order approving the fees of Indenture Trustee accrued to April 1, 2011; Attend hearing on same and status conference with respect to the Sixth Amended Plan; Prepare email correspondence summarizing same to Chris Ward. | SMKAT | 2.50 | 637.50 |
| 6/17/11 | Review notice of confirmation hearing and other pertinent pleadings, review docket, various correspondence re same | CAWAR | 0.40 | 170.00 |
| 6/17/11 | Office conference with Chris Ward regarding status of settlement discussions and setting for confirmation hearing. | SMKAT | 0.20 | 51.00 |
| 6/30/11 | Conference with SMK re confirmation status, correspondence with Leah and SMK re status of payment of indenture trustee fees | CAWAR | 0.20 | 85.00 |
| 6/30/11 | Correspondence with Leah Eisenberg regarding timeline for payment indenture trustee fees in connection with case. | SMKAT | 0.10 | 25.50 |
| 7/1/11 | Review reply correspondence with Leah Eisenberg regarding status of payment of IT expenses; Correspondence re same with Chris Ward. | SMKAT | 0.10 | 25.50 |
| 7/2/11 | Review docket and numerous pleadings filed related to confirmation | CAWAR | 0.40 | 170.00 |
| 7/9/11 | Review numerous pleadings filed in support of confirmation including brief, exhibits, memorandum and motions in limine | CAWAR | 0.50 | 212.50 |
| 7/11/11 | Correspondence with Leah Eisenberg regarding confirmation hearing beginning July 13. | SMKAT | 0.10 | 25.50 |
| 7/12/11 | Review agenda for July 13 confirmation hearing, confer with SMK re coverage, review docket and recently filed pleadings related to confirmation | CAWAR | 0.40 | 170.00 |
| 7/12/11 | Review of modified Sixth Amended Plan of Reorganization. | SMKAT | 1.00 | 255.00 |

# Polsinelli Shughart PC

# Invoice Detail

For Professional Services Through 7/31/11  
File No. 063579-413547  
Re: Washington Mutual, Inc. and WMI Investment

Page 5

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 7/13/11 | Review docket, agenda and related confirmation pleadings for July 13 confirmation hearing, confer with SMK re same, various correspondence throughout confirmation hearing and discuss status and outcome | CAWAR | 0.40 | 170.00 |
| 7/13/11 | Review second amended agenda of matters scheduled; Appear at Confirmation Hearing; Attention to various correspondence with Leah Eisenberg, Jeff Rothleder, Ronni Arnold and Chris Ward regarding status of confirmation hearing and schedule for remaining trial. | SMKAT | 10.00 | 2,550.00 |
| 7/14/11 | Attend second day of WAMU confirmation hearing. | SMKAT | 4.50 | 1,147.50 |
| 7/14/11 | Review corresponding pleadings and affidavits in connection with confirmation hearing on the modified Sixth Amended Plan. | SMKAT | 0.70 | 178.50 |
| 7/15/11 | Various conferences and correspondence with SMK re status and outcome of July 15 confirmation hearing date | CAWAR | 0.20 | 85.00 |
| 7/15/11 | Attend third day of WAMU confirmation hearing. | SMKAT | 5.00 | 1,275.00 |
| 7/17/11 | Review filed pleadings relating to insider trading assertions. | SMKAT | 1.50 | 382.50 |
| 7/18/11 | Attend fourth day of WAMU confirmation hearing; Attention to various correspondence regarding updates re same with Chris Ward. | SMKAT | 4.30 | 1,096.50 |
| 7/19/11 | Various correspondence with SMK re status and developments in WaMu confirmation hearing | CAWAR | 0.20 | 85.00 |
| 7/19/11 | Attend fifth day of WAMU Confirmation Hearing; Attention to various correspondence with Chris Ward regarding status of same. | SMKAT | 7.00 | 1,785.00 |
| 7/20/11 | Conference with SMK re status of confirmation hearing and various correspondence re same | CAWAR | 0.20 | 85.00 |
| 7/20/11 | Attend sixth day of confirmation hearing on the modified Sixth Amended Plan; Various correspondence with Chris Ward, Jeff Rothleder and Ronni Arnold regarding status and scheduling in connection with same. | SMKAT | 8.00 | 2,040.00 |
| 7/21/11 | Conference and correspondence with SMK re outcome of confirmation hearing and timetable going forward | CAWAR | 0.20 | 85.00 |
| 7/21/11 | Attend seventh day of confirmation hearing on modified Sixth Amended Plan. | SMKAT | 7.00 | 1,785.00 |
| 7/27/11 | Correspondence with Leah Eisenberg regarding filing and service of amended 2019 on behalf of Wilmington Trust Company. | SMKAT | 0.10 | 25.50 |
| 7/28/11 | Correspondence with co-counsel, SMK and LMS, review and comment on draft Rule 2019 statement, confer with SMK and LMS re filing and service, review filed copy | CAWAR | 0.40 | 170.00 |

# Polsinelli Shughart PC
# Invoice Detail

For Professional Services Through 7/31/11  
File No. 063579-413547  
Re: Washington Mutual, Inc. and WMI Investment

