## **EXHIBIT D**

Proposed Order

```
-----------------------------------------------------------x
In re                                          :
                                               :  Chapter 11
WASHINGTON MUTUAL, INC., et al.                :
                                               :  Case No. 08-12229 (MFW)
          Debtors.                             :
                                               :  Jointly Administered
                                               :
                                               :  Re: Docket No. _____
                                               :
-----------------------------------------------------------x
```

**SECOND ORDER GRANTING MOTION OF WILMINGTON TRUST
COMPANY,  IN ITS CAPACITIES AS INDENTURE TRUSTEE AND
GUARANTEE TRUSTEE FOR FIVE WBW/CCB SUBORDINATED NOTES,
FOR ENTRY OF AN ORDER ALLOWING AND PARTIALLY
LIQUIDATING PROOFS OF CLAIM FOR FEES AND EXPENSES**

Upon consideration of the second motion (the "Second Motion")[1] of Wilmington Trust

Company ("Wilmington Trust"), in its capacities as Indenture Trustee and Guarantee Trustee for

five series of WMB/CCB Subordinated Notes, for entry of an order partially liquidating and

allowing a proof of claim, and upon consideration of any and all objections and responses, if any,

filed regarding the Second Motion; and this Court finding that (i) it has jurisdiction over this

matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28

U.S.C. § 157(b)(2); (iii) notice of the Second Motion and the hearing was sufficient under the

circumstances; and (iv) upon the record herein; and after due deliberation, good and sufficient

cause exists for the relief requested;

IT IS HEREBY ORDERED THAT:

1.      The Second Motion is GRANTED only to the extent set forth herein.

---

[1]      Unless otherwise stated, capitalized terms not otherwise defined herein shall have the meaning ascribed to
         them in the Motion.

NYC/602046.1

2.	The CCB Compensation and Indemnity Claims are hereby partially liquidated and allowed in the amount of $548,736.65.

3.	Nothing contained herein shall be deemed a determination with respect to the fees and expenses that Wilmington Trust has incurred and will incur from August 1, 2011, through the conclusion of these cases.  The reasonableness of such fees and expenses shall be subject to a further order of this Court.

4.	This Court shall retain jurisdiction with respect to all matters arising out of or related to the implementation of this Order.

Dated: _____, 2011
          Wilmington, Delaware

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

NYC/602046.1