UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WASHINGTON MUTUAL, INC., *et al.*, | ) | |
| | ) | |
| | ) | Case No. 08-12229 (MFW) |
| | ) | |
| Debtors, | ) | |
| | ) | Jointly Administered |
| | ) | |
| | ) | Hearing Date: September 6, 2011 at 2:00 P.m.. (ET) |
| | ) | Objection Deadline: August 29, 2011 at 4:00 p.m. ET) |

**NOTICE OF SECOND MOTION OF WELLS FARGO BANK, N.A.,
IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE AND SUCCESSOR
GUARANTEE TRUSTEE, FOR ENTRY OF AN ORDER (A) FURTHER
PARTIALLY LIQUIDATING AND ALLOWING THAT ASPECT
OF ITS PROOF OF CLAIM RELATING TO THE TRUSTEE'S FEES AND EXPENSES**

PLEASE TAKE NOTICE that pursuant to sections 501, 502, 1123(b)(6) and 1129(a)(4) of title 11 of the United States Code (the "**Bankruptcy Code**") and pursuant to this Court's Opinion dated January 7, 2011 (Dkt. No. 6528), in a motion dated August 17, 2011 (the "**Motion**"), Wells Fargo Bank, National Association, solely in its capacity as successor Indenture Trustee (the "**PIERS Trustee**") under the Indenture dated as of April 30, 2001 (the "**Base Indenture**"), between Debtor Washington Mutual, Inc. ("**WMI**") and The Bank of New York, as initial Trustee ("**BNY**"), as supplemented by the First Supplemental Indenture dated as of April 30, 2001 (the "**Supplemental Indenture**," and together with the Base Indenture, the "**Indenture**"), and under that certain Guarantee Agreement, dated as of April 30, 2001, between WMI as Guarantor, and BNY as initial Guarantee Trustee, seeks entry of an order: (i) further allowing and partially liquidating that aspect of the Wells Fargo Proof of Claim relating to the PIERS Trustee's fees and expenses; and (ii) granting the PIERS Trustee such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that objections to the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served on undersigned counsel so as to be received on or before August 29, 2011 at 4:00 p.m. (EDT).

PLEASE TAKE FURTHER NOTICE, that a hearing on the Motion will be held on September 6, 2011 at 2:00 p.m. (EDT) before the Honorable Mary F. Walrath, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE, THAT IF YOU FAIL TO FILE AN OBJECTION TO THE MOTION OR APPEAR AT THE HEARING IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
August 17, 2011

Respectfully submitted,

**FOX ROTHSCHILD LLP**

  /s/ Neal J. Levitsky
Neal J. Levitsky, Esquire (No. 2092)
Seth A. Niederman, Esquire (No. 4588)
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, Delaware  19801
302.622-4200 - direct
302.656-8920 - facsimile

-and-

**LOEB & LOEB LLP**
Walter H. Curchack
Vadim J. Rubinstein
345 Park Avenue
New York, New York 10154
(212) 407-4000

*Counsel for Wells Fargo Bank, N.A., in its Capacity as Indenture Trustee and Guarantee Trustee*