# EXHIBIT C



**WELLS FARGO**

| Account Number | Invoice Number | Billing Date | Amount Due |
|---|---|---|---|
| 23269700 | 10329 | 7/29/2011 | $569,189.47 |

Please remit payment to:
Wells Fargo Bank, N.A.
Attn: Dan Drier
N9311-110
625 Marquette Avenue
Minneapolis, MN 55479

Washington Mutual, Inc.
1201 Third Avenue
Seattle, WA 98101

**DUE UPON RECEIPT**

| | Amount |
|---|---|
| Wells Fargo Bank, N.A. as Indenture Trustee, Registrar and Paying Agent for Washington Mutual, Inc. 5.375% Junior Subordinated Debt Securities due 2041 | |
| Extraordinary Administration:<br>  4/1/11 - 6/30/11 | $63,832.50 |
| Past-Due Amounts:<br>  Invoice # 10306 dtd 4/27/11 | $505,356.97 |

For wiring of funds:
    Wells Fargo Bank, NA
    ABA # 121000248
    Beneficiary Name: Corporate Trust Clearing Account
    Beneficiary Account No. 0001038377
    For further credit to: Account # 23269700
    Attn: Dan Drier  Re: Washington Mutual

| For billing questions, please contact: | Dan Drier (612) 316-0856 | $569,189.47 |
|---|---|---|



Wells Fargo Bank, N.A.
Corporate Trust Services
625 Marquette Avenue
Minneapolis, MN 55479
N9311-110

Invoice submitted to:
Washington Mutual

July 29, 2011

Invoice #10329

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| **2011** | | | | |
| 4/4/2011 | TMK | DBR; file update; bondholder email. | 0.90<br>450.00/hr | 405.00 |
| 4/5/2011 | TMK | Review emails; committee call. | 0.90<br>450.00/hr | 405.00 |
| 4/8/2011 | TMK | Watchlist issues; update file. | 0.80<br>450.00/hr | 360.00 |
| 4/11/2011 | DCD | Telephone conference with holder re status. | 0.20<br>225.00/hr | 45.00 |
| | TMK | Review liquidation trust agreement; bondholder email; file update. | 0.90<br>450.00/hr | 405.00 |
| 4/12/2011 | TMK | Review multiple emails; prepare for committee call; committee call; follow up with Curchack and Rubinstein. | 2.20<br>450.00/hr | 990.00 |
| 4/13/2011 | TMK | Call with Vadim. | 0.30<br>450.00/hr | 135.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 4/14/2011 | TMK | Review emails; DBR. | 0.40<br>450.00/hr | 180.00 |
| 4/15/2011 | TMK | Update on LTW; review liquidating trust agreement; file update. | 2.00<br>450.00/hr | 900.00 |
| 4/18/2011 | TMK | Review emails; review email from Nate Toma. | 0.60<br>450.00/hr | 270.00 |
| 4/19/2011 | TMK | Review ▮▮▮▮▮ review emails; prepare for committee call; committee call; review FTI report of 4-19-11. | 2.90<br>450.00/hr | 1,305.00 |
| 4/21/2011 | TMK | Review emails from Curchack and Rubinstein; call with Curchack. | 0.70<br>450.00/hr | 315.00 |
| 4/22/2011 | DCD | Finalized and sent notice to holders. | 0.50<br>225.00/hr | 112.50 |
|  | TMK | Review notice to holders and comment; update file. | 1.10<br>450.00/hr | 495.00 |
| 4/25/2011 | TMK | Review email from holders; review questions from holder. | 1.30<br>450.00/hr | 585.00 |
| 4/26/2011 | TMK | Prepare for committee call; committee call; follow up call with Curchack and Rubenstein; review multiple emails. | 2.50<br>450.00/hr | 1,125.00 |
| 4/27/2011 | TMK | Invoices to Rubinstein. | 0.30<br>450.00/hr | 135.00 |
| 4/28/2011 | TMK | DRC. | 0.20<br>450.00/hr | 90.00 |
| 4/29/2011 | TMK | Review plan supplement; review liquidation trust. | 0.50<br>450.00/hr | 225.00 |
| 4/30/2011 | TMK | Review emails from AG; file update. | 0.70<br>450.00/hr | 315.00 |
| 5/3/2011 | TMK | Review emails; email Curchack and Rubinstein; committee call. | 1.60<br>450.00/hr | 720.00 |

