# EXHIBIT E



# Fox Rothschild LLP
## ATTORNEYS AT LAW

Citizens Bank Center, Suite 1300  919 North Market Street  Wilmington, DE 19899-2323
Tel 302.654.7444  Fax 302.656.8920  www.foxrothschild.com

TAX I.D. NO. 23-1404723

WALTER H. CURCHACK, ESQUIRE
LOEB & LOEB LLP
345 PARK AVENUE
NEW YORK, NY 10154-0037

| | |
|---|---|
| Invoice Number | 1319335 |
| Invoice Date | 05/04/11 |
| Client Number | 096810 |
| Matter Number | 00001 |

Re: WASHINGTON MUTUAL , INC. BANKRUPTCY

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/11:**

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 04/01/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS | 0.2 |
| 04/07/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS | 0.1 |
| 04/11/11 | NIEDERMAN | RECEIVE AND REVIEW AGENDA RE 4.13 HEARING AND CORRESPOND WITH CO-COUNSEL RE SAME | 0.2 |
| 04/12/11 | LEVITSKY | EMAIL FROM SETH NIEDERMAN TO WALTER CURCHACK WITH APRIL 13 AGENDA | 0.1 |
| 04/14/11 | LEVITSKY | BRIEF REVIEW OF EFILED PLEADINGS | 0.2 |
| 04/19/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS INCLUDING DEPOSITION NOTICE OF AURELIS CAPITAL MANAGEMENT LP | 0.2 |
| 04/20/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS; REVIEW AMENDED DEPOSITIONS OF APPOLOSSA MANAGEMENT AND CENTERBRIDGE PARTNERSHIP; REVIEW APPOLOSSA MANAGEMENT MOTION TO COMPEL | 0.2 |
| 04/25/11 | LEVITSKY | BRIEF REVIEW OF EFILIED PLEADINGS; REVIEW DISMISSAL OF EQUITY COMMITTEE APPEAL | 0.3 |
| 04/26/11 | NIEDERMAN | REVIEW DOCKET RE CASE STATUS AND UPCOMING HEARINGS | 0.2 |
| 04/27/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS AS ELECTRONICALLY FILED | 0.2 |
| 04/28/11 | LEVITSKY | REVIEW EMAIL FROM SETH NIEDERMAN TO WALTER CURCHACK WITH AGENDA FOR MAY 2, 2011 HEARING; REVIEW AGENDA | 0.3 |
| 04/28/11 | NIEDERMAN | RECEIVE AND REVIEW AGENDA FOR 5.2 OMNIBUS HEARING AND CORRESPOND WITH CO-COUNSEL RE ATTENDANCE AT THE SAME | 0.2 |
| 04/29/11 | LEVITSKY | REVIEW PLAN SUPPLEMENT ALONG WITH NOTICE OF FILING AND EXHIBITS | 0.3 |

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 04/29/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS | 0.1 |
| 04/29/11 | LEVITSKY | TELEPHONE CALL FROM WALTER CURCHACK AND VADIM RUBINSTEIN CONCERNING TIMING OF FILING OF FEE APPLICATION AND APPROVAL; OFFICE CONFERENCE WITH SETH NIEDERMAN WITH INSTRUCTIONS TO CONTACT US TRUSTEE; FOLLOW UP OFFICE CONFERENCE WITH SETH NIEDERMAN CONCERNING HIS CONVERSATION WITH THE US TRUSTEE; REVIEW SETH NIEDERMAN EMAIL TO OUT OF TOWN COUNSEL | 0.3 |
| 04/29/11 | NIEDERMAN | RECEIVE AND REVIEW PLAN SUPPLEMENT IN SUPPORT OF MODIFIED SIXTH AMENDED JOINT PLAN OF AFFILIATED DEBTORS PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE | 0.3 |
| 04/29/11 | NIEDERMAN | RECEIVE AMENDED AGENDA FOR 5.2 HEARING | 0.1 |
| 04/29/11 | NIEDERMAN | CORRESPOND WITH CO-COUNSEL RE INTENDED FILING OF MOTION TO PARTIALLY LIQUIDATE PROOF OF CLAIM FOR FEES AND EXPENSES; CORRESPOND WITH US TRUSTEE RE MOTION FOR FEES; PRIVILEGE REVIEW OF REVIEW FOX ROTHSCHILD INVOICES; FURTHER REVIEW OF MOTION OF WELLS FARGO BANK, N.A., IN ITS CAPACITY AS INDENTURE TRUSTEE, FOR ENTRY OF AN ORDER (A) PARTIALLY LIQUIDATING AND ALLOWING THAT ASPECT OF PROOF CLAIM FOR FEES AND EXPENSES (B) ESTABLISHING A PROTOCOL FOR REVIEW OF ADDITIONAL FEES AND EXPENSES | 1.2 |
| | | TOTAL: | 4.7 |

**ATTORNEY TIME SUMMARY:**

| Attorney | Hours | Rate | Total |
|----------|-------|------|-------|
| N J. LEVITSKY | 2.5 | $515.00 | $1,287.50 |
| S. A. NIEDERMAN | 2.2 | $310.00 | $682.00 |
| | 4.7 | | $1,969.50 |

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $1,969.50 |
| TOTAL AMOUNT OF THIS INVOICE | $1,969.50 |
| PRIOR BALANCE DUE | 72,041.58 |
| TOTAL BALANCE DUE UPON RECEIPT | $74,011.08 |



# Fox Rothschild LLP
### ATTORNEYS AT LAW

Citizens Bank Center, Suite 1300   919 North Market Street   Wilmington, DE 19899-2323
Tel 302.654.7444   Fax 302.656.8920   www.foxrothschild.com

TAX I.D. NO. 23-1404723

WALTER H. CURCHACK, ESQUIRE
345 PARK AVENUE
NEW YORK, NY 10154-0037

| | |
|---|---|
| Invoice Number | 1319335 |
| Invoice Date | 05/04/11 |
| Client Number | 096810 |
| Matter Number | 00001 |

Re: WASHINGTON MUTUAL , INC. BANKRUPTCY

| | |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | $1,969.50 |
| PRIOR BALANCE DUE | 72,041.58 |
| TOTAL BALANCE DUE UPON RECEIPT | $74,011.08 |

# REMITTANCE PAGE

**Please remit payment to:**
**Fox Rothschild LLP**
**Attn: Accounts Receivable - 50**
**2000 Market Street, 20th Floor**
**Philadelphia, Pa 19103-3222**



# Fox Rothschild LLP
### ATTORNEYS AT LAW

Citizens Bank Center, Suite 1300  919 North Market Street  Wilmington, DE 19899-2323
Tel 302.654.7444  Fax 302.656.8920  www.foxrothschild.com

TAX I.D. NO. 23-1404723

WALTER H. CURCHACK, ESQUIRE
LOEB & LOEB LLP
345 PARK AVENUE
NEW YORK, NY 10154-0037

| | |
|---|---|
| Invoice Number | 1327601 |
| Invoice Date | 06/03/11 |
| Client Number | 096810 |
| Matter Number | 00001 |

