# EXHIBIT F

LOIZIDES, P.A.
1225 King Street
Suite 800
Wilmington, DE 19801
Phone: (302)654-0248 Telecopier: (302)654-0728

PIERS Trustee

Attn: Vadim Rubinstein, Esq.

Page: 1
July 12, 2011
Account No: 5910-00
Invoice No: 6661

WAMU

## Fees

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 06/21/2011 | CDL | Draft and revise objection and administer filing of same; communications with co-counsel. | 315.00 | 1.30 | |
| | | Christopher D. Loizides | | 1.30 | 409.50 |
| 06/21/2011 | LH | Review 6/20/11 email from N. Levitsky to C. Loizides re confirmation hearing; update calendar with relevant information/deadlines. | 125.00 | 0.10 | |
| 06/22/2011 | LH | Import/profile service list for Statement re Modified Sixth Amended Plan; draft/format Certificate of Service for same (for CDL's signature); preparation/filing of same. | 125.00 | 0.30 | |
| | | Lise Harris | | 0.40 | 50.00 |
| | | For Current Services Rendered | | 1.70 | 459.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Christopher D. Loizides | 1.30 | $315.00 | $409.50 |
| Lise Harris | 0.40 | 125.00 | 50.00 |

## Expenses

| Date | Description | Amount |
|---|---|---:|
| 06/30/2011 | Photocopy charges | 4.65 |
| | Total Expenses | 4.65 |
| | Total Current Work | 464.15 |
| | Balance Due | $464.15 |

LOIZIDES, P.A.
1225 King Street
Suite 800
Wilmington, DE 19801
Phone: (302)654-0248 Telecopier: (302)654-0728

Page: 1
August 04, 2011
Account No: 5910-00
Invoice No: 6725

PIERS Trustee

Attn: Vadim Rubinstein, Esq.

WAMU

Previous Balance $464.15

## Fees

| | | Rate | Hours | |
|---|---|---|---|---|
| 07/08/2011 CDL | Review and analyze brief and make comments; communicate with L&L. | 315.00 | 1.00 | |
| 07/10/2011 CDL | Communicate with co-counsel and staff concerning filing and service of brief. | 315.00 | 0.20 | |
| 07/11/2011 CDL | Draft and revise supplemental brief; assist and administer service and filing of same. | 315.00 | 1.20 | |
| 07/12/2011 CDL | Review and analyze agenda and other papers filed in advance of hearing; communications with co-counsel re: brief and case status. | 315.00 | 0.80 | |
| | Christopher D. Loizides | | 3.20 | 1,008.00 |
| 07/11/2011 LH | Draft/format Certificate of Service for Response to Plan Objections; preparation of fax and email service lists for same; preparation/filing/service of Response; preparation/filing of Certificate of Service. | 125.00 | 2.00 | |
| | Lise Harris | | 2.00 | 250.00 |
| | For Current Services Rendered | | 5.20 | 1,258.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Christopher D. Loizides | 3.20 | $315.00 | $1,008.00 |
| Lise Harris | 2.00 | 125.00 | 250.00 |

PIERS Trustee

WAMU

Page: 2
August 04, 2011
Account No:    5910-00
Invoice No:      6725

Expenses

| | | |
|---|---|---:|
| 07/31/2011 | Photocopy charges | 13.50 |
| | Total Expenses | 13.50 |
| | Total Current Work | 1,271.50 |
| | Balance Due | $1,735.65 |