# EXHIBIT G

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WASHINGTON MUTUAL, INC., *et al.*, | ) | |
| | ) | |
| | ) | Case No. 08-12229 (MFW) |
| | ) | |
| Debtors, | ) | |
| | ) | Jointly Administered |
| | ) | |
| | ) | |
| _____ | ) | Related Docket No. _____ |

## ORDER GRANTING SECOND MOTION OF WELLS FARGO BANK, N.A., IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE AND SUCCESSOR GUARANTEE TRUSTEE, FOR ENTRY OF AN ORDER FURTHER PARTIALLY LIQUIDATING AND ALLOWING THAT ASPECT OF ITS PROOF OF CLAIM RELATING TO THE TRUSTEE'S FEES AND EXPENSES

Upon consideration of the motion of Wells Fargo Bank, National Association in its capacity as successor Indenture Trustee and as successor Guarantee Trustee (the "**PIERS Trustee**"), for entry of an order further allowing and partially liquidating that aspect of the PIERS Trustee's Proof of Claim relating to its fees and expenses (the "**Motion**"),[1] and upon consideration of any and all objections and responses, if any, filed regarding the Motion; and the Court finding that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) notice of the Motion and the hearing was sufficient under the circumstances; and (iv) upon the record herein; and after due deliberation, good and sufficient cause exists for the relief requested;

NY931953.1
208546-10014

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED;

2. The Fees Claim of the PIERS Trustee asserted in the Proof of Claim in an unliquidated amount is hereby further partially liquidated and allowed in the amount of $909,847.05 for the period of April 1, 2011 through and including July 31, 2011.

3. Nothing contained herein shall be deemed a determination with respect to the fees and expenses that the PIERS Trustee has incurred and will incur from August 1, 2011, through the conclusion of these cases. The reasonableness of such fees and expenses shall be subject to a further Order of this Court.

4. This Court shall retain jurisdiction with respect to all matters arising out of or related to the implementation of this Order.

Dated: _____, 2011
      Wilmington, Delaware

---

    THE HONORABLE MARY F. WALRATH
    UNITED STATES BANKRUPTCY COURT JUDGE

---

[1] Unless otherwise stated, capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.