# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached pleading was served on the following individuals this 17th day of August, 2011, in the manner indicated:

**VIA HAND DELIVERY**

Mark D. Collins, Esquire
Chun I. Jang, Esquire
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801

**VIA FEDERAL EXPRESS**

Brian S. Rosen, Esquire
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

**VIA HAND DELIVERY**

David B. Stratton, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**

Fred S. Hodara, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

**VIA HAND DELIVERY**

William P. Bowden, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**

Parker C. Folse III, Esquire
Susman Godfrey LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101

**VIA HAND DELIVERY**

Jane Leamy, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

/s/ Neal J. Levitsky
Neal J. Levitsky, Esquire (No. 2092)