# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WASHINGTON MUTUAL, INC., *et al.*, | ) | |
| | ) | |
| | ) | Case No. 08-12229 (MFW) |
| | ) | |
| Debtors, | ) | |
| | ) | Jointly Administered |
| | ) | |
| | ) | Hearing Date: September 6, 2011 at 2:00 p.m. (ET) |
| | ) | Objection Deadline: August 29, 2011 at 4:00 p.m. (ET) |

## AMENDED* NOTICE OF SECOND MOTION OF THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., IN ITS CAPACITY AS INDENTURE TRUSTEE, FOR ENTRY OF AN ORDER FURTHER PARTIALLY LIQUIDATING AND ALLOWING PROOF OF CLAIM FOR FEES AND EXPENSES

PLEASE TAKE NOTICE that pursuant to Sections 501, 502 and 1129(a)(4) of title 11 of the United States Code (the "**Bankruptcy Code**") and pursuant to this Court's Opinion dated January 7, 2011 (the "**Opinion**") (Dkt. No. 6528) denying confirmation of the above-captioned Debtors' Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code (the "**Sixth Amended Plan**"), in a motion dated August 15, 2011 (the "**Motion**"), The Bank of New York Mellon Trust Company, N.A., in its capacity as indenture trustee for the WMI Senior Debt ("**BNY Mellon**") seeks entry of an order: (i) further allowing and partially liquidating the BNY Mellon Proofs of Claim in the amount of $473,328.80; and (ii) granting BNY Mellon such other and further relief as the Court deems just and proper.

---

* The Notice of Motion dated August 15, 2011 (Dkt. No. 8478) is hereby revised to change the hearing time from 11:30 a.m. to 2:00 p.m. on September 6, 2011.

PLEASE TAKE FURTHER NOTICE, that objections to the Motion must be filed with the Court and served on undersigned counsel so as to be received on or before August 29, 2011 by 4:00 p.m.

PLEASE TAKE FURTHER NOTICE, that a hearing on the Motion will be held on September 6, 2011 at 2:00 p.m.

PLEASE TAKE FURTHER NOTICE, THAT IF YOU FAIL TO FILE AN OBJECTION TO THE MOTION OR APPEAR AT THE HEARING IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
August 17, 2011

Respectfully submitted,

/s/ Norman M. Monhait
Norman M. Monhait (No. 1040)
ROSENTHAL, MONHAIT & GODDESS, PA
Citizens Bank Center, Suite 1401
919 Market Street, P.O. Box 1070
Wilmington, DE 19899
Telephone: (302) 656-4433
Facsimile: (302) 658-7567

And

Leo T. Crowley
Margot P. Erlich
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

*Attorneys for The Bank of New York Mellon Trust Company, N.A., in its capacity as indenture trustee for the WMI Senior Debt*