# CERTIFICATE OF SERVICE

I, Norman M. Monhait, hereby certify that on this 17th day of August 2011, I caused the foregoing *Amended Notice Of Second Motion and Amended Second Motion Of The Bank of New York Mellon Trust Company, N.A., In Its Capacity As Indenture Trustee, For Entry Of An Order Further Partially Liquidating And Allowing Proof Of Claim For Fees And Expenses* to be served on all parties registered with the CM/ECF System for the United States Bankruptcy Court for the District of Delaware in this case and by the manner indicated to the individuals listed below.

**Via Federal Express**
Fred S. Hodara, Esquire
Akin Gump Stauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036

**Via Hand Delivery**
Attn: David B. Stratton, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE 19801

**Via Federal Express**
Brian S. Rosen, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**Via Hand Delivery**
Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, Delaware 19899

**Via Federal Express**
John Maciel, Esquire
Washington Mutual, Inc.
c/o Alvarez and Marsal
925 Fourth Avenue
Seattle, WA 98104

**Via Federal Express**
Parker C. Folse, III, Esquire
Susman Godfrey LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101

**Via Hand Delivery**
William P. Bowden, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899

**Via Hand Delivery**
Jane Leamy, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

Norman M. Monhait (Bar No. 1040)