```
              IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF DELAWARE

In re:                            )    Chapter 11
                                  )
WASHINGTON MUTUAL, INC., et al.,  )    Case No. 08-12229 (MFW)
                                  )
              Debtors.            )    Jointly Administered
```

## O R D E R

**AND NOW** this **13t**h day of **SEPTEMBER, 2011,** upon consideration of the Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code, filed on March 16, 2011, as modified on March 25, 2011 (the "Modified Plan"), for the reasons articulated in the accompanying Opinion, it is hereby

**ORDERED** that confirmation of the Modified Plan is **DENIED;** and it is further

**ORDERED** that the motion of the Equity Committee for standing to prosecute claim for equitable disallowance is **GRANTED** but **STAYED PENDING MEDIATION;** and it is further

**ORDERED** that a status hearing will be held on October 7, 2011, at 11:30 a.m. to consider the issues to be referred to a mediator in this case.

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge

cc: Mark D. Collins, Esquire[1]

---

[1] Counsel shall serve a copy of the Order and the accompanying Opinion on all interested parties and file a Certificate of Service with the Court.

**SERVICE LIST**

Mark D. Collins, Esquire
Chun I. Jang, Esquire
Lee E. Kaufman, Esquire
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
Counsel for the Debtors

Brian S. Rosen, Esquire
Marcia L. Goldstein, Esquire
Michael F. Walsh, Esquire
WEIL GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
Counsel for the Debtors

Rafael X. Zahralddin-Aravena, Esquire
Neil R. Lapinski, Esquire
Shelley A. Kinsella, Esquire
ELLIOTT GREENLEAF
1105 North Market Street, Suite 1700
Wilmington, DE 19801
Special Litigation and Conflicts
Counsel for the Debtors

Peter E. Calamari, Esquire
Michael B. Carlinsky, Esquire
Susheel Kirpalani, Esquire
David Elsberg, Esquire
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Special Litigation and Conflicts
Counsel for the Debtors

Robert S. Brady, Esquire
M. Blake Cleary, Esquire
Jaime N. Luton, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Counsel for FDIC-Receiver

Thomas R. Califano, Esquire
John J. Clark, Jr., Esquire
DLA PIPER LLP
1251 Avenue of the Americas
New York, NY 10020
Counsel for FDIC-Receiver

Jeffrey M. Schlerf, Esquire
Eric M. Sutty, Esquire
FOX ROTHSCHILD LLP
919 North Market Street
Suite 1600
Wilmington, DE 19801
Counsel for Washington Mutual, Inc.
Noteholders' Group

David S. Rosner, Esquire
Adam L. Shiff, Esquire
Paul M. O'Connor, Esquire
Seth A. Moskowitz, Esquire
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Counsel for Washington Mutual, Inc.
Noteholders' Group

David B. Stratton, Esquire
Evelyn J. Meltzer, Esquire
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801
Counsel for Official Committee of
Unsecured Creditors

Fred S. Hodara, Esquire
Robert A. Johnson, Esquire
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Counsel for Official Committee of
Unsecured Creditors

Jane M. Leamy, Esquire
OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
LANDIS, RATH & COBB, LLP
919 North Market Street, Suite 1800
Wilmington, DE 19899
Counsel for JP Morgan Chase Bank, N.A.

Robert A. Sacks, Esquire
Stacey R. Friedman, Esquire
Brian D. Glueckstein, Esquire
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Counsel for JP Morgan Chase Bank, N.A.

Brent J. McIntosh, Esquire
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, DC 20006
Counsel for JP Morgan Chase Bank, N.A.

Bernard G. Conoway, Esquire
Marla Rosoff Eskin, Esquire
Kathleen Campbell Davis, Esquire
CAMPBELL & LEVINE LLC
800 North King Street, Suite 300
Wilmington, DE 19809
Counsel for TPS Holders

Sigmund S. Wissner-Gross, Esquire
Robert J. Stark, Esquire
Katherine S. Bromberg, Esquire
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Counsel for TPS Holders

James W. Stoll, Esquire
Jeremy B. Coffey, Esquire
Jennifer M. Recht, Esquire
Ryan S. Moore, Esquire
Daniel J. Brown Esquire
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Counsel for TPS Holders

Mark E. Felger, Esquire
COZEN O'CONNOR
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Co-Counsel for Broadbill Investment Corp.

