UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
*In re:* : Chapter 11
: 
WASHINGTON MUTUAL, INC., et al.,[1] : Case No. 08-12229 (MFW)
: 
: (Jointly Administered)
Debtors. : 
: Re: Docket No. 8727
---------------------------------------------------------------x

## JOINDER OF DEBTORS TO THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR LEAVE TO APPEAL FROM THE PORTION OF THE SEPTEMBER 13, 2011 OPINION AND ORDER OF THE BANKRUPTCY COURT GRANTING STANDING TO THE EQUITY COMMITTEE TO PROSECUTE CLAIMS FOR EQUITABLE DISALLOWANCE

Washington Mutual, Inc., and WMI Investment Corp., as debtors and debtors in possession (together, the "Debtors"), hereby join the *Motion of the Official Committee of Unsecured Creditors for Leave to Appeal from the Portion of the September 13, 2011 Opinion and Order of the Bankruptcy Court Granting Standing to the Equity Committee to Prosecute Claims for Equitable Disallowance*, dated October 4, 2011 [D.I. 8727] (the "Motion"),[2] and respectfully request that the Court grant the Motion and allow the movants, including the Debtors, to appeal to the United States District Court for the District of Delaware from that portion of the order [D.I. 8613] (the "Order") and the related opinion [D.I. 8612] (the "Opinion"),[3] entered by the Honorable Mary F. Walrath, United States Bankruptcy Judge, United

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[3] A copy of the Order and the Opinion are annexed to the Motion as Exhibits A and B, respectively.

States Bankruptcy Court for the District of Delaware, on September 13, 2011, granting the motion of the Equity Committee for standing to prosecute its alleged claim for equitable disallowance. Although the Debtors believe that the Order and Opinion – to the extent they grant the aforementioned motion of the Equity Committee – constitute a final order appealable as of right pursuant to 28 U.S.C. § 158(a)(1) and, accordingly, have filed contemporaneously herewith a notice of appeal pursuant to Rule 8002(a) of the Federal Rules of Bankruptcy Procedure, the Debtors are joining the Motion in the event the Court deems permission is necessary.

Dated: October 11, 2011
       Wilmington, Delaware

/s/ Mark D. Collins

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Travis A. McRoberts (No. 5274)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS TO THE DEBTORS
AND DEBTORS IN POSSESSION