# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WASHINGTON MUTUAL, INC., et al., | ) | Case No. 08-12229 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket No. 8612, 8613, and 8671** |
| | ) | **Appeal BAP Number 11-74** |
| | ) | |

## APPELLANT DESIGNATION OF ITEMS TO BE INCUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUE

Normandy Hill Capital L.P., by and through its attorneys, Womble Carlyle Sandridge & Rice, LLP and Halperin Battaglia Raicht, LLP hereby sets forth the following Designation of Items to be Included in the Record on Appeal of the Order Denying Confirmation of Modified Plan and Granting Motion of Equity Committee for Standing to Prosecute Claim, entered on September 13, 2011 [Docket No. 8613] and related Opinion [Docket No. 8612] and Statement of Issue pursuant to Federal Rule of Bankruptcy Procedure 8006.

## ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

| Item No. | Date Filed | Docket No. | Description |
|---|---|---|---|
| 1. | 2/7/2011 | 6696 | Modified Sixth Amended Joint Plan Of Affiliated Debtors Pursuant To Chapter 11 Of The United States Bankruptcy Code (As May Be Amended) |

{00066134.2 \ 0651-001}

| | | | |
|---|---|---|---|
| 2. | 5/13/2011 | 7475 | Limited Objection of Normandy Hill Capital L.P. to Confirmation of the Modified Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code |
| 3. | 5/19/2011 | 7747 | Notice of Filing of Further Corrected Exhibit |
| 4. | 8/10/2011 | 8416 | Sur-Reply to Limited Objection to Confirmation of the Modified Sixth Amended Joint Plan of Affiliated Debtors |
| 5. | 9/13/2011 | 8612 | Opinion DENYING Confirmation of Modified Plan, GRANTING Motion of Equity Committee for standing to Prosecute Claim |
| 6. | 9/13/2011 | 8613 | Order DENYING Confirmation of Modified Plan, GRANTING Motion of Equity Committee for standing to Prosecute Claim |

## STATEMENT OF ISSUE ON APPEAL

Whether the Bankruptcy Court erred in holding that the First Supplemental Indenture dated as of April 30, 2001 requires subordinated creditors to pay senior creditors post-petition interest at the contract rate even though the Debtors are only required to pay interest at the federal judgment rate.

Dated: October 11, 2011　　　　　**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

/s/ Thomas M. Horan
Steven K. Kortanek (DE Bar No. 3106)
Thomas M. Horan (DE Bar No. 4641)
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail: skortanek@wcsr.com
E-mail: thoran@wcsr.com

-and-

**HALPERIN BATTAGLIA RAICHT LLP**
Alan D. Halperin, Esq.
Julie D. Dyas, Esq.
555 Madison Avenue, 9th Floor
New York, New York 10022
(212) 765-9100

*Counsel for Normandy Hill Capital L.P.*