## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WASHINGTON MUTUAL, INC., | ) | Case No. 08-12229 (MFW) |
| | ) | |
| Debtor. | ) | **Related Docket No. 259** |
| | ) | |

## TWENTIETH SUPPLEMENTAL VERIFIED STATEMENT
## OF DAVID B. STRATTON PURSUANT TO FED. R. BANKR. P. 2014

| | | |
|---|---|---|
| STATE OF DELAWARE | : | |
| | : | ss |
| COUNTY OF NEW CASTLE | : | |

DAVID B. STRATTON, being duly sworn, deposes and says:

1. I am a partner of the law firm of Pepper Hamilton LLP ("Pepper Hamilton") and I make this supplemental affidavit pursuant to sections 328 and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). This affidavit is intended to supplement but not replace the Affidavit of David B. Stratton in Support of Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Employment and Retention of Pepper Hamilton LLP as Delaware Counsel to the Official Committee of Unsecured Creditors (the "Original Affidavit"), submitted with the Application Requesting Entry of an Order under Sections 327(a), 328(a) and 329 of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 5002 Authorizing Employment and Retention of Pepper Hamilton LLP as Counsel for the Official Committee of Unsecured Creditors (the "Application") (Docket No. 259). This affidavit further supplements the Supplemental Verified Statement of David B. Stratton Pursuant to Fed. R. Bankr. P. 2014

(Docket No. 345); the Second Supplemental Verified Statement of David B. Stratton Pursuant to Fed. R. Bankr. P. 2014 (Docket No. 485); the Third Supplemental Verified Statement of David B. Stratton Pursuant to Fed. R. Bankr. P. 2014 (Docket No. 565); the Fourth Supplemental Verified Statement of David B. Stratton Pursuant to Fed. R. Bankr. P. 2014 (Docket No. 702); the Fifth Supplemental Verified Statement of David B. Stratton Pursuant to Fed. R. Bankr. P. 2014 (Docket No. 787); the Sixth Supplemental Verified Statement of David B. Stratton Pursuant to Fed. R. Bankr. P. 2014 (Docket No. 973); the Seventh Supplemental Verified Statement of David B. Stratton Pursuant to Fed. R. Bankr. P. 2014 (Docket No. 1101), the Eighth Supplemental Verified Statement of David B. Stratton Pursuant to Fed. R. Bankr. P. 2014 (Docket No. 1567); the Ninth Supplemental Verified Statement of David B. Stratton Pursuant to Fed. R. Bankr. P. 2014 (Docket No. 1629); the Tenth Supplemental Verified Statement of David B. Stratton Pursuant to Fed. R. Bankr. P. 2014 (Docket No. 1693); the Eleventh Supplemental Verified Statement of David B. Stratton Pursuant to Fed. R. Bankr. P. 2014. (Docket No. 2249); the Twelfth Supplemental Verified Statement of David B. Stratton Pursuant to Fed. R. Bankr. P. 2014 (Docket No. 2573); the Thirteenth Supplemental Verified Statement of David B. Stratton Pursuant to Fed. R. Bankr. P. 2014 (Docket No. 3609); the Fourteenth Supplemental Verified Statement of David B. Stratton Pursuant to Fed. R. Bankr. P. 2014 (Docket No. 4407); the Fifteenth Supplemental Verified Statement of David B. Stratton Pursuant to Fed. R. Bankr. P. 2014 (Docket No. 5133); Sixteenth Supplemental Verified Statement of David B. Stratton Pursuant to Fed. R. Bankr. P. 2014 (Docket No. 5945); Seventeenth Supplemental Verified Statement of David B. Stratton Pursuant to Fed. R. Bankr. P. 2014 (Docket No. 6338); Eighteenth Supplemental Verified Statement of David B. Stratton Pursuant to Fed. R. Bankr. P. 2014 (Docket No. 6527); Nineteenth Supplemental Verified Statement of David B. Stratton Pursuant to Fed. R. Bankr. P. 2014 (Docket No. 7068).

2.     I submit this Twentieth Supplemental Verified Statement in further support of the Application seeking entry of an order authorizing the employment and retention of Pepper Hamilton as counsel to the Official Committee of Unsecured Creditors.

