# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Washington Mutual, Inc.
1301 Second Avenue          **Chapter:** 11
Seattle, WA 98101
 **EIN:** 91–1653725

*Case No.*: 08–12229–MFW

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 11/7/2011 was filed on 11/9/2011 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 11/30/2011 .

If a request for redaction is filed, the redacted transcript is due 12/12/2011 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 2/7/2012 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*David D. Bird*

Clerk of Court

Date: 11/9/11

(ntc)