# Notice Recipients

District/Off: 0311−1     User: Brandon     Date Created: 11/9/2011
Case: 08−12229−MFW     Form ID: ntcBK     Total: 29

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV

                                                                     TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Washington Mutual, Inc.     1301 Second Avenue     Seattle, WA 98101
aty     Andrew C. Irgens     Richards, Layton &Finger     920 N. King Street     Wilmington, DE 19801
aty     Chun I. Jang     Richards, Layton &Finger, P.A.     920 North King Street     P.O. Box 551     Wilmington, DE 19899
aty     Chun I. Jang     Richards, Layton &Finger, P.A.     920 North King Street     P.O. Box 551     Wilmington, DE 19899
aty     Cory D. Kandestin     Richards, Layton &Finger, P.A.     920 North King Street, One Rodney Square     Wilmington, DE 19801
aty     David B. Hird     Weil, Gotshal &Manges LLP     1300 Eye Street NW     Suite 900     Washington, DC 20005
aty     David L. Permut     Goodwin Procter LLP     901 New York Avenue NW     Washington, DC 20001
aty     David M. Stern     Klee Tuchin Bogdanoff &Stern LLP     1999 Avenue of the Stars     39th Floor     Los Angeles, CA 90067
aty     Diana M. Eng     Weil, Gotshal &Manges LLP     767 Fifth Avenue     New York, NY 10153
aty     Drew G. Sloan     Richards Layton &Finger, P.A.     920 North King Street     Wilmington, DE 19801
aty     Jason M. Madron     Richards, Layton &Finger, P.A.     One Rodney Square     P.O. Box 551     Wilmington, DE 19899
aty     Julie A Finocchiaro     Richards, Layton &Finger, PA     920 North King Street     Wilmington, DE 19801
aty     Lee E. Kaufman     Richards, Layton &Finger, P.A.     920 North King Street     One Rodney Square     Wilmington, DE 19801
aty     Lee R. Bogdanoff     Klee Tuchin Bogdanoff &Stern LLP     1999 Avenue of the Stars     39th Floor     Los Angeles, CA 90067
aty     Lisa N. Cloutier     Weil, Gotshal &Manges LLP     100 Federal Street     34th Floor     Boston, MA 02110
aty     Mark D. Collins     Richards Layton &Finger     One Rodney Square     PO Box 551     Wilmington, DE 19899
aty     Matthew C. Heyn     Klee, Tuchin, Bogdanoff &Stern LLP     1999 Avenue of the Stars     39th Floor     Los Angeles, CA 90067
aty     Neil Raymond Lapinski     1105 North Market Street     Suite 1700     P.O. Box 2327     Wilmington     DE, 19899 U.S.A.
aty     Patricia Astorga     Weil, Gotshal &Manges LLP     767 Fifth Avenue     New York, NY 10153
aty     Rachel Barish Swartz     Weil, Gotshal &Manges LLP     767 Fifth Avenue     New York, NY 10153
aty     Rafael Xavier Zahralddin−Aravena     Elliott Greenleaf     1105 North Market Street     Suite 1700     P.O. Box 2327     Wilmington, DE 19801
aty     Richard W. Slack     Weil, Gotshal &Manges LLP     767 Fifth Avenue     New York, NY 10153
aty     Shelley A. Kinsella     Elliott Greenleaf     1105 North Market Street     17th Floor     Wilmington, DE 19801
aty     Theodore Allan Kittila     Elliott Greenleaf     1105 Market Street, Suite 1700     Wilmington, DE 19801
aty     Travis A. McRoberts     Richards, Layton &Finger, P.A.     920 North King Street     Wilmington, DE 19801
aty     Travis A. McRoberts     Richards, Layton &Finger, P.A.     920 North King Street     Wilmington, DE 19801
aty     Travis A. McRoberts     Richards, Layton &Finger, P.A.     920 North King Street     Wilmington, DE 19801
aty     Whitman L. Holt     Klee, Tuchin, Bogdanoff &Stern LLP     1999 Avenue of the Stars     39th Floor     Los Angeles, CA 90067

                                                                     TOTAL: 28