IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| WASHINGTON MUTUAL, INC., *et al.*, | Case No. 08-12229 (MFW) (Jointly Administered) |
| Debtors. | Hearing Date: Dec. 22, 2011, 11:30 a.m. (EST) Objection Deadline: Dec. 5, 2011, 4 p.m. (EST) Related Docket Nos.: 8497, 8618, 8824, 9011 |

## NOTICE OF NINTH INTERIM FEE APPLICATION REQUEST OF PERKINS COIE LLP

Name of Applicant: Perkins Coie LLP

Authorized to Provide
Professional Services to: Washington Mutual, Inc. and WMI Investment Corp.

Date of Retention: November 25, 2008 *nunc pro tunc* to September 26, 2008

Period for which compensation and
reimbursement is sought: June 1, 2011 to September 30, 2011

Amount of Compensation sought as
actual, reasonable and necessary: $ 392,372.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: $ 18,352.55

This is (a)n: _X_ interim _____ final application

Summary of Fee Applications for Compensation Period:

|  |  | Total Requested | | | Approved via Certificate | | |
|---|---|---|---|---|---|---|---|
| Date Filed/ Dkt. No. | Period Covered | Fees | Expenses | Total Fees & Expenses | Fees | Expenses | Holdback Requested |
| 8/16/11 #8497 | Jun-11 | $76,969.00 | $3,078.04 | $80,047.04 | $61,575.20 | $3,078.04 | $15,393.80 |
| 9/15/11 #8618 | Jul-11[1] | $118,465.00 | $1,948.20 | $120,413.20 | $88,002.76 | $1,948.20 | $32,410.44 |

---

[1] An objection was filed [Dkt #8754] to a portion of Perkins Coie's fees for services provided in July 2011. A certificate of counsel was filed [Dkt #8880] requesting payment of 80% of the unopposed fees, i.e., $88,002.76.

53000-0040/LEGAL22126936.1          11/14/11

| Date Filed/ Dkt. No. | Period Covered | Total Requested | | | Approved via Certificate | | Holdback Requested |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Total Fees & Expenses | Fees | Expenses | |
| 10/18/11 #8824 | Aug-11[2] | $122,598.50 | $1,369.90 | $123,968.40 | 0.00 | 0.00 | $123,968.40 |
| 11/14/11 #9011 | Sep-11[3] | $74,339.50 | $11,956.41 | $86,295.91 | 0.00 | 0.00 | $86,295.91 |
| **Total:** | | $392,372.00 | $18,352.55 | $410,724.55 | $149,577.96 | $5,026.24 | $258,068.55 |

PLEASE TAKE NOTICE that, pursuant to the Court's Amended Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated November 14, 2008 (the "Interim Compensation Order"), objections, if any, to the Interim Fee Application Request must be filed with the Court and served on the Applicant at the address set forth below and the Notice Parties (as defined in the Interim Compensation Order) so as to be received by **December 5, 2011 at 4 p.m. (EST)**. If no timely objections are filed to the Interim Fee Application Request, the Court may enter an order granting the Interim Fee Application Request without a hearing.

Dated: November 14, 2011
Seattle, Washington

Respectfully submitted,

By: /s/ John S. Kaplan
John S. Kaplan, WSBA #23788
PERKINS COIE LLP
1201 Third Avenue, 48th Floor
Seattle, WA 98101-3099
Telephone: 206-359-8000
Facsimile: 206-359-9000

Attorneys to Debtors and
Debtors in Possession

---

[2] Objections were filed [Dkt #8980, #8981] to all of Perkins Coie's fees for services provided in August 2011. As of the date of this filing, Perkins Coie LLP has not been paid any fees or expenses for the August application.

[3] The objection deadline for the September fee application is December 5. As of the date of this filing, Perkins Coie LLP has not been paid any fees or expenses for the September application.