UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
*In re*                                                        :     Chapter 11
                                                               :
**WASHINGTON MUTUAL, INC., et al.,**[1]                        :     Case No. 08-12229 (MFW)
                                                               :
       **Debtors.**                                :     (Jointly Administered)
                                                               :
                                                               :     Hearing Date: December 8, 2011 at 10:30 a.m. (EST)
---------------------------------------------------------------x     Objection Deadline: December 1, 2011 at 4:00 p.m. (EST)

## NOTICE OF MOTION AND HEARING

    PLEASE TAKE NOTICE that, on November 16, 2011, Washington Mutual, Inc. and WMI Investment Corp., as debtors and debtors in possession (together, the "Debtors"), filed the **Motion of Debtors for an Order, Pursuant to Sections 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving Stipulation with Montana Department of Revenue Modifying the Automatic Stay and Authorizing Setoff of Prepetition Obligation** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

    PLEASE TAKE FURTHER NOTICE that any responses to the Motion must be filed in writing with the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Debtors on or before **December 1, 2011 at 4:00 p.m. (Eastern Standard Time)**.

    PLEASE TAKE FURTHER NOTICE that, a hearing on the Motion shall be held before The Honorable Mary F. Walrath at the Bankruptcy Court, 824 North Market Street, 5th

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

RLF1 5593924v. 1

Floor, Courtroom 4, Wilmington, Delaware 19801 on **December 8, 2011 at 10:30 a.m. (Eastern Standard Time)**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 16, 2011
       Wilmington, Delaware

/s/ Julie A. Finocchiaro

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Travis A. McRoberts (No. 5274)
Julie A. Finocchiaro (No. 5303)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS TO THE DEBTORS
AND DEBTORS IN POSSESSION

2

RLF1 5593924v. 1