# Exhibit B

# Proposed Order

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

------------------------------------------------------------x
: 
*In re* : **Chapter 11**
: 
WASHINGTON MUTUAL, INC., et al.,[1] : Case No. 08-12229 (MFW)
: 
**Debtors.** : (Jointly Administered)
: 
: Re: Docket No. ___
------------------------------------------------------------x

## ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 APPROVING STIPULATION BETWEEN THE DEBTORS AND MONTANA DEPARTMENT OF REVENUE MODIFYING THE AUTOMATIC STAY AND AUTHORIZING SETOFF OF PREPETITION OBLIGATION

Upon the motion, dated November 16, 2011 (the "Motion"),[2] of Washington Mutual, Inc. ("WMI") and WMI Investment Corp., as debtors and debtors in possession (collectively, the "Debtors"), for an order, pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, approving that certain Stipulation Modifying Automatic Stay and Authorizing the Setoff of Prepetition Obligation (the "Stipulation"), dated as of November 16, 2011, by and between the Debtors and the Montana Department of Revenue; and the Bankruptcy Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and the Bankruptcy Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; and upon all of the proceedings had before the Bankruptcy Court and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED AS FOLLOWS:

1. The Motion is GRANTED pursuant to the terms and conditions agreed upon in the Stipulation, attached to the Motion as Exhibit "A."

2. The Stipulation is approved in all respects.

3. The Bankruptcy Court shall retain jurisdiction over any and all disputes concerning this Order or the Stipulation.

Dated: December __, 2011
       Wilmington, Delaware

                                          _____
                                          THE HONORABLE MARY F. WALRATH
                                          UNITED STATES BANKRUPTCY JUDGE