# THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DEL

---------------------------------------------------------x
:
*In re:* : **Chapter 11**
:
**WASHINGTON MUTUAL, INC., <u>et al.</u>,[1]** : **Case No. 08-12229 (MFW)**
:
: **(Jointly Administered)**
**Debtors.** :
:
---------------------------------------------------------x
---------------------------------------------------------x
**MICHAEL WILLINGHAM and ESOPUS** :
**CREEK VALUE LP,** :
:
**Plaintiffs,** :
:
**v.** : **Adversary Proc. No. 10-51297 (MFW)**
:
**WASHINGTON MUTUAL, INC.,** :
:
**Defendant** :
---------------------------------------------------------x
---------------------------------------------------------x
**WASHINGTON MUTUAL, INC. and** :
**WMI INVESTMENT CORP.** :
:
**Plaintiff,** :
:
**v.** : **Adversary Proc. No. 10-53420 (MFW)**
:
**PETER J. AND CANDANCE R. ZAK** :
**LIVING TRUST OF 2001 U/D/O** :
**AUGUST 31, 2001, ET AL.** :
:
**Defendant** :
:
---------------------------------------------------------x

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON NOVEMBER 22, 2011 AT 11:30 A.M. (EST)

---

[1]  The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

## I. CONTINUED AND/OR RESOLVED MATTERS:

1. Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1233; filed 6/26/09]

   Objection Deadline: July 16, 2009 at 4:00 p.m. (EDT)

   Objections/Responses Received:

   A. Response to Debtors' Objection to the Claim of Andrew J. Eshenbach [Docket No. 1329; filed 7/15/09]

   B. Memorandum of Points and Authorities in Opposition to Debtor's Fifth Omnibus (Substantive) Objection to Claim [Docket No. 1331; filed 7/15/09]

   C. Response of William Finzer to Debtors' Fifth Omnibus Objection to Claims [Docket No. 1476; filed 8/12/09]

   Related Documents:

   i. Notice of Submission of Copies of Proofs of Claims Relating to Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1294; filed 7/13/09]

   ii. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

   iii. Declaration of Mark W. Spittell in Support of Debtors' Reply to Responses to Debtors Fifth through Seventh Omnibus Objection to Claims [Docket No. 1366; filed 7/22/09]

   iv. Notice of Withdrawal [Docket No. 1367; filed 7/22/09]

   v. Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

   vi. Order Granting Debtors' Fifth Omnibus (Substantive) Objection to Claims [Docket No. 1466; filed 8/10/09]

   vii. Debtors' Omnibus Reply to Responses to Debtors' First (1st), Fifth (5th), Sixth (6th), Eighth (8th) and Ninth (9th) Omnibus Claims Objections [Docket No. 1522; filed 8/19/09]

   viii. Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

---

[2] Amended/Added agenda items are noted in bold.

      ix.     Order (Second) Granting Debtors' Fifth Omnibus (Substantive) Objection To Claims [Docket No. 1826; filed 11/3/09]

      x.     Scheduling Order with Respect to Hearing on Employee Claims [Docket No. 1924; filed 11/20/09]

      <u>Status</u>: The Court has entered an order resolving certain claims subject to this matter. The hearing regarding the remaining claims is continued to the omnibus hearing scheduled for February 16, 2012 at 10:30 a.m. (EST). The individual status of each remaining claim subject to this matter is listed on the attached <u>Exhibit A</u>.

2.     Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1234; filed 6/26/09]

     <u>Objection Deadline</u>: July 16, 2009 at 4:00 p.m. (EDT)

     <u>Objections/Responses Received</u>:

      A.     Claimant Julie Morales' Response to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1300; filed 7/13/09]

      B.     Objection to Debtors' Sixth Omnibus (Substantive) Objection to Claims Filed by Brian T. Foster [Docket No. 1301; filed 7/13/09]

      C.     Response of Bruce Alan Weber to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1302; filed 7/13/09]

      D.     Response by John S. Pereira as Chapter 11 Trustee of Maywood Capital Corp., et al. in Opposition to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1314; filed 7/15/09]

      E.     Response of Jeffrey P. Weinstein to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1320; filed 7/15/09]

      F.     Response to Debtors' Sixth Omnibus (Substantive) Objection to Claims Filed by Michele Susanne Grau-Iversen [Docket No. 1336; filed 7/16/09]

      G.     Response of Stephen E. Whittaker to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1337; filed 7/16/09]

      H.     Response of John H. Murphy to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1338; filed 7/16/09]

      I.     Supplemental Response by John S. Pereira as Chapter 11 Trustee of MayWood Capital Corp., et al. in Opposition to Debtors' Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1640; 9/23/09]

Related Documents:

i.     Notice of Submission of Copies of Proofs of Claims Relating to Debtors'
       Sixth Omnibus (Substantive) Objection to Claims [Docket No. 1295; filed
       7/13/09]

ii.    Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh
       Omnibus Claims Objections [Docket No. 1365; filed 7/22/09]

iii.   Declaration of Mark W. Spittell in Support of Debtors' Reply to
       Responses to Debtors Fifth through Seventh Omnibus Objection to Claims
       [Docket No. 1366; filed 7/22/09]

iv.    Notice of Withdrawal re: Docket No. 1364 and 1365 [Docket No. 1367;
       filed 7/22/09]

v.     Debtors' Omnibus Reply to Responses to Debtors Fifth through Seventh
       Omnibus Claims Objections [Docket No. 1369; filed 7/22/09]

vi.    Declaration of Rishi Jain in Further Support of Debtors' Sixth Omnibus
       (Substantive) Objection to Claims [Docket No. 1388; filed 7/27/09]

vii.   Order Granting Debtors' Sixth Omnibus (Substantive) Objection to
       Claims [Docket No. 1467; filed 8/10/09]

viii.  Debtors' Omnibus Reply to Responses to Debtors' First (1st), Fifth (5th),
       Sixth (6th), Eighth (8th)and Ninth (9th) Omnibus Claims Objections
       [Docket No. 1522; filed 8/19/09]

