IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 7

IN RE: Washington Mutual, Inc., et al.

| | |
|---|---|
| Wells Fargo Bank, N.A., | ) |
|          Appellant | ) Civil Action No.   11-1107 |
|      v. | ) |
| Bank of New York Mellon Trust Co., N.A., Law Debenture Trust Company of N.Y., Washington Mutual Inc., WMI Investment Corp., Official Committee of Equity Security Holders, | ) |
|          Appellees | ) |

Bankruptcy Case No.: 08-12229 (MFW)
Bankruptcy Appeal No. 11-78

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 9/13/11 was entered on the U.S. District Court docket on 11/9/11:

   Memorandum Opinion and Order dated 9/13/11

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                    Peter T. Dalleo
                    Clerk of Court

Date:   November 9, 2011
To:     U.S. Bankruptcy Court
        Counsel