IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WASHINGTON MUTUAL, INC., et al., | ) | Case No. 08-12229 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

**O R D E R**

**AND NOW**, this **20th** day of **December, 2011**, upon consideration of the Debtors' Objection to the Proof of Claim of Tranquility Master Fund, Ltd., and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Tranquility has sufficiently stated a claim against the Debtors; and it is further

**ORDERED** that the Debtors have not stated a basis for its subordination.

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge

cc: Adam Strochak, Esquire[1]

---

[1] Counsel is to serve a copy of this Memorandum Opinion and Order on all interested parties and file a Certificate of Service with the Court.

SERVICE LIST

Brian S. Rosen, Esquire
Adam P. Strochak, Esquire
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Counsel for Debtors

Mark D. Collins, Esquire
Chun I. Jang, Esquire
Julie A. Finocchiaro, Esquire
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
Counsel for Debtors

Donna L. Culver, Esquire
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Counsel for Tranquility Master Fund, Ltd.

Robert J. Boller, Esquire
Fred S. Hodara, Esquire
Robert A. Johnson, Esquire
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Counsel for Official Committee of Unsecured Creditors