# Notice Recipients

District/Off: 0311−1  User: Brandon  Date Created: 12/22/2016
Case: 08−12229−MFW  Form ID: ntcBK  Total: 32

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Amanda R. Steele | steele@rlf.com |
| aty | Amanda R. Steele | steele@rlf.com |
| aty | Chun I. Jang | jang@rlf.com |
| aty | Cory D. Kandestin | kandestin@rlf.com |
| aty | David L. Permut | |
| aty | Jason M. Madron | madron@rlf.com |
| aty | John D. McLaughlin, Jr. | jmclaughlin@ciardilaw.com |
| aty | Julie A Finocchiaro | |
| aty | Julio C. Gurdian | Julio.Gurdian@weil.com |
| aty | Lee E. Kaufman | kaufman@rlf.com |
| aty | Mark D. Collins | collins@RLF.com |
| aty | Neil Raymond Lapinski | nlapinski@gfmlaw.com |
| aty | Rafael Xavier Zahralddin−Aravena | rxza@elliottgreenleaf.com |
| aty | Shelley A. Kinsella | sak@elliottgreenleaf.com |
| aty | Theodore Allan Kittila | ted@greenhilllaw.com |
| aty | Travis A. McRoberts | tmcroberts@akingump.com |
| aty | Travis A. McRoberts | mcroberts@rlf.com |

TOTAL: 18

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Washington Mutual, Inc. | 1301 Second Avenue    Seattle, WA 98101 |
| aty | Andrew C. Irgens | 2151 E. Norris Street    Philadelphia, PA 19125 |
| aty | David B. Hird | Weil, Gotshal & Manges LLP    1300 Eye Street NW    Suite 900    Washington, DC 20005 |
| aty | David M. Stern | Klee Tuchin Bogdanoff & Stern LLP    1999 Avenue of the Stars    39th Floor    Los Angeles, CA 90067 |
| aty | Diana M. Eng | Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153 |
| aty | Drew G. Sloan | Richards Layton & Finger, P.A.    920 North King Street    Wilmington, DE 19801 |
| aty | Jennifer L. Wine | Weil, Gotshal & Manges LLP    1300 Eye Street, NW, Ste. 900    Washington, DC 20005 |
| aty | Lee R. Bogdanoff | Klee Tuchin Bogdanoff & Stern LLP    1999 Avenue of the Stars    39th Floor    Los Angeles, CA 90067 |
| aty | Lisa N. Cloutier | Weil, Gotshal & Manges LLP    100 Federal Street    34th Floor    Boston, MA 02110 |
| aty | Lisa R. Eskow | Weil, Gotshal & Manges LLP    700 Louisiana, Ste. 1600    Houston, TX 77002 |
| aty | Patricia Astorga | Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153 |
| aty | Rachel Barish Swartz | Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153 |
| aty | Richard W. Slack | Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153 |
| aty | Whitman L. Holt | Klee, Tuchin, Bogdanoff & Stern LLP    1999 Avenue of the Stars    39th Floor    Los Angeles, CA 90067 |

TOTAL: 14