**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------x
:
*In re* : Chapter 11
:
**WASHINGTON MUTUAL, INC., et al.,**[1] : Case No. 08-12229 (MFW)
:
**Debtors.** : (Jointly Administered)
:
---------------------------------------------------------------x

**NOTICE OF AMOUNTS PAID BY WMI LIQUIDATING TRUST
PURSUANT TO THE LIQUIDATING TRUST AGREEMENT FOR CERTAIN
COMPENSATION AND FOR SERVICES RENDERED AND EXPENSES INCURRED
BY TRUST PROFESSIONALS FOR THE PERIOD ENDING MARCH 31, 2019**

**PLEASE TAKE NOTICE** that, in accordance with Section 6.8(b) of that certain WMI Liquidating Trust Agreement, dated as of March 6, 2012 (as amended, the "Liquidating Trust Agreement"),[2] attached hereto as **Exhibit A** is a chart reflecting amounts paid by the Liquidating Trust during the calendar quarter ending March 31, 2019 for certain compensation and for services rendered and expenses incurred by Trust Professionals.

Dated: April 23, 2019
Wilmington, Delaware

/s/ *Amanda R. Steele*
Mark D. Collins, Esq. (No. 2981)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Attorneys to WMI Liquidating Trust*

Brian S. Rosen
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

*Attorney to WMI Liquidating Trust*

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The principal offices of WMILT, as defined herein, are located at 800 Fifth Avenue, Suite 4100, Seattle, Washington 98104.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Liquidating Trust Agreement.