**Exhibit A**

**WMI Liquidating Trust**
Schedule of Professional Fees Paid
Quarter Ending March 31, 2019

| | | Amount Paid | | |
| | | 01/01/19 - 03/31/19 | | |
| Payee | Period Covered | Fees | Expense | Total |
| --- | --- | --- | --- | --- |
| Alvarez & Marsal | 12/01/2018 - 02/28/2019 | $ 522,813.00 | $ 3,933.39 | $ 526,746.39 |
| Joele Frank, Wilkinson Brimmer Katcher | 02/01/2019 - 02/28/2019 | $ 2,677.50 | $ 816.75 | $ 3,494.25 |
| Kurtzman Carson Consultants LLC | 11/01/2018 - 01/31/2019 | $ 34,119.42 | $ 62,817.78 | $ 96,937.20 |
| Perkins Coie LLP | 11/01/2018 - 12/31/2018 | $ 1,996.00 | $ 247.73 | $ 2,243.73 |
| Proskauer Rose LLP | 11/01/2018 - 01/31/2019 | $ 97,690.00 | $ 1,020.40 | $ 98,710.40 |
| Richards, Layton & Finger P.A. | 10/01/2018 - 01/31/2019 | $ 58,268.50 | $ 4,934.38 | $ 63,202.88 |
| Weil, Gotshal & Manges LLP | 12/01/2018 - 01/31/2019 | $ 254,057.00 | $ 6,190.94 | $ 260,247.94 |
| TAB - Arnie Kastenbaum | 12/01/2018 - 02/28/2019 | $ 10,000.00 | $ - | $ 10,000.00 |
| TAB - Douglas K. Southard | 12/01/2018 - 02/28/2019 | $ 10,000.00 | $ - | $ 10,000.00 |
| TAB - Joe McInnis | 12/01/2018 - 02/28/2019 | $ 10,000.00 | $ - | $ 10,000.00 |
| TAB - Marc S. Kirschner | 12/01/2018 - 02/28/2019 | $ 10,000.00 | $ - | $ 10,000.00 |
| TAB - Matthew Cantor | 12/01/2018 - 02/28/2019 | $ 10,000.00 | $ - | $ 10,000.00 |
| TAB - Michael Willingham | 12/01/2018 - 02/28/2019 | $ 10,000.00 | $ - | $ 10,000.00 |
| TAB - Wells Fargo Bank, N.A. (TAB) | 12/01/2018 - 02/28/2019 | $ 10,000.00 | $ - | $ 10,000.00 |
| | | $ 1,041,621.42 | $ 79,961.37 | $ 1,121,582.79 |