## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-----------------------------------------------------------------x
|  |  |  |
|---|---|---|
| *In re* | : | **Chapter 11** |
|  | : |  |
| **WASHINGTON MUTUAL, INC., et al.,**[1] | : | **Case No. 08-12229 (MFW)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |
|  | : | Related D.I. 12595 |

-----------------------------------------------------------------x

### CERTIFICATION OF COUNSEL REGARDING ORDER OVERRULING FIRST OMNIBUS OBJECTION OF ALICE GRIFFIN WITH RESPECT TO ALLOWED CLAIMS OF MORGAN STANLEY & CO., INCORPORATED, CREDIT SUISSE SECURITIES (USA) LLC, AND GOLDMAN, SACHS & CO., ON BEHALF OF THEMSELVES AND CERTAIN UNDERWRITERS

The undersigned hereby certifies as follows:

1.      On March 22, 2019, Alice Griffin ("Griffin"), a holder of Class 19 WMI Liquidating Trust interests, on behalf of herself and other holders of Class 19 interests, filed the *First Omnibus Objection (Substantive) of Alice Griffin, Class 19 Interest Holder, to Claims (Nos. 3935 and 4045) Allowed Pursuant to a Stipulation Dated March 28, 2013 Between WMI Liquidating Trust and Morgan Stanley & Co., Incorporated, Credit Suisse Securities (USA) LLC, and Goldman, Sachs & Co., on Behalf of Themselves and Certain Underwriters* [D.I. 12595] (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2.      On April 22, 2019, the Court held a hearing (the "Hearing") to consider the relief requested in the Objection and the responses thereto [D.I. 12604, 12605].  The Court overruled the Objection at the Hearing, for the reasons stated on the record.  In accordance with the Court's

---

[1]  The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395).  The principal offices of WMILT, as defined herein, are located at 800 Fifth Avenue, Suite 4100, Seattle, Washington 98104.  Subsequent to the Effective Date, as defined below, WMI Investment Corp. was dissolved in accordance with applicable law.

ruling at the Hearing, counsel to the WMI Liquidating Trust ("WMILT") prepared a proposed form of order, which is attached hereto as **Exhibit A** (the "Proposed Order").

3.      WMILT circulated the Proposed Order to counsel for Griffin, and Griffin consents to the entry of the Proposed Order.

WHEREFORE, WMILT respectfully requests that the Proposed Order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: April 23, 2019
        Wilmington, Delaware

_/s/ Amanda R. Steele_
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701

- and -

PROSKAUER ROSE LLP
Brian S. Rosen
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile:  (212) 969-2900

*Attorneys to the WMI Liquidating Trust*