UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
:
*In re* : Chapter 11
:
WASHINGTON MUTUAL, INC., et al.,[1] : Case No. 08-12229 (MFW)
:
Debtors. : (Jointly Administered)
:
: Related D.I. 12595
------------------------------------------------------------x

**ORDER OVERRULING FIRST OMNIBUS OBJECTION OF ALICE GRIFFIN WITH RESPECT TO ALLOWED CLAIMS OF MORGAN STANLEY & CO., INCORPORATED, CREDIT SUISSE SECURITIES (USA) LLC, AND GOLDMAN, SACHS & CO., ON BEHALF OF THEMSELVES AND CERTAIN UNDERWRITERS**

This matter coming before the Court on the *First Omnibus Objection (Substantive) of Alice Griffin, Class 19 Interest Holder, to Claims (Nos. 3935 and 4045) Allowed Pursuant to a Stipulation Dated March 28, 2013 Between WMI Liquidating Trust and Morgan Stanley & Co., Incorporated, Credit Suisse Securities (USA) LLC, and Goldman, Sachs & Co., on Behalf of Themselves and Certain Underwriters* [D.I. 12595] (the "Objection"); the Court having reviewed the Objection and all responses [D.I. 12604 & 12605] (collectively, the "Responses") thereto; the Court having heard statements of counsel with respect to the Objection and the Responses at a hearing before the Court on April 22, 2019 (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) notice of the Hearing was sufficient under the circumstances; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED:

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395).  The principal offices of WMILT, as defined herein, are located at 800 Fifth Avenue, Suite 4100, Seattle, Washington 98104.  Subsequent to the Effective Date, as defined below, WMI Investment Corp. was dissolved in accordance with applicable law.

RLF1 21142303v.1

1. The Objection is hereby OVERRULED for the reasons stated on the record at the Hearing.

2. The terms and conditions of this Order shall be immediately effective and enforceable upon entry.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

**Dated: April 24th, 2019**
**Wilmington, Delaware**

RLF1 21142303v.1

_____
**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**