## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x

|  |  |  |
|---|---|---|
| *In re* | : | **Chapter 11** |
|  | : |  |
| **WASHINGTON MUTUAL, INC., et al.,**[1] | : |  |
|  | : | **Case No. 08- 12229 (MFW)** |
|  | : |  |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |
|  | : | Re: Docket No. 12608 |

-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | : |
| | : SS. |
| NEW CASTLE COUNTY | : |

      Lynzy McGee, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 17th day of April, 2019, she caused a copy of the following to be served in the manner indicated upon the party on the attached list:

***Notice of Filing of Exhibit "I" to Response of WMI Liquidating Trust to First Omnibus Objection of Alice Griffin with Respect to Allowed Claims of Morgan Stanley & Co., Incorporated, Credit Suisse Securities (USA) LLC, and Goldman, Sachs & Co., on Behalf of Themselves and Certain Underwriters [Docket No. 12608]***

Lynzy McGee, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this _24th_ day of April 2019

Notary Public

*LESLEY A. MORRIS
COMMISSION
EXPIRES
DECEMBER 7, 2020
NOTARY PUBLIC
STATE OF DELAWARE*

---

[1]  The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

# SERVICE LIST

**Via Hand Delivery**

John D. McLaughlin, Jr.
Ciardi Ciardi & Astin
1204 N. King Street
Wilmington, DE 19801