# SIGN-IN SHEET

**CASE NAME:** Washington Mutual, Inc.  
**CASE NUMBER:** 08-12229  
**COURTROOM NUMBER:** 4  
**DATE:** April 22, 2019

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Brian Rosen | Proskauer | WMICT |
| Frank Zarb | " | " |
| Amanda R. Steele | Richards, Layton + Finger | " |
| Benjamin Finestone | Quinn Emanuel | " |
| Daniel Astin | Ciardi Astin | " |
| Jack McLaughlin | Ciardi Astin | " |
| Alice Griffith | Griffith Law | Alice Griffith |
| Bell Baird | Ashby Gedde | Alice Griffith |
| David Cook | " | " |
| Alon Moskovitz | Gibson Dunn | Underwriters |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Mary F. Walrath

Calendar Date: 04/22/2019
Calendar Time: 11:30 AM ET

#4

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 08-12229 | Hearing | 9740980 | John Maciel | (415) 490-2300 ext. | Alvarez & Marsal | Interested Party, WMI Liquidating Trust / LISTEN ONLY |
| | | Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 08-12229 | Hearing | 9740979 | Chad Smith | (206) 922-2963 ext. | WMI Liquidating Trust | Interested Party, WMI Liquidating Trust / LISTEN ONLY |
| | | Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 08-12229 | Hearing | 9741262 | Michael Willingham | (281) 974-6933 ext. | WMI Liquidating Trust | Interested Party, WMI Liquidating Trust / LISTEN ONLY |