UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:
WASHINGTON MUTUAL, INC., et al.,[1]
---------------------------------------------------------------X

Chapter 11
Case No. 08-12229 (MFW)
(Jointly Administered)

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 158(a)(1), Alice Griffin hereby appeals to the United States District Court for the District of Delaware from the April 24, 2019 Order [Docket No. 12619] of the United States Bankruptcy Court for the District of Delaware Overruling First Omnibus Objection of Alice Griffin With Respect to Allowed Claims of Morgan Stanley & Co., Incorporated, Credit Suisse Securities (USA) LLC, and Goldman, Sachs & Co., on Behalf of Themselves and Certain Underwriters (the "Order"). A copy of the Order is attached hereto as Exhibit A.

The names of all parties to the Order, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Counsel to the WMI Liquidating Trust**

Brian S. Rosen
Proskauer Rose LLP
Eleven Times Square
8th Avenue and 41st St
New York, New York 10036-8299
brosen@proskauer.com
Telephone: (212) 969-3000

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, were: (1) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1201 Third Avenue, Suite 3000, Seattle, Washington 98101.

Mark D. Collins
Paul N. Heath
Amanda R. Steele
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
steele@rlf.com
heath@rlf.com
collins@rlf.com
Telephone: (302) 651-7700

Susheel Kirpalani
James C. Tecce
Benjamin Finestone
Quinn, Emanuel Urquhart & Sullivan LLP
52 Madison Avenue
New York, New York 10010
susheelkirpalani@quinnemanuel.com
jamestecce@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
Telephone: (212) 849-7000

**The United States Trustee**

T. Patrick Tinker
Office of the United States Trustee Delaware
844 King St., Ste. 2207
Lockbox 35
Wilmington, Delaware 19801
thomas.p.tinker@usdoj.gov
Telephone: (302) 573-6491

**Underwriters' Counsel**

Michael Rosenthal
Alan Moskowitz
Gibson, Dunn & Crutcher
200 Park Avenue
New York, NY 10166-0193
mrosenthal@gibsondunn.com
amoskowitz@gibsondunn.com
Telephone: (212) 351-5371

William P. Bowden
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
wbowden@ashbygeddes.com
Telephone: (302) 654-1888

**Underwriters**

Eric Grossman, Esq.
Chief Legal Officer
Morgan Stanley
1585 Broadway
New York, New York 10036

General Counsel
Credit Suisse Securities (USA) LLC
11 Madison Avenue
New York, New York 10010

Karen P. Seymour, Esq.
General Counsel
Goldman, Sachs & Co.
200 West Street
New York, New York 10282

General Counsel
UBS Securities LLC
299 Park Avenue
New York, New York 10171

General Counsel
Barclays Capital Inc.
745 7th Avenue
New York, New York 10019

General Counsel
Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005

General Counsel
Citigroup Global Markets Inc.
390 Greenwich Street
New York, New York 10013

General Counsel
Greenwich Capital Markets, Inc.
600 Washington Blvd
Stamford, Connecticut 06830

General Counsel
J.P. Morgan Securities Inc.
277 Park Avenue
New York, New York 10172

General Counsel
Keefe, Bruyette & Woods, Inc.
787 7th Avenue
New York, New York 10019

General Counsel
Cabrera Capital Markets, LLC
10 South LaSalle Street, Suite 1050
Chicago, IL 60603

General Counsel
The Williams Capital Group, L.P.
650 Fifth Avenue, 9th Floor
New York, New York 10019

General Counsel
Bank of America Merrill Lynch
One Bryant Park
New York, New York 10036

J. Kevin McCarthy, Esq.
Senior Executive Vice President and General Counsel
BNY Capital Markets, Inc.
240 Greenwich Street
New York, New York 10286

General Counsel
Ramirez & Co., Inc.
61 Broadway, Suite 2924
New York, New York 10006

Dated:   April 29, 2019
         New York, New York

/s/ Alice Griffin
_____
Alice Griffin
121 East 12th Street, #7C
New York, NY 10003
Tel.: 646-337-3577
griffincounselpc@earthlink.net

*Appellant pro se*

# <u>Exhibit A</u>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
:
*In re* : Chapter 11
:
**WASHINGTON MUTUAL, INC., et al.,**[1] : Case No. 08-12229 (MFW)
:
Debtors. : (Jointly Administered)
:
: Related D.I. 12595
:
------------------------------------------------------------x

