UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X   Chapter 11
                                                                                 :   Case No. 08-12229 (MFW)
In re:                                                   :   (Jointly Administered)
                                                                               :
WASHINGTON MUTUAL, INC., et al.,[1]    :
                                                                               :
------------------------------------------------------------X

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 158(a)(1), Alice Griffin hereby appeals to the United States District Court for the District of Delaware from the April 24, 2019 Order [Docket No. 12619] of the United States Bankruptcy Court for the District of Delaware Overruling First Omnibus Objection of Alice Griffin With Respect to Allowed Claims of Morgan Stanley & Co., Incorporated, Credit Suisse Securities (USA) LLC, and Goldman, Sachs & Co., on Behalf of Themselves and Certain Underwriters (the "Order"). A copy of the Order is attached hereto as Exhibit A.

The names of all parties to the Order, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Counsel to the WMI Liquidating Trust**

Brian S. Rosen
Proskauer Rose LLP
Eleven Times Square
8th Avenue and 41st St
New York, New York 10036-8299
brosen@proskauer.com
Telephone: (212) 969-3000

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, were: (1) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1201 Third Avenue, Suite 3000, Seattle, Washington 98101.

Mark D. Collins
Paul N. Heath
Amanda R. Steele
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
steele@rlf.com
heath@rlf.com
collins@rlf.com
Telephone: (302) 651-7700

Susheel Kirpalani
James C. Tecce
Benjamin Finestone
Quinn, Emanuel Urquhart & Sullivan LLP
52 Madison Avenue
New York, New York 10010
susheelkirpalani@quinnemanuel.com
jamestecce@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
Telephone: (212) 849-7000

**The United States Trustee**

T. Patrick Tinker
Office of the United States Trustee Delaware
844 King St., Ste. 2207
Lockbox 35
Wilmington, Delaware 19801
thomas.p.tinker@usdoj.gov
Telephone: (302) 573-6491

**Underwriters' Counsel**

Michael Rosenthal
Alan Moskowitz
Gibson, Dunn & Crutcher
200 Park Avenue
New York, NY 10166-0193
mrosenthal@gibsondunn.com
amoskowitz@gibsondunn.com
Telephone: (212) 351-5371

William P. Bowden
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
wbowden@ashbygeddes.com
Telephone: (302) 654-1888

**Underwriters**

Eric Grossman, Esq.
Chief Legal Officer
Morgan Stanley
1585 Broadway
New York, New York 10036

General Counsel
Credit Suisse Securities (USA) LLC
11 Madison Avenue
New York, New York 10010

Karen P. Seymour, Esq.
General Counsel
Goldman, Sachs & Co.
200 West Street
New York, New York 10282

General Counsel
UBS Securities LLC
299 Park Avenue
New York, New York 10171

General Counsel
Barclays Capital Inc.
745 7th Avenue
New York, New York 10019

General Counsel
Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005

General Counsel
Citigroup Global Markets Inc.
390 Greenwich Street
New York, New York 10013

General Counsel
Greenwich Capital Markets, Inc.
600 Washington Blvd
Stamford, Connecticut 06830

General Counsel
J.P. Morgan Securities Inc.
277 Park Avenue
New York, New York 10172

General Counsel
Keefe, Bruyette & Woods, Inc.
787 7th Avenue
New York, New York 10019

General Counsel
Cabrera Capital Markets, LLC
10 South LaSalle Street, Suite 1050
Chicago, IL 60603

General Counsel
The Williams Capital Group, L.P.
650 Fifth Avenue, 9th Floor
New York, New York 10019

General Counsel
Bank of America Merrill Lynch
One Bryant Park
New York, New York 10036

J. Kevin McCarthy, Esq.
Senior Executive Vice President and General Counsel
BNY Capital Markets, Inc.
240 Greenwich Street
New York, New York 10286

General Counsel
Ramirez & Co., Inc.
61 Broadway, Suite 2924
New York, New York 10006

Dated:   April 29, 2019
         New York, New York

*/s/ Alice Griffin*

_____
Alice Griffin
121 East 12th Street, #7C
New York, NY 10003
Tel.: 646-337-3577
griffincounselpc@earthlink.net

*Appellant pro se*