# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: JasonSp | Date Created: 4/29/2019 |
| Case: 08−12229−MFW | Form ID: van440 | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| aty | Amanda R. Steele | Richards, Layton and Finger | 920 N. King Street | Wilmington, DE 19801 |
| aty | Mark D. Collins | Richards, Layton & Finger, P.A. | One Rodney Square | 920 North King Street    Wilmington, DE 19801 |
| aty | Paul Noble Heath | Richards, Layton & Finger | One Rodney Square | 920 North King Street    Wilmington, DE 19801 |

TOTAL: 3