#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| WASHINGTON MUTUAL, INC., *et al.*, | : Case No. 08-12229 (MFW) |
| | : |
| Debtors | : |
| | : |

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Ciardi Ciardi & Astin, Daniel K. Astin, Walter W. Gouldsbury, III and John D. McLaughlin, Jr. hereby withdraws their appearances as Counsel to Alice Griffin and request that they be removed from all service and/or notice lists in connection with the above-captioned cases.

Dated: *April 29, 2019*         CIARDI CIARDI & ASTIN

*/s/ John D. McLaughlin, Jr.*

Daniel K. Astin (No. 4068)
John D. McLaughlin, Jr. (No. 4123)
1204 N. King Street
Wilmington, Delaware 19801
Tel: (302) 658-1100
Fax: (302) 658-1300 facsimile
jmclaughlin@ciardilaw.com

*Counsel to Alice Griffin*