# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on **April 29, 2019**, I caused to be served a copy of the foregoing document(s) upon the parties identified on the attached service list by first class United States mail, postage pre-paid.

*/s/ John D. McLaughlin, Jr.*
_____
John D. McLaughlin, Jr. (No. 4123)

## SERVICE LIST

Proskauer Rose LLP
Brian S Rosen
Eleven Times Square
8th Avenue and 41st St
New York, New York 10036-8299

Weil Gotshal & Manges LLP
John P Mastando
767 Fifth Avenue
New York, New York 10153

Paul N. Heath
Richards Layton & Finger PA
One Rodney Square
920 N King Street
Wilmington, Delaware 19801

Amanda R. Steele
Richards Layton & Finger PA One Rodney Square
920 N King St
Wilmington, Delaware 19801

Mark D. Collins
Richards Layton & Finger PA
One Rodney Square
920 N King St
Wilmington, Delaware 19801

T. Patrick Tinker
Office of the United States Trustee Delaware
844 King St Ste 2207
Lockbox 35
Wilmington, Delaware 19801

William E. Chipman, Jr.
Cousins Chipman & Brown, LLP
1007 North Orange Street,
Suite 1110
Wilmington, Delaware 19801

Susheel Kirpalani
James C. Teece
Benjamin Finestone
Quinn, Emanuel Urquhart & Sullivan LLP
52 Madison Avenue
New York, New York 10010

Rafael X. Zahralddin-Arvena
Shelley A. Kinsella
Elliott Greenleaf
1105 North Market Street,
Suite 1700
Wilmington, Delaware 19801

Michael Rosenthal
Gibson, Dunn & Crutcher
200 Park Avenue
New York, NY 10166-0193

Eric Grossman, Esq.
Chief Legal Officer
Morgan Stanley
1585 Broadway
New York, New York 10036

General Counsel
Credit Suisse Securities (USA) LLC
11 Madison Avenue
New York, New York 10010

Karen P. Seymour, Esq.
General Counsel
Goldman, Sachs & Co.
200 West Street
New York, New York 10282

General Counsel UBS Securities LLC
299 Park Avenue
New York, New York 10171

General Counsel Barclays Capital Inc.
745 - 7th Avenue
New York, New York 10019

General Counsel
Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005

General Counsel
Citigroup Global Markets Inc.
390 Greenwich Street
New York, New York 10013

General Counsel
Greenwich Capital Markets, Inc.
600 Washington Blvd
Stamford, Connecticut 06830

General Counsel
J.P. Morgan Securities Inc.
277 Park Avenue
New York, New York 10172

General Counsel
Keefe, Bruyette & Woods, Inc.
787 - 7th Avenue
New York, New York 10019

General Counsel
Cabrera Capital Markets LLC
10 South LaSalle Street, Suite 1050
Chicago, IL 60603

General Counsel
The Williams Capital Group, L.P.
650 Fifth Avenue, 9th Floor
New York, New York 10019

General Counsel
Bank of America Merrill Lynch
One Bryant Park
New York, New York 10036

J. Kevin McCarthy, Esq.
Senior Executive Vice President and General Counsel
BNY York Capital Markets, Inc.
240 Greenwich Street
New York, New York 10286

General Counsel Ramirez & Co., Inc.
61 Broadway,
Suite 2924
New York, New York 10006