IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| **WASHINGTON MUTUAL, INC., et al.,**[1] | : | |
| | : | Case No. 08- 12229 (MFW) |
| Debtors. | : | (Jointly Administered) |
| | : | Re: Docket No. 12630 |

---

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   :
                    : SS.
NEW CASTLE COUNTY   :

Ann Jerominski, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 30th day of April, 2019, she caused a copy of the following to be served in the manner indicated upon the party on the attached list:

*Post-Confirmation Report for the Reporting Period January 1, 2019 through March 31, 2019 [Docket No. 12630]*

Ann Jerominski, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 1st day of May, 2019.

Notary Public

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

RLF1 20735833v.1

## SERVICE LIST

**Via Hand Delivery**

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801