# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**                                                     **Case No.:**08–12229–MFW

Washington Mutual, Inc.

                                                                **Chapter:**11


### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.


_Una O'Boyle_

Una O'Boyle, Clerk of Court

Date: 4/29/19
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                          Case No. 08-12229-MFW
Washington Mutual, Inc.                                         Chapter 11
Joshua R. Hochberg, the Examiner
     Debtors

## CERTIFICATE OF NOTICE

District/off: 0311-1          User: JasonSp          Page 1 of 23          Date Rcvd: Apr 29, 2019
                             Form ID: van440         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
aty          +Amanda R. Steele,   Richards, Layton and Finger,   920 N. King Street,
              Wilmington, DE 19801-3301
aty          +Mark D. Collins,   Richards, Layton & Finger, P.A.,   One Rodney Square,
              920 North King Street,   Wilmington, DE 19801-3300
aty          +Paul Noble Heath,   Richards, Layton & Finger,   One Rodney Square,   920 North King Street,
              Wilmington, DE 19801-3300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                          Signature:   /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2019 at the address(es) listed below:
          Aaron C Baker   on behalf of Defendant John P. McMurray acb@pgslaw.com
          Aaron C Baker   on behalf of Defendant Radha  Thompson acb@pgslaw.com
          Aaron C Baker   on behalf of Cross-Claimant Radha  Thompson acb@pgslaw.com
          Aaron C Baker   on behalf of Cross-Claimant Ann  Tierney acb@pgslaw.com
          Aaron C Baker   on behalf of Cross-Claimant David  Schneider acb@pgslaw.com
          Aaron C Baker   on behalf of Defendant Genevieve  Smith acb@pgslaw.com
          Aaron C Baker   on behalf of Defendant Todd H. Baker acb@pgslaw.com
          Aaron C Baker   on behalf of Defendant Anthony Joseph Bozzuti acb@pgslaw.com
          Aaron C Baker   on behalf of Defendant Ann  Tierney acb@pgslaw.com
          Aaron C Baker   on behalf of Defendant Thomas W. Casey acb@pgslaw.com
          Aaron C Baker   on behalf of Cross-Claimant Thomas E. Morgan acb@pgslaw.com
          Aaron C Baker   on behalf of Defendant Sean  Becketti acb@pgslaw.com
          Aaron C Baker   on behalf of Defendant Rajiv  Kapoor acb@pgslaw.com
          Aaron C Baker   on behalf of Defendant Stephen J. Rotella acb@pgslaw.com
          Aaron C Baker   on behalf of Defendant Thomas E. Morgan acb@pgslaw.com
          Aaron C Baker   on behalf of Defendant Robert J. Williams, Jr. acb@pgslaw.com
          Aaron C Baker   on behalf of Defendant Marc  Malone acb@pgslaw.com
          Aaron C Baker   on behalf of Defendant Debora D. Horvath acb@pgslaw.com
          Aaron C Baker   on behalf of Cross-Claimant Debora  Horvath acb@pgslaw.com
          Aaron C Baker   on behalf of Defendant Alfred  Brooks acb@pgslaw.com
          Aaron C Baker   on behalf of Cross-Claimant Robert J. Williams, Jr. acb@pgslaw.com
          Aaron C Baker   on behalf of Defendant David  Schneider acb@pgslaw.com
          Adam G. Landis   on behalf of Interested Party   JPMC Wind Investment LLC landis@lrclaw.com,
              brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Adam G. Landis   on behalf of Defendant   JPMorgan Chase Bank, N.A. landis@lrclaw.com,
              brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Adam G. Landis   on behalf of Defendant   JP Morgan Chase Bank, National Association
              landis@lrclaw.com,  brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Adam G. Landis   on behalf of Interested Party   JPMorgan Chase Bank, National Association
              landis@lrclaw.com,  brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Adam G. Landis   on behalf of Plaintiff   JPMorgan Chase Bank, National Association
              landis@lrclaw.com,  brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Adam G. Landis   on behalf of Interested Party   JPMorgan Chase & Co. landis@lrclaw.com,
              brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Adam G. Landis   on behalf of Interested Party   JPMC Wind Investment Portfolio LLC
              landis@lrclaw.com,  brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Alan D Smith    on behalf of Creditor Orin C. Smith adsmith@perkinscoie.com,
              vbarei@perkinscoie.com;docketsea@perkinscoie.com;al-smith-9439@ecf.pacerpro.com;tmayhew@perkinsco
              ie.com
            Alan D Smith    on behalf of Creditor Stephen E. Frank adsmith@perkinscoie.com,
              vbarei@perkinscoie.com;docketsea@perkinscoie.com;al-smith-9439@ecf.pacerpro.com;tmayhew@perkinsco
              ie.com
            Alan D Smith    on behalf of Creditor James H. Stever adsmith@perkinscoie.com,
              vbarei@perkinscoie.com;docketsea@perkinscoie.com;al-smith-9439@ecf.pacerpro.com;tmayhew@perkinsco
              ie.com
            Alan D Smith    on behalf of Creditor Charles M. Lillis adsmith@perkinscoie.com,
              vbarei@perkinscoie.com;docketsea@perkinscoie.com;al-smith-9439@ecf.pacerpro.com;tmayhew@perkinsco
              ie.com
            Alan D Smith    on behalf of Creditor Stephen I. Chazen adsmith@perkinscoie.com,
              vbarei@perkinscoie.com;docketsea@perkinscoie.com;al-smith-9439@ecf.pacerpro.com;tmayhew@perkinsco
              ie.com
            Alan D Smith    on behalf of Creditor Phillip D. Matthews adsmith@perkinscoie.com,
              vbarei@perkinscoie.com;docketsea@perkinscoie.com;al-smith-9439@ecf.pacerpro.com;tmayhew@perkinsco
              ie.com
            Alan D Smith    on behalf of Creditor William G. Reed, Jr. adsmith@perkinscoie.com,
              vbarei@perkinscoie.com;docketsea@perkinscoie.com;al-smith-9439@ecf.pacerpro.com;tmayhew@perkinsco
              ie.com
            Alan D Smith    on behalf of Creditor Thomas C. Leppert adsmith@perkinscoie.com,
              vbarei@perkinscoie.com;docketsea@perkinscoie.com;al-smith-9439@ecf.pacerpro.com;tmayhew@perkinsco
              ie.com
            Alan D Smith    on behalf of Creditor Margaret  Osmer-McQuade adsmith@perkinscoie.com,
              vbarei@perkinscoie.com;docketsea@perkinscoie.com;al-smith-9439@ecf.pacerpro.com;tmayhew@perkinsco
              ie.com
            Alan D Smith    on behalf of Creditor Willis B. Wood, Jr. adsmith@perkinscoie.com,
              vbarei@perkinscoie.com;docketsea@perkinscoie.com;al-smith-9439@ecf.pacerpro.com;tmayhew@perkinsco
              ie.com
            Alan D Smith    on behalf of Creditor Anne V. Farrell adsmith@perkinscoie.com,
              vbarei@perkinscoie.com;docketsea@perkinscoie.com;al-smith-9439@ecf.pacerpro.com;tmayhew@perkinsco
              ie.com
            Alan D Smith    on behalf of Creditor Mary E. Pugh adsmith@perkinscoie.com,
              vbarei@perkinscoie.com;docketsea@perkinscoie.com;al-smith-9439@ecf.pacerpro.com;tmayhew@perkinsco
              ie.com
            Alan D Smith    on behalf of Creditor Regina T. Montoya adsmith@perkinscoie.com,
              vbarei@perkinscoie.com;docketsea@perkinscoie.com;al-smith-9439@ecf.pacerpro.com;tmayhew@perkinsco
              ie.com
            Alan D Smith    on behalf of Creditor Michael K. Murphy adsmith@perkinscoie.com,
              vbarei@perkinscoie.com;docketsea@perkinscoie.com;al-smith-9439@ecf.pacerpro.com;tmayhew@perkinsco
              ie.com
            Alan D. Halperin    on behalf of Interested Party   Normandy Hill Capital L.P. lgu@halperinlaw.net
            Alan R. Glickman    on behalf of Interested Party   Owl Creek Asset Management LP
              alan.glickman@srz.com,
              evan.melluzzo@srz.com;courtfilings@srz.com;ecf-1822127e5d6b@ecf.pacerpro.com
            Albert Kass    on behalf of Interested Party   Kurtzman Carson Consultants LLC
              ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
            Albert Kass    ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
            Albert  Kass    on behalf of Claims Agent   Kurtzman Carson Consultants LLC
              ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
            Alice  Griffin    on behalf of Interested Party Alice  Griffin alicegriffin@mindspring.com
            Amanda R. Steele    on behalf of Plaintiff   WMI Liquidating Trust steele@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Amanda R. Steele    on behalf of Liquidating Trust   WMI Liquidating Trust steele@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Amanda R. Steele    on behalf of Defendant   Washington Mutual, Inc. steele@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Amanda R. Steele    on behalf of Debtor   Washington Mutual, Inc. steele@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Amanda R. Steele    on behalf of Creditor Foad  Said steele@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Amanda Winfree Herrmann    on behalf of Creditor   Brandes Investment Partner, L.P.
              aherrmann@ashby-geddes.com
            Amanda Winfree Herrmann    on behalf of Interested Party   Official Committee of Equity Holders
              aherrmann@ashby-geddes.com
            Amanda Winfree Herrmann    on behalf of Creditor   CB Richard Ellis, Inc and CB Richard Ellis
              Services, Inc aherrmann@ashby-geddes.com
            Amy Elizabeth Evans    on behalf of Creditor   Doral Bank Puerto Rico aevans@crosslaw.com
            Amy Elizabeth Evans    on behalf of Creditor   Boilermakers National Annuity Trust
              aevans@crosslaw.com
            Amy Elizabeth Evans    on behalf of Creditor   Policemen's Annuity and Benefit Fund of the City of
              Chicago aevans@crosslaw.com
            Andrew  Dean    on behalf of Liquidating Trust   WMI Liquidating Trust rbgroup@rlf.com,
              ann-jerominski-2390@ecf.pacerpro.com
            Andrew  Dean    on behalf of Plaintiff   WMI Liquidating Trust rbgroup@rlf.com,
              ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

