**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------- x
                                                                    :
In re:                                                              :    Chapter 11
                                                                    :    Case No. 08-12229 (MFW)
WASHINGTON MUTUAL, INC., et al.,[1]                                 :    (Jointly Administered)
                                                                    :
                                                                    :
------------------------------------------------------------------- x

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 8009, on May 11, 2019, the undersigned caused a copy of the *Designation of the Record and Statement of Issues on Appeal By Appellant, Alice Griffin* to be served on the parties listed below in the manner indicated.

**Via Email**

Proskauer Rose LLP
Brian S. Rosen
Eleven Times Square
8th Avenue and 41st St
New York, New York 10036-8299
brosen@proskauer.com

Amanda R. Steele
Paul N. Heath
Mark D Collins
Richards Layton & Finger PA
One Rodney Square
920 N King Street
Wilmington, Delaware 19801
steele@rlf.com
heath@rlf.com
collins@rlf.com

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, were: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1201 Third Avenue, Suite 3000, Seattle, Washington 98101.

Benjamin Finestone
Quinn, Emanuel Urquhart & Sullivan LLP
52 Madison Avenue
New York, New York 10010
susheelkirpalani@quinnemanuel.com
jamestecce@quinnemanuel.com
benjaminfinestone@quinnemanuel.com

Michael Rosenthal
Alan Moskowitz
Gibson, Dunn & Crutcher
200 Park Avenue
New York, NY 10166-0193
mrosenthal@gibsondunn.com

William P. Bowden
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Telephone: (302) 654-1888


Dated:   May 11, 2019
         New York, New York

*/s/ Alice Griffin*

_____

Alice Griffin
121 East 12th Street, #7C
New York, NY 10003
Tel.: 646-337-3577
griffincounselpc@earthlink.net

*Appellant pro se*