UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------ x
                               :
In re                          :  Chapter 11
                               :
Washington Mutual, Inc., *et al.*,[1]  :  Case No. 08-12229 (MFW)
                               :
        Debtors.               :  (Jointly Administered)
                               :
------------------------------ x

## NOTICE OF CHANGE OF FIRM ADDRESS

TO: THE UNITED STATES BANKRUPTCY COURT, OFFICE OF THE UNITED STATES TRUSTEE, ALL PARTIES ENTITLED TO RECEIVE NOTICE, AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, effective May 12, 2019, Kurtzman Carson Consultants LLC relocated to:

> 222 N. Pacific Coast Highway
> Suite 300
> El Segundo, CA 90245
> Telephone: (310) 823-9000

Dated: May 13, 2019

                        KURTZMAN CARSON CONSULTANTS LLC

                        By: /s/ Sarah H. Bryan
                            Sarah H. Bryan
                            Corporate Counsel
                            222 N. Pacific Coast Highway
                            Suite 300
                            El Segundo, CA 90245
                            Telephone: (310) 823-9000

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.