IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** | Chapter 11 |
| **WASHINGTON MUTUAL, INC., et al.,** | Case No. 08-12229 (MFW) |
| **Debtors.** | (Jointly Administered) |
| **ALICE GRIFFIN,** | |
| **Appellant,** | |
| **v.** | Civil Action No. 19-775 (RGA) |
| **WMI LIQUIDATING TRUST,** | BAP No. 19-27 |
| **Appellee.** | |

**JOINDER OF MORGAN STANLEY & CO., INCORPORATED, CREDIT SUISSE SECURITIES (USA) LLC, AND GOLDMAN, SACHS & CO. IN THE WMI LIQUIDATING TRUST'S COUNTER-STATEMENT OF THE ISSUES AND COUNTER-DESIGNATION OF THE RECORD REGARDING APPEAL BY ALICE GRIFFIN**

Morgan Stanley & Co., Inc., Goldman, Sachs & Co., and Credit Suisse Securities (USA) LLC, on behalf of a group of underwriters (collectively, the "Underwriters") hereby submit this joinder (the "Joinder") to the *WMI Liquidating Trust's Counter-Statement of the Issues and Counter-Designation of the Record Regarding Appeal by Alice Griffin*, filed on May 24, 2019 (the "WMILT Counter-Designation and Counter-Statement").[1]  In support of this Joinder, the Underwriters respectfully represent as follows:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the WMILT Counter-Designation and Counter-Statement.

## **JOINDER**

The Underwriters hereby join in the WMILT Counter-Designation and Counter-Statement, and join in and incorporate herein by reference the WMILT's (a) counter-statement of the issues to be presented on the appeal (the "Appeal") of Alice Griffin from that certain *Order Overruling First Omnibus Objection of Alice Griffin with Respect to Allowed Claims of Morgan Stanley & Co., Incorporated, Credit Suisse Securities (USA) LLC, Goldman, Sachs & Co., On Behalf of Themselves and Certain Underwriters*, dated April 24, 2019 [Docket No. 12619], of the Honorable Mary F. Walrath, United States Bankruptcy Judge, of the United States Bankruptcy Court of the District of Delaware and (b) counter-designation of additional items for inclusion in the record on the Appeal.

Dated: May 24, 2019
  Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

 */s/ William P. Bowden*
William P. Bowden, Esq. (#2553)
David F Cook, Esq. (#6352)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
Tel: (302) 654-1888
Fax: (302) 654-2067

-and-

**GIBSON, DUNN & CRUTCHER LLP**
Michael A. Rosenthal, Esq.
Alan Moskowitz, Esq.
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Counsel to Morgan Stanley & Co., Inc., Goldman, Sachs & Co., and Credit Suisse Securities (USA) LLC*