## CERTIFICATE OF SERVICE

I, William P. Bowden, hereby certify that, on May 24, 2019, I caused one copy of the foregoing to be served upon the parties below on the attached service list via email and first class mail.

| | |
|---|---|
| Alice Griffin<br>121 East 12th Street, #7C<br>New York, NY 10003 | Proskauer Rose LLP<br>Brian S. Rosen<br>Eleven Times Square<br>New York, New York 10036 |
| Richards, Layton & Finger, P.A.<br>Mark D. Collins, Paul N. Heath<br>& Amanda R. Steele<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801 | Quinn, Emanuel Urquhart & Sullivan LLP<br>Susheel Kirpalani<br>James C. Tecce<br>Benjamin Finestone<br>52 Madison Avenue<br>New York, New York 10010 |

                                                    */s/ William P. Bowden*
                                                    William P. Bowden (#2553)