UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------- x
: 
In re : Chapter 11
 : 
Washington Mutual, Inc., *et al.*,[1] : Case No. 08-12229 (MFW)
 : 
Debtors. : (Jointly Administered)
 : 
------------------------------- x

## AFFIDAVIT OF SERVICE

I, Sydney Reitzel, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On April 23, 2019, at my direction and under my supervision, employees of KCC caused to be served the following document listed below via Electronic Mail upon the parties listed on **Exhibit A**; and via First Class Mail upon the party listed on **Exhibit B**:

- **Notice of Amounts Paid by WMI Liquidating Trust Pursuant to the Liquidating Trust Agreement for Certain Compensation and for Services Rendered and Expenses Incurred by Trust Professionals for the Period Ending March 31, 2019** [Docket No. 12616]

Furthermore, on April 24, 2019, at my direction and under my supervision, employees of KCC caused to be served the following documents listed below via Electronic Mail upon the parties listed on **Exhibit A**; and via First Class Mail upon the party listed on **Exhibit B**:

- **Certification of Counsel Regarding Order Overruling First Omnibus Objection of Alice Griffin with Respect to Allowed Claims of Morgan Stanley & Co., Incorporated, Credit Suisse Securities (USA) LLC, and Goldman, Sachs & Co., on Behalf of Themselves and Certain Underwriters (Filed by WMI Liquidating Trust)** [Docket No. 12618]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

- **Order Overruling First Omnibus Objection of Alice Griffin with Respect to Allowed Claims of Morgan Stanley & Co., Incorporated, Credit Suisse Securities (USA) LLC, and Goldman, Sachs & Co., on Behalf of Themselves and Certain Underwriters** [Docket No. 12619]

Dated: May 14, 2019

_____
Sydney Reitzel

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on May 14, 2019, by Sydney Reitzel, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



TRAVIS R. BUCKINGHAM
Notary Public - California
Los Angeles County
Commission # 2202283
My Comm. Expires Jun 23, 2021

# Exhibit A

**Exhibit A**
**Modified Core 2002 List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Brutzkus Gubner | Robyn B Sokol | rsokol@brutzkusgubner.com |
| Ciardi Ciardi & Astin | Daniel K. Astin & John D. McLaughlin, Jr. | jmclaughlin@ciardilaw.com |
| Kyle Law Corporation | Stephan E Kyle | skyle@kylelawcorp.com |
| O'Kelly & Ernst LLC | Michael J Joyce | mjoyce@oelegal.com |
| Proskauer Rose LLP | Brian S Rosen | brosen@proskauer.com |

# Exhibit B

**Exhibit B**
**Modified Core 2002 List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Alice Griffin, Esquire | | 121 East 12th Street, #7C | | New York | NY | 10003 |
| Brutzkus Gubner | Robyn B Sokol | 21650 Oxnard Blvd Ste 500 | | Woodland Hills | CA | 91367 |
| Ciardi Ciardi & Astin | Daniel K. Astin & John D. McLaughlin, Jr. | 1204 N. King Street | | Wilmington | DE | 19801 |
| Kyle Law Corporation | Stephan E Kyle | 465 California St 5th Fl | | San Francisco | CA | 94104 |
| Office of the United States Trustee Delaware | T. Patrick Tinker | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19801 |
| O'Kelly & Ernst LLC | Michael J Joyce | 901 N Market St 10th Fl | | Wilmington | DE | 19801 |

In re Washington Mutual, Inc.
Case No. 08-12229 (MFW)                                                      Page 1 of 1