**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| **WASHINGTON MUTUAL, INC., et al.,**[1] | : | Case No. 08-12229 (MFW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | Re: Docket Nos. 10506 and 10690 |
| | | Hearing Date: July 2, 2019 at 11:30 a.m. (ET) |

**NOTICE OF HEARING REGARDING WMI LIQUIDATING TRUST'S EIGHTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO. 1295 OF MARY L. SOMERFELDT**

PLEASE TAKE NOTICE that, on August 15, 2012, WMI Liquidating Trust ("WMILT"), as successor in interest to Washington Mutual, Inc. ("WMI") and WMI Investment Corp., formerly debtors and debtors in possession (collectively, the "Debtors"), filed the **WMI Liquidating Trust's Eighty-First Omnibus (Substantive) Objection to Claims** [Docket No. 10506] (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). **You were previously served with a copy of the Objection.**

PLEASE TAKE FURTHER NOTICE that, on September 19, 2012, the Bankruptcy Court entered the **First Order Granting WMI Liquidating Trust's Eighty-First Omnibus (Substantive) Objection to Claims** [Docket No. 10690] (the "Order"). As set forth on Exhibit D to the Order, the hearing to consider certain claims subject to the Objection was continued to a date to be determined. As of the date hereof, the only remaining unresolved claim subject to the Objection is Claim No. 1295 of Mary L. Somerfeldt (the "Somerfeldt Claim").

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

RLF1 21350538v.1

2

PLEASE TAKE FURTHER NOTICE that a hearing will be held regarding the Objection solely with respect to the Somerfeldt Claim on **July 2, 2019 at 11:30 a.m. (prevailing Eastern Time)** before the Honorable Mary F. Walrath at the Bankruptcy Court, 824 North Market Street, Wilmington, Delaware 19801.

Dated: June 5, 2019
      Wilmington, Delaware

      */s/ Amanda R. Steele*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701

- and -

PROSKAUER ROSE LLP
Brian S. Rosen
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile:  (212) 969-2900

*Attorneys to the WMI Liquidating Trust*