UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| **WASHINGTON MUTUAL, INC., et al.,**[1] | : | Case No. 08-12229 (MFW) |
| Debtors. | : | (Jointly Administered) |
| | : | Re: Docket Nos. 10681 & 12640 |
| | : | Hearing Date: July 2, 2019 at 11:30 a.m. (ET) |

**NOTICE OF HEARING REGARDING WMI LIQUIDATING
TRUST'S EIGHTY-EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO DISPUTED EQUITY INTERESTS WITH RESPECT TO VARIOUS CLAIMS**

PLEASE TAKE NOTICE that, on September 17, 2012, WMI Liquidating Trust ("WMILT"), as successor in interest to Washington Mutual, Inc. ("WMI") and WMI Investment Corp., formerly debtors and debtors in possession (collectively, the "Debtors"), filed the *WMI Liquidating Trust's Eighty-Eighth Omnibus (Substantive) Objection to Disputed Equity Interests* [D.I. 10681] (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). **You were previously served with a copy of the Objection.**

PLEASE TAKE FURTHER NOTICE that, pursuant to the *Notice of WMI Liquidating Trust's Eighty-Eighth Omnibus (Substantive) Objection to Disputed Equity Interests* filed with the Objection, responses to the Objection were due to be filed by October 8, 2012. Responses to the Objection were filed by Benjamin F. Turk, Jr. [D.I. 10724], Kathleen Rust [D.I. 10731], Tammy Harrington [D.I. 10746], Foad Said [D.I. 10748], and Donna Binder [D.I. 10972]. The Rust and Said responses were subsequently withdrawn without prejudice. See D.I. 11393 and

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The principal offices of WMILT, as defined herein, are located at 800 Fifth Avenue, Suite 4100, Seattle, Washington 98104.

RLF1 21386710v.1

11471. As of the date hereof, the Turk, Harrington and Binder responses are the only remaining unresolved responses subject to the Objection (the "Responses").

PLEASE TAKE FURTHER NOTICE that, a hearing on the Objection was originally scheduled to be held on October 30, 2012, which was subsequently adjourned to March 21, 2013.

PLEASE TAKE FURTHER NOTICE that, on June 7, 2019, WMILT filed the *WMI Liquidating Trust Reply in Support of Eighty-Eighth Omnibus (Substantive) Objection to Disputed Equity Interests* [D.I. 12640] (the "Reply").

PLEASE TAKE FURTHER NOTICE that a hearing will be held regarding the Objection on **July 2, 2019 at 11:30 a.m. (prevailing Eastern Time)** before the Honorable Mary F. Walrath at the Bankruptcy Court, 824 North Market Street, Wilmington, Delaware 19801.

Dated: June 7, 2019
    Wilmington, Delaware

        /s/ *Amanda R. Steele*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701

- and -

PROSKAUER ROSE LLP
Brian S. Rosen
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile:  (212) 969-2900

*Attorneys to the WMI Liquidating Trust*