UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
                          :
*In re:*                           :        **Chapter 11**
                          :
**WASHINGTON MUTUAL, INC., <u>et al.</u>,[1]**   :        **Case No. 08-12229 (MFW)**
                          :
        **Debtors.**             :        **(Jointly Administered)**
                          :
                          :
------------------------------------------------------------x

**CERTIFICATION OF COUNSEL REGARDING
STIPULATION AND ORDER REGARDING WITHDRAWAL OF
<u>PROOF OF CLAIM NO. 1295 FILED BY MARY L. SOMERFELDT</u>**

The undersigned hereby certifies as follows:

1.    On or about March 2, 2009, Mary L. Somerfeldt ("<u>Somerfeldt</u>") filed a proof of claim ("<u>Claim No. 1295</u>") in the above-captioned chapter 11 cases of Washington Mutual, Inc. ("<u>WMI</u>") and WMI Investment Corp., formerly debtors and debtors in possession (collectively, the "<u>Debtors</u>") seeking damages in the amount of $14,979.00 relating to the purchase by Somerfeldt of a Barclays Bank PLC convertible note allegedly linked to WMI and WMI's financial condition.

2.    Pursuant to an objection, dated August 15, 2012 (the "<u>Eighty-First Omnibus Objection</u>"), WMI Liquidating Trust (the "<u>Trust</u>") as successor in interest to the Debtors, objected to, among other claims, Claim No. 1295.

3.    Somerfeldt, among others, responded to the Eighty-First omnibus Objection and, as a result thereof, the Court entered an order, dated September 19, 2012, granting the Eighty-

---

[1]    The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395).  The principal offices of WMILT, as defined herein, are located at 1201 Third Avenue, Suite 3000, Seattle, Washington 98101.

First Omnibus Objection as to non-responding claimants and adjourning consideration of the Eighty-First Omnibus Objection with respect to such responding claimants, including Somerfeldt.

4.      The claims of such responding claimants, other than Somerfeldt, have been withdrawn with prejudice or otherwise disallowed by the Court.

5.      A hearing to consider the Eighty-First Omnibus Objection with respect to Claim No. 1295 is currently scheduled for July 2, 2019, at 11:30 a.m. (Eastern Time).

6.      The Trust and Somerfeldt have agreed to resolve Claim No. 1295 and entered into the *Stipulation and Order Regarding Withdrawal of Proof of Claim No. 1295 Filed by Mary L. Somerfeldt*, a copy of which is attached hereto as Exhibit 1 to Exhibit A (the "Stipulation"). The Trust has prepared a form of order, attached hereto as Exhibit A, approving the Stipulation (the "Proposed Order").

*[remainder of page intentionally left blank]*

2

WHEREFORE, the Trust respectfully requests that the Court enter the Proposed

Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

Dated: June 14, 2019
       Wilmington, Delaware

/s/ Amanda R. Steele
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701

– and –

Brian S. Rosen
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY  10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

*Attorneys to WMI Liquidating Trust*