# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| *In re:* | : | Chapter 11 |
| **WASHINGTON MUTUAL, INC., et al.,**[1] | : | Case No. 08-12229 (MFW) |
| Debtors. | : | (Jointly Administered) |

---

**ORDER APPROVING STIPULATION BETWEEN WMI LIQUIDATING TRUST AND MARY L. SOMERFELDT WITHDRAWING CLAIM NO. 1295 WITH PREJUDICE**

Upon consideration of the *Stipulation and Order Regarding Withdrawal of Proof of Claim No. 1295 Filed by Mary L. Somerfeldt* (the "Stipulation")[2] as agreed to by and between the WMI Liquidation Trust, as successor in interest to the Debtors, and Somerfeldt:

IT IS HEREBY ORDERED THAT

1. The Stipulation attached hereto as Exhibit 1 is APPROVED in its entirety and entered as an order of this Court.

2. The claims agent appointed in the Debtors' chapter 11 cases shall be authorized and directed to remove Claim No. 1295 from the claims registry of the Debtors' chapter 11 cases.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or the interpretation of this Order.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The principal offices of WMILT, as defined herein, are located at 1201 Third Avenue, Suite 3000, Seattle, Washington 98101.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed in the Stipulation.

RLF1 21420599v.3

**Exhibit 1**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

----------------------------------------------------------x
:
*In re*                                                   :   Chapter 11
:
WASHINGTON MUTUAL, INC., et al.,[1]                       :   Case No. 08-12229 (MFW)
:
Debtors.                                                  :   (Jointly Administered)
:
:
----------------------------------------------------------x

### STIPULATION AND ORDER REGARDING WITHDRAWAL OF PROOF OF CLAIM NO. 1295 FILED BY MARY L. SOMERFELDT

WMI Liquidating Trust ("WMILT"), as successor in interest to Washington Mutual, Inc. ("WMI") and WMI Investment Corp. (collectively, the "Debtors"), and Mary L. Somerfeldt ("Somerfeldt") hereby stipulate and agree as follows:

RECITALS

A.   On or about March 2, 2009, Somerfeldt filed a proof of claim ("Claim No. 1295") against WMI seeking damages in the amount of $14,979.00 relating to the purchase by Somerfeldt of a Barclays Bank PLC convertible note allegedly linked to WMI and WMI's financial condition.

B.   Pursuant to an objection, dated, August 15, 2012 (the "Eighty-First Omnibus Objection"), WMILT objected to, among other claims, Claim No. 1295.

C.   Somerfeldt, among others, responded to the Eighty-First Omnibus Objection and, as a result thereof, the Court entered an order, dated September 19, 2012, granting the Eighty-

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The principal offices of WMILT, as defined herein, are located at 800 Fifth Avenue, Suite 4100, Seattle, Washington 98104. Subsequent to the Effective Date, as defined below, WMI Investment Corp. was dissolved in accordance with applicable law.

108855489v1

First Omnibus Objection as to non-responding claimants and adjourning consideration of the Eighty-First Omnibus Objection with respect to such responding claimants, including Somerfeldt.

D.  The claims of such responding claimants, other than Somerfeldt, have been withdrawn with prejudice or otherwise disallowed by the Court.

E.  A hearing to consider the Eighty-First Omnibus Objection with respect to Claim No. 1295 is currently scheduled for July 2, 2019, at 11:30 am.

F.  WMILT and Somerfeldt have discussed the merits of the Eighty-First Omnibus Objection and Somerfeldt has agreed to the withdrawal of Claim No. 1295, with prejudice.

NOW THEREFORE, the parties hereto agree as follows:

AGREEMENT

1.  Upon entry of an order approving this Stipulation by the Court, Claim No. 1295 shall be deemed withdrawn, with prejudice, in accordance with Rule 3006 of the Federal Rules of Bankruptcy Procedure.

2.  The Claims Agent appointed in the Debtors' chapter 11 cases shall be authorized and directed to remove Claim No. 1295 from the claims registry of the Debtors' chapter 11 cases.

Dated: June _13_, 2019
       New York, New York

                                    MARY L. SOMERFELDT

                                    By: _Mary L Somerfeldt_

WMI LIQUIDATING TRUST

By: /s/ Brian Rosen

Mark D. Collins (No. 2981)
Paul N. Health (No. 3704)
Amanda R. Steele (No. 5530)
RICHARD, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Brian S. Rosen, Esq.
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

*Attorneys for WMI Liquidating Trust*

SO ORDERED:

____________________________
Mary F. Walrath
United States Bankruptcy Judge