**Exhibit 1**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------------x
: 
*In re* : Chapter 11
: 
**WASHINGTON MUTUAL, INC., et al.,**[1] : Case No. 08-12229 (MFW)
: 
**Debtors.** : (Jointly Administered)
: 
: 
-------------------------------------------------------------x

### STIPULATION AND ORDER REGARDING WITHDRAWAL OF PROOF OF CLAIM NO. 1295 FILED BY MARY L. SOMERFELDT

WMI Liquidating Trust ("WMILT"), as successor in interest to Washington Mutual, Inc. ("WMI") and WMI Investment Corp. (collectively, the "Debtors"), and Mary L. Somerfeldt ("Somerfeldt") hereby stipulate and agree as follows:

RECITALS

A.      On or about March 2, 2009, Somerfeldt filed a proof of claim ("Claim No. 1295") against WMI seeking damages in the amount of $14,979.00 relating to the purchase by Somerfeldt of a Barclays Bank PLC convertible note allegedly linked to WMI and WMI's financial condition.

B.      Pursuant to an objection, dated, August 15, 2012 (the "Eighty-First Omnibus Objection"), WMILT objected to, among other claims, Claim No. 1295.

C.      Somerfeldt, among others, responded to the Eighty-First Omnibus Objection and, as a result thereof, the Court entered an order, dated September 19, 2012, granting the Eighty-

---

[1]  The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395).  The principal offices of WMILT, as defined herein, are located at 800 Fifth Avenue, Suite 4100, Seattle, Washington 98104.  Subsequent to the Effective Date, as defined below, WMI Investment Corp. was dissolved in accordance with applicable law.

First Omnibus Objection as to non-responding claimants and adjourning consideration of the

Eighty-First Omnibus Objection with respect to such responding claimants, including

Somerfeldt.

      D.      The claims of such responding claimants, other than Somerfeldt, have been

withdrawn with prejudice or otherwise disallowed by the Court.

      E.      A hearing to consider the Eighty-First Omnibus Objection with respect to Claim

No. 1295 is currently scheduled for July 2, 2019, at 11:30 am.

      F.      WMILT and Somerfeldt have discussed the merits of the Eighty-First Omnibus

Objection and Somerfeldt has agreed to the withdrawal of Claim No. 1295, with prejudice.

      NOW THEREFORE, the parties hereto agree as follows:

AGREEMENT

      1.      Upon entry of an order approving this Stipulation by the Court, Claim No. 1295

shall be deemed withdrawn, with prejudice, in accordance with Rule 3006 of the Federal Rules

of Bankruptcy Procedure.

      2.      The Claims Agent appointed in the Debtors' chapter 11 cases shall be authorized

and directed to remove Claim No. 1295 from the claims registry of the Debtors' chapter 11

cases.

Dated: June _13_, 2019
      New York, New York

            MARY L. SOMERFELDT

            By: _Mary L Somerfeldt_

108855489v1

WMI LIQUIDATING TRUST

By: _____

Mark D. Collins (No. 2981)
Paul N. Health (No. 3704)
Amanda R. Steele (No. 5530)
RICHARD, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Brian S. Rosen, Esq.
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

*Attorneys for WMI Liquidating Trust*

SO ORDERED:

_____
Mary F. Walrath
United States Bankruptcy Judge