UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re* : Chapter 11
:
**WASHINGTON MUTUAL, INC., et al.,**[1] : Case No. 08-12229 (MFW)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 2, 2019 AT 11:30 A.M. (ET)**[2]

**I.    RESOLVED MATTER:**

1.  WMI Liquidating Trust's Eighty-First Omnibus (Substantive) Objection to Claims [Docket No. 10506- filed August 15, 2012]

    Objection / Response Deadline:        September 4, 2012 at 4:00 p.m. (ET)

    Unresolved Written Objections / Responses Received:        None.

    Related Documents:

    i.   First Order Granting WMI Liquidating Trust's Eighty-First Omnibus (Substantive) Objection to Claims [Docket No. 12639 – filed June 5, 2019]

    ii.  Notice of Hearing Regarding WMI Liquidating Trust's Eighty-First Omnibus (Substantive) Objection to Claims with Respect to Claim No. 1295 of Mary L. Somerfeldt [Docket No. 12639 – filed June 5, 2019]

    iii. Order Approving Stipulation Between WMI Liquidating Trust and Mary L. Somerfeldt Withdrawing Claim No. 1295 with Prejudice [Docket No. 12643 – entered June 17, 2019]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The principal offices of WMILT, as defined herein, are located at 1201 Third Avenue, Suite 3000, Seattle, Washington 98101.

[2] The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the July 2, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 **prior to 12:00 noon (ET) on Monday, July 1, 2019** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

RLF1 21467568v.1

Status: Pursuant to the Order at Docket No. 12643, the only remaining unresolved claim has been withdrawn and this matter is resolved. There is no hearing required on this matter.

II. **CONTESTED MATTER GOING FORWARD:**

2. WMI Liquidating Trust's Eighty-Eighth Omnibus (Substantive) Objection to Disputed Equity Interests [Docket No. 10681 – filed September 17, 2012]

    Objection / Response Deadline:    October 8, 2012 at 4:00 p.m. (ET)

    Unresolved Written Objections / Responses Received:

    A. Response of Benjamin F. Turk, Jr., to WMI Liquidating Trust's Eighty-Eighth Omnibus (Substantive) Objection to Disputed Equity Interests [Docket No. 10724 – filed October 2, 2012]

    B. Response of Tammy Harrington to WMI Liquidating Trust's Eighty-Eighth Omnibus (Substantive) Objection to Disputed Equity Interests [Docket No. 10746 – filed October 9, 2012]

    C. Response of Donna Binder to WMI Liquidating Trust's Eighty-Eighth Omnibus (Substantive) Objection to Disputed Equity Interests [Docket No. 10972 – filed January 4, 2013]

    Related Documents:

    i. WMI Liquidating Trust Reply in Support of Eighty-Eighth Omnibus (Substantive) Objection to Disputed Equity Interests [Docket No. 12640 – filed June 7, 2019]

    ii. Notice of Hearing Regarding WMI Liquidating Trust's Eighty-Eight Omnibus (Substantive) Objection to Disputed Equity Interests with Respect to Various Claims [Docket No. 12641 – filed June 7, 2019]

    Status: The hearing on this matter will go forward.

Dated: June 28, 2019
       Wilmington, Delaware

                                              /s/ Amanda R. Steele
                                         Mark D. Collins (No. 2981)
                                         Paul N. Heath (No. 3704)
                                         Amanda R. Steele (No. 5530)
                                         RICHARDS, LAYTON & FINGER, P.A.
                                         One Rodney Square
                                         920 N. King Street
                                         Wilmington, Delaware 19801
                                         Telephone:  (302) 651-7700
                                         Facsimile:  (302) 651-7701

                                         - and -

                                         PROSKAUER ROSE LLP
                                         Brian S. Rosen
                                         Eleven Times Square
                                         New York, New York 10036
                                         Telephone: (212) 969-3000
                                         Facsimile:  (212) 969-2900

                                         *Attorneys to the WMI Liquidating Trust*