CASE NAME: Washington Mutual, Inc.

CASE NUMBER: 08-12229 (MFW)

# SIGN-IN SHEET

## COURTROOM NUMBER: 4

DATE: July 2, 2019 at 11:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Brian Rosen | Proskauer Rose | WMILT |
| Chris DeLillo | Richards Layton | " " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Mary F. Walrath

### #4

*2nd Revision  Jul  2 2019  5:57AM*

Calendar Date: 07/02/2019

Calendar Time: 11:30 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 08-12229 | Hearing | 9886917 | John Maciel | (415) 490-2300 ext. | Alvarez & Marsal | Interested Party, WMI Liquidating Trust / LIVE |
| | | Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 08-12229 | Hearing | 9886916 | Charles (Chad) Smith | (206) 432-8725 ext. | Washington Mutual Inc. | Debtor, Washington Mutual, Inc. / LIVE |