1  UNITED STATES BANKRUPTCY COURT
2  DISTRICT OF DELAWARE
3  Case No. 08-12229(MFW)
4  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
5  In the Matter of:
6
7  WASHINGTON MUTUAL, INC., ET AL.,
8
9           Debtors.
10
11 - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
12
13                              United States Bankruptcy Court
14                              824 North Market Street
15                              Wilmington, Delaware
16
17                              July 2, 2019
18                              11:3- AM
19
20
21 B E F O R E :
22 HON MARY F. WALRATH
23 U.S. BANKRUPTCY JUDGE
24
25

Page 2

1  HEARING re WMI Liquidating Trust's Eighty-Eighth Omnibus
2  (Substantive) Objection to Disputed Equity Interests [Docket
3  No. 10681 - filed September 17, 2012].
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  Transcribed by:  Pamela A. Skaw

```
 1   A P P E A R A N C E S :
 2   PROSKAUER ROSE LLP
 3        Attorney for WMI Liquidating Trust
 4        Eleven Times Square
 5        New York, NY 10036
 6
 7   BY:  BRIAN S. ROSEN, ESQ.
 8
 9   RICHARDS, LAYTON & FINGER, P.A.
10        Attorneys for
11        One Rodney Square
12        920 North King Street
13        Wilmington, DE 19081
14
15   BY:  CHRISTOPHER DELILLO, ESQ.
16
17
18
19
20
21
22
23
24
25
```

1                P R O C E E D I N G S
2            THE COURT:  Good morning.
3            MR. ROSEN:  Good morning, Your Honor.
4            Brian Rosen, Proskauer Rose, on behalf of WMI
5    Liquidating Trust.
6            Chris DeLillo is with me from Richards, Layton and
7    Finger.
8            Your Honor, before I get to the objection itself,
9    the matter on, I just wanted to give the Court an update as
10   to where --
11           THE COURT:  Terrific.
12           MR. ROSEN:  -- we are.
13           It's been over ten and a half years since you and
14   I started this matter and we believe that we're in the home
15   stretch and I say that, as the Court knows, there was a long
16   period of delay as we dealt with some of these employee
17   claims, litigations, and waited for the other Courts to
18   rule.
19           But, now that those Courts have ruled and this
20   Court handled the matter a few months ago, we've been able
21   to make a significant distribution in excess of $50 million
22   to creditors.
23           And there are still some funds that are in the
24   disputed claims reserve and there are still some claims that
25   are outstanding; the majority of which are already allowed.

1   Some of which we still have to clean up the claims registry
2   for and we're in the process of doing that.
3           We are anticipating that we will make one last
4   distribution, most likely in the November 1st timeframe.
5           We had hoped to do it at the August 1st but there
6   are still a few claims outstanding that we've been trying to
7   speak with counsel to get them removed from the claims
8   registry but, because it is so old and cold from a lot of
9   their perspectives, they can't even find their files on this
10  one.
11          And that may necessitate that we actually file a
12  claim objection or two but I'm hoping that we don't come to
13  that and we hope that we can just convince them that
14  everything has been resolved.
15          A case in point would be there is an
16  administrative expense claim that was filed and reflected in
17  the plaintiff's registry but it was for an insurance policy
18  that was assumed by JP Morgan Chase as part of the old
19  transaction.  And it's already been taken care of and there
20  are no claims outstanding.
21          But, nevertheless, getting that insurance company
22  to go back into its files and show that it was, in fact,
23  handled is providing difficult and I've been on them for
24  about three months.
25          But it's come down to Monday, I need to know one

1    way or the other or we're going to just have to file a claim
2    objection to you.
3              Ms. Griffin, who was before the Court last with
4    us, she has filed a notice of appeal and actually her first
5    brief and the trust brief in response to that is due on
6    July 22nd.
7              I'm sure it will not surprise the Court but many
8    additional items that were not even discussed that day have
9    been now included in that brief and we will have to deal
10   with those as well.
11             But we're hoping that the District Court will deal
12   with that matter and deal with it summarily in very short
13   order.
14             But that will not cause us, Your Honor, in our
15   mind, to delay the closing of the Chapter 11 case because
16   there are no additional funds set aside for that claim
17   itself.
18             So, our goal is to deal with these few remaining
19   claims that are out there.  We can close the case then and
20   even subsequent to the closing, as you know, Your Honor,
21   make a final distribution to creditors.
22             So, our goal is to bring a motion or an
23   application to close the Chapter 11 case in the third
24   quarter, perhaps, if necessary, the fourth quarter of this
25   year though as we deal with the remaining claims.

