UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                     :

In re                              :     Chapter 11
                                     :

Washington Mutual, Inc., *et al.*,[1]    :    Case No. 08-12229 (MFW)
                                     :

                    Debtors.    :    (Jointly Administered)
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AMENDED AFFIDAVIT OF SERVICE

I, Sydney Reitzel, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On April 17, 2019, at my direction and under my supervision, employees of KCC caused to be served the following documents listed below via Electronic Mail upon the parties listed on **Exhibit A**; via Facsimile upon the parties listed on **Exhibit B** and **Exhibit C**; and via Overnight Mail upon the party listed on **Exhibit D**:

- **Notice of Agenda of Matters Scheduled for Hearing on April 22, 2019 at 11:30 a.m. (EDT)** [Docket No. 12607]

- **Notice of Amended Agenda of Matters Scheduled for Hearing on April 22, 2019 at 11:30 a.m. (EDT)** [Docket No. 12610]

*(Continued on Next Page)*

---

[1]    The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395).  The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

Furthermore, on April 17, 2019, at my direction and under my supervision, employees of KCC caused to be served the following document listed below via Electronic Mail upon the parties listed on **Exhibit A**; via Overnight Mail upon the parties listed on **Exhibit E**; via First Class Mail Mail upon the parties listed on **Exhibit F**:

- **Notice of Filing of Exhibit "I" to Response of WMI Liquidating Trust to First Omnibus Objection of Alice Griffin with Respect to Allowed Claims of Morgan Stanley & Co., Incorporated, Credit Suisse Securities (USA) LLC, and Goldman, Sachs & Co., on Behalf of Themselves and Certain Underwriters** [Docket No. 12608]

Dated: June 24, 2019

Sydney Reitzel

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on June 24, 2019, by Sydney Reitzel, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE PARANHOS
Notary Public – California
Los Angeles County
Commission # 2210581
My Comm. Expires Aug 19, 2021

# Exhibit A

**Exhibit A**
**Modified Core 2002 List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Brutzkus Gubner | Robyn B Sokol | rsokol@brutzkusgubner.com |
| Ciardi Ciardi & Astin | Daniel K. Astin & John D. McLaughlin, Jr. | jmclaughlin@ciardilaw.com |
| Kyle Law Corporation | Stephan E Kyle | skyle@kylelawcorp.com |
| O'Kelly & Ernst LLC | Michael J Joyce | mjoyce@oelegal.com |
| Proskauer Rose LLP | Brian S Rosen | brosen@proskauer.com |

# Exhibit B

**Exhibit B**
**Modified Core 2002 List**
**Served via Facsimile**

| Description | CreditorName | CreditorNoticeName | Fax |
|---|---|---|---|
| Counsel to Robert Bjorklund, Daryl David, Kimberly Cannon, Michael Reynoldson and Chandan Sharma | Brutzkus Gubner | Robyn B Sokol | 818-827-9051 |
| Counsel to Alice Griffin | Ciardi Ciardi & Astin | Daniel K. Astin & John D. McLaughlin, Jr. | 302-658-1300 |
| Counsel to Todd Baker, Alfred Brooks, Thomas Casey, Debora Horvath, John McMurray, Stephen Rotella, Craig Tall, David Schneider, Robert Williams, Sean Becketti, Anthony Bozzuti, Gregory Camas, Rajiv Kapoor, Marc Malone, Thomas Morgan, Genevieve Smith, Radha Thompson and Ann Tierney | KYLE LAW CORPORATION | Stephan E Kyle | 415-839-8189 |
| United States Trustee for the District of Delaware | Office of the United States Trustee Delaware | T. Patrick Tinker | 302-573-6497 |
| Counsel to Melba Ann Bartels, Todd H. Baker, Sean Becketti, Anthony J. Bozzuti, Alfred Brooks, Thomas W. Casey, Gregory C. Camas, Debora D. Horvath, Rajiv Kapoor, Kenneth E. Kido, Marc Malone, John P. McMurray, Thomas E. Morgan, Stephen J. Rotella, David  Schneider, Genevieve Smith, Steven F. Stein, Mitchell Stevens, Craig E. Tall, Radha Thompson,  Ann Tierney, Anthony Vuoto, and Robert J. Williams, Jr. | O'Kelly & Ernst LLC | Michael J Joyce | 302-295-2873 |

# Exhibit C

**Exhibit C**
**Affected Parties Service List**
**Served via Facsimilie**

| Description | Company | Contact | Fax |
|---|---|---|---|
| Counsel to Morgan Stanley & Co., Inc., Goldman, Sachs & Co., and Credit Suisse Securities (USA) LLC | Ashby & Geddes, P.A. | William P. Bowden | 302-654-2067 |
| Counsel to Morgan Stanley & Co., Inc., Goldman, Sachs & Co., and Credit Suisse Securities (USA) LLC | Gibson, Dunn & Crutcher LLP | Michael A. Rosenthal & Alan Moskowitz | 212-351-4035 |

# Exhibit D

**Exhibit D**
**Modified Core 2002 List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Alice Griffin, *Pro Se* | Alice Griffin Esquire | | 121 East 12th Street No 7C | New York | NY | 10003 |

In re Washington Mutual, Inc.
Case No. 08-12229 (MFW)

# Exhibit E

**Exhibit E**
**Modified Core 2002 List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Alice Griffin, *Pro Se* | Alice Griffin Esquire | | 121 East 12th Street No 7C | | New York | NY | 10003 |
| Counsel to Alice Griffin | Ciardi Ciardi & Astin | Daniel K Astin | 1204 N King Street | John D McLaughlin Jr | Wilmington | DE | 19801 |

In re Washington Mutual, Inc.
Case No. 08-12229 (MFW)

# Exhibit F

**Exhibit F**
**Core 2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel to Robert Bjorklund, Daryl David, Kimberly Cannon, Michael Reynoldson and Chandan Sharma | Brutzkus Gubner | Robyn B Sokol | 21650 Oxnard Blvd Ste 500 | | Woodland Hills | CA | 91367 |
| Counsel to Todd Baker, Alfred Brooks, Thomas Casey, Debora Horvath, John McMurray, Stephen Rotella, Craig Tall, David Schneider, Robert Williams, Sean Becketti, Anthony Bozzuti, Gregory Camas, Rajiv Kapoor, Marc Malone, Thomas Morgan, Genevieve Smith, Radha Thompson and Ann Tierney | Kyle Law Corporation | Stephan E Kyle | 465 California St 5th Fl | | San Francisco | CA | 94104 |
| United States Trustee for the District of Delaware | Office of the United States Trustee Delaware | T. Patrick Tinker | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19801 |
| Counsel to Melba Ann Bartels, Todd H. Baker, Sean Becketti, Anthony J. Bozzuti, Alfred Brooks, Thomas W. Casey, Gregory C. Camas, Debora D. Horvath, Rajiv Kapoor, Kenneth E. Kido, Marc Malone, John P. McMurray, Thomas E. Morgan, Stephen J. Rotella, David Schneider, Genevieve Smith, Steven F. Stein, Mitchell Stevens, Craig E. Tall, Radha Thompson, Ann Tierney, Anthony Vuoto, and Robert J. Williams, Jr. | O'Kelly & Ernst LLC | Michael J Joyce | 901 N Market St 10th Fl | | Wilmington | DE | 19801 |

In re Washington Mutual, Inc.
Case No. 08-12229 (MFW)                                          Page 1 of 1