UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------- x
:
In re                                          :    Chapter 11
:
Washington Mutual, Inc., *et al.*,[1]          :    Case No. 08-12229 (MFW)
:
            Debtors.                           :    (Jointly Administered)
:
------------------------------- x

## AFFIDAVIT OF SERVICE

I, Alyssa Kim-Whittle, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On June 28, 2019, at my direction and under my supervision, employees of KCC caused to be served the following document listed below via Electronic Mail upon the parties listed on **Exhibit A** and **Exhibit B**; via Facsimile upon the parties listed on **Exhibit C**; and via Overnight Mail upon the parties listed on **Exhibit D** and **Exhibit E**:

- **Notice of Agenda of Matters Scheduled for Hearing on July 2, 2019 at 11:30 a.m. (ET)** [Docket No. 12644]

Dated: July 12, 2019

_____
Alyssa Kim-Whittle

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on July 12, 2019, by Alyssa Kim-Whittle, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



STEPHANIE PARANHOS
Notary Public - California
Los Angeles County
Commission # 2210581
My Comm. Expires Aug 19 2021

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

# Exhibit A

**Exhibit A**
**Modified Core 2002 List**
**Served via Electronic Mail**

| Description | Company | Contact | Email |
|---|---|---|---|
| Alice Griffin, *Pro Se* | Alice Griffin, Esquire | | griffincounselpc@earthlink.net |
| Counsel to Robert Bjorklund, Daryl David, Kimberly Cannon, Michael Reynoldson and Chandan Sharma | Brutzkus Gubner | Robyn B Sokol | rsokol@brutzkusgubner.com |
| Counsel to Todd Baker, Alfred Brooks, Thomas Casey, Debora Horvath, John McMurray, Stephen Rotella, Craig Tall, David Schneider, Robert Williams, Sean Becketti, Anthony Bozzuti, Gregory Camas, Rajiv Kapoor, Marc Malone, Thomas Morgan, Genevieve Smith, Radha Thompson and Ann Tierney | KYLE LAW CORPORATION | Stephan E Kyle | skyle@kylelawcorp.com |
| Counsel to Melba Ann Bartels, Todd H. Baker, Sean Becketti, Anthony J. Bozzuti, Alfred Brooks, Thomas W. Casey, Gregory C. Camas, Debora D. Horvath, Rajiv Kapoor, Kenneth E. Kido, Marc Malone, John P. McMurray, Thomas E. Morgan, Stephen J. Rotella, David Schneider, Genevieve Smith, Steven F. Stein, Mitchell Stevens, Craig E. Tall, Radha Thompson, Ann Tierney, Anthony Vuoto, and Robert J. Williams, Jr. | O'Kelly & Ernst LLC | Michael J Joyce | mjoyce@oelegal.com |
| Counsel to WMI Liquidating Trust | Proskauer Rose LLP | Brian S Rosen | brosen@proskauer.com |

# Exhibit B

**Exhibit B**
**Affected Claimants Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| MARY L SOMERFELDT | | mary.louise1@verizon.net |

# Exhibit C

**Exhibit C**
**Modified Core 2002 List**
**Served via Facsimile**

| Description | CreditorName | CreditorNoticeName | Fax |
|---|---|---|---|
| United States Trustee for the District of Delaware | Office of the United States Trustee Delaware | T. Patrick Tinker | 302-573-6497 |
| Counsel to Todd Baker, Alfred Brooks, Thomas Casey, Debora Horvath, John McMurray, Stephen Rotella, Craig Tall, David Schneider, Robert Williams, Sean Becketti, Anthony Bozzuti, Gregory Camas, Rajiv Kapoor, Marc Malone, Thomas Morgan, Genevieve Smith, Radha Thompson and Ann Tierney | KYLE LAW CORPORATION | Stephan E Kyle | 415-839-8189 |
| Counsel to Robert Bjorklund, Daryl David, Kimberly Cannon, Michael Reynoldson and Chandan Sharma | Brutzkus Gubner | Robyn B Sokol | 818-827-9051 |
| Counsel to Melba Ann Bartels, Todd H. Baker, Sean Becketti, Anthony J. Bozzuti, Alfred Brooks, Thomas W. Casey, Gregory C. Camas, Debora D. Horvath, Rajiv Kapoor, Kenneth E. Kido, Marc Malone, John P. McMurray, Thomas E. Morgan, Stephen J. Rotella, David Schneider, Genevieve Smith, Steven F. Stein, Mitchell Stevens, Craig E. Tall, Radha Thompson, Ann Tierney, Anthony Vuoto, and Robert J. Williams, Jr. | O'Kelly & Ernst LLC | Michael J Joyce | 302-295-2873 |

# Exhibit D

**Exhibit D**
**Modified Core 2002 List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Alice Griffin, *Pro Se* | Alice Griffin, Esquire | | 121 East 12th Street, #7C | New York | NY | 10003 |

In re Washington Mutual, Inc.
Case No. 08-12229 (MFW)

Page 1 of 1

# Exhibit E

**Exhibit E**
**Affected Claimants Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Benjamin F. Turk, Jr |  | 29 Wimberley Court |  | Dallas | TX | 75229 |
| Donna Binder |  | 29811 Pinecone Pl |  | Castaic | CA | 91384 |
| MARY L SOMERFELDT |  | 392 CENTRAL PARK WEST | APT 4N | NEW YORK | NY | 10025 |
| Tammy Harrington |  | 405 Squire Drive |  | Ellenwood | GA | 30294 |
| Tammy Harrington |  | 2812 Whitney St |  | Lakeland | FL | 33813-3827 |