UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re* : Chapter 11
:
**WASHINGTON MUTUAL, INC., et al.,**[1] : Case No. 08-12229 (MFW)
:
**Debtors.** : (Jointly Administered)
:
---------------------------------------------------------------x

### NOTICE OF AMOUNTS PAID BY WMI LIQUIDATING TRUST PURSUANT TO THE LIQUIDATING TRUST AGREEMENT FOR CERTAIN COMPENSATION AND FOR SERVICES RENDERED AND EXPENSES INCURRED BY TRUST PROFESSIONALS FOR THE PERIOD ENDING JUNE 30, 2019

**PLEASE TAKE NOTICE** that, in accordance with Section 6.8(b) of that certain WMI Liquidating Trust Agreement, dated as of March 6, 2012 (as amended, the "Liquidating Trust Agreement"),[2] attached hereto as **Exhibit A** is a chart reflecting amounts paid by the Liquidating Trust during the calendar quarter ending June 30, 2019 for certain compensation and for services rendered and expenses incurred by Trust Professionals.

Dated: July 24, 2019
       Wilmington, Delaware

/s/ *Amanda R. Steele*
Mark D. Collins, Esq. (No. 2981)     Brian S. Rosen
Paul N. Heath (No. 3704)             PROSKAUER ROSE LLP
Amanda R. Steele (No. 5530)          Eleven Times Square
RICHARDS, LAYTON & FINGER, P.A.      New York, New York 10036
One Rodney Square                    Telephone: (212) 969-3000
920 North King Street                Facsimile: (212) 969-2900
Wilmington, Delaware 19801
Telephone: (302) 651-7700            *Attorney to WMI Liquidating Trust*
Facsimile: (302) 651-7701

*Attorneys to WMI Liquidating Trust*

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The principal offices of WMILT, as defined herein, are located at 800 Fifth Avenue, Suite 4100, Seattle, Washington 98104.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Liquidating Trust Agreement.