**<u>Exhibit A</u>**

**WMI Liquidating Trust**
Schedule of Professional Fees Paid
Quarter Ending June 30, 2019

| | | Amount Paid | | |
|---|---|---|---|---|
| | | 04/01/19 - 06/30/19 | | |
| Payee | Period Covered | Fees | Expense | Total |
| Alvarez & Marsal | 03/01/19 - 05/31/19 | $ 673,315.54 | $ 11,398.82 | $ 684,714.36 |
| Kurtzman Carson Consultants LLC | 02/01/19 - 04/30/19 | $ 105,609.68 | $ 74,575.76 | $ 180,185.44 |
| Proskauer Rose LLP | 02/01/19 - 04/30/19 | $ 339,848.75 | $ 5,057.36 | $ 344,906.11 |
| Quinn Emanuel Urquhart & Sullivan, LLP | 04/01/19 - 04/30/19 | $ 10,235.00 | $ 411.24 | $ 10,646.24 |
| Richards, Layton & Finger P.A. | 02/01/19 - 05/31/19 | $ 29,884.00 | $ 1,655.40 | $ 31,539.40 |
| Weil, Gotshal & Manges LLP | 03/01/19 - 05/31/19 | $ 96,012.00 | $ 8,239.90 | $ 104,251.90 |
| TAB - Arnie Kastenbaum [1] | 03/01/19 - 05/31/19 | $ 18,343.15 | $ - | $ 18,343.15 |
| TAB - Douglas K. Southard [1] | 03/01/19 - 05/31/19 | $ 18,343.15 | $ - | $ 18,343.15 |
| TAB - Joe McInnis [1] | 03/01/19 - 05/31/19 | $ 18,343.15 | $ - | $ 18,343.15 |
| TAB - Marc S. Kirschner [1] | 03/01/19 - 05/31/19 | $ 18,343.15 | $ - | $ 18,343.15 |
| TAB - Matthew Cantor [1] | 03/01/19 - 05/31/19 | $ 18,343.15 | $ - | $ 18,343.15 |
| TAB - Michael Willingham [1] | 03/01/19 - 05/31/19 | $ 18,343.15 | $ - | $ 18,343.15 |
| TAB - Wells Fargo Bank, N.A. (TAB) [1] | 03/01/19 - 05/31/19 | $ 18,343.15 | $ - | $ 18,343.15 |
| | | $ 1,383,307.02 | $ 101,338.48 | $ 1,484,645.50 |

Notes:
(1) Trust Advisory Board (the "TAB") compensation includes annual incentive compensation.