UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                                           :
In re:                                                     :    Chapter 11
                                                           :
WASHINGTON MUTUAL, INC., et al.,¹                          :    Case No. 08-12229 (MFW)
                                                           :
         Debtors.                                          :    (Jointly Administered)
                                                           :
-----------------------------------------------------------x
```

CERTIFICATION OF COUNSEL REGARDING
ORDER APPROVING STIPULATION BETWEEN WMI LIQUIDATING TRUST AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. REGARDING WITHDRAWAL OF ADMINISTRATIVE EXPENSE CLAIM

The undersigned hereby certifies as follows:

1. On or about June 15, 2012, National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") filed an administrative expense request in an unliquidated amount ("Claim No. 4094") in the above-captioned chapter 11 cases of Washington Mutual, Inc. ("WMI") and WMI Investment Corp., formerly debtors and debtors in possession (collectively, the "Debtors"), which related to various insurance policies and agreements.

2. Pursuant to the transactions consummated in connection with the *Second Amended and Restated Settlement Agreement*, dated as of February 7, 2011, and the *Seventh Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code* [D.I. 9178], and certain other transactions, JP Morgan Chase Bank, N.A. assumed all of the existing, outstanding, and future liabilities and obligations of WMI Liquidating Trust ("WMILT"), as successor in interest to the Debtors and WMI's non-debtor

---

¹ The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The principal offices of WMILT, as defined herein, are located at 1201 Third Avenue, Suite 3000, Seattle, Washington 98101.

direct and indirect subsidiaries, to National Union under the insurance agreements subject to Claim No. 4094.

3. WMILT and National Union have agreed to resolve Claim No. 4094 and entered into the *Stipulation Between WMI, Liquidating Trust, and National Union Fire Insurance Company of Pittsburgh, PA. Regarding Withdrawal of Administrative Expense Claim*, a copy of which is attached as Exhibit 1 to Exhibit A hereto (the "Stipulation"). WMILT has prepared a form of order, attached hereto as Exhibit A, approving the Stipulation (the "Proposed Order").

[*remainder of page intentionally left blank*]

WHEREFORE, WMILT respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as <u>Exhibit A</u>, at its earliest convenience.

Dated: July 31, 2019
      Wilmington, Delaware

      /s/ *Christopher M. De Lillo*
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Christopher M. De Lillo (No. 6355)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Brian S. Rosen
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

*Attorneys to WMI Liquidating Trust*