UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re:                                                        :    Chapter 11
:
WASHINGTON MUTUAL, INC., et al.,[1]                           :    Case No. 08-12229 (MFW)
:
Debtors.                                                      :    (Jointly Administered)
:
---------------------------------------------------------------x   Re: D.I. 12655

**ORDER APPROVING STIPULATION BETWEEN WMI LIQUIDATING TRUST AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. REGARDING WITHDRAWAL OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the *Stipulation Between WMI, Liquidating Trust, and National Union Fire Insurance Company of Pittsburgh, PA. Regarding Withdrawal of Administrative Expense Claim* (the "Stipulation")[2], as agreed to by and between the WMI Liquidation Trust, as successor in interest to the Debtors, and National Union:

IT IS HEREBY ORDERED THAT

1. The Stipulation attached hereto as Exhibit 1 is APPROVED in its entirety and entered as an order of this Court.

2. The claims agent appointed in the Debtors' chapter 11 cases shall be authorized and directed to remove Claim No. 4094 from the claims registry of the Debtors' chapter 11 cases.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The principal offices of WMILT, as defined herein, are located at 1201 Third Avenue, Suite 3000, Seattle, Washington 98101.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed in the Stipulation.

RLF1 21763629v.1

3. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or the interpretation of this Order.

**Dated: August 2nd, 2019**
**Wilmington, Delaware**
RLF1 21763629v.1

2

_____
**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**