IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                                                 :

*In re*                                                                  :         Chapter 11

**WASHINGTON MUTUAL, INC., et al.,**     :

                                                                     :         Case No. 08-12229 (MFW)

             **Debtors.**                               :         (Jointly Administered)

---------------------------------------------------------------x   Re: D.I. 12658

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing date in the above-captioned case:

| **Date & Time** | **Location** |
|---|---|
| September 26, 2019 at 2:00 p.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 4<br>Wilmington, Delaware 19801 |

**Dated: August 9th, 2019**
**Wilmington, Delaware**

RLF1 21838208v.1

*(signature)*
**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**