UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------- x
:
In re : Chapter 11
:
Washington Mutual, Inc., *et al.*,[1] : Case No. 08-12229 (MFW)
:
Debtors. : (Jointly Administered)
:
---------------------------------- x

### AFFIDAVIT OF SERVICE

I, Sydney Reitzel, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On July 24, 2019, at my direction and under my supervision, employees of KCC caused to be served the following document listed below via Electronic Mail upon the parties listed on **Exhibit A**; and via First Class Mail upon the parties listed on **Exhibit B**:

- **Notice of Amounts Paid by WMI Liquidating Trust Pursuant to the Liquidating Trust Agreement for Certain Compensation and for Services Rendered and Expenses Incurred by Trust Professionals for the Period Ending June 30, 2019 [ [Docket No. 12654]**

Dated: August 13, 2019

/s/ Sydney Reitzel

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on August 13, 2019, by Sydney Reitzel, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Sta Pa



STEPHANIE PARANHOS
Notary Public - California
Los Angeles County
Commission # 2210581
My Comm. Expires Aug 19, 2021

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

# Exhibit A

**Exhibit A**
**Modified Core 2002 List**
**Served via Electronic Mail**

| Description | Company | Contact | Email |
|---|---|---|---|
| Alice Griffin, *Pro Se* | Alice Griffin, Esquire | | griffincounselpc@earthlink.net |
| Counsel to Robert Bjorklund, Daryl David, Kimberly Cannon, Michael Reynoldson and Chandan Sharma | Brutzkus Gubner | Robyn B Sokol | rsokol@brutzkusgubner.com |
| Counsel to Todd Baker, Alfred Brooks, Thomas Casey, Debora Horvath, John McMurray, Stephen Rotella, Craig Tall, David Schneider, Robert Williams, Sean Becketti, Anthony Bozzuti, Gregory Camas, Rajiv Kapoor, Marc Malone, Thomas Morgan, Genevieve Smith, Radha Thompson and Ann Tierney | KYLE LAW CORPORATION | Stephan E Kyle | skyle@kylelawcorp.com |
| Counsel to Melba Ann Bartels, Todd H. Baker, Sean Becketti, Anthony J. Bozzuti, Alfred Brooks, Thomas W. Casey, Gregory C. Camas, Debora D. Horvath, Rajiv Kapoor, Kenneth E. Kido, Marc Malone, John P. McMurray, Thomas E. Morgan, Stephen J. Rotella, David Schneider, Genevieve Smith, Steven F. Stein, Mitchell Stevens, Craig E. Tall, Radha Thompson, Ann Tierney, Anthony Vuoto, and Robert J. Williams, Jr. | O'Kelly & Ernst LLC | Michael J Joyce | mjoyce@oelegal.com |
| Counsel to WMI Liquidating Trust | Proskauer Rose LLP | Brian S Rosen | brosen@proskauer.com |

# Exhibit B

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Alice Griffin, Pro Se | Alice Griffin, Esquire | | 121 East 12th Street, #7C | | New York | NY | 10003 |
| Counsel to Robert Bjorklund, Daryl David, Kimberly Cannon, Michael Reynoldson and Chandan Sharma | Brutzkus Gubner | Robyn B Sokol | 21650 Oxnard Blvd Ste 500 | | Woodland Hills | CA | 91367 |
| Counsel to Todd Baker, Alfred Brooks, Thomas Casey, Debora Horvath, John McMurray, Stephen Rotella, Craig Tall, David Schneider, Robert Williams, Sean Becketti, Anthony Bozzuti, Gregory Camas, Rajiv Kapoor, Marc Malone, Thomas Morgan, Genevieve Smith, Radha Thompson and Ann Tierney | KYLE LAW CORPORATION | Stephan E Kyle | 465 California St 5th Fl | | San Francisco | CA | 94104 |
| United States Trustee for the District of Delaware | Office of the United States Trustee Delaware | T. Patrick Tinker | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19801 |
| Counsel to Melba Ann Bartels, Todd H. Baker, Sean Becketti, Anthony J. Bozzuti, Alfred Brooks, Thomas W. Casey, Gregory C. Camas, Debora D. Horvath, Rajiv Kapoor, Kenneth E. Kido, Marc Malone, John P. McMurray, Thomas E. Morgan, Stephen J. Rotella, David Schneider, Genevieve Smith, Steven F. Stein, Mitchell Stevens, Craig E. Tall, Radha Thompson, Ann Tierney, Anthony Vuoto, and Robert J. Williams, Jr. | O'Kelly & Ernst LLC | Michael J Joyce | 901 N Market St 10th Fl | | Wilmington | DE | 19801 |