**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------x
:
*In re*                                                               :    Chapter 11
:
**WASHINGTON MUTUAL, INC., et al.,**[1]      :    Case No. 08-12229 (MFW)
:
**Debtors.**                                                    :    (Jointly Administered)
:
---------------------------------------------------------------x

**NOTICE OF LIST OF DISTRIBUTION CHECKS THAT HAVE NOT BEEN NEGOTIATED OR HAVE BEEN RETURNED AS UNDELIVERABLE**

  **PLEASE TAKE NOTICE** that, pursuant to Section 31.6(b) of the *Seventh Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code*, dated as of December 12, 2011 (as modified, the "Plan"),[2] as confirmed pursuant to an Order of the Bankruptcy Court, a list of Entities to which distribution checks have been issued pursuant to the Plan on February 25, 2019, and which have not been negotiated or have been returned as undeliverable as of the date hereof, is attached hereto as **Exhibit A**.

  **PLEASE TAKE FURTHER NOTICE** that, in accordance with Section 31.6(b) of the Plan, any holder of an Allowed Claim listed on **Exhibit A** hereto that does not identify itself and assert its rights pursuant to the Plan to receive a distribution within one (1) year from the date hereof shall have its entitlement to such undeliverable distribution discharged and shall be forever barred from asserting any entitlement pursuant to the Plan, against the Reorganized Debtors, the Liquidating Trust, the Liquidating Trustee, the Trustees, or their respective professionals, agents, or property, and, in such case, the Liquidating Trustee shall be authorized to permanently remove such holder and its corresponding Claim and/or Trust Interest from such trustee's books and records and any consideration held for distribution on account of such

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The principal offices of WMILT, as defined herein, are located at 1201 Third Avenue, Suite 3000, Seattle, Washington 98101.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

Allowed Claim shall revert to such trustee for redistribution to holders of Liquidating Trust Interests in accordance with the terms and provisions of the Plan.

Dated: August 27, 2019
Wilmington, Delaware

                                         */s/ Amanda R. Steele*
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Brian S. Rosen
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

*Attorneys to WMI Liquidating Trust*