# Exhibit A

*Note: Each line represents an outstanding check*

| Name 1 | Name 2 | Class |
|---|---|---|
| ADVICORP PLC | | Class 21 |
| ALEXANDER GRINKIN | | Class 16 |
| ALICE K EDMONDS | | Class 16 |
| ALLAN C KING & GLORIA G | KING FOUNDATION | Class 16 |
| BARRY J PREVOR | | Class 16 |
| BRITT NELSON | | Class 16 |
| CAROLYN P OAST | | Class 16 |
| CITI CANYON LTD | C/O CANYON CAPITAL ADVISORS LLC | Class 2 |
| CITI CANYON LTD | C/O CANYON CAPITAL ADVISORS LLC | Class 2 |
| CITI CANYON LTD | C/O CANYON CAPITAL ADVISORS LLC | Class 2 |
| CITIGROUP GLOBAL MARKETS INC | | Class 2 |
| CREDIT SUISSE (USA) INC | ATTN DEBORAH BURSTEIN | Class 12 |
| CREDIT SUISSE LLC | GLOBAL CREDIT PRODUCTS | Class 2 |
| DAVID A NAYAK | | Class 16 |
| DENNIS L KOVACH | | Class 16 |
| E TRADE CLEARING LLC | FBO CHARLES MCCURRY | Class 16 |
| E TRADE CLEARING LLC | FBO CHARLES MCCURRY | Class 16 |
| ELLEN M TEHOKE | C O PERSHING LLC | Class 16 |
| ELLIS LAKE MASTER FUND LP | | Class 16 |
| ERIC S TOWER | | Class 21 |
| ERIC TOWER | | Class 21 |
| EUGENE DINARDO IRA TD AMERITRADE | CLEARING INC CUSTODIAN | Class 16 |
| FBO JOSE DA SILVA FERNANDES | IBT TTEE ST JOSEPHS HEALTH RET | Class 16 |
| FMTC FBO FRANK V FANNO | | Class 16 |
| FRANK P PEARSON | | Class 16 |
| GEORGE VICTOR ALLEN ROTH IRA | | Class 16 |
| ISAAC ABULAF | | Class 16 |
| ISABEL M CARON | | Class 16 |
| JOAN E STASEL | | Class 16 |
| JORDAN M COX | | Class 16 |
| JOYCE M PRESNALL-ROTH IRA | | Class 16 |
| JULIUS ROBERT JAMES | | Class 16 |
| KAREN M ELDRIDGE | | Class 16 |
| KIMBERLY A CANNON | BRUTZKUS GUBNER | Class 12 |
| LISE M ROMINE | | Class 16 |
| LUXOR SPECTRUM OFFSHORE | C/O LUXOR CAPITAL GROUP | Class 2 |
| LUXOR SPECTRUM OFFSHORE MASTER | FUND LP | Class 2 |
| LUXOR SPECTRUM OFFSHORE MASTER | FUND LP | Class 2 |
| LUXOR SPECTRUM OFFSHORE MASTER | FUND LP | Class 2 |
| LUXOR WAVEFRONT LP | C/O LUXOR CAPITAL GROUP | Class 2 |
| LYXOR CANYON VALUE REALIZATION | C/O CANYON CAPITAL ADVISORS LLC | Class 2 |
| LYXOR CANYON VALUE REALIZATION | FUND LIMITED NRA | Class 2 |
| LYXOR/CANYON VALUE REALIZATION | FUND LTD | Class 2 |
| MATRIX TRUST CO TPA 261 FBO ADAM | | Class 16 |
| MICHAEL H LEVINE | | Class 21 |
| MICHAEL H LEVINE | CHARLES SCHWAB & CO INC | Class 21 |
| NANCY A VAN NORMAN | CHARLES SCHWAB & CO INC CUST | Class 16 |
| PAULA MACDONALD ROTH IRA | | Class 16 |
| RAJ B KUMAR | | Class 12 |
| RBC TRUSTEES (CI)LIMITED RE B4301 | | Class 2 |
| RICH RICHMOND AND PATRICIA | RICHMOND JTTEN | Class 16 |

| | | |
|---|---|---|
| RICHARD DEIHL | ATTN LANCE N JURICH ESQ | Class 12 |
| ROBERT E HAVERKAMP | | Class 16 |
| ROBERT J SAVINO | | Class 16 |
| SCOTT RUBINSTEIN BENE IRA | | Class 16 |
| SELVAKUMAR JOTHI | | Class 16 |
| SONTERRA CAPITAL MASTER FUND LTD | SONTERRA CAPITAL | Class 21 |
| STEVEN TAIT | | Class 16 |
| SURENDRA P SINHA TR S P & S | SINHA FAMILY TRUST | Class 16 |
| SUSAN C ALLISON | | Class 12 |
| SUSAN M PIOCH | | Class 16 |
| SUSAN M PIOCH | | Class 16 |
| SUSAN M PIOCH | | Class 16 |
| SUSY GRAZI REVOCABLE TRUST | SUSY GRAZI TTEE | Class 16 |
| TIMOTHY BAKER | | Class 21 |
| TOM I WHITE | | Class 16 |
| WAMU PENSION PLAN | JP MORGAN CHASE ATTN KYLE TALLEY | Class 21 |
| WILLIAM J NOVELLO | | Class 16 |
| XCHANGING GMBH IM AUFTRAG | VON DEUTSCHE BANK | Class 16 |