UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
*In re* : Chapter 11
:
**WASHINGTON MUTUAL, INC., et al.,**[1] : Case No. 08-12229 (MFW)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing is scheduled before the United States Bankruptcy Court for the District of Delaware (the "Court"), 824 North Market Street, Wilmington, Delaware 19801, 5th Floor, Courtroom 4, on **September 26, 2019 at 2:00 p.m.** (Eastern Time) (the "Hearing").

PLEASE TAKE FURTHER NOTICE that, at the Hearing, WMI Liquidating Trust ("WMILT"), as successor in interest to Washington Mutual, Inc. ("WMI") and WMI Investment Corp., formerly debtors and debtors in possession (collectively, the "Debtors"), intends to discuss with the Court the status of one or more claims subject to objection by WMILT, including claims arising from or relating to indemnification claims.

PLEASE TAKE FURTHER NOTICE that parties in interest, specifically the claimants at issue as identified in **Exhibit A** attached hereto, are invited to appear at the Hearing and participate in the status conference with the Court.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The principal offices of WMILT, as defined herein, are located at 800 Fifth Avenue, Suite 4100, Seattle, Washington 98104.

RLF1 22025037v.1

Dated: September 12, 2019
      Wilmington, Delaware

        */s/ Marcos A. Ramos*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Marcos A. Ramos (No. 4450)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701

- and -

PROSKAUER ROSE LLP
Brian S. Rosen
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile:  (212) 969-2900

*Attorneys to the WMI Liquidating Trust*

# EXHIBIT A

**XL Specialty Insurance Company: Policy No. ELU086005-04**
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
Attn: Charles C. Lemley, Esq.
(202) 710-7049
clemley@wileyrein.com


**National Union Fire Insurance Company of Pittsburgh, PA: Policy No. 466-51-22**
D' Amato & Lynch, LLP
2 World Financial Center
225 Liberty Street
New York, NY 10281
Attn: Deborah Collins, Esq.
(212) 269-3559
dcollins@damato-lynch.com


**Nutmeg Insurance Company: Policy No. DA 1497374**
Mark G. Ledwin
Wilson Elser Moskowitz Edelman & Dicker LLP
Counsel for Transferee Nutmeg Insurance Company
1133 Westchester Avenue
White Plains, NY 10604
Phone: (941) 872-7148
Fax: (914) 323-7001
Mark.ledwin@wilsonelser.com