UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| Washington Mutual, Inc., *et al.*,[1] | : | Case No. 08-12229 (MFW) |
| Debtors. | : | (Jointly Administered) |

AFFIDAVIT OF SERVICE

I, Sydney Reitzel, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On August 27, 2019, at my direction and under my supervision, employees of KCC caused to be served the following document listed below via Electronic Mail upon the parties listed on **Exhibit A**; and via First Class Mail upon the parties listed on **Exhibit B** and **Exhibit C**:

- **Notice of List of Distribution Checks That Have Not Been Negotiated or Have Been Returned as Undeliverable** [Docket No. 12663]

Dated: August 30, 2019

Sydney Reitzel

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on August 30, 2019, by Sydney Reitzel, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: ____________________

TORI L. HARRIS
Notary Public - California
Los Angeles County
Commission # 2283822
My Comm. Expires Mar 31, 2023

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

# **EXHIBIT A**

**Exhibit A**
**Modified Core 2002 List**
**Served via Electronic Mail**

| Description | Company | Contact | Email |
|---|---|---|---|
| Alice Griffin, *Pro Se* | Alice Griffin, Esquire | | griffincounselpc@earthlink.net |
| Counsel to Robert Bjorklund, Daryl David, Kimberly Cannon, Michael Reynoldson and Chandan Sharma | Brutzkus Gubner | Robyn B Sokol | rsokol@brutzkusgubner.com |
| Counsel to Todd Baker, Alfred Brooks, Thomas Casey, Debora Horvath, John McMurray, Stephen Rotella, Craig Tall, David Schneider, Robert Williams, Sean Becketti, Anthony Bozzuti, Gregory Camas, Rajiv Kapoor, Marc Malone, Thomas Morgan, Genevieve Smith, Radha Thompson and Ann Tierney | KYLE LAW CORPORATION | Stephan E Kyle | skyle@kylelawcorp.com |
| Counsel to Melba Ann Bartels, Todd H. Baker, Sean Becketti, Anthony J. Bozzuti, Alfred Brooks, Thomas W. Casey, Gregory C. Camas, Debora D. Horvath, Rajiv Kapoor, Kenneth E. Kido, Marc Malone, John P. McMurray, Thomas E. Morgan, Stephen J. Rotella, David Schneider, Genevieve Smith, Steven F. Stein, Mitchell Stevens, Craig E. Tall, Radha Thompson, Ann Tierney, Anthony Vuoto, and Robert J. Williams, Jr. | O'Kelly & Ernst LLC | Michael J Joyce | mjoyce@oelegal.com |
| Counsel to WMI Liquidating Trust | Proskauer Rose LLP | Brian S Rosen | brosen@proskauer.com |

# **EXHIBIT B**

**Exhibit B**
**Modified Core 2002 List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Alice Griffin, Pro Se | Alice Griffin, Esquire | | 121 East 12th Street, #7C | | New York | NY | 10003 |
| Counsel to Robert Bjorklund, Daryl David, Kimberly Cannon, Michael Reynoldson and Chandan Sharma | Brutzkus Gubner | Robyn B Sokol | 21650 Oxnard Blvd Ste 500 | | Woodland Hills | CA | 91367 |
| Counsel to Todd Baker, Alfred Brooks, Thomas Casey, Debora Horvath, John McMurray, Stephen Rotella, Craig Tall, David Schneider, Robert Williams, Sean Becketti, Anthony Bozzuti, Gregory Camas, Rajiv Kapoor, Marc Malone, Thomas Morgan, Genevieve Smith, Radha Thompson and Ann Tierney | KYLE LAW CORPORATION | Stephan E Kyle | 465 California St 5th Fl | | San Francisco | CA | 94104 |
| United States Trustee for the District of Delaware | Office of the United States Trustee Delaware | T. Patrick Tinker | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19801 |
| Counsel to Melba Ann Bartels, Todd H. Baker, Sean Becketti, Anthony J. Bozzuti, Alfred Brooks, Thomas W. Casey, Gregory C. Camas, Debora D. Horvath, Rajiv Kapoor, Kenneth E. Kido, Marc Malone, John P. McMurray, Thomas E. Morgan, Stephen J. Rotella, David Schneider, Genevieve Smith, Steven F. Stein, Mitchell Stevens, Craig E. Tall, Radha Thompson, Ann Tierney, Anthony Vuoto, and Robert J. Williams, Jr. | O'Kelly & Ernst LLC | Michael J Joyce | 901 N Market St 10th Fl | | Wilmington | DE | 19801 |

