# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

------------------------------------------------------------x
:
*In re*                                                                   :      Chapter 11
:
**WASHINGTON MUTUAL, INC., et al.,**[1]     :      Case No. 08-12229 (MFW)
:
                Debtors.                         :      (Jointly Administered)
:
------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON SEPTEMBER 26, 2019 AT 2:00 P.M. (ET)[2]

**I.  STATUS CONFERENCE:**

1. Notice of Hearing [Docket No. 12664 – filed September 12, 2019]

    Objection / Response Deadline:    N/A

    Written Objections / Responses Received:    None.

    Related Documents:  None.

    Status: At the hearing, the WMI Liquidating Trust intends to discuss with the Court the status of certain claims subject to objection by the trust, including claims arising from or relating to indemnification claims.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The principal offices of WMILT, as defined herein, are located at 1201 Third Avenue, Suite 3000, Seattle, Washington 98101.

[2] The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the September 26, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 **prior to 12:00 noon (ET) on Wednesday, September 25, 2019** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

Dated: September 24, 2019
      Wilmington, Delaware

        /s/ Christopher M. De Lillo
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Christopher M. De Lillo (No. 6355)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

PROSKAUER ROSE LLP
Brian S. Rosen
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

*Attorneys to the WMI Liquidating Trust*