UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------ x
                                     :
In re                                :   Chapter 11
                                     :
Washington Mutual, Inc., *et al.*,[1] :   Case No. 08-12229 (MFW)
                                     :
            Debtors.                 :   (Jointly Administered)
                                     :
------------------------------------ x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Heather Fellows, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On September 5, 2019, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document listed below via First Class Mail upon the party listed on **Exhibit A**:

- **Notice of List of Distribution Checks That Have Not Been Negotiated or Have Been Returned as Undeliverable** [Docket No. 12663]

Dated: September 12, 2019

_____
Heather Fellows

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on September 12, 2019, by Heather Fellows, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

TORI L. HARRIS
Notary Public - California
Los Angeles County
Commission # 2283822
My Comm. Expires Mar 31, 2023

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 925 Fourth Avenue, Seattle, Washington 98104.

# **<u>EXHIBIT A</u>**

**Exhibit A**
**Affected Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Allan C King & Gloria G King Foundation | Attn Duane King | 9821 Katy Fwy Ste 805 | Houston | TX | 77024-1295 |

In re Washington Mutual, Inc.
Case No. 08-12229 (MFW)

Page 1 of 1