**CASE NAME:** Washington Mutual, Inc.

**CASE NUMBER:** 08-12229 (MFW)

# S I G N - I N   S H E E T

**COURTROOM NUMBER:** 4

**DATE:** September 26, 2019 at 2:00 pm

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Brian Rosen | proSkauer Rose | WMI Liquidating Trust |
| Cory VanDESIn | Richards, Layton & Finger | " " " " |
| | | " " " " |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

Calendar Date: 09/26/2019

Calendar Time: 02:00 PM ET

## U.S. Bankruptcy Court-District of Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Mary F. Walrath

#4

2nd Revision  Sep 26 2019  9:40AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|--------|--------|-----------|--------|------------|--------|-----------|-----------|-----------|--------------|
| | | Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 08-12229 | Hearing | 10073369 | Mark Ledwin | (914) 872-7148 ext. | Wilson Elser Moskowitz Edelman & Dicker LLP | Creditor, Nutmeg Insurance Co. / LIVE |
| | | Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 08-12229 | Hearing | 10074803 | John Maciel | (415) 490-2300 ext. | Alvarez & Marsal | Interested Party, WMI Liquidating Trust / LIVE |
| | | Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 08-12229 | Hearing | 10082487 | Cindy Rey | (559) 305-4040 ext. | Cindy Rey - In Pro Per/Pro Se | Interested Party, Cindy Rey / LISTEN ONLY |
| | | Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 08-12229 | Hearing | 10079313 | Jereth J. Senese | (626) 824-6250 ext. Se | Jereth J. Senese - In Pro Per/Pro | In Propria Persona, Jereth J. Senese / LISTEN ONLY |
| | | Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 08-12229 | Hearing | 10074788 | Chad Smith | (206) 922-2963 ext. | WMI Liquidating Trust | Interested Party, WMI Liquidating Trust / LIVE |