**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
:
*In re*                                          :        Chapter 11
:
**WASHINGTON MUTUAL, INC., et al.,**             :
:        Case No. 08-12229 (MFW)
:
Debtors.                                  :        (Jointly Administered)
:
---------------------------------------------------------------x    Re: D.I. ____

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing date in the above-captioned case:

| **Date & Time** | **Location** |
|---|---|
| December 17, 2019 at 2:00 p.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 4<br>Wilmington, Delaware 19801 |