IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
*In re* : Chapter 11
: 
**WASHINGTON MUTUAL, INC., et al.,** :
: Case No. 08-12229 (MFW)
: 
**Debtors.** : (Jointly Administered)
: 
---------------------------------------------------------------x   Re: D.I. 1272

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing date in the above-captioned case:

| **Date & Time** | **Location** |
|---|---|
| December 17, 2019 at 2:00 p.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 4<br>Wilmington, Delaware 19801 |

**Dated: October 23rd, 2019**
**Wilmington, Delaware**

RLF1 22223600v.1

_____
**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**