IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
: 
*In re* : Chapter 11
: 
**WASHINGTON MUTUAL, INC., et al.,**[1] : Case No. 08-12229 (MFW)
: 
**Debtors.** : (Jointly Administered)
: 
: Re: Docket No. 12673
----------------------------------------------------------------x  Hearing Date: December 19, 2019 at 2:00PM (ET)


## NOTICE OF RESCHEDULED OMNIBUS HEARING

**PLEASE TAKE NOTICE** that the omnibus hearing previously scheduled in the above-captioned chapter 11 cases for Tuesday, December 17, 2019 at 2:00 p.m. (Eastern Time) before The Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801 (the "Bankruptcy Court") has been rescheduled by the Bankruptcy Court, and will now commence **at 2:00 p.m. (Eastern Time) Thursday, December 19, 2019**. All matters previously scheduled to be heard on December 17, 2019 at 2:00 p.m. (Eastern Time) will now be heard on **December 19, 2019 at 2:00 p.m. (Eastern Time)**.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The principal offices of WMILT, as defined herein, are located at 800 Fifth Avenue, Suite 4100, Seattle, Washington 98104.

RLF1 22277887v.1

Dated: October 28, 2019
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

 /s/ *Christopher M. De Lillo*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Christopher M. De Lillo (No. 6355)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701

- and -

PROSKAUER ROSE LLP
Brian S. Rosen
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile:  (212) 969-2900

*Attorneys to the WMI Liquidating Trust*