# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
--------------------------------------------------------------x
                                          :
```
*In re*                                   :          **Chapter 11**
```
                                          :
```
**WASHINGTON MUTUAL, INC., et al.,**[1]    :          **Case No. 08-12229 (MFW)**
```
                                          :
```
       **Debtors.**                 :          **(Jointly Administered)**
```
                                          :
--------------------------------------------------------------X
```

## CERTIFICATION OF COUNSEL REGARDING
## STIPULATION BETWEEN WMILT AND NUTMEG

The undersigned counsel for WMI Liquidating Trust ("WMILT") certifies as follows:

1.      On September 26, 2019, at the request of WMILT, the Court held a status conference on one of the final open issues in the case, the claim of Nutmeg Insurance Company ("Nutmeg"), as subrogee for certain officers holding asserted indemnification claims against the Debtors (the "Claim").

2.      During the status conference, WMILT, in the exercise of its business judgment, settled the Claim.  A copy of the settlement stipulation (the "Stipulation"), along with a proposed order approving the Stipulation (the "Proposed Order") is attached hereto as Exhibit A.

3.      Although WMILT is not required to seek Court approval of the Stipulation and is empowered to settle claims in its business judgment, for the reasons stated on the record at the status conference, WMILT indicated that it would seek this Court's approval of the Stipulation.

---

[1]  The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395).  The principal offices of WMILT, as defined herein, are located at 1201 Fifth Avenue, Suite 4100, Seattle, Washington 98101.

4.      Wherefore, WMILT respectfully requests that the Court enter the Proposed

Order approving the Stipulation.

Dated: October 28, 2019
       Wilmington, Delaware

RICHARDS, LAYTON & FINGER, PA


By: /s/ Christopher M. DeLillo
     Mark D. Collins (No. 2981)
     Christopher M. DeLillo (No. 6355)
     One Rodney Square
     920 North King Street
     Wilmington, Delaware 19801
     Telephone: (302) 651-7700
     Facsimile:  (302) 651-7701


– and –

     Brian S. Rosen
     PROSKAUER ROSE LLP
     Eleven Times Square
     New York, New York 10036
     Telephone: (212) 969-3000
     Facsimile:  (212) 969-2900

     *Attorneys to the WMI Liquidating Trust*