UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

-----------------------------------------------------------x
: 
*In re* : Chapter 11
:
**WASHINGTON MUTUAL, INC., et al.,**[1] : Case No. 08-12229 (MFW)
:
Debtors. : (Jointly Administered)
:
: Re: D.I. 12675
-----------------------------------------------------------X

**ORDER APPROVING STIPULATION REGARDING PLAN RESERVE FOR LIMITED DISPUTED DIRECTOR AND OFFICER SUBORDINATED INDEMNIFICATION CLAIM SUBJECT TO ASSERTED RIGHT OF SUBROGATION CLAIM OF NUTMEG**

The Court having considered the *Stipulation Regarding Plan Reserve for Limited Disputed Director and Officer Subordinated Indemnification Claim Subject to Asserted Right of Subrogation Claim of Nutmeg*, a copy of which is attached to this Order as Exhibit 1 (the "Stipulation"); and the Court having determined that good and adequate cause exists for approving the stipulation; it is hereby ORDERED that:

1. The Stipulation is approved.

2. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order and the Stipulation approved herein.

**Dated: October 29th, 2019**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The principal offices of WMILT, as defined herein, are located at 1201 Fifth Avenue, Suite 4100, Seattle, Washington 98101.

RLF1 22274328v.1