# TRANSMITTAL FORM WITHDRAWAL OF REFERENCE
## TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

*If transmitting an Adversary matter, complete the following section:* **Adversary Case # :**

**Related Bankruptcy Case #:**

**District Court Civil Action #:**

**Deputy Clerk Transferring Case:**

**Nature of Suit:**

**Cause of Transmittal:**

**Parties:**

**Name of Plaintiff's Counsel:**

**Name of Defendant's Counsel:**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*If transmitting a Bankruptcy matter, complete the following section:* **Bankruptcy Case #:**

**District Court Civil Action #:**

**Deputy Clerk Transferring Case:**

**Cause of Transmittal:**

**Parties:**

**Name of Debtor's Counsel:**

**Name of Movant's Counsel (if represented):**