UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

-----------------------------------------------------------------x
:
*In re*                                                   :    Chapter 11
:
**WASHINGTON MUTUAL, INC., <u>et al.</u>,**[1]           :    Case No. 08-12229 (MFW)
:
Debtors.                                         :    (Jointly Administered)
:
-----------------------------------------------------------------x

**NOTICE OF AMOUNTS PAID BY WMI LIQUIDATING TRUST
PURSUANT TO THE LIQUIDATING TRUST AGREEMENT FOR CERTAIN
COMPENSATION AND FOR SERVICES RENDERED AND EXPENSES INCURRED
BY TRUST PROFESSIONALS FOR THE PERIOD ENDING SEPTEMBER 30, 2019**

**PLEASE TAKE NOTICE** that, in accordance with Section 6.8(b) of that certain WMI Liquidating Trust Agreement, dated as of March 6, 2012 (as amended, the "<u>Liquidating Trust Agreement</u>"),[2] attached hereto as **Exhibit A** is a chart reflecting amounts paid by the Liquidating Trust during the calendar quarter ending September 30, 2019 for certain compensation and for services rendered and expenses incurred by Trust Professionals.

Dated:  October 31, 2019
        Wilmington, Delaware

/s/ *Christopher M. De Lillo*
Mark D. Collins, Esq.  (No. 2981)           Brian S. Rosen
Paul N. Heath (No. 3704)                    PROSKAUER ROSE LLP
Amanda R. Steele (No. 5530)                 Eleven Times Square
Christopher M. De Lillo (No. 6355)          New York, New York 10036
RICHARDS, LAYTON & FINGER, P.A.             Telephone: (212) 969-3000
One Rodney Square                           Facsimile: (212) 969-2900
920 North King Street
Wilmington, Delaware 19801                  *Attorney to WMI Liquidating Trust*
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701

*Attorneys to WMI Liquidating Trust*

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395).  The principal offices of WMILT, as defined herein, are located at 800 Fifth Avenue, Suite 4100, Seattle, Washington 98104.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Liquidating Trust Agreement.