**<u>Exhibit A</u>**

**WMI Liquidating Trust**
Schedule of Professional Fees Paid
Quarter Ending September 30, 2019

| Payee | Period Covered | Amount Paid 07/01/19 - 09/30/19 Fees | Expense | Total |
|---|---|---:|---:|---:|
| Alvarez & Marsal | 06/01/19 - 08/31/19 | $ 593,749.50 | $ 4,300.18 | $ 598,049.68 |
| Kurtzman Carson Consultants LLC | 05/01/19 - 07/31/19 | $ 55,442.36 | $ 62,525.58 | $ 117,967.94 |
| Perkins Coie LLP | 04/01/19 - 07/31/19 | $ 2,206.50 | $ - | $ 2,206.50 |
| Proskauer Rose LLP | 05/01/19 - 06/30/19 | $ 197,045.75 | $ 4,211.12 | $ 201,256.87 |
| Richards, Layton & Finger P.A. | 06/01/19 - 08/31/19 | $ 166,475.50 | $ 7,467.09 | $ 173,942.59 |
| Weil, Gotshal & Manges LLP | 06/01/19 - 07/31/19 | $ 25,309.00 | $ - | $ 25,309.00 |
| TAB - Arnie Kastenbaum | 06/01/19 - 08/31/19 | $ 10,000.00 | $ - | $ 10,000.00 |
| TAB - Douglas K. Southard | 06/01/19 - 08/31/19 | $ 10,000.00 | $ - | $ 10,000.00 |
| TAB - Joe McInnis | 06/01/19 - 08/31/19 | $ 10,000.00 | $ - | $ 10,000.00 |
| TAB - Marc S. Kirschner | 06/01/19 - 08/31/19 | $ 10,000.00 | $ - | $ 10,000.00 |
| TAB - Matthew Cantor | 06/01/19 - 08/31/19 | $ 10,000.00 | $ - | $ 10,000.00 |
| TAB - Michael Willingham | 06/01/19 - 08/31/19 | $ 10,000.00 | $ - | $ 10,000.00 |
| TAB - Wells Fargo Bank, N.A. (TAB) | 06/01/19 - 08/31/19 | $ 10,000.00 | $ - | $ 10,000.00 |
| | | **$ 1,110,228.61** | **$ 78,503.97** | **$ 1,188,732.58** |