## **EXHIBIT C**

FORM OF NOTICE

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
--------------------------------------------------------------x
                                            :
In re                                       :        Chapter 11
                                            :
WASHINGTON MUTUAL, INC., et al.,            :        Case No. 08-12229 (MFW)
                                            :
            Debtors.                        :        (Jointly Administered)
                                            :
                                            :
--------------------------------------------------------------x
```

## NOTICE OF UNCLAIMED OR NON-NEGOTIATED DISTRIBUTIONS

**PLEASE TAKE NOTICE** that, by order, dated December ___, 2019, the United States Bankruptcy Court for the District of Delaware authorized and approved, among other things, (a) the closing of the chapter 11 cases of Washington Mutual Inc. and WMI Investment Corp. (collectively, the "Debtors") and (b) noticing procedures with respect to unclaimed or non-negotiated distributions made pursuant to the Debtors' Seventh Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code (the "Plan").

**PLEASE TAKE FURTHER NOTICE** that, on _____, 2020, WMI Liquidating Trust ("WMILT") made its final distribution of remaining assets and escrowed equity interests pursuant to the Plan.  A list of recipients that have either (a) had any such distributions returned to WMILT due to incorrect initial or forwarding address information or (b) received such distributions but, as of the date hereof, have not negotiated the check distributed, is set forth on WMILT's website, www.wmitrust.com.  Any recipients' listed thereon that have had distributions returned to WMILT shall have until May __, 2020, to notify WMILT of such recipients' whereabouts and receive such distribution.

**PLEASE TAKE FURTHER NOTICE** that all distributions shall expire on June ___, 2020 and the failure by a listed recipient to negotiate any distribution by June ___, 2020 shall be a ban to any recovery on account of any claim against the Debtors and the Debtors' chapter 11 estates and the distribution otherwise allocated to such Creditor should be forever forfeited.

For further information concerning the final distribution or this notice, please contact the Washington Mutual Restructuring Hotline at (888) 830-4644.

Dated: February __, 2020
      Wilmington, Delaware


PROSKAUER ROSE LLP       RICHARDS, LAYTON & FINGER, P.A.
Eleven Times Square           One Rodney Square
New York, New York 10036     Wilmington, Delaware 19801

*Attorneys to the WMI Liquidating Tru*st