UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| WASHINGTON MUTUAL, INC., et al.,[1] | : | Case No. 08-12229 (MFW) |
| Debtors. | : | (Jointly Administered) |
| | : | Re: Bankr. D.I. 12687 |
| Alice Griffin, | : | |
| Petitioner, | : | |
| v. | : | Civ. A. No. 19-2072 (RGA) |
| WMI Liquidating Trust, | : | |
| Respondent. | : | Re: D.I. 4 |

**NOTICE OF FILING OF CORRECTED EXHIBIT TO OBJECTION
OF WMI LIQUIDATING TRUST TO THE MOTION OF ALICE GRIFFIN FOR A
LIMITED WITHDRAWAL OF THE REFERENCE TO THE BANKRUPTCY COURT**

PLEASE TAKE NOTICE THAT, on November 14, 2019, WMI Liquidating Trust ("WMILT" or the "Trust"), as successor to Washington Mutual, Inc. ("WMI") and WMI Investment Corp. (collectively, the "Debtors"), filed the *Objection of WMI Liquidating Trust to the Motion of Alice Griffin for a Limited Withdrawal of the Reference to the Bankruptcy Court* [Bankr. D.I. 12687; D.I. 4] (the "Objection").

PLEASE TAKE FURTHER NOTICE THAT, attached as Exhibit A to the Objection was a copy of the *Application of WMI Liquidating Trust for an Order, Pursuant to*

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395).  The principal offices of WMILT, as defined herein, are located at 800 Fifth Avenue, Suite 4100, Seattle, Washington 98104.  Subsequent to the Effective Date, as defined below, WMI Investment Corp. was dissolved in accordance with applicable law.

RLF1 22471126v.1

*section 350 of the Bankruptcy Code Bankruptcy Rule 3022 and Local Rule 3022-1, Authorizing, Among Other Things, (A) Closing the Chapter 11 Cases of Washington Mutual, Inc, and WMI Investment Corp. and (B) Authorizing the Wind-up and Dissolution of the Liquidating Trust* [Bankr. D.I. 12686], inclusive of exhibits thereto (collectively, the "Application").  However, a portion of the Application was inadvertently omitted when attached to the Objection.

PLEASE TAKE FURTHER NOTICE THAT attached hereto as Exhibit A is a complete copy of the Application.

Dated: November 18, 2019
Wilmington, Delaware

/s/ Christopher M. De Lillo
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Marcos A. Ramos (No. 4450)
Cory D. Kandestin (No. 5025)
Christopher M. De Lillo (No. 6355)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsímile: (302) 651-7701

- and -

PROSKAUER ROSE LLP
Brian S. Rosen
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsímile: (212) 969-2900

*Attorneys to the WMI Liquidating Trust*