# **CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on November 18, 2019, I caused a copy of the *Notice of Filing of Corrected Exhibit to Objection of WMI Liquidating Trust to the Motion of Alice Griffin for a Limited Withdrawal of the Reference to the Bankruptcy Court* to be served on the parties listed below in the manner indicated:

| **Via First Class Mail** | **Via Hand Delivery** |
|---|---|
| Michael Rosenthal and Alan Moskowitz<br>Gibson Dunn & Crutcher, LLP<br>200 Park Avenue<br>New York, NY 10166 | Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 |
| **Via Email and First Class Mail** | **Via Hand Delivery** |
| Alice Griffin, Esquire<br>121 East 12th St, #7C<br>New York, NY 10003 | Ashby & Geddes, P.A.<br>Attention: Gregory A. Taylor<br>500 Delaware Avenue<br>Wilmington, DE 19801 |

Dated: November 18, 2019
      Wilmington, Delaware

*/s/ Christopher M. De Lillo*
Christopher M. De Lillo (No. 6355)