IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re                                          :    Chapter 11
                                               :
WASHINGTON MUTUAL, INC., et al.,[1]            :
                                               :    Case No. 08-12229 (MFW)
                                               :
                                               :
         Debtors.                              :    (Jointly Administered)
                                               :
                                               :    Re: Docket No. 12687
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     :
                      : SS.
NEW CASTLE COUNTY     :

      Susan A. Sherman, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 14th day of November 2019, she caused a copy of the following to be served in the manner indicated upon the party on the attached list:

*Objection of WMI Liquidating Trust to the Motion of Alice Griffin for a Limited Withdrawal of the Reference to the Bankruptcy Court*
*November 14, 2019 [Docket No. 12687]*

Susan A. Sherman, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 15th day of November 2019.

Notary Public

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Debtors' principal offices are located at 1301 Second Avenue, Seattle, Washington 98101.

RLF1 22460263v.1

## SERVICE LIST

Via First Class Mail
Michael Rosenthal and
Alan Moskowitz
Gibson Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166

Via Hand Delivery
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Via Email and First Class Mail
Alice Griffin, Esquire
121 East 12th St, #7C
New York, NY 10003

Via Hand Delivery
Ashby & Geddes, P.A.
Attention: Gregory A. Taylor
500 Delaware Avenue
Wilmington, DE 19801