UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
*In re* : Chapter 11
:
**WASHINGTON MUTUAL, INC., et al.,**[1] : Case No. 08-12229 (MFW)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING ORDER
APPROVING STIPULATION REGARDING PAYMENT OF
STATE OF WASHINGTON DEPARTMENT OF REVENUE TAX REFUND**

The undersigned counsel for WMI Liquidating Trust ("WMILT") certifies as follows:

1. On September 26, 2019, at the request of WMILT, the Court held a status conference at which WMILT described the final remaining open issues in this case. One such issue was a pending tax refund owed to WMILT by the Washington State Department of Revenue ("DOR") in the amount of approximately $4.3 million (including interest) (the "Refund").

2. WMILT and DOR consensually have resolved their discussions regarding the Refund. WMILT has prepared a stipulation (the "Stipulation") resolving issues related to the payment of the Refund, which DOR has approved. The Stipulation provides for payment of the Refund in full by DOR to WMILT, with interest calculated at the rate set by Washington statute, to which DOR agreed. *See* Stipulation, Attachment B ¶ 14. The Stipulation and payment thereunder also resolves DOR's proof of claim filed in the above-captioned bankruptcy cases, Claim No. 3732. The Stipulation also has been signed by three parties that disclaim an interest in

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The principal offices of WMILT, as defined herein, are located at 1201 Fifth Avenue, Suite 4100, Seattle, Washington 98101.

the Refund: JP Morgan, the FDIC in its capacity as receiver, and Mr. Cooper Group Inc. (the successor-in-interest to the reorganized debtor), thus confirming to DOR that it may pay the refund to WMILT.

WHEREFORE, WMILT respectfully requests that the Court enter the proposed order approving the Stipulation, in substantially the form attached hereto as <u>Exhibit A</u>, at the Court's earliest convenience.

Dated: December 6, 2019
    Wilmington, Delaware

*/s/ Marcos A. Ramos*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Marcos A. Ramos (No. 4450)
Cory D. Kandestin (No. 5025)
Christopher DeLillo (No. 6355)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Brian S. Rosen
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

*Attorneys to the WMI Liquidating Trust*