UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re* : Chapter 11
:
**WASHINGTON MUTUAL, INC., <u>et al.</u>,**[1] : Case No. 08-12229 (MFW)
:
Debtors. : (Jointly Administered)
:
: Re: D.I. 12695
---------------------------------------------------------------X

### ORDER APPROVING STIPULATION REGARDING PAYMENT OF STATE OF WASHINGTON DEPARTMENT OF REVENUE TAX REFUND

WHEREAS, the Court has considered the *Stipulation Regarding Payment of State of Washington Department of Revenue Tax Refund* (the "**Stipulation**"),[2] a copy of which is attached to this Order as <u>Exhibit 1</u>; and

WHEREAS the Plan incorporates the Global Settlement Agreement, which among other things settled disputes among the parties thereto regarding the allocation of tax refunds; and

WHEREAS, JPMC, the FDIC, and Mr. Cooper Group, Inc. do not object to the relief provided for in the Stipulation with respect to the Refund and the Adjusted Refund.

NOW, THEREFORE, THE COURT HEREBY ORDERS AS FOLLOWS:

1.  The Stipulation is approved.

2.  Within twenty (20) business days of the date that the Trust serves DOR with a copy of this Order, DOR shall pay to the Trust the Adjusted Refund, (x) in the amount of $4,293,673.24, which amount includes a reduction of $1,619.18 for the amount set forth in DOR's Proof of Claim No. 3732, and interest through the date of the Stipulation calculated in

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The principal offices of WMILT, as defined herein, are located at 1201 Fifth Avenue, Suite 4100, Seattle, Washington 98101.

[2] Capitalized terms used in this Order have the same meaning as in the Stipulation.

accordance with RCW 82.32.060 and WAC 458-20-229(8), and (y) interest that accrues between the date of the Stipulation and the date on which the Trust actually receives payment, each in accordance with the terms of the Stipulation. The interest that accrues between the date of the Stipulation and the date on which the Trust actually receives payment shall be calculated in accordance with the methodology attached to the Stipulation as Attachment D.

3.  Service upon DOR may be made by emailing a copy of this Order to the Washington State Assistant Attorney General overseeing this matter at the following email address: Dina.Yunker@atg.wa.gov.  DOR shall wire the funds to the Trust, in immediately available funds, in accordance with the following wire transfer instructions:

> Bank:  Wells Fargo Bank
> ABA:  1210-0024-8
> Account:  1241579745
> Name:  WMI Liquidating Trust

4.  DOR's payment of the Adjusted Refund to the Trust in accordance with the terms set forth above will fully resolve DOR's obligations and liability with respect to WMI's B&O Taxes. Upon payment of the Adjusted Refund to the Trust, DOR shall be deemed released from any and all liability with respect to the Refund.

5.  Upon payment of the Adjusted Refund, the claims agent appointed in the Debtors' chapter 11 cases shall be authorized and directed to remove Claim No. 3732 from the claims registry of the Debtors' chapter 11 cases.

6.  The Court shall retain jurisdiction over all matters relating to the interpretation and implementation of this Order.

Dated: December 9th, 2019
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

2