# EXHIBIT C

PACER CASE UPDATE
AS OF DECEMBER 12, 2019

12

112871829v2

**08-12229-MFW** Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner
Case type: bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Mary F. Walrath
Date filed: 09/26/2008 Date of last filing: 12/12/2019 **Plan confirmed:** 02/23/2012

## Associated Cases

| Case | Associated Case | Type |
|---|---|---|
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 08-12228-MFW WMI Investment Corp. | Jointly Administered |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 08-12229-MFW Willingham et al v. Washington Mutual, Inc., (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 09-50039-MFW Youkelsone v. Washington Mutual, Inc., (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 09-50551-MFW JPMorgan Chase Bank, National Association et al v. JPMorgan Chase Bank, National Association et al (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 09-50934-MFW Washington Mutual, Inc. et al v. WMI Investment Corp. et al (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 09-52851-MFW Wence v. WASHINGTON MUTUAL BANKS, FA (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-50731-MFW Official Committee Of Equity Security Holders v. Washington Mutual, Inc., et al (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-50788-MFW Union Bank, N.A. v. JP Morgan Chase Bank, National Association et al (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-50911-MFW Nantahala Capital Partners, LP et al v. Washington Mutual, Inc. et al (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-51297-MFW Willingham et al v. Washington Mutual, Inc., (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-51387-MFW Black Horse Capital Master Fund Ltd et al v. 1.JPMorgan Chase Bank, N.A. et al (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53131-MFW WMI Liquidating Trust v. Anthony Bozzuti (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53132-MFW WMI Liquidating Trust v. Edward F. Bach (closed) | Adversary |

| | | |
|---|---|---|
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53133-MFW WMI Liquidating Trust v. Rachel M. Mileur (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53134-MFW WMI Liquidating Trust v. Berens (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53135-MFW Official Committee of Unsecured Creditors of Washi v. Anderson (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53136-MFW Official Committee of Unsecured Creditors of Washi v. Wajner (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53137-MFW Official Committee of Unsecured Creditors of Washi v. Wood (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53138-MFW Official Committee of Unsecured Creditors of Washi v. Gerrald (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53139-MFW WMI Liquidating Trust v. Fukui (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53141-MFW Official Committee of Unsecured Creditors of Washi v. Heruty (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53142-MFW Official Committee of Unsecured Creditors of Washi v. Glasby (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53143-MFW WMI Liquidating Trust v. Zarro (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53144-MFW Official Committee of Unsecured Creditors of Washi v. Schwartz (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53145-MFW Official Committee of Unsecured Creditors of Washi v. Baid (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53146-MFW Official Committee of Unsecured Creditors of Washi v. Heller (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53147-MFW WMI Liquidating Trust v. Sharma (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53148-MFW Official Committee of Unsecured Creditors of Washi v. Zhong (closed) | Adversary |
| | 10-53149-MFW Official Committee of Unsecured Creditors of Washi v. Kipkalov (closed) | Adversary |

| | | |
|---|---|---|
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | | |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53150-MFW WMI Liquidating Trust v. Whittaker (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53151-MFW Official Committee of Unsecured Creditors of Washi v. Wyckoff (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53152-MFW WMI Liquidating Trust v. Malone (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53153-MFW WMI Liquidating Trust v. Hill (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53154-MFW WMI Liquidating Trust v. Morgan (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53155-MFW Official Committee of Unsecured Creditors of Washi v. Mathews (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53156-MFW WMI Liquidating Trust v. Browning (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53157-MFW Official Committee of Unsecured Creditors of Washi v. Blunck (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53158-MFW WMI Liquidating Trust v. Corcoran (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 10-53420-MFW Washington Mutual, Inc., et al v. All Claimants Named in Proofs of Claim Nos. 552, (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 11-53297-MFW Official Committee of Unsecured Creditors of Washi v. Woodson (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 11-53299-MFW WMI Liquidating Trust v. Tierney (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 11-53861-MFW Szanto v. Washington Mutual et al (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 11-54031-MFW WMI Liquidating Trust v. Todd H. Baker (closed) | Adversary |
| | 12-50422-MFW WMI Liquidating Trust v. XL Specialty Insurance Company et al (closed) | Adversary |

| | | |
|---|---|---|
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | | |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 12-50848-MFW WMI Liquidating Trust v. Strauch (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 12-50902-MFW WMI Liquidating Trust v. Darakhovskiy (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 12-50965-MFW WMI Liquidating Trust v. Bjorklund et al (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 14-50435-MFW WMI Liquidating Trust et al v. Federal Deposit Insurance Corporation et al (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 14-50819-MFW WMI Liquidating Trust v. Casey et al (closed) | Adversary |
| 08-12229-MFW Washington Mutual, Inc. and Joshua R. Hochberg, the Examiner | 16-51043-MFW Sutton v. JP Morgan Chase Bank N.A et al (closed) | Adversary |

## Other Filings by Same Debtor(s)

**There Are No Case Filing Associations For This Case**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/12/2019 14:45:31 | | | |
| PACER Login: | annjerominski:2743215:3936782 | Client Code: | 164760 |
| Description: | Associated Cases | Search Criteria: | 08-12229-MFW |
| Billable Pages: | 3 | Cost: | 0.30 |