UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

-----------------------------------------------------------------x
*In re* : Chapter 11
 :
**WASHINGTON MUTUAL, INC., et al.,**[1] : Case No. 08-12229 (MFW)
 :
Debtors. : (Jointly Administered)
 :
-----------------------------------------------------------------x

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 19, 2019 AT 2:00 P.M. (ET)[3]

**I.   CONTESTED MATTER GOING FORWARD:**

1. Application of WMI Liquidating Trust for an Order, Pursuant to Section 350 of the Bankruptcy Code Bankruptcy Rule 3022 and Local Rule 3022-1, Authorizing, Among Other Things, (A) Closing the Chapter 11 Cases of Washington Mutual, Inc., and WMI Investment Corp. and (B) Authorizing the Wind-Up and Dissolution of the Liquidating Trust [D.I. 12686 – filed November 14, 2019]

    Objection / Response Deadline:    December 2, 2019 at 4:00 p.m. (ET)

    Responses Received:

    A. Objection of Alice Griffin to the Application for WMI Liquidating Trust for an Order, Pursuant to Section 350 of the Code, Bankruptcy Rule 3022, and Local Bankruptcy Rule 3022-1, Authorizing, Among Other Things, (A) Closing the Chapter 11 Cases of Washington Mutual, Inc. and WMI Investment Corp. and (B) Authorizing the Wind-Up and Dissolution of the WMI Liquidating Trust [D.I. 12691 - filed December 2, 2019]

    Related Documents:

    i. Final Report of WMI Liquidating Trust on Behalf of Washington Mutual, Inc. and WMI Investment Corp. [D.I. 12694 – filed December 5, 2019]

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The principal offices of WMILT, as defined herein, are located at 1201 Third Avenue, Suite 3000, Seattle, Washington 98101.

**2  The additional items appear in bold.**

[3] The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the December 19, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 **prior to 12:00 noon (ET) on Wednesday, December 18, 2019** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

RLF1 22609699v.1

    ii.    Reply of WMI Liquidating Trust in Support of Application for an Order Pursuant to Section 350 of the Bankruptcy Code Bankruptcy Rule 3022 and Local Rule 3022-1, Authorizing Among Other Things, (A) Closing the Chapter 11 Cases of Washington Mutual, Inc. and WMI Liquidating Investment Corp. and (B) Authorizing the Wind-Up and Dissolution of the Liquidating Trust [D.I. 12699 – filed December 16, 2019]

    iii.    **Response of Alice Griffin to Reply of WMI Liquidating Trust in Support of its Application for an Order, Pursuant to Section 350 of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Bankruptcy Rule 3022-1, Authorizing, Among Other Things, (A) Closing the Chapter 11 Cases of Washington Mutual, Inc., and WMI Investment Corp. and (B) Authorizing the Wind-Up and Dissolution of the Liquidating Trust [D.I. 12701 – filed December 17, 2019]**

<u>Status</u>: The hearing on this matter will go forward.

Dated: December 17, 2019
      Wilmington, Delaware

          */s/ Christopher M. De Lillo*
          Mark D. Collins (No. 2981)
          Paul N. Heath (No. 3704)
          Amanda R. Steele (No. 5530)
          Christopher M. De Lillo (No. 6355)
          RICHARDS, LAYTON & FINGER, P.A.
          One Rodney Square
          920 N. King Street
          Wilmington, Delaware 19801
          Telephone: (302) 651-7700
          Facsimile: (302) 651-7701

          - and -

          PROSKAUER ROSE LLP
          Brian S. Rosen
          Eleven Times Square
          New York, New York 10036
          Telephone: (212) 969-3000
          Facsimile: (212) 969-2900

          *Attorneys to the WMI Liquidating Trust*