**EXHIBIT A**

Exhibit A

| Year | Retained Interest in MBS (in billions) | Retained Interests in Credit Card Securitizations (in billions) | SEC Filing | Source: |
|---|---|---|---|---|
| 2000 | $3,996 | | 10-K | https://www.otcmarkets.com/filing/html?id=520711&guid=wS_3UW GktwOhf3h (p.73) |
| 2001 | $6,880 | | 10-K | https://www.otcmarkets.com/filing/html?id=1797462&guid=wS_3UW GktwOhf3h (p. 82) |
| 2002 | $10,780 | | 10-K | https://www.otcmarkets.com/filing/html?id=2206372&guid=wS_3UW GktwOhf3h (p. 39) |
| 2003 | $9,996 | | 10-Q (First) | https://www.otcmarkets.com/filing/html?id=2306013&guid=wS_3UW GktwOhf3h (p.32) |
| 2003 | $9,200 | | 10-Q (Second) | https://www.otcmarkets.com/filing/html?id=2443906&guid=wS_3UW GktwOhf3h (p. 39) |
| 2003 | $4,180 | | 10-Q (Third) | |
| 2003 | $2,360 | | 10-K | https://www.otcmarkets.com/filing/html?id=2831653&guid=wS_3UW GktwOhf3h (p. 45) |
| 2004 | $2,120 | | 10-Q (First) | https://www.otcmarkets.com/filing/html?id=2953832&guid=wS_3UW GktwOhf3h (p. 40) |
| 2004 | $1,770 | | 10-Q (Second) | https://www.otcmarkets.com/filing/html?id=3112217&guid=zv_3U6E IXgKqj3h (p. 47) |
| 2004 | $1,790 | | 10-Q (Third) | https://www.otcmarkets.com/filing/html?id=3270915&guid=zv_3U6E IXgKqj3h (p. 47) |
| 2004 | $1,620 | | 10-K | https://www.otcmarkets.com/filing/html?id=3536003&guid=zv_3U6E IXgKqj3h (p. 52) |
| 2005 | $1,770 | | 10-Q (First) | https://www.otcmarkets.com/filing/html?id=3663289&guid=zv_3U6E IXgKqj3h (p. 43) |
| 2005 | $1,830 | | 10-Q (Second) | https://www.otcmarkets.com/filing/html?id=3842513&guid=zv_3U6E IXgKqj3h (p. 49) |
| 2005 | $1,940 | | 10-Q (Third) | https://www.otcmarkets.com/filing/html?id=3997941&guid=zv_3U6E IXgKqj3h (p. 45) |
| 2005 | $2,800 | $1,640 | 10-K | https://www.otcmarkets.com/filing/html?id=4277397&guid=zv_3U6E IXgKqj3h (p. 47) |
| 2006 | $2,260 | $1,750 | 10-Q (First) | https://www.otcmarkets.com/filing/html?id=4408097&guid=jmR3UW Ul8lFmnEh (p. 47) |
| 2006 | $2,270 | $1,740 | 10-Q (Second) | https://www.otcmarkets.com/filing/html?id=4587552&guid=jmR3UW Ul8lFmnEh (p. 58) |
| 2006 | $1,980 | $1,720 | 10-Q (Third) | https://www.otcmarkets.com/filing/html?id=4754508&guid=jmR3UW Ul8lFmnEh (p. 57) |
| 2006 | $1,900 | $1,470 | 10-K | https://www.otcmarkets.com/filing/html?id=5003677&guid=jmR3UW Ul8lFmnEh (p. 45) |
| 2007 | $2,710 | $1,430 | 10-Q (First) | https://www.otcmarkets.com/filing/html?id=5168665&guid=jmR3UW Ul8lFmnEh (p. 42) |
| 2007 | $2,920 | $1,590 | 10-Q (Second) | https://www.otcmarkets.com/filing/html?id=5358076&guid=jmR3UW Ul8lFmnEh (p. 43) |
| 2007 | $2,290 | $1,680 | 10-Q (Third) | https://www.otcmarkets.com/filing/html?id=5532386&guid=jmR3UW Ul8lFmnEh (p. 50) |

| | | | | |
|---|---|---|---|---|
| 2007 | $1,710 | $1,840 | 10-K | https://www.otcmarkets.com/filing/html?id=5769335&guid=jmR3UWUl8lFmnEh (p. 48) |
| 2008 | $1,440 | $1,830 | 10-Q (First) | https://www.otcmarkets.com/filing/html?id=5927846&guid=jmR3UWUl8lFmnEh (p. 48) |
| 2008 | 1,230 | $1,560 | 10-Q (Second) | https://www.otcmarkets.com/filing/html?id=6093324&guid=jmR3UWUl8lFmnEh (p. 60) |
| Totals: | $116,552 | $18,250 | | |

**EXHIBIT B**

 Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

August 9, 2019

Brian S. Rosen
Member of the Firm
d +1.212.969.3380
f 212.969.2900
brosen@proskauer.com
www.proskauer.com

The Honorable Richard G. Andrews
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9, Room 6325
Wilmington, DE 19801

### Re: Alice Griffin v. WMI Liquidating Trust, Case No. 1:19-cv-00775-RGA

Dear Judge Andrews:

This firm and Richards, Layton & Finger, P.A. represent WMI Liquidating Trust (the "Trust") in connection with the above-referenced appeal from the Bankruptcy Judge Walrath's *Order Overruling First Omnibus Objection of Alice Griffin with Respect to Allowed Claims of Morgan Stanley & Co., Incorporated, Credit Suisse Securities (USA) LLC, Goldman Sachs & Co., On Behalf of Themselves and Certain Underwriters,* dated April 24, 2019 (the "Order"). We submit this letter in accordance with Rule 8019(a) of the Federal Rules of Bankruptcy Procedures ("Rule 8019(a)") regarding the presentation of oral argument and to correct a misrepresentation made in Ms. Griffin's reply brief filed on August 5, 2019.

Pursuant to Rule 8019(a), the Trust hereby informs the Court that, based upon the principal and reply briefs submitted, together with the appendix of documents provided to the Court, a full and complete record has been provided, sufficient to inform the Court as to all of the issues presented.

With respect to Ms. Griffin's reply brief, footnote 4 therein attempts to describe or characterize matters associated with the Bankruptcy Court-approved Global Settlement Agreement and asserted ownership of over $36 billion of mortgage-backed securities. While none of the foregoing bears upon the substance of the instant appeal from the Order, the misrepresentations misstate the public record and, based upon experience, may incite others to make similar claims and create unrest among other former holders of publicly-held equity interests. In order not to mislead the public, the Trust believes that the record needs to be clarified.

Proskauer≫

The Honorable Richard G. Andrews
August 9, 2019
Page 2

As reflected in the Schedules of Assets and Liabilities filed with the Bankruptcy Court, as of
September 26, 2008 (the "Petition Date"), Washington Mutual, Inc. ("WMI") and WMI
Investment Corp., the two debtors in the chapter 11 cases, owned mortgage-backed securities and
collateral mortgage obligations (collectively, "MBS") having a market value of $76.2 million,
not the amount referenced by Ms. Griffin which, in reality, was reflective of MBS assets owned
by WMI and its consolidated entities including subsidiaries and affiliates, and was over two
times the amount actually held three months earlier and reflected in documents filed with the
Securities and Exchange Commission. All such assets remaining on the Petition Date were
liquidated and the proceeds thereof were distributed to creditors in accordance with the terms and
conditions of the confirmed chapter 11 plan.

Respectfully submitted,

/s/ Brian S. Rosen

Brian S. Rosen


cc:    Alice Griffin, Esq.
       Charles E. Smith, Esq.
       John Maciel
       Marcos Ramos, Esq.
       Amanda Steele, Esq.
       Cory Kandestin, Esq.
BSR/vv

**EXHIBIT C**



**Business Wire**
A Berkshire Hathaway Company

This site uses cookies. By continuing to browse this Business Wire site (and/or any other Busines
website), you accept the use of cookies. Learn more (/portal/site/home/privacy/)

# An Announcement by the Steering Committee of Ad Hoc Committee of Washington Mutual Bank Noteholders

I agree

March 02, 2016 04:35 PM Eastern Standard Time

NEW YORK--(BUSINESS WIRE)--Between July and October 2015, a mediation (the "First Mediation") took place between the members of the Steering Committee ("Steering Committee") of the Ad Hoc Committee of Washington Mutual Bank ("WMB") Senior Note Holders and certain holders ("Institutional Investors") of residential mortgage-backed securities ("RMBS") sponsored by WMB. Among other terms, the last proposal made by the Steering Committee to the Institutional Investors, reflected in a proposed memorandum of understanding, included an allowed unsecured claim against the WMB Receivership in the amount of approximately $2.28 billion on behalf of the WMB RMBS trusts for which Deutsche Bank National Trust Co. ("Deutsche Bank") serves as trustee (not including trusts with mortgage repurchase liability claims for which Washington Mutual Mortgage Securities Corporation is obligor). Other terms and conditions of the last proposal included, but were not limited to, provisions regarding the possible reduction of Deutsche Bank's claims against the WMB Receivership in the event of a successful appeal in the WMB Litigation (defined below), the payment of counsel fees, and various procedural details. It was contemplated that the terms would be reflected in an executed memorandum of understanding, and then would be fully documented in settlement agreements that would include Deutsche Bank and the FDIC. The Steering Committee and the Institutional Investors have not executed the memorandum of understanding or any settlement agreement. An agreement between the parties to the First Mediation was meant to be a step towards a global settlement of the claims asserted by Deutsche Bank on behalf of certain WMB RMBS trusts in the action Deutsche Bank Nat'l Trust Co. v. FDIC, et al., No. 09-1656 (D.D.C.), and of the indemnity claims asserted against the WMB Receivership by JPMorgan Chase Bank N. A. ("JPMorgan") (collectively, the "WMB Litigation"). The members of the Steering Committee understand that a mediation among the named parties to the WMB Litigation (the "Second Mediation") commenced in December 2015. The members of the Steering Committee further understand that the legal and financial advisors to the Ad Hoc Committee may have information regarding the Second Mediation, but no information regarding that mediation has been shared with members of the Steering Committee.

## Contacts

Group Gordon, Inc.

Lana Gersten, +1 312-846-1655

lgersten@groupgordon.com

**EXHIBIT D**

August 13, 2019

<u>Via First Class Mail</u>

The Honorable Richard G. Andrews
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9, Room 6325
Wilmington, Delaware 19801

           Re:    <u>Letter of WMI Liquidating Trust Dated August 9, 2019 (Alice Griffin v. WMI
                     Liquidating Trust, Case No. 1:19-cv-00775-RGA)</u>

Dear Judge Andrews:

       Brian Rosen, Esq., counsel for the WMI Liquidating Trust (the "Trust") as successor in interest to
Washington Mutual, Inc. ("WMI"), submitted a letter to this court (the "Court") dated August 9, 2019 (the
"Letter") ostensibly to express the Trust's opinion that, pursuant to Federal Rule of Bankruptcy Procedure
8019, this Court should not hear oral argument for my appeal. However, the Letter's dispute of a factual
statement in my reply brief undercuts his request to dispense with oral argument; as, among other things,
oral argument provides an opportunity to challenge the opposition's arguments and factual assertions. I
disagree with the Trust's intimation that no oral argument is required and hereby formally request oral
argument for the appeal.

       Moreover, as the Trust has opened the door regarding the value of MBS owned by WMI and WMI
Investment Corp. ("WMIIC") (WMI and WMIIC are, collectively, the "Debtors") on September 25, 2008,
due process requires that I avail myself of the opportunity to respond to its claim that I misrepresented the
value of WMI's MBS holdings on June 30, 2008.

