## CERTIFICATE OF SERVICE

I, Alice Griffin, certify that on December 17, 2019 I caused the foregoing Response to be served upon the parties named below in the manner indicated.

### Via Email and Hand Delivery

Brian S. Rosen, Esq.
Proskauer Rose LLP
Eleven Times Square
8th Avenue and 41st St
New York, New York 10036-8299
brosen@proskauer.com

### Via Email

Amanda R. Steele, Esq.
Paul N. Heath, Esq.
Mark D Collins, Esq.
Marcos Ramos, Esq.
Cory Kandestin, Esq.
Christophe M. DeLillo, Esq.
Richards Layton & Finger PA
One Rodney Square
920 N King Street
Wilmington, Delaware 19801
steele@rlf.com
heath@rlf.com
collins@rlf.com
ramos@rlf.com
Kandestin@rlf.com
delillo@rlf.com

Michael Rosenthal, Esq.
Alan Moskowitz, Esq.
Gibson, Dunn & Crutcher
200 Park Avenue
New York, NY 10166-0193
mrosenthal@gibsondunn.com
amoskowitz@gibsondunn.com

Charles E. Smith, Esq.
John Maciel
WMI Liquidating Trust
chad.smith@wamuinc.net
jmaciel@alvarezandmarsal.com

Benjamin Finestone, Esq.
Quinn, Emanuel Urquhart & Sullivan LLP
52 Madison Avenue
New York, New York 10010
benjaminfinestone@quinnemanuel.com

T. Patrick Tinker, Esq.
Office of the United States Trustee
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Ste. 2207
Wilmington, Delaware 19801
thomas.p.tinker@usdoj.gov

William P. Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Telephone: (302) 654-1888
WBowden@ashbygeddes.com