UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
*In re* : Chapter 11
:
**WASHINGTON MUTUAL, INC., et al.,**[1] : Case No. 08-12229 (MFW)
:
Debtors. : (Jointly Administered)
:
: Related D.I. 12686
---------------------------------------------------------------x

**CERTIFICATION OF COUNSEL
REGARDING THE FINAL DECREE AND ORDER
CLOSING REORGANIZED DEBTORS' CHAPTER 11 CASES
AND TERMINATING CERTAIN CLAIMS AND NOTICING SERVICES**

The undersigned hereby certifies as follows:

1. On November 14, 2019, WMI Liquidating Trust ("WMILT" or the "Trust"), as successor to Washington Mutual, Inc. ("WMI") and WMI Investment Corp. (collectively, the "Debtors"), filed an *Application for an Order, Pursuant to Section 350 of the Bankruptcy Code Bankruptcy Rule 3022 and Local Rule 3022-1, Authorizing, Among Other Things, (A) Closing the Chapter 11 Cases of Washington Mutual, Inc., and WMI Investment Corp. and (B) Authorizing the Wind-Up and Dissolution of the Liquidating Trust* [D.I. 12686] (the "Application").

2. On December 2, 2019, Alice Griffin filed an objection to the Application [D.I. 12691] (the "Objection").

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The principal offices of WMILT, as defined herein, are located at 800 Fifth Avenue, Suite 4100, Seattle, Washington 98104. Subsequent to the Effective Date, as defined below, WMI Investment Corp. was dissolved in accordance with applicable law.

RLF1 22624535v.1

3. On December 19, 2019, the Court held a hearing to consider the relief requested in the Application. At the hearing, the Court overruled the Objection and approved the Application.

4. Attached hereto as **Exhibit 1** is a proposed form of order in substantially the same form that was attached to the Application, and including the exhibit to the order.

WHEREFORE, WMILT respectfully requests that the proposed order, in the form attached hereto as **Exhibit 1**, be entered at the earliest convenience of the Court.

Dated: December 19, 2019
    Wilmington, Delaware

    /s/ Christopher M. De Lillo
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Christopher M. De Lillo (6355)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

PROSKAUER ROSE LLP
Brian S. Rosen
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

*Attorneys to the WMI Liquidating Trust*

2