IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| WASHINGTON MUTUAL, INC., et al., | : | Bankruptcy Case No. 08-12229 (MFW) |
| Debtors. | : | |
| ALICE GRIFFIN, | : | |
| Appellant, | : | |
| v. | : | Civil Action No. 19-775-RGA |
| WMI LIQUIDATING TRUST, et al., | : | BAP No. 19-27 |
| Appellees. | : | |

**ORDER**

For the reasons discussed in the accompanying Memorandum, this 23 day of March 2020, IT IS HEREBY ORDERED that the Bankruptcy Court's April 24, 2019, order is AFFIRMED.

/s/ Richard G. Andrews
United States District Judge