IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br> **WASHINGTON MUTUAL, INC.,** *et al.*,[1] <br> **Reorganized Debtors.** | Chapter 11 <br> Case No. 08-12229 (MFW) <br> Hearing Date (Requested): On or Before June 11, 2021 <br> Objection Deadline (Requested): At the hearing |

## NOTICE OF MOTIONS AND HEARING

PLEASE TAKE NOTICE, that on June 4, 2021, WMI Liquidating Trust (the "Trust"), as successor to Washington Mutual, Inc. ("WMI") and WMI Investment Corp. (together with WMI, the "Reorganized Debtors"), filed the *Emergency Motion of WMI Liquidating Trust to Reopen the Chapter 11 Case of Washington Mutual, Inc. for the Limited Purpose of (I) Enforcing the Exculpation, Injunction, Release and Discharge Provisions of the Debtors' Joint Chapter 11 Plan and Confirmation Order and (II) Imposing Sanctions* (the "Motion to Reopen") and *Motion of WMI Liquidating Trust to (I) Enforce the Exculpation, Injunction, Release, and Discharge Provisions of the Debtors' Joint Chapter 11 Plan and Confirmation Order and (II) Impose Sanctions* (the "Motion to Enforce", and together with the Motion to Reopen, the "Motions") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that, contemporaneously with the filing of the Motions, the Reorganized Debtors also filed a motion to shorten the notice and objection period with respect to the Motions (the "Motion to Shorten").

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, were: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Reorganized Debtors had a former address of 1201 Third Avenue, Suite 3000, Seattle, Washington 98101.

RLF1 25436241v.1

PLEASE TAKE FURTHER NOTICE that, if the Bankruptcy Court grants the relief requested in the Motion to Shorten (i) a hearing to consider the Motions will be held on **a date and time to be determined** before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801, and (ii) responses or objections to the Motions, if any, shall be filed on or before **a date and time to be determined.**

PLEASE TAKE FURTHER NOTICE that, once the Bankruptcy Court rules on the relief requested in the Motion to Shorten, parties-in-interest will receive separate notice of the Bankruptcy Court-approved objection deadline and hearing date for the Motions.

Dated: June 4, 2021
Wilmington, Delaware

/s/ *Marcos A. Ramos*
RICHARDS, LAYTON & FINGER, P.A.
Marcos A. Ramos (No. 4450)
Cory D. Kandestin (No. 5025)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701

-and-

PROSKAUER ROSE LLP
Brian S. Rosen
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile:  (212) 969-2900