**<u>Exhibit A</u>**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **WASHINGTON MUTUAL, INC., *et al.*,**[1] <br><br> **Reorganized Debtors.** | Chapter 11 <br><br> Case No. 08-12229 (MFW) <br><br> Ref. Docket No. ___ |

**ORDER GRANTING EMERGENCY MOTION OF WMI LIQUIDATING TRUST TO REOPEN THE CHAPTER 11 CASE OF WASHINGTON MUTUAL, INC. FOR THE LIMITED PURPOSE OF (I) ENFORCING THE EXCULPATION, INJUNCTION, RELEASE, AND DISCHARGE PROVISIONS OF THE DEBTORS' JOINT CHAPTER 11 PLAN AND CONFIRMATION ORDER AND (II) IMPOSING SANCTIONS**

Upon the emergency motion, dated June 4, 2021 (the "Motion")[2], of WMI Liquidating Trust (the "Trust"), pursuant to sections 105 and 350(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 5010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of an order (this "Order") reopening the Chapter 11 Case of Washington Mutual, Inc. for the limited purpose of adjudicating the Motion to Enforce and obtaining the relief sought therein; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference*, dated February 29, 2012; and the Court having found this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and this Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, were: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Reorganized Debtors had a former address of 1201 Third Avenue, Suite 3000, Seattle, Washington 98101.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and the Court having found that the Trust provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion and having heard statements in support of the Motion at a hearing held before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Chapter 11 Case of Washington Mutual, Inc., Case No. 08-12229 (MFW), is hereby reopened pursuant to 11 U.S.C. § 350(b) for the limited purpose of adjudicating the Motion to Enforce and matters directly related thereto.

2. The Trust is hereby authorized to file the Motion to Enforce in the above-captioned case.

3. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.