**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| **WASHINGTON MUTUAL, INC., *et al.*,**[1] | Case No. 08-12229 (MFW) |
| **Reorganized Debtors.** | **Re: D.I. No. 12716** |

**ORDER SHORTENING THE NOTICE AND OBJECTION PERIODS**
**FOR (I) THE MOTION TO REOPEN THE BANKRUPTCY CASE**
**AND (II) THE MOTION TO ENFORCE**

Upon the motion, dated June 4, 2021 (the "Motion to Shorten")[2] of the Trust for entry of

an order shortening the notice and objection periods on the Motion to Reopen and the Motion to

Enforce, all as more fully set forth in the Motion to Shorten; and the Court having reviewed the

Motion to Shorten; and the Court having jurisdiction to consider the Motion to Shorten and the

relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing*

*Order of Reference from the United States District Court for the District of Delaware*, dated

February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C.

§ 157(b)(2) and that this Court may enter an order consistent with Article III of the United States

Constitution; and the Court having found that venue of this proceeding and the Motion to Shorten

in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and

adequate notice of the Motion to Shorten has been given and that no other or further notice is

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395).  The Reorganized Debtors had a former address of 1201 Third Avenue, Suite 3000, Seattle, Washington 98101.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion to Shorten.

necessary; and upon the record herein; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion to Shorten is **GRANTED** as set forth herein.

2.      Local Rule 9006-1(c) is hereby waived with respect to the Motion to Reopen and the Motion to Enforce.

3.      The Hearing to consider the relief requested in the Motion to Reopen and the Motion to Enforce will be held on **June 10, 2021 at 3:00 p.m. (Eastern Time).**

4.      Objections to approval of the Motion to Reopen and/or the Motion to Enforce may be raised with the Court at the Hearing.

5.      The Trust is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion to Shorten.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: June 7th, 2021**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

RLF1 25438938v.1