# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **WASHINGTON MUTUAL, INC.,** *et al.*,[1] | Case No. 08-12229 (MFW) |
| **Reorganized Debtors.** | Re: Docket Nos. 12715 & 12716 |

## CERTIFICATE OF SERVICE

I, Travis J. Cuomo, hereby certify that on June 4, 2021 and June 5, 2021, I caused copies of the following documents to be served upon the parties on the attached service list as indicated:

- *Emergency Motion of WMI Liquidating Trust to Reopen the Chapter 11 Case of Washington Mutual, Inc. for the Limited Purpose of (I) Enforcing the Exculpation, Injunction, Release and Discharge Provisions of the Debtors' Joint Chapter 11 Plan and Confirmation Order and (II) Imposing Sanctions* [Docket No. 12715]

- *Motion of WMI Liquidating Trust to (I) Enforce the Exculpation, Injunction, Release, and Discharge Provisions of the Debtors' Joint Chapter 11 Plan and Confirmation Order and (II) Impose Sanctions* [Docket No. 12715]

- *Motion of WMI Liquidating Trust for Entry of an Order Shortening the Notice and Objection Periods for (I) the Motion to Reopen the Bankruptcy Case and (II) the Motion to Enforce* [Docket No. 12716]

    /s/ *Travis J. Cuomo*
Travis J. Cuomo (No. 6501)

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, were: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Reorganized Debtors had a former address of 1201 Third Avenue, Suite 3000, Seattle, Washington 98101.

RLF1 25440440v.1

**SERVICE LIST – VIA OVERNIGHT MAIL ON JUNE 5, 2021**

| | |
|---|---|
| Alice Griffin, Esquire<br>121 East 12th Street, #7C<br>New York, NY  10003 | Brutzkus Gubner<br>Robyn B. Sokol<br>21650 Oxnard Blvd Ste 500<br>Woodland Hills, CA  91367 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Kyle Law Corporation<br>Stephan E Kyle<br>465 California St 5th Fl<br>San Francisco, CA  94104 |
| Office of the United States Trustee for<br>the District of Delaware<br>T. Patrick Tinker<br>844 King St Ste 2207<br>Lockbox 35<br>Wilmington, DE  19801 | O'Kelly & Ernst LLC<br>Michael J Joyce<br>901 N Market St 10th Fl<br>Wilmington, DE  19801 |
| Mr. Cooper<br>Attn:  Beth Gormley<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019 | |

## SERVICE LIST – VIA EMAIL ON JUNE 4, 2021

| | |
|---|---|
| Alice Griffin, Esquire<br>griffincounselpc@outlook.com | Brutzkus Gubner<br>Robyn B Sokol<br>rsokol@brutzkusgubner.com |
| Internal Revenue Service<br>Attn Susanne Larson<br>SBSE.Insolvency.Balt@irs.gov | Kyle Law Corporation<br>Stephan E Kyle<br>skyle@kylelawcorp.com |
| O'Kelly & Ernst LLC<br>Michael J Joyce<br>mjoyce@oelegal.com | Office of the United States Trustee for the District of Delaware<br>T. Patrick Tinker<br>thomas.p.tinker@usdoj.gov |