# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **WASHINGTON MUTUAL, INC.,** *et al.*,[1] | Case No. 08-12229 (MFW) |
| **Reorganized Debtors.** | Re: Docket Nos. 12719 & 12720 |

## CERTIFICATE OF SERVICE

I, Travis J. Cuomo, hereby certify that on June 7, 2021, I caused copies of the following documents to be served upon the parties on the attached service list as indicated:

- *Order Shortening the Notice and Objection Periods for (I) the Motion to Reopen the Bankruptcy Case and (II) the Motion to Enforce* [Docket No. 12719]

- *Notice of Motions and Hearing* [Docket No. 12720]

       /s/ *Travis J. Cuomo*
       Travis J. Cuomo (No. 6501)

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, were: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Reorganized Debtors had a former address of 1201 Third Avenue, Suite 3000, Seattle, Washington 98101.

RLF1 25440788v.1

## **SERVICE LIST – VIA OVERNIGHT MAIL**

| | |
|---|---|
| Alice Griffin, Esquire<br>121 East 12th Street, #7C<br>New York, NY  10003 | Brutzkus Gubner<br>Robyn B. Sokol<br>21650 Oxnard Blvd Ste 500<br>Woodland Hills, CA  91367 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Kyle Law Corporation<br>Stephan E Kyle<br>465 California St 5th Fl<br>San Francisco, CA  94104 |
| Office of the United States Trustee for<br>the District of Delaware<br>T. Patrick Tinker<br>844 King St Ste 2207<br>Lockbox 35<br>Wilmington, DE  19801 | O'Kelly & Ernst LLC<br>Michael J Joyce<br>901 N Market St 10th Fl<br>Wilmington, DE  19801 |
| Mr. Cooper<br>Attn:  Beth Gormley<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019 | |

**SERVICE LIST – VIA EMAIL**

| | |
|---|---|
| Alice Griffin, Esquire<br>griffincounselpc@outlook.com | Brutzkus Gubner<br>Robyn B Sokol<br>rsokol@brutzkusgubner.com |
| Internal Revenue Service<br>Attn Susanne Larson<br>SBSE.Insolvency.Balt@irs.gov | Kyle Law Corporation<br>Stephan E Kyle<br>skyle@kylelawcorp.com |
| O'Kelly & Ernst LLC<br>Michael J Joyce<br>mjoyce@oelegal.com | Office of the United States Trustee for the District of Delaware<br>T. Patrick Tinker<br>thomas.p.tinker@usdoj.gov |