IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br> **WASHINGTON MUTUAL, INC., *et al.*,**[1] <br> Reorganized Debtors. | Chapter 11 <br> Case No. 08-12229 (MFW) <br> Re: Docket Nos. 12715, 12718 & 12720 |

**NOTICE OF RESCHEDULED HEARING**

**PLEASE TAKE NOTICE** that the hearing previously scheduled in the above-captioned chapter 11 cases for June 10, 2021 at 3:00 p.m. (ET) before The Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 has been rescheduled to **June 11, 2021 at 9:00 a.m. (ET)** (the "**Hearing**").

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Reorganized Debtors had a former address of 1201 Third Avenue, Suite 3000, Seattle, Washington 98101.

RLF1 25445065v.1

Dated: June 8, 2021
Wilmington, Delaware

/s/ *Marcos A. Ramos*
RICHARDS, LAYTON & FINGER, P.A.
Marcos A. Ramos (No. 4450)
Cory D. Kandestin (No. 5025)
Travis J. Cuomo (No. 6501)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701

-and-

PROSKAUER ROSE LLP
Brian S. Rosen
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile:  (212) 969-2900

*Counsel for WMI Liquidating Trust*