IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **WASHINGTON MUTUAL, INC., *et al.*,**[1] <br><br> **Reorganized Debtors.** | Chapter 11 <br><br> Case No. 08-12229 (MFW) |

NOTICE OF *AMENDED*[2] AGENDA FOR VIDEO HEARING SCHEDULED
FOR JUNE 11, 2021 AT 9:00 A.M. (PREVAILING EASTERN TIME),
BEFORE THE HONORABLE MARY F. WALRATH, AT THE UNITED STATES
BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

> **THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM
> AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.
> COURTCALL WILL NOT BE USED TO DIAL IN.**
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsc-qvpzgqEpffFNjDjZKEZ8PCtHZg23o
>
> **ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL
> CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

I. **CONTESTED MATTERS GOING FORWARD:**

1. Emergency Motion of WMI Liquidating Trust to Reopen the Chapter 11 Case of Washington Mutual, Inc. for the Limited Purpose of (I) Enforcing the Exculpation, Injunction, Release and Discharge Provisions of the Debtors' Joint Chapter 11 Plan and Confirmation Order and (II) Imposing Sanctions [Docket No. 12715 – filed June 4, 2021]

    Objection/Response Deadline:    At the hearing.

---

[1]  The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395).  The Reorganized Debtors had a former address of 1201 Third Avenue, Suite 3000, Seattle, Washington 98101.

[2]  **Amended items appear in bold.**

Objections/Responses Received:

i. Objection of Alice Griffin to Emergency Motion of WMI Liquidating Trust to Reopen the Chapter 11 Case of Washington Mutual, Inc. for the Limited Purpose of (I) Enforcing the Exculpation, Injunction, Release, and Discharge Provisions of the Debtors' Joint Chapter 11 Plan and Confirmation Order and (II) Imposing Sanctions [Docket No. 12718 – filed June 7, 2021]

ii. **Supplemental Objection of Alice Griffin to Emergency Motion of WMI Liquidating Trust to Reopen the Chapter 11 Case of Washington Mutual, Inc. for the Limited Purpose of (I) Enforcing the Exculpation, Injunction, Release, and Discharge Provisions of the Debtors' Joint Chapter 11 Plan and Confirmation Order and (II) Imposing Sanctions [Docket No. 12725 – filed June 8, 2021]**

Related Documents:

i. Order Shortening the Notice and Objection Periods for (I) the Motion to Reopen the Bankruptcy Case and (II) the Motion to Enforce [Docket No. 12719 – entered June 7, 2021]

ii. Notice of Motions and Hearing [Docket No. 12720 – filed June 7, 2021]

iii. Notice of Rescheduled Hearing [Docket No. 12723 – filed June 8, 2021]

iv. **Reply of WMI Liquidating Trust in Support of Motion to Reopen the Chapter 11 Case of Washington Mutual, Inc. for the Limited Purpose of (I) Enforcing the Exculpation, Injunction, Release, and Discharge Provisions of the Debtors' Joint Chapter 11 Plan and Confirmation Order and (II) Imposing Sanctions [Docket No. 12727 – filed June 10, 2021]**

   a. **Motion of WMI Liquidating Trust for Leave to File and Serve the Reply of WMI Liquidating Trust in Support of Motion to Reopen the Chapter 11 Case of Washington Mutual, Inc. for the Limited Purpose of (I) Enforcing the Exculpation, Injunction, Release, and Discharge Provisions of the Debtors' Joint Chapter 11 Plan and Confirmation Order and (II) Imposing Sanctions [Docket No. 12728 – filed June 10, 2021]**

Status: The hearing on this matter will go forward.

2. Motion of WMI Liquidating Trust to (I) Enforce the Exculpation, Injunction, Release, and Discharge Provisions of the Debtors' Joint Chapter 11 Plan and Confirmation Order and (II) Impose Sanctions [Docket No. 12715, Exhibit B – filed June 4, 2021]

   Objection/Response Deadline:     At the hearing.

   Objections/Responses Received:

i. Objection of Alice Griffin to Emergency Motion of WMI Liquidating Trust to Reopen the Chapter 11 Case of Washington Mutual, Inc. for the Limited Purpose of (I) Enforcing the Exculpation, Injunction, Release, and Discharge Provisions of the Debtors' Joint Chapter 11 Plan and Confirmation Order and (II) Imposing Sanctions [Docket No. 12718 – filed June 7, 2021]

ii. **Supplemental Objection of Alice Griffin to Emergency Motion of WMI Liquidating Trust to Reopen the Chapter 11 Case of Washington Mutual, Inc. for the Limited Purpose of (I) Enforcing the Exculpation, Injunction, Release, and Discharge Provisions of the Debtors' Joint Chapter 11 Plan and Confirmation Order and (II) Imposing Sanctions [Docket No. 12725 – filed June 8, 2021]**

Related Documents:

i. Order Shortening the Notice and Objection Periods for (I) the Motion to Reopen the Bankruptcy Case and (II) the Motion to Enforce [Docket No. 12719 – entered June 7, 2021]

ii. Notice of Motions and Hearing [Docket No. 12720 – filed June 7, 2021]

iii. Notice of Rescheduled Hearing [Docket No. 12723 – filed June 8, 2021]

iv. **Reply of WMI Liquidating Trust in Support of Motion to Reopen the Chapter 11 Case of Washington Mutual, Inc. for the Limited Purpose of (I) Enforcing the Exculpation, Injunction, Release, and Discharge Provisions of the Debtors' Joint Chapter 11 Plan and Confirmation Order and (II) Imposing Sanctions [Docket No. 12727 – filed June 10, 2021]**

   a. **Motion of WMI Liquidating Trust for Leave to File and Serve the Reply of WMI Liquidating Trust in Support of Motion to Reopen the Chapter 11 Case of Washington Mutual, Inc. for the Limited Purpose of (I) Enforcing the Exculpation, Injunction, Release, and Discharge Provisions of the Debtors' Joint Chapter 11 Plan and Confirmation Order and (II) Imposing Sanctions [Docket No. 12728 – filed June 10, 2021]**

Status: The hearing on this matter will go forward.

Dated: June 10, 2021
Wilmington, Delaware

/s/ *Marcos A. Ramos*
RICHARDS, LAYTON & FINGER, P.A.
Marcos A. Ramos (No. 4450)
Cory D. Kandestin (No. 5025)
Travis J. Cuomo (No. 6501)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

PROSKAUER ROSE LLP
Brian S. Rosen
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

*Counsel for WMI Liquidating Trust*