| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Glenn | Gardipeee | individual | |
| Bryan | Li | self | n/a |
| Victor | Sanchez | Myself | |
| Rolando | Maceira | Shareholders | |
| Andrew | Flynn | WAMU Equity, Common & Preferred | |
| Bob | gmail.com | Self | |
| Gerhard | Schwind | Escrow Shareholder | |
| James | Burrell | James | Burrell |
| Kerry | Lent | Shareholder | |
| Gerhard | Schwind | Escrow Shareholder | |
| Brian | Rosen | WMI Liquidating Trust | Proskauer Rose LLP |
| Garvit | Chopra | Legacy Escrow holder | |
| Thomas | Langan | thomas langan | |
| Joseph | Froehlich | Mr. Cooper | Locke Lord LLP |
| TOM | KENNEDY | Private | |
| Christopher | Washington | NA | |
| Charles | Smith | WMILT | |
| Travis | Cuomo | WMI Liquidating Trust | Richards, Layton & Finger |
| Kevin | Sharp | Myself | |
| Alice | Griffin | Alice Griffin | |
| Thomas | Stow | My Self | My Self |
| Alan | Guerra | Myself. I am a Washington Mutual Shareholder | None |
| robert | Shea | Escrows | |
| Thomas | Bäumer | Shareholder | Privat |
| Emil | Kwong | trust beneficiary owner | personal |
| Ryan | Tep | None | None |
| Harry | Herder | self | |
| Victor | Allen | self | |
| Marcos | Ramos | WMI Liquidating Trust | Richards, Layton & Finger, P.A. |
| Dave | Roth | Self | N/A |
| Clint | L | Justice | |
| Jonathan | Weyand | Bankruptcy Court | Judicial Law Clerk |
| Dorian | Kafeja | me | |
| Joe | Sepulveda | AG | |
| deekshant | kumar | self | Not Applicable |
| Karl | Kriese | Self | |
| Nicholas | Weninger | Workforce | Workforce |
| Stacy | Newman | Goldman Sachs | Ashby & Geddes, P.A. |
| melvin | davis | equity | melvin davis |
| Benny | Ip | Trust Beneficiary Owner | Personal |
| JS | Riddell | self | |
| Rajesh | S | Individual Shareholder | |
| Mark | Evans | Self | |
| D | Kirsch | None | |
| Robert | Biscardi | me | |
| Robert | Letherer | Shareholders | |
| Dennis | Bidwell | Self | |
| Raquel | Bornacelli | Shareholders | |
| Ritchie | Newman | self | |
| Michael | Blundell | n/a | n/a |
| Erol | Bektas | Myself (Erol Bektas) as a Escrow Holder of CLASS 19 and 22 | |
| Daniel | Hoffman | self | |
| Mehmet | Cetinkol | A.Griffin | |
| steve | green | defendant | black and white |
| Chaz | Eldrige | self | |
| Mark | Pintal | None | |
| Jordan | Sazant | WMI Liquidating Trust | Proskauer Rose LLP |
| Jagdish | Bhagavatula | Self | |
| Klaus | Meining | Shareholder | |
| Catherine | Dziok | None | |
| Jane | Leamy | U.S. Trustee | Office of U.S. Trustee |
| Doreen | Logan | WMI Liquidating Trust | Trust Administrator for WMI Liquidating Trust |
| Kevin | Spittle | Shareholder | |

| | | | |
|---|---|---|---|
| Alan | Moskowitz | Goldman Sachs | Gibson Dunn & Crutcher LLP |
| Elisabeth | Gormley | Mr. Cooper Group | |
| Michael | Schramek | MS Enterprises | |
| bryan | bourgeois | Grifffin | |
| Peter | Aman | myself | 512 Capital Partners |
| Cory | Kandestin | WMI Liquidating Trust | Richards, Layton & Finger P.A. |
| Melvin | Solway | Myself - Legacy shareholder | |
| P | Koester | Self | N/A |
| Chaz | Eldrodge | self | |
| Alan | Wu | Self | |
| Clifford | Nulman | Self | |
| Jesus | Mejias | None | |