# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| WASHINGTON MUTUAL, INC., *et al.*,[1] | : | Case No. 08-12229 (MFW) |
| Reorganized Debtors. | : | Re: D.I. 12715-16, 12718-20, 12727-28 |

## CERTIFICATION OF COUNSEL REGARDING ORDERS GRANTING (I) EMERGENCY MOTION TO REOPEN THE CHAPTER 11 CASE AND (II) MOTION TO ENFORCE EXCULPATION, INJUNCTION, RELEASE, AND DISCHARGE PROVISIONS AND IMPOSE SANCTIONS

The undersigned hereby certifies as follows:

1. We are co-counsel for the WMI Liquidating Trust (the "Trust"), as successor to Washington Mutual, Inc. and WMI Investment Corp.

2. On June 4, 2021, the Trust filed the *Emergency Motion of WMI Liquidating Trust to Reopen the Chapter 11 Case of Washington Mutual, Inc. for the Limited Purpose of (I) Enforcing the Exculpation, Injunction, Release and Discharge Provisions of the Debtors' Joint Chapter 11 Plan and Confirmation Order and (II) Imposing Sanctions* [D.I. 12715] (the "Motion to Reopen") with the United States Bankruptcy Court for the District of Delaware (the "Court").

3. Attached as Exhibit A to the Motion was a proposed form of order granting the relief requested in the Motion to Reopen.

4. Attached as Exhibit B to the Motion to Reopen was the *Motion of WMI Liquidating Trust to (I) Enforce the Exculpation, Injunction, Release, and Discharge Provisions of the*

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, were: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The Reorganized Debtors had a former address of 1201 Third Avenue, Suite 3000, Seattle, Washington 98101.

*Debtors' Joint Chapter 11 Plan and Confirmation Order and (II) Impose Sanctions* (the "Motion to Enforce," and with the Motion to Reopen, the "Motions").

5.  Attached as Exhibit 1 to the Motion to Enforce was a proposed form of order granting the relief requested in the Motion to Enforce.

6.  Pursuant to the *Order Shortening the Notice and Objection Periods for (I) the Motion to Reopen the Bankruptcy Case and (II) the Motion to Enforce* [D.I. 12719] entered on June 7, 2021, the Court scheduled hearing on the Motions for June 10, 2021, and permitted objections to be filed before the hearing or raised with the Court at the hearing. The hearing on the Motions later was scheduled for June 11, 2021.

7.  Alice Griffin ("Griffin") filed an objection and a supplemental objection to the Motions [D.I. 12718 and 12725] (together, the "Objection").

8.  The Trust filed its reply [D.I. 12727] in support of the Motions on June 10, 2021.

9.  At the June 11, 2021 hearing, the Court heard argument on the Motions, overruled the Objection and granted the relief requested in the Motions.

10. Prior to and after the June 11 hearing, the Trust received informal comments from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") on the form of proposed order granting the Motion to Reopen.

11. After the June 11 hearing, the Trust and Griffin engaged in discussions regarding, among other things, the potential resolution of relief sought by the Trust under the Motion to Enforce, including the award of monetary sanctions against Griffin.

12. On June 23, 2021, the Trust and Griffin executed a Settlement and General Release Agreement (the "Agreement"). As set forth more fully in the Agreement, among other things, Griffin agreed to: (i) waive and release any further appeal in connection with the Underwriter

2

Objection (as defined in the Agreement) (Agreement, ¶ 4); (ii) waive and release any appeal from the Court's orders granting the Motions (Agreement, ¶ 5); (iii) refrain from and not take any action that would be inconsistent with the terms of the Agreement or impede or frustrate the dissolution of the Trust (*id.*); and (iv) provide a general release in favor of the Trust. (Agreement, ¶ 7).

13. The Trust and Griffin also resolved the Trust's request for monetary sanctions against Griffin under the Motion to Enforce. As set forth more fully in the Agreement, Griffin: (i) agreed to pay the Trust $1,000 after the Court's entry of order on the Motion to Enforce; and (ii) agreed that the Trust would be entitled to a greater amount if Griffin violates any term of the Agreement or the Court's orders on the Motion. (Agreement, ¶ 6).

14. The Trust and Griffin also agreed (Agreement, ¶ 3) that the Agreement would be an exhibit to the order granting the Motion to Enforce, and entered as an order of the Court.

15. Attached hereto as **Exhibit 1** is a revised form of order granting the Motion to Reopen (the "Reopen Order"). The Reopen Order incorporates comments that the Trust received from the U.S Trustee. The Reopen Order was shared with Griffin and the U.S Trustee, and neither objected to the Court's entry of the Reopen Order.

16. Attached hereto as **Exhibit 2** is a revised form of order granting the Motion to Enforce (the "Enforce Order"). The Agreement is attached as **Exhibit A** to the Enforce Order. The Enforce Order was revised in light of the Agreement. The Enforce Order was shared with the U.S Trustee, who did not object to entry of the Enforce Order. The Enforce Order also was shared with Griffin. While Griffin filed the Objection and disagrees with the Court's ruling on the Motions, Griffin does not object to the Court's entry of the Enforce Order.

17. Attached hereto as **Exhibit 3** is a comparison of the Reopen Order against the form of proposed order filed with the Motion to Reopen.

3

18. Attached hereto as **Exhibit 4** is a comparison of the Enforce Order against the form of proposed order filed with the Motion to Enforce.

WHEREFORE, the Trust respectfully requests that each of the Reopen Order and the Enforce Order be entered at the earliest convenience of the Court.

Dated: June 24, 2021
      Wilmington, Delaware

/s/ *Marcos A. Ramos*
RICHARDS, LAYTON & FINGER, P.A.
Marcos A. Ramos (No. 4450)
Cory D. Kandestin (No. 5025)
Travis J. Cuomo (No. 6501)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

PROSKAUER ROSE LLP
Brian S. Rosen
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900