Page 6

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 7/28/11 | Review and revise WTC's 2019 statement; Prepare for filing; Correspondence re same with Lindsey Suprum for filing and service. | SMKAT | 0.30 | 76.50 |
| 7/28/11 | Prepare Certificate of Service for Rule 2019 Statement. Attention to filing and service of all. Circulate confirmation. | LMSUP | 0.50 | 92.50 |
| | **Total Professional Services** | | | **$18,889.50** |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| C.A. Ward | Shareholder | 425.00 | 8.90 | $3,782.50 |
| S.M. Katona | Associate | 255.00 | 58.30 | 14,866.50 |
| L.M. Suprum | Paralegal | 185.00 | 1.30 | 240.50 |
| **Total Professional Charges** | | | **68.50** | **$18,889.50** |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 05/09/11 | Client Advance - - VENDOR: Reliable Wilmington Bankruptcy mailout services | $255.00 |
| 06/06/11 | Filing Fees - - VENDOR: U S District Court Clerk Pro Hac Vice Motion of Jeffrey Rothleder | 25.00 |
| 06/08/11 | Filing Fees - - VENDOR: Reliable Wilmington Court filing by Hand | 10.00 |
| 06/08/11 | Client Advance - - VENDOR: Reliable Wilmington Hand delivery courier service-Judge Walrath | 7.50 |
| 07/27/11 | Meals Shanti M. Katona WAMUConfirmation hearing | 17.90 |
| | **Total Disbursements** | **$315.40** |

Total Professional Services $18,889.50  
Total Disbursements 315.40  
**Total Current Charges Due** **$19,204.90**

Payment Terms: Net 30  
Late Payment Charge: 1% per month may be charged on outstanding balances

# Polsinelli Shughart PC — Invoice Detail

For Professional Services Through 7/31/11  
File No. 063579-413547  
Re: Washington Mutual, Inc. and WMI Investment

## Statement of Outstanding Invoices

| Date | Inv# | Amount | Credit | Payments | Balance* |
|---|---|---|---|---|---|
| 06/08/10 | 722486 | $1,800.00 | $0.00 | $0.00 | $1,800.00 |
| 07/08/10 | 728745 | 3,965.00 | 0.00 | 0.00 | 3,965.00 |
| 08/12/10 | 736038 | 2,852.50 | 0.00 | 0.00 | 2,852.50 |
| 09/08/10 | 742357 | 440.00 | 0.00 | 0.00 | 440.00 |
| 10/08/10 | 750871 | 782.00 | 0.00 | 0.00 | 782.00 |
| 11/10/10 | 756899 | 2,384.11 | 0.00 | 0.00 | 2,384.11 |
| 12/08/10 | 762145 | 2,703.00 | 0.00 | 0.00 | 2,703.00 |
| 01/12/11 | 769026 | 11,947.10 | 0.00 | 0.00 | 11,947.10 |
| 02/08/11 | 774511 | 2,176.00 | 0.00 | 0.00 | 2,176.00 |
| 03/07/11 | 780682 | 1,598.00 | 0.00 | 0.00 | 1,598.00 |
| 04/11/11 | 787856 | 2,082.50 | 0.00 | 0.00 | 2,082.50 |
| 05/09/11 | 794503 | 789.50 | 0.00 | 0.00 | 789.50 |
| 06/10/11 | 802142 | 2,745.50 | 0.00 | 0.00 | 2,745.50 |
| 07/14/11 | 809087 | 1,686.50 | 0.00 | 0.00 | 1,686.50 |
| 08/11/11 | 815443 | 13,990.90 | 0.00 | 0.00 | 13,990.90 |
| **Total of Prior Balance Due** | | | | | **$51,942.61** |

*If a payment has already been made, thank you.

**Payment Terms: Net 30**  
Late Payment Charge: 1% per month may be charged on outstanding balances



<br/>

700 W. 47th Street, Suite 1000  
Kansas City, MO 64112-1802  
(816) 753-1000  
Facsimile: (816) 753-1536  
www.polsinelli.com

Wilmington Trust Company  
Leah M. Eisenberg  
Arent Fox LLP  
1675 Broadway  
New York, NY 10019

August 11, 2011  
Invoice No.: ******  
File No.: 063579-413547

Re: Washington Mutual, Inc. and WMI Investment

## Invoice Summary

| | |
|---|---:|
| Current Professional Services | $18,889.50 |
| Current Disbursements | 315.40 |
| **Total Current Invoice - Due by September 11, 2011** | **$19,204.90** |
| | |
| *Total Amount Due by September 11, 2011* | *$19,204.90* |

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com**.  
For other inquiries, please contact **Chris A. Ward** at (302)252-0920 or **cward@polsinelli.com**.

Please make checks payable to  
Polsinelli Shughart PC  
P.O. Box 878681  
Kansas City, MO 64187-8681  
Wire Instructions:  
US Bank  
Acct: Polsinelli Shughart, PC  
Acct #: 4343953230  
ABA #: 101000187  
SWIFT Code - USBKUS44IMT  
Please reference Invoice No.

**Payment Terms: Net 30**  
Late Payment Charge: 1% per month may be charged on outstanding balances