Washington Mutual                                                                                          Page    3

|              |     |                                                                                                                                                                                                                                                                             | Hrs/Rate          | Amount   |
|--------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 5/6/2011     | TMK | Review emails; call with Rubinstein.                                                                                                                                                                                                                                        | 1.00 450.00/hr    | 450.00   |
| 5/9/2011     | TMK | Tax update; Review email correspondence; Report to Watchlist committee.                                                                                                                                                                                                     | 1.10 450.00/hr    | 495.00   |
| 5/10/2011    | TMK | Prepare for committee meeting; Attend committee meeting; Update account.                                                                                                                                                                                                    | 2.40 450.00/hr    | 1,080.00 |
| 5/11/2011    | TMK | Reviewed term sheet and 5-7-11 draft; Email correspondence with W. Curchack and V. Rubenstein; Telephone conferences with W. Curchack and V. Rubenstein re term sheet.                                                                                                      | 1.60 450.00/hr    | 720.00   |
| 5/12/2011    | TMK | Review issue of adjournment; Outline options; Email to FTI on outline scenarios; Recovery scenarios; Call with W. Curchack and V. Rubenstein; Update FTI report from Scruton; Telephone conferences with Scruton; Email correspondence with Scruton; Prepare committee call; Attended committee call. | 3.90 450.00/hr    | 1,755.00 |
| 5/13/2011    | TMK | Review emails from AG, et al.; Telephone conferences with V. Rubenstein and W. Curchak; Review objections by holder; Review interest issue - June 3; Email correspondence with FTI re analysis; Telephone conference with FTI re same; File update.                          | 3.90 450.00/hr    | 1,755.00 |
| 5/16/2011    | TMK | Review emails; call with Gary Bush; call with Curchack; call with Curchack and Rubinstein.                                                                                                                                                                                  | 1.10 450.00/hr    | 495.00   |
| 5/17/2011    | TMK | Review email correspondence; Voting results; Objection summary from Akin Gump; Prepare for committee meeting; Telephone conferences with W. Curchak and V. Rubenstein; Committee call; Telephone conference with holder; Telephone conference with A. Scruton of FTI.        | 4.20 450.00/hr    | 1,890.00 |
|              | DCD | Telephone conference with holder re status.                                                                                                                                                                                                                                 | 0.10 225.00/hr    | 22.50    |
| 5/18/2011    | TMK | Review email correspondence; Prepare for term-sheet meeting; Telephone conferences with Scruton, Curchack, Rubenstein, and Johnson; Conference calls re term settlement; Review new term sheet.                                                                             | 6.50 450.00/hr    | 2,925.00 |
| 5/19/2011    | TMK | Review new and revised term sheets; Email correspondence with Aiken Gump.                                                                                                                                                                                                   | 1.60 450.00/hr    | 720.00   |

Washington Mutual                                                                                               Page    4

|            |     |                                                                                                                                                                           | Hrs/Rate         | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|----------|
| 5/20/2011  | TMK | FTI analysis; Call with Curchack & Rubenstein; Follow-up emails with Curchack.                                                                                            | 2.90 450.00/hr   | 1,305.00 |
| 5/22/2011  | TMK | Review email correspondence; Arrange call with Curchack & Rubenstein; Review 5/20/11 FTI report.                                                                          | 1.00 450.00/hr   | 450.00   |
| 5/23/2011  | TMK | Review FTI report and term sheet; Telephone conferences with R. Johnson, W. Curchack, and V. Rubenstein; Review revised equity term sheet; Committee call.                | 5.00 450.00/hr   | 2,250.00 |
|            | DCD | Compiled and sent Indentures to V. Rubenstein.                                                                                                                            | 0.50 225.00/hr   | 112.50   |
| 5/24/2011  | TMK | Review emails; Review term sheet; Telephone conferences with W. Curchack; Email correspondence with holder, Aiken Gump, and Fried Frank.                                  | 3.20 450.00/hr   | 1,440.00 |
|            | DCD | Compiled and sent Supplemental Indentures to V. Rubenstein.                                                                                                               | 0.30 225.00/hr   | 67.50    |
| 5/25/2011  | TMK | Email correspondence with W. Curchack and V. Rubenstein; Telephone conferences with R. Johnson and W. Curchack; Review FTI report of 5/20/11.                             | 2.80 450.00/hr   | 1,260.00 |
| 5/26/2011  | TMK | Email correspondence with W. Curchack; Telephone conferences with holder, W. Curchack, and V. Rubenstein.                                                                 | 1.40 450.00/hr   | 630.00   |
| 5/27/2011  | TMK | Review email from AG.                                                                                                                                                     | 0.30 450.00/hr   | 135.00   |
| 5/31/2011  | TMK | Review Normandy Hill objection; Prepare for committee meeting; Review 5-31-11 FTI report; Attend committee call; Review indenture language; Telephone conference with V. Rubenstein and W. Curchack; Review first amendment; Email correspondence with AG. | 6.20 450.00/hr   | 2,790.00 |
| 6/1/2011   | TMK | Review 7th draft of plan; Telephone conferences with Holder, J. Powell, W. Curchack, T. Carlin, Wilkinson, and V. Rubenstein; Email correspondence with Akin Gump; Update file. | 4.70 450.00/hr   | 2,115.00 |
| 6/2/2011   | TMK | Review ███████████████; Telephone conferences with W. Curchack, V. Rubenstein, and T. Carlin; Review Plan comments; Email correspondence with A.G.; Review UCC objections. | 4.10 450.00/hr   | 1,845.00 |