Re: WASHINGTON MUTUAL , INC. BANKRUPTCY

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/11:**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 05/02/11 | LEVITSKY | BRIEF REVIEW OF EFILED PLEADINGS | 0.2 |
| 05/02/11 | NIEDERMAN | CORRESPOND WITH CO-COUNSEL RE REQUEST FOR OUTSTANDING BILLS | 0.1 |
| 05/02/11 | NIEDERMAN | TRIP TO COURT FOR OMNIBUS HEARING | 1.8 |
| 05/02/11 | NIEDERMAN | REVIEW AMENDED AGENDA AND PREPARE FOR HEARING | 0.3 |
| 05/03/11 | CORNELL | .EXCHANGE CORRESPONDENCE WITH N. LEVITSKY AND S. NIEDERMAN REGARDING FILING FEE APPLICATION; REVIEW DRAFT MOTION; | 0.5 |
| 05/03/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS | 0.2 |
| 05/03/11 | NIEDERMAN | CORRESPOND WITH J. CORNELL AND N. LEVITSKY REGARDING MOTION OF WELLS FARGO BANK, N.A., IN ITS CAPACITY AS INDENTURE TRUSTEE, FOR ENTRY OF AN ORDER (A) PARTIALLY LIQUIDATING AND ALLOWING THAT ASPECT OF PROOF CLAIM FOR FEES AND EXPENSES (B) ESTABLISHING A PROTOCOL FOR REVIEW OF ADDITIONAL FEES AND EXPENSES AND PLAN FOR FILING THE SAME | 0.3 |
| 05/03/11 | NIEDERMAN | CORRESPOND WITH CO-COUNSEL AND ACCOUNTING DEPT RE FIGURES NEEDED FOR FEES MOTION | 0.2 |
| 05/04/11 | KEMP | OFFICE CONFERENCE WITH JASON CORNELL CONCERNING FILING; CONFIRM BRIEF SIGNATURE TO DELAWARE FORMAT; ATTENTION TO EXHIBITS FOR FILING; PREPARE SERVICE LIST; CONTACT WITH VADIIM RUBINSTEIN REGARDING DIFFERENT TIMES FOR HEARING NOTED ON MOTION AND NOTICE OF MOTION; ELECTRONICALLY FILE WELLS FARGO MOTION | 1.1 |

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| | | FOR ENTRY OF AN ORDER (A) PARTIALLY LIQUIDATING AND ALLOWING THAT ASPECT OF ITS PROOF OF CLAIM RELATING TO THE TRUSTEE'S FEES AND EXPENSES AND (B) ESTABLISHING A PROTOCOL FOR THE REVIEW OF ADDITIONAL TRUSTEE'S FEES AND EXPENSES; FORWARD FILING RECEIPT AND AS FILED DOCUMENTS TO VADIM RUBINSTEIN AND WALTER CURCHACK WITH EMAIL; ATTENTION TO HAND DELIVERY AND COURTESY COPIES | |
| 05/04/11 | NIEDERMAN | CORRESPOND WITH CO-COUNSEL RE FOX ROTHSCHILD FEES AND EXPENSES TO DATE AND CORRESPOND WITH J. CORNELL RE FEE MOTION FILING; CORRESPOND WITH V. RUBINSTEIN RE STATUS OF MOTION | 0.3 |
| 05/05/11 | CORNELL | EXCHANGE CORRESPONDENCE WITH CO-COUNSEL REGARDING FILING MOTION ALLOWING CLAIM; REVIEW AND REVISE MOTION; COORDINATE FILING AND SERVICE OF MOTION; | 1.3 |
| 05/05/11 | LEVITSKY | EMAILS TO AND FROM JASON CORNELL AND DENISE KEMP CONCERNING STATUS OF FEE APPLICATION; REVIEW NUMEROUS EMAILS FROM VADIM RUBINSTEIN; CONFIRM EFILING AND SERVICE; OFFICE CONFERENCE WITH DENISE KEMP; REVIEW SERVICE LIST; EMAIL FROM VADIM RUBINSTEIN; EMAIL TO VADIM RUBINSTEIN | 0.7 |
| 05/05/11 | NIEDERMAN | RECEIVE AND REVIEW LAW DEBENTURE TRUST CO FEE MOTION | 0.2 |
| 05/05/11 | NIEDERMAN | RECEIVE AND REVIEW NUMEROUS CORRESPONDENCE RE FEE MOTION FILING AND REVIEW FINAL DRAFT OF THE SAME | 0.2 |
| 05/06/11 | CORNELL | RECEIVE AND REVIEW CORRESPONDENCE FROM CO-COUNSEL; RECEIVE AND REVIEW AS-FILED COPY OF MOTION; EXCHANGE CORRESPONDENCE WITH D. KEMP REGARDING CALENDERING HEARING DATE AND OBJECTION DEADLINE; | 0.5 |
| 05/06/11 | NIEDERMAN | RECEIVE AND REVIEW WILMINGTON TRUST FEE MOTION | 0.2 |
| 05/06/11 | NIEDERMAN | RECEIVE AND REVIEW BNYM FEE MOTION | 0.2 |
| 05/08/11 | NIEDERMAN | RECEIVE AND REVIEW UPDATED LIQUIDATION ANALYSIS | 0.1 |
| 05/09/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS; REVIEW UPDATED LIQUIDATION ANALYSIS | 0.3 |
| 05/10/11 | LEVITSKY | BRIEF REVIEW OF EFILED PLEADINGS | 0.1 |
| 05/10/11 | NIEDERMAN | BRIEF REVIEW OF DOCKET AND VARIOUS PLEADINGS RE CASE STATUS | 0.2 |
| 05/11/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS | 0.1 |
| 05/12/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS | 0.1 |
| 05/12/11 | LEVITSKY | FOLLOW UP EMAIL FROM SETH NIEDERMAN TO | 0.2 |

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| | | WALTER CURCHAK AND VADIM RUBINSTEIN ON PLAN OBJECTION | |
| 05/12/11 | NIEDERMAN | RECEIVE AND REVIEW NUMEROUS OBJECTIONS TO CONFIRMATION AND ANALYZE THE SAME FOR CLIENT'S INTERST | 0.4 |
| 05/13/11 | LEVITSKY | BRIEF REVIEW OF EFILED PLEADINGS | 0.2 |
| 05/13/11 | NIEDERMAN | BRIEF REVIEW OF DOCKET AND VARIOUS OBJECTIONS TO CONFIRMATION | 0.5 |
| 05/16/11 | LEVITSKY | REVIEW EFILED PLEADINGS; REVIEW CERTAIN NOTE HOLDER OBJECTIONS | 0.5 |
| 05/16/11 | NIEDERMAN | FURTHER REVIEW OF VARIOUS OBJECTIONS TO CONFIRMATION | 0.5 |
| 05/17/11 | LEVITSKY | BRIEF REVIEW OF ELECTRONICALLY FILED PLEADINGS - PLAN OBJECTIONS | 0.2 |
| 05/17/11 | NIEDERMAN | REVIEW DOCKET FOR OBJECTIONS TO FEE APPLICATION | 0.2 |
| 05/17/11 | NIEDERMAN | BRIEF REVIEW OF FURTHER EQUITY HOLDER OBJECTIONS TO CONFIRMATION | 0.2 |
| 05/18/11 | LEVITSKY | BRIEF REVIEW OF EFILED PLEADINGS ALONG WITH OBJECTIONS TO PLAN | 0.2 |
| 05/18/11 | LEVITSKY | REVIEW AND REVIEW CERTIFICATE OF NO OBJECTION REGARDING WELLS FARGO INDENTURE TRUSTEE MOTION; NOTE TO SETH NIEDERMAN | 0.2 |
| 05/18/11 | NIEDERMAN | REVIEW OF ADDITIONAL OBJECTIONS FILED BY SHAREHOLDERS | 0.3 |
| 05/18/11 | NIEDERMAN | DRAFT CERTIFICATION OF NO OBJECTION REGARDING FEE MOTION | 0.6 |
| 05/19/11 | CORNELL | RECEIVE AND REVIEW CORRESPONDENCE FROM S. NIEDERMAN REGARDING CERTIFICATE OF NO OBJECTION; RECEIVE AND REVIEW CORRESPONDENCE FROM CO-COUNSEL REGARDING STATUS OF CERTIFICATION AND UPCOMING HEARING; OFFICE CONFERENCE WITH S. NIEDERMAN REGARDING STATUS OF MOTION AND HEARING; | 0.5 |
| 05/19/11 | LEVITSKY | RECEIVE ELECTRONICALLY AND REVIEW NOTICE OF ADJOURNMENT | 0.1 |
| 05/19/11 | LEVITSKY | EMAIL FROM SETH NIEDERMAN TO WALTER CURCHACK CONCERNING CERTIFICATE OF NO OBJECTION; EMAIL FROM WALTER CURCHACK WITH INFORMATION ON NEW OBJECTION DEADLINE; CALENDAR NEW OBJECTION DEADLINE; FOLLOW UP EMAIL TO SETH NIEDERMAN | 0.3 |
| 05/19/11 | LEVITSKY | BRIEF REVIEW OF EFILED PLEADINGS | 0.2 |
| 05/19/11 | LEVITSKY | EMAIL FROM WALTER VADIM CONCERNING RESCHEDULED OBJECTION DEADLINE; EMAIL TO SETH NIEDERMAN | 0.2 |