Paul N. Siverstein, Esquire
Jeremy B. Reckmeyer, Esquire
ANDREWS KURTH LLP
450 Lexington Avenue
New York, NY 10017
Counsel for Broadbill Investment Corp.

Scott J. Leonhardt, Esquire
Frederick B. Rosner, Esquire
THE ROSNER LAW GROUP LLC
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Counsel for Nantahala Capital
Partners LP and Blackwell Capital
Partners LLC

Arthur Steinberg, Esquire
KING & SPALDING
1185 Avenue of the Americas
New York, NY 10036
Counsel for Nantahala Capital
Partners LP and Blackwell Capital
Partners LLC

Jonathan Hochman, Esquire
SCHINDLER COHEN & HOCHMAN LLP
100 Wall Street
New York, NY 10005
Counsel for Nantahala Capital
Partners LP and Blackwell Capital
Partners LLC

David P. Primack, Esquire
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Counsel for WMB Noteholders

Jeffrey M. Schwartz, Esquire
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606
Counsel for WMB Noteholders

Jay W. Eisenhofer, Esquire
Geoffrey C. Jarvis, Esquire
Christine M. Mackintosh
GRANT & EISENHOFFER P.A.
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Counsel for WMB Noteholders

Michael P. Migliore, Esquire
SMITH, KATZENSTEIN & JENKINS LLP
800 Delaware Avenue
Suite 1000, P.O. Box 410
Wilmington, DE 19899
Counsel to North America National
Insurance Company, American National
Property and Casualty Company,
Farm Family Life Insurance Company,
Farm Family Casualty Insurance Company,
and, National Western Life Insurance
Company

Andrew J. Mytelka, Esquire
Frederick E. Black, Esquire
Tara B. Annweiler, Esquire
James M. Roquemore, Esquire
One Moody Plaza, 18th Floor
Galveston, Texas 77550
Counsel to North America National
Insurance Company, American National
Property and Casualty Company,
Farm Family Life Insurance Company,
Farm Family Casualty Insurance Company,
and, National Western Life Insurance
Company

Philip Schnabel (Pro se)
Steinstrasse 6
01454 Radeberg
Germany
Objector to Confirmation

Ronald S. Gellert, Esquire
Byra M. Keilson, Esquire
ECKERT SEAMANS CHERIN & MELLOTT, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801
Counsel for Truck Insurance Company
and Fire Insurance Company

Matthew Feldman, Esquire
Robin Spigel, Esquire
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019-6099
Counsel for Truck Insurance Company
and Fire Insurance Company

Edward W. Ciolko, Esquire
Joshua C. Schumacher, Esquire
BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
Counsel for Objectors to Confirmation,
Robert Alexander & James Lee Reed

William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Stacy L. Newman, Esquire
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Counsel for the Official Committee
of Equity Security Holders of Washington
Mutual, Inc. et al.

Stephen D. Susman, Esquire
Seth D. Ard, Esquire
SUSMAN GODFREY, L.L.P.
654 Madison Avenue, 5th Floor
New York, NY 10065
Counsel for the Official Committee
of Equity Security Holders of Washington
Mutual, Inc. et al.

Parker C. Foise, Esquire
Edgar Sargent, Esquire
Justin A. Nelson, Esquire
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Counsel for the Official Committee
of Equity Security Holders of Washington
Mutual, Inc. et al.

Jeffrey S. Schultz (Pro se)
Vice President/Trust Investment Officer
American National Bank
2732 Midwestern Parkway
Wichita Falls, TX 76308
Objector to Confirmation

Nate Thoma (Pro se)
105 South Jefferson Street
Wenonah, New Jersey 08090
Objector to Confirmation

Donna L. Harris, Esquire
PINCKNEY, HARRIS & WEIDINGER, LLC
1220 North Market Street, Suite 950
Wilmington, DE 19801
Counsel to Sonterra Capital Partners
and Sonterra Capital LLC

Robert T. Scott, Esquire
AXICON PARTNERS, LLC
1325 Avenue of the Americas, 27th Floor
New York, New York 10019
Counsel to Sonterra Capital Partners
and Sonterra Capital LLC