## PEPPER HAMILTON'S CONNECTIONS

3.     In accordance with Bankruptcy Rule 2014(a), Pepper Hamilton hereby discloses, in supplement to its previous disclosures, its connections with the Debtors, their creditors, all other parties-in-interest, and their respective attorneys as follows:

| Name | Relationship to Debtors | Relationship to Pepper Hamilton LLP |
|---|---|---|
| AIG Casualty Company | Creditor | Believed to be an affiliate (AIG) of a former client of the Firm (American Silk) in an unrelated matter. |
| ACP Master, Ltd. | Creditor | Believed to be an affiliate (ACP Capital Limited) of a former client of the Firm (Collins Stewart Limited) in unrelated matters. |
| American Express | Creditor | Believed to be an affiliate of a former client of the Firm (America Eagle Express Inc. d/b/a AEXGROUP) in an unrelated matter. |
| Bank of Scotland PLC | Creditor | Present client of the Firm in an unrelated matter. |
| Cerberus Associates, LLC | Creditor | Believed to be an affiliate (Cerberus Capital Management LP) of a present client of the Firm (Decision One) in unrelated matters. |
| Certain Affiliates of TYCO International | Creditor | Believed to be an affiliate of a present client of the Firm (Tyco International (US) Inc.) in unrelated matters. |
| Coach, Inc. | Creditor | Present client of the Firm in unrelated matters. |
| Columbia Casualty Company | Creditor | Believed to be a present client of the Firm (Steven G. Cooper) in unrelated matters. |
| Davidson Kempner Capital | Creditor | Believed to be a present client of the Firm (Davidson Kempner Capital Management LLC) in an unrelated matter. |
| Department of Labor | Creditor | Believed to be a present client of the Firm (Labor Department) in unrelated matters. |
| D.E. Shaw Laminar Portfolios, LLC | Creditor | Present client of the Firm in an unrelated matter. |
| DLA Piper LLP | Creditor | Former client of the Firm (DLA Piper LLP (US)) in an unrelated matter. |
| Hangley, Aronchick Segal & Pudlin | Creditor | Former client of the Firm in unrelated matters. |

#15114426 v1

| | | |
|---|---|---|
| IASIS Healthcare LLC | Creditor | Believed to be an affiliate of a present client of the Firm (IASIS Healthcare Corporation) in an unrelated matter. |
| Longacre Opportunity Fund, LP | Creditor | Believed to be an affiliate of a present client of the Firm (Longacre Master Fund Ltd.) in unrelated matters. |
| Mahony, Michael | Creditor | Believed to be a former client of the Firm (Michael J. Mahoney) in unrelated matters. |
| Maples Finance Limited | Creditor | Believed to be an affiliate of a former client of the Firm (The Abraham Group) in an unrelated matter. |
| Massachusetts Mutual Life Insurance Company | Creditor | Believed to be an affiliate of a present client of the Firm (Gallery Place Manager) in an unrelated matter. |
| M.H. Davidson & Co. | Creditor | Believed to be an affiliate of a present client of the Firm. |
| Morris James LLP | Creditor | Present client of the Firm in an unrelated matter. |
| New York Life Insurance Company | Creditor | Believed to be an affiliate of a former client of the Firm (The Bank of New York Mellon Corporation) in unrelated matters. |
| Scott, James | Creditor | Believed to be a former client of the Firm (James H. Scott) in an unrelated matter. |
| Silver Point Capital LLC | Creditor | Believed to be an affiliate of a former client of the Firm (Silver Point Capital, L.P.) in unrelated matters. |
| Silver Point Capital Offshore Fund, Ltd. | Creditor | Believed to be an affiliate of a former client of the Firm (Silver Point Capital , L.P.) in unrelated matters. |
| Taylor, Frank | Creditor | Believed to be a present client of the Firm (Francis W. Taylor, Jr.) in an unrelated matter. |
| TD Bank, N.A. | Creditor | Present client of the Firm in unrelated matters. |
| The Nestle Group | Creditor | Present client of the Firm in unrelated matters. |
| The Royal Bank of Scotland PLC | Creditor | Believed to be an affiliate (The Royal Bank of Scotland Group) of a present client to the Firm (Citizens Financial Group/Citizens Bank) in unrelated matters. |
| Toronto Dominion Bank | Creditor | Believed to be an affiliate of a present client of the Firm (TB Bank, N.A.) in unrelated matters. |
| WaMu Delaware | Creditor | Believed to be an affiliate of a former client of the Firm (Washington Mutual Bank) in unrelated matters. |
| Washington Mutual Home Equity Trust | Creditor | Believed to an affiliate of a former client of the Firm (Washington Mutual Bank) in unrelated matters. |
| White & Case LLP | Creditor | Believed to be a former client of the Firm in an unrelated matter. |
| WOCAP Partners, LP | Creditor | Believed to be an affiliate (WOCAP, LP) of a former client of the Firm (Cohen and Company) in an unrelated matter. |

#15114426 v1

4.      I will amend this statement promptly upon my learning that (i) any of the within representations are incorrect or (ii) there is any change of circumstance relating thereto.


The foregoing constitutes David B. Stratton's Nineteenth Supplemental Verified Statement pursuant to Bankruptcy Code sections 328 and 1103, and Bankruptcy Rule 2014.

David B. Stratton

Sworn to and subscribed before
me this 4th day of November, 2011

Notary Public

PEGGIANNE HARDIN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Oct. 1, 2012