ix.    Declaration of Mark W. Spittel in Further Support of Debtors' Fifth and
       Sixth Omnibus Objections to Claims [Docket No. 1528; filed 8/20/09]

x.     Second Order Granting Debtors' Sixth Omnibus (Substantive) Objection
       to Claims [Docket No. 1579; filed 9/3/09]

xi.    Third Order Granting Debtors' Sixth Omnibus (Substantive) Objection to
       Claims [Docket No. 1827; filed 11/3/09]

xii.   Scheduling Order with Respect to Hearing on Employee Claims [Docket
       No. 1924; filed 11/20/09]

xiii.  Notice of Withdrawal of Proof of Claim (Claim No. 2675 filed by John S.
       Pereira, as Chapter 11 Trustee of Maywood Capital Corp., et al.) [Docket
       No. 3618; filed 4/30/2010]

xiv.   Notice of Withdrawal of Debtors' Sixth Omnibus (Substantive) Objection
       to Claims Solely with Respect to Proof of Claim 3349 [Docket No. 6218;
       filed 12/2/10]

Status: The Court has entered an order resolving certain claims subject to this matter. The hearing regarding the remaining claims is continued to the omnibus hearing scheduled for February 16, 2012 at 10:30 a.m. (EST). The individual status of each remaining claim subject to this matter is listed on the attached Exhibit B.

3.  Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1701; filed 10/7/09]

    Objection Deadline: October 21, 2009 at 4:00 p.m. (EDT)

    Objections/Responses Received:

    A.  Objection of JPMorgan Chase Bank, N.A. to the Motion of Debtors Pursuant to Sections 105 and 363 of the Bankruptcy Code for Order Approving Procedures for the Sale of Certain Intellectual Property [Docket No. 1746; filed 10/21/09]

    Related Documents: None.

    Status: The hearing on this matter is continued to a date to be determined.

4.  Debtor's Twenty-Third Omnibus (Substantive) Objection to Claims (Claim Nos. 2463, 2470, 2500, and 2505) [Docket No. 2443; filed 3/1/10]

    Objection Deadline: March 15, 2010 at 4:00 p.m. (EDT)

    Objections/Responses Received:

    A.  Response of Denise Cassese, George Rush, Richard Schroer and Whalen & Tusa, P.C., Individually and as Representatives for the Certified Class, to Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims (Claim Nos. 2463, 2470, 2500, and 2505) [Docket No. 3051; filed 4/5/10]

    B.  (Amended) Response of Denise Cassese, George Rush, Richard Schroer and Whalen & Tusa, P.C., Individually and as Representatives for the Certified Class, to Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims (Claim Nos. 2463, 2470, 2500, and 2505) [Docket No. 3060; filed 4/6/10]

    Related Documents:

    i.  Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Twenty-Third Omnibus (Substantive) Objection to Claims [Docket No. 3079; filed 4/7/10]

Status: The hearing on this matter is adjourned pending final approval by the District Court for the Eastern District of New York of a proposed compromise and settlement. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit C.

5.     Debtors' Objection to Proof of Claim filed by the Oregon Department of Revenue (Claim No. 3693) [Docket No. 3196; filed 4/14/10]

Objection Deadline: April 29, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.     Response of the Oregon Department Of Revenue to Debtors' Objection to Proof of Claim No. 3693 [Docket No. 3599; filed 4/29/10]

B.     Amended Response of the Oregon Department Of Revenue to Debtors' Objection to Proof of Claim No. 3693 [Docket No. 3600; filed by 4/29/10]

Related Documents: None.

Status: The hearing on this matter is continued to a date to be determined.

6.     Motion of the Washington Mutual, Inc. Noteholders Group for an Order Under 11 U.S.C. § 1112(b) Converting the Debtors' Cases to Chapter 7 or, in the Alternative, for an Order Under 11 U.S.C. § 1104(a) Appointing a Trustee to Administer the Debtors' Estates [Docket No. 3651; filed 5/4/10]

Objection Deadline: May 27, 2010 at 4:00 p.m. (EDT); Extended for the Debtors, the Official Committee of Unsecured Creditors, and Wells Fargo Bank, N.A. to a date to be determined

Objections/Responses Received:

A.     Objection To Motion to Convert Case to a Chapter 7 or for the alternative, To Appoint a Trustee to Administer the Debtor's Estate Filed by Richard J. Vandehey [Docket No. 4072; filed 5/21/10]

B.     Response To Motion to Convert Chapter 11 Case to a Case Under Chapter 7 Filed by Chris Stovic [Docket No. 4274; filed 5/20/10]

C.     Bank Bondholders' Joinder in Motion of the Washington Mutual, Inc. Noteholders Group for an Order Under 11 U.S.C. § 1112(b), Converting These Chapter 11 Cases to Chapter 7, or, in the Alternative, for an Order Under 11 U.S.C. § 1104(a) Appointing a Trustee to Administer the Debtors' Estates [Docket No. 4395; filed 5/27/10]

D.    Response of the Official Committee of Equity Security Holders to the Motion of the Washington Mutual, Inc. Noteholders Group for an Order Under 11 U.S.C. § 1112(b) Converting the Debtors' Cases to Chapter 7 or, in the Alternative, for an Order Under 11 U.S.C. § 1104(a) Appointing a Trustee to Administer the Debtors' Estates [Docket No. 4396; filed 5/27/10]

E.    Response to Motion to Convert the Debtors' Cases to Chapter 7 Filed by Marilyn Howard [Docket No. 4411; filed 5/27/10]

Related Documents: None.

Status: The hearing regarding this matter is continued to the omnibus hearing scheduled for December 8, 2011 at 10:30 a.m. (EST).