**ORDER OVERRULING FIRST OMNIBUS OBJECTION OF ALICE GRIFFIN WITH RESPECT TO ALLOWED CLAIMS OF MORGAN STANLEY & CO., INCORPORATED, CREDIT SUISSE SECURITIES (USA) LLC, AND GOLDMAN, SACHS & CO., ON BEHALF OF THEMSELVES AND CERTAIN UNDERWRITERS**

This matter coming before the Court on the *First Omnibus Objection (Substantive) of Alice Griffin, Class 19 Interest Holder, to Claims (Nos. 3935 and 4045) Allowed Pursuant to a Stipulation Dated March 28, 2013 Between WMI Liquidating Trust and Morgan Stanley & Co., Incorporated, Credit Suisse Securities (USA) LLC, and Goldman, Sachs & Co., on Behalf of Themselves and Certain Underwriters* [D.I. 12595] (the "Objection"); the Court having reviewed the Objection and all responses [D.I. 12604 & 12605] (collectively, the "Responses") thereto; the Court having heard statements of counsel with respect to the Objection and the Responses at a hearing before the Court on April 22, 2019 (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) notice of the Hearing was sufficient under the circumstances; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED:

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The principal offices of WMILT, as defined herein, are located at 800 Fifth Avenue, Suite 4100, Seattle, Washington 98104. Subsequent to the Effective Date, as defined below, WMI Investment Corp. was dissolved in accordance with applicable law.

RLF1 21142303v.1



1. The Objection is hereby OVERRULED for the reasons stated on the record at the Hearing.

2. The terms and conditions of this Order shall be immediately effective and enforceable upon entry.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

Dated: April 24th, 2019
Wilmington, Delaware

RLF1 21142303v.1

2

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

I, Alice Griffin, hereby certify that on April 29, 2019, I caused a copy of the foregoing *Notice of Appeal* to be served on the attached service list in the manner indicated.

*/s/ Alice Griffin*
_____

## SERVICE LIST

### Via First-Class Mail and Email

Proskauer Rose LLP
Brian S Rosen
Eleven Times Square
8th Avenue and 41st St
New York, New York 10036-8299
brosen@proskauer.com

Amanda R. Steele
Paul N. Heath
Mark D Collins
Richards Layton & Finger PA
One Rodney Square
920 N King Street
Wilmington, Delaware 19801
steele@rlf.com
heath@rlf.com
collins@rlf.com

T. Patrick Tinker
Office of the United States Trustee Delaware
844 King St., Ste. 2207
Lockbox 35
Wilmington, Delaware 19801
thomas.p.tinker@usdoj.gov

Susheel Kirpalani
James C. Tecce
Benjamin Finestone
Quinn, Emanuel Urquhart & Sullivan LLP
52 Madison Avenue
New York, New York 10010
susheelkirpalani@quinnemanuel.com
jamestecce@quinnemanuel.com
benjaminfinestone@quinnemanuel.com

Michael Rosenthal
Gibson, Dunn & Crutcher
200 Park Avenue
New York, NY 10166-0193
mrosenthal@gibsondunn.com

William P. Bowden
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Telephone: (302) 654-1888

**Via First-Class Mail**

Eric Grossman, Esq.
Chief Legal Officer
Morgan Stanley
1585 Broadway
New York, New York 10036

General Counsel
Credit Suisse Securities (USA) LLC
11 Madison Avenue
New York, New York 10010

Karen P. Seymour, Esq.
General Counsel
Goldman, Sachs & Co.
200 West Street
New York, New York 10282

General Counsel
UBS Securities LLC
299 Park Avenue
New York, New York 10171

General Counsel
Barclays Capital Inc.
745 7th Avenue
New York, New York 10019

General Counsel
Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005

General Counsel
Citigroup Global Markets Inc.
390 Greenwich Street
New York, New York 10013

General Counsel
Greenwich Capital Markets, Inc.
600 Washington Blvd.
Stamford, Connecticut 06830

General Counsel
J.P. Morgan Securities Inc.
277 Park Avenue
New York, New York 10172

General Counsel
Keefe, Bruyette & Woods, Inc.
787 7th Avenue
New York, New York 10019

General Counsel
Cabrera Capital Markets, LLC
10 South LaSalle Street, Suite 1050
Chicago, IL 60603

General Counsel
The Williams Capital Group, L.P.
650 Fifth Avenue, 9th Floor
New York, New York 10019

General Counsel
Bank of America Merrill Lynch
One Bryant Park
New York, New York 10036

J. Kevin McCarthy, Esq.
Senior Executive Vice President and General Counsel
BNY Capital Markets, Inc.
240 Greenwich Street
New York, New York 10286
United States

General Counsel
Ramirez & Co., Inc.
61 Broadway, Suite 2924
New York, New York 10006