         Andrew I. Silfen    on behalf of Interested Party    Wilmington Trust Company, Trustee
         silfen.andrew@arentfox.com,
         hirsh.robert@arentfox.com;beth.brownstein@arentfox.com;jackson.toof@arentfox.com;lisa.indelicato@
         arentfox.com;andy.kong@arentfox.com;jordana.renert@arentfox.com;Phillip.khezri@arentfox.com
         Angelina E. Lim    on behalf of Interested Party    Nationwide Title Clearing, Inc.
         angelinal@jpfirm.com, barbarab@jpfirm.com;minervag@jpfirm.com
         Ann C. Cordo    on behalf of Creditor    AT&T Corp. Annie.Cordo@state.de.us
         Arlene Rene Alves    on behalf of Creditor    Wilmington Trust Company alves@sewkis.com
         Arlene Rene Alves    on behalf of Interested Party    Wilmington Trust Company, Trustee
         alves@sewkis.com
         Arthur  Steinberg    on behalf of Plaintiff    Nantahala Capital Partners, LP asteinberg@kslaw.com,
         jcmccullough@kslaw.com
         Arthur  Steinberg    on behalf of Plaintiff    Blackwell Capital Partners, LLC asteinberg@kslaw.com,
         jcmccullough@kslaw.com
         Arthur  Steinberg    on behalf of Creditor    Nantahala Capital Partners, LP asteinberg@kslaw.com,
         jcmccullough@kslaw.com
         Ashley Doherty    on behalf of Witness    FDIC-Corporate adoherty@fdic.gov
         Benjamin W. Keenan    on behalf of Interested Party    Official Committee of Equity Holders
         bkeenan@ashbygeddes.com, bkeenan@ashbygeddes.com
         Bernard George Conaway    on behalf of Plaintiff    Paige Opportunity Partners LP
         bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Counter-Defendant    Greywolf Overseas Fund
         bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Counter-Defendant    Nisswa Fixed Income Master Fund Ltd.:
         c/o Pine River Capital Management L.P. bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Counter-Defendant    Whitebox Special Opportunities Fund LP,
         Series B bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Plaintiff    Guggenheim Portfolio Company VII, LLC
         bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Plaintiff    Scoggin Capital Management II LLC
         bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Plaintiff    Nisswa Master Fund Ltd.: c/o Pine River Capital
         Management L.P. bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Plaintiff    Whitebox Hedged High Yield Partners, LP
         bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Counter-Defendant    Pandora Select Partners, LP
         bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Counter-Defendant    IAM Mini-Fund 14 Limited
         bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Plaintiff    Black Horse Capital (QP) LP
         bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Counter-Defendant    Scoggin Worldwide Fund Ltd.
         bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Plaintiff    Visium Global Master Fund, Ltd.
         bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Plaintiff    HFR RVA Combined Master Trust
         bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Plaintiff    VR Global Partners, L.P.: c/o Admiral
         Administration Ltd. bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Counter-Defendant    LMA SPC c/o Pine River Capital
         Management L.P. bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Interested Party    Trust Preferred Holders
         bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Counter-Defendant    Paige Opportunity Partners LP
         bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Plaintiff    Whitebox Special Opportunities Fund LP, Series
         B bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Plaintiff    Riva Ridge Master Fund, Ltd.: c/o Riva Ridge
         Capital Management LP bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Plaintiff    LMA SPC c/o Pine River Capital Management L.P.
         bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Plaintiff    Nisswa Fixed Income Master Fund Ltd.: c/o Pine
         River Capital Management L.P. bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Counter-Defendant    Black Horse Capital (QP) LP
         bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Counter-Defendant    VR Global Partners, L.P.: c/o Admiral
         Administration Ltd. bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Counter-Defendant    Nisswa Convertibles Master Fund Ltd.:
         c/o Pine River Capital Management L.P. bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Plaintiff    Whitebox Convertible Arbitrage Partners, LP
         bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Counter-Defendant    Mariner LDC: c/o Riva Ridge Capital
         Management LP bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Counter-Defendant    Riva Ridge Master Fund, Ltd.: c/o Riva
         Ridge Capital Management LP bgc@conaway-legal.com
         Bernard George Conaway    on behalf of Counter-Defendant    Nisswa Master Fund Ltd.: c/o Pine River
         Capital Management L.P. bgc@conaway-legal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Bernard George Conaway    on behalf of Plaintiff    Black Horse Capital Master Fund Ltd
                      bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Plaintiff    Scoggin International Fund Ltd.
                      bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Counter-Defendant    Paige Opportunity Partners Master Fund
                      bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Counter-Defendant    Pines Edge Value Investors Ltd.: c/o
                      Pine River Capital Management L.P. bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Counter-Defendant    Whitebox Hedged High Yield Partners, LP
                      bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Plaintiff    Whitebox Combined Partners, LP
                      bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Plaintiff    Riva Ridge Capital Management LP
                      bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Plaintiff    Niswa Convertibles Master Fund Ltd.: c/o Pine
                      River Capital Management L.P. bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Plaintiff    Whitebox Asymmetric Partners LP
                      bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Plaintiff    Paige Opportunity Partners Master Fund
                      bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Plaintiff    Scoggin Worldwide Fund Ltd.
                      bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Plaintiff    Pandora Select Partners, LP
                      bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Counter-Defendant    Whitebox Asymmetric Partners LP
                      bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Counter-Defendant    Riva Ridge Capital Management LP
                      bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Plaintiff    Pines Edge Value Investors Ltd.: c/o Pine River
                      Capital Management L.P. bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Counter-Defendant    HFR RVA Combined Master Trust
                      bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Counter-Defendant    Whitebox Combined Partners, LP
                      bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Plaintiff    Greywolf Overseas Fund bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Counter-Defendant    Scoggin Capital Management II LLC
                      bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Plaintiff    IAM Mini-Fund 14 Limited bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Plaintiff    Lonestar Partners LP bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Counter-Defendant    Lonestar Partners LP
                      bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Counter-Defendant    Greywolf Capital Partners II
                      bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Counter-Defendant    Whitebox Convertible Arbitrage Partners,
                      LP bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Plaintiff    Mariner LDC: c/o Riva Ridge Capital Management
                      LP bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Plaintiff    Greywolf Capital Partners II
                      bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Interested Party    TPS Group bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Counter-Defendant    Guggenheim Portfolio Company VII, LLC
                      bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Counter-Defendant    Visium Global Master Fund, Ltd.
                      bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Counter-Defendant    Scoggin International Fund Ltd.
                      bgc@conaway-legal.com
              Bernard George Conaway    on behalf of Counter-Defendant    Black Horse Capital Master Fund Ltd
                      bgc@conaway-legal.com
              Bonnie Glantz Fatell    on behalf of Interested Party    Plan Participants fatell@blankrome.com,
                      moody@ecf.inforuptcy.com;moody@blankrome.com
              Bradford J. Sandler    on behalf of Interested Party    Official Committee of Equity Security
                      Holders bsandler@pszjlaw.com
              Brent J. McIntosh    on behalf of Interested Party    JPMorgan Chase Bank, National Association
                      mcintoshb@sullcrom.com, s&cmanagingclerk@sullcrom.com
              Brett D. Fallon    on behalf of Creditor    ADT Security Services, Inc. bfallon@morrisjames.com,
                      wweller@morrisjames.com;jdawson@morrisjames.com
              Brett D. Fallon    on behalf of Creditor    Old Republic Insurance Company bfallon@morrisjames.com,
                      wweller@morrisjames.com;jdawson@morrisjames.com
              Brett D. Fallon    on behalf of Interested Party    Zurich American Insurance Company
                      bfallon@morrisjames.com,    wweller@morrisjames.com;jdawson@morrisjames.com
              Brian A. Jennings    on behalf of Creditor Stephen I. Chazen bjennings@perkinscoie.com,
                      adsmith@perkinscoie.com/mlmaag@perkinscoie.com
              Brian A. Jennings    on behalf of Creditor Phillip D. Matthews bjennings@perkinscoie.com,
                      adsmith@perkinscoie.com/mlmaag@perkinscoie.com
              Brian A. Jennings    on behalf of Creditor Margaret  Osmer-McQuade bjennings@perkinscoie.com,
                      adsmith@perkinscoie.com/mlmaag@perkinscoie.com
              Brian A. Jennings    on behalf of Creditor James H. Stever bjennings@perkinscoie.com,
                      adsmith@perkinscoie.com/mlmaag@perkinscoie.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Brian A. Jennings    on behalf of Creditor Orin C. Smith bjennings@perkinscoie.com,
               adsmith@perkinscoie.com;mlmaag@perkinscoie.com
             Brian A. Jennings    on behalf of Creditor Mary E. Pugh bjennings@perkinscoie.com,
               adsmith@perkinscoie.com;mlmaag@perkinscoie.com
             Brian A. Jennings    on behalf of Creditor Stephen E. Frank bjennings@perkinscoie.com,
               adsmith@perkinscoie.com;mlmaag@perkinscoie.com
             Brian A. Jennings    on behalf of Creditor Thomas C. Leppert bjennings@perkinscoie.com,
               adsmith@perkinscoie.com;mlmaag@perkinscoie.com
             Brian A. Jennings    on behalf of Creditor Regina T. Montoya bjennings@perkinscoie.com,
               adsmith@perkinscoie.com;mlmaag@perkinscoie.com
             Brian A. Jennings    on behalf of Creditor William G. Reed, Jr. bjennings@perkinscoie.com,
               adsmith@perkinscoie.com;mlmaag@perkinscoie.com
             Brian A. Jennings    on behalf of Creditor Michael K. Murphy bjennings@perkinscoie.com,
               adsmith@perkinscoie.com;mlmaag@perkinscoie.com
             Brian A. Jennings    on behalf of Creditor Anne V. Farrell bjennings@perkinscoie.com,
               adsmith@perkinscoie.com;mlmaag@perkinscoie.com
             Brian A. Jennings    on behalf of Creditor Charles M. Lillis bjennings@perkinscoie.com,
               adsmith@perkinscoie.com;mlmaag@perkinscoie.com
             Brian A. Jennings    on behalf of Creditor Willis B. Wood, Jr. bjennings@perkinscoie.com,
               adsmith@perkinscoie.com;mlmaag@perkinscoie.com
             Brian D. Long    on behalf of Interested Party Denise  Cassese bdl@rigrodskylong.com,
               nrw@rigrodskylong.com;em@rigrodskylong.com;le@rigrodskylong.com;gs@rigrodskylong.com
             Brian D. Long    on behalf of Interested Party George  Rush bdl@rigrodskylong.com,
               nrw@rigrodskylong.com;em@rigrodskylong.com;le@rigrodskylong.com;gs@rigrodskylong.com
             Brian D. Long    on behalf of Interested Party Richard  Schroer bdl@rigrodskylong.com,
               nrw@rigrodskylong.com;em@rigrodskylong.com;le@rigrodskylong.com;gs@rigrodskylong.com
             Brian D. Pfeiffer    on behalf of Interested Party   Owl Creek Asset Management LP
               brian.pfeiffer@srz.com
             Brian L. Arban    on behalf of Intervenor-Plaintiff   Nantahala Capital Partners, LP
               arban@teamrosner.com,   rosner@teamrosner.com
             Brian L. Arban    on behalf of Plaintiff   Blackwell Capital Partners, LLC arban@teamrosner.com,
               rosner@teamrosner.com
             Brian L. Arban    on behalf of Intervenor-Plaintiff   Blackwell Capital Partners, LLC
               arban@teamrosner.com,   rosner@teamrosner.com
             Brian L. Arban    on behalf of Creditor   Blackwell Partners, LP arban@teamrosner.com,
               rosner@teamrosner.com
             Brian L. Arban    on behalf of Plaintiff   Broadbill Investment Corp. arban@teamrosner.com,
               rosner@teamrosner.com
             Brian L. Arban    on behalf of Creditor   Blackwell Capital Partners, LLC arban@teamrosner.com,
               rosner@teamrosner.com
             Brian L. Arban    on behalf of Creditor   Nantahala Capital Partners, LP arban@teamrosner.com,
               rosner@teamrosner.com
             Brian L. Arban    on behalf of Plaintiff   Nantahala Capital Partners, LP arban@teamrosner.com,
               rosner@teamrosner.com
             Brian S. Rosen    on behalf of Plaintiff   WMI Liquidating Trust brian.rosen@weil.com,
               rahul.sharma@weil.com;erica.coleman@weil.com;nicole.oloumi@weil.com;marvin.mills@weil.com;amy.wol
               per@weil.com;nelly.almeida@weil.com;gabriel.morgan@weil.com;christopher.linden@weil.com;candace.a
               rthur@weil.com;Andriana.Mavidis@weil.com
             Brian S. Rosen    on behalf of Counter-Defendant   WMI Liquidating Trust brian.rosen@weil.com,
               rahul.sharma@weil.com;erica.coleman@weil.com;nicole.oloumi@weil.com;marvin.mills@weil.com;amy.wol
               per@weil.com;nelly.almeida@weil.com;gabriel.morgan@weil.com;christopher.linden@weil.com;candace.a
               rthur@weil.com;Andriana.Mavidis@weil.com
             Brooke  Leach    on behalf of Defendant Michael R. Zarro bleach@weirpartners.com
             Brooke  Leach    on behalf of Defendant  Edward F. Bach bleach@weirpartners.com
             Brooke  Leach    on behalf of Defendant Marc  Malone bleach@weirpartners.com
             Brooke  Leach    on behalf of Defendant Henry J. Berens bleach@weirpartners.com
             Bruce G. MacIntyre    on behalf of Creditor James H. Stever bmacintyre@perkinscoie.com
             Bruce G. MacIntyre    on behalf of Creditor Orin C. Smith bmacintyre@perkinscoie.com
             Bruce G. MacIntyre    on behalf of Creditor Michael K. Murphy bmacintyre@perkinscoie.com
             Bruce G. MacIntyre    on behalf of Creditor Mary E. Pugh bmacintyre@perkinscoie.com
             Bruce G. MacIntyre    on behalf of Interested Party   Perkins Coie LLP bmacintyre@perkinscoie.com
             Bruce G. MacIntyre    on behalf of Creditor Stephen I. Chazen bmacintyre@perkinscoie.com
             Bruce G. MacIntyre    on behalf of Creditor William G. Reed, Jr. bmacintyre@perkinscoie.com
             Bruce G. MacIntyre    on behalf of Creditor Stephen E. Frank bmacintyre@perkinscoie.com
             Bruce G. MacIntyre    on behalf of Creditor Charles M. Lillis bmacintyre@perkinscoie.com
             Bruce G. MacIntyre    on behalf of Creditor Anne V. Farrell bmacintyre@perkinscoie.com
             Bruce G. MacIntyre    on behalf of Creditor Thomas C. Leppert bmacintyre@perkinscoie.com
             Bruce G. MacIntyre    on behalf of Creditor Regina T. Montoya bmacintyre@perkinscoie.com
             Bruce G. MacIntyre    on behalf of Creditor Margaret  Osmer-McQuade bmacintyre@perkinscoie.com
             Bruce G. MacIntyre    on behalf of Creditor Willis B. Wood, Jr. bmacintyre@perkinscoie.com
             Bruce G. MacIntyre    on behalf of Creditor Phillip D. Matthews bmacintyre@perkinscoie.com
             Brya Michele Keilson    on behalf of Interested Party   Certain Holders of Washington Mutual Bank
               Subordinated Notes bkeilson@morrisjames.com,   wweller@morrisjames.com;jdawson@morrisjames.com
             Brya Michele Keilson    on behalf of Interested Party   Eckert Seamans Cherin & Mellott, LLC
               bkeilson@morrisjames.com,   wweller@morrisjames.com;jdawson@morrisjames.com
             Brya Michele Keilson    on behalf of Defendant Steven Kenneth Stearns bkeilson@morrisjames.com,
               wweller@morrisjames.com;jdawson@morrisjames.com

District/off: 0311-1          User: JasonSp          Page 6 of 23          Date Rcvd: Apr 29, 2019
                              Form ID: van440          Total Noticed: 3