1        THE COURT:  Okay.

2        MR. ROSEN:  Your Honor, what we're here on today is the

3   eighty-eighth omnibus which actually was filed in 2012 and

4   it was one that sat around, Your Honor, because of the

5   pendency of all of those other claims; the employee claims

6   that we were dealing with.

7               And as a result of the determinations made by the

8   FDIC, and subsequently in -- by the district courts in both

9   D.C. and in Delaware, there is nothing to really move

10  forward on.

11              These claims, Your Honor, were with respect to

12  what we refer to as claims emanating out of the 2003 equity

13  incentive plan and specifically they were either restricted

14  stock awards or restricted stock units.

15              And the eighty-eighth omnibus, Your Honor, was

16  predicated upon a change in control which we said didn't

17  occur.  We were going to have to litigate but, as the Court

18  knows when we did all of that scheduling in connection with

19  the employee claims litigation, that change in control issue

20  was pushed way, way, way to the back.

21              And ultimately now, based upon the determinations

22  of the FDIC, it doesn't actually have to be determined by

23  this Court because the FDIC found that any resultant

24  distribution on account of these would be on account of the

25  WMI's liquidation of WMB's failure.  Therefore, it would

1  constitute golden parachute payments and they said we
2  couldn't make any of those types of payments.
3           That was then, Your Honor.  Affirmed by the
4  District Court in D.C. and, then, also by Judge Sleet up
5  here in Delaware as far as no private right of action, lack
6  of jurisdiction to consider those and, then, even, as we
7  determined here, Your Honor, in connection with the last
8  employee claims litigation, this Court's determination or
9  jurisdiction would have been derivative of that and so on
10 and so forth.
11          So, we made the determination -- or this Court
12 made the determination that there was no ability to even
13 consider some of these determinations that were made by the
14 FDIC in that regard.
15          So, following through on that logic, Your Honor,
16 we then have now filed this reply to those -- the three
17 live, if you will, respondents to that eightieth omnibus
18 objection and we believe, Your Honor, that these claims or
19 all of those claims and the stock that was set aside for
20 these people in the disputed equity reserve should be
21 released for the benefit of other equity interest holders in
22 the case.
23          Based upon the transactions that subsequently took
24 place, the stock that now remains in escrow is approximately
25 forty-six to fifty thousand shares that would be

1    redistributed to all of the existing equity holders but now
2    on account of these restricted stock awards or restricted
3    stock units.
4             As I indicated, Your Honor, when we initially
5    filed the eighty-eighth omnibus, we deemed everybody to be
6    in opposition but we still said, anybody who wants to file
7    something could.  There were six respondents, three of whom
8    withdrew their objections, three remained.
9             And as we went through, Your Honor, in the
10   objection -- or the reply, they actually didn't even address
11   what the eighty-eight omnibus was all about.
12            So, Your Honor, based upon what we've set forth in
13   the reply and what I've said here on the record, we would
14   ask the Court to grant the relief that was in the eighty-
15   eighth omnibus objection and allow the trust to release, for
16   the benefit of the other equity interest holders, the stock
17   that is in the disputed equity reserve or equity escrow,
18   excuse me.
19            THE COURT:  Okay.  I understand.
20            Just for the record, is there anybody here on
21   behalf of any of the claimants to whom the trust has
22   objected in the eighty-eighth omnibus objection?
23            I hear none and note there's none in the
24   courtroom.
25            So, I agree with your analysis and I will grant

1   the request.
2           MR. ROSEN:  Thank you, Your Honor.
3           We uploaded or attached to the reply a form of
4   order.  I do have another one if the Court would like one
5   but I believe it's already in your system.
6           THE COURT:  That's fine and I will enter it
7   electronically.
8           MR. ROSEN:  Thank you, Your Honor.  Appreciate
9   your time.
10          THE COURT:  All right.  And thank you for the
11  update and I hope we can close this out this year.
12          MR. ROSEN:  I hope so, too, Your Honor.  It's been
13  a long time.
14          THE COURT:  Have a good Fourth.
15          MR. ROSEN:  You, as well.
16          THE COURT:  We'll stand adjourned.
17      (Whereupon these proceedings were concluded at 11:38
18  AM)