# **EXHIBIT C**

**Exhibit C**
**Affected Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ADVICORP PLC | | Via Panama 52 | | | Rome | | 00198 | Italy |
| ALEXANDER GRINKIN | | 350 19TH AVE | | | BRICK | NJ | 08724 | |
| ALICE K EDMONDS | | 2510 Juniper Lane | | | Maidens | VA | 23102 | |
| ALLAN C KING & GLORIA G | KING FOUNDATION | ATTN DUANE KING | 800 BERING SUITE 206 | | HOUSTON | TX | 77057-2131 | |
| BARRY J PREVOR | | 330 ANNANDALE DRIVE | | | SYOSSET | NY | 11791 | |
| BRITT NELSON | | 4240 CITRUS CIRCLE | | | YORBA LINDA | CA | 92886 | |
| CAROLYN P OAST | | 514 MARYLAND AVE | | | VIRGINIA BEACH | VA | 23451 | |
| CITI CANYON LTD | | C/O Canyon Capital Advisors LLC | Attn Hanh Tu | 2000 AVENUE OF THE STARS 11TH FL | LOS ANGELES | CA | 90067 | |
| Citigroup Global Markets Inc | | 111 WALL STREET 4TH FLOOR | Attn Ken Zingale Corp Actions Dept | | NEW YORK | NY | 10005 | |
| Credit Suisse (USA) Inc | | Attn Deborah Burstein | One Madison Avenue | | New York | NY | 10010 | |
| Credit Suisse LLC | | Global Credit Products | Chris Campbell | Eleven Madison Ave 4th Floor | NEW YORK | NY | 10010 | |
| DAVID A NAYAK | | 175 E Delaware Pl | Apt 8307 | | CHICAGO | IL | 60611-7748 | |
| DENNIS L KOVACH | | 123 VILLAGE CIR | | | OAKDALE | PA | 15071 | |
| E Trade Clearing LLC | FBO Charles McCurry | ACCT 3339-2475 | 205 Double Brook Drive | | Weaverville | NC | 28787 | |
| E Trade Clearing LLC | FBO Charles McCurry | ACCT 6889-2887 | 205 Double Brook Drive | | Weaverville | NC | 28787 | |
| ELLEN M TEHOKE | | C O PERSHING LLC | ATTN DAN SCHOLZE | 300 COLONIAL CENTER PARKWAY 4TH FL | LAKE MARY | FL | 32746 | |
| ELLIS LAKE MASTER FUND LP | | 444 Madison Ave 40th Fl | | | New York | NY | 10022 | |
| ERIC S TOWER | | 210 S SPRING AVE | | | LA GRANGE | IL | 60525 | |
| ERIC TOWER | | 210 S SPRING AVE | | | LA GRANGE | IL | 60525 | |
| Eugene Dinardo IRA TD Ameritrade | Clearing Inc Custodian | 3709 BLUESTEM CT | | | SPRINGFIELD | IL | 62712 | |
| FBO JOSE DA SILVA FERNANDES | IBT TTEE ST JOSEPHS HEALTH RET | 10419 SLATER AVE APT 204 | | | Fountain Valley | CA | 92708-7704 | |
| FMTC FBO FRANK V FANNO | | 17510 PENCROSS DR | | | GRANGER | IN | 46530 | |
| FRANK P PEARSON | | 121 Dolphin Dr | | | Oceanside | CA | 92058 | |
| GEORGE VICTOR ALLEN ROTH IRA | | 7224 ORCHARD TRCE | | | WILMINGTON | NC | 28409 | |
| ISAAC ABULAF | | 10505 Northridge Hill Dr | | | Chatsworth | CA | 91311-1940 | |
| ISABEL M CARON | | 1017 Saw Mill River Rd Apt 1553 | | | Ardsley | NY | 10502-1058 | |
| JOAN E STASEL | | 10920 TALON WAY | | | LOUISVILLE | KY | 40223 | |
| JORDAN M COX | | PO BOX 153 | | | MCKENNA | WA | 98558 | |
| Joyce M Presnall-ROTH IRA | | 12119 CASCADE PL | | | ANDERSON IS | WA | 98303-9737 | |
| JULIUS ROBERT JAMES | | 5229 8th St NW | | | WASHINGTON | DC | 20011-4023 | |
| KAREN M ELDRIDGE | | 104 Simpson St | | | CARRBORO | NC | 27510 | |
| KIMBERLY A CANNON | | Brutzkus Gubner | Robyn B Sokol | 21650 Oxnard St Ste 500 | Woodland Hills | CA | 91367-4911 | |
| LISE M ROMINE | | 405 E WETMORE RD #117-258 | | | TUCSON | AZ | 85705 | |
| LUXOR SPECTRUM OFFSHORE | | c/o Luxor Capital Group | 1114 AVE OF THE AMERICAS #28 | | NEW YORK | NY | 10036-7703 | |
| LUXOR SPECTRUM OFFSHORE MASTER | FUND LP | c/o Luxor Capital Group | 1114 AVE OF THE AMERICAS #28 | | NEW YORK | NY | 10036-7703 | |
| LUXOR WAVEFRONT LP | | c/o Luxor Capital Group | 1114 AVE OF THE AMERICAS #28 | | NEW YORK | NY | 10036-7703 | |
| LYXOR CANYON VALUE REALIZATION | | C/O Canyon Capital Advisors LLC | Attn Hanh Tu | 2000 AVENUE OF THE STARS 11TH FL | LOS ANGELES | CA | 90067 | |
| LYXOR CANYON VALUE REALIZATION | FUND LIMITED NRA | C/O Canyon Capital Advisors LLC | Attn Hanh Tu | 2000 AVENUE OF THE STARS 11TH FL | LOS ANGELES | CA | 90067 | |