I.      <u>The $36 Billion MBS Figure Cited in My Reply is Office of Thrift Supervision's Data</u>

       After the Federal Deposit Insurance Corporation (the "FDIC") seized WMI's two banking entities,
Washington Mutual Bank ("WMB") and its subsidiary, Washington Mutual Bank fsb ("WMBfsb"), the
Office of Thrift Supervision (the "OTS") created a Consolidated Statement of Condition ("CSC") for each
of WMB and WMBfsb for the period ending June 30, 2008. The CSC for WMB stated it held $18.896
billion in MBS and the CSC for WMBfsb stated that it held $16.878 billion in MBS for a combined value
of $35.78 billion. The CSC for WMB is attached as Exhibit A hereto and the CSB for WMBfsb is attached
as Exhibit B hereto. I used the combined CSC figures in footnote 4 of my reply brief. Obviously, this is
substantially more than the $18.241 billion in WMI's June 2008 10-Q (the "June 2008 10-Q), but the OTS
had an obligation to account for everything it seized from WMI's enterprise, and that would include off-
balance sheet assets and the $18.241 billion in MBS discussed in the June 2008 10-Q is on-balance sheet,
only.[1] Moreover, although the FDIC seized all of WMI's nearly $350 billion in assets it refers to them only

---

[1] Similarly, there is a discrepancy between the assets and liabilities reported in the June 2008 10-Q and the CSC's for
the two banking entities. The June 2008 10-Q stated $309.7 billion in assets and $283.6 billion in liabilities. However,
the combined CSCs total $353 billion in assets and $295.6 billion in liabilities. Again, the CSC figures likely include
both on and off-balance sheet assets. Off-balance sheet assets are assets unavailable to pay claims of WMI's creditors
(e.g., assets held in a custodial capacity, and can include assets in which WMI has a beneficial interest but not legal
ownership). Nothing in WMI's Chapter 11 petition addresses whether WMI had beneficial interests in any entity
whose property it held in a custodial capacity (e.g., a 'spendthrift' trust ((i.e., a trust where the beneficiary has no
discretion to distribute income or corpus so no creditor – including the FDIC – can reach the trust's assets)). WMI's

Letter to the Hon. Richard G. Andrews
August 13, 2019
Page 2

as property of WMB or WMBfsb as it only has jurisdiction over those entities and would not acknowledge that it seized property of any other entity.

II.    WMI's Statement About Value of MBS Holdings in its Chapter 11 Petition is Not Dispositive

The June 2008 10-Q contained a section entitled 'Off-Balance Sheet Activities' describing its securitization activities and including disclosures about its retained interests in MBS[2] revealing that during that quarter the Debtors retained $1.23 billion in MBS.  WMI had made similar disclosures for over a decade and the cumulative retained interests disclosed were at least $116.6 billion for MBS and $18.25 billion in credit card securitizations.  *See* Exhibit C.

Mr. Rosen's letter mentions that WMI's declared $76.2 million in MBS in its Chapter 11 petitions, a rounding error balanced against $116.6 billion in MBS; however, this is consistent with WMI's prior disclosures.

Very early in the Chapter 11 process WMI stated that along with the two banking entities the FDIC seized substantially all of its books and records, making it very difficult for it to address Chapter 11 issues and affairs of its remaining businesses.[3]  Obviously, financial records and assets were likely among the boxes of documents seized from WMI's corporate headquarters.  Accordingly, the miniscule $72.6 million in MBS in WMI's possession on September 26, 2008 doesn't mean the FDIC didn't seize MBS certificates in the names of WMI's non-banking affiliates and retain them pursuant to its avoidance powers.[4]  Very likely that is precisely what the FDIC did with respect to financial assets its seized.  The onus was on WMI to file a claim for any alleged improperly seized assets.[5]

III.    Division of Tax Refunds Suggests the Debtors Owned More than .2% of the MBS

Passage of the Worker, Homeownership, and Business Assistance Act of 2009 allowed WMI to obtain over $6 billion through tax carrybacks; money to be shared among the members of the tax group consisting of the Debtors and their former banking entities.  Eventually, WMI ended up with about 20% of the tax refunds and JPMorgan Chase and the FDIC received the balance.  The allocation was heavily negotiated and ostensibly intended to reflect the fact that the banking subsidiaries had created a substantial

---

senior management must have understood that in the event of a seizure the FDIC and its creditors would have recourse through avoidance powers. It seems unlikely there was no vehicle to protect MBS assets from seizure, which, given WMI's scale in the industry should have been its piggybank. Upon information and belief, there are no public records of WMI's former senior management making disclosures regarding the foregoing.

[2] The June 2008 10-Q: "When the Company sells or securitizes loans that it originated, it . . . may retain senior, subordinated, residual, and other interests, all of which are considered retained interests in the sold or securitized assets. Retained interests in mortgage loan securitizations, excluding the rights to service such loans, were $1.23 billion at June 30, 2008, of which $1.13 billion are of investment-grade quality. Retained interests in credit card securitizations were $1.56 billion at June 30, 2008, of which $421 million are of investment-grade quality." https://www.otcmarkets.com/filing/html?id=6093324&guid=jmR3UWUl8lFmnEh (p. 60).

[3] Between the two Debtors nearly all of their financial assets were taken except for those owned by WMIIC. WMI's wholly-owned subsidiary and investment management arm. WMIIC had nearly $1 billion and this cache kept the Debtors afloat pre-confirmation.

[4] *See, e.g.*, 12 U.S.C. § 1821(d)(17).

[5] During the pre-confirmation phase the Official Committee of Equity Security Holders of Washington Mutual, Inc. requested an examiner in the Debtors' cases. The request was granted and while the examiner attempted to get discovery of seized property the FDIC refused and ultimately the U.S. Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") agreed that the FDIC was within its rights to decline to provide information.

Letter to the Hon. Richard G. Andrews
August 13, 2019
Page 3

portion of the enterprise's revenue.  In light of the foregoing, it seems unlikely that WMI as the corporate parent would keep for itself less than .20% of the $116.6 billion in MBS generated by the enterprise's securitization activities.[6]

IV.    Section 1.183 of the Plan Suggests Assets Could Be Released After the Cases are Closed

Section 1.183 of the Debtors' plan of reorganization (the "Plan") preserves a claim for the Debtors against the FDIC acting as receiver (the "FDIC-R").  This provision would be superfluous if there could be no possibility of the Debtors or their successor needing to preserve a claim against the FDIC-R.  The persons responsible for the Plan are a quartet of hedge funds who held claims senior to equity and were adverse to retail equity receiving any recovery.  Those hedge funds negotiated the Global Settlement Agreement and the Plan.  A discussion of the hedge funds' involvement in the Debtors' cases is attached as Exhibit D.

As very sophisticated distress players the hedge funds involved in the Debtors' affairs would not have demanded that the FDIC-R pledge its own assets as security for any obligations to the Debtors that could not be satisfied by the receivership's assets  unless they reasonably believed such assets could exist.

Conclusion

If a request for no oral argument was his sole object Mr. Rosen would not have mentioned the value of the Trust's MBS.  The Letter was obviously a subterfuge for a sur-reply.  Moreover, Mr. Rosen's opinion that "a full and complete record . . . sufficient to inform the Court as to all of the issues presented" is not dispositive, and within my capability I would be happy to supply the Court with any additional information respecting the appeal it deems necessary to reach its decision.

Respectfully,


/s/ Alice Griffin

Alice Griffin, Pro Se

121 East 12th Street, #7C
New York, NY 10003


Cc:
Via Email

| | |
|---|---|
| Brian Rosen, Esq. | Cory Kandestin, Esq. |
| Charles E. Smith, Esq. | Benjamin Finestone, Esq. |
| John Maciel | Michael A. Rosenthal, Esq. |
| Marcos Ramos, Esq. | Alan Moskowitz, Esq. |
| Amanda Steele, Esq. | William Bowden, Esq. |

---

[6] Again, given that WMI's senior management understood that the banking entities were subject to seizure by the FDIC and that their wealth in WMI equity could disappear along with such a seizure, human nature suggests it is unlikely that these managers left the lion's share of MBS assets in the names of the banking entities.  Stupidity is a possible answer, but not a likely one.


| Washington Mutual Bank<br>2273 NORTH GREEN VALLEY PARKWAY<br>HENDERSON , NV  89014<br>Docket Number: 8551<br>for the quarter ending: 06/30/2008 | Office of Thrift Supervision<br>2008 Thrift Financial Report<br>Schedule - SC<br>Consolidated Statement of Condition |
|---|---|
| | Skip Navigation<br>Information Page | Search | Report Options |

| ASSETS | | Lines | *(Report in Thousands of Dollars)* |
|---|---|---|---|
| **Cash, Deposits, and Investment Securities:** | Total | SC11 | 17,316,903 |
| Cash and Non-Interest-Earning Deposits | | SC110 | 3,403,290 |
| Interest-Earning Deposits in FHLBs | | SC112 | 1,399 |
| Other Interest-Earning Deposits | | SC118 | 1,831,679 |
| Federal Funds Sold and Securities Purchased Under Agreements to Resell | | SC125 | 2,750,000 |
| U.S. Government, Agency, and Sponsored Enterprise Securities | | SC130 | 3,548,262 |
| Equity Securities Subject to FASB Statement No. 115 | | SC140 | 242,911 |
| State and Municipal Obligations | | SC180 | 1,651,475 |
| Securities Backed by Nonmortgage Loans | | SC182 | 2,584,596 |
| Other Investment Securities | | SC185 | 1,250,241 |
| Accrued Interest Receivable | | SC191 | 53,050 |
| **Mortgage-Backed Securities:** | Total | SC22 | 18,896,245 |
| Pass-Through: | | | |
| Insured or Guaranteed by an Agency or Sponsored Enterprise of the U.S. | | SC210 | 6,182,298 |
| Other Pass-Through | | SC215 | 1,328 |
| Other Mortgage-Backed Securities (Excluding Bonds): | | | |
| Issued or Guaranteed by FNMA, FHLMC, or GNMA | | SC217 | 2,985,689 |
| Collateralized by Mortgage-Backed Securities Issued or Guaranteed by FNMA, FHLMC, or GNMA | | SC219 | 0 |
| Other | | SC222 | 9,630,721 |
| Accrued Interest Receivable | | SC228 | 96,209 |
| *General Valuation Allowances* | | SC229 | 0 |
| **Mortgage Loans:** | Total | SC26 | 222,681,859 |
| Construction Loans on: | | | |
| 1-4 Dwelling Units | | SC230 | 1,070,797 |
| Multifamily (5 or More) Dwelling Units | | SC235 | 1,321,362 |
| Nonresidential Property | | SC240 | 1,060,582 |

.

Permanent Mortgages on:

1-4 Dwelling Units:

| | | |
|---|---|---|
| Revolving, Open-End Loans | SC251 | 53,402,830 |
| All Other: | | |
|   Secured by First Liens | SC254 | 124,902,864 |
|   Secured by Junior Liens | SC255 | 4,830,926 |
| Multifamily (5 or More) Dwelling Units | SC256 | 32,051,624 |
| Nonresidential Property (Except Land) | SC260 | 9,200,152 |
| Land | SC265 | 899,275 |
| | | |
| Accrued Interest Receivable | SC272 | 1,251,029 |
| Advances for Taxes and Insurance | SC275 | 136,611 |
| | | |
| *Allowance for Loan and Lease Losses* | SC283 | 7,446,193 |
| | | |
| **Nonmortgage Loans:** | **Total SC31** | **11,783,070** |
| | | |
| **Commercial Loans:** | **Total SC32** | **1,952,747** |
| Secured | SC300 | 322,211 |
| Unsecured | SC303 | 1,627,745 |
| Lease Receivables | SC306 | 2,791 |
| | | |
| **Consumer Loans:** | **Total SC35** | **10,765,757** |
| Loans on Deposits | SC310 | 13,199 |
| Home Improvement Loans (Not secured by real estate) | SC316 | 718 |
| Education Loans | SC320 | 0 |
| Auto Loans | SC323 | 178 |
| Mobile Home Loans | SC326 | 181 |
| Credit Cards | SC328 | 10,588,689 |
| Other, Including Lease Receivables | SC330 | 162,792 |
| Accrued Interest Receivable | SC348 | 53,772 |
| | | |
| *Allowance for Loan and Lease Losses* | SC357 | 989,206 |
| | | |
| **Repossessed Assets:** | **Total SC40** | **1,531,807** |
| Real Estate: | | |
|   Construction | SC405 | 623 |
|   1-4 Dwelling Units | SC415 | 1,491,661 |
|   Multifamily (5 or More) Dwelling Units | SC425 | 13,640 |
|   Nonresidential (Except Land) | SC426 | 0 |
|   Land | SC428 | 2,437 |
|   U.S. Government-Guaranteed or -Insured Real Estate Owned | SC429 | 20,741 |

| | | | |
|---|---|---|---:|
| Other Repossessed Assets | | SC430 | 2,705 |
| *General Valuation Allowances* | | SC441 | 0 |
| | | | |
| **Real Estate Held for Investment** | | **SC45** | **5,185** |
| | | | |
| **Equity Investments Not Subject to FASB Statement No. 115:** | Total | **SC51** | **5,493,079** |
| Federal Home Loan Bank Stock | | SC510 | 3,498,281 |
| Other | | SC540 | 1,994,798 |
| | | | |
| **Office Premises and Equipment** | | **SC55** | **2,542,547** |
| | | | |
| **Other Assets:** | Total | **SC59** | **26,770,919** |
| Bank-Owned Life Insurance: | | | |
| Key Person Life Insurance | | SC615 | 0 |
| Other | | SC625 | 5,072,534 |
| Intangible Assets: | | | |
| Servicing Assets On: | | | |
| Mortgage Loans | | SC642 | 6,175,062 |
| Nonmortgage Loans | | SC644 | 0 |
| Goodwill and Other Intangible Assets | | SC660 | 7,604,409 |
| Interest-Only Strip Receivables and Certain Other Instruments | | SC665 | 103,233 |
| Other Assets | | SC689 | 7,815,681 |