Washington Mutual <span style="float:right">Page 5</span>

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 6/3/2011 | TMK | Email correspondence with A.G.; Review Normandy Hill objection; Attend committee calls; Follow-up call with W. Curchack and V. Rubenstein. | 6.20<br>450.00/hr | 2,790.00 |
| 6/6/2011 | TMK | Review email correspondence; Attend committee call; Follow-up call with V. Rubenstein. | 3.80<br>450.00/hr | 1,710.00 |
| | DCD | Email correspondence with T. Korsman re status of trust. | 0.10<br>225.00/hr | 22.50 |
| 6/7/2011 | TMK | Review email correspondence; Telephone conferences with W. Curchack, V. Rubenstein, and G. Bush. | 1.90<br>450.00/hr | 855.00 |
| 6/8/2011 | TMK | Telephone access to court hearing; Email correspondence with Akin Gump. | 2.50<br>450.00/hr | 1,125.00 |
| 6/9/2011 | TMK | Review email correspondence; Review ▓▓▓▓; Telephone conference with W. Curchack; Review Plan issues. | 0.70<br>450.00/hr | 315.00 |
| 6/10/2011 | TMK | Review email correspondence; Made travel arrangements; Prepared for and attended committee calls; Telephone conferences with V. Rubenstein and Wells Legal. | 8.50<br>450.00/hr | 3,825.00 |
| 6/11/2011 | TMK | Review email correspondence; Arrange travel to NY. | 2.40<br>450.00/hr | 1,080.00 |
| 6/12/2011 | TMK | Review comments to documents; Review email correspondence; Travel to NY. | 6.20<br>450.00/hr | 2,790.00 |
| 6/13/2011 | TMK | Attend committee meeting; Met with W. Curchack and V. Rubenstein; Travel to Minnesota. | 11.00<br>450.00/hr | 4,950.00 |
| 6/14/2011 | TMK | Review documents and email correspondence; Attend committee call. | 2.80<br>450.00/hr | 1,260.00 |
| 6/15/2011 | TMK | Review email correspondence; Telephone conference with W. Curchack and V. Rubenstein; Attend committee call; Review FTI analysis dtd 5-31-11. | 4.50<br>450.00/hr | 2,025.00 |
| 6/16/2011 | TMK | Telephone and email correspondence with W. Curchack and V. Rubenstein; Review draft objection. | 1.30<br>450.00/hr | 585.00 |
| 6/18/2011 | TMK | Review Wells Fargo objection. | 0.50<br>450.00/hr | 225.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 6/19/2011 | TMK | Review Wells Fargo objection; Email and telephone correspondence with V. Rubenstein. | 4.00<br>450.00/hr | 1,800.00 |
| 6/27/2011 | TMK | Review emails; Review 7th plan; Review confidentiality agreement. | 2.50<br>450.00/hr | 1,125.00 |
| 6/28/2011 | TMK | Committee call; Review multiple emails. | 1.80<br>450.00/hr | 810.00 |
| 6/30/2011 | TMK | Review emails. | 0.70<br>450.00/hr | 315.00 |
|  | SUBTOTAL: |  | 142.70 | 63,832.50 |
|  | For professional services rendered |  | 142.70 | $63,832.50 |
|  | Previous balance |  |  | $469,692.50 |
|  | Balance due |  |  | $533,525.00 |



| | Account Number | Invoice Number | Billing Date | Amount Due |
|---|---|---|---|---|
| WELLS FARGO | 23269700 | 10330 | 8/15/2011 | $584,129.47 |