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 05/19/11 | NIEDERMAN | RECEIVE NOTICE OF ADJOURNMENT OF CONFIRMATION HEARING AND FORWARD THE SAME TO CO-COUNSEL | 0.2 |
| 05/19/11 | NIEDERMAN | FINALIZE CERT OF NO OBJECTION RE FEE MOTION AND CORRESPOND WITH CO-COUNSEL RE AUTHORITY TO FILE THE SAME; CORRESPOND WITH CO-COUNSEL RE EXTENSION FOR DEBTORS TO OBJECT TO FEE MOTION AND ADJOURNMENT OF MOTION UNTIL CONFIRMATION HEARING DATE AND NOTATION OF THE SAME ON AGENDA; BRIEF REVIEW OF FURTHER OBJECTIONS TO CONFIRMATION | 0.5 |
| 05/20/11 | CORNELL | RECEIVE AND REVIEW NOTICE OF ADJOURNED HEARING; | 0.2 |
| 05/20/11 | LEVITSKY | REVIEW AGENDA FOR MAY 24, 2011 AND ATTACHMENTS; REVIEW SETH NIEDERMAN EMAILS TO WALTER CURCHACK | 0.4 |
| 05/20/11 | NIEDERMAN | RECEIVE AND REVIEW 5.25 AGENDA | 0.2 |
| 05/20/11 | NIEDERMAN | BRIEF REVIEW OF FURTHER OBJECTIONS TO CONFIRMATION | 0.2 |
| 05/23/11 | CORNELL | RECEIVE AND REVIEW AGENDA FOR UPCOMING HEARING. | 0.2 |
| 05/23/11 | LEVITSKY | EMAIL FROM SETH NIEDERMAN TO WALTER CURCHACK - ARRANGEMENTS FOR MAY 24 HEARING | 0.1 |
| 05/23/11 | LEVITSKY | REVIEW EMAILS BETWEEN WALTER CURCHACK AND SETH NIEDERMAN | 0.1 |
| 05/23/11 | LEVITSKY | BRIEF REVIEW OF EFILED PLEADINGS | 0.1 |
| 05/23/11 | LEVITSKY | REVIEW FOLLOW UP EMAILS FROM VADIM RUBINSTEIN AND SETH NIEDERMAN - ARRANGEMENTS FOR HEARING ON TUESDAY; OFFICE CONFERENCE WITH SETH NIEDERMAN AND DENISE KEMP | 0.3 |
| 05/23/11 | NIEDERMAN | CORRESPOND WITH CO-COUNSEL RE 5.24 HEARING; REVIEW AGENDA IN PREPARATION FOR HEARING | 0.4 |
| 05/24/11 | LEVITSKY | OFFICE CONFERENCE WITH SETH NIEDERMAN CONCERNING RESULTS OF WASHINGTON MUTUAL STATUS CONFERENCE | 0.1 |
| 05/24/11 | LEVITSKY | EMAIL FROM SETH NIEDERMAN - STATUS OF HEARING; FOLLOW UP EMAIL TO SETH NIEDERMAN | 0.2 |
| 05/24/11 | LEVITSKY | RECEIVE AND REVIEW GENERAL SETTLEMENT TERMS WITH EQUITY COMMITTEE; REVIEW SETTLEMENT TERMS AND VADIM RUBINSTEIN'S EMAIL; OFFICE CONFERENCE WITH VADIM RUBINSTEIN | 0.6 |
| 05/24/11 | NIEDERMAN | TRIP TO COURT FOR OMNIBUS HEARING | 1.5 |
| 05/24/11 | NIEDERMAN | RECEIVE AND REVIEW TERM SHEET AND CORRESPOND WITH CO-COUNSEL RE SAME; | 1.0 |

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| | | RECEIVE AND REVIEW AMENDED AGENDA | |
| 05/25/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS; REVIEW ORDER ALLOWING JPMC CLAIMS SOLELY FOR VOTING PURPOSES | 0.2 |
| 05/26/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS | 0.1 |
| 05/27/11 | LEVITSKY | REVIEW EFILED PLEADINGS | 0.2 |
| | | TOTAL: | 21.5 |

**ATTORNEY TIME SUMMARY:**

| Attorney | Hours | Rate | Total |
|----------|-------|------|-------|
| L J. CORNELL | 3.2 | $390.00 | $1,248.00 |
| N J. LEVITSKY | 6.4 | $515.00 | $3,296.00 |
| S. A. NIEDERMAN | 10.8 | $310.00 | $3,348.00 |
| D. KEMP | 1.1 | $150.00 | $165.00 |
| | 21.5 | | $8,057.00 |

TOTAL PROFESSIONAL SERVICES          $8,057.00

**COSTS ADVANCED AND EXPENSES INCURRED:**

| | |
|---|---|
| MESSENGER SERVICE/DELIVERY | 45.00 |
| MESSENGER SERVICE/FEDERAL EXPRESS | 56.34 |
| PHOTOCOPYING | 793.00 |

CURRENT EXPENSES          $894.34

TOTAL AMOUNT OF THIS INVOICE          $8,951.34

PRIOR BALANCE DUE          74,011.08

TOTAL BALANCE DUE UPON RECEIPT          $82,962.42



# Fox Rothschild LLP

### ATTORNEYS AT LAW

Citizens Bank Center, Suite 1300  919 North Market Street  Wilmington, DE 19899-2323
Tel 302.654.7444  Fax 302.656.8920  www.foxrothschild.com