7.    Debtors' Objection to Proof of Claim Filed by AT&T Corp. (Claim No. 3725) [Docket No. 3691; filed 5/10/10]

Objection Deadline:    May 17, 2010 at 4:00 p.m. (EDT); extended to June 28, 2010

Objections/Responses Received:

A.    AT&T Corp.'s Opposition to Debtors' Objection to Proof of Claim Filed by AT&T Corp. (Claim No. 3725) [Docket No. 5268; filed 8/11/10]

B.    Declaration of Kari La Fleur in Support of Debtors' Objection to Proof of Claim Filed by AT&T Corp. (Claim No. 3725) [Docket No. 5269; filed 8/11/10]

Related Documents:

i.    Order Directing the Docketing Clerk to Remove Exhibits A and B to the Debtors' Objection to Proof of Claim Filed by AT&T Corp. (Claim No. 3725) from the Docket [Docket No. 3738; filed 5/14/10]

ii.    AT&T's Motion for Relief Under Confidentiality Order and Related Relief [Docket No. 4345; filed 5/26/10]

iii.    Order to Shorten Time and Limit Notice of AT&T's Motion for Relief Under Confidentiality Order and Related Relief [Docket No. 4351; filed 5/27/10]

iv.    Order to Shorten Time and Limit Notice of AT&T's Motion for an Order Authorizing AT&T to File Under Seal a Motion for Relief Under Confidentiality Order and Related Relief [Docket No. 4352; filed 5/27/10]

7

v.      Notice of Hearing Regarding AT&T's Motion for Relief Under Confidentiality Order and Related Relief [Docket No. 4385; filed 5/27/10]

vi.      Notice of Hearing Regarding AT&T's Motion for an Order Authorizing AT&T to File Under Seal a Motion or Relief Under Confidentiality for Order and Related Relief [Docket No. 4390; filed 5/27/10]

vii.      Order Approving AT&T's Motion for Relief Under Confidentiality Order and Related Relief [Docket No. 4416; filed 5/28/10]

viii.      Order Authorizing AT&T to File Under Seal a Motion for Relief Under Confidentiality Order and Related Relief [Docket No. 4417; filed 5/28/10]

ix.      Notice of Submission of Copy of Proof of Claim Relating to Debtors' Objection to Proof of Claim Filed by AT&T Corp. (Claim No. 3725) [Docket No. 4620; filed 6/4/10]

Status: The hearing on this matter is continued to a date to be determined.

8.      Debtors' Forty-Third Omnibus (Substantive) Objection to Claims [Docket No. 4749; filed 6/16/10]

Objection Deadline: July 6, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.      Objection to Debtors Forty Third Omnibus (Substantive) Objection to Claims Filed by Thomas E. Menake [Docket No. 4814; filed 6/28/10]

B.      Objection to Debtors Forty Third Omnibus (Substantive) Objection to Claims Filed by Thomas E. Menake [Docket No. 4815; filed 6/28/10]

C.      Response of Yaw M. Mensah, Dime LTW Claimant #95, to Notice of Debtors' Forty-Third Omnibus (Substantive) Objection to Claims [Docket No. 4842; filed 6/29/10]

D.      Response to Debtors' Forty-Third Omnibus (Substantive) Objection to Claims Filed by Joseph T. Kelm [Docket No. 4859; filed 7/2/10]

E.      Response to Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Mary C. McAndrews [Docket No. 4860; filed 7/2/10]

F.      Response to Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Alan Laties [Docket No. 4861; filed 7/2/10]

RLF1 5600585v. 1

G.   Response to Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Alphonso Meo, Jr. [Docket No. 4862; filed 7/2/10]

H.   Objection to Debtors Forty Third Omnibus (Substantive) Objection to Claims Filed by Lawrence Grech [Docket No. 4865; filed 7/2/10]

I.   Response to Debtors' Forty-Third and Forty-Fourth Omnibus Objections to Claims Filed by Nantahala Capital Partners, LP and Blackwell Capital Partners, LLC [Docket No. 4874; filed 7/6/10]

J.   Response to Debtor's Forty-Third Omnibus (Substantive) Objection to Claims, as Related to Claim Number 2919 Filed by Brad Christensen [Docket No. 4880; filed 7/6/10]

K.   Response and Opposition to the Debtors Forty-Third Omnibus (Substantive) Objection to Claims Filed by Edward Mintz [Docket No. 4882; filed 7/6/10]

L.   Response to Debtor's Forty-Third Omnibus (Substantive) Objection to Claims Filed by American National Bank, as Agent [Docket No. 4883; filed 7/6/10]

M.   Broadbill Investment Corp's Preliminary Response to Debtors' Forty-Third and Forty-Fourth Omnibus Objections to Claims [Docket No. 4892; filed 7/7/10]

N.   Objection to the Debtors Forty Third Omnibus (Substantive) Objections to Claims Filed by Joseph & Sheila, Lisa Molloy and as Guardian for Connor Molloy [Docket No. 4894; filed 7/7/10]

O.   Response to Debtor's Forty-Third Omnibus (Substantive) Objection to Claims Filed by Douglas A. Rivalsi [Docket No. 4896; filed 7/7/10]

P.   Objections to the Debtors Forty-Third Omnibus (Substantive) Objection to Claims Filed by William S. Coverley [Docket No. 4897; filed 7/7/10]

Q.   Objection to the Debtors Forty Third Omnibus (Substantive) Objection to Claims Filed by Amy Rivers and Ray Rivers [Docket No. 5021; filed 7/14/10]

R.   Response to Debtors' Forty-Third and Forty-Fourth Omnibus Objection to Claims Filed by J. Philip Max [Docket No. 5023; filed 7/12/10]

S.   Addendum to My Statement of Opposition to Debtors' Proposed Amended Joint Plan of Reorganization Regarding Claim Nos. 2494 and 3015 Filed by American National Bank [Docket No. 7794; filed 5/20/11]

RLF1 5600585v. 1

Related Documents:

i.    Notice of Submission of Copies of Proofs of Claim Relating to Debtor's Forty-Third Omnibus (Substantive) Objection to Claims [Docket No. 4877; filed 7/6/10]

ii.    Notice of Adjournment of Hearing on Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objections to Claims [Docket No. 4910; filed 7/7/10]

iii.    Notice of Adjournment *Sine Die* of Hearing on Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objections to Claims [Docket No. 5321; filed 8/20/10]

Status: The hearing regarding this matter is continued to a date to be determined. The individual status of each claim subject to this matter is listed on the attached Exhibit D.