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Brya Michele Keilson   on behalf of Defendant Scott  Shaw bkeilson@morrisjames.com,
            wweller@morrisjames.com;jdawson@morrisjames.com
          Brya Michele Keilson   on behalf of Creditor   Truck Insurance Exchange and Fire Insurance
            Exchange bkeilson@morrisjames.com,  wweller@morrisjames.com;jdawson@morrisjames.com
          Brya Michele Keilson   on behalf of Defendant Susan C. Allison bkeilson@morrisjames.com,
            wweller@morrisjames.com;jdawson@morrisjames.com
          Brya Michele Keilson   on behalf of Defendant Randy R Melby bkeilson@morrisjames.com,
            wweller@morrisjames.com;jdawson@morrisjames.com
          Brya Michele Keilson   on behalf of Defendant Robert N Batt bkeilson@morrisjames.com,
            wweller@morrisjames.com;jdawson@morrisjames.com
          Brya Michele Keilson   on behalf of Defendant Patricia  Schulte bkeilson@morrisjames.com,
            wweller@morrisjames.com;jdawson@morrisjames.com
          Brya Michele Keilson   on behalf of Defendant Michelle  McCarthy bkeilson@morrisjames.com,
            wweller@morrisjames.com;jdawson@morrisjames.com
          Brya Michele Keilson   on behalf of Creditor   The Relizon Company bkeilson@morrisjames.com,
            wweller@morrisjames.com;jdawson@morrisjames.com
          Brya Michele Keilson   on behalf of Defendant Jeffrey  Jones bkeilson@morrisjames.com,
            wweller@morrisjames.com;jdawson@morrisjames.com
          Carolyn G. Wade   on behalf of Interested Party   Oregon Department Of Revenue
            carolyn.g.wade@doj.state.or.us
          Carolyn G. Wade   on behalf of Interested Party   State Of Oregon, Department Of Revenue
            carolyn.g.wade@doj.state.or.us
          Chad A. Fights   on behalf of Plaintiff   Union Bank, N.A. chad.fights@alston.com
          Charles C. Lemley   on behalf of Defendant   Columbia Casualty Company clemley@wileyrein.com
          Charles C. Lemley   on behalf of Defendant   XL Specialty Insurance Company clemley@wileyrein.com
          Charles J. Brown   on behalf of Creditor   AT&T cbrown@gsbblaw.com,  dabernathy@archerlaw.com
          Charles J. Brown   on behalf of Interested Party Daniel  Hoffman cbrown@gsbblaw.com,
            dabernathy@archerlaw.com
          Charles J. Brown   on behalf of Creditor Daniel  Hoffman cbrown@gsbblaw.com,
            dabernathy@archerlaw.com
          Charles R. Ekberg   on behalf of Creditor Kerry K. Killinger ekbergc@lanepowell.com,
            intlekofert@lanepowell.com;Docketing-SEA@lanepowell.com
          Christina M. Thompson   on behalf of Creditor Stephen J. Rotella cthompson@connollygallagher.com
          Christine D. Lynch   on behalf of Interested Party   MMA Financial Institutional Tax Credits
            XXXII, a Limited Partnership clynch@goulstonstorrs.com
          Christopher A. Ward   on behalf of Interested Party   Wilmington Trust Company, Trustee
            cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward   on behalf of Interested Party   Mike Willingham cward@polsinelli.com,
            LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward   on behalf of Interested Party   Esopus Creek cward@polsinelli.com,
            LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher Dean Loizides   on behalf of Creditor   Wells Fargo Bank, N.A. in its Capacity as
            Indenture and Guarantee Trustee loizides@loizides.com
          Christopher Dean Loizides   on behalf of Interested Party   Wells Fargo Bank, National
            Association, solely in its capacity as successor Indenture Trustee loizides@loizides.com
          Christopher Page Simon   on behalf of Creditor   Metzler Investment GmbH csimon@crosslaw.com,
            smacdonald@crosslaw.com
          Christopher Page Simon   on behalf of Creditor   Doral Bank Puerto Rico csimon@crosslaw.com,
            smacdonald@crosslaw.com
          Christopher Page Simon   on behalf of Creditor   Policemen's Annuity and Benefit Fund of the City
            of Chicago csimon@crosslaw.com,  smacdonald@crosslaw.com
          Christopher Page Simon   on behalf of Creditor   Walden Management Co. Pension Plan
            csimon@crosslaw.com,  smacdonald@crosslaw.com
          Christopher Page Simon   on behalf of Interested Party   Ontario Teachers' Pension Plan Board
            csimon@crosslaw.com,  smacdonald@crosslaw.com
          Christopher Page Simon   on behalf of Attorney   Bankruptcy Counsel to Lead Plaintiff
            csimon@crosslaw.com,  smacdonald@crosslaw.com
          Christopher Page Simon   on behalf of Creditor   Boilermakers National Annuity Trust
            csimon@crosslaw.com,  smacdonald@crosslaw.com
          Christopher R. Belmonte   on behalf of Interested Party   Moody's Investors Service
            cbelmonte@ssbb.com,  pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
          Chun I. Jang   on behalf of Plaintiff   Washington Mutual, Inc. jang@rlf.com,  rbgroup@rlf.com
          Chun I. Jang   on behalf of Defendant   Washington Mutual, Inc. jang@rlf.com,  rbgroup@rlf.com
          Chun I. Jang   on behalf of Debtor   Washington Mutual, Inc. jang@rlf.com,  rbgroup@rlf.com
          Chun I. Jang   on behalf of Debtor   WMI Investment Corp. jang@rlf.com,  rbgroup@rlf.com
          Chun I. Jang   on behalf of Defendant   Washington Mutual, Inc., jang@rlf.com,  rbgroup@rlf.com
          Chun I. Jang   on behalf of Other Prof.   Richards, Layton & Finger, P.A. jang@rlf.com,
            rbgroup@rlf.com
          Cory D. Kandestin   on behalf of Liquidating Trust   WMI Liquidating Trust kandestin@rlf.com,
            RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Cory D. Kandestin   on behalf of Debtor   Washington Mutual, Inc. kandestin@rlf.com,
            RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Craig J. Springer   on behalf of Creditor   Walden Management Co. Pension Plan
            cspringer@crosslaw.com
          Craig J. Springer   on behalf of Creditor John H. Murphy cspringer@crosslaw.com
          Craig J. Springer   on behalf of Creditor   South Ferry LP #2 cspringer@crosslaw.com
          Craig J. Springer   on behalf of Interested Party   Brockton Contributory Retirement System
            cspringer@crosslaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Craig J. Springer   on behalf of Creditor    Policemen's Annuity and Benefit Fund of the City of
               Chicago cspringer@crosslaw.com
              Craig J. Springer   on behalf of Interested Party   Ontario Teachers' Pension Plan Board
               cspringer@crosslaw.com
              Craig J. Springer   on behalf of Creditor    Doral Bank Puerto Rico cspringer@crosslaw.com
              Craig J. Springer   on behalf of Creditor    Boilermakers National Annuity Trust
               cspringer@crosslaw.com
              Craig J. Springer   on behalf of Creditor    Metzler Investment GmbH cspringer@crosslaw.com
              Curtis A. Hehn   on behalf of Interested Party   MSG Media chehn@pszjlaw.com
              Curtis S. Miller   on behalf of Interested Party   Standard & Poor's Corporation,
               cmiller@mnat.com, aconway@mnat.com;rfusco@mnat.com;rmaddox@mnat.com
              Daniel Eric Shaw   on behalf of Creditor    Nantahala Capital Partners, LP dshaw@schlaw.com,
               jhochman@schlaw.com
              Daniel Eric Shaw   on behalf of Creditor    Blackwell Partners, LP dshaw@schlaw.com,
               jhochman@schlaw.com
              Daniel H Kurtenbach   on behalf of Witness    Federal Deposit Insurance Corporation in its
               Corporate Capacity dkurtenbach@fdic.gov
              Daniel J. Carrigan   on behalf of Examiner    Joshua R. Hochberg, Examiner
               dcarrigan@mckennalong.com, sparson@mckennalong.com
              Daniel K. Astin   on behalf of Interested Party Alice   Griffin dastin@ciardilaw.com,
               jmcmahon@ciardilaw.com
              Daniel M. Eggermann   on behalf of Interested Party    Aurelius Capital Management, LP
               deggermann@kramerlevin.com,
               tperetz@kramerlevin.com;dbuckley@kramerlevin.com;achouprouta@kramerlevin.com;ychernyak@kramerlevi
               n.com;corporate-reorg-1449@ecf.pacerpro.com
              David B. McCall   on behalf of Creditor    Garland ISD bankruptcy@abernathy-law.com
              David B. McCall   on behalf of Creditor    Collin County Tax Office bankruptcy@abernathy-law.com
              David B. McCall   on behalf of Creditor    Frisco ISD Tax bankruptcy@abernathy-law.com
              David B. McCall   on behalf of Creditor    City of Garland Tax Assessor/Collector
               bankruptcy@abernathy-law.com
              David B. Stratton   on behalf of Creditor Committee    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
               strattond@pepperlaw.com,
               wlbank@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;strattond@ecf.inforuptcy.com;molitorm@pepperlaw.co
               m;hardinp@pepperlaw.com
              David B. Stratton   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               strattond@pepperlaw.com,
               wlbank@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;strattond@ecf.inforuptcy.com;molitorm@pepperlaw.co
               m;hardinp@pepperlaw.com
              David B. Stratton   on behalf of Plaintiff    Official Committee of Unsecured Creditors of
               Washington Mutual, Inc., et al., on behalf of Chapter 11 estates of Washington Mutual, Inc., et
               al. strattond@pepperlaw.com, wlbank@pepperlaw.com,strattond@ecf.inforuptcy.com,
               wlbank@ecf.inforuptcy.com,smithda@pepperlaw.com,molitorm@pepperlaw.com
              David Dalton Lennon   on behalf of Creditor    North Carolina Department of Revenue
               dlennon@ncdoj.com
              David E. Gordon   on behalf of Examiner    Joshua R. Hochberg, Examiner dgordon@mckennalong.com
              David G Holmes   on behalf of Creditor    Visa USA Inc. dholmes@crosslaw.com,
               smacdonald@crosslaw.com
              David G Holmes   on behalf of Creditor    Policemen's Annuity and Benefit Fund of the City of
               Chicago dholmes@crosslaw.com, smacdonald@crosslaw.com
              David G Holmes   on behalf of Creditor John   Webber dholmes@crosslaw.com, smacdonald@crosslaw.com
              David G Holmes   on behalf of Creditor Daniel   Shanks dholmes@crosslaw.com,
               smacdonald@crosslaw.com
              David G Holmes   on behalf of Creditor    Metzler Investment GmbH dholmes@crosslaw.com,
               smacdonald@crosslaw.com
              David G Holmes   on behalf of Interested Party   Ontario Teachers' Pension Plan Board
               dholmes@crosslaw.com, smacdonald@crosslaw.com
              David G Holmes   on behalf of Creditor    Boilermakers National Annuity Trust dholmes@crosslaw.com,
               smacdonald@crosslaw.com
              David G Holmes   on behalf of Creditor    Walden Management Co. Pension Plan dholmes@crosslaw.com,
               smacdonald@crosslaw.com
              David G Holmes   on behalf of Creditor Jose   Tagunicar dholmes@crosslaw.com,
               smacdonald@crosslaw.com
              David G Holmes   on behalf of Creditor    Doral Bank Puerto Rico dholmes@crosslaw.com,
               smacdonald@crosslaw.com
              David G. Holmes   on behalf of Creditor    Policemen's Annuity and Benefit Fund of the City of
               Chicago dholmes@crosslaw.com
              David G. Holmes   on behalf of Creditor    Walden Management Co. Pension Plan dholmes@crosslaw.com
              David G. Holmes   on behalf of Creditor    Metzler Investment GmbH dholmes@crosslaw.com
              David G. Holmes   on behalf of Interested Party   Lead Plaintiffs and the Putative Class
               dholmes@crosslaw.com
              David G. Holmes   on behalf of Creditor    Doral Bank Puerto Rico dholmes@crosslaw.com
              David L. Permut   on behalf of Debtor   Washington Mutual, Inc. , JCoulter@goodwinlaw.com
              David M. Fournier   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               fournierd@pepperlaw.com, wlbank@pepperlaw.com,fournierd@ecf.inforuptcy.com,
               wlbank@ecf.inforuptcy.com,smithda@pepperlaw.com,molitorm@pepperlaw.com,hardinp@pepperlaw.com
              David P. Primack   on behalf of Defendant    PPM America, Inc. (The Prudential Assurance Company,
               Ltd., JNL VA High Yield Bond Fund, Jackson National Life Insurance Company of New York, &
               Jackson National Life Insurance Company) dprimack@mdmc-law.com, sshidner@mdmc-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                David P. Primack    on behalf of Creditor    WMB Noteholders dprimack@mdmc-law.com,
                    sshidner@mdmc-law.com
                David P. Primack    on behalf of Defendant    Thrivent Financial for Lutherans
                    dprimack@mdmc-law.com,   sshidner@mdmc-law.com
                David P. Primack    on behalf of Defendant    The Northwestern Mutual Life Insurance Co.
                    (Northwestern Mutual Life Insurance Co. Northwestern Long Term Care Insurance Company,
                    Northwestern Mutual Series Fund, Inc. & its Select Bond and Balanced P dprimack@mdmc-law.com,
                    sshidner@mdmc-law.com
                David P. Primack    on behalf of Defendant    ING Direct NV dprimack@mdmc-law.com,
                    sshidner@mdmc-law.com
                David P. Primack    on behalf of Defendant    New York Life Investment Management LLC, Legal &
                    General Investment Management (Legal & General Investment Management America)
                    dprimack@mdmc-law.com,   sshidner@mdmc-law.com
                David P. Primack    on behalf of Interested Party    WMB Noteholder Group dprimack@mdmc-law.com,
                    sshidner@mdmc-law.com
                David P. Primack    on behalf of Defendant    AEGON USA Investment Management, LLC (AEGON Life
                    Insurance (Taiwan) and Transamerica Financial Life Insurance Company) dprimack@mdmc-law.com,
                    sshidner@mdmc-law.com
                David P. Primack    on behalf of Interested Party    Washington Mutual Bank Note Holder Group
                    dprimack@mdmc-law.com,   sshidner@mdmc-law.com
                David P. Primack    on behalf of Creditor    The WMB Noteholders dprimack@mdmc-law.com,
                    sshidner@mdmc-law.com
                David S. Heller    on behalf of Other Prof.    Centerbridge Partners, L.P. david.heller@lw.com,
                    chefiling@lw.com
                David S. Leinwand    on behalf of Creditor    Avenue TC Fund, LP dleinwand@amroc.com
                Derek W. Loeser    on behalf of Interested Party Derek W Loeser dloeser@kellerrohrback.com
                Dexter D. Joyner    on behalf of Creditor    Pearland Independent School District
                    caaustin@comcast.net,   joyneratty@comcast.net
                Dexter D. Joyner    on behalf of Creditor    Pasadena Independent School District
                    caaustin@comcast.net,   joyneratty@comcast.net
                Donna L. Culver    on behalf of Accountant    PRICEWATERHOUSECOOPERS LLP dculver@mnat.com,
                    mmaddox@mnat.com;rfusco@mnat.com
                Donna L. Culver    on behalf of Interested Party    Tranquility Master Fund Ltd. dculver@mnat.com,
                    mmaddox@mnat.com;rfusco@mnat.com
                Donna L. Harris    on behalf of Interested Party Rodney  McFadden dharris@phw-law.com
                Donna L. Harris    on behalf of Interested Party    Tricadia Capital Management LLC
                    dharris@phw-law.com
                Donna L. Harris    on behalf of Interested Party Chuck  Warltier dharris@phw-law.com
                Donna L. Harris    on behalf of Interested Party Jim  Alderson dharris@phw-law.com
                Donna L. Harris    on behalf of Creditor Brad  Christensen dharris@phw-law.com
                Donna L. Harris    on behalf of Interested Party Richard  Squires dharris@phw-law.com
                Donna L. Harris    on behalf of Interested Party Austin  Hopper dharris@phw-law.com
                Donna L. Harris    on behalf of Creditor    Sonterra Capital LLC dharris@phw-law.com
                Donna L. Harris    on behalf of Interested Party    Sonterra Capital, LLC dharris@phw-law.com
                Donna L. Harris    on behalf of Creditor Edward  Mintz dharris@phw-law.com
                Donna L. Harris    on behalf of Interested Party    LTW Holders dharris@phw-law.com
                Donna L. Harris    on behalf of Interested Party    Sonterra Capital Partners dharris@phw-law.com
                Douglas R. Gonzales    on behalf of Creditor    City of Homestead, Florida dgonzales@wsh-law.com
                Douglas R. Gonzales    on behalf of Creditor    City of Miramar, Florida dgonzales@wsh-law.com
                Edward M. Fox    on behalf of Creditor    Point B Solutions Group, LLP emfox@seyfarth.com
                Elizabeth  Banda Calvo    on behalf of Creditor    Wes Tex Groundwater rgleason@pbfcm.com,
                    ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
                Elizabeth  Banda Calvo    on behalf of Creditor    Johnson County rgleason@pbfcm.com,
                    ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
                Elizabeth  Banda Calvo    on behalf of Creditor    City of Burleson rgleason@pbfcm.com,
                    ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
                Elizabeth  Banda Calvo    on behalf of Creditor    Mansfield ISD rgleason@pbfcm.com,
                    ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
                Elizabeth  Banda Calvo    on behalf of Creditor    Arlington ISD rgleason@pbfcm.com,
                    ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
                Elizabeth  Banda Calvo    on behalf of Creditor    Carroll ISD rgleason@pbfcm.com,
                    ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
                Elizabeth  Banda Calvo    on behalf of Creditor    Burleson ISD rgleason@pbfcm.com,
                    ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
                Elizabeth  Banda Calvo    on behalf of Creditor    Roscoe Independent School District
                    rgleason@pbfcm.com,ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
                Emil  Lippe, Jr.    on behalf of Creditor    Courier Solutions, Inc. emil@texaslaw.com
                Eric Michael Sutty    on behalf of Interested Party    Washington Mutual, Inc. Noteholders Group
                    ems@elliottgreenleaf.com
                Eric Michael Sutty    on behalf of Creditor    Ad Hoc Committee ems@elliottgreenleaf.com
                Eric R. Wilson    on behalf of Creditor    Tata American International Corporation and Tata
                    Consultancy Services Limited KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
                Ericka Fredricks Johnson    on behalf of Plaintiff Michael  Willingham Ericka.johnson@wbd-us.com,
                    Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
                Ericka Fredricks Johnson    on behalf of Interested Party    Womble Carlyle Sandridge & Rice, PLLC
                    Ericka.johnson@wbd-us.com,  Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
                Ericka Fredricks Johnson    on behalf of Plaintiff    Esopus Creek Value LP
                    Ericka.johnson@wbd-us.com,  Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com

District/off: 0311-1          User: JasonSp          Page 9 of 23          Date Rcvd: Apr 29, 2019
                               Form ID: van440          Total Noticed: 3