1                              I N D E X

2

3                              RULINGS

4   DESCRIPTION                                  PAGE      LINE

5   WMI Liquidating Trust's                        9        25

6   Eighty-Eighth Omnibus Objection to

7   Disputed Equity Interests

```
 1                C E R T I F I C A T I O N
 2
 3    I, Pamela Skaw, certify that the foregoing transcript is a
 4    true and accurate record of the proceedings.
 5    Pamela Skaw
 6    _____
 7    Pamela A. Skaw
 8
 9
10
11    Veritext Legal Solutions
12    330 Old Country Road
13    St. 300
14    Mineola, NY  11501
15
16
17
18
19
20
21    Date:   July 3, 2019
22
23
24
25
```

*Digitally signed by Pamela Skaw*
*DN: cn=Pamela Skaw, o, ou, email=digital@veritext.com, c=US*
*Date: 2019.07.03 11:45:43 -04'00'*

**&**

& 3:9

**0**

08-12229 1:3

**1**

10036 3:5
10681 2:3
11 6:15,23
11501 12:14
11:3 1:18
17 2:3
19081 3:13
1st 5:4,5

**2**

2 1:17
2003 7:12
2012 2:3 7:3
2019 1:17 12:21
22nd 6:6
25 11:5

**3**

3 12:21
300 12:13
330 12:12

**5**

50 4:21

**8**

824 1:14

**9**

9 11:5
920 3:12

**a**

ability 8:12
able 4:20
account 7:24,24 9:2
accurate 12:4
action 8:5

additional 6:8,16
address 9:10
adjourned 10:16
administrative 5:16
affirmed 8:3
ago 4:20
agree 9:25
al 1:7
allow 9:15
allowed 4:25
analysis 9:25
anticipating 5:3
anybody 9:6,20
appeal 6:4
application 6:23
appreciate 10:8
approximately 8:24
aside 6:16 8:19
assumed 5:18
attached 10:3
attorney 3:3
attorneys 3:10
august 5:5
awards 7:14 9:2

**b**

b 1:21
back 5:22 7:20
bankruptcy 1:1 1:13,23
based 7:21 8:23 9:12
behalf 4:4 9:21
believe 4:14 8:18 10:5
benefit 8:21 9:16
brian 3:7 4:4
brief 6:5,5,9
bring 6:22

**c**

c 3:1 4:1 12:1,1
care 5:19
case 1:3 5:15 6:15 6:19,23 8:22
cause 6:14
certify 12:3
change 7:16,19
chapter 6:15,23
chase 5:18
chris 4:6
christopher 3:15
claim 5:12,16 6:1 6:16
claimants 9:21
claims 4:17,24,24 5:1,6,7,20 6:19,25 7:5,5,11,12,19 8:8 8:18,19
clean 5:1
close 6:19,23 10:11
closing 6:15,20
cold 5:8
come 5:12,25
company 5:21
concluded 10:17
connection 7:18 8:7
consider 8:6,13
constitute 8:1
control 7:16,19
convince 5:13
counsel 5:7
country 12:12
court 1:1,13 4:2,9 4:11,15,20 6:3,7 6:11 7:1,17,23 8:4 8:11 9:14,19 10:4 10:6,10,14,16
court's 8:8
courtroom 9:24

courts 4:17,19 7:8
creditors 4:22 6:21

**d**

d 4:1 11:1
d.c. 7:9 8:4
date 12:21
day 6:8
de 3:13
deal 6:9,11,12,18 6:25
dealing 7:6
dealt 4:16
debtors 1:9
deemed 9:5
delaware 1:2,15 7:9 8:5
delay 4:16 6:15
delillo 3:15 4:6
derivative 8:9
description 11:4
determination 8:8 8:11,12
determinations 7:7,21 8:13
determined 7:22 8:7
difficult 5:23
discussed 6:8
disputed 2:2 4:24 8:20 9:17 11:7
distribution 4:21 5:4 6:21 7:24
district 1:2 6:11 7:8 8:4
docket 2:2
doing 5:2
due 6:5