**Exhibit C**
**Affected Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| LYXOR/CANYON VALUE REALIZATION | FUND LTD | C/O Canyon Capital Advisors LLC | Attn Hanh Tu | 2000 AVENUE OF THE STARS 11TH FL | LOS ANGELES | CA | 90067 | |
| Matrix Trust Co TPA 261 FBO Adam Gold | | 260 Spagnoli Road | | | Melville | NY | 11747 | |
| MICHAEL H LEVINE | | 6563890828 | 7235 PROMENADE DR APT K801 | | BOCA RATON | FL | 33433 | |
| MICHAEL H LEVINE | CHARLES SCHWAB & CO INC | CUST IRA CONTRIBUTORY | 7235 PROMENADE DR APT K801 | | BOCA RATON | FL | 33433 | |
| NANCY A VAN NORMAN | CHARLES SCHWAB & CO INC CUST | IRA CONTRIBUTORY | 1575 John Knox Dr Apt P307 | | Colfax | NC | 27235 | |
| PAULA MACDONALD ROTH IRA | | 4085 Waterhouse Rd | | | Oakland | CA | 94602-1853 | |
| RAJ B KUMAR | | 1121 W Ogden Ave #263 | | | Naperville | IL | 60563 | |
| RBC TRUSTEES (CI)LIMITED RE B4301 | | CANADA COURT UPLAND ROAD | | | ST PETER PORT | | GY1 3BQ | GUERNSEY |
| RICH RICHMOND AND PATRICIA | RICHMOND JTTEN | 8119 KERRY DRIVE | | | CORDOVA | TN | 38018 | |
| Richard Deihl | | Attn Lance N Jurich Esq | Loeb & Loeb LLP | 10100 Santa Monica Blvd Ste 2200 | Los Angeles | CA | 90067-4120 | |
| ROBERT E HAVERKAMP | | 303 WINDOVER AVE NW | | | VIENNA | VA | 22180 | |
| ROBERT J SAVINO | | 110 AVON CT | | | MALVERN | PA | 19355 | |
| SCOTT RUBINSTEIN BENE IRA | | 9437 N HAMLIN AVE | | | EVANSTON | IL | 60203-1303 | |
| SELVAKUMAR JOTHI | | 2124 BROADSTONE DR | | | PLANO | TX | 75025-3089 | |
| SONTERRA CAPITAL MASTER FUND LTD | | Sonterra Capital | Attn Tye Schlegelmilch | 130 Hillandale Rd | Westport | CT | 06880 | |
| STEVEN TAIT | | 9 Allendale Ave | | | RYE | NY | 10580 | |
| SURENDRA P SINHA TR S P & S | SINHA FAMILY TRUST | U/A DTD 01/15/03 | 7166 N Via De Alegria | | SCOTTSDALE | AZ | 85258 | |
| SUSAN C ALLISON | | PO Box 1029 | | | Trinidad | CA | 95570-1029 | |
| SUSAN M PIOCH | | 3410 Shakespeare Ln | | | TOLEDO | OH | 43615 | |
| SUSY GRAZI REVOCABLE TRUST | | SUSY GRAZI TTEE | 265 SPRUCE STREET | | DENVER | CO | 80230 | |
| TIMOTHY BAKER | | 14 EDGEWATER DR | | | OLD GREENWICH | CT | 06870 | |
| TOM I WHITE | | PO Box 609 | | | Cedar Hill | TX | 75106 | |
| WaMu Pension Plan | | JP Morgan Chase Attn Kyle Talley | Mail Code DE3-2040 | 4041 Ogletown Rd Floor 01 | Newark | DE | 19713-3159 | |
| WILLIAM J NOVELLO | | 8047 FLORAL AVE | | | SKOKIE | IL | 60077 | |
| XCHANGING GMBH IM AUFTRAG | VON DEUTSCHE BANK | Windmuehlenweg 12 | | | Hof | | 95030 | GERMANY |