Memo: Detail of Other Assets

| | Code | | Amount |
|---|---|---|---|
| SC691 | 9 | SC692 | 2,473,217 |
| SC693 | 20 | SC694 | 1,773,722 |
| SC697 | 3 | SC698 | 1,543,906 |

| | | |
|---|---|---:|
| Line | Report in Thousands of Dollars | |
| *General Valuation Allowances* | SC699 | 0 |
| | | |
| **Total Assets** | **SC60** | **307,021,614** |

## LIABILITIES

| | | | |
|---|---|---|---:|
| **Deposits and Escrows:** | Total | **SC71** | **188,260,793** |
| Deposits | | SC710 | 181,867,130 |
| Escrows | | SC712 | 6,428,814 |
| Unamortized Yield Adjustments on Deposits and Escrows | | SC715 | -35,151 |
| | | | |
| **Borrowings:** | Total | **SC72** | **82,878,685** |
| Advances from FHLBank | | SC720 | 58,363,124 |

| | | |
|---|---|---:|
| Federal Funds Purchased and Securities Sold Under Agreements to Repurchase | SC730 | 288,851 |
| Subordinated Debentures (Including Mandatory Convertible Securities and Limited-Life Preferred Stock) | SC736 | 7,861,598 |
| Mortgage Collateralized Securities Issued: | | |
| CMOs (including REMICs) | SC740 | 0 |
| Other Borrowings | SC760 | 16,365,112 |

| | | | |
|---|---|---|---:|
| **Other Liabilities:** | **Total** | **SC75** | **7,590,704** |
| Accrued Interest Payable - Deposits | | SC763 | 364,568 |
| Accrued Interest Payable - Other | | SC766 | 543,089 |
| Accrued Taxes | | SC776 | 0 |
| Accounts Payable | | SC780 | 861,842 |
| Deferred Income Taxes | | SC790 | 0 |
| Other Liabilities and Deferred Income | | SC796 | 5,821,205 |

Memo: Detail of Other Liabilities

| | Code | | Amount |
|---|---|---|---:|
| SC791 | 10 | SC792 | 1,658,077 |
| SC794 | 20 | SC795 | 810,390 |
| SC797 | 99 | SC798 | 744,694 |

| | | Line | Report in Thousands of Dollars |
|---|---|---|---:|
| **Total Liabilities** | | SC70 | 278,730,182 |
| **Minority Interest** | | SC800 | 3,911,685 |

### EQUITY CAPITAL

| | line | (Report in Thousands of Dollars) |
|---|---|---:|
| **Perpetual Preferred Stock:** | | |
| Cumulative | SC812 | 0 |
| Noncumulative | SC814 | 0 |
| | | |
| **Common Stock:** | | |
| Par Value | SC820 | 331 |
| Paid in Excess of Par | SC830 | 28,235,896 |

| | | | |
|---|---|---|---:|
| **Accumulated Other Comprehensive Income:** | **Total** | **SC86** | **-872,782** |
| Unrealized Gains (Losses) on Available-for-Sale Securities | | SC860 | -844,944 |
| Gains (Losses) on Cash Flow Hedges | | SC865 | -27,838 |
| Other | | SC870 | 0 |

| | | |
|---|---|---|
| **Retained Earnings** | SC880 | -2,983,698 |
| **Other Components of Equity Capital** | SC891 | 0 |
| **Total Equity Capital** | **SC80** | 24,379,747 |
| **Total Liabilities, Minority Interest, and Equity Capital** | **SC90** | 307,021,614 |

| Washington Mutual Bank | |
| --- | --- |
| 2273 NORTH GREEN VALLEY PARKWAY | Office of Thrift Supervision |
| HENDERSON , NV  89014 | 2008 Thrift Financial Report |
| Docket Number: 8551 | Schedule - SO |
| **for the quarter ending: 06/30/2008** | Consolidated Statement of Operations |

Skip Navigation
Information Page | Search | Report Options

|  | | Lines | *(Report in Thousands of Dollars)* **For the Quarter** |
| --- | --- | --- | --- |
| **Interest Income:** | **Total** | **SO11** | 4,254,225 |
| Deposits and Investment Securities | | SO115 | 175,999 |
| Mortgage-Backed Securities | | SO125 | 321,733 |
| Mortgage Loans | | SO141 | 3,325,440 |
| Prepayment Fees, Late Fees, and Assumption Fees for Mortgage Loans | | SO142 | 25,333 |
| Nonmortgage Loans: | | | |
| Commercial Loans and Leases | | SO160 | 34,249 |
| Prepayment Fees, Late Fees, and Assumption Fees for Commercial Loans | | SO162 | 71 |
| Consumer Loans and Leases | | SO171 | 278,858 |
| Prepayment Fees, Late Fees, and Assumption Fees for Consumer Loans | | SO172 | 92,542 |
| **Dividend Income on Equity Investments Not Subject to FASB Statement No. 115:** | **Total** | **SO18** | 41,544 |
| Federal Home Loan Bank Stock | | SO181 | 41,541 |
| Other | | SO185 | 3 |
| | | | |
| **Interest Expense:** | **Total** | **SO21** | 1,840,780 |
| Deposits | | SO215 | 1,113,673 |
| Escrows | | SO225 | 1,605 |
| Advances from FHLBank | | SO230 | 504,827 |
| Subordinated Debentures (Including Mandatory Convertible Securities) | | SO240 | 106,594 |
| Mortgage Collateralized Securities Issued | | SO250 | 0 |
| Other Borrowed Money | | SO260 | 114,081 |
| *Capitalized Interest* | | SO271 | 0 |
| **Net Interest Income (Expense) Before Provision for Losses on Interest-Bearing Assets** | | **SO312** | 2,454,989 |
| *Net Provision for Losses on Interest-Bearing Assets* | | SO321 | 5,912,064 |
| **Net Interest Income (Expense) After Provision for Losses on Interest-Bearing Assets** | | **SO332** | -3,457,075 |

| | | Total | | | |
|---|---|---|---|---|---|
| **Noninterest Income:** | | **Total** | **SO42** | 577,438 | |
| Mortgage Loan Servicing Fees | | | SO410 | 419,908 | |
| Amortization of and Fair Value Adjustments to Loan Servicing Assets and Loan Servicing Liabilities | | | SO411 | 240,664 | |
| Other Fees and Charges | | | SO420 | 1,036,777 | |
| Net Income (Loss) from: | | | | | |
| Sale of Assets Held for Sale and Available-for-Sale Securities | | | SO430 | -542,773 | |
| Operations and Sale of Repossessed Assets | | | SO461 | -38,147 | |
| LOCOM Adjustments Made to Assets Held for Sale | | | SO465 | -9,420 | |
| Sale of Securities Held-to-Maturity | | | SO467 | 0 | |
| Sale of Loans Held for Investment | | | SO475 | 0 | |
| Sale of Other Assets Held for Investment | | | SO477 | -827 | |
| Gains and Losses on Financial Assets and Liabilities Carried at Fair Value | | | SO485 | -926,126 | |
| Other Noninterest Income | | | SO488 | 397,382 | |

Memo: Detail of Other Noninterest Income

| | Code | | Amount |
|---|---|---|---|
| SO489 | 99 | SO492 | 158,429 |
| SO495 | 99 | SO496 | 64,781 |
| SO497 | 14 | SO498 | 64,726 |

| | | | Line | Report in Thousands of Dollars |
|---|---|---|---|---|
| **Noninterest Expense:** | | **Total** | **SO51** | 2,403,755 |
| All Personnel Compensation and Expense | | | SO510 | 926,546 |
| Legal Expense | | | SO520 | 16,422 |
| Office Occupancy and Equipment Expense | | | SO530 | 409,534 |
| Marketing and Other Professional Services | | | SO540 | 129,595 |
| Loan Servicing Fees | | | SO550 | 0 |
| Goodwill and Other Intangibles Expense | | | SO560 | 30,390 |
| Net Provision for Losses on Non-Interest-Bearing Assets | | | SO570 | 140,182 |
| Other Noninterest Expense | | | SO580 | 751,086 |

Memo: Detail of Other Noninterest Expense

| | Code | | Amount |
|---|---|---|---|
| SO581 | 8 | SO582 | 123,110 |
| SO583 | 7 | SO584 | 112,848 |
| SO585 | 18 | SO586 | 75,338 |

| | Line | Report in Thousands of Dollars |
|---|---|---|
| **Income (Loss) Before Income Taxes:** | **SO60** | -5,283,392 |

| | | | |
|---|---|---|---:|
| **Income Taxes:** | **Total** | **SO71** | -2,093,935 |
| Federal | | SO710 | -1,870,209 |
| State, Local, and Other | | SO720 | -223,726 |
| | | | |
| **Income (Loss) Before Extraordinary Items and Effects of Accounting Changes** | | **SO81** | -3,189,457 |
| | | | |
| **Extraordinary Items, Net of Tax Effect, and Cumulative Effect of Changes in Accounting Principles** | | SO811 | 0 |
| | | | |
| **NET INCOME (LOSS)** | | **SO91** | -3,189,457 |

| Washington Mutual Bank<br>2273 NORTH GREEN VALLEY PARKWAY<br>HENDERSON , NV89014<br>Docket Number: 8551<br>**for the quarter ending: 06/30/2008** | Office of Thrift Supervision<br>2008 Thrift Financial Report<br>Schedule - VA<br>Consolidated Valuation Allowances and Related Data |
|---|---|
| Skip Navigation<br>Information Page | Search | Report Options | |

**(Report in Thousands of Dollars for the Quarter)**

**Reconciliation** — **Valuation Allowances**

| | General | Specific | Total |
|---|---|---|---|
| Beginning Balance | **VA105** | **VA108** | **VA110** |
| | 4,712,810 | 1,223 | 4,714,033 |
| *Add or Deduct:* | | | |
| Net Provision for Loss | VA115 | VA118 | **VA120** |
| | 5,912,064 | 140,182 | 6,052,246 |
| Transfers | VA125 | VA128 | |
| | -18,761 | 18,761 | |
| *Add:* | | | |
| Recoveries | VA135 | | **VA140** |
| | 42,702 | | 42,702 |
| Adjustments | VA145 | VA148 | **VA150** |
| | 0 | 0 | 0 |
| *Deduct:* | | | |
| Charge-offs | VA155 | VA158 | **VA160** |
| | 2,213,416 | 140,182 | 2,353,598 |
| Ending Balance | **VA165** | **VA168** | **VA170** |
| | 8,435,399 | 19,984 | 8,455,383 |

**Charge-offs, Recoveries, and Specific Valuation Allowance Activity**

*(Report in Thousands of Dollars for the Quarter)*

| | General Valuation Allowances | | Specific Valuation Allowance Provisions & Transfers from General Allowances | |
|---|---|---|---|---|
| | Charge-Offs (VA155) | Recoveries (VA135) | (VA118+VA128) | Adjusted Net Charge-offs |
| **Deposits and Investment Securities** | | | VA38 | VA39 |
| | | | 0 | 0 |
| **Mortgage-Backed Securities** | VA370 | VA371 | VA372 | VA375 |
| | 0 | 0 | 0 | 0 |