*Please remit payment to:*
Wells Fargo Bank, N.A.
Attn: Dan Drier
N9311-110
625 Marquette Avenue
Minneapolis, MN 55479

Washington Mutual, Inc.
1201 Third Avenue
Seattle, WA 98101

**DUE UPON RECEIPT**

| | Amount |
|---|---|
| Wells Fargo Bank, N.A. as Indenture Trustee, Registrar and Paying Agent for Washington Mutual, Inc. 5.375% Junior Subordinated Debt Securities due 2041 | |
| Extraordinary Administration: *7/1/11 - 7/31/11* | $14,940.00 |
| Past-Due Amounts: *Invoice # 10329 dtd 7/29/11* | $569,189.47 |

For wiring of funds:
Wells Fargo Bank, NA
ABA # 121000248
Beneficiary Name: Corporate Trust Clearing Account
Beneficiary Account No. 0001038377
For further credit to: Account # 23269700
Attn: Dan Drier Re: Washington Mutual

| *For billing questions, please contact:* | *Dan Drier (612) 316-0856* | $584,129.47 |



Wells Fargo Bank, N.A.
Corporate Trust Services
625 Marquette Avenue
Minneapolis, MN 55479
N9311-110

Invoice submitted to:
Washington Mutual

August 15, 2011

Invoice #10330

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---:|---:|
| **2011** | | | |
| 7/5/2011 TMK | Review email correspondence, EC objection, confi. agreement; Attend Committee call; Respond to meeting request. | 3.30 450.00/hr | 1,485.00 |
| 7/6/2011 TMK | Review email correspondence. | 0.30 450.00/hr | 135.00 |
| 7/7/2011 TMK | Review email correspondence; Bank of NY Mellon response; Telephone conference with W. Curchack. | 1.30 450.00/hr | 585.00 |
| 7/8/2011 TMK | Review 7/8/11 FTI report; Prepare committee agreement; Attend committee call. | 3.80 450.00/hr | 1,710.00 |
| 7/10/2011 TMK | Review email correspondence; Review UCC memorandum in response to objections; Email correspondence with W. Curchack and V. Rubenstein. | 1.40 450.00/hr | 630.00 |
| 7/11/2011 TMK | Review email correspondence; Review UCC memorandum; Review Insider Trading Reply; Telephone conference with W. Curchack; Attend Committee call; Update account. | 3.00 450.00/hr | 1,350.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 7/12/2011 | TMK | committee call; update expenses | 1.80 450.00/hr | 810.00 |
| 7/13/2011 | TMK | Review email correspondence; Review EC Complaint against Centerbridge and Aurelius; Listen to court hearing. | 2.50 450.00/hr | 1,125.00 |
| 7/14/2011 | TMK | Review email correspondence; Review transcripts of hearing; Listen to court hearing; Piers issue. | 2.10 450.00/hr | 945.00 |
| 7/15/2011 | TMK | Review email correspondence; Listen to court hearing; Telephone conference with W. Curchack. | 1.80 450.00/hr | 810.00 |
| 7/18/2011 | TMK | Listen to court hearing. | 3.20 450.00/hr | 1,440.00 |
| 7/19/2011 | TMK | Listen to court hearing. | 0.80 450.00/hr | 360.00 |
| 7/20/2011 | TMK | Listen to court hearing. | 1.00 450.00/hr | 450.00 |
| 7/21/2011 | TMK | Review email correspondence; Listen to court hearing. | 2.80 450.00/hr | 1,260.00 |
| 7/22/2011 | TMK | Review email correspondence; Attend committee meeting. | 1.90 450.00/hr | 855.00 |
| 7/25/2011 | TMK | Review multiple emails. | 0.60 450.00/hr | 270.00 |
| 7/26/2011 | TMK | Review email correspondence; Review 7/22/11 minutes. | 0.30 450.00/hr | 135.00 |
| 7/27/2011 | TMK | Telephone conference with V. Rubenstein. | 0.50 450.00/hr | 225.00 |
| 7/28/2011 | TMK | Review email correspondence. | 0.30 450.00/hr | 135.00 |
| 7/29/2011 | TMK | Review invoice and email correspondence. | 0.50 450.00/hr | 225.00 |

|  | Hrs/Rate | Amount |
|---|---:|---:|
| SUBTOTAL: | 33.20 | 14,940.00 |
| For professional services rendered | 33.20 | $14,940.00 |
| Previous balance |  | $533,525.00 |
| Balance due |  | $548,465.00 |