TAX I.D. NO. 23-1404723

WALTER H. CURCHACK, ESQUIRE
LOEB & LOEB LLP
345 PARK AVENUE
NEW YORK, NY 10154-0037

| | |
|---|---|
| Invoice Number | 1327601 |
| Invoice Date | 06/03/11 |
| Client Number | 096810 |
| Matter Number | 00001 |

Re: WASHINGTON MUTUAL , INC. BANKRUPTCY

| | |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | $8,951.34 |
| PRIOR BALANCE DUE | 74,011.08 |
| TOTAL BALANCE DUE UPON RECEIPT | $82,962.42 |

# REMITTANCE PAGE

**Please remit payment to:**
**Fox Rothschild LLP**
**Attn: Accounts Receivable - 50**
**2000 Market Street, 20th Floor**
**Philadelphia, Pa 19103-3222**



# Fox Rothschild LLP
### ATTORNEYS AT LAW

Citizens Bank Center, Suite 1300  919 North Market Street  Wilmington, DE 19899-2323
Tel 302.654.7444  Fax 302.656.8920  www.foxrothschild.com

TAX I.D. NO. 23-1404723

WALTER H. CURCHACK, ESQUIRE
LOEB & LOEB LLP
345 PARK AVENUE
NEW YORK, NY 10154-0037

| | |
|---|---|
| Invoice Number | 1336164 |
| Invoice Date | 07/06/11 |
| Client Number | 096810 |
| Matter Number | 00001 |

Re: WASHINGTON MUTUAL , INC. BANKRUPTCY

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/11:**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/01/11 | LEVITSKY | BRIEF REVIEW OF EFILED PLEADINGS | 0.2 |
| 06/01/11 | LEVITSKY | OFFICE CONFERENCE WITH SETH NIEDERMAN CONCERNING CERTIFICATE OF NO OBJECTION | 0.2 |
| 06/01/11 | NIEDERMAN | REVIEW DOCKET REGARDING STATUS OF UPCOMING HEARINGS AND VARIOUS DEADLINES; MONITOR DOCKET FOR OBJECTIONS TO FEE APPLICATIONS AND PREPARATION OF CERT OF NO OBJECTION | 0.4 |
| 06/02/11 | LEVITSKY | BRIEF REVIEW OF EFILED PLEADINGS | 0.2 |
| 06/02/11 | LEVITSKY | REVIEW JUDGE WALRATH DECISION ON OWNERSHIP OF ASSETS OF TRUST (AHMANSON PLANS) | 0.6 |
| 06/03/11 | LEVITSKY | EMAIL FROM SETH NIEDERMAN TO WALTER CURCHACK CONCERNING CERTIFICATE OF NO OBJECTION; EMAIL FROM WALTER CUCHACK; FOLLOW UP EMAILS BETWEEN SETH NIEDERMAN AND CURCHACK - ARRANGEMENTS FOR WEDNESDAY | 0.3 |
| 06/03/11 | NIEDERMAN | CORRESPOND WITH CO-COUNSEL REGARDING STATUS OF OBJECTIONS TO FEE MOTION; CORRESPOND WITH CO-COUNSEL RE 6.8 HEARING | 0.3 |
| 06/05/11 | LEVITSKY | EMAIL FROM SETH NIEDERMAN CONCERNING REMINDER ON WASHINGTON MUTUAL HEARING | 0.1 |
| 06/06/11 | CORNELL | RECEIVE AND REVIEW CORRESPONDENCE FROM CO-COUNSEL AND S. NIEDERMAN REGARDING OBJECTION DEADLINE AND FEE MOTION; | 0.2 |
| 06/06/11 | LEVITSKY | BRIEF REVIEW OF EFILED PLEADINGS | 0.3 |
| 06/06/11 | LEVITSKY | REVIEW AGENDA FOR JUNE 8, 2011 HEARING | 0.1 |

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 06/06/11 | NIEDERMAN | REVIEW AGENDA AND VARIOUS PLEADINGS IN PREPARATION FOR 6/9 HEARING | 0.4 |
| 06/07/11 | CORNELL | RECEIVE AND REVIEW AGENDA FOR UPCOMING HEARING; | 0.2 |
| 06/07/11 | LEVITSKY | BRIEF REVIEW OF EFILED PLEADINGS | 0.2 |
| 06/07/11 | LEVITSKY | EMAIL FROM CARLOS LAURA WITH NOTICE OF AMENDED AGENDA; EMAIL FROM SETH NIEDERMAN CONCERNING HIS CONTACT WITH WALTER CURCHACK; EMAIL TO SETH NIEDERMAN; REVIEW AMENDED AGENDA | 0.4 |
| 06/07/11 | NIEDERMAN | REVIEW OF FEE MOTIONS IN PREPARATION FOR 6.8 HEARING; RECEIVE AND REVIEW AMENDED AGENDA RE 6.8 HEARING; CORRESPOND WITH CO-COUNSEL RE PLEADINGS AND CASES TO BRING TO 6.8 HEARING | 0.7 |
| 06/08/11 | CORNELL | RECEIVE AND REVIEW AMENDED AGENDA; | 0.2 |
| 06/08/11 | LEVITSKY | OFFICE CONFERENCE WITH SETH NIEDERMAN CONCERNING RESULTS OF HEARING AND NOTIFICATION DATE FOR PLAN SELECTION | 0.3 |
| 06/08/11 | LEVITSKY | EMAIL FROM SETH NIEDERMAN - CONFIRMATION HEARING RESCHEDULED; CALENDAR NEW DATE; EMAIL FROM SETH NIEDERMAN CONCERNING STATUS OF FEE APPLICATION; EMAIL FROM SETH NIEDERMAN | 0.4 |
| 06/08/11 | NIEDERMAN | RETRIEVE MATERIALS FOR CO-COUNSEL RE 6.8 HEARING; PREPARE FOR 6.8 HEARING; TRIP TO COURT FOR 6.8 HEARING; CORRESPOND WITH N. LEVITSKSKY RE 6.8 HEARING | 3.6 |
| 06/09/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS; RECEIVE ORDER GRANTING MOTION OF WELLS FARGO BANK, N.A. FOR ENTRY OF AN ORDER PARTIALLY LIQUIDATING ITS PROOF OF CLAIM AND ESTABLISHING A PROTOCOL FOR A PAYMENT OF FEES; FORWARD TO SETH NIEDERMAN; INSTRUCTIONS TO SEND TO WALTER CURCHACK | 0.3 |
| 06/09/11 | NIEDERMAN | RECEIVE FEE ORDER AND VARIOUS ADDITIONAL ORDERS AND CORRESPOND WITH CO-COUNSEL RE SAME AND FORWARD SAME TO CO-COUNSEL | 0.2 |
| 06/15/11 | LEVITSKY | OFFICE CONFERENCE WITH SETH NIEDERMAN CONCERNING ARRANGEMENTS FOR MEETING WITH WILLIAM SAIENNI AND BILL SANTORA - FACTUAL BACKGROUND; EMAIL FROM OPPOSING COUNSEL CONCERNING COMPLAINT; EMAIL FROM SETH NIEDERMAN TO OPPOSING COUNSEL; FOLLOW UP EMAIL FROM OPPOSING COUNSEL; FORWARD EMAILS TO WILLIAM SAIENNI JR; REVIEW COMPLAINTS AS SENT BY OPPOSING COUNSEL | 1.1 |
| 06/15/11 | LEVITSKY | EMAIL FROM SETH NIEDERMAN; EMAIL FROM VADIM RUBINSTEIN CONCERNING STATUS OF PLAN - NEED TO FILE PLAN OBJECTION ON FRIDAY; OFFICE CONFERENCE WITH SETH | 0.3 |