9.    Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims [Docket No. 4750; filed 6/16/10]

Objection Deadline: July 6, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.    Objections to the Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Gopal D. Surti [Docket No. 4833; filed 7/1/10]

B.    Objections to the Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Kanubhai D. Surti [Docket No. 4834; filed 7/1/10]

C.    Objections to the Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Bhupendra D. Surti [Docket No. 4835; filed 7/1/10]

D.    Response to Debtors' Forty-Third Omnibus (Substantive) Objection to Claims Filed by Joseph T. Kelm [Docket No. 4859; filed 7/2/10]

E.    Response to Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Mary C. McAndrews [Docket No. 4860; filed 7/2/10]

F.    Response to Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by [Docket No. 4861; filed 7/2/10]

RLF1 5600585v. 1

G.  Response to Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Alphonso Meo, Jr. [Docket No. 4862; filed 7/2/10]

H.  Response to Debtors' Forty-Third and Forty-Fourth Omnibus Objections to Claims Filed by Nantahala Capital Partners, LP and Blackwell Capital Partners, LLC [Docket No. 4874; filed 7/6/10]

I.  Response to Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Eric S. Tower [Docket No. 4887; filed 7/6/10]

J.  Broadbill Investment Corp's Preliminary Response to Debtors' Forty-Third and Forty-Fourth Omnibus Objections to Claims [Docket No. 4892; filed 7/7/10]

K.  Response to Debtor's Forty-Fourth Omnibus (Substantive) Objection to Claims Filed by Greene Associates [Docket No. 4898; filed 7/7/10]

L.  Response to Debtors' Forty-Fourth Omnibus (Substance) Objection to Claims Filed by Mark A. Goldstein [Docket No. 4899; filed 7/7/10]

M.  Response to Debtors' Forty-Fourth Omnibus (Substance) Objection to Claims Filed by Gerson E. Greene [Docket No. 4900; filed 7/7/10]

N.  Response to Debtors' Forty-Fourth Omnibus (Substance) Objection to Claims Filed by Edna H. Greene [Docket No. 4901; filed 7/7/10]

O.  Response to Debtors' Forty-Fourth Omnibus (Substance) Objection to Claims Filed by Carol A. Martin [Docket No. 4998; filed 7/9/10]

P.  Response to Debtors' Forty-Third and Forty-Fourth Omnibus Objection to Claims Filed by J. Philip Max [Docket No. 5023; filed 7/12/10]

Related Documents:

i.  Notice of Submission of Copies of Proofs of Claim Relating to Debtor's Forty-Fourth Omnibus (Substantive) Objection to Claims [Docket No. 4878; filed 7/6/10]

ii.  Notice of Adjournment of Hearing on Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objections to Claims [Docket No. 4910; filed 7/7/10]

RLF1 5600585v. 1

iii.  Debtors' Motion for an Order, Pursuant to Bankruptcy Rule 7042 and Section 105(A) of the Bankruptcy Code, (I) Consolidating the Debtors' Forty-Third and Forty-Fourth Omnibus Objections with Adversary Proceeding Commenced by Broadbill Investment Corp., and (II) Staying the Adversary Proceeding [Docket No. 4804; filed 6/24/10; Adversary Docket No. 23; filed 6/24/10]

iv.   Notice of Rescheduled Omnibus Hearing Time for July 20, 2010 [Docket No. 4983; filed 7/12/10]

v.    Notice of Adjournment *Sine Die* of Hearing on Debtors' Forty-Third and Forty-Fourth Omnibus (Substantive) Objections to Claims [Docket No. 5321; filed 8/20/10]

Status: The hearing on this matter is continued to a date to be determined. The individual status of each claim subject to this matter is listed on the attached Exhibit E.

10.   Debtors' Forty-Sixth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5117; filed 7/21/10]

Objection Deadline:   August 9, 2010 at 4:00 p.m. (EDT);
                      Debtor Response Deadline: December 9, 2010

Objections/Responses Received:

A.    Response to the Notice of Debtors' Forty-Sixth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5232; filed 8/5/10]

Related Documents:

i.    Order Granting Debtors' Forty-Sixth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5324; filed 8/23/10]

ii.   Order Clarifying Order Granting Debtors' Forty-Sixth Omnibus (Non-Substantive) Objection to Claims [Docket No. 5403; filed 9/8/10]

iii.  Supplemental Submission in Support of Debtors' Forty-Sixth (Non-Substantive) Omnibus Objection with Respect to Claim of Matthew Shore [Docket No. 6290; filed 12/9/10]

iv.   Second Order Granting Debtors' Forty-Sixth Omnibus (Non-Substantive) Objection to Claims [Docket No. 6526; filed 1/7/11]

Status: The hearing regarding the Sonterra Capital LLC claim is continued to a date to be determined. The Court has entered orders resolving certain claims subject to this matter. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit F.

12

11. Debtors' Fifty-Fifth Omnibus (Substantive) Objection to Claims [Docket No. 5616; filed 10/17/10]

Objection Deadline    November 4, 2010 at 4:00 p.m. (EDT);
                      Extended to November 16, 2010 for Certain Holders
                      of Washington Mutual Bank Subordinated Notes to the
                      WMB Noteholders

Objections/Responses Received:

A. Response to Debtors' Fifty-Fifth Omnibus (Substantive) Objection to Claims Filed by Marie Goodwin Coleman [Docket No. 5710; filed 10/28/10]

B. Response to Claims Objection Filed by Charles and Shirley Dale Coln [Docket No. 5755; filed 11/3/10]

C. Response to Debtors' Fifty-Fifth Omnibus (Substantive) Objection to Claims Filed by Terry Bysom [Docket No. 5756; filed 11/3/10]

D. Response to Debtors' Fifty-Fifth Omnibus (Substantive) Objection to Claims Filed by Dominic R Janusky [Docket No. 5757; filed 11/3/10]

E. Objection to Debtors' Fifty-Fifth Omnibus (Substantive) Objection to Claims. Filed by Michael T. Doherty [Docket No. 5758; filed 11/2/10]