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ericka Fredricks Johnson    on behalf of Interested Party    Joining Shareholders
          Ericka.johnson@wbd-us.com,  Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
          Erik   Bond    on behalf of Defendant    Federal Deposit Insurance Corporation erbond@fdic.gov
          Erin R Fay    on behalf of Creditor    SafeHarbor Technology Corporation efay@bayardlaw.com,
          lmorton@bayardlaw.com
          Etta Ren Wolfe    on behalf of Defendant    Massachusetts Mutual Life Insurance Company
          ewolfe@potteranderson.com,  bankruptcy@potteranderson.com
          Etta Ren Wolfe    on behalf of Defendant    C.M. Life Insurance Company ewolfe@potteranderson.com,
          bankruptcy@potteranderson.com
          Eugene J. Kottenstette    on behalf of Creditor    City & County of Denver
          bankruptcy.gene@ci.denver.co.us
          Evan T. Miller    on behalf of Interested Party Deanna W.  Oppenheimer emiller@bayardlaw.com,
          lmorton@bayardlaw.com
          Evelyn J. Meltzer    on behalf of Intervenor-Plaintiff    Official Committee of Unsecured Creditors
          of Washington Mutual, Inc., and WMI Investment Corp. meltzere@pepperlaw.com,
          wlbank@pepperlaw.com;smithda@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.inforuptcy.com;
          molitorm@pepperlaw.com;hardinp@pepperlaw.com
          Evelyn J. Meltzer    on behalf of Creditor    Siemens IT Solutions and Services, Inc.
          meltzere@pepperlaw.com,
          wlbank@pepperlaw.com;smithda@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.inforuptcy.com;
          molitorm@pepperlaw.com;hardinp@pepperlaw.com
          Evelyn J. Meltzer    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
          meltzere@pepperlaw.com,
          wlbank@pepperlaw.com;meltzere@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com
          Evelyn J. Meltzer    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
          meltzere@pepperlaw.com,
          wlbank@pepperlaw.com;smithda@pepperlaw.com;wlbank@ecf.inforuptcy.com;meltzere@ecf.inforuptcy.com;
          molitorm@pepperlaw.com;hardinp@pepperlaw.com
          Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
          ffm@bostonbusinesslaw.com
          Frederick Brian Rosner    on behalf of Plaintiff    Axicon Partners, LLC rosner@teamrosner.com
          Frederick Brian Rosner    on behalf of Interested Party    Class Representatives
          rosner@teamrosner.com
          Frederick Brian Rosner    on behalf of Intervenor-Plaintiff    Blackwell Capital Partners, LLC
          rosner@teamrosner.com
          Frederick Brian Rosner    on behalf of Plaintiff    Sonterra Capital Master Fund, Ltd.
          rosner@teamrosner.com
          Frederick Brian Rosner    on behalf of Plaintiff    Class Representatives rosner@teamrosner.com
          Frederick Brian Rosner    on behalf of Creditor    Nantahala Capital Partners, LP
          rosner@teamrosner.com
          Frederick Brian Rosner    on behalf of Plaintiff    Costa Brava Partnership III, LLP
          rosner@teamrosner.com
          Frederick Brian Rosner    on behalf of Plaintiff    Blackwell Capital Partners, LLC
          rosner@teamrosner.com
          Frederick Brian Rosner    on behalf of Plaintiff    Nantahala Capital Partners, LP
          rosner@teamrosner.com
          Frederick Brian Rosner    on behalf of Plaintiff    Brennus Fund Limited rosner@teamrosner.com
          Frederick Brian Rosner    on behalf of Intervenor-Plaintiff    Nantahala Capital Partners, LP
          rosner@teamrosner.com
          Garvan F. McDaniel    on behalf of Interested Party Chana  Scheller gfmcdaniel@dkhogan.com,
          gdurstein@dkhogan.com;lparalegal@dkhogan.com
          Garvan F. McDaniel    on behalf of Interested Party Tom  Sneva gfmcdaniel@dkhogan.com,
          gdurstein@dkhogan.com;lparalegal@dkhogan.com
          Garvan F. McDaniel    on behalf of Interested Party Alan  Henry gfmcdaniel@dkhogan.com,
          gdurstein@dkhogan.com;lparalegal@dkhogan.com
          Garvan F. McDaniel    on behalf of Interested Party Joseph  Procida gfmcdaniel@dkhogan.com,
          gdurstein@dkhogan.com;lparalegal@dkhogan.com
          Garvan F. McDaniel    on behalf of Interested Party WALTER E. RYAN, JR. gfmcdaniel@dkhogan.com,
          gdurstein@dkhogan.com;lparalegal@dkhogan.com
          Garvan F. McDaniel    on behalf of Interested Party Lynn  Harrison gfmcdaniel@dkhogan.com,
          gdurstein@dkhogan.com;lparalegal@dkhogan.com
          Garvan F. McDaniel    on behalf of Interested Party Kenneth  Slater gfmcdaniel@dkhogan.com,
          gdurstein@dkhogan.com;lparalegal@dkhogan.com
          Gary O. Ravert    on behalf of Stockholder    Toscafund Asset Management LLP, Tosca, and Tosca Long
          gravert@ravertpllc.com
          Gary P. Brady    on behalf of Creditor Gary P Brady gary.brady@live.com
          Gayle E. Bush    on behalf of Defendant Craig E Tall gbush@bskd.com
          George  Rosenberg    on behalf of Creditor    Arapahoe County Treasurer
          grosenberg@co.arapahoe.co.us,  jholmgren@co.arapahoe.co.us
          Gregory A. Taylor    on behalf of Plaintiff    Official Committee Of Equity Security Holders
          gtaylor@ashbygeddes.com
          Gregory A. Taylor    on behalf of Creditor Committee    Official Committee Of Equity Security
          Holders gtaylor@ashbygeddes.com
          Gregory A. Taylor    on behalf of Interested Party    Official Committee of Equity Holders
          gtaylor@ashbygeddes.com
          Gregory A. Taylor    on behalf of Intervenor-Plaintiff    Official Committee Of Equity Security
          Holders gtaylor@ashbygeddes.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Gregory A. Taylor    on behalf of Interested Party    Official Committee of Equity Security Holders
                gtaylor@ashbygeddes.com
              Gregory A. Taylor    on behalf of Interested Party    Official Committee Of Equity Security Holders
                gtaylor@ashbygeddes.com
              Gregory W. Werkheiser    on behalf of Plaintiff    Union Bank, N.A. gwerkheiser@mnat.com,
                aconway@mnat.com
              Helen Elizabeth Weller    on behalf of Creditor    Parker CAD dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Rusk County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Interested Party    City of Farmers Branch
                dallas.bankruptcy@publicans.com,   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Kaufman County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Wise County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of Memphis dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Rockwall Cad dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Smith County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Rockwall County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Van Zandt County Appraisal District
                dallas.bankruptcy@publicans.com,   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Wise CAD dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Henry F. Sewell, Jr.    on behalf of Examiner    Joshua R. Hochberg, Examiner
                hsewell@mckennalong.com,  pmatthews@mckennalong.com
              Hilary B Bonial    on behalf of Creditor    Nationstar Mortgage hbonial@bonialpc.com
              Howard A. Cohen    on behalf of Creditor    WMB Noteholders hcohen@gibbonslaw.com
              Howard A. Cohen    on behalf of Defendant    Houston Casualty Company hcohen@gibbonslaw.com
              Howard A. Cohen    on behalf of Creditor    The WMB Noteholders hcohen@gibbonslaw.com
              J. Andrew Rahl, Jr.    on behalf of Interested Party    Trustee Committee arahl@andersonkill.com
              J. Andrew Rahl, Jr.    on behalf of Interested Party    Ad Hoc Committee arahl@andersonkill.com
              J. Kate Stickles    on behalf of Examiner Joshua R. Hochberg, the Examiner
                kstickles@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com
              J. Kate Stickles    on behalf of Attorney    Cole Schotz P.C. kstickles@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com
              J. Kate Stickles    on behalf of Examiner    Joshua R. Hochberg, Examiner kstickles@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                otz.com
              J. Michael Levengood    on behalf of Examiner    Joshua R. Hochberg, Examiner
                mlevengood@mckennalong.com
              J. Zachary Haupt    on behalf of Interested Party    Black Horse Capital Management LLC
                zhaupt@biffzrato.com
              Jacob A. Brown    on behalf of Creditor    Silver Point Capital Offshore Fund, Ltd.
                jacob.brown@akerman.com,  jennifer.meehan@akerman.com;matthew.drawdy@akerman.com
              Jacob A. Brown    on behalf of Creditor    Tata American International Corporation and Tata
                Consultancy Services Limited jacob.brown@akerman.com,
                jennifer.meehan@akerman.com;matthew.drawdy@akerman.com
              Jacob A. Brown    on behalf of Creditor    SPCP Group, LLC jacob.brown@akerman.com,
                jennifer.meehan@akerman.com;matthew.drawdy@akerman.com
              Jaime Luton Chapman    on behalf of Interested Party    Federal Deposit Insurance Corporation
                bankfilings@ycst.com
              Jaime Luton Chapman    on behalf of Defendant    Federal Deposit Insurance Corporation
                bankfilings@ycst.com
              James C. Carignan    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
                carignaj@pepperlaw.com,  wlbank@pepperlaw.com,lanoc@pepperlaw.com,
                carignanj@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
              James C. Carignan    on behalf of Plaintiff    Official Committee of Unsecured Creditors of
                Washington Mutual, Inc., et al., on behalf of Chapter 11 estates of Washington Mutual, Inc., et
                al. carignaj@pepperlaw.com,  wlbank@pepperlaw.com,lanoc@pepperlaw.com,
                carignanj@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
              James C. Carignan    on behalf of Defendant Richard  Blunck carignaj@pepperlaw.com,
                carignanj@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com
              James D. Newbold    on behalf of Creditor    Illinois Department of Revenue
                James.Newbold@illinois.gov
              James Halstead Millar    on behalf of Creditor    Universal Investment Gesellschaft mbH
                james.millar@dbr.com,  Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              James L. Bromley    on behalf of Interested Party    Olympic Investment Partners, L.P.
                jbromley@cgsh.com,  lschweitzer@cgsh.com
              James L. Bromley    on behalf of Interested Party    Barclays Capital, Inc. jbromley@cgsh.com,
                lschweitzer@cgsh.com
              James S. Yoder    on behalf of Creditor Gregory   Carlisle yoderj@whiteandwilliams.com
              James S. Yoder    on behalf of Creditor Andrew   Tauber yoderj@whiteandwilliams.com
              Jamie Lynne Edmonson    on behalf of Creditor    Elliot Management Corp. jledmonson@venable.com
              Jan Meir Geht    on behalf of Creditor    United States on behalf of Internal Revenue Service
                jan.m.geht@usdoj.gov,  eastern.taxcivil@usdoj.gov
              Jason M. Madron    on behalf of Debtor    Washington Mutual, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jeffrey Isaacs    on behalf of Creditor    Compliance Coach, Inc. jeffrey.isaacs.mediator@gmail.com
              Jeffrey C. Wisler    on behalf of Creditor    CapitalSource Finance LLC
                jwisler@connollygallagher.com
              Jeffrey M. Schlerf    on behalf of Interested Party    Washington Mutual Noteholders Group
                jschlerf@foxrothschild.com,  jhofmann@foxrothschild.com
              Jeffrey M. Schlerf    on behalf of Interested Party    Washington Mutual, Inc. Noteholders Group
                jschlerf@foxrothschild.com,  jhofmann@foxrothschild.com
              Jeffrey N Rothleder    on behalf of Creditor    Wilmington Trust Company
                jeffrey.rothleder@squirepb.com,  christopher.giaimo@squirepb.com
              Jeffrey N. Rich    on behalf of Plaintiff    Union Bank, N.A. jrich@r3mlaw.com,  emoser@r3mlaw.com
              Joanne Bianco Wills    on behalf of Creditor    Wells Fargo Bank, National Association
                jwills@klehr.com
              Joel W. Ruderman    on behalf of Creditor    Pension Benefit Guaranty Corporation
                ruderman.joel@pbgc.gov,  efile@pbgc.gov
              John Henry Schanne, II    on behalf of Plaintiff    Official Committee of Unsecured Creditors of
                Washington Mutual, Inc., et al., on behalf of Chapter 11 estates of Washington Mutual, Inc., et
                al. schanne@pepperlaw.com,  wlbank@pepperlaw.com
              John C. Phillips, Jr    on behalf of Creditor    BKK Joint Defense Group
                tlb@pgslaw.com;SAA@pgslaw.com
              John C. Phillips, Jr    on behalf of Creditor    Atlantic Richfield Company
                tlb@pgslaw.com;SAA@pgslaw.com
              John D. Malone    on behalf of Interested Party Rodney   McFadden john@johnmalonepc.com,
                rdmcfadden@gmail.com
              John D. Malone    on behalf of Interested Party John   Malone john@johnmalonepc.com,
                rdmcfadden@gmail.com
              John D. Malone    on behalf of Interested Party Rodney D. McFadden john@johnmalonepc.com,
                rdmcfadden@gmail.com
              John D. McLaughlin, Jr.    on behalf of Interested Party Stephen   Rosenbaum
                jmclaughlin@ciardilaw.com
              John D. McLaughlin, Jr.    on behalf of Debtor    Washington Mutual, Inc. jmclaughlin@ciardilaw.com,
                jclarke@ciardilaw.com
              John D. McLaughlin, Jr.    on behalf of Interested Party Alice   Griffin jmclaughlin@ciardilaw.com,
                mflores@ciardilaw.com
              John E. Howell    on behalf of Defendant    XL Specialty Insurance Company jhowell@wileyrein.com
              John E. Howell    on behalf of Defendant    Columbia Casualty Company jhowell@wileyrein.com
              John H. Strock    on behalf of Interested Party    Washington Mutual, Inc. Noteholders Group
                jstrock@foxrothschild.com,  dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
              John H. Strock    on behalf of Intervenor    Washington Mutual, Inc. Noteholders Group
                jstrock@foxrothschild.com,  dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
              John Henry Schanne, II    on behalf of Plaintiff    Official Committee of Unsecured Creditors of
                Washington Mutual, Inc., et al., on behalf of Chapter 11 estates of Washington Mutual, Inc., et
                al. schannej@pepperlaw.com,
                wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;
                molitorm@pepperlaw.com;hardinp@pepperlaw.com
              John Henry Schanne, II    on behalf of Creditor Committee    Official Committee of Unsecured
                Creditors schannej@pepperlaw.com,
                wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;
                molitorm@pepperlaw.com;hardinp@pepperlaw.com