**e**

e 1:21,21 3:1,1 4:1 4:1 11:1 12:1
eight 9:11

**eighth** 2:1 7:3,15 9:5,15,22 11:6
**eightieth** 8:17
**eighty** 2:1 7:3,15 9:5,11,14,22 11:6
**either** 7:13
**electronically** 10:7
**eleven** 3:4
**emanating** 7:12
**employee** 4:16 7:5 7:19 8:8
**enter** 10:6
**equity** 2:2 7:12 8:20,21 9:1,16,17 9:17 11:7
**escrow** 8:24 9:17
**esq** 3:7,15
**et** 1:7
**everybody** 9:5
**excess** 4:21
**excuse** 9:18
**existing** 9:1
**expense** 5:16

**f**

**f** 1:21,22 12:1
**fact** 5:22
**failure** 7:25
**far** 8:5
**fdic** 7:8,22,23 8:14
**fifty** 8:25
**file** 5:11 6:1 9:6
**filed** 2:3 5:16 6:4 7:3 8:16 9:5
**files** 5:9,22
**final** 6:21
**find** 5:9
**fine** 10:6
**finger** 3:9 4:7
**first** 6:4
**following** 8:15

**foregoing** 12:3
**form** 10:3
**forth** 8:10 9:12
**forty** 8:25
**forward** 7:10
**found** 7:23
**fourth** 6:24 10:14
**funds** 4:23 6:16

**g**

**g** 4:1
**getting** 5:21
**give** 4:9
**go** 5:22
**goal** 6:18,22
**going** 6:1 7:17
**golden** 8:1
**good** 4:2,3 10:14
**grant** 9:14,25
**griffin** 6:3

**h**

**half** 4:13
**handled** 4:20 5:23
**hear** 9:23
**hearing** 2:1
**holders** 8:21 9:1 9:16
**home** 4:14
**hon** 1:22
**honor** 4:3,8 6:14 6:20 7:2,4,11,15 8:3,7,15,18 9:4,9 9:12 10:2,8,12
**hope** 5:13 10:11 10:12
**hoped** 5:5
**hoping** 5:12 6:11

**i**

**incentive** 7:13
**included** 6:9
**indicated** 9:4
**initially** 9:4

**insurance** 5:17,21
**interest** 8:21 9:16
**interests** 2:2 11:7
**issue** 7:19
**items** 6:8

**j**

**jp** 5:18
**judge** 1:23 8:4
**july** 1:17 6:6 12:21
**jurisdiction** 8:6,9

**k**

**king** 3:12
**know** 5:25 6:20
**knows** 4:15 7:18

**l**

**lack** 8:5
**layton** 3:9 4:6
**legal** 12:11
**line** 11:4
**liquidating** 2:1 3:3 4:5 11:5
**liquidation** 7:25
**litigate** 7:17
**litigation** 7:19 8:8
**litigations** 4:17
**live** 8:17
**llp** 3:2
**logic** 8:15
**long** 4:15 10:13
**lot** 5:8

**m**

**majority** 4:25
**market** 1:14
**mary** 1:22
**matter** 1:5 4:9,14 4:20 6:12
**mfw** 1:3
**million** 4:21
**mind** 6:15
**mineola** 12:14

**monday** 5:25
**months** 4:20 5:24
**morgan** 5:18
**morning** 4:2,3
**motion** 6:22
**move** 7:9
**mutual** 1:7

**n**

**n** 3:1 4:1 11:1 12:1
**necessary** 6:24
**necessitate** 5:11
**need** 5:25
**nevertheless** 5:21
**new** 3:5
**north** 1:14 3:12
**note** 9:23
**notice** 6:4
**november** 5:4
**ny** 3:5 12:14

**o**

**o** 1:21 4:1 12:1
**objected** 9:22
**objection** 2:2 4:8 5:12 6:2 8:18 9:10 9:15,22 11:6
**objections** 9:8
**occur** 7:17
**okay** 7:1 9:19
**old** 5:8,18 12:12
**omnibus** 2:1 7:3 7:15 8:17 9:5,11 9:15,22 11:6
**opposition** 9:6
**order** 6:13 10:4
**outstanding** 4:25 5:6,20