| **Mortgage Loans: Total** | **VA46** | **VA47** | **VA48** | **VA49** |
|---|---|---|---|---|
| | 1,990,413 | 20,681 | 3,237 | 1,972,969 |
| Construction: | | | | |
| 1-4 Dwelling Units | VA420 | VA421 | VA422 | **VA425** |
| | 3,302 | 0 | 1,651 | **4,953** |
| Multifamily (5 or More) Dwelling Units | VA430 | VA431 | VA432 | **VA435** |
| | 0 | 0 | 0 | **0** |
| Nonresidential Property | VA440 | VA441 | VA442 | **VA445** |
| | 6 | 0 | 0 | **6** |
| Permanent: | | | | |
| 1-4 Dwelling Units: | | | | |
| Revolving, Open-End Loans | VA446 | VA447 | VA448 | **VA449** |
| | 665,439 | 10,998 | 0 | **654,441** |
| All Other: | | | | |
| Secured by First Liens | VA456 | VA457 | VA458 | **VA459** |
| | 1,121,569 | 699 | 0 | **1,120,870** |
| Secured by Junior Liens | VA466 | VA467 | VA468 | **VA469** |
| | 196,129 | 8,143 | 0 | **187,986** |
| Multifamily (5 or More) Dwelling Units | VA470 | VA471 | VA472 | **VA475** |
| | 2,856 | 41 | -12 | **2,803** |
| Nonresidential Property (Except Land) | VA480 | VA481 | VA482 | **VA485** |
| | 1,112 | 800 | 1,598 | **1,910** |
| Land | VA490 | VA491 | VA492 | **VA495** |
| | 0 | 0 | 0 | **0** |
| **Nonmortgage Loans: Total** | **VA56** | **VA57** | **VA58** | **VA59** |
| | 223,003 | 22,021 | 15,524 | 216,506 |
| Commercial Loans | VA520 | VA521 | VA522 | **VA525** |
| | 49,758 | 5,964 | 15,524 | **59,318** |
| Consumer Loans: | | | | |
| Loans on Deposits | VA510 | VA511 | VA512 | **VA515** |
| | 1 | 2 | 0 | **-1** |
| Home Improvement Loans | VA516 | VA517 | VA518 | **VA519** |
| | 0 | 0 | 0 | **0** |
| Education Loans | VA530 | VA531 | VA532 | **VA535** |
| | 0 | 0 | 0 | **0** |
| Auto Loans | VA540 | VA541 | VA542 | **VA545** |
| | 6 | 49 | 0 | **-43** |
| Mobile Home Loans | VA550 | VA551 | VA552 | **VA555** |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 0 | 9 | 0 | -9 |
| Credit Cards | VA556 | VA557 | VA558 | **VA559** |
|  | 168,604 | 15,816 | 0 | **152,788** |
| Other | VA560 | VA561 | VA562 | **VA565** |
|  | 4,634 | 181 | 0 | 4,453 |
| **Repossessed Assets: Total** | **VA60** |  | **VA62** | **VA65** |
|  | **0** |  | 140,182 | 140,182 |
| Real Estate: |  |  |  |  |
| Construction | VA605 |  | VA606 | **VA607** |
|  | 0 |  | 0 | 0 |
| 1-4 Dwelling Units | VA613 |  | VA614 | **VA615** |
|  | 0 |  | 140,182 | 140,182 |
| Multifamily (5 or More) Dwelling Units | VA616 |  | VA617 | **VA618** |
|  | 0 |  | 0 | 0 |
| Nonresidential (Except Land) | VA625 |  | VA626 | **VA627** |
|  | 0 |  | 0 | 0 |
| Land | VA628 |  | VA629 | **VA631** |
|  | 0 |  | 0 | 0 |
| Other Repossessed Assets | VA630 |  | VA632 | **VA633** |
|  | 0 |  | 0 | 0 |
| **Real Estate Held for Investment** |  |  | **VA72** | **VA75** |
|  |  |  | **0** | **0** |
| **Equity Investments Not Subject to FASB Statement No.115** |  |  | **VA822** | **VA825** |
|  |  |  | **0** | **0** |
| **Other Assets** | **VA930** | **VA931** | **VA932** | **VA935** |
|  | **0** | **0** | **0** | **0** |

## OTHER ITEMS

*(Report in Thousands of Dollars)*

| | | |
|---|---|---|
| **Troubled Debt Restructured:** | | |
| Amount this Quarter | VA940 | 1,623,144 |
| Amount Included in Schedule SC in Compliance with Modified Terms | VA942 | 1,897,207 |
| **Mortgage Loans Foreclosed During the Quarter: Total** | **VA95** | **861,134** |
| Construction | VA951 | 0 |
| Permanent Loans Secured By: | | |
| 1-4 Dwelling Units | VA952 | 853,132 |
| Multifamily (5 or More) Dwelling Units | VA953 | 7,166 |
| Nonresidential (Except Land) | VA954 | 836 |
| Land | VA955 | 0 |

**Purchased Impaired Loans Held for Investment Accounted for in Accordance with AICPA SOP 03-3 (Exclude Loans Held for Sale):**

| | | |
|---|---|---|
| Outstanding Balance (Contractual) | VA980 | 59,149 |
| Recorded Investment (Carrying Amount Before Deducting Any Loan Loss Allowances) | VA981 | 45,992 |
| Allowance Amount Included in Allowance for Loan and Lease Losses (SC283, SC357) | VA985 | 0 |

**Line items VA960 through VA975 are not available to the public for individual institutions.**

| Washington Mutual Bank<br>2273 NORTH GREEN VALLEY PARKWAY<br>HENDERSON , NV  89014<br>Docket Number: 8551<br>**for the quarter ending: 06/30/2008** | Office of Thrift Supervision<br>2008 Thrift Financial Report<br>Schedule - SI<br>Consolidated Supplemental Information |
|---|---|
| Skip Navigation<br>Information Page \| Search \| Report Options | |

| | **Lines** | **(Report in Thousands of Dollars)** |
|---|---|---|
| **Miscellaneous:** | | |
| Number of Full-time Equivalent Employees | SI370 | 41,360 |
| Financial Assets Held for Trading Purposes | SI375 | 2,172,260 |
| Financial Assets Carried at Fair Value Through Earnings | SI376 | 3,945,982 |
| Financial Liabilities Carried at Fair Value Through Earnings | SI377 | 810,390 |
| Available-for-Sale Securities | SI385 | 24,027,524 |
| Assets Held for Sale | SI387 | 1,878,668 |
| Loans Serviced for Others | SI390 | 442,740,263 |
| **Residual Interests:** | | |
| Residual Interests in the Form of Interest-Only Strips | SI402 | 117,973 |
| Other Residual Interests | SI404 | 2,110,622 |
| **Qualified Thrift Lender Test:** | | |
| Actual Thrift Investment Percentage at Month-end: | | |
| First Month of Quarter | SI581 | 95.10 % |
| Second Month of Quarter | SI582 | 95.42 % |
| Third Month of Quarter | SI583 | 94.81 % |
| **IRS Domestic Building and Loan Test:** | | |
| Percent of Assets Test | SI585 | 0.00 % |
| Do you meet the DBLA business operations test? | SI586 | No |
| **Aggregate Investment in Service Corporations** | SI588 | 1,264,532 |

| Extensions of credit by the reporting association (and its controlled subsidiaries) to its executive officers, principal shareholders, directors, and their related interests as of the report date: | Line | Report in Thousands of Dollars |
|---|---|---|
| Aggregate amount of all extensions of credit | SI590 | 635 |
| Number of executive officers, principal shareholders, and directors to whom the amount of all extensions of credit (including extensions of credit to related interests) equals or exceeds the lesser of $500,000 or 5 percent of unimpaired | SI595 | 0 |

TFR Schedule SI

capital and unimpaired surplus (CCR30 + CCR35 + CCR530 + CCR105)

| Summary of Changes in Equity Capital: | Line | Report in Thousands of Dollars |
|---|---|---|
| Beginning Equity Capital | **SI600** | 24,509,434 |
| Net Income (Loss) (SO91) | SI610 | -3,189,457 |
| Dividends Declared: | | |
| Preferred Stock | SI620 | 0 |
| Common Stock | SI630 | 0 |
| Stock Issued | SI640 | 0 |
| Stock Retired | SI650 | 0 |
| Capital Contributions (Where No Stock is Issued) | SI655 | 3,000,000 |
| New Basis Accounting Adjustments | SI660 | 0 |
| Other Comprehensive Income | SI662 | 57,957 |
| Prior Period Adjustments | SI668 | 0 |
| Other Adjustments | SI671 | 1,813 |
| Ending Equity Capital (SC80) (600 + 610 - 620 - 630 + 640 - 650 + 655 + 660 + 662 + 668 + 671) | **SI680** | **24,379,747** |

| Mutual Fund and Annuity Sales: | Line | Report in Thousands of Dollars |
|---|---|---|
| Do you sell private-label or third-party mutual funds and annuities? | SI805 | Yes |
| Total Assets you Manage of Proprietary Mutual Funds and Annuities | SI815 | 0 |
| Fee Income from the Sale and Servicing of Mutual Funds and Annuities | SI860 | 45,741 |

| Average Balance Sheet Data (Based on Month-End Data): | Line | Report in Thousands of Dollars |
|---|---|---|
| Total Assets | SI870 | 313,346,202 |
| Deposits and Investments Excluding Non-Interest-Earning Items | SI875 | 14,680,497 |
| Mortgage Loans and Mortgage-Backed Securities | SI880 | 251,411,750 |
| Nonmortgage Loans | SI885 | 11,652,037 |
| Deposits and Escrows | SI890 | 190,514,734 |
| Total Borrowings | SI895 | 85,318,369 |

**Line items SI750 and SI760 are not available to the public for individual institutions.**

8/19/2010 8:41 AM

| Washington Mutual Bank<br>2273 NORTH GREEN VALLEY PARKWAY<br>HENDERSON , NV  89014<br>Docket Number: 8551<br>**for the quarter ending: 06/30/2008** | Office of Thrift Supervision<br>2008 Thrift Financial Report<br>Schedule - CCR<br>Consolidated Capital Requirement |
|---|---|
| Skip Navigation<br>Information Page \| Search \| Report Options | |

| **TIER 1 (CORE) CAPITAL REQUIREMENT:** | **Lines** | **(Report in Thousands of Dollars)** |
|---|---|---|
| **Tier 1 (Core) Capital** | | |
| Equity Capital (SC80) | CCR100 | 24,379,747 |
| *Deduct:* | | |
| Investments in and Advances to "Nonincludable" Subsidiaries | CCR105 | 332,675 |
| Goodwill and Certain Other Intangible Assets | CCR115 | 7,381,703 |
| Disallowed Servicing Assets, Disallowed Deferred Tax Assets, Disallowed Residual Interests, and Other Disallowed Assets | CCR133 | 384,549 |
| Other | CCR134 | 0 |
| *Add:* | | |
| Accumulated Losses (Gains) on Certain Available-for-Sale Securities and Cash Flow Hedges, Net of Taxes | CCR180 | 840,540 |
| Intangible Assets | CCR185 | 166,175 |
| Minority Interest in Includable Consolidated Subsidiaries Including REIT Preferred Stock Reported as a Borrowing | CCR190 | 3,911,685 |
| Other | CCR195 | 0 |
| **Tier 1 (Core) Capital (100-105-115-133-134+180+185+190+195)** | CCR20 | 21,199,220 |
| **Adjusted Total Assets** | | |
| Total Assets (SC60) | CCR205 | 307,021,614 |
| *Deduct:* | | |
| Assets of "Nonincludable" Subsidiaries | CCR260 | 408,503 |
| Goodwill and Certain Other Intangible Assets | CCR265 | 7,604,409 |
| Disallowed Servicing Assets, Disallowed Deferred Tax Assets, Disallowed Residual Interests, and Other Disallowed Assets | CCR270 | 617,506 |
| Other | CCR275 | 0 |
| *Add:* | | |
| Accumulated Losses (Gains) on Certain Available-for-Sale Securities and Cash Flow Hedges | CCR280 | 1,270,192 |

| | Lines | |
|---|---|---:|
| Intangible Assets | CCR285 | 283,727 |
| Other | CCR290 | 0 |
| **Adjusted Total Assets (205-260-265-270-275+280+285+290)** | **CCR25** | 299,945,115 |
| | | |
| **Tier 1 (Core) Capital Requirement (25 x 4%)** | **CCR27** | 11,997,805 |

| **TOTAL RISK-BASED CAPITAL REQUIREMENT:** | Lines | *(Report in Thousands of Dollars)* |
|---|---|---:|
| **Tier 1 (Core) Capital (20)** | **CCR30** | 21,199,220 |
| **Tier 2 (Supplementary) Capital:** | | |
| Unrealized Gains on Available-for-Sale Equity Securities | CCR302 | 0 |
| Qualifying Subordinated Debt and Redeemable Preferred Stock | CCR310 | 6,558,834 |
| Other Equity Instruments | CCR340 | 0 |
| Allowances for Loan and Lease Losses | CCR350 | 3,032,129 |
| Other | CCR355 | 0 |
| **Tier 2 (Supplementary) Capital (302 + 310 + 340 + 350 + 355)** | **CCR33** | 9,590,963 |
| | | |
| **Allowable Tier 2 (Supplementary) Capital** | **CCR35** | 9,590,963 |
| | | |
| Equity Investments and Other Assets Required to be Deducted | CCR370 | 9,609 |
| Deduction for Low-Level Recourse and Residual Interests | CCR375 | 1,267,201 |
| | | |
| **Total Risk-based Capital (30 + 35 - 370 - 375)** | **CCR39** | 29,513,373 |
| | | |
| **Risk-Weight Categories** | | |
| 0% Risk-Weight: | | |
| Cash | CCR400 | 900,924 |
| Securities Backed by Full Faith and Credit of U.S. Government | CCR405 | 353,600 |
| Notes and Obligations of FDIC, Including Covered Assets | CCR409 | 0 |
| Other | CCR415 | 125,459 |
| Total (400 + 405 + 409 + 415) | CCR420 | 1,379,983 |
| **0% Risk-Weight Total (420 x 0%)** | **CCR40** | 0 |
| | | |
| 20% Risk-Weight: | | |
| Mortgage and Asset-Backed Securities Eligible for 20% Risk Weight | CCR430 | 17,501,100 |
| Claims on FHLBs | CCR435 | 4,947,322 |
| General Obligations of State and Local Governments | CCR440 | 679,494 |
| Claims on Domestic Depository Institutions | CCR445 | 4,233,886 |