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| | | NIEDERMAN | |
| 06/15/11 | LEVITSKY | FOLLOW UP EMAILS FROM VADIM RUBINSTEIN CONCERNING TIMING OF FILING OF OBJECTION; EMAIL FROM SETH NIEDERMAN - NEW DATE FOR OBJECTION | 0.2 |
| 06/15/11 | NIEDERMAN | CORRESPOND WITH CO-COUNSEL RE STATUS OF PLAN AND INTENDED OBJECTION FILING; REVIEW DOCKET REGARDING STATUS OF PLAN AND VARIOUS PLEADINGS | 0.4 |
| 06/16/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS; REVIEW OBJECTION TO CONFIRMATION OF MODIFIED SIXTH AMENDED PLAN BY CLASS REPRESENTATIVES OF DINE LITIGATION TRACKING WARRANT | 0.3 |
| 06/16/11 | NIEDERMAN | REVIEW PLEADINGS FILED BY EQUITY COMMITTEE REGARDING OUTSTANDING ISSUES REGARDING UPCOMING PLAN CONFIRMATION HEARING; REVIEW LTW CLAIMANT'S PLAN OBJECTION WITH ATTENTION TO ARGUMENTS RE PIERS | 0.5 |
| 06/17/11 | LEVITSKY | TELEPHONE CALL FROM WALTER CURCHACK AND VADIM RUBINSTEIN CONCERNING NOTEHOLDERS OBJECTION TO MODIFIED 6TH AMENDED PLAN; FOLLOW UP TELEPHONE CALL WITH WALTER CURCHACK AND VADIM RUBINSTEIN; REVIEW OBJECTIONS; OFFICE CONFERENCE WITH SETH NIEDERMAN | 0.7 |
| 06/17/11 | LEVITSKY | BRIEF REVIEW OF EFILED PLEADINGS | 0.2 |
| 06/17/11 | NIEDERMAN | RECEIVE NOTICE OF CONFIRMATION HEARING; RECEIVE AND REVIEW VARIOUS CONFIRMATIONS OBJECTIONS AND CORRESPOND WITH CO-COUNSEL RE SAME | 1.2 |
| 06/18/11 | LEVITSKY | RECEIVE EMAIL FROM VADIM RUBINSTEIN WITH WORKING DRAFT OF STATEMENT OF WELLS FARGO BANK, N.A. IN CONNECTION WITH THE MODIFIED PROPOSED SIXTH AMENDED PLAN; REVIEW WORKING DRAFT | 0.5 |
| 06/18/11 | NIEDERMAN | RECEIVE AND BRIEF REVIEW OF STATEMENT OF WELLS FARGO BANK, N.A., IN ITS CAPACITY AS INDENTURE TRUSTEE AND GUARANTEE TRUSTEE, IN CONNECTION WITH THE MODIFIED SIXTH AMENDED PLAN OF AFFILIATED DEBTORS PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE | 0.3 |
| 06/20/11 | LEVITSKY | DEALING WITH CONFLICT ISSUES; EMAILS TO AND FROM JEFF SCHLERF; TELEPHONE TO SCOTT EARLE; TELEPHONE CALL TO WALTER CURCHACK; TELEPHONE CALL TO VADIM RUBINSTEIN; EMAIL TO SETH NIEDERMAN AND DENISE KEMP; FOLLOW UP WITH SCOTT EARLE; OFFICE CONFERENCE WITH SETH NIEDERMAN; FORWARD DRAFT TO SCOTT EARLE | 1.1 |
| 06/20/11 | LEVITSKY | REVIEW NOTICE OF HEARING TO CONSIDER | 0.1 |

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| | | CONFIRMATION | |
| 06/20/11 | LEVITSKY | CALENDAR NEW DATE | 0.1 |
| 06/20/11 | LEVITSKY | BRIEF REVIEW OF EFILED PLEADINGS; OFFICE CONFERENCE WITH SETH NIEDERMAN- DISCUSS PIERS TRUSTEE DRAFT OF STATEMENT WITH RESPECT TO MODIFY SIXTH AMENDED PLAN | 0.6 |
| 06/20/11 | LEVITSKY | FOLLOW UP CALLS WITH SCOTT EARLE CONCERNING AVAILABILITY TO EFILE PAPERS ON BEHALF OF WELLS FARGO BANK, N.A. IN ITS CAPACITY AS INDENTURE TRUSTEE | 0.3 |
| 06/20/11 | LEVITSKY | TELEPHONE CALL FOR DORREN BECKER; TELEPHONE CALL FOR BRIAN HOLFELD; TELEPHONE CALL WITH CHRISTOPHER LOZIDIES; FOLLOW UP EMAILS FROM AND TO VADIIM RUBINSTEIN; FOLLOW UP EMAILS TO SETH NIEDERMAN | 0.8 |
| 06/20/11 | LEVITSKY | EMAIL FROM CHRIS LOZIDIES; EMAIL TO CLIENT; CHANGES TO PLEADING; EMAIL TO VADIM RUBINSTEIN | 0.3 |
| 06/20/11 | LEVITSKY | EMAIL FROM CHRISTOPHER LOZIDIES - CHANGES TO THE PAPERS; EMAIL TO VADIM RUBINSTEIN; FOLLOW UP EMAIL TO CHRISTOPHER LOZIDIES | 0.3 |
| 06/20/11 | NIEDERMAN | REVIEW AND ANALYSIS OF STATEMENT OF WELLS FARGO BANK, N.A., IN ITS CAPACITY AS INDENTURE TRUSTEE AND GUARANTEE TRUSTEE, IN CONNECTION WITH THE MODIFIED SIXTH AMENDED PLAN OF AFFILIATED DEBTORS PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE; CORRESPOND WITH CO-COUNSEL RE FILING LOGISTICS AND CONFLICTS COUNSEL RE SAME | 1.2 |
| 06/21/11 | LEVITSKY | EMAILS TO AND FROM CHRISTOPHER LOZIDIES - QUESTIONS ON SERVICE AND FILING QUESTIONS; FOLLOW UP OFFICE CONFERENCE WITH SETH NIEDERMAN; REVIEW SETH NIEDERMAN EMAILS TO LOZIDIES | 0.4 |
| 06/21/11 | LEVITSKY | RECEIVE AND REVIEW AGENDA FOR JUNE 21, 2011 | 0.2 |
| 06/21/11 | LEVITSKY | REVIEW EMAILS FROM SETH NIEDERMAN, CHRISTOPHER LOZIDIES AND VADIM RUBINSTEIN CONCERNING STATUS OF REVISIONS; REVIEW STATEMENT IN FINAL FORM; EMAIL TO SETH NIEDERMAN | 0.3 |
| 06/21/11 | LEVITSKY | EMAIL FROM CHRISTOPHER LOZIDIES CONCERNING SUPPLEMENTAL INDENTURE; EMAIL FROM VADIM RUBINSTEIN | 0.2 |
| 06/21/11 | LEVITSKY | CONFIRM EFILING; EMAIL TO CHRISTOPHER LOZIDIES; OFFICE CONFERENCE WITH SETH NIEDERMAN CONCERNING SERVICE | 0.3 |
| 06/21/11 | LEVITSKY | EMAIL FROM CHRISTOPHER LOZIDIES - QUESTIONS ON TITLING OF PLEADING; OFFICE CONFERENCE WITH SETH NIEDERMAN | 0.3 |