F. The WMB Noteholders' Response and Opposition to the Debtors' Fifty-Fifth (55th) Omnibus (Substantive) Objection to Claims [Docket No. 5766; filed 11/4/10]

G. Limited Statement in Support and Partial Reservation of Rights of the FDIC, as Receiver for Washington Mutual Bank, in Response to Debtors' Fifty-Fifth Omnibus (Substantive) Objection to Claims [Docket No. 5768; filed 11/4/10]

H. Response to Debtors' Fifty-Fifth Omnibus (Substantive) Objection to Claims Filed by Lorine S. Samuels [Docket No. 5836; filed 11/4/10]

I. Joinder of Certain Holders of Washington Mutual Bank Subordinated Notes to the WMB Noteholders' Response and Opposition to the Debtors' Fifty-Fifth (55th) Omnibus (Substantive) Objection to Claims [Docket No. 5946; filed 11/16/10]

J. Debtors' Omnibus Reply to the Various Responses to the Debtors' Fifty-Fifth Omnibus (Substantive) Objection to Claims [Docket No. 6339; filed 12/14/10]

Related Documents:

i.     Declaration of John Maciel Pursuant to Local Rule 3007-1 in Support of Debtors' Fifty-Fifth Omnibus (Substantive) Objection to Claims [Docket No. 5624; filed 10/18/10]

ii.    Notice of Submission of Proofs of Claim Relating to Debtors' Fifty-Fifth Omnibus (Substantive) Objection to Claims [Docket No. 5810; filed 11/9/10]

Status: On January 6, 2011, the Court ruled on certain issues raised by this Objection. The Debtors intend to submit a certification of counsel and proposed form of order with respect to that ruling. A hearing to consider the balance of the issues raised by this Objection is continued to a date to be determined. The individual status lines of each remaining claim subject to this matter is listed on the attached Exhibit G.

12.    Debtors' Fifty-Sixth Omnibus (Substantive) Objection to Claims [Docket No. 5618; filed 10/18/10]

Objection Deadline: November 4, 2010 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.    Response by Claimant Robert M. Menar to Debtors' Fifty-Sixth Omnibus (Substantive) Objection to Claims [Docket No. 5754; filed 11/1/10]

Related Documents:

i.     Declaration of John Maciel Pursuant to Local Rule 3007-1 in Support of Debtors' Fifty-Sixth Omnibus (Substantive) Objection to Claims [Docket No. 5625; filed 10/18/10]

ii.    Notice of Submission of Proofs of Claim Relating to Debtors' Fifty-Sixth Omnibus (Substantive) Objection to Claims [Docket No. 5811; filed 11/9/10]

iii.   First Order Granting Debtors' Fifty-Sixth Omnibus (Substantive and Non-Substantive) Objection to Claims [Docket No. 6371; filed 12/17/10]

Status: The Court previously entered an order with respect to certain claims subject to this matter. On January 6, 2011, the Court ruled on certain issues raised by the Objection as it relates to all remaining claims. The Debtors intend to submit a certification of counsel and proposed form of order with respect to that ruling. A hearing to consider the balance of the issues raised by this Objection is continued to a date to be determined.

14

RLF1 5600585v. 1

The individual status lines of each remaining claim subject to this matter is listed on the attached Exhibit H.

13.  Debtors' Sixtieth Omnibus (Substantive) Objection to Claims (Claim Nos. 2108, 2240, 2241, 2246, 2247, 2248, 2604, 2606, 2629, 2631, 2633, 2634, 2635, 2636, 2637, and 3242) [Docket No. 5970; 11/17/10]

Objection Deadline    December 6, 2010 at 4:00 p.m. (EST)

Objections/Responses Received:

A.    Former Outside Directors' Opposition to Debtor's Sixtieth Omnibus (Substantive) Objection to Claims [Docket No. 6252; filed 12/6/10]

B.    Objection of Stephen J. Rotella to (I) Debtors' Sixtieth Omnibus (Substantive) Objection to Claims (Claim Nos. 2108, 2240, 2241, 2246, 2247, 2248, 2604, 2606, 2629, 2631, 2633, 2634, 2635, 2636, 2637, and 3242), and (II) Debtors' Motion to Estimate Maximum Amount of Certain Claims for Purposes of Establishing Reserves Under the Debtors' Confirmed Chapter 11 Plan [Docket No. 6256; filed 12/6/10]

C.    Objection of Deanna W. Oppenheimer to (I) Debtors' Sixtieth Omnibus (Substantive) Objection to Claims (Claim Nos. 2108, 2240, 2241, 2246, 2247, 2248, 2604, 2606, 2629, 2631, 2633, 2634, 2635, 2636, 2637, and 3242), and (II) Debtors' Motion to Estimate Maximum Amount of Certain Claims for Purposes of Establishing Reserves Under the Debtors' Confirmed Chapter 11 Plan [Docket No. 6306; filed 12/10/10]

D.    Debtors' Omnibus Reply to Responses to Debtors Sixtieth Omnibus (Substantive) Objection to Claims (Claim Nos. 2108, 2240, 2241, 2246, 2247, 2248, 2604, 2606, 2629, 2631, 2633, 2634, 2635, 2636, 2637, and 3242) [Docket No. 6334; filed 12/13/10]

Related Documents:

i.    Notice of Submission of Copies of Proofs of Claim Relating to Debtors' Sixtieth Omnibus (Substantive) Objection to Claims (Claim Nos. 2108, 2240, 2241, 2246, 2247, 2248, 2604, 2606, 2629, 2631, 2633, 2634, 2635, 2636, 2637, and 3242) [Docket No. 6247; filed 12/6/10]

ii.   Request Pursuant to Local Rule 3007-1(h) by Kerry Killinger and Similarly Situated Former Officers and Directors for Continuance of Hearing on Motion to Estimate Claims and Sixtieth Omnibus Objection to Claims [Docket No. 6346; filed 12/15/10]