              John Henry Schanne, II    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF UNSECURED
                CREDITORS schannej@pepperlaw.com,
                wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;
                molitorm@pepperlaw.com;hardinp@pepperlaw.com
              John Henry Schanne, II    on behalf of Intervenor-Defendant    OFFICIAL COMMITTEE OF UNSECURED
                CREDITORS schannej@pepperlaw.com,
                wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;
                molitorm@pepperlaw.com;hardinp@pepperlaw.com
              John Henry Schanne, II    on behalf of Intervenor-Plaintiff    Official Committee of Unsecured
                Creditors of Washington Mutual, Inc., and WMI Investment Corp. schannej@pepperlaw.com,
                wlbank@pepperlaw.com;smithda@pepperlaw.com;schannej@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com;
                molitorm@pepperlaw.com;hardinp@pepperlaw.com
              John P Mastando, III    on behalf of Counter-Defendant    WMI Liquidating Trust
                john.mastando@weil.com,  Andriana.Georgallas@weil.com,Dorian.Simmons@weil.com
              John P Mastando, III    on behalf of Plaintiff    WMI Liquidating Trust john.mastando@weil.com,
                Andriana.Georgallas@weil.com,Dorian.Simmons@weil.com
              John R. Knapp, Jr.    on behalf of Interested Party    Concur Technologies, Inc.
                john.knapp@millernash.com,  lisa.petras@millernash.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John R. Weaver, Jr.   on behalf of Creditor   Nationstar Mortgage jrweaverlaw@verizon.net,
           DCrivaro@stark-stark.com;DMisener@stark-stark.com
          John S. Kaplan   on behalf of Defendant   Washington Mutual, Inc., JKaplan@perkinscoie.com,
           mmaag@perkinscoie.com;colague@perkinscoie.com;john-kaplan-2112@ecf.pacerpro.com
          Jonathan I. Levine   on behalf of Interested Party   Broadbill Investment Corp.
           Jonathan.Levine@arnoldporter.com,   jonathan-levine-4094@ecf.pacerpro.com,
           edocketscalendaring@arnoldporter.com
          Jonathan M. Stemerman   on behalf of Plaintiff   WMI Investment Corp. jms@elliottgreenleaf.com
          Jonathan M. Stemerman   on behalf of Interested Party   WMI Liquidating Trust
           jms@elliottgreenleaf.com
          Joseph  Grey   on behalf of Creditor   IBM Corporation and IBM Credit LLC jgrey@crosslaw.com,
           smacdonald@crosslaw.com
          Joseph  Grey   on behalf of Interested Party   Grant Thornton LLP jgrey@crosslaw.com,
           smacdonald@crosslaw.com
          Joseph A. Matteo   on behalf of Interested Party   Trust Preferred Holders jmatteo@arkin-law.com,
           cfaber@arkin-law.com;ddavidian@arkin-law.com
          Joseph Emil Shickich, Jr.   on behalf of Creditor   Microsoft Coroporation, Microsoft Licensing,
           GP f/k/a MSLI, GP jshickich@foxrothschild.com,   vmagda@foxrothschild.com
          Joseph H. Huston, Jr.   on behalf of Creditor   Keystone Holdings Partners, LP and Escrow
           Partners, LP jhh@stevenslee.com
          Joseph J. McMahon, Jr.   on behalf of Interested Party Jacob E. Sorensen jmcmahon@ciardilaw.com
          Joseph J. McMahon, Jr.   on behalf of Interested Party Keith O. Fukui  jmcmahon@ciardilaw.com
          Joseph N. Argentina, Jr.   on behalf of Creditor   WMB Noteholders joseph.argentina@dbr.com
          Joshua  Wilkenfeld   on behalf of Interested Party   United States Department of the Treasury
           jwilkenf@civ.usdoj.gov
          Julia Bettina Klein   on behalf of Plaintiff   Brennus Fund Limited klein@kleinllc.com
          Julia Bettina Klein   on behalf of Plaintiff   Costa Brava Partnership III, LLP klein@kleinllc.com
          Julia Bettina Klein   on behalf of Plaintiff   Axicon Partners, LLC klein@kleinllc.com
          Julia Bettina Klein   on behalf of Plaintiff   Nantahala Capital Partners, LP klein@kleinllc.com
          Julia Bettina Klein   on behalf of Plaintiff   Sonterra Capital Master Fund, Ltd.
           klein@kleinllc.com
          Julia Bettina Klein   on behalf of Interested Party   Nantahala Capital Partners, LP, Blackwell
           Capital Partners LLC, Axicon Partners, LLC, Brennus Fund Limited, Costa Brava Partnership III,
           LLP, Sonterra Capital Master Fund Ltd. klein@kleinllc.com
          Julia Bettina Klein   on behalf of Plaintiff   Blackwell Capital Partners, LLC klein@kleinllc.com
          Julie A Finocchiaro   on behalf of Debtor   Washington Mutual, Inc. rbgroup@rlf.com
          Julie A Finocchiaro   on behalf of Liquidating Trust   WMI Liquidating Trust rbgroup@rlf.com
          Julie A Finocchiaro   on behalf of Defendant   Washington Mutual, Inc. rbgroup@rlf.com
          Julie A Finocchiaro   on behalf of Plaintiff   WMI Liquidating Trust rbgroup@rlf.com
          Julie A Finocchiaro   on behalf of Other Prof.   Richards, Layton & Finger, P.A. rbgroup@rlf.com
          Julie A Finocchiaro   on behalf of Defendant   Washington Mutual, Inc., rbgroup@rlf.com
          Julie A. Finocchiaro   on behalf of Liquidating Trust   WMI Liquidating Trust rbgroup@rlf.com
          Julie A. Finocchiaro   on behalf of Other Prof.   Richards, Layton & Finger, P.A. rbgroup@rlf.com
          Julio C. Gurdian   on behalf of Debtor   Washington Mutual, Inc. Julio.Gurdian@weil.com
          Justin Cory Falgowski   on behalf of Creditor   Federal Home Loan Mortgage Corporation
           jfalgowski@burr.com
          Justin Cory Falgowski   on behalf of Interested Party   Owl Creek Asset Management LP
           jfalgowski@burr.com
          Karen M. Grivner   on behalf of Creditor   ERA Realty Corp. kgrivner@clarkhillthorpreed.com,
           sambrose@clarkhill.com
          Karon Y. Wright   on behalf of Creditor   Travis County karon.wright@co.travis.tx.us,
           bkecf@co.travis.tx.us
          Kate R. Buck   on behalf of Interested Party   Stauffer Management, Company LLC, Agent for Bayer
           Cropscience Inc. kbuck@mccarter.com
          Kate R. Buck   on behalf of Interested Party   Stauffer Management Company, LLC kbuck@mccarter.com
          Katherine Monica Devanney   on behalf of Liquidating Trust   WMI Liquidating Trust
           kdevanney@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
          Kathleen A. Murphy   on behalf of Creditor   Ad Hoc Committee of Dime Savings Umbrella Trust
           Beneficiaries kmurphy@reedsmith.com
          Kathleen Campbell Davis   on behalf of Plaintiff   Whitebox Hedged High Yield Partners, LP
           kdavis@camlev.com
          Kathleen Campbell Davis   on behalf of Counter-Defendant   Lonestar Partners LP kdavis@camlev.com
          Kathleen Campbell Davis   on behalf of Interested Party   Trust Preferred Holders
           kdavis@camlev.com
          Kathleen Campbell Davis   on behalf of Plaintiff   LMA SPC c/o Pine River Capital Management L.P.
           kdavis@camlev.com
          Kathleen Campbell Davis   on behalf of Plaintiff   Riva Ridge Master Fund, Ltd.: c/o Riva Ridge
           Capital Management LP kdavis@camlev.com
          Kathleen Campbell Davis   on behalf of Counter-Defendant   Scoggin Capital Management II LLC
           kdavis@camlev.com
          Kathleen Campbell Davis   on behalf of Plaintiff   Greywolf Overseas Fund kdavis@camlev.com
          Kathleen Campbell Davis   on behalf of Plaintiff   Nisswa Master Fund Ltd.: c/o Pine River
           Capital Management L.P. kdavis@camlev.com
          Kathleen Campbell Davis   on behalf of Plaintiff   Scoggin International Fund Ltd.
           kdavis@camlev.com
          Kathleen Campbell Davis   on behalf of Plaintiff   Guggenheim Portfolio Company VII, LLC
           kdavis@camlev.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Kathleen Campbell Davis    on behalf of Plaintiff    Scoggin Worldwide Fund Ltd. kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Counter-Defendant    Visium Global Master Fund, Ltd.
           kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Plaintiff    Pandora Select Partners, LP kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Plaintiff    Paige Opportunity Partners Master Fund
           kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Counter-Defendant    Riva Ridge Capital Management LP
           kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Plaintiff    Greywolf Capital Partners II kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Counter-Defendant    Paige Opportunity Partners LP
           kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Counter-Defendant    Paige Opportunity Partners Master Fund
           kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Counter-Defendant    Whitebox Asymmetric Partners LP
           kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Plaintiff    Whitebox Convertible Arbitrage Partners, LP
           kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Plaintiff    Riva Ridge Capital Management LP
           kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Counter-Defendant    Pines Edge Value Investors Ltd.: c/o
           Pine River Capital Management L.P. kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Counter-Defendant    VR Global Partners, L.P.: c/o Admiral
           Administration Ltd. kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Plaintiff    Black Horse Capital (QP) LP kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Attorney    Campbell & Levine, LLC kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Plaintiff    Whitebox Combined Partners, LP
           kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Counter-Defendant    Whitebox Special Opportunities Fund LP,
           Series B kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Plaintiff    HFR RVA Combined Master Trust kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Plaintiff    Scoggin Capital Management II LLC
           kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Plaintiff    Nisswa Fixed Income Master Fund Ltd.: c/o Pine
           River Capital Management L.P. kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Counter-Defendant    Black Horse Capital Master Fund Ltd
           kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Counter-Defendant    Mariner LDC: c/o Riva Ridge Capital
           Management LP kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Counter-Defendant    Scoggin International Fund Ltd.
           kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Plaintiff    Nisswa Convertibles Master Fund Ltd.: c/o Pine
           River Capital Management L.P. kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Plaintiff    IAM Mini-Fund 14 Limited kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Plaintiff    Black Horse Capital Master Fund Ltd
           kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Counter-Defendant    Whitebox Combined Partners, LP
           kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Plaintiff    Lonestar Partners LP kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Interested Party    TPS Group kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Plaintiff    Whitebox Special Opportunities Fund LP, Series
           B kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Counter-Defendant    Greywolf Overseas Fund
           kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Plaintiff    Paige Opportunity Partners LP kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Counter-Defendant    Whitebox Convertible Arbitrage
           Partners, LP kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Counter-Defendant    Scoggin Worldwide Fund Ltd.
           kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Plaintiff    VR Global Partners, L.P.: c/o Admiral
           Administration Ltd. kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Plaintiff    Visium Global Master Fund, Ltd.
           kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Attorney    Brown Rudnick, LLP kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Plaintiff    Whitebox Asymmetric Partners LP
           kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Counter-Defendant    Greywolf Capital Partners II
           kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Interested Party    Certain Trust Preferred Holders
           kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Plaintiff    Pines Edge Value Investors Ltd.: c/o Pine
           River Capital Management L.P. kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Plaintiff    Mariner LDC: c/o Riva Ridge Capital Management
           LP kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Counter-Defendant    Black Horse Capital (QP) LP
           kdavis@camlev.com
          Kathleen Campbell Davis    on behalf of Counter-Defendant    Whitebox Hedged High Yield Partners,
           LP kdavis@camlev.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Kathleen M. Miller   on behalf of Creditor    Farm Family Life Insurance Company
         kmiller@skjlaw.com,  llb@skjlaw.com
      Kathleen M. Miller   on behalf of Creditor    American National Property and Casualty Company
         kmiller@skjlaw.com,  llb@skjlaw.com
      Kathleen M. Miller   on behalf of Creditor    Farm Family Casualty Insurance Company
         kmiller@skjlaw.com,  llb@skjlaw.com
      Kathleen M. Miller   on behalf of Creditor    American National Insurance Company
         kmiller@skjlaw.com,  llb@skjlaw.com
      Kathleen M. Miller   on behalf of Creditor    National Western Life Insurance Co
         kmiller@skjlaw.com,  llb@skjlaw.com
      Kelly M. Conlan   on behalf of Creditor    Los Angeles County Tax Collector and Treasurer
         kconlan@connollygallagher.com
      Kenneth E. Aaron   on behalf of Defendant Michael R. Zarro kaaron@weirpartners.com,
         imarciniszyn@weirpartners.com
      Kenneth E. Aaron   on behalf of Interested Party Michael R. Zarro kaaron@weirpartners.com,
         imarciniszyn@weirpartners.com
      Kenneth E. Aaron   on behalf of Defendant Marc  Malone kaaron@weirpartners.com,
         imarciniszyn@weirpartners.com
      Kenneth E. Aaron   on behalf of Interested Party Henry J. Berens kaaron@weirpartners.com,
         imarciniszyn@weirpartners.com
      Kenneth E. Aaron   on behalf of Defendant Henry J. Berens kaaron@weirpartners.com,
         imarciniszyn@weirpartners.com
      Kevin G. Collins   on behalf of Creditor    Compliance Coach, Inc. kevin.collins@btlaw.com,
         pgroff@btlaw.com;Kathy.lytle@btlaw.com
      Kevin G. Collins   on behalf of Creditor    First American CoreLogic, Inc. kevin.collins@btlaw.com,
         pgroff@btlaw.com;Kathy.lytle@btlaw.com
      Kevin M. Capuzzi   on behalf of Creditor Duane  Duck kcapuzzi@beneschlaw.com,
         debankruptcy@beneschlaw.com
      Kevin M. Capuzzi   on behalf of Attorney Donna L. Harris kcapuzzi@beneschlaw.com,
         debankruptcy@beneschlaw.com
      Kevin M. Capuzzi   on behalf of Defendant Duane  Duck kcapuzzi@beneschlaw.com,
         debankruptcy@beneschlaw.com
      Kurt F. Gwynne   on behalf of Creditor    Ad Hoc Committee kgwynne@reedsmith.com,
         llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
      Kurt F. Gwynne   on behalf of Interested Party    Ad Hoc Committee kgwynne@reedsmith.com,
         llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
      Kurt F. Gwynne   on behalf of Creditor    Ad Hoc Committee of Dime Savings Umbrella Trust