**p**

**p** 3:1,1 4:1
**p.a.** 3:9
**page** 11:4

| | | | |
|---|---|---|---|
| **pamela** 2:25 12:3 12:7<br>**parachute** 8:1<br>**part** 5:18<br>**payments** 8:1,2<br>**pendency** 7:5<br>**people** 8:20<br>**period** 4:16<br>**perspectives** 5:9<br>**place** 8:24<br>**plaintiff's** 5:17<br>**plan** 7:13<br>**point** 5:15<br>**policy** 5:17<br>**predicated** 7:16<br>**private** 8:5<br>**proceedings** 10:17 12:4<br>**process** 5:2<br>**proskauer** 3:2 4:4<br>**providing** 5:23<br>**pushed** 7:20<br>**q**<br>**quarter** 6:24,24<br>**r**<br>**r** 1:21 3:1 4:1 12:1<br>**really** 7:9<br>**record** 9:13,20 12:4<br>**redistributed** 9:1<br>**refer** 7:12<br>**reflected** 5:16<br>**regard** 8:14<br>**registry** 5:1,8,17<br>**release** 9:15<br>**released** 8:21<br>**relief** 9:14<br>**remained** 9:8<br>**remaining** 6:18 6:25<br>**remains** 8:24<br>**removed** 5:7 | **reply** 8:16 9:10,13 10:3<br>**request** 10:1<br>**reserve** 4:24 8:20 9:17<br>**resolved** 5:14<br>**respect** 7:11<br>**respondents** 8:17 9:7<br>**response** 6:5<br>**restricted** 7:13,14 9:2,2<br>**result** 7:7<br>**resultant** 7:23<br>**richards** 3:9 4:6<br>**right** 8:5 10:10<br>**road** 12:12<br>**rodney** 3:11<br>**rose** 3:2 4:4<br>**rosen** 3:7 4:3,4,12 7:2 10:2,8,12,15<br>**rule** 4:18<br>**ruled** 4:19<br>**rulings** 11:3<br>**s**<br>**s** 3:1,7 4:1<br>**sat** 7:4<br>**scheduling** 7:18<br>**september** 2:3<br>**set** 6:16 8:19 9:12<br>**shares** 8:25<br>**short** 6:12<br>**show** 5:22<br>**significant** 4:21<br>**six** 8:25 9:7<br>**skaw** 2:25 12:3,7<br>**sleet** 8:4<br>**solutions** 12:11<br>**speak** 5:7<br>**specifically** 7:13<br>**square** 3:4,11<br>**st** 12:13 | **stand** 10:16<br>**started** 4:14<br>**states** 1:1,13<br>**stock** 7:14,14 8:19 8:24 9:2,3,16<br>**street** 1:14 3:12<br>**stretch** 4:15<br>**subsequent** 6:20<br>**subsequently** 7:8 8:23<br>**substantive** 2:2<br>**summarily** 6:12<br>**sure** 6:7<br>**surprise** 6:7<br>**system** 10:5<br>**t**<br>**t** 12:1,1<br>**taken** 5:19<br>**ten** 4:13<br>**terrific** 4:11<br>**thank** 10:2,8,10<br>**third** 6:23<br>**thousand** 8:25<br>**three** 5:24 8:16 9:7,8<br>**time** 10:9,13<br>**timeframe** 5:4<br>**times** 3:4<br>**today** 7:2<br>**transaction** 5:19<br>**transactions** 8:23<br>**transcribed** 2:25<br>**transcript** 12:3<br>**true** 12:4<br>**trust** 3:3 4:5 6:5 9:15,21<br>**trust's** 2:1 11:5<br>**trying** 5:6<br>**two** 5:12<br>**types** 8:2 | **u**<br>**u.s.** 1:23<br>**ultimately** 7:21<br>**understand** 9:19<br>**united** 1:1,13<br>**units** 7:14 9:3<br>**update** 4:9 10:11<br>**uploaded** 10:3<br>**v**<br>**veritext** 12:11<br>**w**<br>**waited** 4:17<br>**walrath** 1:22<br>**wanted** 4:9<br>**wants** 9:6<br>**washington** 1:7<br>**way** 6:1 7:20,20 7:20<br>**we've** 4:20 5:6 9:12<br>**went** 9:9<br>**wilmington** 1:15 3:13<br>**withdrew** 9:8<br>**wmb's** 7:25<br>**wmi** 2:1 3:3 4:4 11:5<br>**wmi's** 7:25<br>**x**<br>**x** 1:4,11 11:1<br>**y**<br>**year** 6:25 10:11<br>**years** 4:13<br>**york** 3:5 |