| | | |
|---|---|---|
| Other | CCR450 | 5,927,465 |
| Total (430 + 435 + 440 + 445 + 450) | CCR455 | 33,289,267 |
| **20% Risk-Weight Total (455 x 20%)** | **CCR45** | 6,657,853 |
| | | |
| 50% Risk-Weight: | | |
| Qualifying Single-Family Residential Mortgage Loans | CCR460 | 121,417,604 |
| Qualifying Multifamily Residential Mortgage Loans | CCR465 | 7,311,323 |
| Mortgage and Asset-Backed Securites Eligible for 50% Risk Weight | CCR470 | 1,203,295 |
| State and Local Revenue Bonds | CCR475 | 744,058 |
| Other | CCR480 | 10,999,505 |
| Total (460 + 465 + 470 + 475 + 480) | CCR485 | 141,675,785 |
| **50% Risk-Weight Total (485 x 50%)** | **CCR50** | 70,837,893 |
| | | |
| 100% Risk-Weight: | | |
| Securities Risk Weighted at 100% (or More) Under the Ratings-Based Approach | CCR501 | 2,186,978 |
| All Other Assets | CCR506 | 162,887,602 |
| Total (501 + 506) | CCR510 | 165,074,580 |
| **100% Risk-Weight Total (510 x 100%)** | **CCR55** | 165,074,580 |
| | | |
| Amount of Low-Level Recourse and Residual Interests Before Risk-Weighting | CCR605 | 0 |
| **Risk-Weighted Assets for Low-Level Recourse and Residual Interests (605 x 12.50)** | **CCR62** | 0 |
| | | |
| **Assets to Risk-Weight (420 + 455 + 485 + 510 + 605)** | **CCR64** | 341,419,615 |
| **Subtotal Risk-Weighted Assets (40 + 45 + 50 + 55 + 62)** | **CCR75** | 242,570,326 |
| Excess Allowances for Loan and Lease Losses | CCR530 | 5,403,270 |
| **Total Risk-Weighted Assets (75 - 530)** | **CCR78** | 237,167,056 |
| **Total Risk-Based Capital Requirement (78 x 8%)** | **CCR80** | 18,973,364 |

**CAPITAL AND PROMPT CORRECTIVE ACTION RATIOS:**

| | | |
|---|---|---|
| Tier 1 (Core) Capital Ratio | CCR810 | 7.07 % |
| (Tier 1 (Core) Capital / Adjusted Total Assets) | | |
| | | |
| Total Risk-Based Capital Ratio | CCR820 | 12.44 % |
| (Total Risk-Based Capital / Risk-Weighted Assets) | | |
| | | |
| Tier 1 Risk-Based Capital Ratio | CCR830 | 8.40 % |
| ((Tier 1 (Core) Capital – Deduction for Low-level Recourse and Residual Interests) / Risk-Weighted Assets) | | |

*TFR Schedule CCR

Tangible Equity Ratio                                                        CCR840          7.02 %
   ((Tangible Capital + Cumulative Perpetual Preferred Stock) / Tangible Assets)

| Washington Mutual Bank FSB<br>6250 NORTH SAGEWOOD DRIVE<br>PARK CITY , UT  84098<br>Docket Number: 11905<br>for the quarter ending: 06/30/2008 | Office of Thrift Supervision<br>2008 Thrift Financial Report<br>Schedule - SC<br>Consolidated Statement of Condition |
|---|---|
| Skip Navigation<br>Information Page | Search | Report Options | |

| ASSETS | | Lines | *(Report in Thousands of Dollars)* |
|---|---|---|---|
| **Cash, Deposits, and Investment Securities:** | Total | SC11 | 7,160,335 |
| Cash and Non-Interest-Earning Deposits | | SC110 | 101,528 |
| Interest-Earning Deposits in FHLBs | | SC112 | 1,248 |
| Other Interest-Earning Deposits | | SC118 | 0 |
| Federal Funds Sold and Securities Purchased Under Agreements to Resell | | SC125 | 0 |
| U.S. Government, Agency, and Sponsored Enterprise Securities | | SC130 | 3,362,053 |
| Equity Securities Subject to FASB Statement No. 115 | | SC140 | 74 |
| State and Municipal Obligations | | SC180 | 1,400,726 |
| Securities Backed by Nonmortgage Loans | | SC182 | 1,059,221 |
| Other Investment Securities | | SC185 | 1,196,729 |
| Accrued Interest Receivable | | SC191 | 38,756 |
| **Mortgage-Backed Securities:** | Total | SC22 | 16,877,894 |
| Pass-Through: | | | |
| Insured or Guaranteed by an Agency or Sponsored Enterprise of the U.S. | | SC210 | 5,124,697 |
| Other Pass-Through | | SC215 | 1,328 |
| Other Mortgage-Backed Securities (Excluding Bonds): | | | |
| Issued or Guaranteed by FNMA, FHLMC, or GNMA | | SC217 | 2,547,923 |
| Collateralized by Mortgage-Backed Securities Issued or Guaranteed by FNMA, FHLMC, or GNMA | | SC219 | 0 |
| Other | | SC222 | 9,125,023 |
| Accrued Interest Receivable | | SC228 | 78,923 |
| *General Valuation Allowances* | | SC229 | 0 |
| **Mortgage Loans:** | Total | SC26 | 8,644,219 |
| Construction Loans on: | | | |
| 1-4 Dwelling Units | | SC230 | 0 |
| Multifamily (5 or More) Dwelling Units | | SC235 | 0 |
| Nonresidential Property | | SC240 | 0 |

Permanent Mortgages on:

1-4 Dwelling Units:

| | | |
|---|---|---:|
| Revolving, Open-End Loans | SC251 | 285,807 |
| All Other: | | |
| Secured by First Liens | SC254 | 88,670 |
| Secured by Junior Liens | SC255 | 6,320 |
| Multifamily (5 or More) Dwelling Units | SC256 | 8,281,808 |
| Nonresidential Property (Except Land) | SC260 | 480 |
| Land | SC265 | 4,137 |
| | | |
| Accrued Interest Receivable | SC272 | 40,874 |
| Advances for Taxes and Insurance | SC275 | 0 |
| | | |
| *Allowance for Loan and Lease Losses* | SC283 | 63,877 |

| | | | |
|---|---|---|---:|
| **Nonmortgage Loans:** | **Total** | **SC31** | **11,898,262** |
| | | | |
| **Commercial Loans:** | **Total** | **SC32** | **11,894,794** |
| Secured | | SC300 | 258 |
| Unsecured | | SC303 | 11,894,536 |
| Lease Receivables | | SC306 | 0 |
| | | | |
| **Consumer Loans:** | **Total** | **SC35** | **4,372** |
| Loans on Deposits | | SC310 | 17 |
| Home Improvement Loans (Not secured by real estate) | | SC316 | 0 |
| Education Loans | | SC320 | 0 |
| Auto Loans | | SC323 | 2 |
| Mobile Home Loans | | SC326 | 0 |
| Credit Cards | | SC328 | 0 |
| Other, Including Lease Receivables | | SC330 | 4,353 |
| Accrued Interest Receivable | | SC348 | 10 |
| | | | |
| *Allowance for Loan and Lease Losses* | | SC357 | 914 |
| | | | |
| **Repossessed Assets:** | **Total** | **SC40** | **253** |
| Real Estate: | | | |
| Construction | | SC405 | 0 |
| 1-4 Dwelling Units | | SC415 | 253 |
| Multifamily (5 or More) Dwelling Units | | SC425 | 0 |
| Nonresidential (Except Land) | | SC426 | 0 |
| Land | | SC428 | 0 |
| U.S. Government-Guaranteed or -Insured Real Estate Owned | | SC429 | 0 |

| | | | |
|---|---|---|---|
| Other Repossessed Assets | | SC430 | 0 |
| *General Valuation Allowances* | | SC441 | 0 |
| **Real Estate Held for Investment** | | **SC45** | **0** |
| **Equity Investments Not Subject to FASB Statement No. 115:** | **Total** | **SC51** | **676,707** |
| Federal Home Loan Bank Stock | | SC510 | 676,501 |
| Other | | SC540 | 206 |
| **Office Premises and Equipment** | | **SC55** | **8,641** |
| **Other Assets:** | **Total** | **SC59** | **781,696** |
| Bank-Owned Life Insurance: | | | |
| Key Person Life Insurance | | SC615 | 0 |
| Other | | SC625 | 0 |
| Intangible Assets: | | | |
| Servicing Assets On: | | | |
| Mortgage Loans | | SC642 | 0 |
| Nonmortgage Loans | | SC644 | 0 |
| Goodwill and Other Intangible Assets | | SC660 | 110 |
| Interest-Only Strip Receivables and Certain Other Instruments | | SC665 | 0 |
| Other Assets | | SC689 | 781,586 |

Memo: Detail of Other Assets

| | Code | | Amount |
|---|---|---|---|
| SC691 | 4 | SC692 | 728,096 |
| SC693 | 14 | SC694 | 22,818 |
| SC697 | 13 | SC698 | 20,621 |
| | Line | **Report in Thousands of Dollars** | |

| | | | |
|---|---|---|---|
| *General Valuation Allowances* | | SC699 | 0 |
| **Total Assets** | | **SC60** | **46,048,007** |

## LIABILITIES

| | | | |
|---|---|---|---|
| **Deposits and Escrows:** | **Total** | **SC71** | **4,809,310** |
| Deposits | | SC710 | 4,809,638 |
| Escrows | | SC712 | 6,880 |
| Unamortized Yield Adjustments on Deposits and Escrows | | SC715 | -7,208 |
| **Borrowings:** | **Total** | **SC72** | **10,712,608** |
| Advances from FHLBank | | SC720 | 10,712,439 |

| | | | |
|---|---|---|---|
| Federal Funds Purchased and Securities Sold Under Agreements to Repurchase | | SC730 | 169 |
| Subordinated Debentures (Including Mandatory Convertible Securities and Limited-Life Preferred Stock) | | SC736 | 0 |
| Mortgage Collateralized Securities Issued: | | | |
| CMOs (including REMICs) | | SC740 | 0 |
| Other Borrowings | | SC760 | 0 |
| **Other Liabilities:** | Total | **SC75** | **1,296,102** |
| Accrued Interest Payable - Deposits | | SC763 | 20,073 |
| Accrued Interest Payable - Other | | SC766 | 74,193 |
| Accrued Taxes | | SC776 | 59,775 |
| Accounts Payable | | SC780 | 1,182 |
| Deferred Income Taxes | | SC790 | 0 |
| Other Liabilities and Deferred Income | | SC796 | 1,140,879 |

Memo: Detail of Other Liabilities

| | Code | | Amount |
|---|---|---|---|
| SC791 | 10 | SC792 | 1,138,117 |
| SC794 | 18 | SC795 | 1,500 |
| SC797 | 11 | SC798 | 513 |

| | Line | Report in Thousands of Dollars | | |
|---|---|---|---|---|
| **Total Liabilities** | | | **SC70** | **16,818,020** |
| **Minority Interest** | | | **SC800** | **0** |

| | line | (Report in Thousands of Dollars) | |
|---|---|---|---|

## EQUITY CAPITAL

| | | | |
|---|---|---|---|
| **Perpetual Preferred Stock:** | | | |
| Cumulative | | SC812 | 0 |
| Noncumulative | | SC814 | 0 |
| **Common Stock:** | | | |
| Par Value | | SC820 | 0 |
| Paid in Excess of Par | | SC830 | 29,392,778 |
| **Accumulated Other Comprehensive Income:** | Total | **SC86** | **-781,084** |
| Unrealized Gains (Losses) on Available-for-Sale Securities | | SC860 | -781,084 |
| Gains (Losses) on Cash Flow Hedges | | SC865 | 0 |
| Other | | SC870 | 0 |

| | | |
|---|---|---|
| **Retained Earnings** | SC880 | 618,293 |
| **Other Components of Equity Capital** | SC891 | 0 |
| **Total Equity Capital** | **SC80** | 29,229,987 |
| **Total Liabilities, Minority Interest, and Equity Capital** | **SC90** | 46,048,007 |