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 06/21/11 | LEVITSKY | EMAIL TO VADIM RUBINSTEIN CONCERNING STATUS; REVIEW EMAIL FROM VADIM RUBINSTEIN WITH ATTACHED LETTER WASHING TON MUTUAL INC TO BANK OF NEW YORK TRUSTEE - FIRST SUPPLEMENTAL INDENTURE DATED APRIL 30, 2011; REVIEW INDENTURE; FOLLOW UP EMAIL TO VADIM RUBINSTEIN | 0.7 |
| 06/21/11 | LEVITSKY | BRIEF REVIEW OF EFILED PLEADINGS | 0.3 |
| 06/21/11 | NIEDERMAN | CORRESPOND WITH CO-COUNSEL RE STATUS OF FILING; ASSIST CO-COUNSEL WITH FILING; RECEIVE AND REVIEW 6.23 AGENDA; RECEIVE AND REVIEW FINAL DRAFT OF STATEMENT OF WELLS FARGO BANK, N.A., IN ITS CAPACITY AS INDENTURE TRUSTEE AND GUARANTEE TRUSTEE, IN CONNECTION WITH THE MODIFIED SIXTH AMENDED PLAN OF AFFILIATED DEBTORS PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE | 1.4 |
| 06/22/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS; RECEIVE NOTICE OF CANCELED HEARING | 0.3 |
| 06/22/11 | LEVITSKY | EMAIL FROM FRANK LAM - ARTESIAN CLAIMS GROUP OFFER TO BUY CLAIM | 0.1 |
| 06/22/11 | NIEDERMAN | RECEIVE NOTICE REGARDING CANCELLATION OF 6.23 OMNIBUS HEARING; RECEIVE AND BRIEFLY REVIEW CONFIRMATION OBJECTION FILED BY AURELIUS CAPITAL MANAGEMENT | 0.4 |
| 06/23/11 | LEVITSKY | BRIEF REVIEW OF EFILED PLEADINGS | 0.3 |
| 06/23/11 | LEVITSKY | OFFICE CONFERENCE WITH SETH NIEDERMAN - ARRANGEMENTS FOR COVERAGE OF UPCOMING DISCLOSURE HEARING | 0.1 |
| 06/23/11 | NEFF | ATTENTION TO UPCOMING CONFIRMATION HEARING AND COORDINATE WITH S. NIEDERMAN REGARDING ATTENDANCE AT SAME; | 0.3 |
| 06/23/11 | NIEDERMAN | CONFERENCE WITH N. LEVITSKY REGARDING APPEARANCE AT CONFIRMATION HEARING; BRIEFLY REVIEW DOCKET AND VARIOUS PLEADINGS RE CASE SCHEDULING | 0.2 |
| 06/24/11 | LEVITSKY | REVIEW AGENDA FOR JUNE 28, 2011 | 0.1 |
| 06/24/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS | 0.3 |
| 06/24/11 | NIEDERMAN | RECEIVE AND REVIEW AGENDA FOR 6.28 HEARING AND CORRESPOND WITH N. LEVITSKY RE APPEARANCE AT HEARING | 0.2 |
| 06/27/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS; REVIEW AGENDA; REVIEW DEBTOR'S MOTION TO EXTEND DEADLINES TO FILE OMNIBUS REPLY TO PLAN OBJECTION | 0.5 |
| 06/27/11 | NIEDERMAN | RECEIVE AND REVIEW AMENDED AGENDA FOR 6.29 HEARING; REVIEW PLEADINGS RE DEADLINE FOR DEBTORS RESPONSE TO OBJECTIONS | 0.3 |
| 06/28/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS; REVIEW MOTION; REVIEW MOTION OF EQUITY COMMITTEE TO | 0.6 |

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| | | SHORTEN NOTICE AND SCHEDULE HEARING ON COMMITTEE'S MOTION TO COMPEL APPALOOSA, CENTERBRIDGE TO PRODUCE DOCUMENTS; REVIEW UPDATED AGENDA FOR JUNE 29; REVIEW ORDER PERMITTING DEBTOR'S ADDITIONAL TIME TO RESPOND TO OBJECTION; REVIEW ORDER ON EQUITY COMMITTEE MOTION | |
| 06/28/11 | LEVITSKY | EMAIL FROM SETH NIEDERMAN TO WALTER CURCHACK - ARRANGEMENTS TO COVER HEARING ON THE 29TH; EMAIL TO WALTER CURCHACK; EMAIL TO SETH NIEDERMAN; FOLLOW UP EMAIL TO SETH NIEDERMAN - COVERAGE | 0.3 |
| 06/28/11 | NIEDERMAN | BRIEF REVIEW OF PLEADINGS RE DEBTORS CONFIRMATION SUBMISSIONS AND RESPONSES TO PENDING OBJECTIONS TO CONFIRMATION; CORRESPOND WITH N. LEVITSKY AND CO-COUNSEL RE 6.29 HEARING AND REVIEW PLEADINGS RE SAME; RECEIVE AND REVIEW AMENDED AGENDA RE 6.29 HEARING; FURTHER REVIEW OF PLEADINGS RE 6.29 HEARING | 0.8 |
| 06/29/11 | LEVITSKY | OFFICE CONFERENCE WITH SETH NIEDERMAN CONCERNING RESULTS OF HEARING | 0.1 |
| 06/29/11 | LEVITSKY | REVIEW NOTICE OF SECOND AMENDED AGENDA | 0.1 |
| 06/29/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS | 0.3 |
| 06/29/11 | NIEDERMAN | RECEIVE AND REVIEW THIRD AMENDED AGENDA; CORRESPOND WITH CO-COUNSEL REGARDING OMNIBUS HEARING AND REQUEST TO BRING CASELAW TO HEARING; RETRIEVE RELEVANT CASELAW; TRIP TO COURT FOR OMNIBUS HEARING | 3.7 |
| 06/30/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS; REVIEW AMENDED MOTION OF EQUITY COMMITTEE TO SEAL ITS MOTION COMPELING AUERIES TO PRODUCE DOCUMENTS | 0.3 |
| | | TOTAL: | 33.7 |

**ATTORNEY TIME SUMMARY:**

| Attorney | Hours | Rate | Total |
|----------|-------|------|-------|
| L J. CORNELL | 0.6 | $415.00 | $249.00 |
| N J. LEVITSKY | 16.6 | $540.00 | $8,964.00 |
| C. D. NEFF | 0.3 | $305.00 | $91.50 |
| S. A. NIEDERMAN | 16.2 | $330.00 | $5,346.00 |
| | 33.7 | | $14,650.50 |

TOTAL PROFESSIONAL SERVICES $14,650.50

**COSTS ADVANCED AND EXPENSES INCURRED:**

| | |
|---|---|
| MESSENGER SERVICE/DELIVERY | 25.00 |
| TELEPHONE CHARGES | 2.08 |
| | CURRENT EXPENSES $27.08 |
| | TOTAL AMOUNT OF THIS INVOICE $14,677.58 |
| | PRIOR BALANCE DUE 82,962.42 |
| | TOTAL BALANCE DUE UPON RECEIPT $97,640.00 |