15

iii.    Order Granting Request Pursuant to Local Rule 3007-1(h) by Kerry Killinger and Similarly Situated Former Officers and Directors for Continuance of Hearing on Motion to Estimate Claims and Sixtieth Omnibus Objection to Claims [Docket No. 6352; filed 12/15/10]

iv.    Emergency Request by Kerry Killinger Joined By Similarly Situated Former Officers and Directors for Continuance of Hearing on Motion to Estimate Claims and Sixtieth Omnibus Objection to Claims Presently Scheduled for the Omnibus Hearing on September 20, 2011 and Request for Setting of Special Hearing Date [Docket No. 8609; filed 9/13/11]

v.    Motion to Shorten Notice for Emergency Request by Kerry Killinger Joined By Similarly Situated Former Officers and Directors for Continuance of Hearing on Motion to Estimate Claims and Sixtieth Omnibus Objection to Claims Presently Scheduled for the Omnibus Hearing on September 20, 2011 and Request for Setting of Special Hearing Date [Docket No. 8610; filed 9/13/11]

vi.    Joinder of Former Officers and Directors in Emergency Request by Kerry Killinger for Continuance of Hearing on Motion to Estimate Claims and Sixtieth Omnibus Objection to Claims [Docket No. 8611; filed 9/13/11]

Status: The hearing regarding this matter is continued to the hearing scheduled for January 25, 2012 and January 26, 2012 at 10:00 a.m. (EST). The individual status of each remaining claim subject to this matter is listed on the attached Exhibit I.

14.    Debtors' Motion to Estimate Maximum Amount of Certain Claims for Purposes of Establishing Reserves Under the Debtors' Confirmed Chapter 11 Plan [Docket No. 5971; filed 11/17/10]

Objection Deadline    December 6, 2010 at 4:00 p.m. (EST)

Objections/Responses Received:

A.    Response of Kerry K. Killinger ("Mr. Killinger") to Debtors' Motion to Estimate the Maximum Amount of His D&O Related Claims at $0.00 (the "Estimation Motion") [Docket No. 6242; filed 12/6/10]

B.    Objection to Debtors' Motion to Estimate Maximum Amount of Certain Claims for Purposes of Establishing Reserves Under the Debtors' Proposed Chapter 11 Plan filed by Broadbill Investment Corp. [Docket No. 6243; filed 12/6/10]

C. Limited Objection of Claimants Thomas Casey, David Schneider, Debora Horvath, Alfred Brooks, Todd Baker and John McMurray to Debtors' Motion to Estimate Maximum Amount of Certain Claims for Purposes of Establishing Reserves Under the Debtors' Confirmed Chapter 11 Plan [Docket No. 6246; filed 12/6/10]

D. Former Outside Directors' Opposition to Debtors' Estimation Motion [Docket No. 6254; filed 12/6/10]

E. Sonterra Capital's Joinder to Objection to Debtors' Motion to Estimate Maximum Amount of Certain Claims for Purposes of Establishing Reserves Under the Debtors' Proposed Chapter 11 Plan [Docket No. 6255; filed 12/6/10]

F. Objection of Stephen J. Rotella to (I) Debtors' Sixtieth Omnibus (Substantive) Objection to Claims (Claim Nos. 2108, 2240, 2241, 2246, 2247, 2248, 2604, 2606, 2629, 2631, 2633, 2634, 2635, 2636, 2637, and 3242), and (II) Debtors' Motion to Estimate Maximum Amount of Certain Claims for Purposes of Establishing Reserves Under the Debtors' Confirmed Chapter 11 Plan [Docket No. 6256; filed 12/6/10]

G. Limited Objection to Principal Financial Group, Inc. to Debtors' Motion to Estimate Maximum Amount of Certain Claims for Purposes of Establishing Reserves Under the Debtors' Confirmed Chapter 11 Plan [Docket No. 6286; filed 12/9/10]

H. Objection of Deanna W. Oppenheimer to (I) Debtors' Sixtieth Omnibus (Substantive) Objection to Claims (Claim Nos. 2108, 2240, 2241, 2246, 2247, 2248, 2604, 2606, 2629, 2631, 2633, 2634, 2635, 2636, 2637, and 3242), and (II) Debtors' Motion to Estimate Maximum Amount of Certain Claims for Purposes of Establishing Reserves Under the Debtors' Confirmed Chapter 11 Plan [Docket No. 6306; filed 12/10/10]

I. Debtors' Omnibus Response to Objections to Debtors' Motion to Estimate Maximum Amount of Certain Claims for Purposes of Establishing Reserves Under the Debtors' Confirmed Chapter 11 Plan [Docket No. 6336; filed 12/14/10]

J. Letter to Judge Walrath Regarding Hearing on Estimation Motion Filed by Kerry K. Killinger [Docket No. 6344; filed 12/15/10]

K. Request Pursuant to Local Rule 3007-1(h) by Kerry Killinger and Similarly Situated Former Officers and Directors for Continuance of Hearing on Motion to Estimate Claims and Sixtieth Omnibus Objection to Claims [Docket No. 6346; filed 12/15/10]

RLF1 5600585v. 1

L.      Securities Plaintiffs' Objection to Debtor's Motion to Estimate Maximum Amount of Certain Claims for Purposes of Establishing Reserves Under the Debtors' Confirmed Chapter 11 Plan [Docket No. 6350; filed 12/15/10]

M.      Amended Objection of Claimant David Schneider to Debtors' Motion to Estimate Maximum Amount of Certain Claims for Purposes of Establishing Reserves Under the Debtors' Confirmed Chapter 11 Plan [Docket No. 8380; filed 8/4/11]