         Beneficiaries kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
      Kurt F. Gwynne   on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
         Indenture Trustee kgwynne@reedsmith.com,
         llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
      Kurt F. Gwynne   on behalf of Attorney    Reed Smith LLP kgwynne@reedsmith.com,
         llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
      Kurt F. Gwynne   on behalf of Interested Party    Trustee Committee kgwynne@reedsmith.com,
         llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
      Kurt F. Gwynne   on behalf of Creditor    Trust Committee kgwynne@reedsmith.com,
         llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
      Kurtzman Carson Consultants LLC   info@kccllc.com
      L. Jason Cornell   on behalf of Creditor    Wells Fargo Bank, N.A. in its Capacity as Indenture
         and Guarantee Trustee jcornell@foxrothschild.com,  slynch@foxrothschild.com
      L. Jason Cornell   on behalf of Interested Party    Washington Mutual, Inc. Noteholders Group
         jcornell@foxrothschild.com,  slynch@foxrothschild.com
      L. Katherine Good   on behalf of Plaintiff    WMI Liquidating Trust kgood@potteranderson.com,
         cgiobbe@potteranderson.com;lhuber@potteranderson.com;bankruptcy@potteranderson.com
      Laura Davis Jones   on behalf of Interested Party    MSG Media ljones@pszjlaw.com,
         efile1@pszjlaw.com
      Laura Davis Jones   on behalf of Interested Party    Bank Bondholders ljones@pszjlaw.com,
         efile1@pszjlaw.com
      Laura Davis Jones   on behalf of Interested Party    Washington Mutual Bank Bondholders
         ljones@pszjlaw.com,  efile1@pszjlaw.com
      Laura L. McCloud   on behalf of Creditor    Tennessee Department of Revenue
         agbankdelaware@ag.tn.gov
      Lauren Genvert Goetzl   on behalf of Interested Party    Federal Deposit Insurance Corporation in
         its Corporate Capacity Lauren.Genvert@dlapiper.com
      Lee E. Kaufman   on behalf of Other Prof.    Weil, Gotshal & Manges LLP kaufman@rlf.com,
         rbgroup@rlf.com
      Lee E. Kaufman   on behalf of Debtor    Washington Mutual, Inc. kaufman@rlf.com,  rbgroup@rlf.com
      Lee E. Kaufman   on behalf of Defendant    Washington Mutual, Inc., kaufman@rlf.com,
         rbgroup@rlf.com
      Lee E. Kaufman   on behalf of Other Prof.    John W. Wolfe, P.S. kaufman@rlf.com,  rbgroup@rlf.com
      Lee E. Kaufman   on behalf of Other Prof.    Richards, Layton & Finger, P.A. kaufman@rlf.com,
         rbgroup@rlf.com
      Leonard H. Gerson   on behalf of Interested Party    United States Secretary of Labor
         gerson.leonard@dol.gov
      Lisa Zwally Brown   on behalf of Creditor    MARTA/ATU Employees Retirement Plan lzbrown@mmwr.com
      M. Blake Cleary   on behalf of Interested Party    Federal Depository Insurance Corporation
         bankfilings@ycst.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              M. Blake  Cleary   on behalf of Defendant   Federal Deposit Insurance Corporation
              bankfilings@ycst.com
              M. Blake  Cleary   on behalf of Interested Party   Federal Deposit Insurance Corporation
              bankfilings@ycst.com
              Marc J. Phillips   on behalf of Creditor   Los Angeles County Tax Collector mphillips@ckrlaw.com
              Marc J. Phillips   on behalf of Creditor Stephen J. Rotella mphillips@ckrlaw.com
              Marc J. Phillips   on behalf of Creditor   Paradigm Tax Group, LLC mphillips@ckrlaw.com
              Marc J. Phillips   on behalf of Creditor   Los Angeles County Tax Collector and Treasurer
              mphillips@ckrlaw.com
              Marc Stephen Casarino   on behalf of Creditor Andrew  Tauber casarinom@whiteandwilliams.com,
              debankruptcy@whiteandwilliams.com
              Marc Stephen Casarino   on behalf of Creditor Gregory  Carlisle casarinom@whiteandwilliams.com,
              debankruptcy@whiteandwilliams.com
              Marcos Alexis Ramos   on behalf of Defendant   Washington Mutual, Inc. ramos@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Marcos Alexis Ramos   on behalf of Liquidating Trust   WMI Liquidating Trust ramos@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Marcos Alexis Ramos   on behalf of Defendant   Washington Mutual, Inc., ramos@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Maria  Douvas   on behalf of Creditor   Appaloosa Management, L.P. mariadouvas@paulhastings.com
              Maria Aprile Sawczuk   on behalf of Creditor   Alvarez & Marsal marias@restructuringshop.com,
              marias@ecf.courtdrive.com
              Mark  Minuti   on behalf of Creditor   Siemens IT Solutions and Services, Inc.
              mark.minuti@saul.com,  robyn.warren@saul.com
              Mark  Minuti   on behalf of Creditor   Paulson & Co. Inc. mark.minuti@saul.com,
              robyn.warren@saul.com
              Mark Allen Broude   on behalf of Other Prof.   Centerbridge Partners, L.P. mark.broude@lw.com
              Mark D. Collins   on behalf of Plaintiff   WMI Liquidating Trust
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Mark D. Collins   on behalf of Debtor   WMI Investment Corp.
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Mark D. Collins   on behalf of Debtor   Washington Mutual, Inc.
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Mark D. Collins   on behalf of Defendant   Washington Mutual, Inc.
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Mark D. Olivere   on behalf of Interested Party   Fir Tree Value Master Fund, L.P. and Fir Tree
              Capital Opportunity Master Fund, L.P. olivere@chipmanbrown.com,
              dero@chipmanbrown.com;mccloskey@chipmanbrown.com
              Mark D. Olivere   on behalf of Plaintiff   WMI Liquidating Trust olivere@chipmanbrown.com,
              dero@chipmanbrown.com;mccloskey@chipmanbrown.com
              Mark D. Olivere   on behalf of Liquidating Trust   WMI Liquidating Trust olivere@chipmanbrown.com,
              dero@chipmanbrown.com;mccloskey@chipmanbrown.com
              Mark E. Felger   on behalf of Counter-Defendant   Broadbill Investment Corp. mfelger@cozen.com,
              MBrickley@cozen.com;mmillis@cozen.com
              Mark E. Felger   on behalf of Plaintiff   Broadbill Investment Corp. mfelger@cozen.com,
              MBrickley@cozen.com;mmillis@cozen.com
              Mark E. Felger Esq.   on behalf of Interested Party   Broadbill Investment Corp.
              mfelger@cozen.com,  MBrickley@cozen.com;mmillis@cozen.com
              Mark G. Ledwin   on behalf of Creditor   Nutmeg Insurance Company mark.ledwin@wilsonelser.com
              Mark M. Billion   on behalf of Interested Party   Bank Bondholders markbillion@billionlaw.com,
              mmb21167@fastpacer.us
              Mark M. Billion   on behalf of Other Prof.   Bank Bondholders markbillion@billionlaw.com,
              mmb21167@fastpacer.us
              Mark T Hurford   on behalf of Plaintiff   Paige Opportunity Partners LP mhurford@camlev.com
              Mark T Hurford   on behalf of Plaintiff   Guggenheim Portfolio Company VII, LLC
              mhurford@camlev.com
              Mark T Hurford   on behalf of Plaintiff   Whitebox Convertible Arbitrage Partners, LP
              mhurford@camlev.com
              Mark T Hurford   on behalf of Plaintiff   Pines Edge Value Investors Ltd.: c/o Pine River Capital
              Management L.P. mhurford@camlev.com
              Mark T Hurford   on behalf of Plaintiff   HFR RVA Combined Master Trust mhurford@camlev.com
              Mark T Hurford   on behalf of Plaintiff   Scoggin International Fund Ltd. mhurford@camlev.com
              Mark T Hurford   on behalf of Plaintiff   Black Horse Capital (QP) LP mhurford@camlev.com
              Mark T Hurford   on behalf of Interested Party   TPS Group mhurford@camlev.com
              Mark T Hurford   on behalf of Plaintiff   Whitebox Special Opportunities Fund LP, Series B
              mhurford@camlev.com
              Mark T Hurford   on behalf of Plaintiff   Whitebox Combined Partners, LP mhurford@camlev.com
              Mark T Hurford   on behalf of Plaintiff   Black Horse Capital Master Fund Ltd mhurford@camlev.com
              Mark T Hurford   on behalf of Plaintiff   Visium Global Master Fund, Ltd. mhurford@camlev.com
              Mark T Hurford   on behalf of Plaintiff   Niswaa Master Fund Ltd.: c/o Pine River Capital
              Management L.P. mhurford@camlev.com
              Mark T Hurford   on behalf of Plaintiff   VR Global Partners, L.P.: c/o Admiral Administration
              Ltd. mhurford@camlev.com
              Mark T Hurford   on behalf of Plaintiff   Scoggin Capital Management II LLC mhurford@camlev.com
              Mark T Hurford   on behalf of Interested Party   Trust Preferred Holders mhurford@camlev.com
              Mark T Hurford   on behalf of Plaintiff   Paige Opportunity Partners Master Fund
              mhurford@camlev.com
              Mark T Hurford   on behalf of Plaintiff   Whitebox Asymmetric Partners LP mhurford@camlev.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Mark T Hurford    on behalf of Plaintiff    Pandora Select Partners, LP mhurford@camlev.com
              Mark T Hurford    on behalf of Plaintiff    Whitebox Hedged High Yield Partners, LP
               mhurford@camlev.com
              Mark W. Eckard    on behalf of Interested Party   Ad Hoc Committee meckard@reedsmith.com
              Mark W. Eckard    on behalf of Interested Party   Trustee Committee meckard@reedsmith.com
              Mark W. Eckard    on behalf of Creditor    Ad Hoc Committee of Dime Savings Umbrella Trust
               Beneficiaries meckard@reedsmith.com
              Mark W. Eckard    on behalf of Creditor    Ad Hoc Committee meckard@reedsmith.com
              Mark W. Eckard    on behalf of Creditor    Trust Committee meckard@reedsmith.com
              Marla Rosoff Eskin    on behalf of Attorney   Brown Rudnick, LLP meskin@camlev.com
              Marla Rosoff Eskin    on behalf of Attorney   Campbell & Levine, LLC meskin@camlev.com
              Marla Rosoff Eskin    on behalf of Interested Party   TPS Group meskin@camlev.com
              Marla Rosoff Eskin    on behalf of Defendant   JPMorgan Chase & Co. meskin@camlev.com
              Marla Rosoff Eskin    on behalf of Interested Party   Trust Preferred Holders meskin@camlev.com
              Martin J. Davis    on behalf of Witness    Office of Thrift Supervision martin.davis@ots.treas.gov
              Martin J. Davis    on behalf of Interested Party Martin Jefferson Davis martin.davis@ots.treas.gov
              Martin J. Davis    on behalf of Interested Party   Office of Thrift Supervision
               martin.davis@ots.treas.gov
              Matthew B. McGuire    on behalf of Defendant   JPMorgan Chase & Co. mcguire@lrclaw.com,
               rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire    on behalf of Interested Party   JPMorgan Chase Bank, National Association
               mcguire@lrclaw.com,   rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire    on behalf of Interested Party   JPMorgan Chase & Co. mcguire@lrclaw.com,
               rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire    on behalf of Defendant   JPMorgan Chase Bank, N.A. mcguire@lrclaw.com,
               rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire    on behalf of Plaintiff   JPMorgan Chase Bank, National Association
               mcguire@lrclaw.com,   rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire    on behalf of Defendant   1.JPMorgan Chase Bank, N.A. mcguire@lrclaw.com,
               rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;panchak@lrclaw.com
              Michael  Reed    on behalf of Creditor    Burnet Consolidated ISD, et al. sonya.ragsdale@mvbalaw.com
              Michael  Seidl    on behalf of Interested Party   MSG Media mseidl@pszjlaw.com
              Michael David DeBaecke    on behalf of Interested Party   Owl Creek Asset Management LP
               mdebaecke@ashbygeddes.com
              Michael David DeBaecke    on behalf of Other Prof.    Aurelius Capital Management, LP
               mdebaecke@ashbygeddes.com
              Michael David DeBaecke    on behalf of Other Prof.    Thoroughbred Master Ltd.
               mdebaecke@ashbygeddes.com
              Michael David DeBaecke    on behalf of Other Prof.    Appaloosa Investment L.P. I
               mdebaecke@ashbygeddes.com
              Michael David DeBaecke    on behalf of Creditor    Appaloosa Management, L.P.
               mdebaecke@ashbygeddes.com
              Michael David DeBaecke    on behalf of Other Prof.    Centerbridge Partners, L.P.
               mdebaecke@ashbygeddes.com
              Michael David DeBaecke    on behalf of Interested Party   Aurelius Capital Management, LP
               mdebaecke@ashbygeddes.com
              Michael David DeBaecke    on behalf of Interested Party   Owl Creek Management, L.P.
               mdebaecke@ashbygeddes.com
              Michael David DeBaecke    on behalf of Other Prof.    Blank Rome LLP mdebaecke@ashbygeddes.com
              Michael E. Emrich    on behalf of Creditor    Riverside Claims, LLC. notice@regencap.com
              Michael G. Busenkell    on behalf of Creditor Scott  Shaw mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Cross-Claimant Patricia  Schulte Jones mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Counter-Claimant Jeffrey  Jones mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Cross-Claimant Scott  Shaw mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Defendant Michelle  McCarthy mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Defendant Jeffrey  Jones mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Defendant Scott  Shaw mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Defendant Jeffrey P Weinstein mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Cross-Claimant Robert N Batt mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Interested Party Randy  Melby mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Creditor Jeffrey  Jones mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Defendant Susan C. Allison mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Cross Defendant Susan C. Allison mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Interested Party Robert  Batt mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Interested Party Michelle  McCarthy mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Defendant Randy R Melby mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Defendant Steven Kenneth Stearns mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Defendant Robert N Batt mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Counter-Claimant Susan C. Allison mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Creditor Susan  Allison mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Defendant Patricia  Schulte mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Interested Party Steven  Stearns mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Creditor Patricia  Schulte mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Interested Party Jeffrey P. Weinstein mbusenkell@gsbblaw.com
              Michael G. Busenkell    on behalf of Cross-Claimant Jeffrey  Jones mbusenkell@gsbblaw.com
              Michael J. Bennett    on behalf of Defendant Andrew J. Eschenbach mbennett@lhlawfirm.com,
               nkutcher@lhlawfirm.com