TFR Schedule SO

| Washington Mutual Bank FSB<br>6250 NORTH SAGEWOOD DRIVE<br>PARK CITY , UT   84098<br>Docket Number: 11905<br>**for the quarter ending: 06/30/2008** | Office of Thrift Supervision<br>2008 Thrift Financial Report<br>Schedule - SO<br>Consolidated Statement of Operations |
|---|---|
| Skip Navigation<br>Information Page \| Search \| Report Options | |

| | | Lines | *(Report in Thousands of Dollars)* For the Quarter |
|---|---|---|---|
| **Interest Income:** | **Total** | **SO11** | 507,870 |
| Deposits and Investment Securities | | SO115 | 77,547 |
| Mortgage-Backed Securities | | SO125 | 245,477 |
| Mortgage Loans | | SO141 | 138,824 |
| Prepayment Fees, Late Fees, and Assumption Fees for Mortgage Loans | | SO142 | 1,128 |
| Nonmortgage Loans: | | | |
| Commercial Loans and Leases | | SO160 | 44,744 |
| Prepayment Fees, Late Fees, and Assumption Fees for Commercial Loans | | SO162 | 1 |
| Consumer Loans and Leases | | SO171 | 146 |
| Prepayment Fees, Late Fees, and Assumption Fees for Consumer Loans | | SO172 | 3 |
| **Dividend Income on Equity Investments Not Subject to FASB Statement No. 115:** | **Total** | **SO18** | 2,437 |
| Federal Home Loan Bank Stock | | SO181 | 2,437 |
| Other | | SO185 | 0 |
| | | | |
| **Interest Expense:** | **Total** | **SO21** | 109,157 |
| Deposits | | SO215 | 26,408 |
| Escrows | | SO225 | 1 |
| Advances from FHLBank | | SO230 | 82,747 |
| Subordinated Debentures (Including Mandatory Convertible Securities) | | SO240 | 0 |
| Mortgage Collateralized Securities Issued | | SO250 | 0 |
| Other Borrowed Money | | SO260 | 1 |
| *Capitalized Interest* | | SO271 | 0 |
| **Net Interest Income (Expense) Before Provision for Losses on Interest-Bearing Assets** | | **SO312** | 401,150 |
| *Net Provision for Losses on Interest-Bearing Assets* | | SO321 | -14,634 |
| **Net Interest Income (Expense) After Provision for Losses on Interest-Bearing Assets** | | **SO332** | 415,784 |

| | | Total | SO42 | -298,761 |
|---|---|---|---|---|
| **Noninterest Income:** | | | | |
| Mortgage Loan Servicing Fees | | | SO410 | 0 |
| Amortization of and Fair Value Adjustments to Loan Servicing Assets and Loan Servicing Liabilities | | | SO411 | 0 |
| Other Fees and Charges | | | SO420 | 16,769 |
| Net Income (Loss) from: | | | | |
| Sale of Assets Held for Sale and Available-for-Sale Securities | | | SO430 | -315,625 |
| Operations and Sale of Repossessed Assets | | | SO461 | 21 |
| LOCOM Adjustments Made to Assets Held for Sale | | | SO465 | 0 |
| Sale of Securities Held-to-Maturity | | | SO467 | 0 |
| Sale of Loans Held for Investment | | | SO475 | 0 |
| Sale of Other Assets Held for Investment | | | SO477 | 0 |
| Gains and Losses on Financial Assets and Liabilities Carried at Fair Value | | | SO485 | 27 |
| Other Noninterest Income | | | SO488 | 47 |

Memo: Detail of Other Noninterest Income

| | Code | | Amount |
|---|---|---|---|
| SO489 | 99 | SO492 | 47 |
| SO495 | 0 | SO496 | 0 |
| SO497 | 0 | SO498 | 0 |

| | | Line | Report in Thousands of Dollars |
|---|---|---|---|
| **Noninterest Expense:** | Total | SO51 | 25,721 |
| All Personnel Compensation and Expense | | SO510 | 2,875 |
| Legal Expense | | SO520 | 15 |
| Office Occupancy and Equipment Expense | | SO530 | 1,002 |
| Marketing and Other Professional Services | | SO540 | 16,324 |
| Loan Servicing Fees | | SO550 | 0 |
| Goodwill and Other Intangibles Expense | | SO560 | 0 |
| Net Provision for Losses on Non-Interest-Bearing Assets | | SO570 | 0 |
| Other Noninterest Expense | | SO580 | 5,505 |

Memo: Detail of Other Noninterest Expense

| | Code | | Amount |
|---|---|---|---|
| SO581 | 99 | SO582 | 3,261 |
| SO583 | 13 | SO584 | 1,375 |
| SO585 | 99 | SO586 | 320 |

| | Line | Report in Thousands of Dollars |
|---|---|---|
| **Income (Loss) Before Income Taxes:** | SO60 | 91,302 |

8/19/2010 8:25 AM

| | | | Total | | |
|---|---|---|---|---|---|
| **Income Taxes:** | | | | **SO71** | 29,987 |
| Federal | | | | SO710 | 26,095 |
| State, Local, and Other | | | | SO720 | 3,892 |
| **Income (Loss) Before Extraordinary Items and Effects of Accounting Changes** | | | | **SO81** | 61,315 |
| **Extraordinary Items, Net of Tax Effect, and Cumulative Effect of Changes in Accounting Principles** | | | | SO811 | 0 |
| **NET INCOME (LOSS)** | | | | **SO91** | 61,315 |

| Washington Mutual Bank FSB 6250 NORTH SAGEWOOD DRIVE PARK CITY , UT84098 Docket Number: 11905 **for the quarter ending: 06/30/2008** | Office of Thrift Supervision 2008 Thrift Financial Report Schedule - VA Consolidated Valuation Allowances and Related Data |
|---|---|

Skip Navigation
Information Page | Search | Report Options

**(Report in Thousands of Dollars for the Quarter)**

**Reconciliation**

**Valuation Allowances**

| | General | Specific | Total |
|---|---|---|---|
| Beginning Balance | **VA105** | **VA108** | **VA110** |
| | 80,847 | 0 | 80,847 |
| *Add or Deduct:* | | | |
| Net Provision for Loss | VA115 | VA118 | **VA120** |
| | -14,634 | 0 | -14,634 |
| Transfers | VA125 | VA128 | |
| | 0 | 0 | |
| *Add:* | | | |
| Recoveries | VA135 | | **VA140** |
| | 9 | | 9 |
| Adjustments | VA145 | VA148 | **VA150** |
| | 0 | 0 | 0 |
| *Deduct:* | | | |
| Charge-offs | VA155 | VA158 | **VA160** |
| | 1,431 | 0 | 1,431 |
| Ending Balance | **VA165** | **VA168** | **VA170** |
| | 64,791 | 0 | 64,791 |

**Charge-offs, Recoveries, and Specific Valuation Allowance Activity**

*(Report in Thousands of Dollars for the Quarter)*

| | General Valuation Allowances | | Specific Valuation Allowance Provisions & Transfers from General Allowances (VA118+VA128) | Adjusted Net Charge-offs |
|---|---|---|---|---|
| | Charge-Offs (VA155) | Recoveries (VA135) | | |
| **Deposits and Investment Securities** | | | **VA38** | **VA39** |
| | | | 0 | 0 |
| **Mortgage-Backed Securities** | **VA370** | **VA371** | **VA372** | **VA375** |
| | **0** | **0** | **0** | **0** |

| | | | | |
|---|---|---|---|---|
| **Mortgage Loans: Total** | **VA46** | **VA47** | **VA48** | **VA49** |
| | **1,334** | **2** | **0** | **1,332** |
| Construction: | | | | |
|   1-4 Dwelling Units | VA420 | VA421 | VA422 | **VA425** |
| | 0 | 0 | 0 | **0** |
|   Multifamily (5 or More) Dwelling Units | VA430 | VA431 | VA432 | **VA435** |
| | 0 | 0 | 0 | **0** |
|   Nonresidential Property | VA440 | VA441 | VA442 | **VA445** |
| | 0 | 0 | 0 | **0** |
| Permanent: | | | | |
|   1-4 Dwelling Units: | | | | |
|     Revolving, Open-End Loans | VA446 | VA447 | VA448 | **VA449** |
| | 1,334 | 2 | 0 | **1,332** |
|     All Other: | | | | |
|       Secured by First Liens | VA456 | VA457 | VA458 | **VA459** |
| | 0 | 0 | 0 | **0** |
|       Secured by Junior Liens | VA466 | VA467 | VA468 | **VA469** |
| | 0 | 0 | 0 | **0** |
|   Multifamily (5 or More) Dwelling Units | VA470 | VA471 | VA472 | **VA475** |
| | 0 | 0 | 0 | **0** |
|   Nonresidential Property (Except Land) | VA480 | VA481 | VA482 | **VA485** |
| | 0 | 0 | 0 | **0** |
|   Land | VA490 | VA491 | VA492 | **VA495** |
| | 0 | 0 | 0 | **0** |
| **Nonmortgage Loans: Total** | **VA56** | **VA57** | **VA58** | **VA59** |
| | **97** | **7** | **0** | **90** |
|   Commercial Loans | VA520 | VA521 | VA522 | **VA525** |
| | 50 | 2 | 0 | **48** |
| Consumer Loans: | | | | |
|   Loans on Deposits | VA510 | VA511 | VA512 | **VA515** |
| | 0 | 0 | 0 | **0** |
|   Home Improvement Loans | VA516 | VA517 | VA518 | **VA519** |
| | 0 | 0 | 0 | **0** |
|   Education Loans | VA530 | VA531 | VA532 | **VA535** |
| | 0 | 0 | 0 | **0** |
|   Auto Loans | VA540 | VA541 | VA542 | **VA545** |
| | 0 | 0 | 0 | **0** |
|   Mobile Home Loans | VA550 | VA551 | VA552 | **VA555** |

| | | | |
|---|---|---|---|
| | 0 | 0 | 0 | 0 |
| Credit Cards | VA556 | VA557 | VA558 | VA559 |
| | 0 | 0 | 0 | 0 |
| Other | VA560 | VA561 | VA562 | VA565 |
| | 47 | 5 | | 42 |
| **Repossessed Assets: Total** | **VA60** | | **VA62** | **VA65** |
| | **0** | | **0** | **0** |
| Real Estate: | | | | |
| Construction | VA605 | | VA606 | **VA607** |
| | 0 | | 0 | 0 |
| 1-4 Dwelling Units | VA613 | | VA614 | **VA615** |
| | 0 | | 0 | 0 |
| Multifamily (5 or More) Dwelling Units | VA616 | | VA617 | **VA618** |
| | 0 | | 0 | 0 |
| Nonresidential (Except Land) | VA625 | | VA626 | **VA627** |
| | 0 | | 0 | 0 |
| Land | VA628 | | VA629 | **VA631** |
| | 0 | | 0 | 0 |
| Other Repossessed Assets | VA630 | | VA632 | **VA633** |
| | 0 | | 0 | 0 |
| **Real Estate Held for Investment** | | | **VA72** | **VA75** |
| | | | **0** | **0** |
| **Equity Investments Not Subject to FASB Statement No.115** | | | **VA822** | **VA825** |
| | | | **0** | **0** |
| **Other Assets** | **VA930** | **VA931** | **VA932** | **VA935** |
| | **0** | **0** | **0** | **0** |

## OTHER ITEMS

| | *(Report in Thousands of Dollars)* |
|---|---|
| **Troubled Debt Restructured:** | |
| Amount this Quarter | VA940  1,085 |
| Amount Included in Schedule SC in Compliance with Modified Terms | VA942  7,133 |
| **Mortgage Loans Foreclosed During the Quarter: Total** | **VA95   121** |
| Construction | VA951   0 |
| Permanent Loans Secured By: | |
| 1-4 Dwelling Units | VA952   121 |
| Multifamily (5 or More) Dwelling Units | VA953   0 |
| Nonresidential (Except Land) | VA954   0 |
| Land | VA955   0 |

**Purchased Impaired Loans Held for Investment Accounted for in Accordance with AICPA SOP 03-3 (Exclude Loans Held for Sale):**

| | | |
|---|---|---|
| Outstanding Balance (Contractual) | VA980 | 0 |
| Recorded Investment (Carrying Amount Before Deducting Any Loan Loss Allowances) | VA981 | 0 |
| Allowance Amount Included in Allowance for Loan and Lease Losses (SC283, SC357) | VA985 | 0 |