# Fox Rothschild LLP

### ATTORNEYS AT LAW

Citizens Bank Center, Suite 1300   919 North Market Street   Wilmington, DE 19899-2323
Tel 302.654.7444   Fax 302.656.8920   www.foxrothschild.com

TAX I.D. NO. 23-1404723

WALTER H. CURCHACK, ESQUIRE
LOEB & LOEB LLP
345 PARK AVENUE
NEW YORK, NY 10154-0037

| | |
|---|---|
| Invoice Number | 1347057 |
| Invoice Date | 08/10/11 |
| Client Number | 096810 |
| Matter Number | 00001 |

Re: WASHINGTON MUTUAL , INC. BANKRUPTCY

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/11:**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 07/01/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS | 0.3 |
| 07/01/11 | NIEDERMAN | BRIEFLY REVIEW DOCKET AND VARIOUS PLEADINGS RE CONFIRMATION | 0.3 |
| 07/04/11 | NIEDERMAN | BRIEF REVIEW OF EQUITY COMMITTEE OBJECTION TO CONFIRMATION FILING | 0.2 |
| 07/05/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS; REVIEW MOTION OF CERTAIN DIME HOLDERS FOR ORDER APPOINTING AN OFFICIAL COMMITTEE OF DIME HOLDERS; REVIEW ADDITIONAL OBJECTIONS TO CONFIRMATION; EMAILS TO SETH NIEDERMAN - SETTING UP COVERAGE FOR NEXT WEEK | 0.4 |
| 07/05/11 | NIEDERMAN | BRIEF REVIEW OF PLEADINGS RE CONFIRMATION AND CORRESPOND WITH N. LEVITSKY RE SAME | 0.2 |
| 07/06/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS; REVIEW DEBTORS OBJECTION TO MOTION OF CERTAIN DIME LWT HOLDERS | 0.3 |
| 07/07/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS | 0.3 |
| 07/07/11 | LEVITSKY | REVIEW CONSOLIDATED RESPONSE OF THE BANK OF NEW YORK MELLON TRUST COMPANY TO CERTAIN OBJECTIONS TO CONFIRMATION | 0.2 |
| 07/07/11 | NIEDERMAN | REVIEW DOCKET AND VARIOUS PLEADINGS REGARDING CONFIRMATION PROCEEDINGS | 0.3 |
| 07/08/11 | LEVITSKY | BRIEF REVIEW OF ELECTRONICALLY FILED PLEADINGS | 0.3 |
| 07/08/11 | NIEDERMAN | RECEIVE AND REVIEW VARIOUS CONFIRMATION OBJECTIONS/RESPONSE/DECLARATIONS AND OTHER CONFIRMATION RELATED SUBMISSIONS AND PLEADINGS | 0.9 |

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 07/11/11 | LEVITSKY | REVIEW ADDITIONAL RESPONSES; REVIEW MEMORANDUM OF LAW OF DEBTORS IN SUPPORT OF SIXTH AMENDED PLAN; REVIEW DEBTORS' OMNIBUS RESPONSES TO OBJECTIONS; OFFICE CONFERENCE WITH CARL NEFF CONCERNING COVERAGE OF CONFIRMATION HEARING; OFFICE CONFERENCE WITH SHELDON RENNIE CONCERNING COVERAGE OF CONFIRMATION HEARING | 1.5 |
| 07/11/11 | LEVITSKY | REVIEW EFILED PLEADINGS; REVIEW STATEMENT OF WASHINGTON MUTUAL NOTEHOLDERS IN SUPPORT OF CONFIRMATION | 0.6 |
| 07/11/11 | LEVITSKY | RECEIVE EFILING FROM CHRISTOPHER LOZIDIES WITH RESPONSE OF WELLS FARGO TO CERTAIN OBJECTIONS; EMAIL TO SETH NIEDERMAN; REVIEW PLEADING | 0.3 |
| 07/11/11 | LEVITSKY | REVIEW DECLARATION OF JONATHAN GOULDING, DAVID SHARP AND CORRECTIVE DECLARATION OF ROBERT KALSMER | 0.2 |
| 07/11/11 | NEFF | COORDINATE WITH N. LEVITSKY REGARDING ATTENDANCE AT CONFIRMATION HEARING; | 0.2 |
| 07/11/11 | NIEDERMAN | REVIEW CLIENTS RESPONSE TO CERTAIN PLAN OBJECTIONS; RECEIVE AND REVIEW NUMEROUS PRE-CONFIRMATION SUBMISSIONS INCLUDING AGENDA OF MATTERS SCHEDULED FOR 7.13 | 0.9 |
| 07/11/11 | RENNIE | REVIEW AND ANALYSIS OF BACKGROUND DOCUMENTS, PLEADINGS AND AGENDA IN CONNECTION WITH CONFIRMATION HEARING SCHEDULED BEFORE JUDGE WALRATH | 3.3 |
| 07/12/11 | LEVITSKY | REVIEW ADDITIONAL PLEADINGS; REVIEW MESSAGE FROM WALTER CURCHACK; EMAIL TO WALTER CURCHACK; FOLLOW UP TELEPHONE CALL WITH WALTER CURCHACK | 0.3 |
| 07/12/11 | LEVITSKY | OFFICE CONFERENCE WITH CARL NEFF AND OFFICE CONFERENCE WITH SHELDON RENNIE - ARRANGEMENTS FOR COVERAGE OF CONFIRMATION HEARING; REVIEW MOTIONS IN LIMINE TO EXCLUDE EQUITY COMMITTEE EXPERTS AND WITNESSES AND MEMORANDUM OF LAW AND DECLARATION | 0.6 |
| 07/12/11 | LEVITSKY | REVIEW OF EFILED PLEADINGS | 0.3 |
| 07/12/11 | NIEDERMAN | RECEIVE AND REVIEW CONFIRMATION SUBMISSIONS INCLUDING AMENDED AGENDAS | 0.4 |
| 07/12/11 | RENNIE | REVIEW AND ANALYSIS OF BACKGROUND DOCUMENTS, PLEADINGS AND AGENDA IN CONNECTION WITH CONFIRMATION HEARING SCHEDULED BEFORE JUDGE WALRATH | 3.4 |
| 07/13/11 | LEVITSKY | REVIEW AMENDED NOTICE OF AGENDA; RECEIVE AND REVIEW NEW FILINGS | 0.5 |
| 07/13/11 | NEFF | ATTEND WASHINGTON MUTUAL CONFIRMATION HEARING AND PROVIDE LOCAL COUNSEL SERVICES TO CO-COUNSEL; | 2.5 |