Related Documents:

i.      Order Granting Request Pursuant to Local Rule 3007-1(h) by Kerry Killinger and Similarly Situated Former Officers and Directors for Continuance of Hearing on Motion to Estimate Claims and Sixtieth Omnibus Objection to Claims [Docket No. 6352; filed 12/15/10]

ii.     Revised Order Granting Debtors' Motion to Estimate Maximum Amount of Certain Claims For Purposes of Establishing Reserves Under the Debtors' Chapter 11 Plan [Docket No. 6377; filed 12/20/10]

iii.    Order Estimating Maximum Amount of LTW Claims for Purposes of Establishing Reserves [Docket No. 6560; filed 1/14/11]

iv.     Revised Order Estimating Maximum Amount of LTW Claims for Purposes of Establishing Reserves [Docket No. 6701; filed 2/8/11]

v.      Emergency Request by Kerry Killinger Joined By Similarly Situated Former Officers and Directors for Continuance of Hearing on Motion to Estimate Claims and Sixtieth Omnibus Objection to Claims Presently Scheduled for the Omnibus Hearing on September 20, 2011 and Request for Setting of Special Hearing Date [Docket No. 8609; filed 9/13/11]

vi.     Motion to Shorten Notice for Emergency Request by Kerry Killinger Joined By Similarly Situated Former Officers and Directors for Continuance of Hearing on Motion to Estimate Claims and Sixtieth Omnibus Objection to Claims Presently Scheduled for the Omnibus Hearing on September 20, 2011 and Request for Setting of Special Hearing Date [Docket No. 8610; filed 9/13/11]

vii.    Joinder of Former Officers and Directors in Emergency Request by Kerry Killinger for Continuance of Hearing on Motion to Estimate Claims and Sixtieth Omnibus Objection to Claims [Docket No. 8611; filed 9/13/11]

Status: The Court has entered orders resolving certain claims subject to this matter. The hearing with respect to the claims on Exhibits B, C, E and F of Schedule 1 of the order dated December 20, 2010 are continued to the hearing scheduled for January 25, 2012 and January 26, 2012 at 10:00 a.m. (EST).

15.     Michael Willingham Esopus Creek Value, LP v. Washington Mutual, Inc. et al. (Adv. Pro. No. 10-51297)

A.      The Official Committee of Equity Security Holders' Motion for Summary Judgment, or in the Alternative, for Relief from the Automatic Stay (Adversary Pro. No. 10-50731) [Adversary Docket No. 3; filed 3/11/2010]

Related Documents:

i.      Memorandum of Law of the Official Committee of Equity Security Holders in Support of Its Motion for Summary Judgment, or in the Alternative, for Relief from the Automatic Stay (Adversary Pro. No. 10-50731) [Adversary Docket No. 4; filed 3/11/2010]

ii.     Black Horse Capital Management LLC's Response in Support of the Equity Committee's Motion for Summary Judgment, or in the Alternative, for Relief from the Automatic Stay [Docket No. 2738; filed 3/30/2010]

iii.    Joinder to the Official Committee of Equity Holders' Motion for Summary Judgment or in the Alternative, for Relief from the Automatic Stay (Adversary Pro. No. 10-50731) [Adversary Docket No. 7; filed 4/7/2010]

iv.     Opposition of Defendant Washington Mutual, Inc. to Plaintiff's Motion for Summary Judgment, or in the Alternative, for Relief from the Automatic Stay (Adversary Pro. No. 10-50731) [Adversary Docket No. 9; filed 4/7/2010]

v.      Order Approving Stipulation to Extend Time for Summary Judgment Briefing and Otherwise Responding to Adversary Complaint (Adversary Pro. No. 10-50731) [Adversary Docket No. 10; filed 4/7/2010]

vi.     Declaration of Brian S. Rosen in Support of Opposition to Motion for Summary Judgment (Adversary Pro. No. 10-50731) [Adversary Docket No. 11; filed 4/7/2010]

vii.    Reply of the Plaintiff Official Committee of Equity Security Holders to Opposition of Defendant Washington Mutual, Inc. to Plaintiff's Motion for Summary Judgment, or in the Alternative, for Relief from the Automatic stay (Adversary Pro. No. 10-50731) [Docket No. 15; filed 4/18/2010]

viii.    Order Regarding The Official Committee of Equity Security Holders'
         Motion for Summary Judgment, or In the Alternative, for Relief from the
         Automatic Stay (Adversary Pro. No. 10-50731) [Adversary Docket No.
         20; filed 4/26/2010]

ix.      Application of the Official Committee of Equity Security Holders for Oral
         Argument (Adversary Pro. No. 10-50731) [Adversary Docket No. 27;
         filed 5/20/10]

x.       Notice of Completion of Briefing (Adversary Pro. No. 10-50731)
         [Adversary Docket No. 28; filed 5/20/2010]

xi.      Defendant Washington Mutual, Inc.'s Response to the Official Committee
         of Equity Security Holders' Request for Oral Argument (Adversary Pro.
         No. 10-50731) [Adversary Docket No. 29; filed 6/4/2010]

xii.     Notice of Entry of Order by United States Bankruptcy Court for the
         Western District of Washington Transferring Shareholder Action to
         United States Bankruptcy Court for the District of Delaware and Request
         for Hearing (Adversary Pro. No. 10-50731) [Adversary Docket No. 41;
         filed 6/24/2010]

xiii.    Defendant Washington Mutual, Inc.'s Response to the Official Committee
         of Equity Security Holders' Request for Hearing (Adversary Pro. No. 10-
         50731) [Adversary Docket No. 43; filed 7/7/10]

xiv.     Order Granting the Motion of the Official Committee of Equity Security
         Holders for Order (I) Granting Intervention, and (II) Consolidating
         Adversary Proceedings (Adv. No. 10-50731) [Adversary Docket No. 58;
         filed 8/23/10] and (Adv. No. 10-51297) [Adversary Docket No. 13; filed
         8/23/10]

xv.      Plaintiffs Official Committee of Equity Security Holders Statement on
         Status of the Adversary Proceedings, Request for Hearing on Pending
         Motions, and Close of Discovery (Adv. No. 10-51297) [Adversary Docket
         No. 14; filed 9/2/10]

xvi.     Defendant Washington Mutual, Inc.'s Response to the Official Committee
         of Equity Security Holders' Statement on Status of the Adversary
         Proceedings, Request for Hearing on Pending Motions, and Close of
         Discovery (Adv. No. 10-51297) [Adversary Docket No. 16; filed 9/7/10]

xvii.    Letter Regarding Allowance of Shareholders Meeting Filed by Emanuel
         Jason Levy (Adv. No. 10-51297) [Adversary Docket No. 33; filed
         10/29/10]