District/off: 0311-1           User: JasonSp          Page 17 of 23           Date Rcvd: Apr 29, 2019
                              Form ID: van440          Total Noticed: 3

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael J. Bennett    on behalf of Creditor Andrew J. Eschenbach mbennett@lhlawfirm.com,
            nkutcher@lhlawfirm.com
          Michael Joseph Custer    on behalf of Creditor Committee    Official Committee of Unsecured
            Creditors custerm@pepperlaw.com,
            wlbank@pepperlaw.com;custerm@ecf.inforuptcy.com;hudsonr@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.
            com;molitorm@pepperlaw.com
          Michael Joseph Joyce    on behalf of Creditor Laura  Rodrigues mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Cross-Claimant David  Schneider mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Richard  Strauch mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant Daryl D David mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Stephen E. Whittaker mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Daryl D David mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Michael A. Reynoldson mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Chandan  Sharma mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Kenneth  Kido mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant Anthony F Vuoto mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant Stephen J. Rotella mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant Kenneth E Kido mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Cross-Claimant Gregory G. Camas mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant Anthony Joseph Bozzuti mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Michele Susanne Grau-Iversen mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Peter  Struck mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant John H. Murphy mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Gregory G. Camas mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Marc  Malone mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant Alfred  Brooks mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Mitchell  Stevens mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Steven F. Stein mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Melba Ann Bartels mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant Rajiv  Kapoor mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor John  Webber mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Robert  Boxberger mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Luis  Rodriguez mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor David  Tomlinson mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant Daryl  David mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Robert J. Williams, Jr. mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Kathy  Yeu mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor John  McMurray mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant Robert C. Bjorklund mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Deborah  Horvath mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Ann  Tierney mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant  Anthony Bozzuti mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Daniel  Shanks mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant Melba Ann Bartels mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Radha  Thompson mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant John  McMurray mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Cross-Claimant Robert J. Williams, Jr. mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant Marc  Malone mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Thomas  Casey mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Sean  Becketti mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Laura  Rogers-Rodrigues mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant Kimberly A. Cannon mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant Steven F. Stein mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Rajiv  Kapoor mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Todd H.  Baker mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Thomas E.  Morgan mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant Thomas E. Morgan mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Anthony Joseph Bozzuti mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant Sean  Becketti mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Mary Beth  Davis mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant Robert J. Williams, Jr. mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor David  Schneider mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Robert  Hill mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant Gregory G. Camas mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant Craig E Tall mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Alfred  Brooks mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Cross-Claimant Thomas E. Morgan mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Kimberly A. Cannon mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant Stephen E. Whittaker mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Genevieve Anne Smith mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant John P. McMurray mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor David  Schneider mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Cross-Claimant Radha  Thompson mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant Michael  Reynoldson mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant Thomas W. Casey mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant Richard  Strauch mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Creditor Stephen J. Rotella mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Defendant Robert C. Hill mjoyce@oelegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Michael Joseph Joyce    on behalf of Cross-Claimant Ann  Tierney mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Creditor Michael  Rapaport mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Creditor Jose  Tagunicar mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Defendant Robert  Bjorklund mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Defendant Chandan  Sharma mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Creditor Anthony  Vuoto mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Defendant Debora  Horvath mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Defendant Ann  Tierney mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Creditor Robert  Bjorklund mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Creditor John H. Murphy mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Defendant Todd H. Baker mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Defendant   Todd H. Baker mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Defendant Mitchell  Stevens mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Cross-Claimant Debora  Horvath mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Defendant Genevieve  Smith mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Defendant Debora D. Horvath mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Defendant Radha  Thompson mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Creditor Robert  Merritt mjoyce@oelegal.com
              Michael Joseph Joyce    on behalf of Creditor Craig  Tall mjoyce@oelegal.com
              Michael Joseph Merchant    on behalf of Plaintiff   WMI Liquidating Trust merchant@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Michael Joseph Merchant    on behalf of Liquidating Trust   WMI Liquidating Trust merchant@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Michael P. Migliore    on behalf of Creditor   American National Insurance Company mpm@skjlaw.com
              Michael P. Migliore    on behalf of Creditor Angelita  Ravago mpm@skjlaw.com
              Michael P. Migliore    on behalf of Creditor Susanna Gouws Korn mpm@skjlaw.com
              Michael S. Mitchell    on behalf of Creditor   Collin County, Texas msmattny@jdksystems.com
              Michelle E. Shriro    on behalf of Creditor   Affiliated Computer Services, Inc. and ACS
               Commercial Solutions, Inc. mshriro@singerlevick.com,  croote@singerlevick.com,
               scotton@singerlevick.com
              Michelle E. Shriro    on behalf of Creditor   ACS HR Solutions, LLP f/k/a Excellerate HRO LLP
               mshriro@singerlevick.com,  croote@singerlevick.com,scotton@singerlevick.com
              Mona A. Parikh   on behalf of Plaintiff   JPMorgan Chase Bank, National Association
               mona.parikh@bipc.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery X, LP nate@usdrllc.com
              Nathan D. Grow   on behalf of Interested Party   Federal Deposit Insurance Corporation
               bankfilings@ycst.com
              Neal J. Levitsky   on behalf of Creditor   Wells Fargo Bank, National Association
               nlevitsky@foxrothschild.com,  dkemp@foxrothschild.com
              Neal J. Levitsky   on behalf of Creditor   Wells Fargo Bank, N.A. in its Capacity as Indenture
               and Guarantee Trustee nlevitsky@foxrothschild.com,  dkemp@foxrothschild.com
              Neil Raymond Lapinski   on behalf of Defendant   Washington Mutual, Inc. nlapinski@gfmlaw.com,
               kvalania@gfmlaw.com
              Neil Raymond Lapinski   on behalf of Plaintiff   Washington Mutual, Inc. nlapinski@gfmlaw.com,
               kvalania@gfmlaw.com
              Neil Raymond Lapinski   on behalf of Defendant   WMI Investment Corp. nlapinski@gfmlaw.com,
               kvalania@gfmlaw.com
              Neil Raymond Lapinski   on behalf of Plaintiff   WMI Investment Corp. nlapinski@gfmlaw.com,
               kvalania@gfmlaw.com
              Neil Raymond Lapinski   on behalf of Defendant   Washington Mutual, Inc., nlapinski@gfmlaw.com,
               kvalania@gfmlaw.com
              Neil Raymond Lapinski   on behalf of Plaintiff   Washington Mutual, Inc., nlapinski@gfmlaw.com,
               kvalania@gfmlaw.com
              Neil Raymond Lapinski   on behalf of Debtor   Washington Mutual, Inc. nlapinski@gfmlaw.com,
               kvalania@gfmlaw.com
              Neysa A Fligor   on behalf of Creditor   County  of Santa Clara sccbankruptcy@cco.sccgov.org
              Nicholas E. Meriwether   on behalf of Creditor   ADT Security Services, Inc.
               nmeriwether@mcguirewoods.com
              Norman M. Monhait   on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A., as
               Indenture Trustee nmonhait@rmgglaw.com
              Norman M. Monhait   on behalf of Creditor   Wells Fargo Bank, National Association
               nmonhait@rmgglaw.com
              Pamela C. Serranzana   on behalf of Interested Party   Owl Creek Asset Management LP
               pamela.serranzana@srz.com
              Patrick J. Reilley   on behalf of Examiner   Joshua R. Hochberg, Examiner preilley@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com
              Patrick L. Huffstickler   on behalf of Creditor   Clear Channel Communications, Inc.
               phuffstickler@dykema.com,  aseifert@dykema.com;mcruz@dykema.com
              Paul D. Brown   on behalf of Liquidating Trust   WMI Liquidating Trust brown@chipmanbrown.com,
               dero@chipmanbrown.com;mccloskey@chipmanbrown.com
              Paul D. Brown   on behalf of Plaintiff   WMI Liquidating Trust brown@chipmanbrown.com,
               dero@chipmanbrown.com;mccloskey@chipmanbrown.com
              Paul D. Brown   on behalf of Plaintiff   Washington Mutual, Inc. brown@chipmanbrown.com,
               dero@chipmanbrown.com;mccloskey@chipmanbrown.com
              Paul N. Heath   on behalf of Plaintiff   WMI Liquidating Trust heath@rlf.com,  RBGroup@rlf.com
              Paul Noble Heath   on behalf of Liquidating Trust   WMI Liquidating Trust heath@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Peter J. Keane   on behalf of Interested Party   Bank Bondholders pkeane@pszjlaw.com
            R. Stephen  McNeill   on behalf of Interested Party   WMB Noteholder Group
              bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
            Rachel B. Mersky   on behalf of Creditor Kerry K. Killinger rmersky@monlaw.com
            Rafael Xavier Zahralddin-Aravena   on behalf of Plaintiff   Washington Mutual, Inc.,
              rxza@elliottgreenleaf.com,  sir@elliottgreenleaf.com/maf@elliottgreenleaf.com
            Rafael Xavier Zahralddin-Aravena   on behalf of Interested Party   WMI Liquidating Trust
              rxza@elliottgreenleaf.com,  sir@elliottgreenleaf.com/maf@elliottgreenleaf.com
            Rafael Xavier Zahralddin-Aravena   on behalf of Defendant   WMI Investment Corp.
              rxza@elliottgreenleaf.com,  sir@elliottgreenleaf.com/maf@elliottgreenleaf.com
            Rafael Xavier Zahralddin-Aravena   on behalf of Plaintiff   WMI Investment Corp.
              rxza@elliottgreenleaf.com,  sir@elliottgreenleaf.com/maf@elliottgreenleaf.com
            Rafael Xavier Zahralddin-Aravena   on behalf of Defendant   Washington Mutual, Inc.
              rxza@elliottgreenleaf.com,  sir@elliottgreenleaf.com/maf@elliottgreenleaf.com
            Rafael Xavier Zahralddin-Aravena   on behalf of Plaintiff   Washington Mutual, Inc.
              rxza@elliottgreenleaf.com,  sir@elliottgreenleaf.com/maf@elliottgreenleaf.com
            Rafael Xavier Zahralddin-Aravena   on behalf of Debtor   Washington Mutual, Inc.
              rxza@elliottgreenleaf.com,  sir@elliottgreenleaf.com/maf@elliottgreenleaf.com
            Regina A. Iorii   on behalf of Creditor   LaSalle Bank, National Association
              riorii@werbsullivan.com
            Richard G. Placey   on behalf of Creditor   MARTA/ATU Employees Retirement Plan rplacey@mmwr.com,
              plorenz@mmwr.com;bfabik@mmwr.com;jstapleton@mmwr.com;fkuffler@mmwr.com
            Richard G. Placey   on behalf of Attorney   Montgomery McCracken Walker & Rhoads LLP
              rplacey@mmwr.com,  plorenz@mmwr.com;bfabik@mmwr.com;jstapleton@mmwr.com;fkuffler@mmwr.com
            Richard G. Placey   on behalf of Creditor   New Orleans Employees Retirement System
              rplacey@mmwr.com,  plorenz@mmwr.com;bfabik@mmwr.com;jstapleton@mmwr.com;fkuffler@mmwr.com
            Richard W. Riley   on behalf of Creditor   ACE rwriley@duanemorris.com
            Richard W. Riley   on behalf of Creditor   Principal Financial Group, Inc. rwriley@duanemorris.com
            Richard W. Riley   on behalf of Interested Party   Toronto-Dominion Bank/TD Bank, N.A.
              rwriley@duanemorris.com
            Robert Lapowsky   on behalf of Creditor   Alvarez & Marsal rl@stevenslee.com
            Robert  Lapowsky   on behalf of Other Prof.   Alvarez & Marsal North America, LLC
              rl@stevenslee.com
            Robert A. Johnson   on behalf of Plaintiff   WMI Liquidating Trust rajohnson@akingump.com,
              nymco@akingump.com
            Robert A. Johnson   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
              rajohnson@akingump.com,  nymco@akingump.com
            Robert A. Johnson   on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
              rajohnson@akingump.com,  nymco@akingump.com
            Robert D. Clark   on behalf of Creditor   Douglas County Treasurer's Office rclark@douglas.co.us,
              tmccann@douglas.co.us
            Robert E. Greenberg   on behalf of Creditor   The Realty Associates Fund VIII, L.P.
              rgreenberg@dclawfirm.com,  tmurphy@dclawfirm.com;vcoleman@dclawfirm.com
            Robert E. Greenberg   on behalf of Creditor   Realty Associates Iowa Corporation
              rgreenberg@dclawfirm.com,  tmurphy@dclawfirm.com;vcoleman@dclawfirm.com
            Robert J. Lack   on behalf of Interested Party   Aurelius Capital Management, LP rlack@fklaw.com,
              vgarvey@fklaw.com
            Robert K. Minkoff   on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
              rminkoff@cedargladecapital.com
            Robert S. Brady   on behalf of Defendant   Federal Deposit Insurance Corporation
              bankfilings@ycst.com
            Robert W. Mallard   on behalf of Creditor   Fair Isaac Corporation mallard.robert@dorsey.com
            Robyn B. Sokol   on behalf of Defendant Chandan  Sharma rsokol@ebg-law.com,  nfields@ebg-law.com
            Robyn B. Sokol   on behalf of Defendant Daryl D David rsokol@ebg-law.com,  nfields@ebg-law.com
            Robyn B. Sokol   on behalf of Creditor Kimberly A. Cannon rsokol@ebg-law.com,  nfields@ebg-law.com
            Robyn B. Sokol   on behalf of Defendant Michael  Reynoldson rsokol@ebg-law.com,
              nfields@ebg-law.com
            Robyn B. Sokol   on behalf of Creditor Daryl D David rsokol@ebg-law.com,  nfields@ebg-law.com
            Robyn B. Sokol   on behalf of Creditor Michael A. Reynoldson rsokol@ebg-law.com,
              nfields@ebg-law.com
            Robyn B. Sokol   on behalf of Defendant Kimberly A. Cannon rsokol@ebg-law.com,
              nfields@ebg-law.com
            Robyn B. Sokol   on behalf of Defendant Robert C. Bjorklund rsokol@ebg-law.com,
              nfields@ebg-law.com
            Ronald L. Berenstain   on behalf of Creditor   William G. Reed, Jr. rberenstain@perkinscoie.com,
              jstarr@perkinscoie.com
            Ronald L. Berenstain   on behalf of Creditor   Anne V. Farrell rberenstain@perkinscoie.com,
              jstarr@perkinscoie.com
            Ronald L. Berenstain   on behalf of Creditor   James H. Stever rberenstain@perkinscoie.com,
              jstarr@perkinscoie.com
            Ronald L. Berenstain   on behalf of Creditor   Michael K. Murphy rberenstain@perkinscoie.com,
              jstarr@perkinscoie.com
            Ronald L. Berenstain   on behalf of Creditor   Regina T. Montoya rberenstain@perkinscoie.com,
              jstarr@perkinscoie.com
            Ronald L. Berenstain   on behalf of Creditor   Willis B. Wood, Jr. rberenstain@perkinscoie.com,
              jstarr@perkinscoie.com
            Ronald L. Berenstain   on behalf of Creditor Margaret  Osmer-McQuade rberenstain@perkinscoie.com,
              jstarr@perkinscoie.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Ronald L. Berenstain   on behalf of Creditor Stephen E. Frank rberenstain@perkinscoie.com,
                 jstarr@perkinscoie.com
              Ronald L. Berenstain   on behalf of Creditor Stephen I. Chazen rberenstain@perkinscoie.com,
                 jstarr@perkinscoie.com
              Ronald L. Berenstain   on behalf of Creditor Thomas C. Leppert rberenstain@perkinscoie.com,
                 jstarr@perkinscoie.com
              Ronald L. Berenstain   on behalf of Creditor Orin C. Smith rberenstain@perkinscoie.com,
                 jstarr@perkinscoie.com
              Ronald L. Berenstain   on behalf of Creditor Mary E. Pugh rberenstain@perkinscoie.com,
                 jstarr@perkinscoie.com
              Ronald L. Berenstain   on behalf of Creditor Phillip D. Matthews rberenstain@perkinscoie.com,
                 jstarr@perkinscoie.com
              Ronald L. Berenstain   on behalf of Creditor Charles M. Lillis rberenstain@perkinscoie.com,
                 jstarr@perkinscoie.com
              Ronald S. Beacher   on behalf of Creditor    SPCP Group, LLC rbeacher@pryorcashman.com,
                 docketing@pryorcashman.com
              Ronald S. Gellert   on behalf of Creditor    Workflow Solutions LLC rgellert@gsbblaw.com
              Ronald S. Gellert   on behalf of Creditor    The Relizon Company rgellert@gsbblaw.com
              Roni  Rotholz   on behalf of Plaintiff   WASHINGTON MUTUAL BANKS, FA rrotholz@aol.com