**Line items VA960 through VA975 are not available to the public for individual institutions.**

TFR Schedule SI

| | |
|---|---|
| Washington Mutual Bank FSB<br>6250 NORTH SAGEWOOD DRIVE<br>PARK CITY , UT   84098<br>Docket Number: 11905<br>**for the quarter ending: 06/30/2008** | Office of Thrift Supervision<br>2008 Thrift Financial Report<br>Schedule - SI<br>Consolidated Supplemental Information |
| Skip Navigation<br>Information Page \| Search \| Report Options | |

| | Lines | *(Report in Thousands of Dollars)* |
|---|---|---|
| **Miscellaneous:** | | |
| Number of Full-time Equivalent Employees | SI370 | 187 |
| Financial Assets Held for Trading Purposes | SI375 | 12,577 |
| Financial Assets Carried at Fair Value Through Earnings | SI376 | 12,577 |
| Financial Liabilities Carried at Fair Value Through Earnings | SI377 | 0 |
| Available-for-Sale Securities | SI385 | 21,808,910 |
| Assets Held for Sale | SI387 | 0 |
| Loans Serviced for Others | SI390 | 0 |
| **Residual Interests:** | | |
| Residual Interests in the Form of Interest-Only Strips | SI402 | 0 |
| Other Residual Interests | SI404 | 29,386 |
| **Qualified Thrift Lender Test:** | | |
| Actual Thrift Investment Percentage at Month-end: | | |
| First Month of Quarter | SI581 | 87.43 % |
| Second Month of Quarter | SI582 | 77.23 % |
| Third Month of Quarter | SI583 | 69.23 % |
| **IRS Domestic Building and Loan Test:** | | |
| Percent of Assets Test | SI585 | 0.00 % |
| Do you meet the DBLA business operations test? | SI586 | No |
| **Aggregate Investment in Service Corporations** | SI588 | 0 |

| | Line | Report in Thousands of Dollars |
|---|---|---|
| **Extensions of credit by the reporting association (and its controlled subsidiaries) to its executive officers, principal shareholders, directors, and their related interests as of the report date:** | | |
| Aggregate amount of all extensions of credit | SI590 | 0 |
| Number of executive officers, principal shareholders, and directors to whom the amount of all extensions of credit (including extensions of credit to related interests) equals or exceeds the lesser of $500,000 or 5 percent of unimpaired | SI595 | 0 |

8/19/2010 8:27 AM

capital and unimpaired surplus (CCR30 + CCR35 + CCR530 + CCR105)

| Summary of Changes in Equity Capital: | Line | Report in Thousands of Dollars |
|---|---|---|
| Beginning Equity Capital | **SI600** | 29,233,170 |
| Net Income (Loss) (SO91) | SI610 | 61,315 |
| Dividends Declared: | | |
| Preferred Stock | SI620 | 0 |
| Common Stock | SI630 | 0 |
| Stock Issued | SI640 | 0 |
| Stock Retired | SI650 | 0 |
| Capital Contributions (Where No Stock is Issued) | SI655 | 0 |
| New Basis Accounting Adjustments | SI660 | 0 |
| Other Comprehensive Income | SI662 | -64,498 |
| Prior Period Adjustments | SI668 | 0 |
| Other Adjustments | SI671 | 0 |
| Ending Equity Capital (SC80) (600 + 610 - 620 - 630 + 640 - 650 + 655 + 660 + 662 + 668 + 671) | **SI680** | **29,229,987** |

| Mutual Fund and Annuity Sales: | Line | Report in Thousands of Dollars |
|---|---|---|
| Do you sell private-label or third-party mutual funds and annuities? | SI805 | No |
| Total Assets you Manage of Proprietary Mutual Funds and Annuities | SI815 | 0 |
| Fee Income from the Sale and Servicing of Mutual Funds and Annuities | SI860 | 0 |

| Average Balance Sheet Data (Based on Month-End Data): | Line | Report in Thousands of Dollars |
|---|---|---|
| Total Assets | SI870 | 44,978,598 |
| Deposits and Investments Excluding Non-Interest-Earning Items | SI875 | 9,383,326 |
| Mortgage Loans and Mortgage-Backed Securities | SI880 | 25,693,271 |
| Nonmortgage Loans | SI885 | 8,674,109 |
| Deposits and Escrows | SI890 | 3,129,206 |
| Total Borrowings | SI895 | 11,471,451 |

**Line items SI750 and SI760 are not available to the public for individual institutions.**

| Washington Mutual Bank FSB<br>6250 NORTH SAGEWOOD DRIVE<br>PARK CITY , UT  84098<br>Docket Number: 11905<br>**for the quarter ending: 06/30/2008** | Office of Thrift Supervision<br>2008 Thrift Financial Report<br>Schedule - CCR<br>Consolidated Capital Requirement |
|---|---|
| Skip Navigation<br>Information Page | Search | Report Options | |

| **TIER 1 (CORE) CAPITAL REQUIREMENT:** | **Lines** | *(Report in Thousands of Dollars)* |
|---|---|---|
| **Tier 1 (Core) Capital** | | |
| Equity Capital (SC80) | CCR100 | 29,229,987 |
| *Deduct:* | | |
| Investments in and Advances to "Nonincludable" Subsidiaries | CCR105 | 0 |
| Goodwill and Certain Other Intangible Assets | CCR115 | 109 |
| Disallowed Servicing Assets, Disallowed Deferred Tax Assets, Disallowed Residual Interests, and Other Disallowed Assets | CCR133 | 0 |
| Other | CCR134 | 0 |
| *Add:* | | |
| Accumulated Losses (Gains) on Certain Available-for-Sale Securities and Cash Flow Hedges, Net of Taxes | CCR180 | 781,070 |
| Intangible Assets | CCR185 | 0 |
| Minority Interest in Includable Consolidated Subsidiaries Including REIT Preferred Stock Reported as a Borrowing | CCR190 | 0 |
| Other | CCR195 | 0 |
| **Tier 1 (Core) Capital (100-105-115-133-134+180+185+190+195)** | CCR20 | 30,010,948 |
| | | |
| **Adjusted Total Assets** | | |
| Total Assets (SC60) | CCR205 | 46,048,007 |
| *Deduct:* | | |
| Assets of "Nonincludable" Subsidiaries | CCR260 | 0 |
| Goodwill and Certain Other Intangible Assets | CCR265 | 109 |
| Disallowed Servicing Assets, Disallowed Deferred Tax Assets, Disallowed Residual Interests, and Other Disallowed Assets | CCR270 | 0 |
| Other | CCR275 | 0 |
| *Add:* | | |
| Accumulated Losses (Gains) on Certain Available-for-Sale Securities and Cash Flow Hedges | CCR280 | 1,254,236 |

| | Lines | |
|---|---|---:|
| Intangible Assets | CCR285 | 0 |
| Other | CCR290 | 0 |
| **Adjusted Total Assets (205-260-265-270-275+280+285+290)** | **CCR25** | 47,302,134 |
| | | |
| **Tier 1 (Core) Capital Requirement (25 x 4%)** | **CCR27** | 1,892,085 |

| **TOTAL RISK-BASED CAPITAL REQUIREMENT:** | **Lines** | *(Report in Thousands of Dollars)* |
|---|---|---:|
| **Tier 1 (Core) Capital (20)** | **CCR30** | 30,010,948 |
| **Tier 2 (Supplementary) Capital:** | | |
| Unrealized Gains on Available-for-Sale Equity Securities | CCR302 | 0 |
| Qualifying Subordinated Debt and Redeemable Preferred Stock | CCR310 | 0 |
| Other Equity Instruments | CCR340 | 0 |
| Allowances for Loan and Lease Losses | CCR350 | 65,032 |
| Other | CCR355 | 0 |
| **Tier 2 (Supplementary) Capital (302 + 310 + 340 + 350 + 355)** | **CCR33** | 65,032 |
| | | |
| **Allowable Tier 2 (Supplementary) Capital** | **CCR35** | 65,032 |
| | | |
| Equity Investments and Other Assets Required to be Deducted | CCR370 | 0 |
| Deduction for Low-Level Recourse and Residual Interests | CCR375 | 34,728 |
| | | |
| **Total Risk-based Capital (30 + 35 - 370 - 375)** | **CCR39** | 30,041,252 |
| | | |
| **Risk-Weight Categories** | | |
| 0% Risk-Weight: | | |
| Cash | CCR400 | 5,638 |
| Securities Backed by Full Faith and Credit of U.S. Government | CCR405 | 297,889 |
| Notes and Obligations of FDIC, Including Covered Assets | CCR409 | 0 |
| Other | CCR415 | 1,970 |
| Total (400 + 405 + 409 + 415) | CCR420 | 305,497 |
| **0% Risk-Weight Total (420 x 0%)** | **CCR40** | 0 |
| | | |
| 20% Risk-Weight: | | |
| Mortgage and Asset-Backed Securities Eligible for 20% Risk Weight | CCR430 | 17,898,656 |
| Claims on FHLBs | CCR435 | 2,125,392 |
| General Obligations of State and Local Governments | CCR440 | 679,494 |
| Claims on Domestic Depository Institutions | CCR445 | 13,559,609 |

TFR Schedule CCR

| | | |
|---|---|---|
| Other | CCR450 | 1,799,469 |
| Total (430 + 435 + 440 + 445 + 450) | CCR455 | 36,062,620 |
| **20% Risk-Weight Total (455 x 20%)** | **CCR45** | 7,212,524 |
| | | |
| 50% Risk-Weight: | | |
| Qualifying Single-Family Residential Mortgage Loans | CCR460 | 198,772 |
| Qualifying Multifamily Residential Mortgage Loans | CCR465 | 2,276,016 |
| Mortgage and Asset-Backed Securites Eligible for 50% Risk Weight | CCR470 | 148,711 |
| State and Local Revenue Bonds | CCR475 | 744,057 |
| Other | CCR480 | 43,399 |
| Total (460 + 465 + 470 + 475 + 480) | CCR485 | 3,410,955 |
| **50% Risk-Weight Total (485 x 50%)** | **CCR50** | 1,705,478 |
| | | |
| 100% Risk-Weight: | | |
| Securities Risk Weighted at 100% (or More) Under the Ratings-Based Approach | CCR501 | 196,793 |
| All Other Assets | CCR506 | 9,026,166 |
| Total (501 + 506) | CCR510 | 9,222,959 |
| **100% Risk-Weight Total (510 x 100%)** | **CCR55** | 9,222,959 |
| | | |
| Amount of Low-Level Recourse and Residual Interests Before Risk-Weighting | CCR605 | 0 |
| **Risk-Weighted Assets for Low-Level Recourse and Residual Interests (605 x 12.50)** | **CCR62** | 0 |
| | | |
| **Assets to Risk-Weight (420 + 455 + 485 + 510 + 605)** | **CCR64** | 49,002,031 |
| **Subtotal Risk-Weighted Assets (40 + 45 + 50 + 55 + 62)** | **CCR75** | 18,140,961 |
| Excess Allowances for Loan and Lease Losses | CCR530 | 0 |
| **Total Risk-Weighted Assets (75 - 530)** | **CCR78** | 18,140,961 |
| **Total Risk-Based Capital Requirement (78 x 8%)** | **CCR80** | 1,451,277 |
| | | |
| **CAPITAL AND PROMPT CORRECTIVE ACTION RATIOS:** | | |
| Tier 1 (Core) Capital Ratio | CCR810 | 63.45 % |
| (Tier 1 (Core) Capital / Adjusted Total Assets) | | |
| | | |
| Total Risk-Based Capital Ratio | CCR820 | 165.60 % |
| (Total Risk-Based Capital / Risk-Weighted Assets) | | |
| | | |
| Tier 1 Risk-Based Capital Ratio | CCR830 | 165.24 % |
| ((Tier 1 (Core) Capital – Deduction for Low-level Recourse and Residual Interests) / Risk-Weighted Assets) | | |

8/19/2010 8:28 AM

Tangible Equity Ratio                                               CCR840          63.45 %
    ((Tangible Capital + Cumulative Perpetual Preferred Stock) / Tangible Assets)