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 07/13/11 | RENNIE | ATTEND HEARING BEFORE JUDGE WALRATH | 8.1 |
| 07/14/11 | LEVITSKY | RECEIVE THIRD NOTICE OF AGENDA; RECEIVE AND REVIEW EFILED PLEADINGS | 0.3 |
| 07/14/11 | NEFF | ATTEND WASHINGTON MUTUAL CONFIRMATION HEARING AND PROVIDE LOCAL COUNSEL SERVICES TO CO-COUNSEL; | 5.6 |
| 07/14/11 | NIEDERMAN | RECEIVE AND REVIEW CORRESPONDENCE FROM CO-COUNSEL RE STATUS OF CONFIRMATION TRIAL AND DISCUSS SCHEDULING FOR WEEK OF 7.18 | 0.2 |
| 07/15/11 | LEVITSKY | EMAIL FROM CARL NEFF - UPDATE ON HEARING | 0.1 |
| 07/15/11 | LEVITSKY | EMAIL TO CARL NEFF; EMAILS TO SETH NIEDERMAN, NICK KONDROSCHOW, CARL NEFF, LESLIE SPOLTORE AND SHELDON RENNIE - ARRANGEMENTS FOR HEARING COVERAGE FOR UPCOMING WEEK | 0.2 |
| 07/15/11 | NEFF | ATTEND WASHINGTON MUTUAL CONFIRMATION HEARING AND PROVIDE LOCAL COUNSEL SERVICES TO CO-COUNSEL; CONFER WITH N. LEVITSKY REGARDING ATTENDANCE AT HEARING; | 5.2 |
| 07/15/11 | NIEDERMAN | CORRESPOND WITH CO-COUNSEL REGARDING COVERAGE FOR HEARINGS WEEK OF 7.18 | 0.2 |
| 07/18/11 | KONDRASCHOW | ATTENDANCE AT CONFIRMATION HEARING; | 2.3 |
| 07/18/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS | 0.3 |
| 07/18/11 | LEVITSKY | OFFICE CONFERENCE WITH WALTER CURCHACK - RESULTS OF MONDAY'S TESTIMONY | 0.1 |
| 07/18/11 | LEVITSKY | OFFICE CONFERENCE WITH SETH NIEDERMAN - ARRANGEMENTS FOR COVERAGE FOR THE REST OF THE WEEK | 0.2 |
| 07/18/11 | LEVITSKY | OFFICE CONFERENCE WITH NICK KONDROWSCHOW CONCERNING HIS COVERAGE OF HEARING AND RESULTS | 0.1 |
| 07/18/11 | NEFF | ATTEND WASHINGTON MUTUAL CONFIRMATION HEARING AND PROVIDE LOCAL COUNSEL SERVICES TO CO-COUNSEL; COORDINATE WITH S. NIEDERMAN REGARDING COVERAGE OF 7/19/11 HEARING; | 3.3 |
| 07/18/11 | NIEDERMAN | CORRESPOND WITH CO-COUNSEL REGARDING CONFIRMATION HEARING AND DISCUSS SCHEDULE FOR FURTHER HEARINGS | 0.2 |
| 07/19/11 | NEFF | CORRESPOND WITH S. NIEDERMAN REGARDING CASE; | 0.2 |
| 07/19/11 | NIEDERMAN | PREPARE FOR CONFIRMATION HEARING; TRIP TO COURT FOR CONFIRMATION HEARING | 8.0 |
| 07/20/11 | LEVITSKY | BRIEF REVIEW OF PLEADINGS | 0.2 |
| 07/20/11 | LEVITSKY | FOLLOW UP EMAILS TO AND FROM CARL NEFF CONCERNING STATUS OF HEARING AND | 0.2 |

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| | | ARRANGEMENTS FOR COVERAGE ON THURSDAY | |
| 07/20/11 | NEFF | ATTEND WASHINGTON MUTUAL CONFIRMATION HEARING AND PROVIDE LOCAL COUNSEL SERVICES TO CO-COUNSEL; COORDINATE WITH S. NIEDERMAN REGARDING COVERAGE OF HEARING; | 4.6 |
| 07/20/11 | NIEDERMAN | TRIP TO COURT FOR CONFIRMATION HEARING | 3.9 |
| 07/21/11 | LEVITSKY | BRIEF REVIEW OF EFILED PLEADINGS; OFFICE CONFERENCE WITH SETH NIEDERMAN - DISCUSS RESULTS OF MORNING EVIDENTIARY HEARING ; EMAIL FROM CARL NEFF - RESULTS OF AFTERNOON HEARING AND DATES FOR SUBMISSION OF POST CONFIRMATION BRIEF; EMAIL TO CARL NEFF | 0.5 |
| 07/21/11 | NEFF | COORDINATE WITH S. NIEDERMAN REGARDING COVERAGE OF CONFIRMATION HEARING; ATTEND WASHINGTON MUTUAL CONFIRMATION HEARING AND PROVIDE LOCAL COUNSEL SERVICES TO CO-COUNSEL; PROVIDE SUMMARY OF HEARING TO N. LEVITSKY; | 4.2 |
| 07/21/11 | NIEDERMAN | TRIP TO COURT FOR CONFIRMATION HEARING; CORRESPOND WITH CO-COUNSEL REGARDING ADDITIONAL ARGUMENTS AND SUBMISSIONS RE CONFIRMATION PROCEEDINGS | 4.2 |
| 07/26/11 | LEVITSKY | BRIEF REVIEW OF EFILED PLEADINGS | 0.2 |
| 07/26/11 | LEVITSKY | REVIEW OF SUBMISSION FOR INCLUSION IN THE RECORD OF EXCERPTS OF THE UNITED STATES SENATE PERMANENT SUB COMMITTEE ON THE INVESTIGATIONS REPORT ENTITLED:  WALL STREET AND THE FINANCIAL CRISIS | 0.3 |
| 07/26/11 | NIEDERMAN | RECEIVE AND REVIEW SUBMISSION FOR INCLUSION IN THE RECORD OF EXCERPTS OF THE UNITED STATES SENATE PERMANENT SUBCOMMITTEE ON INVESTIGATIONS' REPORT ENTITLED: WALL STREET AND THE FINANCIAL CRISIS: ANATOMY OF A FINANCIAL CRISIS | 0.4 |
| 07/27/11 | LEVITSKY | BRIEF REVIEW OF EFILED PLEADINGS; REVIEW AGENDA FOR JULY 28 | 0.3 |
| 07/28/11 | LEVITSKY | BRIEF REVIEW OF EFILED PLEADINGS | 0.3 |
| 07/28/11 | NIEDERMAN | REVIEW OF PLEADINGS; CONFIRM CANCELLATION OF OMNIBUS HEARING | 0.2 |
| 07/29/11 | LEVITSKY | BRIEF REVIEW OF EFILED PLEADINGS; REVIEW OBJECTIONS OF THE US TRUSTEE AND ALSO THE UNSECURED CREDITORS COMMITTEE TO CERTAIN DIME HOLDERS MOTION FOR APPOINTMENT OF COMMITTEE | 0.3 |
| | | TOTAL: | 73.1 |

**ATTORNEY TIME SUMMARY:**

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| N J. LEVITSKY | 9.7 | $540.00 | $5,238.00 |
| S K. RENNIE | 14.8 | $430.00 | $6,364.00 |
| C. D. NEFF | 25.8 | $305.00 | $7,869.00 |
| N. G. KONDRASCHOW | 2.3 | $290.00 | $667.00 |
| S. A. NIEDERMAN | 20.5 | $330.00 | $6,765.00 |
| | 73.1 | | $26,903.00 · |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $26,903.00 |

**COSTS ADVANCED AND EXPENSES INCURRED:**

| | |
|---|---|
| PACER | 0.96 |
| MEALS | 39.22 |
| MESSENGER SERVICE/FEDERAL EXPRESS | 11.26 |

| | |
|---|---|
| CURRENT EXPENSES | $51.44 |
| TOTAL AMOUNT OF THIS INVOICE | $26,954.44 |
| PRIOR BALANCE DUE | 97,640.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $124,594.44 |