RLF1 5600585v. 1

xviii. Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Jeff and Trina Estepp (Adv. No. 10-51297) [Adversary Docket No. 34; filed 11/1/10]

xix. Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Terrance Huff (Adv. No. 10-51297) [Adversary Docket No. 35; filed 11/1/10]

xx. Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Jake K. Barrett and Bruce M Barrett (Adv. No. 10-51297) [Adversary Docket No. 36; filed 11/1/10]

xxi. Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Gregory R. Byrd (Adv. No. 10-51297) [Adversary Docket No. 37; filed 11/1/10]

xxii. Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by David Shutvet (Adv. No. 10-51297) [Adversary Docket No. 38; filed 11/3/10]

xxiii. Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Raquel Bornacelli (Adv. No. 10-51297) [Adversary Docket No. 39; filed 11/1/10]

xxiv. Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Mark O'Brien (Adv. No. 10-51297) [Adversary Docket No. 40; filed 11/1/10]

xxv. Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Dolores Scobey (Adv. No. 10-51297) [Adversary Docket No. 41; filed 11/1/10]

xxvi. Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Jake K. Barrett (Adv. No. 10-51297) [Adversary Docket No. 42; filed 11/1/10]

xxvii. Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Kurt A. Zeller (Adv. No. 10-51297) [Adversary Docket No. 43; filed 11/1/10]

xxviii. Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Dominic LoBrutto (Adv. No. 10-51297) [Adversary Docket No. 44; filed 11/1/10]

xxix. Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Donna A. Woodburn (Adv. No. 10-51297) [Adversary Docket No. 45; filed 11/1/10]

RLF1 5600585v. 1

xxx.     Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Bernd Luers (Adv. No. 10-51297) [Adversary Docket No. 46; filed 11/1/10]

xxxi.     Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Michele M. Wright (Adv. No. 10-51297) [Adversary Docket No. 47; filed 11/2/10]

xxxii.     Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Joseph E. McCluskey (Adv. No. 10-51297) [Adversary Docket No. 48; filed 11/2/10]

xxxiii.     Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Cameron Lapp (Adv. No. 10-51297) [Adversary Docket No. 49; filed 11/2/10]

xxxiv.     Letter in Support of Motion for Summary Judgment and Request to Schedule a Shareholders' Meeting Filed by Peter Kirkham (Adv. No. 10-51297) [Adversary Docket No. 50; filed 11/2/10]

Status:   The hearing regarding this matter and the related Motion for Order to Compel Shareholder Meeting originally filed in the Western District of Washington are continued to a date to be determined.

16.     Washington Mutual, Inc. and WMI Investment Corp. v. Peter J. and Candace R. Zak Living Trust of 2001 u/d/o August 31, 2001, et al., (Adversary Proceeding No. 10-53420)

A.     Complaint [Adversary Docket No. 1; filed 10/21/10]

B.     Amended Complaint [Adversary Docket No. 3; filed 10/22/10]

C.     Answer and Defenses to Amended Complaint filed by Filed by The Northwestern Mutual Life Insurance Co., Northwestern Mutual Life Insurance Co. Northwestern Long Term Care Insurance Company, Northwestern Mutual Series Fund, Inc. & its Select Bond and Balanced P, New York Life Investment Management LLC, Legal & General Investment Management (Legal & General Investment Management America), PPM America, Inc. (The Prudential Assurance Company, Ltd., JNL VA High Yield Bond Fund, Jackson National Life Insurance Company of New York, & Jackson National Life Insurance Company), AEGON USA Investment Management, LLC (AEGON Life Insurance (Taiwan) and Transamerica Financial Life Insurance Company) and Thrivent Financial for Lutherans [Adversary Docket No. 18; filed 11/29/10]

22

D. Answer and Defenses to Amended Complaint filed by Truck Insurance Exchange and Fire Insurance Exchange [Adversary Docket No. 19; filed 12/10/10]

Related Documents:

i. Re-Notice of Pretrial Conference [Adversary Docket No. 9; filed 11/17/10]

ii. Stipulation Between Defendant Principal Life Insurance Company and Debtor Plaintiffs Extending Defendant's Time to Respond to Amended Complaint [Adversary Docket No. 25; filed 12/27/10]

Status: The pretrial conference regarding this matter is continued to the omnibus hearing scheduled for December 8, 2011 at 10:30 a.m. (EST).

## II. UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL:

17. Motion of Debtors for an Order, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, (I) Authorizing Washington Mutual, Inc. to Surrender and Terminate Certain Insurance Policies, and (II) Authorizing Pacific Life to Distribute the Policy Proceeds [Docket No. 8934; filed 11/1/11]

Objection Deadline: November 15, 2011 at 4:00 p.m. (EST)

Objections/Responses Received: None to date.

Related Documents:

i. Certification of Counsel Regarding Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, (I) Authorizing Washington Mutual, Inc. to Surrender and Terminate Certain Insurance Policies, and (II) Authorizing Pacific Life to Distribute the Policy Proceeds [Docket No. 9044; filed 11/17/11]

Status: On November 17, 2011, the Debtors filed a proposed form of order under certification of counsel regarding this matter. Accordingly, no hearing is necessary unless the Court has questions or concerns.

## III. STATUS CONFERENCE REGARDING MEDIATION:

18. **Letter Regarding Mediation Sent to the Court by the Mediator**

RLF1 5600585v. 1

Status: **The Mediator has informed the Court that the Mediator believes that the Mediation in this matter should be extended to December 8, 2011, the next scheduled Omnibus Hearing date, subject to further extensions. As a result of such extension, (a) the stay put into effect pursuant to the Court's order, dated September 13, 2011, shall remain in effect until such date and (b) the Status Conference with respect to the Mediation is cancelled.**

Dated: November 21, 2011
     Wilmington, Delaware

Respectfully submitted,

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Travis A. McRoberts (No. 5274)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*