              Roni  Rotholz   on behalf of Plaintiff Francisco  Wence rrotholz@aol.com
              Ronni N. Arnold   on behalf of Creditor   Wilmington Trust Company arnold.ronni@arentfox.com,
                 nova.alindogan@arentfox.com
              Roy H. Carlin   on behalf of Interested Party   PT Bank Negara Indonesia (Persaro) Tbk
                 carlin@thslaw.com
              Sally E. Edison   on behalf of Creditor   ADT Security Services, Inc. sedison@spilmanlaw.com,
                 tcollins@spilmanlaw.com
              Scott D. Cousins   on behalf of Liquidating Trust   WMI Liquidating Trust scousins@bayardlaw.com,
                 lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins   on behalf of Plaintiff   Washington Mutual, Inc. scousins@bayardlaw.com,
                 lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins   on behalf of Plaintiff   WMI Liquidating Trust scousins@bayardlaw.com,
                 lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott I. Davidson   on behalf of Creditor   Blackwell Capital Partners, LLC sdavidson@kslaw.com
              Scott I. Davidson   on behalf of Interested Party   Acxiom Corporation sdavidson@kslaw.com
              Scott I. Davidson   on behalf of Creditor   Brennus Fund Limited sdavidson@kslaw.com
              Scott I. Davidson   on behalf of Creditor   Sonterra Capital LLC sdavidson@kslaw.com
              Scott I. Davidson   on behalf of Creditor   Costa Brava Partnership III, LP sdavidson@kslaw.com
              Scott I. Davidson   on behalf of Creditor   Nantahala Capital Partners, LP sdavidson@kslaw.com
              Scott J. Leonhardt   on behalf of Interested Party   LTW Holders leonhardt@teamrosner.com
              Scott J. Leonhardt   on behalf of Plaintiff   Nantahala Capital Partners, LP
                 leonhardt@teamrosner.com
              Scott J. Leonhardt   on behalf of Creditor   LTW Holders leonhardt@teamrosner.com
              Scott J. Leonhardt   on behalf of Creditor   Blackwell Partners, LLC leonhardt@teamrosner.com
              Scott J. Leonhardt   on behalf of Plaintiff   Brennus Fund Limited leonhardt@teamrosner.com
              Scott J. Leonhardt   on behalf of Plaintiff   Blackwell Capital Partners, LLC
                 leonhardt@teamrosner.com
              Scott J. Leonhardt   on behalf of Creditor   Blackwell Partners, LP leonhardt@teamrosner.com
              Scott J. Leonhardt   on behalf of Plaintiff   Costa Brava Partnership III, LLP
                 leonhardt@teamrosner.com
              Scott J. Leonhardt   on behalf of Intervenor-Plaintiff   Blackwell Partners, LP
                 leonhardt@teamrosner.com
              Scott J. Leonhardt   on behalf of Creditor   Brennus Fund Limited leonhardt@teamrosner.com
              Scott J. Leonhardt   on behalf of Interested Party   King & Spalding LLP and The Rosner Law Group
                 LLC, Former Class Counsel for Nantahala Capital Partners, LP, Blackwell Capital Partners, LLC,
                 Axicon Partners LLC, Brennus Fund Limited, Costa Brava Partn leonhardt@teamrosner.com
              Scott J. Leonhardt   on behalf of Plaintiff   Broadbill Investment Corp. leonhardt@teamrosner.com
              Scott J. Leonhardt   on behalf of Intervenor-Plaintiff   Nantahala Capital Partners, LP
                 leonhardt@teamrosner.com
              Scott J. Leonhardt   on behalf of Intervenor-Plaintiff   Blackwell Capital Partners, LLC
                 leonhardt@teamrosner.com
              Scott J. Leonhardt   on behalf of Interested Party   Nantahala Capital Partners, LP, Blackwell
                 Capital Partners LLC, Axicon Partners LLC, Brennus Fund Limited, Costa Brava Partnership III,
                 LLP, Sonterra Capital Master Fund Ltd. leonhardt@teamrosner.com
              Scott J. Leonhardt   on behalf of Creditor   Axicon Partners LLC leonhardt@teamrosner.com
              Scott J. Leonhardt   on behalf of Creditor   Sonterra Capital Master Fund, Ltd.
                 leonhardt@teamrosner.com
              Scott J. Leonhardt   on behalf of Counter-Defendant   Axicon Partners, LLC
                 leonhardt@teamrosner.com
              Scott J. Leonhardt   on behalf of Plaintiff    Axicon Partners, LLC leonhardt@teamrosner.com
              Scott J. Leonhardt   on behalf of Creditor   Blackwell Capital Partners, LLC
                 leonhardt@teamrosner.com
              Scott J. Leonhardt   on behalf of Creditor   Nantahala Capital Partners, LP
                 leonhardt@teamrosner.com
              Scott J. Leonhardt   on behalf of Creditor   Costa Brava Partnership III, LP
                 leonhardt@teamrosner.com
              Scott J. Leonhardt   on behalf of Plaintiff   Sonterra Capital Master Fund, Ltd.
                 leonhardt@teamrosner.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Scott L. Esbin    on behalf of Creditor    CCP Credit Acquisition Holdings, LLC
              mchappell@esbinalter.com
              Scott L. Esbin    on behalf of Creditor    Pandora Select Partners, LP mchappell@esbinalter.com
              Sean A. O'Neal    on behalf of Interested Party    Barclays Capital, Inc. soneal@cgsh.com,
              maofiling@cgsh.com;afee@cgsh.com
              Seth A. Niederman    on behalf of Interested Party    Washington Mutual, Inc. Noteholders Group
              sniederman@foxrothschild.com,   dkemp@foxrothschild.com;r59257@notify.bestcase.com
              Shanti M. Katona    on behalf of Interested Party    Wilmington Trust Company, Trustee
              skatona@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Shawn M. Christianson    on behalf of Creditor    Oracle USA, Inc. schristianson@buchalter.com,
              cmcintire@buchalter.com
              Shelley A. Kinsella    on behalf of Debtor    Washington Mutual, Inc. sak@elliottgreenleaf.com,
              sir@elliottgreenleaf.com;maf@elliottgreenleaf.com
              Shelley A. Kinsella    on behalf of Plaintiff    WMI Investment Corp. sak@elliottgreenleaf.com,
              sir@elliottgreenleaf.com;maf@elliottgreenleaf.com
              Shelley A. Kinsella    on behalf of Plaintiff    Washington Mutual, Inc. sak@elliottgreenleaf.com,
              sir@elliottgreenleaf.com;maf@elliottgreenleaf.com
              Shelley A. Kinsella    on behalf of Defendant    Washington Mutual, Inc. sak@elliottgreenleaf.com,
              sir@elliottgreenleaf.com;maf@elliottgreenleaf.com
              Shelley A. Kinsella    on behalf of Plaintiff    Washington Mutual, Inc., sak@elliottgreenleaf.com,
              sir@elliottgreenleaf.com;maf@elliottgreenleaf.com
              Stacy L. Newman    on behalf of Plaintiff    Official Committee Of Equity Security Holders
              snewman@ashby-geddes.com
              Stacy L. Newman    on behalf of Interested Party    Official Committee of Equity Holders
              snewman@ashby-geddes.com
              Stacy L. Newman    on behalf of Intervenor-Plaintiff    Official Committee Of Equity Security
              Holders snewman@ashby-geddes.com
              Stacy L. Newman    on behalf of Interested Party    Official Committee Of Equity Security Holders
              snewman@ashby-geddes.com
              Stephan Eric Kyle    on behalf of Creditor Michael  Rapaport skyle@kylelawcorp.com,
              gcorpuz@kylelawcorp.com
              Stephan Eric Kyle    on behalf of Creditor Robert  Hill skyle@kylelawcorp.com,
              gcorpuz@kylelawcorp.com
              Stephan Eric Kyle    on behalf of Creditor Jose  Tagunicar skyle@kylelawcorp.com,
              gcorpuz@kylelawcorp.com
              Stephan Eric Kyle    on behalf of Creditor Daniel  Shanks skyle@kylelawcorp.com,
              gcorpuz@kylelawcorp.com
              Stephan Eric Kyle    on behalf of Defendant Ann  Tierney skyle@kylelawcorp.com,
              gcorpuz@kylelawcorp.com
              Stephan Eric Kyle    on behalf of Creditor Laura  Rodrigues skyle@kylelawcorp.com,
              gcorpuz@kylelawcorp.com
              Stephan Eric Kyle    on behalf of Creditor Luis  Rodriguez skyle@kylelawcorp.com,
              gcorpuz@kylelawcorp.com
              Stephan Eric Kyle    on behalf of Creditor Robert  Boxberger skyle@kylelawcorp.com,
              gcorpuz@kylelawcorp.com
              Stephan Eric Kyle    on behalf of Creditor Robert  Merritt skyle@kylelawcorp.com,
              gcorpuz@kylelawcorp.com
              Stephan Eric Kyle    on behalf of Defendant    Todd H. Baker skyle@kylelawcorp.com,
              gcorpuz@kylelawcorp.com
              Stephan Eric Kyle    on behalf of Creditor John  Webber skyle@kylelawcorp.com,
              gcorpuz@kylelawcorp.com
              Stephan Eric Kyle    on behalf of Defendant David  Schneider skyle@kylelawcorp.com,
              gcorpuz@kylelawcorp.com
              Stephan Eric Kyle    on behalf of Creditor Michele Susanne Grau-Iversen skyle@kylelawcorp.com,
              gcorpuz@kylelawcorp.com
              Stephan Eric Kyle    on behalf of Creditor Kathy  Yeu skyle@kylelawcorp.com,
              gcorpuz@kylelawcorp.com
              Stephan Eric Kyle    on behalf of Defendant    Anthony Bozzuti skyle@kylelawcorp.com,
              gcorpuz@kylelawcorp.com
              Stephan Eric Kyle    on behalf of Creditor Mary Beth  Davis skyle@kylelawcorp.com,
              gcorpuz@kylelawcorp.com
              Stephan Eric Kyle    on behalf of Creditor David  Tomlinson skyle@kylelawcorp.com,
              gcorpuz@kylelawcorp.com
              Stephan Eric Kyle    on behalf of Defendant Marc  Malone skyle@kylelawcorp.com,
              gcorpuz@kylelawcorp.com
              Stephan Eric Kyle    on behalf of Defendant Debora  Horvath skyle@kylelawcorp.com,
              gcorpuz@kylelawcorp.com
              Stephan Eric Kyle    on behalf of Creditor Richard  Strauch skyle@kylelawcorp.com,
              gcorpuz@kylelawcorp.com
              Stephan Eric Kyle    on behalf of Defendant John  McMurray skyle@kylelawcorp.com,
              gcorpuz@kylelawcorp.com
              Stephen H. Meyer    on behalf of Interested Party    Stephen H. Meyer, Esq. stephen.h.meyer@frb.gov
              Stephen W. Spence    on behalf of Defendant Debora D. Horvath sws@bmbde.com,  sumspence@gmail.com
              Stephen W. Spence    on behalf of Attorney    Phillips, Goldman & Spence, P.A. sws@bmbde.com,
              sumspence@gmail.com
              Stephen W. Spence    on behalf of Creditor Thomas  Casey sws@bmbde.com,  sumspence@gmail.com
              Stephen W. Spence    on behalf of Creditor David  Schneider sws@bmbde.com,  sumspence@gmail.com
              Stephen W. Spence    on behalf of Creditor Deborah  Horvath sws@bmbde.com,  sumspence@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                 Stephen W. Spence   on behalf of Creditor John  McMurray sws@bmbde.com,  sumspence@gmail.com
                 Stephen W. Spence   on behalf of Creditor  Medina & Thompson sws@bmbde.com,  sumspence@gmail.com
                 Stephen W. Spence   on behalf of Defendant Thomas E. Morgan sws@bmbde.com,  sumspence@gmail.com
                 Stephen W. Spence   on behalf of Creditor Alfred  Brooks sws@bmbde.com,  sumspence@gmail.com
                 Stephen W. Spence   on behalf of Creditor Williams, Jr. J. Robert sws@bmbde.com,
                  sumspence@gmail.com
                 Stephen W. Spence   on behalf of Creditor David  Beck sws@bmbde.com,  sumspence@gmail.com
                 Stephen W. Spence   on behalf of Creditor Todd H.  Baker sws@bmbde.com,  sumspence@gmail.com
                 Steven J. Reisman   on behalf of Creditor  IBM Corporation and IBM Credit LLC
                  sreisman@katten.com,  nyc.bknotices@kattenlaw.com
                 Steven J. Reisman   on behalf of Interested Party  HoldCo Advisors, L.P. sreisman@katten.com,
                  nyc.bknotices@kattenlaw.com
                 Steven K. Kortanek   on behalf of Plaintiff  Esopus Creek Value LP skortanek@wcsr.com,
                  cathy.greer@dbr.com
                 Steven K. Kortanek   on behalf of Plaintiff Michael  Willingham skortanek@wcsr.com,
                  cathy.greer@dbr.com
                 Tamara K. Mann   on behalf of Interested Party  Tranquility Master Fund Ltd. tmann@mnat.com,
                  aconway@mnat.com
                 Theodore Allan Kittila   on behalf of Debtor  Washington Mutual, Inc. tk@hfk.law
                 Theodore J. Tacconelli   on behalf of Interested Party  Moody's Investors Service
                  ttacconelli@ferryjoseph.com
                 Theresa Vesper Brown-Edwards   on behalf of Interested Party  WMB Noteholder Group
                  tbe@darbybrownedwards.com,  daw@darbybrownedwards.com
                 Theresa Vesper Brown-Edwards   on behalf of Interested Party  Washington Mutual Bank Note Holder
                  Group tbe@darbybrownedwards.com,  daw@darbybrownedwards.com
                 Therese Anne Scheuer   on behalf of Creditor Jenne K. Britell scheuert@sec.gov
                 Thomas F. Driscoll, III   on behalf of Interested Party  Trust Preferred Holders
                  tdriscoll@tbf.legal,  mdunwody@tbf.legal
                 Thomas F. Driscoll, III   on behalf of Interested Party  Black Horse Capital Management LLC
                  tdriscoll@tbf.legal,  mdunwody@tbf.legal
                 Thomas F. Driscoll, III   on behalf of Creditor John M. Browning tdriscoll@tbf.legal,
                  mdunwody@tbf.legal
                 Thomas F. Driscoll, III   on behalf of Defendant John M. Browning tdriscoll@tbf.legal,
                  mdunwody@tbf.legal
                 Thomas F. Driscoll, III   on behalf of Interested Party  John Michael Browning
                  tdriscoll@tbf.legal,  mdunwody@tbf.legal
                 Thomas G. Macauley   on behalf of Defendant  XL Specialty Insurance Company bk@macdelaw.com
                 Thomas G. Macauley   on behalf of Interested Party  XL Specialty Insurance Company and Columbia
                  Casualty Company bk@macdelaw.com
                 Thomas G. Macauley   on behalf of Defendant  Columbia Casualty Company bk@macdelaw.com
                 Thomas M. Horan   on behalf of Creditor Gregory G. Camas thoran@foxrothschild.com,
                  mwilmer@foxrothschild.com
                 Thomas M. Horan   on behalf of Interested Party  Normandy Hill Capital L.P.
                  thoran@foxrothschild.com,  mwilmer@foxrothschild.com
                 Timothy Jay Houseal   on behalf of Defendant  Axis Insurance Company thouseal@ycst.com
                 Timothy P. Cairns   on behalf of Interested Party  Washington Mutual Bank Bondholders
                  tcairns@pszjlaw.com
                 Timothy P. Cairns   on behalf of Creditor  WMB Senior Noteholders tcairns@pszjlaw.com
                 Timothy P. Cairns   on behalf of Other Prof.  Bank Bondholders tcairns@pszjlaw.com
                 Timothy P. Cairns   on behalf of Interested Party  Bank Bondholders tcairns@pszjlaw.com
                 Todd C. Meyers   on behalf of Interested Party  Tricadia Capital Management LLC
                  tmeyers@kilpatricktownsend.com,
                  mwilliams@kilpatricktownsend.com;sagreen@kilpatricktownsend.com;gfinizio@kilpatricktownsend.com
                 Todd M Bailey   on behalf of Creditor  State of California Franchise Tax Board
                  Todd.Bailey@ftb.ca.gov,  Martha.Gehrig@ftb.ca.gov
                 Travis A. McRoberts   on behalf of Defendant  Washington Mutual, Inc. mcroberts@rlf.com,
                  rbgroup@rlf.com
                 Travis A. McRoberts   on behalf of Debtor  Washington Mutual, Inc. mcroberts@rlf.com,
                  rbgroup@rlf.com
                 Tyler D. Semmelman   on behalf of Defendant  Washington Mutual, Inc. semmelman@rlf.com,
                  rbgroup@rlf.com
                 Tyler D. Semmelman   on behalf of Liquidating Trust  WMI Liquidating Trust semmelman@rlf.com,
                  rbgroup@rlf.com
                 U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
                 Veritext, LLC   bankruptcy-li@veritext.com
                 Victoria A. Guilfoyle   on behalf of Interested Party  Aurelius Capital Management, LP
                  guilfoyle@blankrome.com
                 Victoria A. Guilfoyle   on behalf of Intervenor-Defendant  Aurelius Capital Management, LP
                  guilfoyle@blankrome.com
                 Victoria A. Guilfoyle   on behalf of Creditor  Appaloosa Management, L.P. guilfoyle@blankrome.com
                 Victoria A. Guilfoyle   on behalf of Other Prof.  Aurelius Capital Management, LP
                  guilfoyle@blankrome.com
                 Victoria A. Guilfoyle   on behalf of Interested Party  Owl Creek Management, L.P.
                  guilfoyle@blankrome.com
                 Victoria A. Guilfoyle   on behalf of Interested Party  Owl Creek Asset Management LP
                  guilfoyle@blankrome.com
                 Victoria A. Guilfoyle   on behalf of Other Prof.  Centerbridge Partners, L.P.
                  guilfoyle@blankrome.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Walter H. Curchack    on behalf of Creditor    Wells Fargo Bank, National Association
           wcurchack@loeb.com,  nydocket@loeb.com;vrubinstein@loeb.com;ljurich@loeb.com
          William A. Hazeltine    on behalf of Creditor Lisa  Costantino Bankruptcy001@sha-llc.com
          William D. Sullivan    on behalf of Interested Party    Official Committee of Equity Holders
           wdsecfnotices@sha-llc.com
          William D. Sullivan    on behalf of Interested Party    Official Committee Of Equity Security
           Holders wdsecfnotices@sha-llc.com
          William E. Chipman, Jr.    on behalf of Plaintiff    WMI Liquidating Trust chipman@chipmanbrown.com,
           dero@chipmanbrown.com
          William E. Chipman, Jr.    on behalf of Interested Party    Law Debenture Trust Company of New York
           chipman@chipmanbrown.com,  dero@chipmanbrown.com
          William F. Taylor, Jr.    on behalf of Interested Party    LandAmerica OneStop, Inc.
           bankruptcydel@mccarter.com,  bankruptcydel@mccarter.com
          William G. Wright    on behalf of Creditor    Banc of America Leasing & Capital, LLC
           wwright@capehart.com,  jlafferty@capehart.com
          William J. Burnett    on behalf of Interested Party    HoldCo Advisors, L.P.
           william.burnett@flastergreenberg.com,  william.burnett@ecf.inforuptcy.com
          William P. Weintraub    on behalf of Interested Party    Aurelius Capital Management, LP
           wweintraub@fklaw.com,  zhassoun@fklaw.com
          William Pierce Bowden    on behalf of Creditor    Fir Tree Value Master Fund, L.P. and Fir Tree
           Capital Opportunity Master Fund, L.P. wbowden@ashby-geddes.com
          William Pierce Bowden    on behalf of Interested Party    Official Committee of Equity Holders
           wbowden@ashby-geddes.com
          William Pierce Bowden    on behalf of Interested Party    Goldman Sachs & Co., Morgan Stanley & Co.,
           Inc., and Credit Suisse Securities (USA) LLC wbowden@ashby-geddes.com
          William Pierce Bowden    on behalf of Creditor    Misys Banking Systems wbowden@ashby-geddes.com
          William R. Firth, III    on behalf of Interested Party    John S. Pereira, Chapter 11 Trustee for
           Maywood Capital Corp., et al. wfirth@regerlaw.com
          William Ross Spence    on behalf of Interested Party    Stauffer Management Company, LLC
           ross@snowspencelaw.com,
           donnasutton@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com;rhondarackley@snowspencelaw.com;
           janissherrill@snowspencelaw.com
          Zachary  Mosner    on behalf of Creditor    State of Washington, Department Of Revenue
           bcumosner@atg.wa.gov
                                                                                  TOTAL: 991