Exhibit C

| Year | Retained Interest in MBS (in billions) | Retained Interests in Credit Card Securitizations (in billions) | SEC Filing | Source: |
|------|------|------|------|------|
| 2000 | $3,996 | | 10-K | https://www.otcmarkets.com/filing/html?id=520711&guid=wS_3UWGktwOhf3h (p.73) |
| 2001 | $6,880 | | 10-K | https://www.otcmarkets.com/filing/html?id=1797462&guid=wS_3UWGktwOhf3h (p. 82) |
| 2002 | $10,780 | | 10-K | https://www.otcmarkets.com/filing/html?id=2206372&guid=wS_3UWGktwOhf3h (p. 39) |
| 2003 | $9,996 | | 10-Q (First) | https://www.otcmarkets.com/filing/html?id=2306013&guid=wS_3UWGktwOhf3h (p.32) |
| 2003 | $9,200 | | 10-Q (Second) | https://www.otcmarkets.com/filing/html?id=2443906&guid=wS_3UWGktwOhf3h (p. 39) |
| 2003 | $4,180 | | 10-Q (Third) | |
| 2003 | $2,360 | | 10-K | https://www.otcmarkets.com/filing/html?id=2831653&guid=wS_3UWGktwOhf3h (p. 45) |
| 2004 | $2,120 | | 10-Q (First) | https://www.otcmarkets.com/filing/html?id=2953832&guid=wS_3UWGktwOhf3h (p. 40) |
| 2004 | $1,770 | | 10-Q (Second) | https://www.otcmarkets.com/filing/html?id=3112217&guid=zv_3U6EIXgKqj3h (p. 47) |
| 2004 | $1,790 | | 10-Q (Third) | https://www.otcmarkets.com/filing/html?id=3270915&guid=zv_3U6EIXgKqj3h (p. 47) |
| 2004 | $1,620 | | 10-K | https://www.otcmarkets.com/filing/html?id=3536003&guid=zv_3U6EIXgKqj3h (p. 52) |
| 2005 | $1,770 | | 10-Q (First) | https://www.otcmarkets.com/filing/html?id=3663289&guid=zv_3U6EIXgKqj3h (p. 43) |
| 2005 | $1,830 | | 10-Q (Second) | https://www.otcmarkets.com/filing/html?id=3842513&guid=zv_3U6EIXgKqj3h (p. 49) |
| 2005 | $1,940 | | 10-Q (Third) | https://www.otcmarkets.com/filing/html?id=3997941&guid=zv_3U6EIXgKqj3h (p. 45) |
| 2005 | $2,800 | $1,640 | 10-K | https://www.otcmarkets.com/filing/html?id=4277397&guid=zv_3U6EIXgKqj3h (p. 47) |
| 2006 | $2,260 | $1,750 | 10-Q (First) | https://www.otcmarkets.com/filing/html?id=4408097&guid=jmR3UWUl8lFmnEh (p. 47) |
| 2006 | $2,270 | $1,740 | 10-Q (Second) | https://www.otcmarkets.com/filing/html?id=4587552&guid=jmR3UWUl8lFmnEh (p. 58) |
| 2006 | $1,980 | $1,720 | 10-Q (Third) | https://www.otcmarkets.com/filing/html?id=4754508&guid=jmR3UWUl8lFmnEh (p. 57) |
| 2006 | $1,900 | $1,470 | 10-K | https://www.otcmarkets.com/filing/html?id=5003677&guid=jmR3UWUl8lFmnEh (p. 45) |
| 2007 | $2,710 | $1,430 | 10-Q (First) | https://www.otcmarkets.com/filing/html?id=5168665&guid=jmR3UWUl8lFmnEh (p. 42) |
| 2007 | $2,920 | $1,590 | 10-Q (Second) | https://www.otcmarkets.com/filing/html?id=5358076&guid=jmR3UWUl8lFmnEh (p. 43) |
| 2007 | $2,290 | $1,680 | 10-Q (Third) | https://www.otcmarkets.com/filing/html?id=5532386&guid=jmR3UWUl8lFmnEh (p. 50) |

| 2007 | $1,710 | $1,840 | 10-K | https://www.otcmarkets.com/filing/html?id=5769335&guid=jmR3UW Ul8lFmnEh (p. 48) |
| 2008 | $1,440 | $1,830 | 10-Q (First) | https://www.otcmarkets.com/filing/html?id=5927846&guid=jmR3UW Ul8lFmnEh (p. 48) |
| 2008 | 1,230 | $1,560 | 10-Q (Second ) | https://www.otcmarkets.com/filing/html?id=6093324&guid=jmR3UW Ul8lFmnEh (p. 60) |
| Total s: | $116,552 | $18,250 | | |

Exhibit D
*Dramatis Personae*

William Kosturos, *Liquidating Trustee*

William Kosturos is a Managing Director of Alvarez & Marsal, the world's premier restructuring consultancy. He became Washington Mutual, Inc.'s Chief Restructuring Officer in 2008 and the Liquidating Trustee of the WMI Liquidating Trust (the "Trust"), WMI's successor, in 2012.

Mr. Kosturos has been closely allied with the Settlement Noteholders (defined below) since at least 2010 and this intimacy may have been a factor in Mr. Kosturos' selection as Trustee.[1] This connection may be extant and the Settlement Noteholders – as more equal animals on the farm – may have known about the March 28, 2013 stipulation between the Trust and the Underwriters (defined below) prior to its execution and/or seen it prior to its release to Griffin and other Trust beneficiaries in April 2019.

*The Settlement Noteholders*

During the early stages of the Debtors' cases, William Kosturos admitted that four hedge funds were very active in the case.[2] These hedge funds – Appaloosa Management, L.P. ("Appaloosa"), Aurelius Capital Management LP ("Aurelius"), Centerbridge Partners, LP ("Centerbridge"), and Owl Creek Asset Management, L.P. ("Owl Creek"), and their respective affiliates (collectively, the "Settlement Noteholders") – held claims senior to equity and were adverse to retail equity receiving any recovery.

---

[1] Among the evidence presented by Official Committee of Equity Security Holders of Washington Mutual, Inc. (the "Equity Committee") in its closing arguments is an email dated March 9, 2010 at 2:08 p.m. from Brian Rosen, counsel for the Debtors, to Brad Eric Scheler of Fried, Frank, Harris, Shriver & Jacobson LLP ("Fried Frank"), counsel for the Settlement Noteholders, and William Kosturos. *See* 'Closing Arguments of the Equity Committee', December 20, 2010, p. 27: https://www.scribd.com/document/63319846/Washington-Mutual-WMI-Closing-Argument-of-the-Equity-Committee-1st-Confirmation-Hearing-in-December-2010 ("Closing Arguments of EC"). Lawyers are fierce in protecting their clients against any loss of the attorney-client privilege and against committing any breach of same. Accordingly, when Mr. Rosen referred to the Settlement Noteholders as "your clients" in that email, Mr. Rosen knew that Mr. Scheler and Mr. Kosturos were, as their counsel and restructuring professional, respectively, in the complete confidence of the Settlement Noteholders as to matters concerning the Debtors. The March 9th email is notable because in an earlier email dated February 9, 2010 at 9:38 a.m. from Scheler to Messrs. Kosturos and Rosen, Scheler refers to the Settlement Noteholders as *his* – not Messrs. Kosturos' and Rosen's – clients. Obviously, in the one-month period Mr. Rosen came to view Mr. Kosturos as closely allied with the Settlement Noteholders. By the end of 2010, Mr. Kosturos admitted that the Settlement Noteholders were the chief architects of the Plan. *See* 'Closing Arguments of the Equity Committee', December 20, 2010, p. 23.

[2] *See* 'Closing Arguments of the Equity Committee', December 20, 2010, p. 23.

1

Upon information and belief, David Tepper leads Appaloosa, Mark Brodsky leads Aurelius, Mark Gallogly leads Centerbridge, and Jeffrey Altman leads Owl Creek. Appaloosa's holdings of Trust interests is approximately $850,000,000 face, or 8.5% of the entire Trust residual.

*The TPS Group*

The TPS Group was a coterie of hedge funds who owned a substantial position in Class 19 (i.e., preferred equity interests). The TPS Group was very active during the pre-confirmation phase of the Debtors' cases and its efforts resulted in the allocation of the residual going from 70% for preferred and 30% for common to 75% for preferred and 25% for common. The leader of this group is Greywolf Capital Management LP, which is led by Jonathan Savitz ("Savitz"). Greywolf has approximately $875,000,000 face in Trust interests, or 8.75% of the entire Trust residual.

*Texas Pacific Group*

Texas Pacific Group ("TPG") invested for itself and a group of investors approximately $7 billion in WMI just six months before the seizure at $8.75 per common share, which translated into 800,000,000 shares of WMI common. Assuming all of those shares were released TPG controls two-thirds of the 1.2 million shares of WMI common comprising Class 22. WMI common, Class 22, holds 25% of the Trust residual, which means that TPG holds 16.7% of the Trust residual through its Class 22 holdings. In addition, TPG disclosed in 2008 that it also held an undisclosed amount of WMI preferred. If it released its preferred at confirmation, then TPG is also a member of Class 19.[3] David Bonderman, a former member of WMI's board of directors, is TPG's Founding Partner.

*The Underwriters*

Fifteen securities firms who underwrote certain securities of WMI (the "Underwriters") filed claims against WMI for legal expenses and settlement payouts to investors for losses from WMI-issued securities.[4] Specifically the claims were for $24 million in legal expenses and $72 million in settlement payouts.

---

[3]    *See*    Notice    of    Substantial    Stock    Ownership    (Bankr.    D.I.    301): http://www.kccllc.net/wamu/document/0812229081117000000000005

[4] The Underwriters are: Morgan Stanley & Co., Incorporated (43.36%), Credit Suisse Securities (USA) LLC (22.38%), Goldman, Sachs & Co. (11.68%), UBS Securities LLC (6.68%), Barclays Capital Inc. (4.7%), Deutsche Bank Securities Inc. (2.62%), J.P. Morgan Securities Inc. (1.98%), Citigroup Global Markets Inc. (1.64%), Greenwich Capital Markets, Inc. (1.64%), Keefe, Bruyette & Woods, Inc. (1.01%), Cabrera Capital Markets, LLC (.67%), The Williams Capital Group. L.P. (.67%), Banc of America Securities LLC (.34%), BNY Capital Markets, Inc. (.33%), and Samuel A. Ramirez & Company, Inc. (.33%). (The percentage adjacent to each Underwriters' name is its portion of the $72 million claim.)

Initially the Debtors resisted but on February 3, 2011 the Debtors, agreed to settle the claims. The terms were (a) an immediate payout of $250,000, (b) a $24 million claim in Class 18 (class of subordinated creditor claims), and (c) a $72 million claim in Class 20 (then the class of preferred equity which was not scheduled to receive a distribution). Pursuant to the February 3, 2011 stipulation the Debtors retained their right to object to the Underwriters' claims and on September 12, 2012 the Trust as successor to WMI objected to the Underwriters claims.[5] Notwithstanding, on March 28, 2013 the Trust settled the claims pursuant to a stipulation granting the Underwriters a $72 million claim in Class 19 (preferred equity).[6] The Underwriters are major liquidity providers and are therefore indispensable to the Settlement Noteholders and the TPS Group members' business models.

*Summary*

Accordingly, at a minimum, three persons, Tepper, Savitz, and David Bonderman, control 34% of the Trust residual interests and, considering the other Settlement Noteholders and members of the TPS Group holdings, they and TPG have combined interests that may exceed 50% of the Trust residual.

In addition to owning Trust interests, during the pre-confirmation phase of the Debtors' cases when the TPS Group was adverse to the Settlement Noteholders the TPS Group revealed in a court filing that the Settlement Noteholders own both senior and subordinated WMB bonds, which means that not only do they have a substantial portion of the Trust's waterfall but of the failed banks' waterfall as well.[7] This information threw light on a March 2, 2016 press release regarding the Steering Committee of the Ad Hoc Committee of Washington Mutual Bank Senior Note Holders (the "Ad Hoc Committee"), a group that worked to create the tri-party settlement among the FDIC, Deutsche Bank, and JP Morgan dated August 19, 2016 resolving the issues between these parties concerning losses of holders of WMB bonds.[8] Given that Mr. Tepper and the other Settlement Noteholders played a key role in negotiating the GSA it is entirely possible that they are members of the Ad Hoc Committee.

---

[5] The September 12, 2012 objection was strident. The Trust's main argument was that Third Circuit law forbids payment of indemnification claims to securities underwriters who settle claims rather than litigate them to vindication.

[6] As holders of an equity claim the Underwriters will receive .72% of the entire residual no matter how much returns to the Trust. If their claim was a creditor claim they would be capped at $72 million. The Underwriters' proofs of claim indicated they were creditors.

[7] *See* "Objection of the TPS Consortium to Confirmation of the Sixth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code" (Bankr. D.I. 6020), p. 6, n. 9: http://www.kccllc.net/wamu/document/0812229101119000000000071.

[8] *See* 'An Announcement by the Steering Committee of Ad Hoc Committee of Washington Mutual Bank Bondholders': https://www.businesswire.com/news/home/20160302006392/en/Announcement-Steering-Committee-Ad-Hoc-Committee-Washington.

Upon information and belief, Mr. Tepper and the other Settlement Noteholders negotiated with the FDIC over the GSA and are probably members of the Ad Hoc Committee. Accordingly, in light of Section 1.183 of the Debtors' plan of reorganization it is possible that Mr. Tepper and the Settlement Noteholders (probably joined by Mr. Savitz) could be negotiating with the FDIC on the Trust's behalf to obtain release of any MBS in the FDIC's control. They certainly have sufficient financial incentive to do so. The aforementioned players are not employees or fiduciaries of the Trust and could negotiate with the FDIC in connection with their own affairs (i.e., their interests in both waterfalls). As exhaustively discussed in the Closing Arguments of the EC the Settlement Noteholders do not wait for anyone's permission to further their own interests.